1   Steve Wilson Briggs
2   4322 Chico Avenue,
    Santa Rosa, CA 95407
3   510 200 3763
    snc.steve@gmail.com
4   PLAINTIFF In Propria Persona
5
6
7               **CV20          1596**

8   **UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**

FILED
MAR - 4 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

| | |
|---|---|
| 9   Steve Wilson Briggs, | Civ No: |
| 10              Plaintiff, | **COMPLAINT FOR:** |
|               v | 1. Copyright Infringement; |
| 11  James Cameron; | 2. Vicarious Copyright Infringement; |
| 12  Twentieth Century Fox Film Corp; | 3. Contributory Copyright Infringement; |
|     News Corp; Google LLC; Internet Archive; | 4. Intentional Misrepresentations; |
| 13  Zero Gravity; Lightstorm Entertainment Inc; | 5. Breach of Contract; |
| 14  Michael Pierce; Mark Williams; Robert Kamen. | 6. Breach of Confidence. |
|               Defendants. | **DEMAND FOR JURY TRIAL** |

15                            **INTRODUCTION**

16      1.  In 2005 Plaintiff completed a revolutionary screenplay that 20th Century Fox

17  infringed to make its films *Avatar* and *Taken* (copyrighting the scripts on the same day; see

18  Exhibits V4 & O5).  Thus, this copyright action is entered pursuant to USC 17 § 101, et seq.

19      2.  Sept 12, 2005, literary agency ZGM went out of business.  Unaware, January 20,

20  **2006**, Plaintiff emailed ZGM for permission to submit a script.  That same day ZGM asked

21  Plaintiff to send his script.  Plaintiff did so, immediately.  Six days later, ZGM filed a new

22  CA BES (back in business), and soon opened another new company.  By Dec 2006, ZGM's

23  new company *Future Service Inc* (a 20CFOX subsidiary) was on the first Avatar copyright.

24      3.  Feb 3, 2006, **2 weeks after ZGM contacted Plaintiff**, Ain't It Cool News released a

25  fraudulent article that claimed James Cameron wrote an Avatar *scriptment* (featuring

26  Plaintiff's ideas) in **1995**.  The article linked to 7 other falsified articles and the scriptment

27  (releasing the scriptment for the first time).  To support this scheme, the Internet Archive

28  made fake crawls of these articles, and Google LLC provided various unlawful services.

COMPLAINT

i

**Two Infringing Works, Lengthy Complaint**

4.   Most of this Complaint focuses on *Avatar*, because to infringe Plaintiff's work the Defs published many fraudulent *Avatar* related web documents, and actually unlawfully accessed (hacked) Plaintiff's personal computer.   Documenting these actions, and producing **two** *Substantial Similarity* comparisons (for ***Avatar*** and ***Taken***) required detail.  Thus, this Complaint is rather lengthy, 135 pages (plus about 700 pages of attachment exhibits).

**Access & Infringement Claims**

5.   The *Access* facts for *Avatar* <u>and</u> *Taken* are detailed in **Section Three** and in **"Fraud & Unlawful Access Supplement,"** pp 96-115.   Avatar's Substantial Similarity comparison is in **Section Eleven**.  Taken's Substantial Similarity comparison is in **Section Twelve**.

**20CFOX & News Corporation Are Named As Infringers & <u>Accessors</u>**

6.   Zero Gravity Management LLC (**ZGM**), long time associates of 20CFOX, cancelled their entertainment literary business, Sept 12, 2005.   But after accessing Plaintiff's work, (January 20, 2006) ZGM filed a new business entity statement (**BES**), then formed *Future Service, Inc* (**FSI**), named on the *Avatar* copyrights.  News Corporation (**NC**), then parent of Twentieth Century Fox Film Corporation (**20CFOX**), immediately claimed FSI as a subsidiary in its 2007 Form 10-K.  Knowing ZGM stole Plaintiff's work, NC published false *scriptment* stories in its publications (IGN.com) and affiliates.  Nov 2007, ZGM cancelled their business, <u>again</u>.  At that point, NC and 20CFOX knowingly possessed Plaintiff's work, but Avatar and Taken had not been released (infringement begins when the infringing work is marketed).  Thus, FSI's parents, NC and 20CFOX, are named Accessors and Infringers.

**Defs Motivated By Plaintiff's Revolutionary Screenplay**

7.   Original ideas are rare—but reusable.  Plaintiff's script contained 6 to 10 original ideas.  Thus, the Defs misappropriated Plaintiff's script to make MANY derivatives.

8.   Plaintiff's script is about a poor man's relentless quest to save his daughter (who is being killed by Earth's **polluted environment**), as the villain (a mega-billionaire and World President, who manipulates his media empire to control the masses) fights to stop the hero.

9.   Ironically, in this suit, a climate-change-denying media empire stole a script from a

COMPLAINT

1  common man, then published fake stories that James Cameron conceived the ideas in **1995.**

2     10.  Prior to infringing Plaintiff's work, Def Cameron worked for 20CFOX **for 24 years**,

3  and **never** made a political, spiritual or environmental film.  Plaintiff suspects that News

4  Corp and 20CFOX, who appear to have initiated this infringement, selected Cameron

5  because he had no viable ideas of his own, had not produced a film in 11 years, and seemed

6  to long to be considered a brilliant creative (a`la George Lucas), making him a perfect patsy.

7  **The Notorious 2005 To 2006 News Corporation Hacking**

8     11.  In 2006, when the Defs accessed Plaintiff's work and contrived the *scriptment s*tory,

9  News Corp (NC) owned 20CFOX.  From Nov 2005 to Aug **2006**, NC hacked the phones of

10  thousands of British citizens.  In January 2007, a NC journalist was jailed for the hack.

11  By 2011, public outrage over the matter forced Rupert Murdoch (NC's CEO) to resign.

12     12.  In 2006, News Corp began *hacking* Plaintiff's devices, and has continued to this day.

13  **Details Of Defs' Hacking of Plaintiff's Devices Are Provided To Inform**

14  **The Public & The A.G., But Are Not Necessarily Related To Plaintiff's Claims**

15     13.  Consistent with News Corp's history of hacking, this Complaint describes (with

16  video) how the Defs' hacked Plaintiff's personal devices, culminating on January 14, 2020,

17  when, as Plaintiff made a video of how the Defs used the Internet Archive (**IA**) and

18  Plaintiff's *Chrome* browser to send Plaintiff false URLs, Plaintiff captured video of the Defs

19  hacking his computer (See Video Ex 1).  Later, that day (Jan 14, 2020) the **NSA** announced

20  a new Windows 10 vulnerability.  The Defs exploited this vulnerability to hack Plaintiff.

21     14.  Details of the Defs' hacking are included to protect the public, and inform the Court

22  and State and Federal AGs, but are not necessarily related to Plaintiff's Claims.

23  **Defs' Ongoing Fraud Caused Plaintiff To Add Second Fraud & Hacking Section**

24     15.  This Complaint details how the Defs produced countless fraudulent documents

25  regarding a false story that Def Cameron wrote a *scriptment* in 1995.  Plaintiff initially

26  believed these false stories.  This caused Plaintiff to rewrite this Complaint several times

27  over a period of **6 months**.  To avoid rewriting, again, Plaintiff details the most recent (Jan

28  2020) Fraud and hacking events in the *Fraud And Unlawful Access Supplement*, pp 96-115.

COMPLAINT

| | |
|---|---|
| 1 | **Many Interwoven Stories** |
| 2 | 16.   This Complaint tells at least six interwoven stories… |
| 3 | **#1 :** The Creation Of Plaintiff's Screenplay |
| 4 | 17.   How Plaintiff created an unprecedented screenplay, featuring 6 or 10 original ideas. |
| 5 | **#2 :** The Forgotten Truth |
| 6 | 18.   The true history of events, before 20CFOX invented the scriptment story. |
| 7 | **#3 :** Access & Cover-up |
| 8 | 19.   How ZGM, NC and 20CFOX accessed Plaintiff's work and covered it up. |
| 9 | **#4 :** Ain't It Cool News *Scriptment* Scheme |
| 10 | 20.     Feb 3, 2006, 14 days after ZGM acquired Plaintiff's script, *Ain't It Cool News* |
| 11 | (**AICN**), at aintitcool.com, released a story claiming that in 1995 Cameron wrote an Avatar |
| 12 | *scriptment* (containing Plaintiff's ideas) which leaked online in 1996.  The story linked to 7 |
| 13 | falsified documents and the newly created *scriptment*—which did not exist before. |
| 14 | **#5 :** Internet Fraud & Cover-Up (Using The Internet Archive) |
| 15 | 21.   How the Defs used the IA to verify their fraudulent web articles, used small and |
| 16 | unreliable publications (that do not produce hardcopy) to promulgate a fake scriptment story, |
| 17 | and used Register.com and Corporation Service Company (CSC) to backdate websites. |
| 18 | ● **#6 :** Taken - The Second Case of Infringement |
| 19 | 22.   How News Corp and 20CFOX infringed Plaintiff's script, again, to make ***Taken***. |
| 20 | **#7 :** The Ramifications Of The Fraudulent Scriptment Story |
| 21 | 23.   Def Cameron has been sued several times, previously, for Avatar.  The fraudulence of |
| 22 | the scriptment story explains the conflicting scriptment descriptions (80 pages, 90-plus, 102 |
| 23 | pages…) and why Cameron fought to redact scriptment documents in prior court filings. |
| 24 | **Invitation To The Free Press** |
| 25 | 24.   This Complaint shows how the Defs used their media outlets and the Internet Archive |
| 26 | to produce falsified documents to steal Plaintiff's work.  They will likely use these resources |
| 27 | to suppress this (see *Briggs v Spacey*, dismissed **Saturday**, Dec 22, 2018; also see p 119). |
| 28 | Thus, Plaintiff invites the press to monitor the Defs' actions, as this matter moves forward. |

COMPLAINT

**Acknowledgement**

25.  Long ago Plaintiff lost interest in most American films.  Thus, Plaintiff has missed most films produced over the past two decades.  However, beginning around 2009, from time to time, Plaintiff's family and friends would describe films that sounded strikingly similar to his screenplay (*Butterfly Driver*, AKA *Uberopolis: City of Light*).  Plaintiff assumed this was coincidental and did not inquire further.

26.  March 15, 2018, Plaintiff received a voicemail from a woman named Shirley Potash, a retired L.A. attorney in her 80s, who had worked as a paralegal for years before becoming an attorney.  [A biography about Ms Potash from ***Top Attorneys Of North America***, is attached as **Exhibit A.**]  Ms Potash said she had just read a legal article regarding the 9th Circuit's recent (unpublished) ruling against Plaintiff re *Briggs v Blomkamp* (**BvB**) 2013, and said she felt the Court had committed an injustice, and asked Plaintiff to return her call.

27.  Plaintiff immediately returned her call.  During the 20-30 minute talk, Ms Potash said that for years she worked for a law firm that represented many big L.A. film studios.  She explained, "You know what I think?  I think, not only did they [the *Briggs v Blomkamp* defs] read your screenplay, I think **a lot** of them [Hollywood professionals] read it."  Plaintiff understood Ms Potash's heavy emphasis of the words "a lot" was her tactful way of informing him that through insiders she had heard that countless dozens of Hollywood insiders accessed his script.  Thus, Plaintiff resolved to investigate what films Hollywood released after he began marketing his screenplay (early 2006)—starting with those films that his friends and family had described that sounded similar to his work.  [Due to Plaintiff's effort taking BvB to the US Supreme Court (Oct 2018), followed by serious family issues (late 2018 to mid 2019), Plaintiff would not begin this search, in earnest, until July 2019.]

28.  March 20, 2018, a few days after Plaintiff's talk with Ms Potash,  Plaintiff (who was not on social media) emailed his mother to ask her to contact Ms Potash (via FaceBook or social media) to tell her how much he appreciated her call.  Said email is attached as **Exhibit B.**  (Unfortunately, Plaintiff's mother was unable to reach Ms Potash.)

29.  Plaintiff thanks Ms Shirley Potash for her honesty, her kindness, and for speaking up.

COMPLAINT

v

| | | |
|---|---|---|
| 1 | **TABLE** | |
| 2 | INTRODUCTION.................................................................... | i |
| 3 | ACKNOWLEDGEMENT............................................................. | v |
| 4 | TABLE.................................................................................... | vi |
| 5 | **JURISDICTIONAL STATEMENT**............................................ | 1 |
| 6 | THE PARTIES.......................................................................... | 1 |
| 7 | COPYRIGHT REGISTRATION & INCORPORATION BY REFERENCE............. | 1 |
| 8 | **STATEMENT OF FACTS AND ALLEGATIONS** | 2 |
| 9 | Research Goals, Standards & Methods............................ | 2 |
| 10 | SECTION ONE | |
| 11 | Copyright Basics, Plaintiff's Major Copyright Structures......................... | 4 |
| 12 | Plaintiff's Major Copyright Claim & Numerous Original Ideas......... | 6 |
| 13 | SECTION TWO | |
| 14 | PART I: The True, Original History Of Events........................................ | 12 |
| 15 | Postulation On The Scriptment Story Based On The Factual Record............ | 13 |
| 16 | PART II: The Defendants Rewrite History........................................ | 14 |
| 17 | **SECTION THREE**        **Access & Misappropriation** | |
| 18 | PART ONE: How ZGM Accessed Plaintiff's Work.......................... | 15 |
| 19 | PART TWO: ZGM Unlawfully Accesses Plaintiff's Work, Then Conspired | |
| 20 | With 20CFOX To Infringe Plaintiff's Work.......................... | 18 |
| 21 | SECTION FOUR            **Fraud & Falsification** | |
| 22 | The Falsified Origins & Sources Of The Scriptment Story......................... | 25 |
| 23 | SECTION FIVE | |
| 24 | PART I: The Falsified Origins & Sources Of The Scriptment Leak............... | 26 |
| 25 | PART II: The AICN Scriptment Scheme............................................ | 28 |
| 26 | PART III:  Reckless & Widespread Business & Internet Fraud................... | 43 |
| 27 | PART IV: The Defs Falsify & Backdate Five More Articles...................... | 47 |
| 28 | PART V:  Finishing Touches (Defs Release 4 More Falsified Articles)........... | 49 |

COMPLAINT

**TABLE** (Continued)

PART IV: Why The Defs Created The First Node (Nov 2007)............................ 50

SECTION SIX

    Second Access, Second Infringement.................................................... 51

SECTION SEVEN

    The Avatar Deal, January 2007; Conflicting Stories................................. 52

SECTION EIGHT

    Avatar Is Released (Dec 2009)............................................................ 54

SECTION NINE

    Fraud & Falsification (12 Years Later).................................................. 55

SECTION TEN

    The Defs Hack Plaintiff's Computer...................................................... 56

**SECTION ELEVEN**

**AVATAR**
**Infringement / Substantial Similarity**
Comparison Of The Contested Works........................................................ 59

**SECTION TWELVE**

**TAKEN**
**Infringement / Substantial Similarity**
Comparison Of The Contested Works........................................................ 84

FRAUD & UNLAWFUL ACCESS SUPPLEMENT........................................... 96

SUMMATION & CLOSING POINTS........................................................... 116

    *Lateral Issues: Future Infringement Actions............................................ 117

    *Prior Unrelated Litigation.................................................................. 119

    *Newly Discovered Facts Warrant Rule 60 Motion To Remand...................... 120

    **A Matter Of National Interest**.......................................................... 122

CLAIMS........................................................................................... 125

PRAYERS......................................................................................... 135

DEMAND FOR JURY TRIAL................................................................... 135

*These sections are not re-alleged in the Claims, as they are not related to this action.

COMPLAINT

<u>**JURISDICTIONAL STATEMENT**</u>

30.  **Jurisdiction:** This court has subject matter jurisdiction per 28 USC **§** 1331, as this action involves a federal question and violation of federal law (Copyright Infringement).

31.  **Venue:** This venue is proper pursuant to 28 § 1391(b)(2), as events giving rise to this Complaint occurred in this district; pursuant to 28 § 1391(d), by virtue of the Defs' business transaction with this district; under 326 US 310, the Defs meet the minimum contact rule.

32.  **Intradistrict Assignment:** San Francisco is the proper intradistrict assignment as a substantial part of the events leading to this lawsuit occurred in this district.

<u>**THE PARTIES**</u>

33.  **Plaintiff** Steve Wilson Briggs is an American filmmaker, writer and musician.

**The Defendants**

34.  James Cameron is a Canadian filmmaker, who is believed to reside in California.

35.  Twentieth Century Fox Film Corporation is headquartered in Los Angeles County.

36.  News Corporation is a New York based Corporation doing business in California.

37.  Google LLC is a California corporation, headquartered in Santa Clara County.

38.  Internet Archive is a California corporation, headquartered in San Francisco.

39.  Lightstorm Entertainment Inc is a California corporation, headquartered in Encino.

40.  Zero Gravity (Management) is a business entity doing business in California.

41.  Michael Pierce is a Canadian-born businessman who is believed to live in California.

42.  Mark Williams is a filmmaker and screenwriter who is believed to live in California.

43.  Robert Mark Kamen is a screenwriter who resides in Sonoma, California.

<u>**COPYRIGHT REGISTRATION & INCORPORATION BY REFERENCE**</u>

44.  Per 17 U.S.C. §411(b), Plaintiff's screenplay ***Butterfly Driver*** (previously titled *Uberopolis: City of Light*) is registered with the US Copyright Office.  (See <u>**Exhibit C**</u>.) December **2005**, Plaintiff also registered his work with the WGAw.  (See <u>**Exhibit D**</u>.)

45.  All of the exhibits attached hereto, and referred to herein, are incorporated herein, and made part hereof by reference, as if fully set forth herein.

46.  Unnecessary pages have been removed from some exhibits, to reduce waste.

COMPLAINT

## STATEMENT OF FACTS AND ALLEGATIONS
### STANDARDS & METHODS
#### RESEARCH GOAL

47. When Plaintiff began researching Avatar, mid August 2019, he encountered a Wikipedia story that Def Cameron wrote an Avatar "scriptment" around 1995, which leaked online around 1996, and around 2005 Cameron changed the scriptment's name to "Project 880". Thus, to prove Cameron infringed his work, Plaintiff resolved to show what was in the scriptment before January 20, 2006 (when ZGM and Cameron accessed his script), then show the scriptment drastically changed and contained Plaintiff's ideas after Jan 2006. Thus, Plaintiff's research goal was to **find the scriptment** from before January 2006.

### STANDARDS

48. Per FRE Rule 902, in researching this Complaint, Plaintiff's **goal** was to restrict his scriptment search to official publications, presumptions under a federal statute, newspapers and periodicals. But, as there are now many questionable internet *news* sources, Plaintiff refined his criteria, using Wikipedia's **"verifiability" standard** as his guideline:

> Articles must be based on reliable, independent, published sources with a reputation for fact-checking and accuracy. Source material must have been published, the definition of which for our purposes is "made available to the public in some form". **Unpublished** materials are not considered reliable.

### METHODS

49. To find the scriptment, Plaintiff started with a few modified *Google* searches in his *Chrome* browser. As an actual example, Plaintiff entered key words "**James Cameron**" and "**Project 880**" (in quotations) into his search bar and clicked *search*. (Per US Copyright Office, *Project 880* was *Avatar*'s title from 2006-09.) **This yielded 4,520 results.** Plaintiff then clicked "tools", clicked "any time", clicked "custom range," selected from 1994 to Dec 31, 2005, pushed "Go." This yielded **7 or 8 results.** [The results of this Aug 16, 2019 search are attached as **Exhibit E.**] Using this approach on terms such as "*James Cameron,*" *Avatar*, "*Project 880*", *880*, *scriptment*, *screenplay*, *script*, *treatmen*t, led to 60-100 pages (most of which did not meet the verifiability standard, and/or were still dated after 2007).

COMPLAINT

50.   Plaintiff also checked MANY pages that were dated well after the Defs accessed his work, and <u>MANY that  did NOT meet the verifiability standard</u>; because, as the scriptment was allegedly "leaked" online, assumedly illegally, Plaintiff had to explore all possibilities.

51.   Plaintiff confirmed the age of these pages using the Internet Archive (IA), a web page dating app (AKA: the *Wayback Machine*) at web.archive.org.  The IA has archived  hundreds of millions of web pages, <u>daily</u>, since 1996, by making page "crawls" (visual reproductions of the pages) and *calendar* "crawls" (showing when pages were archived, over the years).

- 52.   In 2002 the **US Patent Office** began accepting IA date stamps to establish prior art.

RESEARCH GOAL RESULTS: **Negative**

**The Scriptment Cannot Be Found**

53. After many weeks of searching (and emailing people around the world) Plaintiff was unable to find an Avatar scriptment from before 2006.  In fact, **Plaintiff was unable to find a verifiable Avatar script from any earlier than late 2009 or 2010** (when the Avatar film was finally released).  Thus, the Plaintiff adopted an alternate goal...

NEW (ALTERNATE) RESEARCH GOAL

54.   Plaintiff's new goal was to find all online mentions of the scriptment, from before 2006—which could also be confirmed as existing before 2006 by the Internet Archive. Then glean from these documents what the scriptment's essential story elements were.

