381.  Jake's virtuous relationship with animals is also expressed when he tames and flies an leonopteryx—a giant reptile bird that has only been tamed 5 times prior.

382.  Finally, Jake's virtuous relationship with animals is expressed when all of the animals of Pandora answer Jake's prayer and help fight and defeat the human invaders.

383.   Thus, parroting the Plaintiff's unique structure, in the end, Jake's spiritual connection to Animals and God saves the Na'vi.

### 9.  HERO'S PSYCHIC/SPIRITUAL CONNECTION TO HIS DREAMS

#### Hero's Psychic/Spiritual Connection To His Dreams In Butterfly Driver

384.   Arlo's psychic/spiritual connection to his dreams, which also demonstrates his connection to God and nature, is expressed in the screenplay's darkest moment, as Arlo sits in a shuttle cockpit bleeding to death and chased by a nuclear warhead, as he drifts off to sleep to die, he has a sudden dream involving Benni's (a warrior woman from his past) butterfly dream-catcher and Spike, a dolphin from Arlo's past.  This dream is God speaking to Arlo, and reveals how Arlo can reverse his fate.  With the last of his strength, Arlo listens to the vague direction, and survives—and liberates much of the world.

385.   This dream passage confirms Arlo's virtue as it shows that God and nature cared enough about Arlo's fate that they would intercede to help him.

#### Hero's Psychic/Spiritual Connection To His Dreams In Avatar

386.   In the opening scene of Avatar, Jake has a dream of flying, and explains that it is a recurring dream.  Eventually, on Pandora, Jake learns to fly on the back of giant bird-like creatures.  Flying these birds is part of the Na'vi culture, and a rite of passage, of sorts. When Jake is finally paired with his bird, the astute viewer realizes that flying on his bird is what Jake had been dreaming about it the beginning.  Although Jake never has another dream, Neytiri's mother calls Jake a *dream walker*.

388.   Although Cameron's and the Defs' application of the Plaintiff's idea is derivative and uncreative, it serves the same function as the Plaintiff's: it suggests a connection to God and nature.

COMPLAINT

**10.  CLIMAX / CRISIS:**

**Hero Is Defeated By Villain, Then Saved By The Secondary Hero,**

**The Secondary Hero Defeats The Villain, Hero's Disability Almost Kills The Hero**

Butterfly Driver

389.    The Plaintiff's screenplay violates many conventions.  In most films and literary works, the hero defeats the villain.  But not so in the Plaintiff's screenplay.

390.    The *climax* is the point when the hero and villain finally confront each other and engage in their battle/ challenge/confrontation.  The climax occurs in the third (final) act.

391.    The *crisis* is the point when all hope seems lost; when it seems the hero's goal can never be reached.  The *crisis* can occur at different points in a screenplay or film, but  usually occurs late in the second act, or in the third act.  There can be more than one crisis in a story.  Sometimes a crisis occurs in the climax.  When the crisis occurs in the climax, it is the point in the battle when the villain seems to have won, and all hope is lost.  The Plaintiff did something very uncommon in his climax—he put TWO crises in the climax, and one of the crises involved the hero's disability.  Of course, the Defs followed suit, and put two crises in their climax, and one of the crises involved the hero's disability.

392.    In the Plaintiff's *climax crisis*, Arlo fights the super-human villain, Drexler, admirably, and after great struggle Arlo gets the upper hand.  When Arlo finally seems to have the battle won, he is stricken by his **disability**: he has an ice-pick headache.  In that moment, Drexler gets his gun and delivers a life-threatening bullet into **the right side of Arlo's neck**.  Drexler prepares to fire the killing bullet.  All hope seems lost.  This is the first climax crisis.   But suddenly, the secondary hero, Jerry (the second largest role in the screenplay) leaps into the scene, seemingly from nowhere, and fires a stun-gun charge into the back of Drexler's neck.  Drexler, recovers and turns to kill Jerry with his gun.  But with uncanny speed, Jerry does what Arlo could not: Jerry lands a haymaker of a right hook to Drexler's face, knocking Drexler **unconscious** on the shuttle-train platform.

393.    Thus, it is Jerry, the secondary hero, who saves Arlo from the villain (Drexler), and it is Jerry who defeats Drexler.

COMPLAINT

393.   With Drexler unconscious, Jerry is able to help Arlo control the bleeding from his neck, and carries Arlo into the shuttle's cockpit to escape Uberopolis.  Soon they find themselves being chased by a nuclear warhead.  But suddenly, due to loss of blood, Arlo seems to lose consciousness and seems moments from death.  Once again, all hope seems lost.  <u>This is the second climax crisis</u>.  Suddenly, Arlo has a dream in which he sees a dream catcher in the eyes of a dolphin.  This dream is a spiritual experience—as God and/or nature seems to tell Arlo how he can save billions (and possibly himself).

394.   All of the following  aspects are infringed on by the Defendants' Avatar:

1.   The hero fights valiantly but the hero's disability creates an opportunity for the villain to gain the upperhand; thus, the hero is defeated by the villain.

**2.**  The villain seems sure to kill the hero (this is the first climax crisis);

**3.**  The secondary hero saves the hero;

**4.**  The secondary hero kills the villain;

**5.**  The hero(s) are not out of trouble yet; once again, the hero seems sure to die (the second climax crisis).

395.   The Defendants' Avatar misappropriates this structure (the only difference being, the Plaintiff's hero's disability impacted him in the beginning of the final climax sequence, while the Defs' hero was impacted by his disability in the end of the final climax sequence).

<div align="center">Avatar</div>

396.   In the *climax crisis* of Avatar, in the grand battle between Quaritch and Jake (in his Avatar body), Quaritch has a grossly unfair advantage as he is enclosed in a massive exoskeleton robot suit and is armed with a huge knife (in the hand of the robot suit), while Jake fights with a blade from the barrel of a *knife-gun* that he finds on the ground.  Jake stabs Quaritch in the **right side of the neck** (but Quaritch evades, so the wound is just a graze).  Quaritch gains the upper-hand by attacking Jake's true body (which is in a sleeping state, in a chamber in a portable *medical lab* nearby).   Quaritch's Attack on Jake's real body jolt's Jake's soul, creating an opportunity for Quaritch to seize Jake (in his Avatar body) by his hair, and lifts him into the air, defenseless.  Quaritch pulls the knife from the side of his neck,

<div align="center">COMPLAINT</div>

1   and puts it to Jake's throat.  **All hope seems lost**.  <u>This is the first climax crisis</u>.  Suddenly,

2   the secondary hero, Neytiri (the second largest role in the film, and Jake's love interest) leaps

3   into the scene, seemingly from nowhere, and fires 2 arrows into Quaritch's abdomen, killing

4   him.

5       397.   Like the Plaintiff's work, the secondary hero saves the hero and defeats the villain.

6       398.   Jake's soul suddenly transfers back to his original body (for seemingly no reason but

7   to have two climax crises, like the Plaintiff's screenplay).   Quaritch's earlier attack has

8   broken the oxygen seal around Jake's sleep chamber.  Jake gasps for air, and desperately

9   crawls to get to the oxygen mask.  But Jake's **disabled** (paralyzed) legs prevent him from

10  reaching the mask in time.  His body goes limp.  All hope seems lost.  This is the second

11  climax crisis.  Neytiri arrives just in time, and places the oxygen mask on Jake's face; saving

12  the hero again.

### 11.  CLIMAX

Butterfly Driver

15      399.   The *climax* occurs in the third (final) act of a literary work and is the point when the

16  hero and villain engage in their final battle/challenge/confrontation.   The Plaintiff's

17  screenplay's climax is longer than most climaxes, and the hero and villain confront and fight

18  each other on two separate occasions.

19      400.    The climax of sci-fi films, and action adventure, thriller, and many other genres,

20  usually involves violence, or the threat of violence.  The Plaintiff's screenplay includes the

21  tradition of violence, sparingly; but layered on top of the violence is God and spirituality, and

22  animals.    Thus, Plaintiff's climax involves at least three elements (infringed on by the

23  Defendants): 1. Violence; 2. God and spirituality; 3. Animals.  These elements' specific

24  structures might described as follows:

25      1.  In the climax of the Plaintiff's work, the villain and hero engage in a hand-to-hand

26          fight, involving violent strikes (blows) and gunfire.

27      **2.**  The climax of the Plaintiff's work includes an event that appears to be divine

28          intervention (a meaningful dream about a dolphin).

COMPLAINT

1    **3.** The climax includes an animal (a dolphin) that saves the hero from drowning. Later,

2      in the climax, as the hero seems doomed, a dream about the dolphin, saves his like.

3                                   Avatar

4   401.   Avatar's climax borrows this unusual combination of climax elements (violence,

5 God and spirituality, animals), as follows:

6    1.   In the climax of Avatar, the villain and hero engage in a hand-to-hand fight, involving

7      violent strikes (blows) and gunfire (or *knife-gun* fire).

8    **2.** The climax of Avatar includes an event that appears to be divine intervention—when

9      animals join the battle.

10    **3.** Avatar's climax does not resolve until the planet's animals join the fight.

11                    **12. CENTRAL CONFLICT(S)**

12   402.   The central conflict in a literary work (or film) is the primary conflict or problem that

13 the hero (or the cast of characters) must overcome.

14                      Butterfly Driver

15   403.   There are many issues and social problems around the hero (immigration, police and

16 government brutality, poverty, classism…), but the conflicts that the hero must solve are:

17    1.   **ENVIRONMENT**: Arlo's daughter is sick because the **environment is toxic** and

18      killing her;

19    2.   **HEALTHCARE**: Arlo can't afford the medical attention his daughter needs, thus, he

20      must make desperate choices to save her.

21   • 404.   In the end, Arlo's action will save the lives of billions.

22                                   Avatar

23   405.   Avatar infringes upon these same central conflicts:

24    1.   **ENVIRONMENT**: Jake must get the humans to leave Pandora or stop mining for

25      unobtainium, because the mining is harming Pandora and the Na'vi.

26    2.   **HEALTHCARE**: Jake is motivated to Pandora because he has a chance to earn

27      enough money to get his spine fixed, and walk again.

28   • 406.   In the end, Jake's action helps save Pandora, and drives the humans out.

<center>COMPLAINT</center>

**13. SETTING: Polluted, Overpopulated, Crime-Filled Future Earth**

Uberopolis/Butterfly Driver

407.   Plaintiff's setting is a grossly overpopulated (**20 billion** in *Uber*), dystopian Earth, in the year 2144.  An IA crawl of "mrexcellentmovie.com", showing that around 2008 *Butterfly Driver* was updated and set in 2144, is attached as **Exhibit N5** (the crawl is from July 2009). In this world, the environment is toxic, and divided into 2 *nations:*

1.   **The State:** is made up of hundreds of beautiful cities of great wealth and comfort, with access to great healthcare.  The greatest of these cities is the glorious **Uberopolis: City of Light**: a 3-miles wide satellite city for the super rich, orbiting 1000 miles above Earth, with golf courses, museums, casinos and the greatest medical technology ever conceived—all owned by the villain, Drexler.

2.   **The "Zones"**: a network of  hundreds of **impoverished**, **overpopulated** ghettos disproportionately impacted by the **toxic environment**, and plagued by **horrific crime and violence**, police and military brutality, and a corrupt justice system that frames the innocent, works them mercilessly, then dumps them in space to die.

Avatar

408.  Avatar's setting on Earth borrows most of the Plaintiff's setting, as it is:

1.   Set in the year **2154**.

2.   Overpopulated; 20 billion (from the first page of a 2009 Avatar/Project 880 script).

3.   Crime ridden (Jake's brother was murdered).

4.   Great healthcare is available to the rich, but not to the poor.  This is why Jake goes to Pandora (to money to fix his spine).

5.   The environment of Earth is destroyed.  When Jake prays to the Tree of Souls he explains: "See, the world where we come from… there's **no green there**.  They killed their mother, and they're gonna do the same here."

• 409.   The setting on Pandora is very different from the Plaintiff's work.  However, the Plaintiff has read that more of the action in Avatar's sequels will be set on **Earth**.  Thus, Plaintiff makes this claim to reinforce injunctions against the sequels.

COMPLAINT

### 14. PANOPLY OF SOCIAL & POLITICAL ISSUES

410.   Plaintiff's screenplay appears to be the first science fiction or action or adventure or thriller in American film history to **buck** the hollywood rule of avoiding addressing hard, real and divisive political issues, AND to buck the convention of avoiding addressing hard, real and divisive social issues. Rather, the Plaintiff not only addressed hard and divisive socio-political issues, he addressed **MANY** of them.   But the Plaintiff went even further: he amplified these issues, meaning he actually made them worse (because his work was set in the future, where the world was grossly overpopulated; thus, the rise in population—and depleting resources—would cause these issues to be worse).   This amplification was done as a cautionary warning: to show the trajectory that mankind is on.   The Plaintiff's work said, "if these environmental problems are *bad* now (2005 to 2006), they are going to be much worse 140 years in the future—and *much worse* is horrible."   The Plaintiff used this same approach to show how horrible healthcare would be in the future; to show how horrible class and wealth and racial issues would be; to show how horrible prison issues would be; to show how bad government and media disinformation would be; and to show how horrible crime and poverty would be.

411.   ALL of the socio-political issues addressed in the Plaintiff's work are deeply woven into the story, and into the hero's and villains' motivation or conflict.   The Plaintiff did not merely *suggest* any of these issues.   In contrast, for example, in *Blade Runner* the streets appear crowded and dirty, but overpopulation and pollution have NOTHING to do with the story, nothing to do with the hero's or villains' motivation or conflict.   These elements are just added for ambiance.

412.   At the time, 2005-2007, the Plaintiff's use of a panoply (large number) of political and social issues was not just very uncommon, **it had never been done before** —although **in the years since the Defs (and their associates, Neill Blomkamp, Suzanne Collins, others) infringed Plaintiff's work, this has become more common**.

413.   The Defs' Avatar infringes on the Plaintiff's use of a panoply of socio-political issues (and uses the very same issues), and amplifies and weaves them into the story.

COMPLAINT

## 15.  CENTRAL CHARACTER:

### VILLAIN, Corporations & The Heartless Government

Butterfly Driver (Uberopolis)

414.    The Villain of the Plaintiff's screenplay was Peter Drexler, a tremendously successful mega billionaire corporate businessman, he is also the President of the new world government, called *The State*.  Thus, through Drexler, the Plaintiff casts corporations and the government as the villain.

415.    Peter Drexler, runs The State like a business, profits and performance first.  His various State, city and/or regional officers give performance reports.  Under performing regions lose their State status and become "zones", which is a virtual death sentence to the citizens of those underperforming cities/states.

416.   We see Drexler's government is elitist and separatist, as his prisons dump prisoners into space,  his military dumps the religious, the poor, and the less intelligent into the streets of zones.  More, Drexler openly admits to the removal of all religious believers from The State (see Ex X6, page 86), and admits he is contemplating implementing voter competency testing and a massive sterilization plan for the zones (see Ex X6, page 84), and boasts about conquering the Middle East "by allowing their factions to exterminate each other."

Avatar

417.   Avatar follows this same structure, casting corporations and the government as the villain(s), through two separate villains; the primary villain represents the evil government, his secondary villain represents evil corporations.

418.   Cameron vilifies corporation via two structures: (1) on Earth, we learn medical corporations will only fix spinal conditions, like Jake's, if a person has a lot of money; (2) on Pandora, a corporation called RDA wants to remove the Na'vi from their Hometree to get the unobtainium beneath it.  The embodiment of corporate evil is *Parker Selfridge*, the site director of RDA, who makes elitist/separatist statements and  is driven by profit.

419.    Cameron's **primary** villain is Colonel Miles Quaritch, who is overly eager to displace or kill the Na'vi, and also makes elitist-separatist statements about the Na'vi.

COMPLAINT

**16. CENTRAL CHARACTER: Good-hearted Female-Atheist-Scientist Who Is Killed**

Butterfly Driver

420.   Butterfly Driver features a heroic scientist named Tamara Gwynn, who (with her deceased father's help) has invented a new technology that can help save mankind from the toxic environment.  Tamara assure's Arlo that she is a scientist who does not believe in God, in a central exchange (Ex X6, page 15) when Tamara asks Arlo if he is religious:

> TAMARA: ...So you're religious?
> ARLO:     Nah. Maybe there's a God though… You religious?
> TAMARA: Faith comes from our unreasonable hopeful nature.  That's how
>                 we survive.  I put my unreasonable hopes in my A-cell."

