# Video Disk

Containing

Video Exhibit 1, 2, 3 and 4.