# Exhibit A

# TOP ATTORNEYS OF NORTH AMERICA

**WHO'S WHO DIRECTORIES**

2019 PC EDITION | WELCOME! | MORE INFO. | REVIEWS | SEARCH BY STATE

VERDICT & SETTLEMENT PLAQUES

# Top Attorney – Shirley Potash

SEARCH …

**TOPICS:**   Potash Probate Service    Shirley Potash

Shirley Potash Attorney

**POSTED BY:** WHOSWHOINFO    DECEMBER 6, 2016

SOCIAL LINKS

Los Angeles, CA WW/Press/December 6, 2016 –Shirley Potash, Owner and The First Paralegal with Potash Probate Service, was selected for inclusion in the forthcoming  **Top Attorneys of North America 2017 edition** of The Who's Who Directories.



The accomplishments attained by Ms. Shirley Potash, in the field of Legal Services, warrants inclusion into the Top Attorneys of North America.

Shirley Potash concentrates in the areas of trusts, estates, and paralegal services. She has taught and lectured on law and published the Legal Secretary's Educational Book for Anthony Schools. Shirley received her B.A. from Los Angeles City College and her J.D. from Southwestern University Law School. She is a member of the Los Angeles County Bar Association and the Los Angeles Paralegal Association.

The Top Attorneys of North America, a New York based publication, distinguishes and profiles leading attorneys who have reached a recognizable degree of success and leadership in their field. The directory is valued for

# Exhibit B

 **M Gmail**      **Steve Wilson Briggs <snc.steve@gmail.com>**

---

## a favor

---

**Steve Wilson Briggs** <snc.steve@gmail.com>        Tue, Mar 20, 2018 at 11:38 PM
To: Cecile Lusby <cecilusby@gmail.com>

Mom,

I had a really wonderful person named Shirley Potash call me last Thursday at work. She's a paralegal with a law degree, who has been doing law for over 50 years. I think I read that she graduated from Fairfax High in 1946. Anyway, she read about the recent Appellate Court ruling on my 2013 copyright suit, and she called me to tell me that she thought the Court's decision was a joke and a disgrace. Anyway, I found her to be a really inspirational, exceptional person, because there she was, approaching retirement, reading legal news stories in the professional journals, then reaching out to me to say share a few supportive words.
We talked for about a half an hour.
The thing is... I wanted to send her an email to thank her for her nice call, but I can't find her email online. But she is on Facebook. This link willl take you to her facebook page: https://www.facebook.com/shirley.potash
I was hoping you might send her a message via Facebook telling her what an inspirational and responsible person I think she is, and assure her that I'm a better person because of my call from her.
Thanks for considering this favor.
Love

Steve-o

# Exhibit C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-683-232

**Effective date of registration:**

June 21, 2013

## Title

| | |
|---|---|
| **Title of Work:** | Butterfly Driver |
| **Previous or Alternative Title:** | Uberopolis: City of Light |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2005 |

## Author

| | |
|---|---|
| **Author:** | Steve Kenyatta Wilson Briggs |
| **Author Created:** | text |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |
| **Year Born:** | 1964 |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Steve Kenyatta Wilson Briggs |
| | 681 Edna Way, San Mateo, CA, 94402, United States |

## Certification

| | |
|---|---|
| **Name:** | Steve Kenyatta Wilson Briggs |
| **Date:** | June 21, 2013 |

# Exhibit D

Writers Guild of America, west, Inc.
Intellectual Property Registry
7000 West Third Street
Los Angeles, California 90048-4329
Telephone: 323-782-4500
Fax: 323-782-4803

# Documentation of Registration

The Writers Guild of America, west, Inc. issues this certificate to:
STEVE KENYATTA WILSON BRIGGS

for the material entitled:
Uberopolis: City of Light

by the following:
STEVE KENYATTA WILSON BRIGGS - Writer

Registration #: 1103287
Material Type: SCREENPLAY
Registered By: STEVE KENYATTA WILSON BRIGGS

Effective Date: 12/16/05
Expiration Date: 12/16/10

0000000049.2006011013480346.0000000012

# Exhibit E

Google      "james Cameron" "Project 880"      🔍

🔍 All    📰 News    🖼 Images    🛍 Shopping    ▶️ Videos    ⋮ More      Settings   Tools        SafeSearch on

Jan 1, 1994 – Dec 31, 2005 ▾    All results ▾    Clear

Tip: Search for **English** results only. You can specify your search language in Preferences

### Hegner | Avatar Wiki | FANDOM powered by Wikia - James Camero…
https://james-camerons-avatar.fandom.com/wiki/Hegner ▾
Feb 1, 2001 - "WARNING - Article from the **Project 880** script" The following information dates from the original script that James Cameron wrote in 1995. Information here may conflict with the established continuity. Hegner is a head of Xenobiology. Hegner lost his **Avatar** to a Slinth. You've visited this page 3 times. Last visit: 8/16/19

| People also ask | |
| --- | --- |
| How long did James Cameron work on Avatar? | ⌄ |
| How much money has James Cameron made? | ⌄ |
| How much did it cost to make Avatar? | ⌄ |

Feedback

### James Cameron pracuje nad 'Battle Angel Alita' - Kultura - Gazeta
kultura.gazeta.pl › Kultura › Film - Translate this page
Nov 3, 2005 - **James Cameron** w jednym z ostatnich wywiadów zdementował plotki, ... prac nad "Battle Angel Alita" Jamesa zamierza zająć się filmem "**Project 880**".

### James Cameron: ritorno alla fantascienza - Fantascienza.com
www.fantascienza.com/.../james-cameron-ritorno-alla-fa... - Translate this page
Apr 3, 2004 - **James Cameron** annuncia il suo ritorno alla fantascienza ma il tutto è ancora avvolto dal mistero. - Leggi tutto ... E' stata rivelata la trama di **Project 880**/Avatar?

### Nightcrawler is not Cumming - Pasmos Filtrados
pasmosfiltrados.blogspot.com/.../nightcrawler-is-not-cu... ▾ Translate this page
Jun 20, 2005 - ... Corpse Bride · Teaser poster para X3 · ALERTA!!! "Close Encounters" na TV · **James Cameron** planeia "**Project 880**" · "The Simpsons" - O Filme · "Sin City", ...

