# Exhibit S



- Category 1
- Category 2
- Category 3
- Category 4
- Category 5
- Category 6
- Category 7

## About Us

Zero Gravity is a literary and talent management company that boasts a strong client list of screenwriters, directors and actors for feature films and television. We represent many established industry professionals, and pride ourselves in discovering and breaking new talent.

Our reputation in the literary world has been built upon our hands-on development process, working intimately with our clients to generate the best material possible.

Our number one priority is to get our clients' projects to the screen, and we have a tremendous track record to show for it. We work with every studio on a regular basis, from selling spec scripts to landing open writing assignments for our clients. And with strong relationships in the independent marketplace, we have the unique ability to package and finance our client's projects.

We always make a long term commitment to our clients, and will work tirelessly for them to achieve their potential.

Zero Gravity is actively seeking talented writers, directors and actors with a unique voice and vision, in all genres.

-

# Exhibit T

# Variety

## Michael Pierce
### Canuck rancher turns hand to assembling pic projects
#### By LILY OEI

**Resume Name**
**Michael Pierce**
**Age:** 37
**Breakthrough pic:** "The Cooler"

**What I learned the hard way:** "Not living in the moment. Instead of enjoying the process, living years in the future when the movies you thought were going to get made never did. You should find some joy in every moment along the way."

With 60 projects in development and a number of upcoming titles (Warner Bros.' "Chaos," Gurinder Chadha's "Nine Wives" and Wayne Kramer's "Running Scared") on the horizon, it's hard to believe Michael Pierce never watched movies growing up. After all, he was raised on a cattle ranch in Alberta, Canada, by a father who thought ilms took time away from chores.

Pierce caught the bug in England, where he began his career setting up AV equipment. One law degree and an obligatory mailroom stint later, Pierce launched Pierce Prods. in 1997. On his irst outing, he produced an award-winning short, "Loaing," about strangers bonding in a public restroom in New York.

"I have always had an obeat taste in certain material — things that haven't been done," says Pierce, describing a trait that continues to deine him.

These days, Pierce is moving nonstop. He has a hand in a number of companies: production shingle Pierce/Williams and management irm Zero Gravity, both with partner Mark Williams. With helmer Kramer, Pierce operates True Grit.

All this vertical integration, says Pierce — whose attorney points out he has more scripts in development than MGM — feeds a pipeline that fully maximizes his potential as a producer. Flipping between indie and studio projects, Pierce hates wasting time. "I'll do indie movies as much as I can. To get a studio movie is a four- to ive-year process," he says. "I can't twiddle my thumbs."

Williams, a former screenwriter who works closely with the scribes in their stable, says the good material draws people in "and gives Michael the power to go and put movies together."

Even execs who haven't worked with Pierce are waiting for their chance. "We're constantly trying to ind things. I'd even bring him aboard things I have," says Alex Young, senior VP of production at Fox. "I have faith in his energy and enthusiasm that he'll push it forward. Michael is one of the most pro-active people I've met."

Ditto, says helmer Kramer, ready to begin principal photography on their second pic together. "Michael has been the facilitator of my dreams. He backed me when nobody else would, and I entrusted my work to him as a producer with the knowledge that he didn't have any producing credits.

"We also liked each other as people. I think that's maybe because we're both outsiders. I'm from South Africa and Michael's from Canada. We both had to claw our way into this business."



MAY 9, 2004 4:00PM PT

# Michael Pierce

**Canuck rancher turns hand to assembling pic projects**

*By* **LILY OEI**

**Resume**
**Name:** Michael Pierce
**Age:** 37
**Breakthrough pic:** "The Cooler"
**What I learned the hard way:** "Not living in the moment. Instead of enjoying the process, living years in the future when the movies you thought were going to get made never did. You should find some joy in every moment along the way."

With 60 projects in development and a number of upcoming titles (Warner Bros.' "Chaos," Gurinder Chadha's "Nine Wives" and Wayne Kramer's "Running Scared") on the horizon, it's hard to believe Michael Pierce never watched movies growing up. After all, he was raised on a cattle ranch in Alberta, Canada, by a father who thought films took time away from chores.

Pierce caught the bug in England, where he began his career setting up AV equipment. One law degree and an obligatory mailroom stint later, Pierce launched Pierce Prods. in 1997. On his first outing, he produced an award-winning short, "Loafing," about strangers bonding in a public restroom in New York.

"I have always had an offbeat taste in certain material — things that haven't been done," says Pierce, describing a trait that continues to define him.

These days, Pierce is moving nonstop. He has a hand in a number of companies: production shingle Pierce/Williams and management firm Zero Gravity, both with partner Mark Williams. With helmer Kramer, Pierce operates True Grit.

All this vertical integration, says Pierce — whose attorney points out he has more scripts in development than MGM — feeds a pipeline that fully maximizes his potential as a producer. Flipping between indie and studio projects, Pierce hates wasting time. "I'll do indie movies as much as I can. To get a studio movie is a four- to five-year process," he says. "I can't twiddle my thumbs."

Williams, a former screenwriter who works closely with the scribes in their stable, says the good material draws people in "and gives Michael the power to go and put movies together."

## VARIETY

Ditto, says helmer Kramer, ready to begin principal photography on their second pic together. "Michael has been the facilitator of my dreams. He backed me when nobody else would, and I entrusted my work to him as a producer with the knowledge that he didn't have any producing credits.

"We also liked each other as people. I think that's maybe because we're both outsiders. I'm from South Africa and Michael's from Canada. We both had to claw our way into this business."

**Popular on Variety**



Roger Deakins' TIFF Gala speech

Oscar-winning cinematographer Roger Deakins accepts the Variety Artisan award at the Toronto International Film Festival Trib...

LEAVE A REPLY

# Exhibit U



# State of California
## Secretary of State

### LIMITED LIABILITY COMPANY
### CERTIFICATE OF CANCELLATION

NOTE: Filing this Certificate of Cancellation (Form LLC-4/7) cancels the limited
liability company's Articles of Organization or Application for Registration.
However, to complete the cancellation the limited liability company must
obtain a Tax Clearance Certificate from the California Franchise Tax Board.

There is no fee for filing a Certificate of Cancellation.

**IMPORTANT – Read Instructions before completing this form.**

**FILED**
In the Office of the Secretary of State
of the State of California

**DEC 2 0 2005**

This Space For Filing Use Only

| FILE NUMBER | ENTITY NAME (Enter the exact name of the limited liability company.) |
|---|---|
| 1. Secretary of State File Number<br><br>**200325910027** | 2. Name of Limited Liability Company<br><br>Zero Gravity Management LLC |

**TAX LIABILITY** (The following statement is required by statute and may not be altered.)

3. The tax liability will be satisfied on a taxes paid basis or a person, limited liability company, or other business entity
assumes the tax liability, if any, of the dissolving limited liability company as security for the issuance of a Tax Clearance
Certificate from the Franchise Tax Board and is responsible for additional taxes or fees, if any, that are assessed under the
Revenue and Taxation Code and become due after the date of the assumption of tax liability.

**DISSOLUTION** (Domestic limited liability companies ONLY: Check the "YES" or "NO" box as applicable. Note: If the "NO" box is checked, a
Certificate of Dissolution (Form LLC-3) must be filed prior to or together with this Certificate of Cancellation.)

4. The dissolution was made by a vote of all of the members. ☐ YES ☑ NO

**ADDITIONAL INFORMATION** (Enter any other information the managers or members filing the Certificate of Cancellation determine to
include. Attach additional pages, if necessary. Additional information set forth on attached pages, if any, is incorporated herein by this reference
and made part of this certificate. If no other information is to be included, leave item 5 blank and proceed to item 6.)

5. Dissolution is being executed as part of LLC membership agreement.

**EXECUTION**

6. I declare I am the person who executed this instrument, which execution is my act and deed.

Signature of Authorized Person          Date 9-12-05

By: Zero Gravity Internet Group, Inc.,
Its Managing Member
By: Susan Gore, President · Special Executive Officer
Type or Print Name and Title of Authorized Person

Signature of Authorized Person          Date

Type or Print Name and Title of Authorized Person

**RETURN TO** (Enter the name and the address of the person or firm to whom a copy of the filed document should be returned.)

| 7. | NAME | Thomas Plyler |
|---|---|---|
| | FIRM | Wilson Sonsini Goodrich & Rosati |
| | ADDRESS | 650 Page Mill Road |
| | CITY/STATE/ZIP | Palo Alto, CA 94304 |

LLC-4/7 (REV 03/2005)                    APPROVED BY SECRETARY OF STATE

# Exhibit V



## State of California
### Secretary of State

File # **200602**~**10043**

**FILED** cc
In the office of the Secretary of State
of the State of California

**JAN 2 6 2006**

### LIMITED LIABILITY COMPANY
### ARTICLES OF ORGANIZATION

A $70.00 filing fee must accompany this form.

