# Exhibit J2

https://www.chicagotribune.com/news/ct-..,m-1996-08-09-9608090214-story.htm [Go] ⌐ ⁊  NOV  DEC    👤 ❓ ✖

**1 capture**                                          ◄ **29** ►         
29 Nov 2018                                          2017 **2018** 2019    ▼ About this capture

# CHANNEL 2 HAS MONDAY MORNING TEAM IN PLACE

By **Judy Hevrdejs and Mike Conklin**
CHICAGO TRIBUNE

AUGUST 9, 1996

**W**hen WBBM-Ch.2 joins the morning show sweepstakes at 6 a.m. Monday with "2 News This Morning," Jodine Costanzo and Joan Lovett will be at the anchor desk. Meteorologist Jodie Saeland will handle the rain-heat-snow business, while lead reporter duties go to Sarah Lucero.

Station honcho Bob McGann, happy with the team he's got serving up a breakfast fare of news, weather and traffic, tells us "It will be an evolving program." And Costanzo, who came to WBBM recently after several years on a morning program in Cleveland, expects the show to be "a little more loose and upbeat . . . than the 10 o'clock news."

P.S.: Scratch rumors that Channel 2 is fiddling with its 6 p.m. newscast to make way for "Hard Copy." McGann says "Hard Copy" will air at 4 p.m., bumping "American Journal," and he has plans to beef up the 6 p.m. news.

Pol watching: Eleanor Mondale, former Chicago radio personality, ex-wife of the Bears' Keith Van Horne, jogging partner to President Clinton, and daughter of ex-VP Walter Mondale, is covering both conventions for "E! News Daily."

Bipartisan bouquets: Dem Rod Blagojevich and wife Patti, whose first child, Amy, was born last weekend, received congratulatory flowers Wednesday from the GOP's Al Salvi and wife Kathy. Figure the couples are also exchanging parenting tips--the Salvis welcomed a new son in June.

Lob shots: Classmates of Kathy Griffin from Oak Park-River Forest High School should tune in this fall to Brooke Shields' new NBC show, "Suddenly Susan." Griffin, whose specialty is standup comedy, has landed a recurring role on the sitcom after years of bit parts and guest shots on such projects as "ER" and "Seinfeld." We'll be curious if a tennis theme is dropped into a storyline since Shields' regular ace is Andre Agassi and Kathy's brother, John, a video producer, is a former tennis pro who played at Northern Illinois.

Hollyweird: INC. sort of wishes we could be on the Rome set of Jean-Claude Van Damme's "The Colony" when Dennis Rodman meets his evil archrival in the movie--bad-boy actor and lord of grunge, Mickey Rourke. Don't know what the head-butter will have to say to the boxer, but maybe Rodman could give some fashion tips to the notoriously unkempt and reportedly (you didn't think we'd personally check) hygienically challenged Rourke.

https://www.chicagotribune.com/news/ct-...pm-1996-08-09-9608090214-story.htm   Go

NOV
29
2017 2018 2019

1 capture
29 Nov 2018

About this capture

you'll want to be at Ed Debevic's on Wells Street Saturday afternoon.

Had to happen: Legendary independent filmmaker Roger Corman, who gave us "Not of This Earth," "Frankenstein Unbound," and "The Little Shop of Horrors," has announced his next project--How come this doesn't surprise us?--"Mars Lives.". . . Stunned by the high salaries in Hollywood? Director James Cameron's next project after he finishes "Titanic" is called "Avatar" and will use "synthetic" or computer-generated actors.

Passages: Friday birthdays: Gillian Anderson, 28; Amanda Bearse, 38; Sam Elliott, 52; Melanie Griffith, 39; Whitney Houston, 33; Rod Laver, 58; Dora Marian Plewe, 104; Bob Sirott, 47; David Steinberg, 54. Saturday birthdays: Ian Anderson, 49; Rosanna Arquette, 37; Patti Austin, 48; Jimmy Dean, 68; Eddie Fisher, 68; Rhonda Fleming, 73; Abraham Lincoln Marovitz, 91; Seymour Simon, 81.

Fun in the sun: Jim and Beth Dahlke have no problem with the new swimming pool Mancow Muller had installed in their back yard after the Aurora couple won a WRCX-FM contest. What they're not too sure about is the pool boy who's showing up Friday a.m.--Kato Kaelin. Short of having him fish leaves out of the pool and hand out towels, the Dahlkes' 16-year-old daughter Cherryle wants to ask Kaelin about gloves and knives. And no, Beth tells us she won't offer the professional houseguest one of their extra bedrooms.

Copyright © 2018, Chicago Tribune

**This article is related to:** Kathy Griffin, Melanie Griffith, Mickey Rourke, Rod Laver

# Exhibit K2



CHANNEL 2 HAS MONDAY MOR
Wayback Machine
web.archive.org/web/2018*/https://www.chicagotribune.com/news/ct-xpm-1996-08-09-9608090214-story.html
Apps
'Elysium' Director St...
cameronlitdreh.html
'Breaking Bad' Auct...
"Fraud on the Court...
haven - Google Sea...
"Incorporate By Ref...
"Gross Negligence"...
(Contract) Technical...
Other bookmarks
SIGN IN
UPLOAD
Search
ABOUT
CONTACT
BLOG
PROJECTS
HELP
DONATE
JOBS
VOLUNTEER
PEOPLE
DONATE
INTERNET ARCHIVE
WayBackMachine
Explore more than 396 billion web pages saved over time
https://www.chicagotribune.com/news/ct-xpm-1996-08-09-9608090214-
Calendar · Collections · Changes · Summary · Site Map
Saved 1 time November 29, 2018.
1997 1998 1999 2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011 2012 2013 2014 2015 2016 2017 2018
JAN
FEB
MAR
APR
Feedback
Type here to search
12:53 PM
12/11/2019

# Exhibit L2

9/18/2019                                 jackchaos.com - The Freak of Geeks [News]



http://www.jackchaos.com/   Go

82 captures
2 Mar 2000 - 3 Oct 2016

FEB  **MAR**  JUN
◀  **02**  ▶
1999  2000  2001

▼ About this capture

jackchaos.com    News  pScience  pFeatures  pFhiles  Ascension  Headhackers  pForums

FGN
FUTURE GAMES
NETWORK
Member Future
Games Network

the freak
of geeks

**News Archives
General pForum**

jackchaos.com

Submit some news? Send
mail to: Spanky

Or check out our
**Mailbag**

Check out the
extensive **MMOG**
list.

jackchaos.com - **The Freak of
Geeks**

jackchaos.com

**Geekworthy**

(what we're playing)
The Sims
Planescape: Torment
FF8
Nox Demo
Ascension
Uo

**gamestop!**
Buy Your Games Online, At
Gamestop!
Pre-Order
Sony Playstation 2

PSX2

$399.99*
No Money Down

PSX2

Pre Order
**NOX**
**Only $39.99**

Order Diablo II now
for
**ONLY $49.99!**

**News
pScience

pFeatures**

- cCon
- FF8 FAQ
- Icewind Dale
- Neverwinter
- Nox Whorehouse
- Shadowbane
- Ultima IX

**Wednesday, March 1**

**Old Man Murray Reviews Nox** 12:25 PM
Often funny more than informative, Old Man Murray reviews
Nox in his bitter, but lovable way. *More...*

**Demise: Rise of the Ku'Tan** 12:20 PM
GA-RPG Reviews the independently produced "Demise: Rise of
the Ku'Tan". *More...*

**Vampire Beta List** 11:59 AM
If you're dying to see if you made the Vampire: The
Masquerade Beta list, head here. *More...*

**Tuesday, February 29**

**LORD OF THE RINGS: Footage Shown to Execs** 2:39 PM
As filming goes underway of what will be the BIGGEST set of
fantasy trilogies since Star Wars. New Line Cinema shows off
18 minutes of footage to big shots. *More...*

**Diablo II Status Report** 2:27 PM
Diabloii.net has compiled a hefty portion of information from
numerous sources on the current state of the much hyped
Diablo Sequel. Including a word on the much anticipated
closed beta. *More...*

