# Exhibit U2

  

## Ain't It Cool News (www.aintitcool.com)

### MOVIE NEWS

# Wacky Adventures In MisInformation

**Published at: Oct. 13, 1997, midnight CST by staff (https://twitter.com/)**

Once again ill information has been striking the net. A recent "site" update had info about an alleged "Raiders of the Fallen Empire" which the "site" owner claims was sent to their site because Hollywood has taken notice. Wow, then I wonder why 'Sallah' wrote me with the same info. And had I believed it, it would have been up at 1900 (cst) on Saturday, but guess what. I sought confirmation. Guess what. The news is not true. Casting of the project begins with Harrison Ford, before he signs, noone signs on. There is no project without him. Two, Lucas and Spielberg are not about to get involved with a project with a budget of $100 - $200 million being co-financed by Paramount and Fox. My people are telling me, that the script is nearing it's completion, and that the first draft is headed my way via nearly naked South American golden idol guardians. Should be here by next weekend. As for that casting, well all those names have been mentioned about at one time or another, but they have not signed. I highly recommend checking stories, especially when involving tales of "a family member said" variety. I'm dying to get good news on this project, but as of yet, that alleged $2 million dollar leak-control seems to be affecting some sites' judgement.

---

### FOLLOW AICN (HTTPS://TWITTER.COM/INTENT/FOLLOW?SCREEN_NAME=AINTITCOOLNEWS)

---

### 📘 SHARE ON FACEBOOK (HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP?

---

### 🐦 SHARE ON TWITTER (HTTPS://TWITTER.COM/INTENT/TWEET?TEXT=WACKY%20ADVENTURES%20IN%20MISINFORMATION&URL=HTTP%3A%2

---

### READERS TALKBACK

Sponsored Links

  

**Love Documentaries?**

CuriosityStream


**Shut The Front Door! The New Cadillac Lineup Is Simply Astonishing!**

Cadillac Cars | Search Ads


**Hilarious Photos In Vegas You Can't Unsee**

Definition


**Eerie Last Known Photos That Reveal A Darker Side Of History**

History Daily


**Famous Cosmetologist Reveals How To Fix Thinning Hair**

Hair La Vie


**Migraine Hacks Most Sufferers Don't Know**

Migraine Sufferers


**comments powered by Disqus (http://disqus.com)**

---

December 23, 2006 5:51 PM CST                                      **+ Expand All**
**MisInformation? I think I dated her sister..**
by 0rcus

---

July 2, 2008 4:24 PM CST
**Where's Miss Carriage?**
by kevinwillis.net

---

July 7, 2008 12:49 PM CST
**Miss Spoke . . .**
by kevinwillis.net

---

July 3, 2009 6:17 PM CST
**Miss Demenor**
by orcus

---

*TOP TALKBACKS*



Watch WATCHMEN!! Hercules Says The First Six Episodes Of HBO's New Sci-Fi Sequel Are Magnificent!! -- 49 total posts (4 today) (/herc-loves-hbo-watchmen-82543/)

ekm's 31 NIGHTS OF HORROR: EVENING 18 — FOUND FOOTAGE -- 53 total posts (1 today) (/ekm-nights-of-horror-found-footage-82542/)

RICK AND MORTY Season four trailer shows us what it's got! -- 9 total posts (1 today) (/rick-and-morty-season4-trailer-shows-us-the-goods-82506/)

Barbarella Proclaims That ZOMBIELAND: DOUBLE TAP is Almost as Much Fun as ZOMBIELAND! -- 12 total posts (1 today) (/barbarella-zombieland-double-tap-review-82541/)

ekm's 31 NIGHTS OF HORROR: EVENING 17 — THE PRESENCE OF GOD IN RELIGIOUS HORROR FILMS -- 66 total posts (1 today) (/ekm-nights-of-horror-the-presence-of-god-82540/)

ekm's 31 NIGHTS OF HORROR: EVENING 19 — HORROR FOR CHILDREN -- 7 total posts (1 today) (/ekm-nights-of-horror-horror-for-children-82545/)

## TRENDING

"Star Wars: The Rise of Skywalker" NEWS! The Return of a Fan Favorite is Nigh! (/star-wars-the-rise-of-skywalker-news-82505/)

ANNOUNCING FRIGHT FIGHT FRIDAY — HUMAN BRACKET!!! (/announcing-fright-fight-friday-human-bracket-82544/)

ekm's 31 NIGHTS OF HORROR: EVENING 14 — MINORITIES IN HORROR (/ekm-nights-of-horror-minorities-in-horror-82529/)

ekm's 31 NIGHTS OF HORROR: EVENING 16 — "BASED ON A TRUE STORY" (/ekm-nights-of-horror-based-on-a-true-story-82536/)

ekm's 31 NIGHTS OF HORROR: EVENING 15 — NAMES OR NO-NAMES? (/ekm-nights-of-horror-names-or-no-names-82535/)

Prometheus Shares Pics From ROCK AND SHOCK 2019!!! (Worcester, MA) *Graphic Content* (/prometheus-shares-pics-from-rock-and-shock-2019-82537/)

**ekm's 3 NIGHTS OF HORROR: EVENING 13 — SLEEPAWAY CAMP (1983) (/ekm-nights-of-horror-sleepaway-camp-82527/)**

**The Stigma & Discrimination of "JOKER" - A Review (/discrimination-joker-review-joaquin-phoenix-82497/)**

**LEGO CATWOMAN becomes the Real CATWOMAN in Matt Reeves' THE BATMAN! (/zoe-kravvitz-catwoman-the-batman-82533/)**

**When Two Worlds Collide- Mad Dashiell Takes a Look at MALEFICENT: MISTRESS OF EVIL! (/mad-dashiell-maleficent-2-mistress-evil-review-82538/)**

  

## Ain't It Cool News (www.aintitcool.com)

### *MOVIE NEWS*

## Disney's ATLANTIS to be W I D E S C R E E N!?!

**Published at: Oct. 13, 1997, midnight CST by <u>staff (https://twitter.com/)</u>**

**Remember, that cool pic I had about Disney's ATLANTIS project? Well just got this info John Dall, the leader of Atlantis, sent some news about it via his big crystal beam thingee!!!**

*An attempt to infuse life into the Disney adventures of old ie '20,000 Leagues under the Sea', etc. It's a grand adventure told on an epic scale about explorers going into the earth in search of the lost continent. Those wacky guys, Wise & Trousedale, hope to do it in scope with lots of CGI stuff. Great monsters, too.*

