# Exhibit Y2

**Ain't It Cool News (www.aintitcool.com)**

## MOVIE NEWS

## ABking visits AVATAR... and tells all!

Published at: Feb. 6, 2000, 1:45 a.m. CST by staff (https://twitter.com/)

Father Geek here, our resident Arnie & Sly spy ABking sent in the following report on Cameron's AVATAR scriptment. Now, I know some of you might have already picked up this info someplace or another, but I'm betting the great majority of our readers will be blown away by this project that James has been quitely toying with for a while now in the shadow of SPIDERMAN. This is the stuff of dreams...

For anyone reading this, this is what I thought about James Cameron's amazing scriptment/treatment for AVATAR. Cameron should make this right away because it will be his big version of STAR WARS. While reading this scriptment, only one movie star came to mind to play the hero. It was Jim's good friend Arnold Schwarzenegger.

I think Josh's character should be perfect for Schwarzenegger. The story start's of with Josh a bit downtrodden in a lot of ways like Arnie's character in End of Days. Maybe even more so. Avatar is the action epic that End of Days should have been, and I'm willing to bet on the epic level of With Wings As Eagles or Crusade.

I'll try to tell the story basically in three parts.

Part A: Josh ends up becoming part of a company program that mines resources from a distant planet called Pandora. On this planet are a race of 8ft tall, humanoid aliens called the Na'vi. The company has developed a process to "grow" Avatars, which are a combination of human and Na'vi DNA cells grown to full adult size. With these 8ft shells that look like the Na'vi and have enough human DNA in them, the human donor's mind can be linked into the body of the Avatar. This allows humans the ability to breath on the planet and communicate better with the aliens. See, Josh had a twin brother who was in this deal, and an Avatar was being developed for him. But his brother dies and because each Avatar costs the company 20 million to develop they go to Josh who agrees to take his brother's place. The human's mind is linked into his Avatar's body ala The Matrix.

Part Two: On the planet, Josh goes through training sessions where he learns to use his Avatar body. Eventually, he and other "controller" (humans who are linked to Avatar), learn to move around and survive on the planet, which is covered mostly by a rainforest. These forests are filled with fantastic and deadly creatures like the Manticore which is this gigantic, black-coated panther like creature with six legs and a tail with a poisonous stinger on it. Theres' also a creature called a tenticore I think, that's twice as big as an elephant, is armored and has a head similar to a hammerhead shark. There's a creature called a slinger that has a long neck, and can literally sling its dart-shaped head like a smart missile. the head nails its' prey, then it's headless body reattaches its head by regenerating the cartilage and nerves to the head, then the slinger eats its prey. Cameron creates all kinds of deadly creatures that infest the forests. Also, this planet's weird magnetic field causes a particular phenomenon. Many mountains and mountain ranges actually "float" above the planet. I can't remember enough to explain it now, but it's explained pretty well in the scriptment. Well, the company has a camp in the middle of this forest surrounded by guard towers and electric fences to kkeep these creatures out. they also have gunships and 14-ft armored hydraulic suits (reminds me a lot like the metal carrier suit used in Aliens) but

## TOP TALKBACKS

THE MANDALORIAN Is Here, and It Is GLORIOUS -- 53 total posts (53 today) (/benny-no-good-mandalorian-review-82613/)

Michael Bay's Billionaires To The Rescue film 6 UNDERGROUND is set to destroy priceless art like it is nothing! -- 37 total posts (30 today) (/billionaire-heroes-destroying-priceless-art-82611/)

Advice to the Russo Brothers on how to Fix Avengers: Endgame -- 116 total posts (23 today) (/masked-man-endgame-issues-video-82608/)

Review of Martin Scorsese's "THE IRISHMAN" -- 22 total posts (10 today) (/movie-review-martin-scorsese-the-irishman-82609/)

Katie Burgess as Bad Ass Female-Assassin, AGENT JADE BLACK! AICN Exclusive Trailer and Poster! -- 21 total posts (5 today) (/agent-jade-black-aicn-exclusive-82603/)

DC Universe Drops the Official Trailer for Animated Series HARLEY QUINN! -- 66 total posts (4 today) (/dc-universe-animated-series-harley-quinn-trailer-82607/)

Nicolas Cage channels his Dr. DoLittle in PRIMAL -- 3 total posts (3 today) (/mceric-reviews-primal-nicolas-cage-82612/)

FRIGHT FIGHT FRIDAY — HUMAN BRACKET ROUND #3 — NORMAN BATES VS PATRICK BATEMAN!!! -- 31 total posts (1 today) (/fright-fight-friday-human-bracket-round-3-82598/)

Win HEATHERS 30th Anniversary SteelBook on Blu-ray! -- 2 total posts (1 today) (/heathers-30th-

with gatling guns and flamethrowers. This camp is ran by this dude who's only interested in raping the planet of its resources and making the company profit and doesn't really care about the damage mining causes on the eco-system of the planet and its aliens. Over a series of small adventures on Pandora, Josh meets this Na'vi woman who teaches him how to survive on the planet, and they become attracted to each other. Remember the Na'vi though alien, are very humanoid. Well soon conflict rises between the Na'vi, Josh, a few controllers and the company's military.

Part 3. Basically there are several battles between tne Na'vi led by Josh and the company army. Imagine gigantic tanks crashing through forests of trees 3 times bigger than the Sequoia's on Earth. Imagine these trees are so huge, gunships are flying through them weaving in an out as they blast at the Na'vi who are on foot, or flying on the backs of giant flying creatures. Imagine a couple of aerial battles in the air as gunships dodge between the floating mountains, and waterfalls in the air then flying down into the giant forests. Also, the creatures which the Na'vi can psychically link with are attacking the soldiers in their armored suits. There are battles like I've never imagined and plenty of action. josh jumps off one flying creature on the the back of one gunship, and manages to snatch the pilot out of the cockpit. There's even a scene where giant jellyfish-like creatures float through the air and cause several of the gunships to crash and explode.

There is literally too much to describe. I was exhausted after reading this scriptment, and it would make one of the best sci-fi/action/adventures ever made. But the cost to make this movie would be incredible. It would take literally 200 million at least, and the Na'vi, the Avatars, and the creatures would literally have to be computer generated. Actually, this movie could be made and made well even without Arnie, but to see an Avatar version of Arnie would be could. Imagine a eight-nine ft tall blue-skinned, slender but powerfully-muscled Arnie with cat-like eyes, fangs, three-fingers and a thumb on each hand and a panther-like tail. That's what Avatar would give you.

