# Exhibit D3

## Ain't It Cool News (www.aintitcool.com)

| | | | | | | |
|---|---|---|---|---|---|---|
| **HOME (/)** | **COOL NEWS** (/SECTION/COOLNEWS/) | **COAXIAL** (/SECTION/COAXIAL/) | **REVIEWS** (/SECTION/REVIEWS/) | **COMICS** (/SECTION/COMICS/) | **CONTACT** (/CONTACT/) | **SEARCH** Q (/SITE-SEARCH/) |

| MOVIE NEWS | TOP TALKBACKS |
|---|---|

## MOVIE NEWS

### James Cameron stresses BATTLE ANGEL ALITA is his next'!'!'

Published at: Aug. 9, 2005, 9:49 a.m. CST by **staff (https://twitter.com/)**

Hey folks, Harry here... I'm so anxious to see Jim actually shooting on BATTLE ANGEL ALITA, I just need to see a new Cameron feature film. Also - I've been getting strange reports from around the web of Cameron's script treatment to AVATAR being forced off their script sites - which has me poking around to see if Cameron is looking to get AVATAR going again - or could that be Project 880? Naaah, PROJECT 880 is probably the film that comes out of the screen and starts bitchslapping you in your theater seat. Damn that Cameron and his futuristic filmgoing technology!

Hey guys,

Exciting news: it seems that "Battle Angel" is a definite go despite rumors that Cameron might delay it for the mysterious "Project 880." In an Aug. 9 article on The Independent website about Cameron's "Last Mysteries of the Titanic" documentary, he talks about Battle Angel, saying that the story will focus on Alita's relationship with a human man (probably Hugo from the manga).

"Finally, though, he thinks the time is right for him to return to feature films because he can now harness new technology to make something entirely fresh. Unsurprisingly, he has opted for an almost insanely ambitious sci-fi blockbuster. It is clear that the director of such ground-breaking films as The Terminator and Terminator 2, Aliens, The Abyss, and True Lies wants his comeback movie to make as big a splash as they

### TOP TALKBACKS

**LEGO CATWOMAN becomes the Real CATWOMAN in Matt Reeves' THE BATMAN! -- 4 total posts (4 today) (/zoe-kravvitz-catwoman-the-batman-82533/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 14 – MINORITIES IN HORROR -- 21 total posts (4 today) (/ekm-nights-of-horror-minorities-in-horror-82529/)**

**Netflix Trailer For "LOST IN SPACE" Season 2 -- 21 total posts (2 today) (/netflix-trailer-lost-in-space-season-2-82499/)**

**Posters & Image drops from Stephen Kings "DOCTOR SLEEP" -- 45 total posts (1 today) (/posters-trailer-image-stephen-king-doctor-sleep-82524/)**

did.

Inspired by Japanese graphic novels, he is currently developing Battle Angel, a cyborg thriller set in the 26th century. "It's going to be a mega-budget film shot in 3-D," Cameron enthuses. "It's set in a post-human world in the distant future, and a number of the main characters will be computer-generated. It's a kind of virtual film-making. We're building a whole new motion-capture technology. I'm impatient to get on with using the tools of the future."

He continues: "The main thrust is a love story between a human man and a female cyborg, and the film contains a range of characters from the fully human to the fully machine. I'm embracing the fact that human beings are amazingly adaptable. We've got a lot of flaws, but we're also pretty clever. We've got the tools, but can we use them?"

here's the link:

Click Here For The Rest of the Story (http://enjoyment.independent.co.uk/film/interviews/article304772.ece)

If you use this you can call me "Desty Nova" (after the flan-loving mad scientist from the Battle Angel books)

Take Care,

Mike

---

ekm's 31 NIGHTS OF HORROR: EVENING 8 — RAPE AND REVENGE! -- 58 total posts (1 today) (/ekm-nights-of-horror-rape-and-revenge-82510/)

JEFFREY COMBS Talks "HOLIDAY HELL," Cartoons + Video Games w/ Prometheus!!! -- 2 total posts (1 today) (/jeffrey-combs-talks-holiday-hell-w-prometheus-82530/)

## TRENDING

"Star Wars: The Rise of Skywalker" NEWS! The Return of a Fan Favorite is Nigh! (/star-wars-the-rise-of-skywalker-news-82505/)

ekm's 31 NIGHTS OF HORROR: EVENING 13 — SLEEPAWAY CAMP (1983) (/ekm-nights-of-horror-sleepaway-camp-82527/)

ekm's 31 NIGHTS OF HORROR: EVENING 12 — CONTINUITY NAZI (/ekm-nights-of-horror-continuity-nazi-82526/)

ekm's 31 NIGHTS OF HORROR: EVENING 10 — MY FAVORITE VIDEO

I enjoyed this series way back in my younger years. Should make for an interesting flick.

---

August 9, 2005 9:56 AM CST
**Sounds cool...**
by REDD

and First...I know, that is so lame. But I couldn't resist. LOL.

---

August 9, 2005 9:57 AM CST
**Stupid...**
by REDD

Latency...

---

August 9, 2005 10:04 AM CST
**Iron Jim**
by kwisatzhaderach

An insanely ambitious sci-fi film from Jim Cameron? Hooray! Can he rescue the blockbuster from its current lazy-ass state? When shit like Fantastic 4 is making money you just know something is rotten in the state of Denmark. And Hamlet is taking out the trash!

---

August 9, 2005 10:05 AM CST
**best of?**
by Henry Jones Jr.

I am not familiar with the series. I was looking at them at Amazon- anyone got some favorites out of the bunch?

---

August 9, 2005 10:08 AM CST
**Oh Boy!**
by ZombieSolutions

has Cameron finally woken up? has he finally realized that NOBODY GIVES A SHIT ABOUT DEEP SEA DIVING? what they do care about, from the likes of him, are really cool sci-fi/cyberpunkish films with strong female leads. also, robot. bad ass teutonic robots and the hot

teenage girls who kick their shiny asseses. (oh, btw, ditch the love story, thanks)

---

August 9, 2005 10:13 AM CST
**about time!**
by cromulent

Hope he kicks some ass and makes me pee my pants. Oh who am I kidding - I pee my pants for anything.

---

August 9, 2005 10:14 AM CST
**Alita will rock all ass**
by Rindain

Mark my words. This will be a truly revolutionary film, and will kick an inordinate amount of ass. And the love story will be an element of the story, but don't worry about a lack of spectacular action. Cameron has said that the film will be a melange of the first three books, so expect lots of brutal cyborg battles and other cool stuff.

---

August 9, 2005 10:19 AM CST
**Thank fuck he's finished with that IMAX bollocks**
by Bill Fairbanks

---

August 9, 2005 10:20 AM CST
**Id like to see Cameron...**
by _Kayser_

learn how to make a movie. This guy hasn't done anything that's worth two shits. Except maybe the Abyss. errrrrrgggghhhh *plop* theres one. That's to hoping he won't fuck it up too bad. I wish you luck McG, i mean, James Cameron.

---

August 9, 2005 10:21 AM CST
**still wish it wasnt in 3-D**
by fried samurai

This will most likely be an incredible looking film.But 3-D has and always will be a gimmick..peace

August 9, 2005 10:24 AM CST
**I'm not holding my breath**
by Gheorghe Zamfir

Every Cameron news bit is about how serious he is about his next film project, than its a year later and nothing has happened.

August 9, 2005 10:30 AM CST
**Battle Angel was a pretty damn good anime short.**
by Shigeru

Yes it was very small compared to the manga but still good.

August 9, 2005 10:36 AM CST
**Someone had to say it....**
by THE WALLACE

What about Aquaman? What the fuck?!?!? Cameron can do no wrong in my eyes (except that he's a shitty actor)

August 9, 2005 10:37 AM CST
**Battle Angel Alita the anime is a horrible adaptation of the inc**
by Mr. Moe

Cameron can outdo the anime version with his eyes shut, but can he deliver a film worthy of the manga? If anyone can it'll be James Cameron, I wish him all the luck in the world and can't wait to see him bring my favorite manga/comic alive.

August 9, 2005 10:40 AM CST
**Cameron**
by Mafu

by _Kayser_, you wrote, "This guy [Cameron] hasn't done anything that's worth two shits. Except maybe the Abyss." Everyone's entitled to their opinion, but in this case I think your opinion is woefully uninformed. Maybe you haven't watched "Aliens" or "The Terminator," but if you had, you'd know James Cameron is a wonderful writer, director, and visual artist. Mr. "PG-

13" McG is in no way comparable to James Cameron, since Cameron is a groundbreaking director of several iconic films and McG is... what... a pimple on Hollywood's ass? I think that sums it up. I'm excited for "Battle Angel," whenever it's released in theaters.

