# Exhibit K3



web.archive.org/web/20060801000000*/www.visitpandora.com
Apps
'Elysium' Director St...
cameronlitdreh.html
'Breaking Bad' Auct...
"Fraud on the Court...
haven - Google Sea...
"Incorporate By Ref...
"Gross Negligence"...
(Contract) Technical...
Other bookmarks
INTERNET ARCHIVE
WEB
BOOKS
VIDEO
AUDIO
SOFTWARE
IMAGES
SIGN IN
UPLOAD
Search
ABOUT
CONTACT
BLOG
PROJECTS
HELP
DONATE
JOBS
VOLUNTEER
PEOPLE
DONATE
INTERNET ARCHIVE
WaybackMachine
Explore more than 403 billion web pages saved over time
www.visitpandora.com
Calendar
Collections
Changes
Summary
Site Map
Saved 59 times between February 6, 2006 and June 19, 2019.
1996 1997 1998 1999 2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011 2012 2013 2014 2015 2016 2017 2018 2019
JAN
FEB
MAR
APR
Type here to search
9:18 PM
12/21/2019

Exhibit L3



# Exhibit M3



up

简体中文  English  Français  Русский  Español  العربية  Portuguese

**ICANN | LOOKUP**   ABOUT WHOIS   POLICIES   GET INVOLVED   WHOIS COMPLAINTS   KNOWLEDGE CENTER

## Domain Name Registration Data Lookup

Enter a domain name                                    Frequently Asked Questions (FAQ)

| www.avatarmovie.com | Lookup |

By submitting any personal data, I acknowledge and agree that the personal data submitted by me will be processed in accordance with the ICANN Privacy Policy, and agree to abide by the website Terms of Service and the Domain Name Registration Data Lookup Terms of Use.

### Domain Information

**Name:** AVATARMOVIE.COM

**Registry Domain ID:** 164802909_DOMAIN_COM-VRSN

**Domain Status:**
clientDeleteProhibited
clientTransferProhibited
clientUpdateProhibited
serverDeleteProhibited
serverTransferProhibited
serverUpdateProhibited

**Nameservers:**
NS1.FOXFILM.COM
NS2.FOXFILM.COM

### Dates

**Registry Expiration:** 2021-03-08 05:46:14 UTC

**Created:** 2005-06-02 17:18:05 UTC

### Registrar Information

**Name:** MarkMonitor Inc.

**IANA ID:** 292

**Abuse Contact Email:** abusecomplaints@markmonitor.com

**Abuse Contact Phone:** +1.2083895770

### DNSSEC Information

**Delegation Signed:** Unsigned



# Exhibit N3

 Resi  66 R  New  Com  COR  Resi  ICAN  IC

简体中文   English   Français   Русский   Español   العربية   Portuguese

**I C A N N | L O O K U P**

ABOUT WHOIS   POLICIES   GET INVOLVED   WHOIS COMPLAINTS   KNOWLEDGE CENTER

# Domain Name Registration Data Lookup

Enter a domain name                                    Frequently Asked Questions (FAQ)

www.explorepandora.com                              | Lookup |

By submitting any personal data, I acknowledge and agree that the personal data submitted by me will be processed in accordance with the ICANN Privacy Policy, and agree to abide by the website Terms of Service and the Domain Name Registration Data Lookup Terms of Use.

## Domain Information

**Name:** EXPLOREPANDORA.COM

**Registry Domain ID:** 157876831_DOMAIN_COM-VRSN

**Domain Status:**
clientTransferProhibited

**Nameservers:**
DNS1.CSCDNS.NET
DNS2.CSCDNS.NET

### Dates

**Registry Expiration:** 2021-03-08 05:27:18 UTC

**Created:** 2005-05-16 18:16:57 UTC

## Registrar Information

**Name:** CSC Corporate Domains, Inc.

**IANA ID:** 299

**Abuse Contact Email:** domainabuse@cscglobal.com

**Abuse Contact Phone:** tel:8887802723

## DNSSEC Information

**Delegation Signed:** Unsigned

## Authoritative Servers

**Registry Server URL:** https://rdap-core.vrsn.com/com/v1/domain/explorepandora.com

         

Exhibit O3





**I C A N N | L O O K U P**     ABOUT WHOIS     POLICIES     GET INVOLVED     WHOIS COMPLAINTS     KNOWLEDGE CENTER

# Domain Name Registration Data Lookup

Enter a domain name                                          Frequently Asked Questions (FAQ)

| www.visitpandora.com | | Lookup |

By submitting any personal data, I acknowledge and agree that the personal data submitted by me will be processed in accordance with the ICANN Privacy Policy, and agree to abide by the website Terms of Service and the Domain Name Registration Data Lookup Terms of Use.

## Domain Information

**Name:** VISITPANDORA.COM

**Registry Domain ID:** 157876832_DOMAIN_COM-VRSN

**Domain Status:**
clientTransferProhibited

**Nameservers:**
NS31.TWDCNS.COM
NS32.TWDCNS.NET
NS33.TWDCNS.ORG
NS34.TWDCNS.CO.UK

### Dates

**Registry Expiration:** 2021-03-08 05:27:58 UTC

**Created:** 2005-05-16 18:16:57 UTC

## Registrar Information

**Name:** CSC Corporate Domains, Inc.

**IANA ID:** 299

**Abuse Contact Email:** domainabuse@cscglobal.com

**Abuse Contact Phone:** tel:8887802723

## DNSSEC Information

**Delegation Signed:** Unsigned

## Authoritative Servers

         

# Exhibit P3

WIKIPEDIA

# Register.com

**Register.com** (previously Forman Interactive Corp) was founded by Peter Forman in 1994 as a provider of website creation software. Shortly thereafter, joined by Richard Forman and Dan Levine, the company, over the next few years, vertically integrated into hosting and eventually into domain name provisioning. In 1999, the company officially changed its name to Register.com.

## Contents

History

Controversies

See also

References

External links

### Register.com

**register.com®**

DON'T JUST MAKE A WEBSITE, *MAKE AN IMPACT.*

| | |
|---|---|
| **Type of site** | subsidiary |
| **Founded** | 1999 |
| **Headquarters** | Jacksonville, FL, US |
| **Key people** | David Brown, CEO and President[1] |
| **Industry** | Domain Registrar |
| **Products** | Web services |
| **Parent** | Web.com |
| **Website** | register.com (http://regis ter.com/) |
| **Alexa rank** | ▲ 11,334 (August 2015)[2] |

## History

On April 21, 1999, ICANN announced Register.com was one of the first five testbed registrars for the competitive Shared Registry System. On June 7, the company began operations under this name as a paid registrar in the .com, .net and .org domains. It was the first of the five testbed registrars to come online.[3]

In 2000, Register.com issued an IPO and began trading on the NASDAQ under ticker symbol RCOM. By 2004 the company was managing over three million domain names.

In 2005 Register.com developed a strategy and dedicated itself to focusing on small business and providing online services to serve that segment of the market. However, in November of the same year Register.com was acquired by Vector Capital. Prior to acquisition, the company completed a significant strategic initiative and received recognition for "*An Outstanding Customer Service Experience*" when it became the first Online Services Industry organization to receive the J.D. Power and Associates Call Center Certification. Register.com received this recognition again in 2006, 2007, 2008 and 2009.

With Vector's acquisition of Register.com, the company went private once again and stopped publicly trading on NASDAQ. Vector Capital, while searching for a full-time CEO brought in David Moore as an interim CEO. The CEO search was expected to last three months. In reality the process to find a new CEO took approximately one year. During David Moore's tenure the company successfully focused on cost reduction through better business practices.

In November 2006 Larry Kutscher joined Register.com as chief executive officer. Kutscher came to Register.com from Dun & Bradstreet where he served as Senior Vice President and general manager of the Small Business Group.[4] Under Kutscher's leadership, Register.com continued the existing strategy of focusing on the needs of small business owners and entrepreneurs.

The company employs about 400 people in the US, Canada and the UK. Register.com is headquartered in New York City with satellite offices in Baltimore, Maryland and London, England. Register.com's Sales and Service center operates in Yarmouth, Nova Scotia; over 300 of Register.com's employees are at this center. Since mid-2007 Register.com had also added an office in Halifax, Nova Scotia, Canada. The office in Nova Scotia is Register.com's custom web design team, who provides design services to their clientele. The separate design team is RCOMCANADA.[5]

in June 2010, the company entered negotiations to be privately sold to Web.com. Web.com has agreed to acquire Register.com for a price of $135 million, which will be financed with approximately $20 million in existing cash, proceeds from a new $110 million term loan and a $5 million seller note.

