# Exhibit H4

 ≡      IGN             🔍

2 HRS   [ Watch Stream ]          **Countdown to Gamescom 2019**

# Cameron's Mysterious Project 880

Is it <i>Avatar</i>?

  Updated: 18 May 2012 7:57 am

📄  Posted: 20 Jan 2006 12:44 pm

By Paul Davidson

L ast month, we reported on a casting call being held to procure a female lead for James Cameron's first big-budget picture since *Titanic*.

*FEMALE LEAD: 16-mid 20s. Any ethnicity, including Caucasian. She moves and behaves with confidence and a sense of nobility. Lithe as a cat. Athletic and agile. She is a warrior. Graceful movement and an ear for languages and dialects are essential.*

At the time, it was thought that Cameron was assembling the cast for *Battle Angel*, an adaptation of a Japanese android-themed manga series set in the 26th century. But according to a big scoop at JoBlo.com, it appears that Cameron is instead gearing up for his mysterious *Project 880*. What's more, they seem to think that *Project 880* is the same film as *Avatar*  🏷 **SEE DEAL** , a film that Cameron has been trying to get made for years.

According to script treatments that have been floating around on the Internet, *Avatar* is about an interplanetary war and strange aliens who manifest themselves by possessing human bodies – their avatars in our world. Set against this background is a love story and a man trying to make his way as a miner by melding with an alien. Copies of the treatment can still be found with a little digging.

One of the leads is a woman named Zuleika, who is described thusly: *A NA'VI WOMAN. She is young, and lithe as a cat, with a long, slender neck, muscular*

 ☰             🔍

| 2 HRS | Watch Stream | Countdown to Gamescom 2019 |



According to JoBlo's source, *Avatar* will be made this spring at Fox Studios Baja. If that's the case, official announcements cannot be far off.

> If you buy something through this post, IGN may get a share of the sale. For more, <u>learn more</u>.

---

# In This Article



**Avatar**

<u>Rated "PG-13"</u>

---

**Developer** N/A    **Release Date** April 22, 2010

---

**Platforms** dvd, blu-ray, theater

---

**Amazon $29.75**

⬧IGN

# Exhibit I4



DONATE

Explore more than 387 billion web pages saved over time

| https://www.ign.com/articles/2006/01/20/camerons-mysterious-project-880 | ✕ |

## Hrm.

Wayback Machine doesn't have that page archived.
Want to search for all archived pages under
https://www.ign.com/articles/2006/01/20/camerons-mysterious-project-880?

## This page is available on the web!

Help make the Wayback Machine more complete!
**Save this url in the Wayback Machine**

FAQ | Contact Us | Beta Site Feedback | Terms of Service (Dec 31, 2014)

The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit,
building a digital library of Internet sites and other cultural artifacts in digital form.
Other projects include Open Library & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's Terms of Use.

# Exhibit J4

Bloomberg Businessweek

James Cameron's Game Theory

February 12, 2006, 9:00 PM PST

By Burt Helm

James Cameron has transported film audiences to worlds inhabited by carnivorous aliens, time-traveling assassins, and passengers on an ill-fated ocean liner. Now the director of Aliens, The Terminator, and Titanic is trying something different. Holed up at his home in Santa Barbara, Calif., Cameron is working on the screenplay for Project 880, which he describes as "completely crazy, balls-out sci-fi." If it gets produced, it could be the first major Hollywood project that audiences will experience first as a multiplayer game on the Net, and only later on the silver screen.

Movies with game tie-ins have been around since the days of Atari (ATAR ), but the games usually follow the plot. With Project 880 (a working title), which is still at least two years off, gamers could be exploring Cameron's virtual world for weeks before they head for a theater to learn the story. And the game could spawn whole communities of diehards such as those who spend every waking hour immersed in EverQuest, World of Warcraft, and other massively multiplayer online games, known as MMOGs. "So much of literary sci-fi is about creating worlds that are rich and detailed and make sense at a social level," Cameron says. "We'll create a world for people and then later present a narrative in that world" (see BW Online, 2/13/06, "Syncing Hollywood and Gamers").

# Exhibit K4

**Ain't It Cool News (www.aintitcool.com)**

| HOME (/) | COOL NEWS (/SECTION/COOL-NEWS/) | COAXIAL (/SECTION/COAXIAL/) | REVIEWS (/SECTION/REVIEWS/) | COMICS (/SECTION/COMICS/) | CONTACT (/CONTACT/) | SEARCH Q (/SITE-SEARCH/) |

---

## MOVIE NEWS

### Harry talks to James Cameron, Cracks PROJECT 880, the BATTLE ANGEL trilogy & Cameron's live shoot on Mars!!!

Published at: Feb. 28, 2006, 5:25 p.m. CST by staff (https://twitter.com/)

Hey folks, Harry here…. Just had an hour long conversation with James Cameron. In fact, I was asleep when he called. Usually I ignore the cel phone when asleep, but I was expecting a call from my girlfriend.

I answer the phone in garbled sleep voice. The other voice says, "Is Harry Knowles there?" I retort with a sleepy, slightly annoyed… "You got em!"

"Hi Harry, this is James Cameron."

PANIC! Quint has my recording equipment for the cel phone. My computer is turned off to take notes. 0-60 had to be done in an eye blink. You see – I was expecting this phone call about 2 weeks ago. It all began with Quint in Santa Barbara when he met James Cameron. He deferred to ask about PROJECT 880, because he had heard other reporters getting the door slammed in their faces in regards to it. Well, edited out of that transcript was Cameron telling Quint that he would call me to tell me exclusively what Project 880 was and unload all the nitty gritty details were. He'd shoot 100% straight with me.

Obviously I was anxious. And when the day of his expected call came and passed, I wistfully saw it as another one that… got away.

As a result, all the equipment I had ready to record this historic conversation was gone. It was resting at Quint's Sea Shack ready to interview the director of V FOR VENDETTA. AICN must get off it's ass and get equipment to all it's lead writers for exactly this reason.

Ok – so what'd he say?

PROJECT 880 is AVATAR, or as he put it, "a retooled version of AVATAR" We talked about the scriptment that got out and he said while he was annoyed that it got out, he realized it was really no different than adapting a novel, and that certainly adapting that scriptment, which was incredibly dense as it was, had been a great challenge in and of itself.

Now he still doesn't know if it is going to be BATTLE ANGEL ALITA or AVATAR that comes next. You see deep within the N.S.A. like security of LIGHTSTORM, Jim has been constructing a Virtual Production Studio completely unlike anything anyone has ever seen before. Within that space are two separate teams concurrently prepping and getting ready to shoot back to back essentially over a 3 year span, BATTLE ANGEL ALITA and AVATAR.

Because of the films' mutual lack of a BIG STAR in the lead role, his start up on filming isn't having to be locked down. So both projects can be prepped right up to the last minute before he calls it as to which is getting made.

Why the back and forth? It isn't because he's trying to drive us crazy, it's because he is so in love with both projects that he can't just emotionally choose one over the other. What has to be decided is which project is the greater commercial introduction to the technology that he's going to be unleashing upon us. You see. This isn't just a "next film" to Jim, it's about evolving cinema as we've come to know it. When you're

## TOP TALKBACKS

With NO TIME TO DIE Rapidly Approaching, Evil Ash Waxes Poetic on the Past, Present and Future of the JAMES BOND Franchise! -- 58 total posts (21 today) (/evil-ash-no-time-to-die-james-bond-franchise-82728/)

Masked Man Ranks the Top Superhero Cartoon Themes and Theme Songs! -- 41 total posts (16 today) (/masked-man-top-cartoon-superhero-themes-songs-82727/)

Mad Dashiell's SPOILER FREE Star Wars: The Rise of Skywalker Review!! -- 71 total posts (2 today) (/node/82675)

New AVATAR sequel Concept Art hits! -- 238 total posts (2 today) (/new-avatar-sequel-concept-art-hits-82707/)

Annette Explores COLOR OUT OF SPACE with Director Richard Stanley! -- 8 total posts (1 today) (/richard-stanley-color-out-of-space-interview-82725/)

Will Smith and Martin Lawrence Prolong the Magic in BAD BOYS FOR LIFE -- 102 total posts (1 today) (/bad-boys-for-life-delivers-laughs-thrills-bullets-82721/)

## TRENDING

2020 Oscar Nominations have arrived! (/2020-oscar-nominations-have-arrived-82714/)

FRIGHT FIGHT FRIDAY WILL RETURN 1/24/20!!! (/fright-fight-friday-will-return-1-24-20-82724/)

A Special Look at Marvel's BLACK WIDOW has arrived! (/a-special-

speaking to him, you'd find yourself not speaking to a crackpot, but to the most lucid evangelical techno-fetishist in the world, who just happens to be a filmmaking god. How can I say that?

Well, one of the side projects that he's doing is working in conjunction with the MALIN SPACE SCIENCE SERVICES group... those are the guys that developed the M.O.C. Global Surveyor that's been mapping Mars for the last couple of years. That's completely changed everyone's belief of what MARS is. Well, the next big NASA mission is going to have a Live Video Stereo Motion Image device that Cameron has been developing with M.S.S.S. to bring us back live 3D video images in full motion from the surface of Mars... all tied to the back of one of those nuclear powered Rovers that'll be exploring, if all goes well, for years. See... Evangelical Techno-Fetishist.

I asked if we could expect any of the Cameron Company Regulars to be in BATTLE ANGEL ALITA or AVATAR. His response was, "I really hope so. Listen, I definitely have my favorites. If I've chosen to work with an actor once, it's probably with a good reason, but if I've worked with an actor a couple of times, I've stayed friends with them."

Now — BATTLE ANGEL ALITA is seen as the next "franchise" from Cameron. He sees it as a "3 film cycle." I asked about whether or not he's seen "Alita" yet, and he confirmed that on both ALITA and AVATAR he's seen working models that he's quite satisfied with.

With that we began talking about 3D. The camera he is going to be shooting with is called THE FUSION CAMERA, which is scheduled to shoot a U2 Concert in the next couple of days. I love that he knows where his camera is going. Anyway. Jim's planning on shooting 3D not so much as the stab you in the eye, throw a flaming spear at you type of thing, but as, what he calls, "A More Lucid Window," through which to observe the worlds that he's going to unleash upon us.

When I began talking about the questionable Home Entertainment application in terms of immediate revenue return, like the 2D market today... especially with this film being seen widely in the superior stereoscopic format. Cameron said that all the at home viewing technology is developed and is sitting waiting for content. Before the technology giants like SONY come out with the perfect 3D at home screening units — they need to have at least 30-40 major popular titles to package to offer in an initial offering to the public. That's where the retro-fitting of 2D films to Stereo Optics is coming in. 3D STAR WARS, INDIANA JONES, etc. I asked him which of his films would get that treatment and at this time he's really concentrating on T2 and TITANIC. When I asked about ALIENS, he kinda went a little sheepish on me. It seems that he cringes a bit when he watches ALIENS, as the grain of the film bothers him and it was really pushing what could be done with models and costumes and he doesn't really care to pull a George Lucas and "fix it", because that is the best that film could be given the tools at the time, and he feels that after all this new fangled technology is out there — that in 30 years time, people will look at those films with a degree of fondness and appreciation for what they represent. And would take into granted their limitations of technology, the same way we do when looking at WIZARD OF OZ or GONE WITH THE WIND or TEN COMMANDMENTS.

