# Exhibit Q4c



# Exhibit Q4d



# Exhibit R4

BUSINESS

# Parker new vice chairman as Fox film unit shifts ranks

4:00 AM PST 1/30/2007 by Nicole Sperling , AP





CITY
NATIONAL
BANK

AN RBC COMPANY

WHERE THE
ONLY WAY IS UP.

LEARN MORE

© 2019 City National Bank.
All Rights Reserved.
MEMBER FDIC

## Empty

Hutch Parker, who had been serving as president of 20th Century Fox, has been promoted to vice chairman of 20th Century Fox Film Group. He will continue to oversee the TCF film unit while also taking on supervision of Fox Animation.

His new duties, along with those of a number of other top Fox executives, were announced Monday by Jim Gianopulos and Tom Rothman, co-chairmen of Fox Filmed Entertainment.

Parker's promotion will address the departure of Fox Animation president Chris Meledandri, who left the company to establish an animation division at Universal Pictures. While Parker will oversee Fox Animation -- responsible for such hits as the "Ice Age" movies and "Robots" -- Vanessa Morrison, a 12-year Fox production veteran, has been promoted to president of the division. She will report to Parker.

Rather than hire from outside, Gianopulos and Rothman reached into the studio's current ranks to fill the posts. They also tapped TFC executive Debbie Liebling as president of production at Fox Atomic, the studio's new, youth-oriented label. She will report to Peter Rice, who heads Fox Atomic and Fox Searchlight.

Production execs Emma Watts and Alex Young were promoted to co-presidents of production at TCF.

In addition, the studio announced two promotions at its CGI facility Blue Sky Studios. Brian Keane, currently general manager and chief financial officer, has been upped to chief operating officer and chief financial officer. Bruce Anderson, an associate producer on Fox Animation's CG feature "Horton Hears a Who," will retain those duties while also taking on the post of Blue Sky general manager.

"A central management tenet at Fox is that talented people get the chance to move up," Rothman and Gianopulos said.

Parker has served as TCF's president since 2005. He joined the studio in 1995 as senior vp production and was named president of production in 1999.

During her 12 years at Fox, Morrison has supervised such family-oriented films as "Garfield" and "Cheaper by the Dozen" -- several of her films have included CGI work. In her new role, she will oversee the current staff at Fox Animation, including vp John Cohen.

As an executive vp production at TCF, Liebling has overseen such Fox comedy hits as "Borat" and "Dodgeball: A True Underdog Story." Before joining Fox in 2002, she was chief programming exec for Comedy Central's original shows and served as co-producer of the feature film "South Park: Bigger Longer & Uncut."

At Fox Atomic, one of Liebling's first items of business will be to find a replacement for Lawrence Grey, the unit's vp production, who recently left for Universal.

Watts and Young supervised such recent hits as "Night at the Museum" and "X-Men: The Last Stand," respectively. In addition, Watts oversaw production on "I, Robot," "Behind Enemy Lines," "Shallow Hal" and the upcoming "Reno: 911!: Miami," while Young oversaw the first two "X-Men" movies as well as "Fantastic Four" and the upcoming "Live Free or Die" and "Fantastic Four: Rise of the Silver Surfer."

SKIP AD ❯        AD

# Exhibit S4

WIKIPEDIA

# Alex Young (studio executive)

**Alexander Morgan Young** (born August 29, 1971) is an American film and television producer. He was Co-President of Production at 20th Century Fox.

| Alex Young | |
|---|---|
| **Born** | Alexander Morgan Young August 29, 1971 London, England |
| **Occupation** | Film producer |
| **Spouse(s)** | Kate Walsh (m. 2007; div. 2010) |

## Contents

Early life
Career
Personal life
Projects
References
External links

## Early life

Young was born in London, and grew up in Cooperstown, NY, and New York City.[1] He attended Choate Rosemary Hall (Wallingford, CT) for high school, and graduated with honors from Williams College (Williamstown, MA) in 1993, with a dual degree in Political Science and History. Young's father was British entrepreneur Paul Young, who owned the New York City boutique Paraphernalia in the 1960s and was credited with bringing mod fashion, including the mini skirt trend, from London to America.[2] His father died in 2003.[3] He has one sister and currently resides in Los Angeles.

## Career

Young worked at an oil parts company in Tulsa, Oklahoma to pay for college. After college he moved to Los Angeles and his first job was as a runner on the Chevy Chase talk show. When struggling to find work at the end of this show, his father put him in touch with his old colleague Joel Schumacher. Schumacher introduced him to people in the industry and he got a job as an assistant to a creative executive at Paramount. The following year he became assistant to John Goldwyn (former Paramount executive).[1] He was promoted Creative Executive and then Vice-President of Production at Paramount, where he was involved in projects such as *Lara Croft: Tomb Raider*, The Sum of All Fears, Sleepy Hollow, Star Trek: First Contact, The Talented Mr. Ripley, Paycheck and Deep Impact.[4] In February 2002, Hutch Parker brought Young across to 20th Century Fox where he was named Vice-President of Production.[4] Young rose from Vice President to

Senior Vice President to Executive Vice President, working on films such as X-Men 2: X-Men United, *X-Men: The Last Stand*, Live Free or Die Hard, and *Fantastic Four*. In January 2007, Young was promoted along with Emma Watts to become Co-President of Production at 20th Century Fox.[5] Becoming a producer at Fox in 2010, Young has produced Unstoppable, The A-Team, Wall Street: Money Never Sleeps, Predators, A Good Day to Die Hard, and *Hitman: Agent 47*.[6]

## Personal life

In April 2007, Young began dating *Private Practice* star Kate Walsh. They were first spotted having lunch together on April 26, and then went public with their relationship on April 28 by attending a Barack Obama fund-raiser in Los Angeles, which was co-hosted by Young. Young proposed to Walsh during a trip to San Francisco in May.[7] They later married on September 1, 2007 at the Ojai Presbyterian Church in Ojai, north of Los Angeles.[8] On December 11, 2008, Young filed for divorce after 15 months of marriage citing irreconcilable differences; the official date of separation in the divorce petition was listed as November 22.[9] The divorce was finalized February 5, 2010.[10]

## Projects

- *The A-Team*
- *A Good Day to Die Hard*[11][12]
- *Wall Street: Money Never Sleeps*
- *Predators*
- *The God Particle*
- *Unstoppable*
- *Hitman: Agent 47* (2015)
- *Ford v. Ferrari* (2019)

## References

1. Michael Fleming (Vol:9 #3, 2006). "The Passionate Pragmatist". *Fade In*, p. 81.

2. Larocca, Amy (February 10, 2003). "The House of Mod" (http://nymag.com/nymetro/shopping/fashion/spring03/n_8337/). nymag.com. Retrieved December 18, 2008.

3. "Paul Young, 77, Trendsetter of Mod Fashion" (https://query.nytimes.com/gst/fullpage.html?res=9C0CE1DD153CF937A35753C1A9659C8B63). nytimes.com. October 4, 2003. Retrieved December 18, 2008.

4. Mcnary, Dave (February 3, 2002). "Fox taps Young Veep" (http://www.variety.com/article/VR1117860154.html?categoryid=18&cs=1). variety.com. Retrieved December 18, 2008.

5. Laporte, Nicole (January 29, 2007). "Fox's big toon-up" (http://www.variety.com/article/VR1117958286.html?categoryid=13&cs=1). variety.com. Retrieved December 18, 2008.

6. https://pro-labs.imdb.com/name/nm1747215/?ref_=sch_int

7. Serpe, Gina (May 16, 2007). "Kate Walsh Bags a McFiance" (http://www.eonline.com/uberblog/b55160_kate_walsh_bags_mcfianc233.html). eonline.com. Retrieved December 18, 2008.

8. Wihlborg, Ulrica (September 1, 2007). "Grey's Anatomy's Kate Walsh Marries Movie Executive" (http://www.people.com/people/article/0,,20054425,00.html). people.com. Archived (https://web.archive.org/web/20081217151316/http://www.people.com/people/article/0%2C%2C20054425%2C00.html) from the original on December 17, 2008. Retrieved December 18, 2008.

