# Exhibit J5



Untitled 4 - Google Drive | History | Inbox (3,126) - snc.steve@gmail | New Tab

mail.google.com/mail/u/0/?tab=rm#inbox

Apps | 'Elysium' Director St... | cameronlildreh.html | 'Breaking Bad' Auct... | 'Fraud on the Court... | haven - Google Sea... | "Incorporate By Ref... | "Gross Negligence"... | (Contract) Technical... | Other bookma

Gmail

Search mail

Compose

Inbox 9,126

Starred

Snoozed

Important

Sent

Drafts 158

Categories

Personal

Travel

Sign in

Signing in will sign you into Hangouts across Google
Learn more

401–450 of 5,504

Primary | Social | Promotions 10 new

| | | |
|---|---|---|
| Reverb | **Tracking has been added to your Gibson Gibson Custom Shop Historic Burstbucker 1 & 2 Pickups 2007 VOS order!** - Reverb Tracking Added to Your Order Tracking Added to Your Order Hi Stev... | Aug |
| YouTube | **LIVE TODAY: Phillies @ Giants on YouTube** - Thursday, August 6th 9.30 PM ET / 6:30 PM PT PHILLIES™ AND GIANTS™ HEY PHILLIES™ AND GIANTS™ FANS it's game time! Watch the Phillie... | Aug |
| Medium Daily Digest | **"Sex, Beer, and Coding: Inside Facebook's Wild Early Days in Palo Alto" published by WIRED** - Stories for Steve Wilson Briggs Today's highlights Sex, Beer, and Coding: Inside Facebook's Wild E... | Aug |
| Reverb | **Tracking has been added to your .022uf Guitar Tone Capacitor Caps 10 pack for Fender Gibson etc. Project order!** - Reverb Tracking Added to Your Order Tracking Added to Your Order Hi Stev... | Aug |
| Mondaq Newsletters | **Mondaq Personalized News Alert** - Please make sure newsletters@mondaq.com is added to your safe senders list to avoid items being flagged as spam. Can't see this email? Right click any i... | Aug |
| Norton | **Norton Newsletter – August Edition** - Your monthly Norton Newsletter aimed at helping you understand the ever-changing world of cyberthreats \| View online NEWSLETTER \| AUGUST 2019 De... | Aug |
| Reverb 2 | **Message about DiMarzio 36th Anniversary PAF's set Black on Reverb** - I left here in perfect working condition - It r... Reply to this email to respond to Brian Reverb New Message New Message ... | Aug |
| Reverb | **Your order of 2 items on Reverb** - Reverb Order Confirmation Order Confirmation Hi Steve, You have a total of 2 items coming your way One item purchased from Beomaninc Message Seller G... | Aug |
| Capital One | **Your requested balance summary** - Check your account balance today. | Aug |
| Google Express | Hey Steve, get 25% off Shoes.com – through 8/6 - Shop deals from around the web on Google Express. Google Express Electronics Health & Beauty Kitchen & Dining All Deals Featured deal... | Aug |
| Medium Daily Digest | **"Tell Me What You Say Yes to, and I'll Tell You Who You Are" published in Better Marketing by Benjamin Hardy, PhD** - Stories for Steve Wilson Briggs Today's highlights Tell Me What You Say Y... | Aug |
| Norton | **NEW Norton 360 protects smartphones, tablets, Macs, PCs, and more** - Upgrade to NEW Norton 360 today for multiple layers of protection \| View online. Norton LifeLock Logo Your devices mi... | Aug |
| Google Express | **Deals on dorm essentials** - Save on coffee makers, blenders, vacuums, and more. Google Express Easy living Everything you need to make your college space comfortable, efficient, a... | Aug |
| Uber | **Looking out for your safety when you ride** - Use the emergency button to dial 911 and share your location easily. Committed to safety Call 911 right from the app With the emergency button, yo... | Aug |
| Medium Daily Digest | **"Free Will & Willpower Are Becoming a Thing of the Past. Here's What You Can Do About It." published in Better Marketing by Benjamin Hardy, PhD** - Stories for Steve Wilson Briggs Today's hi... | Aug |
| Bethany Halcomb | **Any time is back to school time** - Western Governors University Can't see the images? View it in your browser. B2S_EmailHeader Dear Steve, With degree programs that start the first of each m... | Aug |
| Mondaq Newsletters | **Mondaq Personalized News Alert** - Please make sure newsletters@mondaq.com is added to your safe senders list to avoid items being flagged as spam. Can't see this email? Right click any i... | Aug |
| Localwise | **Steve, businesses you follow are hiring** - Hi Steve, Businesses you follow just posted jobs on Localwise. Be the first to apply! Music for Minors Music Educator \| San Jose, CA \| Part-time Follo... | Aug |

Type here to search

1:19 AM
10/29/2019

# Exhibit K5

9/22/2019                                Avatar: Production Begins In September On Stand-Alone Sequels – Deadline

# DEADLINE

☰                                                                              TIP US

AdChoices ▷

**BREAKING NEWS**                                                                 ✕
**Deadline's Primetime Emmy Awards Live Blog - Follow All The Action Here**

HOME  /  INTERNATIONAL  /  BREAKING NEWS

## 'Avatar' Sequels Update: Production "Officially" Begins In September On Saga's Stand-Alones – CineEurope



**By Nancy Tartaglione**
June 20, 2017 4:00pm

   



☰                                 DEADLINE                              ⬚ TIP US



20th Century Fox

Ascending the stage during 20th Century Fox's presentation at CineEurope this evening, Lightstorm Entertainment's Jon Landau offered an update on the four upcoming *Avatar* sequels. Production on the James Cameron-directed pics, which will be stand-alones but together form "an epic saga," officially begins September 25 with performance capture, Landau told the assembled exhibitors in Barcelona.

The production start date has been somewhat fluid, seeming to jockey over time. In April, when the sequels' release dates were set, the *Avatar* Facebook page touted, "Great to be working with the best team in the business! *Avatar* takes flight as we begin concurrent production on four sequels."

ADVERTISEMENT





# DEADLINE

TIP US



SPONSORED BY BANKOFTHEWEST.COM

**Sponsored Video**

SEE MORE

Landau tonight noted Cameron "has done a couple of sequels before in his career and I would argue that those sequels have lived up to, if not exceeded, the original movies." That starts, he said, with the foundation of a script and "that's what Jim has been working on for the last several years… Finally, we have the four scripts for the *Avatar* films ready."

**RELATED STORY**
**'Avatar': Fox Adds 'Game Of Thrones' Actress Oona Chaplin To Upcoming Sequels**

During the development phase, "some of the industry's best artists" have been working on designing a world of these movies, said Landau, who then showed a premiere preview montage of some of the designs of Pandora and its inhabitants.

"At the heart of any movie are the characters," Landau continued. "One of the strengths of great scripts are always the universal and relatable themes… There's no more relatable theme than family. At the center of each of our four movies will be the Sully family. Each sequel will play as a stand-alone movie. Each movie's story will come to its own conclusion… However, when looked at as a whole, the journey across all four movies will create an even larger connected epic saga for audiences around the world."

While developing the scripts, the decision was made to continue to set the movies on Pandora. "We always knew that Pandora was a place as diverse as Earth," Landau said. The original cast is reuniting for the films while Landau also noted that *Game Of Thrones*' star Oona Chaplin has joined the cast and will be involved in all of the next movies.

*Avatar* is the biggest box office hit of all time, grossing $2.7B worldwide. The sequels are set for release thusly: *Avatar 2* on December 18, 2020; *Avatar 3* on December 17, 2021; *Avatar 4* on December 20, 2024; and *Avatar 5* on December 19, 2025.

# Exhibit L5

http://en.wikipedia.org/wiki/Aliens_(film)    [Go]

528 captures
15 Dec 2005 - 17 Oct 2019

SEP OCT JAN
◀ **31** ▶
2006 2007 2008



▼ About this capture

# Aliens (film)

From Wikipedia, the free encyclopedia

*This article is about the film, for the video games of the same name see Aliens (Square computer game) and Aliens (arcade game).*

**Aliens** is a 1986 science fiction/action/horror film starring Sigourney Weaver, Michael Biehn, Lance Henriksen, Carrie Henn, Bill Paxton and Paul Reiser. A sequel to Ridley Scott's 1979 *Alien*, *Aliens* is set 57 years after the events of the first film and is regarded by many as a benchmark for the action and science fiction genres.[1] [2] In *Aliens*, Weaver's character Ellen Ripley returns to the planet where she first encountered the hostile Alien "xenomorph," this time accompanied by a unit of Colonial Marines.