ALTERNATE GOAL RESULTS: <u>**Negative**</u>

(Plaintiff Finds Only Fake IA Crawls)

55.   Initially, Plaintiff found several scriptment documents that the IA validated as pre-2006.  But after a few weeks, Plaintiff noticed a few of these IA crawls changed. Plaintiff noticed this first on the James Cameron Fandom Wiki page (created circa Jan 2019). This caused Plaintiff to examine all IA crawls more closely.  Soon Plaintiff discovered the IA had produced  verifiably falsified crawls of all but TWO of the pre 2006 scriptment documents (see Sect 5).  It would take 3-4 months for Plaintiff to break through the IA's fraudulent crawl scheme, and prove the fraudulence of the final two pre-2006 documents. **Conclusion:** The scriptment story is fake;  Feb, 3, 2006 AICN released a fake scriptment.

COMPLAINT

**SECTION ONE:**

**COPYRIGHT BASICS,**

PLAINTIFF'S MAJOR COPYRIGHT STRUCTURES

**What Is Copyrightable?**



56.   Each of the simple images above is copyrighted, copyrightable, and the owners have all taken action to protect these simple, copyrighted properties.

57.   So what is copyrightable?   The Compendium of The US Copyright Office Practices cites *Feist Publications, Inc. v. Rural Telephone Service Co., Inc.*, 499 U.S. 340, 347 (1991):

> "To qualify for copyright protection, a work must be original to the author," which means that the work must be "independently created by the author" and it must possess "**at least some minimal degree of creativity**."

58.   Thus, although each of the images above are very simple, because they possess a minimal degree of creativity they are copyrightable.

59.   However, US Copyright law has established that a single idea is <u>not</u> copyrightable, even if it is brilliant.   For example, a time machine is a brilliant idea, but since it is a single idea, anyone can use it.   It is what the individual adds to the idea that makes it copyrightable.

**An "Idea" Is Not Copyrightable,**

**But An "Expression" Is**

60.   To help US creators understand what their copyrights are, US courts have established that an "idea" is not copyrightable, but an "expression" is.

**An Expression Is Two Or More Ideas Combined**

61.   Generally, an expression is 2 or more ideas, joined in a new, minimally creative way.

COMPLAINT

4

**An Expression Need Not Be <u>Original</u> To Be Copyrightable**



*Above: Charlie Brown (left); Caillou (right).*

62.  Like most characters and stories, **nothing about Charlie Brown is original**.  He is composed of a few common ideas, joined together in a unique, minimally creative way.

**"Thin" Protection**

63.  Stories and characters that are <u>not</u> very creative (like Charlie Brown) get thin protection.  Meaning, courts will allow other creators to do works that are somewhat similar.

**<u>"Broad"or "Thick" Protection</u>**



64.  George Lucas' ***Star Wars*** is an unprecedented, brilliant, highly creative work.  Therefore, US Courts have given his work ***broad*** (also called "thick") **protection**.  Meaning, courts DO NOT allow other creators to do works that are similar to Star Wars.  (Fact: The US Patent & Trademark Office awarded Lucas a trademark for the term "droid.")

65.  Star Wars is brilliant, but <u>little about Star Wars is original</u> (except the lightsabers and the Death Star).  Lucas was not the first to imagine robots, spaceships or heroes in space.  But he combined many common, uncommon and interesting ideas in a creative new way.

**The Broadest & Thickest Protection For Plaintiff's Work**

66.  Plaintiff's screenplay is an unparalleled work, composed of  many common and many **uncommon** ideas, AND between six and ten unprecedented **original** ideas; warranting the broadest, thickest protection possible.

COMPLAINT

## PLAINTIFF'S MAJOR COPYRIGHT CLAIMS;

### The Origin Of The Plaintiff's Revolutionary Story

67.  This Complaint makes **common** copyright claims, and what Plaintiff calls "**major claims**."  Plaintiff's major claims involve features that had never been done before (or Plaintiff found no prior comparable examples).  Plaintiff calls some of these major claims "revolutionary" or "unprecedented" because they are very substantial and shortly after Plaintiff's work was accessed there was a rush to infringe these aspects.

68.  Plaintiff conceived these ideas in a uniquely American way…

### The Origins

69.  In 2003, Plaintiff was living in an under-income community of New York City, Inwood/Washington Heights; which was *then* about 80% minorities and immigrants (primarily from the Dominican Republic and Puerto Rico).  At the time, Plaintiff was a single father of a 7-year-old boy, who was going to school with, and making friends with, lots of beautiful kids, many of whom belonged to under-income, immigrant families.  Added to this, a year earlier Plaintiff's son developed asthma.  Fortunately, Plaintiff's son had good healthcare benefits.  But the Plaintiff wondered, "What about all the **poor** and **immigrant** kids in this community?  What happens if *they* get very sick?

### THE FIRST ORIGINAL & REVOLUTIONARY EXPRESSION

### A Sci-Fi Hero With A Simple, Common, Family-Centric Goal

70.   Amid all of this, the Plaintiff had been thinking about writing science fiction, but sci-fi always felt emotionally remote, as it usually involved some tough guy in shoulder pads, who was almost always single, no kids, and whose goal was ALWAYS, ALWAYS, ALWAYS something that no contemporary person has ever had to do.  Consider:

1. In *The Matrix*, Neo must master amazing combat skills to save humanity from a computer network harvesting humans for a power source.

2. In *Blade Runner*, Deckard must catch and kill a bunch of escaped replicant cyborgs;

3. In *Star Wars*, Luke Skywalker must learn to use *the Force* to stop Darth Vader from taking over the galaxy.

COMPLAINT

**4.** In *Star Trek*, Jim Kirk and his crew must explore strange new worlds; to seek out new life and new civilizations; to boldly go where no man has gone before.

71.  Before 2008-09, **ALL** of the goals that sci-fi heroes faced were always complicated and **always un**like the common problems of contemporary life; making science fiction seem meaningless.  That failure allowed for the Plaintiff's first revolutionary idea.

72.  The Plaintiff thought about his son's asthma. **Nothing is more important to parents than their children**.  "What if my hero just wants to try to get medical aid for his sick daughter?"  Immediately, Plaintiff thought, "I'm going to write **the first sci-fi film where the hero has a simple, family-centric goal**: fighting for the life of a family member!" Plaintiff's screenplay would be about a father, in a brutally divided future Earth, who would go to any lengths, face any odds or any opponent, to save his daughter's life.

73.  This idea, simple as it is, had never been done before, in all of sci-fi history.

**THE SECOND ORIGINAL & REVOLUTIONARY IDEA**

**<u>Plaintiff Heavily Infused Modern Politics On A Sci-Fi/Action Canvas</u>**

74.  Before 2008, the rules of science fiction **film** (and *action, adventure, thriller* and *horror* film) were entirely different than they are now.  Back then, dealing with hard politics and social issues was still strictly reserved for drama and comedy genres (e.g., *Mississippi Burning, Wag The Dog, All in the Family, Hill Street Blues*).

75.  Sci-fi (film) before 2008, avoided politics in favor of good-vs-evil stories (Star Wars, Flash Gordon), or in favor of a technology-centered adventure (Battlestar Galactica, Lost In Space).  On the occasions when sci-fi (film) did do social commentary, it was to make a single issue, mildly-controversial statements [e.g., *Star Trek* episode "Plato's Stepchildren", 1968, Platonian aliens force Kirk (who is white) to kiss Uhura (who is black)]. But ALWAYS, before 2007, if sci-fi films or books did sociopolitics, the writers ALWAYS imagined worlds where the politics are <u>very different</u> from our contemporary politics:

**1.** *Children of Men* (book) imagines a future where male sperm counts are zero, a feminist civil war has broken out, senior citizens are expected to commit suicide, the state runs pornography clubs, and no human babies have been born in 20-plus years.

COMPLAINT

2. Logan's Run (book): When the world is overrun by the young, the government orders all citizens over 21 years old to be executed by a pleasure inducing toxic gas.

3. *Planet of the Apes* (book, "*La Planète des singes*," by Pierre Boulle, 1963): on a distant planet, speechless and primitive humans are hunted by horse-riding apes.

76. These socio-political structures have nothing to do with our contemporary lives.

77. The Plaintiff resolved to do something different. First, against every convention Plaintiff took a panoply of our most divisive social and political issues and imposed them on a sci-fi canvas, where people struggle with the same political and social issues they struggle with today. Second, Plaintiff AMPLIFIED these issues: If life on Earth **now** is unfair, divided, polluted, overpopulated and brutal, Plaintiff would make his sci-fi landscape more unfair, more divided, more polluted, more overpopulated, and more brutal.

**Why AMPLIFY The Problems?**

78. Plaintiff amplified the issues/politics because it informed the viewer that if we address these issues now, we can avoid a horrific future.

**What Is A *Theme*? And Why Does It Matter?**

79. Not long ago, Plaintiff read a review that claimed Blade Runner had environmental and overpopulation themes. This is false. Blade Runner showed crowded streets and polluted skies, but none of that motivated the hero's action, nor the villain's.

80. A theme explicitly motivates, impacts, or is explicitly impacted by, the hero's action.

81. Plaintiff's script had themes such as: 1. family 2. environmentalism, 3. immigration, 4. judicial inequality, 5. healthcare, 6. wealth inequality, 7. overpopulation, 8. spirituality...

82. Thus, Plaintiff's hero and family live in a poor, overpopulated *zone* (ghetto-like area) outside of the wealthy "State". The hero's young daughter (**Franny**) is ill because the environment is so polluted and the medical care she needs can only be obtained in the wealthy State. When Franny's health worsens, the hero resolves to pay for his family's immigration into the State by doing a *suicide mission*: smuggling an outlaw environmental scientist (who has an invention that may save the environment and save the lives of billions) into the State. But during the mission the scientist is killed, and the hero is caught and sent

COMPLAINT

1  to prison.  In prison, after the corrupt government attempts to kill the hero and hundreds of

2  other poor prisoners, the hero escapes.   The hero reunites with his family and learns Franny

3  is now near death.   To get medicine to save her, the hero races to a satellite city for the

4  super-rich.   Amid all of this, the story shows the horror of religious conflicts, the State's

5  persecution of the religious, and God's presence in the hero's life. In the end, the hero

6  topples the President, brings the deceased scientist's invention to light, and hope to billions.

7    83.  All of the socio-political themes are explicitly woven into the storyline.

8                                    **Political vs Social**

9    • 84.  Social issue films depict social issues, without examining the causes (e.g., a story

10  about prison life).  Political films explore the causes, policies and divisions behind the social

11  issues (e.g., examining why US prisoners are disproportionately low income).

12                          **Political Works Are Not *Subtly Implied***

13    85.  An intelligent mind can infer unintended political analogies anywhere; Sesame Street.

14  Thus, true political works are bold and overt: classism is classism, oppression is oppression.

15  Nothing is symbolic or left for the reader to infer, if he or she so chooses.

16                              **THIRD ORIGINAL IDEA**

17  **Plaintiff Injects Modern Religion and Spirituality Throughout His Screenplay**

18    86.  Religious conflicts have resounding implications.  Plaintiff wanted to explore those

19  implications.   Thus, Plaintiff took a panoply of modern religious and spiritual issues and

20  imposed them on a new sci-fi canvas.   Again, Plaintiff **amplified** these aspects and wove

21  them deep into his story.  Plaintiff's script is the first sci-fi or action/adventure to do this.

22                    **THE FOURTH ORIGINAL & REVOLUTIONARY IDEA**

23              **The Mind/Soul (and Body) Scanner Replicator/Transferer:**

24              Perhaps More Inspiring Than The Time Machine

25    87.  Plaintiff's fourth original idea is a mind/soul *scanner* technology that scans a person's

26  mind/soul (and body dimensions), making perfect replicas of each mind/soul.  These replicas

27  can then be transferred into a digital environment or another body.

28    88.  This technology was implied in all versions of Plaintiff's work; but it was fully

COMPLAINT

9

1 articulated in a few versions posted on TriggerStreet.com between Dec 2006 and May 2007

2 (approx).  After this period, Plaintiff decided to save that idea/technology for future projects.

3 Thus, he returned to a version of his script where the idea/technology was less pronounced.

### FIFTH UNIQUE (POSSIBLY ORIGINAL) IDEA

#### Hero Who Will Go To Impossible Lengths For His Child, First Act To Final Act

6     89.   Plaintiff's script is about a former US military hero who goes to extreme lengths to

7 save his daughter.  Countless heroes have fought for their families at some point in the story

8 (*Die Hard*'s John McClane's fight for his wife is tacked on to the end of the second act), but

9 Plaintiff's hero exits the first act with the goal of saving his daughter, and that remains his

10 goal through the third act.  In Spielberg's *War of the Worlds* a father fights for his daughter's

11 life; but every parent in the film is fighting for their children, thus, there is nothing unique

12 about the hero in this context (also, the daughter's health does not motivate the story, an

13 *alien invasion* does).   In Plaintiff's script there is no extraordinary invasion or event;

14 Plaintiff's hero is simply motivated into heroic action when his daughter becomes gravely ill.

### SIXTH ORIGINAL IDEA

#### Hero Who Admits He Is Afraid

17     91.   Plaintiff believes his hero, Arlo, is the first sci-fi, action/adventure, or superhero-type

18 (although Arlo is not a superhero) traditional primary hero who openly admits that he has

19 broad fears, and explains that these fears keep him smart, aware and alive.

20     92.   Prior to Plaintiff's script, heroes were expected to be fearless, in the "no fear and no

21 regrets," tradition.  Or, occasionally, heroes have had peculiar phobias, such as the hero of

22 **Unbreakable** (movie), who was afraid of water.  But these *phobias* are gimmicks, designed

23 to factor into the gimmicky ending, when the hero must confront and defeat this fear, or die.

24     93.   Also, prior to Plaintiff's work, sometimes on the battlefield, when a subordinate hero

25 was suddenly seized by overwhelming fear at the possibility of defeat and death, to inspire

26 the panicked subordinate to carry-on, the primary hero would admit to also being afraid.  But

27 because of the battlefield circumstances, the reader/viewer tends to understand that this

28 admission is a necessary lie, to help the subordinate survive.

COMPLAINT

94.   Plaintiff's claim, of course, also does not include "bully" and/or "nerdy" themed works, where the hero is bullied, and must overcome his/her fear and confront the bully.

95.   Plaintiff's claim also excludes the rom-com *accidental hero*, who stumbles into danger with an imperiled beauty, freely admits he is terrified, but somehow saves the day.

96.   With these formulaic exceptions, prior to Plaintiff's work (**2005**), no traditional primary sci-fi or action hero in Western or Eastern literature ever (in non-battlefield situations) admitted to being fearful, and explained that these fears keep him sharp and kept him alive.  This structure recurs in Plaintiff film, *The Amazing Mr. Excellent*.

97.  Now, in 2020, the traditional, central hero who admits his fear, and believes they make him better prepared, has been co-opted many times (*Taken*, *Boku no Hiro Academia*, etc). Plaintiff is the first person to conceive and execute this structure, in *Butterfly Driver*.

## THREE MORE ORIGINAL IDEAS

98.   Plaintiff's script contains **3** more original ideas: **1.** a satellite city for the super-rich, **2.** an Earth emulator/environment-accelerator for the mind/soul replicas, which helps law enforcement predict crime by accelerating emulation, **3.** a particularly unique villain.  But, as the Defs did not infringe these aspects, they are not described herein.

## TWO UNIQUE STROKES

99.  Conceiving and executing these original ideas involved two more unique decisions:

1.   Plaintiff identified and solved several substantial literary problems (e.g., 1. sci-fi did not reflect our common lives; 2. Traditional heroes were not honest about their fears).

2.   Plaintiff repeatedly transgressed convention, then amplified these transgressions.

## SCI-FI  & ACTION FILMS BEGIN TO COPY PLAINTIFF'S MODEL

100.   Typically, it takes 1.5 to 2 years to make a movie.  Thus, 2-3 years after ZGM accessed Plaintiff's work the first sci-fi, action, adventure **and** horror films to adopt Plaintiff highly political and amplified approach came out: *Hunger Games, District 9, Avatar, Elysium, the Purge, Repo Men, Get Out*.  And sci-fi films suddenly stopped imagining complex, meaningless problems, and focused on small, meaningful *"human"* problems: *The Last Of Us, WALL-E, Hunger Games…*

COMPLAINT

### SECTION TWO

### PART I

### THE TRUE HISTORY OF EVENTS

### (Before The Defs Revised History, And Invented The "Scriptment")

101.    There is no credible or verifiable evidence to support the Defendants' scriptment story, but there is unlimited evidence of fraud.  What follows are the known facts and events that transpired before the Defendants first published their fraudulent scriptment story, February 3, 2006.

### The Original Sequence Of Events:

102.    In 1993 Defs Cameron and 20CFOX released the film *True Lies*.  Around 1994 Def Cameron began writing "Titanic".   Around 1995 Def 20CFOX agreed to finance and distribute Titanic.  In 1996 Titanic entered *production* phase.  In 1997 Titanic was released.

103.    Cameron did not make another <u>feature</u> film for 12 years (Avatar, 2009).

104.    In a 2003 interview with *The Guardian* Def Cameron admitted to longing to make the film *Battle Angel Alita* (**ABA**).  [Said "*The Guardian*" article is attached as **Exhibit F**.]

105. In a <u>November 2004</u> NPR *Talk of the Nation* interview, Cameron declared he was in <u>pre-production</u> of Battle Angel.  [Said NPR article is attached as **Exhibit G**.]  Audio is at: https://www.npr.org/templates/story/story.php?storyId=4176616 (listen at 31mins, 30 secs).

106.    Dec 2, 2005, publications like AICN reported that Cameron and 20CFOX sent out casting notices for *Alita: Battle Angel*.  [Said AICN article is attached as **Exhibit H**.]

107.    December 2005, 20CFOX released production announcements for *Alita: Battle Angel*, naming central cast, crew and producers.  [See **Exhibit I**.]

108.    January 20, 2006, ZGM (a literary agency) asked Plaintiff to send his script.  As literary agents, ZGM knew Plaintiff's script was unique.  With so many original ideas, the studios could make countless derivatives.   The owners of ZGM were close friends of 20CFOX's V.P. of Production, Alex Young.  Thus, they called Young immediately (they also quietly called every major studio in Hollywood).

109.  Overnight, Defendants 20CFOX and James Cameron would rewrite history.

COMPLAINT

**Postulation On The Scriptment/Project 880 Story Based On The Factual Record**

110.  By omitting all falsified documents and only examining the verifiable, the evolution of the Defs' *scriptment* story becomes clearer.  The verifiable documents and events are:

1.  Plaintiff sent ZGM a copy of his script on January 20, 2006.

2.  Feb 3, 2006, the Defendants released several falsified articles on Ain't It Cool News.

3.  20CFOX created a company called **880 Productions** in July 2006.

4.  From Dec 2006 to Dec 2009, the first 20 Avatar copyrights were called ***Project 880***.

5.  Plaintiff found no verifiable document with the name "Avatar" on it until June 2008.

6.  Plaintiff posted a revised script on Triggerstreet.com (**TS**) in Dec 2006 or Jan 2007.

7.  In June 2007 the Defs hacked into Plaintiff's email (**see p 58**). (By reading Plaintiff's email the Defs would learn the first draft of his script was finished May 2005).

8.  The Defendants created an AICN (aintitcool.com) "node" in November 2007.

**111.**  From these facts, Plaintiff postulates that after the Defs accessed his work, Jan 2006, they resolved to steal his ideas.  Thus, <u>Feb 3, 2006</u>, the Defs released several fraudulent articles (**all <u>backdated</u> to June 14 2005**) claiming Cameron had a script called ***Project 880***—one of these articles appeared in AICN.  The Defs then accessed Plaintiff's revised script on TS, circa Feb **2007**.  To infringe Plaintiff's new ideas, the Defs quickly wrote and registered their script, **Mar 6, 2007**.  Next, **June 2007**, the Defs hacked into Plaintiff's email and learned that Plaintiff emailed the first draft of his script to his family in <u>**May 2005**</u>.  This meant that the fraudulent June 14, 2005 *Project 880* articles did not go back far enough.  Thus, the Defs would need to further backdate their story.  Thus, the Defs released a story that *Project 880* was based on  a *scriptment* called *Avatar* that Cameron wrote around 1995.

112.  Nov 2007, the Defs moved the Feb 3, 2006 AICN web articles to a new "node." This broke any external hyperlinks, effectively erasing the original *Project 880* story, allowing the Defs to rewrite the AICN articles.  (However, since Plaintiff cannot **prove** that the original Feb 3, 2006 AICN main article just reported on the fraudulent June 14, 2006 *Project 880* story, this complaint will assume, **hereafter**, that the current AICN Feb 3, 2006 main article "*A Question For James Cameron About AVA...*" is the original falsified article.)

COMPLAINT

**PART II**

**THE DEFENDANTS REWRITE HISTORY**

**The AICN Scriptment Scheme**

113.   Once ZGM showed 20CFOX and Cameron the Plaintiff's work, 20CFOX promptly stopped production of *Alita: Battle Angel*, and developed a plan to steal Plaintiff's work.