421.   In the end, although Tamara's heart was heroic and good, she dies.

Avatar

422.   After Grace Augustine (a central character who is a heroic scientist) is shot by Quaritch, Jake realizes her wounds are life threatening and beyond conventional medicine.  As they race above Pandora, in a helicopter, Jake informs Grace that he is going to take her to the Na'vi so they can heal her with their faith based treatment.  That dialogue reads:

> JAKE:    I'm gonna get you some help Grace.
> GRACE: I'm a scientist, remember?  I don't believe in fairytales.

423.   When Grace arrives to the Na'vi and the Tree of Souls, she is a bit more hopeful that the Na'vi's intervention might save her.  But in the end, her body is too weak, and she dies.

**17.  MOOD**

424.   The mood of the contested works is identical: very dark, with a hopeful ending

**18.  GENRE**

425.   Both works are future-set (2144 and 2154), reality-based, dark, **ecofiction** (environment oriented) science fiction.  The genre is identical.

**19.  VITAL NEW ENERGY SOURCE**

426.   Both works involve a vital new energy source that can improve the lives of people on Earth. In Butterfly Driver, the new energy source is Tamara Gwynn's A-cells.  In Avatar the energy source is unobtainium, found on Pandora.

COMPLAINT

## 20.  EARNING A SOUL

427.   As shown in the prior section "Spirituality & God" Arlo says "I probably don't know what a soul-mate is.  **But I bet not everyone earns a soul in this life**" [See **Exhibit O6**, p 63, line 9.]  This statement implies Arlo believes that we all have to *earn*, or cultivate, a soul if we are to exist in the hereafter.

428.   There may be other thinkers in the annals of human thought who also conjured the idea of earning a soul, but it had never been expressed in film or screenplay.

429.   Yet, once again, of course, Avatar infringes on the Plaintiff's concept of **earning** something bigger than one's original existence.  As Jake becomes closer to the Na'vi he says: "The Na'vi say every person is born twice.  The second time is when you **earn** your place among the people **forever**."  This is precisely *earning a soul*—as most *believers* believe the soul is the part of us that lives **forever**.  Jake is talking about earning a place in Avatar's *Tree of Souls*.  This is *earning a soul*.

430.   This one of many stolen aspects that is so unusual that it is akin to a photograph of Defs Cameron and 20CFOX stealing the Plaintiff's work.

- 431.   Again, Cameron has never dealt with God or the soul in his prior works.

## 21.  POST 911 SLOGANS

432.   In late 2003 or early 2004, when the Plaintiff started writing Uberopolis, he decided to mimic the post 911 (and post Iraq war) language popularized by the Bush administration. Thus, on about 4 occasions, he used terms like "embolden" and "negotiating with terrorists." This was more than criticism of Bush Policy, it was to say that our future is haunted by our past.  This 911 dialogue is common now, but in 2005 to 2007, it was very cutting edge.

433.   In late 2006, when the Plaintiff revised his script and changed its name to Butterfly Driver, he decided to use a softer brush; thus, he used just two of these 911 expressions. On page 51 of Butterfly Driver, a character named Aneesh says, "Imagine how **embolden** the zones will be if he's (Arlo) not in that courtroom Monday." [sic]  [See Ex X6, page 51.]  And on page 88 [Ex X6] when Arlo first confronts Drexler, he explains why he has come to Uberopolis, and Drexler responds, "I don't negotiate with State enemies."

COMPLAINT

| | Avatar |
|---|---|
| 1 | |
| 2 | 434.   Avatar not only copies the Plaintiff's use of post 911 terminology, but this |
| 3 | terminology is also used to criticize Bush era policy.   Again, this is common now, but in |
| 4 | 2005 to 2007 (when the Defendants accessed and misappropriated the Plaintiff's work), this |
| 5 | was virtually unheard of—particularly in science fiction, action/adventure, thriller or horror |
| 6 | films. |

434.   Avatar not only copies the Plaintiff's use of post 911 terminology, but this terminology is also used to criticize Bush era policy.   Again, this is common now, but in 2005 to 2007 (when the Defendants accessed and misappropriated the Plaintiff's work), this was virtually unheard of—particularly in science fiction, action/adventure, thriller or horror films.

435.   In Avatar, the Defendants mimic the Plaintiff's approach, late in the second act, building up to the climax, Jake informs his friends that Quaritch is planning some sort of "Shock and awe campaign."   Later, just before the final battle begins, Quaritch motivates his troops by telling them "We're going to fight terror with terror."

## 22.   RACIAL & CLASS DIVISION

436.   Plaintiff's screenplay, *Uberopolis: City of Light* showed tremendous racial, class and wealth division.   The racial division was emphasized as the Plaintiff showed many black and hispanic characters living in the zones.   But to bring out the antipathy between the races and the classes, Plaintiff had his villain (President Drexler) say, on TV, overtly divisive, hateful statements.   The key was structuring events and dialogue so that every word rang true. Plaintiff was doing something so unique that he wrote new rules (which have been universally adopted): Plaintiff's very "political" and "racial" script, pushes all boundaries, and uses profanity, but never uses a racial epithet or uses the words *Republican* or *Democrat*.

437.   Avatar was so eager to infringe on the Plaintiff's racial/class conflict that Def Cameron actually has Quaritch ask Jake (after he learns of Jake's romance with Neytiri): "How's it feel to betray your own **race**?!"   Later, lacking any subtlety, Quaritch actually tells his troops: "(We're gonna) blast a crater in their (the Na'vi) **racial** memory."

438.   These are desperate efforts to mirror the Plaintiff's *racial and class conflict* structure and themes.   At best, the Na'vi might be in the same phylum, class, or order as humans, but they are far from the same species, let alone "race".

439.   Of course, the Defendants strictly follow Plaintiff's underlying rules: their racial and political script never uses a racial epithet or says the words Republican or Democrat.

COMPLAINT

### 23. PLOT

440.    Virtually every plot structure, every expression, every idea and element of Avatar came from Plaintiff's work.  The Defs also have stolen much of Plaintiff's overarching plot.

Plaintiff's Overarching Plot

441.    Butterfly Driver's overarching plot might read: "**Unable to afford a medical procedure** to save his daughter from Earth's polluted atmosphere, **a poor former US soldier** (Arlo) who is also **disabled** (suffering *ice-pick* headaches) **will go to impossible lengths for the love of his daughter**—and in the process he may **save Earth's environmental biosystem**—if the corrupt corporate government doesn't stop him first."

Defendant's (Avatar) Overarching Plot

442.    Avatar's overarching plot might read:  "**Unable to afford the medical procedure** that might repair his spine, **a poor former US soldier** (Jake), who is also **disabled** (parapalegic), agrees to be part of a mining mission to a distant planet called *Pandora*, where he falls in love with an alien.  But when the humans and aliens come into conflict, Jake **will go to impossible lengths for his new love**—and may **save Pandora's environmental biosystem**—if the corrupt corporate mining company doesn't stop him first."

443.    The Defendants intend to use the Plaintiff's theme of a hero who will go to impossible lengths for his child in the Avatar Sequels. June 20, 2017, in Deadline magazine (**Exhibit K5**), Avatar producer Jon Landau stated:

> "At the heart of any movie are the characters," Landau continued. "One of the strengths of great scripts are always the universal and relatable themes... There's no more relatable theme than **family**. At the center of each of our four movies (sequels) will be the Sully family."

### AVATAR COPYRIGHT INFRINGEMENT SUMMARY

444.    Avatar earned $2.5-BILLION profit, theatrically, by infringing Plaintiff's ideas. When Plaintiff's work is extracted from the Defs' infringing film, all that is left is a bland love story and blue people on a planet called Pandora. 20CFOX would never have *greenlighted* such a film, if not for Plaintiff's work.

COMPLAINT

## WHAT THE DEFENDANTS COULD NEVER COPY:

### The Science In Science Fiction

445.    Good sci-fi writers gravitate to sci-fi because it gives them a chance to share where they think science is taking us.  The Plaintiff shared his vision, at every turn of the page:

Page 15,16 (**Exhibit X6**)

**TAMARA:** Antimatter cell... Traditional fuel pollution kills 130 million people every year. The State calls that an acceptable environmental sacrifice. My father believed every problem has an absolute solution -without sacrifice. After 6 years, via atomic polarity reversal, we created our Acells, isolating antimatter H20 in a neutral plasmic insulator. A teaspoon of water produces enough clean energy to power a sky-car for a week. They'll save over 100 million lives per year.

Page 30 (**Exhibit P6**)

**DAVID:** This water is from the dehumidifying water re-cycler. It collects all the evaporated moisture from the city and pours it back in here…

Page 31 (**Exhibit Q6**)

**DAVID:** … The harbor's phydo-plankton and the forest trees makes 60 percent of the oxygen in this biosphere. They get the rest by splitting the oxygen atoms out of the water. That process creates the hydrogen used to fuel everything...

Page 46 (**Exhibit R6**)

**NEWS ANCHORWOMAN:** ...Though he looks too young to have achieved so much, what many people don't know is the 48 year old Drexler was genetically reprogrammed to a permanent age of 25 -and his new genes have been reprogrammed to produce no myostatin. So those bulging biceps are three times the strength of a normal man -without working out.

Page 48 (**Exhibit S6**)

**DOCTOR / LANEY SCHULER:** It's a inverse agonist H1 enriched polypeptide medicine that helps the mucous system create an antigen barrier against environmental toxins.  One pill protects for about three of four months. It's generally used as preventative maintenance, but it's proved effective at reversing advanced respiratory distress -the only known treatment…

Page 73 (**Exhibit X6**)

**PUBLIC ADDRESS**: ... All six billion gallons of water in the Uberopolis Harbor were secured when Drex-Tech captured the RathmanTuttle comet ...

Page 78 (**Exhibit X6**)

**PUBLIC ADDRESS**: ... 95 percent of the materials used to construct Uberopolis were mined and produced at President Drexler's lunar refinery...

446.    These sorts of science snippets are found throughout the Plaintiff's script.  Whereas there is no science in Avatar, underscoring the Defendants' inability to create such a work.

COMPLAINT

## SECTION ELEVEN

### "TAKEN" INFRINGEMENT CLAIMS



| Butterfly Driver / Uberopolis | Taken |

**Plaintiff's Infringement Claims Against Defs 20CFOX & Robert Mark Kamen**

**For The *TAKEN* Film Series**

447.   Plaintiff brings these separate claims for Copyright Infringement against **20CFOX** and Robert Mark Kamen, for the film ***Taken***, which infringes Plaintiff's original screenplay ***Butterfly Driver*** (and its previously titled version ***Uberopolis: City of Light***).   These claims are also made against Taken's sequels: ***Taken 2***, ***Taken 3*** (and any other sequels), as they are an extension of the original infringement and concept.

448.   Feb 26, 2007, the same day that James Cameron filed his invalid *Avatar* screenplay copyright registration, and just **8 days before** 20CFOX filed *Avatar*'s **valid** script copyright registration, Luc Besson and Robert Mark Kamen registered Taken's screenplay copyright, a film financed and distributed by 20CFOX.   [Taken's copyright is attached as **Exhibit O5**.]

### ACCESS

449.   Earlier in this Complaint, Plaintiff demonstrated that Def 20CFOX accessed his work via a series of transactions, beginning January 2006: (1) ZGM asked Plaintiff to send them his script (ZGM's owners were friends of 20CFOX Alex Young); (2) Plaintiff sent ZGM his script; (3) ZGM then opened a company called Future Service Inc; (4) NC and 20CFOX then purchased Future Service Inc; (5) Future Service Inc then appeared on 13 of 21 Avatar copyrights; (6) By purchase or claim, NC and 20CFOX then came to control the

COMPLAINT

1  distribution rights to *Taken* and *Avatar* (films that infringe Plaintiff's work).  **This series of**
2  **events establishes access**.  (These events are more fully described in page 15 to 24, herein.)

3  450.  Once 20CFOX and NC obtained Plaintiff work, they subcontracted Luc Besson and
4  Robert Mark Kamen to write a derivative script.  Besson is not named as a defendant because
5  he is a French citizen who has repeatedly been accused of raping women.  Plaintiff finds the
6  idea of interacting with Besson noxious.  Thus, Plaintiff will allow News Corp and 20CFOX
7  (with their histories of hiring sexual predators) to assume responsibility for Besson.

8  451.  Taken was allegedly released in France, Feb 27, 2008 —over **two years after ZGM**
9  **accessed Plaintiff's work**, and released in the **USA**, Jan 30, 2009, over 3 years after access.

10  452.  Filming of Taken began in March 2007, a few days after the *Taken* screenplay was
11  registered, and a few months <u>after</u> *Butterfly Driver* first  appeared on TriggerStreet.com.

12                **INFRINGEMENT CLAIMS AGAINST DEFS' *TAKEN* SERIES**

13  • 453.  In infringement cases, a plaintiff must specify what elements of his/her work were
14  infringed on by the defendant(s).  Thus, Plaintiff's claims against *Taken* are different from his
15  claims against *Avatar*, as Plaintiff only identifies the aspects that were infringed.

16  454.  Plaintiff's infringement claims against the Defendants' *Taken* (and thereby the *Taken*
17  series) are made under the following **headings**, concluding on page 95.

18                                      **PLOT**

19  455.  The Plaintiff believes that the overarching central plot of *Uberopolis: City of Light* **is**
20  **the first of its kind**.  Since the Defendants accessed the Plaintiff's work, numerous films
21  have copied the Plaintiff's unique central overarching plot structure.  The earliest known film
22  to infringe on this central plot structure is *Taken*.

23                        **Basic PLOT of Butterfly Driver**

24  456. Butterfly Driver is about the impossible lengths and desperate measures a poor former
25  US soldier and patriot will take to save his daughter, with only one week to do it.

26                            **Basic PLOT of Taken**

27  457.  Taken is about the impossible lengths and desperate measures that a poor former US
28  soldier will take to save his daughter, with only 96 hours to do it.

COMPLAINT

| | HERO |
|---|---|

458.  Plaintiff created a very unique hero (especially at the time, 2005).  Unlike the typical action adventure hero, who, at the time, were childless, had unlimited money, womanized, lived in expensive apartments or houses, and never seem to work; Arlo was the opposite: a devoted father, poor, working all the time, living below his family in a small sparsely decorated studio in a garage.  Taken infringes on all of these unique attributes, and more:

| Butterfly Driver / Uberopolis | Taken |
|---|---|
| • Arlo Grainer is a **former** U.S. soldier & war hero. | • Brian Mills is a former U.S. military special forces hero; possibly ex-CIA. |
| • Arlo's age is 45. | • Brian appears 45-50. |
| • Arlo is a devoted father. | • Brian is a devoted father. |
| • Arlo is a poor man. | • Brian is a poor man. |
| • Arlo lives alone. | • Brian lives alone. |
| • Arlo is separated. | • Brian is divorced. |
| • Although separated, because Arlo is committed to his kids, he lives downstairs in a converted garage. | • Although divorced, because Brian is committed to his daughter, he lives nearby, in a small apartment. |
| • Although very masculine, Arlo does not have a girlfriend, as he is focused on his kids and being a good father. | • Although very masculine, Brian does not have a girlfriend, as he is focused on his daughter and being a good father. |
| • Arlo thinks clearly under pressure, is a great fighter, but avoids combat unless necessary. | • Brian thinks clearly under pressure, is a great fighter who fights whenever possible. |
| • Arlo has military connections that help him repeatedly (1. Dr. Laney Schuler treats Franny; 2. Arlo's military and ZR friends get him into Uberopolis). | • Brian has military connections that help him repeatedly (1. military connections gets Brian to Paris in a private jet; 2. said connections help find bad guys). |

COMPLAINT

**MANY INFRINGED PLOT AND CHARACTER STRUCTURES:**

**POOR HERO**

**Butterfly Driver / Uberopolis**

459.    Plaintiff chose to make his hero poor, which, at the time, was very uncommon. Plaintiff did so because he wanted to promulgate new, accurate and **nobel** portrayals of the poor.

**Taken**

460.    The Defendants infringed on Plaintiff's "poor hero" concept.  The Defendants show (and say) that their hero is poor in a several ways, including:

1.  In the beginning of the film Brian buys his daughter an inexpensive karaoke machine for her birthday.  The owner of the store comments that Brian has come to the shop many times to see that machine (suggesting that Brian lacks the resources to make purchases that most middle-class Americans can make easily).

2.  In a phone conversation with his daughter Kim's kidnappers, Brian tells the kidnappers that he does not have any money, but if they do not let Kim go immediately, he will kill all of them.

**HERO IS ALWAYS WORKING & JOB DESTROYS MARRIAGE**

**Butterfly Driver / Uberopolis**

461.    The Plaintiff created a hero, Arlo, who was always working.  From the beginning of the script to the end.  In *Uberopolis: City of Light* (Ex O6, page 63) a warrior woman is attracted to Arlo and asks if Arlo is happily married, and Arlo succinctly explains his dangerous job (line riding) hurt his marriage.