### Julianne Moore participa em "The Children Of Men" - Pasmos Filtr…
pasmosfiltrados.blogspot.com/.../julianne-moore-particip... ▾ Translate this page
Jun 17, 2005 - "Close Encounters" na TV · **James Cameron** planeia "**Project 880**" · "The Simpsons" - O Filme · "Sin City", de Robert Rodriguez · Grind House · Yōkai Daisensō ...

### EL BLOG DEL CHACAL (críticas y reseñas): junio 2005
chacalx.blogspot.com/2005/06/ ▾ Translate this page
Jun 30, 2005 - Todavia más videos (y posters) de AVATAR de **JAMES CAMERON** ..... en su próximo gran proyecto, "Battle Angel" o "**Project 880**", dos películas en las que se ...

### arte passione amore - un vero amore non sa parlare. - Libero Blog
https://blog.libero.it/amo/view.php?id=amo&mm... ▾ Translate this page
Sep 5, 2005 - Dodici anni dopo Titanic, il titanico **James Cameron** s'è rivolto al senso più ... delle difficoltà tecniche, ripreso in mano nel 2005, col titolo alternativo **Project 880**, ...

*In order to show you the most relevant results, we have omitted some entries very similar to the 11 already displayed.*
*If you like, you can repeat the search with the omitted results included.*

# Exhibit F



# James Cameron - part two

Part two of the James Cameron interview at BFI Southbank

*Adrian Wootton*

Sun 13 Apr 2003 05.56 EDT

**Adrian Wootton:** I'm going to open it up now for the audience.

**Question 1:** Congratulations, it's a fabulous film. I know you were quite interested in the Imax film, Titanica, and considering your engineering background, did you not consider building a 1570 3D camera that was more sophisticated than the old Imax ones? Did you not consider doing it in on film rather than digitally?

**James Cameron:** We never considered doing this on film. We had such a hard time making a 35mm camera that could be deployed outside a submersible. You've got to remember that Titanica was shot by taking a 2D Imax camera inside the submersible and essentially using the submersible as the camera housing, which is just terribly, terribly limiting because it's essentially an 18-tonne, 25-foot long camera housing that can't look up or down, has to stay level and can only sort of turn, go forward and back. You're not operating the camera - a Russian submersible pilot is operating the camera, because you can only lock the camera into the U-port. So, on our 95 expedition, we decided that we had to mount the camera externally, put it on a pan-and-tilt mechanism so that we could look down and up and all those shots looking up at the hull, at the bow, emphasising the scale of the ship, those were created by having the ability to pan-and-tilt.

Putting a 35mm camera - a single eye, a monocular 35mm camera - with a 12-minute film load outside the submersible was a six-month engineering problem, to build the titanium housing and develop the optics for that. And it ran for 12 minutes. With the digital camera, we were able to shoot six to 10 hours of footage per dive. So you can appreciate that if you have a camera which runs for 12 minutes and you make a 12-hour dive, you're just going to squirt the film off in just a second. And that's a huge limitation. I believe it's probably impossible to build a 1570 camera that could be operated outside the submersible, and I wasn't satisfied with the paradigm of shooting through the port from the inside. And again, as I said before, the high definition 3D camera was developed for a completely other project and we just realised that applying it to this environment would work really well.

Believe me, with the engineering hurdles involved just in adapting the HD camera to function outside the submersible, I'm not going to shoot on film anymore, it just seems so obsolete to me. I look at the stuff I shot on film, compared back to back and on the same screen size, with HD footage, and there's just no comparison. There are qualitative differences, and we'll have to learn to master that. I love 1570 projection, and for those of you who are not Imax-savvy, 1570 means 70mm film, 15 perforations of the film, which is a single frame of an Imax film and the Imax film runs horizontally through the projector. It's quite a remarkable system and to do it in 3D, they essentially have two projectors mounted one above the other. So there's this enormous amount of

Case 3:20-cv-01596-VC   Document 1-3   Filed 03/04/20   Page 13 of 53

film. Probably a-third of a ton... of film screaming through the projector up there in the projector booth just to show what they showed here. And eventually they'll be able to do that digitally as well; they have the means now, it's just the question of the expenses of installing it.

**Q2:** Apart from contractual obligations, what's the thing that tips you over into doing a project? And secondly, are you going to go into space?

**JC:** Well, I've never made a movie for contractual obligations. The contract may determine who I make the film for, but not what film it is. Every film has its own origin - Terminator I wrote as something that I thought they might let me direct, so it was written for the streets of Los Angeles, to be shot low-budget with very few visual effects but enough to make it cool. Aliens, I just liked Alien, so when I got the opportunity to do the sequel, I just didn't think about it.

**AW:** Considering that Ridley Scott had made a really terrific movie...

**JC:** You think?

[Laughter]

**AW:** ... you were setting yourself a major, major challenge.

**JC:** It was like, from a logic standpoint, it was all downside for me to do Aliens. And I had people, some pretty well respected people in Hollywood say: 'This is career suicide, don't do it. If your film is good, they'll attribute it to the first film, and if your film is bad, it'll always be negatively compared to the first film'. So there's absolutely no logic to it, but I thought it would be cool so I did it. That's why you make a film, because you like it and you want to see it. You see it in your head and you want to see it on screen and there's only one way to make that happen. You can't get someone else to make it for you. Certainly, I've produced a few films now and I've learned that it's their film - you become a facilitator, a colleague, a sounding board, a partner to a certain extent, but it's their film, not yours. So if I want to see it, I have to go do it myself.

As for space, this has been widely rumoured and with some substance - we did explore the possibility; we got partway down the path of negotiating with the Russian space agency and Energiya, the privatised corporation that actually provides all of Russia's manned space support activities and hardware. So if you want to go to space, you go to Energiya, because they're the ones who fly the Soyuz missions. And also working with Nasa to do a coordinated effort. It started off as an idea to make a 3D film of the Mir space station, which shows you how far back we're going now. We got partway down that path, then the Russians ran out of money and they had to de-orbit Mir, and we had a one-year period where we tried to re-engineer it to see if we could at the international space station, which initially seemed impossible. But it turned out that Nasa was actually looking for ways to support commercial activity at the space station - that's why it was built originally. So I went to them and said: 'Look, a film can be a commercial activity. It doesn't all have to be pharmaceuticals'. The second biggest export from the US is intellectual property in the form of entertainment. So I made a case on a purely business model basis and we were working on that pretty much up to the point that Columbia failed. Now there's such a huge setback to the international space station programme that I've told Nasa that I'm going to step out for a while and let them solve that problem. I'll be supportive to them in anyway I can in terms of what they need in public reach and media support while they're doing what they need to do.