**IMPORTANT – Read Instructions before completing this form.**

This Space For Filing Use Only

**ENTITY NAME** (End the name with the words "Limited Liability Company," "Ltd. Liability Co.," or the abbreviations "LLC" or "L.L.C.")

1. NAME OF LIMITED LIABILITY COMPANY

ZERO GRAVITY MANAGEMENT, LLC

**PURPOSE** (The following statement is required by statute and may not be altered.)

2. THE PURPOSE OF THE LIMITED LIABILITY COMPANY IS TO ENGAGE IN ANY LAWFUL ACT OR ACTIVITY FOR WHICH A LIMITED LIABILITY COMPANY MAY BE ORGANIZED UNDER THE BEVERLY-KILLEA LIMITED LIABILITY COMPANY ACT.

**INITIAL AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and both Items 3 and 4 must be completed. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 3 must be completed (leave Item 4 blank).

3. NAME OF INITIAL AGENT FOR SERVICE OF PROCESS

Lilliana Montero, c/o Montero Corporate Services

| 4. IF AN INDIVIDUAL, ADDRESS OF INITIAL AGENT FOR SERVICE OF PROCESS IN CALIFORNIA | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1241 Knollwood Dr #131 | Cambria | CA | 93428 |

**MANAGEMENT** (Check only one)

5. THE LIMITED LIABILITY COMPANY WILL BE MANAGED BY:

[✓] ONE MANAGER

[ ] MORE THAN ONE MANAGER

[ ] ALL LIMITED LIABILITY COMPANY MEMBER(S)

**ADDITIONAL INFORMATION**

6. ADDITIONAL INFORMATION SET FORTH ON THE ATTACHED PAGES, IF ANY, IS INCORPORATED HEREIN BY THIS REFERENCE AND MADE A PART OF THIS CERTIFICATE.

**EXECUTION**

7. I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

SIGNATURE OF ORGANIZER

January 26, 2006
DATE

Jennifer R. Abid
TYPE OR PRINT NAME OF ORGANIZER

**RETURN TO** (Enter the name and the address of the person or firm to whom a copy of the filed document should be returned.)

8. NAME        Lilliana Montero

FIRM        Montero Corporate Services

ADDRESS        1241 Knollwood Dr #131

CITY/STATE/ZIP        Cambria CA  93428

LLC-1 (REV 03/2005)

APPROVED BY SECRETARY OF STATE

# Exhibit W

Now available: over 400m key company lifecycle events, from officer changes to gazette notices.
Read more on our blog.

# opencorporates

The Open Database Of The Corporate World

[Company name or number] [ Search ]

◉ Companies ◯ Officers

- Log in/Sign up

# 880 PRODUCTIONS LIMITED

Company Number
   1844981
Status
   Registered
Incorporation Date
   21 July 2006 (over 13 years ago)
Company Type
   NZ Limited Company
Jurisdiction
   New Zealand
Business Number
   9429033976716
Controlling Company
   FOX FILMED ENTERTAINMENT AUSTRALIA PTY LIMITED
Registered Address

- VCFO Group Limited, Level 1, 96 St Georges Bay Road, Parnell, Auckland
- 1052
- NZ

Annual Return Last Made Up Date
   2019-05-23T10:24:02.000+1200
Directors / Officers

- Timothy George Rawle WILLIAMS, director, 21 Jul 2006-

Inactive Directors / Officers

- Raymond Lee PARRISH, director, 21 Jul 2006-30 Dec 2008
- Robert Bruce COHEN, director, 30 Dec 2008-20 Nov 2019
- Roger Frederick WALLIS, director, 16 Aug 2006-31 Aug 2014

Registry Page
   http://www.business.govt.nz/companies...



Case 3:20-cv-01596-VC    Document 1-4    Filed 03/04/20    Page 14 of 50

## Recent filings for 880 PRODUCTIONS LIMITED

13 Jan 2020
Particulars of Company Address view

6 Dec 2019
Particulars of Director view

8 Aug 2019
Change in Financial Reporting Month view

23 May 2019
Annual Return Filed view

12 Apr 2019
Particulars of ultimate holding company view

30 May 2018
Annual Return Filed view

6 Apr 2018
Particulars of Director view

8 Jun 2017
Particulars of Director view

see all filings

**Source** Ministry of Business, Innovation & Employment NZBI API, https://api.business.govt.nz, 14 Jan 2020
Add data *(website, address, etc)*

[ update from registry ]

## Explore company network



## Company network

Not yet available for this company. Click to find out more

## Latest Events

2008-12-30
    Removal of officer Raymond Lee PARRISH, director
2014-08-31
    Removal of officer Roger Frederick WALLIS, director
2019-11-20

# Exhibit X



## State of California
## Secretary of State

File No. **I0 0624900011**

**FILED**
In the office of the Secretary of State
of the State of California

**AUG 3 0 2006**

## FOREIGN LIMITED PARTNERSHIP
## APPLICATION FOR REGISTRATION

A $70.00 filing fee must accompany this form.

IMPORTANT – Read instructions before completing this form.

This Space For Filing Use Only

---

**ENTITY NAME** (End the name in Item 1 with the words "Limited Partnership" or the abbreviation "L.P.")

1. NAME UNDER WHICH THE FOREIGN LIMITED PARTNERSHIP PROPOSES TO REGISTER AND TRANSACT BUSINESS IN CALIFORNIA
   Future Films Delaware Limited Partnership

2. NAME OF THE FOREIGN LIMITED PARTNERSHIP, IF DIFFERENT FROM THAT ENTERED IN ITEM 1 ABOVE

---

**OFFICE ADDRESSES** (Do not abbreviate the name of the city.)

| | | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| 3 | ADDRESS OF THE PRINCIPAL EXECUTIVE OFFICE 1531 14th St. | Santa Monica, CA | 90404 |

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4 | ADDRESS OF THE PRINCIPAL OFFICE IN CALIFORNIA, IF ANY same as above #3 | | CA | |

---

**DATE AND PLACE OF ORGANIZATION**

5. THIS FOREIGN LIMITED PARTNERSHIP WAS FORMED ON **08** - **18** - **06** IN **DE**
   (MONTH) (DAY) (YEAR) (STATE OR COUNTRY)

   AND IS AUTHORIZED TO EXERCISE ITS POWERS AND PRIVILEGES IN THAT STATE OR COUNTRY.

---

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and both Items 6 and 7 must be completed. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 6 must be completed (leave Item 7 blank).)

6. NAME OF AGENT FOR SERVICE OF PROCESS
   Simon Horsman

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 7. IF AN INDIVIDUAL, ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA 1531 14th St. | Santa Monica | CA | 90404 |

---

**APPOINTMENT** (The following statement is required by statute and may not be altered.)

8. IN THE EVENT THE ABOVE AGENT FOR SERVICE OF PROCESS RESIGNS AND IS NOT REPLACED, OR IF THE AGENT CANNOT BE FOUND OR SERVED WITH THE EXERCISE OF REASONABLE DILIGENCE, THE SECRETARY OF STATE OF THE STATE OF CALIFORNIA IS HEREBY APPOINTED AS THE AGENT FOR SERVICE OF PROCESS OF THIS FOREIGN LIMITED PARTNERSHIP.

---

**GENERAL PARTNERS** (Enter the names and addresses of all of the general partners. Attach additional pages, if necessary.)

| | NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|---|
| 9a | Future Films USA 1 Limited | 1531 14th St. | Santa Monica, CA | 90404 |
| b | Future Films USA 2 Limited | 1531 14th St. | Santa Monica, CA | 90404 |

---

**EXECUTION**

10. I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

SIGNATURE OF GENERAL PARTNER        DATE 08/30/06

Future Films USA 1 Limited and Future Film USA 2 Limited, General Partners
By: Vikki Louise Mickel, Secretary
TYPE OR PRINT NAME OF GENERAL PARTNER

---

**RETURN TO** (Enter the name and the address of the person or firm to whom a copy of the filed document should be returned.)