**14 Shots - Everquest: Ruins on Kunark** 2:23 PM
AGN has scored 14 shots of Verant Interactive's upcoming
addon expansion pack. *More...*

**Alone in the Dark: 4 Preview** 2:20 PM
Ahhh.... these games bring back old memories. The Original
Creepy Game! Gamelinks has a preview with some nice
screenies of what BETTER be as good as its earlier
incarnations. *More...*

**Top 5 Headlines**
Old Man Murray Reviews Nox
Demise: Rise of the Ku'Tan
Vampire Beta List
LORD OF THE RINGS: Footage
Shown to Execs
Diablo II Status Report

**Latest pFeatures**

Nox Demo Guide New

Diablo II vs Nox New

Jarek Grochal's Kick Ass
Final Fantasy VIII FAQ

James Cameron Movie Script:
Avatar

Dev Spotlight - Wizardry 8

Headhacker's
PK/PVP Guides

**More pFeatures**

**Buzz-pFhiles**

Nox Multiplayer Demo New
Divinity Movie
Nox Movie
EARTH 2150

# Exhibit M2



# Exhibit N2



# Exhibit O2

Google

"jackchaos.com" avatar

🔍 All    ▶ Videos    🖾 Images    📰 News    🛒 Shopping    ⋮ More          Settings    Tools          SafeSearch on

Jan 1, 1995 – Dec 31, 2005 ▾    All results ▾    Clear

### Ultima 9 FAQ - Blue's News
https://www.bluesnews.com › faqs ✔ ▾
Feb 1, 2001 - Fixed an audio problem involving the **Avatar's** sounds not playing in Windows 95
...... **Avatar** +++ http://rpgplanet.com/ultima9 **jackchaos.com** Spanky's Ascension ...
Patch Descriptions · Sound Issues · commented Options.Ini · Plot related issues ...

### Ultima IX: Ascension // FAQ на AG.ru
https://ag.ru › Игры › Ultima IX: Ascension ✔ ▾
Apr 25, 2000 - be careful, he is a tough one for an unexperienced **Avatar**. In Paws, Bella at ......
http://www.**jackchaos.com**/pfeatures/ascension/spoilers.html * Terilem Dragon ...

**Wright Area Action Group, Santa Rosa, CA** - Based on your past activity - Use precise location - Learn more

Help    Send feedback    Privacy    Terms

Exhibit P2

screenplays

online:

(note: the members.xoom.com-hosts might be down from time to time)

**Terminator:**

Treatment

Script (4th draft)

**Aliens** (First Draft)

**Alien Nation** (Rockne S. O'Bannon & James Cameron)

**FIRST BLOOD II**: THE MISSION (James Cameron)

**RAMBO: FIRST BLOOD PART II** (Sylvester Stallone and James Cameron)

**Abyss**

**Terminator 2: Judgement Day:**

Script (James Cameron & William Wisher)

**Terminator 2: 3-D Batte across time:**

Script (James Cameron & Adam Bezark)

**True Lies**

**Strange Days:**

- Scriptment

- Script (James Cameron and Jay Cocks)

**Titanic**

Avatar

Spiderman Scriptment

Spiderman - Drehbuchentwurf

**The Crowded  Room**

**Dark Angel** (James Cameron and Charles H. Eglee)

http://www.uni-kiel.de/medien/cameronlitdreh.html    Go    ◄ R  MAY  **SEP** ►  08

**19 captures**
8 May 2003 - 3 Feb 2019                                              2002  2003  **2004**    ▼ About this capture

Cameron, James, and William Wisher. Terminator 2:  Judgment Day -- The Book of the Film: An Illustrated  Screenplay. New York: Applause Books, 1991.

Cameron, James. Strange Days: A "Script-Ment." New York: Plume, 1995.

Foster, Alan Dean: Aliens. Novelization based on the screenplay by James Cameron. Warner Books 1986. ISBN 0-7515-0343-6

Frakes, Randall. Terminator 2: Judgment Day. New York: Bantam Books, 1991.

Frakes, Randall, ed. Titanic: James Cameron's Illustrated Screenplay. New York:  HarperCollins Publishers Inc., 1997.

"The Terminator" (with Bill Wisher) (Bantam 0-553-25317-4, Nov '85 [Sep '85], $2.95, 240pp, pb) Novelization of the sf movie, based on the screenplay
by James Cameron and Gale Anne Hurd. The British novelization, by another author, is completely different.

"The Terminator" (with Bill Wisher) (Bantam Spectra 0-553-25317-4, Jun '91 [May '91], $4.99, 240pp, pb) Reissue (Bantam 1985) novelization of the sf
cult film based on the screenplay by James Cameron & Gale Anne Hurd; second printing.

Shay, Don, and Jody Duncan. The Making of Terminator 2: Judgment Day. New York: Bantam Spectra, 1991.

# Exhibit Q2

Ain't It Cool News (www.aintitcool.com)

| HOME (/) | COOL NEWS (/SECTION/COOLNEWS/) | COAXIAL (/SECTION/COAXIAL/) | REVIEWS (/SECTION/REVIEWS/) | COMICS (/SECTION/COMICS/) | CONTACT (/CONTACT/) | SEARCH Q (/SITE-SEARCH/) |

## MOVIE NEWS

### A Question For James Cameron About AVA... Errrrrr, PROJECT 880!!

Published at: Feb. 3, 2006, 6:28 a.m. CST by staff (https://twitter.com/)

Hi, everyone. "Moriarty" (mailto:Moriarty@aintitcool.com) here with some Rumblings From The Lab...

Okay. I guess it's time to discuss one of the worst-kept best-kept secrets in Hollywood right now.

Word's been leaking for a little while, little by little, and it's harder and harder to pretend like the secret isn't out there. James Cameron has long been rumored to be working on a big-screen adaptation of BATTLE ANGEL ALITA. I know he's been working on it. He's worked with other writers, and he's been working his art department hard, as long as two years ago. And as he gets closer and closer to production, it seemed like BATTLE ANGEL was pretty much a sure thing. James Cameron's big return to narrative feature filmmaking. An event on the scale of any LORD OF THE RINGS or STAR WARS or Spielberg event. And make no mistake, Cameron's return film will be a genuine cultural event, no matter *what* he ends up making. It's just exciting to know that he's finally back at work, his head back in the game completely.

But last summer, when word of PROJECT 880 first broke (http://www.aintitcool.com/display.cgi?id=20449), it genuinely was a secret. Cameron had been quietly taking measures to keep that secret for about six months before that, and in doing so, he sort of gave the game away early. The moment we started seeing those clues, Harry and I both spoke and decided to let it play out a bit before mentioning it. We didn't want to spook Cameron off of it again.

And "it" is a project that Cameron almost made about a decade ago, a film that I have always mourned the loss of with the same fervor that Knowles bemoans the fact that CRUSADE never got made. I considered "it" to be a genuine loss for cinema in general, and for James Cameron superfans in particular. And it's funny. I haven't really ever had a James Cameron film to cover during my time at AICN, so I haven't spent a lot of time writing about him. I don't think I've ever fully articulated just how insane about Cameron's work I am.

And despite Cameron's assurances that we are going to see BATTLE ANGEL ALITA next (http://www.aintitcool.com/display.cgi?id=20955), we were getting bombarded with rumors about the resurrection of "it," a film called AVATAR, to the point that Harry had to finally mention it last August.

So is that what we're going to see in 2007? Is it going to happen instead of BATTLE ANGEL? Are we finally going to get a look at AVATAR? We've been talking about this film for pretty much the full ten years that Ain't It Cool has been around. We're missing a lot of that first year and a half, but here's one of our early mentions of the project (http://www.aintitcool.com/display.cgi?id=142), and a review from the year 2000 of the treatment (http://www.aintitcool.com/display.cgi?id=5169) which cracks me up if only because AB King somehow managed to make it all about Arnold Schwarzenengger... *again.*

But all of this simply raises a question, one that I wish I could ask Cameron directly. I wish I could just say, "My question for you today, Mr. Cameron, is very simple: are we finally going to Pandora?"