### *FOLLOW AICN (HTTPS://TWITTER.COM/INTENT/FOLLOW? SCREEN_NAME=AINTITCOOLNEWS)*

### *f SHARE ON FACEBOOK (HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP?*

### *y SHARE ON TWITTER (HTTPS://TWITTER.COM/INTENT/TWEET? TEXT=DISNEY%27S%20ATLANTIS%20TO%20BE%20W%20I%20D%20E%20S*

### *READERS TALKBACK*




**Sponsored Links**

## Is This The Best Documentary Streaming Service?

CuriosityStream


**Dog Saves Pregnant Owner's Life And Baby**

Give It Love


**Shut The Front Door! The New Cadillac Lineup Is Simply Astonishing!**

Cadillac Cars | Search Ads


**Eerie Last Known Photos That Reveal A Darker Side Of History**

History Daily


**Hilarious Photos In Vegas You Can't Unsee**

Definition


**Going With Your Gut Has Never Been This Easy! End Your Digestion Problems By Eating This Daily**

Nucific


December 23, 2006 5:52 PM CST                                           + Expand All
**PLOP! Now look at that mess in the tub!..**
by Orcus

July 2, 2008 4:25 PM CST
**Ah, What Could Have Been**
by kevinwillis.net

July 7, 2008 12:50 PM CST
**It Was Good . . . Better Than Pocohantas**
by kevinwillis.net

July 3, 2009 6:18 PM CST
**It was rather good. The TV series was OK though**
by orcus

June 4, 2010 8:24 AM CST
**Not this fucking asswipe ^**
by orcus

 **TCHTKBCKS**  

**Watch WATCHMEN!!**
**Hercules Says The First Six Episodes Of HBO's New Sci-Fi Sequel Are Magnificent!! -- 49 total posts (4 today) (/herc-loves-hbo-watchmen-82543/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 18 — FOUND FOOTAGE -- 53 total posts (1 today) (/ekm-nights-of-horror-found-footage-82542/)**

**RICK AND MORTY Season four trailer shows us what it's got! -- 9 total posts (1 today) (/rick-and-morty-season4-trailer-shows-us-the-goods-82506/)**

**Barbarella Proclaims That ZOMBIELAND: DOUBLE TAP is Almost as Much Fun as ZOMBIELAND! -- 12 total posts (1 today) (/barbarella-zombieland-double-tap-review-82541/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 17 — THE PRESENCE OF GOD IN RELIGIOUS HORROR FILMS -- 66 total posts (1 today) (/ekm-nights-of-horror-the-presence-of-god-82540/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 19 — HORROR FOR CHILDREN -- 7 total posts (1 today) (/ekm-nights-of-horror-horror-for-children-82545/)**

## *TRENDING*

**"Star Wars: The Rise of Skywalker" NEWS! The Return of a Fan Favorite is Nigh! (/star-wars-the-rise-of-skywalker-news-82505/)**

**ANNOUNCING FRIGHT FIGHT FRIDAY — HUMAN BRACKET!!! (/announcing-fright-fight-friday-human-bracket-82544/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 14 — MINORITIES IN HORROR (/ekm-nights-of-horror-minorities-in-horror-82529/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 16 — "BASED ON A TRUE STORY" (/ekm-nights-of-horror-based-on-a-true-story-82536/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 15 — NAMES OR NO-NAMES? (/ekm-nights-of-horror-names-or-no-names-82535/)**

**Prometheus shares Pics From ROCK AND SHOCK 2019!!! (Worcester, MA) *Graphic Content* (/prometheus-shares-pics-from-rock-and-shock-2019-82537/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 13 — SLEEPAWAY CAMP (1983) (/ekm-nights-of-horror-sleepaway-camp-82527/)**

**The Stigma & Discrimination of "JOKER" - A Review (/discrimination-joker-review-joaquin-phoenix-82497/)**

**LEGO CATWOMAN becomes the Real CATWOMAN in Matt Reeves' THE BATMAN! (/zoe-kravvitz-catwoman-the-batman-82533/)**

**When Two Worlds Collide- Mad Dashiell Takes a Look at MALEFICENT: MISTRESS OF EVIL! (/mad-dashiell-maleficent-2-mistress-evil-review-82538/)**

  

## Ain't It Cool News (www.aintitcool.com)

### MOVIE NEWS

## Kevin Smith on Superman Lives!!!

**Published at: Oct. 13, 1997, midnight CST by staff (https://twitter.com/)**

Ok folks, been a while since I posted news regarding Kevin Smith and Superman, but I thought this was fascinating when sent it in. It's an updated version of the chain of events for Superman Lives.

- *- Kev gets hired to do two drafts*
- *-hands in draft one, gets high kudos from studio and producer*
- *-Nic Cage reads draft and commits*
- *-Studio hands script to Burton (following 'Mars Attacks' failure)*
- *-Tim Burton gives thumbs up, thus starting contract negotiations*
- *-Tim's contract signed as I turn in draft two*
- *-Tim turns around and tells studio that he wants to do his own version, thus completely fucking the studio over*
- *-Wesley Strick is brought on to re-write my draft*
- *-Wesley Strick turns in draft that is rejected; Strick is not re-upped*
- *-Start dates move yet again - this time to April*
- *-Rumors that Burton has quit*
- *-Cage in talk to take another flick after 'Snake Eyes' (during the time he allotted for 'Superman')*

So what does this mean for the recent rumors of Superman Casting? Who knows. Fact is alleged filming has been pushed back to Spring 98. All I know, is at one point Robert Rodriguez was on his way to direct this, Kevin Smith's draft was cool, and Robert wanted to stall filming by half a year. Now it's been stalled over 7 months and seems to be having problems. I hate to see this, and really hope they get their program together over there. Us fans want, need and deserve some sort of reccompense for Batman & Robin. I know yall are dying to pick that tape up next week. I swear if any of yall send me that tape for my Birthday, which is December 11th and presents will be accepted at: Harry Knowles, PO BOX 180011, Austin,Tx 78718-0011, I will have to get upset. Thrash about for hours on end. I mean argh.

Basically what we fans want is the ANIMATED SUPERMAN made all real life looking. Same with Batman. No need to look for a new slant, these characters work, have worked, and will always work as long as yall treat them with the respect that we fans read their books and watch these cartoons.

Thanks goes out to Ted Kord, who sneaked this info out for us.