ABking

---

**FOLLOW AICN (HTTPS://TWITTER.COM/INTENT/FOLLOW?
SCREEN_NAME=AINTITCOOLNEWS)**

**🗗 SHARE ON FACEBOOK
(HTTPS://WWW.FACEBOOK.COM/SH**    **🐦 SHARE ON TWITTER
(HTTPS://TWITTER.COM/INTENT/TW**

---

Shop Related Products


End of Days (http://aax-us-east.amazon-
$8.99stem.com/x/c/QsCc...
Days-Arnold **(72)**
Schwarzenegger/dp/B00...


The Matrix (http://aax-us-east.amazon-
$12.9stem.com/x/c/QsCc...
Keanu- **(3857)**
Reeves/dp/B001XVD2Z...


Avatar (http://aax-us-east.amazon-
$14.98tem.com/x/c/QsCc...
Sam- **(7496)**
Worthington/dp/B003EV...


20 Million Miles To Earth
(http://aax-us-
$13.99
adsystem.com/x/c/QsCc...
Miles-Earth-Joan-
**(208)** **w41&ref**

Ads by Amazon (http://aax-us-east-amazon-adsystem.com/x/c/QsCcScF8YFdolEHHytvq2u6z4AAAFucmkZMgEAAAFIAQBVrU9I1mM/affiliate-program.amazon.com/home/ads/ref=sm_n_au_dka_US_logo?
adId=logo&creativeASIN=logo&linkId=c8e85ce06f7ac2e8&c7cf73f221f5b1c4&marscroll&back=23&linkCode=w41&ref-
refURL=http%3A%2F%2F legacy.aintitcool.com%2Fnode%2Flegacy.aintitcool.com%2Fnode%2F81599&slotNum=0&imgSize=150& Ssg6mfVwyKWPoiq06GkkanTyip=smart&adMode=auto&adFormat=grid&impressionTimestamp=1573877430023&ac-
merkle-nhhu6M47426ds)   (http://aax-us-east.amazon-adsystem.com/x/c/QsCcScF8YFdolEHHytvq2u6z4AAAFucmkZMgEAAAFIAQBV(https://www.amazon.com/adprefs/ref=sm_n_au_dka_US_ac?tag=aicnfallback-
208linkCode=w41)   208linkCode=w41&ref-

---

**READERS TALKBACK**

---

anniversary-steelbook-giveaway-82610/)

UPDATED! ekm's SPIDER-MANIA! ISSUE #12 — SPIDER-MAN: INTO THE SPIDERVERSE (2018) AND SEQUEL -- 48 total posts (1 today) (/updated-ekm-spider-mania-spiderverse-82584/)

---

**TRENDING**

SONIC THE HEDGEHOG Upgraded in NEW TRAILER! Is it Enough? (/prometheus-sonic-hedgehog-trailer-82605/)

Gollum & Bullseye join Matt Reeves' THE BATMAN! (/gollum-and-bullseye-join-matt-reeves-the-batman-82590/)

Barbarella Says Although MIDWAY Lacks Emotional Depth, It's Still Exciting and Interesting (/barbarella-midway-review-82595/)

An AICN Exclusive First Look at the Trailer for 1ST BORN (/1st-born-trailer-exclusive-82606/)

Make an Appointment for King's Doctor Sleep! (/mad-dashiell-doctor-sleep-82592/)

Prometheus talks "ECHOES OF FEAR," Horror + the Elbow-Licking Myth W/ HANNAH RACE! (/hannah-race-echoes-of-fear-interview-82602/)

Check Out the Official Trailer for Teen Noir KNIVES AND SKIN! (/knives-and-skin-official-trailer-82599/)

Sponsored

0 Comments     Ain't It Cool News                                          ● Login ▾

♡ Recommend    🐦 Tweet    f Share                                      Sort by Best ▾

This discussion has been closed.

✉ Subscribe   🔒 Disqus' Privacy PolicyPrivacy PolicyPrivacy

Sponsored

---

February 6, 2000 1:50 AM CST                                          - Collapse All
**Avatar Script is Online...**
by Spell Checker

For anyone interested, here's the link to the Avatar scriptment (and many others, such as
Hollow Man) online... http://www.dailyscript.com/scripts/scripts.html

February 6, 2000 1:53 AM CST
**Ooops.... it was removed... sorry..**
by Spell Checker

Sorry, it was removed... if you're interested in reading it, perhaps you could email me... that
and the Spiderman Scriptment...

February 6, 2000 2:12 AM CST
**Wow**
by Ambrose Chappell

This sounds like some pretty hard-core science fiction! I like it a lot. Floating mountains, eh?
Fourteen foot power suits? Deadly alien beasties? It could visually rival Episode I. Here's to
hoping that the characters and the plot are very good too!

February 6, 2000 2:27 AM CST
**dear God, who do I have to whore myself out with to read this sc**
by Tall_Boy

c'mon, somebody help me! cashcarstar69@hotmail.com My REAL e-mail. (hopefully I didn't just do something stupid. . .) Still, wow. I mean, ALIENS is my all time #1 favorite James Cameron movie of all time and Cameron dive into the world of sci-fi creatures realized on an even larger scale. Whoa. . .my brain simply will not process it. If I read the script, my head will probably explode or something. . .

---

February 6, 2000 3:15 AM CST
**Sounds pretty darn cool... is a bit cliche'd in the Plot departm**
by Cassius the Evil

Geez, must we have more movies about saving the environment? Guys, we get the point already. Princess Mononoke had it right... make the bad, ecology-hating villains likable! Please! And also... don't pull a "Soldier" and have Arnie's enemies be bumbling idiots that step into maddeningly obvious traps with a near-religious zeal.