August 9, 2005 10:42 AM CST
**New motion capture technology**
by The Heathen

This is why I love Cameron. He see's something that has potential and pushes it to the next level. When I heard that there's going to be CG characters, I was hesitant, but I think Jim will push the level of realism to new heights. He's the man when it comes to refining new technology.

August 9, 2005 10:43 AM CST
**The First Few Books of ALITA Would Be A Perfect Focus For a Feat**
by ZombieSolutions

wow, this is really great news. although i would shit my pants if someone like Cameron took on AKIRA, i really think that something like AKIRA has to feature a largely Japanese cast and be set in Tokyo (or Osaka, since the biker kids really seem more like the types of guys Osaka would have hanging around). anyways, something like ALITA, which is vague in terms of location, could be freer in terms of casting and locations. and a more focused approach -- like a 2 hour 30 minute film -- ala Cameron working with his best themes -- scifi / action / cyberpunkish -- could very be the coolest thing any of us has ever seen and surpass the manga. i can't wait! this is officially the next "big deal movie" i care about.

August 9, 2005 10:46 AM CST
**Cameron compared to McG?**
by The Heathen

Kayser, are you okay in the head. You know McG directed Charlie's Angels: Full Throttle right? And Cameron has written AND directed Terminator, Aliens, The Abyss, T2, True Lies, and Titanic. You do know this right? Or are we in bizarro world?

August 9, 2005 10:50 AM CST
**Cool, but...**
by Lord_Soth

The CG characters will be flawed, of course.

August 9, 2005 10:57 AM CST
**Mandy Moore for Alita?**
by Darth Busey

Vincent Chase for Hugo? Let's get it done, bitch.

August 9, 2005 10:57 AM CST
**Liked it the first time - Bladerunner**
by TheTARDIS

August 9, 2005 10:58 AM CST
**Remember the good ol' days before Jim Cameron became obsesse**
by SpyGuy

Recently, I watched the ALIENS Collector's Edition DVD and remembered how great it was to watch a Jim Cameron flick. Then my wife had some "Jim Cameron explores the wreckage of the Titanic for the 37th time" documentary on Discovery or National Geographic Channel or something and all I could think of was "What a waste of talent." I understand researching the Titanic as a hobby or side interest, but dammit Jim, it's way past time you stopped skipping your day job. Come back to mainstream sci-fi features, Jim! Otherwise, we're stuck with Michael Bay and THE ISLAND and you can see how THAT turned out...

August 9, 2005 11:00 AM CST
**R.C.'s opinion: What? No Aquaman?!! Vincent Chase is goin**
by R.C. the "Wise"

Word!

August 9, 2005 11:01 AM CST
**You know Christina Ricci IS Alita**
by Terry_1978

Quit acting like she's not.

James Cameron stresses BATTLE ANGEL ALITA is his next'l'l'

---

August 9, 2005 11:02 AM CST
**Avatar**
by RenoNevada2000

There have been periodic sweeps by Cameron's legal stooges to have the script for AVATAR removed from websites. Thankfully, I printed out a copy years ago, which no sits on a shelf with loads of other unproduced scripts I've managed to collect over the years. Maybe tonight I'll read Andy Kaufman's THE TONY CLIFTON STORY again...

---

August 9, 2005 11:06 AM CST
**I love the Manga and the Anime,**
by Right Bastard

but Cameron's been talking about this for more than 11 years. He hasn't done anything good since the Abyss. He hasn't done anything great since Aliens. So, nothing relly spectacular from him since 1989 (in my opinion T2 doens't hold up to the test of time). I love the manga, so I really hope that he doesn't screw this up.

---

August 9, 2005 11:06 AM CST
**Why I'm so scared...**
by DerLanghaarige

...that this will be nothing else than a boring, stereotyped lovestory with some great special effects and one big action scene? Okay, Cameron, DO IT RIGHT!!! Spielberg and Lucas had their chances to show us that they still can do it, and Episode III and WOTW where just medicore (with great FX shots!).

---

August 9, 2005 11:15 AM CST
**Great, but what happened to WETA's NEON GENESIS EVANGELION??**
by Drath

I was very curious to see that mindfuck turn into a live action film and those production paintings were sweet....then poof, no more news, and suddenly Cameron is making a different anime/manga movie. Could AICN please get into what happened?

---

August 9, 2005 11:17 AM CST
**Did somebody say Jessica Alba?**
by redtom

...rarrrrrrrrrrrrrr..... mmmmm, Jessica Alba, mmmmmmmmmmm......

August 9, 2005 11:33 AM CST
**Evangelion**
by Rindain

From the Weta Workshop site: "The film is on hold but it is Weta

August 9, 2005 11:38 AM CST
**bring it the fuck on**
by billy gilmore

anything by cameron,but now

August 9, 2005 11:40 AM CST
**"Unsurprisingly, he has opted for an almost insanely ambitious s**
by Grammaton Cleric

Really? A film about a cyborg and how it relates to humans? Jim, get your head out of the goddmamn ocean and watch Terminator 2 again...you've made this movie already. Whatever. Just keep pushing back your projects until tangilble holographics are ready, you want to fuck technology anyway.

August 9, 2005 12:07 PM CST
**It's a shame about Cameron's infatuation with 3-D**
by I Dunno

I don't want to wear silly glasses and get a headache every time I watch a movie. Either invent holograms or just make 2-D the best you can.

August 9, 2005 12:12 PM CST
**Am I the only one who is disappointed...**
by oh_riginal

... to have never heard anything further on the Alien 5 script that Jim Cameron was writing, to be directed by Ridley Scott?? Anyone else remember that? I swear I read that like a year ago.

August 9, 2005 12:17 PM CST
**A: Lazy, self-important, or cowardly**
by ScreamingPenis

Q: Which word best describes Cameron for his failure to do any significant work since Titanic?

August 9, 2005 12:20 PM CST
**The difference between Cameron 3-D and everyone else...**
by dr_dreadlocks

Cameron is using (as I've heard) 3-D cameras with three optical receivers, or something like
that. So every image will be 3-D and move in form and function. So rather than being "Ooh,
that hand is coming out at me!" It's "Ooh, that guy is walking right at me." All the time. Plus
(again, I'm not entirely sure) I've heard that Cameron will be opting for "clear" glasses to wear,
that intercept and display the image. Rather than the silly and outdated red/blue (or whatever)
glasses. Pardon me since I'm tired, but Cameron has yet to make a bad film (in my eyes), and
anyone who denies that he's a master of technology is an idiot. Pretty simple. Since his films
special effects stand up today. I could only imagine what his full digital efforts would look like.
But I'm thinking: flawless. Although I'd hate to be a digital artist working on a Cameron film.
Head ache and a half, until of course the Oscar's come rolling in.

August 9, 2005 12:29 PM CST
**I have been bitchin' with this for a while but seriously...**
by Plazola_MEX

Before all other anime, Macross has to be first by his own right. I began seeing anime because
of SAINT SEIYA and MACROSS. Macross is legendary and has the potential to be a great saga
like Star Wars, because it has some deep storytelling. I don't know about you guys but before
all this shit (And Transformers which are lame compared to Macross) it has to be made in live
action and in the Do you remember love? storyline.

August 9, 2005 12:40 PM CST
**Leave the fucken comics alone....**
by Bitterella

The only people who should be doing japanime are the Japanese.. Not bloody Cameron or fucking Taran-fucking-sad-motherfucker-tino. Leave the comics with some of the charm and wonder they have as comics, not some big screen whack fest for drooling fanboys, and for critics to hate and for the general public to ignore and shun.

---

August 9, 2005 12:44 PM CST
### Single most overrated director ever
by mortsleam

Terminator was good horror sci-fi. Aliens was Alien on jingoistic, paramilitary steroids. The rest is all shit. A handful of effects that can't help overlong, undercooked stories full of bad, bad, bad dialog ("Breathe, you bitch!", anything either Arnold says). Titanic is the worst movie to ever win an Oscar. He should be doing Aquaman with the kid from Drive Me Crazy.

---

August 9, 2005 12:44 PM CST
### Well no one uses red/blue glasses anymore
by I Dunno

Except maybe Spy Kid or Lava Girl. They use polarized lenses. Still, not something you can comfortably watch more more than 20 minutes. I know Cameron's working on new technologies but it's still a gimmick.