## Controversies

The company previously had an A+ rating from the Better Business Bureau, but as of May 2016 is *not* BBB accredited.[6][7] It currently has a one-star rating out of a possible five stars at both consumeraffairs.com and yelp.com.[8][9] Similarly, dozens of complaints against the company's business practices are filed at Ripoff Report.[10]

On April 1, 2009, Register.com suffered a major DDoS attack, downing thousands of web sites. The FBI and The Department of Homeland Security were engaged to assist. Services were restored through counter-measures and minimized the disruption; some services were unavailable for 3 days. Twitter was used to update customers on the status throughout the attack.

In January 2010, the Chinese search engine Baidu sued Register.com for gross negligence after an employee allegedly allowed a third party access to Baidu's account despite them failing to pass basic security verification, allowing their website to be hijacked by the Iranian Cyber Army.[11]

## See also

- *Register.com v. Verio*

## References

1. http://ir.web.com/management.cfm
2. "register.com Site Overview" (http://www.alexa.com/siteinfo/register.com). Alexa Internet. Retrieved August 10, 2015.
3. "Hobbes' Internet Timeline by Robert H Zakon" (http://www.wallonie-isoc.org/Internet_Documents-en-francais/Hobbes_Internet-Timeline_trad.htm). Wallonie-isoc.org. Retrieved May 26, 2012.
4. Fung, Amanda (November 1, 2006). "Register.com names chief executive" (http://www.crainsnewyork.com/apps/pbcs.dll/article?AID=/20061101/FREE/61101010/1064/newsletter01). Crainsnewyork.com. Retrieved May 26, 2012.

5. "Register.com's in-house Design Team" (https://web.archive.org/web/20120526095846/http://rcom canadawebdesign.com/). Rcomcanadawebdesign.com. Archived from the original (http://rcomcan adawebdesign.com/) on May 26, 2012. Retrieved May 26, 2012.

6. "BBB Report" (http://www.bbb.org/maritime-provinces/business-reviews/internet-marketing-service s/rcom-canada-in-yarmouth-ns-18012). Bbb.org. March 19, 2004. Retrieved May 26, 2012.

7. http://www.bbb.org/new-york-city/business-reviews/internet-web-hosting/register-com-in-new-york-ny-7834/

8. https://www.consumeraffairs.com/internet/register.htm

9. http://www.yelp.com/biz/register-com-new-york-2

10. http://www.ripoffreport.com/reports/specific_search/register.com

11. Back, Aaron (January 19, 2010). "Baidu Sues Register.com, Alleges Negligence in Hacking Attack" (https://www.wsj.com/articles/SB10001424052748703837004575013742840069602?mod =googlenews_wsj). Online.wsj.com. Retrieved May 26, 2012.

## External links

- Register.com (http://www.register.com)

Retrieved from "https://en.wikipedia.org/w/index.php?title=Register.com&oldid=917886719"

**This page was last edited on 25 September 2019, at 23:35 (UTC).**

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

# Exhibit Q3



FOR IMMEDIATE RELEASE
CONTACT: Roni Jacobson
Register.com
212.798.9273
rjacobson@register.com

# REGISTER.COM SELLS CORPORATE SERVICES DIVISION TO CORPORATION SERVICE COMPANY®

Company to Focus on the Online Business Needs of Small- and Medium-Sized Businesses
New York, NY – May 3, 2006 – Register.com, a leading provider of domain name registration and Internet services, today announced the sale of its Corporate Services Division to Corporation Service Company, a privately-held firm and leading provider of financial and legal services to corporations and law firms. Register.com's Corporate Services Division provides online brand protection to large corporations with significant domain name portfolios. The Corporate Services Division also provides strategy consulting services and global domain name registrations, management, and monitoring services.

As a result of the sale, Register.com will now focus its management and financial resources on the domain name registration and web-based services needs of small- and medium-sized businesses, as well as individual consumers. Customers will benefit from the divestiture as the company focuses its efforts on bringing to market products and services essential to helping smaller businesses build their Internet presence. The company's existing suite of small business and consumer services, including Register.com's highly acclaimed customer service, has already helped millions of customers to easily establish their web-based activities.

"Helping our customers unleash the true potential of their business through the power of the Internet is Register.com's number one priority," said David Moore, CEO of Register.com. "Today's announcement puts a fine point on our mission to be the go-to provider of web-based value added services and award-winning customer service to our core market—millions of small- and medium-sized businesses looking to harness their online potential. We're looking forward to channeling our efforts to better serve this market."

Register.com is majority owned by Vector Capital, a private equity boutique specializing in buyouts, spinouts and recapitalizations of established technology businesses.

– more –

In addition to its work with Register.com, Vector has helped portfolio companies such as Savi Technology, LANDesk Software and Corel Corporation (NASDAQ: CREL) execute new financial and business strategies that materially improve the competitive standing of these businesses and enhance their value for employees, customers and shareholders.

Jefferies Broadview, a division of Jefferies & Company, Inc., acted as Vector Capital and Register.com's financial advisor, with O'Melveny & Myers LLP as legal counsel.

About Register.com

Register.com is a leading provider of domain name registration and Internet services. With approximately three million domain names under management, Register.com has built a brand based on quality domain name management services. Register.com offers its services to small- and medium-sized businesses, and individual consumers. Additionally, Register.com partners with ISPs, Web hosting companies and other online businesses that wish to resell the Company's domain name registration services.

About Vector Capital

Vector Capital is a private equity boutique specializing in spinouts, buyouts and recapitalizations of established technology businesses. Vector identifies and pursues these complex investments in both the public and private markets. Such opportunities are typically underserved by traditional buyout and venture capital firms. Vector actively partners with management teams to devise and execute new financial and business strategies that materially improve the competitive standing of these businesses and enhance their value for employees, customers and shareholders. Among Vector's portfolio companies are Savi Technology, LANDesk Software, Register.com and Corel Corporation (NASDAQ: CREL). For more information, visit www.vectorcapital.com.

# Exhibit R3

Now available: over 400m key company lifecycle events, from officer changes to gazette notices. Read more on our blog.

# opencorporates • • • • •

The Open Database Of The Corporate World

| Company name or numb | Search |

⦿ Companies ○ Officers

- Log in/Sign up

# CORPORATION SERVICE COMPANY (EUROPE) LIMITED

Company Number
    03647310
Status
    Active
Incorporation Date
    5 October 1998 (over 21 years ago)
Company Type
    Private Limited Company
Jurisdiction
    United Kingdom
Registered Address

- 25 Canada Square Canary Wharf
- London
- E14 5LQ
- England

Latest Accounts Date
    2018-12-31
Annual Return Last Made Up Date
    2016-02-23
Previous Names

- REGISTER.COM EUROPE LIMITED
- REGISTER.COM EUROPE PLC
- VIRTUAL INTERNET PLC
- VIRTUALINTERNET.NET PLC
- CHARRIOL PLC

Directors / Officers

- <u>JAMES ALLEN STOLTZFUS</u>, director, 14 May 2010-
- <u>JAMES ALLEN STOLTZFUS</u>, director, 14 May 2010-
- <u>JOHN FORTUNATO</u>, director, 11 May 2006-
- <u>PAUL RICHARD ASHWORTH</u>, director, 18 Dec 2017-

<u>Inactive Directors / Officers</u>

- <u>AJAY CHOWDHURY</u>, director, 9 Jan 2001-22 Feb 2002
- <u>BRUCE WINN</u>, director, 11 May 2006-14 May 2010
- <u>CHRIS AKERS</u>, director, 5 Oct 1998-24 Feb 2000
- <u>DAVID SAMUEL ROGERS</u>, director, 5 Oct 1998-24 Feb 2000
- <u>E L NOMINEES LIMITED</u>, director, 5 Oct 1998- 5 Oct 1998
- <u>E L SERVICES LIMITED</u>, secretary, 5 Oct 1998- 5 Oct 1998
- <u>E L SERVICES LIMITED</u>, director, 5 Oct 1998- 5 Oct 1998
- <u>EILEEN LEAHY</u>, director, 27 Jun 2004-31 Mar 2006
- <u>FREDERICK WILLEM MOSTERT</u>, director, 23 Feb 2000- 9 Jan 2001
- <u>JASON DRUMMOND</u>, director, 19 Jan 1999-22 Feb 2002
- <u>JOHN WILLIAM MAUNDRELL</u>, secretary, 16 Mar 1999-15 Aug 2000
- <u>JONATHAN ROBERT HAMILTON WALES</u>, director, 23 Feb 2000-31 Mar 2003
- <u>JONATHAN STERN</u>, director, 31 Mar 2003-11 May 2006
- <u>LORI FAYE FISCHLER</u>, director, 31 Mar 2003-27 Jun 2004
- <u>MACLAY MURRAY & SPENS LLP</u>, secretary, 6 Jul 2006- 8 Oct 2010
- <u>MARK CARTWRIGHT</u>, director, 9 Jan 2001-31 Jul 2002
- <u>PETER FORMAN</u>, director, 31 Mar 2003-10 Oct 2005
- <u>PETER JOHN WILLIAMS</u>, secretary, 5 Oct 1998-16 Mar 1999
- <u>PETER JOHN WILLIAMS</u>, director, 5 Oct 1998-24 Feb 2000
- <u>RAJIV SAMANT</u>, director, 22 Feb 2002-29 Oct 2002
- <u>RENE MICHAEL MATHIAS</u>, director, 22 Feb 2002-10 Jun 2002
- <u>RICHARD DAVID FORMAN</u>, director, 22 Feb 2002-31 Mar 2003
- <u>RICHARD JUXON COBB</u>, secretary, 15 Aug 2000- 6 Jul 2006
- <u>RONI JACOBSON</u>, director, 10 Oct 2005-11 May 2006
- <u>STUART HOROWITZ</u>, director, 31 Mar 2006-11 May 2006
- <u>THOMAS RICHARD TURCAN</u>, director, 30 Nov 1999-20 Mar 2003
- <u>WILLIAM ROBERT SLEE</u>, director, 23 Feb 2000-22 Feb 2002