Lastly, he wanted people to understand something in regards of the Digital projectors that would be being placed in theaters around the world. These projectors have the capacity to screen things at up to speeds like 120 to 140 fps. The entire industry is going to be shifting to higher frame rates, probably somewhere above 40fps where suddenly the strobing you see or can detect on those big massive battle scenes in films like TROY, which instantly make you disconnect. Those will go away. And on AVATAR and BATTLE ANGEL ALITA it is absolutely necessary to have those higher frame rates, one for the sheer projection of the Stereo images, but also the sort of images he's planning on putting out there are just the type that at 24 fps, would start to kind of break-up and become unintelligible.

The very last thing I asked was in regards to him having a finish line in his head by

look-at-marvels-black-widow-has-arrived-82719/)

BIRDS OF PREY Trailer Two is Locked and Loaded! (/birds-of-prey-trailer-82709/)

Check out the Trailer for GOALIE: The True Story of Terry Sawchuk - Starring Kevin Pollak! (/trailer-for-goalie-the-true-story-of-terry-sawchuk-82726/)

CHUCKY Series Ordered By Syfy! Prometheus Is Optimistic! (/prometheus-chucky-series-syfy-82713/)

Freddy reviews VHYes, an experimental film that hits all the right 80's vibes (/freddy-reviews-vhyes-82722/)

Annette Talks With Chandler Riggs About INHERIT THE VIPER, Being a Grown Up on Set, and Mullets! (/annette-chandler-riggs-interview-82720/)

Guy Pearce and Devon Sawa misfire in DISTURBING THE PEACE (/guy-pearce-devon-sawa-disturbing-the-peace-review-82717/)

An Exclusive Clip from the Documentary FILM SCHOOL AFRICA! (/film-school-africa-exclusive-clip-82723/)

which point he'll know for a fact whether it will be BATTLE ANGEL ALITA or AVATAR — and he said it would be a couple of months and that he'd give me a call to keep me in the loop. It seems that Jim has been very respectful of the legwork that we've been doing to track what he's been up to. And feels he should keep us in the loop.

OK — so the 5 Cameron films he's going to hit us with look to be AVATAR, BATTLE ANGEL ALITA 1,2,3 and DIVE... which will be a drama shot in and projected with the latest digital 3D technology. Of my hour on the phone with Jim, I can say this. He is giddy, jocular, dead serious and scarily on target. He's going to be bringing various key filmmakers to his shoot to show them what he's doing in terms of these films. Basically, he's the recruitment monkey to try and get the other guys in long pants to set up and play with the toys he's been helping to innovate. In fact while on the phone with me, he began to inquire about John Carter of Mars and wants to talk to Favreau about the technology he's using and it's applications for BARSOOM. It's this type of evangelical, "I've seen the future," type of self-assured moxie that I love about Cameron.

Did I tell you he was planning on going to the International Space Station and shooting a documentary where he does a spacewalk and the whole 9 yards. Jim is a fascinating fellow to "shoot the shit with" and it looks like we're going to be doing this again from time to time. Only next time, I hope it is with a bit of warning... and with my equipment bedside and ready. After all... an interview about the future of cinema shouldn't be left to the waking mind... or maybe, it's best that it came to mind half in and out of a dream. After all, that is exactly what he's trying to do. Place a lucid window into the dreams he wishes to share with all of us.

### FOLLOW AICN (HTTPS://TWITTER.COM/INTENT/FOLLOW?SCREEN_NAME=AINTITCOOLNEWS)

**f SHARE ON FACEBOOK (HTTPS://WWW.FACEBOOK.COM/SH…**   **SHARE ON TWITTER (HTTPS://TWITTER.COM/INTENT/T…**

## Shop Now







Iron Man 2 (https://aax-us-east.amazon-adsystem.com/x/c/QkKR… MAN 2)… Robert-Downey-Jr/dp/B0095F341S/ref=s…addId=B0095P341S&cre…

Marvel's The Avengers (https://aax-us-east.amazon-adsystem.com/x/c/QkKR… Avengers-Robert-Downey-Jr/dp/B0099RFVXQ/ref=…

Marvel Studios' Captain Marvel (https://aax-us-east.amazon-adsystem.com/x/c/QkKR… Studios-Captain-Larson/dp/B07P68DTR…

Captain America: The First Avenger (https://aax-us-east.amazon-adsystem.com/x/c/QkKR… America-Avenger-Chris-Evans/dp/B005ZB91KY/…

READERS TALKBACK

February 28, 2006 5:28 PM CST                    + Expand All
**Wowzers**
by AtomicHyperbole

February 28, 2006 5:31 PM CST
**First?**
by Psalmolive

# Exhibit L4



# 'TITANIC' MASTERMIND JAMES CAMERON'S KING-SIZE COMEBACK: TWO SCI-FI TRILOGIES

## FUTURISTIC LOVE STORY, THRILLER ABOUT 26TH-CENTURY CYBORG IN THE WORKS.



LARRY CARROLL

06/29/2006

**ANAHEIM, California** — Nearly 10 years ago, he appointed himself the King of the World. Now, after a decade of unrealistic expectations, false starts and geek-fueled rumors, James Cameron is finally ready to reclaim his crown.

"My summer vacation is over," a determined Cameron said this week, signaling an end to his nine-year absence from directing major motion pictures. "It's time to go back to work."

With that in mind, Cameron is finally pulling back the curtain on two would-be trilogies that might define sci-fi filmmaking for the next decade and beyond. "I have two franchises, if you will, or films that play out over an arc of a number of films that I am going to be making," he revealed. "[I won't make them] back-to-back, but one after another. They, in turn, might spawn back-to-back sequels. It all depends on how the first one does."

Both the "Avatar" and "Battle Angel" series, he added, will begin with self-contained debut movies along the lines of the original "Star Wars" trilogy. "The films have to play as individual films, but they have a greater story arc that goes over the three-film cycle," he insisted, saying he isn't a big fan of "The Matrix Reloaded"-like cliffhangers between chapters. "I think that's how it works the best. I don't think you want to just run people off the cliff after the second film."

Making a rare public appearance to attend the Disneyland premiere of friend Gore Verbinski's blockbuster "Pirates of the Caribbean: Dead Man's Chest," the "Titanic"

director looked back on the Leonardo DiCaprio classic that might just be the most high-pressure undertaking ever assumed by a director — until now.

"He's done two films back-to-back," Cameron said of Verbinski, in awe of the simultaneous production of the second and third "Pirates" films. "I have some plans in the future that may work the same way."

The 51-year-old mastermind behind classics like "Aliens" and the first two "Terminator" films added that while he doesn't think Verbinski's double-blockbuster-duty is the gutsiest move in filmmaking history (the box-office success of "Chest" seems all but guaranteed), he does view it as a strategy that should inspire other would-be trilogy filmmakers. "The ballsiest play in history was the 'Lord of the Rings' films, where they shot all three films at the same time," Cameron enthused. "They were betting on success, just blindly: 'Are people going to go see these?' They didn't know. They bet the farm and they won.

"But I think the more logical way to do it is like ['Pirates']," he continued. "When you have a hit film, you want to make two sequels to it. You make them back-to-back, shoot them at the same time, and then do all the special effects; release one, then release the other."



The first of these films is a long-rumored love story to be set against the backdrop of a planet-hopping future — and has been known by several names. " 'Project 880,' we'll probably release it as 'Avatar,' " he said, mentioning two such aliases. "We haven't locked in on the title yet, but this is what we are calling it. [There will be] possible sequels if it does well; if it tanks, no."

"We're going to do 'Avatar' first, and we're in active pre-production on it right now," he added. "I'm directing it; I'm directing all these films.

"And with 'Battle Angel,' also, we'll do the same thing," Cameron said of his second

project, a sci-fi thriller about a female cyborg in the 26th century. " 'Battle Angel' is actually designed as a three-film cycle. So the logic there is to make one and, if it hits, boom-boom on the other two."

"If you want to know more about 'Battle Angel,' you can get the graphic novels," the director said of his source material. "There's a series of 10 graphic novels, the original 10, by a Japanese artist named [Yukito] Kishiro."

The tech-minded Cameron added that although he watched with great interest as "Sin City" filmmaker Robert Rodriguez reinvented the graphic-novel movie with his green-screen breakthroughs, "Angel" won't be such a slave to the colored page. "It'll be a cinematic style; it won't be a moving graphic novel," he revealed. "I think what Robert did with 'Sin City' was a spectacular visual experiment; I think it worked brilliantly, but that's not what I'm going for. It's more of a cinematic, photo-real feel."



"Talladega Nights: The Ballad of Ricky Bobby," "The Night Listener," "Ratatouille" and more, on Overdrive.

Adding that "we haven't cast anyone yet" for either movie, Cameron said both projects are proceeding full-steam-ahead, and that his self-imposed sabbatical has yielded technological breakthroughs that will pay off soon on the big screen. "We did seven deep-ocean expeditions in the last five years. We developed a lot of new technology that we'll use on the movies, and I think it will make the movies better." The filmmaker added that he can't wait to climb back into the director's chair — whether it be twice or six times.

# Exhibit M4

http://www.mtv.com/news/1535402/titanic-mastermind-james-camerons-king-size-comeback-two-sci-fi-trilogies/    Go    NOV   DEC   NOV
12 captures                                                                                    ◀   23   ▶
23 Dec 2015 - 25 Jul 2019                                                                          2014  2015  2017          ▼ About this capture

movies (https://web.archive.org/web/20151223041855/http://www.mtv.com/news/movies/)

# 'Titanic' Mastermind James Cameron's King-Size Comeback: Two Sci-Fi Trilogies

Futuristic love story, thriller about 26th-century cyborg in the works.

by Larry Carroll (https://web.archive.org/web/20151223041855/http://www.mtv.com/news/author/larrycarroll/)
6/29/2006

**ANAHEIM, California** — Nearly 10 years ago, he appointed himself the King of the World. Now, after a decade of unrealistic expectations, false starts and geek-fueled rumors, James Cameron is finally ready to reclaim his crown.

"My summer vacation is over," a determined Cameron said this week, signaling an end to his nine-year absence from directing major motion pictures. "It's time to go back to work."

Making a rare public appearance to attend the Disneyland premiere of friend Gore Verbinski's blockbuster "Pirates of the Caribbean: Dead Man's Chest," the "Titanic" director looked back on the Leonardo DiCaprio classic that might just be the most high-pressure undertaking ever assumed by a director — until now.

"He's done two films back-to-back," Cameron said of Verbinski, in awe of the simultaneous production of the second and third "Pirates" films. "I have some plans in the future that may work the same way."

The 51-year-old mastermind behind classics like "Aliens" and the first two "Terminator" films added that while he doesn't think Verbinski's double-blockbuster-duty is the gutsiest move in filmmaking history (the box-office success of "Chest" seems all but guaranteed), he does view it as a strategy that should inspire other would-be trilogy filmmakers. "The ballsiest play in history was the 'Lord of the Rings' films, where they shot all three films at the same time," Cameron enthused. "They were betting on success, just blindly: 'Are people going to go see these?' They didn't know. They bet the farm and they won.