9. "Kate Walsh Splits From Husband" (http://www.people.com/people/article/0,,20246226,00.html). people.com. December 11, 2008. Archived (https://web.archiv e.org/web/20081216235138/http://www.people.com/people/article/0%2C%2C20246226%2C00.html) from the original on December 16, 2008. Retrieved December 18, 2008.

10. http://www.people.com/people/article/0,,20342085,00.html

11. "'Die Hard 5' Script in Negotiations" (http://www.mtv.com/movies/news/articles/1638454/20100505/story.jhtml?rsspartner=rssYahooNewscrawler). MTV. May 5, 2010. Retrieved May 5, 2010.

12. Fresh New Titles for Fox's Die Hard 5 & Fantastic Four Reboot (http://www.firstshowing.net/2010/06/09/fresh-new-titles-for-foxs-die-hard-5-fantastic-four-reboo t)

## External links

- Alex Young (https://www.imdb.com/name/nm1747215/) on IMDb
- Alex Young at Hollywood.com (https://web.archive.org/web/20080320030932/http://www.hollywood.com/celebrity/Alex_Young/1117080)
- Alex Young at InBaseline.com (https://web.archive.org/web/20100210055043/http://inbaseline.com/person.aspx?person_id=36294)

Retrieved from "https://en.wikipedia.org/w/index.php?title=Alex_Young_(studio_executive)&oldid=915118796"

**This page was last edited on 11 September 2019, at 09:48 (UTC).**

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

# Exhibit T4



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Keyword = "James Cameron" "Project 880"
Search Results: Displaying 1 through 25 of 385 entries.

◄ previous | 26 51 76 101 126 ... 376  next ►

Resort results by: Relevance ▼

Set Search Limits

| # | Relevance | Full Title | Copyright Number | Date |
|---|---|---|---|---|
| ☐ [ 1 ] | ▮▮▮▮▮ | Project 880 : film and screenplay / screenplay written by James Cameron. | V3549D502 | 2007 |
| ☐ [ 2 ] | ▮▮▮ | Avatar : f.k.a. Project 880. | V3588D859 | 2010 |
| ☐ [ 3 ] | ▮▮▮ | Crazy heart / by Scott Cooper. | V3585D911 | 2010 |
| ☐ [ 4 ] | ▮▮▮ | Crazy heart. PAu 3-355-111. | V3585D911 | 2010 |
| ☐ [ 5 ] | ▮▮▮ | Avatar : a.k.a. Project 880. | V3585D911 | 2010 |
| ☐ [ 6 ] | ▮▮▮ | Project 880. PAu 3-066-090. | V3585D911 | 2010 |
| ☐ [ 7 ] | ▮▮▮ | Project 880 & 4 other titles. | V3585D911 | 2010 |
| ☐ [ 8 ] | ▮▮▮ | AVATAR. | PA0001653536 | 2009 |
| ☐ [ 9 ] | ▮▮▮ | Project 880. | V3554D096 | 2007 |
| ☐ [ 10 ] | ▮▮▮ | Project 880. | V3554D095 | 2007 |
| ☐ [ 11 ] | ▮▮▮ | Project 880. | V3554D094 | 2007 |
| ☐ [ 12 ] | ▮▮▮ | Project 880 : motion picture. | V3551D925 | 2007 |
| ☐ [ 13 ] | ▮▮▮ | Project 880. | V3554D096 | 2007 |
| ☐ [ 14 ] | ▮▮▮ | Project 880. | V3554D095 | 2007 |
| ☐ [ 15 ] | ▮▮▮ | Project 880. | V3554D094 | 2007 |
| ☐ [ 16 ] | ▮▮▮ | Project 880. | PAu003066090 | 2007 |
| ☐ [ 17 ] | ▮▮▮ | Project 880 : motion picture. | V3546D224 | 2006 |
| ☐ [ 18 ] | ▮▮▮ | Avatar : f.k.a. Project 880. | V3588D878 | 2010 |
| ☐ [ 19 ] | ▮▮▮ | Avatar : f.k.a. Project 880. | V3588D877 | 2010 |
| ☐ [ 20 ] | ▮▮▮ | Project 880. | V3588D867 | 2010 |
| ☐ [ 21 ] | ▮▮▮ | Avatar : f.k.a. Project 880. | V3588D866 | 2010 |
| ☐ [ 22 ] | ▮▮▮ | Terminator 2: judgment day: film / Based on the screenplay by James Cameron & William Wisher. | V2626P256 | 1991 |
| ☐ [ 23 ] | ▮▮▮ | Terminator 2: Judgement day: film / Based on the screenplay by James Cameron & William Wisher. | V2615P174 | 1991 |
| ☐ [ 24 ] | ▮▮▮ | Terminator II: feature-length motion picture photoplay / Produced by Carolco Pictures, Inc. Based on the screenplay by James Cameron. | V2584P340 | 1990 |
| ☐ [ 25 ] | ▮▮▮ | Johnny Utah : a.k.a. Riders of the storm: screenplay / By Peter Iliff, based on a story & treatment written by Rick King, and any literary materials based thereon written by Larry Lasker, Walter Parkes, Greg Pruss, James Cameron & Kathryn Bigelow. | V2575P167 | 1990 |

Resort results by: Relevance ▼

Set Search Limits

Clear Selected   Retain Selected

◄ previous | 26 51 76 101 126 ... 376  next ►

# Exhibit U4

9/15/2019                                          WebVoyage Record View 1



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Keyword = "Project 880" "James Cameron"
Search Results: Displaying 17 of 385 entries



Labeled View

*Project 880 :*

| | |
|---|---|
| **Relevance:** | ▉ ▉ ▉ |
| **Type of Work:** | Recorded Document |
| **Document Number:** | V3546D224 |
| **Date of Recordation:** | 2006-12-11 |
| **Entire Copyright Document:** | V3546 D224 P1-2 |
| **Date of Execution:** | effective as of 6Nov06 |
| **Title:** | Project 880 : motion picture. |
| **Notes:** | Form of copyright assignment. |
| **Party 1:** | Future Service, Inc. |
| **Party 2:** | Ingenious Film Partners 2, LLP & Ingenious Film Partners 3, LLP. |
| **Names:** | Future Service, Inc. |
| | Ingenious Film Partners 2, LLP |
| | Ingenious Film Partners 3, LLP. |



# Exhibit V4



**Copyright**
United States Copyright Office

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Keyword = James Cameron Project 880
Search Results: Displaying 2 of 10000 entries



Labeled View

### *Project 880 : screenplay written by James Cameron.*

**Relevance:** ▮ ▮ ▮ ▮ ▮
**Type of Work:** Recorded Document
**Document Number:** V3549D502
**Date of Recordation:** 2007-02-26
**Entire Copyright Document:** V3549 D502 P1-7
**Date of Execution:** 6Nov06
**Title:** Project 880 : film and screenplay / screenplay written by James Cameron.
**Notes:** One picture license.
**Party 1:** Twentieth Century Fox Film Corporation.
**Party 2:** Igenious Media Investments, Ltd. o.b.o. Ingenious Film Partners 2, LLP & Ingenious Film Partners 3, LLP.
**Names:** Twentieth Century Fox Film Corporation.
Igenious Media Investments, Ltd.
Ingenious Film Partners 2, LLP
Ingenious Film Partners 3, LLP.



| Save, Print and Email (**Help Page**) |
| Select Download Format | Full Record ▼ | Format for Print/Save |
| Enter your email address: | | Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

# Exhibit W4



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Keyword = "James Cameron" "Project 880"
Search Results: Displaying 20 of 385 entries



**Labeled View**

### *Project 880.*

**Relevance:** ▐ ▐ ▐
**Type of Work:** Dramatic Work and Music; or Choreography
**Registration Number / Date:** PAu003066090 / 2007-03-06
**Title:** Project 880.
**Notes:** Screenplay.
**Copyright Claimant:** Twentieth Century Fox Film Corporation
**Date of Creation:** 2007
**Copyright Note:** C.O. correspondence.
Cataloged from appl. only.
**Names:** Twentieth Century Fox Film Corporation





| Save, Print and Email (Help Page) | | |
|---|---|---|
| Select Download Format | Full Record ▾ | Format for Print/Save |
| Enter your email address: | | Email |

# Exhibit X4



| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Keyword = James Cameron project 880
Search Results: Displaying 1 of 10000 entries