Directed by James Cameron from a story written by Cameron, David Giler and Walter Hill, *Aliens* is a high-paced action-adventure film which is in stark contrast to the suspenseful Sci-Fi horror of the original *Alien*. Following *The Terminator*, the film helped to establish Cameron as a major action director.[3] Sigourney Weaver received her first Best Actress Academy Award nomination for her leading role in *Aliens*. [4] Like its predecessor, the film was shot in England, this time at Pinewood Studios,

*Aliens*



The original 1986 theatrical poster

| | |
|---|---|
| **Directed by** | James Cameron |
| **Produced by** | Gale Anne Hurd<br>Gordon Carroll<br>David Giler<br>Walter Hill |
| **Written by** | **Story:**<br>James Cameron<br>David Giler<br>Walter Hill<br>**Screenplay:**<br>James Cameron |
| **Starring** | Sigourney Weaver<br>Michael Biehn<br>Lance Henriksen<br>Carrie Henn<br>Paul Reiser<br>Bill Paxton |
| **Music by** | James Horner |
| **Cinematography** | Adrian Biddle |
| **Editing by** | Ray Lovejoy |
| **Distributed by** | 20th Century Fox |



http://en.wikipedia.org/wiki/Aliens_(film)          Go

**528 captures**
15 Dec 2005 - 17 Oct 2019

OCT  JAN
◀ **31** ▶
2006  2007  2008

▼ About this capture

$131 million internationally during its 1986 theatrical release, making it the highest-grossing entry in the *Alien* film series.[6] Given the combat-oriented nature of the film, *Aliens* was promoted with the tagline, *"This Time It's War."*

| | |
|---|---|
| | 154 min. |
| **Country** | 🇺🇸 United States 🇬🇧 United Kingdom |
| **Language** | English |
| **Budget** | $18,000,000 |
| **Preceded by** | *Alien* |
| **Followed by** | *Alien³* |

**All Movie Guide profile**
**(https://web.archive.org/web/20071031100222/http://allmovie.com/cg/avg.dll?**
**p=avg&sql=1:1524)**
**IMDb profile**
**(https://web.archive.org/web/20071031100222/http://www.imdb.com/title/tt0090605/)**

## Contents

- 1 Plot
- 2 Cast
  - 2.1 Military Personnel
  - 2.2 Civilians
  - 2.3 Other cast
- 3 Inspirations
- 4 Production
  - 4.1 History and pre-production
  - 4.2 Production disputes
  - 4.3 Set design and construction
  - 4.4 Weapons and props
  - 4.5 Music
- 5 Reception
- 6 Awards and accolades
- 7 Special Edition
- 8 Spin-offs
- 9 Further reading
- 10 References
- 11 External links

## Plot

Ellen Ripley, the only survivor of the Weyland-Yutani Corporation space freighter *Nostromo*, is rescued and revived after drifting for 57 years in hypersleep. Interviewed before a panel of company executives, Ripley's testimony regarding the Alien is met with extreme skepticism, as no physical evidence of the creature survived the

http://en.wikipedia.org/wiki/Aliens_(film)          Go       ◀ 31 ▶       OCT  JAN

528 captures                                                      2006  2007  2008
15 Dec 2005 - 17 Oct 2019                                              ▼ About this capture

visited by Weyland-Yutani employee Carter Burke, who informs her that contact has been lost with the colony on LV-426; the company is dispatching Burke and a unit of Colonial Marines to investigate, and offer Ripley a place as a specialist. Psychologically traumatized by her experience, Ripley initially refuses to join them, but accepts when she realises that the mission will not only restore her credibility, but allow her to face her demons - as well as possibly restoring her flight status. Arriving in orbit of LV-426 aboard the warship *Sulaco*, she is introduced to the Colonial Marines, including the novice Lieutenant Gorman, the veteran Sergeant Apone and the android Bishop. Ripley gives an emotional account of her original encounter with the Alien to the unit, but her warnings are dismissed by the cocky Marines.



The windswept surface of LV-426.

The heavily-armed expedition descends to the planetoid's surface via dropship. They find the colony seemingly abandoned; the only living things are two of the Alien-implanting "facehuggers" on display in the colony's medical lab, and a severely traumatized young girl, nicknamed Newt, who has survived by hiding in the colony's sprawling ventilation system. The Marines eventually locate the other colonists, by tracking surgically-implanted transceivers, clustered together in the colony's nuclear-powered atmosphere-processing station. Travelling to the station, the Marines find a large Alien nest, filled with the cocooned corpses of the colonists. When the Marines destroy a newborn chestburster-Alien, a swarm of mature Alien drones awakes and ambushes the unprepared unit. Most of the unit is killed or captured; Ripley crashes their APC into the nest, knocking Gorman unconscious but rescuing Corporal Hicks, Private Vasquez, and Private Hudson. Hicks assumes command of the mission and orders the dropship to recover the survivors, with the intent of returning to the *Sulaco* and destroying the colony from orbit, but a stowaway Alien kills the dropship pilots in flight, causing the vessel to crash into the processing station. The surviving humans barricade themselves inside the main colony complex.

Ripley learns that Burke has ordered Bishop to preserve Alien specimens for return to the Company labs. She confronts Burke and declares that after investigation she has discovered it was he who sent the unprepared colonists to the original Alien-infested spaceship; she threatens to expose him. Bishop shows them that the damaged nuclear processing station has become unstable and will soon detonate with the force of a thermonuclear weapon. Having no other way to contact the second dropship still onboard the *Sulaco*, he volunteers to crawl down a service pipe to the colony transmitter array and bring the vessel down by remote control. A recovered Gorman rejoins the team, while Ripley and Newt try and get some rest in the Medical Laboratory. Ripley awakens to find herself weaponless and locked in the room with the two live facehuggers, mysteriously released from their tanks. She sets off a fire alarm which alerts Hicks, Hudson, and Vasquez, who arrive and destroy the creatures as they are on the brink of implanting Ripley and Newt. Ripley accuses Burke of releasing the facehuggers with the intention of using her and Newt as hosts to smuggle the implanted Aliens past quarantine. The debate about what to do with him is interrupted when the power to headquarters is cut off, possibly by the Aliens, who pour in through a gap in the ceiling and attack en masse. During the battle Hudson is swarmed and pulled down through the floor, while Burke's attempt to flee alone is quickly cut short by one of the attackers. Newt leads the few remaining members into the air ducts. Gorman and an injured Vasquez, after being cut off and surrounded, detonate a grenade, killing themselves and several Aliens. The force of the blast pushes Newt down a shaft, where she is captured alive by an Alien.

Hicks is badly injured by the acidic blood of one of the Aliens while reaching Bishop and the second dropship. Ripley, unwilling to leave Newt, gears up to rescue the girl. She finds and frees a cocooned Newt in the bowels of the Alien hive, but while attempting to escape, they stumble into the nest's main breeding chamber, where they are confronted by the monstrous Alien queen. Ripley incinerates the chamber with her weapons--draining the last of her ammo and enraging the queen, who escapes the destruction by tearing free from her huge ovipositor. Closely pursued by the queen, Ripley and Newt rendezvous with the dropship and escape moments before the entire colony

11/8/2019                                      Aliens (film) - Wikipedia, the free encyclopedia

http://en.wikipedia.org/wiki/Aliens_(film)      Go      ⏴EP  **OCT**  **JAN**

**528 captures**                                    ◀ **31** ▶
15 Dec 2005 - 17 Oct 2019                       **2006** 2007 **2008**      ▼ About this capture



behind with her barbed tail and then tears him in half. Ripley distracts the queen
long enough for Newt to jump into a hole in the ship's deck plating. Just as the
queen is about to pull the girl from her hiding place, Ripley reappears manning
one of the ship's exosuit "power-loaders". She battles the queen and succeeds in
dropping the creature into a large airlock and expelling her into space. Ripley,
Newt, Hicks and Bishop enter hypersleep for the return back to Earth.

The alien queen in the
atmosphere processor hive.