114.   Plaintiff was looking for a literary agent when he contacted ZGM  (Jan 20, 2006). Thus, the Defs likely worried that the Plaintiff might sell his work to another studio.  This would explain why the Defs published the AICN scriptment story only 14 days after Plaintiff contacted ZGM.  The Defs' scriptment story would claim that Cameron wrote an Avatar *scriptment* (with the same new ideas as Plaintiff's script) in 1996, and in 2005 he changed Avatar's name to *Project 880*.  But with only 13 or 14 days to work, the Defs would not have time to write an actual screenplay, just a *scriptment.*

115.   The Defs' plan was to release <u>9</u> falsified web documents on AICN, on Feb 3, 2006:

1. The February 3, 2006, AICN main article;

2. <u>**4**</u> more falsified AICN articles (backdated to 1997, 2000 and 2005);

3. <u>**3**</u> fraudulent websites links (backdated to June 2005);

4. The "<u>scriptment</u>" (this is how and when the scriptment was first released, <u>**if**</u> it was ever actually released at all).

116.   Because the Feb 3, 2006 AICN articles are falsified (including the reader comments), it is impossible to know if AICN published the main story on Feb 3, 2006. AICN may have *linked-in* the story a couple days later—after the *reader comments* response time had elapsed.  This way Knowles and AICN could avoid answering questions about these falsified stories.  If so, this would mean no Avatar scriptment was ever released.

**THE DEF PUBLISHED 14 MORE FRAUDULENT ARTICLES**

**BETWEEN 2008 AND 2019, AND BACKDATE THEM TO 2007**

117.   In addition to these five (5) falsified AICN articles, the Defs published **14 more fraudulent articles**, apparently between 2008 and 2019.  These documents are examined in Sections Five through Ten, and in the Fraud & Unlawful Access Supplement (pp 96 to 115).

COMPLAINT

**SECTION THREE**

**ACCESS & MISAPPROPRIATION**

**PART I**

118. In 2005 and 2006, ZGM marketed themselves as screenwriter literary agents on several websites (including MovieBytes.com, DoneDealPro.com, and AbsoluteWrite.com).

119. January 20, 2006, Plaintiff found Zero Gravity Management listed on a website called Movie Bytes, at moviebytes.com, where they claimed they were accepting screenplays. Thus, **Jan 20, 2006**, 7:03 a.m., Plaintiff emailed ZGM to ask if they would be interested in reading either of two screenplays: a comedy called *Sunflowers*, or a sci-fi called ***Uberopolis: City of Light***.   Several hours later, 3:48pm, ZGM emailed permission for Plaintiff to send *City of Light*.  [This email exchange, between Plaintiff and ZGM, is attached as **Exhibit J**.]  **This email exchange is also attached to the *Briggs v Blomkamp* complaint (a 2013 infringement suit)**; however, in *Briggs v Blomkamp* Plaintiff did **NOT** realize or allege that ZGM was the access point in that matter too; he merely attached the email to the complaint to show that film companies were interested in his screenplay.

120. Plaintiff's exchange with ZGM was more than a mere request to send a script and a grant of permission; it contained spoken and unspoken, intentional misrepresentations, agreements, deceptions and omissions.  Plaintiff's email began as follows:

> Dear Zero Gravity Management,
> I am responding to your query for screenplays posted on moviebytes.com.
> Below you will find two brief synopses to two new screenplays I am….

121. A few hours later, Zero Gravity Management responded:

> Thanks for the query. You can send your script City Of Light via regular mail or email (.pdf only please) along with the attached submission form and a copy of your original email. If sending your script via email you may 'electronically' sign the form by typing in your name where it requires your signature.
> Since we do receive a lot of scripts we are only able to reply to those we are interested in pursuing and do not send out rejection notices.
> Best,
> Georgia

COMPLAINT

Zero Gravity Management
1531 14th Street Santa Monica, Ca 90404

122.   The first sentence of Plaintiff's email informed ZGM that Plaintiff was under the impression that (1) ZGM was authorized to represent writers, and (2) ZGM was seeking screenplays.  But in ZGM's reply email, ZGM did not inform Plaintiff that ZGM had signed a California Certificate of Cancellation four months earlier; thus, Zero Gravity Management was no longer in business.  This was intentional misrepresentation.

123.   In ZGM's reply they suggested they would  contact the Plaintiff if they decided to use his work.  ZGM also sent Plaintiff a *release* that said they would NOT use Plaintiff's work without contacting him first.  But ZGM used Plaintiff's work, but did not contact Plaintiff.  This was fraud and breach.

124.   Along with sending ZGM his screenplay, Plaintiff signed and returned a release. **Obviously, the release is invalid, because <u>ZGM did not exist as a business entity when the Plaintiff signed the release</u>**.  A copy of the blank release is attached as **Exhibit K**.

125.   Worse, by emailing the release and their permission for Plaintiff to submit his script, ZGM was implicitly and fraudulently representing themselves as a valid entertainment or literary business that was authorized to operate in the State of California.  ZGM was not. This was Fraud.  Although ZGM rushed to file a new BES (business entity statement), it was too late.  Any claims they hoped to make to the Plaintiff's screenplay were forever invalid.

**The Last Defense: Lie**

126.   Section Ten of this Complaint explains that in 2007 the Defs *hacked* into Plaintiff's email and erased all of his **outgoing** emails, from between mid 2005 to Sept 13, 2007. A copy of Plaintiff's Hotmail box (opened in mid 2005) showing all outgoing emails from before Sept 14, 2007, were erased, is attached as **Exhibit L**.  Luckily, ZGM replied to Plaintiff's original email thread; thus, Plaintiff's exchange with ZGM survived.  Left with no defense, the Defs are apt to claim Plaintiff did not send them his script (this is why the Defs erased Plaintiff's outgoing email—**to erase evidence of Plaintiff's return email to ZGM**). Thus, to verify that Plaintiff has always promptly and immediately responded to his

COMPLAINT

filmmaking and professional emails, Plaintiff offers a few email exchanges, from that same week, in 2006, which **are** also relevant to this matter:

1. The Court will find an email from Absolute Write (**AW**) to Plaintiff, sent Sun, Jan 15, 2006, at **2:59** a.m. (5 days **before** ZGM asked Plaintiff for his script), attached as **Exhibit M**. This email informs Plaintiff that to activate his subscription he must take further action. The Court will **also** find a second email from AW, sent Sun, Jan 15, 2006, at **6:16 a.m.** (3 hours later), informing Plaintiff that he had successfully taken action on the previous email and was subscribed to AW, attached as **Exhibit N**. NOTE: Plaintiff subscribed to this newsletter to receive a link to AW's literary agents eBook (ZGM was also listed in this ebook). The link to the ebook can be seen on page 3, line 1 (Ex M). Plaintiff was blocked from accessing the linked web page.

2. The next day, Jan 16, 2006, an agent named Greg Bell asked Plaintiff to send a PDF of his script. [**See Exhibit O**.] While making a PDF for Mr Bell, Plaintiff discovered a glitch in the screenwriting program's PDF converter. Hence, that evening, Plaintiff downloaded *Adobe Acrobat* at adobe.com. An email from Adobe.com, confirming this, is attached as **Exhibit P**.

3. The Court will find an email from Jerrol Lebaron (owner of InkTip.com), signed by Stephanie Maus, Fri, Feb 3, 2006 (14 days **after** ZGM accessed Plaintiff's script), attached as **Exhibit Q**. This email instructed Plaintiff to sign a **release** before placing a PDF of his script on InkTip.com. The Court should observe that in 2006 the Plaintiff lived in New York City, but Inktip.com was located in California (InkTip's address is on Ex Q). Thus, the email reads 7:34 pm **EST**, but it was sent at 4:34 pm **PST**, California time, before Inktip closed for the weekend. Plaintiff immediately sent InkTip a PDF of his script. Then, **7:05 a.m., first thing Monday morning**, Feb 6, 2006, InkTip's Stephanie Maus emailed Plaintiff to say InkTip.com had received his release. [Said InkTip "release received" is attached as **Exhibit R**.]

127. Points 1 and 2, above, show (1) Plaintiff's prompt professional habits, (2) Plaintiff already had a PDF of his script, on his computer, 4 days before ZGM asked for his script.

COMPLAINT

| | |
|---|---|
| 1 | ACCESS & MISAPPROPRIATION |
| 2 | PART II |
| 3 | ZGM UNLAWFULLY ACCESSED PLAINTIFF'S WORK, |
| 4 | Then Conspired With 20CFOX To Infringe Plaintiff's Work |
| 5 | 128.   This section explains how ZGM accessed and misappropriated Plaintiff's script and |
| 6 | gave or sold it to 20CFOX and James Cameron (and others).  This story involves many |
| 7 | players and moving parts; so first, an introduction to the teams and players… |
| 8 | THE TEAMS & PLAYERS: |
| 9 | **The Zero Gravity Management Team (ZGM):** |
| 10 | 129.   ZGM was a talent agency, specializing in representing <u>screenwriters</u>. [A copy of |
| 11 | ZGM's website 's "About Us" page is attached as **Exhibit S**.] |
| 12 | 130.  During the period in question (2005-2013), ZGM, as defined herein,  consisted of the |
| 13 | following players: **Mark Williams, Michael Pierce, Wayne Kramer**. |
| 14 | 131. Michael Pierce and Mark Williams are the primary owners of ZGM, and Wayne |
| 15 | Kramer is the film director who filmed most of ZGM's productions (from 2003 to 2007). |
| 16 | 132. Michael Pierce and Mark Williams also owned production company *Pierce/Williams*. |
| 17 | 133. Michael Pierce and <u>Wayne Kramer</u> owned the production company *True Grit*. |
| 18 | 134. Wayne Kramer was born and raised in South Africa. |
| 19 | 135. Michael Pierce was born and raised in Canada, and may still be a Canadian citizen. |
| 20 | **The Twentieth Century Fox Film Corp Team** (20CFOX): |
| 21 | 136. **20CFOX** is the film company/studio that financed and distributed Avatar. |
| 22 | 137. **Hutch Parker** was 20CFOX's President of Production. |
| 23 | 138. **Alex Young**'s title was <u>20CFOX's Senior VP of Productions</u>, under Hutch Parker. |
| 24 | 139. **Emma Watts** was also <u>20CFOX's Senior VP of Productions</u>, under Hutch Parker. |
| 25 | **The Endeavor / WME Team** |
| 26 | 140. From 2005 to 2009, **Endeavor** (AKA Endeavor Talent Agency), one of the world's |
| 27 | largest talent agencies, represented South African director **Wayne Kramer**, and Ari |
| 28 | Emanuel (Endeavor's CEO) personally represented South African director **Neill Blomkamp**. |

COMPLAINT

**ZGM'S BRILLIANT START & METEORIC FALL**

141.  September 11, 2003, ZGM filed its LLC registration with the Office of the California Secretary of State (**OCSS**).   December 9, 2003, Michael Pierce signed ZGM's OCSS BES, stamped by the OCSS on December 12, 2003. [This BES is on file with the OCSS.]

142.   By Dec 2003, ZGM had earned Hollywood's attention, because their first film, ***The Cooler*** (directed by Wayne Kramer) earned $10.5-million, against a cost of  $3.2-million.

143.  **May 9, 2004**, Variety.com ran a biography on Michael Pierce.  But Pierce asked his friends Wayne Kramer, Mark WIlliams, and Alex Young (Senior Vice Presidents of Prods for 20CFOX) to get in on the action. [Said Variety article by Lily Oei is attached as **Exhibit T**.]

144.  In the fifth paragraph of the article, writer Lily Oei explains:

> "These days, Pierce is moving nonstop. He has a hand in a number of companies: production shingle **Pierce/Williams** and management firm **Zero Gravity**, both with partner **Mark Williams**. With helmer **Kramer**, Pierce operates **True Grit**."

145.  In paragraph 7, Oei focuses on Mark Williams, who applauds ZGM's writing staff:

> "Williams, a former screenwriter who works closely with the scribes in their stable, says the good material draws people in and gives Michael the power to go and put movies together.""

146.   In paragraph 9, Wayne Kramer joins in, to reveal how much Pierce means to him:

> "Ditto, says helmer Kramer, ready to begin principal photography on their second pic together. "Michael has been the facilitator of my dreams. He backed me when nobody else would, and I entrusted my work to him as a producer with the knowledge that he didn't have any producing credits.""

147. Para 8 of Oei's article, 20CFOX's **Senior VP of Production, Alex Young** admitted that 20CFOX constantly tries to work with Pierce and brings him in on 20CFOX projects:

> "Even execs who haven't worked with Pierce are waiting for their chance. "We're constantly trying to find things. <u>I'd even bring him aboard things I have</u>," **says Alex Young, senior VP of production at Fox**. "<u>I have faith in his energy and enthusiasm that he'll push it forward. Michael is one of the most pro-active people I've met</u>.""

COMPLAINT

148.   Things were fantastic for ZGM in 2003, and the first half of 2004.  But ZGM's second movie, *In Enemy Hands* (2004), would be **perhaps  of the biggest money losers in American film history**; costing $5,400,000 but only earning $64,000.  And In 2005, ZGM's next film *Chaos*, only made $7M, against a cost of $12.5M.

149.   Thus, Sept 12, 2005, ZGM filed a certificate of cancellation, attached as **Exhibit U**.

150.   Zero Gravity Management was out of business.

### Rebirth, Access & Misappropriation

151.   Unaware that ZGM was out of business, January 20, 2006, Plaintiff found an online listing saying ZGM was accepting screenplays; thus, he sent ZGM an inquiry email, with two synopses to consider: a comedy titled *Sunflowers*, and a science fiction script titled ***Uberopolis: City of Light***.   A few hours later, ZGM asked for *City of Light*.   Plaintiff emailed his script immediately.  [See Ex J.]

152.   **Six days later**, January 26, 2006, ZGM filed a new California business registration, and was back in business.  [ZGM's new CA business registration is attached as **Exhibit V**.]

153.   Six months later, News Corp founded the company **880 Productions LTD** (a News Corp subsidiary).  [880 Production LTD's BES is attached as **Exhibit  W**.]  Avatar was filmed in New Zealand, and 880 Productions hired production personnel.  [See Exhibit. 67.]

154.   Next, Aug 30, 2006, ZGM partnered with billionaire investor Stephen Margolis, owner of Future Films Ltd, Future Capital Partners (and more than 30 companies starting with the word "future") and filed a CA BES for the new company, ***Future Films Delaware Limited Partnership***   [Future Films Delaware LP's BES is attached as **Exhibit X**.]

155.   21 days later, Sept 20, 2006, ZGM and Margolis opened **FUTURE SERVICE INC**, which would soon be on 13 Avatar copyrights.   The Delaware Dept of State Division of Corporations' (**DDSDC**) report on Future Service Inc is attached as **Exhibit Y**.

### Future Service, Inc, IS A SUBSIDIARY OF 20CFOX

156.   20CFOX immediately **bought** Future Service Inc and made it a subsidiary.   In 2006 **News Corporation** was the parent company of 20CFOX (then called Fox Entertainment Group, Inc).   Future Service Inc is identified as a subsidiary of News Corporation (and a

COMPLAINT

1   subsidiary of *Fox Entertainment Group Inc*: 20CFOX) on page 276 of News Corporation's

2   June 30, **2007** Form10-K Annual Report to the *Securities and Exchange Commission*

3   (S.E.C.). [Page 276 of News Corp's 2007 10-K SEC report is attached as **Exhibit Z.]**

4       157.   Future Service Inc was registered in Delaware because Delaware allows companies

5   to conceal the owner's identity in their filings.  This was perfect for the Defs, who wanted to

6   conceal ZGM's connections to Future Service Inc and the Avatar copyrights.

7       158.   Margolis and *Future Films Limited* did not announce their relationship with ZGM

8   until Nov 2009, in a Screen Daily (**SD**) article.  [Said SD article is attached as **Exhibit A2**.]

9       157.   27 days after opening Future Service Inc (Oct 19, **2006**), ZGM's Pierce and Williams

10  opened "**Victim, LLC**."   Dec 7, 2006 (<u>4 days before Future Service Inc appeared on the first</u>

11  <u>Avatar copyright</u>), Victim, LLC filed its first CA BES, <u>attached as **Exhibit B2**</u>.  Five years

12  later, December 2011, Victim LLC filed a CA Certificate of Cancellation (CoC), and closed.

13      159.   Since the *Screen Actors Guild* is named on Victim LLC's only Copyright Office

14  film credit (a 15 minute short), <u>attached as **Exhibit C2**</u>, Victim LLC was likely created to

15  accept payments from 20CFOX and **other** film companies that ZGM sold Plaintiff's work to.

16      160.   To conceal their connection to Avatar, Nov 26, 2007, Pierce and Williams filed a CA

17  CoC (cancellation), closing ZGM.  Said 2007 CA COC for ZGM is <u>attached as **Exhibit D2**</u>.

18      161.   To further confirm the link between ZGM (Pierce, Williams), and Margolis, and

19  20CFOX, and confirm the Defs' intent to deceive Plaintiff and <u>State and federal authorities,</u>

20  Plaintiff asks the Court to examine the address on each of the following documents:

21      **1.**  2004 CA BES for Pierce's company True Grit LLC, attached as **Exhibit E2**;

22      **2.**  Victim, LLC's 2006 CA BES (Exhibit B2)**;**

23      **3.**  ZGM's CA Certificate of Cancellation, filed Nov 26, 2007 (Exhibit D2);

24      162.   The court will notice on exhibits B2 and E2, Pierce uses the address **1531 14 St.**

25  **Santa Monica, CA 90404**, and Williams claims this same address on exhibits B2 and D2.

26      163.   Similarly, in Exhibit Y, **Future Films Delaware LP's** 2006 California's BES uses

27  the address **1531 14 St. Santa Monica, CA 90404.**, and identifies **Simon Horsman** as the

28  agent for service of process.

COMPLAINT

164.   Page 87 of the 2009 UK Film Council Research and Statistics Unit (UKFCRSU) handbook "Film In The UK; A Briefing Paper," is attached as **Exhibit F2**.  Examining Ex H2, the Court will notice that the UKFCRSU handbook names Stephen Margolis as Future Films Limited's *Chief Executive,* and names **Simon Horsman** as *CEO* of Future Films USA.

165.   **Future Films USA's** California business registration is attached as **Exhibit G2**. This BES identifies **Simon Horsman** as *Future Films USA's* agent for service, and claims the address **1531 14 St. Santa Monica, CA 90404**, but does not identify Horsman as CEO**.**

166.   *Future Films Delaware* and *Future Films USA* claimed to live/work at **1531 14 St. Santa Monica, CA, 90404,** at the same time that **ZGM** (and Michael Pierce and Mark Williams) claimed that address.  But Future Films did NOT use Pierce's or Williams' names, to conceal its connection to ZGM and the Avatar copyrights.

167.   According to *Spokeo.com*, Pierce lived at 1531 14th St, Santa Monica until 2011, but none of the parties named on Future Films Delaware's BES, and none of the executives of Future Films Limited ever lived there.  [Said Spokeo report is attached as **Exhibit H2**.]

168.   **THIS IS BUSINESS FRAUD**, and further illustrate that the Defendants unlawfully accessed Plaintiff's work using false representations.

SUMMARY OF ACCESS

169.  In 2006, after receiving Plaintiff script (Jan 20, 2006), Margolis, Pierce and Williams started at least 3 new businesses (Future Films Delaware, Future Films USA, and Future Service Inc) and used ZGM's (Pierce's and Williams') address for these businesses.  Dec 11, 2006, ZGM's new company, Future Service Inc, appeared on the first Avatar copyright, [**Ex U4**] and is a 20CFOX subsidiary.  In the next 3 years, Future Service Inc would appear on 13 of 21 Avatar/Project 880 copyrights, including the Avatar film copyright.  [**Ex X4**]

170.   **Two months** after appearing on the first Avatar copyright, Pierce, Williams and Margolis were credited as producers of Margolis's film *Flawless* (Feb 2007).

171.   With Plaintiff's script in hand, ZGM went from being out-of-business, to being (1) signatories on the most important Avatar copyrights, (2) business partners with famed billionaire Stephen Margolis, and (3) executives of a 20CFOX subsidiary.

COMPLAINT

172.  ACCESS CONFIRMED.

**AS PLAINTIFF COMPOSED THIS COMPLAINT,**

**20CFOX CLOSED FUTURE SERVICE, INC**

173.  As Plaintiff composed this Complaint, September 27, 2019 (the day after Plaintiff's online research unearthed the connection between ZGM and Future Service, Inc), **Future Service Inc suddenly went out of business**.  This is confirmed by examining the DDSDC report on Future Service Inc, showing its dissolution, September 27, 2019 (Exhibit Y).  **This dissolution was business fraud**, and an effort to hide Access and Infringement (it also indicates the Defendants unlawfully monitored Plaintiff's composition of this Complaint.)

**AFTER ZGM ACCESSED PLAINTIFF'S SCRIPT (JAN 20, 2006)**

**THE FOLLOWING COMPANIES QUICKLY FORMED**

174.  After ZGM accessed Plaintiff's work, the following businesses quickly formed —all related to Avatar or the infringement of Plaintiff's work (the underlined companies appear on central Avatar copyright registrations):

1.  Zero Gravity Management went back in business **January 26, 2006**,

2.  Dune Enertaintment II LLC, **the very FIRST "Dune Entertainment" company**; formed **March 14, 2006**, owned by **Stephen Mnuchin** (US Secretary of Treasury);

3.  880 Productions Limited, (owned by News Corp & 20CFOX), formed **July 21, 2006**.