TINA
I guess your wife must be very happy.
ARLO
Maybe a long time ago -before I started
line riding.

**Taken**

462.    *Taken* borrows this structure.  Near the end of the film, Brian's ex-wife explains she worried for years about Brian's long absences and worried if he would make it home alive.

COMPLAINT

**HERO LIVES NEAR HIS SEPARATED FAMILY**

**Butterfly Driver / Uberopolis**

463.   The Plaintiff 's hero is separated from his wife, but lives nearby in a small converted studio, in one half of the downstairs garage.

**Taken**

464.   *Taken* borrows this, in the first act, at a barbeque, Brian's friend asks of Brian's ex-wife, "Does she appreciate the fact that you've given up your life to be closer to her?"

**HERO USES HIS PHONE AND GPS TO OUTSMART & MISLEAD PURSUING STATE FORCES, AND USES A SECOND PHONE TO MONITOR THEM**

**Butterfly Driver / Uberopolis**

465.   When Arlo learns that State bounty hunters are in his zone looking for him, he races home to gather his family, but before leaving, Arlo booby-traps the house.  Then, knowing that State bounty hunters are following the GPS (Global Positioning System) signal in his phone (omni-com), Arlo places his phone, with the video recorder "on," in the pocket of a jacket on a coat-rack, then places the coat-rack in front of a window in the house—so that in the silhouette of the streetlight, the coat-rack appears like a man hiding behind the window. Arlo flees with his family.   A bit later, Arlo calls his phone from his wife's phone, and watches the video feed from his phone, and sees his booby trap kill the bounty hunters.   [See Ex X4, pp 11-13].

**Taken**

466.  *Taken* borrows Plaintiff's screenplay's exact structure.

467.  Wary about a meeting with his old friend, Jean-Claude Pitrel, and knowing that when he calls Pitrel, the French special police will be able to track his position (using GPS), Brian places his phone on top a building near a park, with a walkie-talkie attached, then calls Pitrel from another roof-top.  When Brian calls Pitrel, Pitrel's men descend on Brian's phone, only to find his  phone connected to a walkie-talkie, and Brian gone, as Brian watches from afar.

- 468.  *Taken* does not explain the impossibility of dialing a phone via walkie-talkie.
- 469.  *Taken* does not comprehend that GPS is always on, not just during calls.

COMPLAINT

**HERO INFILTRATES BY DRESSING UP AND PRETENDING TO BE A COP**

**Butterfly Driver / Uberopolis**

470.    On the satellite city Uberopolis, Arlo steals a police uniform from an unconscious police officer, then infiltrates Uberopolis' hospital by pretending to be a police officer.

**Taken**

471.    Brian dresses in a police officer's uniform, and pretends to be a police officer, to infiltrate the lair of the bad gang (the "bad" Albanian immigrants).

**HERO TRICKS HIS OLD FRIEND (AN EXPERIENCED**

**STATE INVESTIGATOR) TO BELIEVE THAT HIS GUN IS UNLOADED**

**Butterfly Driver / Uberopolis**

472.    Jerry, Arlo's old friend from the  military, now works for the government as a special investigator, but hates his job.  Midway through the story, Jerry agrees to apprehend Arlo. When Arlo and Jerry finally come into direct contact, Arlo pulls a gun on Jerry and order's Jerry to give him his gun.  Jerry complies, then suddenly punches Arlo, and a fight ensues.  The fight culminates with Jerry and Arlo mixing up their guns, and Jerry holding a gun on Arlo, and Arlo holding a gun on Jerry.  Arlo gets the upperhand by informing Jerry that Jerry is holding Arlo's **gun and it is not loaded,** then points Jerry's gun at Jerry and instructs Jerry to give him the gun, and get in the back of the sky-car trunk. Jerry complies.

**Taken**

473.    Jean-Claude Pitrel, Brian's old friend from the military, now works for the French government as a special investigator, but hates his job.  Midway through the film, Pitrel agrees to apprehend Brian, to stop him from wreaking further havoc on Paris.  When Pitrel gets home from work, he finds his wife has already allowed Brian into Pitrel's house.  Pitrel excuses himself to the bathroom, where he gets his gun.  When Pitrel returns to the table, he pulls his gun on Brian.  **Brian informs Pitrel that his gun is unloaded**, and drops Pitrel's bullets on the table.  (Brian craftily went to the bathroom, earlier, and unloaded Pitrel's gun.)

- 474.   The film fails to explain why Pitrel was not carrying his loaded police issued gun, when he got home from work.

COMPLAINT

**PARANOID HERO**

**Butterfly Driver  / Uberopolis**

475.    Arlo is always on guard, from years of living in a war zone.  When unexpectedly startled, he puts his gun in a peaceful guru's face. [See Ex X6, page 58.]  The guru explains:

GURU
Surviving the war and fourteen years underground requires some healthy **paranoia**. But you're safe here.

476.    Benni is very bothered that Arlo could put a gun in a peaceful Guru's face.  As this dialogue progresses (Ex X4, page 60) Arlo explains that his fears keep him aware, saying:

ARLO
Fearless? I got fears. They keep me smart... on my toes.

**Taken**

477.    Taken infringes on this same paranoid characteristic, as Brian drives his daughter Kim to the airport, they have the following exchange:

KIM
"Mom says your job makes you paranoid."
BRIAN
My job makes me aware.

**HERO STEALS MULTIPLE VEHICLES, HAS MANY VEHICLE CHASES, CAUSES ACCIDENTS, BREAKS INTO VEHICLES, CAUSES EXPLOSIONS**

**Butterfly Driver  / Uberopolis**

478.    Arlo engages in 7 high speed vehicle **chases**.  Arlo **steals** 4 vehicles: 2 space shuttle-**trains** (Ex X6 pp 32-33, 110-111), 1 police sky ranger (p85), 1 police sky cycle (p101).  Arlo also breaks into Jerry's car. And Arlo causes multiple vehicle **crashes** and several **explosions**.

**Taken**

479.    Brian engages in multiple car **chases**, **steals** multiple vehicles, causes many vehicle **crashes**, causes several **explosions**, and **breaks into** one or more vehicles.

COMPLAINT

**HERO WILL NOT / CANNOT COMPROMISE**

**Butterfly Driver / Uberopolis**

480.   Arlo will not compromise his values.  Thus, in the final page of Butterfly Driver, Arlo's estranged wife Rianna tells Arlo, "You're still impossible."

**Taken**

481.   In the first act, at an airport, Brian's ex-wife argues that Brian will not compromise.

**HERO CAUSES VILLAIN & ANCILLARY CHARACTERS TO WORRY**

**ABOUT THE DESTRUCTION THE HERO MIGHT DO TO THE CITY**

**Butterfly Driver / Uberopolis**

482.  The Plaintiff had secondary character(s) comment on Arlo's capacity for destruction, if provoked.  For instance (See **Exhibit T6**, page 70, Uber), when Howard Mann learns that Arlo is going to the satellite city of Uberopolis, he comments:

<div align="center">

HOWARD MANN

Shit.  That's throwing a match in a powder keg.

</div>

**Taken**

483.   Taken misappropriates this story structure and has secondary character(s) comment on Brian's capacity for destruction, Jean-Claude Pitrel tells Brian:

<div align="center">

JEAN-CLAUDE PITREL

Brian, you cannot just run around tearing up Paris.

</div>

**HERO RIDES IN CAR (VEHICLE) WITH HIS CHILD, WHILE HIS**

**CHILD INQUIRES ABOUT THE HERO'S DANGEROUS JOB**

**Butterfly Driver / Uberopolis**

484.   In the first act of Uberopolis, as Arlo rides with his teenage son, John Carl, his son asks Arlo about his dangerous job. (See **Exhibit U6**, pp 9,10, Uber)

JOHN CARL: Why do they call it line-riding, anyway?
ARLO: The U.W.N.'s radar shield is 200 feet above ground level.  To avoid
    being shot down we have to ride  below that line.
JOHN CARL: Hmm.  So, when are you gonna take me on a run with you?
ARLO: Never.  I wish you'd get that idea out of your head.  We need more
    doctors and business...

COMPLAINT

| | |
|---|---|
| 1 | **Taken** |
| 2 | 485.   *Taken* infringes this story/character structure: As Brian drives his daughter Kim to |
| 3 | the airport, Kim explains that when she was younger, she asked her mother about Brian's job, |
| 4 | but her mother told Kim to ask her father (Brian).  Kim explains she was always too afraid to |
| 5 | ask.  Brian explains that he's a *preventer*; he prevents bad things from happening. |
| 6 | **HERO'S DAUGHTER** |
| 7 | 486.   In *Butterfly Driver/Uberopolis* Arlo Grainer will go around the world, and up into |
| 8 | Space, to the super satellite for the super-rich, Uberopolis (where Arlo becomes a one-man |
| 9 | wrecking ball), all to save his daughter. |
| 10 | 487.   Similarly, Brian Mills will go halfway around the world for his daughter, and |
| 11 | become a one man wrecking ball; which may in itself be copyrightable.  But 20CFOX, |
| 12 | Besson and Kamen went further than that. |
| 13 | **Defs' "Daughter" Infringes The Spirit Of Plaintiff's Daughter Character** |
| 14 | 488.   The Plaintiff's character, Franny is a seven year old girl.  The Plaintiff chose that |
| 15 | age because he felt that it would soften the hearts of most readers/viewers, because a child |
| 16 | that age is so vulnerable and innocent, that all good people would wish no harm to come to |
| 17 | such a young child; thus, they would also be more engaged with the hero's struggle. |
| 18 | 489.   Although Taken's daughter character, Kim, is 17 years old, the film opens with a |
| 19 | few minutes of old "family video tape footage" of "Kimmy" at her fifth birthday, then |
| 20 | returns to this footage again, later.  The film also  repeatedly returns to scenes where the |
| 21 | hero, Brian, is at home looking at photo albums of Kim when she was a little girl.  This is |
| 22 | the Defendants' desperate effort to infringe on the Plaintiff's story structure.  By showing |
| 23 | this footage and these photobook images, the Defendants are pathetically trying to coerce |
| 24 | the audience to see Kim as a little girl, so the actions of the hero will have deeper meaning. |
| 25 | 490.   This business of repeatedly showing the video tape and photobook images of the |
| 26 | five year old Kimmy is also clearly an effort to disguise the Defs' infringement.  Clearly the |
| 27 | Defendants wanted Kim to be a little girl, but changed her age to make their flagrant |
| 28 | infringement seem a bit less transparent. |

COMPLAINT

**CENTRAL THEMES**

### (1) Central Theme: The Primacy Of Family

491.   The primacy of family is a central theme of the Plaintiff's work and the infringing film Taken.

### (2) Central Theme: The Virtue Of Character

492.   The Plaintiff's work and Taken both feature unusual heroes who are uniquely good and responsible men, who are poor, live simply, do not womanize, and do not compromise.

### (3) Central Theme: Immigration

493.   Immigration was a very central theme in Plaintiff's work.  At the time, 2005-2006, immigration was a very uncommon subject for a mainstream action-adventure or sci-fi films. The Plaintiff wrote about immigration in a loving, understanding way, as he took a proud former American family (the screenplay takes place about 14 years after the downfall of America) and forces this proud American family to immigrate into the wealthy and powerful "State" to survive.

494.   Of course, the Defs took this immigration theme.  But rather than weaving it deeply into the story structure with a shred of respect for the plight of the immigrant, the Defs hatefully cast the primary villains as a group of kidnapping, drug-dealing, pimp immigrants, then gave Brian and Pitrel some of the most anti-immigrant dialogue in film history:

> JEAN-CLAUDE PITREL
> (Speaking to Brian Mills about Immigrants)
> "They showed up from the east 6 or 7 years ago; 15, 20 of them. Now there are hundreds. We don't even know how many. And dangerous!"

495.   Later, when Brian Mills confronts the Albanian bad guys in their lair:

> ALBANIAN BAD GUY:   Mister, if you're trying to make extortionist because we are immigrants…
> BRIAN MILLS:  I'm extorting you because you are breaking the law.  Now which law would you like to be arrested for: drugs, kidnapping, prostitution?  Take your pick.  You come to this country, take advantage of a system, and think because we are tolerant, we are weak and helpless.  Your arrogance offends me."

COMPLAINT

**Unhappy Government Worker Who: (1) Complains About Job, (2) Is An Old Military Friend Of The Hero, (3) Tracks The Hero, (4) Loses An Empty Gun To The Hero, (5) Tries To Talk The Hero Into Surrendering...**

496.   **Butterfly Driver** features a unique central character, who knows the hero from their past in the military.  This character's collective characteristics are:

1. Jerry is an old friend of the hero.
2. Jerry served in the military with the hero.
3. Jerry is very unhappy in his government job and complains about his job.
4. Jerry has a son that he is very close to.
5. Jerry is seen reading to his son in his son's room.
6. Jerry is happily married.
7. Jerry negotiates with his superiors before agreeing to apprehend the hero.
8. Jerry tries to get the hero to **surrender** and turn himself in.
9. Jerry gives significant assistance to the hero at one point in the story (the ending).
10. Jerry pulls a gun on the hero, but hero gets away by telling Jerry his gun is **unloaded**.
11. Jerry refers to the government as "**The State**".

**Taken**

1. Pitrel is an old friend of the hero.
2. Pitrel served in the military with the hero.
3. Pitrel is very unhappy in his government job and complains about his job.
4. Pitrel has children that he is very close to.
5. Pitrel is seen reading to his children in their room.
6. Pitrel is happily married.
7. Pitrel negotiates with his superiors before agreeing to apprehend the hero.
8. Pitrel tries to get the hero to **surrender** and turn himself in.
9. Pitrel gives significant assistance to the hero at one point in the story (the beginning).
10. Pitrel pulls a gun on the hero but the hero has already **unloaded** Pitrol's gun.
11. Pitrel refers to the government as "**The State**".

COMPLAINT

**"THE STATE"**

**Butterfly Driver / Uberopolis**

697.   In Plaintiff's screenplay, all characters refer to the new Unified World Government as "**The State**".   This is an idiosyncratic touch the Plaintiff used to create an authentic feel for his new business-centered world government.

498.   Copyright expert William Patry explained in his 2009 book "Patry on Copyright," that one method to establish "striking similarity" is by finding *if the plaintiff's work contains an unexpected or idiosyncratic element that is repeated in the alleged infringing work.*

**Taken**

499.   It will not surprise the Court that *Taken* also features this idiosyncratic element, as both Brian Mills and his friend/villain Jean-Claude Pitrel both refer to the Government as "The State".   This is glaring infringement, because Brian lives in America and works for the US government, and Pitrel lives in France and works for the French government.   This infringement can be seen in Taken, when Brian calls Pitrel's phone, as Pitrel sits in a park:

<div align="center">

JEAN-CLAUDE PITREL
"You can't beat **The State**, Brian! You know that!"
BRIAN MILLS
"I'm not trying to beat **The State**!  I'm trying to save my daughter!"

</div>

**TIME LIMIT**

**Butterfly Driver / Uberopolis**

500.   To add a layer of urgency, Plaintiff gave Arlo a week (7 days) to save his daughter.

**Taken**

501.   Taken borrows this element, and gave Brian 96 hours (4 days) to find his daughter.

**<u>SUMMARY OF *TAKEN*'S INFRINGEMENT</u>**

502.   The Taken series has earned $800-million profit, at theaters alone. Unlike Avatar, which still has an empty love story and blue cat-people when Plaintiff's work is extracted, when the Plaintiff's work is extracted from Taken, there is **nothing** at all left.  Without a former US military hero who will go to impossible lengths to save his daughter (and all the other signature elements that the Defendants infringed) there is no film, there is no series.

<div align="center">

COMPLAINT

</div>

***FRAUD & UNLAWFUL ACCESS* SUPPLEMENT**

**THE DEFS ARE CAUGHT HACKING PLAINTIFF'S COMPUTER (ON VIDEO);**

**DEFS MANUFACTURE FALSE EVIDENCE; AN NSA WARNING**

- Jan 14, 2020, Plaintiff Discovered How The Defs' Internet Fraud Scheme Works, And Captured The Defs Hacking His Computer —**On Video Tape**!
- The Defs Used The IA To Produce Fraudulent Crawls And Addresses, & Used **Google LLC's *Chrome Browser*** To Produce Fraudulent URL (Web Address) Readings.
- Plaintiff's Discovery Shows How The Defs Falsified Every Central Web Page And Web Article In This Complaint;
- The Same Day, Jan 14, 2020, The NSA Announced That ***Window 10*** OS Has A Dangerous Vulnerability.  The Defs Exploited This Vulnerability.