12/8/2019
Case 3:20-cv-01596-VC   Document 1-3   Filed 03/04/20   Page 14 of 53
James Cameron - part two | Film | The Guardian

But it would be really dumb to try to get in the way of getting the international space station done and up on its feet as a research centre, which is going to take at least a couple more years. So then we'll revisit it at a point where it makes sense, if it ever makes sense. And if I'm not fit enough to fly by that point, because you have a window and my biological clock is ticking, then I'll just get someone else to do the on orbit work and we'll focus on the technical development to be able to make the camera flyable. That's a pretty longwinded answer to a simple question. I could have just said, yup.

**Q3:** I was just wondering if you're ever going to release Xenogenesis on DVD?

**JC:** [laughs] I'd be really scraping the bottom there.

**Q4:** And secondly, is there any truth to the Battle Angel Alita rumours going round at the moment?

**JC:** Yeah, Battle Angel Alita is one that's definitely in our production queue. It's a film that I'm going to be directing, it's a question of when we do it, in what order we do things. But if you're not familiar with that, it was an anime that was based on a manga - great character, really cool and it's something I'm looking forward to doing. And we'll probably do that in 3D, too. I'm just going to do everything in 3D now. I'm going to shoot my daughter's birthday party in 3D.

**Q5:** Are you a Doc Savage fan, because I've noticed that in two of your movies, especially in The Abyss, there are similarities with the Doc Savage adventure titled The Red Terrors. Am I wrong or what?

**JC:** Wrong. I've never read a Doc Savage book, though I know that there's a series of Doc Savage books. I always liked the covers, though, back in the 60s editions. The man of bronze, with the ripped shirt.

**Q5:** There is also another Doc Savage adventure, titled...

**JC:** You can't talk me into this, you know. No is no.

**Q5:** It's really peculiar because there's a man turned into a statue of liquid air exactly like in another Doc Savage adventure.

**JC:** We've seen that before - people turned into stone, pillars of salt, etc. These are archetypes.

**Q6:** You quite often take the role of producer now. To what extent is that contradictory to the role of the director, and what do you think the relationship should be between the producer and the director?

**JC:** I don't think producing and directing are contradictory. There's only really one type of director in the sense that it's a very defined role. But there're a lot of different types of producers -anybody from somebody who just wafts through at the beginning and puts two different people in contact and they go off to do 99.99% of the work and the producer gets the credit, to somebody who's in the trenches, on the set, everyday, working as a line producer. There're different levels of that. When I produce another director's work - I've produced two for Kathryn Bigelow and one for Steven Soderbergh, that's pretty much it for features. But for television as producer's medium, I did 44 episodes of Dark Angel, which is a one-hour drama, and that's an awful lot of producing. I see them as complementary tasks. When I'm producing my own films, I'm complementing my

# Exhibit G





**n p r**   DONATE

---

ARTS & LIFE

# Director James Cameron's Deep Obsessions

November 18, 2004 · 12:00 AM ET
Heard on Talk of the Nation

NEAL CONAN

**Listen**                                    PLAYLIST  Download



James Cameron on the set, balancing camerawork with diving.

*Lightstorm Entertainment*



Cameron teamed up with Bill Paxton, left, for the diving exploration film Ghosts of the Abyss.

*PR Newswire*

James Cameron has directed some of the biggest hits to come out of Hollywood in the past 20 years, from the *Terminator* series to *The Titanic*.

After breaking into the film business on the strength of his special effects and cinematography work, Cameron has earned a place among the best storytellers working in film today. His ability to meld epic themes with cutting-edge technology translated into large audience support for his work, as his movies have earned hundreds of millions of dollars.

His work on *The Titanic* led him to make *Ghosts of the Abyss*, a documentary-style exploration of the actual Titanic's resting place.

Cameron's latest project is *Aliens of the Deep*, a documentary about creaturs living at the bottom of the ocean. The project, filmed along the Mid-Ocean Ridge, will be in

IMAX theaters in January.

## Related NPR Stories

'Ghosts of the Abyss'   April 14, 2003

Titanic Discoverer Robert Ballard's 'Return'   Nov. 18, 2004

A Toast to the Titanic   April 17, 2004

## Web Resources

Teacher Resource: 'Aliens'

USGS: The Mid-Ocean Ridge

# Sign Up For Breaking News Alerts

Stay on top of the latest stories and developments, sent when news breaks.

What's your email?

**SUBSCRIBE**

By subscribing, you agree to NPR's terms of use and privacy policy.
This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

# More Stories From NPR

# Exhibit H

12/16/2019     Case 3:20-cv-01596-VC   Document 1-3   Filed 03/04/20   Page 20 of 53

Are you the Girl of James Cameron's Dreams? Be the Lead in BATTLE ANGEL ALITA!!!

  

## Ain't It Cool News (www.aintitcool.com)

### *MOVIE NEWS*

## Are you the Girl of James Cameron's Dreams? Be the Lead in BATTLE ANGEL ALITA!!!

**Published at: Dec. 2, 2005, 8:46 p.m. CST by staff (https://twitter.com/)**

Hey folks, Harry here... It's a gigantic casting call... Cameron wants a fresh face to be Alita - and I know there's a lot of you gals out there that dream of being an Anime Gal, well, here's your chance to be 100% Live-Action Anime Gal heaven!!! Read below and follow those dreams...