11. NAME

FIRM

ADDRESS

CITY/STATE/ZIP

---

LP-5 (REV 03/2005)

APPROVED BY SECRETARY OF STATE

# Exhibit Y

10/1/2019                                      Division of Corporations - Filing

Delaware.gov                                   Governor | General Assembly | Courts | Elected Officials | State Agencies

*State of Delaware*
The Official Website of the First State

Logout

**Department of State: Division of Corporations**

Allowable Characters

View Search Results

Entity Details

| | | | |
|---|---|---|---|
| File Number: | 4222413 | Incorporation Date / Formation Date: | 9/20/2006 (mm/dd/yyyy) |
| Entity Name: | FUTURE SERVICE, INC. | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | State: |
| Status: | Dissolved | Status Date: | 9/27/2019 |

**TAX INFORMATION**

| | | | |
|---|---|---|---|
| Last Annual Report Filed: | 2019 | Tax Due: | $ 0 |
| Annual Tax Assessment: | $ 175 | Total Authorized Shares: | 1000 |

**REGISTERED AGENT INFORMATION**

| | |
|---|---|
| Name: | CORPORATION SERVICE COMPANY |
| Address: | 251 LITTLE FALLS DRIVE |

10/1/2019                                    Division of Corporations - Filing

| City: | **WILMINGTON** | County: | **New Castle** |
|---|---|---|---|
| State: | **DE** | Postal Code: | **19808** |
| Phone: | **302-636-5401** | | |

### FILING HISTORY (Last 5 Filings)

| Seq | Description | No. of pages | Filing Date (mm/dd/yyyy) | Filing Time | Effective Date (mm/dd/yyyy) |
|---|---|---|---|---|---|
| 1 | Dissolution - Long Form | 2 | 9/27/2019 | 11:37 AM | 9/27/2019 |
| 2 | Change of Agent 9000010 | 1 | 4/5/2019 | 3:06 PM | 4/5/2019 |
| 3 | Change of Agent 9000014 | 1 | 12/11/2009 | 3:22 PM | 12/11/2009 |
| 4 | Stock Corporation | 4 | 9/20/2006 | 4:31 PM | 9/20/2006 |

[ Back to Entity Search ]   [ Email Status ]

For help on a particular field click on the Field Tag to take you to the help area.

site map  |  privacy  |  about this site  |  contact us  |  translate  |  delaware.gov

# Exhibit Z

| | |
|---|---|
| Fox-NGC (US) Holdings, Inc. | United States |
| Fox/UTV Holdings, Inc. | United States |
| Foxfilmes Limitada | Portugal |
| FOXLAB, INC. | United States |
| Foxstar Productions, Inc. | United States |
| Foxtor Productions Ltd. | Canada |
| Foxvan Productions Ltd. | Canada |
| Foxvideo International Distribution, Inc. | United States |
| FoxVideo Ltd. | United Kingdom |
| Foxview, Inc. | United States |
| Foxwatch Productions, Inc. | United States |
| Fredco Property Holdings, Inc. | United States |
| FRSM Holdings, Inc. | United States |
| FRT Productions, Inc. | United States |
| FS Australia LLC | United States |
| FSI SPV, Inc. | United States |
| FSN Southern Holdings, Inc. | United States |
| FSO Productions, Inc. | United States |
| FTS Boston, Inc. | United States |
| FTS Investments, Inc. | United States |
| FTS North Carolina, Inc. | United States |
| FTS Philadelphia, Inc. | United States |
| Fuel TV, Inc. | United States |
| Future Service, Inc. | United States |
| Fuzzy Puppet Productions, LLC | United States |
| FV Productions Ltd. | Canada |
| FVC Productions, Inc. | United States |
| FVU Productions Ltd. | Canada |
| FWA Productions, Inc. | United States |
| FX Networks, LLC | United States |
| FXT Productions Ltd. | Canada |
| Galaxy Way Finance Company, Inc. | United States |
| Galaxy Way Productions, Inc. | United States |
| GameSpy Industries, Inc. | United States |
| Gar 2 Service, Inc. | United States |
| Garfield US Productions, Inc. | United States |
| GATV Productions, Inc. | United States |
| Geek Productions, Inc. | United States |
| Genesis Video Entertainment, Inc. | United States |
| Georgetown Productions Ltd. | Canada |
| Georgetown Productions, Inc. | United States |
| Giant Bowling Pin Productions, Inc. | United States |
| Glen Avenue Films, Inc. | United States |
| Glimpse of Hell Productions Ltd. | Canada |
| Glimpse of Hell Productions, Inc. | United States |
| Gold Key Entertainment, Inc. | United States |
| Gone Fission, Inc. | United States |
| Good Ghouls, Inc. | United States |
| Green River Productions Ltd. | Canada |
| Greenlady Corp. | United States |
| Greenleaves Productions, Inc. | United States |
| GTH-103, Inc. | United States |
| Gum Tree Productions Pty Limited | Australia |

# Exhibit A2

This site uses cookies. By using this site you are agreeing to our privacy and cookie policy.

**SCREEN**DAILY

## Future Films, Zero Gravity Management seal transatlantic partnership

CONTRIBUTING EDITOR SARAH COOPER | 15 NOVEMBER 2009

**Film financier and producer Future Films is embarking on a new joint venture with US producer Mark Williams' Zero Gravity Management.**

The partners have set up a management structure for writing and directing talent and plan to move projects into production through Future's financing and production contacts and Zero Gravity Management's talent network.

"Mark has in-depth experience working with some of the most exciting new and emerging writers and directors in the US and Europe," Future Films CEO Stephen Margolis said.

"We want Zero Gravity to become a haven for talent to thrive and develop in tune with the current trends in the independent film market. Our expertise in financing and producing along with Mark's ability to nurture fresh voices adds a very strong string to our bow."

Future Films' head of production and development Carola Ash will manage day-to-day operations from London for Future Films and Los Angeles-based Zero Gravity Management president Eric Williams will do the same for Williams.

"Talented people live all around the globe," Williams said. "Having a management arm in Europe will help us discover the talent and help the talent find us. Teaming up with Future Films is a natural progression of an ongoing, successful relationship."

Zero Gravity Management clients include directors Andrzej Bartkowiak (*Romeo Must Die*), Prachya Pinkaew (*Ong Bak*), Mans Marlind and Bjorn Stein (upcoming release *Shelter*), Simon Fellows (upcoming release *Malice In Wonderland*), Edward Anderson (*Shuttle*,

*Flawless*), screenwriter Michael Johnson (upcoming release *Sherlock Holmes*) and Larry Cohen (Cellular).

Future Films is currently expanding its operations in preparation for its launch onto the Alternative Investment Market later this year. It has significant interests in Pepper Post, one of the UK's premiere post-production houses, and operates a production and finance division out of Los Angeles and manages a number of investment funds for film production.

Exhibit B2



# State of California
## Secretary of State

**STATEMENT OF INFORMATION**
(Limited Liability Company)

L

10

**FILED**
In the office of the Secretary of State
of the State of California

DEC 1 8 2006

This Space For Filing Use Only

| Filing Fee $20.00. If amendment, see instructions. |
| --- |
| **IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM** |

1. **LIMITED LIABILITY COMPANY NAME** (Please do not alter if name is preprinted.)

VICTIM, LLC

**DUE DATE:**

**FILE NUMBER AND STATE OR PLACE OF ORGANIZATION**

| 2. SECRETARY OF STATE FILE NUMBER | 3. STATE OR PLACE OF ORGANIZATION |
| --- | --- |
| 200629310196 | CALIFORNIA |

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY AND STATE | | ZIP CODE |
| --- | --- | --- | --- |
| 1531 14th Street | Santa Monica, CA | | 90404 |

| 5. CALIFORNIA OFFICE WHERE RECORDS ARE MAINTAINED (DOMESTIC ONLY) | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- |
| 1531 14th Street | Santa Monica | CA | 90404 |

**NAME AND COMPLETE ADDRESS OF THE CHIEF EXECUTIVE OFFICER, IF ANY**

| 6. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
| --- | --- | --- | --- |
| Mark Williams | 1531 14th Street | Santa Monica, CA | 90404 |

**NAME AND COMPLETE ADDRESS OF ANY MANAGER OR MANAGERS, OR IF NONE HAVE BEEN APPOINTED OR ELECTED, PROVIDE THE NAME AND ADDRESS OF EACH MEMBER** (Attach additional pages, if necessary.)

| 7. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
| --- | --- | --- | --- |
| Mark Williams | 1531 14th Street | Santa Monica, CA | 90404 |
| 8. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
| Michael Pierce | 1531 14th Street | Santa Monica, CA | 90404 |
| 9. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
| | | | |

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California address. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 11 must be left blank.)