What set me off? This e-mail appeared in the mailbox earlier tonight:

AvatarMovie.com (http://www.avatarmovie.com)

ExplorePandora.com (http://www.explorepandora.com)

VisitPandora.com (http://www.visitpandora.com)

## TRENDING

KNIVES OUT! (/knives-out-reviews-jill-friedman-82634/)

The Mandalorian Episode II (spoiler-y) Review (/benny-mandalorian-episode-2-review-82617/)

The Mandalorian Episode 3 recap/review "The Sin" (/benny-mandalorian-episode-3-review-82630/)

Barbarella Reviews CHARLIE's ANGELS (/barbarella-charlies-angels-review-82614/)

FRIGHT FIGHT FRIDAY WILL RETURN 12/6/19! HERE'S All Prior Fights To Hold You Over! (Also, Did Somebody Say FACE HUGGER FEAST?) (/fff-delayed-horror-thanksgiving-and-remember-these-82633/)

THE MANDALORIAN Is Here, and It Is GLORIOUS (/benny-no-good-mandalorian-review-82613/)

Freddy reviews Daniel Moody's novel CHOKEHOLD (/freddy-reviews-daniel-moody-novel-chokehold-82631/)

FRIGHT FIGHT FRIDAY - HUMAN BRACKET SEMI-FINALS ROUND #1 - HANNIBAL LECTER VS THE COLLECTOR!!! (/fff-hannibal-lecter-vs-the-collector-82627/)

Mad Dashiell Talks With Daniel Waters About Heathers' 30th Anniversary! (/mad-dashiell-daniel-waters-heathers-30th-82632/)

ekm Talks JAY AND SILENT BOB REBOOT with Jason Mewes! (/ekm-jay-and-silent-bob-reboot-with-jason-mewes-82629/)

All are registered to Greenberg Glusker Fields Claman Machtinger & Kinsella LLP, the law firm that represents James Cameron. All were registered in May or June 2005.

It looks like we'll be able to take a virtual safari of Pandora's flora and fauna once the marketing campaign begins…which sounds pretty awesome to me.

And he's right. Those domains *are* registered to that law firm. They were registered last summer, valid through the summer of 2010. At this point, with circumstantial stuff stacking up, Cameron's starting to make his intentions clear. He has done everything he can to track down and delete every single digital copy of the AVATAR treatment that's out there, and he's done a hell of a job. I don't think there's a single website where you can still find the treatment available for download, and it used to be fairly readily available.

I hope he really is making the film, and that the reason he tracked down that 90-something page document and did his best to erase it is because he wants to cloak the film in mystery again. Even if people do still have copies of it, there's no way that's EXACTLY what you'll be seeing, or even close to what he'll eventually make. He's a different person now, a different filmmaker, I'm sure, and he's had a decade's worth of real-life experience that he'll bring to the table as a writer and as a director.

What's really interesting to me is how Cameron is doing things exactly the reverse of how George Lucas did them. Lucas has spent a lot of time in the press talking about how he's planning to be an experimental filmmaker. He wants to make documentaries again. He just wants to follow his own interests for a while. He treated STAR WARS like it was an obligation, something he had to get out of the way before he could do what he *really* wanted to do.

And that's exactly what Cameron just did. He just spent a decade making experimental films, testing new cameras and other filmmaking technological innovations while making documentaries about his interests. And now, fit and ready to rumble and excited about his craft all over again, Cameron's finally coming back to blockbusters.

I know Cameron's in Santa Barbara today. He's going to be seeing a lot of people face to face. I'd like to ask everybody who's going to be there to ask him the same question after they say hello. I've waited a full decade so far to see Josh Sully's adventures on this distant planet, and if there's even a chance we're really about to see the Na'vi come to life, then I have to know…

"Are we finally going to Pandora?"

If the answer's yes, then sign me up.

"Moriarty" (mailto:Moriarty@aintitcool.com) out.



**Moriarty**

*FOLLOW AICN (HTTPS://TWITTER.COM/INTENT/FOLLOW?
SCREEN_NAME:AINTITCOOLNEWS)*

f SHARE ON FACEBOOK          y SHARE ON TWITTER
(HTTPS://WWW.FACEBOOK.COM/SH   (HTTPS://TWITTER.COM/INTENT/TW

**Shop Now**






Iron Man 2 (http://aax-us-east.amazon-adsystem.com/x/c/QnDl...
$18.99
MB-99Robert-Downey-Jr/dp/B0095P341S&cre... adId=B0095P341S&cre...

Marvel's The Avengers (http://aax-us-east.amazon-adsystem.com/x/c/QnDl...
$3.99
$3.99Avengers-Robert-Downey-Jr/dp/B009GEEMLY/ref=...

Marvel Studios' Captain Marvel (http://aax-us-east.amazon-adsystem.com/x/c/QnDl...
$16.99
$19.99Studios-Captain-Brie-Larson/dp/B07P68DTR...

Captain America: The First Avenger (http://aax-us-east.amazon-adsystem.com/x/c/QnDl...
$3.99
$3.99America-Avengers-Chris-Evans/dp/B005ZB91KY/...

Ads by Amazon affiliate-program.amazon.com/home/ads/ref=sm_n_au_dka_US_logo?

**READERS TALKBACK**

Sponsored

Comments for this thread are now closed                                    ✕

**0 Comments**      Ain't It Cool News                                  ● Login ▾

♡ Recommend      🐦 Tweet      f Share                              Sort by Best ▾

This discussion has been closed.

✉ Subscribe   🔒 Disqus' Privacy PolicyPrivacy PolicyPrivacy

Sponsored

---

February 3, 2006 6:37 AM CST                              - Collapse All
**Cameron rocks**
by Smerph

Will have to see this. one day.

---

February 3, 2006 6:38 AM CST
**What the shit is it about..**
by HolyCalamity

too lazy to click a link!

---

February 3, 2006 6:40 AM CST
**AVATAR Scriptment**
by RenoNevada2000

So glad I printed that out when I stumbled across it so long ago. Maybe I'll re-read it this
weekend. (Though I did just get my hands on the Superman V Batman script too...)

---

February 3, 2006 6:40 AM CST
**The Avatar Script was indeed great...**
by Mantenna

...but how long will it take Cameron to tackle that after BAA. I'm afraid, we'll have to wait a

long long time.

February 3, 2006 6:43 AM CST
**So Moriarty...**
by photoboy

You've got a hard on for Cameron too huh? I don't care what he directs next, I just can't wait to see it!

February 3, 2006 6:44 AM CST
**First**
by Bubastis

thats all.

February 3, 2006 6:45 AM CST
**Love to see this**
by Steve Rogers

Cameron's been gone too long. First?

February 3, 2006 6:45 AM CST
**Whatever**
by Thunderpants

Is anyone doing DVD reviews anymore?

February 3, 2006 6:46 AM CST
**Sin City was good**
by Bean_

This should be amazing.

February 3, 2006 6:47 AM CST
**Oops**
by Bean_

Ignore that I totally read the headline wrong lol...

February 3, 2006 6:52 AM CST
**Thunderpants...**
by drew mcweeny

Yes. I'll have a couple of DVD columns up in the next few days, and in the meantime, go over to http://moriartylabs.typepad.com for some DVD mini-reviews.

February 3, 2006 6:53 AM CST
**Mantenna...**
by drew mcweeny

The whole point of this is that it looks like AVATAR's going to go first, and it's BATTLE ANGEL ALITA that's going to get pushed.

February 3, 2006 7:02 AM CST
**that sounds fantastic...**
by newc0253

but, after reading all that, i still have no idea what this is all about.

February 3, 2006 7:05 AM CST
**So can we have an article that actually makes sense now?**
by JiggamanSpence

I seriously have no idea what that was trying to tell me.

February 3, 2006 7:10 AM CST

**Sceptical**
by TheBoyFromUlster

Man, I wish he would just bring something out, anything! Been away too long but I can't see him doing 2 films or even 3 back to back. He was never that prolific in the first place. You have to worry that maybe his output so far will be considerd the bulk of his career.