### FOLLOW AICN (HTTPS://TWITTER.COM/INTENT/FOLLOW? SCREEN_NAME=AINTITCOOLNEWS)



Sponsored Links

**Check Out CuriosityStream®, The #1 Streaming Service For Documentary Lovers. Free Episodes Online Now**

CuriosityStream


**Eerie Last Known Photos That Reveal A Darker Side Of History**

History Daily


**Hilarious Photos In Vegas You Can't Unsee**

Definition


**The Newest Discovery In Female Hair Loss**

Hair La Vie


**The New Hondas Are Simply Incredible!**

Honda Cars | Search Ads


**Pet Owners Should Think Twice Before They Bring These 25 Dog Breeds Home**

IcePop

January 28, 2005 1:33 PM CST                                   + Expand All
**Weird to read this stuff again**
by Andy Dufresne

December 23, 2006 5:53 PM CST
**You will believe a cripple can fly**
by 0rcus

July 2, 2008 4:26 PM CST
**Superman Lives Couldn't Have Been Any Worse**
by kevinwillis.net

July 7, 2008 12:51 PM CST
**Superman IV**
by kevinwillis.net

July 23, 2008 2:12 PM CST
**Is it 1997 again?????**
by picardsucks

  

September 8, 2008 9:36 PM CST
**What the hell?**
by TerryMalloy

July 3, 2009 6:20 PM CST
**One a side note, Nick Cage launched his son Kal El....**
by orcus

October 20, 2010 3:42 PM CST
**BTW**
by orcus

---

## TOP TALKBACKS

**Watch WATCHMEN!!**
**Hercules Says The First Six Episodes Of HBO's New Sci-Fi Sequel Are Magnificent!! -- 49 total posts (4 today) (/herc-loves-hbo-watchmen-82543/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 18 — FOUND FOOTAGE -- 53 total posts (1 today) (/ekm-nights-of-horror-found-footage-82542/)**

**RICK AND MORTY Season four trailer shows us what it's got! -- 9 total posts (1 today) (/rick-and-morty-season4-trailer-shows-us-the-goods-82506/)**

**Barbarella Proclaims That ZOMBIELAND: DOUBLE TAP is Almost as Much Fun as ZOMBIELAND! -- 12 total posts (1 today) (/barbarella-zombieland-double-tap-review-82541/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 17 — THE PRESENCE OF GOD IN RELIGIOUS HORROR FILMS -- 66 total posts (1 today) (/ekm-nights-of-horror-the-presence-of-god-82540/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 19 — HORROR FOR CHILDREN -- 7 total posts (1 today) (/ekm-nights-of-horror-horror-for-children-82545/)**

---

## TRENDING

**"Star Wars: The Rise of Skywalker" NEWS! The Return of a Fan Favorite is Nigh! (/star-wars-the-rise-of-skywalker-news-82505/)**

**ANNOUNCING FRIGHT FIGHT FRIDAY — HUMAN BRACKET!!! (/announcing-fright-fight-friday-human-bracket-82544/)**

ekm's 31 NIGHTS OF HORROR: EVENING 🗨 MINORITIES IN HORROR (/ekm-nights-of-horror-minorities-in-horror-82529/)

ekm's 31 NIGHTS OF HORROR: EVENING 16 — "BASED ON A TRUE STORY" (/ekm-nights-of-horror-based-on-a-true-story-82536/)

ekm's 31 NIGHTS OF HORROR: EVENING 15 — NAMES OR NO-NAMES? (/ekm-nights-of-horror-names-or-no-names-82535/)

Prometheus Shares Pics From ROCK AND SHOCK 2019!!! (Worcester, MA) *Graphic Content* (/prometheus-shares-pics-from-rock-and-shock-2019-82537/)

ekm's 31 NIGHTS OF HORROR: EVENING 13 — SLEEPAWAY CAMP (1983) (/ekm-nights-of-horror-sleepaway-camp-82527/)

The Stigma & Discrimination of "JOKER" - A Review (/discrimination-joker-review-joaquin-phoenix-82497/)

LEGO CATWOMAN becomes the Real CATWOMAN in Matt Reeves' THE BATMAN! (/zoe-kravvitz-catwoman-the-batman-82533/)

When Two Worlds Collide- Mad Dashiell Takes a Look at MALEFICENT: MISTRESS OF EVIL! (/mad-dashiell-maleficent-2-mistress-evil-review-82538/)

---

  

## Ain't It Cool News (www.aintitcool.com)

### MOVIE NEWS

# A LIFE LESS ORDINARY!!!

**Published at: Oct. 13, 1997, midnight CST by staff (https://twitter.com/)**

**My magical, mystical Coen Sister has taken a look see at Danny Boyle's latest film, A LIFE LESS ORDINARY. This independent spirit is starting to scour the earth for films of interest. I don't know about you, but I loved "Shallow Grave" and "Trainspotting" and have high hopes for this film, which he chose over Alien Resurrection. Well here's what the witty and pretty Coen Sister said in her own melodious way:**

*"A Life Less Ordinary"*

*This is one weird movie, a little too weird for its own good. And not weird in a David Lynchian/dreamlike/surreal way, either. It seems to be a film that wants it all: romance, action, comedy and fantasy. It succeeds in a couple areas, but falls very short elsewhere.*

*"A Life Less Ordinary" reteams stud-of-the-moment Ewan MacGregor with his "Trainspotting" director and writer, Danny Boyle and John Hodges. Ewan plays a lowly janitor at a huge conglomerate who seems to have an endless stream of bad luck. First, he loses his job to a robot (don't ask). Then, when he breaks in to ask the President of the company for another chance, he accidentally ends up kidnapping his daughter. As played by Cameron Diaz in her largest film role yet, the daughter is a jaded, spoiled princess who gets her kicks out of humiliating the various men in her life. This pattern continues when she makes MacGregor take her to a deserted cabin and hold her hostage in order to bilk her father out of a large ransom. The joke is, of course, that MacGregor is more of a hostage than the controlling, insulting Diaz.*

*If you're a fan of Cameron Diaz (and who isn't?) you'll be happy to know she's never been better. Her comic timing is dead-on and her chemistry with MacGregor is genuine. MacGregor is engaging as always, solidifying his position as THE young actor to watch. I don't think there was a false moment between the two and the audience was really rooting for them.*