---

February 6, 2000 4:04 AM CST
**Avatar: Hope for new planets**
by mpyre

Great posting, Harry. I hope this vision of a planet can be pulled off. I'm very tired of deserts, canyons, or California hills substituting for unknown worlds. Take a gander at Galaxy Quest, Starship Troopers, Soldier, Etc. We need worlds imagined like the ones envisioned by great artists like Michael Whelan--lots of alian fauna. How about huge fungul mushrooms sprouting out of jungles like Nausicaa? I remember cool landscapes from Sega's arcade game Galaxy ??? with huge alien plants the size of skyscrapers. Let's hope someone will have the planetary balls to take us to new worlds. (Please no more rocky deserts)

---

February 6, 2000 5:36 AM CST
**Avatar SUCKS**
by GDM

Okay, that's it. I've finally decided to give me two cents worth. Normally I would just read through the talk backs without contributing, but I just can't sit still after reading this post. The Avatar scriptment, in my most humble opinion, really, really sucks. And here's why: The whole Gaia theme which forms the core of the story is as well developed as that whole 'Titanic is a microcosm of society' crap. It was also extremely predictable. The way the story was structured, the Gaia revalation was supposed to be a major surprise, but right from the get go, there was no other direction this story could have taken. Considering the fantastic nature of the story, there was also a surprising lack of imagination. Praticularly lacking was the entire segment where the local princess teaches Josh the ways of the 'natural world'. This basically entails spearing fish, shooting animals full of arrows, running through the moon-lit forest and various other cliches. There is also very little character development in this scriptment. The bad guys are bad because they want to destroy nature and turn a profit, whereas the good guys want to preserve nature, regardless of the cost or sacrifice. That's it. Now, this being only a scriptment, one can assume that there would be room for the characters to develop in a full script, however, this will certainly not be the case. The story is so long, that, even if all the characters remain completely undeveloped, the movie will still run 3 hours. There is absolutely no room for real character development in this script. Simply too much is going on. As far as drama goes, the story is sorely lacking. Once it is established what's at stake and who is for nature and who is against, a rather by the numbers conflict is played out. First, there is a little skirmish between the forest dwellers and the bad humans, and the forest dwellers kick the evil humans ass. Then, the evil humans regroup and launch a major assault. Once again the forest dwellers kick the bad humans' ass and the bad humans have to retreat back to Earth. Basically, the technologically inferior forest dwellers ALWAYS kick the technologically advanced bad giys ass. It's never even close. It's always an overwhelming victory. Based on the technological imbalance between the two sides, this seem highly unrealistic, not to mention extremely unsatisfying dramatically. Sure, a few key forset dwellers are killed, but this just doesn't do it. Not to harp on the complete lack of creativity, but I can't help but feel that one of the reasons this project was canned was for legal reasons. Virtually all of the Pandoran wildlife feels like it was transplanted right out of Wayne Douglas Barlowe's book EXPEDITION. There are too many similarities for this to be coincidental. Since Expedition is also being developed into a feature film, I can see a definite possibility of lawsuits emerging based on certain, if not all, of the Pandoran creature designs. And on a final note, let me just saw how horribly disappointed I was. I am HUGE science fiction fan and long to see a truely great SF movie grace the silver screen. Unfortunately, Avatar is not it, and in my opinion, this project will never be resurected. It is simply too mediocre of a story to justify the massive, massive cost that it will require to realise. Sigh. been a fan of this sight going on three years now, and in all that time I have never felt the need to give my opinion on talk back, regardless of whether I agreed or not with the posts. Needless to say, this time is

---

February 6, 2000 6:16 AM CST

**I hate transparent SF!**
by Battleflag

I mean come on! Is this really SF? If it were a book would it be praised? No it wouldn't because it has nothing new to offer or explore, just cliches and an "original" fantasy setting. Why do writers treat SF as an excuse to make an action film on another planet, instead of as a film which expands/challenges our views though fantastical imagination? It should not be called SF and it should not be fucking gushed over as the 'newest greatest' SF flick. Fuck, that's what they said about ID4! What we need are some thought provoking SF scripts (2001, Akira, Blade Runner) or at least some with a little more scope and wonder/dread(Star Wars,T2). This is just fucking derivative, typical shite. Or at least it sounds so, HAHAHAHAHAHAH.....

February 6, 2000 6:48 AM CST
**Belated Kung Hey Fat Choi, everybody.**
by twindaggerturkey

The environmental thing isn't too cliched if done properly. It probably won't be, though. Some good environment themed films that are not too preachy: PRINCESS MONONOKE, RAPA NUI (very underrated), MEDICINE MAN. Now, Cold War paranoia is a REAL has-been theme. (Sorry, Todd.)

February 6, 2000 7:11 AM CST
**Sounds good, but shouldn't they hire an ACTOR for the lead?**
by Alessan

Anyway, once the rest of the world declares war on Austria, Arnie's gonna end up in a internment camp.

February 6, 2000 8:21 AM CST
**Two more hours with Jar Jar Binks? Fuck that ...**
by boggybri

I read this thing and it was shit. The characters were extremely flat, the story was facile and there were gaping holes in the plot. The human characters were basically redundant - they were unconcious for at least half of the script, and there wasn't even the slightest ethical qualm raised about the notion of cloning, especially for the purposes of colonising an inhabited planet. I was, however, particularly amused by a scene in which the main avatar is said to 'bust a move' at a tribal gathering, 'inspired by alot of MTV'. When will these people learn?

February 6, 2000 9:19 AM CST
**I have read all the talk backs and come to the conclusion that y**
by Mr Logic

Yes thats right you incensed individual totally pathetic. Just a bunch of unhealthy ``comic book owner from the simpsons'' style geeks with no talents bitching and moaning about a film you have nothing to do with. Eternal you are a moron mate. Unreal was released when? A year ago, year and half maybe. Cameron would have written this script AGES!! ago long before UNREAL came out!!. Wake up geekboy stop playing computer games and realise the world is far more complex and challenging than the little cocoon you live in. Neo, you are an even bigger moron. ``Talking with the production people from Ep 1'' oh right yes and Lucas is my dad. Give up sunshine as for the ``so much of what you see is lawnmowers and vacuum cleaners and motorcycle storage units'' revelation. JESUS tell us something we don

February 6, 2000 10:06 AM CST
**James Cameron made Aliens and made it really work, he can make t**
by brokentusk

I hope he makes this. I hope he does it just right. I hope I read the script before I explode...

February 6, 2000 10:24 AM CST
**Good on ya Eternal mate, way to go SUBVERTING YOUR OWN ARGUMENT**
by Mr Logic

``never implied that JC MUST have played the game. Yeah, I worded it like that but I banged out my post so quickly that I gave no thought whatsoever to people finding fault with it '' ahhhh.............yeeeaaaaa right! Ok thanks for proving my point. Blimey that was easy! And while your chasing your tail I will clarify that my name IS a joke. It is based on the character of the same name in VIZ a British comic book. In this comic Mr Logic is a total Pratt and annoys all around him. That

February 6, 2000 11:15 AM CST
**Schwarzenegger??**
by The Kid

I've only read the first several pages of the scriptment so far (copied it off the net when it was posted, before it was taken down), but how do you figure Schwarzenegger? I can sort of see it with a haggard-looking make-up job, but the guy has a huge build. Josh is slumped in a wheelchair with slightly shrunken, paralyzed legs. I doubt Schwarzenegger is right for this.