---

August 9, 2005 12:46 PM CST
### What about Aquaman???!!!
by PwnedByStallone

---

August 9, 2005 12:48 PM CST
### King of the World
by zabbadoo

can we just let it go already? He was quoting the bloody movie not saying it seriously you gimboids. I mean, sure, he is rumoured to have been initiated into the 33rd degree of freemasonry mere hours before the oscars and sure there are rumours that he has the most powerful of the books of science that were compiled by the Nine Unknown Men of India, the Book of Propaganda, but that's no reason to read that much into a simple little quip. You guys are so paranoid.

---

August 9, 2005 12:50 PM CST
**....unless, of course, it's japorn...**
by Bitterella

then any director will do...

---

August 9, 2005 12:56 PM CST
**Kayser and mortsleam**
by ewokstew

Put down the crackpipes. You'll live longer.

---

August 9, 2005 12:59 PM CST
**scott/cameron combo**
by ewokstew

oh-riginal. Yeah, that was out a while ago.. But I guess the deal was that if Fox decided to proceed with the whole AVP mess then Scott and Cameron they swore would bow out of making any further Alien films. The rest is history.

---

August 9, 2005 1:01 PM CST
**transposed...**
by ewokstew

"they" and "swore"...maybe I should put down the crackpipe...

---

August 9, 2005 1:03 PM CST
**In my opinion, the only belmishes on Cameron's record are**
by Doc_Strange

True Lies, I thought it tried too hard to be funny, didn't really live up to Cameron's abilities after T2, then Titanic, really, really overrated love story with lot's of special effects and awesome production design, a little more worthy of his talents. I know he could do an awesome job with Battle Angel, though I saw the anime and for the most part it was so-so, the ninja character was cool, though.

---

August 9, 2005 1:37 PM CST

**Stop**
by Gluecifer

bashing the anime. First it's pretty cool (Rintaro, for fuck's sake!), and second it was supposed to be an OAV in SIX parts, but the money went away so only ONE part was made... God I wish they could have done it in its full form...

August 9, 2005 1:39 PM CST
**so glad theyre using book 2**
by s0nicdeathmonkey

its by far the best non-hyperball book in the series

August 9, 2005 2:30 PM CST
**Alba's the obvious choice...**
by KarmicRelief

...for Alita and with her previous work on Cameron's Dark Angel, it makes sense. But how about Jena Malone??? She's got that "cute as a button, but I could kick your ass at any time" quality about her.

August 9, 2005 2:30 PM CST
**Casting**
by Anton_Sirius

Alba will be too old by the time this gets rolling, and Mandy Moore too American. I'd put Keisha Castle-Hughes at the top of the list.

August 9, 2005 2:35 PM CST
**FOR THE LOVE OF GOD STOP USING 3D YOU ASSHOLE!**
by ZombiKiller86

Can't he just use a digital camera like everyone else has?

August 9, 2005 2:44 PM CST
**Unfortuantely, Something Tells Me WETA's EVANGELION Is Never**
by ZombieSolutions

unless, of course, ALITA is a huge hit... which will help bring TONS of live action anime/manga to the screen... blessing or curse? i guess we'll see...

August 9, 2005 2:47 PM CST
**Fuck this shit! Give us a James Cameron directed Alien vs Predat**
by Rant Breath

S.O.S.! James save a franchise worth saving! Direct AvP2 or X3 instead this "Rollerball meets Dark Angel" crap!

August 9, 2005 2:48 PM CST
**DARK ANGEL Should Have / Could Have Been The New BUFFY -- A Dyst**
by ZombieSolutions

but they blew it. Jessica ALba was the ONLY reason to watch that show. she is easily in the top 5 of the most beautiful women to ever walk the face of the earth. easily.

August 9, 2005 2:49 PM CST
**JESSICA ALBA All The Way For Her Looks, Her Acting, On The Other**
by ZombieSolutions

is pretty bad. not that that matters a good goddamn. i worship at the altar of ALBA.

August 9, 2005 2:51 PM CST
**I Finally Saw ALIENS V PREDATOR...**
by ZombieSolutions

and boy did it SUUUUUUCK! i was stunned by how bad it was. literally stunned. that Anderson guy really is the worst director on earth. he makes Ed Wood look like Stanley Kubrick

August 9, 2005 3:19 PM CST
**Don't Get Me Wrong, I Am Psychotically In Love With ALBA**
by ZombieSolutions

but when you say "studied" does that mean the same as "knowing" her? like in the biblical sense?

August 9, 2005 3:21 PM CST
**aliens**
by Tommy West

IMO its his best film, and i can't see him beating it with a robot loev story

August 9, 2005 3:43 PM CST
**Where can I get AVATAR?**
by Doc_McCoy

Anybody know a place I can download a copy before it disappears? Been trying to get a hold of it for probably five years now.

August 9, 2005 3:56 PM CST
**Avatar script**
by mmm_free_wig

Same as the guy above. I managed to read the script about 5 years ago - it was brilliant. I've been meaning to look for it for the last couple of weeks and have another glance at it - a search on google now comes up empty. Arse! If anyone has an electronic copy, could you do me the honour of emailing it to me please? I'd greatly appreciate it. mmm_free_wig@hotmail.com Thanks and Cheers.

August 9, 2005 3:57 PM CST
**Much as I love the original Terminator and the Abyss...**
by Childe Roland

...and as much as I enjoyed the radically different direction in which Cameron took the Alien franchise (a rehash of the note-perfect Alien for a sequel would've been horrible, but the Vietnam movie in space was an ingenious if gimmicky and somewhat overrated follow-up), I really don't think Cameron's done much since these films to earn the reputation he seems to have. T2 was visually impressive but a barely serviceable follow-up to Terminator. All flash and no real substance. True Lies had amusing moments but was ultimately a pretty empty spectacle. Titanic may well be the single most overrated film in history and, at its core, is just a slipshod love story with two-dimensional characters. I'd love to see something genuinely innovative and compelling from Cameron again, but I'm afraid the Hamlet analogy someone drew is pretty appropriate. He's paralyzed himself with creative indecision and, ultimately,

could be headed for tragedy when he finally does decide to take action. Oh... and whoever commented on Cameron's earlier films looking "old," what exactly does that mean? Are you saying the reproduction is grainy or that the production values somehow distinctly set those films apart in time? I personally marvel at how the Alien films, in particular, all have a certain timelessness to their look and feel, and - to a certain extent - the Abyss is very much the same way. Terminator is definitely an 80s movie, but that's when it was set. Please clarify.

August 9, 2005 4:06 PM CST
### Not Your Grandfather's 3D
by indivisibleman

Don't judge the potential of 3D based on the lousy movies and 50 year-old technology you've seen. And forget about the Spy Kids 3D and Sharkboy and Lavagirl in 3D films that used digital 3D image capture but were released in the outdated analglyphic process with cheap red/blue glasses. They don't have anything to do with the state of the stereoscopic 3D art. Properly executed digital stereoscopic 3D image capture and projection is a tremendously improved experience. No, it's not for every movie, but it can be an effective storytelling medium. With Jim Cameron and Peter Jackson planning to make digital 3D movies, the medium is about to take a quantum leap forward. Think of digital 3D as an experiment in shaking up the status quo. Gawd knows we need that. In our own very modest way we're playing in a similar, if less well-funded, sandbox. Check us out: http://www.hd3dmovies.com.

August 9, 2005 4:26 PM CST
### Anyone have a copy of the Avatar scriptment?
by 3 Bag Enema

I used to have it, but now I've gone and lost it. I'd me most appreciative if someone could send it to bonzulac@yahoo.com. Thanks!

August 9, 2005 4:54 PM CST
### Zuleika
by Indiana Clones

There are two reasons why webmasters are asked to withdraw Avatar scrips. A) It's so fucking good that Cameron is going to make it, no question, and B) It's so fucking good that you'll be thankful you didn't spoil it for yourself as we hardcore Cameronites have. Picture Aliens meets Dances With Wolves.

August 9, 2005 5:00 PM CST
**sounds cool to me**
by amano

There's alot of potential for this film. Battle Angel was one of the first animes I bought when I first got serious about Japanese animation. I don't know much about the manga, but I think it could translate well to film if done right. I'm interested to see this "new technology" he keeps talking about, but he needs to remember if he takes to long it will quickly become outdated.

August 9, 2005 5:41 PM CST
**I like how Mike says "call me Desty Nova..."**
by MacFlecknoe

...and then they just print his name anyway. Thanks for the article Mike! Call me, MacFlecknoe.

August 9, 2005 8:04 PM CST
**Thank You Mr. Cameron**
by Saluki

A ten year hiatus was unexpected, but this new technology really is... Insane. Good luck, this is the type of subject material that I dream of.

August 9, 2005 8:48 PM CST
**Cameron's Out Of Ideas**
by MondoGundark

He'd be trying to out-Gollum Gollum with a virtual character (impossible) and he's revisiting Dark Angel themewise. Who really cares at this point. He's been sitting out real filmmaking for so damn long, I don't care what he has to say anymore.