<u>See less</u>

Registry Page
   <u>https://beta.companieshouse.gov.uk/co...</u>

**Source** UK Companies House, http://xmlgw.companieshouse.gov.uk/, 10 Jan 2020 (UK Crown Copyright)
Add data *(website, address, etc)*

| update from registry |

## Official Register Entries

UK Data Protection Register entry

register id: Z5978192

## Company Addresses

Company Address

ELYSIUM GATE, UNIT 20-21, 126-128 NEW KINGS ROAD, LONDON, SW6 4LZ, United Kingdom

## **Explore company network**



## Company network

Not yet available for this company. Click to find out more

## **Corporate Grouping User Contributed**

None known. Add one now?
See all corporate groupings

## Statements of control (by this company) alpha

| Date | Description | Mechanisms | |
|------|-------------|------------|---|
| 2017-02-23 | No Individual Or Entity With Signficant Control: The company knows or has reasonable cause to believe that there is no registrable person or registrable relevant legal entity in relation to the company | N/A | details |

## Statements of control (relating to this company) alpha

# Exhibit S3

Top .com Web Hosts
Top .net Web Hosts
Top .org Web Hosts
Top .biz Web Hosts
Top .info Web Hosts
Top .mobi Web Hosts
Top .asia Web Hosts
HosterStats Reports



## HosterStats.com
### Knowledge From Numbers

Home | gTLD Domain Counts 2019 | New gTLD Counts 2019 | Reports | gTLD Counts By Country | About | Privacy | Blog |

## avatarmovie.com Domain History November 2019

Domain name registration and hosting history for avatarmovie.com from 2000 to present. This record is based on the nameserver (DNS) history of the domain name.

**Domain Hosting History - Search Domain Name History from 2000 to 2019**

| Domain Hosting History | | Search |
|---|---|---|
| .com .net .org .biz .info .mobi .asia .ie .eu .co.uk .de and new gTLDs | | |



Fast pre-approval process for cars of all speeds.
Car loan decisions in 5 minutes
Insured by NCUA

The domain term 'avatarmovie' is, as of 01 November 2019, registered in the TLDs below.

| avatarmovie | com | net | org |
|---|---|---|---|

### avatarmovie.com Domain Hosting History - HosterStats.com

| Old Hoster | New Hoster | Month / Year | Zone Date | Transaction |
|---|---|---|---|---|
| REGISTER.COM | FOXFILM.COM | August 2008 | 2008-09-01 | Transfer |
| N/A | REGISTER.COM | June 2005 | 2005-07-01 | New |
| NAME-SERVICES.COM | N/A | April 2005 | 2005-05-01 | Deleted |
| DNSREALM.COM | NAME-SERVICES.COM | December 2004 | 2005-01-01 | Transfer |
| PARK-DOMAINS.COM | DNSREALM.COM | August 2004 | 2004-09-01 | Transfer |
| NAME-SERVICES.COM | PARK-DOMAINS.COM | June 2004 | 2004-07-01 | Transfer |
| N/A | NAME-SERVICES.COM | February 2004 | 2004-03-01 | New |
| GAGADOMAIN.CO.KR | N/A | May 2003 | 2003-06-01 | Deleted |
| GADOM.COM | N/A | May 2003 | 2003-06-01 | Deleted |
| N/A | GADOM.COM | May 2002 | 2002-06-01 | New |
| N/A | GAGADOMAIN.CO.KR | May 2002 | 2002-06-01 | New |
| SOFTCOMCA.COM | N/A | September-October 2001 | 2001-11-04 | Deleted |
| SOFTCOMCA.COM | N/A | December 2000 | | Epoch |

▶▶ **Find a domain name now:**
[ .com ▼ ] [ Search ]
Go Daddy.com
.com .us .biz .info .net .org .ws .mobi .me .co.uk .in .at .asia
www.GoDaddy.com

Domnomics book now available on Amazon.com

**Domnomics - the business of domain names**, a new book on domain names, statistics and web usage is now available on Amazon.com Read how the .EU ccTLD was plundered, how one decision to give away free domain names changed the industry forever and led to over a billion .COM domain names being registered and deleted without their owners ever having to pay for them. And when all the good domain names were apparently taken, the solution was more new gTLDs. But it didn't work out as expected. The book also covers the domain name counts by country and the geography of the gTLD Web with the number of websites hosted by each country for the legacy gTLDs and the new gTLDs. Find out how domain names are really being used with web usage surveys for .COM, .NET .ORG and the new gTLDs. Read the first chapters for free on the "Look Inside" link on Amazon.com and buy the book to find out why .ORG is different to other gTLDs.

Current DNS For avatarmovie.com

ns1.foxfilm.com
ns2.foxfilm.com

.com 2004-2011
.net 2004-2011
.org 2004-2011
.biz 2004-2011
.info 2004-2011
.mobi 2007-2011
.eu 2007-2011

Top 50 .us Webhosters
Top 50 .co Webhosters

.com Comparison
.net Comparison

| | |
|---|---|
| .org Comparison | |
| .biz Comparison | |
| .info Comparison | |
| .mobi Comparison | |
| .asia Comparison | |
| .tel Comparison | |
| Top 100 Domain Endings | |
| Top 500 Domain Endings | |
| .asia Landrush Graph | |



▷ AdChoices

Learn more

---

## Geo and City New gTLD Web usage Surveys

| .nyc | .berlin | .london | .tokyo | .bayern | .koeln | .hamburg | .moscow | .paris | .amsterdam |
|---|---|---|---|---|---|---|---|---|---|
| .vegas | .wien | .frl | .quebec | .wales | .scot | .kiwi | .ruhr | .melbourne | .sydney |
| .vlaanderen | .brussels | .cologne | .bzh | .capetown | .cymru | .eus | .nagoya | .joburg | .tirol |
| .saarland | .yokohama | .gent | .durban | .gal | .okinawa | .taipei | .desi | .alsace | .irish |

---

### Webhoster Statistics – Domain Statistics on over 7 Million Hosters From 2000 to 2014

| Webhoster | [        ] Search |
|---|---|

Search by webhoster's domain name. Example: domaincontrol.com

**New:** avatarmovie.com detected in zonefile.
**Deleted:** avatarmovie.com deleted from zonefile.
**Transfer:** avatarmovie.com transferred from one hoster's DNS to another's DNS.
**Added:** A secondary DNS is added to avatarmovie.com's DNSes.
**Removed:** A secondary DNS is removed from avatarmovie.com's DNSes.
**Changed:** The DNS for avatarmovie.com changed in this period.
**Epoch:** Initial zonefile used in building domain history for that TLD.

---

HosterStats.com does not store or use any WHOIS data. By continuing to use this website, you consent to
the use of cookies in accordance with the **Privacy Policy/Statement**.

## avatarmovie.com Domain Name Brand Protection Analysis 01 November 2019

The more valuable a domain name is, the more likely it is to be protected by trademarks and other rights. The Intellectual Property Rights owners will seek to protect their trademarks and brands by registering the term in various Top Level Domains.