"But I think the more logical way to do it is like ['Pirates']," he continued. "When you have a hit film, you want to make two sequels to it. You make them back-to-back, shoot them at the same time, and then do all the special effects; release one, then release the other."

With that in mind, Cameron is finally pulling back the curtain on two would-be trilogies that might define sci-fi filmmaking for the next decade and beyond. "I have two franchises, if you will, or films that play out over an arc of a number of films that I am going to be making," he revealed. "[I won't make them] back-to-

http://www.mtv.com/news/1535402/titanic-mastermind-james-camerons-king-size-comeback-two-sci-fi-trilogies/ ‎ Go ‎ NOV DEC NOV
12 captures                                                                                                                                           ◄ 23 ►
23 Dec 2015 - 25 Jul 2019                                                                                                                           2014 2015 2017
                                                                                                                                                      ▼ About this capture

The first of these films is a long-rumored love story to
be set against the backdrop of a planet-hopping
future — and has been known by several names. "
'Project 880,' we'll probably release it as 'Avatar,' " he
said, mentioning two such aliases. "We haven't
locked in on the title yet, but this is what we are
calling it. [There will be] possible sequels if it does
well; if it tanks, no."

"We're going to do 'Avatar' first, and we're in active
pre-production on it right now," he added. "I'm
directing it; I'm directing all these films.

"And with 'Battle Angel,' also, we'll do the same
thing," Cameron said of his second project, a sci-fi
thriller about a female cyborg in the 26th century. "
'Battle Angel' is actually designed as a three-film cycle. So the logic there is to make one and, if it hits, boom-boom
on the other two."

"If you want to know more about 'Battle Angel,' you can get the graphic novels," the director said of his source
material. "There's a series of 10 graphic novels, the original 10, by a Japanese artist named [Yukito] Kishiro."

The tech-minded Cameron added that although he watched with great interest as "Sin City" filmmaker Robert
Rodriguez reinvented the graphic-novel movie with his green-screen breakthroughs, "Angel" won't be such a slave
to the colored page. "It'll be a cinematic style; it won't be a moving graphic novel," he revealed. "I think what Robert
did with 'Sin City' was a spectacular visual experiment; I think it worked brilliantly, but that's not what I'm going for.
It's more of a cinematic, photo-real feel."

Both the "Avatar" and "Battle Angel" series, he added, will begin with
self-contained debut movies along the lines of the original "Star Wars"
trilogy. "The films have to play as individual films, but they have a
greater story arc that goes over the three-film cycle," he insisted, saying
he isn't a big fan of "The Matrix Reloaded"-like cliffhangers between
chapters. "I think that's how it works the best. I don't think you want to
just run people off the cliff after the second film."

Adding that "we haven't cast anyone yet" for either movie, Cameron said
both projects are proceeding full-steam-ahead, and that his self-imposed
sabbatical has yielded technological breakthroughs that will pay off soon
on the big screen. "We did seven deep-ocean expeditions in the last five
years. We developed a lot of new technology that we'll use on the

acting-or-singing-jessica-simpson-aims-to-entertain-and-inspire/)

Kate Hudson Relates To Dupree — Ignores Dirty Dishes, Walks Around Naked
(https://web.archive.org/web/20151223041855/http://www.mtv.com/news/1535304/kate-
hudson-relates-to-dupree-she-ignores-dirty-dishes-walks-around-naked/)

Teen Girls, Manson Stake Claim On Johnny Depp At 'Pirates' Premiere
(https://web.archive.org/web/20151223041855/http://www.mtv.com/news/1535155/teen-
girls-marilyn-manson-stake-claim-on-johnny-depp-at-pirates-premiere/)

Will Bloom/ Bosworth Film Be The Next 'Break-Up' Or 'Gigli'?
(https://web.archive.org/web/20151223041855/http://www.mtv.com/news/1535209/will-
bloom-bosworth-film-be-the-next-break-up-or-gigli/)

Girls Swoon, Pirates Duel, Depp Rolls Along
(https://web.archive.org/web/20151223041855/http://www.mtv.com/news/1535080/girls-
swoon-pirates-duel-and-johnny-depp-rolls-along/)

**Looking for the
newest, hottest
trailers?**

Check out the latest
from Will Ferrell in
"Talladega Nights:
The Ballad of Ricky
Bobby," "The Night

1/5/2020                    'Titanic' Mastermind James Cameron's King-Size Comeback: Two Sci-Fi Trilogies - MTV

| http://www.mtv.com/news/1535402/titanic-mastermind-james-camerons-king-size-comeback-two-sci-fi-trilogies/ | Go | NOV | DEC | NOV |
| 12 captures | | ◀ | 23 | ▶ |
| 23 Dec 2015 - 25 Jul 2019 | | 2014 | 2015 | 2017 |

twice or six times.                                                                   More, on Overdrive.

"It's fun, I enjoy it, and I've missed it."

Check out **movies.MTV.com ()** for Hollywood news, photos, reviews,
interviews and more.

Want trailers? Visit **Movies on MTV Overdrive** for the newest, scariest and funniest coming attractions anywhere.

———————————————————————————————————————————

**larry carroll
(https://web.archive.org/web/20151223041855/http://www.mtv.com/news/author/larrycarroll/)**

View related posts
(https://web.archive.org/web/20151223041855/http://www.mtv.com/news/index.php?
mtvn_plugin=VMNRelatedContent&mtvn_action=related&to=1535402&limit=3&relation
**around the web**                                                            powered by zergnet

**MTV** **(https://web.archive.org/web/20151223041855/http://www.mtv.com/) news
about (https://web.archive.org/web/20151223041855/http://www.mtv.com/news/about/)
archive
(https://web.archive.org/web/20151223041855/http://www.mtv.com/news/archive/2015/12/22/)**

# Exhibit N4

Projects and People

**Forums** › **The Commissary Forum** › Trigger Street Labs website for writers going away

# Trigger Street Labs website for writers going away

1-12 of 12 posts

Sort:

Oldest first

|

Page: 1



**Russell Corey** says:

**Notable Projects**

Sad to see this posted on the Trigger Street Labs website. I loved using this site to get feedback on scripts and crafting drafts. I will miss it so much.

Announcement:

To all members of the Trigger Street Labs community:

After twelve incredible years as one of the leaders in being a platform for exposure and discovery of your creative content, we will be shutting down the site effective early January of next year. All users will be able to download their reviews, and save whatever content they need to prior to the shutdown. You can do this through your profile page. We care a great deal about giving you the opportunity to showcase your work, and we did our best to provide you with the most intuitive and creative platform possible.

We would like to extend our gratitude to all of our amazing users who have supported us, given feedback and advice, and allowed us to build a better site over the years. If it weren't for the community, the site would not be what it is today

Furthermore, a deepest thanks goes out to our moderators who have spent their precious free time ensuring the site remain an asset for creative individuals seeking exposure for their content.

We had an amazing ride. Thank you so much for your participation over the years.

Announcement link here.

- Trigger Street Productions

**Reply to this post**

Posted on: November 06, 2014 04:14 PM PST



**Phil Hwang** says:

I used this site off and on over the years. Recently, it had changed its format and was difficult to navigate.

Now, I use Talentville to vet my screenplays. It's always a mixed bag, but it feels like the only alternative to paid feedback.

**Reply to this post**

Posted on: November 07, 2014 01:59 PM PST



**Lauri** says:

There's also Zoetrope for freebies.

But there's nothing wrong with paid feedback. :)

**Reply to this post**

Posted on: November 07, 2014 06:30 PM PST



**Eric Christopherson** says:

Nothing wrong with trusting your own judgment for that matter.

**Reply to this post**

Posted on: November 07, 2014 06:54 PM PST



**Lisa Scott** says:

never trust your own judgement fully. every writer needs an editor. seasoned writers need editors. wannabe writers even more so.

**Reply to this post**

Posted on: November 08, 2014 04:03 AM PST



**Tom Gilman** says:

"It's fun, I enjoy it, and I've missed it."

Check out movies.MTV.com for Hollywood news, photos, reviews, interviews and more.

Want trailers? Visit Movies on MTV Overdrive for the newest, scariest and funniest coming attractions anywhere.

FILED UNDER:

MOVIES

This site never was about the writers. Dean and a few others used the writers, their scripts and stories as a cover to gain exposure for themselves. In any case, it was poorly managed; and much of the day to day business was left up to a select group of writers and readers so Brunetti and the others could go pursue their pet projects and ignore the site. But thanks to good peer reviewers I gained a lot of experience and knowledge from other members, but never from the site managers who couldn't be bothered to deal directly with the members. Try Zoetrope, which is run far better.

**Reply to this post**

Posted on: February 08, 2015 09:37 PM PST



**terror Tv** says:

Sad? What has triggerstreet ever done for anybody???

Let me tell you what triggerstreet was all about:
1) Dana Brunetti used it to acquire enough funds to promote movies. Now that he's there triggerstreet is dust in the wind
2) Name ONE person who got their big break from the site?? Any one? I think not!
3) Youtube made more people famous, more money than Trigger ever hoped.
4) They came to be leaders in what? They stated they are one of the tops leaders in help young talent. Yeah I think not!
5) Triggerstreet used people dreams, hopes, etc to make money!! That's the cold hard truth
6) And I know this to be a fact. They "adjusted" you internet traffic reports to continue sponsorship from Budweiser.

I say good riddens

**Reply to this post**

Posted on: February 10, 2015 08:29 AM PST



**Jack Hudkins** says:

Terror, thanks for posting the truth. Many of these sites feed off peoples hope. If some make it, then good deal.

**Reply to this post**

Posted on: February 10, 2015 10:07 AM PST

**In response to an earlier post preview this post**



**Ralph Wescott** says:

Trigger Street, like any site, ...cluding AS here, is what we & they make it. Success on TS, large or small, is mentioned in their Success section -- Pages of them. I'd say any member using the site learned something while there, or at least entertained themselves. Oh yes, it was on TS that I learned of other sites, (AS for one) contests, books, movie equipment, etc. Without them, I'd still be dreaming and complaining of the stories stuck in my mind and having no idea how to get it into a close resemblance of the screenplay format, let alone all the peoples input on how to use the computer. Just my two cents from another wannabe writer/movie maker.

**Reply to this post**

Posted on: February 10, 2015 04:53 PM PST



**Ed Ellis** says:

*riddance.

And it did help some of us. I, for one was optioned as a result of the site. Bitter is a sad pill.

**Reply to this post**

Posted on: December 29, 2015 06:14 PM PST

**In response to an earlier post preview this post**



**Nathan Mills** says:

For a short time it seemed, TS was also a platform for novelists too. I got great feedback on early drafts of my manuscripts.

**Reply to this post**

Posted on: May 24, 2016 04:32 PM PDT



**Paul Chironi** says:

Honestly, when TriggerStreet was at its height (before the great "memory dump" of 2007) nothing came close to it.

The peer review/Script of the Month/top three scripts get free reviews by ScriptShark all for free has never been matched anywhere.

Granted, Amazon Studios crushed everyone when they started with cash prizes, but not so much in terms of feedback.

And, as corny as it sounds, I thought the "Hall of Justice" was pretty cool.

So -- thanks again Kevin and Dana -- it was a cool ride.