---

Labeled View

---

### *AVATAR.*

**Relevance:** ▓ ▓ ▓ ▓ ▓
**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001653536 / 2009-12-10
Supplemented by: PA0001395488 / 2010-04-28
**Application Title:** AVATAR (Feature Motion Picture)
**Title:** AVATAR.
**Description:** 10 Film reels ; 35mm.
**Copyright Claimant:** Twentieth Century Fox Film Corporation, Transfer: By written agreement. Address: PO Box 900, Beverly Hills, CA 90213 United States.
Dune Entertainment III LLC, Transfer: By written agreement. Address: 5851 W. Charleston Blvd., Las Vegas, NV 89146 United States.
**Date of Creation:** 2009
**Date of Publication:** 2009-12-09
**Nation of First Publication:** United States
**Alternative Title on Application:** PROJECT 880
**Authorship on Application:** Ingenious Film Partners LLP, employer for hire; Domicile: United Kingdom. Authorship: entire motion picture.
Ingenious Film Partners 2 LLP, employer for hire; Domicile: United Kingdom. Authorship: entire motion picture.
Future Service, Inc., employer for hire; Domicile: United States. Authorship: entire motion picture.
**Preregistered as:** PRE000001349
**Previous Registration:** 2007, PAu 3-066-090.
2007, PAu 3-144-657.
**Pre-existing Material:** script/screenplay, preexisting music.
**Basis of Claim:** all other cinematographic material.
**Copyright Note:** See also Avatar; Reg. 28Apr10; PA0001395488
**Names:** Cameron, James
Ingenious Film Partners LLP
Ingenious Film Partners 2 LLP



...ture Service, Inc.

Twentieth Century Fox Film Corporation

Dune Entertainment III LLC

◀ **previous**   **next** ▶

| Save, Print and Email (Help Page) |
|---|
| Select Download Format Full Record ▾   Format for Print/Save |
| Enter your email address: [              ]   Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

# Exhibit Y4



Cover Story January 21, 2010, 5:00PM EST text size: TT

# King of the World (Again)

## The inside story of how *Avatar*'s James Cameron became the most powerful commercial force in the movie business— twice

By Ronald Grover, Tom Lowry and Michael White

Reasonable people can debate the artistic merits of James Cameron's work. Anyone for whom Arnold Schwarzenegger is a frequent muse is not likely to specialize in observing the human condition, unless it's in the aftermath of an exploding building or a run-in with a mercenary robot from the future.

What's indisputable, however, is that the *Avatar* director's influence extends far beyond his movie credits. More than George Lucas or Steven Spielberg, Michael Bay or Pixar (DIS), Cameron is the most important commercial force in modern film, and his vision for the future of the movie business is rapidly demolishing anything that gets in its way.

There are 1.64 billion reasons that Cameron is Hollywood's director of the moment—that figure being the mid-January worldwide gross of *Avatar*, the blue-aliened, 3D extravaganza that earned Golden Globes for best director and best dramatic picture. By the time you read this, *Avatar* may have passed the $1.84 billion mark set by 1997's *Titanic*, Cameron's previous feature and current holder of the title Highest-Grossing Film of All Time.

The money is impressive, but it only hints at Cameron's impact. It took *Titanic* several months to reach $1 billion worldwide at the box office. *Avatar* hit that milestone in 17 days. How? Because cinema operators say they can charge at least 30% more per ticket if a movie is in 3D. By persuading a huge number of filmgoers to put on the 3D glasses and pay more for the privilege, Cameron has changed the economics of the movie business. "Films can change people's minds, and the aim with *Avatar* was to introduce the industry to the possibilities of 3D," Cameron told *Bloomberg BusinessWeek*. "I decided, let's go make a movie that they can't ignore."

At 55, the man who declared himself king of the world at the 1998 Oscars has mellowed some. Cameron accepted his 2010 Golden Globes with a mix of humility and amazement. No one knows better than he how close *Avatar* came to not being made. Despite Cameron's track record for delivering large profits on big budgets, Twentieth Century Fox (NWS), which co-financed *Titanic*, hesitated to make an even riskier film that required the creation of a three-dimensional alien world. "I knew that if this failed my name would be dirt, but that's the nature of this

business," says Cameron. "Every director knows that you can flame and burn like the Hindenburg, and do it very publicly."

With the studio balking, Cameron had to turn himself into an inventor-entrepreneur. Using his own funds, he developed the technology to bring *Avatar* to the screen, betting that what he saw in his head would be so visually persuasive that, ultimately, he could sell his souped-up camera rigs back to Hollywood at a potentially considerable profit.

Until *Avatar* came along, 3D movies—even such recent efforts as 2008's *Journey to the Center of the Earth* and 2005's *Chicken Little*—had the stigma of novelty. Now fellow directors, convinced their movies will attract a wider audience in 3D, are willing to pay Cameron to use his gear. *Avatar* 's technological wizardry also coincides with a big push by Sony (SNE), Panasonic (PC), and other consumer electronics companies to bring 3D into the home with a new generation of TVs and DVD players. "This is a game-changer," says Rupert Murdoch, chairman and CEO of News Corp. (NWS), which owns Fox. "If you create a film of this quality and make it an event, it shows that people will pay to come see it. We will see more [3D in] films and TV."

## A VISION OF BLUE ALIENS

Cameron wrote the original script for *Avatar* in the mid-1990s. Set 150 years in the future, it told the story of a paraplegic ex-Marine who travels to a moon called Pandora where he inhabits the body of a Na'vi, the 10-foot-tall, blue-hued humanoids who inhabit the world's lush jungles. The marine falls in love with a Na'vi princess (think John Smith and Pocahontas) and ends up defending her people against Earthlings eager to exploit Pandora's resources. Even 15 years ago, Cameron had a fully formed vision of Pandora—right down to the blue aliens, six-legged mammalian predators, and floating mountains. But he put any plans to film his *Avatar* script on indefinite hold, knowing that the existing technology could not do justice to his ambitions.

By 2000 he was growing impatient. So Cameron contacted Vincent Pace, an entrepreneur who helped design and manufacture the underwater lighting system for Cameron's 1989 movie, *The Abyss*. Through his eponymous company, which develops and rents cameras for use in hazardous conditions, Pace agreed to work with Cameron on a camera rig that could capture 2D and 3D images simultaneously. Cameron says the project cost about $12 million, much of it his money.

It's a rule as old as Hollywood: Never sink your own money into a movie. Ultimately, Cameron felt his investment would be justified not only because it would allow him to make *Avatar* but also because the new technology would accelerate the rollout of 3D, giving theater chains an incentive to upgrade their projectors and screens and moviegoers an incentive to leave their increasingly well-equipped living rooms.

Developing the technology was one massive project. Cameron also had to persuade Fox to finance *Avatar*. Although the studio had backed and distributed several Cameron films, the *Titanic* experience had made Fox executives cautious. Originally budgeted at $110 million, the film's production costs famously ballooned to $200 million when special effects and the cost of constructing the ship delayed filming. There were also months of rumors preceding the film's release that it would prove to be one of the worst business decisions in the history of the movies.

Given all that scary background, says Twentieth Century Fox Co-Chairman Tom Rothman, "*Avatar* couldn't be rushed." In 2005 the studio decided to place a small wager on Cameron— $10 million so he could show proof of concept.

With the Fox money, Cameron repaired to the 280,000-square-foot hangar he leases in Playa Vista, Calif.—where in the 1940s Howard Hughes built the Spruce Goose—and began working on a 3D film clip that he could use to persuade Fox brass to make the movie. Jeffrey Katzenberg, CEO of DreamWorks Animation (DWA), says he and Cameron were in touch frequently during the experimentation phase and that Cameron visited the DreamWorks facility in Glendale, Calif., to learn more about animation software. "We create our own world in animation," Katzenberg says. "But this was the first time a director could take real characters and put them into a world he had created, in real time."

Katzenberg is one of Hollywood's leading cheerleaders for 3D moviemaking—higher-priced tickets and bigger audiences mean more money for his studio. While entertainment executives often root against rival projects, Katzenberg was hoping Cameron's movie would jump-start the revolution. "Everyone," he says, "was waiting for *Avatar*."