# Cast

## Military Personnel

| Name | Occupation | Gender | Played By |
|------|-----------|--------|-----------|
| Bishop (341-B) | U.S.S. Sulaco's XO | Android (Male) | Lance Henriksen |
| 1stLt. William Gorman | Marine (Commanding Officer) | Male | William Hope |
| GySgt. Al Apone | Marine (Senior Non-Commissioned Officer/First Squad Leader) | Male | Al Matthews |
| Cpl. Dwayne Hicks | Marine (Junior Non-Commissioned Officer/Second Squad Leader) | Male | Michael Biehn |
| Cpl. Collette Ferro | Marine (Dropship Pilot) | Female | Colette Hiller |
| Cpl. Cynthia Dietrich | Marine (Corpsman) | Female | Cynthia Dale Scott |
| Pfc. William Hudson | Marine (Technician) | Male | Bill Paxton |
| Pfc. Jenette Vasquez | Marine (Smart Gunner) | Female | Jenette Goldstein |
| Pvt. Mark Drake | Marine (Smart Gunner) | Male | Mark Rolston |
| Pvt. Daniel Spunkmeyer | Marine (Dropship Crew Chief) | Male | Daniel Kash |
| Pvt. Ricco Frost | Marine | Male | Ricco Ross |
| Pvt. Tim Crowe | Marine | Male | Tip Tipping |
| Pvt. Trevor Wierzbowski | Marine | Male | Trevor Steedman |

## Civilians

| Name | Occupation | Gender | Played By |
|------|-----------|--------|-----------|
| Ellen L. Ripley | Former Warrant Officer, Xenomorph Advisor | Female | Sigourney Weaver |
| Rebecca "Newt" Jorden | Colonist (Child) | Female | Carrie Henn |
| Carter J. Burke | Weyland-Yutani Corporate Lawyer | Male | Paul Reiser |
| Paul Van Leuwen | Chairman of the Interstellar Commerce Commission | Male | Paul Maxwell |
| Ann Jorden | Colonist (Salvager) | Female | Holly De Jong |

http://en.wikipedia.org/wiki/Aliens_(film)       Go       ‹ ^ P   OCT   JAN

528 captures                                          ◄ 31 ►

15 Dec 2005 - 17 Oct 2019                         2006  2007  2008     ▼ About this capture

| | | | |
|---|---|---|---|
| Al Simpson | Colonist (Operations Manager) | Male | Mac McDonald |
| William Lydecker | Colonist (Assistant Operations Manager) | Male | Bill Armstrong |
| Mary | Colonist | Female | Barbara Coles |

### Other cast

| Name | Occupation | Gender | Played By |
|---|---|---|---|
| ECA Rep | Extrasolar Colonization Administration Representative | Female | Valerie Colgan |
| Insurance Investigator | | Male | Alan Polonsky |
| Medical Technician | *Gateway* medical staff | Female | Alibe Parsons |
| Doctor | *Gateway* medical staff | Male | Blain Fairman |
| Amanda Ripley | Civilian | Female | Elizabeth Inglis |

# Inspirations

Director James Cameron drew inspiration for the *Aliens* storyline from the Vietnam War, with regards to situations where a technologically superior force was mired in a hostile foreign environment.[7][8] The name of the Colonial Marines' ship, "Sulaco", is the name of the town in Joseph Conrad's *Nostromo*, which was the name of the ship in *Alien*. Cast members in the role of the Colonial Marines were also instructed to read Robert Heinlein's *Starship Troopers*.

Some critics [9] have compared the *Alien Queen* to Grendel's mother in *Beowulf*.[10]

# Production

## History and pre-production

In 1983, while completing *The Terminator*, director James Cameron discussed the possibility of working on a sequel to the original 1979 *Alien* with Twentieth Century Fox producer David Giler.[7] A big fan of the original film, Cameron was highly interested in crafting a sequel, and entered a self-imposed seclusion to brainstorm the concept for *"Alien II."*[7] After four days, Cameron had produced an initial story treatment for the film which eventually became *Aliens*.[7] Following the success of *The Terminator*, Cameron and partner Gale Anne Hurd were given approval to direct and produce the sequel to *Alien*, scheduled for a 1986 release.

Sigourney Weaver, the star of the original film, was hired for the sequel with a salary of $1 million, thirty times her fee for the first film.[11] Weaver nicknamed her character "Rambolina," and stated that she approached the role as akin to Henry V or women warriors in Chinese classical literature.[11]

## Production disputes

The production of *Aliens* was affected by a number of personnel and cast disruptions.[12] Shooting was said to be problematic due to cultural clashes between Cameron and the British crew, with the crew having what actor Bill

11/8/2019
Case 3:20-cv-01596-VC   Document 1-13   Filed 03/04/20   Page 13 of 51
Aliens (film) - Wikipedia, the free encyclopedia

http://en.wikipedia.org/wiki/Aliens_(film)        Go        P   OCT   JAN

528 captures                                          ◀  **31**  ▶
15 Dec 2005 - 17 Oct 2019                          2006  2007  2008

▼ About this capture

difficult to adjust to working practices such as the regular "tea breaks" that
brought production to a temporary halt.[12] The crew were admirers of the
previous director Ridley Scott, and many believed Cameron to be too young and
inexperienced to be directing such a film as *Aliens*, despite Cameron's attempts to
show them his previous hit, *The Terminator*(which they reputedly refused to
watch).[12]

At one point, the crew members mocked Cameron's then wife, producer Gale
Anne Hurd, by asking her who the producer of the film was, and then laughing at
her and insisting she was only getting the producer credit because she was
Cameron's wife. Ultimately, a walkout occurred when Cameron clashed with an
uncooperative cameraman who refused to light a scene the way Cameron wanted.
[13] Specifically, the camera man believed in creative input on set lighting, and
had lit the alien nest set brightly, while Cameron insisted on his original vision of
a dark, foreboding alien nest.[13] After the cameraman was fired, Hurd managed
to coax the crew members into coming back to work.



The producing team behind
*Aliens*, James Cameron and
Gale Ann Hurd.

Actor James Remar was originally cast as Corporal Dwayne Hicks, but was replaced by Michael Biehn after a
falling out with Cameron. Remar can still be seen in a shot where the marines are entering around a corridor, but
since he is in full armor and seen only from behind, it is impossible to tell that it is Remar and not Biehn.

## Set design and construction

Some of the scenes inside the alien nest were shot inside the disused power station in Acton, West London. The
Alien nest set wasn't dismantled after filming. It was unused until three years later when it was used as the Axis
Chemicals set for *Batman* in 1989. When the crew of *Batman* first entered the set, they found most of the Alien
nest still intact.[14]

As the marines explore the complex, they look up and see what appears to be a series of vents. These were the
backs of old television sets pushed into service by the special effects team.

## Weapons and props

The weapons used by the marines are all based on real, fully functional weapons.
[15] The M41A pulse rifle is made from a Thompson SMG with an attached fore
end from a Franchi SPAS-12 shotgun, a Remington 12 Gauge Model 870P
receiver with barrel while the smartguns carried by Vasquez and Drake are based
around the MG-42 machinegun, and are maneuvered with the help of a steadicam
camera. After the movie's premiere, the Caterpillar construction equipment
company reportedly received inquiries from people interested in buying the power
loader that Ripley uses to fight the Alien Queen, who were unaware that it was
fictional and didn't exist outside of the movie.



Ellen Ripley wielding a pulse
rifle in *Aliens*.

## Music

Music composer James Horner stated that he felt Cameron had not given him enough time to compose a musical
score for the film. Horner arrived in England and thought the film would be locked so he could write the score in

Horner believed Cameron was so pre-occupied with sound effects, in which Cameron spent two days with the person who created the sound for the automatic weapon, that he was given an outdated recording studio. Recorded at Abbey Road Studios with the London Symphony Orchestra, the establishment was 30 years old and was barely able to patch in synthesizers and use electronic equipment required by Horner for this type of film.[16]

Six weeks from theatrical release, no dubbing had been completed and the score still had not been written as Horner was still unable to view the completed film. The final cue of the film, where Ripley takes on the alien queen was written overnight. Cameron had completely reworked the scene leaving Horner to have to re-write the music for the scene. He stated that he can write a melody in two seconds, however tying it together takes a long time as he must acknowledge up to 38 events including gunfire, aliens dying, which relies on exact timing. As Gale did not have much music production experience, she and Cameron denied Horner's request to push the film back four weeks so he could finish the musical score. He felt that if he was given more time he could get it 100% right, rather than his opinion of what was 80% right. The score was recorded in roughly four days.[16]