4.  Ingenious Film Partners 3, LLP, formed **April 10, 2006**;

5.  Future Films USA 1 Limited (UK) (CEO Stephen Margolis), formed **Aug 7, 2006;**

6.  Future Films USA 2 Limited (UK) (CEO Stephen Margolis); formed **Aug 7, 2006;**

7.  Future Films Delaware LP (Stephen Margolis and ZGM); formed **Aug 18, 2006;**

8.  Future Films USA LLC (Margolis, ZGM, Horsman); formed **Aug 18, 2006;**

9.  Future Service, Inc., (ZGM and Stephen Margolis), formed **September 20, 2006**,

10.  Victim, LLC formed (ZGM) **October 19, 2006;**

11.  Media Rights Capital, formed on **November 30, 2006** (producer of Elysium);

12.  C.O. Films formed **November 30, 2006** (produced Wayne Kramer's *Crossing Over*).

13.  Dune Entertainment III LLC, formed **June 12, 2007**.

COMPLAINT

**PLAINTIFF'S SCREENPLAY'S PATH TO DEFS CAMERON & 20CFOX**

175.   The path from ZGM to 20CFOX is very short, if one is aware of a few key facts:

1.   As screenwriter agents, ZGM interacted with every major studio in Hollywood —as studios need scripts to make films.   [Oct 24, 2001 Variety.com published "Zero Gravity management division bows," by Dana Harris.  The article shows that by **2001** ZGM was working with the major studios (Colombia Pictures, MGM...).

2.   Def James Cameron had a close professional relationship with Emma Watts.
   - Watts was named executive producer of ABA in a 2005 prod announcement (Ex H).

3.   Alex Young was a friend of ZGM's Pierce, Williams and Kramer (see Ex T).

4.   Watts and Young were both 20CFOX Senior Vice Presidents of Production.

5.   Ari Emanuel and 20CFOX's Hutch Parker were close friends.

6.   Ari Emanuel and Endeavor represented Wayne Kramer (of ZGM). [Jan 26, 2009, Michael Fleming reported that Endeavor represented Kramer in  an article titled, "Wayne Kramer to direct 'Automatic'".]

176.   The diagram below shows Plaintiff's script's fast paths to 20CFOX and/or Cameron.

**SECTION FOUR**

**FRAUD & FALSIFICATION**

THE FALSIFIED ORIGINS & SOURCES OF THE SCRIPTMENT STORY

177.  When **Wikipedia**'s "*Avatar (2009 film)*" entry first opened in 2009, the page claimed Cameron wrote an 80-page scriptment in **1995**. [An IA crawl of said 2009 *Avatar Wikipedia* entry is attached as **Exhibit I2**.]  The entry cited a Jan 2007 Entertainment Weekly article quoting Cameron himself (see Sect 5, this article appears fraudulent).  But self-citation did not meet Wikipedia's verifiability standards, so the Defs were forced to change their citation.

178.  Currently, the 2019 Avatar Wikipedia page cites two **new**, fraudulent sources (now backdated to **1994**). The first citation, titled *"Synthetic actors to star in 'Avatar,'"* allegedly published Aug 12, 1996, in the St. Petersburg Times, claimed Cameron wrote an 80-page Avatar treatment in 1994.  But at the bottom of this Wikipedia entry, in the *References*, it states this article was "retrieved" in 2010, <u>and</u> clearly states the story link is broken.  Thus, this story could never be validated.  Further, Plaintiff searched for this story.  It does not exist.  This story is **<u>fraudulent</u>.**  A screen shot of the Wikipedia *Reference* citations is inserted below.

15. ^ *a b c* "Synthetic actors to star in *Avatar*" ⌐. *St. Petersburg Times*. August 12, 1996. Retrieved February 1, 2010.[*dead link*]

16. ^ *a b c* Judy Hevrdejs; Mike Conklin (August 9, 1996). "Channel 2 has Monday morning team in place". *Chicago Tribune*.

180.  The second source cited on the 2019 *Avatar (2009 film)* Wikipedia page, claims on Aug 9, 1996, Judy Hevrdejs and Mike Conklin wrote a story titled *"Channel 2 has Monday morning team in place,"* for the Chicago Tribune (see insert above), which stated that Cameron planned to begin shooting Avatar in mid-1997.  [An IA page crawl of this fraudulent Chicago Tribune story is attached as **Exhibit J2**.]  The article is an odd collection of story snippets, which the IA did not crawl until Nov **2018**.  But the evidence that this article is fraudulent is the number "2018" next to an asterisk between slashes, after the word "web" in the URL.  Why this is fraudulent is explained in Fraud & Unlawful Access Supplement (pp 96-115).  The  IA calendar crawl of this page is attached as **Exhibit K2**.

COMPLAINT

**SECTION FIVE**

**FRAUD & FALSIFICATION**

**PART I:**

THE FALSIFIED SOURCE OF THE SCRIPTMENT LEAK

181.   To make the scriptment story seem plausible, the Defs created two web pages that they could allege were the original source of the scriptment leak: www.**JackChaos**.com, and www.**uni-kiel.de**/medien/cameronlitdreh.html.  Proving the fraudulence of these webs pages took several months.  In short, the Defs used the IA to produce fake crawls of fake web addresses, while Google LLC modified the Plaintiff's Chrome browser to display false URL readings.  **January 14, 2020**, Plaintiff finally solved the Defs' scheme, by using his Internet Explorer browser.  That same day, the NSA announced that Windows 10 OS (Plaintiff's OS) has a dangerous vulnerability.  An explanation of how the Defs exploited this vulnerability to unlawfully access (steal) Plaintiff's work is provided in the *Fraud & Unlawful Access Supplement*, pp 96-115.  Perhaps the most conclusive evidence of the fraudulence of these pages is seen in Video Exhibits #1 and #2 (also explained and described in the *Fraud & Unlawful Access Supplement*), recorded **January 14, 2020**.

**#1  JACKCHAOS.COM**

182.   The falsified IA crawls of JackChaos.com fraudulently suggests the website was located at www.jackchaos.com from **March 2000 to June 2001.**  [A copy of an IA page crawl of the JackChaos.com homepage is attached as **Exhibit L2**.]  The Defs designed this falsified IA homepage crawl with a fake link to the Avatar **scriptment**, on the right side of the page (Ex L2).  The IA produced a falsified calendar crawl of this site.  A screenshot of this fraudulent calendar crawl is attached as **Exhibit M2**.  This screenshot appears valid because Plaintiff used his Google Chrome browser on this screenshot.  An Internet Explorer screenshot, which finally revealed the fraudulence of this crawl, is included in Exhibit Q5 (page 5).  How the Defendants modified Plaintiff's Chrome browser to display false URLs is explained in the Fraud & Unlawful Access Supplement, pp 96 to 115.

183.   As Plaintiff conducted the research for this Complaint, the IA suddenly blocked

COMPLAINT

1   Plaintiff from viewing the JackChaos.com page crawls. A December 19, 2019 screenshot of

2   a **blocked** May 25, 2002 JackChaos.com IA page crawl is attached as **Exhibit N2**.

3   184. **JackChaos.com is fraudulent for two reasons:**

4     1. By going to The IA's crawl of **www.uni-kiel.de/medien/cameronlitdreh.html** and

5       clicking any crawl from 2003 to the present, then clicking the Avatar script link, one

6       sees (in the IA search bar) that the IA redirects to a JackChaos.com page.  However,

7       as seen in the IA crawls, the JackChaos.com page only existed from Jan 2000 until

8       late 2001, while **uni-kiel.de** existed from 2003 until the present.  Thus, **these two**

9       **sites never existed at the same time**, so such a search bar cross link is impossible.

10    2. If one *Googles* "jackchaos.com" and "Avatar", and sets the search parameters to *1995*

11      *to Dec 31, 2005*, there are only two results, and neither pertains to Avatar or the

12      scriptment.   Thus, before 2006, NO websites, chat rooms or boards were discussing

13      the scriptment on jackchaos.com.  [Said Google search is attached as **Exhibit O2**.]

14      One would expect to find old external chat rooms and boards with people talking

15      about the JackChaos.com site.  There are no such chat rooms or boards, because the

16      site never existed. (This also applies to uni-kiel.de/medien/cameronlitdreh.html.)

17                                      **#2  WWW.UNI-KIEL.DE**

18  185.  At www.**uni-kiel.de**/medien/cameronlitdreh.html Plaintiff found a web page alleging

19  to link to the scriptment, however the link had been deactivated.  The page is/was hidden on

20  the University of Kiel's (in Germany) website.  On the Internet Archive (IA), Plaintiff found

21  a page crawl of this uni-kiel.de web page, which fraudulently indicated the page was created

22  in 2003.  This IA page crawl of  this uni-kiel.de web page is attached as **Exhibit P2**.

23  186.  An examination of the uni-kiel.de page's IA calendar crawl, revealing the fraudulence

24  of this page, is done in the Fraud & Unlawful Access Supplement (see Ex Q5, page 6).  But

25  perhaps the most conclusive evidence of the fraudulence of this page are Video Exhibits #1

26  and #2, from Jan 14, 2020.   But even before Plaintiff understood how the IA's calendar

27  crawl's scheme worked, there was clear evidence that the uni-kiel.de **page was fake** (see

28  items 1 and 2 above, under the "JackChaos.com is fraudulent for two reasons" heading).

COMPLAINT

1  **FRAUD & FALSIFICATION**

2  **PART II:**

3  <u>THE AICN SCRIPTMENT SCHEME</u>

4      188.    February 3, 2006, two weeks after Plaintiff sent ZGM his screenplay, Ain't It Cool

5  News (**AICN,** at aintitcool.com) published a bizarre article, titled "A Question For James

6  Cameron About AVA... Errrrr, PROJECT 880!!", that hyperlinked to **8** falsified documents.

7  [Said article is attached as **Exhibit Q2**.]  The Internet Archive produced fake crawls for all of

8  the fake web documents. The 8 falsified documents that the main article hyperlinked to were:

9      1.  The Avatar scriptment (Plaintiff found no links to the scriptment);

10     2.  A falsified AICN article, backdated to 1997 (not previously published), titled

11         "<u>AVATAR Peek!!!</u>"  (said article is attached as **Exhibit R2**);

12     3.  An AICN story, backdated to 2000 (not previously published), titled "<u>ABking visits</u>

13         <u>AVATAR... and tells all</u>!" (said article is attached as **Exhibit Y2**.);

14     4.  An article, titled "<u>James Cameron stresses BATTLE ANGEL ALITA is his next'!'!'</u>,"

15         backdated to Aug 9, 2005 (not previously published), attached as **Exhibit D3**;

16     5.  An AICN article, titled "<u>Cameron has a top secret project... PROJECT 880...</u>

17         <u>Nobody Nowhere Knows Nothing... Or do they</u>," fraudulently backdated to June 14,

18         2005 (not previously published), attached as **Exhibit H3**;

19     6.  Three (**3**) fraudulently backdated Avatar web addresses (examined in Sect 5, Part III).

20     189.    The purposes that these 9 falsified documents served in the Defs' scheme, and the

21  fraudulent crawls that the IA produced to support them, are examined in the following pages.

22  But the fraudulent, non-existent scriptment is not, because the hyperlinks were deactivated.

23     190.  In addition to the fraudulent AICN articles and IA crawls described on the following

24  pages, Plaintiff has attached video of the IA improperly redirecting to other page crawls

25  when he tried to access crawls of *Avatar Peek!* and *ABKing visits Avatar* (see Video Ex 4).

26     191.  On the fraudulent documents throughout this Complaint, the Court will notice that

27  the Defs used unreliable, lower tier publications **that do not produce hard copies**.  When

28  the Defs do use established publications, the IA tends not to falsify crawls of the articles.

COMPLAINT

**THE PURPOSE OF THE AICN FEB 3, 2006, MAIN ARTICLE**

192.   February 3, 2006, AICN released an article by Harry Knowles (AKA Moriarty), titled "*A Question For James Cameron About AVA... Errrrrr, PROJECT 880!*" (Ex Q2). This document was entirely fraudulent—EXCEPT for the reader comments, which the Defs mixed their fake comments into the real comment timeline.   All of the reader comments attached to the hyperlinked articles are entirely fraudulent.   This main article served 5 duties:

**1.**   The article released the newly created and never-before-released Avatar scriptment.

**2.**   The article alleges that the scriptment was created a decade prior (1995-96). (Para 5)

- The falsified readers' comments (below main article) confirm that a "90-something page document" that Knowles alleged was the scriptment, was attached.

- The readers' comments suggest the scriptment was hyperlinked in the text of para 11, reading "I don't think there's a single website where you can still find the treatment available for download, and it used to be fairly readily available."

**3.**   Paragraphs 11 and 12 fraudulently introduce and promulgate the false story that Cameron had recently, or in the past, removed the scriptment from all websites:

(Para 11) …. At this point, with circumstantial stuff stacking up, Cameron's starting to make his intentions clear. <u>He has done everything he can to track down and **delete** every single digital copy of the AVATAR treatment that's out there, and he's done a hell of a job.</u>
(Para 12) I hope he really is making the film, and that the reason he tracked down that 90-something page document and **did his best to <u>erase</u> it** is because he wants to cloak the film in mystery again….

**4.**   The article hyperlinks to 8 other falsified documents needed for the Defs' plan.

**5.**   Because the Defs plan forced them to hastily write a substandard "scriptment," the scriptment would need to be refined and rewritten. Thus, the Defs added para 12, suggesting the film would be very different from the scriptment:

(Para 12) I hope he really is making the film, and that the reason he tracked down that 90-something page document and did his best to <u>erase</u> it is because he wants to cloak the film in mystery again. **Even if people do still have copies of it, there's no way that's EXACTLY what you'll be seeing, or even close to what he'll eventually make**. He's a different person now, a different filmmaker, I'm sure, and <u>he's had a decade's worth of **real-life**</u>

COMPLAINT

1      experience that he'll bring to the table as a writer and as a director.

2     193.   The article is disjointed and incoherent; thus, the Defs added these comments:

3       Comment  #8: Is anyone doing DVD reviews anymore?
      Comment #13: but, after reading all that, i still have no idea what this is all about.

4       Comment #14: **So can we have an article that actually makes sense now?**

5       Comment #84: someone please tell me what the f--- moriarty is talking about?…

6     194.    Although the content of this article is falsified, unlike the other falsified articles

7 released that day (which are fraudulently backdated, and **all** of the reader comments are

8 fraudulent), this main article is <u>not</u> backdated, thus the Defs may have mixed their falsified

9 comments into the *real* reader comment timeline.  Some of the Defs' falsified comments are:

10     February 3, 2006 6:40 AM CST AVATAR Scriptment by **RenoNevada2000**
      So glad I printed that out when I stumbled across it so long ago. Maybe I'll

11       re-read it this weekend. (Though I did just get my hands on the Superman V

12       Batman script too...)
    February 3, 2006 9:44 AM CST Thanks 'GrammarPolice' by **KoozyK**I

13       appreciate the post. I've never been able to find it in time before it was

14       pulled. I got my reading for the weekend.
    February 4, 2006 11:03 AM CST That's the coolest news of them all! by **aigam**

15       I've been looking for it for a very long time. AVATAR is a wonderful story,

16       definitely worth to be done.

17     195.   These fraudulent reader comments were written to advance the false storylines that:

18    **1.** The Avatar scriptment existed before Feb 3, 2006;

19    **2.** Sometimes Cameron ordered the scriptment removed from websites;

20    **3.** Since Cameron sometimes removed the scriptment, it was hard to find;

21    **4.** A small contingent of people who were "in the know" knew about the scriptment.

22     196.    If the scritment was ever released at all, it was released that day.  The Defs claimed

23 Cameron removed the scriptment from websites in the past, because later that day 20CFOX

24 and Cameron would permanently remove the scriptment (again, if it was ever truly released).

25   ● 197.   The scriptment story was ONLY created and promulgated to fraudulently backdate

26 the Defs' possession of Plaintiff's ideas.

27   ● 198.   Supplemental conclusive evidence that this web article is fraudulent is provided in

28 the Fraud & Unlawful Access Supplement, pp 96-115.

COMPLAINT

## THE PURPOSE OF ATTACHING THE ARTICLE

## *"AVATAR PEEK!"*

199.   The article titled "AVATAR Peek!" (Ex R2) was fraudulently backdated to 1997, but was actually created and published by the Defs on February 3, 2006.

### The First Indication That "Avatar Peak" Was Fake

200.   The first clue that the "AVATAR Peak!" article was fraudulently backdated to Oct 13, 1997 is the fact that the reader comments (below the article) do not begin until <u>Feb 3, **2006**</u> **—more than 8 years after the story is fraudulently purported to have been written**.  The second reader (RaulMonkey) cannot believe no one has commented for 8 years (Ex R2):

> February 3, 2006 12:04 PM CST Cheers, Wolfpack. by **RaulMonkey**
> I wonder what the record is for longest period between an article being published and the First post going up…

### The Second Problem With The Article

201.   The idea that readers did not comment on the page for 8 years is on its face wrong.  The second problem is: AICN automatically deactivates their comments after 2-10 days.  But for some reason, we are to believe the comments on this page were left "on" for 8 years, and were only first utilized when the article was hyperlinked to the Feb 3, 2006 main article.

### The Third Problem With The Falsified (1997) Article

202.   Perhaps the biggest problem with the idea that on Oct 13, 1997 the readers just didn't comment on the *AVATAR Peak* article is that back in 1997 AICN was only 6-weeks old (AICN's first article was published on Sept 1, 1997), but AICN already had a few fans that commented on every AICN article.   To verify this, Plaintiff has attached **Exhibit U2** —a collection of six (6) valid AICN web articles, from Oct 1997.   The first three articles were published immediately before *AVATAR Peak* was published.  By looking at the articles' web addresses (bottom left corner of each page), one sees the articles are numbered 139, 140, 141—meaning they were the 139th, 140th, and 141st articles that AICN ever published.  The second three articles are numbered 143, 144, 145,  and were published immediately after *AVATAR Peak.*  Looking at the corner of the *AVATAR Peak* article (Ex R2), this document

COMPLAINT

1    alleges (falsely) to be the 142nd article AICN published.  Thus, it would come between the

2    first three and the second three documents in Exhibit U2.

3      203.  However, by reading the reader comments of the various articles in Exhibit U2, one

4    notices that readers commented on every single article, before and after *AVATAR Peak*.

5    Examining even closer, one notices that all of the reader comments (in the 6 documents

6    comprising Exhibit U2) were left by just seven (7) readers: 1. Orcus; 2. kevinwillis.net;

7    3. Andy Dufresne; 4. picardsucks; 5. TerryMalloy; 6. c4andmore; 7. cyber.

8      204.  And if one examines the Ex U2 comments even closer, one sees that readers *Orcus*

9    and *kevinwillis.net* left comments on every AICN article.  This is why the Defs could not

10   falsify the *comments* on the *AVATAR Peak* page; because doing so, credibly, would require

11   falsely attributing articles to Orcus' and kevinwillis.net's, exposing AICN to legal risks.

12   Thus, Plaintiff believes the Defs chose to turn the comments "on" on *AVATAR Peak*, so if

13   Orcus, kevinwillis.net or the Plaintiff visited the page, at a glance, it would appear normal.

14     205.  Since the Defs were alleging that "Avatar Peak" sat for 8 years without one reader

15   commenting, they needed a fake IA crawl of the page with no reader comments covering

16   those 8 years.  But to make this fraudulent "comment-free" crawl line, the IA had to give the

17   *AVATAR Peek* page it's own creepy subfolder address, explained below.

18              **The Defs Use The INTERNET ARCHIVE To Make Creepy**

19            **Fraudulent Crawls Of Fraudulent *AVATAR Peak!* Web Page**

20      206.  A fraudulent Internet Archive (**IA**) crawl of Avatar Peak is attached as **Exhibit S2.**

21   This       fraudulent       IA       crawl's       falsified       IA       address       is:

22   https://web.archive.org/web/20031115101335/http://www.aintitcool.com**:80**/display.cgi?id=1

23   42 .

24      207.  This is **not** a valid IA address.  The fraudulent crawl is located in an IA subfolder,

25   indicated by the colon (:) and the number 80 ("**:80**") following the .com in the address.

26      208.  Six valid AICN article screenshots (3 sequentially before Avatar Peak, and 3 after)

27   are attached as **Exhibit V2.**  If one examines Ex V2, one sees these valid addresses are:

28   https://web.archive.org/web/20020330155054/http://www.aintitcool.com/display.cgi?id=139

1   https://web.archive.org/web/20020330153027/http://www.aintitcool.com/display.cgi?id=140

2   https://web.archive.org/web/20020330153742/http://www.aintitcool.com/display.cgi?id=141

3   https://web.archive.org/web/20020330152415/http://www.aintitcool.com/display.cgi?id=143

4   https://web.archive.org/web/20020330153635/http://www.aintitcool.com/display.cgi?id=144

5   https://web.archive.org/web/20020913090037/http://www.aintitcool.com/display.cgi?id=145

6   209.  All of these <u>valid</u> IA aintitcool.com crawls are almost identical.  The only differences

7   are the crawl numbers (the large numbers near the middle), and the final page number (139,

8   140…).  They do NOT have a colon and number *80* "**:80**" after the dot com (".com").