503.   January 14, 2020, after writing and rewriting this Complaint, and after more than five months of work (continually delayed due to the slow process of debunking the Defs' Fraud, and by the Defs' ongoing hacking), Plaintiff finally solved the final two mysteries of this matter.  **This solution would lead to the total and complete debunking of the ALL central documents related to the Defs' fraudulent scriptment story**.

504.   January 14, 2020, as the Plaintiff approached completion of this Complaint, he was satisfied that he had proven the fraudulence of ALL central documents in the Defs' infringement scheme —except two documents.   Although the Plaintiff had substantial circumstantial evidence of Fraud and falsification for the www.**JackChaos.com** and the www.**uni-kiel.de** pages, he could not resolve how the Internet Archive was falsifying those pages.  Thus, at that time, this Complaint still treated those two pages as if they were valid.

505.   Also around this time, Plaintiff went to MovieBytes.com, because according to Plaintiff's January 20, 2006 email to ZGM, this was the website that led Plaintiff to ZGM.  However, Plaintiff discovered he was **blocked and locked out** of the MovieBytes.com site.  Plaintiff then discovered that he was also **blocked and locked out** of AbsoluteWrite.com.  AbsoluteWrite was another website that in 2005 and 2006 had frequently mentioned Zero Gravity Management (ZGM).   After being blocked by these websites, Plaintiff went to the

COMPLAINT

1  IA to see how MovieBytes.com and AbsoluteWrite.com looked in January 2006.  But when

2  the Plaintiff examined the crawls of these pages, they appeared falsified: the IA crawl

3  patterns of looked manufactured (IA crawl patterns usually have a random, *semi-organic*

4  appearance, but these crawls looked uniform, blocksh and manufactured).    Thus, January

5  14, 2020, Plaintiff resolved to make one last effort to solve the mystery of how the Defs

6  made  JackChaos.com,  www.uni-kiel.de  appear  valid,  and  try  to  determine  why  the

7  MovieBytes.com IA page crawls appeared so fraudulent.

8                              **THE IA CRAWL URL MYSTERY IS SOLVED**

9    506.  About 5:00p, Jan 14, 2020, Plaintiff solved the mystery of how the IA and Google

10  LLC  made  the  final  two  central  falsified  web  pages  appear  valid.    The  solution  was  so

11  remarkable that Plaintiff quickly made a few videos of the solution (the second video was

12  recorded around 10pm).  **More astounding**, in the final 90 seconds of the second  video (Vid

13  Ex 2), <u>the Defs hacked into Plaintiff's Computer</u>.   The solution was unprecedented.

14    507.   After staring at the final few fraudulent crawls for hours, Plaintiff realized that he

15  had been exclusively examining the crawls on his **Google Chrome** browser.  Thus. Plaintiff

16  resolved  to  look  at  the  crawls  on  his  *Internet Explorer*  browser.  **This solved the problem**.

17  When  Plaintiff  made  this  breakthrough,  the  web  addresses  he  was  examining  were:

18  1.        www.jackchaos.com;        2.        www.uni-kiel.de/medien/cameronlitdreh.htm;

19  3. www.moviebytes.com.

20                              **HOW THE DEFENDANTS' SCHEME WORKED**

21    508.    When one searches a website or web page on the Internet Archive (**IA**), the first

22  portion of the URL (web address), from the left, will always be the Internet Archive's web

23  address  (https://web.archive.org),  followed  by  the  word  "web"  inside  forward  slashes

24  (/web/), followed by an asterisk enclosed in forward slashes (/*/), followed by the website

25  the user has entered into the search bar.  Thus, if you entered "**www.cnn.com**" into the IA

26  search bar, the final URL would read: "https://web.archive.org/web/*/www.cnn.com".  The

27  actual IA search (calendar crawl) of CNN's website (www.cnn.com) appears on the top of

28  the next page.

COMPLAINT

97



509.  The view above is a standard *calendar* or *timeline* view of a website or a webpage. This view shows all of the different days and times that a website or a page was crawled. The user then selects the page *time period* (year) and then actual page crawl that they wish to see.  The *calendar* or *timeline view* of a website or web page is like the "main" or "root" or "home" page, as the actual individual crawls are simply hyperlinked to the calendar pages.

510.  Users can also search a particular page.  For example, if one wanted to see CNN's "Politics" page, the user can search "www.**cnn/politics**" the IA search bar.  The URL for that search will read ""https://web.archive.org/web/*/www.cnn.com/politics"; pictured below.



COMPLAINT

511.  Once the user "clicks" and selects the crawl date (year) that he/she would like to see, a large crawl number replaces the asterisk between the slashes.  A year and asterisk (e.g., "2016*") appears in the space with the asterisk **ONLY** when the user "clicks" the *year* of the page crawl that he/she would like to see; otherwise the IA highlights the current year.

### SOLUTION:

### Google LLC's Chrome Browser Was Sending Plaintiff False URL Readings

512.  When Plaintiff used his **Google** browser and entered these URLs into the IA (Internet Archive, or the *Wayback Machine*) his Google Browser URL returned the false readings of:

1.  https://web.archive.org/web/*/www.jackchaos.com  (see Ex M2)
2.  https://web.archive.org/web/*/www.uni-kiel.de/medien/cameronlitdreh.htm;
3.  https://web.archive.org/web/*/www.moviebytes.com.

513.  These URL readings appeared valid; however, they were false URL readings. Plaintiff's Google browser was sending Plaintiff false URL readings that appeared valid. But when Plaintiff used his **Internet Explorer** browser he discovered the truth.

### MicroSoft Internet Explorer Reveals The True URLs

514.  When Plaintiff used his **Internet Explorer** browser and entered the exact same web addresses into the IA search bar, his Explorer browser revealed the true URL readings.  All of the falsified crawls' URLs had four extra digits (which appeared to be year markers) and an asterisk.  The true falsified URLs were (the fraudulent portions are underlined and **bold**):

1.  https://web.archive.org/web/**2016***/www.jackchaos.com
2.  https://web.archive.org/web/**2019***/www.uni-kiel.de/medien/cameronlitdreh.html
3.  https://web.archive.org/web/**2019***/www.moviebytes.com.

●  These IA calendar crawls are attached in Ex Q5 and/or Video Exhibits 1 and 2.

515.  Plaintiff immediately realized that the Defs (namely, Google LLC and Internet Archive) had arranged that if an IA user selected any of the Defs' fraudulent web pages/articles, the search would be redirected to the falsified IA calendar/timeline and page crawls.  But somehow Google LLC modified Plaintiff's Chrome browser to show Plaintiff a falsified URL reading, making the fraudulent URL appear valid in Plaintiff's URL bar.

COMPLAINT

516.   As these details are difficult to convey, and perhaps hard to understand, on January 14, 2020, after solving the mystery, Plaintiff made two videos of this discovery.  **The end of the second video captures the Defs in the act of hacking Plaintiff's computer.**  The first video shows how the jackchaos.com IA crawls automatically redirected to the improper URLs (Plaintiff also demonstrates how the IA should behave, using Ebay.com, YouTube.com and Copyright.gov as examples).  This video demonstration is attached as **Video Exhibit 1**, on the DVD attachment (also at https://www.youtube.com/watch?v=b-j5SQ4_NHg).

## DEFENDANTS ARE CAUGHT IN THE ACT OF HACKING

517.   In the second video of the January 14, 2020 discovery/hacking, Plaintiff explains the fraudulent aspects of the IA's crawl of  the www.uni-kiel.de/medien/cameronlitdreh.html page and contrasts the fake IA crawl URL to several valid crawls.  About 45 seconds from the end of the 8 minute video, Plaintiff opens a new Explorer tab, returns to the fraudulent IA address (www.uni-kiel.de/medien/cameronlitdreh.html), only to discover that **the fraudulent crawl page, that had been there 5 minutes earlier, was suddenly gone.**  [This video demonstration (in which the Defs hack Plaintiff's computer) is attached as **Video Exhibit 2** on the DVD attachment (also at https://www.youtube.com/watch?v=5pUX3T37iTY).]

518.   The Defendants would only be able to make this incriminating web page disappear if they were listening and monitoring Plaintiff's computer screen, as he narrated the videos. The Defs realized that Plaintiff had proven that 20CFOX and the IA had conspired to create fake crawls of the Defs' fake web pages, and Plaintiff had proven that Google LLC infected his computer with a *"hacked"* Chrome browser.  Confronted with this realization, the Defs' first impulse was to erase the fake IA crawl.  This is clear evidence of a hack.  Hackers will never leave high quality video screen capture footage of themselves stealing files.

### January 14, 2020, The NSA Announced A Serious Windows 10 Vulnerability

519.   That same day, Jan 14, 2020,  the NSA announced a serious flaw in the Windows 10 operating system.   The Guardian reported: **""serious vulnerability" could be used to create malicious software that appeared to be legitimate.   The flaw "makes trust vulnerable".**"  The Defs exploited this Windows 10 vulnerability.

COMPLAINT

1    520.   Shortly after the Jan. 14, 2020, hack, Plaintiff found an article in **Arstechnica.com**,

2    published Jan 15, 2020, titled "Critical Windows 10 vulnerability used to Rickroll the NSA

3    and Github," by Dan Goodin, attached as **Exhibit P5**, which explains the vulnerability:

4          As noted earlier, there are several requirements and constraints that
           significantly raise the bar for Rashid's attack to work in real-world uses by an
5          adversary. The first is that it most likely requires an active man-in-the-middle
           attack. These types of attacks, which modify data as it passes through networks,
6          may be difficult to carry out. **An alternative to an active MitM is to convince
           a target to click on a fake URL. This method is much easier, but it also
7          requires some targeting**. (It wouldn't apply to attacks against websites or other
           servers that require a certificate from the connecting client.)
8
           **The exploit also requires that the target has recently visited a site with a
9          transport layer security certificate that's chained to an ECC-signed root
           certificate.** That's because the root certificate must already be cached by the
10         targeted system. **In the event a targeted system doesn't have the root
           certificate cached, Rashid said, an attacker could still pull off an exploit by
11         adding JavaScript that accesses a site chained to the root certificate.**
12         Another constraint: Chrome uses a mechanism known as certificate pinning
           for google.com and a variety of other sensitive websites. Pinning requires that
13         the certificate authenticating a website contain a specific cryptographic hash,
           even if the certificate offered is otherwise valid. This measure would prevent
14         exploits from working when they spoofed protected sites.
15         While installing Tuesday's patch by Microsoft is by far the only reasonable
           way to prevent attacks, a Google representative said Chrome developers have
16         already distributed a fix in a beta version and will fold the fix into stable
           versions soon. A word of caution: even with this fix, users of vulnerable
17         Windows versions will still face considerable risk from other attack scenarios.

18   521.   Goodin's article explains how the Defs were able to send the Plaintiff fraudulent

19

20   information, using Plaintiff's Google Chrome browser, which displayed valid (but

21

22   inaccurate URL readings).   Plaintiff believes the Defs used the Nahimic Service.exe app

23   (see Section Ten, p 58,  Ex I5) to access his computer then installed the modified Google

24   browser, and any other necessary parts.

25   522.   At the time that the NSA announced this Windows vulnerability, there were no

26   known hacks that had been executed by exploiting this vulnerability.

27   523.   The fact that the Defs were using this hack against the Plaintiff for months before

28   the NSA announcement, indicates that the Defs are using extremely advanced hackers.

COMPLAINT

| 1 | INTERNET EXPLORER PROVES THAT |
| 2 | ALL DEFS' WEB PAGES ARE FALSIFIED |

3  524.  Several days after discovering his Chrome browser was displaying false IA crawl

4  URLs, Plaintiff used his Explorer browser to re-examine ALL OF THE OTHER central web

5  pages (Sect 5 through 7).  **Explorer revealed that ALL of the IA's URLs for the Defs'**

6  **central pages (cited in Section 5 through 7) were linked to fraudulent calendar/timeline**

7  **crawl pages, or had conveniently never been crawled,  while Chrome falsely displayed**

8  **valid URLs**.  Thus, just as in Video Exs 1 and 2, when Plaintiff went to the IA website with

9  his Chrome browser, and entered any of the central addresses, Chrome displayed seemingly

10  valid (but false) URLs, with just an asterisk, without a date.  But *Internet Explorer* displayed

11  the actual URLs, with the four digits of a year and an asterisk (e.g., 2017*).

12  525.  Astonishingly, just moments after discovering this, when Plaintiff went back to

13  check these pages on **Google Chrome**, Chrome now displayed the same accurate (but

14  improper) IA URLs as Explorer.  Plaintiff comments on this surprise in Vid Ex 1.   In the

15  videos (and when Plaintiff examined these pages with Dr Marchbanks) no matter how he or

16  Dr. Marchbanks tried to enter the correct web addresses/URLs (without the year appendage),

17  the IA would redirect back to the improper URLs (with the year appended to the asterisk).

18  526.  Thus, all of the following **21 web pages** (most of which were cited in Sects 5 through

19  7) are fraudulent, for the reasons cited in Sections 5 through 7, and due to these new facts.

20  527.  The 21 **tables** that begin on the next page, show (1) the web address Plaintiff entered

21  in the IA (or Wayback Machine) top row, right; (2) the true and accurate (but improper)

22  URL that the IA redirected to, as displayed by both Internet Explorer and Chrome browsers,

23  bottom row, right.  (The fraudulent URL element is **underlined and bold**).   [Screenshots of

24  these **21** fraudulent IA calendar crawl URLs are attached, sequentially,  as **Exhibit Q5**. The

25  Court will observe they differ from the Chrome URLs displayed in many previous exhibits.]

26  528.  NOTE: From about Jan 16 to 26, 2020, Plaintiff's Chrome browser sent accurate

27  URL readings, then resumed displaying false URL readings around Jan 26, 2020. The

28  following 21 URL display readings were recorded between Jan 16 and 26, 2020.

COMPLAINT

| | |
|---|---|
| **1. L.A. Times** | |
| (Director Cameron To Shoot Again) Jan 8, 2007 | |
| Article's web address and address Plaintiff entered into the IA (Wayback Machine): ➡ | www.latimes.com/entertainment/la-et-cameron8jan08-story.html |
| The IA's fraudulent calendar timeline URL displayed in Plaintiff's Explorer and Chrome browser: ➡ | https://web.archive.org/web/**2019\***/www.latimes.com/entertainment/la-et-cameron8jan08-story.html |

| | |
|---|---|
| **2. Hollywood Reporter** | |
| (Cameron Sails Avatar) Jan 9. 2007 | |
| Article's web address and address Plaintiff entered into the IA (Wayback Machine): ➡ | www.hollywoodreporter.com/news/cameron-sails-avatar-127545 |
| The IA's fraudulent calendar timeline URL displayed in Plaintiff's Explorer and Chrome browser: ➡ | https://web.archive.org/web/**2016\***/www.hollywoodreporter.com/news/cameron-sails-avatar-127545 |

| | |
|---|---|
| **3. TIME** | |
| (Q&A With James Cameron) Jan 11, 2007 | |
| Article's web address and address Plaintiff entered into the IA (Wayback Machine): ➡ | content.time.com/time/arts/article/0,8599,1576622,00.html |
| The IA's fraudulent calendar timeline URL displayed in Plaintiff's Explorer and Chrome browser: ➡ | https://web.archive.org/web/**2019\***/content.time.com/time/arts/article/0,8599,1576622,00.html |

| | |
|---|---|
| **4. Entertainment Weekly** | |
| (James Cameron Talks "Avatar") Jan 15, 2007 | |
| Article's web address and address Plaintiff entered into the IA (Wayback Machine): ➡ | https://ew.com/article/2007/01/15/james-cameron-talks-avatar/ |
| The IA's fraudulent calendar timeline URL displayed in Plaintiff's Explorer and Chrome browser: ➡ | https://web.archive.org/web/**2019\***/ew.com/article/2007/01/15/james-cameron-talks-avatar/ |

COMPLAINT

### 5. JackChaos.com (website)

| | |
|---|---|
| Article's web address and address Plaintiff entered into the IA (Wayback Machine): ➡ | www.jackchaos.com |
| The Internet Archive calendar timeline URL fraudulently displayed in Plaintiff's Google Chrome Browser ➡ | https://web.archive.org/web/2000030206343 3/http://www.jackchaos.com/ |
| The actual Internet Archive fraudulent calendar timeline URL (address) revealed in Plaintiff's Internet Explorer browser (this is a fraudulent page): ➡ | https://web.archive.org/web/**2016\***/www.jac kchaos.com |

**529.**   The Court will observe that, for this website,  Chrome and Explorer displayed different calendar URLs and went to different websites.