Hi Harry, I'm a part-time stage actor in Boston and our local resources for auditions just got the following very interesting notice. I'm imagining another let's-find-an-unkown-for-Scarlett O'Hara type search, or at least something ending up with another Jessica Alba:

**JAMES CAMERON SEEKS NEW TALENT FOR A MAJOR MOTION PICTURE**

**Mali Finn Casting (Titanic, The Matrix, 8 Mile) is looking for fresh faces to star in a James Cameron film that begins principal photography Spring 2006.**

**No prior film experience necessary. However, voice, movement, and actor training are imperative.**

**SEEKING: FEMALE LEAD. 16-mid 20s. Any ethnicity, including Caucasian.**

**She moves and behaves with confidence and a sense of nobility. Lithe as a cat. Athletic and agile, she is a warrior. Graceful movement and an ear for languages and dialects are essential.**

**Sound like you? Interested in starring in a Hollywood feature film?**

**Visit our website and fill out an application: MaliFinnCasting.Com (http://www.malifinncasting.com)**

**Please include two recent snapshots or Polaroids (one close up / one full body shot). Also include the following information on the back of each photo: NAME ? CONTACT # - HEIGHT ? WEIGHT ? D.O.B.**

**Mail completed application and photos to:**

**Mali Finn Casting**

**8284 Santa Monica Blvd**

12/16/2019

Case 3:20-cv-01596-VC   Document 1-3   Filed 03/04/20   Page 21 of 53

Are you the Girl of James Cameron's Dreams? Be the Lead in BATTLE ANGEL ALITA!!!

  

W̲ lly̲woo̲d̲  CA 90046

**Attn: UNTITLED PROJECT**

**APPLICATIONS MUST BE RECEIVED BY DEC. 19, 2005**

**The casting agency's website basically has the same info.**

**Never sent you anything before - if you use this you can call me JBud**

*FOLLOW AICN (HTTPS://TWITTER.COM/INTENT/FOLLOW?*
*SCREEN_NAME=AINTITCOOLNEWS)*

*◼ SHARE ON FACEBOOK*
*(HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP?*
*U_HTTP%3A%2F%2FAINTITCOOL.COM/NODE/21948)*

*🐦 SHARE ON TWITTER (HTTPS://TWITTER.COM/INTENT/TWEET?*
*TEXT=ARE%20YOU%20THE%20GIRL%20OF%20JAMES%20CAMERON%27S%*

*READERS TALKBACK*

# Exhibit I

     

Accueil > Cinéma > Tous les films > Films Science fiction > Alita : Battle Angel > Casting Alita : Battle Angel

# ALITA : BATTLE ANGEL

| 🏠 | 🎟 Séances | ▶ Bandes-annonces | + |

## RÉALISATEURS



**Robert Rodriguez**

## ACTEURS ET ACTRICES



**Rosa Salazar**
Rôle : Alita



**Christoph Waltz**
Rôle : Docteur Dyson



**Jennifer Connelly**
Rôle : Chiren



**Mahershala Ali**
Rôle : Vector






| **Ed Skrein** | **Jackie Earle Haley** | **Keean Johnson** | **Lana Condor** |
| Rôle : Zapan | Rôle : Grewishka | Rôle : Hugo | Rôle : Koyomi |

| Tanji | **Jorge Lendeborg Jr.** |
| Nyssiana | **Eiza Gonzalez** |
| Nova | **Edward Norton** |
| Le Cyborg | **Leonard Wu** |
| Gelda | **Michelle Rodriguez** |
| Amok | **Casper Van Dien** |
| Romo | **Derek Mears** |
| Stinger | **Sam Medina** |
| Screwhead | **Elle LaMont** |
| Chasseur de primes | **Jorge A. Jimenez** |

**Voir la liste complète** ⌄

## SCÉNARIO

| Scénariste | **Robert Rodriguez** |
| Scénariste | **James Cameron** |
| Scénariste | **Laeta Kalogridis** |
| D'après l'oeuvre de | **Yukito Kishiro** |

## SOUNDTRACK

| Compositeur | **Junkie XL** |

☰   ⟨ **ALLOCINÉ**                                    🔍  ☆  👤

| Producteur | James Cameron |
|---|---|
| Producteur | Jon Landau |
| Producteur délégué | David Valdes |
| Producteur exécutif | Emma Watts |
| Producteur associé | David Womack |

## EQUIPE TECHNIQUE

| Directeur de la photographie | Bill Pope |
|---|---|
| Chef monteur | Stephen E. Rivkin |
| Chef monteur | Ian Silverstein |
| Chef décorateur | Steve Joyner |
| Chef décorateur | Martin Laing |
| Chef costumier | Nina Proctor |
| Concepteur artistique | Ben Procter |
| Concepteur artistique | Dylan Cole |
| Superviseur des effets visuels | Joe Letteri |
| Superviseur des effets visuels | Eric Saindon |
| Superviseur des effets visuels | Mike Cozens |

## SOCIÉTÉS

| Production | 20th Century Fox |
|---|---|
| Production | Lightstorm Entertainment |
| Exportation/Distribution internationale | 20th Century Fox |
| Effets spéciaux | Weta Digital |
| Distributeur France (Sortie en salle) | Twentieth Century Fox France |

# Exhibit J

**Re: Screenplay query**

Zero Gravity Mgmt <zerogravity.mgmt@verizon.net>
Fri 1/20/2006 3:48 PM
**To:** Steve Wilson-Briggs <birdynumnumz@hotmail.com>

📎 1 attachments (23 KB)
STANDARD RELEASE FORM.doc;

Thanks for the query. You can send your script City Of Light via regular
mail or email (.pdf only please) along with the attached submission form and
a copy of your original email. If sending your script via email you may
'electronically' sign the form by typing in your name where it requires your
signature.

Since we do receive a lot of scripts we are only able to reply to those we
are interested in pursuing and do not send out rejection notices.