10. NAME OF AGENT FOR SERVICE OF PROCESS

Lilliana Montero c/o Montero Corporate Services

| 11. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- |
| 1241 Knollwood Drive, #131 | Cambria | CA | 93428 |

**TYPE OF BUSINESS**

12. DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY

Film Production

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| Lilliana Montero | *Lilliana Montero* | Agent | 12/7/06 |
| --- | --- | --- | --- |
| TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | SIGNATURE | TITLE | DATE |

| LLC-12 (REV 05/2005) | | APPROVED BY SECRETARY OF STATE |
| --- | --- | --- |

Exhibit C2



| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Victim, llc
Search Results: Displaying 2 of 2 entries



Labeled View

### *Victim :*

| | |
|---|---|
| **Type of Work:** | Recorded Document |
| **Document Number:** | V3546D112 |
| **Date of Recordation:** | 2006-12-01 |
| **Entire Copyright Document:** | V3546 D112 P1-22 |
| **Date of Execution:** | as of 10Nov06 |
| **Title:** | Victim : motion picture. |
| **Notes:** | Security agreement. |
| **Party 1:** | Victim, LLC. |
| **Party 2:** | Screen Actors Guild, Inc. |
| **Names:** | Victim, LLC |
| | Screen Actors Guild, Inc. |





| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record ▼   Format for Print/Save |
| Enter your email address: _____  Email |

---

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

# Exhibit D2

LLC-4/7



# State of California
## Secretary of State

**LIMITED LIABILITY COMPANY
CERTIFICATE OF CANCELLATION**

**FILED**
In the office of the Secretary of State
of the State of California

**NOV 3 0 2007**

There is no fee for filing a Certificate of Cancellation.

**IMPORTANT – Read instructions before completing this form.**

This Space For Filing Use Only

| FILE NUMBER | ENTITY NAME (Enter the exact name of the limited liability company.) |
|---|---|
| 1. Secretary of State File Number<br>200602710043 | 2 Name of Limited Liability Company<br>*Zero Gravity Management, LLC* |

**TAX LIABILITY** (The following statement should not be altered.)

3. A final franchise tax return, as described by Section 23332 of the Revenue and Taxation Code, or a final annual tax return, as described by Section 17947 of the Revenue and Taxation Code, has been or will be filed with the Franchise Tax Board, as required under Part 10.2 (commencing with Section 18401) of Division 2 of the Revenue and Taxation Code.

**DISSOLUTION** (Domestic limited liability companies ONLY. Check the "YES" or "NO" box, as applicable. Note: If the "NO" box is checked, a Certificate of Dissolution (Form LLC-3) pursuant to Corporations Code section 17356(a) must be filed prior to or together with this Certificate of Cancellation.)

4. The dissolution was made by a vote of all of the members. ☒ YES ☐ NO

**ADDITIONAL INFORMATION** (Enter any other information the managers or members filing the Certificate of Cancellation determine to include. Attach additional pages, if necessary. Additional information set forth on attached pages, if any, is incorporated herein by this reference and made part of this certificate. If no other information is to be included, leave Item 5 blank and proceed to Item 6.)

5.

**EXECUTION**

6. I declare I am the person who executed this instrument, which execution is my act and deed.

| Signature of Authorized Person | Date 11-26-07 | Type or Print Name and Title of Authorized Person  *Mark Williams, Member* |
|---|---|---|
| Signature of Authorized Person | Date | Type or Print Name and Title of Authorized Person |

**RETURN TO** (Enter the name and the address of the person or firm to whom a copy of the filed document should be returned.)

7 NAME *Mark Williams*
FIRM *Zero Gravity*
ADDRESS *1531 14th street*
CITY/STATE/ZIP *Santa Monica CA 90404*

LLC-4/7 (REV 09/2006)

APPROVED BY SECRETARY OF STATE

# Exhibit E2



# State of California
## Kevin Shelley
### Secretary of State
**STATEMENT OF INFORMATION**
(Limited Liability Company)

39

**FILED**
In the office of the Secretary of State
of the State of California

**JUN 0 7 2004**

KEVIN SHELLEY, SECRETARY OF STATE

This Space For Filing Use Only

**Filing Fee $20.00. If amendment, see instructions.**

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1. LIMITED LIABILITY COMPANY NAME: (Please do not alter if name is preprinted.)
TRUE GRIT, LLC

FILE NUMBER AND STATE OR PLACE OF ORGANIZATION

| 2. SECRETARY OF STATE FILE NUMBER | 3. STATE OR PLACE OF ORGANIZATION |
|---|---|
| 199720410054 | CALIFORNIA |

COMPLETE ADDRESSES FOR THE FOLLOWING (Do not abbreviate the name of the city. Items 4 and 5 cannot be PO Boxes.)

| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY AND STATE | | ZIP CODE |
|---|---|---|---|
| 1241 Knollwood Drive #131 | Cambria, CA | | 93428 |

| 5. CALIFORNIA OFFICE WHERE RECORDS ARE MAINTAINED (DOMESTIC ONLY) | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1241 Knollwood Drive, #131 | Cambria | CA | 93428 |

AGENT FOR SERVICE OF PROCESS
- If an individual, the agent must reside in California and Item 7 must be completed with a California address
- If a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 7 must be left blank.

6. NAME OF AGENT FOR SERVICE OF PROCESS
Lilliana Montero c/o Montero Corporate Services

| 7. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1241 Knollwood Drive #131 | Cambria | CA | 93428 |

TYPE OF BUSINESS

8. DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY

Entertainment

NAME AND COMPLETE ADDRESS OF ANY MANAGER OR MANAGERS, OR IF NONE HAVE BEEN APPOINTED OR ELECTED, PROVIDE THE NAME AND ADDRESS OF EACH MEMBER (Attach additional pages, if necessary.)

| 9. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| Michael Pierce | 1531 14th Street | Santa Monica, CA | 90404 |
| 10 NAME | ADDRESS | CITY AND STATE | ZIP CODE |
| | | | |
| 11 NAME | ADDRESS | CITY AND STATE | ZIP CODE |
| | | | |

NAME AND COMPLETE ADDRESS OF THE CHIEF EXECUTIVE OFFICER, IF ANY

| 12. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| Michael Pierce | 1531 14th Street | Santa Monica, CA | 90404 |

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT

| Lilliana Montero | | Agent | 3/25/04 |
|---|---|---|---|
| TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | SIGNATURE | TITLE | DATE |

**DUE DATE:**

LLC-12 (REV 01/2004)                          APPROVED BY SECRETARY OF STATE

# Exhibit F2

| | |
|---|---|
| **Future Films**<br>76 Dean Street<br>London<br>W1D 3SQ<br><br>**Company principal(s):**<br>Stephen Margolis, Chief Executive<br><br>Simon Horsman, CEO Future Films USA | Future Films was formed in 2000 and now provides a full range of services from pre-financing to post-production.<br><br>Future Films USA ("FFUSA") was established at the end of 2006 to offer services to the US production community. FFUSA offers debt and mezzanine financing to producers looking to make their films in the US.<br><br>It merged its post-production operation (Future Post) with London-based company Pepper in 2007.<br><br>Recent films include:<br>Transsiberian (2008)<br>Heart of the Earth (2007)<br>Max & Co. (2007)<br>Flawless (2007)<br>The Queen (2006) |

### Production companies with talent attached

| | |
|---|---|
| **Potboiler Productions**<br>9 Greek Street<br>London<br>W1D 4DQ<br><br>http://www.potboiler.co.uk/<br><br>**Company principal(s):**<br>Gail Egan | Potboiler Productions was established by Gail Egan and the late Simon Channing Williams, producing partners for Mike Leigh films through Thin Man Films, enabling them to work with other filmmakers.<br><br>Gail Egan is a member of the UK Film Council Board.<br><br>Recent films include:<br>Blindness (2008)<br>Happy-Go-Lucky (2008)<br>Flood (2007)<br>Shrooms (2006) |

# Exhibit G2



**State of California**
**Secretary of State**

**LIMITED LIABILITY COMPANY**
**APPLICATION FOR REGISTRATION**

A $70.00 filing fee AND a certificate of good standing from an authorized public official of the jurisdiction of formation must accompany this form.