February 3, 2006 7:15 AM CST
**If Cameron makes another film**
by emeraldboy

it will be like the king coming to reclaim his crown and throne. The film will bomb and cameron will go back to diving again.

February 3, 2006 7:21 AM CST
**final fantasy**
by misnomer

As much as I like camerons work, I dont think i'd be AS interested in seeing an all cgi movie of his, especially if it ends up looking like FF. PLUS its not T4 : ( I hope he goes the live action route-the techonology isnt quite there for a project as ambitious as this. (then again it might be in 5yrs)

February 3, 2006 7:26 AM CST
**"I don**
by Nafl

About 25 seconds with Google would appear to prove you wrong on this point. Thanks Google Cache!

February 3, 2006 7:29 AM CST
**"We didn't want to spook Cameron off of it again" ..........**
by AARONIUS

Whoa...easy there Mori, let's not get to overconfident about how much influence "we" have over the film industry. Better yet, if you are that all powerful why don't you get George and Steve to start working on that silly little flick about that Indiana guy?

February 3, 2006 7:35 AM CST
**An edit button would be sooo very appreciated on this site......**
by AARONIUS

For the record I meant to type the word TOO where it was appropriate.

February 3, 2006 7:58 AM CST
**Someone should round up Cameron and Besson and give them a good**
by martinsmith93

Or at least a hefty telling-off. We need action movies. Good ones. Enough with the Paul Walker shit. (Hopefully this will go better than when Mr Romero came back and tried to show all these upstarts how to do horror, with an average cheese-fest. Cheers, George.)

February 3, 2006 8:05 AM CST
**I agree with AARONIUS...**
by Shigeru

I think its mighty haughty to assume that AICN could "spook" James effing Cameron off a project. ...But then again that good lashing they gave that Superman script actually had some influence, or so I hear.

February 3, 2006 8:17 AM CST
**that's some bad fucking news...**
by Windowlicker74

I thought Battle Angel was well under way..... Can't Cameron just make up his mind about what he wants to do? fucking Christ..

February 3, 2006 8:17 AM CST

**that's some bad fucking news...**
by Windowlicker74

I thought Battle Angel was well under way..... Can't Cameron just make up his mind about what he wants to do? fucking Christ..

February 3, 2006 8:22 AM CST
**I just watched "Aliens" again...**
by theoneofblood

Jesus Christ, that movie continues to kick so much ass, and it was made the same year I was born! Why can't hollywood make action films that good these days?!

February 3, 2006 8:23 AM CST
**Alita**
by talbuckin

I would prefer that one. I have read the script of Avatar, though, and the final battle looks like could be the fucking mother of all fucking battles in fucking alien planets with fucking alien animals and fucking all.

February 3, 2006 8:31 AM CST
**Although I know nothing about Avatar...**
by Monkey Butler

The name is cool, and I'll read the scriptment ASAP. Thanks Mori (although I don't think anyone else has noticed it yet).

February 3, 2006 8:38 AM CST
**It**
by GenericJokeName

I have also noticed it but it probably shouldn't be mentioned what it is.

February 3, 2006 8:46 AM CST
**I wonder if Ursula LeGuin will sue.**
by FluffyUnbound

The scriptment is basically "The Word for World is Forest" crossed with some remote-consciousness-exploration stuff.

February 3, 2006 8:49 AM CST
**I just noticed "it"**
by Shigeru

heh. tricky.

February 3, 2006 8:59 AM CST
**Anyone got a working link to the scriptment?**
by dr_buggerlugs

I've got too much work to do to keep looking for one dangnammit...

February 3, 2006 9:00 AM CST
**How do you use google cache?**
by Shan

February 3, 2006 9:01 AM CST
**How do you use google cache?**
by Shan

Every time someone says use it, I can never work out how. (I've never had any interest in reading the Avatar script - but now that I've been told I can't have it ... maybe ...)

February 3, 2006 9:02 AM CST
**Or yeah, this cache thing innit...**
by dr_buggerlugs

February 3, 2006 9:03 AM CST
**Please Tell Me...**
by GrammarPolice

...that someone else clicked the hyperlink for the Avatar script. Moriarty, that was definitely asking Cameron's lawyers to come pay their respects to the House of Ain't.

February 3, 2006 9:03 AM CST
**How do you use google cache?**
by Shan

Every time someone says use it, I can never work out how. (I've never had any interest in reading the Avatar script - but now that I've been told I can't have it ... maybe ...)

February 3, 2006 9:04 AM CST
**Please Tell Me...**
by GrammarPolice

...someone else clicked the hyperlink hidden in Mori's post. I guess you guys really do want to talk with Cameron. Too bad it'll only be Lightstorm's lawyers doing the talking.

February 3, 2006 9:16 AM CST
**Avatar is for 3D Imax and FOX 3D. BAA is for all theaters.**
by genro

It's not going to be a traditional film per say, but an attempt to immerse the audience in Pandora. BAA will be the standard narrative theater movie. Avatar is going to be his crossing of fiction and the experimental/docu work he's done for the past decade.

February 3, 2006 9:20 AM CST
**mystery**
by gredenko

does anyone really think that a leaked script treatment floating around on some nerdy websites is a breach that worries someone doing something on this scale? if the movie is a plot-twist-centric sort of thing, then sure, the beans will get spilled and people may take a pass on it, but i find it hard to imagine that even if all the film geeks on the internets got together, that it could possibly derail the picture that's bound to be marketed as 'from the director of...'

February 3, 2006 9:23 AM CST
**If you want the Avatar treatment...**
by GrammarPolice

...and Mori's hyperlink fails, I'm hosting it for the time being at http://ryanhornbeck.com/content/view/37/1/

February 3, 2006 9:44 AM CST
**Thanks 'GrammarPolice'**
by KoozyK

I appreciate the post. I've never been able to find it in time before it was pulled. I got my reading for the weekend.

February 3, 2006 9:58 AM CST
**Found "it"**
by dr_buggerlugs

So far it sounds like a entirely CGI'd cartoon about an 8 foot blue bloke with a tail. Oh well, better than another Titanic documentary I suppose.

February 3, 2006 10:07 AM CST
**"From the maker of Aliens" Just curious how that plays to the US**
by JackRabbitSlim

He shoulda just kicked out a 30 mil budget modern noir or sumpin 6 months after Titanic to get that monkey off his back. Every director should be compelled to release a film every 3 years or have their DGA status revoked - keep em from dwelling on their own genius. My cheapass two cents

February 3, 2006 10:08 AM CST
**So no battle angel for the time being huh?**
by Johnno

S'cool... I'm intrigued by this now... Been reading the Last Order continuation and it's one
fucked up trip! Anyway, hope they're starting to utilize those glasses-less 3D technologies we're
hearing so much about...

February 3, 2006 10:49 AM CST
**Maybe Avatar is really LOST...**
by chickychow

you know, with the jungle and the "company" and the humanoids and krazy critters... yeah,
there are humanoids on Lost, you just ain't seen em yet.

February 3, 2006 10:50 AM CST
**Nice easter egg**
by Nachokoolaid

I was hoping I wasn't the only one that found "it." Sneaky sneaky.

February 3, 2006 10:53 AM CST
**Is the "Easter Egg" still up, or has it been taken down?**
by Dagan

I scanned my mouse over the entire page and couldn't find the hidden link.

February 3, 2006 10:54 AM CST
**Scratch that - found it**
by Dagan

Cool.

February 3, 2006 10:59 AM CST
**i also am totally befuddled. Why are you excited? What are the**
by all

we want to be excited too...