*But something goes wildly awry about halfway through the film, just when you're really getting into it. See, there's a pair of angels running around, played by Holly Hunter and Delroy Lindo, and nobody seems to know what they're doing there. They were apparently sent there to help this couple get together, but their motives are very unclear. They attempt to kill the couple on more than one occasion, then decide they don't want to return to heaven and kidnap Diaz themselves. There's also some craziness involving a song-and-dance sequence where MacGregor and Diaz are transported to the 1940s while kareoking at a local tavern (as she proved in "My Best Friend's Wedding", Diaz really CAN'T sing). All this is capped off by a scene where MacGregor suddenly gains super-human powers and is momentarily made immortal. Essentially, the film is all over the map. I don't mind absurdist comedy or fantasy, but when it comes out of nowhere it the*

A LIFE LESS ORDINARY

*middle of a satirically biting romance, I feel let down. It was as though the filmmakers built a puzzle, taking all the worst scenes in "Michael" and tried to force them to fit with all the best scenes from "Bonnie and Clyde". The result is a shadow of what could have been and a very strange movie.*

---

**FOLLOW AICN (HTTPS://TWITTER.COM/INTENT/FOLLOW? SCREEN_NAME=AINTITCOOLNEWS)**

---

**SHARE ON FACEBOOK (HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP?**

---

**SHARE ON TWITTER (HTTPS://TWITTER.COM/INTENT/TWEET? TEXT=A%20LIFE%20LESS%20ORDINARY%21%21%21&URL=HTTP%3A%2F%2**

---

**READERS TALKBACK**

10/20/2019

A LIFE LESS ORDINARY!!!

 

Sponsored Links

**Eerie Last Known Photos That Reveal A Darker Side Of History**
History Daily

**Teenagers notice girl with "Dad" acting strange, they follow her because they knew something's wrong**
Easyvoyage

**Famous Cosmetologist Reveals How To Fix Thinning Hair**
Hair La Vie

**The New Hondas Are Simply Incredible!**
Honda Cars | Search Ads

**U.S. Cardiologist: It's Like a Pressure Wash for Your Insides**
Gundry MD Total Restore Supplement

**More Than Skin Deep: The Complications of Psoriasis**
HealthiNation

December 23, 2006 6:00 PM CST                                    + Expand All
**These aren't the hooba doobas you're looking for**
by 0rcus

July 2, 2008 4:27 PM CST
**Kilroy Was Here**
by kevinwillis.net

November 17, 2008 11:48 AM CST
**Break out the way-back machine**
by c4andmore

July 3, 2009 6:23 PM CST
**Orcus prefers his Delorean**
by orcus

## *TOP TALKBACKS*

A LIFE LESS ORDINARY!!!



**Watch WATCHMEN!!**

**Hercules Says The First Six Episodes Of HBO's New Sci-Fi Sequel Are Magnificent!! -- 49 total posts (4 today) (/herc-loves-hbo-watchmen-82543/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 18 — FOUND FOOTAGE -- 53 total posts (1 today) (/ekm-nights-of-horror-found-footage-82542/)**

**RICK AND MORTY Season four trailer shows us what it's got! -- 9 total posts (1 today) (/rick-and-morty-season4-trailer-shows-us-the-goods-82506/)**

**Barbarella Proclaims That ZOMBIELAND: DOUBLE TAP is Almost as Much Fun as ZOMBIELAND! -- 12 total posts (1 today) (/barbarella-zombieland-double-tap-review-82541/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 17 — THE PRESENCE OF GOD IN RELIGIOUS HORROR FILMS -- 66 total posts (1 today) (/ekm-nights-of-horror-the-presence-of-god-82540/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 19 — HORROR FOR CHILDREN -- 7 total posts (1 today) (/ekm-nights-of-horror-horror-for-children-82545/)**

## *TRENDING*

**"Star Wars: The Rise of Skywalker" NEWS! The Return of a Fan Favorite is Nigh! (/star-wars-the-rise-of-skywalker-news-82505/)**

**ANNOUNCING FRIGHT FIGHT FRIDAY — HUMAN BRACKET!!! (/announcing-fright-fight-friday-human-bracket-82544/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 14 — MINORITIES IN HORROR (/ekm-nights-of-horror-minorities-in-horror-82529/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 16 — "BASED ON A TRUE STORY" (/ekm-nights-of-horror-based-on-a-true-story-82536/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 15 — NAMES OR NO-NAMES? (/ekm-nights-of-horror-names-or-no-names-82535/)**

**Prometheus Shares Pics From ROCK AND SHOCK 2019!!! (Worcester, MA) *Graphic Content* (/prometheus-shares-pics-from-rock-and-shock-2019-82537/)**

**ekm's 3 NIGHTS OF HORROR: EVENING — SLEEPAWAY CAMP (1983) (/ekm-nights-of-horror-sleepaway-camp-82527/)**

**The Stigma & Discrimination of "JOKER" - A Review (/discrimination-joker-review-joaquin-phoenix-82497/)**

**LEGO CATWOMAN becomes the Real CATWOMAN in Matt Reeves' THE BATMAN! (/zoe-kravvitz-catwoman-the-batman-82533/)**

**When Two Worlds Collide- Mad Dashiell Takes a Look at MALEFICENT: MISTRESS OF EVIL! (/mad-dashiell-maleficent-2-mistress-evil-review-82538/)**

Disney Places It's Game Pieces!!!

  

## Ain't It Cool News (www.aintitcool.com)

### MOVIE NEWS

## Disney Places It's Game Pieces!!!

**Published at: Oct. 13, 1997, midnight CST by staff (https://twitter.com/)**

Is it just me, or do you get a little Peed Off at the counter programming that Disney does to try and ambush rival animation departments? I really dislike it. Personally as an animation lover I want the different animation studios to push each other to the limit. Remember the classic era of animation, the 30's and 40's, where all the theatrical animation units were "one upping" each other. That's how Warner's developed it's style, Disney theirs and Fleischer's their's. Then as the studios stopped, one by one, producing animated shorts, the format died. The imagination and drive went away. I'm excited as hell about Dreamworks, Fox and Warners all starting up with big animated products. Well let's see, next we get LITTLE MERMAID opposite ANASTASIA. And what was Disney going to do against PRINCE OF EGYPT? Dreamworks' 900lb Animated Monkey. Well, I didn't know of anything till Betty Boop sung the truth, or at least the latest rumors:

*Walt Disney Feature Animation Florida is taking a 2 year long sabbatical from feature-length films to work on shorts, Fantasia 2000 (which techically is and isn't a feature-length film, ya know), and restoration.*