February 6, 2000 11:15 AM CST
**please make this movie before I die. Please, I said pretty pleas**
by eddie munster

Let's not make three other shitty actionflicks, take that money and make this film NOW!!! This sounds just a wee bit better than a lot of other sci-fi shit that I've been reading about on this site. Including that Batman bullshit, who needs that? I don't care if Arnold is involved, only he's gonna ask $20 milion just to be in it and if that means the project may not be made... well fuck him and his bankaccount. Do this movie James, make it so. Cheers

February 6, 2000 11:51 AM CST
**Good lord, Logic...grow up.**
by Basquiat

I posted something a while back about fans needing to be a little more positive about upcoming films and not to be overly critical in their anticipation...but Jesus, now I feel obligated to say something in their--our--defense. Mr. Logic, I don't know how much you know about this site or how often you drop by, but Christ, pal, most folks know that quite a few posts are made by people who are actually in the Industry here in the U.S. This Neo guy may very well have been in touch with Ep.1 team members; that's not something all that unusual here. As far as folks "up top" not giving two shits about the opinion of "fanboy twits," it might interest you to know that a hell of a lot of studio execs take unofficial polls of sites like this one, listening to reader feedback when making moves on a film. I usually hate getting into little chat-room tiffs on what's supposed to be a list of posts about the preceding article, but that petty rant of yours was a little over the top, my friend. You either need to cut back on the caffeine and start posting something that requires thought, or wait a few years before coming back, because you could use a serious attitude adjustment. Your puddle of bile up there says it all, child...grow up.

February 6, 2000 11:51 AM CST
**I've got a copy too, Moooo Ha Ha**
by Nappa Master

But if anyone wants it e-mail me at lw99dds@brunel.ac.uk

February 6, 2000 1:53 PM CST
**Do the Na'vi have intercourse with the cranial protrusion????**
by lickerish

I would simply burst in vibration if I could experience those wild alien's sexual acts...how would their pleasure moans sound? Is there any way to make love on both sides of the connection? If a human man were stroking my thighs and kneading my primary while an avatar male was sliding his avatar staff onto me...all this during the hook up stage...could i hook up..would my neural circuitry be too preoccupied on either end to make a decision...or would it only be equivalent to fantasizing during an insipid bout of slagging here in the human form...since we only have a finite amount of sensory nerves preprogrammed..they may only be able to feel one body at a time..what a pity..perhaps with a bit of tinkering they could be modified to process both forms to different parts of the brain...which would be amazing...like being in two dimensions at once..like being biniscient with bipresence...

February 6, 2000 2:19 PM CST
**This forum is for opinions...**
by Mediator

...therefore, there will be opinions and bitching on it. That's what it was created for, the sharing of ideas. As for Mr. Logic, who the hell are you? A lot of insiders and very powerful entertainment people read this sight everyday, so before you go criticizing everyone in one of your rants stop to consider that maybe the person bitching actually knows what they're talking about. It gets annoying when people attack one another on here for something they said or expressing an opinion. If anyone has a point, just f-ing state it. By the way, this movie will suck, if it ever even gets made.

February 6, 2000 2:24 PM CST
**If 'Avatar' is like 'Unreal...'**
by Powerslave

...it will be very pretty, and very dull. That game was so boring. :) Although, it was fun to pick
off Nalis with the sniper rifle.

February 6, 2000 2:29 PM CST
**My problems with Abking...**
by Obscure Homage

I have a big problem with Abking/Mbaction because of the simple fact that he made an ass out
of himself with his one year+ End of Days rampage and he tore apart anyone who even had
the slightest doubt about the overwhelmingly disappointing flick. When the movie was finally
released to harsh reviews and a lackluster box office, Mr. Abking would not admit that he was
wrong. Now comes the icing on the cake...He starts off his Avatar review (which is suspicious
considering that Garth posted one last week) saying that "Avatar is going to be the action
blockbuster that End of Days wasn't." The sick, twisted cycle repeats itself again. I will look
foward to reading Abkings incessant ramblings about how much The Sixth Day is going to kick
ass, and I hope he will find the nerve to admit that he is insane if the movie tanks. A scenario
that seems as likely as an End of Days sequel.

February 6, 2000 3:21 PM CST
**A great Science Fiction film script is languishing unmade in my**
by jalora

...and people want to make this drivel? Cameron's Spiderman "scriptment" was crap, too. I
can't believe they are shooting that crap. I mean, Electro and the Sandman? Where the heck is
Doc Ock or the GREEN GOBLIN? Cripes. The King of the World is slipping...

February 6, 2000 4:15 PM CST
**SIMPLYSCRIPTS.COM**
by knight_of_Ni!

For all you boys and girls out there looking for all these scriptments and screenplays, this sight
has 'em all!! They STILL have Avatar, they have both Cameron's Spiderman and a full script of
what was supposedly his and some other guys (they're awful though), they even have that
wonderful AvP script along with Gibson's version of Alien 3. Do yourself the favor folks, just
bookmark this page and check it often, cause they scour the web for you and find all these
beauts.

February 6, 2000 4:22 PM CST
**Science Fiction**
by Elohim

It's always a shame to see movies with a lot of potential resort to themes that have proven
successful in order to sell tickets. The bottom line is that no one wants to shell out $200 million
to make a movie that might tank. It's better to play it safe and give the audience a storyline
they are familiar with so that everyone focuses on the one thing that is certain to be good...
the special effects. A compelling story is much more difficult (and more risky box office wise) to
pull off. There is a lot of potential in Avatar. Josh (btw someone with the name Josh should
never under any circumstances be played by Ahnuld) is a broken man who is given a new,
healthy body. He has divided loyalties... the company gave him this second chance, but the
aliens have taken him in and accepted him. Throw in that the resources mined here are of vital
importance in solving a major energy crisis on Earth, and the aliens are particularly alien
(meaning that they have some customs that are decidedly morally distasteful to the audience)
and you have some real conflict. The humans are doing their best to protect the environment,
but you can't make an omlet without breaking some eggs... etc. The aliens have been known to
wipe out entire mining colonies for reasons that seem trivial to us, but very important to them.
These are turns that the movie could take. Things that might give us something that we
haven't seen before (or at least not much). Will it happen? Probably not. I forsee a trite (the
planet is named Pandora... sheesh) environmental fable with very pretty special effects that will
make tons of money, and I understand why it has to be that way. But that doesn't keep me
from wishing that movies could be better.