August 9, 2005 8:52 PM CST
**Of course Cameron is overrated**
by Rupee88

He's great and has done great work, but he's not nearly as amazing as many people claim. I'm looking forwrad to Alita of course and I think the 3-D will work fine...the all CGI characters probably won't work as well, at least not if they are mixed with the regular characters, walking

around, etc. But if you've ever seen good IMAX CGI 3-D, you know the effect can be incredible.

---

August 9, 2005 9:23 PM CST
**Fuggedabout Cameron! Instead, remember this GREAT SONG with me.**
by Man of Stool

CITY OF JUSTICE, CITY OF LOVE! CITY OF PEACE FOR EV`RY ONE OF US! WE ALL NEED IT CAN`T LIVE WITHOUT IT GOTHAM CITY, OH YEAH heh heh, see what i mean? the horror,the horror!

---

August 9, 2005 9:48 PM CST
**wolf / Alba's Acting**
by Anton_Sirius

Look, I love the girl to bits, and it's pretty clear she tries really hard and wants to be a great actress, not just the latest hot young thing, but... it just ain't there yet. She's got a long way to go before she convinced me she's got the chops -- that said, she hasn't really worked with an "actor's director" yet. Her star's big enough now that she'll probably get a chance; I'd love to see what she could do in, say, a PTA film.

---

August 9, 2005 10:04 PM CST
**Alba might be too tall**
by Rindain

Alita changes bodies multiple times throughout the manga series, but she starts pretty petite. Alba (who is 5'6.5" according to imdb) might be too tall for Alita (at least the beginning Alita)-- I'd suppose Cameron would need an actress small enough to be "painted over" by the CG images. Plus, they would probably want an actress whose face more resembles Alita's, so that the animators would have an easier time with the CGI replacement process. Who knows though? Cameron obviously likes Alba, so it's still a possibility.

---

August 9, 2005 10:59 PM CST
**Uh, FrellingDominar . . .**
by scaler

Typos aside, it's Fullmetal Alchemist, not Full Metal.

---

August 9, 2005 11:34 PM CST
**ALBA Does Look Like ALITA...**
by ZombieSolutions

not exactly the same, but close enough. and Alba has a very "anime" face. big eyes, soft features. she's like a panglobal wonder girl. i love her. buuut, she's not the best actress... at least not yet. and she might be too old for Alita. but who knows what he's going to come up with. i think it will be cool. how can the guy go wrong in the genre he excels at? with the latest technology? it could very well be a masterpiece.

August 10, 2005 1:41 AM CST
**Evangelion Movie**
by Wookie_Weed

Hopefully this movie is on hold because the original JAPANESE creators are suing the Nazi Aryans who are whitewashing all of the characters. We don't see the Japanese remaking American Beauty with Chinese actors, so why the fuck should Aryan Hollywood continually get away with pissing over Asia? Even Spielberg is in on it, casting Chinese Zhang ZiYi to play a Japanese geisha. The characters of Evangelion are Japanese (except for Asuka), and it's set in Japan -- those who came up with the ideas for Evangelion should be paid some respect, instead of being raped and pillaged by Aryan Hollywooders who can't come up with a single fucking original idea to save their useless arses.

August 10, 2005 3:21 AM CST
**Titanic is hard to forgive...but that Celine Dion song always wi**
by Bong

...

August 10, 2005 3:29 AM CST
**NERDS**
by The Taste

God bless all you nerds...

August 10, 2005 4:41 AM CST
**Cameron is a competent film maker**
by moviemaniac-7

Even one of the best action directors out there. I wasn't that impressed with that boat flick he put out a decade ago, but his action movies (T1 & 2, Aliens, Abyss & True Lies) stand out. Although I enjoyed his docs on diving and that same boat again in 3D it wasn't very interesting as a film, I thought. They should have been side projects. A man like Cameron should have made at least three excellent action sci-fi movies ever since Titanic!

August 10, 2005 4:59 AM CST
**"you mean like elijah wood and sean astin may have been too tall**
by Rindain

It wouldn't be worth it financially speaking to have to employ all the same tricks on Alba that Jackson used for his hobbit actors (oversized sets, cg shrinking, forced perspective, etc) in order to make her look smaller. With the Hobbits, it was a neccesary cost because there are no humans who exist who have the proportions of hobbits (real dwarfs don't cut it). With Alita, there are plenty of women who are of a similar size, so that expensive and time-consuming techniques like Jackson's don't have to be used. Like I said before though, if Cameron really wants Alba in the role, he will find a way to fit her in--either by making the character taller, or by making her look smaller via various techniques.

August 10, 2005 6:20 AM CST
**James Cameron is to film making, what his ex Linda was to horse**
by ChileanSeaBass

not sure what is uglier, his ex wife, or any second of his horribly dramitic crappy flms..

August 10, 2005 7:41 AM CST
**I'd like to touch Jessica Alba**
by Indiana Clones

:)

August 10, 2005 9:59 AM CST
**You Know The Aryans (Nazi Germany) and the Japanese Used To Be A**
by ZombieSolutions

just thought i'd point that out. but, yeah, i agree that I don't like the whitewashing / cultural ignorance either. i don't think it's a great sin to use western and eastern actors in live action anime, but the focus should primarily be Japanese ESPECIALLY in stuff like AKIRA or EVANGELION which pretty much focus specifically on Japan. something like BATTLE ANGEL ALITA (or even COWBOY BEEBOP) which is set in a sort of vague dystopian future could be anywhere and feature anyone. still, i hear what you're saying. Spielberg tapped Ziyi because she is a known face, and western audiences are more or less ignorant of the difference between asian cultures. honeslty, i can't think of any world famous Japanese actors. (Chiyaki Kuriyama (GO GO) and Sonny Chiba probably come the closest because of KILL BILL... Toshiro Mifune for his work with Kurosawa... but i doubt many people know their names). anyways, i blame the audience's ignorance more than the director.

---

August 10, 2005 10:58 AM CST
**Yes Wookie-Weed, and Spielberg really showed his Aryan colors wi**
by Mr Jonse

Dumbass...

---

August 10, 2005 3:56 PM CST
**Wookie_Weed**
by Ribbons

Isn't Michelle Yeoh Malaysian? And didn't she play Chinese in 'Crouching Tiger, Hidden Dragon?' And didn't Ang Lee direct that movie? Don't get me wrong, I think your argument that a lot of perfectly good movies get remade because of ethnic bias has some truth to it, but it's not like "those 'Nazi Aryans'" are the only ones responsible.

---

August 10, 2005 4:16 PM CST
**Actress for Alita**
by Mafu

If Cameron starts shooting "Battle Angel" in the next few months, I hope he doesn't cast Jessica Alba as Alita. She's cute, but I can think of about ten actresses more qualified to play the role of Alita. I think Alba works hard at her craft, and I respect that, but cuteness doesn't equal acting talent. I know a few talkbackers posting to this board will write, "Who gives a shit if Alba can act? I just want to see her onscreen!" To which I say, that's cool. But I'd much

rather see Yoon-jin Kim (the Asian woman on "Lost," though I know she's of Korean descent), or a relative unknown star for the part. Casting Alba would be a total copout by Cameron, in my opinion. I hope he's smarter than that.

August 10, 2005 11:38 PM CST
**If not Alba, he'll probably get some half asian chick to tak**
by Terry_1978

Just so long as it's not Devon Aoki, I'm all good in da hood.