The .com .net and .org TLDs are the oldest of the global TLDs. For older brands, the intellectual property rights owner is likely to have registered it in these three TLDs. The focus of brand protection will be on the .com version of the domain name. A domain name with the same hosters for the domain term in these three TLDs is likely to be the subject of brand protection registrations.

| HosterStats.com: TLD Brand Analysis For avatarmovie.com | | |
|---|---|---|
| avatarmovie.com hoster | avatarmovie.net hoster | avatarmovie.org hoster |
| FOXFILM.COM | REGISTER.COM | REGISTER.COM |

| HosterStats.com: Cross TLD Comparison For avatarmovie.com | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| com | net | org | biz | info | ie | mobi | eu | co.uk | asia | de |
| com History | net History | org History | biz History | info History | - | mobi History | eu History | .co.uk History | - | .de History |

HosterStats.com does not allow scrapers and automated harvesting of its webpages. HosterStats.com will take whatever action is necessary to protect its bandwidth and resources.

Copyright 2000-2020 MC2.

Page generated in: 0.52805805206299 seconds.

## HosterStats.com
### Knowledge From Numbers

Home | gTLD Domain Counts 2019 | New gTLD Counts 2019 | Reports | gTLD Counts By Country | About | Privacy | Blog |

**Top .com Web Hosts**
**Top .net Web Hosts**
**Top .org Web Hosts**
**Top .biz Web Hosts**
**Top .info Web Hosts**
**Top .mobi Web Hosts**
**Top .asia Web Hosts**
**HosterStats Reports**



### explorepandora.com Domain History December 2019

Domain name registration and hosting history for explorepandora.com from 2000 to present. This record is based on the nameserver (DNS) history of the domain name.

**Domain Hosting History - Search Domain Name History from 2000 to 2019**

**Domain Hosting History** [ ] Search
.com .net .org .biz .info .mobi .asia .ie .eu .co.uk .de and new gTLDs

The domain term 'explorepandora' is, as of 01 December 2019, registered in the TLDs below.

| explorepandora | | .com | | .org |
|---|---|---|---|---|

**explorepandora.com** Domain Hosting History - HosterStats.com

| Old Hoster | New Hoster | Month / Year | Zone Date | Transaction |
|---|---|---|---|---|
| REGISTER.COM | FOXFILM.COM | August 2008 | 2008-09-01 | Transfer |
| N/A | REGISTER.COM | May 2005 | 2005-06-01 | New |



**Find a domain name now:** [ .com ▼ ] Search   GoDaddy.com
.com .us .biz .info .net .org .ws .mobi .me .co.uk .in .at .asia   www.GoDaddy.com

---

### Domnomics book now available on Amazon.com

**Domnomics - the business of domain names**, a new book on domain names, statistics and web usage is now available on Amazon.com Read how the .EU ccTLD was plundered, how one decision to give away free domain names changed the industry forever and led to over a billion .COM domain names being registered and deleted without their owners ever having to pay for them. And when all the good domain names were apparently taken, the solution was more new gTLDs. But it didn't work out as expected. The book also covers the domain name counts by country and the geography of the gTLD Web with the number of websites hosted by each country for the legacy gTLDs and the new gTLDs. Find out how domain names are really being used with web usage surveys for .COM, .NET .ORG and the new gTLDs. Read the first chapters for free on the "Look Inside" link on Amazon.com and buy the book to find out why .ORG is different to other gTLDs.

### Current DNS For explorepandora.com

dns1.cscdns.net
dns2.cscdns.net

### Geo and City New gTLD Web usage Surveys

| .nyc | .berlin | .london | .tokyo | .bayern | .koeln | .hamburg | .moscow | .paris | .amsterdam |
|---|---|---|---|---|---|---|---|---|---|
| .vegas | .wien | .frl | .quebec | .wales | .scot | .kiwi | .ruhr | .melbourne | .sydney |
| .vlaanderen | .brussels | .cologne | .bzh | .capetown | .cymru | .eus | .nagoya | .joburg | .tirol |
| .saarland | .yokohama | .gent | .durban | .gal | .okinawa | .taipei | .desi | .alsace | .irish |

**Webhoster Statistics - Domain Statistics on over 7 Million Hosters From 2000 to 2014**

**Webhoster** [ ] Search
Search by webhoster's domain name. Example: domaincontrol.com

**New:** explorepandora.com detected in zonefile.
**Deleted:** explorepandora.com deleted from zonefile.
**Transfer:** explorepandora.com transferred from one hoster's DNS to another's DNS.
**Added:** A secondary DNS is added to explorepandora.com's DNSes.
**Removed:** A secondary DNS is removed from explorepandora.com's DNSes.
**Changed:** The DNS for explorepandora.com changed in this period.
**Epoch:** Initial zonefile used in building domain history for that TLD.



.com 2004-2011
.net 2004-2011
.org 2004-2011
.biz 2004-2011
.info 2004-2011
.mobi 2007-2011
.eu 2007-2011

Top 50 .us Webhosters
Top 50 .co Webhosters

.com Comparison
.net Comparison

**HosterStats.com does not store or use any WHOIS data. By continuing to use this website, you consent to the use of cookies in accordance with the Privacy Policy/Statement.**

### explorepandora.com Domain Name Brand Protection Analysis 01 December 2019

12/22/2019                     explorepandora.com Domain History December 2019 : HosterStats.com

.org Comparison

.biz Comparison

.info Comparison

.mobi Comparison

.asia Comparison

.tel Comparison

Top 100 Domain Endings

Top 500 Domain Endings

.asia Landrush Graph

The more valu... a domain name is, the more likely it is to be protec... ...y trademarks and other rights. The Intellectual Property Rights owners will seek to protect their trademarks and brands by registering the term in various Top Level Domains.

The .com .net and .org TLDs are the oldest of the global TLDs. For older brands, the intellectual property rights owner is likely to have registered it in these three TLDs. The focus of brand protection will be on the .com version of the domain name. A domain name with the same hosters for the domain term in these three TLDs is likely to be the subject of brand protection registrations.

| HosterStats.com: TLD Brand Analysis For explorepandora.com | | |
|---|---|---|
| explorepandora.com hoster | explorepandora.net hoster | explorepandora.org hoster |
| FOXFILM.COM | REGISTER.COM | REGISTER.COM |

| HosterStats.com: Cross TLD Comparison For explorepandora.com | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| com | net | org | biz | info | ie | mobi | eu | co.uk | asia | de |
| com History | net History | org History | - | - | - | - | - | - | - | - |

HosterStats.com does not allow scrapers and automated harvesting of its webpages. HosterStats.com will take whatever action is necessary to protect its bandwidth and resources.

Copyright 2000-2020 MC2.

Page generated in: 0.30942893028259 seconds.

# HosterStats.com
## Knowledge From Numbers

Home | gTLD Domain Counts 2019 | New gTLD Counts 2019 | Reports | gTLD Counts By Country | About | Privacy | Blog |

### Top .com Web Hosts
### Top .net Web Hosts
### Top .org Web Hosts
### Top .biz Web Hosts
### Top .info Web Hosts
### Top .mobi Web Hosts
### Top .asia Web Hosts
### HosterStats Reports



.com 2004-2011
.net 2004-2011
.org 2004-2011
.biz 2004-2011
.info 2004-2011
.mobi 2007-2011
.eu 2007-2011

Top 50 .us Webhosters
Top 50 .co Webhosters

.com Comparison
.net Comparison
.org Comparison
.biz Comparison
.info Comparison
.mobi Comparison
.asia Comparison
.tel Comparison
Top 100 Domain Endings
Top 500 Domain Endings
.asia Landrush Graph

## visitpandora.com Domain History December 2019

Domain name registration and hosting history for visitpandora.com from 2000 to present. This record is based on the nameserver (DNS) history of the domain name.