**Reply to this post**

# Exhibit O4



US009306887B1

(12) **United States Patent**
    Brunetti et al.

(10) Patent No.: **US 9,306,887 B1**
(45) Date of Patent: **Apr. 5, 2016**

(54) **SYSTEMS AND METHODS FOR IMPLEMENTING EMAIL DELIVERY**

(71) Applicants: **Dana Brunetti**, Los Angeles, CA (US); **Kevin Spacey**, Los Angeles, CA (US)

(72) Inventors: **Dana Brunetti**, Los Angeles, CA (US); **Kevin Spacey**, Los Angeles, CA (US)

( * ) Notice:   Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 412 days.

(21) Appl. No.: **13/826,544**

(22) Filed:   **Mar. 14, 2013**

(51) **Int. Cl.**
    *G06F 15/16*        (2006.01)
    *H04L 12/58*        (2006.01)

(52) **U.S. Cl.**
    CPC ..................................... *H04L 51/12* (2013.01)

(58) **Field of Classification Search**
    USPC ....................................... 709/206
    See application file for complete search history.

(56)            **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,389,028 B1 * | 5/2002 | Bondarenko ....... H04M 3/5191 370/352 | |
| 6,609,653 B1 | 8/2003 | Lapstun et al. | |
| 7,100,208 B2 | 8/2006 | Bhat | |
| 7,197,640 B2 | 3/2007 | Meisel | |
| 7,237,010 B2 | 6/2007 | Mora | |
| 7,249,175 B1 | 7/2007 | Donaldson | |
| 7,653,698 B2 | 1/2010 | Wieneke et al. | |
| 7,822,977 B2 | 10/2010 | Katsikas | |
| 7,873,996 B1 | 1/2011 | Emigh et al. | |
| 2003/0200267 A1 | 10/2003 | Garrigues | |
| 2003/0236847 A1 | 12/2003 | Benowitz et al. | |
| 2004/0240653 A1 | 12/2004 | Ramian | |
| 2005/0044154 A1 | 2/2005 | Kaminski et al. | |

| | | | | |
|---|---|---|---|---|
| 2005/0108337 A1 | 5/2005 | Lorenz | | |
| 2007/0204043 A1 | 8/2007 | Espinosa et al. | | |
| 2007/0238449 A1 | 10/2007 | Park et al. | | |
| 2009/0310764 A1 * | 12/2009 | Gerhart .................. | G06Q 10/06 379/142.04 | |
| 2010/0115040 A1 * | 5/2010 | Sargent .................. | G06Q 10/10 709/206 | |
| 2011/0151890 A1 | 6/2011 | Platt et al. | | |
| 2012/0260329 A1 * | 10/2012 | Suffling ........................... 726/9 | | |
| 2012/0304256 A1 | 11/2012 | Evans | | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 2107537 | 10/2009 |
| WO | 2006102164 | 9/2006 |

OTHER PUBLICATIONS

David A. Wheeler, Countering Spam by Using Ham Passwords (Email Passwords), dated Jul. 8, 2004; revised May 11, 2011, retrieved from: http://www.dwheeler.com/essays/spam-email-password.html.

* cited by examiner

*Primary Examiner* — Kevin Bates
*Assistant Examiner* — Ronak Patel
(74) *Attorney, Agent, or Firm* — Amster, Rothstein & Ebenstein LLP

(57)            **ABSTRACT**

The invention relates to systems and methods for managing emails where an email server that may comprise one or more computer systems, and which may be part of an email system, receives an email addressed to a specified first user. The email server may analyze the received email and access one or more electronic databases, which may comprise information related to one or more respective registered users of the email system. The databases may be stored on one or more computer-readable storage media operatively connected to the email server.

**20 Claims, 7 Drawing Sheets**

Sample Notification Email Message

> To:      sample@samplexyz.com
> From:    *Email System Handler*
> Subject: *Re: You sent email*
>
> We received an email sent from your email address at March 28, 2013 at 7:05 PM. Since neither you nor your email address has been authorized for direct delivery to this email user, your email has been placed in a queue.
>
> You are currently #213 in the queue. Your email will be delivered to intended recipient after the earlier queued emails have been delivered. If you are interested in advancing your order in the queue, please visit our website at www.[emailwebsite].com
>
> Thanks

US 9,306,887 B1

| 1 | 2 |

### SYSTEMS AND METHODS FOR IMPLEMENTING EMAIL DELIVERY

#### FIELD

The present disclosure generally relates to systems and methods for screening and managing non-authorized emails.

#### SUMMARY

In embodiments, the invention relates to systems and methods for managing emails where an email server that may comprise one or more computer systems, and which may be part of an email system, receives an email addressed to a specified first user. The email server may analyze the received email and access one or more electronic databases, which may comprise information related to one or more registered users of the email system. The databases may be stored on one or more computer-readable storage media operatively connected to the email server.

In embodiments, the information related to the users of the email system may include profile information, including identification information for the respective registered users, whitelist information, indicating one or more individuals and/or email addresses approved to send email to the respective registered users, email message data, including email messages accessible to the respective registered users through an email interface, queue information, including queued email messages assigned queue positions and not being accessible to the respective registered users through an email interface, and password information, including whitelist password codes and queue advancement password codes for the respective registered users. The email server may then determine whether the received email is approved to be sent to the first user based at least in part on the whitelist information. The whitelist information may comprise the IP address of the originator of an email, the email address of the originator of an email, or alphanumeric codes associated with the originator of an email. Similarly, the same information may be stored for non-whitelisted email originators.

Following a determination that the received email is not approved, the email server may store the received email as a queued email message, and assigns a queue position to the received email. The email server may then send to a device associated with the received email, a notification message indicating that the received email has not been delivered to the first user and indicating the queue position of the received email. Upon receipt by the email server of a request to advance the received email queue position, the request including a queue advancement password code, the email server then may determine whether the received queue advancement password code is valid. The queue advancement password code may be provided to the originator of the queued email following the provision of monetary consideration or non-monetary consideration, in the form of, but not limited to, the viewing of an advertisement or registration with the email system. Based at least in part on a determination that the received queue advancement password code is valid, the email server may update the queue information for the first user so that the queue position of the received email is advanced.

In embodiment, the invention also relates to methods and systems for accessing, by the email server, one or more electronic databases, which may be stored on one or more computer-readable storage media operatively connected to the email server. The databases may comprise information related to one or more respective registered users of the email system, including but not limited to profile information including identification information for the respective registered users, whitelist information indicating one or more individuals and/or email addresses approved to send email to the respective registered users, email message data including email messages accessible to the respective registered users through an email interface, queue information including queued email messages that may be assigned queue positions and not being accessible to the respective registered users through an email interface, queue preference information indicating one or more delivery preferences for the queued email messages becoming accessible email messages to the respective registered users.

The email server may determine, based at least in part on the queue preference information for the first user, whether a queue delivery time has arrived to convert one or more queued email messages to email messages accessible to the first user. The queue delivery time may be specified by the user via a date, a time period for which to maintain email messages in the queue, a limit on the number of email messages to maintain in the queue, the size of the queue in terms of computer memory, or any other means suited to the job. Based at least in part on a determination that the queue delivery time has arrived, the email server may identify one or more queued emails to convert to accessible email messages, also based at least in part on the queue preference information. The queue preferences may specify the number of emails to deliver from the queue, based at least in part on an absolute number, which may be set by the user or selected automatically by the email system, based at least in part on a percentage of the number of emails in the queue, based at least in part on a percentage of the user's inbox, or based at least in part on any method suited to the job.

After determining the number of emails to deliver from the queue, the email server may update one or more databases so that the one or more identified queued email messages are stored as email messages accessible to the first user. The email server may then notify the user by sending a message to an address or device associated with the user indicating that one or more queued email messages have been provided to the email account associated with the user.

#### DESCRIPTION OF THE DRAWINGS

The features and advantages of the present disclosure will be more fully understood with reference to the following detailed description when taken in conjunction with the accompanying figures, wherein:

FIG. 1 is a schematic system diagram of an email system operatively connected to one or more client devices and one or more third party systems (optional) according to exemplary embodiments of the present disclosure.

FIG. 2A is a schematic representation illustrating an email system and associated components according to exemplary embodiments of the present disclosure.

FIG. 2B is a schematic representation illustrating data stored by an email system according to exemplary embodiments of the present disclosure.

FIG. 3 is a flow diagram showing an exemplary method for processing emails in an email system according to exemplary embodiments of the present disclosure.

FIG. 3A is an exemplary screenshot illustrating a notification according to exemplary embodiments of the present disclosure.

FIG. 4 is a flow diagram showing an exemplary method for processing emails in an email system according to exemplary embodiments of the present disclosure.

US 9,306,887 B1

3

FIG. **5** is a flow diagram showing an exemplary method for processing emails in an email system according to exemplary embodiments of the present disclosure.

FIG. **5A** is an exemplary screenshot illustrating a notification according to exemplary embodiments of the present disclosure.

DETAILED DESCRIPTION

In exemplary embodiments, the present disclosure describes systems and methods for implementing an email system for screening and managing emails.

FIG. **1** shows, according to exemplary embodiments, an email system, designated by reference number **10**, which may be operatively connected to one or more client devices **20**a, **20**b, **20**c, . . . **20**N, collectively designated reference number **20**. The one or more client devices **20** may be any devices including, for example, any type of desktop, laptop, smartphone (e.g., iPhone, Android, Windows Phone, Blackberry, to name a few), tablet device (e.g., iPad, iPod Touch, Kindle, Android, Microsoft Surface, Chrome Book, to name a few), and/or any other suitable computing device(s), etc.

The email system **10** can operatively connect with one or more third party systems **30**a, **30**b, . . . **30**N (collectively **30**) in accordance with exemplary embodiments described herein. The third party networks **30** may be of information systems, businesses, organizations, individuals, content providers, web sites/web servers, media companies, cable/ISP providers, etc.

As illustrated in FIG. **1**, each of the connections between the email system **10**, the client devices **20**, and/or the third party systems **50** may be made directly or indirectly. For example, such connections may be facilitated by be one or more networks, referenced herein as network **50** for convenience. The network **50** may include, for example, the Internet, a cellular network, WAN, LAN, Wi-Fi, or other private or public networks.

According to exemplary embodiments, the email system **10** may be implemented using web based email, POP email servers, IMAP email servers, MAPI email servers, and the like, to name a few. The email system **10** may implement one or more processes for screening, managing, and/or presenting email messages. In some exemplary embodiments, such processes may be implemented as add-on software that compliments an email program or client, such as, for example, Outlook, Sparrow, Thunderbird, etc.

FIG. **2A** shows, according to an exemplary embodiment, a block diagram representation of the email system **10**. The email system **10** may comprise an email server component **15**a, email filter component **15**b, email parser **15**c, whitelist manager **15**d, a queue manager **15**e, a miscellaneous component **15**f, and one or more electronic databases **40**. The one or more components, may be operatively connected to one or more computer networks **50**, such as, for example, the Internet, or any other suitable network, via, by way of example, a set of routers and/or networking switches, to name a few.

The components of the email system **10** are shown to be located together in FIG. **2A**. It is to be understood that in some embodiments the components of email system **10** may be combined or separated in any suitable manner. For example, one or more components may be located together on one or more computer systems that are operatively connected to other components of the email system **10**.