In October 2005, Cameron screened his 3D segment for four Fox executives at the offices of his production company, Lightstorm Entertainment, in Santa Monica, Calif. "Their eyes kind of lit up," Cameron says. "They could see what I had been talking about for months." But *Avatar* producer and Cameron business partner Jon Landau says Fox still wanted a shorter script and a more reasonable budget. In response, says Landau, Cameron combined several characters to trim expenses. Cameron says he also agreed to cut his usual fee in half and take a lower percentage of the film's revenues if *Avatar* wasn't profitable. "Luckily," says Cameron, "we're at such a stratospheric level now that we're not worried about that."

By mid-2006, according to someone involved in the negotiations, Fox was still concerned that making *Avatar* would cost too much money. "They told us in no uncertain terms that they were passing on this film," Cameron says. Cameron decided the best way forward was to try to persuade another studio to get involved. Walt Disney (DIS) had produced two of the director's 3D underwater documentaries, so Cameron invited Dick Cook, then Disney's studio chief, to watch the clip. "We loved Jim and would have liked to have worked with him," says Cook. "He has an infectious love of 3D that impressed us. Unfortunately, we never got that far." The reason: Fox had the first right of refusal. "We were never going to let this one get away," says Fox Co-Chairman Jim Gianopoulos.

To get the deal done, the studio decided to bring in partners to share the financial burden. Fox already had a deal with Dune Entertainment, part of a New York private equity fund that since 2006 has contributed financing for Fox movies. To further reduce its risk, Fox began talking to London-based Ingenious Media, which since 1998 has raised $8 billion to invest in such films as *Shaun of the Dead*, *Night at the Museum*, and *Live Free or Die Hard*. Taking a stake in *Avatar*, however, required some persuasion. James Clayton, who oversees Ingenious' movie investments, recalls multiple meetings with Cameron and Landau in Playa Vista before deciding to invest an undisclosed sum. "I was really impressed by their understanding of the business, that there is so much competition these days for people's leisure time that you have to create something you

won't find on TV, on computer games, the Internet, to draw audiences into the theater," Clayton says. "This wasn't purely a creative process for them, like it is with some producers. Jon and Jim absolutely understood the need to cater to audience tastes."

With Ingenious on board, Fox had lowered its exposure to less than half of *Avatar*'s $237 million budget. "We consider all filmmaking a dangerous game," says Murdoch. "And we always lay off [risk] to the film funds when we can. This time we laid off more than usual. But we own much of the distribution and other rights. In the end, we will make much more money than them." In October 2006, Fox agreed to make *Avatar*. Cameron says he still isn't quite sure why Fox finally jumped aboard but recalls studio executives saying: "We don't get the giant blue guys with the tails, but we believe in you and want to do this movie with you." Months earlier, Cameron had put a traffic light outside Landau's office. After Fox said yes, they switched it from amber to green.

Production began, and word soon leaked out that something extraordinary was going on in Cameron's airplane hangar. The director had rigged the ceiling of the cavernous space with cameras that tracked his actors, who were wearing versions of the motion-capture suits made famous by the character Gollum in Peter Jackson's *Lord of the Rings* trilogy. Headsets rigged with tiny cameras captured actors' facial expressions and eye movements, a jolt of reality that Cameron deemed crucial if he was going to make the film. Using software developed in-house, the crew imported the actors into Pandora's digital world while Cameron was shooting.

## THE 3D STAMPEDE

Before long, other directors began making pilgrimages to Playa Vista. Landau recalls visits from Spielberg, Ridley Scott, and *Pirates of the Caribbean* director Gore Verbinski. Landau even set up a screening room near the set so visiting filmmakers could watch on a monitor what Cameron was seeing in real time through the lens of his camera. In December producer John Davis (*I, Robot*; *AVP: Alien vs. Predator*) screened *Avatar* at a special VIP showing in Hollywood. "I saw how 3D could improve a film," he says. Davis hopes to persuade Fox to shoot a remake of the 1963 movie *Jason and the Argonauts* in 3D. *Transformers* director Michael Bay and *Star Trek* director J.J. Abrams have said they would like to convert their franchises to 3D, too, though Paramount has not yet agreed.

Not every movie will warrant the investment that 3D demands. For the foreseeable future it will remain a high-risk, high-reward medium that excludes Woody Allen movies, and Sandra Bullock ones, too. But for directors and producers of action and fantasy films, 3D has to be a consideration. "What *Avatar* showed is that there is still a reward in taking the risk to make a large-budget film that will bring people out of their homes," says former Fox studio chief Bill Mechanic, who produced the 3D *Coraline* in 2009.

Vincent Pace has had a steady stream of inquiries since *Avatar* was released. His company rents out its 3D cameras and associated gear to other directors at a rate of $1.4 million to $3 million per film, depending on the difficulty of the shoot. Director Joseph Kosinski is using one for *Tron Legacy*, which is due out in December.

Pace says advertising agencies have also expressed interest in using the camera rigs for commercials, and networks are eyeing it for 3D TV sports broadcasts. "The perfect storm has kind of swept by," says Pace. "We're quite excited that what we embarked on 10 years ago is being accepted in a very commercial way." Pace says he and Cameron own the patents on the gear and that, given the buzz generated by *Avatar* and the coming wave of 3D TVs, it won't be long before they recoup their initial investment and start to reap a profit.

As Cameron anticipated, *Avatar* has theater owners rushing to equip more of their cinemas with 3D technology. "*Avatar* has put an exclamation point on what we have done and what we are going to do," says Michael V. Lewis, CEO of RealD, a Los Angeles company that supplies 3D screens, projectors, and glasses to theaters. Of the 38,000 screens in the U.S., only about 3,600 are currently 3D-ready. Lewis says RealD plans to add an additional 5,000 screens in the next 18 months.

The director has emerged from his 12-year odyssey far more powerful than after his previous box-office record-breaker. Even with credit still tight, money almost certainly will flood his way. And like any good businessman, Cameron will put his development costs to work with brand extensions. In other words, look out for that *Avatar* sequel.

# Exhibit Z4



# Exhibit A5



# Exhibit B5



The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include Open Library & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's Terms of Use.

Exhibit C5

9/16/2019                                   Running Scared (2006 film) - Wikipedia, the free encyclopedia

http://en.wikipedia.org/wiki/Running_Scared_(2006_film)                    Go    SEP  OCT  DEC

**40 captures**                                                                   ◄ **16** ►
13 Sep 2006 - 21 Apr 2019                                                        2006  2007  2008

# Running Scared (2006 film)

From Wikipedia, the free encyclopedia

***Running Scared*** is a 2006 crime film written and directed by
Wayne Kramer and released by New Line Cinema. The film stars
Paul Walker, Cameron Bright, Vera Farmiga, Chazz Palminteri and
Alex Neuberger. It was released in the United States on February
24, 2006.

The film is rated R by the MPAA for 'pervasive strong brutal
violence and language, sexuality and drug content'.

## Contents

- 1 Plot
- 2 Cast
- 3 Box office
- 4 References
- 5 External links

## Plot

The movie begins with Joey Gazelle (Paul Walker) driving with a
boy, Oleg (Cameron Bright) in a convertible. Oleg has a blood stain
on his shirt, implying that he had been shot. The rest of the movie
flashes back to the events that led up to this point. Joey, a low-level
mafioso, is attending a drug deal with his boss Tommy (Johnny
Messner) and associate Sal. The deal goes bad when masked men
burst in and try to steal the drugs and money. The stand-off

*Running Scared*



PAUL WALKER

| | |
|---|---|
| **Directed by** | Wayne Kramer |
| **Written by** | Wayne Kramer |
| **Starring** | Paul Walker |
| | Cameron Bright |
| | Vera Farmiga |
| | Chazz Palminteri |
| | Alex Neuberger |
| **Music by** | Mark Isham |
| **Cinematography** | Jim Whitaker |
| **Editing by** | Arthur Coburn |
| **Distributed by** | New Line Cinema |
| **Release date(s)** | February 24, 2006 |

9/16/2019                                                    Running Scared (2006 film) - Wikipedia, the free encyclopedia

| http://en.wikipedia.org/wiki/Running_Scared_(2006_film) | Go | SEP OCT DEC | |
|---|---|---|---|

40 captures
13 Sep 2006 – 21 Apr 2019

◀ **16** ▶

2006   2007   2008        ▼ About this capture

in a panic, Teddy gives the murder weapons to Joey, telling him to get rid of them.