Horner stated that tensions between himself and Cameron were so high during post-production that he assumed they would never work together again. Horner believed the film schedules that Cameron wanted to make were too short for him. The two parted ways until 1997 when Cameron, so impressed with Horner's score from *Braveheart*, asked him to compose the score for his *Titanic*.[16] Horner received his first Original Score Academy Award nomination for this film.[4]

## Reception

*Aliens* was released in the US and Canada on 18 July 1986, and the 26 September in the same year in the UK.[17] It was released in Australia on 6th November. It had a running time of 137 minutes. Eagerly anticipated by fans following the success of the original *Alien*,[18] it took $10,052,042 in its opening weekend in the US,[5] and going on to take a box office total of $85,160,248 domestic and $131,060,248 worldwide.[6]

| Ratings | |
| --- | --- |
| Argentina: | 13 |
| Australia: | M |
| Canada (Ontario): | R |
| Canada (Manitoba): | PA |
| Canada (Maritime): | R (1986) |
| | 18 (re-rating, 1999) |
| Canada (Quebec): | 13+ |
| Chile: | 14 |
| Finland: | K-16 |
| France: | 12 |
| Germany: | 16 |
| Hong Kong: | IIB |
| Iceland: | 16 |
| Ireland: | 18 |
| Japan: | PG-12 |
| Mexico: | B |
| Netherlands: | 16 |
| Norway: | 18 |
| Peru: | 14 |
| Singapore: | M18 |
| Spain: | 13 |
| Sweden: | 15 |
| United Kingdom: | 18 |
| United States: | R |


*Aliens* on the cover of TIME's July 28, 1986 issue.

Critical and audience reaction to the film was superb.[5][19] Roger Ebert called it "painfully and unremittingly intense" and a "hair-raising carnival ride that never stops," but also praised Aliens as a "superb example of filmmaking craft".[20] *TIME Magazine* featured the film on the cover of its July 28, 1986 issue, in which reviewer Richard Schickel declared the film "a sequel that exceeds its predecessor in the reach of its appeal while giving [Sigourney] Weaver new emotional dimensions to explore."[7] *TIME* also detailed the development process of the film and the approach

http://en.wikipedia.org/wiki/Aliens_(film)    Go

528 captures
15 Dec 2005 - 17 Oct 2019

_P   OCT   JAN
◀ 31 ▶
2006   2007   2008

▼ About this capture

(Amazon.com editorial review)[21] and "The most intense and satisfying piece of science fiction ever made" from local news (Blake Davis of KFOR Channel 4 News). In a 1997 interview, Sigourney Weaver herself stated that *Aliens* "made the first *Alien* look like a cucumber sandwich."[22]

In 2007, *Entertainment Weekly* named *Aliens* as the #2 best action movie of all time, behind only *Die Hard*.[1] In Rotten Tomatoes' analysis of top 100 science fiction films, *Aliens* ranks #10 among the best-reviewed science fiction films of all time.[2]

In 2004, *Aliens* was named #35 on Bravo's *100 Scariest Movie Moments* for the facehugger attack towards Ripley; the original *Alien* was named #2 for the chestburster scene.[23]

## Awards and accolades

*Aliens* was nominated for seven Academy Awards and won two (Sound Effects Editing and Visual Effects). Sigourney Weaver received her first Academy Award nomination (Best Actress) for this film. Although Weaver did not actually win, it was considered a landmark for a nomination for Best Actress to even be made for a science fiction / horror film, a genre usually given little recognition by the Academy.[24]

## Special Edition

A Special Edition was released in 1992 on laserdisc and VHS that restored 17 minutes of previously deleted footage.[25] the most notable addition was a segment early in the film showing the colony on LV-426 just as the colonists first encounter the derelict alien spacecraft which is infested with the alien eggs. Other notable scenes included the "sentry gun scene" in the operations building,[25] Ripley's discovery of her daughter's fate while she was away,[25] and a few other dialogue scenes between Ripley and the Marines. One of these exchanges provides Ripley's full name (Ellen Ripley). This version was then released on *The Alien Legacy* in 1999 on DVD. Both versions of the film were released together for the first time in the 2003 *Alien Quadrilogy* DVD box set and then later on the Special Collector's Edition DVD.

## Spin-offs

The success of *Aliens* spawned a comic book series of the same name, *Aliens*, along with a series of 12 *Aliens* novels.

Two games based on the movie were released by Electric Dreams in the 1980s for the Amstrad CPC, the ZX Spectrum, and the Commodore 64 8-bit home computer systems. In 1990, Konami released an arcade game, *Aliens*, based on the movie.

The 1993 PC video game *Doom* was initially conceived as a licensed video game based on *Aliens*, one of id Software's favorite science fiction-action films. Though negotiations with 20th Century Fox were begun, the plan was ultimately canceled in order for id Software to retain more creative freedom.

## Further reading

http://en.wikipedia.org/wiki/Aliens_(film) | Go

528 captures
15 Dec 2005 - 17 Oct 2019

SEP **OCT** JAN
◀ **31** ▶
**2006** 2007 **2008**

▼ About this capture

# References

1. ^ *a b* Bernardin, Marc (2007-06). The 25 Greatest Action Films Ever! (https://web.archive.org/web/20071031100222/http://www.ew.com/ew/article/0,,20042607,00.html) . Entertainment Weekly. Retrieved on 2007-07-16.
2. ^ *a b* 100 Best-Reviewed Sci-Fi Movies (https://web.archive.org/web/20071031100222/http://www.rottentomatoes.com/al/scifi/?r=10&mid=1000617) . Rotten Tomatoes. Retrieved on 2007-07-16.
3. ^ Richardson, John H. "Iron Jim." Premiere Magazine, No. 12, August 1994, p. 44-54.
4. ^ *a b* IMDb Award Listing (https://web.archive.org/web/20071031100222/http://www.imdb.com/title/tt0090605/awards) . IMDb.com. Retrieved on 2007-07-16.
5. ^ *a b c* Imdb business data (https://web.archive.org/web/20071031100222/http://www.imdb.com/title/tt0090605/business) . Imdb.com. Retrieved on 2006-12-21.
6. ^ *a b* Movie Franchises Index (https://web.archive.org/web/20071031100222/http://www.boxofficemojo.com/franchises/) . Box Office Mojo (2007). Retrieved on 2007-07-16.
7. ^ *a b c d e* Schickel, Richard (1986-07-28). Help! They're Back! (https://web.archive.org/web/20071031100222/http://www.time.com/time/magazine/article/0,9171,961839,00.html) . TIME Magazine. Retrieved on 2007-07-16.
8. ^ Cameron, James. (Interview) Interview With James Cameron, *Aliens* Special Edition DVD, 1986.
9. ^ The Alien Trilogy: A New Beowulf (https://web.archive.org/web/20071031100222/http://web.nwe.ufl.edu/~chapman/beowulf/beomain.html)
10. ^ *Alien Queen* in Cameron's *Aliens* (1986). (https://web.archive.org/web/20071031100222/http://web.nwe.ufl.edu/~chapman/beowulf/queenb.html)
11. ^ *a b* Corliss, Richard (1986-07-28). The Years of Living Splendidly (https://web.archive.org/web/20071031100222/http://www.time.com/time/magazine/article/0,9171,961869,00.html) . TIME Magazine. Retrieved on 2007-07-16.
12. ^ *a b c* Paxton, Bill. (Commentary) *Aliens* Special Edition DVD.
13. ^ *a b* Hurd, Gale Anne. (Commentary) Aliens Behind The Scenes, *Aliens* Special Edition DVD.
14. ^ ABC News: Arts and Entertainment article (https://web.archive.org/web/20071031100222/http://www.abc.net.au. (and DVD special features.)
15. ^ Aliens Behind The Scenes, *Aliens* Special Edition DVD-special-feature/special/2007/scifi/?
16. ^ *a b c* Horner, James. Alien Quadrilogy - Disc 4:Aliens: Bonus material - Interview with James Horner.
17. ^ Imdb release dates (https://web.archive.org/web/20071031100222/http://www.imdb.com/title/tt0090605/releaseinfo) . imdb.com. Retrieved on 2006-12-21.
18. ^ Cosford, Bill. Let 'Aliens' Invade Your Peace of Mind. The Miami Herald, July 18, 1986, pg. 1D.
19. ^ Aliens movie reviews ratings (https://web.archive.org/web/20071031100222/http://www.rottentomatoes.com/m/aliens/) . Rotten Tomatoes. Retrieved on 2007-07-16.
20. ^ Roger Ebert review (https://web.archive.org/web/20071031100222/http://rogerebert.suntimes.com/apps/pbcs.dll/article?AID=/19860718/REVIEWS/607180301/1023) . SunTimes.com. Retrieved on 2006-12-20.
21. ^ Amazon.com - Aliens Special Edition (https://web.archive.org/web/20071031100222/http://www.amazon.com/Aliens-Special-James-Cameron/dp/B00000ILDE) . Amazon.com. Retrieved on 2007-07-16.
22. ^ Entertainment Weekly -Beauty and the Beast (https://web.archive.org/web/20071031100222/http://
23. ^ Bravo's *100 Scariest Movie Moments*
24. ^ Career of living dangerously: Sigourney Weaver ready for next risk. New York Daily News, Knight Ridder/Tribune News Service, March 21, 2001.
25. ^ *a b c* Aliens - Special Edition details (https://web.archive.org/web/20071031100222/http://