9   210.  Thus, the *Avatar Peak* page and its IA crawls [Exs R2, S2 and T2] are all fraudulent.

10  **In Using The INTERNET ARCHIVE To Falsify The *Avatar Peak*  Page,**

11  **The IA "NODE" Crawls Make A Huge (And Amateurish) Mistake**

12  211.  The IA's fraudulent crawl of Avatar Peak! is attached as **Exhibit S2.**   A screenshot

13  of *AVATAR Peak's* page crawl is attached as **Exhibit T2.**

14  212.  November 2007, Ain't It Cool News (AICN) moved all of its web articles that were

15  over about a year old to a new "node" (archival) folder.  An IA calendar history crawl of the

16  AICN node folder, showing that it was created Nov 2007, is attached as **Exhibit W2**.

17  213.  This means that after Nov 2007 the AVATAR Peak page was no longer at the original

18  "**www.aintitcool.com**" address.   The new root web address (before the page number

19  extension) for these older AICN pages was now "**www.aintitcool.com/node/**".  A screenshot

20  of a valid IA page crawl of an valid AICN page from 1997 is attached as **Exhibit X2**.  If one

21  examines Exhibit X2 (a valid IA crawl of valid AICN page) one sees that the date bar, at the

22  top of the page, indicates there are no IA crawls of the page after late 2007.  This is because

23  AICN moved pre-2007 pages to the "node" folder, November 2007.

24  214.  But if one examines the timeline bar at the top of Ex T2 , one sees that the IA shows

25  crawl points after 2007.  This is impossible, because this "Avatar Peek!" article was moved

26  to the "node" folder in November 2007.

27  • 215.  Supplemental conclusive evidence that this web article is fraudulent is provided in

28  the Fraud & Unlawful Access Supplement, pp 96-115.

COMPLAINT

**THE PURPOSE OF ATTACHING ARTICLE**

*"ABKING VISITS AVATAR... AND TELLS ALL!"*

216.   Feb 3, 2006, the Defs attached to AICN's main article (Ex Q2) a falsified AICN article titled, "**ABKing visits AVATAR... and tells all!**" (This article is attached as **Exhibit Y2**).  This fraudulent article was NOT previously published on Feb 6, 2000.  This document was first published the day it was hyperlinked to the AICN main article, Feb 3, 2006.

217.   The Defs produced and published this article to make numerous false statements of fact regarding the Avatar scriptment—which also did not exist until Feb 3, 2006.

218.   Since this *ABKing* article (Ex Y2) itself is falsified and backdated to 2000, obviously **all of the reader comments are also falsified** —EXCEPT the very last reader comment was falsified and <u>added almost 4 years later</u> —<u>2 months before Avatar was released</u> in theatres, Oct 15, **2009**.  Why?  This is explained in the second half of this section.

**The Defs Use The *ABKing* Article To Make 4 Types Of False Statements:**

219.   The *ABKing* article is used to make four central false statements of fact, and to backdate these falsehoods to Feb 6, 2000.  These 4 backdated false statements are:

1.   The article uses a sentence in paragraph #6 toward 3 goals: **(1)** to steal the Plaintiff's screenplay's central environmentalism themes; **(2)** to steal the Plaintiff's villain's indifference to the environmental, human, or social damage he causes; **(3)** to steal the Plaintiff's villain's preoccupation with making profit at the expense of the planet. The infringing sentence in question reads (paragraph 6):

     "This camp is ran by this dude who's only interested in raping the planet of its resources and making the company profit and doesn't really care about the damage mining causes on the eco-system of the planet and its aliens."

2.   The article uses paragraph #5 to infringe one of the Plaintiff's screenplay's many interesting technologies, namely a scanning device that scans human minds/souls, and can then transfer these minds/souls into other hosts and/or settings.

3.   The article uses the reader *comments* to fraudulently misappropriate the Plaintiff's hero, by alleging that Cameron's hero was both: (1) a former US war hero;

COMPLAINT

34

| 1 | (2) disabled (parapalegic).  These 3 central falsified reader comments read as follows |
|---|---|

1  (2) disabled (parapalegic).  These 3 central falsified reader comments read as follows

2  (see Ex Y2):

3  February 6, 2000 11:15 AM CST Schwarzenegger?? by **The Kid**

4  I've only read the first several pages of the scriptment so far (copied it off the
net when it was posted, before it was taken down), but how do you figure

5  Schwarzenegger? I can sort of see it with a haggard-looking make-up job,
but the guy has a huge build. Josh is slumped in a <u>wheelchair</u> with slightly

6  shrunken, <u>paralyzed legs</u>. I doubt Schwarzenegger is right for this.

7  February 7, 2000 1:43 PM CST ARNOLD??? by **Matchstick77**

8  Have you really READ the scriptment? Josh, the protagonist of the film, <u>**is a**
**war vet**</u> with <u>**no ability left in his legs**</u>...He is disallusioned and goes to

9  Pandora initially because they offer him a chance to walk again… [sic]

10  **4.**  The ABKing article uses three (3) key fraudulent reader *comment*s to falsely suggest

11  **(1)** that Cameron previously removed his nonexistent scriptment from online sources,

12  and **(2)** that some AICN readers had previously discussed reading Cameron's script.

13  These 3 falsified reader comments are as follows (see Ex Y2):

14  February 6, 2000 1:50 AM CST Avatar Script is Online... by **Spell Checker**

15  For anyone interested, here's the link to the Avatar scriptment (and many
others, such as Hollow Man) online…

16  http://www.dailyscript.com/scripts/scripts.html

17  February 6, 2000 1:53 AM CST Ooops.... it was removed... sorry.. by **Spell
Checker**

18  Sorry, it was removed... if you're interested in reading it, perhaps you could
email me... that and the Spiderman Scriptment…

19  February 6, 2000 4:15 PM CST SIMPLYSCRIPTS.COM by **knight_of_Ni!**

20  For all you boys and girls out there looking for all these scriptments and
screenplays, this sight has 'em all!! They STILL have Avatar, they have…

21

22  **The Defs Mistake That Tipped Plaintiff That *ABKing* Was A Fake…**

23  220.   The final reader comment below the *ABKing visits AVATAR... and tells all* article

24  (Ex Y2) said nothing relevant, just "test test".  But because the reader comments on the

25  AICN website are usually permanently closed a short time after the articles are published

26  (usually a couple days later), Plaintiff scrutinized this document a bit closer, and discovered

27  that, AGAIN, the Defs coordinated with the Internet Archives to make fraudulent subfolder

28  crawls for this *ABKing* page (the fake IA crawl will be examined later).

COMPLAINT

1    221.   Examining this *ABKing* article, the Defs would have us believe that on February 3,

2  2006, while AICN readers were leaving comments on the main article (Ex Y2) and the

3  falsified *AVATAR Peak* page (Ex R2), readers just did not bother to leave comments on this

4  *ABKing* article; and 4 years later, a reader visited the page and happened to find the

5  comments activated (10 years after it was allegedly written), and left a silly little message.

6    222.   That did not happen.  But there was a bigger problem with the *ABKing* page.

7                 **The Defendants' Second—Bigger & More Obvious—Mistake**

8    223.   In adding the falsified reader comment (Oct 2009) to the *ABKing* article (Ex Y2) the

9  Defs forgot that in Nov 2007, the Defs moved all documents that were over a year or so old

10  to a new *node*.  Once moved to this node (2007) all documents were ***archival*** documents, so

11  the all *comments* would be deactivated.  Leaving a document unchanged is the point of

12  archival documents.  Plaintiff has looked at countless documents on this node, but only the

13  *ABKing* article has *comments* dated *after* the node was created.  **Note:** the first AICN node

14  **closed**, Feb 2019, thus, these old node docs can only be seen on the IA or the Legacy node.

15           **Again, The Defs' Mistake Resulted In Another Impossible IA "NODE" Crawl**

16    224.   On October 15, 2009, when the Defs executed their plan, they forgot that back in

17  November 2007, AICN created a new AICN "node," so the web page that they were

18  fraudulently creating could no longer exist at the web address that they falsely alleged.

19    225.  This oversight caused the IA forgers to produce anachronistic page crawls that could

20  NOT exist at that address after Nov 2007.  A PDF of a falsified IA page crawl of the

21  ABKing article is attached as **Exhibit Z2**.  A screenshot of this fraudulent IA page crawl of

22  the *ABKing* page is attached as **Exhibit A3**.  The screenshot shows (impossibly) that the

23  ABKing page was crawled in **2009, 2010** and **2017**.  But those dates are impossible because

24  the page was moved to the node address in November 2007.  **These crawls are fraudulent.**

25              **AGAIN, The Defendants Use The INTERNET ARCHIVE**

26          **To Make Fraudulent Crawls Of The Fraudulent ABKing Article**

27    226.  The article "*ABKing visits AVATAR... and tells all*" fraudulently alleges it was created

28  Feb 6, 2000.  However, the only IA crawls of this web page from before Feb 3, 2006 are are

COMPLAINT

1 | fraudulent.

2 | 227.   Examining the web address of this *ABKing* IA crawl (lower corner of Ex Z2, or the

3 | address bar of Ex A3), one sees this crawl is in the same fake IA subfolder as the *AVATAR*

4 | *Peak* crawl (Ex S2), marked by "**:80**" after the ".com."   Located at the IA address:

5 | https://web.archive.org/web/20030123071843/http://www.aintitcool.com:**80**/display.cgi?id=5

6 | 169

7 | 228.   Plaintiff printed valid IA crawls of the two **valid** AICN pages that precede the

8 | falsified *ABKing* article and the two valid pages that follow the *ABKing* article (AICN

9 | articles #5167, 5168, 5170, 5171).   All of these articles are from early February 2000.  [Said

10 | valid IA crawls of these four valid AICN pages are attached as **Exhibit B3**].   These crawls

11 | have the following valid IA addresses—with**out** the disqualifying "**:80***" after the ".com" :

12 |   **1.**  https://web.archive.org/web/20020923055155/http://www.aintitcool.com/display.cgi?

13 |        id=5167

14 |   **2.**  https://web.archive.org/web/20010426010800/http://www.aintitcool.com/display.cgi?

15 |        id=5168

16 |   **3.**  https://web.archive.org/web/20020923051902/http://www.aintitcool.com/display.cgi?

17 |        id=5170

18 |   **4.**  https://web.archive.org/web/20010528042530/http://www.aintitcool.com/display.cgi?

19 |        id=5171

20 |   229.  The above crawls are valid, but the *ABKing* IA crawls (Ex Z2 and A3) are fraudulent.

21 |                   **Internet Archive Makes Fake Calendar Crawl**

22 |   230.  The IA also made a falsified calendar crawl of the ABKing page attached as **Exhibit**

23 | **C3**.   The fraudulence of this page is confirmed by the fact that it shows crawl points/dates

24 | after 2007.  This is impossible because this 2000 article would have been moved to the *node*.

25 |   231.   Circumstantially, the ABKing article alleges creation in 2000, but it was not cited

26 | in any contemporary 2000 web articles.

27 |   ● 232.  Supplemental conclusive evidence that this web article is fraudulent is provided in

28 | the Fraud & Unlawful Access Supplement, pp 96-115.

COMPLAINT

1 **As Plaintiff Composed This Complaint, Late October 2019,**

2 **Suddenly The Avatar Peek, and ABKing Articles Disappeared From The IA**

3   232.  As Plaintiff composed the preceding pages, the "Avatar Peek" and "ABKings Visits

4 Avatar…" articles suddenly disappeared from the IA, as seen below.  [These page crawls also

5 appear falsified, by the fact that their crawl numbers end in six zeros, followed by an

6 asterisk; valid <u>page</u> crawls do not have an asterisk (calendar crawls have an asterisk).]



**THE PURPOSE OF THE FRAUDULENT *AUGUST 9, 2005* ARTICLE**

**"*JAMES CAMERON STRESSES BATTLE ANGEL ALITA IS HIS NEXT'!'!'"***

233.  Feb 3, 2006, AICN published the fraudulent and backdated (Aug 9, 2005) article "James Cameron Stresses Battle Angel Alita Is His Next'!'!'" (**Battle Angel Alita Is His Next**) [Said AICN article is attached as **Exhibit D3**.]

234.  This article was created to subtly disseminate two central falsehoods:

**1.**  The article was written to propagate the falsehood that at any time between 1996 and 2005 there were people talking about Cameron's nonexistent scriptment.

**2.**  The article was written to promulgate the lie that sometimes, back in 2005, Def Cameron was known to order a nonexistent scriptment removed from online sources.

- 225.  There were NO such reports until these articles were published.

226.  To promulgate these falsehoods, the article relied on one sentence in the first paragraph, and four reader comments.  That sentence from the first paragraph reads:

> Also - I've been getting strange reports from around the web of Cameron's script treatment to AVATAR being forced off their script sites - which has me poking around to see if Cameron is looking to get AVATAR going again - or could that be Project 880?

227.  To promulgate said falsehoods, the article relied on the following 4 reader *comments*:

August 9, 2005 11:02 AM CST Avatar by **RenoNevada2000**
> There have been periodic sweeps by Cameron's legal stooges to have the script for AVATAR removed from websites. Thankfully, I printed out a copy years ago, which no sits on a shelf with loads of other unproduced scripts I've managed to collect over the years. Maybe tonight I'll read Andy Kaufman's THE TONY CLIFTON STORY again…

August 9, 2005 3:43 PM CST Where can I get AVATAR? by **Doc_McCoy**
> Anybody know a place I can download a copy before it disappears? Been trying to get a hold of it for probably five years now.

August 9, 2005 3:56 PM CST Avatar script by **mmm_free_wig**
> Same as the guy above. I managed to read the script about 5 years ago - it was brilliant. I've been meaning to look for it for the last couple of weeks and have another glance at it - a search on google now comes up empty. Arse! If anyone has an electronic copy, could you do me the honour of emailing to me please?…

August 9, 2005 4:26 PM CST Anyone have a copy of the Avatar scriptment? by **3 Bag Enema**

COMPLAINT

1    I used to have it, but now I've gone and lost it. I'd me most appreciative if
2    someone could send it to bonzulac@yahoo.com. Thanks!

3    **Again, the INTERNET ARCHIVE Published Fake Crawls Of A Fake Page**

4    228.   The AICN *Battle Angel Alita Is His Next* page (Ex C3) could not be validated by the
5    IA as existing before Jan 20, 2006, as it was not crawled by the IA until 2009, <u>over 4 years</u>
6    <u>after it alleges publication</u>.   There are only two IA crawls of this page: Dec 23, 2009 and Oct
7    2017.  But the insurmountable problem with the page's IA crawls is **they are fake**.

8    229.   A PDF of the fake IA page crawl of *Battle Angel Alita Is Next* is attacked as **Exhibit**
9    **E3**.  The IA also produced a fraudulent calendar crawl of the AICN *Battle Angel Alita Is His*
10   *Next* article.  A screenshot of this fake calendar crawl is attached as **Exhibit F3**.

11   230.   If the Court examines Exhibit E3 it will see that the address bar reads:
12   web.archive.org/web/20091223145545/http//:www.aintitcool.com/display.cgi?id=20995.

13   231.   Exhibit E3 (top) indicates that this page was crawled Dec 23, 2009, and October
14   2017.  But these crawl dates are impossible because this page alleges to have been written in
15   **August 2005**, if that were true, it would have been moved to AICN's "Node" folder by Nov
16   2007, where it would have remained until Feb 3, 2019, when AICN moved all old articles to
17   a newer *Legacy Node*; thus, it would not be at this web address.  **This crawl is fraudulent.**

18   232.   If the Court examines Exhibit F3 it will see that the IA's calendar crawl if of AICN's
19   *Battle Angel Alita Is Next* article at www.aintitcool.com/display.cgi?id=20995 indicates that
20   it too was crawled in 2009 and 2017.  As explained above, these crawl dates are impossible
21   because the page would have been moved to the Node in 2007.  **This crawl is fraudulent.**

22   233.   To verify this, Plaintiff has attached a valid IA page crawl of a valid AICN article
23   from **July 2005**, attached as **Exhibit G3**.  One can see (in footer of Ex G3) this valid crawl is
24   located at: https://web.archive.org/web/20171002044141/aintitcool.com/**node**/20873.  As the
25   court can see, this valid address is located in the "Node" folder address.  Thus, the IA crawls
26   of *Battle Angel Alita Is Next*  (Exhibits E3 and F3) are **fake**.

27   •  234.  Supplemental conclusive evidence that this web article is fraudulent is provided in
28   the Fraud & Unlawful Access Supplement, pp 96-115.

COMPLAINT

1 | **THE PURPOSE OF THE ARTICLE**

2 | ***"CAMERON HAS A TOP SECRET PROJECT... PROJECT 880"***

3 | 235. The AICN article titled "**Cameron has a top secret project... PROJECT 880...**

4 | **Nobody Nowhere Knows Nothing... Or do they**" was hyperlinked to the main AICN

5 | article, and fraudulently backdated to June 14, 2005. [Said article *Cameron Has A Top*

6 | *Secret... is* attached as **Exhibit H3**.] This story was fabricated to promulgate two falsehoods:

7 | 1. It was fabricated to suggest that in 2005 film fans were discussing a scriptment.

8 | 2. The story was fabricated to help promulgate the idea that *insiders* knew that Cameron

9 | had a secret dream of making an unknown film called *Avatar*.

10 | 236. Toward these goal, the Defendants manufactured the following 2 reader *comments*:

11 | June 14, 2005 6:01 AM CST I work at Lightstorm.... And I know what the
     film title is! by **RKO Classic**

12 | Jim Cameron is making a film that has been a passion of his since he was

13 | in his twenties. I'll give you a hint: 3D and Care Bears
     June 14, 2005 8:15 PM CSTZardoz by **one9deuce**

14 | How about a link to the Avatar scriptment? coop, what are you talking

15 | about? theoneofblood was just trying to restrain himself from saying "first"

16 | **INTERNET ARCHIVE Published Fake Crawls Of Defs' Fake Page**

17 | 237. The article *Cameron Has A Top Secret* could not be verified as existing before

18 | January 20, 2006, as its IA crawls were far too late (December 23, 2009), <u>4.5 years after the</u>

19 | <u>article alleges to have been published</u>, and **it is fake.** There are only two IA crawls of this

20 | page, December 23, 2009 and October 2017 (the same crawl dates as the previous article

21 | "James Cameron Stresses Battle Angel Alita Is His Next'!'!'"). [A screenshot of the IA crawl

22 | is attached as **Exhibit I3**.]

23 | 238. If the Court examines the screenshot (Ex I3) it will see that the address bar reads:

24 | web.archive.org/web/20091223145521/http//:www.aintitcool.com/display.cgi?id=20449

25 | The crawl clearly indicates it was made on December 23 2009. That crawl, on that date, is

26 | impossible, because the article alleges it was written **June 14, 2005**, thus, it would have

27 | been moved to the *Node* folder, in November 2007. See exhibits W2 and G3 for valid node

28 | crawls.

COMPLAINT

**FRAUD & FALSIFICATION**

**PART III:**

**RECKLESS & WIDESPREAD BUSINESS & INTERNET FRAUD**

THE PURPOSE OF THE WEBSITES LINKED TO THE FEB 3, 2006, MAIN ARTICLE

239.    This segment shows how the Defendants colluded with Register.com and Corporation Service Company (**CSC**) to commit widespread online fraud, by fraudulently backdating and publishing false facts related to three web addresses that were cited and/or linked to the main AICN article, published February 3, 2006.  These sites are:

1.  www.AvatarMovie.com;

2.  www.ExplorePandora.com;

3.  www.VisitPandora.com.

240.  In paragraph #9 of the Feb 3, 2006 AICN main article, Harry Knowles wrote:

> ...This e-mail appeared in the mailbox earlier tonight:
> AvatarMovie.com (**http://www.avatarmovie.com**)
> ExplorePandora.com (**http://www.explorepandora.com**)
> VisitPandora.com (**http://www.visitpandora.com**)
> All are registered to **Greenberg Glusker Fields Claman Machtinger & Kinsella LLP**, the law firm that represents James Cameron. All were registered in May or June 2005.

241.  Before showing the more technical evidence of fraud, Plaintiff will briefly show that the Defs engaged in Fraud by producing fake IA crawls of these websites.

242.    The IA produced fraudulent calendar crawls of each of these websites, then backdated them to Feb 6, 2006.    A screenshot of the IA's falsified crawl of ExplorePandors.com is attached as **Exhibit J3**.  A screenshot of the IA's falsified crawl of VisitPandora.com is attached as **Exhibit K3**.    A screenshot of the IA's crawl of AvatarMovie.com is attached as **Exhibit L3**.  In the URLs of these pages, after the word "web" there is slash followed by a 14 digit crawl number, followed by an asterisk.  The crawl numbers and asterisk are the fraudulent elements.  A valid IA calendar crawl should only have an asterisk between the slashes, no digits (Plaintiff <u>did **not**</u> click on the "2006" element of these crawls).  The *Fraud and Unlawful Access Supplement* explains this in greater detail.