### 6. WWW.UNI-KIEL.DE (web page)

| | |
|---|---|
| Article's web address and address Plaintiff entered into the IA (Wayback Machine): ➡ | www.uni-kiel.de/medien/cameronlitdreh.html |
| The IA's fraudulent calendar timeline URL displayed in Plaintiff's Explorer and Chrome browser: ➡ | https://web.archive.org/web/**2019\***/www.uni-kiel.de/medien/cameronlitdreh.html |

### 7. Ain't It Cool News

### (A Question For James Cameron About AVA... Errrrrr, PROJECT 880!!)

### Feb 3, 2006

| | |
|---|---|
| Article's web address and address Plaintiff entered into the IA (Wayback Machine): ➡ | www.aintitcool.com/display.cgi?id=22373 |
| The IA's fraudulent calendar timeline URL displayed in Plaintiff's Explorer and Chrome browser: ➡ | https://web.archive.org/web/**2018\***/www.aint itcool.com/display.cgi?id=22373 |

### 8. Ain't It Cool New (Avatar Peek) Oct 13, 1997

| | |
|---|---|
| Article's web address and address Plaintiff entered into the IA (Wayback Machine): ➡ | www.aintitcool.com/display.cgi?id=142 |

COMPLAINT

| | |
|---|---|
| The IA's fraudulent calendar timeline URL displayed in Plaintiff's Explorer and Chrome browser: ➡ | https://web.archive.org/web/**2017\***/www.aintitcool.com/display.cgi?id=142 |

### 9. Ain't It Cool News

(ABking visits AVATAR... and tells all! ) Feb 6, 2000

| | |
|---|---|
| Article's web address and address Plaintiff entered into the IA (Wayback Machine): ➡ | www.aintitcool.com/display.cgi?id=5169 |
| The IA's fraudulent calendar timeline URL displayed in Plaintiff's Explorer and Chrome browser: ➡ | https://web.archive.org/web/**2017\***/www.aintitcool.com/display.cgi?id=5169 |

### 10. Ain't It Cool News

(Cameron has a top secret project... PROJECT 880...) June 14, 2005

| | |
|---|---|
| Article's web address and address Plaintiff entered into the IA (Wayback Machine): ➡ | www.aintitcool.com/display.cgi?id=20449 |
| The IA's fraudulent calendar timeline URL displayed in Plaintiff's Explorer and Chrome browser: ➡ | https://web.archive.org/web/**2017\***/www.aintitcool.com/display.cgi?id=20449 |

### 11. The Guardian

(Cameron's Next Not Alita?) June 14, 2005

| | |
|---|---|
| Article's web address and address Plaintiff entered into the IA (Wayback Machine): ➡ | www.theguardian.com/film/2005/jun/14/news |
| The IA's fraudulent calendar timeline URL displayed in Plaintiff's Explorer and Chrome browser: ➡ | https://web.archive.org/web/**2014\***/www.theguardian.com/film/2005/jun/14/news |

### 12. Joblo.com

(Cameron's Next Not Alita?) June 14, 2005

| | |
|---|---|
| Article's web address and address Plaintiff entered into the IA (Wayback Machine): ➡ | www.joblo.com/index.php?id=7757 |

COMPLAINT

| | |
|---|---|
| The IA's fraudulent calendar timeline URL displayed in Plaintiff's Explorer and Chrome browser: ➡ | https://web.archive.org/web/**2006\***/www.joblo.com/index.php?id=7757 |

### 13.  Hollywood Reporter

(Cameron Turns To A New Project) June 14, 2005

| | |
|---|---|
| Article's web address and address Plaintiff entered into the IA (Wayback Machine): ➡ | www.hollywoodreporter.com/hr/search/article_display.jsp?vnu_content_id=1000956665 |
| The IA's fraudulent calendar timeline URL displayed in Plaintiff's Explorer and Chrome browser: ➡ | http://web.archive.org/web/**2019\***/www.hollywoodreporter.com/hr/search/article_display.jsp?vnu_content_id=1000956665 |

### 14.  Ain't It Cool News

(James Cameron stresses BATTLE ANGEL ALITA is his next'!'!')  Aug 9, 2005

| | |
|---|---|
| Article's web address and address Plaintiff entered into the IA (Wayback Machine): ➡ | www.aintitcool.com/display.cgi?id=20955 |
| The IA's fraudulent calendar timeline URL displayed in Plaintiff's Explorer and Chrome browser: ➡ | https://web.archive.org/web/**2017\***/www.aintitcool.com/display.cgi?id=20955 |

### 15.  Joblo.com

(Cameron's Project 880 Is…) Jan, 17, 2006

| | |
|---|---|
| Article's web address and address Plaintiff entered into the IA (Wayback Machine): ➡ | www.joblo.com/index.php?id=9991 |
| The IA's fraudulent calendar timeline URL displayed in Plaintiff's Explorer and Chrome browser: ➡ | https://web.archive.org/web/**2018\***/www.joblo.com/index.php?id=9991 |

### 16.  IGN.com

(James Cameron's Project 880 Revealed!! SCRIPT SPOILERS AHEAD!!!) Feb, 3 2006

| | |
|---|---|
| Article's web address and address Plaintiff entered into the IA (Wayback Machine): ➡ | www.ign.com/boards/threads/james-camerons-project-880-revealed-script-spoilers-ahead.109170319/ |

COMPLAINT

| The IA's fraudulent calendar timeline URL displayed in Plaintiff's Explorer and Chrome browser:  ➡ | https://web.archive.org/web/**2015\***/www.ign.com/boards/threads/james-camerons-project-880-revealed-script-spoilers-ahead.109170319/ |
|---|---|

### 17. Endgadget

(James Cameron's Project 880 MMORPG to precede the movie) Feb 3, 2006

| Article's web address and address Plaintiff entered into the IA (Wayback Machine):  ➡ | www.engadget.com/2006/02/03/james-camerons-project-880-mmorpg-to-precede-the-movie/ |
|---|---|
| Internet Archive page crawl address:  ➡ | https://web.archive.org/web/*/www.engadget.com/2006/02/03/james-camerons-project-880-mmorpg-to-precede-the-movie/ |

**530.** The IA showed a "*Hrm*" message for this page, indicating it had <u>never</u> been crawled.

### 18. Bloomberg BusinessWeek

(James Cameron's Game Theory) Feb 12, 2006

| Article's web address and address Plaintiff entered into the IA (Wayback Machine):  ➡ | www.bloomberg.com/news/articles/2006-02-12/james-camerons-game-theory |
|---|---|
| The IA's fraudulent calendar timeline URL displayed in Plaintiff's Explorer and Chrome browser:  ➡ | https://web.archive.org/web/*/https://www.bloomberg.com/news/articles/2006-02-12/james-camerons-game-theory |

**531.** The IA showed a "*Hrm*" message for this page, indicating it had <u>never</u> been crawled.

### 19. IGN.com

(Cameron's Mysterious Project 880) Jan 20, 2006

| Article's web address and address Plaintiff entered into the IA (Wayback Machine):  ➡ | www.ign.com/articles/2006/01/20/camerons-mysterious-project-880 |
|---|---|
| Internet Archive page crawl address  ➡ | https://web.archive.org/web/*/https://www.ign.com/articles/2006/01/20/camerons-mysterious-project-880 |

**532.** The IA showed a "*Hrm*" message for this page, indicating it had <u>never</u> been crawled.

COMPLAINT

**20.  MTV.com** (June 29, 2006)

(Titanic' Mastermind James Cameron's Kingsize Comeback: Two Sci-fi Trilogies)

| | |
|---|---|
| Article's web address and address Plaintiff entered into the IA (Wayback Machine): ➡ | www.mtv.com/news/1535402/titanic-master mind-james-camerons-king-size-comeback-t wo-sci-fi-trilogies/ |
| The IA's fraudulent calendar timeline URL displayed in Plaintiff's Explorer and Chrome browser: ➡ | https://web.archive.org/web/**2019\***/http://ww w.mtv.com/news/1535402/titanic-mastermin d-james-camerons-king-size-comeback-two-sci-fi-trilogies/ |

**21.  Ain't It Cool News**

(Harry talks to James Cameron, Cracks PROJECT 880… !!!)  Feb 28, 2006

| | |
|---|---|
| Article's web address and address Plaintiff entered into the IA (Wayback Machine): ➡ | www.aintitcool.com/display.cgi?id=22599 |
| The IA's fraudulent calendar timeline URL displayed in Plaintiff's Explorer and Chrome browser: ➡ | https://web.archive.org/web/**2019\***/www.aint itcool.com/display.cgi?id=22599 |

• 533.  Plaintiff clicked on a page link displayed on the calendar crawl of the IA URL (at the address above), but this article had been removed.  The article's crawl showed an AICN web page frame, but the article was **missing**.  (See insert below.)





COMPLAINT

**LATE JANUARY, 2020, DEFS BLOCK PLAINTIFF'S BROWSER**

534.  Around January 26, 2020, about 12 days after recording the previously mentioned videos of Plaintiff's *Explorer* browser redirecting and displaying the correct IA URLs while Google Chrome displayed fraudulent IA URLs, Plaintiff discovered that he could no longer use Explorer to access any of the central websites cited in Sections 5 to 7.  Plaintiff received a **"Hmmm… Can't reach this page"** messages when he tried to access these pages on Explorer.  Therefore, to obtain accurate URLs and IA crawls of these pages, Plaintiff had to email or text each of the following **21** web pages to Dr. Morgan Marchbanks, and asked her to look at the web addresses on her Explorer browser and photocopy the results back to the Plaintiff.  On each of these occasions, Plaintiff then drove to Dr Marchbanks' home to examine the URLs on her Explorer and Chrome browsers with her.  Plaintiff is certain the Defs were responsible for this, because the blocking of his Explorer browser only occurred when Plaintiff tried to access the Defs' suspicious web pages (previously identified, herein).

535.  Plaintiff has provided a few representative samples of the approximately 35 blocked page messages he received between Jan 26 and 31, 2020.  (Some of the blocked messages occured on irrelevant pages, such as moviebytes.com and absolutewrite.com.)



COMPLAINT

| | |
|---|---|
| 1 | **DEFS' WIDENING BUSINESS AND INTERNET FRAUD,** |
| 2 | **AND MISAPPROPRIATION BY PUBLICATION OF FALSE FACTS** |
| 3 | 536.  As illustrated and explained on page 108, herein, the fact that the AICN article |
| 4 | #22599 was suddenly missing from the Internet Archive was troubling to the Plaintiff, |
| 5 | because he recalled seeing that particular article cited on either the *James Cameron* or the |
| 6 | *Avatar (2009 film)* Wikipedia entry.  Hence, Plaintiff went back to re-examine the IA crawls |
| 7 | of these pages, which he had downloaded to his laptop months earlier.   During this |
| 8 | re-examination Plaintiff found new evidence of substantial Fraud. |
| 9 | **2007 *James Cameron* Wikipedia Entry Makes Impossible Avatar Citations,** |
| 10 | **Which Prove The IA Has Falsified And Backdated This Wikipedia Entry** |
| 11 | 537.  Plaintiff found a very significantly fraudulent citation while re-examining the IA's |
| 12 | August 2007 page crawl of the *James Cameron* Wikipedia article, attached as **Exhibit R5**. |
| 13 | This citation was not an anomaly, Plaintiff found this citation on all *James Cameron* |
| 14 | Wikipedia pages that he searched on the IA, up to 2012 (where Plaintiff stopped searching). |
| 15 | Near the bottom of the August 2007 Wikipedia entry, citation #12 reads: |
| 16 | "12.  ^ Harry Knowles (January 9, 2007). "Harry interviews James Cameron |
| 17 | regarding AVATAR — No, Not that one, The One You're Dying To See! – Part 1!" (https://web.archive.org/web/20120711232417/http://www.aintitcool.com/node/31 |
| 18 | 191) . Ain't It Cool News. http://www.aintitcool.com/node/31191. **Retrieved** |
| 19 | **January 10, 2007**." |
| 20 | 538.  The reference cited the same source, the AICN Node, in two different ways: |
| 21 | 1.  "https://web.archive.org/web/20120711232417/http://www.aintitcool.com/node |
| 22 | /31191 ." |
| 23 | 2.  "Ain't It Cool News. http://www.aintitcool.com/node/31191. **Retrieved** **January 10, 2007**." |
| 24 | 539.  Plaintiff immediately noticed that **there were TWO inconceivably false and** |
| 25 | **impossible aspects about these citations, revealing that this IA crawl is fraudulent**: |
| 26 | 1.  **The citation concludes by stating it was retrieved from the Node on January 10,** |
| 27 | **2007.  But the Node did not exist until November 2007** (see Ex W2). |
| 28 | 2.  **The entry itself is dated August 2007, three months before the Node existed.** |

COMPLAINT

1  540.  This is significant because, as shown in **Ex W2**, the AICN node was created in

2  November 2007, hence, this citation is impossible (because the article **and the IA page**

3  **crawls** were made before the node even existed).  **These facts can only indicate that this**

4  **Internet Archive crawl of Wikipedia's *James Cameron* entry page is fraudulent**.  [For

5  further proof that the Node did not exist until November 2007, the Plaintiff ran the AICN

6  Node URL through the Carbon Dating The Web app.  The Carbon Dating The Web app

7  dated the creation of the node to November 10, 2007.  The Carbon Dating The Web app's

8  dating of the AICN Node is attached as **Exhibit S5**.]

9  <center>**Again, Plaintiff's Google Chrome Browser Displays False URL;**</center>

10 <center>**Again, Internet Explorer Displays The True URL**</center>

11  541.  To access the AICN article cited in the James Cameron Wikipedia article (titled

12 "*Harry interviews James Cameron regarding AVATAR — No, Not that one, The One You're*

13 *Dying To See! – Part 1*"), Plaintiff entered the calendar view for this AICN article into his

14 Google Chrome browser:  https://web.archive.org/web/*/www.aintitcool.com/node/31191.

15 To find the calendar view URL for this article, Plaintiff removed the crawl number from the

16 Wikipedia citation's URL, and replaced it with an asterisk, then pushed "search".  Chrome

17 displayed the proper and valid URL, but Plaintiff suspected that, again, Chrome was

18 displaying a false URL.  When Plaintiff checked the URL on Dr. Marchbanks' Explorer

19 browser it revealed that the URL was redirecting to a fraudulent address (with the year and

20 asterisk): https://web.archive.org/web/**2019***/www.aintitcool.com/node/31191.

21  542.  This is a fraudulent URL.  This is a fraudulent IA crawl.

22  543.  This Fraudulent IA calendar crawl is attached as **Exhibit T5**.  The text of this AICN

23 article is attached as **Exhibit U5**.  Only the text is attached in EX U5 because the website

24 used unusually large text, making it 16 pages long.

25  544.  This AICN article, dated January 9, 2007, confirms that  in mid 2006 20CFOX began

26 working on Project 880/Avatar (business entity statements and copyright registrations also

27 confirm this).  Hence, this article proves that in the Jan 21, 2010 BusinessWeek article (**Ex**

28 **Y4**) the Defs lied about "passing" on Avatar/Project 880 in mid 2006.

<center>COMPLAINT</center>

**THE COMINGSOON.NET ARTICLE SHOWS NC/20CFOX CONSPIRED WITH NBCU AND LIONSGATE TO STEAL PLAINTIFF'S <u>OTHER</u> WORKS**

545.   As explained on page 110, herein, because AICN article #22599 was suddenly missing from the IA (see page 108), Plaintiff resolved to re-examine the  Wikipedia *Avatar (2009 film)* entries.   The IA's earliest crawl of the Wikipedia *Avatar (2009 film)* entry was made **June 9, 2009**, and is currently attached as **Ex I2**.  On this Wikipedia entry, Plaintiff found reference citation #24, which mentions the missing Feb 28, 2006 AICN article #22599 (although the Defs may cause this article to reappear by the time the Court receives this Complaint).  But more interestingly, Plaintiff found reference citation #5, which reads:

> "5. ^ a b c 20th Century Fox (2007-01-09). "Cameron's Avatar Starts Filming in April". ComingSoon.net. <u>http://www.comingsoon.net/news/avatarnews.php?id=18318</u>. Retrieved on 2007-01-13."

546.  To assess the citation's validity, Plaintiff went to the IA's calendar view of the article: https://web.archive.org/web/*/www.comingsoon.net/news/avatarnews.php?id=18318. Again, Google Chrome displayed the URL as the Plaintiff entered it.  But, again, the Defs blocked Plaintiff's Explorer browser from accessing the page.  And again, Dr. Marchbanks' Explorer browser revealed that the URL was actually redirecting to a fraudulent address (with a 4-digit year and asterisk, where only an asterisk should be).  The actual URL read: https://web.archive.org/web/**2019\***/www.comingsoon.net/news/avatarnews.php?id=18318. <u>Hence, this article and crawl are fraudulent.</u>  The IA calendar crawl of said ComingSoon.net article is attached as **Exhibit V5**.  A PDF of the article is attached as **Exhibit W5**.