Best,

Georgia

Zero Gravity Management

1531 14th Street

Santa Monica, Ca 90404
----- Original Message -----

From: "Steve Wilson-Briggs" <birdynumnumz@hotmail.com>
To: <zerogravity.mgmt@verizon.net>
Sent: Friday, January 20, 2006 7:03 AM
Subject: Screenplay query


> Dear Zero Gravity Management,
>
> I am responding to your query for screenplays posted on moviebytes.com.
> Below you will find two brief synopses to two new screenplays I am
> currently marketing. The first, Sunflowers, is a smart comedy adventure;
> the second, Uberopolis: City Of Light, is a Sci-Fi adventure with
> interesting social overtones.
>
> Sunflowers
> Four young American artists fall haplessly into a murderous English
> counterfeit art ring when they are conned into reproducing van Gogh's
> masterpiece "Sunflowers" -which the mastermind uses as a heist replacement
> for the National Gallery's original. Discovering the scheme, the artists
> conspire to turn the tables on the mob. But soon the young American's are
> racing just to get out with their lives
>
> Uberopolis: City Of Light
>         In 2120 America is a memory. It's business as usual in the new
> One-World Nation. Profits are up. another bombing in Munich. President
> Peter Drexler is still killing to keep his secret silent. and somewhere in
> a remote rebel town, with little money, political fugitive and former
> American war hero, Arlo Grainer, has his wife turn-him-in to the
> government to collect the bounty to pay for his ailing daughter's medica
> care.
>         The only man still alive who knows Drexler's secret, Arlo is
> taken for prison labor to Uberopolis, a huge half completed
> satellite-city, orbiting 10,000 miles above the Earth. There, on one side
> of a giant construction wall the super-rich and famous live in decadent
> excess. On the other side, thousand of prison workers toil to complete the
> ultimate-city.
>         When the government attempts to dump Arlo and hundreds of

> prisoners out of a space shuttle, Arlo fights to survive and escapes back
> to Earth -where he discovers the state has reneged on the bounty to his
> wife, and his daughter is near death. Informed of an expensive, guardedly
> protected medicine capable of reversing his daughter's condition (rumored
> to be made on Uberopolis) Arlo races through Earth's urban underbelly to
> get a shuttle ticket back to Uberopolis -but this time to the glamorous,
> casino, golf course and celebrity-filled side of the wall. Soon, Arlo is
> racing security forces down the crowded, silver streets of
> Uberopolis -with time, President Drexler and the armies of the world
> against him.
>
> Thanks for considering these sunmissions. Both scomplete screenplays are
> available at your request.
>
> Steve Wilson Briggs
> 646 508 6389
>
> _____
> Don't just search. Find. Check out the new MSN Search!
> http://search.msn.click-url.com/go/onm00200636ave/direct/01/
>

# Exhibit K

**Standard Release Form**

Proposed Title of Material Submitted: _____

Zero Gravity
1531 14th Street
Santa Monica, Ca 90404

Zero Gravity -

    I am today submitting for possible use by you my material identified herein (hereinafter called the "Material") in accordance with the understanding, and subject to the conditions, set forth herein.  I acknowledge that the Material was created and written by me, (your name here), without any suggestion or request from you that I write or create the Material.  I have attached hereto copies of said Material, (your title here), a feature film script for motion picture, and a brief description of same.  I am executing and submitting this letter in consideration of your agreement to review the Material with the express understanding that I limit my claim of rights to the features of the Material as specifically synopsized and attached hereto.

    1.  Except as otherwise specifically stated herein, I represent:

      a) that the Material is original with me;
      b) that I have the exclusive right to grant all rights in the Material;
      c) I have exclusive rights in the title as regards its use in connection with the
         Material.

    2.  You agree that you will not use the Material unless you shall first negotiate with me compensation for such use, but I understand and agree that your use of material containing features and elements similar to or identical with those contained in the Material shall not obligate you to negotiate with me nor entitle me to any compensation if you determine that you have an independent legal right to use such other material which is not derived from me (either because such features and elements were not new or novel, or were not originated by me, or because other persons have submitted or may hereafter submit material containing similar or identical features and elements not derived from me which you have the right to use).

    3.  I agree that I must give you written notice by certified or registered mail at your address as set forth in the address portion of this letter, of any claim arising in connection with said Material or arising in connection with this agreement, within the period of time prescribed by the applicable statute of limitations, but in no event more than ninety (90) calendar days after I acquire knowledge of such claim, or if it be sooner, within ninety (90) calendar days after I acquire knowledge of facts sufficient to put me on notice of any such claim, as an express condition precedent to the initiation of any legal action hereunder.  I shall further withhold filing any legal action for a period of thirty (30) calendar days after said written notice to allow you time to investigate any claim.

4. I have retained a copy of said Material and I release you from any liability for loss or other damage to the copy or copies submitted by you.

5. I hereby state that I have read and understand this agreement; that no oral representations of any kind have been made to me; that there are no prior or contemporaneous oral agreements in effect between us pertaining to said Material; and that this agreement states our entire understanding. Any provision or part of any provision which is void or unenforceable shall be deemed omitted, and this agreement with such provision or part thereof omitted shall remain in full force and effect. This agreement shall at all times be construed so as to carry out the purposes stated herein.

6. I further submit that I am of legal age, being over eighteen (18) years of age, and my signature upon this contract and release is thereby binding and legal.

Sincerely Yours,


Signature:        _____

Print Name:      _____

Address:          _____

                       _____

Phone:            _____

Fax:               _____

Email:            _____

Date:             _____

# Exhibit L

Outlook        🔍 Search                                                    S  ✓  ⚙  ?  ↩  SB

≡   New message              🗑 Delete   ▣ Archive   ▭ Move to ∨   ◌ Categorize ∨   ↶ Undo   ⋯        ▷

∨   Folders                  ◉  Sent Items  ☆                                    Filter ∨

🔊  Inbox            8555     Older

◌  Junk Email        660     [Unknown]                    (No subject)  No preview is...   8/11/2007

✏  Drafts             73     [Unknown]                    (No subject)  No preview is...   8/14/2007

▷  Sent Items                [Unknown]                    (No subject)  No preview is...   8/22/2007

🗑  Deleted Items             [Unknown]                    (No subject)  No preview is...   8/23/2007

🗄  Archive                   [Unknown]                    (No subject)  No preview is...   8/26/2007

    Conversation Hist...     ◯  Kevin King; jill_jamie@senecacenter.o...  SF info  Hey Kevin, Just a h...  9/14/2007

🗒  Notes                     Iquo Okon Okon               Thanks  Thanks for being s...   9/16/2007

    New folder               kevin@senecacenter.org       diversity training  Kevin, W...   9/17/2007

∨   Groups                   mmarchba@seq.org             Bridgett  Sis, I didn't know ...   9/17/2007