**IMPORTANT -- Read instructions before completing this form.**

File # 20062381 0223



FILED
In the office of the Secretary of State
of the State of California

AUG 2 4 2006

This Space For Filing Use Only

**ENTITY NAME** (End the name in item 1 with the words "Limited Liability Company," "Ltd. Liability Co." or the abbreviations "LLC" or "L.L.C.")

1. NAME UNDER WHICH THE FOREIGN LIMITED LIABILITY COMPANY PROPOSES TO REGISTER AND TRANSACT BUSINESS IN CALIFORNIA

Future Films USA LLC

2. NAME OF THE FOREIGN LIMITED LIABILITY COMPANY, IF DIFFERENT FROM THAT ENTERED IN ITEM 1 ABOVE

**DATE AND PLACE OF ORGANIZATION**

3. THIS FOREIGN LIMITED LIABILITY COMPANY WAS FORMED ON   08 - 18 - 06   IN   DE
   (MONTH)   (DAY)   (YEAR)        (STATE OR COUNTRY)

AND IS AUTHORIZED TO EXERCISE ITS POWERS AND PRIVILEGES IN THAT STATE OR COUNTRY.

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and both items 4 and 5 must be completed. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and item 4 must be completed (leave item 5 blank).

4. NAME OF AGENT FOR SERVICE OF PROCESS

Simon Horsman

5. IF AN INDIVIDUAL, ADDRESS OF INITIAL AGENT FOR SERVICE OF PROCESS IN CALIFORNIA   CITY   STATE   ZIP CODE

1531 14th St.                                    Santa Monica   CA   90404

**APPOINTMENT** (The following statement is required by statute and may not be altered.)

6. IN THE EVENT THE ABOVE AGENT FOR SERVICE OF PROCESS RESIGNS AND IS NOT REPLACED, OR IF THE AGENT CANNOT BE FOUND OR SERVED WITH THE EXERCISE OF REASONABLE DILIGENCE, THE SECRETARY OF STATE OF THE STATE OF CALIFORNIA IS HEREBY APPOINTED AS THE AGENT FOR SERVICE OF PROCESS OF THIS FOREIGN LIMITED LIABILITY COMPANY.

**OFFICE ADDRESSES** (Do not abbreviate the name of the city.)

7. ADDRESS OF THE PRINCIPAL EXECUTIVE OFFICE   CITY AND STATE   ZIP CODE

1531 14th St.                                    Santa Monica, CA   90404

8. ADDRESS OF THE PRINCIPAL OFFICE IN CALIFORNIA, IF ANY   CITY   STATE   ZIP CODE

same as above                                                   CA

**EXECUTION**

9. I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

SIGNATURE OF AUTHORIZED PERSON          August 24, 2006
                                        DATE

Simon Horsman                           Authorized Person
TYPE OR PRINT NAME OF AUTHORIZED PERSON   TITLE OF AUTHORIZED PERSON

**RETURN TO** (Enter the name and the address of the person or firm to whom a copy of the filed document should be returned.)

10. NAME

FIRM

ADDRESS

CITY/STATE/ZIP

LLC-5 (REV 03/2006)                                APPROVED BY SECRETARY OF STATE

31317073

# *Delaware*

PAGE  1

### *The First State*

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "FUTURE FILMS USA LLC" IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWENTY-FOURTH DAY OF AUGUST, A.D. 2006.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "FUTURE FILMS USA LLC" WAS FORMED ON THE EIGHTEENTH DAY OF AUGUST, A.D. 2006.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL TAXES HAVE NOT BEEN ASSESSED TO DATE.



*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

4207296  8300

060792120

AUTHENTICATION: 4996983

DATE: 08-24-06

**200623810223**

# Exhibit H2







Who Lives at 1531 14th

https://www.spokeo.com/CA/Santa-Monica/1531-14th-St

SPOKEO

1531 14th St, Santa Monica, CA 90404

GET HELP

**PROFILE SECTIONS**

- 1531 14th St
- Property Details (5)
- Property Owners (1)
- Current Residents (21)
- Past Residents (17)
- Nearby Sex Offenders (2)
- Neighbors (10)
- Safety Stats

## 1531 14th St, Santa Monica, CA 90404

GET UPDATES

**PAST RESIDENTS**

| PERSON | LOCATION | RELATIVES | INCLUDES |
|---|---|---|---|
| Michael Pierce<br>Age 53 | 1820 Old Orchard Rd<br>Los Angeles, CA 90049 | Robert Pierce | VIEW DETAILS |
| Jose L Hernandez<br>Age 54 | 338 Glenshaw Ave<br>La Puente, CA 91744 | Fernando Hernandez<br>Fernando Hernandez<br>Sergio Hernandez<br>Maria Hernandez<br>Maria Hernandez | VIEW DETAILS |
| Lucas Akoskin | 8335 W Sunset Blvd<br>West Hollywood, CA 90069 | — | VIEW DETAILS |
| Jerry Bernard Gandara<br>Age 43 | 15631 New Hampton St<br>Hacienda Heights, CA 91745 | Jerry Gandara | VIEW DETAILS |
| Tilman Valentin Schweiger<br>Age 41 | 11601 Wilshire Blvd<br>Los Angeles, CA 90025 | Dana Schweiger | VIEW DETAILS |

PREV 1 2 ... 4 NEXT

Type here to search

9:14 PM
11/18/2019

Who Lives at 1531 14th

https://www.spokeo.com/CA/Santa-Monica/1531-14th-St

SPOKEO

1531 14th St, Santa Monica, CA 90404

GET HELP

**PROFILE SECTIONS**

- 1531 14th St
- Property Details (5)
- Property Owners (1)
- Current Residents (21)
- Past Residents (17)
- Nearby Sex Offenders (2)
- Neighbors (10)
- Safety Stats

## 1531 14th St, Santa Monica, CA 90404

GET UPDATES

**PAST RESIDENTS**

| PERSON | LOCATION | RELATIVES | INCLUDES |
|---|---|---|---|
| Wayne Albert Morse<br>Age 58 | 922 1/2 Milwood Ave<br>Venice, CA 90291 | Julie Morse<br>Kristen Morse | VIEW DETAILS |
| Dana Marie Schweiger<br>Age 51 | 9301 Wilshire Blvd<br>Beverly Hills, CA 90210 | Tilman Schweiger | VIEW DETAILS |
| Benjamin David Burfield<br>Age 44 | 3296 Kilwinning Pl<br>Columbus, OH 43221 | Larry Burfield<br>Sharon Burfield<br>Sheila Burfield<br>Sheila Burfield<br>Robin Burfield | VIEW DETAILS |
| Kellie Kristen Gesell<br>Age 37 | 123 S Hayworth Ave<br>Los Angeles, CA 90048 | Cranston Gesell<br>Catherine Gesell<br>Elaine Gesell<br>Sean Gesell<br>Gretchen Gesell | VIEW DETAILS |
| Lucas Akoskin | 8335 W Sunset Blvd<br>West Hollywood, CA 90069 | — | VIEW DETAILS |

PREV 1 2 3 4 NEXT

Type here to search

9:18 PM
11/18/2019

PAST RESIDENTS

| PERSON | LOCATION | RELATIVES | INCLUDES |
|---|---|---|---|
| **Mark Steven Levy** Age 53 | 1831 Chestnut St Philadelphia, PA 19103 | Aneshia Levy | VIEW DETAILS |
| **Thomas H Augsberger** Age 56 | 2745 La Cuesta Dr Los Angeles, CA 90046 | Joanna Augsberger Tessa Augsberger | VIEW DETAILS |
| **Margaret Diane Raymond** Age 72 | 56 Tifton Way N Ponte Vedra Beach, FL 32082 | Felicia Raymond Rachel Raymond Rachel Raymond John Raymond | VIEW DETAILS |
| **Jose Loreto Hernandez** Age 74 | 338 Glenshaw Ave La Puente, CA 91744 | Fernando Hernandez Fernando Hernandez Sergio Hernandez Maria Hernandez Maria Hernandez | VIEW DETAILS |
| **James Laurence Kay** Age 55 | 5593 W 79th St Los Angeles, CA 90045 | Claudia Kay Claudia Kay Taylor Kay Jordan Kay | VIEW DETAILS |