February 3, 2006 11:00 AM CST
**WTF??? DID ANYBODY ELSE SEE A HARRY HEAD REPLACE THEIR INTERNET**
by R.C. the "Wise"

February 3, 2006 11:07 AM CST
**Best line ever in a film (if you are an old fart like me) 'F**
by Jugs

February 3, 2006 11:33 AM CST
**.**
by durmer killik

February 3, 2006 11:44 AM CST
**Project 880 in Business Week (link)**
by Scorpio

http://www.businessweek.com/magazine/content/06_07/b3971073.htm -- "Cameron is working
on the screenplay for Project 880, which he describes as "completely crazy, balls-out sci-fi." If
it gets produced, it could be the first major Hollywood project that audiences will experience
first as a multiplayer game on the Net, and only later on the silver screen." So, is Project 880
the online precursor to AVATAR?

February 3, 2006 12:02 PM CST
**HARRY IS A RETARD- We kept saying it was going to be PROJECT 880**
by ch2praxis

Remember that AICN was the first stupid portal site spreading about the female casting from Mali Finn being about BATTLE ANGEL and then the rest of the press went along the bandwagon??? Now that the truth about PRoJECT 880 being AVATAR is finally coming out of the surface, I just wish that Harry and AICN stop jumping the gun and finally decide to act professionally and rationally NEXT TIME AROUND!!!!!!!!

---

February 3, 2006 12:27 PM CST
**Okay, where is IT?**
by L.H.Puttgrass

Just a hint...

---

February 3, 2006 12:55 PM CST
**Both projects = Interesting**
by one9deuce

You can't go wrong with James Cameron and Sci-Fi, and both Avatar and Battle Angel are hard core Sci-Fi. Each would take a LARGE amount of money to see the light of a release day. It's hard to imagine either of them realistically coming in under $200,000,000. With Titanic becoming the biggest hit in history James Cameron had the clout to do ANY project, similar to Peter Jackson going from The Lord of the Rings directly into King Kong. Jackson cashed in his new found power by getting Universal to bankroll his dream project at a price of over $200,000,000. Cameron might have waited too long. Ten years is eternity in Hollywood. He obviously still has power, but it might be difficult getting the suits to greenlight such esoteric science-fiction at such a huge budget. Can films like these make that kind of budget back? I would say it's improbable based on the less than stellar tastes of the masses, and the masses are needed to make that kind of money back. Which sucks, but it is an absolute. Battle Angel has the kind of fighting action that can get people to the theater, but Avatar reads (at least the first half, I don't want to spoil it for myself if it does get made) like James Cameron has something to say. I will certainly be in the cinema multiple times for either of them.

---

February 3, 2006 1:17 PM CST
**Strange This Would Come Out Today...**
by GrammarPolice

Yet another 880 reference: http://games.slashdot.org/article.pl?sid=06/02/03/1646254&from=rss

---

February 3, 2006 1:24 PM CST
**today.**
by lopan

---

February 3, 2006 2:19 PM CST
**I hate to say it this way... but who cares.**
by Roguewriter

Didn't James Cameron pretty much stop being relevant right around the time he went insane at the Oscars and declared himself king of the world?

---

February 3, 2006 2:23 PM CST
**Ah, much better! I'd rather see this than another anime-bas**
by bunny_lebowski

---

February 3, 2006 2:33 PM CST
**most of the way through IT...**
by Shigeru

wow this movie is gonna cost so much fucking money to make.

---

February 3, 2006 2:36 PM CST
**wooooahhhh...**
by drjones

it's just nice how moriarty can turn a post of his into a little LOST episode. i guess i skipped all of these news and thus have no idea what these projects are about... it sounds interesting though. however i love that whole idea of fake internet sites that expand the films' reach...

---

February 3, 2006 2:42 PM CST

**What, no Super Bowl Superman Returns trailer?**
by kintar0

SUPER Bowl. SUPER man. Seems like a no-brainer. I thought that the Super Bowl traditionally was a showcase for movie trailers? It's on Sunday, right? This Sunday? Shouldn't we be hearing something before AICN goes non-update for the weekend? How about some cool news? For old time's sake?

February 3, 2006 2:45 PM CST
**Cameron**
by Rowley Birkin QC

A cultural event in the sense that anyone outside of fanboys cares about it? On the scale of Lord Of The Rings? I think not. I don't see the mass crossover appeal of Battle Angel Alita, for one. Cameron isn't as big a name as you think. Too many of his films have been shitty, and the ones that had the least ropey dialogue (Aliens and the Terminators) are now relics of the 1980s.

February 3, 2006 2:58 PM CST
**"Even if people do still have copies of it, there**
by crazyeyezkillah

Well, duh. It was a "scriptment," not a screenplay, and not even a shooting script. I think that the majority of us know enough about the Industry to realize things like this. Sure, you've sold a script for a one hour anthology series and we all know you're just like Kevin Smith now (and we all know you desperately want to BE Kevin Smith), but c'mon. You and Harry aren't going to "spook" Cameron off of anything. Let's see: millions of dollars in development and resources vs. a movie news/gossip resource on the internets... "They KNOW! Aagh! Now I have to make Titanic 2! Damn you, McWeeny!" Please...

February 3, 2006 3:04 PM CST
**CAMEROIDS UNITE**
by kwisatzhaderach

There's Everything You've Ever Known About Adventure...and then there's Jim Cameron. You know its true!!!!!!

February 3, 2006 3:06 PM CST
**Talk about Ghosts of the Abyss...**
by blackwood

...I read about Avatar when I was fourteen. Wow. Also, could this mean possibly, somewhere, somehow, I'll eventually get to see The Mercury Effect (or whatever it was - that one where they blast a pair of chimps into space and they come back super smart - one good, one evil, and incite the domesticated animals of the world to revolt against their human oppressors... shiny)

February 3, 2006 3:31 PM CST
**What the hell is this?**
by Trazadone

I'm a nerd through and through and I've never heard of this. As for Cameron, who gives a shit at this point. Wasn't Titanic like a decade ago. There was a time when I got excited about a new Cameron flick coming out, not anymore. King of the world indeed.

February 3, 2006 3:50 PM CST
**Short Round, your post. HAHAHAHAHAHAHA**
by one9deuce

Aliens and The Terminator films are relics of the 80's now? Is that why Aliens has been ripped off ad nauseam since 1986, and even more so in the last couple of years? And the next couple of years also with Halo. Aliens, The Terminator, and Terminator 2: Judgment Day are all action classics. Period. They aren't making action films as good as those three nowadays. The year something came out is irrelevant. I'll take a 65 Mustang and you can have the 75 Mustang because the classic Mustang is a relic of the 60's.

February 3, 2006 4:22 PM CST
**After reading that entire scriptment (thanks Mory)...**
by Nachokoolaid

There is NO WAY IN HELL that Avatar can be made for less than $200 million. I see it being much closer to $250 million, at least. And this is before advertisement/marketing. But god, is this an effects team's wet dream, or what? And does anyone else picture the Na'vi as Abe Sapien, but only less like a fish, and more like a cat?

---

February 3, 2006 4:23 PM CST
**So he won't be making AQUAMAN?**
by TimBenzedrine

What a drag. It's a drag I believe everything I see on TV.

---

February 3, 2006 4:25 PM CST
**Your so right kintar0. Everyone knows that they'll be a tea**
by R.C. the "Wise"

Get it together hommie!

---

February 3, 2006 4:49 PM CST
**I have no doubt this would make an amazing picture...**
by dr_buggerlugs

...but I'd much rather see Cameron blowing real stuff up, throwing a few stuntmen around, using props, sets and all the "old fashioned stuff" and shoot good ol'some visceral action and actually creating exciting film as opposed to just bleeding a giant computer graphics card dry. But then again, I want to see actual life sized Transformers built for the film so what do I know?

---

February 3, 2006 5:18 PM CST
**Give the dude a chance**
by Vern

I'm not a huge Cameron fan but when a guy has made at least a couple of classics (Aliens, something else probaly), and his last movie was almost ten years ago, and especially in the case when that last movie was universally expected to be a disastrous flop but turned out to be the highest grossing movie of all time and winner of way too many oscars... in that case it actually IS an event for them to make a new movie, whether you like it or not. I mean come on. If a high profile director makes alot of movies, like say Spielberg or somebody, you get mad and say they're losing their touch and they should just stop making so many movies. If they don't make movies very often, like this guy, Tarantino, Mallick or Kubrick (who by the way has the best excuse, since he's dead in my opinion), then you complain that they're lazy or a fluke or irrelevant. If they're new to the game, even if they're good, you say they're a one hit wonder or a post-ironic hipster or unproven. But if they're proven veterans then you don't want to hear from them anymore because that was a long time ago and who cars about a great movie that came out in 1986 when there's a remake of THE FOG new on DVD. I mean for god's sake there is nothing on this earth that will make some of you fuckers happy. The porridge will NEVER be just right. But you're still my buds anyway. thanks everybody.