*First up for restoration is Beauty and the Beast, which will have about 8 minutes resored, including the song "Human Again", and Belle teaching the Beast how to read. B&tB did have a continuity problem, the result of this number being cut from the original film It will be re-released ala the Star Wars films, and will go up against Prince of Egypt Jeffrey Katzenburg's Disney Oscar-Nominated (Best Picture) masterpiece against Jeffrey Katzenberg's new baby. This should be fun to watch.*

*Next up for resoration is the classic, Snow White Just about everyone has seen the rough animation for the bed-building and soup-eating scenes. These will be restored to the film.*

Well this will be very interesting to watch... Who will win? Well personally I'm rooting for the new guys on the block. Alot of Disney's product of late, seems like animation by numbers, staying to the formula. These new guys are experimenting and straying from the path most traveled. I love Disney films, and the concept of adding the food scene back in Snow White fills me with fear and dread. Walt Disney cut those scenes for a reason, messing with Uncle Walt's original vision is... umm disturbing.

### FOLLOW AICN (HTTPS://TWITTER.COM/INTENT/FOLLOW? SCREEN_NAME=AINTITCOOLNEWS)

### SHARE ON FACEBOOK (HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP?

Disney Places It's Game Pieces!!



December 2, 2003 8:28 PM CST
**Don's worry**
by cyber

+ Expand All

December 23, 2006 6:00 PM CST
**Don't worry be happy**
by Orcus

July 2, 2008 4:29 PM CST
**Did the Snow White Restoration Happen?**
by kevinwillis.net

July 7, 2008 12:52 PM CST
**Snow White Made Them Was Their Hands**
by kevinwillis.net

July 3, 2009 6:24 PM CST
**Where's prince of Egypt Noooooowwww**
by orcus

---

## TOP TALKBACKS

**Watch WATCHMEN!!**
**Hercules Says The First Six Episodes Of HBO's New Sci-Fi Sequel Are Magnificent!! -- 49 total posts (4 today) (/herc-loves-hbo-watchmen-82543/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 18 — FOUND FOOTAGE -- 53 total posts (1 today) (/ekm-nights-of-horror-found-footage-82542/)**

**RICK AND MORTY Season four trailer shows us what it's got! -- 9 total posts (1 today) (/rick-and-morty-season4-trailer-shows-us-the-goods-82506/)**

**Barbarella Proclaims That ZOMBIELAND: DOUBLE TAP is Almost as Much Fun as ZOMBIELAND! -- 12 total posts (1 today) (/barbarella-zombieland-double-tap-review-82541/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 17 — THE PRESENCE OF GOD IN RELIGIOUS HORROR FILMS -- 66 total posts (1 today) (/ekm-nights-of-horror-the-presence-of-god-82540/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 19 — HORROR FOR CHILDREN -- 7 total posts (1 today) (/ekm-nights-of-horror-horror-for-children-82545/)**

---

## TRENDING

Disney Places It's Game Pieces!!!

**"Star Wars: the Rise of Skywalker" NEWS- the Return of a Fan Favorite is Nigh! (/star-wars-the-rise-of-skywalker-news-82505/)**

**ANNOUNCING FRIGHT FIGHT FRIDAY — HUMAN BRACKET!!! (/announcing-fright-fight-friday-human-bracket-82544/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 14 — MINORITIES IN HORROR (/ekm-nights-of-horror-minorities-in-horror-82529/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 16 — "BASED ON A TRUE STORY" (/ekm-nights-of-horror-based-on-a-true-story-82536/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 15 — NAMES OR NO-NAMES? (/ekm-nights-of-horror-names-or-no-names-82535/)**

**Prometheus Shares Pics From ROCK AND SHOCK 2019!!! (Worcester, MA) *Graphic Content* (/prometheus-shares-pics-from-rock-and-shock-2019-82537/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 13 — SLEEPAWAY CAMP (1983) (/ekm-nights-of-horror-sleepaway-camp-82527/)**

**The Stigma & Discrimination of "JOKER" - A Review (/discrimination-joker-review-joaquin-phoenix-82497/)**

**LEGO CATWOMAN becomes the Real CATWOMAN in Matt Reeves' THE BATMAN! (/zoe-kravvitz-catwoman-the-batman-82533/)**

**When Two Worlds Collide- Mad Dashiell Takes a Look at MALEFICENT: MISTRESS OF EVIL! (/mad-dashiell-maleficent-2-mistress-evil-review-82538/)**

---

  

## Ain't It Cool News (www.aintitcool.com)

### MOVIE NEWS

# Yehaaaaaaa, Deep Impact!!!!

**Published at: Oct. 14, 1997, midnight CST by staff (https://twitter.com/)**

**Special Agent and Samurai Supreme, KAGEMUSHA, infiltrated the DreamWorks SKG set of DEEP IMPACT. Kagemusha was there to witness some very SPOILER mayhem. If you do not wish to know something about the last 30 minutes of DEEP IMPACT then go away now. You won't want to continue. Precede at your own risk!!!**

*Using my Shadow Warrior skills, I crept unnoticed into the Los Angeles location for Monday, October 13th on DEEP IMPACT, the Dreamworks SKG spectacle about cometary chunks on collision course with the Earth. A garage under the Unocal Building on Third St (downtown, only a few blocks from the oft-shot Westin Bonaventure Hotel) had been converted--at great expense, I have no doubt--into a makeshift shelter for hundreds of imperiled Cenex and Central Casting extras.*

*It was announced that this footage would be matched with footage already shot in Arlington, VA, and that the extras were playing denizens of Arlington. Denise Crosby was on hand in Los Angeles as one of the city's soon-to-be running residents. Just as soon as the "Arlingtonites" got their sleeping bags laid out in the garage shelter, Morgan Freeman (as the President of these United States) came on a number of TV monitors in the garage with some very bad news indeed. (Freeman's image actually appeared on the TVs, so the extras were able to respond to a pre-recorded performance in real time.) The TVs were "tuned" to MSNBC.*

*"The Ariana missiles have failed," Freeman announced (I'm guessing on spellings throughout this paragraph, as I only heard the dialogue out loud.) An inbound comet was still mostly intact, and two large chunks would impact on the Earth with terribly disastrous consequences. The first would crash in the ocean off Cape Hatteras, causing a tidal wave a thousand feet high to sweep across the East Coast at one and a half times the speed of sound. New York City, Boston, Atlanta, Philadelphia, the District of Columbia--all would be utterly destroyed by the ravages of the cometary tsunami. The second, larger chunk would impact in western Canada, causing a dust cloud that would obscure the Sun and make life aboveground impossible for two years.*

*A national lottery has chosen a million citizens to live safely in an underground bunker complex built by the federal government. All remaining U.S. citizens, including our intrepid background actor heroes in "Arlington," would be required to fend for themselves as best they could. Given that the extras were shot running in abject panic, the situation does not look promising. Incidentally, one extra was nearly removed from the set for getting overly "into character" and shoving people bodily out of his way.*

Yehaaaaaa, Deep Impact!!!!