February 6, 2000 5:32 PM CST
**A Talkback with my name all over it**
by Lightstormer

OK. Since I really don't want to fall into the pit of the endlessly-debating fanboys with "this sucks" / "that sucks" / "YOU suck," I'm going to resist the urge to tell all the Avatar nay-sayers to go piss up a rope. OK, well... at least, not to each one individually. Collectively, I think you should all go piss up a rope. Anyway, I'd like to remind anyone that thinks Cameron is your average hollywood "just-write-more-action-tripe" writer about the man's track record. Let's go through it, now... Terminator / Rambo II / Aliens / The Abyss / T2 / True Lies / Titanic, as well as the the STAN LEE-APPROVED original script and scriptment for Spiderman, not to mention the obscure but fascinating "Crowded Room," which, I see, Neo has the sense to appreciate. So, yes, the man has done a lot of action. BUT IT'S GOOD ACTION. And that's not all it is. James Cameron has NEVER written some shitty Jean Claude Van Dumbshit script, nor has he written anything as wretchedly bad as "Starshit Troopers." The man writes for *people*. He really does. What would The Abyss be without the relationship of Bud and Lindsey? How affecting would Aliens be without a scared little girl and Ripley (who was looking for a daughter to fill the void of the one she had lost?) Think about the reason why Kyle Reese traveled through time to fight the Terminator, KNOWING he wouldn't come back? Because he was in love with Sarah. Cameron knows that there's more to SF and action stories than just wild visuals and chase scenes. He knows that if there's no emotional investment on the part of the audience, then the story won't mean dick to them. And, yes, we can sometimes see where a relationship or a storyline is heading in his scripts. (Who couldn't tell in the first act of the Abyss that Bud & Lindsey would be back together in the end?) But that's because it's the most logical progression of the story. He wouldn't pull some horrible trick out of his ass in the midway point just so he could say, "HA! Tricked you!" That's not how story structure works. If that's what floats your boat, watch more Kevin Williamson movies. Cameron is one of the best writers in the industry, hands down. His movies have influenced scores of filmmakers today. It's unfortunate that some of them have missed the aspect of the emotional involvement in the storytelling. At any rate, a lot of the pissing and moaning contrarians who frequent AICN may not be aware that Jim was weaned on many of the same classic SF and comics as they/you/we were. Spiderman was a labor of love for him. He's always loved Stan Lee's work. He read all the classic SF tales, was fascinated by ideas like space travel, underwater technologies and civilizations; he was particularly inspired by "2001" and envious of Star Wars. ("That movie pissed me off. I wanted to MAKE that film.") He lives and breathes science. In college, he double-majored in physics and art. Nice right brain /left brain reconciliation, there. OK, OK... so I'm giving you the man's bio. Sorry. But I'm just saying the guy knows his shit. So take some of that into consideration before you want to just stand up and say "the guy made Titanic, and that was phenomenally successful, so I'm only cool if I say everything he does sucks. God knows, if you like something that a LOT of people like, then you have no integrity." Whatever. There's a lot more to the guy than most people give him credit for, and the same goes for his work. (Yes, I know... I'd feel less enthused if I ever worked for the man. Perhaps, but that's a different subject.) And whereas this *particular* version of AVATAR is concerned, remember that it IS a TREATMENT. (OK, "Scriptment," which Jim coined, but I'm sure a lot of aspiring writers will be using.) It is NOT a fleshed-out written-in-stone script. It is his initial ideas of the visuals, the characters, the story structure, etc. It is the clay on the table. Sadly, it may not become anything more, since even Jim realizes it would be a little too expensive and difficult to make. Plus, he's got 3 or 4 other projects right now. (Dark Angel, A CG Mars IMAX movie, and a sister Mars Mini-series.) The budget for Avatar was expected to START at $300 million. I don't think even Jim wants that kind of pressure. (It would be ok if it became his next Titanic, but it would be death if it were his next Strange Days.) Anyway... I've hero-worshipped long enough. Give the guy a break. At least he didn't give us Phantom Menace. (Just kidding, George.)

---

February 6, 2000 5:43 PM CST
### I don't care if it's clishe I need a damn good science fiction m
by mr_Marbles

I am very disapointed in people who bash movies that in my opinion will help a genre that is slowly dying. In the past movie goers were treated to dozens of sc-fi related movies a year, but recently there has been a lacking amount. I don't care if the story isn't entirely new or thought provoking, all I want is a decent movie that will take me to another place for 2 hours and give me a thrill ride that makes your jaw drop. BTW if any of you liked star wars Episode one I can't see why you wouldn't like Avatar, because that movie sucked.

---

February 6, 2000 7:07 PM CST
### Avatar CGI
by Fruit Bat

Wait a sec! I read that Avatar was supposed to be an all-CG movie. (On dark horizons, I believe). What's with that?

---

February 6, 2000 10:32 PM CST
### Shout out to all my Tackback Peeps who sent me Avatar scriptment
by Tall_Boy

Whoa, slided into ghetto speak there. Well, thanks anyways guys. Ah, the unity of geekdom. . .

February 7, 2000 12:04 PM CST
**You want Cameron stories?**
by Lightstormer

Neo (A very cool MF'er)-- I suppose I should just Email this instead of posting, but I love sharing these things with the public. *Lightstormer's Favorite Cameron Stories* 1) In Rome, after being fired on "Piranha 2" by an irrational executive producer, Cameron used his credit card to break into the studio's editing room at night, learned how to work the Italian equivalent of a KEM editing machine, and re-edited the movie *his way* over a couple of weeks. 2) As legend had it, Jim drove laps in his Ferrari inside the nuclear reactor they used as the "A-Tank" on the Abyss (after it was drained, of course.) Jim's reply to that story: "Not true, but not a bad idea." 3) Echoing the T2 helicopter story, in True Lies, Jim reassured Jamie Lee Curtis that she would be perfectly safe hanging out of the chopper during the Florida Keys chase sequence. She asked him where he was going to be. "I'm going to be the one hanging over you, filming." 4) Again on True Lies: Following the chase out of the billionaire's Swiss mansion, when Arnold shoots his gun 5 inches from Tom Arnold's face, taking down the last two ski-troops, Tom was worried whether or not this gag was safe. Jim sat in Tom's place and told Arnie to fire the gun the way he was supposed to. BLAM! No problem. Places, everyone. Of course, there are several more stories I could tell, but I'm not 100% with all the details, and I'd hate to get something wrong.... Oh, and just so's I'm on-topic, I'm only about 30 pages into my copy of the AV scriptment, but so far it's pretty damned interesting. BTW, NEO, you can find a copy of the "Crowded Room" script online at (No, this is not my site.) I highly suggest it. It's a remarkable read.