---

# Exhibit E3



http://www.aintitcool.com/display.cgi?id=20955 | Go
2 captures
23 Dec 2009 - 2 Oct 2017
NOV **DEC** OCT
◀ **23** ▶
2008 **2009** 2017

| HOME | COOL NEWS | COAXIAL | REVIEWS | THE ZONE | CHAT | CONTACT | SIGN IN |

Published on Tuesday, August 9, 2005 - 9:49am

### James Cameron stresses BATTLE ANGEL ALITA is his next'!'!'

**Hey folks, Harry here... I'm so anxious to see Jim actually shooting on BATTLE ANGEL ALITA, I just need to see a new Cameron feature film. Also - I've been getting strange reports from around the web of Cameron's script treatment to AVATAR being forced off their script sites - which has me poking around to see if Cameron is looking to get AVATAR going again - or could that be Project 880? Naaah, PROJECT 880 is probably the film that comes out of the screen and starts bitchslapping you in your theater seat. Damn that Cameron and his futuristic filmgoing technology!**

Hey guys,

**Exciting news: it seems that "Battle Angel" is a definite go despite rumors that Cameron might delay it for the mysterious "Project 880." In an Aug. 9 article on The Independent website about Cameron's "Last Mysteries of the Titanic" documentary, he talks about Battle Angel, saying that the story will focus on Alita's relationship with a human man (probably Hugo from the manga).**

| | |
|---|---|
| THE KARATE KID remake trailer makes a case for being called THE WUSHU KID--271 total posts | 271 posts |
| Want to see a Red-band tease of Hit Girl doing what she does best? KICK ASS!!!--393 total posts | 215 posts |
| Harry's DVD Picks & Peeks - 3rd & 4th wk of Dec: DISTRICT 9, INGLOURIOUS BASTERDS, TRAPEZE & much more!!!--211 total posts | 211 posts |
| Harry reviews AVATAR at last!--2070 total posts | 209 posts |
| Who Are The Five Actresses In The Running To Play Hal Jordan's Girlfriend In THE GREEN LANTERN??--204 total posts | 204 posts |
| Massawyrm loves Guy Ritchie's SHERLOCK HOLMES...until the point it becomes Jerry Bruckheimer's SHERLOCK HOLMES--109 total posts | 109 posts |
| UPDATED: Copernicus Grades Cameron On The Science of AVATAR!! --394 total posts | 106 posts |
| UK trailer for Ridley Scott's ROBIN HOOD is the better trailer--136 total posts | 81 posts |



http://www.aintitcool.com/display.cgi?id=20955   Go

NOV   DEC   OCT
◀ 23 ▶
2008   2009   2017
2 captures
23 Dec 2009 – 2 Oct 2017
▾ About this capture

Oui, we have Nolan's new INCEPTION trailer... but in French, of course!!!--70 total posts

is clear that the director of such ground-breaking films as The Terminator and Terminator 2, Aliens, The Abyss, and True Lies wants his comeback movie to make as big a splash as they did.

Inspired by Japanese graphic novels, he is currently developing Battle Angel, a cyborg thriller set in the 26th century. "It's going to be a mega-budget film shot in 3-D," Cameron enthuses. "It's set in a post-human world in the distant future, and a number of the main characters will be computer-generated. It's a kind of virtual film-making. We're building a whole new motion-capture technology. I'm impatient to get on with using the tools of the future."

He continues: "The main thrust is a love story between a human man and a female cyborg, and the film contains a range of characters from the fully human to the fully machine. I'm embracing the fact that human beings are amazingly adaptable. We've got a lot of flaws, but we're also pretty clever. We've got the tools, but can we use them?"

here's the link:

**Click Here For The Rest of the Story**

If you use this you can call me "Desty Nova" (after the flan-loving mad scientist from the Battle Angel books)

Take Care,

Mike

BOOKMARK

◀ PREV      TALK BACK      MORE ON THIS TOPIC      NEXT ▶



http://www.aintitcool.com/display.cgi?id=20955    Go    NOV  DEC  OCT

2 captures                                                    ◀ 23 ▶
23 Dec 2009 - 2 Oct 2017                                      2008 2009 2017

About this capture

- **Forgot your password?**

**Sweet**
by Henry Jones Jr.
Aug 9th, 2005 09:55:13 AM

**Awsome!**
by ManoNegra
Aug 9th, 2005 09:55:18 AM

**So what about The DIve?**
by Alyssa Jones
Aug 9th, 2005 09:55:30 AM

**I have a terrible THIRST...**
by KarmicRelief
Aug 9th, 2005 09:55:57 AM

**Sounds cool...**
by REDD
Aug 9th, 2005 09:56:41 AM

**Stupid...**
by REDD
Aug 9th, 2005 09:57:31 AM

**Iron Jim**
by kwisatzhaderach
Aug 9th, 2005 10:04:07 AM

**best of?**
by Henry Jones Jr.
Aug 9th, 2005 10:05:57 AM

**Oh Boy!**
by ZombieSolutions
Aug 9th, 2005 10:08:20 AM

**about time!**
by cromulent
Aug 9th, 2005 10:13:39 AM

**Alita will rock all ass**
by Rindain
Aug 9th, 2005 10:14:23 AM

**Thank fuck he's finished with that IMAX bollocks**
by Bill Fairbanks
Aug 9th, 2005 10:19:09 AM

**Id like to see Cameron...**
by _Kayser_
Aug 9th, 2005 10:20:08 AM

**still wish it wasnt in 3-D**
Aug 9th, 2005 10:21:44 AM

# Exhibit F3



New 4 - G | scratch - | sites - Go | interney | internet | Looking | interney | Wayback | New Tab | New Tab | New Tab

web.archive.org/web/2017*/www.aintitcool.com/display.cgi?id=20955

Apps | 'Elysium' Director St... | cameronlitdreh.html | 'Breaking Bad' Auct... | "Fraud on the Court... | haven - Google Sea... | "Incorporate By Ref... | "Gross Negligence"... | (Contract) Technical... | Other bookmar

SIGN IN | UPLOAD | Search

ABOUT | CONTACT | BLOG | PROJECTS | HELP | DONATE | JOBS | VOLUNTEER | PEOPLE

DONATE

INTERNET ARCHIVE WaybackMachine

Explore more than 396 billion web pages saved over time

www.aintitcool.com/display.cgi?id=20955

Calendar · Collections beta · Changes beta · Summary · Site Map

Saved **2 times** between December 23, 2009 and October 2, 2017.

'96 1997 1998 1999 2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011 2012 2013 2014 2015 2016 **2017** 2018 2019

| JAN | | | | | | | FEB | | | | | | | MAR | | | | | | | APR | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | | | | 1 | 2 | 3 | 4 | | | | 1 | 2 | 3 | 4 | | | | | | | 1 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |

Type here to search

9:16 PM
12/7/2019

Feedback

Exhibit G3

10/24/2019                          Hellknights and Imps and Demons! Oh my!

http://aintitcool.com/node/20873                                    Go

2 captures                                                      ◀  OCT  ▶
2 Oct 2017 - 2 Oct 2017                                            02
                                                          2016  2017  2018

**(/WEB/20171002044141/HTTP://AINTITCOOL.COM/)**

## Ain't It Cool News (www.aintitcool.com)

### MOVIE NEWS

## Hellknights and Imps and Demons! Oh my!

**Published at: July 29, 2005, 3:59 a.m. CST by staff (https://web.archive.org/web/20171002044141/https://twitter.com/)**

Ahoy, squirts! Quint (https://web.archive.org/web/20171002044141/mailto:quint@aintitcool.com) here with a heads up on where you can take a look at some of the monsters from DOOM. I love that they're being done practically, but the first pic does look a whole lot like a guy in a suit. Love the autopsy and that firey image looks to be from the FPS sequence where we first see this bad boy. He takes a lot of slugs, so the gun is aimed over to the explosive barrel or whatever and it sets the creature on fire. Overall this looks gross and gory, which means good news for us fanboys!

Dear Harry,

My name is Alex Davis and I represent a company called First 4 Figures. We have the license to make the figures based on the Doom movie. We have updated our website with some closer looks of some of the Doom monsters. Thought you might be interested. Please have a look at:

CLICK IT HERE FOR MONSTERS GALORE!!! (https://web.archive.org/web/20171002044141/http://www.first4figures.com/newsarticles.asp?newsid=13)

Kind regards,

Alex Davis

---

### 🔲 SHARE ON FACEBOOK
**(HTTPS://WEB.ARCHIVE.ORG/WEB/20171002044141/HTTPS://WWW.FACEBOOK.C**

### 🐦 SHARE ON TWITTER
**(HTTPS://WEB.ARCHIVE.ORG/WEB/20171002044141/HTTPS://TWITTER.COM/INT**

### FOLLOW AICN
**(HTTPS://WEB.ARCHIVE.ORG/WEB/20171002044141/HTTPS://TWITTER.COM/INT**

---

### READERS TALKBACK

# Exhibit H3

## Ain't It Cool News (www.aintitcool.com)

| HOME (/) | COOL NEWS (/SECTION/COOL-NEWS) | COAXIAL (/SECTION/COAXIAL) | REVIEWS (/SECTION/REVIEWS) | COMICS (/SECTION/COMICS) | CONTACT (/CONTACT/) | SEARCH 🔍 (/SITE-SEARCH/) |

### MOVIE NEWS

## Cameron has a top secret project... PROJECT 880... Nobody Nowhere Knows Nothing... Or do they'

**Published at: June 14, 2005, 5:47 a.m. CST by staff (https://twitter.com/)**

Hey folks, Harry here... For the longest time, fans and gossipteers have been pondering the king of the world's hesitant nature in regards to his next feature narrative film. Some thinking that he is scared that nothing he does will top TITANIC. Others feel that he secretly despises FOX and is holding off making another film till everyone involved is dismissed or dies of old age. Still others feel that James is merely being the ever striving perfectionist working to make a film that entertains and challenges him at a level that he wishes to dedicate himself towards.