### Domain Hosting History - Search Domain Name History from 2000 to 2019

**Domain Hosting History** [          ] [Search]

.com .net .org .biz .info .mobi .asia .ie .eu .co.uk .de and new gTLDs

The domain term 'visitpandora' is, as of 01 December 2019, registered in the TLDs below.

| visitpandora | com | org |

### visitpandora.com Domain Hosting History - HosterStats.com

| Old Hoster | New Hoster | Month / Year | Zone Date | Transaction |
|---|---|---|---|---|
| AWSDNS-05.ORG | FOXFILM.COM | June 2018 | 2018-07-01 | Transfer |
| AWSDNS-12.NET | FOXFILM.COM | June 2018 | 2018-07-01 | Transfer |
| AWSDNS-42.COM | FOXFILM.COM | June 2018 | 2018-07-01 | Transfer |
| AWSDNS-50.CO.UK | FOXFILM.COM | June 2018 | 2018-07-01 | Transfer |
| FOXFILM.COM | AWSDNS-50.CO.UK | January 2017 | 2017-02-01 | Transfer |
| FOXFILM.COM | AWSDNS-42.COM | January 2017 | 2017-02-01 | Transfer |
| FOXFILM.COM | AWSDNS-05.ORG | January 2017 | 2017-02-01 | Transfer |
| FOXFILM.COM | AWSDNS-12.NET | January 2017 | 2017-02-01 | Transfer |
| REGISTER.COM | FOXFILM.COM | August 2008 | 2008-09-01 | Transfer |
| N/A | REGISTER.COM | May 2005 | 2005-06-01 | New |

▶ ▶ **Find a domain name now:**
[          ] [.com ▼] [Search]   Go Daddy.com
.com .us .biz .info .net .org .ws .mobi .me .co.uk .in .et .asia   www.GoDaddy.com

## Domnomics book now available on Amazon.com

**Domnomics - the business of domain names**, a new book on domain names, statistics and web usage is now available on Amazon.com Read how the .EU ccTLD was plundered, how one decision to give away free domain names changed the industry forever and led to over a billion .COM domain names being registered and deleted without their owners ever having to pay for them. And when all the good domain names were apparently taken, the solution was more new gTLDs. But it didn't work out as expected. The book also covers the domain name counts by country and the geography of the gTLD Web with the number of websites hosted by each country for the legacy gTLDs and the new gTLDs. Find out how domain names are really being used with web usage surveys for .COM, .NET .ORG and the new gTLDs. Read the first chapters for free on the "Look Inside" link on Amazon.com and buy the book to find out why .ORG is different to other gTLDs.

## Current DNS For visitpandora.com

ns31.twdcns.com
ns32.twdcns.net
ns33.twdcns.org
ns34.twdcns.co.uk

## Geo and City New gTLD Web usage Surveys

| .nyc | .berlin | .london | .tokyo | .bayern | .koeln | .hamburg | .moscow | .paris | .amsterdam |
| .vegas | .wien | .frl | .quebec | .wales | .scot | .kiwi | .ruhr | .melbourne | .sydney |
| .vlaanderen | .brussels | .cologne | .bzh | .capetown | .cymru | .eus | .nagoya | .joburg | .tirol |
| .saarland | .yokohama | .gent | .durban | .gal | .okinawa | .taipei | .desi | .alsace | .irish |

### Webhoster Statistics - Domain Statistics on over 7 Million Hosters From 2000 to 2014

**Webhoster** [          ] [Search]
Search by webhoster's domain name. Example: domaincontrol.com

**New:** visitpandora.com detected in zonefile.
**Deleted:** visitpandora.com deleted from zonefile.
**Transfer:** visitpandora.com transferred from one hoster's DNS to another's DNS.

**Added:** A secondary DNS is added to visitpandora.com's DNSes.
**Removed:** A secondary DNS is removed from visitpandora.com's DNSes.
**Changed:** The DNS for visitpandora.com changed in this period.
**Epoch:** Initial zonefile used in building domain history for that TLD.

HosterStats.com does not store or use any WHOIS data. By continuing to use this website, you consent to the use of cookies in accordance with the Privacy Policy/Statement.

### visitpandora.com Domain Name Brand Protection Analysis 01 December 2019

The more valuable a domain name is, the more likely it is to be protected by trademarks and other rights. The Intellectual Property Rights owners will seek to protect their trademarks and brands by registering the term in various Top Level Domains.

The .com .net and .org TLDs are the oldest of the global TLDs. For older brands, the intellectual property rights owner is likely to have registered it in these three TLDs. The focus of brand protection will be on the .com version of the domain name. A domain name with the same hosters for the domain term in these three TLDs is likely to be the subject of brand protection registrations.

| HosterStats.com: TLD Brand Analysis For visitpandora.com | | |
|---|---|---|
| visitpandora.com hoster | | visitpandora.org hoster |
| FOXFILM.COM | REGISTER.COM | REGISTER.COM |

| HosterStats.com: Cross TLD Comparison For visitpandora.com | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| com | net | org | biz | info | ie | mobi | eu | co.uk | asia | de |
| com History | net History | org History | - | info History | - | - | - | .co.uk History | - | - |

HosterStats.com does not allow scrapers and automated harvesting of its webpages. HosterStats.com will take whatever action is necessary to protect its bandwidth and resources.

Copyright 2000-2020 MC2.

Page generated in: 0.33515501022339 seconds.

# Exhibit T3

Now available: over 400m key company lifecycle events, from officer changes to gazette notices. Read more on our blog.

# opencorporates ● ● ● ● ●

The Open Database Of The Corporate World

| Company name or numb | Search |

◉ Companies ○ Officers

- Log in/Sign up

# CSC CORPORATE DOMAINS, INC. branch

Company Number
    C3683386
Status
    Active
Incorporation Date
    9 June 2014 (over 5 years ago)
Company Type
    FOREIGN STOCK
Jurisdiction
    California (US)
Branch
    Branch of CSC CORPORATE DOMAINS, INC. (Delaware (US))
Registered Address

- 251 LITTLE FALLS DR
  WILMINGTON DE 19808
- United States

Agent Name
    CORPORATION SERVICE COMPANY
Agent Address
    2710 GATEWAY OAKS DR STE 150N SACRAMENTO CA 95833
Directors / Officers

- CORPORATION SERVICE COMPANY, agent

Registry Page
    https://businesssearch.sos.ca.gov/CBS...



Exhibit U3

**Secretary of State**
**Statement of Information** #17
(California Stock, Agricultural
Cooperative and Foreign Corporations)

SI-550

19-706359

**FILED**
Secretary of State
State of California

**JUN 21 2019**

376/350/NF/PC/25R  6/24/19
This Space For Office Use Only

**IMPORTANT — Read instructions before completing this form.**

**Fees (Filing plus Disclosure) – $25.00;**

**Copy Fees –** First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Corporation Name** (Enter the exact name of the corporation as it is recorded with the California Secretary of State. Note: If you registered in California using an assumed name, see instructions.)

TWENTIETH CENTURY FOX FILM CORPORATION

**2. 7-Digit Secretary of State File Number**

C1087812

**3. Business Addresses**

| | | | State | Zip Code |
|---|---|---|---|---|
| a. Street Address of Principal Executive Office - Do not list a P.O. Box<br>10201 WEST PICO BOULEVARD | City (no abbreviations)<br>LOS ANGELES | | CA | 90035 |
| b. Mailing Address of Corporation, if different than Item 3a | City (no abbreviations) | | State | Zip Code |
| c. Street Address of Principal California Office, if any and if different than Item 3a - Do not list a P.O. Box | City (no abbreviations) | | State<br>CA | Zip Code |

**4. Officers**  The Corporation is required to list all three of the officers set forth below.  An additional title for the Chief Executive Officer and Chief Financial Officer may be added; however, the preprinted titles on this form must not be altered.

| | First Name | Middle Name | Last Name | | | Suffix |
|---|---|---|---|---|---|---|
| a. Chief Executive Officer/<br>JAMES | | M. | KAPENSTEIN | | | |
| Address<br>500 S. BUENA VISTA STREET | | City (no abbreviations)<br>BURBANK | | State<br>CA | Zip Code<br>91521 | |
| b. Secretary<br>MICHAEL | First Name | Middle Name | Last Name<br>SALAMA | | | Suffix |
| Address<br>500 S. BUENA VISTA STREET | | City (no abbreviations)<br>BURBANK | | State<br>CA | Zip Code<br>91521 | |
| c. Chief Financial Officer/<br>JONATHAN | First Name | Middle Name | Last Name<br>HEADLEY | | | Suffix |
| Address<br>500 S. BUENA VISTA STREET | | City (no abbreviations)<br>BURANK | | State<br>CA | Zip Code<br>91521 | |

**5. Director(s)**  California Stock and Agricultural Cooperative Corporations ONLY:  Item 5a:  At least one name and address must be listed. If the Corporation has additional directors, enter the name(s) and addresses on Form SI-550A (see instructions).

| | First Name | Middle Name | Last Name | | | Suffix |
|---|---|---|---|---|---|---|
| a. First Name | | | | | | |
| Address | | City (no abbreviations) | | State | Zip Code | |

b. Number of Vacancies on the Board of Directors, if any

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only.  Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | | | Suffix |
|---|---|---|---|---|---|
| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | | State<br>CA | Zip Code | |

**CORPORATION** – Complete Item 6c only.  Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b
Corporation Service Company Which Will Do Business In California As CSC - Lawyers Incorporating Service (C1592199)

**7. Type of Business**

Describe the type of business or services of the Corporation
FILM ENTERTAINMENT

**8. The information contained herein, including in any attachments, is true and correct.**

| 6/21/2019 | MICHAEL SALAMA | SECRETARY | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