In exemplary embodiments, the email server **15**a may be configured to receive, obtain, store, retrieve, and the like, email messages. The email server **15**a may be implemented

4

using any suitable email protocols and using any suitable combination of hardware and/or software.

In exemplary embodiments, the email filter **15**b may be any software and/or hardware processes for analyzing and/or determining the delivery location of received emails. For example, the email filter **15**b may analyze incoming emails and determine whether the received emails are to be delivered to an inbox, to be sent to one or more folders, to be forwarded to one more other email addresses, to be blocked and/or to be sent to a spam folder, and the like, to name a few. In some embodiments, the email filter **15**b may implement one or more processes to analyze the structure and/or content of the email message, including reviewing for and analyzing any of the IP Addresses associated with the email, the email address of the sender, one or more alphanumeric codes located within the email address, etc. In this regard, the filter may determine whether a particular email is associated or from an address that is authorized and/or "whitelisted". For example the email filter **15**b may access a whitelist directory associated with the recipient user, so as to determine whether a received email is authorized. This may be accomplished by reviewing one or more of the incoming email's IP address, email address, alphanumeric codes, etc., and comparing to the whitelist directory to see if it is associated with a whitelisted entry.

In exemplary embodiments, the whitelist manager **15**d may be responsible for implementing processes for utilizing and/or maintaining a whitelist associated with a user of the email system **10**. In this regard, the whitelist manager **15**d, among other features, may allow a user to specify one or more users to be whitelisted. The whitelist manager **15**d may provide an interface allowing a user to manage entries in the user's personal whitelist directory. In some embodiments, the whitelist directory may allow a user to specify addresses. In some embodiments, the whitelist manager may electronically obtain a list of approved email addresses which are to be whitelisted. In some embodiments, a user through such an interface provided by the whitelist manager **15**d, may specify that emails from one or more types of domains (e.g., [sample] .com) are whitelisted. Further the interface may also allow a user to specify/generate whitelist codes, e.g., alphanumeric codes such as a PIN and the like, which are to be used by email senders to ensure that an email sent by them reaches the email user. In this regard, the whitelist manager **15**d may generate such one or more codes which are to be distributed in any suitable manner. Such codes may be provided to the email system **10** and/or inserted in an appropriate location of emails sent to the user, so as to allow emails to be delivered to the intended user recipient. The code may be used to allow one or more email addresses to be whitelisted, and thus allow future emails from that address to be delivered to the recipient user, in accordance with embodiments described herein. In embodiments, the email system **10** or equivalent may use one or more of the methods, alone or in combination with other, and/or with other methods.

In exemplary embodiments, the queue manager **15**e, may be responsible for implementing processes for managing queued emails. In embodiments, received emails addressed to a recipient user of the email system **10**, may be blocked from delivery, and additionally, may be placed in a queue. In some embodiments, each of the emails that are queued may also be assigned and/or associated with a number and/or other signifier indicating the position of the emails in the queue. The queued emails may be ordered according to the time/date of when they are received in the email system.

In exemplary embodiments, the queue manager **15**e may forward or deliver one or more queued emails to the inbox or other appropriate folder/destination associated with the

US 9,306,887 B1

5

intended recipient user. The queue manager 15e may forward one or a set of emails at various times. These times may be times that are evenly spaced apart, and/or one or more set times, for example, every 3 PM on Tuesday. In some embodiments, the queued emails may be forwarded to the recipient according to recipient user specified times.

The queued emails may be forwarded according to a FIFO (first in, first out) system. Other orders of priority may also be used. For example, a specified set of emails (e.g., the 10 highest ranked emails, the top 10% highest ranked emails, etc.) may be forwarded at the specified times. The amount or number of emails forwarded may be set according to email system 10 and/or according to the recipient user. In some cases, the number of emails to be forwarded at a particular time may be dependent on the number of emails currently queued. In embodiments, the user may be able to set the number of emails to be forwarded either by total number, percentage or some other variable.

After forwarding one or more emails in the queue to the recipient user, the order of the remaining queued emails may be adjusted according to any suitable manner in accordance with embodiments herein.

While a FIFO-like system may be used for determining how to forward/deliver emails to the recipient user, other variations or other methodologies for determining which emails to forward may be used in accordance with embodiments disclosed herein.

In exemplary embodiments, the whitelist manager 15d may notify a sender that their email has been queued through any suitable manner (email, text, fax, automated telephone call, etc.). Such notifications may indicate the sender's email place in the queue, e.g., #500 out of 1000 emails, in one example. FIG. 3A shows an exemplary notification embodied as an email in accordance with embodiments herein.

In exemplary embodiments, the whitelist manger 15d may rearrange the order of queued emails. In some embodiments, the whitelist manager 15d may advance or skip some emails ahead. In such a case, a sender/originator of a queued email may influence or cause such email to advance in the queue. In this regard the sender/originator of email may be allowed to interact with the email system 10 so as to cause the advancement of the queued email. For example, the email system 10 may provide an interface for the sender to provide something, e.g., monetary consideration, registration with the email system, personal information, etc., in exchange for advancing the sent email in the queue. The level of consideration may determine how far the email is advanced in the queue.

In exemplary embodiments, the miscellaneous component 15f may implement any other processes needed to implement the email system 10 in accordance with embodiments disclosed herein.

According to exemplary embodiments, the one or more components 15a-f may be at least in part implemented by one or more computer processes. These components 15a-f may be stored separately or in combination with one or more other components on processor readable storage devices, which are operatively connected to one or more processors on one or more computers to run the software embodied as part of the engine. In particular, any software to implement processes herein may be stored on non-transitory computer readable storage media.

In exemplary embodiments, the ratings access system 10 may include a password gate engine 16, which may implement processes relating to creating and implementing password gates.

FIG. 2B shows, according to an exemplary embodiment, a block diagram representation of data stored in the one or more

6

databases 40. In this regard, for each of the emails users, the database 40 of the email system 10 may include profile data 40a, email messages 40b, password data 40c, whitelist data 40d, non-whitelist data 40e, queue data 40f, and/or miscellaneous data 40g.

In embodiments, the profile data 40a may include data related to identifying a registered user of the email system 10, including, for example, information related to the user's name, email, address, demographic data, etc. The profile data may include an address book which includes contact information (e.g., email addresses, telephone numbers, residential addresses, etc.).

The email message data 40b, may be data including received, sent, and/or stored email messages. The password data 40c, may be information related to passwords (stored in some encrypted form, included hashes, for example) for registered users.

The whitelist data 40d, may include information related to whitelist settings. For example the whitelist data 40d may include people or email addresses which have been whitelisted. The whitelist data 40d may also include authorizing passwords or codes, e.g., codes to allow an email address or person and/or their sent address to be authorized and forwarded to the user.

The queue data 40f, may include information related to emails which have been placed in the queue. The queue information may include information related to the queued emails' order/slot/place in the queue. The queue data may have information indicating when the queue is to be advanced and which emails are to be sent out.

FIG. 3 shows according to an exemplary embodiment, an exemplary method for whitelisting emails. At step 300, the email system 10, may receive an email addressed to a recipient user. At step 305, the email system 10 may determine whether the email sender/originator is whitelisted. For example, the email system 10 may access a whitelist directory (for example from the database 40), which may contain email addresses, IP addresses, codes, individual names, and/or other information which may be used for identifying a received email as being approved or associated with an approved user. In this regard, emails which are approved and/or determined to be sent from approved users can be delivered to the recipient user's email inbox.

Various methods may be used for determining whether an email is to be approved and delivered to the recipient user's inbox. In some embodiments, a passcode may be inserted, for example, in a designated area of the received email. The email system 10 may determine whether a provided passcode/password is proper, e.g., whether it matches an approved passcode/password. The passcode/password may be unique to a particular individual/email address, for a group of individuals/email addresses, or may be used by anyone. In some embodiments, the passcode/password, may only be used once, by a sender. If the password is correct, then the originator/sender may be whitelisted, and subsequent emails associated with the originator/sender may be approved and delivered to the inbox and/or another appropriate folder. According to exemplary embodiments, any number of suitable methods may exist for a recipient user and/or for the email system 10 for whitelisting email senders. For example, one such method may include simply adding to a user's whitelist directory, individuals the user has emailed.

At step 310, if the received message is determined to be approved and/or authorized, the message may be delivered to the recipient user. For example, an approved email may be delivered to the inbox of the recipient user, may be sent to a folder associated with the user, may be forwarded to another

US 9,306,887 B1

7

email address, and/or another action may be taken or acted on the email according to the user's settings.

If at step 305 a received email is not approved and/or determined not to be from a sender who is whitelisted, then at step 315, the email system 10 may deliver, forward, store, and/or place the email in a queue. The queue may be an email repository for holding at least blocked or non-approved email messages. In some embodiments, a user of the email system 10 may access and/or retrieve queued emails intended for the user. In some exemplary embodiments, not all emails that are not approved may be queued. For example, such emails, including emails identified as containing a virus or the like may be automatically deleted or discarded by the email system 10. In another example, some emails identified as spam may be discarded and/or sent to a spam folder.

After placing the non-approved/non-authorized email in the queue, the email system 10 may assign a queue number to the email. The queue or queue repository may be part of the database 40. The assigned queue number may indicate queued emails positions and/or order in the queue. For example, if there already 20 emails in the queue, the most recently received email may be assigned a queue number of 21. Of course, the email system 10 may implement other methods for tracking or keeping the order of queued emails. In one example, queue numbers may be assigned relative to the position to a reference email, for example the first email in the queue. In another example, no queue numbers may be assigned, but rather order/position of queued emails may be determined or implemented based at least in part on how the email system 10 stores the queued emails, for example storing the emails in order of reception.

In exemplary embodiments, the email system 10 may by default assign queued emails according to a FIFO or related method. For example, in such a manner, the most recent queued email may be assigned a queue number (or other suitable indicator) that places the email last in the queue. However, in some embodiments, the email system 10 may not necessarily place a most recently received email at the bottom of the queue. For example, in some situations, the email system 10 may analyze the queued email, e.g., its contents (subject line, body, etc.), its sender email address, the domain from where it was sent, etc. and determine to place and/or assign the email somewhere else in the queue. For example, in the determination of where to assign/place a recently received email which is to be placed in the queue, the email may be assigned a queue number or a position in the queue which differs from the end of queue position or place. In this regard, one or more factors may be used to determine where to place the email in the queue. Such factors may be based at least in part on settings associated with the email system 10 and/or based at least in part on the user's settings.

At step 320, after storing and ordering the email in the queue, the email system 10 may send a notification message to the originator of the queued email using any suitable means, including, for example, text message, email, automatic voice call, fax, etc. The notification message may indicate to the originating sender information indicating the status of the email. In this regard, the notification may indicate that the email has been queued and may be delivered to the recipient at a later time and may indicate the email's place or position in the queue.

FIG. 4 shows according to an exemplary embodiment, an exemplary method for maintaining and/or processing queued emails which can be implemented by the email system 10. At step 405, the email system 10 may check and/or determine whether it has received an advancement request regarding an email which has been queued. In embodiments, the queued

8

email advancement request may be received through an email, text, message, etc. In some embodiments, the advancement request may be implemented through an interface, including one provided through a webpage website via the Internet. The person who wishes to advance their email, may be required to provide information to identify themselves and/or the email they wish to advance. The advancement request may identify one or more particular emails to be advanced.