**All Movie Guide profile**
**(https://web.archive.org/web/20071016161903/http://allmovie.com/cg/avg.dll?**
**p=avg&sql=1:310645)**
**IMDb profile**
**(https://web.archive.org/web/20071016161903/http://www.imdb.com/title/tt0404390/)**

Rather than dispose of the guns, Joey comes home to his wife Teresa (Vera Farmiga) and son Nicky (Alex Neuberger). He hides the guns in the basement while Nicky and his friend from next door, Oleg, secretly watch. Oleg returns home to his abusive stepfather, Anzor Yugorsky (Karel Roden) and battered mother. Anzor eventually becomes violent and Oleg shoots him with a nickel-plated .38, one of the guns Joey stashed in his basement. Next door, the Gazelle family is disrupted by the gunshots and Joey rushes next door. He finds Anzor wounded but alive, and discovers from him that Oleg has fled with the cop-killer gun.

Joey must now hunt down Oleg and retrieve the gun before the dirty cops find it or the mafia discover that he lost it. Oleg, in turn, wanders through a sinister urban landscape and encounters a series of often nightmarish characters. He initially runs afoul of a hobo who attempts to use the gun to steal a drug stash. After the hobo is killed, while running around a corner of a small building, Oleg abruptly runs into a female prostitute being abused by a pimp. Pulling out the gun just as the pimp gets ready to put in a final blow, Oleg attempts to distract him by holding him at gunpoint, at the moment unaware that the gun is not loaded. Pulling the trigger several times, the pimp then threatens him with a knife. The prostitute knocks him out with a pipe and thanks Oleg, turning to walk off just as he undergoes an asthma attack. Feeling pity for the boy, the prostitute takes him to the nearest pharmacy to get him Beclovent (an inhaler), threatening the man behind the counter with the unloaded gun to get it for them. Afterward, the prostitute takes Oleg to a nearby diner to get him a hamburger.

Joey takes Nicky with him to meet his mafia associates at the same diner, but only Nicky notices Oleg. Nicky sneaks away and meets with Oleg in the diner bathroom, where they hide the gun in a toilet. Meanwhile, the mobsters confront Joey on the status of the missing gun. Detective Rydell (Chazz Palminteri), the leader of the dirty cops, has connected the gun that shot the dirty cop with the gun that shot Anzor. Joey assures the mobsters that Rydell is lying, but they are not entirely convinced. As Joey drives away, Nicky admits that he met with Oleg and stashed the gun, but the gun is gone by the time Joey returns to the diner.

Meanwhile, after a painful reunion with Anzor and refusal to let him know where the gun is, Oleg escapes the ice cream parlor they are at into the parking lot, sneaking behind parked cars as Anzor storms out after him, ultimately unable to find him. Climbing into the back of a van, Oleg accidentally falls into the clutches of an overly-friendly, married couple Dez and Edele who take him along with two other kids back to their apartment. After being taken to the large playroom filled with various assortments of toys, and noticing the rather awkward behavior of Dez and Edele, he quickly realizes that the couple are pedophiles/child sex abusers who have kidnapped him and may kill him at some point in the near future. Using an excuse of an upset stomach to go to the bathroom, Oleg at first searches for an unlocked window or some other possible way out of the apartment before noticing Edele's purse by the door. Quickly digging around in it for her cellphone, he sticks beneath the hem of his shorts and beneath his shirt just as Edele notices him. Telling her that he was unable to find the bathroom, although impulsively suspicious, she leads him herself to the bathroom, giving him a small pat atop the head as he enters. Locking the door, Oleg immediately calls up Teresa Gazelle to help him. Telling him to look up in the medicine cabinet for any prescription medication, Oleg grabs one and quickly reads off the address to her, hanging up and stuffing the phone in the toothbrush cup before running over to flush the toilet just as Dez and Edele feverishly burst through the locked door.

9/16/2019                                                    Running Scared (2006 film) - Wikipedia, the free encyclopedia

http://en.wikipedia.org/wiki/Running_Scared_(2006_film)                    Go    DEC  AUG  FEB        Ⓐ ⓘ ⓧ

**40 captures**                                                                  ◀ 06 ▶       f ▾
13 Sep 2006 - 21 Apr 2019                                                       2007 2009 2011   ▼ About this capture

# Running Scared (2006 film)

From Wikipedia, the free encyclopedia

***Running Scared*** is a 2006 crime film written and directed by Wayne Kramer and released by New Line Cinema. The film stars Paul Walker, Cameron Bright, Vera Farmiga, Chazz Palminteri, Alex Neuberger (in his film debut) and Johnny Messner. It was released in the United States on February 24, 2006. It received mostly mixed reviews.

## Contents

- 1 Plot
- 2 Cast
- 3 Critical reception
- 4 References
- 5 External links

## Plot

The movie begins with Joey Gazelle (Paul Walker) driving with a boy, Oleg Yugorsky (Cameron Bright), in a convertible. Oleg has a blood stain on his shirt, implying that he had been shot. The rest of the movie flashes back to the events that led up to this point. Joey, a low-level mafioso, is attending a drug deal with his boss Tommy (Johnny Messner) and associate Sal. Suddenly masked men burst in and try to steal the drugs and money. Shots are fired and several of the masked men are killed. The leader flees. Tommy discovers that the men were dirty cops. As the mobsters flee in a panic, Tommy gives the murder weapons to Joey, telling him to get rid of them.

Rather than dispose of the guns, Joey goes home to his wife Teresa (Vera Farmiga) and son Nicky (Alex Neuberger), and hides the guns in the basement while Nicky and his friend from next door, Oleg, secretly watch. Oleg returns home to his abusive stepfather, Anzor Yugorsky (Karel Roden),



***Running Scared***

Theatrical release poster

| | |
|---|---|
| **Directed by** | Wayne Kramer |
| **Produced by** | Andrew Pfeffer |
| **Written by** | Wayne Kramer |
| **Starring** | Paul Walker |
| | Cameron Bright |
| | Vera Farmiga |
| | Chazz Palminteri |
| | Alex Neuberger |
| **Music by** | Mark Isham |

9/16/2019                                    Running Scared (2006 film) - Wikipedia, the free encyclopedia



Oleg runs to a nearby park, where he is caught by a homeless man, who takes his gun and drags him to a drug dealer's den. Joey and Nicky follow, trying to find him. The drug dealers and the homeless man start shooting at one another, alerting Joey and giving Oleg time to escape with the gun. Oleg runs until he finds a pimp smacking around one of his prostitutes. When the pimp pulls a knife, Oleg pulls his gun on him. But when he tried to fire, he finds the gun empty. However, the prostitute knocks the pimp unconscious and, as she prepares to run, notices Oleg coughing. Endebted to him, she takes him to a pharmacy to get him an inhaler. When the pharmacist refuses, she draws the gun and gets the inhaler at gunpoint.

Meanwhile, the surviving dirty cop, Rydell (Chazz Palminteri), informs Jimmy that Joey has lost the gun, and that it is out on the street, in the hands of Oleg. Joey goes to meet the boss of the Italian mob, Frankie Perello (Arthur J. Nascarella), at a diner (leaving Nicky in the car outside), to say that the gun used to shoot Anzor was not from the shootout with the cops. Frankie says that he wants Oleg found, because Frankie and Yugorsky are working together on a 'gasoline deal', and he wants them to remain in good standing. Outside, Nicky notices Oleg and the prostitute entering the same diner, and goes after them. Together, Nicky and Oleg stash the gun in the tank of a toilet. Oleg leaves and tries to convince the prostitute to drive him out of town. He is caught by the police and, when he lies to Rydell about where he got the gun, is released into his stepfather's custody.

Joey, who is told of the gun's whereabouts by Nicky, finds it missing and tracks it from a janitor to a mechanic, who won it from him in a poker game. Back at home, Teresa tries to convince Mila to go to a shelter. Mila tells her that she was a prostitute in Moscow who was brought over by Yugorsky. She became pregnant and refused to have an abortion, so Yugorsky sent Anzor to kill her. Instead he married her in order to give her protection.