# External links

- *Aliens* (https://web.archive.org/web/20071031100222/http://www.imdb.com/title/tt0090605/) at the Internet Movie Database
- Harry Harris (https://web.archive.org/web/20071031100222/http://www.harryharris.com/) , owner of the largest collection of screen used props as seen in *Aliens*.
- Aliens first draft script (https://web.archive.org/web/20071031100222/http://www.godamongdirectors.com/scripts/aliens2.shtml)
- Classicscifi.com (https://web.archive.org/web/20071031100222/http://www.classicscifi.com/index.php?option=com_content&task=view&id=13&Itemid=40) , in-depth review.

11/8/2019
Case 3:20-cv-01596-VC   Document 1-13   Filed 03/04/20   Page 17 of 51
Aliens (film) - Wikipedia, the free encyclopedia

http://en.wikipedia.org/wiki/Aliens_(film)        Go     SEP  OCT  JAN

**528 captures**                                      ◀ **31** ▶
15 Dec 2005 - 17 Oct 2019                             2006 2007 2008

▼ About this capture

Retrieved from "http://en.wikipedia.org/wiki/Aliens_%28film%29"

Categories: English-language films | All articles with unsourced statements | Articles with unsourced statements since July 2007 | Articles with unsourced statements since September 2007 | Articles with unsourced statements since June 2007 | 1986 films | 1980s horror films | Alien (film series) | Science fiction action films | Films directed by James Cameron | Hugo Award Winner for Best Dramatic Presentation | Sequel films | Pinewood films | Robot films

---

- This page was last modified 04:27, 29 October 2007.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.) Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a U.S. registered 501(c)(3) tax-deductible nonprofit charity.

# Exhibit M5

                              VAN
                    These are just programmable cyber-
                    gens. Been around tinsel-town for
                    almost three years. Take someone's
                    MRI scan and digitize it and you got
                    an exact digital replica. Next year
                    they're gonna introduce neuro-gens
                    that look, think and act, just like
                    the people they're modelled after.

                              JERRY
                    That possible?

                              VAN
                    Take a guy's neuro-scan and digitize
                    it into his cyber-gen. Technology
                    finally caught up to the theory.
                         (to the Make-Up Man)
                    Can you bring out his lips?

The Make-up Man applies a bit of lipstick to Jerry's lips.

The Lighting Woman quickly adjusts a light and scrambles to
set up a few microphones at the podium. Van and Jerry watch
her move, impressed by her work ethic.

                              VAN (CONT'D)
                    She just repatriated. People from
                    The State can't work like that.

The Make-up Man nods at Van.

                              VAN (CONT'D)
                    You ready?

Jerry combs his hair with his hand and clears his throat.


INT. JERRY'S OFFICE - DAY

Jerry rushes into the office, breathing hard from jogging.
He finds Howard watching a video on his computer.

                              HOWARD
                    Why you running?

                              JERRY
                         (checking his watch)
                    My press conference comes on in three
                    minutes. What are you watching?

                              HOWARD
                    Old war footage of Arlo's platoon
                    debriefing; after they were almost
                    wiped out.

# Exhibit N5



# The Amazing Mr. Excellent movie website

## Future Projects:

I'm hoping to begin shooting the following scripts, perhaps shooting Sweeter Nectar Cherries first. But we need help. We are seeking investment and production partners to get these projects finished.

SWEETER NECTAR CHERRIES: When Lenny, a homeless pick-pocket with Parkinson's disease, is arrested he learns he has inherited a multi-million dollar estate. Lenny gets probation and rents his home out to several rock bands, some of his homeless friends, and a cannibal -allowing Lenny time to pursue the heart of his sexy new probation officer. Before long Lenny has his probation officer's job on the line and his estate in jeopardy -and is in danger of becoming one of his tenant's dinner. FEATURE LENGTH, ROMANTIC COMEDY, ALL AUDIENCES.

SUNFLOWERS: When four naive young American artists take summer jobs working in London for a wealthy art procurer they quickly find themselves at the center of a vast counterfeit art ring. When the artists poorly planned efforts to extricate themselves from the plot fail they find themselves racing across through the city from London's deadliest underworld kingpin. FEATURE LENGTH, COMDEY, YOUNG ADULTS.

BUTTERFLY DRIVER: In 2144 Earth is grossly overpopulated, with 95% of the population living in poverty, while the elite .01% live on the giant man made luxury satellite, Uberopolis. Against this backdrop, in some anonomous slum, legendary soldier -and world's most wanted fugitive, Arlo Grainer, learns the polluted atmosphere will kill his daughter unless she receives an extremely costly drug. For that medicine Arlo will go across the globe and into the heart of Uberopolis, pursued by every bounty hunter on Earth. FEATURE LENGTH, SCI-FI/ ACTION-ADVENTURE, ALL AUDIENCES.

ALFREY AND DORY: The chronicle of the lives of two young, ordinary life-long friends and room-mates (one Irish, one Dominican) surviving New York's inner city -set entirely in their apartment. FEATURE LENGTH, COMEDY, YOUTH AND YOUNG ADULT.

SEE IT! In high def and AMAZING 2D technology!!

### (Navigation menu)
HOME
CLIPS
PRIOR BIRO FR NOTES
CAST
PRODUCTION TEAM
THE MAKING OF MR. X
THE MUSIC
THANKS & LINKS
STORE
OUTREACH
FUTURE PROJECTS
PARTNERS WANTED
INVESTMENT OPPS.
MISSION
ABOUT
CONTACT

# Exhibit O5

WebVoyage Record View 1



The Library of Congress will upgrade its integrated library system (ILS)
starting Friday, Nov. 8 and ending Sunday, Nov. 17. During the upgrade
the U.S. Copyright Office Catalog will be available except for brief
outages. We apologize for any inconvenience to our users.

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Keyword = Taken besson
Search Results: Displaying 5 of 1 entries



Labeled View

*Taken.*

**Type of Work:** Dramatic Work and Music; or Choreography
**Registration Number / Date:** PAu003104385 / 2007-02-26
**Title:** Taken.
**Notes:** Screenplay.
**Copyright Claimant:** Grive Productions
**Date of Creation:** 2006
**Authorship on Application:** Luc Besson, 1959-, & Robert Mark Kamen, 1948-.
**Copyright Note:** Cataloged from appl. only.
**Names:** Besson, Luc, 1959-
Kamen, Robert Mark, 1948-
Grive Productions



| Save, Print and Email (**Help Page**) | |
|---|---|
| Select Download Format [ Full Record ▼ ] | [ Format for Print/Save ] |
| Enter your email address: [                    ] | [ Email ] |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

Exhibit P5

Grid

List

Site theme

Black on white
White on black
Sign in

**Comment activity**

Sign up or login to join the discussions!

| Username or Email | Password | Submit | ☐ Stay logged in|Having trouble? |

**Sign up to comment and more**Sign up

**GOT CERT VALIDATION? —**

# Critical Windows 10 vulnerability used to Rickroll the NSA and Github

## Attack demoed less than 24 hours after disclosure of bug-breaking certificate validation.

Dan Goodin - 1/15/2020, 4:30 PM

⊠ Chrome on Windows 10 as it Rickrolls the NSA.

Enlarge / Chrome on Windows 10 as it Rickrolls the NSA.
https://twitter.com/saleemrash1d/status/1217519809732259840/photo/1

**reader comments**

104 with 69 posters participating, including story author

**Share this story**

- Share on Facebook
- Share on Twitter
- Share on Reddit

Less than a day after Microsoft disclosed one of the most critical Windows vulnerabilities ever, a security researcher has demonstrated how attackers can exploit it to cryptographically impersonate any website or server on the Internet.