COMPLAINT

42

**The Main Article Fraudulently Claims AvatarMovie.com Was Registered To**

**Greenberg Glusker Fields Claman Machtinger & Kinsella LLP**

243.   The main article fraudulently claims that AvatarMovie.com, VisitPandora.com and ExplorePandora.com were registered to the law firm **Greenberg Glusker Fields Claman Machtinger & Kinsella LLP**.  These web addresses were NOT registered to this law firm in 2005.   In fact, none of these three websites were registered to 20CFOX until 2008. Further, evidence shows that two of these websites (ExplorePandora.com and VisitPandora.com) did not even exist until 2008.

244.   **ICANN** (Internet Corporation for Assigned Names and Numbers) states that In June of 2005, the registrar of AvatarMovie.com domain was MarkMonitor.com.    The ICANN report for AvatarMovie.com is  attached as **Exhibit M3**.

245.   The ICANN report for ExplorePandora.com indicates that on May 16, 2005, the registrar of this website was **CSC Corporate Domains, Inc**.    The ICANN report for ExplorePandora.com is attached as **Exhibit N3**.

246.   The ICANN report for VisitPandora.com indicates that on May 16, 2005, the registrar of this website was **CSC Corporate Domains, Inc**.    The ICANN report for VisitPandora.com is attached as **Exhibit O3**.

247.   The most obvious evidence that the ExplorePandora.com and VisitPandora.com web addresses are fraudulently backdated is found on their ICANN reports (Exhibits N3 and O3).   On the bottom line of the "Domain Information" section, the Court will see that *CSC Corporate Domains, Inc* fraudulently reports that these two sites were created at the very same second: 18:16:57 (6:16:57 p.m.).   Seemingly impossible.

248.   But this *is* possible, because WHOIS protocols allow web hosting services to fraudulently backdate their websites, without oversight or regulation.   Thus, Register.com created a company branch called "Corporate Service Division" that would specialize in fraudulently backdating websites for large corporations in need of unlawful services.

● 249.   There is a far more nefarious and incontrovertibly fraudulent aspect about these ICANN reports revealed on **page 45**.

COMPLAINT

1     **How Lack Of WHOIS Regulation Makes Fraud (Backdating) Legal**

2     250.   WHOIS is an internet protocol that identifies website owners, but it is unreliable, as

3 web service providers enter this data, unregulated.  Wikipedia's *WHOIS* entry explains:

4     <u>Accuracy of Information</u>:

5         In cases where the registrant's (Domain Owner) identity is public, anyone
can easily confirm the status of a domain via WHOIS.

6         In the case of private registrations, ascertaining registration information
may be more difficult.

7

8     251.  Under ***Law and Policy*** Wikipedia's "WHOIS" entry further explains:

9     "The Federal Trade Commission has testified about how inaccurate WHOIS
records thwart their investigations."

10

11     "The *Fraudulent Online Identity Sanctions Act*… does not make the
submission of false WHOIS data illegal in itself, only if used to shield oneself

12     from prosecution for crimes committed using that domain name."

13     252.  Thus, CSC and Register.com were free to submit false and backdated information

14 for their websites, as long as they did not do so to shield themselves from prosecution.

15     <u>**THE DEFS USE THIS LACK OF REGULATION TO CREATE A SPECIALIZED**</u>

16     <u>**BUSINESS NETWORK, TO PROTECT DEFS' FRAUDULENT WEB PAGES**</u>

17     253.  May 3, **2006**, two months after AICN released its fraudulent Feb 3, 2006 articles,

18 Register.com sold its <u>**Corporation Service Division**</u> to Corporation Service Company

19 (**CSC**). [Wikipedia's Register.com entry is attached as **Exhibit P3**.]  Register.com did this

20 because CSC was going to become the *go-between* agent, between 20CFOX, AICN, Google

21 and Register.com, and provide them specialized (and fraudulent) backdating web services.

22     254.  An article <u>by</u> Register.com about Register.com selling Corporate Service Division to

23 CSC, titled "Register.com Sells Corporate Service Division To Corporate Service Company"

24 is attached as **Exhibit Q3**.  The final sentence of paragraph #1 tactfully explains the unique

25 services Corporate Service **Division** provided (which it now provide CSC clients):

26     "The Corporate Service Division provides strategy consulting services **and
global domain <u>name</u> registration**, <u>management</u>, and monitoring services."

27

28     255.  But Register.com needed to sell the Corporation Service Division for the plan to

COMPLAINT

1    work, to avoid the appearance of conflicted interests and/or collusion.

2        256.   Exhibit P3 explains that Peter **Forman** created Register.com in 1994, and sold it to

3    Vector Capital, Nov 2005.  But 2.5 years before Forman sold Register.com to Vector Capital,

4    he quietly became the director of **Corporation Service Company (Europe) Limited**.  [CSC

5    (Europe) Limited's BES is attached as **Exhibit R3; see page 2, line 22**.]  Forman stepped

6    down as director a month before Vector Capital purchased Register.com, 2005, but has

7    remained an inactive director of CSC to this very day, 2020. (see Ex R3, page 2 line 5)

8              **How Register.com & CSC Helped The Defs Falsify The Central Websites**

9        257.   If a CSC client needs fraudulently backdated websites, CSC tells Register.com.

10   Register.com can then either create and backdate websites, or they can give the client sites

11   that are no longer claimed.   Thus, it is quite possible that 20CFOX took the name "Avatar"

12   because Register.com had the website AvatarMovie.com available.

13            **Hosterstats Data Shows The Defs' Corrupt Ties To CSC & Register.com**

14       258.   HosterStats.com is a web analytics service.  Plaintiff has attached the HosterStats

15   data of the 3 central websites (AvatarMovie.com, ExplorePandora.com, VisitPandora.com)

16   in one exhibit, attached as **Exhibit S3**.  Ex S3 shows that for each of these websites, prior to

17   FoxFilm.com (20CFOX), Register.com is identified as the *registrar*.  But on the ICANN

18   reports for ExplorePandora.com and VisitPandora.com, *CSC Corporate Domains Inc*

19   (**CSCCDI**) is identified as the registrar (See Ex N3 & O3).   This is because CSCCDI

20   falsified the ICANN reports and backdated the sites to hide Register.com's ties to 20CFOX.

21   Proof of this is found in the fact that **CSC Corporate Domains Inc did not exist until**

22   **June 2014, six years after these pages were created (2008)**.  Thus, CSCCDI changed the

23   ICANN reports years later.  [*CSC Corporate Domains Inc*'s BES is attached as **Exhibit T3**.]

24   (Not surprisingly, the first copyright with the name "Avatar" was registered in June **2008**.)

25       259.   **Both the HosterStats and the ICANN reports are falsified**.  As shown on page

26   43 and in the preceding paragraph, the ICANN reports reflect falsified WHOIS information

27   that CSC added **after** 2014, through its new business entity CSCCDI.  The HosterStats

28   reports reflect the falsified WHOIS information that **CSC** submitted, Aug 2008.  However,

COMPLAINT

1   HosterStats simply published information that CSC provided, they did not act improperly.

**The Defendants' Shared Connection to CSC**

3   260.   The Defs' shared ties to CSC is easily confirmed.  <u>20CFOX</u>'s BES is attached as
4   **Exhibit U3**.  <u>Google LLC</u>'s BES is attached as **Exhibit V3**.  <u>Register.com</u>'s BES is attached
5   as **Exhibit W3**.  An ICANN report showing <u>Perfect Privacy LLC</u> governs aintitcool.com is
6   attached as **Exhibit X3**.  <u>Perfect Privacy LLC</u>'s BES is attached as **Exhibit Y3**.

7   261.   If one examines exhibits U3, V3, W3 and X3, one sees that **CSC** is the agent of
8   service of process for 20CFOX, Google, AICN (Perfect Privacy LLC) and Register.com.

**DIY Evidence That The Defs Used Regtser.com To Falsify Websites**

10   262.   In the Defs' fraudulent scriptment story, Cameron changed *Avatar*'s name to *Project*
11   *880* in 2005, and continued to call the project *Project 880* on all official documents (BES's,
12   copyrights) until 2008-09, when the name was changed back to *Avatar*.   But the
13   **Avatar**Movie.com web address is fraudulently backdated to mid 2005—for a film named
14   *Avatar*.  But in 2005, in this fake scriptment story, the scriptment was called *Project 880*.

15   261.   Further, a simple *custom range* Google <u>Chrome</u> search shows evidence of fraud:
16   **1.** type the word "avatarmovie.com" (in quotations); **2.** search; **3.** click "tools" (right);
17   **4.** click "any time" (left); **5.** select "custom range"; **6.** select from '1994' to 'June 30, 2006';
18   **7.** Search.   The results of this *custom range* search are attached as **Exhibit Z3**.  Examining
19   Ex Z3, one finds no evidence that AvatarMovie.com existed before 2006, and only 2 results:

20      1.   The first search result is from June 2006—over a year **after** the Defs allege their web
21           addresses were created, and months after the Defs accessed Plaintiff's work
22           (NOTE: this "BrianStorm.com" article is unreliable because it is WordPress based
23           article, and WordPress articles can be backdated by the user);

24      2.   The second search result is from 2009 (4 years after the pre-2006 search parameters).

**A Week After Publishing The Feb 3, 2006 Articles, <u>Ain't It Cool Inc</u> Dissolved**

26   262.   Feb 10, 2006, a week after AICN published the central articles, Harry Knowles
27   dissolved "**Ain't It Cool, Inc**." See **Exhibit A4**.  Then, September 23, 2009, three months
28   before Avatar was released, Harry Knowles opened Putter's Edge of South Florida, LLC.

COMPLAINT

| | |
|---|---|
| 1 | **FRAUD AND FALSIFICATION** |
| 2 | **PART IV:** |
| 3 | THE DEFS FALSIFY & BACKDATE FIVE MORE ARTICLES |

263.   Shortly after the Defs released the previously described AICN articles, they released 5 additional falsified articles, backdated to between June 2005 and Jan 2006, to support the false story that in 2005 insiders knew Cameron had been thinking about filming *Avatar* (*Project 880*) before *Alita: Battle Angel* (**ABA**).  These 5 articles are described below.

**1. A Fraudulent THR Article, Backdated to June 14, 2005,**

264.   *The Hollywood Reporter* (**THR**) released an article titled "Cameron turns to new project," fraudulently backdated June 14, 2005, that claimed that while preparing to film ABA, Cameron revealed he had a secret project, **"*Project 880*"** (a secret name for Avatar), that he was contemplating making before ABA.  However, the IA did not crawl this website until Jan 17, **2007—18 months after the article is dated,** and a year after ZGM accessed Plaintiff's script.  The IA's crawl of this THR page is attached as **Exhibit B4**.  Plaintiff went to THR's website to find this article, the article had been removed.  (See **Exhibit C4**.)

● 265.   Further indicating fraud, there are no contemporary external links to this page.

**2. A Fraudulent Guardian Article, Backdated to June 14, 2005**

266.   A *Guardian* article, fraudulently backdated June 14, 2005, titled "Cameron keeps himself busy," fraudulently claimed Cameron was thinking about shooting another film (*Project 880*) at the same time as ABA.  The article states: "Sources at Cameron's Lightstorm Entertainment told the Hollywood Reporter that in tandem with Battle Angel, Cameron is planning a parallel project, currently called Project 880."

267.   Said Guardian article is attached as **Exhibit D4**.  A screenshot of the IA calendar crawl of this Guardian page is attached as **Exhibit E4**. The IA did not first crawl this page until September 19, 2014 —**over 9 years after** the article purports to have been created.

● 268.   Further indicating fraud, there are no contemporary external links to this page.

**3. A Fraudulent JoBlo Article, Backdated to June 14, 2005**

269.   A JoBlo.com article, titled "Cameron's next not Ailta?," fraudulently dated June 14,

COMPLAINT

1  2006, claimed Cameron was considering filming *Project 880* before *ABA*.  JoBlo.com is not

2  a news service or trusted source, and the article <u>does not meet the verifiability standard</u>.

3  Confirming its fraudulence, the IA did not first crawl the page until almost 2 years later,

4  April 26, 2007.  A screenshot of the first IA crawl of this page is attached as **Exhibit F4**.

5  • 270.   Further indicating fraud, there are no contemporary external links to this page.

### 4. Fraudulent JoBlo Article, Backdated to Jan 17, 2006

7  271.  JoBlo.com produced an article,"Cameron's Project 880 is…," fraudulently dated Jan

8  17, 2006.  The article speculates that Project 880 is Avatar, and shows 3 clear signs of fraud:

9  **1.**  The article relies on the preceding <u>fraudulent</u> Joblo.com article (article #3);

10  **2.**  JoBlo.com is not a trusted source and <u>does not meet the verifiability standard</u>.

11  **3.**  IA did not crawl this page until Feb 14, 2006.  (**This crawl is fake**; see Supplement.)

12  271.  The IA crawl of this JoBlo.com page is attached as **Exhibit G4**.

### 5. Fraudulent IGN Article, Backdated to Jan 20, 2006

14  272.  The Defs falsified and backdated (to Jan 20, 2006) an IGN.com article, "Cameron's

15  Mysterious Project 880."  [Said IGN article is attached as **Exhibit H4**.]  This article shows

16  four clear signs of fraud:

17  **1.**  The article relies on the previous fraudulent Joblo.com article (article #4).

18  **2.**  <u>The IA has **never** crawled this page, so the page cannot be confirmed or verified</u>.

19  **3.**  IGN is a video game website, it does not meet the verifiability standard.

20  **4.**  When the article was published, Rupert Murdoch (CEO of News Corp) owned IGN.

21  273.   A "Hrm" message (stating the IA has never crawled the IGN page) is attached as

22  **Exhibit I4**.  Interestingly, the article includes what it alleges is a synopsis of the scriptment:

23   "According to script treatments that have been floating around on the Internet,
   Avatar is about an interplanetary war and strange aliens who manifest themselves by
24   possessing human bodies – their avatars in our world.  Set against this background is
   a love story and a man trying to make his way as a miner by melding with an alien."
25

26  • 274.   The only aspect of this plot description that is in the Avatar film is the love story.

27  • 275.   Supplemental conclusive evidence that all of these web article are fraudulent is

28  provided in the Fraud & Unlawful Access Supplement, pp 96-115.

COMPLAINT

1               **FRAUD & FALSIFICATION**

2                   **PART V:**

3               <u>FINISHING TOUCHES</u>

4    276.  Feb 2006, the Defs release 4 new fraudulent Avatar promotional articles.  (Although

5 these articles are presented, below, as if they are legitimate, <u>they are falsified and backdated</u>.)

6             **Feb 3, 2006, *EndGadget.com***

7    277.  Feb 3, 2006, Cameron announced an Avatar video game, on *EndGadget.com*.

8         **Feb 12, 2006, Bloomberg's BusinessWeek**

9    278.   Feb 12, 2006, Def Cameron announced in Bloomberg's BusinessWeek (**BW**) that he

10 planned a MMORPG video game for Avatar.  [Said BW article is attached as **Exhibit J4**.]

11 • 279.  This article was never crawled by the IA.

12        **Feb 28, 2006, AICN, Harry Knowles Interview**

13    281.  Feb 28, 2006, three weeks after releasing the fraudulent Feb 3, 2006 articles, Def

14 Cameron gave AICN (at aintitcool.com) a detailed interview about Avatar/Project 880.  This

15 interview was clearly a form of payment to Knowles for leaking the falsified Feb 3, 2006

16 articles.  [Said AICN article is attached as **Exhibit K4**.]  This article explained why Def

17 Cameron did not need an actual script until filming of Avatar began.

18   **June 2006, in MTV.com, Cameron Announced Plans To Make Avatar Sequels**

19    282.  June 29, 2006,  Def Cameron discussed Avatar with MTV.com, in an article titled

20 "'Titanic' Mastermind James Cameron's Kingsize Comeback: Two Sci-fi Trilogies":

21      Both the "Avatar" and "Battle Angel" series, he added, will begin with
     self-contained debut movies along the lines of the original "Star Wars" trilogy.
22      "The films have to play as individual films, but they have a greater story arc that
23      goes over the three-film cycle,"

24    283.   Said MTV.com article is attached as **Exhibit L4**.

25    284.  This article was not crawled by the IA until December 2015.  [See IA MTV.com

26 article crawl, attached as **Exhibit  M4**.]

27    285.  The fraudulence of the IA crawls supporting these articles is detailed in the Fraud &

28 Unlawful Access Supplement, pp 96 to 115.

COMPLAINT

**FRAUD & FALSIFICATION**

**PART VI:**

**WHY THE DEFS CREATED THE FIRST NODE (Nov 2007)**

286.   November 2007, AICN moved the Feb 3, 2006 articles to a node, for two reasons:

**REASON #1**: TO MISAPPROPRIATE PLAINTIFF'S WORK, AGAIN

287.   Plaintiff posted a revised script on TriggerStreet.com (**TS**) from Dec 2006 (approx) to Sept 2007.   The new script featured 4 new story structures: (1) an amplified spiritual thread; (2) an amplified environmentalism thread; (3) the mind/soul scanner/replicator/transferer; and (4) the accelerator (soul machine).   The Defs accessed Plaintiff's revised script on TS, and hoped to misappropriate the new elements.   But the Defs had already published a set of falsified AICN articles to infringe Plaintiff's script once, so there was a record of what they alleged was in their non-existent scriptment.   But if the Defs moved the articles to a *node*, they could rewrite them, as needed, because *nodes* are not *indexed* like other web pages.

**REASON #2**: TO BREAK EXTERNAL HYPERLINKS

288.   Since the Feb 3, 2006 AICN articles were fake and backdated, they did not link to any external sites from 1997, 2000, 2005, a clear sign of fraud.   But by moving the pages to a *node,* the web addresses would change, naturally breaking any external links; thus, the Defs could claim the external links were broken when the pages were moved to the node.

**October 23, 2019, The Internet Archives Erases All Node Articles**

289.   Oct 23, 2019, after Plaintiff documented the various fake IA crawls' node mistakes, pp 33-41, the IA suddenly and fraudulently erased the node itself.   [See below. The URL is VERY fraudulent, as the prefix "aintitcool.com/node" is added to the front of the URL.]



COMPLAINT

50

## SECTION SIX

### SECOND ACCESS, EXPANDING INFRINGEMENT

290.   It is only necessary to show access once in an infringement suit.  Plaintiff has met that demand.  But Plaintiff believes the Defs accessed his script <u>again</u>, between **Dec 2006 and May 2007**, while it was posted on Kevin Spacey's social network *TriggerStreet.com* (**TS**), because the film *Avatar* features aspects that were in versions of Plaintiff's screenplay that were posted on TS, during that period, and not prior.  Specifically, Avatar features:

    1.   the mind/soul scanner/replicator/transferer.

    2.   An amplified and more pronounced **environmental** theme, message and story.

    3.   Amplified God, religion, spirituality, and dreams story structures.

• 291.  In *Briggs v Blomkamp* (2013), Plaintiff speculated that his script was on TS from <u>February 2007</u> to August 2007.  Upon reflection on the record, Plaintiff believes his work was on TS from mid <u>December **2006**</u> to late August or early Sept 2007.

### 2007, TS Introduced A New Feature To Protect Film-industry Infringers

292.  **After** Plaintiff posted his screenplay on TS, TS added a feature that triggered the erasure of all access records if a screenwriter removed his/her script from the site. This was done to conceal the Defs' accessing Plaintiff's work.  May 2016, in an Amazon Studios (**AS**) forum (https://studios.amazon.com/discussions/Tx26JKEN8CYMP95) a TS member recalled this *memory dump* feature was added in 2007.  [Said AS forum is attached as **Exhibit N4**.]

### TS Implemented A <u>Patented</u> New Technology, To Access Plaintiff's Script

293.  TS utilized a patented technology that allowed insiders to access scripts undetected. The patent describes how whitelisted (approved insiders) users have special access privileges.  [Said patent is attached as **Exhibit O4** (illustrations removed to reduce waste).]

### THE DEFS HURRY TO REGISTER COPYRIGHT

294.  To misappropriate Plaintiff's ideas, the Defs rushed to write and register an infringing script with the U.S. Copyright Office (February 26, 2007 and March 6, 2007, see page 53 for details), over 2.5 years before the Avatar was released.  None of the *Avatar* sequels scripts are registered, as the Defs only needed to register one script to claim Plaintiff's ideas.

COMPLAINT

| 1 | **SECTION SEVEN** |
| 2 | **THE AVATAR DEAL, JANUARY 2007** |

3    295.   January 8, 2007 **The Los Angeles Times** purportedly first announced that 20CFOX

4    and Cameron agreed to produce Avatar.  By Jan 15, 2007, three more publications **allegedly**

5    announced the deal.  But these articles were not crawled by the IA until years later.  An LA

6    Times article, "*Director Cameron To Shoot Again*," was not crawled until **2014**.  A Jan 9,

7    2007, THR story "*Cameron sails 'Avatar'*," was not crawled until **2016**.  A Jan 11, 2007

8    TIME article, "*Q & A With James Cameron*," was not crawled until **2014**.  A Jan 15, 2007

9    EW.com article "*Cameron Talks Avatar*" was not crawled until **2015**.  [These articles are

10   attached as **Exhibit P4a, P4b, P4c, P4d**, respectively.]   [These articles' IA crawls are

11   attached as **Exhibit Q4a, Q4b, Q4c, Q4d**, respectively.]