549.   The article expands the scope of the Defs' fraud, AND proves that the Defs collaborated with Universal Pictures (**NBCU**) and Lionsgate to unlawfully access Plaintiff's computer, in late 2007 or early 2008, to infringe his script, *The Amazing Mr Excellent*.

**How The Fraudulent ComingSoon.Net Article Indicates The Defs Conspired With NBCU To Access, Misappropriate & Infringe Plaintiff's Other Screenplay(s)**

550.   Midway down on the right side of Ex W5 the Court will see that there are two references to the 2010 film "**Kick-Ass**".  These two reference read: 1. "**More Kick-Ass**

COMPLAINT

1   **Updates"**, and 2. **"Nicolas Cage Boards Vaughn's Kick-Ass"**. (See enlargement below.)



8    551.  Plaintiff makes no claims against the Defs re Kick-Ass, herein; but will take separate

9 action against the Defs and their associates, NBCU and Lionsgate, re Kick-Ass, later.

10 Plaintiff has entered exhibits **V5 and W5** into the court record to prevent their destruction.

11    552.  <u>This ComingSoon.net article **is the earliest published mention of Kick-Ass**</u> —and

12 this article and IA crawl of it are fraudulent.  This fraudulent IA crawl was NBCU's and

13 Lionsgate's effort to use 20CFOX's connection to the IA to falsify and backdate *Kick-Ass*.

14    553.  Kick-Ass' earliest script copyright is from May 2009—about 5 months AFTER

15 filming began, 10 months before the film was released (and 17 months **after** Plaintiff began

16 production of his film *The Amazing Mr Excellent*).  **The Kick-Ass comic book was written**

17 **<u>AFTER</u> production of the movie began, and would not be copyrighted until Nov 2009.**

18       "The rights to a film version of the first volume of the comic book series were
       sold before the first issue was published." **—*Kick-Ass (film)* Wikipedia entry**
19

20    555.  One wonders how a comic that has NOT BEEN WRITTEN gets a major film deal?

21    556.  It does not.  The reason that NBCU and Lionsgate made Kick-Ass (with 20CFOX's

22 help) without a script or a comic was because they knew Plaintiff's ideas were bankable

23 (20CFOX sunk $230M into Avatar, and $45M into Taken).  As Plaintiff composed this, the

24 earliest citation on the "***Kick-Ass***" Wikipedia entry (Cit # 6. Lawrence, Edwin, **Oct 10,**

25 **2008**, on the website www.ayrshirepost.net) suddenly disappeared from the IA.  Now the IA

26 claims it has never crawled the cited article (see ayrshirepost.net IA search result attached as

27 **Exhibit X5**).  The current Wikipedia *Kick Ass (film)* entry is attached as **Exhibit Y5**.

28    557.  Plaintiff only states these facts, here, because this fake page fraudulently cites Avatar.


COMPLAINT

**JAN 27, 2020, THE DEFS PUBLISH FRAUDULENT CALENDAR CRAWLS**

**AND ACTUALLY MIX UP THEIR CENTRAL IA URL CALENDAR CRAWLS**

558.   January 27, 2020, Plaintiff discovered his Internet Explorer browser was blocked from seeing the IA crawls of two of the Defs' three central websites that were cited on the main AICN/Harry Knowles articles that was allegedly released Feb 3, 2006, and the third IA crawl revealed a different URL from the fraudulent URL revealed several months earlier (see page 43).  The web addresses cited in the Feb 3, 2006 AICN main article are:

1.   AvatarMovie.com: **http://www.avatarmovie.com**

2.   VisitPandora.com: **http://www.visitpandora.com**

3.   ExplorePandora.com: **http://www.explorepandora.com**

559.   Thus, Plaintiff forwarded the web addresses to Dr. Morgan Marchbanks, who texted back screenshots indicating that both IA web addresses (www.**visitpandora.com** and www.**explorepandora.com)** were bizarrely redirecting to **the same** MTV.com web page (the MTV.com article is cited on page 49).  The screenshot of this misdirected MTV.com Internet Archive page crawl, sent from Dr. Marchbanks' iPhone, is inserted below.



COMPLAINT

114

1     560.   Since the URLs were not displayed in Dr. Marchbanks iPhone screenshots, Plaintiff

2  drove to Dr Marchbanks' home to see the screenshots on her Internet Explorer browser.

3     561.   Dr. Marchbanks' Explorer browser showed that the IA redirected searches for

4  VisitPandora.com to web.archive.org/web/**2019\***/www.visitpandora.com, and redirecting

5  searches for ExplorePandora.com to web.archive.org/web/**2009\***/www.explorepandora.com.

6     562.   **Both of these IA calendar crawls are fraudulent**, because, as explained earlier, an

7  initial calendar crawl should **not** have a 4 digit year appended to the asterisk (2009*); there

8  should only be an asterisk in the slashes before the root web address.  These Fraudulent

9  Calendar Crawls are attached as **Exhibit Z5**.

10        **THE DEFENDANTS RE-PUBLISH THE AICN NODE, JANUARY 2020**

11    563.   Oct 23, 2019, when Plaintiff searched the IA for the Node, the IA suddenly indicated

12 that the entire Node was gone, but provided a stunningly fraudulent URL.  See "missing

13 node" IA page, attached as **Exhibit A6**.  The "aintitcool.com/node" prefix is fraudulent.

14    564.   Then, remarkably, Jan 2020, Plaintiff discovered that the Defs republished the entire

15 original Node.  The Defs re-published the Node to make the impossible crawls, described in

16 Section Five Part II, appear possible.  So, as Plaintiff composed this passage, Jan 2020, there

17 is/was both an AICN Legacy Node and the original Node.  Absurd.  Before Jan 2020,

18 documents once located on the original Node were only available on the IA or on the

19 *Legacy node*.

20    565.   It is possible the Defs will remove this node, again, before this Complaint is filed.

21        **VIDEO EXHIBIT 4, AND ONGOING INTERNET ARCHIVE FRAUD**

22    566.   As Plaintiff composed Section Five, Part II, concerning the Ain't It Cool News

23 articles "Avatar Peek!!!" and "ABKing Visit Avatar… And Tells All," he encountered

24 ever-changing IA crawls of these pages.  Plaintiff documented some of these changes, but

25 documenting all of these incidents would have added countless pages to this Complaint.

26 However, as stated on page 29, line 24, on one occasion the IA's "redirection" to a node

27 page was so strange that Plaintiff video taped the occurrence.  See **Video Exhibit 4**

28 (https://www.youtube.com/watch?v=lKxuSUXEsQc&t=23s).

<center>COMPLAINT</center>

1   **SUMMATION & CLOSING POINTS**

2   **"SUBSTANTIAL SIMILARITY" & "COPYRIGHTABILITY"**

3   567.   The Court must determine Substantial Similarity and Copyrightability.  Substantial

4   Similarity requires that contested works have a substantially similar feel.



10   568.   In 1977 (*Sid & Marty Krofft Television Productions Inc v. McDonald's Corp*) Mayor

11   McCheese (left) was found to be substantially similar to H.R. Pufnstuf (right).  Although

12   they had little in common but wide mouths and oversized heads, they had a similar *feel*.

13   **WHAT IS A COPYRIGHTABLE EXPRESSION?**

14   569.   A copyrightable expression requires combining two minimally creative ideas.  These

15   ideas do not need to be original, just combined in a unique new way.



22   570.   EXAMPLE #1.   A green frog is **not** copyrightable.   The name Kermit is **not**

23   copyrightable.  But a green frog named Kermit is copyrightable: Kermit the Frog.

24   571.   EXAMPLE #2.   A gold robot is **not** copyrightable.   A British accent is **not**

25   copyrightable.  But a gold robot with a British accent is copyrightable: C3PO.

26   **A HIGHLY CREATIVE WORK**

27   572.   As an exceptionally highly creative work, the Plaintiff screenplay garners the highest

28   level of protection, tolerating very little or no similarity.


COMPLAINT

| | |
|---|---|
| 1 | **LATERAL ISSUES** |
| 2 | <u>FUTURE INFRINGEMENT ACTIONS</u> |
| 3 | 573.   There are many infringers of Plaintiff's work, but much of this infringement does |
| 4 | not rise to an actionable level.  Plaintiff is currently aware of seven (7) *other* motion pictures |
| 5 | and one (1) video game that rise to an actionable level of infringement of his screenplay, |
| 6 | *Butterfly Driver* (*Uberopolis: City of Light*).   These films are: **(1)** *Hunger Games*, 2008 |
| 7 | book series; 2012 film series (<u>Lionsgate</u>); **(2)** *WALL-E*, 2008 film (<u>Disney</u>); **(3)** *District 9*, |
| 8 | 2009 film (<u>Sony</u>); **(4)** *Source Code*, 2011 film (<u>Lionsgate</u>); **(5) Oblivion**, 2013 film |
| 9 | (<u>NBCUniversal</u>); **(6)** *Tenet*, 2020 film (<u>Warner Bros</u>); **(7)** *The Last of Us* , 2013 video game |
| 10 | (<u>Sony</u>, <u>Naughty Dog</u>);  **(8)** *Repo Men*, 2010 film (<u>NBCUniversal</u>). [NBCU hired writers to |
| 11 | infringe Plaintiff's concepts for lower-budget films such as *the Purge* and *Get Out*.  Proof |
| 12 | that NBCU and Jason Blum (BlumHouse) hired these writers is seen on the copyright |
| 13 | registrations (V3629D215; PA0002030906), as **only** the film companies are named on the |
| 14 | registrations, or it states that the claimant is the film studio and the script <u>is a work for hire</u>. |
| 15 | Plaintiff's complex socio-political concepts (e.g., amplified modern politics in genres other |
| 16 | than comedy and drama), <u>are not found in these writers' prior works</u>.] |
| 17 | 574.   A few details of a few of these films' infringement are presented under the |
| 18 | following headings.  The methods used to backdate these works will seem familiar. |
| 19 | <u>WALL-E</u> |
| 20 | 575.   WALL-E infringes on the following aspects of Plaintiff's *Butterfly Driver*: |
| 21 | (1) the giant advanced space station where hundreds of thousands of citizens live in luxury; |
| 22 | (2) **the tiny lone surviving plant that represents hope for the world** (see **Ex X6** page 54); |
| 23 | (3) the environmentalism theme (mankind's pollution is destroying Earth). |
| 24 | 576.   Like Avatar's false scriptment story, In WALL-E's 2019 Wikipedia page, *writer* |
| 25 | Andrew Stanton claimed he conceived WALL-E in **1994**, although the first copyright |
| 26 | registration was not filed until 11/26/2007—22 months after ZGM accessed Plaintiff's work. |
| 27 | Worse, somewhere around 2002 Disney circulated a story that Stanton, John Lasseter, Pete |
| 28 | Docter and Joe Ranft conceived of *Finding Nemo*, *Monster's Inc*, and *A Bug's Life* over |

COMPLAINT

lunch in 1994.  In 2007 and 2008, Stanton just claimed that he conceived of *WALL-E* before *Toy Story* was made.  Realizing that was not sufficient, in 2009, in a transparent effort to backdate conception, Disney and Stanton added *WALL-E* to the 1994 lunch story:

> "Andrew Stanton conceived WALL-E during a 1994 lunch with John Lasseter, Pete Docter and Joe Ranft. Toy Story was nearing completion and the writers conceived ideas for their next projects – A Bug's Life, Monsters, Inc. and Finding Nemo – at this lunch."          —**Wikipedia: WALL-E (Feb 2009)**

577.   The 2019 *A Bug's Life* Wikipedia entry actually adds *Toy Story 2* to the absurd lunch story, invented to fraudulently backdate conception and claim ownership of many writers' works.  It is astonishing to think a US court would tolerate this nonsense for a moment.

### Source Code

578.    Source Code, 2011, infringes on Plaintiff's *mind/soul scanner*, *replicator* and *accelerator* (the soul machine).  NBCU's effort to create a false backstory to protect its infringement, is seen on *writer* Ben Ripley's Wikipedia brief page, which **ignores** Ripley's **five** other films, influences, family, etc, to **exclusively explain how he wrote and sold** *Source Code* to Universal as a spec script.  [Ripley's Wikipedia page is attached as **Exhibit B6**.  This document is only entered into the record here to prevent its destruction.]

### Hunger Games

579.   The Hunger Games infringes Plaintiff's hero who will go to impossible lengths for a family member (sister), infringes Plaintiff's amplification of a panoply of modern social and political issues onto a sci-fi setting, televised battle, districts vs zones, and much more. Lions Gate Entertainment  (*Lionsgate*) purchased the film rights, Feb or Mar 2009, just 2 or 3 months after the **book's** copyright was registered (Dec 22, 2008).   Although the book had only sold about 200,000 copies at that point, to justify risking $80-Million, Lionsgate got Amazon.com to inflate *The Hunger Games*' sales reports—using Stephen King's early praise of the book as the alleged Amazon sales driver (King would later renounce the book). Lionsgate would later agree to put its film library on Amazon.  Not surprisingly, Wikipedia *Hunger Games* entry is replete with false citations, *retrieved* much later, which the IA did not crawl until many years later.

COMPLAINT

**PRIOR UNRELATED COPYRIGHT LITIGATION**

581.  Oct 2013, Plaintiff sued Neill Blomkamp, Sony Picture, MRC, et al, for infringing *Butterfly Driver*: <u>*Briggs v Blomkamp*</u> (**BvB**).  In that case, <u>Plaintiff did not know that **ZGM** were the actual **accessors**</u>.  Rather, Plaintiff assumed the defs accessed his work in 2007 on TriggerStreet.com.  The District, not satisfied with this access theory, dismissed on summary judgement, Oct 2014.  But the District made a few significant mistakes in that ruling:

   1.  The District favored the defs' citation of **reversed** access law (Art Attacks Ink), over Plaintiff's citation of the prevailing and pervasive law (L.A. Printex v Aeropostale).

   2.  The District failed to exclude the testimony of the defs' expert witness, Jeff Rovin (when duly notified of the rampant fraud and falsification contained his report).

582.  Nov 2014, six days after the Plaintiff appealed to the 9th Circuit, unbeknownst to the Plaintiff, Kevin Spacey, closed TriggerStreet.com, destroying imperative access records.

583.  October 24, 2016, two years after BvB went to appeals, the defs' uneducated expert witness, Jeff Rovin, admitted on *FOX News* that he was a professional "**fixer**" for President Bill Clinton (during Cinton's Presidency), employed to write false **smear** stories about Clinton critics.  <u>Plaintiff could not present these facts, as they were revealed after appeal.</u>

Briggs v Spacey (AKA Briggs v Universal)

584.  To address the BvB defs' destruction of evidence and use of a *fixer*, Plaintiff filed ***Briggs v Universal, 2017***.  Plaintiff was not able to serve def **Kevin Spacey (who went into hiding** the day the complaint was filed, 11/13/17), so the case was dismissed, and Plaintiff made to refile and re-serve all parties.  Re-filed as ***Briggs v Spacey*** (**BvS**), 2018, the defs hired 7 attorneys (and later added 3 more [**10**] to file 4 simultaneous motions to dismiss) against a self-repped plaintiff.  The District dismissed BvS Saturday, December 22, 2018, without citing any of **20** defense arguments.  December 24, 2018, **Kevin Spacey emerged from hiding**.  [Note: the fact that the 9th affirmed BvS (**unpublished**), 2 years early, just before this Complaint was filed, without addressing the Appellate Brief's arguments is unsettling.  As the BvS filings document serious business, civil and criminal infractions (including process server intimidation) Plaintiff believes the defs will harm the public again.]

COMPLAINT

119

**NEW FACTS & EVIDENCE WARRANT RULE 60 MOTION TO REMAND**

**New *Access* Facts Re *Briggs v Blomkamp* Warrant Rule 60 Motion;**

585.  As Plaintiff researched this matter, he unearthed new facts and evidence related to his prior suit *Briggs v Blomkamp* (**BvB**).  Plaintiff submits these facts, hopeful that the Court will contemplate a Rule 60 motion to remand BvB.

586.  In BvB, 2013, Plaintiff theorized the defendants accessed his work in 2007, while his script was posted on TriggerStreet.com. The District was not satisfied with this access theory.  However, the new facts, presented herein, show Blomkamp accessed the Plaintiff's work about **1.5 years earlier**, via Zero Gravity Management (see Section Three, p 24).

587.  New evidence shows that beginning in 2006, Blomakamp created fraudulent websites and news articles, **and used the IA to produce fake webpages and crawls** for his 2006 short film *Alive in Joberg* (**AIJ**), which infringed Plaintiff's work, and led to the production of District 9 (based on AIJ) and Elysium.  Both infringe Plaintiff's work.