    New group                Joseph Whitcomb              Extra Shifts  Joe, Steve W.B...   9/17/2007

                             Joseph Whitcomb              Extra Shifts  I'll pick up som...   9/17/2007

                        >    Brianne Goree; sale-424457996@crai...  Les Paul Guitar, Ibanez Amp...   9/17/2007

                             Joseph Whitcomb              Extra Shifts  Eh Joe, Lemme...   9/17/2007

                             sale-424017319@craigslist.org  Any computer software. Off...   9/18/2007

                        >    Iquo Okon Okon               Thanks  Iquo, The last part ...   9/18/2007

                        >    Morgan Marchbanks            Bridgett  Sis, If she's living i...   9/20/2007

                             Iquo Okon Okon               Ooops, Sorry  Iquo, I went ...   9/20/2007

                             sale-427616870@craigslist.org  Adobe Web &; Design Pre...   9/20/2007

                             sale-425593472@craigslist.org  Adobe Creative Suite - Desi...   9/20/2007

                             sale-424422531@craigslist.org  Adobe Creative Suite 3 Mas...   9/20/2007

                             kevin@senecacenter.org       training ??  Kevin, If you'd l...   9/21/2007

                             Kevin King; jill@senecacenter.org  Friday, Saturday overnight? ...   9/21/2007

                             tunemaster15@hotmail.com     kungfusion, business thoug...   9/22/2007

                             kevin ngo                    computer software 4 sale! (...   9/23/2007

                        >    Mike Wong                    Adobe Creative Suite - Desi...   9/23/2007

                             sale-429818218@craigslist.org  IBM ThinkPad Laptop, PIII/2...   9/24/2007

⊕   Upgrade to Office    >   Archie Briggs                Happy Birthday  Hey Dad, ...   9/24/2007
    365 with premium
    Outlook features    >   Cecile Lusby                 Shingles  Thanks. I want th...   9/24/2007

✉  📅  👤  ⋯          >   Iquo Okon Okon               Seneca $  Did you deduct ...   9/24/2007

# Exhibit M

**Please confirm subscription to "Absolute Write Newsletter"**

Subscription Management <45521ede75130d6391b1d6cfb96e84f1x1137322756-confirm@zinester.com>

Sun 1/15/2006 2:59 AM

**To:** birdynumnumz@hotmail.com <birdynumnumz@hotmail.com>

Dear Subscriber! Your subscription has not been confirmed yet.

To activate it, please reply to this message or follow this link:

http://www.zinester.com/t/45521ede75130d6391b1d6cfb96e84f1x1137322756

Dear, Steve Wilson Briggs!

You have requested subscription to the Absolute Write Newsletter ezine.

Please click on the following URL to confirm your subscription:

http://www.zinester.com/t/45521ede75130d6391b1d6cfb96e84f1x1137322756

Or if you prefer reply to this email by clicking "Reply" and then

"Send" in your email program.

We ask for your confirmation to protect you from receiving unwanted

email. If you do not respond, your email address will NOT be added to

this list.

Visit our Ezine Directory for more newsletters!

http://subs.zinester.com

Fill in our questionnaire and receive a bonus: no ads in newsletters!

To fill in the questionnaire please follow this link:

http://www.zinester.com/login/birdynumnumz@hotmail.com/YemKfpzlsxJr.bG6smXZNg/?url=http://www.zinester.com/cgi/portrait.cgi

--

Warm regards,

Zinester.com

http://www.zinester.com

# Exhibit N

## You were successfully subscribed to "Absolute Write Newsletter" at Zinester.com.

Zinester <majordomo@zinester.com>

Sun 1/15/2006 6:16 AM

**To:** birdynumnumz@hotmail.com <birdynumnumz@hotmail.com>

Dear birdynumnumz@hotmail.com,

Please read this entire message to receive your free Agents list.

You have been successfully subscribed to the Absolute Write Newsletter

ezine.

Your subscription will start with the next issue. In the meantime, you

can check out the latest issue here:

http://archives.zinester.com/34123

Please remember to add "zinester.com" to your email address book

or whitelist so that our emails can reach you.

If you wish to change your subsription preferences, please log in

to your account with the information below:

URL: http://subs.zinester.com

Email: birdynumnumz@hotmail.com

Password: vtRxpUDH


Visit our Ezine Directory for more newsletters!

http://subs.zinester.com


--

Warm regards,

Zinester.com

http://www.zinester.com


--------------


Welcome!  You have been successfully subscribed.


You will soon receive our weekly newsletter, complete with new

articles, interviews, announcements, and markets for writers.  Thanks

for subscribing, and welcome to the Absolute Write family!


And for our special "welcome to the neighborhood" gift, please visit

this link to download your free copy of the Agents! Agents! Agents!

report:

http://www.absolutewrite.com/ebooks/ebookAgents.pdf

You need to have Acrobat Reader 5.0 installed to open the file.  If you

don't already have it, it's a free download at

http://www.adobe.com/products/acrobat/readstep.html .

If you want even more markets, be sure to subscribe to Absolute

Markets, too!  That's a bi-weekly newsletter with fresh paying markets

and contest guidelines.  You can subscribe by sending a blank e-mail

to: 59642-subscribe@zinester.com.

Thanks for joining us!

Regards,

Jenna Glatzer

Editor-in-Chief

http://www.absolutewrite.com

# Exhibit O

## Re: Screenplay Query - Uberopolis: City Of Light

**Gregory Bell** <gbell.11@gmail.com>
Mon 1/16/2006 4:38 PM
**To:** Steve Wilson-Briggs <birdynumnumz@hotmail.com>

Steve,

Sounds interesting.  Could you send me a script in pdf or ms word form?