PREV   1  2  3  4   NEXT



Who Lives at 1531 14th

https://www.spokeo.com/CA/Santa-Monica/1531-14th-St

SPOKEO

1531 14th St, Santa Monica, CA 90404

GET HELP

**PROFILE SECTIONS**

- 1531 14th St
- Property Details (5)
- Property Owners (1)
- Current Residents (21)
- Past Residents (17)
- Nearby Sex Offenders (2)
- Neighbors (10)
- Safety Stats

# 1531 14th St, Santa Monica, CA 90404

GET UPDATES

PREV 1 2 ... 5 NEXT

## PAST RESIDENTS

| PERSON | LOCATION | RELATIVES | INCLUDES |
| --- | --- | --- | --- |
| Michael A Levine<br>Age 66 | 2376 Old Topanga Canyon Rd<br>Topanga, CA 90290 | Darren Levine<br>Shelley Levine<br>Sean Levine<br>Jan Levine | VIEW DETAILS |
| Pierson D Fode<br>Age 28 | 4943 Road N NE<br>Moses Lake, WA 98837 | Racheal Fode<br>Pharron Fode<br>Robin Fode<br>Payton Fode<br>Robin Fode | VIEW DETAILS |

PREV 1 ... 3 4 NEXT

## NEARBY SEX OFFENDERS

| OFFENDER | LOCATION | DETAILS | INCLUDES |
| --- | --- | --- | --- |
| Joshua Miller<br>Age 31 | Santa Monica<br>Los Angeles County | Born Apr 1987<br>White<br>6'0", 172 lbs<br>Blue Eyes, Brown Hair | VIEW DETAILS |
| Timothy Neal<br>Age 59 | Santa Monica<br>Los Angeles County | Born Jul 1959<br>Black<br>6'0", 170 lbs | |

Type here to search

9:21 PM
11/18/2019

# Exhibit I2

| https://en.wikipedia.org/wiki/Avatar_(2009_film) | Go | MAY | JUN | NOV | | |
|---|---|---|---|---|---|---|
| **925 captures** | | | ◀ **09** ▶ | | | |
| 9 Jun 2009 - 26 Jan 2020 | | 2008 | 2009 | 2010 | ▼ About this capture | |

# Avatar (2009 film)

From Wikipedia, the free encyclopedia

***Avatar*** is an upcoming 3-D science fiction film directed by James Cameron, due to be released on December 18, 2009.

## Contents

- 1 Premise
- 2 Cast
- 3 Production
    - 3.1 Development
    - 3.2 Filming and effects
    - 3.3 Music
- 4 Release
    - 4.1 Marketing
- 5 References
- 6 External links

## Premise

*Avatar* is set during the 22nd century on a small moon called Pandora, which orbits a gas giant, and is inhabited by the tribal Na'vi, ten foot blue humanoids that are peaceful unless attacked. Humans cannot breathe Pandoran air, so they genetically engineer human/Na'vi hybrids known as Avatars that can be controlled via a mental link. A paralyzed Marine named Jake Sully (Sam Worthington) volunteers to exist as an Avatar on Pandora, falling in love with a Na'vi princess and becoming caught up in the conflict between her people and the human military that is consuming their world.[3]

| *Avatar* | |
|---|---|
| Official logo | |
| **Directed by** | James Cameron |
| **Produced by** | James Cameron |
| | Jon Landau |
| **Written by** | James Cameron |
| **Starring** | Sam Worthington |
| | Zoë Saldaña |
| | Sigourney Weaver |
| | Michelle Rodriguez |
| | Stephen Lang |
| | Joel David Moore |
| **Music by** | James Horner |
| **Cinematography** | Mauro Fiore |
| **Editing by** | John Refoua |
| | Stephen Rivkin |
| **Distributed by** | 20th Century Fox |
| **Release date(s)** | December 18, 2009 |
| **Running time** | 189 minutes (theatrical) 150+ minutes (IMAX) .[1] |
| **Language** | English |
| **Budget** | US$240 million+[2] |

http://en.wikipedia.org/wiki/Avatar_(2009_film)    Go    MAY  JUN  NOV
925 captures                                              09
9 Jun 2009 - 29 Mar 2020                        2008  2009  2010

**Sam Worthington** as **Jake Sully**. Cameron cast the Australian actor after searching the world for promising young actors, preferring relative unknowns to keep the budget down. Worthington auditioned twice early in development,[4] and he has signed on for possible sequels.[5] Cameron felt because Worthington had not done a major film, he was "game for anything", giving the character "a quality that is really real. He has that quality of being a guy you'd want to have a beer with, and he ultimately becomes a leader who transforms the world."[6]

- **Zoe Saldana** as an alien Jake initially betrays, but eventually falls in love with.[5] The character will be entirely computer generated.[7] Saldaña has also signed on for sequels.[5]
- **Sigourney Weaver** as **Grace**, a botanist who mentors Jake Sully.[8] Weaver wore a red wig for the part. Her character was named "Shipley" at one point.[9] The character reminded Weaver of Cameron himself, being "very driven and very idealistic".[10]
- **Michelle Rodriguez** as **Trudy Chacon**, a retired Marine pilot. Cameron had wanted to work with Rodriguez since seeing her in *Girlfight* (2000).[11]
- **Giovanni Ribisi** as **Selfridge**, a passive-aggressive character.[12]
- **Joel David Moore** as an anthropologist who studies plant and nature life (like Weaver's character).His love interest is Michelle Rodriguez.[13]
- **CCH Pounder** as **Moha**, the Na'vi queen.[14]
- **Stephen Lang** as a Marine Corps colonel. Lang had unsuccessfully auditioned for a role in Cameron's *Aliens* (1986); the director remembered Lang and cast him in *Avatar*.[11]
- **Dileep Rao** as Dr. Max Patel. [15]
- **Matt Gerald** as the main villain.[16]

Actors Wes Studi, Laz Alonso, and Peter Mensah are also in the film.[13] Actor Michael Biehn entered talks with Cameron in March 2007 for a possible role in the film,[17] but his involvement is not confirmed.

# Production

## Development

In 1995, director James Cameron wrote an 80-page scriptment for *Avatar*.[4] Cameron said his inspiration was "every single science fiction book I read as a kid", and that he was particularly striving to update the style of Edgar Rice Burroughs' *John Carter* series. Cameron saw his story as being about how advanced civilizations supplant indigenous cultures, in either actively genocidal or more unpremeditated ways. In *Avatar*, humanity extends that practice to entire planets.[4] In August 1996, Cameron announced that after completing *Titanic*, he would film *Avatar*, which would make use of "synthetic", or computer-generated, actors.[18] The project would cost $100 million and involve at least six actors in leading roles "who appear to be real but do not exist in the physical world".[19] Special effects house Digital Domain, with whom Cameron has a partnership, joined the project, which was supposed to begin production in the summer of 1997.[20] However, that was not to be.

https://en.wikipedia.org/wiki/Avatar_(2009_film)

925 captures
[date]
About this capture

In 2005, Cameron was announced to be working on a project tentatively titled "*Project 880*", concurrently with another project, *Battle Angel*.[21] By December, Cameron said that he planned to film *Battle Angel* first for a summer 2007 release, and to film *Project 880* for a 2009 release.[22] In February 2006, Cameron said he had switched goals for the two film projects — *Project 880* was now scheduled for 2007 and *Battle Angel* for 2009. He indicated that the release of *Project 880* would possibly be delayed until 2008.[23] Later that February, Cameron revealed that *Project 880* was "a retooled version of *Avatar*", a film that he had tried to make years earlier,[24] citing the technological advances in the creation of the computer-generated characters Gollum, King Kong and Davy Jones.[4] Cameron had chosen *Avatar* over *Battle Angel* after completing a five-day camera test in the previous year.[25]

Cameron's early scriptment for *Avatar* had circulated on the Internet for years. When the project was re-announced, copies were subsequently removed from websites.[26] In June 2006, Cameron said that if *Avatar* was successful, he hoped to make two sequels to the film.[27]

From January to April 2006, Cameron worked on the script. Working with Paul Frommer, linguist and Director of the Center for Management Communication at USC, he developed a whole language and culture for the Na'vi, the indigenous race on Pandora.[4] In July, Cameron announced that he would film *Avatar* for a summer 2008 release and planned to begin principal photography with an established cast by February 2007.[28] The following August, the visual effects studio Weta Digital signed on to help Cameron produce *Avatar*.[29] Stan Winston, who had collaborated with Cameron in the past, joined *Avatar* to help with the film's designs.[30] In September 2006, Cameron was announced to be using his own Reality Camera System to film in 3-D. The system would use two high-definition cameras in a single camera body to create depth perception.[31]