---

February 3, 2006 5:23 PM CST
**This sounds like an Urkell wet dream**
by rivercb

It could be good but all the stuff he's been working on sounds like something an asian high school kid draws on his notebook in algebra.

---

February 3, 2006 7:44 PM CST
**recent news:**
by Johnno

Any self-respecting geek knows director James Cameron from his hit films Aliens, Terminator 2: Judgment Day, and The Abyss. Oh, and Titanic. But we prefer not to talk about that one. At any rate, Cameron--who has been missing from the Hollywood director's chair in the six-plus years since Titanic--is busy planning a new film called Project 880, which he describes as "completely crazy, balls-out sci-fi." And his plans for Project 880 are characteristically ambitious. Though the film is at least two years off, BusinessWeek reports that Cameron is already drawing up plans to introduce that film's universe in an online MMO game. The plan is to release the MMO game before the film hits theaters; in Cameron's words, to "create a world for people and then later present a narrative in that world." This is a novel premise, as most film tie-in games tend to be conveyor belt crap simply designed to rake in a few extra bucks in merchandising. Though next to nothing is known about Cameron's upcoming film or game, he

mentions that MMO's give the player a chance to experience a new universe "in a highly competitive, fast-paced interaction." So if nothing else, we can probably rule out a sequel to Puzzle Pirates.

---

February 3, 2006 7:53 PM CST
**looks like It is gone now?**
by quadrupletree

Can't find. Must read.... AAAAAHHH

---

February 3, 2006 8:22 PM CST
**No Offense to AICN - I love you guys but JoBlo had this story th**
by LilOgre

And at one of those times when AICN did not post a new story for two days.

---

February 3, 2006 8:23 PM CST
**"in the six-plus years since Titanic" er, can you count?**
by performingmonkey

Titanic was released in 1997. Chill out, dickwad. The Terminator is one of the all-time CLASSIC CLASSIC MOTHERFUCKING CLASSIC movies. The same goes for Aliens and Terminator 2: Judgement Day, but not in the same way as the first Terminator. As sci-fi action thrillers go, you'd be hard put to find better. T2 is more of an epic, especially the special edition cut (the one which includes Arnie doing the cheesy horse grin, but also the cool scene where they extract the CPU from his head), but the performances are so perfect it's not funny. I'm not sure which Terminator has Arnie's best performance. He gave a solid turn in T3, despite the movie feeling fairly lightweight compared with T2.

---

February 3, 2006 9:02 PM CST
**Do you think they're watching this site?**
by Shan

They shut "http://ryanhornbeck.com/content/view/37/1/" (Grammar Police) down very fast ...

---

February 3, 2006 9:03 PM CST
**Do you think they're watching this site?**
by Shan

They shut "http://ryanhornbeck.com/content/view/37/1/" (Grammar Police) down very fast ...

---

February 3, 2006 10:22 PM CST
**Hot damn, I might have that scriptment burried away on a hard dr**
by Tall_Boy

I'll try my best to find it. and by "try my best" I mean, never, ever put it online because Cameron would kill me.

---

February 3, 2006 11:16 PM CST
**IT's still out there...**
by Anti-fanboy

Just look a little deeper on Google. .. I found it using a couple obvious keywords and looking further than the first few pages of results. And I can't really put into words how much I'm looking forward to seeing this. Or any new film by Cameron. If we get both this AND Battle Angel... just seems to good to be true. I just wish Cameron had come across Masamune Shirow's Appleseed at some point -- always struck me as the perfect material for him, since way before hearing he had an interest in any anime property. Ditto GITS.

---

February 4, 2006 2:09 AM CST
**IT ...**
by emu47

is flying through the air, and everything IT can scare. IT starts out at the dawn of day, looking for ITS helpless prey ...!!!

---

February 4, 2006 2:27 AM CST
**huh?**
by BALTIMOREJACK

someone please tell me what the fuck moriarty is talking about? my geekness only goes so far...

---

February 4, 2006 9:06 AM CST
**Yeah, They Shut Me Down Pretty Quickly...**
by GrammarPolice

As far as legal notices go, however, they were pretty nice about it. I think they realize getting this scriptment off the internet is going to be next to impossible. Doesn't mean I didn't comply quick as shit, though (lol).

---

February 4, 2006 9:43 AM CST
**Cameron + Hard Sci Fi = YAY!**
by ZombieSolutions

but BATTLE ANGEL ALITA is the project I really want to see. AVATAR might be cool, but cute ingenue android war machine kicking the crap out of giant monsters is infinitely cooler.

---

February 4, 2006 10:57 AM CST
**There aren't many other movie projects that could get me mor**
by JDanielP

If I could match a director with a project, ...how I would love to see James Cameron direct an epic interpretation of (the Alex Ross illustrated) "KINGDOM COME". How about Batman? Superman? Wonder Woman? Iron-man? How about an interpretation of "AVENGERS UNLIMITED", which is already a life-like take on Marvel's Avengers? How about the "HULK" sequel? (Just look at "ALIENS", an incredible sequel to a movie he did not originate.) How I love the Spider-man movies, ...but how I would have loved to see Jim's version, too! My #1 desire for Jim is for his magic touch and gifted eye to be focused on a popular superhero, team or individual. How cool would it be to see James Cameron's talent applied to popular superhero icons??? But Cameron must go where his heart takes him, where he feels compelled and thrilled and excited all over again, ...to projects that will challenge his great talent. I figure that "TITANIC" will be the only sinking ship he will ever make ...and that is sayin' somethin'. I'll be there for ANYTHING that James Cameron directs. Good luck, Jim, ...even if you don't need it. Seeing a movie from you is like Christmas day from a child's perspective.

---

February 4, 2006 11:03 AM CST
**That's the coolest news of them all!**
by aigam

I've been looking for it for a very long time. AVATAR is a wonderful story, definately worth to be done.

---

February 4, 2006 11:47 AM CST
**Man, I got here too late**
by Novaman5000

I can't find the link and I can't find it on google anywhere... NOOOOOOOOOO!

---

February 4, 2006 2:59 PM CST
**"Get the fuck off my set!!!"**
by kintar0

Yeah, JDanielP, we know. You think Howie Long should play Superman and Harry should critique one of your "scripts" on this site. And it's "The Ultimates," not "Avengers Unlimited." It's "life-like?" Have you even read it? The art's great, sure, but the writing stinks. Go back to filming your Superman action figures on top of filing cabinets with construction paper.

---

February 4, 2006 3:05 PM CST
**GrammarPolice...lol**
by torpor_haze

Yeah man...you're braver than I would be. If I were in your place I'd be in my panic room right about now.

---

February 5, 2006 2:26 AM CST
**"I found it using a couple obvious keywords and looking further**
by 3 Bag Enema

Then why don't you post the link, shitbird?

---

February 5, 2006 9:11 AM CST
**Hey, Talkbackers! Moviemack has another name: kintar0**
by JDanielP

Either that or it's someone who writes for this site. Or I just made a good impression.

---

February 5, 2006 9:16 AM CST
**Oh, ...and "kintar0" (moviemack, whatever), ...**
by JDanielP

The original series of "The Ultimates" was excellent, with the origin of Captain Ameerica.

---

February 5, 2006 9:54 AM CST
**So.....**
by HOTDOGVNDR

what is the jist of the Avatar/Josh Sully/Pandora story?