We, of course, can look forward to an incredible special effects spectacular next summer, and I am particularly happy to report that DP IMPACT will NOT have an "ID4"-type deus ex machina conclusion. The comet WILL hit the Earth, at least twice, much like the feces of the cosmos impacting with the fan. See you in line next summer!

**FOLLOW AICN (HTTPS://TWITTER.COM/INTENT/FOLLOW? SCREEN_NAME=AINTITCOOLNEWS)**

**SHARE ON FACEBOOK (HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP?**

**SHARE ON TWITTER (HTTPS://TWITTER.COM/INTENT/TWEET? TEXT=YEHAAAAAAA%2C%20DEEP%20IMPACT%21%21%21%21&URL=HTTP%3**

## READERS TALKBACK

Sponsored

$749

$749

Comments   Community     Login ▾

♡ Recommend   Tweet   f Share    Sort by Best ▾

This discussion has been closed.

✉ Subscribe   🔒 Disqus' Privacy PolicyPrivacy PolicyPrivacy

Yehaaaaaaa, Deep Impact!!!



---

December 26, 2006 9:21 AM CST      **+ Expand All**

**Thats when the Pimp turns his ring around to smack ho's**
by 0rcus

July 2, 2008 4:30 PM CST

**Deep Impact On the Day After Tomorrow**
by kevinwillis.net

July 7, 2008 12:53 PM CST

**Then Keanu Reeves**
by kevinwillis.net

July 3, 2009 6:25 PM CST

**That's when Harry sits down**
by orcus

---

## *TOP TALKBACKS*

**Watch WATCHMEN!!**

**Hercules Says The First Six Episodes Of HBO's New Sci-Fi Sequel Are Magnificent!! -- 49 total posts (4 today) (/herc-loves-hbo-watchmen-82543/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 18 — FOUND FOOTAGE -- 53 total posts (1 today) (/ekm-nights-of-horror-found-footage-82542/)**

**RICK AND MORTY Season four trailer shows us what it's got! -- 9 total posts (1 today) (/rick-and-morty-season4-trailer-shows-us-the-goods-82506/)**

**Barbarella Proclaims That ZOMBIELAND: DOUBLE TAP is Almost as Much Fun as ZOMBIELAND! -- 12 total posts (1 today) (/barbarella-zombieland-double-tap-review-82541/)**

10/20/2019

Case 3:20-cv-01596-VC   Document 1-6   Filed 03/04/20   Page 25 of 36
Yehaaaaaaa, Deep Impact!!!!

ekm's 31 NIGHTS OF HORROR: EVENING ... THE PRESENCE OF GOD IN RELIGIOUS HORROR FILMS -- 66 total posts (1 today) (/ekm-nights-of-horror-the-presence-of-god-82540/)

ekm's 31 NIGHTS OF HORROR: EVENING 19 — HORROR FOR CHILDREN -- 7 total posts (1 today) (/ekm-nights-of-horror-horror-for-children-82545/)

## TRENDING

"Star Wars: The Rise of Skywalker" NEWS! The Return of a Fan Favorite is Nigh! (/star-wars-the-rise-of-skywalker-news-82505/)

ANNOUNCING FRIGHT FIGHT FRIDAY — HUMAN BRACKET!!! (/announcing-fright-fight-friday-human-bracket-82544/)

ekm's 31 NIGHTS OF HORROR: EVENING 14 — MINORITIES IN HORROR (/ekm-nights-of-horror-minorities-in-horror-82529/)

ekm's 31 NIGHTS OF HORROR: EVENING 16 — "BASED ON A TRUE STORY" (/ekm-nights-of-horror-based-on-a-true-story-82536/)

ekm's 31 NIGHTS OF HORROR: EVENING 15 — NAMES OR NO-NAMES? (/ekm-nights-of-horror-names-or-no-names-82535/)

Prometheus Shares Pics From ROCK AND SHOCK 2019!!! (Worcester, MA) *Graphic Content* (/prometheus-shares-pics-from-rock-and-shock-2019-82537/)

ekm's 31 NIGHTS OF HORROR: EVENING 13 — SLEEPAWAY CAMP (1983) (/ekm-nights-of-horror-sleepaway-camp-82527/)

The Stigma & Discrimination of "JOKER" - A Review (/discrimination-joker-review-joaquin-phoenix-82497/)

LEGO CATWOMAN becomes the Real CATWOMAN in Matt Reeves' THE BATMAN! (/zoe-kravvitz-catwoman-the-batman-82533/)

When Two Worlds Collide- Mad Dashiell Takes a Look at MALEFICENT: MISTRESS OF EVIL! (/mad-dashiell-maleficent-2-mistress-evil-review-82538/)

Exhibit V2

9/29/2019                                    Ain't It Cool News - View Article



# Wacky Adventures In MisInformation

Once again ill information has been striking the net. A recent "site" update had info about an alleged "Raiders of the Fallen Empire" which the "site" owner claims was sent to their site because Hollywood has taken notice. Wow, then I wonder why 'Sallah' wrote me with the same info. And had I believed it, it would have been up at 1900 (cst) on Saturday, but guess what. I sought confirmation. Guess what. The news is not true. Casting of the project begins with Harrison Ford, before he signs, noone signs on. There is no project without him. Two, Lucas and Spielberg are not about to get involved with a project with a budget of $100 - $200 million being co-financed by Paramount and Fox. My people are telling me, that the script is nearing it's completion, and that the first draft is headed my way via nearly naked South American golden idol guardians. Should be here by next weekend. As for that casting, well all those names have been mentioned about at one time or another, but they have not signed. I highly recommend checking stories, especially when involving tales of "a family member said" variety. I'm dying to get good news on this project, but as of yet, that alleged $2 million dollar leak-control seems to be affecting some sites' judgement.

http://www.aintitcool.com/display.cgi?id=140 Go FEB MAR SEP 30 2001 2002 2003
5 captures
30 Mar 2002 - 31 May 2005
About this capture

AOL 7.0! 1000 FREE Hours!