February 7, 2000 12:09 PM CST
**ABKing...**
by JON1969

I love the big man ... but I would not wish to see the Arnold in this film. He lacks the range ... this film would need, anyway Cameron is not making this film. It is over .. dead! It is a interesting piece of work, but he's moved on ... and how much would this film cost? 300 mill ... forget! Still for the sake of fanboy discussion ... why not add this to Arnold's plate ... he will never get a around to doing it and it will never get made. Im would rather see a young actor in the role ... Jude Law ... or someone else. What does everyone else thinks?

February 7, 2000 12:45 PM CST
**mis-casting Josh Sully.**
by Revelare

Arnold? No. When reading this I saw Josh Sully played by someone like Nicholas Cage. You know, someone that can act. Since Cameron wants to do this film in all CGI, Cage's features can be incorporated into the alien's CGI. However, I also saw this film as being a mixture of CGI-live action. At least the humans and the sets they're to be on. I would *LOVE* to see how James Cameron envisions the city on the moon. "City lights spider-webbed across the darkside of the moons surface."

February 7, 2000 1:43 PM CST
**ARNOLD???**
by Matchstick77

Have you really READ the scriptment? Josh, the protagonist of the film, is a war vet with no ability left in his legs...He is disallusioned and goes to Pandora initially because they offer him a chance to walk again. That kind of pain and elation could never be handled by the Austrian, much as I love his work with Cameron. Might I suggest, since so much of the movie IS CGI and does not require a star of Arnold's caliber (driving cost further up) that an excellent character actor with an expressive voice might be MUCH better suited..Any suggestions? :)

February 7, 2000 10:04 PM CST
**AVATAR**
by Lobanhaki

Sounds good to me. Personally speaking, I'm excited to hear about a movie like this. I've had the privilege of growing up in an era that's seen the work of Spielberg, Lucas, and Cameron, men who have collectively taken Sci-Fi out of the cinematic ghetto and propelled it into new territory. The possibilities are great. In my amateur opinion, Lucas's work on the prequel trilogy could very well open the doors for more and better science fiction and fantasy pictures, including Cameron's. Cameron is a pioneer, no doubt about it. He is always willing to come up with new solutions to problems other people just avoid dealing with.

February 8, 2000 3:15 PM CST

**Dances with the Abyss of the Jedi**
by bradshcw

I like Cameron but this scriptment read like Dances with Wolves and I mean right down to the big hunt scene, the relationship with the native...it's pretty easy to go and on. I can't see how they could afford to make this as live action but as an Akira-style anime flick it would rock. The primary problem is the story. Too much DwW, Abyss and Jedi. of course James has never been too original. Check Starship Troopers for his inspiration for Aliens, Demon with A Glass Hand for Terminator...and anything on Lifetime for Titanic. Well, I'd still go because he somehow manages to breath life into these retreads but I'd bet you just about anything this take on Avatar never gets made.

---

February 8, 2000 11:51 PM CST
**Would probably make a better anime**
by Sith Lord Jesus

Want AVATAR to look as good as what Cameron visualizes and *not* cost friggin' Fort Knox to make? Give it to Miyazaki or one of the other anime giants over in Japan. A good anime studio--such as the people who gave us MACROSS PLUS or GHOST IN THE SHELL--would crank out a flick that would put anything made by Cameron AND Lucasfilm combined to shame. It wouldn't cost US$300 mil, and Arnie could still do the voice acting for his character. Just a thought.

---

October 15, 2009 9:36 AM CST
**lol**
by judge dredds fresh undies

test

test

---

# Exhibit Z2



ABKing visits AVATAR... and tells all!

Father Geek here, our resident Arnie & Sly spy ABKing sent in the following report on Cameron's AVATAR scriptment. Now, I know some of you might have already picked up this info someplace or another, but I'm betting the great majority of our readers will be blown away by this project that James has been quitely toying with for a while now in the shadow of SPIDERMAN. This is the stuff of dreams...

For anyone reading this, this is what I thought about James Cameron's amazing scriptment/treatment for AVATAR. Cameron should make this right away because it will be his big version of STAR WARS. While reading this scriptment, only one movie star came to mind to play the hero. It was Jim's good friend Arnold Schwarzenegger.

I think Josh's character would be perfect for Schwarzenegger. The story start's of with Josh a bit downtrodden in a lot of ways like Arnie's character in End of Days. Maybe even more so. Avatar is the action epic that End of Days should have been, and I'm willing to bet on the epic level of With Wings As Eagles or Crusade.

I'll try to tell the story basically in three parts.

Part A: Josh ends up becoming part of a company program that mines resources from a distant planet called Pandora. On this planet are a race of 8ft tall, humanoid aliens called the Na'vi. The company has developed a process to "grow" Avatars, which are a combination of human and Na'vi DNA cells grown to full adult size. With these 8ft shells that look like the Na'vi and have enough human DNA in them, the



http://www.aintitcool.com/display.cgi?id=5169          Go

SEP | JAN | MAR
◀ 23 ▶
2002 | 2003 | 2007

8 captures
23 Sep 2002 - 2 Oct 2017

gunships to crash and explode.

There is literally too much to describe. I was exhausted after reading this scriptment, and it would make one of the best sci-fi/action/adventures ever made. But the cost to make this movie would be incredible. It would take literally 200 million at least, and the Na'vi, the Avatars, and the creatures would literally have to be computer generated. Actually, this movie could be made and made well even without Arnie, but to see an Avatar version of Arnie would be could. Imagine a eight-nine ft tall blue-skinned, slender but powerfully-muscled Arnie with cat-like eyes, fangs, three-fingers and a thumb on each hand and a panther-like tail. That's what Avatar would give you.