For the longest time now we've been operating under the belief that Cameron was going to be making BATTLE ANGEL ALITA, that it was to begin shooting this year for release in 2007... Now it seems things may be changing. According to Hollywood Reporter (http://www.hollywoodreporter.com) Jim has a top secret project with no loglines, no title... known only as PROJECT 880. A film clouded in mystery the likes of which Cameron hasn't enjoyed in a very very long time. Now, imagine if Jim could cast and shoot this film without details getting out. If all we could ever learn about the film came from his trailers. And what if he could just blow us all completely away again? That being said... aren't you dying to know more? I know I am. We'll have to wait and see what comes through the grapevine. Security at Lightstorm has tightened quite a bit since the days I just idly wandered about the joint. Neat challenge, eh?

### FOLLOW AICN (HTTPS://TWITTER.COM/INTENT/FOLLOW? SCREEN_NAME=AINTITCOOLNEWS)

### TOP TALKBACKS

**LEGO CATWOMAN becomes the Real CATWOMAN in Matt Reeves' THE BATMAN! -- 4 total posts (4 today) (/zoe-kravvitz-catwoman-the-batman-82533/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 14 -- MINORITIES IN HORROR -- 21 total posts (4 today) (/ekm-nights-of-horror-minorities-in-horror-82529/)**

**Netflix Trailer For "LOST IN SPACE" Season 2 -- 21 total posts (2 today) (/netflix-trailer-lost-in-space-season-2-82499/)**

**Posters & Image drops from Stephen Kings "DOCTOR SLEEP" -- 45 total posts (1 today) (/posters-trailer-image-stephen-king-doctor-sleep-82524/)**

10/15/2019                                  Cameron has a top secret project PROJECT 880 Nobody Nowhere Knows Nothing Or do they'

Sponsored Links

**Honey Boo Boo Is So Skinny Now And Looks Like A Goddess – We Can't Stop Staring (Photos)**
Novelodge

**Discover The New Genesis! Simply Astonishing!**
Genesis Cars | Search Ads

**Goodbye 'Pawn Stars'; Chumlee Pleads Guilty**
Articles Vally

**Genesis Investing**
special.crowdability.com

**Avoid These States When Retiring, USA States Ranked From Worst To Best**
Finance101

**The American Cities Where People Just Don't Want To Live Anymore**
MoneyWise.com

review-mceric-eric-mcclanahan-
82489/)

June 14, 2005 5:49 AM CST                                                    - Collapse All
**Aww, I wanted Battle Angel**
by theoneofblood

Just promise me it isn't in 3D, God I hate 3D.

June 14, 2005 5:50 AM CST
**So... tempting to... say it...**
by theoneofblood

Fffffff.... No! I will not succumb!

---

June 14, 2005 5:57 AM CST
**No BATTLE ANGEL?**
by Darth Kong

Damn. Now watch my HSX stocks tumble.

---

June 14, 2005 5:58 AM CST
**the real reason**
by tylerdurden6790

jim cameron is secretly helping mr child molester jackson get his next big project of the ground "moonwalker 2" (not fucking guilty who they fucking kidding)

---

June 14, 2005 6:01 AM CST
**I work at Lightstorm.... And I know what the film title is!**
by RKO Classic

Jim Cameron is making a film that has been a passion of his since he was in his twenties. I'll give you a hint: 3D and Care Bears

---

June 14, 2005 6:09 AM CST
**Hmm?.....**
by Taylor Made

Do you think Tom Cruise will be in it, it has been speculated they were talking together at an event about working together. And JCam is gonnna start in Dec which would be after MI:3 ends. Things that make you go hmmm.....

---

June 14, 2005 6:09 AM CST
**The ACTUAL title is...TITANIC II: RESURRECTION**
by Tubbs Tattsyrup

Titanic II. It's blatantly obvious: set 100 years in the future, a permanent research facility has been set up at the Titanic, on the sea floor - the one submarine facility that absolutely, positively, can NOT float. They have cloned Jack's DNA from his strangely-preserved remains on the sea floor, and have brought Rose's great-great-granddaughter in, who falls in love with him (obviously). Things start to go wrong, however, when unknown creatures start to nibble the cables securing the station, causing it to rise inexorably to the surface............DUN DUN DUN!!! This is Cameron's dream project, which combines his love of sci-fi, his fetish of underwater exploration and will also be shot in 3D HD PhD. Titanic II: Resurrection, coming summer 2007.

June 14, 2005 6:09 AM CST
**No Cameron Bastardized Battle Angel?**
by -Halfscan-

THANK GOD!!! -Half

June 14, 2005 6:10 AM CST
**Probably his umpteenth foray into going underwater**
by Gheorghe Zamfir

I'm pretty sure Cameron is officially a documentary film maker now, the rest of his career is Steve Zissou films.

June 14, 2005 6:11 AM CST
**anyways..**
by Vncentfilmerset

Cameron will surprise us once again.. one of this say..Lol Now ,What if James was given on a platter the Xmen franchise ,and he could do what he wants with it? Now, i would not be worried anymore.

June 14, 2005 6:12 AM CST
**anyways..**
by Vncentfilmerset

Cameron will surprise us once again.. one of this days..Lol Now ,What if James was given on a platter the Xmen franchise ,and he could do what he wants with it? Now, i would not be worried anymore.

10/15/2019                          Cameron has a top secret project PROJECT 880 Nobody Nowhere Knows Nothing Or do they'

June 14, 2005 6:14 AM CST
**Sounds cool and *beep* Battle Angel!**
by Lord_Soth

June 14, 2005 6:17 AM CST
**Concerning Cameron on X-Men...**
by Man of Stool

Well, that WOULD rock. Hard.

June 14, 2005 6:30 AM CST
**Project 880 is an US Army AI Program**
by Cousin MacTire

This all that I could find on the Internet about the actual program. Sounds like it's another Terminator movie. www.dtic.mil/descriptivesum/Y2001/Army/0602789A.pdf

June 14, 2005 6:31 AM CST
**Nosferatu Jones**
by Darth Kong

Why are you actually reading the site if you hate what Harry places as news so goddamn much?? Instead of posting on here, and giving Harry the hits he needs to get advertising secured, why dont you bugger off and run your own site, where you can talk about whatever you deem worthy. Harry posts these bits of info to encourage debate and discussion. Get stuffed.

June 14, 2005 7:17 AM CST
**hurry up jimbo!**
by kwisatzhaderach

Come on jimbo cinema needs ya! The glory days of The Terminator, Aliens, The Abyss, T2 and True Lies seem so long ago, when are you coming back? We need more cutting edge cinema along the lines of harrier jet/skyscraper interfaces! Oh and Jim you should really sue the makers of Mr and Mrs Smith who obviously watched True Lies before commencing the shoot!!!

June 14, 2005 7:41 AM CST
**Err what?**
by blues

"A film clouded in mystery the likes of which Cameron hasn't enjoyed in a very very long time. Now, imagine if Jim could cast and shoot this film without details getting out. If all we could ever learn about the film came from his trailers. " So basically, like every movie before AICN came along? Don't get me wrong, I enjoy reading the site, but don't get all nostalgic for the good old days when you were the main architect of their destruction, Harry. Cameron needs to do something, quick, it's already going to be at least 11 years since Titanic even IF he makes that 2007 date. What's he waiting for? Also nice to see talkback registration back. It's not like tb was any better when it was gone.

June 14, 2005 8:08 AM CST
**Cameron is suffering from the same condition as Tarantino**
by Mr Chuff

It's Called Getthefuckonwithitandmakeafilmyoulazyfucktardofacunt Syndrome. Admitedly QT has managed to dodge some symptoms but he's still suffering. Cameron is another matter though. I'll shout "hoorah!" when the dickweed plonks his indolent ass into a directors chair but until then he's a lazy pontificating cunt-sprout.

June 14, 2005 8:13 AM CST
**TITANIC SUCKS ASS!!!!!**
by grendelson138

This I know having never watched it. I'm special like that.

June 14, 2005 8:20 AM CST
**The 880**
by Kwjyibo

www.project880.com hmmm investments anyone

June 14, 2005 8:22 AM CST
**I just wanted to say**
by godric

Harry, I just wanted to say that as a former grammar teacher, your opening sentence made my head spin. Literally. Please stop doing that. Also, saw Aliens of the Deep last week (finally) and the 3D was amazing, but it still made my head hurt.