SI-550 (REV 01/2017)                                     2017 California Secretary of State

# Exhibit V3



**Secretary of State**
**Statement of Information**
(Limited Liability Company)

| LLC-12 |
|---|

18-D55066

# FILED

In the office of the Secretary of State
of the State of California

OCT 24, 2018

**This Space For Office Use Only**

**IMPORTANT** — Read instructions **before completing this form.**

**Filing Fee – $20.00**

**Copy Fees** — First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)

GOOGLE LLC

| **2.  12-Digit Secretary of State File Number** | **3.  State, Foreign Country or Place of Organization** (only if formed outside of California) |
|---|---|
| 201727810678 | DELAWARE |

**4.  Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>1600 Amphitheatre Parkway | Mountain View | CA | 94043 |
| b. Mailing Address of LLC, **if different than Item 4a**<br>1600 Amphitheatre Parkway | Mountain View | CA | 94043 |
| c. Street Address of **California** Office, if Item 4a is not in California - Do not list a P.O. Box<br>1600 Amphitheatre Parkway | Mountain View | CA | 94043 |

**5.  Manager(s) or Member(s)**

If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note:  The LLC cannot serve as its own manager or member.  If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Entity Name - Do not complete Item 5a |
|---|
| XXVI Holdings Inc. |

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1600 Amphitheatre Parkway | Mountain View | CA | 94043 |

**6.  Service of Process** (Must provide either Individual **OR** Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only.  Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | CA | |

**CORPORATION** – Complete Item 6c only.  Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b |
|---|
| CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA          AS CSC - LAWYERS INCORPORATING SERVICE (C1592199) |

**7.  Type of Business**

| a. Describe the type of business or services of the Limited Liability Company |
|---|
| provider of technology search services |

**8.  Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Sundar | | Pichai | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1600 Amphitheatre Parkway | Mountain View | CA | 94043 |

**9.  The Information contained herein, including any attachments, is true and correct.**

| Date | Type or Print Name of Person Completing the Form | Title | Signature |
|---|---|---|---|
| 10/24/2018 | KENNETH H. Yi | Assistant Secretary | |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed.  SEE INSTRUCTIONS BEFORE COMPLETING.)

Name: ⌐

Company:

Address:

City/State/Zip: ∟

# Exhibit W3

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through December 20, 2019.

Selected Entity Name: REGISTER.COM, INC.
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | REGISTER.COM, INC. |
| **DOS ID #:** | 2380671 |
| **Initial DOS Filing Date:** | MAY 20, 1999 |
| **County:** | NEW YORK |
| **Jurisdiction:** | DELAWARE |
| **Entity Type:** | FOREIGN BUSINESS CORPORATION |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
C/O CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NEW YORK, 12207-2543

**Chief Executive Officer**
SHARON ROWLANDS
12808 GRAN BAY PKWY WEST
JACKSONVILLE, FLORIDA, 32258

**Principal Executive Office**
REGISTER.COM, INC.
12808 GRAN BAY PKWY WEST
JACKSONVILLE, FLORIDA, 32258

**Registered Agent**
CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NEW YORK, 12207-2543

# Exhibit X3

## Registrant:

**Name:** PERFECT PRIVACY, LLC

**Email:** pm6ye7tj3db@networksolutionsprivateregistration.com

**Tel:** +1.5707088780

**Mailing Address:** 5335 Gate Parkway care of Network Solutions PO Box 459, Jacksonville, FL, 32256, US

## Technical:

**Name:** PERFECT PRIVACY, LLC

**Email:** pm6ye7tj3db@networksolutionsprivateregistration.com

**Tel:** +1.5707088780

**Mailing Address:** 5335 Gate Parkway care of Network Solutions PO Box 459, Jacksonville, FL, 32256, US

## Administrative:

**Name:** PERFECT PRIVACY, LLC

**Email:** pm6ye7tj3db@networksolutionsprivateregistration.com

**Tel:** +1.5707088780

**Mailing Address:** 5335 Gate Parkway care of Network Solutions PO Box 459, Jacksonville, FL, 32256, US

## Abuse:

**Email:** abuse@web.com

**Tel:** +1.8003337680

## Authoritative Servers

**Registry Server URL:** https://rdap.verisign.com/com/v1/domain/aintitcool.com (https://rdap.verisign.com/com/v1/domain/aintitcool.com)

**Last updated from Registry RDAP DB:** 2019-12-22 03:52:11 UTC

## A note about our privacy policies and terms of service.

**Registrar Server URL:** https://rdap.networksolutions.com/rdap/domain/AINTITCOOL.COM (https://rdap.networksolutions.com/rdap/domain/AINTITCOOL.COM)

We have updated our privacy policies and certain website terms of service to provide greater transparency, promote simplification, and align with recent changes in privacy laws applicable to us. Learn more (https://www.icann.org/privacy).

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. Learn more. (https://www.icann.org/privacy/cookies)  ✕ Ok

## Raw Registry RDAP Response                                                    ⌄

# Exhibit Y3

Now available: over 400m key company lifecycle events, from officer changes to gazette notices. Read more on our blog.

# opencorporates

• • • • •

The Open Database Of The Corporate World

[Company name or number] [ Search ]

◉ Companies ○ Officers

- Log in/Sign up

# PERFECT PRIVACY LLC branch

Company Number
  M17000005670
Status
  Active
Incorporation Date
  3 July 2017 (over 2 years ago)
Company Type
  Foreign Limited Liability
Jurisdiction
  Florida (US)
Branch
  Branch of PERFECT PRIVACY LLC (Connecticut (US))
Agent Name
  CORPORATION SERVICE COMPANY
Agent Address
  1201 HAYS ST, TALLAHASSEE, FL 32301
Directors / Officers

- CORPORATION SERVICE COMPANY, agent
- Jeffrey Neace
- Jennifer Lada
- MATTHEW P MCCLURE

**Source** Florida Department of State Division of Corporations, http://www.sunbiz.org, 1 Oct 2019
Add data (website, address, etc)

## Company Addresses

Head Office Address

12808 Gran Bay Parkway West, Jacksonville, FL, 32258

Mailing Address

12808 Gran Bay Parkway West, Jacksonville, FL, 32258

# Exhibit Z3

12/22/2019                              "avatarmovie.com" - Google Search

Google        | "avatarmovie.com"                          🎤  🔍 |                          ⋮⋮⋮  ⬤

        🔍 All   ▶ Videos   🖼 Images   📰 News   🗺 Maps   ⋮ More        Settings   Tools              SafeSearch on

Jan 1, 1994 – Jun 30, 2006 ▾    All results ▾    Clear

June 2006 Archives - brianstorms weblog
www.brianstorms.com › archives ✅ ▾
Jun 27, 2006 - Domain Name: **AVATARMOVIE.COM** Registrar: REGISTER.COM, INC. Whois
Server: whois.register.com Referral URL: http://www.register.com Name Server: ...

[PDF] Characterizing Habitable Exo-Moons - arXiv
https://arxiv.org › pdf ✅ ▾
by L Kaltenegger - 2009 - Cited by 77 - Related articles
Jul 14, 2000 - Irion, B. et al. 2002, Applied Optics, 41, 33, 6968. Cameron J., et al. 2009,
Lightstorm Ent., http://www.**avatarmovie**.com/. Joshi, M.M., Haberle, R.M., & Reynolds,.

⬤ **Wright Area Action Group, Santa Rosa, CA** - Based on your past activity - Use precise location - Learn more

        Help    Send feedback    Privacy    Terms

# Exhibit A4

12/22/2019                                AIN'T IT COOL INC :: OpenCorporates

Now available: over 400m key company lifecycle events, from officer changes to gazette notices.
Read more on our blog.

# opencorporates

The Open Database Of The Corporate World

| Company name or number | Search |

◉ Companies  ○ Officers

- Log in/Sign up

# AIN'T IT COOL INC branch

Company Number
    0013390206
Status
    Forfeited Franchise Tax
Incorporation Date
    4 August 2000 (over 19 years ago)
Dissolution Date
    10 February 2006
Company Type
    FOREIGN PROFIT CORPORATION
Jurisdiction
    Texas (US)
Branch
    Branch of out-of-jurisdiction company

**Source** Texas Comptroller of Public Accounts, https://mycpa.cpa.state.tx.us/coa/, 2 Dec 2019
Add data *(website, address, etc)*

## Company Addresses

Mailing Address

PO BOX 1641, AUSTIN, TX, 78767

## Explore company network



## Company network

# Exhibit B4

http://www.hollywoodreporter.com/hr/search/article__ display.jsp?vnu_content_id=1000956665    Go

24 captures
17 Jan 2007 - 10 Jun 2018

DEC   JAN   AUG
◀ **17** ▶
2006   2007   **2008**

▼ About this capture

Archives | Search FAQ

Search term(s)   ➲

THR events    H'wood Creative Directory    THR Esq    Star Power    Newsletters    THR East    Back Issues    Real estate    Jobs

ADVERTISEMENT ▼

# Cameron turns to new project

**Cameron turns to new project**

Anne Thompson and Sheigh Crabtree

June 14, 2005

As the clock ticks down toward the December start date of James Cameron's next project, the director is shifting his full attention from "Battle Angel." Although he has publicly identified that film as his next movie, he also is readying a parallel project, tentatively titled "Project 880," according to sources at Cameron's Lightstorm Entertainment.