If the email system 10 receives a queued email advancement request, then, the email system 10 may require a code or some other input to advance the email. At step 410, the email system can receive a queue advancement code. The advancement code may be inputted to the email system 10 through an interface as previously mentioned, and/or may be transmitted to the email system 10 through any other suitable method. The person requesting advance may obtain one or more advance codes from the email system 10 and/or from the intended recipient user. For example, an individual requesting to advance an email, may provide some consideration, e.g., monetary consideration, non-monetary consideration, including, for example, viewing an advertisement, signing up for an account with the email system 10, etc., in order to receive an advancement code.

At step 415, the email system 10 may evaluate the received advancement code with respect to the one or more emails to which an advancement request has been specified. If at step 415 the provided code is valid, then the respective emails may be advanced in queue. For example, an email that was placed 50th in the email queue, may be placed at a higher priority position, e.g., 30th, 20th, 15th, 9th, 1st, and/or any other position in accordance with embodiments herein. In this regard, the advancement of one or more emails in the queue may cause other emails to be deprioritized, or moved lower in the queue. In some embodiments, a code or setting may prevent one or more emails from being prioritized or deprioritized. In one example, emails that have been advanced in response to the email system 10 receiving an advancement code may be prohibited or prevented by the email system from subsequently being deprioritized.

If at step 415, a provided code is determined by the email system 10 to be invalid, then at step 420, the email system 10 may provide a notification of the defective or incorrect code. The email system 10 may prompt the requesting party to reenter a code to provide a valid code.

FIG. 5 shows according to an exemplary embodiment, an exemplary method for maintaining and/or processing queued emails which can be implemented by the email system 10. In this regard, at step 505 the email system may determine whether to provide and/or deliver one or more queued emails to the intended recipient user of the email system 10. As previously disclosed, one or more non-approved emails intended for a user of the email system 10 may not be delivered to the inbox (or any other suitable folder/area associated with the user's email account) and instead, may be placed in an email queue. Then, at various times the email system 10 may provide/delivery of one or more emails from the queue, which emails may then be delivered to the intended recipient user.

In exemplary embodiments, the email system 10 may decide when and how many queued emails to deliver to the intended recipient user. In some cases, the email system 10 may by default deliver queued emails at one or more intervals, such as, for example, every 15 minutes, every 30 minutes, every hour, etc., to the recipient user. In other cases, the email system 10 may delivery queued emails at one or more recurring times, e.g., 12 PM, or 12 PM on Tuesdays, or 12 PM on

US 9,306,887 B1

9 10

every other Tuesday, etc. In another example, the queued emails may be delivered in response to a request sent from the recipient user. In some embodiments, the queued email delivery times may be dependent on or a function of the number of emails in the queue with respect to the intended recipient user. For example, the email system **10** may schedule more queued email deliveries when there are a lot or an excessive number of emails in the queue, and/or may schedule less or less frequent queued email deliveries when there is a small number of emails in the queue.

If at step **505** the email system **10** decides to deliver one or more queued emails to the email system **10**, then at step **510** the email system **10** may deliver a batch of emails. In exemplary embodiments, the email system **10** may deliver a designated set (one or more) of the highest priority emails, which may typically consist of the earliest queued emails not yet delivered to the recipient user. In some situations, the email system **10** may deliver a percentage of the highest priority emails (e.g., top 1%, top 5%, top 10%, etc.) or deliver a set number of highest priority emails (e.g., top 3, top 5, top 10, etc.). In some situations, the number of emails to be delivered may be dependent and/or vary with the number of emails in the queue. For example, when there is a large number of emails in the queue, the number of emails delivered in an email queue batch to the recipient user's account (inbox, folder, etc.) may be greater than at other times when the number of queued emails is smaller. As with other features, the recipient user may specify how many queued emails are to be delivered at one or more user specified times. In embodiments, queued emails may be delivered depending on the size of the inbox. For example, when the number of emails in the email inbox is large, queued emails may be delivered with less frequency. However when the number of emails in the email inbox is small, queued emails may be delivered with more frequency. In some embodiments, queued emails may be sent in response to one or more deletions of email from the email inbox.

After delivering an email queue batch, the email system **10** may update the email queue at step **515**. With respect to the queued emails of a particular email user, after one or more queued emails have been delivered/forwarded to the user, then the remaining emails may be revised with their priority place/order adjusted accordingly. For example, if there had previously been **100** queued emails with 10 being delivered, emails previously assigned queue places or orders of 11-100 may be readjusted to 1 through 90. In some embodiments, variations of the reordering/readjusting may be implemented by the email system **10** in accordance with embodiments described herein.

At step **520**, the email system **10** may send one or more notifications that queued emails have been delivered. Such notifications may be sent to the recipient user to indicate that they have new messages. In some embodiments, notifications may be sent to the originator of the previously queued email to indicate that their email now has been delivered to the intended recipient account.

In yet another exemplary embodiment, the email system **10** may implement various rejection options. The email system **10** may delete or reject option received emails system **10** for which a corresponding valid PIN/passcode is not concurrently or subsequently provided, emails that are not whitelisted, and/or emails in which the intended recipient has not previously emailed the senders. That is the email system **10**, may or may not implement a queue.

In yet other exemplary embodiments, non-whitelisted emails may be placed in an email queue, but may be deleted if the sender of the email is not approved by the time the

queued reaches a certain position. That is instead of delivering the email to the intended recipient user's inbox or other suitable location, the email is deleted unless the sender or recipient user takes an appropriate action, e.g., the sender provides a PIN, the recipient user adds the sender to the whitelist, the sender provides some consideration to the email system or recipient user, etc.

It will be understood that any of the above steps and/or elements can be combined and/or separated in any combination and/or separation thereof and/or taken in any order. For ease, the steps are described as being sequential and/or in order. This is merely for ease of understanding and is not in any way meant as a limitation.

Now that exemplary embodiments of the present disclosure have been shown and described in detail, various modifications and improvements thereon will become readily apparent to those skilled in the art.

What is claimed is:

1. A method comprising:

(a) receiving, at an email server of an email system, an email addressed to a first user of the email system, the email server comprising one or more computers;

(b) analyzing, by the email server, the received email;

(c) accessing, by the email server, one or more electronic databases stored on one or more computer-readable storage media operatively connected to the email server, the databases comprising information related to one or more respective registered users of the email system:

   (i) profile information including identification information for the respective registered users;

   (ii) whitelist information indicating one or more individuals and/or email addresses approved to send email to the respective registered users;

   (iii) email message data including email messages accessible to the respective registered users through an email interface;

   (iv) queue information including queued email messages assigned queue positions and not being accessible to the respective registered users through an email interface;

   (v) password information including whitelist password codes and queue advancement password codes for the respective registered users;

(d) determining, by the email server, whether the received email is approved to be sent to the first user based at least in part on the whitelist information;

(e) based at least in part on a determination in step (d), that the received email is not approved, storing the received email as a queued email message, and assigning a queue position to the received email;

(f) sending, by the email server to a device associated with the received email, a notification message indicating that the received email has not been delivered to the first user and providing a signifier that indicates the queue position of the received email relative to queue positions of other received emails that are not approved;

(g) receiving, at the first email server, a request to advance the received email queue position, the request including a queue advancement password code;

(h) determining, by the email server, whether the received queue advancement password code is valid; and

(i) based at least in part on a determination in step (h), that the received queue advancement password code is valid, updating the queue information for the first user so that the queue position of the received email is advanced.

2. The method of claim **1**, wherein the queue advancement password code is provided to the originator of the queued

US 9,306,887 B1

**11**

email following the provision of monetary consideration by the originator of the queued email.

**3**. The method of claim **1**, wherein the queue advancement password code is provided to the originator of the queued email following the viewing of an advertisement by the originator of the queued email.

**4**. The method of claim **1**, wherein the queue advancement password code is provided to the originator of the queued email following the registration by the originator of the queued email for an account with the email system.

**5**. The method of claim **1**, wherein step (d) comprises comparing the IP address of the originator of the incoming email to a database of whitelisted IP addresses.

**6**. The method of claim **1**, wherein step (d) comprises comparing the IP address of the originator of the incoming email to a database of non-whitelisted IP addresses.

**7**. The method of claim **1**, wherein step (d) comprises comparing the email address of the originator of the incoming email to a database of whitelisted email addresses.

**8**. The method of claim **1**, wherein step (d) comprises comparing the email address of the originator of the incoming email to a database of non-whitelisted email addresses.

**9**. The method of claim **1**, wherein step (d) comprises comparing an alphanumeric code associated with an incoming email to a database of whitelisted alphanumeric codes.

**10**. The method of claim **1**, wherein step (d) comprises comparing an alphanumeric code associated with an incoming email to a database of non-whitelisted alphanumeric codes.

**11**. A method comprising:

(a) accessing, by the email server, one or more electronic databases stored on one or more computer-readable storage media operatively connected to the email server, the databases comprising information related to one or more respective registered users of the email system:

   (i) profile information including identification information for the respective registered users,

   (ii) whitelist information indicating one or more individuals and/or email addresses approved to send email to the respective registered users,

   (iii) email message data including email messages accessible to the respective registered users through an email interface;

   (iv) queue information including queued email messages assigned queue positions and not being accessible to the respective registered users through an email interface;

   (v) signifiers that indicate queue position of each non-accessible email message relative to other non-accessible email messages;

**12**

   (vi) queue preference information indicating one or more delivery preferences for the queued email messages becoming accessible email messages to the respective registered users;

(b) determining, by the email server, based at least in part on the queue preference information for the first user, whether a queue delivery time has arrived to convert queued email messages to email messages accessible to the first user,

(c) in response to a determination in step (b) that the queue delivery time has arrived, identifying, by the email server, one or more queued emails to convert to accessible email messages based at least in part on the queue preference information;

(d) updating, the one or more databases by the email server, so that the one or more identified queued email messages are stored as email messages accessible to the first user; and

(e) sending, by the email server, a message to a device associated with the first user indicating that one or more queued email messages are provided to the email account associated with the first user.

**12**. The method of claim **11**, wherein the queue preference information of the first user specifies a date.

**13**. The method of claim **11**, wherein the queue preference information of the first user specifies an upper limit on the number of emails to maintain in the queue.

**14**. The method of claim **11**, wherein the queue preference information of the first user specifies a period of time for which to maintain emails in the queue.

**15**. The method of claim **11**, wherein the queue preference information of the first user specifies a limit on the size of the queue, based at least in part on computer memory.

**16**. The method of claim **11**, wherein the queue preference information indicates the number of emails to deliver from the queue, based at least in part on an absolute number.

**17**. The method of claim **16**, wherein the absolute number is set by the user.

**18**. The method of claim **16**, wherein the absolute number is selected automatically by the email system.

**19**. The method of claim **11**, wherein the queue preference information indicates the number of emails to deliver from the queue, based at least in part on a percentage of the number of emails in queue.

**20**. The method of claim **11**, wherein the queue preference information indicates the number of emails to deliver from the queue, based at least in part on a percentage of the number of emails in the first user's inbox.