Anzor takes Oleg to an ice cream parlor and attempts to get him to reveal the gun's location. Oleg runs away, climbing into a parked van. Oleg is found there by a married couple, Dez (Bruce Altman) and Edele (Elizabeth Mitchell), who take him along with two other children back to their apartment. Oleg is taken to a large playroom filled with various assortments of toys and a camera, and notices Dez and Edele exhibiting odd behavior. He complains of an upset stomach and is directed to a bathroom. Oleg tries to escape the apartment, but instead finds Edele's purse by the door. He takes her cellphone and hides it as Edele finds him. She guides him to the bathroom, where he locks the door and calls Teresa Gazelle as surreal shadows of long-fingered monsters dance on the wall behind him. Upon hearing the situation, Teresa prompts him to find a prescription bottle with the apartment's address, and promises to come get him, as Dez and Edele begin to try and force their way into the bathroom. Oleg hides the phone and flushes the toilet as the couple burst into the bathroom.

Teresa drives out to the apartment and knocks on the door. Behind the playroom door, Edele instructs Dez to take the kids back to the bedroom before emerging in nothing more than a robe. Edele opens the door and Teresa tells her that Oleg called her from that address. When Edele deflects, Teresa

https://web.archive.org/web/20090806165714/http://en.wikipedia.org/wiki/Running_Scared_(2006_film)                                    2/5

9/16/2019                                    Running Scared (2006 film) - Wikipedia, the free encyclopedia

http://en.wikipedia.org/wiki/Running_Scared_(2006_film)                    Go    JAN  JUL  OCT

**40 captures**                                                                      ◀ **21** ▶
13 Sep 2008 - 21 Apr 2019                                                         **2011** 2013 **2014**        ▼ About this capture

# *Running Scared* (2006 film)

From Wikipedia, the free encyclopedia

*Running Scared* is a 2006 crime film written and directed by Wayne Kramer and starring Paul
Walker. It was released in the United States on February 24, 2006. It received mixed reviews.

<div style="border:1px solid #000;">

## Contents

- 1 Plot
- 2 Cast
- 3 Reception
- 4 References
- 5 External links

</div>



***Running Scared***

Theatrical release poster

| | |
|---|---|
| **Directed by** | Wayne Kramer |
| **Produced by** | Andrew Pfeffer |
| **Written by** | Wayne Kramer |
| **Starring** | Paul Walker |
| | Cameron Bright |
| | Vera Farmiga |
| | Chazz Palminteri |
| **Music by** | Mark Isham |

## Plot

Joey Gazelle (Walker), a low-level mafioso for the Mafia boss Tommy "Tombs" Perello (Messner)
when he's present during a drug deal gone wrong. A trio of corrupt cops led by Rydell (Palminteri),
storm in and try to steal the drugs, the money and kill everyone else but a shootout ensues, resulting
in the deaths of two of the officers. Tommy looks to Joey to take the guns and get rid of them but
instead, Joey goes home to his wife Teresa (Farmiga), and his son, Nicky (Neuberger). Nicky and his
friend from next door, Oleg (Bright) secretly watch as Joey stashes the guns in the basement. Oleg
decides to take one of the guns after Joey leaves and goes home that night to his mother Mila
(Miličević) and abusive stepfather, Anzor Yugorsky (Roden), the outcast nephew of Russian mob
boss, Ivan Yugorsky (Noble). Oleg uses the gun on Anzor after he becomes belligerent with Oleg and
Joey goes next door after hearing the gunshots to find Anzor wounded and Oleg gone. Anzor
describes the gun to Joey, making him realize Oleg has one of the murder weapons and he knows he
has to find Oleg and the gun before the police do.

http://en.wikipedia.org/wiki/Running_Scared_(2006_film)          Go   JAN  JUL  OCT

40 captures                                                      ◀ 21 ▶
13 Sep 2006 - 21 Apr 2019                                        2011 2013 2014        ▼ About this capture

Joey and Nicky are at. They are there for Joey to talk to Frankie Perello (Nascarella), the Italian mob
boss, about Oleg and to tell him that the gun Oleg used wasn't from the shootout. Nicky and Oleg
stash the gun in the diner bathroom and when Oleg tries to flee, he is caught by the police and sent
back into his stepfather's custody. But when Anzor takes Oleg out for ice cream to get him to tell
him where the gun is, Oleg eventually winds up in the apartment with two other children of a
seemingly normal married couple, Dez (Altman) and Edele (Mitchell) who turn out to be a pair of
sadistic child molesting serial killers. Oleg fakes an upset stomach and on the way to the bathroom,
he finds Edele's purse by the door and takes her cell phone and calls Teresa. She prompts him to find
anything with the apartment's address, and promises to come get him as Dez and Edele try and force
their way into the bathroom.

When Teresa arrives, she threatens her way inside and searches the whole apartment, but sees no sign
of Oleg and goes to leave when she realizes something is off. She threatens Dez who eventually
indicates a closet in the playroom where she finds Oleg tied up with a plastic bag on his head. After
Teresa saves Oleg by doing CPR while keeping up the gun in the apartment with the couple, she tells him to get the other kids and leave. Dez attempts to bribe Teresa with
$100,000 in diamonds if she takes only Oleg and leaves. Teresa ignores him and finds children costumes, plastic body bags, children snuff films and
surgical instruments in the playroom closet. She shoots the couple after calling the police to report gunshots.

Joey and Oleg are taken to the hockey rink by Tommy where they meet Frankie and Ivan. Ivan kills Anzor when he refuses to kill Oleg and Joey says
that the gun is Tommy's. Tommy goes in an attempt to kill him but is killed instead by a Russian mobster where another shootout ensues. Frankie shoots
Ivan during the process and goes to kill Joey when Joey reveals his FBI cover. Oleg helps distract Frankie so Joey can disarm him where he then kills
Frankie. Joey and Oleg leave the hockey rink in time to see the FBI storm the building.

Joey and Oleg run into Lester, the new owner of the gun and a struggle between Joey and Lester develops that ends with Lester shooting Joey with the
gun but not before Joey stabs Lester in the neck with his own knife. Joey and Oleg run and drive back to Joey's house. Back at Oleg's house, Mila thinks
her son is dead and kills herself by blowing up the meth lab in their backyard. The explosion makes Teresa and Nicky come outside to investigate when
they see Joey crash the car after losing consciousness. Days later, a funeral is held for Joey with Teresa, Nicky, and Oleg in attendance. They drive out to
a small farm house, where Joey's car is parked in the driveway. Teresa sits on the car's bumper when Joey emerges from under the car, alive and well,
and hugs Nicky and Oleg, who have seemingly adopted Oleg.

| Distributed by | New Line Cinema |
|---|---|
| Release date(s) | February 24, 2006 |
| Running time | 122 minutes |
| Country | United States Germany |
| Language | English Russian |
| Budget | $15 million |
| Box office | $9,380,029 [1] |

## Cast

- Paul Walker as Joey Gazelle
- Cameron Bright as Oleg Yugorsky
- Vera Farmiga as Teresa Gazelle
- Chazz Palminteri as Detective Rydell

# Exhibit D5

9/16/2019                                                                Running Scared (2006 film) - Wikipedia, the free encyclopedia

| http://en.wikipedia.org/wiki/Running_Scared_(2006_film) | Go | SEP | NOV | MAR |

**40 captures**
13 Sep 2006 - 21 Apr 2019

◀ **21** ▶
**2013** 2014 **2015**

▼ About this capture

# *Running Scared* (2006 film)

From Wikipedia, the free encyclopedia

***Running Scared*** is a 2006 American crime thriller film, written and directed by Wayne Kramer, and starring Paul Walker, Cameron Bright and Vera Farmiga. It was released in the United States on February 24, 2006. The film received mixed reviews and was not a box office success.

## Contents

- 1 Plot
- 2 Cast
- 3 Reception
    - 3.1 Box office
    - 3.2 Critical response
- 4 References
- 5 External links

## Plot

Joey Gazelle (Paul Walker), a low-level mafioso for the Mafia member Tommy "Tombs" Perello (Johnny Messner) is present during a drug deal gone wrong. A trio of corrupt cops led by Rydell (Chazz Palminteri), storm in and try to steal the drugs, the money and kill everyone else but a shootout ensues, resulting in the deaths of two of the officers. Tommy looks to Joey to take the guns and get rid of them but instead, Joey goes home to his wife Teresa (Vera Farmiga), and his son, Nicky (Alex Neuberger). Nicky and his friend from next door, Oleg (Cameron Bright) secretly watch as Joey stashes the guns in the basement.