Researcher Saleem Rashid on Wednesday tweeted images of the video "Never Gonna Give You Up," by 1980s heart-throb Rick Astley, playing on Github.com and NSA.gov. The digital sleight of hand is known as Rickrolling and is often used as a humorous and benign way to demonstrate serious security flaws. In this case, Rashid's exploit causes both the Edge and Chrome browsers to spoof the HTTPS verified websites of Github and the National Security Agency. Brave and other Chrome derivatives, as well as Internet Explorer, are also likely to fall to the same trick. (There's no indication Firefox is affected.)



Join Ars Technica and

# Get Our Best Tech Stories

DELIVERED STRAIGHT TO YOUR INBOX.

| Email address | SIGN ME UP |

Will be used in accordance with our Privacy Policy

The same exploit used to Rickroll Github
on Edge.

Enlarge / The same exploit used to Rickroll
Github on Edge.

Rashid's simulated attack exploits CVE-2020-0601, the critical vulnerability that Microsoft patched on Tuesday after receiving a private tipoff from the NSA. As Ars reported, the flaw can completely break certificate validation for websites, software updates, VPNs, and other security-critical computer uses. It affects Windows 10 systems, including server versions Windows Server 2016 and Windows Server 2019. Other versions of Windows are unaffected.

Rashid told me his exploit uses about 100 lines of code but that he could compress it down to 10 lines if he wanted to remove a "few useful tricks" his attack has. While there are constraints and several potentially difficult requirements in getting the exploit to work in real-world, adversarial conditions (more about that later), Wednesday's proof-of-concept attack demonstrates why the NSA assesses the vulnerability as "severe" and said sophisticated hackers could understand how to exploit it "quickly."

## "Fairly terrifying"

Other researchers shared the NSA's sense of urgency.

"What Saleem just demonstrated is: with [a short] script you can generate a cert for any website, and it's fully trusted on IE and Edge with just the default settings for Windows," Kenn White, a researcher and security principal at MongoDB, said. "That's fairly horrifying. It affects VPN gateways, VoIP, basically anything that uses network communications." (I spoke with White before Rashid had demonstrated the attack against Chrome.)

### Further Reading

A (relatively easy to understand) primer on elliptic curve cryptography
The flaw involves the way the new versions of Windows check the validity of certificates that use elliptic-curve cryptography. While the vulnerable Windows versions check three ECC parameters, they fail to verify a fourth, crucial one, which is known as a base point generator and is often represented in algorithms as 'G.' This failure is a result of Microsoft's implementation of ECC rather than any flaw or weakness in the ECC algorithms themselves.

Attackers can exploit the flaw by extracting the public key of a root certificate that ships by default in Windows. These certificates are described as root because they belong to big certificate authorities that either issue their own TLS certificates or validate intermediate certificate authorities that sell certificates on the root CA's behalf. Any root certificate will work, as long as

it's signed with an ECC algorithm. Rashid's attack started with a root certificate from Sectigo, the Internet's biggest CA, which previously used the name Comodo. The researcher later modified his attack to use a GlobalSign root certificate. His code made the switch automatic.

The attacker examines the specific ECC algorithm used to generate the root-certificate public key and proceeds to craft a private key that copies all of the certificate parameters for that algorithm except for the point generator. Because vulnerable Windows versions fail to check that parameter, they accept the private key as valid. With that, the attacker has spoofed a Windows-trusted root certificate that can be used to mint any individual certificate used for authentication of websites, software, and other sensitive properties.

The behavior is tantamount to a law enforcement officer who checks someone's ID to make sure it properly describes the person's height, address, birthday, and face but fails to notice that the weight is listed as 250 pounds when the person clearly weighs less than half that.

"It's such a strange bug, because it's like they're only halfway checking something that is at the root of the entire trust system," White said. "It's a core part of the whole chain of trust."

For more detailed technical explanations of the bug, see posts here and here and the Twitter thread here.

**Update 1/16/2020, 1:20 PM California time:** Researches from Kudelski Security have also exploited the bug and provided a fair amount of detail, including attack code, others can use to do the same thing. A second publicly posted exploit is here. Security firm Trail of Bits, meanwhile published this excellent explainer and site that detects if visitors' system remain vulnerable.

# The caveats

As noted earlier, there are several requirements and constraints that significantly raise the bar for Rashid's attack to work in real-world uses by an adversary. The first is that it most likely requires an active man-in-the-middle attack. These types of attacks, which modify data as it passes through networks, may be difficult to carry out. An alternative to an active MitM is to convince a target to click on a fake URL. This method is much easier, but it also requires some targeting. (It wouldn't apply to attacks against websites or other servers that require a certificate from the connecting client.)

The exploit also requires that the target has recently visited a site with a transport layer security certificate that's chained to an ECC-signed root certificate. That's because the root certificate must already be cached by the targeted system. In the event a targeted system doesn't have the root certificate cached, Rashid said, an attacker could still pull off an exploit by adding JavaScript that accesses a site chained to the root certificate.

Another constraint: Chrome uses a mechanism known as certificate pinning for google.com and a variety of other sensitive websites. Pinning requires that the certificate authenticating a website contain a specific cryptographic hash, even if the certificate offered is otherwise valid. This measure would prevent exploits from working when they spoofed protected sites.

While installing Tuesday's patch by Microsoft is by far the only reasonable way to prevent attacks, a Google representative said Chrome developers have already distributed a fix in a beta version and will fold the fix into stable versions soon. A word of caution: even with this fix, users of vulnerable Windows versions will still face considerable risk from other attack scenarios.

# A matter of time

Despite the requirements and limitations, the vulnerability is serious. As NSA officials put it in the above-linked advisory:

> The vulnerability places Windows endpoints at risk to a broad range of exploitation vectors. NSA assesses the vulnerability to be severe and that sophisticated cyber actors will understand the underlying flaw very quickly and, if exploited, would render the previously mentioned platforms as fundamentally vulnerable. The consequences of not patching the vulnerability are severe and widespread. Remote exploitation tools will likely be made quickly and widely available. Rapid adoption of the patch is the only known mitigation at this time and should be the primary focus for all network owners.

The vulnerability may not pose as extreme a threat as those caused by the Heartbleed flaw in 2014 that allowed attackers to steal private keys, passwords, and other highly sensitive data from hundreds of thousands of vulnerable sites. But because of the breadth of security measures foiled by the Microsoft vulnerability, it's worse even than Apple's critical goto fail flaw, which prevented iOS and macOS systems from detecting invalid TLS certificates served by websites. That makes CVE-2020-0601 one of the most severe vulnerabilities in recent memory.

Windows' automatic update mechanism is likely to have patched vulnerable systems already. For anyone else, fixes for various vulnerable versions are available here. Readers who haven't patched yet should do so immediately.

*Post updated to correct description of certificate pinning and discussion of man-in-the-middle attacks.*





**reader comments**

104 with 69 posters participating, including story author

**Share this story**

- Share on Facebook
- Share on Twitter
- Share on Reddit

Dan Goodin Dan is the Security Editor at Ars Technica, which he joined in 2012 after working for The Register, the Associated Press, Bloomberg News, and other publications.
**Email** dan.goodin@arstechnica.com // **Twitter** @dangoodin001

You must login or create an account to comment.

# Exhibit Q5



































Wayback Machine
Wayback Machine
https://web.archive.org/web/2019*/http://www.latimes.com/entertainment/la-et-cameron8
INTERNET ARCHIVE
SIGN IN
UPLOAD
Search
ABOUT
CONTACT
BLOG
PROJECTS
HELP
DONATE
JOBS
VOLUNTEER
PEOPLE
DONATE
INTERNET ARCHIVE
WayBackMachine
Explore more than 406 billion web pages saved over time
http://www.latimes.com/entertainment/la-et-cameron8jan08-story.html
Calendar · Collections beta · Changes beta · Summary · Site Map
Saved 14 times between December 21, 2014 and December 19, 2019.
1997 1998 1999 2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011 2012 2013 2014 2015 2016 2017 2018 2019 2020
JAN
1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
FEB
1 2
3 4 5 6 7 8 9
10 11 12 13 14 15 16
MAR
1 2
3 4 5 6 7 8 9
10 11 12 13 14 15 16
APR
1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
Feedback
Type here to search
1:22 AM
1/24/2020

Wayback Machine × | Wayback Machine × | Wayback Machine × | Wayback Machine × | sites - Google Drive ×

https://web.archive.org/web/2016*/https://www.hollywoodreporter.com/news/cameron-sails-avatar-127545

Apps | 'Elysium' Director St... | cameronlitdreh.html | 'Breaking Bad' Auct... | "Fraud on the Court... | haven - Google Sea... | "Incorporate By Ref... | "Gross Negligence"... | (Contract) Technical... | Other bookmar

SIGN IN | UPLOAD | Search

ABOUT | CONTACT | BLOG | PROJECTS | HELP | DONATE | JOBS | VOLUNTEER | PEOPLE

DONATE

INTERNET ARCHIVE WaybackMachine

Explore more than 396 billion web pages saved over time

https://www.hollywoodreporter.com/news/cameron-sails-avatar-127545

**Calendar** · Collections beta · Changes beta · Summary · Site Map

Saved **1 time** March 4, 2016.