12   ● 296.   These articles appear fraudulent because from Feb 2006 to late 2007 (possibly as

13   late as 2008, according to verifiable documents) Avatar was called *Project 880*.  The Avatar

14   script was registered in March 2007, as *Project 880*.  Thus, the Defs proffer that they

15   announced *Avatar*, January 2007, but registered the script, <u>2 months later</u>, as *Project 880*.

16   ● 297.   Further conclusive proof that these web articles are fraudulent is provided in the

17   Fraud & Unlawful Access Supplement, pp 96-115.

| 18 | **Immediately Parker, Young & Watts Are Promoted** |

19   298.   That same month, January 2007, Hutch Parker, Alex Young, Emma Watts  (the major

20   20CFOX players who helped misappropriate the Plaintiff's work) were all promoted.  **Hutch**

21   **Parker** was promoted to Chairman of 20CFOX, and **Eric Young and Emma Watts** were

22   promoted to Co-President of Production of 20CFOX.  [A *Hollywood Reporter* article about

23   Parker's promotion is attached as **Exhibit R4**.]  [The Wikipedia entry on Alex Young, which

24   mentions Young's and Watts' promotion is attached as **Exhibit S4**.]

| 25 | **20CFOX Agreed To Make Avatar, WITHOUT A SCREENPLAY** |

26   299.   Shortly after Cameron and 20CFOX agreed to produce Avatar, Jan 15, 2007, in an

27   EW.com interview, Def Cameron falsely stated "**<u>I wrote the script the first four months of</u>**

28   **<u>2006</u>.**"  [Said EW.com article is attached as Exhibit P4d.]  However, the Defs did not register

COMPLAINT

1   the script for 14 months, March 6, 2007.  This story breaks down under scrutiny.

2     300.   20CFOX and Cameron had been working on Alita: Battle Angel (ABA) from fall

3   2005 until Feb 2006; thus, Cameron could not claim that he had a perfectly good Avatar

4   script **before** ABA started pre-production, otherwise he would not have started ABA

5   —particularly when he claimed that he ended ABA because it lacked a good script (see Ex

6   P4b, p 2 para 4).  Cameron also could not say he started writing Avatar **after** Jan 2006 (when

7   the Defs obtained Plaintiff's script), because it would support the argument that Cameron

8   wrote Avatar after he and ZGM accessed his script.  Thus, Cameron had to say he started

9   writing Avatar exactly in January 2006.

10                    **The Defs Register Two Screenplays (Circa March 2007)**

11     301.   After not writing or registering a script since they accessed Plaintiff's work, Jan 20,

12   2006, suddenly, Feb 2007, the Defs copyrighted two *Project 880* (*Avatar*) scripts.  Why?

13     302.   After the Defs read the Plaintiff's revised screenplay on TS, they worried another

14   studio might buy the rights.  Thus, they hurriedly wrote a screenplay, and filed **2** copyrights.

15     303.   A search of the US Copyright Office website shows there are 21 Avatar registrations.

16   [See **Exhibit T4**.]   From December 2006 to late 2009 Avatar was called Project 880.  Per

17   the Copyright Office, <u>v</u>isual art (posters, sculptures) receive a "V" prefix in their registration

18   numbers; while **screenplays** and **motion pictures** receive a "PA" (performing arts) prefix.

19     304.   The first Project 880 copyright that the Defs registered was for a motion picture

20   (improperly marked with the "V" designation), submitted 12/11/2006.  This registration is

21   for a *proof of concept* (**PoC**) video.   [Said PoC copyright reg is attached as **Exhibit U4**.]

22     305.   The second Project 880 copyright registration alleges **James Cameron** submitted a

23   screenplay, Feb 26, 2007.  **This copyright is NOT valid** as it does not have the proper

24   *PA* prefix. [This invalid screenplay copyright registration is attached as **Exhibit V4**.]

25     306.   The <u>third</u> Project 880 registration is the **valid** Avatar screenplay copyright

26   registration, submitted Mar 6, 2007.  It has the proper *PA* prefix.  The exclusive owner is

27   20CFOX. [Said Avatar script copyright is attached as **Exhibit W4**.]

28     306.   The copyright registration to the finished motion picture is attached as **Exhibit X4**.

COMPLAINT

### SECTION EIGHT

### AVATAR IS RELEASED (DEC 2009)

### To Backdate Avatar, The Defs Make Conflicting Misrepresentations

307.   A month after Avatar was released, Jan 21, 2010, in a BusinessWeek (**BW**) article titled "King of the World (Again)," Cameron said that in mid 2006, 20CFOX said they would never produce Avatar: "By mid-2006, according to someone involved in the negotiations, Fox was still concerned that making Avatar would cost too much money. "They told us in no uncertain terms that they were passing on this film," Cameron says.  [Said BW article is attached as **Exhibit Y4**.]

308.   This is a lie.  As shown in Section Three, on **July 21, 2006,** News Corp & 20CFOX created subsidiary **880 Productions Limited**, and produced Avatar under this name.

309.   This BW article claims that in Oct 2005 20CFOX gave Cameron $10M to shoot a *Proof of Concept* (**PoC**) video.  The Defs made this false claim to backdate when 20CFOX became involved Avatar—to before ZGM accessed Plaintiff's work.  The article states:

> (Para 11): ....In 2005 the studio decided to place a small wager on Cameron—**$10 million** so he could show **proof of concept**.
> (Para 14): In October 2005, Cameron screened his 3D segment for four Fox executives at the offices of his production company, Lightstorm Entertainment, in Santa Monica, Calif. "Their eyes kind of lit up," Cameron says.

310.   These stories conflict.  No one would pay $10M (and have their eyes light up) then declare "under no uncertain terms" they will never make the film.  The Defs inadvertently created these conflicting stories (lies) in an effort to protect themselves; just as they created the story that Cameron wrote a scriptment in 1996, to defer blame to Cameron.

311.   Proof that the PoC was created in 2006 is found on the PoC's copyright registrations, **December 11, 2006** (Ex U4).  The PoC was posted on Youtube.com, December 1, **2010**, at www.youtube.com/watch?v=irOenEJWJLE&t=2s .  The first credit on this PoC states it was made in 2007, proving Cameron lied when he said the PoC was made in Oct 2005.  [This PoC is attached as **Video Exhibit 3**, the third video on the DVD attachment.]  The PoC attached is titled *Avatar*, but the PoC filed at the Copyright Office may be titled *Project 880*.

COMPLAINT

1
2
3

**SECTION NINE**

**FRAUD & FALSIFICATION (12 YEARS LATER)**

**The Defs Use VARIETY.COM and the IA To Protect Themselves**

4   312.   As Plaintiff composed this Complaint, Variety.com blocked Plaintiff from accessing

5   (via internet) key articles concerning Hutch Parker, Emma Watts and Eric Young.  A blocked

6   IA message on a Variety.com article about Parker is attached as **Exhibit Z4**.  A blocked

7   message on a Variety article about Young and Watts is attached as **Exhibit A5**.  An IA

8   message showing Plaintiff is blocked to all Variety.com articles is attached as **Exhibit B5**.]

9   **Defs Hacked And Altered A Few Of Plaintiff's Documents,**

10   **(Concerning Emma Watts, 20CFOX Execs & Wikipedia's *Avatar* Page)**

11   313.   Although the Defs hacked into Plaintiff's computer regularly, they altered very few

12   documents.   One of the altered documents was a *Variety 500* article about Emma Watts.

13   Thus, Plaintiff decided not to use the article.  The Defs also altered the PDF text properties of

14   the BusinessWeek article (Ex Y4) concerning 20CFOX executives and James Cameron.

15   314.   The Defs also **repeatedly** altered Plaintiff's PDF of the current (2019 and 2020)

16   Wikipedia *Avatar (2009 film)* entry, by adding a strange suffix to the URL on the document's

17   footer.  Inevitably, the Plaintiff decided this Complaint could do without that citation, too.

18   **THE DEFS USED WIKIPEDIA TO BACKDATE FALSE INFORMATION**

19   315.   ZGM's film, *Running Scared*, was released **Feb 24, 2006.**  From 2006 until 2013,

20   Wikipedia's entry for *Running Scared* correctly indicated this as the film's released date.

21   [Several IA crawls (2006-13) of Wikipedia's *Running Scared* are attached as **Exhibit C5**.]

22   316.   The Defs worried that since *Running Scared* was distributed 4 weeks after ZGM

23   obtained the Plaintiff's work, it might look as if ZGM received distribution as payment for

24   selling Plaintiff's script to 20CFOX (which its correct).   Hence, ZGM wanted to

25   fraudulently backdate *Running Scared*'s release to a few weeks **before** ZGM accessed

26   Plaintiff's work.  Thus, in 2014, Wikipedia's *Running Scared* entry suddenly claimed that

27   *Running Scared* (an American film) was released **January 6, 2006,** in the **UK**.  This is

28   internet fraud.  [Said 2014 *Running Scared* Wikipedia entry is attached as **Exhibit D5**.]

COMPLAINT

**SECTION TEN**

**THE DEFS HACK PLAINTIFF'S COMPUTER**

317.   July 10, 2019, Plaintiff sent the *Briggs v Spacey* defense attorneys an email to inform them that he would soon file new suit(s) against them and several new parties, including **James Cameron**. [Said email is attached as **Exhibit E5**.]  A month later, as Plaintiff began composing this Complaint, he soon found evidence the Defs were routinely ***hacking*** into his laptop to monitor his progress on this Complaint, such as: **(1)** he observed and video taped a hacking event Jan 14, 2020 (see pp 96-115 and Vid Exs); **(2)** he found Nahimic Servvice.exe spyware on his laptop; **(3)** he **often** found his laptop settings changed to allow outside access and his cell-phone settings changed to interface with his laptop; **(4)** IA page crawls began to change, corresponding with Plaintiff web searches; **(5)** Plaintiff was blocked from the Defs' websites and IA crawls; **(6)** many of the Defs' executives began to resign (Bob Iger, Emma Watts, Larry Page, Sergey Brin, Robert Cohen); **(7)** Future Service Inc suddenly closed.

**DEFS HACKED INTO AND ERASED PLAINTIFF'S EMAIL IN 2007**

318.   During *Briggs v Blomkamp,* 2013 (**BvB**), Plaintiff discovered that all of his outgoing Hotmail emails (from mid 2005 to Sept 2007) had been erased (see Ex L).  Plaintiff believes he reported this to the BvB court in a motion to compel.  Although Plaintiff had no idea how the emails were destroyed, he did **not** assume foul play.  Plaintiff only realized the Defs destroyed the 2005-07 emails, when they unlawfully accessed his computer **in this current matter** (2019 to 2020).  The Defs executed the 2007 hack to erase ZGM's January 20, 2006 email to Plaintiff, and to steal any other scripts Plaintiff might have, while they were at it.

319.   The Defs accessed his computer, in 2007, by sending an email from the fictitious business *South East Film Association/Club* (sefilmclub.com), June 6, 2007.  [See **Exhibit F5**.]  By clicking the link, Plaintiff downloaded the Defs' spyware.  The Defs were then able to monitor Plaintiff indefinitely, before erasing his email.  Plaintiff is confident the Defs used this email to access his email because all records of who owned the **sefilmclub.com** site, prior to 2019, have been expunged from ICANN WHOIS registries.  Plaintiff suspects Register.com and CSC removed the ICANN WHOIS history, for 20CFOX.  (See pages

COMPLAINT

1  42-46.)  Currently the ICANN report for sefilmclub.com indicates the site was created Oct

2  22, **2019** (roughly when Plaintiff was researching sefilm.com, CSC and Register.com).  See

3  **sefilmclub.com** ICANN report, attached as **Exhibit G5.**

4     320.  Very suspiciously, the ICANN report for sefilmclub.com does not include the

5  registrant's or the registrar's identity.  But the mailing address is in **France**.  One should note

6  that the parent of all Corporate Service Company (CSC) companies is CSC Digital Brand

7  Services, **headquartered in France**.  CSC Digital Brand Services' BES is attached as

8  **Exhibit H5.** (See pp 42 - 46 to review CSC's and Register.com's role in falsifying websites.)

9             **DEFS HACK PLAINTIFF'S COMPUTER AGAIN, CIRCA 2008/2009**

10     321.  Circa late 2008, while making his first film, *The Amazing Mr. Excellent* (**TAME**),

11  Plaintiff experienced a hacking/virus that erased 8 years of his files and delayed completion

12  of TAME by over a year.  The Defs helped their associates (Lionsgate, NBCU, Sony,

13  Disney) execute this hack to steal **three** of the Plaintiff's screenplays and a detailed outline

14  of a preteen book series (all unrelated to this action).  All of the stolen works were produced

15  (they became *Kick-Ass, The Last Witch Hunter, Tower Heist, Beats*).  Defs and associates

16  sent this virus to delay production of TAME.  This virus was documented in the TAME cast

17  and crew emails.  Thus, 20CFOX will be named in these coming actions

18     322.  Irrefutable proof the Defs helped steal Plaintiff's TAME script to make Kick-Ass,

19  and produced more fake articles and fake IA crawls to do so, is presented on pp 113 - 114.

20             **GOOGLE LLC HELPS THE DEFS HACK PLAINTIFF**

21     323.  As Plaintiff composed this Complaint, Oct 19, 2019, he discovered the

22  NahimicService.exe app on his computer.  This app can be a harmless audio application, or a

23  trojan virus/spyware.  Plaintiff's research determined it was virus/spyware, installed Aug 7,

24  2019.  A screenshot of Plaintiff's Task Manager showing the NahimicService spyware on his

25  laptop is attached as **Exhibit I5**.  The spyware came via an email sent by **Google**

26  Express—the only email Plaintiff opened, Aug 7, 2019.  [A screenshot of Plaintiff's Gmail

27  box, from Aug 7, 2019, is attached as **Exhibit J5**.]  This spyware likely just opened

28  "backdoors" to Plaintiff's computer, facilitating the Defs' larger hack, which is explained in

COMPLAINT

1    the Fraud and Unlawful access Supplement, pp 96 to 115.

2      324.  August 2018, after Plaintiff filed *Briggs v Spacey*, he posted some court filings on

3    **Google**+, a web service which allowed users to post PDFs online.  Seven weeks later (Oct 8,

4    2018) Google announced it was closing *Google+,* and closed it, in fact, April 2019.

5      325.  After *Briggs v Blomkamp* (2013) carried on hundreds of news sources around the

6    world, Google LLC prevented *Briggs v Spacey* (2018) from appearing in any web searches;

7    thus, the case went unreported, placing the public at greater risk to *Spacey* defs' unlawful

8    schemes.  Further, from 2008 to 2013, Google manipulated search results—to eliminate

9    Plaintiff's film projects from Google's search results, as Plaintiff sought financing from

10   online film investors.  Google LLC's actions assured Plaintiff's projects' failure.

11     326.  Plain evidence that Google continues to manipulate Plaintiff's search results and web

12   traffic, to this day, at the behest of the Defs, is Exhibit E (a specialized search that should

13   only include web pages from **before 2006**, but James Cameron's Avatar Fandom site, <u>which</u>

14   <u>was created between November 2018 and Feb 2019 </u>—depending on which IA crawl you

15   find and/or believe— is inexplicably presented as the <u>top match</u>, of seven; this result, Ex E,

16   even features a fake date on the third line).

17     327.  2012, Google announced that over 600 films and TV series from **20CFOX**'s library

18   would be available on *Google Play*.  This constitutes a quid pro quo.

19   ●  328.  Additional and conclusive evidence that Google LLC hacked  Plaintiff's computer

20   and email, **with video**, is provided in the Fraud & Unlawful Access Supplement, pp 96-115.

21                    **NEWS CORPORATION HACKING SCANDAL**

22     329.  From 2005 to 2011, News Corp was at the center of two huge international hacking

23   scandals: **1.** *The News Of The World Royal Phone Hacking Scandal*; **2.** *News International*

24   *Phone Hacking Scanda*l.  Both of the central publications were owned by News Corp and

25   Rupert Murdoch.  Although the hackings were called "phone hackings" they were not

26   limited to phones; rather, the "phone" aspect gained focus because a News Corp operative,

27   who specialized in phone hacking, was arrested for hacking phones**.**  News Corp hacked

28   thousands of private citizens, like Plaintiff, during this period.

COMPLAINT

1

**SECTION ELEVEN**

2

AVATAR INFRINGEMENT CLAIMS

3
4
5
6
7
8
9





10

**Butterfly Driver / Uberopolis**          **Avatar**

11    330.   James Cameron's name is on ALL of the screenplay copyright registrations of all of

12    his previous films that he claims to have written.  But Cameron's name is **not** on the Avatar

13    screenplay copyright.  Only 20CFOX's name is on that copyright (see Ex W4, and/or p 53).

14    This, because 20CFOX knew Avatar was stolen from the Plaintiff.  By putting their name on

15    this copyright, 20CFOX was attempting to claim ownership of Plaintiff's ideas.

16    331.   Prior to Avatar, Cameron registered his scripts, on average, one month before their

17    film's release, and **never** more than a year before release.  But 20CFOX registered Avatar's

18    script almost 3 years early, because they wanted to claim Plaintiff's ideas immediately.

19
20
21
22
23
24
25
26
27
28

| Title | Theatrical Release | Date of Copyright Registration | Time between Copyright Registration & film Release |
|---|---|---|---|
| Piranha II; The Spawning | Aug 26, 1982 | Aug 13, **1984** (film), NO screenplay on file | Registered 2 years **after** the film's release |
| The Terminator | Oct 26, 1984 | Feb 3, 1984 | Registered  8 months earlier |
| Aliens | July 18, 1986 | Oct 1, 1985 | Registered 9 months earlier |
| The Abyss | Aug 9, 1989 | Aug 24, 1989 | Registered 2 weeks **after** |
| Terminator 2 | July 1, 1991 | June 10, 1991 | Registered 1 month earlier |
| True Lies | July 16, 1993 | July 15, 1994 | Registered 1 year earlier |
| Titanic | Dec 19, 1997 | Dec 16, 1997 (film); No screenplay on file | Registered 3 days earlier |
| **Avatar** | Dec, 18 2009 | March 6, 2007 | Registered **2 years & 9** months BEFORE theatrical release |

COMPLAINT

**PLAINTIFF'S COPYRIGHT INFRINGEMENT CLAIMS AGAINST**

**THE DEFENDANTS' AVATAR**

332.    A complete copy of Plaintiff's screenplay *Butterfly Driver*, from late 2007, is attached as **Exhibit X6**.  Jan 16, 2006, Plaintiff emailed his script,  then titled *Uberopolis: City of Light* (**Uber**) to himself.  The first page of this *Uber* script is attached as **Exhibit N6**.  Plaintiff will submit the complete Jan 16, 2006 *Uber* script when he has permission to e-file.

## 1.  THEMES

333.  Many films (particularly James Cameron films) lack any themes at all.  But themes are imperative to highly creative works.  Jon Landau (James Cameron's business partner) explained the importance of themes in a June 20, 2017, *Deadline* interview (attached as **Exhibit K5**): **"One of the strengths of great scripts are always the <u>universal and relatable themes</u>…"**  But as Landau forgot that **Cameron's prior works have no themes**.

334.  Forensics and psychology teach us that people have recurring patterns and behaviors.  U.S. **universities** teach us that writers have **recurring themes** that recur in their works.  But none of the themes or central elements of Avatar resembles Cameron's prior work.

335.  Prior to Avatar, Def Cameron had never taken a stand for the environment in a film.

336.  Prior to Avatar, Cameron never expressed any interest in spirituality or God in a film.

337.  Prior to Avatar, Cameron never addressed a current political or social issue in a film.

348.  Prior to Avatar, Cameron both wrote and directed 6 films: Terminator, Aliens, The Abyss, Terminator 2, True Lies, Titanic.  None of these share any of Avatar's themes.

| Film | Environmental, Spiritual, Social, Political themes | Genre & Notes |
|---|---|---|
| The Terminator | None | Sci-fi.  Cameron sued for copyright infringement: **Lost** |
| Aliens | None | Sci-fi |
| The Abyss | None | Sci-fi |
| Terminator 2: Judgment Day | None | Sci-fi |
| True Lies | None | Comedy/ Action/ Thriller |
| Titanic | None | Romance.  Sued for infringement |

COMPLAINT

339.   One of the most interesting things about the Plaintiff's screenplay are its many tightly knit themes.  The fact that Cameron's *Avatar* shares this aspect is evidence of infringement, as none of his prior works have ANY themes, much less tightly knit themes.

340.   All of Def Cameron's films have been listed on Wikipedia since 2004.  But if one uses the IA to research Cameron's prior films' Wikipedia pages, they learn *True Lies, Terminator 2, The Abyss, Aliens* and *Titanic* never bothered to list any themes. **Terminator** did not identify a theme until 2012.  (Titanic added a "writing inspirations" passage in 2010.)