588.  As Wikipedia indicates, Neill Blomkamp's 5-minute short, AIJ, was first publicly displayed on **Sept 6, 2006** (7.5 months after ZGM accessed the Plaintiff's work). [Wikipedia's AIJ entry is attached as **Exhibit C6**.]  Three year later, 2009, AIJ was turned into the feature *District 9*.  To fraudulently backdate AIJ to before Plaintiff created his work, Blomkamp, Sony Pictures and the IA made the following fraudulent web pages:

1. **Sony Pictures, Neill Blomkamp and the IA created a fraudulent and backdated web page at: https://archive.org/details/ALIVE_IN_JOBURG.**

- This IA subfolder page does not have a crawl number, or website address.  A PDF of this falsified *Alive In Joberg* IA website is attached as **Exhibit D6**.  A screenshot of this fake *Alive In Joberg* IA website as **Exhibit E6**.  This fake site fraudulently claims the video was uploaded, Nov 23, 2005.

2. **Neill Blomkamp and Sony Pictures fraudulently and improperly included the falsified date of "2005" in *Alive In Joberg*'s IMDb title.**

- Thus; on IMDb, *Alive In Joberg* is titled "Alive In Joberg (**2005**)".  (See **Exhibit F6**.)

3. **Blomkamp and Sony Pictures created the fraudulent website "Snarky Spot"**

COMPLAINT

1   **(snarkyspot.blogspot.com/2005/11/) to backdate Alive In Joberg.**

2   - A copy of the Snarky Spot homepage is attached as **Exhibit G6**.  A valid IA crawl of

3   Snarky Spot, showing it was **not** created until Jan **2019**, is attached as **Exhibit H6**.

4   4. **Blomkamp and Sony created the fraudulent website/page "Ghost Of A Flea"**

5   **(www.ghostoflflea.com/archives/007397.html) to fraudulently backdate AIJ.**

6   - Plaintiff has attached a copy of the *Ghost of a Flea* web page as **Exhibit I6**.  The IA

7   had **excluded** this page from its system, with a page message reading: "Sorry. This

8   URL has been excluded from the Wayback Machine," attached as **Exhibit J6**.  The

9   IA excludes websites that are fraudulent or that disseminate unlawful material.

10   Plaintiff encountered this message when he found the JackChaos.com website on the

11   IA.  The IA did not exclude the Jack Chaos site, but it excluded the scriptment link.

12   5. **Blomkamp   and   Sony   Pictures   created   the   fraudulent   website**

13   **www.joshuadysart.com/wp/more-work-from-neill-blomkamp-the-man-responsib**

14   **le-for-alive-in-joburg-2/ .**

15   - A PDF of this site is attached as **Exhibit K6**.  The IA has one calendar crawl of this

16   page, from Oct **2013** (attached as **Exhibit L6**), 7 years **after** AIJ alleges it was

17   displayed in South Africa; thus, given the surrounding Fraud, this page is fake.  The

18   hidden "**2013***" element in this fake IA crawl's URL (see Ex L6) confirms this IA

19   crawl is fake, as explained in the Fraud & Unlawful Access Supplement.

20   6. Plaintiff  also  found  an  exceedingly  elaborate  and  creepy  fake  IA  crawl  at

21   web.archive.org/web/**2019***/www.coudal.com/archive.php?cat=cat_comics_animation

22   589.  Finally, as explained on page 119, herein, in BvB the Defs hired a man named Jeff

23   Rovin as an Expert Witness.  Two years after BvB moved to appeals, Rovin confessed on

24   FOX News that he was a *fixer* for President Bill Clinton.  Rovin explained that, as a fixer he

25   wrote false "smear" stories against Clinton detractors.  In 2014, Plaintiff moved the BvB

26   court to exclude Rovin's report due to rampant fraud.  Denied.  Because Rovin's admission

27   came 2 years after BvB went to appeals, Plaintiff could not present those facts.  (It should be

28   noted that in 2014, James Cameron used Rovin as an expert in *Moore v Lightstorm*.)

COMPLAINT

121

### A MATTER OF NATIONAL INTEREST

- **Plaintiff's Ideas Motivate International Industry**
- **Failure To Implement Copyright Law As Intended Imperils National Security**

590.   Our Founding Fathers' belief that intellectual property rights laws should <u>reward and inspire excellence</u>, led to our Constitution's *Copyright Clause*, modeled after Great Britain's *Statute of Anne*—enacted because wealthy publishers were stealing poor writers' stories.

591.   150 years later, as Hitler trammelled human and creative rights, Germany's greatest thinkers immigrated to the US, and helped create the technologies that would stop Hitler.

592.   A decade later, 1945, sci-fi writer Arthur C Clark theorized satellites could be used to bounce radio signals around the world.  12 years later, Russia put the first satellite in space.

593.   2005-2007, Plaintiff's screenplay (Butterfly Driver/Uberopolis) gave us a stunning glimpse of the future of **space tourism**, where wealthy citizens of Earth travel to a giant satellite city for the rich, to marvel at its wonder.  Just 3.5 months after ZGM accessed Plaintiff's script, Richard Branson formed his **space tourism** company: **Virgin Galactic**.

594.   This is not coincidental.  Just as ZGM's Michael Pierce and Mark Williams shared Plaintiffs ideas with every major film studio, they proffered Plaintiff ideas as their own to Titans of industry, such as Richard Branson, Amazon's Jeff Bezos and Google LLC.  Thus, 3 months after stealing Plaintiff's script, <u>**ZGM**</u>**, a company that was** <u>**dead**</u> **the day the Plaintiff contacted them**, were rubbing elbows with billionaire Richard Branson.  Michael Pierce confirms his ongoing relationship with Branson on his current *Linked In* page:

> I pivoted my entertainment investment strategy into P/E and Venture Capital in 2011 and cofounded WPSChallenger with three partners based in London. We made several acquisitions including; **the purchase of the Virgin Formula 1 racing team from** <u>**Richard Branson,**</u> the acquisitions of APO ski and…

595.   Further, Plaintiff's script showed how a comet could be captured for an abundant water source, and how the moon could be mined to make a fantastic tourist destination:

> Page 73 (Exhibit X6)
> **PUBLIC ADDRESS**: ... All six billion gallons of water in the Uberopolis Harbor were secured when Drex-Tech captured the RathmanTuttle comet …
> Page 78 (Exhibit X6)

COMPLAINT

| | |
|---|---|
| 1 | **PUBLIC ADDRESS**: ... 95 percent of the materials used to construct |
| 2 | Uberopolis were mined and produced at President Drexler's lunar refinery… |
| 3 | 596.  Seven years later, April 2013, *National Geographic* reported NASA's plan to capture |
| 4 | an asteroid and bring it into the moon's orbit for **investors to mine** (see **Exhibit M6**): |
| 5 | NASA wants to identify an asteroid in deep space, figure out a way to |
| 6 | capture the spinning and hard-to-grab orb, nudge it into our planetary region, and then set it into orbit around the moon, the agency announced Wednesday. |
| 7 | The capture would be performed robotically, and the relocated asteroid |
| 8 | would become a destination for astronauts to explore— and, possibly, for space entrepreneurs to mine. |
| 9 | |
| 10 | 597.  Plaintiff's script did more than inspire space tourism and space mining.  Plaintiff's |
| 11 | script described *GenLab* (AKA *The Soul Machine*): a system that scanned the souls and |
| 12 | brains of all people living in *The State*, and collected data from computers, cameras, phones, |
| 13 | markets, GPS systems, etc, to create a global crime **prediction** system.  Today, Amazon's |
| 14 | *Ring* doorbell cameras integrate with Amazon's *Rekognition* facial recognition software to |
| 15 | help US law enforcement fight crime.  [NOTE: Plaintiff's *GenLab/Soul Machine* was only |
| 16 | featured in versions of *Butterfly Driver* that were posted on TriggerStreet.com, Dec 2006 or |
| 17 | Jan 2007 to May 2007 (approx).  A "Soul Machine" version of Plaintiff's script **is not** |
| 18 | **attached to this Complaint** because these Defs did not infringe this element, **and**, as these |
| 19 | documents are public, Plaintiff does not wish to expose this concept to further theft.] |
| 20 | 598.   Plaintiff script showed how a corrupt President/villain controlled the media by using |
| 21 | flawless computer generated human replicas (gens).  These gens evolved into exact human |
| 22 | replicas with souls. Plaintiff has attached a glimpse of his soul machine in **Ex M5**, as Jerry |
| 23 | and Van Auck look at TV screen full of **computer generated characters** and discuss how |
| 24 | human souls and brains will soon be scanned and reproduced into an exact replica of Earth: |
| 25 | VAN: "These are just programmable cyber-gens.  Been around tinsel town for |
| 26 | almost three years.  Take someone's MRI scan, digitize it an you got an exact digital replica.  Next year they're gonna introduce neuro-gens that |
| 27 | look, think and act just like the people they're modelled after." |
| 28 | JERRY: "That possible?"<br>VAN: "Take a guy's neuro-scan and digitize it into his cyber-gen.  Technology |

COMPLAINT

1    finally caught up to the theory.

2    599.   One of the most odious examples of the Defs or their associates appropriating the

3    Plaintiff's concepts and proffering them as their own is **Mark Sagar**, who founded the

4    company *Soul Machines Limited* in 2016.  Mr Sagar, who was one of the primary animator

5    of Avatar, lives in New Zealand (where Avatar was filmed), and is a professor of Animation

6    at the University of Auckland.  Sagar's and *Soul Machines Limited* are working to produce

7    **computer generated characters** that will look and act just like humans.  (Not to be

8    outdone, January 2020, Google's AI team published the most detailed brain scan ever.)

9    600.  Plaintiff's work clearly inspired these enterprises, but that is perfectly fair; copyright

10   applies to creative and artistic works, not technological works or inventions.  But this shows

11   how creative thinkers can influence science and industry.  [Note: Private industry (Google,

12   Amazon) seems intent to create variations of Plaintiff's *GenLab/soul machine* (aggregating

13   GPS, cell-phone, social and market data to predict crime and military outcomes).  For the

14   record, although these ideas make for  a great sci-fi plot, Plaintiff believes, in practice, these

15   systems will foment dissent and give foreign *hackers* (of the systems or the data) the ability

16   to predict US military responses and allow hackers (or the owners) to predict markets.]

17   601.  **In closing,** the Defs stole Plaintiff's work by publishing false web articles.  Allowing

18   this, without severe consequences, will be a clarion of American failure: where once we

19   sought to inspire and reward creative excellence, we now punish it, and reward theft and lies.

20   602.   Corporate attorneys have perverted copyright law so that it now protects the same

21   powerful infringers it was created to rebuff.  If the Defs' actions are allowed, US creators

22   will be forced to protect their works abroad—as US creators can register and protect their

23   works in any Berne Convention country (90% of the world).  This would give American

24   creators the benefit of sound copyright law (applied as our Founding Fathers intended) and

25   access to much more affordable attorneys—without ever leaving the US.  Plaintiff has other

26   works as inspiring as Butterfly Driver.  But if US creators are forced to defend their works

27   abroad, then foreign nations will have first access to America's best ideas.  That would be

28   misguided, against our Founding Fathers' intent, and will threaten National security.

COMPLAINT

**CLAIMS FOR RELIEF**

**FIRST CLAIM FOR RELIEF**

**Copyright Infringement Against All Defendants**

603.  Plaintiff reasserts and incorporates by reference all allegations (and attachments) of paragraphs 1 through 572, and paragraphs 590 through 602, as if fully set forth herein.

604.  The Defendants' conduct, described above in this Complaint, constitutes willful copyright infringement under 17 U.S.C. §101 et seq.

605.  As a result of the Defendants' willful and deliberate conduct, described above, Plaintiff has been damaged in an amount to be determined at trial.

606.  Like all works, Plaintiff work contained unprotectable elements which **had** been done before.  But Plaintiff's various unique arrangements of unprotectable elements, like other such works, are protectible.  The Defendants infringed on these unique expressions.

607.  Plaintiff's screenplay also contained many wholly original expressions and story structures that had never been done before.  Works containing such original ideas and expressions are extremely rare.  The Defendants infringed on most of these original aspects.

608.  As a highly creative work, Plaintiff's screenplay is entitled to broad and thick protection, which tolerates very little similarity.

609.  Under 17 U.S.C. §504(a)(1) and (b) Plaintiff is entitled to all of the Defendants' profits "that are attributable to the infringement" (and not included as Plaintiff's damages) and is entitled to attorneys fees and costs under 17 U.S.C. § 505.

610.  The Defendants' actions have caused Plaintiff harm, continue to cause Plaintiff harm, and will continue to cause Plaintiff harm in the future.  With no other remedy to prevent this ongoing harm, pursuant to 17 U.S.C. §§ 502 and 503, Plaintiff is entitled to injunctive relief and impounding, prohibiting the Defendants from further infringing against Plaintiff's copyright, thereby ordering the prohibition, seizure and destruction of all copies of Avatar and Taken, and all derivative sequels (previously released or planned to be released in the future), in all formats, physical, electronic, digital, DVD, blue-ray, downloadable, toys, posters, video games, etc., in perpetuity.

COMPLAINT

| | |
|---|---|
| 1 | **SECOND CLAIM FOR RELIEF** |
| 2 | <u>**Vicarious Copyright Infringement**</u> |
| 3 | (<u>Against Twentieth Century Fox Film Corporation & News Corporation</u>) |
| 4 | 611.   Plaintiff reasserts and realleges and incorporates by reference all allegations (and |
| 5 | attachments) of paragraphs 1 through 572, and paragraphs 590 through 610, as if fully set |
| 6 | forth herein. |
| 7 | 612.   *Perfect 10, Inc. v. Visa Int'l Serv. Ass'n,* (9th Cir. 2007) established that "To state a |
| 8 | claim for vicarious copyright infringement, a plaintiff must allege that the defendant has: |
| 9 | (1) the right and ability to supervise the infringing conduct and (2) a direct financial interest |
| 10 | in the infringing activity. |
| 11 | 613.   The verifiable evidence (copyright registrations and business entity statements) |
| 12 | indicate that News Corp and 20CFOX initiated the infringement of Plaintiff's work. |
| 13 | 614.   Before the infringement of the Plaintiff's work transpired, News Corp and  20CFOX |
| 14 | made a company called Future Service Inc their subsidiary.  Future Service Inc was created |
| 15 | and owned, in part or fully, by the owners of Zero Gravity Management LLC (the company |
| 16 | that unlawfully accessed and misappropriated Plaintiff's work). |
| 17 | 615.   Twentieth Century Fox Film Corporation and News Corporation  agreed to finance, |
| 18 | produce and distribute Defs James Cameron's and Lightstorm Entmt's film, *Avatar*, for over |
| 19 | $230-million.   <u>Thus, News Corp and 20CFOX were in a position to supervise Defs</u> |
| 20 | <u>Cameron's and Lightstorm's infringing conduct.</u>  Further, on page 3, para 2 of **Ex Y4**, Rupert |
| 21 | Murdoch (then CEO of NC and 20CFOX) stated of Avatar: "But we own much of the |
| 22 | distribution and other rights.  In the end, we will make much more money than them." |
| 23 | 616.    The facts outlined in paragraphs 611 through 615 establish that **(1) Twentieth** |
| 24 | **Century Fox Film Corporation and News Corporation had the right and ability to** |
| 25 | **supervise the infringing conduct, and (2) Twentieth Century Fox Film Corporation and** |
| 26 | **News Corporation had a direct financial interest in the infringing activity.** |
| 27 | 617.    The Defendants' actions and conduct, as alleged above, constitute Vicarious |
| 28 | Copyright Infringement, committed by the Defendants against Plaintiff. |

COMPLAINT

**THIRD CLAIM FOR RELIEF**

**Contributory Copyright Infringement**

(Against Google LLC, Internet Archive)

618. Plaintiff realleges and incorporates by reference all allegations (and attachments) of paragraphs 1 through 572, and paragraphs 590 through 617, as if fully set forth herein.

619. Numerous individuals and entities infringed Plaintiff's copyrighted works.

620. Defs Google LLC and Internet Archives materially contributed to the infringing acts of the other Defendants, by helping the infringers gain access to Plaintiff's work, and preventing the Plaintiff from learning the truth about the infringement by sending Plaintiff fraudulent URL readings, and likely by preventing Plaintiff from seeing and reading other or prior fraudulent articles that the Defendants produced for their infringing film, *Avatar*.

621. Although Defs Google LLC and Internet Archives did not directly engage in the actual infringement of the Plaintiff's work, Google LLC and Internet Archive had clear knowledge of the infringing Defendants' infringement of Plaintiff's work.