Greg Bell

On 1/16/06, Steve Wilson-Briggs <birdynumnumz@hotmail.com> wrote:
> Dear G. Bell,
>            The future is a deadly place...
>            How will the world look 100 years from now, if current
> geo-political trends continue? UBEROPOLIS: CITY OF LIGHT is an unblinking
> look into the eye of that future.
>
>            The year is 2120. 14 years after America was absorbed into the
> new United World Nation. With little money, and his daughter ailing from a
> pollution driven respiratory condition, a fugitive and former American
> soldier, Arlo Grainer, has his wife turn him in to the government –to
> collect the unconditional bounty offered for his arrest.
>            Dubbed "a national threat" Arlo carries an explosive secret into
> the prison system. A secret the United World Nation President, Peter Drexler
> wants forgotten. Arlo is quickly taken to work on a huge satellite city,
> orbiting 10,000 miles above Earth, Uberopolis. But Uberopolis is only half
> completed. On one side of the giant construction barrier the super-rich and
> famous live in decadent excess. On the other side, thousand of prison
> workers toil to complete the ultimate-city.
>            On Uberopolis, Arlo narrowly escapes a government sponsored
> prisoner extermination plan and races back to Earth in a stolen shuttle
> –chased chased by guided warheads. Back on Earth, Arlo discovers the state
> has reneged on the reward money to his wife, and his daughter is near death.
> But after learning of an extremely expensive, and guardedly protected
> medicine (rumored to be made on Uberopolis) capable of reversing his
> daughter's condition, Arlo uses his underworld ties to secure a shuttle
> ticket back to Uberopolis –but this time to the beautiful, casino, golf
> course and celebrity-filled side of the construction barrier, where he
> unexpetedly uncovers the true capacity for evil of this new government.
> Inevitably, Arlo is chased by Drexler's Blue Guard down the crowded silver
> streets of Uberopolis, fighting time to make it home –with President Drexler
> and the armies of the world against him.
>
>            Thank you for taking time to read this synopsis of Uberopolis:

> City Of Light. If you're interested in reading the complete screenplay,
> please call or email at your convenience.
>                         Sincerely,
>                              Steve Wilson Briggs
>
> birdynumnumz@hotmail.com
> 646 508 6389 cell
> 315 256 9504 home
>
> _____
> Express yourself instantly with MSN Messenger! Download today – it's FREE!
> http://messenger.msn.click-url.com/go/onm00200471ave/direct/01/
>
>

Exhibit P

## Thank you for creating an Adobe ID

store@adobe.com <store@adobe.com>
Mon 1/16/2006 8:20 PM

**To:** birdynumnumz@hotmail.com <birdynumnumz@hotmail.com>

Dear Steve Wilson Briggs,

Thank you for creating an Adobe ID. Your new Adobe ID is
BIRDYNUMNUMZ@HOTMAIL.COM.

Your Adobe ID is your passport to special benefits and services on Adobe.com.

Here's how to get started:
* Enjoy simplified shopping in the Adobe Store
http://store.adobe.com/store/main.jhtml
* Easily manage product registrations
http://store.adobe.com/cgi-bin/WebObjects/WEC?pageID=RegMp1
* View your order history online
http://store.adobe.com/store/customerregistration/order_history.jhtml
* Change your name, address, payment information, and your Adobe ID and password at
http://store.adobe.com/store/customerregistration/edit_registration.jhtml

(Note: To activate a Create Adobe® PDF Online subscription, please check your e-mail
inbox for a separate message with the subject line: Service Activation for
https://createpdf.adobe.com)

Plus, sign in to Adobe Studio<sup>TM</sup>, where you can:
* Sharpen your skills with tips and tricks in Expert Center
http://studio.adobe.com/expertcenter/main.html
* Download and share free extensions and actions at Adobe Studio Exchange
http://www.adobestudioexchange.com/
Please do not reply to this e-mail. If you have any questions, please visit our Customer
Service area at
http://store.adobe.com/store/customerservice.html

Thanks again - and welcome to Adobe!

# Exhibit Q

**Release Form**

Jerrol LeBaron <jerrol@inktip.com>
Fri 2/3/2006 7:34 PM
**To:** Steve Wilson Briggs <birdynumnumz@hotmail.com>
Dear Steve,

Please sign and fax, scan & email, or snail mail back to us all pages of the release form below. When we receive it, we will activate your account so you can place your works!

Here is the login information with which you registered:
Userid: nummy
Password: numnumz

Thanks!
Stephanie Maus

InkTip.com, P.O. Box 312, Glendale, CA 91209 Fax (818) 242-7753

Return all pages.

RELEASE AND AGREEMENT
THE SCRIPTS AND OTHER DOCUMENTS (NOVELS, MANUSCRIPTS, etc.) THAT YOU PROVIDE TO INKTIP.COM AT THIS OR ANY FUTURE TIME ARE ACCEPTED BY INKTIP.COM ONLY ON YOUR ACCEPTANCE OF THE FOLLOWING CONDITIONS:

1. Upon InkTip.com's acceptance, the screenplay, novel, manuscript, short screenplay, etc. ("Work") will be made available on InkTip.com's website to InkTip.com's registered subscribers ("Subscribers") who are agents, managers, producers and other industry professionals; it is understood and agreed that these Subscribers are third party beneficiaries of this Agreement.

2. Applicant represents and warrants that he/she is the author of the Work, and if not the author, has all necessary legal and equitable rights to the Work.

3. Applicant has retained at least one copy of the Work, as InkTip.com will not be responsible for any loss or destruction of the materials submitted to it. Applicant understands that it is his/her sole responsibility to protect the Work. In order to place anything on our website it must be registered. It should be filed or registered with a Writers Guild, Copyright Office, and/or other script protection organizations that are available around the world. You can register your work online now by selecting www.wga.org. It is fast and inexpensive. InkTip.com may, at its sole discretion, change the format and display of the Work on its website, and may discontinue the availability of the Work on its website at any time for any reason.

4. Applicant, who attests that he/she is at least eighteen (18) years of age, has submitted the Work voluntarily and not in confidence. Applicant understands and agrees that no confidential

relationship between Applicant and the author of the Work if not Applicant, and InkTip.com and/or its Subscribers is being created by this Agreement or by Applicant's submission of the Work.

5. Applicant represents and warrants to InkTip.com and its Subscribers that the Work to be submitted hereunder is original and that the Work will not contain defamatory or unlawful matter and will in no way infringe upon the copyright or violate the proprietary rights of any person whomsoever. The Applicant agrees to indemnify and hold InkTip.com and its Subscribers harmless from any suit, demand, or claim made against InkTip.com and/or its Subscribers by reason of any defamatory right, and the Applicant further agrees to pay any judgment or reasonable settlement offer resulting from any such suit, demand, or claim, and to pay any reasonable attorneys' fees incurred by InkTip.com and/or its Subscribers in defending against such suit, demand, or claim.