## Filming and effects

In December 2006, Cameron explained that the delay in producing the film since the 1990s had been to wait until the technology necessary to create his project was advanced enough. The director planned to create photo-realistic computer-generated characters by using motion capture animation technology, on which he had been doing work for the past 14 months. Unlike previous performance capture systems, where the digital environment is added after the actors' motions have been captured, Cameron's new virtual camera allows him to directly observe on a monitor how the actors' virtual counterparts interact with the movie's digital world in real time and adjust and direct the scenes just as if shooting live action; "It's like a big, powerful game engine. If I want to fly through space, or change my perspective, I can. I can turn the whole scene into a living miniature and go through it on a 50 to 1 scale."[33] Cameron planned to continue developing the special effects for *Avatar*, which he hoped would be released in summer 2009. He also gave directors Steven Spielberg and Peter Jackson a chance to test the new technology.[34] Spielberg and George Lucas were also able to visit the set to watch Cameron direct with the equipment.[13]

> It's this form of pure creation where if you want to move a tree or a mountain or the sky or change the time of day, you have complete control over the elements.
> —James Cameron on virtual filmmaking[32]

Other technological innovations include a performance-capture stage, called The Volume, which is six times larger than previously used and an improved method of capturing facial expressions. The tool is a

https://en.wikipedia.org/wiki/Avatar_(2009_fil...

925 captures
9 Jan 2009 - 26 Jan 2020

About this capture

small, individually made skull cap with a tiny camera attached to it, located in front of the actors' face, which collects information about their facial expressions and eyes, which is then transmitted to the computers. Besides a real time virtual world, the team is also experimenting with a way of letting computer-generated characters interact with real actors on a real, live-action set while shooting live action.[35]

In January 2007, Paramount Pictures announced a live-action adaptation of *Avatar: The Last Airbender* under M. Night Shyamalan and said that the project's name had been registered to the Motion Picture Association of America for movie title ownership, though a 20th Century Fox representative for James Cameron's *Avatar* indicated that the studio owned the movie title.[36] Paramount eventually retitled its film as merely *The Last Airbender*.[37] In the same month, Fox announced that the studio's *Avatar* would be filmed in 3D with 24 frames per second. Cameron described the film as a hybrid with a full live-action shoot in combination with computer-generated characters and live environments. "Ideally at the end of the day the audience has no idea which they're looking at," Cameron said. The director indicated that he had already worked four months on nonprincipal scenes for the film. Principal photography began in April 2008,[38] and was done around parts of Los Angeles as well as New Zealand. The live action is shot with the proprietary Fusion digital 3-D camera system developed by Cameron and Vince Pace. According to Cameron, the film will be composed of 60% computer-generated elements and 40% live action, as well as traditional miniatures.[39] The performance-capture photography would last 31 days at the Hughes Aircraft stage in Playa Vista, Los Angeles, California.[2][25] In October, Cameron was scheduled to shoot live-action in New Zealand[11] for another 31 days.[4]

To create the human mining colony on Pandora, production designers visited the *Noble Clyde Boudreaux* drilling rig in the Gulf of Mexico during June 2007. They photographed, measured and filmed every aspect of the rig, which will be replicated on-screen with photorealistic CGI.[40] Around 1000 people worked on the production.[2]

## Music

Composer James Horner will score the film, which will be his third collaboration with Cameron after *Aliens* and *Titanic*.[41] Horner recorded parts of the score with a small chorus singing in the alien language Na'vi in March 2008.[42] He is also working with Wanda Bryant, an ethnomusicologist, to create a music culture for the alien race.[43] The first scoring sessions are planned to take place in spring.[44]

## Release

*Avatar* was originally set for release on May 22, 2009 during filming,[45] but the film was pushed back to December 18, 2009. This was done to allow more post-production time, and to also give more time for theaters worldwide to install 3D projectors.[46] The film's aspect ratio will be 16:9, but a CinemaScope format will be extracted for 2D screenings since those theaters will not manage the film's actual ratio.[47] "Avatar" has been confirmed to have a runtime of 189 minutes. However, it is thought that this will have to be edited down for IMAX showings, as the maximum length for IMAX films is 160 minutes.

Marketing

https://...kipedia.org/wiki/Avatar_(2009_film)   Go   MAY JUN NOV   09

**925 captures**

James Cameron chose Ubisoft to create an *Avatar* RPG for the film in 2007. The filmmakers and game developers collaborated heavily, and Cameron decided to include some of Ubisoft's vehicle and creature designs into the film.[3] A Mattel toy line will debut in October 2009. Each figure, creature, or vehicle will come with a 3D tag which can be scanned by a webcam, allowing the user to unlock content about the *Avatar* universe on their computer.[48] A teaser trailer is going to run in front of Transformers: Revenge of the Fallen, out June 26, 2009.

# References

1. ^ Peter Sciretta (2009-06-04). "Avatar Running Time is Over Two and a Half Hours". */Film*. http://www.slashfilm.com/2009/06/04/avatar-running-time-is-over-two-and-a-half-hours/. Retrieved on 2009-06-06.
2. ^ *a b c* Josh Quittner (2009-03-19). "3-D: The Future of Movies". *Time*. http://www.time.com/time/magazine/article/0,9171,1886541-3,00.html. Retrieved on 2009-03-19.
3. ^ *a b* "James Cameron's Na'vi Banshees Take Flight In The Avatar Video Game". io9. 2009-06-02. http://io9.com/5275122/james-camerons-navi-banshees-take-flight-in-the-avatar-video-game. Retrieved on 2009-06-02.
4. ^ *a b c d e f* Jeff Jensen (2007-01-10). "Great Expectations". *Entertainment Weekly*. http://www.ew.com/ew/article/0,,20007998,00.html. Retrieved on 2007-01-28.
5. ^ *a b c* 20th Century Fox (2007-01-09). "Cameron's *Avatar* Starts Filming in April". *ComingSoon.net*. http://www.comingsoon.net/news/avatarnews.php?id=18318. Retrieved on 2007-01-13.
6. ^ John Horn. "Faces to watch 2009: film, TV, music and Web". *Los Angeles Times*. http://www.latimes.com/entertainment/news/la-et-faces-watch-2009-film-music-tv-web-pg,0,2140976.photogallery?index=11. Retrieved on 2008-12-28.
7. ^ "'Titanic' director's new film set for '09". *CNN*. 2007-01-09. http://edition.cnn.com/2007/SHOWBIZ/Movies/01/09/film.cameron.reut/index.html. Retrieved on 2007-01-09.
8. ^ Clint Morris (2007-08-02). "Sigouney Weaver talks *Avatar*". *Moviehole.net*. http://www.moviehole.net/news/20070802_sigouney_weaver_talks_avatar.html. Retrieved on 2007-08-02.

9. ^ "Things We've Learnt". *Empire*: pp. 27. February 2008.
10. ^ Shawn Adler (2008-02-27). "Sigourney Weaver's 'Avatar' Character Mirrors James Cameron, Actress Says". *MTV Movies Blog*. http://moviesblog.mtv.com/2008/02/27/sigourney-weaver-on-avatar/. Retrieved on 2008-02-28.
11. ^ *a b c* Anne Thompson (2007-08-02). "Lang, Rodriguez armed for 'Avatar'". *Variety*. http://www.variety.com/article/VR1117969650.html?categoryid=13&cs=1. Retrieved on 2007-08-03.
12. ^ Leslie Simmons (2007-09-21). "'Avatar' has new player with Ribisi". *The Hollywood Reporter*. http://www.hollywoodreporter.com/hr/content_display/news/e3i5bf6a751bdf67ff54ba0a195d9527992. Retrieved on 2007-09-21.
13. ^ *a b c* Steve Chupnick (2007-08-30). "EXCL: Moore on Cameron's *Avatar*". *ComingSoon.net*. http://www.comingsoon.net/news/avatarnews.php?id=36720. Retrieved on 2007-08-30.
14. ^ Melissa Wilson (2007-04-30). "CCH Pounder on 'Avatar'". http://firefox.org/news/articles/332/1/CCH-Pounder-on-039Avatar039/Page1.html. Retrieved on 2009-05-18.
15. ^ Lewis Bazley (2009-05-25). "Drag Me to Hell Review". *inthenews.co.uk*. http://www.inthenews.co.uk/entertainment/reviews/film/non-fiction/drag-me-hell-$1298376.htm. Retrieved on 2009-06-02.
16. ^ Bryon Perry (2007-11-11). "Matt Gerald". *Variety*. http://www.variety.com/article/VR1117975756.html?categoryId=28&cs=1. Retrieved on 2007-11-12.
17. ^ Patrick Lee (2007-03-25). "Biehn Talks Possible *Avatar* Role". *Sci Fi Wire*. http://www.scifi.com/scifiwire/index.php?id=40733. Retrieved on 2007-03-25.

https://en.wikipedia.org/wiki/Avatar_(2009_film)
925 captures
19 Jun 2009 - 2009

18. ^ Judy Heyrdeis; Mike Conklin (1996-08-09). "Channel 2 has Monday morning team in place". *Chicago Tribune*.