---

February 5, 2006 12:23 PM CST
**Maybe He Didn't Post...**
by GrammarPolice

Because of the legal notices being handed to those that do, shitbird (WTF kind of taunt is that?). Why don't you sack-up and post it once you've got it up, yourself. Unless, of course, you can't create webpages, which I think is the case.

---

February 5, 2006 2:28 PM CST
**Avatar was crap**
by DannyOcean01

It ripped off Forever Peace, and had a dull New Age Hippy plot. Rubbish.

---

February 5, 2006 2:50 PM CST
**JDanielP's just mad that his ideas are stupid...**
by kintar0

and his corny, lame memory is short. I used to post as "Mr_Miracle" but I didn't post for a few months because I was in Asia and I forgot my password, hence the new screen name. The Ultimates was excellent, huh? So excellent you couldn't remember what it was called. I don't really want to get into this, but I was surprised when you brought up your thing about someone making a Kingdom Come film. You sure do love comic book artists drawing celebrities into comics. Thin-skinned little twerp.

---

February 5, 2006 3:10 PM CST
**Anything Please!**
by Norm3

At this point I don't care what he does, just do something not about the Titanic or the Ocean!

---

February 5, 2006 3:17 PM CST
**erection**
by CuervoJones

Yes, Cameron is God

---

February 5, 2006 5:01 PM CST
**Found it**
by Jon L. Ander

And to hell with Cameron's legions of skull faced lawyers! Not that I don't love his films though. I found it as one continuous text file, gotta try and get it in a better format.

---

February 5, 2006 5:02 PM CST
**Found it**
by Jon L. Ander

February 5, 2006 5:48 PM CST
**Been there, seen that.**
by Ingeld

I read the summary of the scriptment. It is old wine in new skins. People are bad, killing the earth. We go to some other world and become the disease invading another living world. Ho, hum. I guess if you wrap it up in packaging by Cameron it will seem like something new.

February 5, 2006 10:11 PM CST
**Does anyone else think...**
by one9deuce

that the first half of Avatar reads a lot like Aliens? The protagonist is contacted by the higher-ups about going to some distant planet but the protagonist isn't interested, but changes their mind when they see that it can help them personally. The security force on Pandora seems very much like the Colonial Marines. The science division on Pandora sounds a lot like the colonists on LB-426. Fighting exotic creatures that have glass like teeth. I am curious as to when the idea for Avatar hit Cameron. If it was before he made Aliens he might have co-opted his own idea for the story of Aliens. Which worked out really well of course. I want to see a fully budgeted, James Cameron directed Avatar. I want to see a fully budgeted, James Cameron directed Battle Angel. He is the best and will soon be proving that fact.

February 6, 2006 9:44 AM CST
**Gramma Police if you're talkin' to me..**
by torpor_haze

It wasn't a taunt, relax dude..I was extending on your previous post..I was actually making a joke on me

February 6, 2006 4:05 PM CST
**kintar0 = Mr_Miricle = moviemack. How about one name?**
by JDanielP

Is it any wonder why anyone would get your talkbacker names mixed up? But thanks for confirming the obvious. At least when I repeat myself, I do it under only one screen-name here at AICN, unlike you and you and you. Asia, huh? You should've stayed.

February 6, 2006 4:32 PM CST
**avatar**
by smutpeddlar

all i know is "Josh Sully is a hopeless guy in a hopeless world, a little guy whom the big machine has ground up and spit out." ..but the AVATAR PROGRAM..changes all that, just make this movie already!!!

February 6, 2006 7:22 PM CST
**Whoops!**
by GrammarPolice

Sorry, Torpor. Guess that legal notice has me jumpy : )

February 6, 2006 9:41 PM CST
**james cameron said**
by ag 721

that he was going to make battle angel when more than a majority of the theaters had been properly equiped with 3d projecters.

February 6, 2006 10:24 PM CST
**Avatar script needed**
by Jonza80

I really need this script. I've tried eveywhere to look for it. Whoever has a copy, could you plz send me the script to my e-mail. jonza80@hotmail.com

February 7, 2006 4:29 PM CST
**To find avatar scriptment online:**
by Josh Sully

Just google 'avatar zuleika sully', ignore the first site that comes up, and go about seven sites down to something called luminous beings. This seems to be offline but has it in its cache. Second, the Japanese site below that has it. Tell 'em James Cameron didn't send ya!

---

February 9, 2006 10:08 PM CST
**Fuck you Cameron!You broke my heart one too many times.**
by bioforge

And you did it again.

---

February 12, 2006 2:23 PM CST
**GOT IT!!!!**
by misnomer

thanks josh sully....

---

# Exhibit R2

# Ain't It Cool News (www.aintitcool.com)

| HOME (/) | COOL NEWS | COAXIAL | REVIEWS | COMICS | CONTACT | SEARCH 🔍 |
|---|---|---|---|---|---|---|
| | (/SECTION/COOL-NEWS/) | (/SECTION/COAXIAL/) | (/SECTION/REVIEWS/) | (/SECTION/COMICS/) | (/CONTACT/) | (/SITE-SEARCH/) |

## MOVIE NEWS

### AVATAR Peek!!!

**Published at: Oct. 13, 1997, midnight CST by staff (https://twitter.com/)**

**Well folks, people inside Digital Domain are whispering about a film called AVATAR.**

**One Spy liking the name, Josh Sully, said:**

*"One thing they were talking about was R&D for some movie--was supposed to be a big deal--about a bunch of mutants. Some bald guy in a wheelchair, a gruff Canadian with a fingernail problem. I dunno. And something about this mutant film to be opening against a funny little independant film in 1999."*

**Another Spy called Leeta says she really loves what she knows of Avatar, specifically:**

*"The work on Alpha Centauri B-4 aka "Pandora" is going to amaze people. I'm not suppose to even whisper about this stuff, but that defense of the Warner Digital people really warmed me up to you. The strange NA'VI that populate this world will be breathing ammonia, methane and chlorine gas. The plans is to use some very hard science to make this film happen. Are you familiar with R.W.Bussard's Interstellar Ramjet and Taylor and Dyson's Orion Ships? Well that's basically the way we humans travel into the stars. Cool for those who know. Well that's what the cool people at the DD are doing that kicks so much ass."*

## TOP TALKBACKS

**"DOLEMITE IS MY NAME" Is MUTHA F'N BADASS! A Review. -- 39 total posts (8 today) (/dolemite-is-my-name-review-eddie-murphy-ff19-82459/)**

**ekm's BAT-MANUAL: CHAPTER 6 – BATMAN & ROBIN (1997) -- 52 total posts (4 today) (/ekm-bat-manual-batman-robin-82462/)**

**ekm Has Seen the First Teaser Trailer for DWELLERS! -- 15 total posts (4 today) (/ekm-has-seen-the-first-teaser-trailer-for-dwellers-82468/)**

**ekm's BAT-MANUAL: CHAPTER 8 – CATWOMAN (2004) -- 7 total posts (4 today) (/ekm-bat-manual-chapter-eight-catwoman-82469/)**

**ekm's BAT-MANUAL: CHAPTER 7 – BATMAN IN ANIMATION -- 32 total**

9/30/2019                                                                    AVATAR Peek!!!

Maaaaaan, the lady come in here talking shit bout R.W. Bussard and Taylor and Dyson.
Damn man what sorta geek don't know that those guys are the gods that designed
ships that will take us to other star systems, in theory, whose engines can be seen
from light years away. That use the coldness of space to cool them. Can't you just
imagine the thrill of seeing those ships in our NASA books moving and doing the things
we have all be dreaming of. Too bad we live in a world that won't finance it for real.

---

## FOLLOW AICN (HTTPS://TWITTER.COM/INTENT/FOLLOW? SCREEN_NAME=AINTITCOOLNEWS)

| SHARE ON FACEBOOK | SHARE ON TWITTER |
|---|---|
| (HTTPS://WWW.FACEBOOK.COM/SHA... | (HTTPS://TWITTER.COM/INTENT/TWE... |

---

### Shop Now







Iron Man 2 (http://aax-us-east.amazon-adsystem.com/x/c/Qr3F... 51LBq9...1ocAAAFtgcqHoA... Man-Robert-Downey-Jr/dp/B0095P341S/ref=s...