AICN: COOL NEWS

COOL NEWS
COAXIAL
REVIEWS
LIVE CHAT
FORUMS
MULTIMEDIA
CONTACT
XM RADIO
More AICN:

Monday, October 13, 1997

## Disney's ATLANTIS to be W I D E S C R E E N!?!

Remember, that cool pic I had about Disney's ATLANTIS project? Well just got this info John Dall, the leader of Atlantis, sent some news about it via his big crystal beam thingee!!!

*An attempt to infuse life into the Disney adventures of old ie '20,000 Leagues under the Sea', etc. It's a grand adventure told on an epic scale about explorers going into the earth in search of the lost continent. Those wacky guys, Wise & Trousedale, hope to do it in scope with lots of CGI stuff. Great monsters, too.*

PREV TALK BACK MORE ON THIS TOPIC NEXT

USERS TALK BACK:

NEWS ARCHIVE
Week of 03/17
Week of 03/10
Week of 03/03
Week of 02/24

Order Harry's book and save 30%!

KEYWORD SEARCH:
GO!
MORE SEARCH OPTIONS

FREE WEBMAIL
Login:
Password



9/29/2019                                     Ain't It Cool News - View Article



# Kevin Smith on Superman Lives!!!

Ok folks, been a while since I posted news regarding Kevin Smith and Superman, but I thought this was fascinating when sent it in. It's an updated version of the chain of events for Superman Lives.

- *- Kev gets hired to do two drafts*
- *-hands in draft one, gets high kudos from studio and producer*
- *-Nic Cage reads draft and commits*
- *-Studio hands script to Burton (following 'Mars Attacks' failure)*
- *-Tim Burton gives thumbs up, thus starting contract negotiations*
- *-Tim's contract signed as I turn in draft two*
- *- Tim turns around and tells studio that he wants to do his own version, thus completely fucking the studio over*
- *-Wesley Strick is brought on to re-write my draft*
- *-Wesley Strick turns in draft that is rejected; Strick is not re-upped*
- *-Start dates move yet again - this time to April*
- *-Rumors that Burton has quit*
- *-Cage in talk to take another flick after 'Snake Eyes' (during the time he allotted for 'Superman')*

So what does this mean for the recent rumors of Superman Casting? Who knows. Fact is alleged filming has been pushed back to Spring 98. All I know, is at one point Robert Rodriguez was on his way to direct this, Kevin Smith's draft was cool, and Robert wanted to stall filming by half a year. Now it's been stalled over 7 months and seems to be having problems. I hate to see this, and really hope they get their program together over there. Us fans want, need and deserve some sort of reccompense for Batman & Robin. I know yall are dying to pick that tape up next week. I swear if any of yall send me that tape for my Birthday, which is December 11th and presents will be accepted at: Harry Knowles, PO BOX 180011, Austin,Tx 78718-0011, I will have to get upset. Thrash about for hours on end. I mean argh.

https://web.archive.org/web/20020330153742/http://www.aintitcool.com/display.cgi?id=141                                  1/3

http://www.aintitcool.com/display.cgi?id=143    Go    FEB **MAR** JUL

4 captures                                                                    **30**
30 Mar 2002 - 31 May 2005                                      2001 **2002** 2003    ▼ About this capture



AICN: **COOL NEWS**                    Repeat after me:

AOL 70% 1000 FREE Hours!



COOL NEWS
COAXIAL
REVIEWS
LIVE CHAT
FORUMS
MULTIMEDIA
CONTACT
XM RADIO

More AICN:  ▼

AIN'T IT COOL?

*Hollywood's Red-headed Stepchild Speaks Out*

HARRY KNOWLES

Order Harry's book and save 30%!

KEYWORD SEARCH:

GO!

MORE SEARCH OPTIONS

FREE WEBMAIL

Login:

Password

---

NEWS ARCHIVE

Week of 03/17
Week of 03/10
Week of 03/03
Week of 02/24

---

Monday, October 13, 1997

## A LIFE LESS ORDINARY!!!

My magical, mystical Coen Sister has taken a look see at Danny Boyle's latest film, A LIFE LESS ORDINARY. This independent spirit is starting to scour the earth for films of interest. I don't know about you, but I loved "Shallow Grave" and "Trainspotting" and have high hopes for this film, which he chose over Alien Resurrection. Well here's what the witty and pretty Coen Sister said in her own melodious way:

*"A Life Less Ordinary"*

*This is one weird movie, a little too weird for its own good. And not weird in a David Lynchian/dreamlike/surreal way, either. It seems to be a film that wants it all: romance, action, comedy and fantasy. It succeeds in a couple areas, but falls very short elsewhere.*

*"A Life Less Ordinary" reteams stud-of-the-moment Ewan MacGregor with his "Trainspotting" director and writer, Danny Boyle and John Hodges. Ewan plays a lowly janitor at a huge conglomerate who seems to have an endless stream of bad luck. First, he loses his job to a robot (don't ask). Then, when he breaks in to ask the President of the company for another chance, he accidentally ends up kidnapping his daughter. As played by Cameron Diaz in her largest film role yet, the daughter is a jaded, spoiled princess who gets her kicks out of humiliating the various men in her life. This pattern continues when she makes MacGregor take her to a deserted cabin and hold her hostage in order to bilk her father out of a large ransom. The joke is, of course, that MacGregor is more of a hostage than the controlling, insulting Diaz.*

*If you're a fan of Cameron Diaz (and who isn't?) you'll be happy to know she's never been better. Her comic timing is dead-on and her chemistry with MacGregor is genuine. MacGregor is engaging as*



http://www.aintitcool.com/display.cgi?id=144      Go      FEB **MAR** JUL

6 captures                                                                          **30**
30 Mar 2002 - 22 Aug 2005                                          2001  **2002**  2003

AICN: COOL NEWS          Repeat after me:

                                                            Monday, October 13, 1997

## Disney Places It's Game Pieces!!!

COOL NEWS
COAXIAL
REVIEWS
LIVE CHAT
FORUMS
MULTIMEDIA
CONTACT
XM Radio

More AICN: ▼

AIN'T IT COOL?
Hollywood's No Bullshit Superstar Speaks Out
HARRY KNOWLES
Order Harry's book and save 30%!