ABking

[PREV]   [TALK BACK]   [MORE ON THIS TOPIC]   [NEXT]

USERS TALK BACK:

| | |
|---|---|
| Shout out to all my Tackback Peeps who sent me Avatar scriptment!!! | 2006-02-06 22:32:19 |
| mis-casting Josh Sully. | 2006-02-07 12:45:57 |
| You want Cameron stories? | 2006-02-07 12:04:33 |
| Avatar Script Is Online... | 2006-02-06 01:50:57 |
| Ooops.... it was removed... sorry.. | 2006-02-06 01:53:09 |
| Wow | 2006-02-06 02:12:09 |
| dear God, who do I have to whore myself out with to read this script?! | 2006-02-06 02:27:59 |
| planet of GOR ? John CARTER WARLORD OF MARS? where's TARS TARKAS? | 2006-02-06 02:36:44 |
| Sounds pretty darn cool... is a bit cliche'd in the Plot department. | 2006-02-06 03:15:00 |
| Avatar: Hope for new planets | 2006-02-06 04:04:18 |
| Avatar SUCKS | 2006-02-06 05:36:17 |
| I hate transparent SF! | 2006-02-06 16:40 |

9/23/2019                                    Ain't It Cool News - View Article

http://www.aintitcool.com/display.cgi?id=5169                    Go | SEP | JAN | MAR

8 captures                                                          ◄  23  ►
23 Sep 2002 - 2 Oct 2017                                         2002  2003  2007

Sounds good, but shouldn't they hire an ACTOR for the lead?                    ▼ About this capture

| | |
|---|---|
| I have read all the talk backs and come to the conclusion that you are all pathetic | 2000-02-06 09:19:38 |
| James Cameron made Aliens and made it really work, he can make this. | 2000-02-06 10:06:18 |
| Good on ya Eternal mate, way to go SUBVERTING YOUR OWN ARGUMENT WITHIN YOUR POST!!! | 2000-02-06 10:24:20 |
| Do the Na'vi have intercourse with the cranial protrusion???? | 2000-02-06 13:53:53 |
| Schwarzenegger?? | 2000-02-06 11:45:06 |
| please make this movie before I die. Please, I said pretty please with sugar on top | 2000-02-06 11:15:49 |
| Good lord, Logic...grow up. | 2000-02-06 11:51:07 |
| I've got a copy too, Moooo Ha Ha | 2000-02-06 11:51:30 |
| This forum is for opinions... | 2000-02-06 14:19:30 |
| If 'Avatar' is like 'Unreal...' | 2000-02-06 14:24:39 |
| My problems with Abking... | 2000-02-06 14:29:07 |
| A great Science Fiction film script is languishing unmade in my dresser drawer... | 2000-02-06 15:21:16 |
| SIMPLYSCRIPTS.COM | 2000-02-06 16:15:51 |
| Science Fiction | 2000-02-06 16:22:45 |
| A Talkback with my name all over it | 2000-02-06 17:32:21 |
| I don't care if it's clishe I need a damn good science fiction movie | 2000-02-06 17:43:41 |
| Avatar CGI | 2000-02-06 19:07:35 |
| ABKing... | 2000-02-07 12:09:00 |
| ARNOLD??? | 2000-02-07 13:43:58 |
| AVATAR | 2000-02-07 22:04:42 |
| Dances with the Abyss of the Jedi | 2000-02-08 15:15:43 |
| Would probably make a better anime | 2000-02-08 23:51:09 |

Home | News | Coaxial News | Reviews | Live Chat | Contact | Search | Forums | Harry's World | Vidcast | Mixstream | Lists

# Exhibit A3



## ABking visits AVATAR... and tells all!

Sunday, February 6, 2000

**Father Geek here, our resident Arnie & Sly spy ABking sent in the following report on Cameron's AVATAR scriptment. Now, I know some of you might have already picked up this info someplace or another, but I'm betting the great majority of our readers will be blown away by this project that James has been quitely toying with for a while now in the shadow of SPIDERMAN. This is the stuff of dreams...**

For anyone reading this, this is what I thought about James Cameron's amazing scriptment/treatment for AVATAR. Cameron should make this right away because it will be his big version of STAR WARS. While reading this scriptment, only one movie star came to mind to play the hero. It was Jim's good friend Arnold Schwarzenegger.

I think Josh's character would be perfect for Schwarzenegger. The story start's of with Josh a bit downtrodden in a lot of ways like Arnie's character in End of Days. Maybe even more so. Avatar is the action epic that End of Days should have been, and I'm willing to bet on the epic level of With Wings As Eagles or Crusade.

I'll try to tell the story basically in three parts.

# Exhibit B3

9/29/2019                                     Ain't It Cool News - View Article



9/29/2019                                          Ain't It Cool News - View Article



https://web.archive.org/web/20010426010800/http://www.aintitcool.com/display.cgi?id=5168                                1/3

9/29/2019                                    Ain't It Cool News - View Article



The Hollywood Film Festival gives you the opportunity to access potential buyers/partners for your project(s). During the Festival the Hollywood Film Conference(TM) includes more than 100 panelists from the Hollywood community - agents, directors, producers, studio executives, cinematographers, distributors, casting directors, editors, etc. Last year 25 presidents of studios, production companies and agencies participated in our panels. The trade paper "Daily Variety" calls the Hollywood Film Conference(TM) "Second to none." We have 20 executives from distribution companies on our Board of Advisors. We believe that if your film is selected by us, a lot of distributors, agents and executives will become aware of your work.

The Festival chairs and co-chairs include Tony Bill, John Briley,James Caan, James Cameron, Martha Coolidge, Wes Craven, Richard Donner, Moctesuma Esparza, Laifun Chung, Gene Hackman, Debra Hill, Arthur Hill, Peter Hyams, Norman Jewison, Val Kilmer, Ted Kotcheff, Martin Landau, Mimi Leder, Jack Lemmon, Penny Marshall, Paul Mazursky, David Permut, Fred Roos, Mark Rydell, John Schlesinger, Tom Schulman, Quentin Tarantino, Irwin Winkler, and James Woods among many other Hollywood notables.