---

June 14, 2005 8:54 AM CST
**AvsP 2: Return to Earth**
by moviemaniac-7

Paul WS has passed and Cameron has begged on his bare knees to make this movie. Is he under exclusive contract with Fox or what? Doesn't he have enough money by now to do whatever he wants, like Lucas?

---

June 14, 2005 9:12 AM CST
**The man has nothing left to prove!**
by UnChienAndalou

I would dillydally for perpetuity if I were him.

---

June 14, 2005 9:57 AM CST
**...or you can just read this**
by rite4u

http://www.hollywoodreporter.com/thr/article_display.jsp?vnu_content_id=1000956665

---

June 14, 2005 9:59 AM CST
**'Battle Angel' would have been cool, but this 'Proje**
by Ribbons

My advice to anyone else is to not hold their breath waiting for James Cameron to make another film and if it happens, great.

---

June 14, 2005 10:22 AM CST
**Project 880 is...**
by Christopher3

Star Wars VII-IX. Or not.

10/15/2019                                    Cameron has a top secret project PROJECT 880 Nobody Nowhere Knows Nothing Or do they'

June 14, 2005 10:25 AM CST
**Turd Burgler**
by Darth Kong

Again I ask....why do you come and even bother posting? lol.

June 14, 2005 11:27 AM CST
**Project 880 and what's out there...**
by decypher44

Weel, in reading the "Project 880" pdf that was referred to above, it talks about Army AI. It
was some dry reading, but mentioned "FORCE XXI". Do some googling. Pretty cool, if you
didn't already know. One interesting link: http://www.iowatelecom.net/~colsten/index.html
Why down until 2006? Hmmm. There are plenty of google results for "Force XXI", which when
reading, seems like a PERFECT project for James Cameron. But I could be looking too much
into this. We'll see.

June 14, 2005 11:44 AM CST
**PLEASE! NO Live Action Anime. PLEASE. FOR THE LOVE OF GOD!**
by uberman

Lets just hope this is true because every day and in every way, ANIME sux.

June 14, 2005 11:55 AM CST
**Halo the movie**
by Faroutman

Fox made a deal with Microsoft and Bungie always said they wanted Jim to direct it.

June 14, 2005 12:03 PM CST
**Just make another movie already!**
by Shaner Jedi

June 14, 2005 12:14 PM CST
**Anything concerning Cameron making something is great**
by The Heathen

Especially after the X3 news yesterday. Having it said that Project 880 is something to do with US Army AI could actually be relevant to the Halo universe (he'd be my top choice for Halo or X3 in my dreams) or it could be something completely different. Like I said though, him doing anything is great.

---

June 14, 2005 12:15 PM CST
**titanic is his low**
by angrykirby.tk

titanic was the worst most generic crap he ever made. it made the most money ever but it still sucks. a boat full of real and interesting storys and they focus on poor boy meets rich girl bullshit puke. I hope cameron gets back to action. t1 t2 true lies aliens strange days and the scriptment for spiderman were all fantastic. hey maybey project 880 is terminator 4 holy shit that would own or suck

---

June 14, 2005 12:31 PM CST
**How can anybody comment on Battle Angel, a movie u know nothing**
by chickychow

Whether its Battle Angel or Project 880, I can't wait for this guy's next movie (as long as its not another goddamned underwater doc)... I watched most of True Lies last night and remembered what great entertainment it is (and how funny Cameron can be). Even Titanic I don't flip the bird at, despite the obvious complaints, because its just the work of a born director, and a genuine, beautiful-looking epic.

---

June 14, 2005 12:38 PM CST
**880? Not Project 6..6...(Cue sinister muzak)**
by GrandMuffTarkin

Mwuahahahaah.....so evil, it's order 66 (yes, so close to the ultimate evil, 666, get it? Huh?! Get it? EH? 666, but one less! EH!?

---

June 14, 2005 12:51 PM CST
**FORCE XXI**
by decypher44

I'd like to see a movie loosely based on Force XXI!

---

June 14, 2005 12:51 PM CST
**Fett Jr, I'd like to personally thank you for the first C &**
by oceansized

"Just think, next time I shoot someone I could be arrested."

---

June 14, 2005 1:02 PM CST
**No Battle Angel?**
by Johnno

Awww... not that I've actually seen BAttle Angel or read the Manga, but what I've seen here and there looked to afford some pretty kick ass action. Ah well, let's see what he's up to, for all we know this 'Project' could just be a 'secrecy' shooting title for Battle Angel.

---

June 14, 2005 1:04 PM CST
**Cameron Already Bastardized Alita**
by SpankTMonkey

It was called Dark Angel and really went to pot in the second season. Obviously the Battle (Dark)Angel rumors were a decoy from his REAL project: Dark Angel: The Movie.

---

June 14, 2005 1:36 PM CST
**Grandmufftarkin, don't joke about that, some people here don**
by chickychow

Dare not disparage Episode 3, you'll be accused of hating Star Wars, and movies in general... (snicker) Order 66...(snicker)

---

June 14, 2005 1:40 PM CST
**It better not be F**KING Halo!**
by Funmazer

It's probably about squids or Mars. But please JC, MAKE SOMETHING! The world needs you!

---

June 14, 2005 2:11 PM CST
**Whistle Blower Alert!**
by RKO Classic

10/15/2019                    Cameron has a top secret project PROJECT 880 Nobody Nowhere Knows Nothing Or do they'

Basically, the film is going to be a live action flick about the Care Bears being in New York. They will use 2D animation for the bears, but the film work will all be done in 3D. Jim's been working on this for years. Matthew Broderick is in the lead, with Billy Crystal and Marisa Tomei. All doing great work. Jim Carrey is doing the voices for several of the Care Bears.

June 14, 2005 2:12 PM CST
**My guess**
by Vern

is that it involves an almost fetishistic obsession with technology and scientific lingo. Just a hunch I got

June 14, 2005 2:30 PM CST
**Are the days of AICN spies numbered?**
by FrankDrebin

Now that directors can make films with digital backgrounds, they don't have to build sets at the studio or go on location -- which means that fewer spies can cameraphone peeks at their work.

June 14, 2005 2:34 PM CST
**Miliray a.i.? Alright, a re-make of WARGAMES! Or maybe SHORT C**
by FrankDrebin

Hopefully, STEALTH won't be so craptastic that it scares the studio away from Cameron's project.

June 14, 2005 2:42 PM CST
**Cameron is ripping off Jackson!**
by Killah_Mate

No, seriously... sort of. In that Hollywood Reporter article rite4u posted, they go on and on about the "revolutionary" new techniques Cameron will be using for this new movie. EVERY ONE of them, from the virtual camera to performance capture, has already been used by Peter Jackson on the Lord of the Rings. Nothing agaist Cameron, just goes to show how groundbreaking LotR really was.

June 14, 2005 3:10 PM CST

### Dammit! The world does need Jim Cameron back! But only when he&#
by Blue Devil

I'm so tired of filmmakers you can't trust- literally, all of my heroes have let me down recently- except for one- James Cameron. I'd rather wait another 10 years for a great Cameron film than put up with a so-so film every few years. Take your time, Jim!

June 14, 2005 3:22 PM CST
### Could he be going back to AVATAR?
by Zardoz

I really liked the scriptment he had for that proposed film. It was a really cool idea, but it was dropped as being too expensive. Maybe now technology has made it feasible and affordable...

June 14, 2005 3:24 PM CST
### Whao cares....
by OBSD

Call me a "hater", but I think Cameron's best work is behind him. And by that I mean that he made three brilliant films, then he went on to make three others that were far inferior in quality. Yet it's those latter three that everyone splooges over, so there's no accounting for taste. Mabye his next three will be brilliant, but I doubt it.

June 14, 2005 3:26 PM CST
### Bond.
by CatVutt

He's making the next Bond movie. 360+360+160 = 880. 00 and a 160 degree angle puts you roughly at 7 o'clock. 007. Was that so hard? Silly Talkbackers.

June 14, 2005 4:17 PM CST
### virtual camera in LOTR groundbreaking?
by Johnno

Well sure it all worked out great but, WHAT ABOUT THE VIRTUAL CINEMATOGRAPHY/MOCAP FROM MATRIX REL/REV??? We need to see some more of that!!!

---

June 14, 2005 4:23 PM CST
**Cameron's real reason for not making another film:**
by Hamish

He made a packet of money on Titanic and decided he'd rather sit round in his underwear watching sports all day - cos he can.

---

June 14, 2005 4:43 PM CST
**Matrix virtual cinematography**
by Killah_Mate

Also true. I brought up Lord of the Rings because that's where they did it first.