Both films would be shot in 3-D with custom-designed high-definition cameras. Whichever film Cameron does next, he also plans to use a photo-real version of the performance capture technology used by Robert Zemeckis on "The Polar Express."

Seven years after "Titanic" took the all-time global boxoffice crown ($1.8 billion), the 50-year-old writer-director had said that he plans to return to directing with a big-budget studio picture for 20th Century Fox after producing TV and movie projects ("Dark Angel," "Solaris") and experimenting with 3-D Imax documentaries.

Cameron had focused much of his attention on "Battle Angel," based on Yukito Kishiro's 12 popular Japanese graphic novels about a nymphette who morphs into an action heroine. Cameron has reworked a script from "Alexander" screenwriter Laeta Kalogridis that could serve as the beginning of a franchise.

While Lightstorm would not reveal a final title or story line for the new project it is calling "Project 880," Cameron could decide to film that feature before tackling "Battle Angel," which has proved to be a difficult script to adapt.

Cameron also has been developing an underwater adventure, "The Dive," with screenwriter Dana Stevens ("City of Angels"). That project is based on a Sports Illustrated story about freedivers Francisco Ferreras and his wife Audrey Mestre, who expired while trying to break her own depth record. Rights have only recently been disentangled and because that script is not ready, it is not one of the two projects Cameron is readying, Lightstorm said.

Eager to use the latest technology toolbox on his next film, which will be effects intensive, Cameron has had a team of technicians working behind-the-scenes to build customized solutions that will enable the director to bring his visions to the big screen.

Working from scratch, "Titanic" visual effects supervisor Rob Legato is building a prototype virtual cinematography system for previsualization on Cameron's next project. The system that Legato is building will allow Cameron such freedoms as choosing lenses, framing, Steadicam, dolly, pan and tilt, focal lengths and other camera controls during the previsualization stage rather than on location. The frame-by-frame setup will allow Cameron to envision the entire film in a computer before he shoots a single frame of the live-action, performance-capture material. Legato also is helping Lightstorm configure a visual-effects "pipeline" to get a new system up and running within weeks. Cameron is scheduled to screen Legato's test footage Wednesday.Cameron also is expected to start CamNet, a new camera distribution business with his longtime camera technician Vincent Pace, who recently

http://www.hollywoodreporter.com/hr/search/article__.play.jsp?vnu_content_id=1000956665   Go   DEC JAN **AUG**

**24 captures**                                                                                    ◄ **17** ►
17 Jan 2007 - 10 Jun 2018                                                                          2006 2007 **2008**
                                                                                                   ▼ About this capture

remain above water during deep sea shoots.

With the latest innovations in motion capture, Cameron also will be able to film actors on dry land as they play characters underwater. Just as Tom Hanks was able to body surf an a fast-moving train in Sony Imageworks' "Polar Express," actors will be able to explore the depths of the ocean from the safety of a motion capture stage.

Legato contributed innovative visual effects work to Martin Scorsese's "The Aviator," for which he shot second-unit visual effects photography, and "Harry Potter and the Sorcerer's Stone." Legato supervised both films at Imageworks, which he left this year to work as an independent with plans to direct. Lightstorm execs are interviewing visual effects supervisors to whom Legato is expected to hand over the previsual system he has developed under heavy security. Brooke Breton, "Sky Captain and the World of Tomorrow" effects producer, is said to be a strong candidate.

Intrigued by 3-D technology ever since he made 1996's "T-2 3-D: Battle Across Time," a 12-minute short for the Universal Studios theme parks, Cameron conducted research and development for the new film's technology, while making two 3-D Imax documentaries, 2003's "Ghosts of the Abyss" and this year's "Aliens of the Deep."

Having declared that he "will never shoot on film again," Cameron will deploy the same side-by-side, 3-D high-definition video Sony cameras that he used on "Ghosts of the Abyss" on his upcoming feature, Lightstorm sources said. Cameron also hopes to release his next film in 1,000 theaters equipped with digital projectors.

Cameron, George Lucas, Robert Rodriguez and Robert Zemeckis made strong pitches at March's ShoWest exhibitor convention for exhibitors to install 3-D digital projectors to support their upcoming 3-D projects, including planned 3-D versions of the "Star Wars" films.

Rodriguez used Cameron's specially-adapted hand-held Sony F-950 cameras (or "J-cams") for "Spy Kids 3-D," but Rodriguez adopted the old-fashioned red and blue anaglyphic 3-D format in postproduction, which is slightly more antiquated than Cameron's digital 3-D HD capture method.

**About us | Advertising | FAQ | Site map | Make us your homepage | Site tour**                © 2006 VNU eMedia, Inc. All rights reserved. Read our Terms of Use & Privacy Policy

Exhibit C4

The Definitive Voice of Entertainment News

# Looking for something on THR.com?

Apologies; we can't find this page right now, but we'd love for you to stay.
Try a search or take a look at one of the sections below.

| Search THR | SEARCH » |
|---|---|

| HOME | MOVIES | TV | MUSIC | TECH | THE BUSINESS | STYLE | CULTURE | AWARDS | VIDEO |
|---|---|---|---|---|---|---|---|---|---|

© 2019 The Hollywood Reporter.
All rights reserved.

Terms of Use  |  Privacy Policy

About Us

Subscribe

Subscriber Services

Back Issues

FAQs

Advertising

Contact Us

Entertainment News RSS

Follow Us On
TWITTER

Find Us On
FACEBOOK

Watch Us On
YOUTUBE

Our affiliate publications

# Exhibit D4

8/17/2019

Cameron keeps himself busy | Film | The Guardian

# The Guardian



This article is more than **14 years old**

# Cameron keeps himself busy

*Staff and agencies*

Tue 14 Jun 2005 05.32 EDT

James Cameron is one very busy man: while officially gearing up to shoot Battle Angel, his 3D movie adaptation of the popular Japanese manga series, it has emerged that he is also developing a parallel 3D project, a sequel to 1994's True Lies and an underwater adventure about freediving.

Battle Angel is based on Yukito Kishiro's 12 graphic novels about a cyborg girl who tries to recover her true self while fighting the forces of evil in a gigantic and mysterious mid-air city.

Sources at Cameron's Lightstorm Entertainment told the Hollywood Reporter that in tandem with Battle Angel, Cameron is planning a parallel project, currently called Project 880. Both films are to be shot with custom-designed high-definition cameras and will use a version of the performance capture technology used by Robert Zemeckis on The Polar Express.

In addition, the director is also hard at work on a sequel to True Lies, the hit action flick that starred Arnold Schwarzenegger and Jamie Lee Curtis. Cameron's fourth project on the go would return the Titanic and Ghosts of the Abyss director to his fascination with the deep. Called The Dive, it is based on a Sports Illustrated story about freediver Francisco Ferreras and his wife Audrey Mestre, who died while trying to break her own depth record.

## A civil conversation...

... has never been more important in American public life. Guardian journalism, driven by fact-based reporting, offers an independent voice of reason at a time when the national conversation is divisive and embittered. At a time of acrimony, America is in need of public civility. For 200 years Guardian journalism has been committed to giving expression to hope, not hate, and choosing fairness over fear.

More people are reading and supporting The Guardian's independent, investigative journalism than ever before. And unlike many news organisations, we have chosen an approach that allows us to keep our journalism accessible to all, regardless of where they live or what they can afford. But we need your ongoing support to keep working as we do.

The Guardian will engage with the most critical issues of our time – from the escalating climate catastrophe to widespread inequality to the influence of big tech on our lives. At a time when factual information is a necessity, we believe that each of us, around the world, deserves access to accurate reporting with integrity at its heart.

Our editorial independence means we set our own agenda and voice our own opinions. Guardian journalism is free from commercial and political bias and not influenced by billionaire owners or shareholders. This means we can give a voice to those less heard, explore where others turn away, and rigorously challenge those in power.