\* \* \* \* \*

Exhibit P4

Exhibit P4a

ADVERTISEMENT

☰                          **Los Angeles Times**                    LOG IN    🔍

ENTERTAINMENT & ARTS

# Director Cameron to shoot again

By continuing to use our site, you agree to our **Terms of Service** Privacy Policy. You can learn more about how we use cookies by reviewing our **Privacy Policy.** Close

**The story begins in California.**
Try for $1 a week.

SUBSCRIBE

Director Cameron to shoot again - Los Angeles Times



By  JOHN HORN

JAN. 8, 2007
2:20 PM



TIMES STAFF WRITER

*Nearly 10 years after James Cameron made "Titanic," the record-breaking filmmaker said Monday that he's finally ready to step behind the cameras again.*

*Cameron's "Avatar," a science-fiction adventure set 150 years in the future, will start production this spring, with a scheduled summer 2009 release by 20th Century Fox. For now, Cameron's other contemplated feature, "Battle Angel," is on hold.*

*Cameron actually outlined "Avatar" before he made "Titanic" but didn't have the filmmaking tools to make it. "It was just too ambitious," Cameron said. "But now the technology has caught up."*

*After flip-flopping between "Avatar" and "Battle Angel," Cameron said he decided to proceed with the former film after completing a five-day camera test a year ago. "I could vividly picture how we would shoot the film," the writer-director said.*

*The movie, which combines live action and animation, will be made with some of the same performance-capture animation techniques used in movies such as "Monster House" and "The Polar Express." Cameron says his process will offer numerous refinements, especially in its depiction of facial expressions and physical action. The movie will be filmed with digital cameras and shown in 3-D theaters.*

By continuing to use our site, you agree to our **Terms of Service** and **Privacy Policy**. You can learn more about how we use cookies by reviewing our **Privacy Policy.** Close

**The story begins in California.**
Try for $1 a week.

SUBSCRIBE

Case 3:20-cv-01596-VC　　Document 1-10　　Filed 03/04/20　　Page 41 of 58

*of post-production to see how a final shot turns out, Cameron will be able to see in nearly real time how an actor and the environment combine.*

*Since he made 1997's "Titanic," the highest-grossing movie in Hollywood history and the winner of the best picture Oscar, Cameron has made several documentaries. In both "Ghosts of the Abyss" and "Aliens of the Deep," Cameron experimented with 3-D camera systems, new versions of which will be employed on "Avatar."*

*Cameron said 95% of the film unfolds on Pandora, a moon of a giant gas planet. Pandora features a lush tropical forest rich in striking plant and animal species, and its inhabitants have been targeted for exploitation.*

*While much of the acting will be recorded in 31 days of performance-capture photography on a high-tech Playa Vista stage, "Avatar" also will feature live action, which will be cut together with the animation. "Ideally, the audience won't know where one ends and the next starts," Cameron said.*

*When Cameron made "Titanic," he cast at its center two actors without much name recognition at the time: - Leonardo DiCaprio and Kate Winslet. Both, of course, went on to be huge stars. For "Avatar," Cameron has cast two more under-the-radar performers: 30-year-old Aussie actor Sam Worthington ("The Great Raid," "Hart's War") will play the film's hero, Jake, and 28-year-old Zoe Saldana ("Pirates of the Caribbean: The Curse of the Black Pearl," "Drumline") his love interest.*

*john.horn@latimes.com*

ENTERTAINMENT & ARTS

**NEWSLETTER**

**The story begins in California.**
Try for $1 a week.

By continuing to use our site, you agree to our **Terms of Service** ₂ **Privacy Policy**. You can learn more about how we use cookies by reviewing our **Privacy Policy**. Close

SUBSCRIBE

# Exhibit P4b

*Hollywood REPORTER*

**BUSINESS**

# Cameron sails 'Avatar'

4:00 AM PST 1/9/2007 by Anne Thompson , AP

　　

## Live-action/CG epic set for 2009

James Cameron is set to direct "Avatar," his first dramatic feature since the Oscar-winning blockbuster "Titanic" in 1997.

Fox Filmed Entertainment chairmen Jim Gianopulos and Tom Rothman said Monday that Cameron will start virtual photography on the sci-fi epic in April, with live-action photography commencing in August, for a summer 2009 release. It will be filmed in a new digital 3-D format for release in 3-D.

The director already has spent years in R&D on the multiple processes needed to create a $190 million hybrid of live action and animation, which he vowed will never pass the $200 million mark. "I've been the busiest unemployed director in Hollywood," he said. "We're going to blow you to the back wall of the theater in a way you haven't seen for a long time. My goal is to rekindle those amazing mystical moments my generation felt when we first saw '2001: A Space Odyssey,' or the next generation's 'Star Wars.' It took me 10 years to find something hard enough to be interesting."

Said Rothman: "Jim has taken the time to get it right, and we're taking the time to do it right. It's worth the wait."

Neither Cameron nor Fox want to repeat the budget overruns that plagued the $200 million "Titanic," the director said. "We

Esq　　Labor　　Reps　　INT'L

≡                                    *The Hollywood Reporter*                                    🔍

characters are designed, animators are already working."

Partly through its work on six documentary features including "Ghosts of the Abyss," Cameron's Lightstorm Entertainment team has researched a potentially groundbreaking mix of live-action cinematography and virtual photorealistic production techniques for "Avatar," which will feature virtual characters.

"Avatar," with a screenplay by Cameron, will mark the director's return to the sci-fi action-adventure genre. He first wrote an 80-page treatment 11 years ago. The film centers on a wounded ex-Marine who is unwillingly sent to settle and exploit the faraway planet Pandora. He gets caught up in a battle for survival by the planet's inhabitants, called Na'vis, and falls in love with one of them. "Not only is this groundbreaking technologically, but it's an intimate story set against an epic canvas," Rothman said. "That's what Jim does. You can't compare it to anything out there. Its biggest upside, besides its revolutionary technology, is its newness. It's not a sequel to anything."

Cameron had been developing another sci-fi adventure, the comic book adaptation "Battle Angel Alita," but when Laeta Kalogridis' script for that project didn't come together after many drafts, he dusted off "Avatar," which he hadn't touched for five years. He started designing the movie in May 2005, he said.

During the next year and a half, Cameron continued to develop "Battle Angel" alongside "Avatar." Said producer Jon Landau: "We needed to prove to ourselves that we could make 'Avatar' and make it at the level of quality that Jim wanted. So throughout that early fall we went through a series of tests where we actually shot a scene from the movie to prove the process to ourselves." After finalizing 45 photo-real seconds of a five-minute performance-capture test, Cameron and the studio were convinced that "Avatar" could proceed.

For the film's lead role, the 22-year-old planetary adventurer Jack Sully, Cameron sought a new face. After global screen tests to satisfy the studio, he selected his first choice, Australian actor Sam Worthington, who has starred in "Somersault" and "Dirty Deeds" and had been considered to play James Bond. "He's got the weight, he's a tough guy — a young Russell Crowe. They grow them differently over there," Cameron said.

Zoe Saldana, who appeared in "The Terminal" and "Pirates of the Caribbean: The Curse of the Black Pearl," will portray Sully's love interest, one of the planet's primitive aliens. She will be a CG character, while Sully will exist in human (live action) and biological "avatar" (CG) form. As an avatar, the human Sully is able to project his consciousness into an alien body.

Both actors have signed on for possible future installments as well because Cameron and Fox see "Avatar" as a potential franchise. "If we make money, I guarantee there will be more," Cameron said. "If we don't, we'll pretend it never happened." Other casting will be announced shortly.

For "Avatar," Cameron will use performance-capture techniques similar to those used by such films as "Superman Returns" and "King Kong" as well as a real-time virtual camera system, which will blend the actors' performances and CG performances with real sets, miniatures and CG environments. With the virtual camera, the director will be able to look through an eyepiece and see his characters in their virtual world.

Saying the production process is similar to creating an animated film, Cameron estimated that the finished film will be 60% CG elements and 40% live action. He is aiming for the sort of photo-realism achieved by the CG sequences in "Kong" and the "Lord of the Rings" trilogy.

"We had a number of processes we wanted to bring to maturation," he said. "We wanted to kick up to the next level of cinematographic precision the 3-D live-action photography we had been using on the documentary films. We refined the second generation of the Fusion camera." The proprietary Fusion digital 3-D camera system was developed by Cameron and Vince Pace,

Esq     Labor     Reps     INT'L

*Hollywood Reporter* 

The competitive race among four VFX houses for the assignment to supervise the film's visual effects was won by Peter Jackson's Oscar-winning Weta Digital, which worked on "Rings."

"Any one of them could have handled the volume of shots, the scale of the project, and handled the technology," Cameron said. "Joe Lettieri and his team had a history of translating facial performance capture to really good photo-real characters. The culture there is imbued from the head down with a passion for fantasy filmmaking. And they met us halfway on the price."

"Avatar" will be produced by Cameron and Landau for Lightstorm. Principal photography will take place in and around Los Angeles and in New Zealand. Production designer Rick Carter, visual effects designer Rob Stromberg and visual effects producer Brooke Breton already have begun work. No director of photography has been hired.

SKIP AD  ❯      AD

Exhibit P4c



≡

Sign In     Subscribe

# Q&A with James Cameron

By Rebecca Winters Keegan | Thursday, Jan. 11, 2007

Tweet      Share      [ Read Later ]

In April, nearly 10 years after *Titanic* made its box-office splash, director James Cameron starts filming his next feature, the sci-fi film *Avatar*. He spoke to TIME's Rebecca Winters Keegan.

**TIME: You wouldn't think the guy with the highest-grossing film of all time would take 10 years to get his next green light.**

Cameron: It's always a miracle when a film gets made. We started designing the creatures 18 months ago, creating the world, the plants, the animals; we started working on the performance capture technology. I couldn't make this when I wrote it, which was before *Titanic*. It wasn't technically possible. At a certain point I said, the technology may not be 100% mature, but it's time.



Ethan Miller / Getty

Oscar-winning director James Cameron, 2006.

| Email | Print |
|-------|-------|
| Share | Reprints |

Follow @TIME

***Avatar* will be in 3-D. Why did you choose that format?**

It's immersive. It wraps the movie around you. It's not necessarily just for kids' films either. It works in a dramatic sense because it gives you a heightened sense of reality. Whatever you're watching has a kind of a turbo-charged level of audience involvement. In a science fiction film like this one, you'll be able to inhabit that world, not just watch it but be in it. I think people want that. If people are going to get out of their homes and go to the cinema, the cinema better show them something it hasn't in the past.

**Will audiences be able to watch this at a regular multiplex?**

Yes, but people will have to seek out the theaters that have 3-D. Right now there are about 300 3-D theaters. By the time the film's out [summer of 2008], there are projected to be more than 1,000.

**What is an avatar, anyway?**

It's an incarnation of one of the Hindu gods taking a flesh form. In this film what that means is that the human technology in the future is capable of injecting a human's intelligence into a remotely located body, a biological body. It's not an avatar in the sense of just existing as ones and zeroes in cyberspace. It's actually a physical body. The lead character, Jake, who is played by Sam Worthington, has his human existence and his avatar existence. He'll be shown using live-action photography in 3-D and computer-generated imagery.