*Running Scared*

Theatrical release poster

| | |
|---|---|
| **Directed by** | Wayne Kramer |
| **Produced by** | Andrew Pfeffer |
| **Written by** | Wayne Kramer |
| **Starring** | Paul Walker |
| | Cameron Bright |
| | Vera Farmiga |
| | Chazz Palminteri |
| **Music by** | Mark Isham |
| **Cinematography** | Jim Whitaker |

9/16/2019                                    Running Scared (2006 film) - Wikipedia, the free encyclopedia

http://en.wikipedia.org/wiki/Running_Scared_(2006_film)                    Go    SEP  NOV  MAR
40 captures                                                                          ◄  21  ►
13 Sep 2006 - 21 Apr 2019                                                          2013  2014  2015    ▼ About this capture

belligerent with him and his mother and shoots him. After hearing the gunshot, Joey goes next door
to find Anzor wounded and Oleg gone. Anzor describes the gun to Joey, making him realize Oleg
has one of the murder weapons and he knows he has to find Oleg and the gun before the police do.

| | |
|---|---|
| **Distributed by** | New Line Cinema |
| | Media 8 Entertainment |
| **Release dates** | January 6, 2006 (UK) |
| | February 24, 2006 (USA) |
| **Running time** | 122 minutes |
| **Country** | United States |
| | Germany |
| **Language** | English |
| | Russian |
| **Budget** | $15 million |
| **Box office** | $9,380,029[1] |

Throughout the night, Oleg runs into many unsavory people, including a homeless man, a drug
dealer, an abusive pimp named Lester (David Warshofsky) and his prostitute, Divina (Idalis
DeLeon). After saving Divina from Lester, she decides to help him which is how he winds up at the
same diner that Joey and Nicky are at. They are there for Joey to talk to Frankie Perello (Arthur J.
Nascarella), the Italian mob boss, about Oleg and to tell him that the gun Oleg used wasn't from the
shootout. Nicky and Oleg stash the gun in the diner bathroom and when Oleg tries to flee, he is
caught by the police and sent back into his stepfather's custody.

When Anzor takes Oleg out for ice cream to get him to tell him where the gun is, Oleg eventually
winds up in the apartment with two other children of a seemingly normal married couple, Dez (Bruce
Altman) and Edele (Elizabeth Mitchell) who turn out to be a pair of sadistic child molesting serial
killers. Oleg fakes an upset stomach and on the way to the bathroom finds Edele's purse by the door and takes her cell phone and calls Teresa. She
prompts him to find anything with the apartment's address, and promises to come get him as Dez and Edele try and force their way into the bathroom.

When Teresa arrives, she threatens her way inside and searches the whole apartment, but sees no sign of Oleg and goes to leave when she realizes
something is off. She threatens Dez who eventually indicates a closet in the playroom where she finds Oleg tied up with a plastic bag on his head. After
Teresa saves Oleg by doing CPR while keeping the gun at the couple, she tells him to get the other kids and leave. Dez attempts to bribe Teresa with
$100,000 in diamonds if she takes only Oleg and leaves. Teresa ignores him and finds children costumes, plastic body bags, children snuff films and
surgical instruments in the playroom closet. Teresa uses the couple's phone to call the police. She reports gunshots, hangs up, then murders them both.

Throughout all this, Joey has been tracking down the missing gun, and is about to finally get it back but is foiled by the presence of Tommy who takes
him and Oleg to a hockey rink to meet Frankie and Ivan. Ivan kills Anzor when he refuses to kill Oleg, and Joey, about to be killed himself, says in
desperation that the gun is Tommy's. Tommy goes in an attempt to kill him but is killed instead by a Russian mobster where another shootout ensues.
Frankie shoots Ivan during the process and goes to kill Joey when Joey reveals his FBI cover. Oleg helps distract Frankie so Joey can disarm him where
he then kills Frankie. Joey and Oleg leave the hockey rink in time to see the FBI storm the building.

Joey and Oleg run into Lester, the new owner of the gun and a struggle between Joey and Lester develops that ends with Lester shooting Joey with the
gun but not before Joey stabs Lester in the neck with his own knife. Joey and Oleg run and drive back to Joey's house. Back at Oleg's house, Mila thinks
her son is dead and kills herself by blowing up the meth lab in their backyard. The explosion makes Teresa and Nicky come outside to investigate when
they see Joey crash the car after losing consciousness. Days later, a funeral is held for Joey with Teresa, Nicky, and Oleg in attendance. They drive out
to a small farm house, where Joey's car is parked in the driveway. Teresa sits on the car's bumper when Joey emerges from under the car, alive and well,
having faked his own death for his protection as an undercover officer. Oleg has been adopted into the family.

9/16/2019                                    Running Scared (2006 film) - Wikipedia, the free encyclopedia

http://en.wikipedia.org/wiki/Running_Scared_(2006_film)            Go    SEP  NOV  MAR

**40 captures**                                                          ◀  **21**  ▶
13 Sep 2006 - 21 Apr 2019                                              **2013**  2014  **2015**

- Cameron Bright as Oleg Yugorsky
- Vera Farmiga as Teresa Gazelle
- Chazz Palminteri as Detective Rydell
- Karel Roden as Anzor Yugorsky
- Johnny Messner as Tommy "Tombs" Perello
- Ivana Miličević as Mila Yugorsky
- Alex Neuberger as Nicky Gazelle
- Michael Cudlitz as Sal "Gummy Bear" Franzone
- Bruce Altman as Dez Hansel
- Elizabeth Mitchell as Edele Hansel
- Arthur J. Nascarella as Frankie Perello
- John Noble as Ivan Yugorsky
- Idalis DeLeon as Divina
- David Warshofsky as Lester the Pimp
- Jim Tooey as Tony
- Thomas Rosales, Jr. as Julio

## Reception

### Box office

*Running Scared* opened with $3,381,974 on 1,611 screens (for a $2,099 per theater average). It went on to make a total of $9.4 million worldwide, failing to bring back its modest budget of only $15 million.[1]

### Critical response

9/16/2019         Running Scared (2006 film) - Wikipedia, the free encyclopedia

| http://en.wikipedia.org/wiki/Running_Scared_(2006_film) | Go | SEP | NOV | MAR |

**40 captures**
13 Sep 2006 - 21 Apr 2019     ◀ **21** ▶    2013   2014   2015    ▼ About this capture

Justin Chang of *Variety* described Whitaker's cinematography, which primarily used Steadicam and crane shots, as "[dazzling] with a desaturated palette that nevertheless has a rich, grimy luster." He also noted the film had an odd plot, which was disarming given it was shot in Prague rather than somewhere that looks closer to New Jersey.[4] Sam Wigley of *Sight and Sound* said the vicious gangland depicted in the film resembles an "iniquitous fairytale realm," although it is dark, and "passes in a vertiginous blur of comic-book hyper-reality."[5]

# References

1. ^ *a b* "Running Scared"
   (https://web.archive.org/web/20141121004701/http://www.boxofficemojo.c
   om/movies/?id=runningscared05.htm). Box Office Mojo.

2. ^ "Running Scared (2006)"
   (https://web.archive.org/web/20141121004701/http://www.rottentomatoes.c
   om/m/10004288-running_scared/). Rotten Tomatoes. Retrieved August 1,
   2009.

3. ^ "Running Scared Reviews"
   (https://web.archive.org/web/20141121004701/http://www.metacritic.com/fi
   lm/titles/runningscared). Metacritic. Retrieved August 1, 2009.

4. ^ Chang, Justin (February 27, 2006). "Film Reviews: Energy and Blood
   Flow Through Mob Actioner". *Variety* **402** (2): 31, 38.

5. ^ Wigley, Sam (March 2006). "Reviews: Films: "Running Scared"". *Sight
   and Sound* **16** (3): 77. ISSN 0037-4806
   (https://web.archive.org/web/20141121004701/http://www.worldcat.org/issn
   /0037-4806).