1997 1998 1999 2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011 2012 2013 2014 2015 **2016** 2017 2018 2019

| JAN | FEB | MAR | APR |
|---|---|---|---|
| 1 2 | 1 2 3 4 5 6 | 1 2 3 4 5 | 1 2 |
| 3 4 5 6 7 8 9 | 7 8 9 10 11 12 13 | 6 7 8 9 10 11 12 | 3 4 5 6 7 8 9 |

Feedback

Type here to search

4:32 AM 12/11/2019

Wayback Machine | Wayback Machine | James Cameron tail | Wayback Machine | Wayback Machine | Q&A with James Car

https://web.archive.org/web/2019*/content.time.com/time/arts/article/0,8599,1576622,00.h

INTERNET ARCHIVE

SIGN IN UPLOAD Search

ABOUT CONTACT BLOG PROJECTS HELP DONATE JOBS VOLUNTEER PEOPLE

DONATE

INTERNET ARCHIVE WaybackMachine

Explore more than 406 billion web pages saved over time

content.time.com/time/arts/article/0,8599,1576622,00.html

Calendar · Collections beta · Changes beta · Summary · Site Map

Feedback

Saved **15 times** between July 9, 2014 and September 4, 2019.

1997 1998 1999 2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011 2012 2013 2014 2015 2016 2017 2018 **2019** 2020

| JAN | | | | | | |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |

| FEB | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |

| MAR | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |

| APR | | | | | | |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |

Type here to search

2:18 AM
1/24/2020

Wayback Machine | Wayback Machine | Wayback Machine | Wayback Machine | sites - Google Drive

web.archive.org/web/*/https://ew.com/article/2007/01/15/james-cameron-talks-avatar/

Apps | 'Elysium' Director St... | cameronlitdreh.html | 'Breaking Bad' Auct... | "Fraud on the Court... | haven - Google Sea... | "Incorporate By Ref... | "Gross Negligence"... | (Contract) Technical... | Other bookmar

SIGN IN | UPLOAD | Search

ABOUT | CONTACT | BLOG | PROJECTS | HELP | DONATE | JOBS | VOLUNTEER | PEOPLE

DONATE

INTERNET ARCHIVE
WaybackMachine

Explore more than 396 billion web pages saved over time

https://ew.com/article/2007/01/15/james-cameron-talks-avatar/

**Calendar** · Collections beta · Changes beta · Summary · Site Map

Feedback

Saved **56 times** between September 24, 2015 and August 17, 2019.

| JAN | | | | | | | FEB | | | | | | | MAR | | | | | | | APR | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | | | | | | 1 | 2 | | | | | | 1 | 2 | | 1 | 2 | 3 | 4 | 5 | 6 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |

Type here to search

4:37 AM
12/11/2019

Wayback Machir | Wayback Machine | Wayback Machine | Wayback Machine | Wayback Machine | Wayback Machine

https://web.archive.org/web/2019*/www.uni-kiel.de/medien/cameronlitdreh.html

INTERNET ARCHIVE

SIGN IN UPLOAD Search

ABOUT CONTACT BLOG PROJECTS HELP DONATE JOBS VOLUNTEER PEOPLE

DONATE

INTERNET ARCHIVE WaybackMachine

Explore more than 406 billion web pages saved over time

www.uni-kiel.de/medien/cameronlitdreh.html

Feedback

Calendar · Collections[beta] · Changes[beta] · Summary · Site Map

Saved **24 times** between May 8, 2003 and June 12, 2019.

1997 1998 1999 2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011 2012 2013 2014 2015 2016 2017 2018 **2019** 2020

| JAN | | | | | | |
|---|---|---|---|---|---|---|
| | | 1 | 2 | **3** | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |

| FEB | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| **3** | 4 | 5 | 6 | 7 | 8 | 9 |

| MAR | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | **9** |

| APR | | | | | | |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | **10** | 11 | 12 | 13 |

Type here to search

10:40 PM
1/14/2020

Wayback | Wayback M | Wayback M | Wayback M | Wayback M | Wayback M | Wayback M | Wayback M | New tab

https://web.archive.org/web/2018*/www.aintitcool.com/display.cgi?id=22373

INTERNET ARCHIVE

SIGN IN UPLOAD Search

ABOUT CONTACT BLOG PROJECTS HELP DONATE JOBS VOLUNTEER PEOPLE

DONATE

INTERNET ARCHIVE WaybackMachine

Explore more than 406 billion web pages saved over time

www.aintitcool.com/display.cgi?id=22373

Feedback

**Calendar** · Collections beta · Changes beta · Summary · Site Map

Saved **4 times** between February 10, 2006 and March 9, 2018.

1997 1998 1999 2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011 2012 2013 2014 2015 2016 2017 **2018** 2019 2020

| JAN | | | | | | |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |

| FEB | | | | | | |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |

| MAR | | | | | | |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |

| APR | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |

Type here to search

4:11 PM
1/21/2020

Wayback M | Wayback M | Wayback X | Wayback M | Wayback M | Wayback M | Wayback M | Wayback M | New tab

https://web.archive.org/web/2017*/www.aintitcool.com/display.cgi?id=5169

INTERNET ARCHIVE

SIGN IN UPLOAD Search

ABOUT CONTACT BLOG PROJECTS HELP DONATE JOBS VOLUNTEER PEOPLE

DONATE

INTERNET ARCHIVE WaybackMachine

Explore more than 406 billion web pages saved over time

www.aintitcool.com/display.cgi?id=5169

Feedback

**Calendar** · Collections beta · Changes beta · Summary · Site Map

Saved **8 times** between September 23, 2002 and October 2, 2017.

1997 1998 1999 2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011 2012 2013 2014 2015 2016 **2017** 2018 2019 2020

| JAN | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |

| FEB | | | | | | |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |

| MAR | | | | | | |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |

| APR | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |

Type here to search

4:20 PM
1/21/2020

Wayback M | Wayback M | Wayback M | Wayba | Wayback M | Wayback M | Wayback M | Wayback M | New tab

https://web.archive.org/web/2017*/www.aintitcool.com/display.cgi?id=20449

INTERNET ARCHIVE

SIGN IN UPLOAD Search

ABOUT CONTACT BLOG PROJECTS HELP DONATE JOBS VOLUNTEER PEOPLE

DONATE

INTERNET ARCHIVE WayBackMachine

Explore more than 406 billion web pages saved over time

www.aintitcool.com/display.cgi?id=20449

Calendar · Collections beta · Changes beta · Summary · Site Map

Saved **2 times** between December 23, 2009 and October 2, 2017.

1997 1998 1999 2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011 2012 2013 2014 2015 2016 **2017** 2018 2019 2020

JAN

1 2 3 4 5 6 7

8 9 10 11 12 13 14

FEB

1 2 3 4

5 6 7 8 9 10 11

MAR

1 2 3 4

5 6 7 8 9 10 11

APR

1

2 3 4 5 6 7 8

Feedback

Type here to search

4:21 PM
1/21/2020

Wayback M | Wayback M | Wayback M | Wayback M | Wayba× | Wayback M | Wayback M | Wayback M | New tab

https://web.archive.org/web/2014*/www.theguardian.com/film/2005/jun/14/news

INTERNET ARCHIVE

SIGN IN UPLOAD Search

ABOUT CONTACT BLOG PROJECTS HELP DONATE JOBS VOLUNTEER PEOPLE

DONATE

INTERNET ARCHIVE WayBackMachine

Explore more than 406 billion web pages saved over time

www.theguardian.com/film/2005/jun/14/news

Calendar · Collections[beta] · Changes[beta] · Summary · Site Map

Feedback

Saved **1 time** September 19, 2014.