### Defs Add An "Inspiration" To Aliens In 2007

341.   Cameron's prior films had no themes, but Avatar suddenly had many themes —identical to the Plaintiff's.  Wikipedia listed **9 paragraphs** of "Themes and inspirations" for Avatar.  Thus, to make Cameron seem capable of such complex layered themes, in 2007, a year and a half after the Defs initiated infringement of Plaintiff's work, the Defs went back and added a politically conscious "inspiration" to *Aliens'* Wikipedia page, reading:

> "Director James Cameron drew inspiration for the Aliens storyline from the **Vietnam War**, with regards to situations where a technologically superior force was mired in a hostile foreign environment.  The name of the Colonial Marines' ship, "Sulaco", is the name of the town in Joseph Conrad's…

342.   Thus, to make Cameron seem capable of writing layered themes, the Defs suggested that while Cameron was writing a space-monster movie, he was really thinking about world history. [Said *Aliens' (film)* Wikipedia page from October 2007 is attached as **Exhibit L5**.]

### THE DEFS INFRINGE / MISAPPROPRIATE PLAINTIFF"S THEMES

343.   The Defs' *Avatar* film misappropriates Plaintiff's collection of themes.  These are:

**1.**  The primacy of family.

**2.**  The importance of respecting and protecting the environment.

**3.**  The importance of living in union with God and nature.

**4.**  The horror of corporate greed.

**5.**  The importance of adequate healthcare.

**6.**  The cruelty, brutality and senselessness of classism and racism.

**7.**  The content and quality of one's dreams, reflects one's connection to God and nature.

COMPLAINT

| | |
|---|---|
| 1 | **INFRINGEMENT OF UNIQUE CENTRAL CHARACTER:** |
| 2 | 2.  **THE HERO** |
| 3 | 344.   Plaintiff claims the following collection of central characters, story structures, and |
| 4 | thematic arrangements are the Plaintiff's unique copyright protected property, as expressed in |
| 5 | his screenplay *Butterfly Driver* (previously titled *Uberopolis: City of Light*).  **The Defs' film,** |
| 6 | **Avatar, infringes on each of these characters, story structures, and thematic** |
| 7 | **arrangements**. |
| 8 | THE HERO |
| 9 | 345.  Plaintiff's  hero is (1) is a former US soldier hero;  (2) is disabled; (3) is poor; (4) is |
| 10 | motivated by both a healthcare goal and an environmentalist goal; (5) is a visionary |
| 11 | dreamer; (6) is connected to God and spirituality; (7) has a close connection to |
| 12 | animals that reveals his goodness; (8) lives in a dystopian, overpopulated future |
| 13 | Earth, where crime is rampant and humans are destroying the environment. |
| 14 | • 346.   The following 8 elements of Plaintiff's hero are infringed upon by the Defs' hero: |
| 15 | 1.  **Plaintiff's Hero is a former US war verteran and hero.**  Plaintiff selected this |
| 16 | profile because Plaintiff is a true patriot and believed this background would cause |
| 17 | Americans to bond with his hero |
| 18 | 2.  **Plaintiff's hero is disabled**.  Arlo is a former Air Force pilot, who was forced to |
| 19 | quit flying because of his disability—debilitating opthalmodynia "ice pick" |
| 20 | headaches (like being shot in the head).  After the great Unification War, in *the* |
| 21 | *Zones* (poor regions, where Arlo lives), out of necessity, Arlo was a vital supply |
| 22 | pilot; thus, he face possible death every moment of his job.  Plaintiff gave his |
| 23 | character this disability because he believes we all have some sort of hidden |
| 24 | disabilities, and these disabilities make central characters more interesting. |
| 25 | •   Def Cameron's hero is parapalegic.  20CFOX and Cameron made Avatar's hero |
| 26 | disabled to exploit the Plaintiff's amazing healthcare theme. (Prior to infringing |
| 27 | Plaintiff's script, Cameron and 20CFOX never stood up for healthcare rights). |
| 28 | 3.  **Plaintiff's hero is poor**.  Unlike most sci-fi adventure heroes before Butterfly |

COMPLAINT

Driver/Uberopolis, Plaintiff's hero is decidedly poor.  His poorness is expressed by his inability to pay for his daughter's healthcare.

- Def Cameron's hero is also poor; his poorness is expressed by his inability to pay for a medical spinal procedure that would allow him to walk again.

4. **Plaintiff's hero is motivated by** (1) a **healthcare** goal; (2) an **environmental** goal. The Plaintiff's hero is motivated (1) to get available (but very expensive) healthcare to save his dying daughter; (2) to get Tamara's A-cell (a new cheap and clean energy source) into the right hands, to save humanity.

- Def Cameron's hero is motivated (1) by a need for spinal surgery that is too expensive; (2) to save the environment of Pandora from its human destroyers.

5. **Plaintiff's hero is a visionary DREAMER.**  The Plaintiff's hero has a unique dream in the film's climax.  This dream saves the hero (and much of the world), and shows the hero's connection to God and nature.  (Plaintiff's hero, in his indie film *The Amazing Mr Excellent*, was also a visionary dreamer).

- Avatar's hero infringes this from the Plaintiff (even opening the film with a dream sequence).  Cameron's prior works never featured a visionary dreamer.

6. **Plaintiff's hero has a unique relationship with God and spirituality** that grows and evolves as he relentlessly progresses toward his noble goals.

- Def Cameron's hero also has a relationship with God and spirituality (in a palpably derivative way).

7. **Plaintiff's hero's goodness is confirmed and expanded in his relationship with animals** (a dolphin).

- Def Cameron's hero's goodness is also expressed in his relationship with animals.

8. Plaintiff's hero is from a dystopian, overpopulated future Earth (around 2150) where crime is rampant.  (Plaintiff's originally set his story around 2120, but moved it to **2144** in 2008).

- Def Cameron's hero also comes from a dystopian, crime-ridden, overpopulated future Earth, in **2154** (ten years from the Plaintiff's time setting)

COMPLAINT

### 3.  DEFENDANTS' INFRINGEMENT OF PLAINTIFF'S

### UNIQUE NEW CONCEPTUAL TECHNOLOGY:

### MIND-SOUL SCANNER, REPLICATOR & TRANSFERER

347.    The Plaintiff's screenplay, *Butterfly Driver*, features a conceptual technology that had never been conceived or used in film or literature history.   This technology is an *expression*, in itself, because it involves a number of moving parts.  This central technology is an electronic based full brain, body and soul scanner (or scan; noun or verb), that scans all of the mental and biological information a person, and makes perfect digital reproductions of them (particularly their brains and/or souls).   These digital mind/soul copies are then used for one of three purposes: **(1)** they are entered into a State computer system where the State can reproduce these digital people (who believe they are alive), then use them to deceive actual citizens in a number of ways [See **Exhibit X6**, page 37, 38, the character Lespi has been killed, but is digitized in a virtual world, and thinks he is still alive]; **(2)** these mind/soul scans can also be placed in new physical bodies; **(3)** the third application pertains to law enforcement and predicting crime (this aspect was not infringed by the Defs, so Plaintiff will not elaborate).   The application of the mind/soul scan is also seen on page 90 of Ex **X6**, as Jerry realizes that The State intends to kill Arlo, then televise a fake trial, using Arlo's mind/soul scan and other *gens*.  But Plaintiff only presented a <u>full</u> view of these concepts in *Butterfly Driver*, Jan 2007 to May 2007, before deciding to save them for future works.

348.    In a version of *Butterfly Driver* that the Defs accessed on TS, early 2007, a character named Van Auck (a State videographer) explains to Jerry how the State uses this technology. [See **Exhibit M5**, page 39 of Jan 16, 2006, *email* version of *Uberopolis*.]  As Arlo and Van Auck look at a TV screen full of cyber-gens (low quality, digital people) Van Auck explains:

> VAN: "These are just programmable cyber-gens.  Been around tinsel town for almost three years.  Take someone's MRI scan, digitize it an you got an exact digital replica.  Next year they're gonna introduce neuro-gens that look, think and act just like the people they're modelled after."
>
> JERRY: "That possible?"
> VAN: "Take a guy's neuro-scan and digitize it into his cyber-gen.  Technology finally caught up to the theory.

COMPLAINT

349.   Plaintiff's mind-soul replicator scans and images the mind and soul, replicates or copies it/them, and transfers it/them into a number of different forms and applications.

**Defs Infringement Of Plaintiff's Mind/Soul Scan/ Replicator/Transferer**

350.   The Defendants infringed on Plaintiff's technology/concept by having Jake's mind/soul scanned and replicated and transferred into Jake's Avatar's empty mind.  About 15 minutes into the film Avatar, a group of scientists begin to scan Jake's brain.  15 minutes and 30 seconds in, a doctor/scientist holds up a copy of the scanned brain.  Jake's brain and his Avatar's brain are then shown next to each other, in the same shot, displaying the exact same brain activity.  After both brains are matched and "synced", Jake's soul is transferred into his Avatar body.

351.   The Defs work infringes and misappropriates all aspects of the Plaintiff's copyrighted concept, it scans, copies, and transfers the mind/souls into new environments or bodies.  This is almost unprecedented infringement.

### 4. ENVIRONMENTALISM.

(The importance of protecting, respecting and living in concert with the natural environment is a central story structure and theme of the contested works)

**Environmentalism In Butterfly Driver / Uberopolis**

352.   An *environmental* central story structure and theme was expressed throughout the Plaintiff's work. The environmental theme is expressed in (1) Arlo's daughter's (Franny) ill condition, as the air quality is so bad it is killing her; (2) it is expressed in Jerry's (the secondary hero) son's (Jake, later named Matty) life-threatening breathing condition; (3) it is reinforced by thick pollution in the air, and by many people wearing air masks; (4) it is shown in central dialogue, such as when Tamara Gwynn (brilliant scientist) and Arlo discuss the tens of millions of people that are dying every year because of poor air quality; (5) it is the reason that Tamara and her father invented the "A-cells" (a radically new clean energy technology that will save billions of lives, and may save the earth); (6) it is addressed when Benni (a tough warrior woman) finds a single violet (flower) and stops to rescue the lone flower, hoping to use it bring more flowers to a world that struggles to sustain plant-life;

COMPLAINT

1    (7) is addressed when Arlo and Drexler (villain) also discuss the billions of people who will

2    die without Tamara's A-cell.   Environmentalism is also woven into Butterfly Driver's

3    **central conflict** because Tamara is killed trying to get her A-cell into the right hands; but if

4    Arlo can get the A-cell into the right hands he can save billions of lives.

5    • 353.   Environmentalism often factors in the Plaintiff's work.  In Plaintiff's film

6    "The Amazing Mr. Excellent", the heroes' goal is to raise money to save a community

7    garden, so the kids in the community can connect to nature.

8                              **Environmentalism In AVATAR**

9    354.   An environmentalism central story structure and theme is addressed in Avatar when

10   Jake prays at the Tree of Souls and says, **"See, the world where we come from… there's**

11   **no green there.  They killed their mother, and they're gonna do the same here."** (This

12   statement is made to indicate that Earth is in horrible condition.)  It is also expressed in the

13   vicious way that the RDA (corporate mining company on Pandora) wantonly destroys

14   Pandora's plants and trees.   Environmentalism is woven into Avatar's central conflict,

15   because the destruction of Pandora's plant-life threatens to kill all of the Na'vi people.

16   • 355.  NONE of Cameron's prior films have any environmental message or theme.

17                    **5.  THE INHUMANITY OF INADEQUATE HEALTHCARE**

18                         (The anguish and barbarity of living without affordable healthcare

19                              is a central story structure in each of the contested works)

20             **Inhumanely Expensive Healthcare In Butterfly Driver / Uberopolis**

21   356.   Inhumanely expensive healthcare is a **driving central story structure and theme** of

22   Butterfly Driver, as Arlo, a poor man living in one of the many "zones" (poor parts of the

23   world), is compelled into action by an irrepressible desire to save his daughter, Franny, who

24   is dying because her lungs can't handle Earth's toxic air —but Arlo cannot afford the medical

25   treatment that Franny's advanced condition requires.  Thus, he will go on two impossible

26   missions, in effort to save her.  The second adventure sends Arlo from the dregs of Earth, up

27   to the giant super satellite city for the super-rich, Uberopilis, in search of a curative pill that

28   might save Franny, who only has a week to live.


                                   COMPLAINT

**Inhumanely Expensive Healthcare In Avatar**

357.   Inhumanely expensive healthcare is also a driving central story structure (the issue that compels Jake into action) and theme in Avatar.  In the opening 6 ot 7 minutes we learn that Jake is parapalegic former soldier, who lost his ability to use his legs due to a spinal injury in a war.  Jake's voiceover explains: "They can fix a spine, if you got the money.  But not on vet benefits.   Not in this economy."  A minute or so later, two men who seem connected with the US government, explain that if Jake agrees to go work as a security guard on Pandora (a distant planet inhabited by blue aliens who resemble people) he can earn a lot of money (to pay for his spinal surgery) and will be able to walk in his Avatar body.  In short, Jake goes to Pandora because he wants to earn enough money to fix his spine.

358.   Once on Pandora, Quaritch (the villain) promises to pay to have Jake's legs restored if he gets intelligence on the Na'vi that will allow the RDA to get them out of their Hometree (a giant tree where the central tribe of Na'vi live).  Jake agrees, although it means betraying the Na'vi, who he is fond of, because it means he will be able to walk in his own body again —emphasizing the driving force of the healthcare theme.

### 6. SPIRITUALITY & GOD

359.   The central story structure and theme of "finding fulfillment and meaning in a spiritually centered life, and in awareness of God," is central in the contested works.

**Spirituality & God in Butterfly Driver**

360.   The central story structure and theme of spirituality and God is expressed in many ways. First, it is expressed in Arlo's evolution; he begins somewhat a believer in God, but as he moves forward on his journey, he becomes closer to God.  In Arlo's first conversation with Tamara (see Ex X6, page 15) when Tamara asks Arlo if he is religious,  Arlo answers "Nah. Maybe there's a God though… You religious?"

361.   Tamara explains, "Faith comes from our unreasonably hopeful nature.  That's how we survive.  I put my unreasonable hopes in my A-cell."

362.   A few pages later (see Ex X6, page 18), after Arlo accepts a type of mission that usually results in death, he and his old friend Dylan's simultaneously exchange the parting

COMPLAINT

1  expression "Until then" (an expression since been borrowed by other films). This expression
2  is used to mean, "If I don't see you again in this life; I will see you in the next." Arlo shares
3  this parting expression with a number of important characters.

4     363.  As Arlo struggles to get to Uberopolis, he meets a downtrodden warrior woman,
5  Benni.  When he asks Benni about her dream-catcher necklace, Benni explains that dreams
6  are part of her **religion**—because all she has left are her dreams. (See Ex X6, page 55).  Later
7  Benni asks Arlo if his wife is his **soul**-mate.  In the January 16, 2006 *Uber* screenplay, Arlo
8  answers: "I probably don't know what a soul-mate is. But I bet not everyone **earns** a soul in
9  this life." [See p 63, line 9, from January 16, 2006 email *Uber* version excerpt, attached as
10  **Exhibit O6.**]

11     364.  This theme of the importance of God (and spirituality) is seen in how the people
12  most instrumental in getting Arlo to Uberopolis are a **rabbi**, a **pastor**, a **cleric** and a **guru**,
13  working in a revolutionary underground school/center called "**Faith House.**"

14     365.  When Benni and Arlo get to the Z.R. center (Arlo's last stop before Uberopolis) they
15  find Tamara's lost A-cell there, which they thought the government had destroyed.  (Dylan
16  delivered it there, as Arlo instructed, months earlier.)  The impossibility of this seems
17  miraculous to Arlo and Benni, as if by divine intervention.

18     366.  As Arlo leaves for Uberopolis, Tamara gives him her dream catcher, for luck.  Later,
19  in the story's darkest moment, as the life drains from Arlo's body, God reveals to Arlo in a
20  dream, a way out—using a vision of Benni's dream catcher as a *signal*.  Arlo acts on his
21  vision, with the last of his energy, and saves the day.

22     367.  In the end, Arlo leaves his family in *The State* because he cannot express his beliefs
23  outside of his home.

24  •  368.  God factors in many of the Plaintiff's works, and is central in the Plaintiff's film
25  "The Amazing Mr Excellent," as the film ends with the cast singing and dancing to "If God
26  Loves Disco Dancing" ("...would you get out on the floor?")

27                    **Spirituality & God in Avatar**

28     369.  Spirituality is expressed throughout Avatar.  The Na'vi (aliens) have a Sacred Tree of

COMPLAINT

1  Souls, used as a conduit to worship.  The Na'vi are able to communicate with the souls of

2  their ancestors through this tree.  As Jake becomes closer to the Na'vi he says: "The Na'vi

3  say every person is born twice.  The second time is when you **earn** your place among the

4  people **forever**."  This is an infringement of the Plaintiff's concept of *earning a soul*.

5     370.   Jake begins to believe in the Na'vi god Eywa, and shortly before the final battle Jake

6  prays to Eywa to help the Na'vi win their battle against the humans.  Neytiri, tells Jake Eywa

7  does not intervene in such matters.  But in the final battle all the animals of Pandora join the

8  fight against the humans, and Neytiri sees this as Eywa granting Jake's prayer.

9  • 371.   None of Cameron's prior works include any presence of God or spirituality.

## 7.  THE EVIL OF CORPORATE GREED

### The Evil Of Corporate Greed in Butterfly Driver

12     372.   *The evil of corporate greed* story structure and theme is expressed throughout

13  Butterfly Driver (Uberopolis), it is seen in how Drexler's private prisons, prisoners (most of

14  whom are innocent) are worked nearly to death, then Drexler has them killed by dumping

15  them in space.  The evil of corporate greed theme is seen in the fact that Drexler and his

16  corporate friends prevent the implementation of Tamara's A-cell for 30 years, so the oil

17  industry can transition into an A-cell industry, killing billions of poor people with this delay.

18  The evil of corporate greed theme is expressed in how Drexler's medical and pharmaceutical

19  companies charge astronomical prices for very cheap, life-saving, curative medicines;

20  resulting in the deaths of billions of poor people.  The evil of corporate greed story structure

21  is also expressed in various meetings and news conferences with villain, Drexler, in which he

22  makes it clear that profits, and the quality of the lives of the rich, are his only concerns.

23  • 373.   The *evil of corporate greed* story structure appears in  the Plaintiff's known prior

24    screenplay *Sunflowers*, and in later work *Sweeter Nectar Cherries*.

### The Evil Of Corporate Greed in Avatar

26     374.   The evil of corporate greed central story structure and theme is expressed in Avatar

27  by the company *RDA*'s willingness to displace, injure and kill the Na'vi people/aliens in

28  order to get the unobtainium (energy source)  under the Na'vi Hometree.  Def Cameron also

COMPLAINT

1  expressed this corporate greed theme in a derivative way, as a villainous corporate manager
2  (Parker Selfridge) explains that he must clear out the Na'vi because his corporate bosses
3  expect to see growth in the company's quarterly reports.  Corporations are further vilified
4  through Selfridge, as he  personally pushes the throttle forward of a massive bulldozer that
5  almost kills Jake and Neytiri.  This anti-corporate aspect is also expressed by a prohibitively
6  expensive healthcare system that will only heal Jake's spinal injury for an extreme price.

7  ● 375.  *The evil of corporate greed* story structure has **never** been utilized in Cameron's
8  prior directorial works.

### 8.  HERO'S VIRTUOUS CONNECTION TO ANIMALS

#### Hero's Spiritual Connection To Animals In Butterfly Driver

11  376.  Arlo shows his virtuous heart through his relationship with one of Earth's last
12  surviving dolphins.  In the beginning of Butterfly Driver, *Spike*, one of the last surviving
13  Dolphins, befriends Arlo when he is imprisoned on Uberopolis (See Ex X6, page 28).

14  377.  Near the story's end, in the climactic build-up, Spike remembers Arlo's good
15  character, and saves Arlo's life, moments before he would have otherwise drowned.

16  378.  Later, in the climax, as Arlo is bleeding to death in the cockpit of a speeding
17  shuttle-train, he dreams of a dream-catcher in the eyes of Spike the dolphin—who, in the
18  dream, is trapped in the shuttle's cargo hull.  The cargo hull represents death to Arlo, as he
19  knows that hundreds of thousands of State prisoners have been murdered in Uberopolis
20  shuttle-train hulls.  This vision of Spike, compels Arlo into what may be his final act—to
21  save billions of lives.  With Uberopolis' citizens safely evacuated, Arlo and Jerry race the
22  shuttle-train, and the missiles chasing them, crashing into Uberopolis, martyring Spike.

23  379.  Thus, in the end, Arlo's spiritual connection to animals and  God saves humanity.

#### Hero's Spiritual Connection To Animals In Avatar

25  380.  In Avatar, Jake's virtuous connection to animals is first witnessed when a revered
26  type of jellyfish-like creature gravitates to Jake (even as Jake tries to kill them).  Neytiri,
27  who had rejected Jake, changes when she witnesses this, and interprets this as a sign, and
28  agrees to help Jake.

COMPLAINT