622. The acts and conduct of Defs Google LLC and Internet Archive constitute contributory copyright infringement.

**FOURTH CLAIM FOR RELIEF**

**Intentional Misrepresentations**

(Against News Corp; 20CFOX; James Cameron; Google; Internet Archive; Lightstorm; Zero Gravity; Mark Williams; Michael Pierce)

623. Plaintiff reasserts and incorporates by reference all allegations (and attachments) of paragraphs 1 through 572, and paragraphs 590 through 622, as if fully set forth herein.

1. **ZGM's, News Corp's & 20CFOX's Intentional Misrepresentations**

624. January 2006, in various online screenwriter publications, ZGM represented themselves as professional literary talent agents who were authorized to represent writers, and specifically indicated they were seeking screenwriters and screenplays.

625. January 20, 2006, Plaintiff found Zero Gravity Management (**ZGM**) listed in several online publications as a literary talent agency. When Plaintiff contacted ZGM seeking their

COMPLAINT

127

1  permission to submit his work, **so there could be no doubt**, Plaintiff explained in his email

2  that he found ZGM listed in a publication that specifically indicated that ZGM was seeking

3  screenwriters and screenplays.  On the opening line of his email, Plaintiff wrote to ZGM:

4  <div align="center">"I am responding to your query for screenplays<br>posted on moviebytes.com."</div>

5

6  626.  At the time that Plaintiff contacted ZGM, ZGM's Michael Pierce and Mark Williams

7  were good friends of Alex Young, who was Vice President of Productions at 20CFOX.  Alex

8  Young boasted that ZGM often helped out with 20CFOX films (see Ex T).

9  627.  Unbeknownst to Plaintiff, September 12, 2005, four months before Plaintiff

10  contacted ZGM, ZGM filed a California Certificate of Cancellation, with the Office of the

11  California Secretary of State, and went out of business.  Thus, ZGM were no longer

12  registered to do business as talent agents.

13  628.  At the time that Plaintiff contacted ZGM, ZGM knew that the representation that

14  they were a valid and legitimate talent agency was not true.  But ZGM, recklessly and

15  without regard for the truth, did not tell Plaintiff the truth.

16  629.  ZGM also said they would contact Plaintiff if they intended to use Plaintiff's ideas.

17  But ZGM used Plaintiff's ideas but never contacted Plaintiff again.  ZGM had no intention of

18  contacting Plaintiff, if they used his work and ideas.

19  630.  Six days after Plaintiff sent ZGM his screenplay, ZGM filed a new California

20  business registration.  A few months later ZGM would form the company *Future Service Inc*

21  with billionaire investor Stephen Margolis.  Margolis (a UK citizen) used ZGM's address on

22  California BES filings for *Future Films Delaware Limited Partnership* and *Future Films*

23  *USA*.  By December of 2006, Future Service Inc would be on the Avatar copyright

24  registrations, and by June 2007 News Corporation would declare the ZGM related company

25  "Future Service Inc" was a News Corp subsidiary.  ZGM dissolved November 2007, before

26  Avatar was released publicly.  Future Service Inc dissolved and went out of business, as the

27  Plaintiff composed this Complaint, Sept 27, 2019.  For these reasons News Corp and

28  20CFOX are also responsible for the actions of ZGM and Future Service Inc.

<div align="center">COMPLAINT</div>

1  631.  Zero Gravity Management LLC, and Defendants News Corporation and Twentieth

2  Century Fox Film Corporation (via their governing and/or paternal relationship to Zero

3  Gravity Management and Future Service Inc), represented that (1) they were valid talent

4  agents, and (2) that they would inform Plaintiff if they intended to use his work.

5  632.  Zero Gravity Management knew these representations were false.

6  633.  Zero Gravity Management  intended that Plaintiff rely on these representations.

7  634.  Plaintiff, Steve Wilson Briggs,  reasonably relied on these representations.

8  635.  As a direct result of Zero Gravity Management LLC's actions, specifically their

9  representations that (1) they were valid talent agents, and (2) that they would inform Plaintiff

10  if they intended to use his work, Plaintiff was harmed.

11  636.  Plaintiff's reliance on Zero Gravity Management LLC's representations was a very

12  substantial factor in the harm Plaintiff suffered.

13  637.  As a direct result of Zero Gravity Management's deceitful statements, which were

14  made to unlawfully access, acquire and misappropriate the Plaintiff's screenplay, Plaintiff

15  has been damaged in an amount to be determined at trial.

16  638.  Zero Gravity Management LLC's conduct was despicable, oppressive, fraudulent,

17  malicious, intended to cause Plaintiff harm, and done in conscious disregard for Plaintiffs'

18  rights.  Therefore, Plaintiff is  entitled to an award of exemplary or punitive damages under

19  California Civil Code § 3294.

20  639.  Zero Gravity Management, and its owners (Michael Pierce and Mark Williams) are

21  responsible for **initiating** the harm done to Plaintiff.  However, because (1) the actual harm

22  to Plaintiff did not occur until over three years later (December 2009) when the film *Avatar*

23  was finally released (infringement begins when a work is published or marketed),

24  AND (2) Zero Gravity Management dissolved as a corporate entity two years before Avatar

25  was released, therefore, in the alternative, News Corporation and Twentieth Century Fox

26  Film Corporation (who purchased and assumed as a subsidiary the nearest known ZGM

27  entity, Future Service Inc) are also responsible for the willful harm done to Plaintiff by Zero

28  Gravity Management LLC.

COMPLAINT

| | |
|---|---|
| 1 | **2.   News Corp & 20CFOX Used Their Media Outlets And Affiliates** |
| 2 | **To Make Intentional Misrepresentations** |
| 3 | 640.   The Defendants used their media outlets, affiliates and contracted publishers to |
| 4 | make intentional misrepresentations.  The examples of these fraudulent statements abound |
| 5 | throughout this Complaint.  The Following is a salient example. |
| 6 | 641.   From 2005 to 2013 <u>News Corporation owned IGN Entertainment Inc</u> (**IGN**).  IGN |
| 7 | was a very large and popular American-based video game and entertainment media website, |
| 8 | which operated around the world.   Sometime between 2006 and 2009 IGN produced a |
| 9 | fraudulent web-article titled "Cameron's Mysterious Project 880" (**Exhibit H4**).  The article |
| 10 | is fraudulently dated Jan 20, 2006; however, as explained in Section Five, the article was |
| 11 | produced much later. (It is impossible to know when the article was actually published |
| 12 | because it is falsified and the Defs used the Internet Archive to produce fraudulent crawls of |
| 13 | the article.)   Mid-way through the third paragraph, this article states: |
| 14 | "But according to a big scoop at JoBlo.com, it appears that Cameron is |
| 15 | instead gearing up for his mysterious Project 880. What's more, they seem to think that Project 880 is the same film as Avatar, a film that Cameron has |
| 16 | been trying to get made for years. |
| 17 | According to script treatments that have been floating around on the Internet…" |
| 18 | |
| 19 | 642.   IGN produced several such articles for its parent corporation, News Corporation. |
| 20 | 643.   News Corporation used IGN (an international media company, that News Corp |
| 21 | owned) to produce one or more fraudulent article that made representations that: |
| 22 | 1.   That James Cameron had been trying to get Avatar made many years before Zero |
| 23 | Gravity Management LLC accessed Plaintiff's work; |
| 24 | 2.   James Cameron had one or more Avatar "script treatments" that had "had been |
| 25 | floating around on the internet" for some time before the article was alleged to have |
| 26 | been published. |
| 27 | 644.   News Corporation represented that these things were true. |
| 28 | 645.   These representations were false. |

COMPLAINT

646. NewsCorporation knew these representations were false.

647. News Corporation and Twentieth Century Fox Film Corporation Intended that Plaintiff rely on these representations, and intended that Plaintiff rely on those same representations as published in various other affiliated or contracted publications.

648. When Plaintiff discovered these and other such representations (in News Corporation publications, or affiliated or contracted publications) Plaintiff reasonably relied on these representations.

649. Plaintiff was harmed by News Corporation's and Twentieth Century Fox Film Corporation's representations in several ways, including:

1. The suffering one might experience when they learn a screenplay that they devoted two years of their life to has been stolen, and the culprit has been falsely telling the world that they had all of those original ideas years before Plaintiff.

2. Plaintiff believed these reports and **lost 3 months time (writing two previous versions of this Complaint)**, until he finally surmised, from the entirely fraudulent evidence, that these stories, and other related stories, were false.

650. Plaintiff's reliance on News Corporation's and Twentieth Century Fox Film Corporation's representations was a substantial factor in the harm Plaintiff suffered.

651. As a direct result of News Corp's and 20CFOX's representations, Plaintiff has been damaged in an amount to be determined at trial.

652. Further, Plaintiff believes that the Court and a reasonable jury would agree that News Corporation's and Twentieth Century Fox Film Corporation's conduct, in publishing these false representations, was despicable, oppressive, fraudulent, malicious, intended to cause Plaintiff harm, and done in conscious disregard for Plaintiffs' rights. Therefore, Plaintiff is entitled to an award of exemplary or punitive damages under California Civil Code § 3294.

### 3. Google LLC's Misrepresentations

653. Under the heading "Our Warranties and Disclaimers" on Google LLC's "Privacy & Terms" web page, Google LLC states: **"We provide our Services using a commercially reasonable level of skill and care."**

COMPLAINT

654.  However, this Complaint shows that Google LLC (1) exploited a widely reported Windows 10 vulnerability to display falsified URLs in Plaintiff's Chrome URL bar, (2) sent Plaintiff false Google/Chrome search results, which displayed results that News Corp and 20CFOX wanted Plaintiff to see, and omitted valid results.

655.  Google LLC represented that they employ "**reasonable level of skill and care**."

656.  These representations were false.  Google did not use reasonable skill and care in matters concerning its involvement with the Plaintiff.

657.  Google LLC knew that, with respect to the Plaintiff, these representations were false.

658.  Google LLC intended that Plaintiff rely on the representations that Google LLC employs *reasonable level of skill and care*.

659.  Plaintiff reasonably relied on the representations that *Google LLC used skill and care*.

660.  Plaintiff was harmed by these representations.

661.  Plaintiff's reliance on Google LLC's representations was a substantial factor in Plaintiff's harm, as it was the basis for Plaintiff joining Google LLC's "Gmail".

662.  Google LLC's conduct was despicable, oppressive, fraudulent, malicious, intended to cause Plaintiff harm, in conscious disregard for Plaintiffs' rights.  Therefore, Plaintiff is entitled to an award of exemplary or punitive damages, under California Civil Code § 3294.

### FIFTH CLAIM FOR RELIEF

### <u>Breach of Contract</u>

<u>(Against Zero Gravity, News Corporation, Twentieth Century Fox Film Corp)</u>

663.  Plaintiff reasserts and incorporates by reference all allegations (and attachments) of paragraphs 1 through 572, and paragraphs 590 through 662, as if fully set forth herein.

664.  Zero Gravity Management LLC (ZGM) represented that they were a valid business entity on Jan 20, 2006.  However, they were not.   They cancelled their LLC four months earlier, Sept 12, 2005.  Thus, they were not authorized to enter into contracts as that entity.

665.  However, Plaintiff emailed ZGM, and made it clear that he was looking for that ZGM entity, seeking permission to submit a screenplay.

666. ZGM responspond by sending Plaintiff a release. (See Ex K).

COMPLAINT

667. This release was not valid because, again, ZGM was not a valid business entity.

668. However, Plaintiff, believing ZGM was a valid, honest, legitimate, trustworthy company, signed the release in good faith.

669. ZGM's release made a clear representations on the second item (center of first page) **"You** [Zero Gravity Management LLC] **agree that you** [Zero Gravity Management LLC] **will not use the material unless you** [Zero Gravity Management LLC] **shall first agree to negotiate with me** [Steve Wilson Briggs] **compensation for such use..."** [Zero Gravity Management LLC]

670. However, in breach of this contract (which, again, was not valid because ZGM was not a valid business entity), ZGM did not contact Plaintiff and negotiate compensation before it gave permission to NC and 20CFOX (and others) to use Plaintiff's ideas.

670. Plaintiff entered into an agreement with an entity that represented itself to be a valid business entity named Zero Gravity Management LLC. But this entity was not a valid business entity at that time. In entering this contract, Zero Gravity Management LLC, willfully and intentionally deceived Plaintiff.

671. Plaintiff did all, or substantially all of the significant things that the contract required of him.

672. Further, any responsibility that the Plaintiff may have had, may have been waived, because, **in good faith**, Plaintiff entered into an agreement with Defendant ZGM, who, **in bad faith**, represented that they (ZGM) were a valid business entity, when they were not.

673. Further, ZGM did not perform the duties that they (ZGM) were required to perform under the contract; namely, ZGM did not contact Plaintiff to negotiate compensation before giving Plaintiff's work to various other parties.

674. Plaintiff was harmed by Defendant ZGM's intentional and willful Breach of Contract, in an amount to be determined at trial.

675. Defendant ZGM's conduct —namely ZGM's intentional Breach of Contract and intentional failure to contact Plaintiff to negotiate compensation before giving Plaintiff's work to various other parties— was a substantial factor in Plaintiff's harm.

COMPLAINT

1    676.  In addition to actual damages, because ZGM (and Defs NC and 20CFOX, who

2    knew ZGM acted improperly, and who helped ZGM create a new secret corporate entity,

3    *Future Service Inc*, which became NC's and 20CFOX's subsidiary) engaged in Intentional

4    Misrepresentation while engaging in an **Intentional** Breach of Contract, Plaintiff believes

5    he is entitled to an award of exemplary or punitive damages from ZGM, NC 20CFOX.

6                           **SIXTH CLAIM FOR RELIEF**

7                              **Breach of Confidence**

8        (Against Zero Gravity, News Corporation, Twentieth Century Fox Film Corp)

9    677.  Plaintiff reasserts and incorporates by reference all allegations (and attachments) of

10   paragraphs 1 through 572, and paragraphs 590 through 676, as if fully set forth herein.

11   678.   After finding ZGM's name listed on a screenwriter resource websites, as a

12   screenwriter/literary agency/business that was considering representing new works from

13   writers, and not knowing that ZGM cancelled its LLC four months earlier, Plaintiff

14   contacted ZGM to see if ZGM would be interested in representing Plaintiff.  ZGM then

15   asked Plaintiff to sign a release and send his screenplay.  Michael Pierce, ZGM's founder, on

16   information and belief, was then and is now an attorney and businessman.  Thus, at the time

17   that Plaintiff sent ZGM his screenplay and the release, ZGM's relationship to Plaintiff was

18   as Plaintiff's  prospective legal talent agent.

19   679.  Once Plaintiff sent ZGM his screenplay, ZGM had information relating to Plaintiff

20   *Steve Wilson Briggs*, that ZGM knew, or should have known was confidential.

21   680.   ZGM used Plaintiff *Steve Wilson Briggs*' confidential information (Plaintiff's

22   screenplay) for ZGM's own benefit, AND communicated Plaintiff *Steve Wilson Briggs*'

23   confidential information (Plaintiff's screenplay) to third parties.

24   681.  Plaintiff, Steve Wilson Briggs, did not give informed consent to ZGM's conduct.

25   682.  Plaintiff's screenplay was not a matter of general knowledge.

26   683.  ZGM's willful and deliberate conduct caused Plaintiff great harm, in an amount to

27   be determined at trial.

28   684.  ZGM's conduct was a substantial factor in Plaintiff's harm.


COMPLAINT

**PRAYERS FOR RELIEF**

WHEREFORE Plaintiff prays for judgement against the Defendants as follows:

1.  Award Plaintiff compensatory damages in an amount to be determined at trial;

2.  Award Plaintiff exemplary or punitive damages according to proof;

3.  Award Plaintiff special damages according to proof;

4.  Award Plaintiff civil penalties as provided by law;

5.  For recovery of all profits from the films *Avatar* and *Taken* (including theatrical receipts, DVDs, video games, etc), as provided under 17 U.S.C. § 504;

6.  Award Plaintiff prejudgment interest, according to proof;

7.  Award Plaintiff's costs, and reasonable attorneys' fees, under 17 U.S.C. § 505;

8.  Impose injunctions and impounding against Defendants, as provided under 17 U.S.C. §§ 502 and 503, blocking the release of all Avatar or Taken series videos, video games, downloads, books, posters, toys or other such products.

9.  An accounting (as *Avatar* has earned $2,500,000,000 in theatres, and is projected to earn an additional $7,500,000,000 in auxiliary markets, according to conventional market analytics; similarly the *Taken* series has earned $800,000,00, and should have earned $3,200,000,000 in auxiliary markets).

10. Grant any other relief that the Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiff demands a trial by jury on all triable issues.

Dated: March 4, 2020.                              Respectfully Submitted,

By _____

Steve Wilson Briggs
Plaintiff In Propria Persona

COMPLAINT