6. No obligation of any kind is assumed or may be implied against InkTip.com and/or its Subscribers, either as a result of this Agreement, or Applicant's submission of the Work. It is understood that InkTip.com and its Subscribers have access to and/or may create or have created literary materials and ideas which may be similar to the Work in theme, idea, plot, format or other respects. Applicant will not be entitled to any compensation or consideration because of the use of any such similar material that may have been independently created by a Subscriber or may have come to InkTip.com or any Subscriber from any independent source.

7. InkTip.com does not itself develop or purchase written material, and exists for the sole purpose of facilitating introduction and interaction between writers and parties interested in developing written material. InkTip.com does not attest to or guarantee the validity of any Subscriber, or any subsequent agreements between Applicant and any Subscriber.

8. Except as otherwise provided in this Agreement, Applicant hereby releases InkTip.com from any and all claims, demands and liabilities that may arise in relation to the Work, or by reason of any claim now or hereafter made by Applicant that InkTip.com or any Subscriber has used or appropriated the Work. IN NO EVENT SHALL InkTip.com OR ITS SUBSCRIBERS BE RESPONSIBLE OR LIABLE TO APPLICANT FOR INDIRECT, SPECIAL, PUNITIVE, INCIDENTAL OR CONSEQUENTIAL DAMAGES OR LOST PROFITS OR REVENUES OF APPLICANT, EVEN IF INKTIP.COM OR ITS SUBSCRIBERS HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGE. The extent of InkTip.com's liability, if any, should otherwise be determined, shall be the amount of any sums paid InkTip.com by Applicant.

9. All the terms and conditions of InkTip.com's Disclaimer Web Page are hereby incorporated into this Submission Release Agreement as if recited herein in full.

10. InkTip.com reserves the right to remove any Work from its website, with or without cause, with or without notice. If without cause, the Subscriber's fees shall be prorated accordingly.

11. General Provisions:
(a) Entire Agreement: This Agreement contains the entire agreement of the parties hereto and supersedes any prior written or oral agreement between them respecting the subject matter

contained herein. There are no other representations, agreements, arrangements, or other understandings, oral or written, between the parties hereto respecting the subject matter contained herein which are not fully expressed herein. This Agreement may be amended or modified only by written agreement signed by duly authorized representatives of all of the parties hereto.

(b) Waiver. Waiver of any default or breach of this Agreement or any warranty, representation, covenant, or obligation contained herein shall not be construed as a waiver of any subsequent breach.

(c) Severability. If any provision of this Agreement, or the application of it to any party or circumstance, is held to be invalid, the remainder of this Agreement, and the application of such provision to other parties or circumstances, shall not be affected thereby, the provisions of this Agreement being severable in any such instance.

(d) Titles and Headings. Titles and headings to paragraphs in this Agreement are for the purpose of reference only and shall in no way limit, define, or otherwise affect the provisions of it.

(e) Heirs. Except as otherwise provided herein, this Agreement is binding upon and inures to the benefit of all parties, their heirs, executors, administrators, assigns, successors in interest or other legal representatives. (f) Notices. All notices and payments under this Agreement are to be in writing and delivered to InkTip.com at its postal address above and to Applicant at his/her postal address noted below, or such other address as either party may subsequently specify in writing to the other parties.

(g) Arbitration. Any controversy, dispute or claim arising out of the interpretation, performance or breach of this Agreement shall be resolved by binding arbitration, at the request of either party, in accordance with the Guidelines of the American Arbitration Association, in the City of Los Angeles, California. The arbitrators shall apply California substantive law and the California Evidence Code to the proceeding. The arbitrators shall have the power to grant all legal and equitable remedies and award compensatory damages provided by California law, including the power to award punitive damages. The arbitrators shall prepare in writing and provide to the parties an award including factual findings and the reasons on which the decision is based. The arbitrators shall not have the power to commit errors of law or legal reasoning, and the award may be vacated or corrected pursuant to California Code of Civil Procedure Sections 1286.2 or 1286.6 for any such error.

(h) Attorneys' Fees. If an action is brought for the purpose of enforcing, defending, or preventing a breach of this Agreement, the successful or prevailing party in any such proceeding shall be entitled, in addition to such other relief as may be granted, to recover reasonable attorneys' fees and costs of suit incurred in such proceeding.

(i) State Law. This Agreement shall be construed and enforceable according to the laws of the State of California for all purposes. Any action concerning this Agreement shall be brought in Los Angeles, California and the parties consent to service of process in California.


YOU MUST SIGN THIS AGREEMENT (we need the actual signature), ANOTHER SEPARATE AGREEMENT MUST BE SIGNED BY ANY CO-AUTHOR(S) AND CO-OWNER(S) OF SUBMITTED WORKS, AND ALL PAGES (INCLUDING THOSE NOT SIGNED) EITHER FAXED, SCANNED AND EMAILED, OR MAILED BACK TO INKTIP.COM.


I UNDERSTAND AND AGREE TO THE ABOVE TERMS AND CONDITIONS:

Applicant (PRINT CLEARLY): _____

Applicant Signature: _____Date: _____

Address (PRINT CLEARLY): _____

City: _____ State: _____ Zip: _____

Country: _____

Ph: _____ Fax: _____

E-mail: _____

InkTip.com User ID: _____ InkTip.com Password (Optional):
_____

# Exhibit R

**Release Form Received**

Jerrol LeBaron <Jerrol@InkTip.com>

Mon 2/6/2006 10:05 AM

**To:** Steve Wilson Briggs <birdynumnumz@hotmail.com>

Dear Steve,

We have received your release form.  Thank you!  Your membership will be activated shortly. You will get an email from us when you can use the site.  Your user ID and password will not work until then.

Please be sure to read the activation email in its entirety as there is important information contained therein that will enable you to use the site to its maximum capacity.

Sincerely,
Stephanie Maus
Jerrol@InkTip.com

Email sent to: birdynumnumz@hotmail.com