19. ^ Randy McMullen; Joe Garofoli (1996-08-09). "People". *Contra Costa Times*.

20. ^ "Synthetic actors to star in *Avatar*". *St. Petersburg Times*. 1996-08-12.

21. ^ Anne Thompson; Sheigh Crabtree (2005-06-14). "Cameron turns to new project". *The Hollywood Reporter*. http://www.hollywoodreporter.com/thr/article_display.jsp?vnu_content_id=1000956665. Retrieved on 2006-10-18.

22. ^ Sheigh Crabtree; Tatiana Siegel (2005-12-07). "Cameron ready for 'Battle'". *The Hollywood Reporter*. http://www.hollywoodreporter.com/thr/film/article_display.jsp?vnu_content_id=1001615502. Retrieved on 2006-10-18.

23. ^ Degen Pener (2006-02-17). "He'll Be Back". *Entertainment Weekly*. http://www.ew.com/ew/report/0,6115,1160318_1_0_,00.html. Retrieved on 2006-10-18.

24. ^ Harry Knowles (2006-02-28). "Harry talks to James Cameron, Cracks PROJECT 880, the BATTLE ANGEL trilogy & Cameron's live shoot on Mars!!!". *Ain't It Cool News*. http://www.aintitcool.com/display.cgi?id=22599. Retrieved on 2006-10-18.

25. ^ *a b* John Horn (2007-01-08). "Director Cameron to shoot again". *Los Angeles Times*. http://www.latimes.com/entertainment/news/la-et-cameron8jan08,0,1470846.story.

26. ^ Mike Sampson (2006-01-17). "Cameron's Project 880 is...". *JoBlo.com*. http://www.joblo.com/index.php?id=9991. Retrieved on 2006-10-18.

27. ^ Carroll, Larry (2006-06-29). "'Titanic' Mastermind James Cameron's King-Size Comeback: Two Sci-Fi Trilogies". *MTV*. http://www.mtv.com/movies/news/articles/1535402/06292006/story.jhtml. Retrieved on 2006-10-18.

28. ^ Sheigh Crabtree (2006-07-07). "Cameron comes back with CG extravaganza". The Hollywood Reporter. http://www.hollywoodreporter.com/thr/columns/film_reporter_display.jsp?vnu_content_id=1002801137. Retrieved on 2006-10-18.

29. ^ Lynn Smith (2006-08-04). "Special-Effects Giant Signs on for 'Avatar'". *Los Angeles Times*.

30. ^ Duncan, Jody; James Cameron (October 2006). *The Winston Effect*. Titan Books. ISBN 1845761502.

31. ^ Jen Waters (2006-12-28). "Technology adds more in-depth feeling to the movie experience". *The Washington Times*.

32. ^ Andrea Baillie (2008-09-04). "Bigger than Titanic?". *Winnipeg Sun*. http://www.winnipegsun.com/Entertainment/Movies/2008/09/04/6655886-sun.html. Retrieved on 2008-09-04.

33. ^ Sharon Waxman (2007-01-09). "Computers Join Actors in Hybrids On Screen". *The New York Times*. http://www.nytimes.com/2007/01/09/movies/09came.html?ei=5088&en=a04547b0447818e8&ex=1325998800&adxnnl=1&partner=rssnyt&emc=rss&adxnnlx=1188209207-Eot0a/VzVL5PO0muPKzKNA. Retrieved on 2007-08-22.

34. ^ James Rampton (2006-12-20). "James Cameron: King of all he surveys". *The Independent*. http://enjoyment.independent.co.uk/film/features/article2087309.ece. Retrieved on 2006-12-20.

35. ^ Aili McConnon (2007-04-02). "James Cameron on the Cutting Edge". *BusinessWeek*. http://www.businessweek.com/magazine/content/07_14/b4028005.htm. Retrieved on 2007-08-28.

36. ^ Pamela McClintock (2007-01-08). "Shyamalan's 'Avatar' also to bigscreen". *Variety*. http://www.variety.com/article/VR1117956950.html?categoryid=13&cs=1. Retrieved on 2007-01-13.

37. ^ Pamela McClintock, Tatina Siegel (2008-04-15). "Nickelodeon, Par team for 'Airbender'". *Variety*. http://www.variety.com/article/VR1117984091.html?categoryid=13&cs=1. Retrieved on 2008-04-15.

38. ^ Sharon Waxman (2007-01-08). "'Titanic' Director Joins Fox on $200 Million Film". *The New York Times*. http://www.nytimes.com/2007/01/08/movies/08cnd-cameron.html.

39. ^ Anne Thompson (2007-01-09). "Cameron sets live-action, CG epic for 2009". *The Hollywood Reporter*. http://www.hollywoodreporter.com/hr/content_display/news/e3i1c5a3d24ccc0c11be93b57ad6f2ed194. Retrieved on 2007-01-13.

40. ^ "Avatar Designs Based on Drilling Rig". *ComingSoon.net*. 2008-01-12. http://www.comingsoon.net/news/avatarnews.php?id=40855. Retrieved on 2008-01-14.

41. ^ Mikael Carlsson (2007-06-12). "Fox confirms Horner on Cameron's 'Avatar'". *Film Music* [https://en.wikipedia.org/wiki/Avatar_(2009_film) ...]

42. ^ Jim Dorey (2008-04-02). "Na'vi Alien Language Incorporated In 'Avatar' Music Soundtrack". *MarketSaw Blog*. http://marketsaw.blogspot.com/2008/04/navi-alien-language-incorporated-in.html. Retrieved on 2008-04-21.

43. ^ Ann Lucas (Fall 2007). "Alumni News" (PDF). UCLA Department of Ethnomusicology. http://www.ethnomusic.ucla.edu/publications/newsletters/newsletterfall07.pdf. Retrieved on 2008-07-24.

44. ^ Mikael Carlsson (2009-01-03). "Top-10 Most Anticipated Scores of 2009". Upcoming Film Scores. http://upcomingfilmscores.blogspot.com/2009/01/top-10-most-anticipated-scores-of-2009.html. Retrieved on 2009-01-07.

45. ^ Dave McNary (2007-07-13). "Hollywood film's dating game" *Variety*. http://www.variety.com/article/VR1117977545.html?categoryid=13&cs=1 &nid=2564. Retrieved on 2007-07-17.

46. ^ Pamela McClintock, Michael Fleming (2007-12-11). "Fox shifts 'Avatar,' 'Museum'". *Variety*. http://www.variety.com/article/VR1117977544.html?categoryid=13&cs=1. Retrieved on 2007-12-12.

47. ^ "James Cameron Q & A Podcast from Aliens / The Abyss Event!". *MarketSaw*. 2009-05-30. http://marketsaw.blogspot.com/2009/05/james-cameron-q-podcast-from-aliens.html. Retrieved on 2009-06-02.

48. ^ "Mattel is Master Toy Licensee for Cameron's Avatar". *ComingSoon.net*. 2009-02-13. http://www.comingsoon.net/news/movienews.php?id=52860. Retrieved on 2009-02-13.

# External links

- *Avatar* (https://web.archive.org/web/20090609143743/http://www.allmovie.com/work/352199) at Allmovie
- *Avatar* (https://web.archive.org/web/20090609143743/http://www.imdb.com/title/tt0499549/) at the Internet Movie Database

Retrieved from "http://en.wikipedia.org/wiki/Avatar_(2009_film)"
Categories: Upcoming films | 2009 films | Films directed by James Cameron | Science fiction action films | Computer-animated films | 3-D films | Films shot digitally

- This page was last modified on 9 June 2009 at 13:26.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.)
  Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a U.S. registered 501(c)(3) tax-deductible nonprofit charity.