Marvel Studios' Captain Marvel (http://aax-us-east.amazon-adsystem.com/x/c/Qr3F... Duuqc1ocAAAFtgcqHoA... Studios-Captain-Brie-...

Spider-Man: Homecoming (http://aax-us-east.amazon-adsystem.com/x/c/Qr3F... Duuqc1ocAAAFtgcqHoA... Man-Homecoming-Tom-...

Marvel's Avengers: Age of Ultron (Theatrical) (http://aax-us-east.amazon-adsystem.com/x/c/Qr3F... Duuqc1ocAAAFtgcqHoA...

Ad by Amazon (https://aax-us-east.amazon/dp/B07FS9N7F6/Qr3FKA3bjvallays4dpv0Q78H.aMjcqHoAEAAAE8ATWRnUc/https://affiliate-program.amazon.com/home/ads?ref=sm_n_au_dka_US_logo?
adId=&adcreativeASIN=logo&linkId=afa85ce3079ce45de2cf73f221f5b1ga&travelenfallbacks 20&linkCode=w41&ref=/dp/B01133I7
refURL=http%3A%2F%2Flegacy.aintitcool.com%2Fnode%2Ff142sloNum%08mfpToken=4GQ8eT60dnR.DDJ.Mv0ggaadrype=smartsadMode=auosrefmetimyfmeimpressionTimestamp=1569844137195&ac
metURL=http%3A%2F%2F...ads)    20&linkCode=w41&ref-      20&linkCode=w41&ref-      addId=B01133U72S&cre...
(http://aax-us-east.amazon-adsystem.com/x/c/Qr3FKA3qyevgQy-Duuqc1ocAAAFtgcqHoAEAAAE8ATWRnUc/https://www.amazon.com/adprefs/ref=sm_n_au_dka_US_ac?
tag=aicnfallback-20&linkCode=w41)                                                        2qvallcode=w4lref...      refURL=http%3A%2F%2F...

---

## READERS TALKBACK

---

posts (3 today) (/ekm-bat-manual-chapter-seven-batman-in-animation-82465/)

BBC's WAR OF THE WORLDS has a Trailer -- 30 total posts (2 today) (/bbcs-war-of-the-worlds-has-a-trailer-82466/)

ekm's BAT-MANUAL: CHAPTER 5 -- BATMAN FOREVER (1995) -- 99 total posts (1 today) (/ekm-bat-manual-batman-forever-82461/)

An Exclusive Clip of Robert Bronzi in ONCE UPON A TIME IN DEADWOOD! -- 16 total posts (1 today) (/exclusive-clip-once-upon-a-time-deadwood-82457/)

THE BIG LEBOWSKI spin-off movie JESUS ROLLS finally gets a trailer...in Italian -- 75 total posts (1 today) (/jesus-rolls-trailer-1-82467/)

### TRENDING

Amazing SPIDER-MAN News! (/amazing-spider-man-news-marvel-sony-disney-82463/)

9/30/2019                                              AVATAR Peek!!!

✉ Subscribe   🔒 Disqus' Privacy PolicyPrivacy PolicyPrivacy

Sponsored



**Additive Manufacturing's Im**
**Supply Chain**
Additive manufacturing has caused engine
how they turn a concept into a production-r

**Additive Manufacturing's Im**
**Supply Chain**
Additive manufacturing has caused engine
how they turn a concept into a production-r

February 3, 2006 8:51 AM CST                           <u>- Collapse All</u>
**<u>Second... this sounds a bit</u>**
by Proman1984

overhyped. From what I can gather from the script the project sounds like a bad mix of
"Matrix", "Doom 3" and "Halo". The avatar concept isn't that original either. Still, it's something
I'll look forward to.

February 3, 2006 12:04 PM CST
**<u>Cheers, Wolfpack.</u>**
by RaulMonkey

I wonder what the record is for longest period between an article being published and the First
post going up...

February 3, 2006 12:08 PM CST
**<u>Obi Wan nunca le dijo que paso a tu padre</u>**
by seniormoogle

Me dijo bastante, me dijo que tu le has matado. No Luke, yo soy to padre.

February 3, 2006 12:39 PM CST
**The frontier is wide open...**
by RaulMonkey

And in 1997 they asked, "If time travel is possible, how come we've never met any tourists from the future?"

February 4, 2006 5:50 AM CST
**N**
by Edward Brock

Isso

December 23, 2006 5:54 PM CST
**Whoa!**
by Orcus

Where the fuck did these folks come from???

July 2, 2008 4:27 PM CST
**Man, Talking About Avatar . . .**
by kevinwillis.net

10 frickin years ago. And still, it ain't done.

July 7, 2008 12:52 PM CST
**At Least That's Happened**
by kevinwillis.net

Tho it took like enough for I Am Legend and Cloverfield to show up.

July 3, 2009 6:21 PM CST
**Coming out real soon.**
by orcus

9/30/2019                                          AVATAR Peek!!!

11 years late, but hey

---

December 18, 2009 7:26 PM CST
**This website has been around for way to long**
by Vision

Got good sources though :)

---

February 3, 2010 1:20 PM CST
**Back when it did have good sources**
by orcus

And spy photos. Orcus misses the spy photos

---

# Exhibit S2



9/23/2019                                    Ain't It Cool News - View Article

**AVATAR Peek!!!**

Monday, October 13, 1997

Well folks, people inside Digital Domain are whispering about a film called AVATAR.

One Spy liking the name, Josh Sully, said:

*"One thing they were talking about was R&D; for some movie--was supposed to be a big deal--about a bunch of mutants. Some bald guy in a wheelchair, a gruff Canadian with a fingernail problem. I dunno. And something about this mutant film to be opening against a funny little independant film in 1999."*

Another Spy called Leeta says she really loves what she knows of Avatar, specifically:

*"The work on Alpha Centauri B-4 aka "Pandora" is going to amaze people. I'm not suppose to even whisper about this stuff, but that defense of the Warner Digital people really warmed me up to you. The strange NA'VI that populate this world will be breathing ammonia, methane and chlorine gas. The plans is to use some very hard science to make this film happen. Are you familiar with R.W.Bussard's Interstellar Ramjet and Taylor and Dyson's Orion Ships? Well that's basically the way we humans travel into the stars. Cool for those who know. Well that's what the cool people at the DD are doing that kicks so much ass."*

Maaaaaan, the lady come in here talking shit bout R.W. Bussard and Taylor and Dyson. Damn man what sorta geek don't know that those guys are the gods that designed ships that will take us to other star systems, in theory, whose engines can be seen from light years away. That use the coldness of space to cool them. Can't you just imagine the thrill of seeing those ships in our NASA books moving and doing the things we have all be dreaming of. Too bad we live in a world that won't finance it for real.

https://web.archive.org/web/20031115101335/http://www.aintitcool.com:80/display.cgi?id=142                          1/3

9/23/2019                                   Ain't It Cool News - View Article



# Exhibit T2



## AVATAR Peek!!!

Monday, October 13, 1997

Well folks, people inside Digital Domain are whispering about a film called AVATAR.

One Spy liking the name, Josh Sully, said:

"One thing they were talking about was R&D, for some movie--was supposed to be a big deal--about a bunch of mutants. Some bald guy in a wheelchair, a gruff Canadian with a fingernail problem. I dunno. And something about this mutant film to be opening against a funny little independant film in 1999."

Another Spy called Leeta says she really loves what she knows of Avatar, specifically:

"The work on Alpha Centauri B-4 aka "Pandora" is going to amaze people. I'm not suppose to even whisper about this stuff, but that defense of the Warner Digital people really warmed me up to you. The strange NA'VI that populate this world will be breathing ammonia, methane and chlorine gas. The plans is to use some very hard science to make this film happen. Are you familiar with R.W.Bussard's Interstellar Ramjet and Taylor and Dyson's Orion Ships? Well that's basically the way we humans travel into the stars. Cool for those who know. Well that's what the cool people at the DD are doing that kicks so much ass."