KEYWORD SEARCH:

                        GO!
            MORE SEARCH OPTIONS

FREE WEBMAIL
Login:

Password

NEWS ARCHIVE

Week of 03/17
Week of 03/10
Week of 03/03
Week of 02/24

Is it just me, or do you get a little Peed Off at the counter programming that Disney does to try and ambush rival animation departments? I really dislike it. Personally as an animation lover I want the different animation studios to push each other to the limit. Remember the classic era of animation, the 30's and 40's, where all the theatrical animation units were "one upping" each other. That's how Warner's developed it's style, Disney theirs and Fleischer's their's. Then as the studios stopped, one by one, producing animated shorts, the format died. The imagination and drive went away. I'm excited as hell about Dreamworks, Fox and Warners all starting up with big animated products. Well let's see, next we get LITTLE MERMAID opposite ANASTASIA. And what was Disney going to do against PRINCE OF EGYPT? Dreamworks' 900lb Animated Monkey. Well, I didn't know of anything till Betty Boop sung the truth, or at least the latest rumors:

*Walt Disney Feature Animation Florida is taking a 2 year long sabbatical from feature-length films to work on shorts, Fantasia 2000 (which, techically is and isn't a feature-length film, ya know), and restoration.*

*First up for restoration is Beauty and the Beast, which will have about 8 minutes resored, including the song "Human Again", and Belle teaching the Beast how to read. B&tB; did have a continuity problem, the result of this number being cut from the original film. It will be re-released a la the Star Wars films, and will go up against Prince of Egypt. Jeffrey Katzenburg's Disney Oscar-Nominated (Best Picture) masterpiece against Jeffrey Katzenberg's new baby. This should be fun to watch.*

*Next up for resoration is the classic, Snow White. Just about everyone has seen the rough animation for the bed-building and soup-eating scenes. These will be restored to the film.*

9/29/2019                                          Ain't It Cool News - View Article



5 captures
13 Sep 2002 - 17 Aug 2005

**Yehaaaaaaa, Deep Impact!!!!**

Tuesday, October 14, 1997

Special Agent and Samurai Supreme, KAGEMUSHA, infiltrated the DreamWorks SKG set of DEEP IMPACT. Kagemusha was there to witness some very SPOILER mayhem. If you do not wish to know something about the last 30 minutes of DEEP IMPACT then go away now. You won't want to continue. Precede at your own risk!!!

*Using my Shadow Warrior skills, I crept unnoticed into the Los Angeles location for Monday, October 13th on DEEP IMPACT, the Dreamworks SKG spectacle about cometary chunks on collision course with the Earth. A garage under the Unocal Building on Third St. (downtown, only a few blocks from the oft-shot Westin Bonaventure Hotel) had been converted--at great expense, I have no doubt--into a makeshift shelter for hundreds of imperiled Cenex and Central Casting extras.*

*It was announced that this footage would be matched with footage already shot in Arlington, VA, and that the extras were playing denizens of Arlington. Denise Crosby was on hand in Los Angeles as one of the city's soon-to-be running residents. Just as soon as the "Arlingtonites" got their sleeping bags laid out in the garage shelter, Morgan Freeman (as the President of these United States) came on a number of TV monitors in the garage with some very bad news indeed. (Freeman's image actually appeared on the TVs, so the extras were able to respond to a pre-recorded performance in real time.) The TVs were "tuned" to MSNBC.*

*"The Ariana missiles have failed," Freeman announced. (I'm guessing on spellings throughout this paragraph, as I only heard the dialogue out loud.) An inbound comet was still mostly intact, and two large chunks would impact on the Earth with terribly disastrous consequences. The first would crash in the ocean off Cape Hatteras, causing a tidal wave a thousand feet high to sweep across the East Coast at*

# Exhibit W2



New 4 - Go | scratch - Go | sites - Goog | internet arc | interney arc | internet arc | New Tab | Wayback M | New Tab | Hellknights

web.archive.org/web/2017*/http://www.aintitcool.com/node/

Apps | 'Elysium' Director St... | cameronlitdreh.html | 'Breaking Bad' Auct... | "Fraud on the Court... | haven - Google Sea... | "Incorporate By Ref... | "Gross Negligence"... | (Contract) Technical... | Other bookmarks

SIGN IN | UPLOAD | Search

ABOUT | CONTACT | BLOG | PROJECTS | HELP | DONATE | JOBS | VOLUNTEER | PEOPLE

DONATE

INTERNET ARCHIVE WaybackMachine

Explore more than 396 billion web pages saved over time

http://www.aintitcool.com/node/

Feedback

**Calendar** · Collections beta · Changes beta · Summary · Site Map

Saved **20 times** between November 10, 2007 and September 27, 2017.

1997 1998 1999 2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011 2012 2013 2014 2015 2016 **2017** 2018 2019

| JAN | | | | | | | FEB | | | | | | | MAR | | | | | | | APR | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | | | | 1 | 2 | 3 | 4 | | | | 1 | 2 | 3 | 4 | | | | | | | 1 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |

Type here to search

9:40 PM
12/7/2019

# Exhibit X2



## Kevin Smith on Superman Lives!!!

Monday, October 13, 1997

Ok folks, been a while since I posted news regarding Kevin Smith and Superman, but I thought this was fascinating when sent it in. It's an updated version of the chain of events for Superman Lives.

- *- Kev gets hired to do two drafts*
- *-hands in draft one, gets high kudos from studio and producer*
- *-Nic Cage reads draft and commits*
- *-Studio hands script to Burton (following 'Mars Attacks' failure)*
- *-Tim Burton gives thumbs up, thus starting contract negotiations*
- *-Tim's contract signed as I turn in draft two*
- *-Tim turns around and tells studio that he wants to do his own version, thus completely fucking the studio over*
- *-Wesley Strick is brought on to re-write my draft*
- *-Wesley Strick turns in draft that is rejected; Strick is not re-upped*
- *-Start dates move yet again - this time to April*
- *-Rumors that Burton has quit*
- *-Cage in talk to take another flick after 'Snake Eyes' (during the time he allotted for 'Superman')*

So what does this mean for the recent rumors of Superman Casting? Who knows. Fact is alleged filming has been pushed back to Spring 98. All I know, is at one point Robert Rodriguez was on his way to direct this, Kevin Smith's draft was cool, and Robert wanted to stall