DEADLINE FOR ENTRIES: MARCH 31, 2000. SUBMIT NOW! http://www.callforentries.com

For more information visit our website at: http://www.hollywoodfestival.com or send a SASE to the Festival at :

Hollywood Film Festival(R) 433 N. Camden Dr., Ste. 600, Beverly Hills, CA 90210. awards@hollywoodawards.com Fax 310.475.0193

PREV   TALK BACK   MORE ON THIS TOPIC   NEXT

USERS TALK BACK:

| ReelUniverse.com is better | 2000-02-07 03:54:01 |
| Use your heads | 2000-02-07 02:03:59 |
| Too late for this year. | 2000-02-07 04:46:56 |



http://www.aintitcool.com/display.cgi?id=5170

## Harry, and Roger, and The Dude... Just what are they up to?

Sunday, February 6, 2000

Well fellow film geeks, this morning (the 5th) at 5:15 am Cool Standard Time Father Geek put Harry on board a Delta flight to Atlanta. What for? To make a connecting flight to ARUBA a small island off the coast of Colombia. What for? To meet up with ROGER EBERT and that best bud of the COEN BROS none other than THE DUDE himself. You see The Dude arranged for Harry, Roger and himself to be guests at a multi-national Film Festival being held on 2 continents and 2 oceans.

They start out at the Caribbean Town Beach Resort in Oranjestad,Aruba a Dutch protectorate. For the next 8 days they will be watching 3 films a night on board ship and then spend the days in some exotic port-of-call hanging out, getting into trouble, and probably catching another flick or two. Where might these other ports be ye ask? Well, CURACO for one and that city in COLOMBIA that Mike Douglas visited for another. I want some of those Yellow Crock boots Harry, don't forget. Size 13! Then there's the SAN BLAS ISLANDS, PANAMA CITY, the CANAL, and, well they end up in SAN JOSE, COSTA RICA a mile high on the slopes of a couple of active volcanos. TOO, TOOOOO COOOOL.

9/29/2019                                  Ain't It Cool News - View Article



battery charger and a surge protecter and his cell phone, but we really don't know. He's been able to update from England, Canada, and Holland on past trips, but this is uncharted territory for net connections. If nothing has appeared from him by Sunday night (the 6th) I'll assume he can't get through and do the best I can from AICN Headquarters. So all you operatives out there send in your reports and ol'FATHER GEEK will post'um.

**An update (the 6th 3pm)... and an important message to Harry, if you can read this.**

Well, Father Geek was just checking the backlog of voice mail here at Geek World Headquarters when I ran across a cryptic message from The Dude. It was something about picking up some walky-talkies, and not being able to trust cell phone communication. Then he ambled off on to a broken up message about reclaiming the canal for the good old USofA, or something like that. He seemed somewhat disorientated, mumbling about Bush not following through... or something... it was difficult to follow. Then he was talking about Colombia and Noreaga(?), or someone. Just too Oliver Stone... hey, he isn't on this trip is he?

## All I can say is, "Harry... DON'T take any packages through customs for The Dude!"

Remember the lessons of MIDNIGHT EXPRESS, and BROKE DOWN PALACE, and SNEAKERS, and THREE DAYS OF THE CONDOR, and HAVANA, and MISSING, and SALVADOR, and MOSQUITO COAST, and THE COMEDIANS, and I WALKED WITH A ZOMBIE, and ZOMBIE, and MAKE THEM DIE SLOWLY, and DEEP RISING, and THE POSIEDON ADVENTURE, and... and you did pack that CASTAWAY script, didn't you?



http://www.aintitcool.com/display.cgi?id=5171    Go

4 captures
28 May 2001 - 3 Nov 2003

**Click here for your Free Credit Report**

AOL 6.0
click here

AICN: COOL NEWS

Wireless deals @ ATTwireless.com. Click here.

Monday, February 7, 2000

## BionicGirl checks out REINDEER GAMES

### BionicGirl sent Father Geek her feelings about REINDEER GAMES today, here's her take...

Mysterio delivered an accurate, detailed description of REINDEER GAMES. His comments were insightful and lucid. You see, this is not a legendary film; it doesn't even aspire to that status. It's not even....well....good. But what Mysterio failed to mention was that this movie is fucking entertaining.

The, uh, "twists" are [and perhaps meant to be?] spotted a mile away. Through much of the movie, Charlize Theron looks as vapid as Denise Richards on Mole Day. There's a point at which Gary Sinise--who is, as some Talk-Backer pointed out, doing his best Gary Oldman--takes off his jacket revealing a hugely muscled body and an itty wee head, rendering him reminiscent of Popeye. And then there's the current trend in bland, mainstream fare to stick quirks into your supporting characters to liven up the joint....REINDEER GAMES offers us a Business Week reading thug who's been a pain in the ass to Sinise ever since he "started going to night school."

All of these are reasons why I should have hated this movie. For my sins, against my better judgment, to my detriment, shock horror, blah: this movie was funny as hell. One-liners....ridiculous violence....Ben Affleck's attempts to be Roger Moore's eyebrows....the premise itself, man....somehow it came together. The expression "so crap, it's ace" is a terrific way to sum up REINDEER GAMES. Don't get me wrong, if you live in New York, this movie isn't worth your $9.50. But for those of you who still get movies for under $5, it's a fun, kitsch alternative to SCREAM 3, EYE OF THE BEHOLDER, etc.

Oh, and uh, one last thing. For those of you who're interested in this cos Ms. Theron pops her top, it's so not worth it.

NEWS ARCHIVE
Week of 05/13
Week of 05/06
Week of 04/29
Week of 04/22

COOL NEWS
COAXIAL
REVIEWS
EPINIONS
LIVE CHAT
FORUMS
MULTIMEDIA
CONTACT

More AICN: ▼

PSST!

KEYWORD SEARCH:
GO!
MORE SEARCH OPTIONS

FREE WEBMAIL
Login:

Password

Login   New users sign up!

# Exhibit C3



## ABking visits AVATAR... and tells all!

**Father Geek here, our resident Arnie & Sly spy ABking sent in the following report on Cameron's AVATAR scriptment. Now, I know some of you might have already picked up this info someplace or another, but I'm betting the great majority of our readers will be blown away by this project that James has been quitely toying with for a while now in the shadow of SPIDERMAN. This is the stuff of dreams...**

For anyone reading this, this is what I thought about James Cameron's amazing scriptment/treatment for AVATAR. Cameron should make this right away because it will be his big version of STAR WARS. While reading this scriptment, only one movie star came to mind to play the hero. It was Jim's good friend Arnold Schwarzenegger.

I think Josh's character would be perfect for Schwarzenegger. The story start's with Josh a bit downtrodden in a lot of ways like Arnie's character in End of Days. Maybe even more so. Avatar is the action epic that End of Days should have been, and I'm willing to bet on the epic level of With Wings As Eagles or Crusade.

I'll try to tell the story basically in three parts.