---

June 14, 2005 4:48 PM CST
**Project 880 - secret is out.**
by hallmitchell

James Cameron is advising the military on how to secure Iraq and strategy on how to weed out Bin Laden.

---

June 14, 2005 5:28 PM CST
**I love how every zone 1 anime DVD says either "some guy from The**
by punto

that's all

---

June 14, 2005 6:08 PM CST
**Of course it won't remain a secret**
by Rupee88

There's no way he could cast and shoot a film in total secrecy. To suggest that is rather idiotic. It only takes one person to spill the beans and there will be lots who would and will.

---

June 14, 2005 6:11 PM CST
**what is Project 880?**
by bigdickmcgee

People have speculated Avatar. Maybe. But probably not. Cameron bought the rights to a book about Pompeii, and apprently had a project called Ghosts of Vesuvius. That would fit his 3D obsession (exploding shit flying out of a volcano). But then he's using the same motion capture from Polar Express. He once had a project about the Sun exploding and people leaving the Earth. He had something called Screaming Steel. He had a lot of things. He also has Last of the Amazons. He had Planet Ice, which turned out to be a cover for Titanic. Maybe Project 880 is a fake. Maybe it's that Fantastic Voyage remake he was talking about.

---

June 14, 2005 6:38 PM CST
**If it's anything remotely resembling the quality of Aliens..**
by GreatWhiteNoise

... I don't care if Project 880 features 20 Care Bears, Jar Jar Binks and Paris Hilton as the hybridized human / Alien Queen... erm, well, OK, maybe that's overstating things. But not by a lot. All hail the return of the King! Action ain't been the same without him.

---

June 14, 2005 7:17 PM CST
**It's already out there**
by coop

If theoneofblood is right, the news is already out there because a certain female star spilled it a couple months ago.

---

June 14, 2005 7:23 PM CST
**Jimmy**
by zigster

has banged every high class call girl in Hollywood and is bored. His time has passed him by, but he'll still get Fox to vomit up Shipping Packets of $$$ because a) Fox execs are nimrods. b) He's got just enough cache to go to the well one more time. He still has enough cachet for

---

June 14, 2005 8:15 PM CST
**Zardoz**
by one9deuce

How about a link to the Avatar scriptment? coop, what are you talking about? theoneofblood was just trying to restrain himself from saying "first".

Cameron has a top secret project PROJECT 880 Nobody Nowhere Knows Nothing Or do they'

---

June 14, 2005 8:37 PM CST
**James Cameron**
by solo1300

news on new project 880... Fantastic Voyage. He is remaking the 1966 classic adventure, and the studio is banking on the fact that Spielberg's War of the Worlds will be a hit. Will Cameron out-do him? We'll see.

---

June 14, 2005 9:19 PM CST
**The military is actually working on A.I.?!?**
by Ribbons

You bastards!!! NOOOOOOOOOOOOOO!!!!!!

---

June 14, 2005 9:20 PM CST
**Eh**
by Ribbons

I don't know. Skipidoobop

---

June 14, 2005 9:27 PM CST
**Just please...no more underwater specials**
by NZGUY

Please, make movies again Cameron, not DOCOs. You've made enough of those.

---

June 14, 2005 10:26 PM CST
**Cameron**
by MaulRat

remember last year he was talking to Harrison Ford about a project.. Wouldn't it be nice if he'd gone back to his "I'm better than Ridley Scott" phase that he had when he made ALIENS and make a sequel to Blade Runner?... although if he and Harrison don't hurry up it'll be called Bald Runner.. I'm waiting for the Hulk Hogan as the baddie line.. or is that not 'cool' anymore... the kids still say 'cool' don't they?... god I'm old.

---

June 14, 2005 11:27 PM CST

### Actually, I wouldn't be surprised if it turns out to be the
by drompter

Think about it: Fox and Universal made the deal with Microsoft/Bungie right?, don't you remember that Fox and Universal were also the studios responsible for True Lies? It's been merely a week after the announcement of the deal with Microsoft was made and now Cameron changes his mind about Battle Angel. Microsoft has more money than your granpha, which put them in a position of making Cameron an offer he can't refuse. It is supposed to involve Army AI, wasn't Master Chief an enhanced soldier? And now the project is secret, called project 880, don't you remember the ilovebees.com thing? I could be wrong of course, but those facts are scary.

June 14, 2005 11:51 PM CST
### Cameron & Schwarzenegger needs to work together again!
by ABking

Whatever Cameron decides to make whether it be PROJECT 880 or TRUE LIES II, Arnie and Cameron made a fucking kick ass team and gave the world ground breaking action and stunts. They are the best action team ever and seeing them make many more films will rule. How about Jimbo directing Arnie in a WWII movie or WESTWORLD?

June 15, 2005 3:15 AM CST
### dammit
by Fortunesfool

Tried to book my tickets the other day for Battle Angel but the girl behind the desk just looked at me blankly. After sitting through the mediocre Mr and Mrs Smith it became obvious that True Lies was the Last Great Action movie and really I can't think of anything since thats left me so giddily happy. Come back Jim, these spastic editing, shaky cam kids need taught a lesson. Remember the first time you saw the True Lies trailer and the shot of Arnie pulling away from the camera flying the harrier jet...fucking awesome....must go watch it again.

June 15, 2005 9:33 AM CST
### Godric... kind of hypocritical, don't you think?
by LIGHTST0RMER

"Harry, I just wanted to say that as a former grammar teacher, your opening sentence made my head spin. Literally." Then as a teacher of grammar, you should know that "literally" means that exactly what you ascribe to it is precisely what actually happens. So Harry's triple-negative

10/15/2019                          Cameron has a top secret project PROJECT 880 Nobody Nowhere Knows Nothing Or do they'

would have actually induced an Exorcist moment from you. That's the thing about the word "literally"... it's the only word that means the exact opposite of its real meaning when it's used incorrectly. That be's real funny, ain't it?

February 3, 2006 11:34 AM CST
**I go to Business Week for my 880 info!**
by Scorpio

http://www.businessweek.com/magazine/content/06_07/b3971073.htm -- "Cameron is working on the screenplay for Project 880, which he describes as "completely crazy, balls-out sci-fi." If it gets produced, it could be the first major Hollywood project that audiences will experience first as a multiplayer game on the Net, and only later on the silver screen."

# Exhibit I3



# COOL NEWS                                    Published on Tuesday, June 14, 2005 - 5:47am

## Cameron has a top secret project... PROJECT 880... Nobody Nowhere Knows Nothing... Or do they'

Hey folks, Harry here... For the longest time, fans and gossipteers have been pondering the
[  ]g of the world's hesitant nature in regards to his next feature narrative film. Some
thinking that he is scared that nothing he does will top TITANIC. Others feel that he secretly
despises FOX and is holding off making another film till everyone involved is dismissed or
dies of old age. Still others feel that James is merely being the ever striving perfectionist
working to make a film that entertains and challenges him at a level that he wishes to
dedicate himself towards.

### TOP TALKBACKS                    OVER PAST 24 HOURS

| | |
|---|---|
| THE KARATE KID remake trailer makes a case for being called THE WUSHU KID--271 total posts | 271 posts |
| Want to see a Red-band tease of Hit Girl doing what she does best? KICK ASS!!!--393 total posts | 215 posts |
| Harry's DVD Picks & Peeks - 3rd & 4th wk of Dec: DISTRICT 9, INGLOURIOUS BASTERDS, TRAPEZE & much more!!!--211 total posts | 211 posts |
| Harry reviews AVATAR at last!--2070 total posts | 209 posts |
| Who Are The Five Actresses In The Running To Play Hal Jordan's Girlfriend | 204 |

 Type here to search               7:32 PM 10/22/2019

# Exhibit J3

web.archive.org/web/20060601000000*/www.explorepandora.com

INTERNET ARCHIVE | WEB | BOOKS | VIDEO | AUDIO | SOFTWARE | IMAGES | SIGN IN | UPLOAD | Search

ABOUT | CONTACT | BLOG | PROJECTS | HELP | DONATE | JOBS | VOLUNTEER | PEOPLE

DONATE

INTERNET ARCHIVE WaybackMachine

Explore more than 403 billion web pages saved over time

www.explorepandora.com

**Calendar** · Collections · Changes · Summary · Site Map

Saved **12 times** between February 6, 2006 and August 14, 2009.

1996 1997 1998 1999 2000 2001 2002 2003 2004 2005 **2006** 2007 2008 2009 2010 2011 2012 2013 2014 2015 2016 2017 2018 2019

JAN

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

FEB

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | | | | |

MAR

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

APR

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | | | | | | |

Type here to search

9:17 PM
12/21/2019