We need your support to keep delivering quality journalism, to maintain our openness and to protect our precious independence. Every reader contribution, big or small, is so valuable. **Support The Guardian from as little as $1 – and it only takes a minute. Thank you.**

Support The Guardian

   

Topics
- Movies

Exhibit E4



Exhibit F4



44 - Google Docs | Ring Inc. - Wikipedia | Ring.com Corporate Profile | RING LLC :: OpenCorporates | New Tab | Cameron's next not Alita?

Not secure | web.archive.org/web/20070426213828/http://www.joblo.com/index.php?id=7757

Apps | 'Elysium' Director St... | cameronlitdreh.html | 'Breaking Bad' Auct... | "Fraud on the Court... | haven - Google Sea... | "Incorporate By Ref... | "Gross Negligence"... | (Contract) Technical... | Other bookmarks

INTERNET ARCHIVE WaybackMachine http://www.joblo.com/index.php?id=7757 Go

3 captures
28 Apr 2007 - 6 Nov 2012

MAR APR MAY
26
2006 2007 2010

About this capture

Poster Store | Join / Register | Log In | RSS Newsfeeds | Advertise | Newsletter | Contact Us

JOBLO TO REPLACE ROSIE ON "THE VIEW"!!

JoBlo.com

1. Reviews
2. Trailers
3. Wallpapers
4. Scripts
5. Movie Talk
6. Release Dates
7. ScreenSavers
8. Upcoming Movies
9. Shopping
10. CoolColumns
11. Interviews
12. Arrow in the Head

Click for Today's Movie Quote

Adobe Flash Player is blocked

## LATEST HEADLINES

- Harlin's Law
- Dunst to direct?
- Goss talks Hellboy 2
- Jenny still working?
- All of Latifah
- Liu sucks...blood
- Paris, je t'aime...
- Wolverine casting call
- In Theaters Friday
- INT: Vinnie Jones
- DVD: Harry and the...
- The Bottom Shelf #105
- Dave goes Hollywood!
- Bellucci is Un-Dead?
- New Potter 5 poster
- Natali's nice Splice
- Shia: The Last Man?
- Contest: 28 Weeks...
- Legend spends big
- Grindhouse hold for UK
- Kilmer's Columbus Day
- More Travolta Dogs?
- Stiles rings the Bell
- Wilson hires hooker
- Roberts in Dark Knight
- Bay denies lips

## Cameron's next not Alita?

Jun. 14, 2005

**Source:** Hollywood Reporter by: Mike Sampson

For a while, we've all operated under the assumption that James Cameron's return to big-budget studio films would be BATTLE ANGEL, based on the Japanese graphic novels. Pre-production has been under way for some time and filming was expected to begin this December. But now there are reports that another mysterious project may bump BATTLE ANGEL from its spot as Cameron's next film. Known only as PROJECT 880 little is known about this new project other than it would be shot in 3-D with high-definition cameras and would utilize a more sophisticated version of the motion capture technology used on THE POLAR EXPRESS. Cameron has reportedly shifted his full focus from ANGEL to PROJECT 880 developing both projects simultaneously. One of them will begin filming this December but it's unclear at this point which one has the pole position. Cameron and his Lightstorm Entertainment company have been developing a number of techonological advances that Cameron plans on employing on whatever his next film is. These include a "virtual cinematography system" that would allow Cameron to map out every aspect of a film, including lensing, framing, focal lengths, etc., before filming ever began.

Search This Site

SPONSORS! THESE GOOD FOLKS SUPPORT OUR SITE, SO WHY NOT SUPPORT THEM IN RETURN? THANKS! CLICK NOW!

12

Schmoe OF THE DAY
moviefreak1980

E.T.
Canada 26

## Latest Trailers!!

- Captivity
- Zoo
- Paris, I Love You
- Rise: Blood Hunter
- Invisible, The
- Run, Fatboy, Run
- Once
- Brothers Solomon, The
- Golden Age, The
- Evening
- Fay Grim
- Death at a Funeral
- Charlie Bartlett
- Salon, The
- Balls of Fury
- In the Land of Women
- Hairspray
- Rush Hour 3
- Gracie
- Heckler

MyJoBlo.com LATEST MEMBERS

Type here to search

9:02 PM
12/30/2019

Exhibit G4



https://www.joblo.com/index.php?id=9...  |  Go

24 captures
14 Feb 2006 - 14 Dec 2018

JAN  **FEB**  MAR
◀  **14**  ▶
2005  **2006**  2007
▼ About this capture

Poster Store | Join / Register | Log In | RSS Newsfeeds | Advertise | Newsletter | Contact Us

**JoBlo.com**

1. Reviews
2. Trailers
3. Wallpapers
4. Scripts
5. Movie Talk
6. Release Dates
7. ScreenSavers
8. Upcoming Movies
9. Shopping
10. CoolColumns
11. Interviews
12. Arrow in the Head

Click for Today's Movie Quote

## LATEST HEADLINES

- Bernie joins the PDR
- Clarkson wants Martha
- Darkly on your cell
- Woody's Scoop poster
- Lots of Wondercon news
- Talladega trailer
- Singer talks Logan
- Moore & Caine to...
- Stallone directing...
- More singers to act
- Fight Club trailer!!
- Ultraviolet is live
- World Trade poster
- The JoBlo cameo!
- X-Box content...???
- The Ten Spot 1/3
- This Week's Releases
- INT: Richard Loncraine
- DVD: Pamela...
- Weekend Box-Office
- MOVIE POLL # 66
- Hottie Recap
- Win 500 X3 posters
- Kilmer has Dark Matter
- Lincoln movie delayed?
- Keaton in Grindhouse?
- Casino script review
- Beals holds Grudge
- Sam & 50 Cent
- INT: Paul Bettany
- MovieHotties.com...!!!
- C'mon Hollywood #78
- Review: Hoodwinked
- DVD: My Big Fat...
- DVD: The Chumscrubber
- Diesel with gray hair
- Alpha Dog trailer
- Lots of new X3 pics
- Cube's There Yet...
- Del Toro makes Killing
- Sandler goes gay
- INT: James Wong
- INT: Virginia Madsen
- Quiz: Pre-Oscars
- DVD: Chicago (SE)
- The Bottom Shelf #50
- Review: When a...
- Review: Annapolis
- Da Vinci Code clip
- Sarsgaard's Tragedy
- Who's playing Dali?

### Cameron's Project 880 is...

Jan. 17, 2006

Source: JoBlo.com

by: Mike Sampson

Since June of last year we've been wondering what James Cameron's PROJECT 880 is. It was supposed to compete with BATTLE ANGEL for Cameron's next film but since a casting call appeared online we assumed (not knowing anything about 880) it was for ALITA and that film would be next. But a scooper by the name of Mike writes in with an interesting theory and some pretty good research to back it up about Cameron's dualing films. Mike says it's not BATTLE ANGEL that's next, but the mysterious PROJECT 880 and that the latter is actually AVATAR, a film Cameron has been trying to get off the ground since the TITANIC days. First read this description of AVATAR lead character Zuleika from Cameron's treatment: "A NA'VI WOMAN. She is young, and lithe as a cat, with a long, slender neck, muscular shoulders, and nubile breasts... a statuesque vision. Let's not mince words here... she is devastatingly beautiful. For a girl with a tail. In human age she would be in her late teens."

Now let's read the Mali Finn casting call, to "star in a James Cameron film that begins principal photography spring 2006," released last year: "FEMALE LEAD: 16-mid 20s. Any ethnicity, including Caucasian. She moves and behaves with confidence and a sense of nobility. *Lithe as a cat.* Athletic and agile. She is a warrior. Graceful movement and an ear for languages and dialects are essential." Some definitely similarities, right? And the "ear for languages and dialects" lends itself to the fact that the character is part of that Na'vi people who speak their own dialect. So if the casting call is to be believed and this film would start production this spring, will PROJECT 880/AVATAR go before BATTLE ANGEL? Our man Mike says the ANGEL script will continue to be revised while 880/AVATAR will film in spring at Fox Baja. I'd link you to Cameron's AVATAR treatment, which had been readily available all over the web for quite some time but recently all copies are no longer available... I'll try to get it posted in our Script Archives soon though. Stay tuned for more on this story...

 Email this story to a friend | Discuss this with others

 Click for printer-friendly version

**Search** [ This Site ▼ ]

**SPONSORS!**
THESE GOOD FOLKS SUPPORT OUR SITE, SO WHY NOT SUPPORT THEM IN RETURN? THANKS!
**CLICK NOW!**

**THE 50 COOLEST MOVIES OF ALL TIME**

HOSTED BY

MEMBER: OFCS The Online Film Critics Society

**GORILLA NATION** AFFILIATE

"They're amazing... just like they appeared in the original films!"