**Are you happy to be returning to sci-fi?**

I am. Science fiction's very good at taking something timely that maybe you can't look straight at. That's its true role, making us think about the consequences of our actions now. *Avatar* is an adventure about how we as humans deal with nature. I'll probably get a reputation as a tree-hugging hippie.

**Do you feel pressure to duplicate *Titanic*'s success?**

I've been off doing documentaries, and now I'm back to play in the league I left years ago, so there's gonna be expectation — can he still make a movie? I don't think I'll beat *Titanic*'s record, and I don't think anyone else will for a while. I'll be happy if this film makes money relative to its budget.

**How did you cast your lead?**

In the age group I was looking for, early 20s, there weren't any obvious guys. The character is a former Marine who's a paraplegic and has just been kind of thrown away. The actor Sam is one of these young Australian guys who's gonna be the next Mel Gibson or Russell Crowe. They grow 'em different down there, you know? In *Gladiator*, you understood why those guys stood behind Crowe. I needed to find a guy in his 20s who had that quality. And it's not an easy thing. It was about being able to stand up and lead men in battle. A lot of these up-and-



Sign In    Subscribe

**Is this a political film?**

War and the consequences to the soldier is a theme in my movies. *Terminator* has a scarred soldier character. We have to face the consequences of setting our people off to do our bidding in a foreign land. But it's not a major undercurrent of the story. I'm not trying to make some anti-Bush statement.

**Did you vote for the Governator, Arnold Schwarzenegger?**

I'm Canadian, so I can't vote here, but I did support him. He's only a Republican in California. In Oklahoma, he'd be seen as a pinko.

**Did you have fun playing yourself on *Entourage*?**

It's fun watching another director sweat.

**Do you still feel like King of the World?**

I've got five kids. I feel like King of the World in my house.

## Sponsored Stories

Recommended by                |

**TC Electronic Spark Booster Pedal**

SWEETWATER

**One Thing All Liars Have in Common, Brace Yourself**

Instant Checkmate

**GX-7 Driver**

GX7 X-Metal



**Former Schoolteacher Training Thousands to Trade**

Raging Bull

**DELL Precision M4800 Laptop PC - Intel Core i7-4800MQ 2.7GHz, 8GB RAM,**

Tiger Direct

**Line 6 Spider V 20 20W 1x8 Guitar Combo Amp Black**

Guitar Center

© 2019 TIME USA, LLC. All rights reserved.

# Exhibit P4d

# James Cameron talks "Avatar"

The director reveals how he got Fox to greenlight his $195 million technology-driven motion picture

By **Jeff Jensen**

January 15, 2007 at 05:00 AM EST



PHOTO: JAMES CAMERON: JASON KEMPIN/RETNA LTD.

James Cameron is finally following up that movie about the boat accident. His new project, *Avatar*, is an epic, 3-D sci-fi film about an ex-Marine on an inhospitable planet where humans can only survive by projecting their consciousness into genetically engineered bodies (a.k.a. "avatars"). The people of earth want to exploit the planet's natural resources, of course, causing the inhabitants to revolt and a war to break out. The rub for the protagonist, named Jake (played by newcomer Sam Worthington), is that he's fallen in love with a native (Zoe Saldana), forcing him to choose a side in the battle. Fox has gone out on a limb, granting Cameron a whopping $195 million to tell the tale — but hey, what's a couple hundred mil for a guy who racked up 11 Oscars with his last full-length feature?

12/11/2019
Case 3:20-cv-01596-VC   Document 1-10   Filed 03/04/20   Page 51 of 58
James Cameron talks "Avatar" | EW.com

**ENTERTAINMENT WEEKLY.** For a while now, you've been debating between two different projects: *Avatar*, which is an original screenplay that you wrote, and *Battle Angel*, adapted from a series of Japanese comics. So why pick *Avatar*?

**JAMES CAMERON:** Well, *Battle Angel* and *Avatar* were being developed at the same time. The thinking was that we'd be using similar technology to create either one or both of those films. It was little bit of a horse race there for a while to see which one was going to be done first. The way I pitched it to Fox was, "We're doing both these films." The order is relatively arbitrary, because we're making an investment in a methodology and a technical infrastructure that could produce both. But I ultimately had to choose which one was going to be first, and I began to run into a bunch of script problems with *Battle Angel*, because I was synthesizing down these graphic novels. There are 10 of them. It was the kid in the candy store problem — too many good ideas and no story. So we went through five drafts and didn't solve them. So I switched to *Avatar* and we started developing that. Then, of course, a great script came in on *Battle Angel*! Which is a good problem to have, because I had two great projects, either one of which the studio would be happy to go ahead with. I would say it was August or September of 2005 we decided to push ahead with *Avatar*. Believe it or not, it was that long ago.

**What was the deciding factor?**

We did a test of the performance-capture techniques we wanted and needed to use to make this film — a live action, real-time, director-centric performance-capture process. In other words, as the actors perform, I'm able to see in the monitor not only what they might look like as their CG character, but in the CG environment we've created, and direct them accordingly. When we did the test, we chose *Avatar*, just because it seemed like the easiest one to get going for a test, for a lot of reasons.

**This is an original screenplay, correct?**

That's correct.

**How did you come up with this story?**

Well, my inspiration is every single science fiction book I read as a kid. And a few that weren't science fiction. The Edgar Rice Burroughs books, H. Rider Haggard

— the manly, jungle adventure writers. I wanted to do an old fashioned jungle adventure, just set it on another planet, and play by those rules.

**Your premise reminded me a lot of the Edgar Rice Burroughs *John Carter, Warlord of Mars* series.**

It's definitely got that feeling, and I wanted to capture that feeling, but updated. To be certain, I wanted a film that could encompass all my interests, from biology, technology, the environment — a whole host of passions. But I've always had a fondness for those kind of science fiction/adventure stories, the male warrior in an exotic, alien land, overcoming physical challenges and confronting the fears of difference. Do we conquer? Exploit? Integrate? *Avatar* explores those issues.

**How long has this been in your head?**

I wrote an 80-page treatment 11 years ago. We were working from the treatment in designing the world and the creatures and so on. I wrote the script the first four months of 2006.

**Is it true you have developed a whole culture and even a whole language for the aliens in this movie?**

Absolutely. We have this indigenous population of humanoid beings who are living at a relatively Neolithic level; they hunt with bows and arrows. They live very closely and harmoniously with their environment, but they are also quite threatening to the humans who are trying to colonize and mine and exploit this planet.

**Sounds like you've crafted a story with a lot of political resonance.**

Only in the very broadest sense of how we as a Western technological civilization deal with indigenous cultures; we basically supplant them. If not in an active, genocidal way, then in a passive manner. They just kind of wither away. Our impact on the natural environment, wherever we go — strip mining and putting up shopping malls. Now, we're extending that to another planet.

**How long did it take to brainstorm the language? Did you work with people on that?**

There's a guy named Paul Froemer who I was lucky enough to encounter a year ago. He's the head of the linguistics department at USC. I talked with a number

Case 3:20-cv-01596-VC   Document 1-10   Filed 03/04/20   Page 53 of 58

of linguistics experts, but he was the one who kind of got the challenge. He said, "We're going to beat Klingon! We're going to out-Klingon Klingon! We're going to have a more detailed and well thought out language than Klingon!" He's been working on this for a year. It began by riffing off things in the treatment, but from there, it went to how sentences would be constructed, and what the sound system would be. It would have to be something that was pronounceable by the actors but sounded exotic and not specific to human languages. So he's mixing bits of Polynesian and some African languages, and all this together. It sounds great.

**What was the tipping point in terms of realizing that this movie was technically possible?**
Looking at what Peter Jackson was able to do with Gollum, and then King Kong. And Davy Jones [from *Pirates of the Caribbean*] — all these examples of compelling photo-realistic, fully CG characters, in a photo-realistic world. I don't think many people are aware that a lot of the jungle scenes in *King Kong* were actually CG. They did a lot with miniatures, but toward the end they were doing a lot of the jungles in CG.

**Was the number of theaters that could exhibit a 3-D movie also on your mind in terms of when to go forward with this?**
Absolutely. There's been a sense for me over the past two or three years of, "Well, if not this year, then it's okay next year for me to start a movie, because the longer I wait, the more theaters there will be," and I want to be able to land in 1,000, 1,500 theaters — as many theaters as I can — in digital 3-D. Because I've been working with our 3-D cameras over the past six years. We've refined them. They work great. They work perfectly. I love working with them. I don't want to go back to shooting on film. I don't want to go back to shooting in 2-D, so for me it was just a question of waiting for the right moment. In fact, I think I've actually waited too long. Everybody else is out there making animated films and putting them in 3-D and this is such a big picture. We're not going to land in theaters until summer of '09. But I think we can be sure that we will have a lot of 3-D screens by '09 at the rate they've been increasing.

Exhibit Q4

# Exhibit Q4a



Wayback Machine | Wayback Machine | Wayback Machine | Wayback Machine | sites - Google Drive

web.archive.org/web/*/https://www.latimes.com/entertainment/la-et-cameron8jan08-story.html

Apps | 'Elysium' Director St... | cameronlitdreh.html | 'Breaking Bad' Auct... | "Fraud on the Court... | haven - Google Sea... | "Incorporate By Ref... | "Gross Negligence"... | (Contract) Technical... | Other bookmarks

SIGN IN | UPLOAD | Search

ABOUT | CONTACT | BLOG | PROJECTS | HELP | DONATE | JOBS | VOLUNTEER | PEOPLE

DONATE

INTERNET ARCHIVE WaybackMachine

Explore more than 396 billion web pages saved over time

https://www.latimes.com/entertainment/la-et-cameron8jan08-story.html

**Calendar** · **Collections** beta · **Changes** beta · **Summary** · **Site Map**

Saved **12 times** between December 21, 2014 and November 21, 2019.

| JAN | | | | | | | FEB | | | | | | | MAR | | | | | | | APR | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | | | | | | 1 | 2 | | | | | | 1 | 2 | | 1 | 2 | 3 | 4 | 5 | 6 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |

Type here to search

4:30 AM 12/11/2019

Exhibit Q4b

Wayback Machine
Wayback Machine
Wayback Machine
Wayback Machine
sites - Google Drive
https://web.archive.org/web/2016*/https://www.hollywoodreporter.com/news/cameron-sails-avatar-127545
Apps
'Elysium' Director St...
cameronlitdren.html
'Breaking Bad' Auct...
"Fraud on the Court...
haven - Google Sea...
"Incorporate By Ref...
"Gross Negligence"...
(Contract) Technical...
Other bookmarks
SIGN IN
UPLOAD
Search
ABOUT
CONTACT
BLOG
PROJECTS
HELP
DONATE
JOBS
VOLUNTEER
PEOPLE
DONATE
INTERNET ARCHIVE
WaybackMachine
Explore more than 396 billion web pages saved over time
https://www.hollywoodreporter.com/news/cameron-sails-avatar-127545
Calendar · Collections beta · Changes beta · Summary · Site Map
Saved 1 time March 4, 2016.
1997 1998 1999 2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011 2012 2013 2014 2015 2016 2017 2018 2019
JAN
FEB
MAR
APR
Feedback
Type here to search
4:32 AM
12/11/2019