# External links

- Official website (https://web.archive.org/web/20141121004701/http://www.runningscaredthemovie.com/)
- *Running Scared* (https://web.archive.org/web/20141121004701/http://www.imdb.com/title/tt0404390/) at the Internet Movie Database
- *Running Scared* (https://web.archive.org/web/20141121004701/http://www.allmovie.com/movie/v310645) at AllMovie
- *Running Scared* (https://web.archive.org/web/20141121004701/http://www.boxofficemojo.com/movies/?id=runningscared05.htm) at Box Office Mojo
- *Running Scared* (https://web.archive.org/web/20141121004701/http://www.rottentomatoes.com/m/10004288-running_scared/) at Rotten Tomatoes
- *Running Scared* (https://web.archive.org/web/20141121004701/http://www.metacritic.com/movie/running-scared) at Metacritic

# Exhibit E5

 Gmail

Steve Wilson Briggs <snc.steve@gmail.com>

---

**New Action(s)**

---

**Steve Wilson Briggs** <snc.steve@gmail.com>                                      Wed, Jul 10, 2019 at 2:24 PM
To: "Gregory P. Kom" <GKorn@kwikalaw.com>, "Michael J. Kump" <MKump@kwikalaw.com>, "Wilcox, Rochelle" <rochellewilcox@dwt.com>, "Charney, Brendan" <BrendanCharney@dwt.com>, ALowder@larsonobrienlaw.com

Dear Attorneys,

I hope you're all well.

This email is to inform you and your clients, in the spirit of a *letter of demand* (without a demand), that in the coming months I will begin filing a number of lawsuits against your clients and several of their associates (including James Cameron, Suzanne Collins, Walt Disney Studios, Lionsgate, Naughty Dog LLC, Sony Interactive Entertainment LLC,  20 Century Fox, Lightstorm Entertainment, Neil Druckman, ALTMAN, GREENFIELD & SELVAGGI, Eldridge Industries LLC).

These suits will include new federal infringement actions, non-infringement related federal actions, and California State actions.

Some of these actions will be filed simultaneously, and some in series, for reasons of efficiency.

Should your clients want to explore alternative resolutions, you have my contact information.

Around the time I file, I intend to contact you about waiving service.

Thanks.

Steve Wilson Briggs

Exhibit F5

**SE FILM ASSOCIATION**

SE FILM ASSOCIATION <invite@sefilmclub.com>
Wed 6/6/2007 3:13 PM
**To:** birdynumnumz@hotmail.com <birdynumnumz@hotmail.com>

The SE FILM ASSOCIATION would like to network with you. We are a networking group for models, actors, directors, writers, filmmakers or anyone else involved in any type of performing arts.

You can check us out on the web here: http://www.sefilmclub.com/

We are interested in doing link exchanges as well.

We are completely free of charge so no we are not trying to sell you something. We are just trying to promote filmmaking with out having to play the game.

Thank you!
SE FILM ASSOCIATION

(It is not our intention to spam you, please let us know if you never want to receive email from us again. Thank you!)

# Exhibit G5



**Domain Name Registration Data Lookup**

Enter a domain name                                    Frequently Asked Questions (FAQ)

www.sefilmclub.com                                     [ Lookup ]

By submitting any personal data, I acknowledge and agree that the personal data submitted by me will be processed in accordance with the ICANN Privacy Policy, and agree to abide by the website Terms of Service and the Domain Name Registration Data Lookup Terms of Use.

**Domain Information**

**Name:** SEFILMCLUB.COM

**Registry Domain ID:** 2446269482_DOMAIN_COM-VRSN

**Domain Status:**
clientTransferProhibited

**Nameservers:**
NS-CANADA.TOPDNS.COM
NS-UK.TOPDNS.COM
NS-USA.TOPDNS.COM

**Dates**

**Registry Expiration:** 2020-10-22 09:06:53 UTC

**Created:** 2019-10-22 09:06:53 UTC

**Contact Information**

**Registrant:**

**Name:** Not disclosed Not disclosed

**Organization:**

**Email:** 80dfa5ef3d320ea0dd2bbadcbe0cff1a.gdrp@customers.whoisprivacycorp.com

**Tel:** tel:+1.5163872248

**Mailing Address:** Not disclosed, Not disclosed, Not disclosed, Not disclosed, 00000, FRANCE

**Technical:**

**Name:** Not disclosed Not disclosed



# Exhibit H5

Case 3:20-cv-01596-VC   Document 1-12   Filed 03/04/20   Page 54 of 56

Now available: over 400m key company lifecycle events, from officer changes to gazette notices. Read more on our blog.

# opencorporates ·····

The Open Database Of The Corporate World

| Company name or number | | Search |

◉ Companies   ○ Officers

- Log in/Sign up

# CSC DIGITAL BRAND SERVICES

Company Number
    431288620
Status
    Actif
Incorporation Date
    12 April 2000 (almost 20 years ago)
Company Type
    Société par actions simplifiée à associé unique ou société par actions simplifiée unipersonnelle
Jurisdiction
    France
Registered Address

- 11-13 11 BOULEVARD HAUSSMANN
- PARIS 9
- 75009
- PARIS
- FRANCE

Industry Codes

- 62.02A: Conseil en systèmes et logiciels informatiques (Nomenclature d'activités française (2008))
- 62.02: Computer consultancy activities (European Community NACE Rev 2)
- 6202: Computer consultancy and computer facilities management activities (UN ISIC Rev 4)

Number Of Employees
    10-19

**Source** Institut National de la Statistique et des Études Économiques (INSEE), https://www.sirene.fr, 2 Jul 2019 (French Open Government Licence "Licence ouverte / Open Licence")
Add data (website, address, etc)

## Explore company network

# Exhibit I5

Untitled 4 - Google D
NEW DOC - Google D
doc 2 - Google Drive
Untitled document -
about NahimicServic
What is dwm.exe and
Desktop Window Mar
answers.microsoft.com/en-us/windows/forum/all/about-nahimicserviceexe/35378d05-3c64-4d22-8d1f-7c13391b30e4
Apps
'Elysium' Director St...
cameronlitdreh.html
'Breaking Bad' Auct...
"Fraud on the Court...
haven - Google Sea...
"Incorporate By Ref...
"Gross Negligence"...
(Contract) Technical...
Other bookma
msn + Bing
Breaking news from around the world
Get the Bing + MSN extension
No thanks
Add it now
Microsoft
Community
Categories
Microsoft
Search
Sign in
Protect Yourself From Tech Support Scams
Learn More
GVSKAUSHAL
about NahimicService.exe
NahimicService.exe is running in my task manager.I searched
stdio drivers(ASUS)
(NahimicService.exe is a Trojan virus.This virus also detected a
homepage settings.This program appears as safe program,bu
information like IP address,Bank login ID,password,Account nu
gets distributed on PC through bundling of software. It opens
is it right.
This thread is locked. You can follow the question or vot
I have the same question (38)
estion Info
updated October 19, 2019
s 5,032
es to:
Windows 10 / Security & privacy
Task Manager
File Options View
Processes Performance App history Startup Users Details Services
Name Status 1% CPU 46% Memory 0% Disk 0% Network
Google Chrome (20) 0% 1,535.5 MB 0.1 MB/s 0 Mbps
NahimicService 0% 522.8 MB 0 MB/s 0 Mbps
Desktop Window Manager 0.1% 156.3 MB 0 MB/s 0 Mbps
Dragon Center 0% 62.0 MB 0 MB/s 0 Mbps
Creative Cloud (32 bit) 0% 61.3 MB 0 MB/s 0 Mbps
Windows Explorer 0.1% 51.6 MB 0 MB/s 0 Mbps
IAStorDataSvc 0% 48.2 MB 0 MB/s 0 Mbps
Adobe CEF Helper 0% 38.8 MB 0 MB/s 0 Mbps
Paint 0% 37.2 MB 0 MB/s 0 Mbps
Start 0% 33.8 MB 0 MB/s 0 Mbps
Task Manager (4) 0.1% 33.3 MB 0 MB/s 0 Mbps
Node.js: Server-side JavaScript (... 0% 28.0 MB 0 MB/s 0 Mbps
Service Host: Diagnostic Policy ... 0% 27.7 MB 0 MB/s 0 Mbps
Windows Shell Experience Host 0% 21.5 MB 0 MB/s 0 Mbps
Fewer details
End task
Type here to search
8:04 PM
10/19/2019