1997 1998 1999 2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011 2012 2013 **2014** 2015 2016 2017 2018 2019 2020

| JAN | FEB | MAR | APR |
|---|---|---|---|
| 1 2 3 4 | 1 | 1 | 1 2 3 4 5 |
| 5 6 7 8 9 10 11 | 2 3 4 5 6 7 8 | 2 3 4 5 6 7 8 | 6 7 8 9 10 11 12 |

Type here to search

4:22 PM
1/21/2020

80 JoBlo 11 days after my s | Wayback Machine

https://web.archive.org/web/2006*/www.joblo.com/index.php?id=7797

INTERNET ARCHIVE

SIGN IN UPLOAD Search

ABOUT CONTACT BLOG PROJECTS HELP DONATE JOBS VOLUNTEER PEOPLE

DONATE

INTERNET ARCHIVE WaybackMachine

Explore more than 406 billion web pages saved over time

www.joblo.com/index.php?id=7797

Calendar · Collections beta · Changes beta · Summary · Site Map

Saved **2 times** between November 23, 2005 and May 3, 2006.

1997 1998 1999 2000 2001 2002 2003 2004 2005 **2006** 2007 2008 2009 2010 2011 2012 2013 2014 2015 2016 2017 2018 2019 2020

| JAN | FEB | MAR | APR |
|---|---|---|---|
| 1 2 3 4 5 6 7 | 1 2 3 4 | 1 2 3 4 | 1 |
| 8 9 10 11 12 13 14 | 5 6 7 8 9 10 11 | 5 6 7 8 9 10 11 | 2 3 4 5 6 7 8 |

Feedback

Type here to search

5:23 PM 1/22/2020

Wayback M
Wayback M
Wayback M
Wayback M
Wayback M
Waybac
Wayback M
Wayback M
New tab
https://web.archive.org/web/2019*/www.hollywoodreporter.com/hr/search/article_display.jsp?vnu_content_id=1000956665
INTERNET ARCHIVE
SIGN IN
UPLOAD
Search
ABOUT
CONTACT
BLOG
PROJECTS
HELP
DONATE
JOBS
VOLUNTEER
PEOPLE
DONATE
INTERNET ARCHIVE
WayBackMachine
Explore more than 406 billion web pages saved over time
eporter.com/hr/search/article_display.jsp?vnu_content_id=1000956665
Calendar · Collections beta · Changes beta · Summary · Site Map
Saved 26 times between January 17, 2007 and December 6, 2019.
1997 1998 1999 2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011 2012 2013 2014 2015 2016 2017 2018 2019 2020
JAN
1 2 3 4 5
6 7 8 9 10 11 12
FEB
1 2
3 4 5 6 7 8 9
MAR
1 2
3 4 5 6 7 8 9
APR
1 2 3 4 5 6
7 8 9 10 11 12 13
Feedback
Type here to search
4:23 PM
1/21/2020

Great Expectatio | Wayback Mach | James Cameron | Ain't It Cool Ne | New Tab | Wayback Machi | Wayback Machin

https://web.archive.org/web/2017*/www.aintitcool.com/display.cgi?id=20955

INTERNET ARCHIVE

SIGN IN UPLOAD Search

ABOUT CONTACT BLOG PROJECTS HELP DONATE JOBS VOLUNTEER PEOPLE

DONATE

INTERNET ARCHIVE WaybackMachine

Explore more than 406 billion web pages saved over time

www.aintitcool.com/display.cgi?id=20955

Calendar · Collections[beta] · Changes[beta] · Summary · Site Map

Feedback

Saved **2 times** between December 23, 2009 and October 2, 2017.

1997 1998 1999 2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011 2012 2013 2014 2015 2016 **2017** 2018 2019 2020

JAN

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |

FEB

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |

MAR

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |

APR

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |

Type here to search

11:24 PM
1/29/2020

Wayback M
New tab
https://web.archive.org/web/2018*/www.joblo.com/index.php?id=9991
INTERNET ARCHIVE
SIGN IN
UPLOAD
Search
ABOUT CONTACT BLOG PROJECTS HELP DONATE JOBS VOLUNTEER PEOPLE
DONATE
INTERNET ARCHIVE
WayBackMachine
Explore more than 406 billion web pages saved over time
www.joblo.com/index.php?id=9991
Calendar · Collections beta · Changes beta · Summary · Site Map
Saved 24 times between February 14, 2006 and December 14, 2018.
1997 1998 1999 2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011 2012 2013 2014 2015 2016 2017 2018 2019 2020
JAN FEB MAR APR
Feedback
Type here to search
4:25 PM
1/21/2020

Wayback Ma × | Wayback Machir | Wayback Machir | Wayback Machir | Wayback Machir | Wayback Machir | New tab

https://web.archive.org/web/2015*/https://www.ign.com/boards/threads/james-camerons-project-880-revealed-script-spoilers-ahead.1091703

INTERNET ARCHIVE

SIGN IN UPLOAD Search

ABOUT CONTACT BLOG PROJECTS HELP DONATE JOBS VOLUNTEER PEOPLE

DONATE

INTERNET ARCHIVE WaybackMachine

Explore more than 406 billion web pages saved over time

mes-camerons-project-880-revealed-script-spoilers-ahead.109170319/ ×

Feedback

**Calendar** · Collections[beta] · Changes[beta] · Summary · Site Map

Saved **2 times** August 28, 2015.

1997 1998 1999 2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011 2012 2013 2014 **2015** 2016 2017 2018 2019 2020

| JAN | | | | | | | FEB | | | | | | | MAR | | | | | | | APR | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | | | | 1 | 2 | 3 | 4 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |

Type here to search

5:13 PM
1/21/2020

Hrm.

Wayback Machine doesn't have that page archived.
Want to search for all archived pages under
www.engadget.com/2006/02/03/james-camerons-project-880-mmorpg-to-precede-the-movie/?

FAQ | Contact Us | Beta Site Feedback | Terms of Service (Dec 31, 2014)



The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include Open Library & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's Terms of Use.



https://web.archive.org/web/*/www.bloomberg.com/news/articles/2006-02-12/james-camerons-game-theory

INTERNET ARCHIVE
WayBackMachine

DONATE

Explore more than 396 billion web pages saved over time

oomberg.com/news/articles/2006-02-12/james-camerons-game-theory

## Hrm.

Wayback Machine doesn't have that page archived.

Want to search for all archived pages under

www.bloomberg.com/news/articles/2006-02-12/james-camerons-game-theory?

FAQ | Contact Us | Beta Site Feedback | Terms of Service (Dec 31, 2014)

The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include Open Library & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's Terms of Use.

 Type here to search

2:51 AM
12/9/2019



https://web.archive.org/web/*/www.ign.com/articles/2006/01/20/camerons-mysterious-project-880

INTERNET ARCHIVE

SIGN IN    UPLOAD    Search

ABOUT    CONTACT    BLOG    PROJECTS    HELP    DONATE    JOBS    VOLUNTEER    PEOPLE

INTERNET ARCHIVE
WaybackMachine

Explore more than 406 billion web pages saved over time

DONATE

www.ign.com/articles/2006/01/20/camerons-mysterious-project-880          ✕

Hrm.

Wayback Machine doesn't have that page archived.
Want to search for all archived pages under
www.ign.com/articles/2006/01/20/camerons-mysterious-project-880?

FAQ | Contact Us | Beta Site Feedback | Terms of Service (Dec 31, 2014)

Type here to search

5:32 PM
1/21/2020

More than a browser - Firefo | Wayback Machine

https://web.archive.org/web/2019*/http://www.mtv.com/news/1535402/titanic-mastermind-james

INTERNET ARCHIVE

SIGN IN UPLOAD Search

ABOUT CONTACT BLOG PROJECTS HELP DONATE JOBS VOLUNTEER PEOPLE

DONATE

INTERNET ARCHIVE WaybackMachine

Explore more than 406 billion web pages saved over time

http://www.mtv.com/news/1535402/titanic-mastermind-james-camerons

Calendar · Collections beta · Changes beta · Summary · Site Map

Saved **12 times** between December 23, 2015 and July 25, 2019.

1997 1998 1999 2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011 2012 2013 2014 2015 2016 2017 2018 **2019** 2020

JAN

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |

FEB

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |

MAR

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |

APR

| | | | | | | |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |

Type here to search

1:41 AM
1/30/2020



