# Exhibit R5

INTERNET ARCHIVE
WaybackMachine    https://en.wikipedia.org/wiki/James_Cameron    Go    JUL AUG OCT
863 captures    ◀ 09 ▶
22 Jan 2004 - 9 Jan 2020    2006 2007 2008    ▼ About this capture

# James Cameron

From Wikipedia, the free encyclopedia

**James Francis Cameron** (born August 16, 1954) is an Academy Award winning Canadian director, producer and screenwriter. He is noted for his action/science fiction films, which are often highly successful financially and innovatively. Thematically, James Cameron's films generally explore the relationship between man and technology. Cameron directed the film *Titanic*, which went on to become the top-grossing film of all time, with a worldwide gross of over US$1.8 billion. He also created the *Terminator* franchise.



James Cameron

James Cameron, in 1986

| | |
|---|---|
| **Birth name** | James Francis Cameron |
| **Born** | August 16, 1954<br>🇨🇦 Kapuskasing, Ontario, Canada |
| **Spouse(s)** | Sharon Williams (1978-1984)<br>Gale Anne Hurd (1985-1989)<br>Kathryn Bigelow (1989-1991)<br>Linda Hamilton (1997-1999)<br>Suzy Amis (2000-) |
| **Children** | Josephine Archer Cameron (b.1993)<br>Claire Cameron<br>Quinn Cameron (b.2001)<br>Elizabeth Rose Cameron (b.2006) |
| **Awards** | [show] |

## Contents

- 1 Background
- 2 Early career
- 3 Major films
  - 3.1 The Terminator
  - 3.2 Rambo: First Blood Part II
  - 3.3 Aliens
  - 3.4 The Abyss
  - 3.5 Terminator 2: Judgment Day
  - 3.6 True Lies
  - 3.7 Titanic
  - 3.8 Dark Angel
  - 3.9 Current projects
- 4 Awards
- 5 Recurring cast members
- 6 Recurring themes
- 7 Filmography (Director)
- 8 Filmography (Screenwriter)
- 9 Personal life
- 10 Appearances
- 11 Quotes
- 12 References
- 13 External links

## Background

James Cameron was born in Kapuskasing, Ontario, Canada, to Phillip, an electrical engineer, and Shirley Cameron, an artist. He grew up in Chippawa, Ontario, and in 1971 his family moved to Brea, California. There he studied physics at Cal State-Fullerton, but his passion for filmmaking would draw him to the film archive of UCLA at every opportunity. After seeing the film *Star Wars*, Cameron quit his job as a truck driver to enter the film industry.[1]

## Early career

He started in the film industry as a screenwriter, then moved into art direction and effects for films such as *Battle Beyond the Stars* and *Escape from New York*. Working with producer Roger Corman, Cameron landed his first directorial job in 1981 for the film *Piranha II: The Spawning*, shot at Grand Cayman Island for the underwater diving sequences, and in Rome, Italy for most of the interior scenes. He was originally hired as the special effects director (and his hand in story-writing can be suspected under the H. A. Milton pseudonym on the original script), and took over the direction when the original director left.

## Major films

### The Terminator

During his stay in Rome, he fell ill and had a nightmare about a machine emerging from a fire to kill him. While recovering, Cameron materialized the idea for *The Terminator*. He finally completed a screenplay, and decided to sell it so that he could direct the movie. However, the production companies he contacted, while expressing interest in the project, were unwilling to let a first-time director make the movie. Finally, Cameron found a company called Hemdale Pictures, which was willing to let him direct. His soon-to-be-then-wife, Gale Anne Hurd, who had started her own production company, Pacific Western Productions, had previously worked with Cameron in Roger Corman's company and agreed to buy Cameron's screenplay for one dollar, on the condition that Cameron direct the film. Hurd was signed on as producer, and Cameron finally got his first break as director. Orion Pictures would distribute the film.

Initially, for the role of the Terminator, Cameron wanted someone who wasn't exceptionally muscular, and who could "blend into" a normal crowd. Lance Henriksen, who had starred in *Piranha II: The Spawning*, was considered for the titular role, but when Arnold Schwarzenegger and Cameron first met over lunch to discuss Schwarzenegger playing the role of Kyle Reese, both came to the conclusion that the cyborg villain would be the more compelling role for the Austrian bodybuilder; Henriksen got the smaller part of LAPD detective Hal Vukovich and the role of Kyle Reese went to Michael Biehn. In addition, Linda Hamilton first appeared in this film in her iconic role of Sarah Connor, and later married Cameron.

INTERNET ARCHIVE
WaybackMachine
863 captures
22 Jan 2004 - 9 Jan 2020
◄ 09 ►
2006   2007   2008
About this capture
f ✕

*The Terminator* was a box office hit, breaking expectations by Orion Pictures executives that the film would be regarded as no more than a cult film and only last a week or two in theaters. The film was made on a budget considered as low-budget ($6.5 million), but it earned over $38 million domestically.

## Rambo: First Blood Part II

During the early 1980s, Cameron wrote three screenplays simultaneously: *The Terminator*, *Aliens*, and the first draft of *Rambo: First Blood Part II*. While Cameron would continue with *The Terminator* and with *Aliens*, Sylvester Stallone eventually took over the script of *Rambo: First Blood Part II*, creating a final draft which differed radically from Cameron's initial version.[2]

## Aliens

Cameron next began the sequel to *Alien*, the 1979 film by Ridley Scott. Cameron would name the sequel *Aliens*, and would again cast Sigourney Weaver in the iconic role of Ellen Ripley (the sole survivor from the first film). *Aliens* became a box office success, and Sigourney Weaver received a nomination for *Best Actress* during the 1986 Academy Awards. In addition, the film and its lead actress made the cover of Time Magazine as a result of its breakthrough feminist themes about women in combat. Following the phenomenal hit of the film, Cameron now had more freedom to make whatever project he wanted.

## The Abyss

Cameron's next project stemmed from an idea that had come up during a high school biology class. The story of oil-rig workers who discover otherworldly underwater creatures became the basis of Cameron's screenplay for *The Abyss*, which cast Ed Harris, Mary Elizabeth Mastrantonio and Michael Biehn. Made on a budget of about $41 million U.S.,[3] it was considered to be one of the most expensive films of its time, and required cutting-edge effects technology. Because much of the film takes place underwater and the technology wasn't advanced enough to digitally create an underwater environment, Cameron chose to shoot much of the movie "reel-for-real," at depths of up to 40 feet. For creation of the sets, the containment building of an unfinished nuclear power plant was converted, and two huge tanks were utilized. The main tank was filled with 7.5 million gallons of water, and the second 2.5 million gallons. There, the cast and crew would reside for much of the shooting.

*The Abyss* opened on August 9, 1989 and held the number-one slot at the box office for two weeks.[4] It ultimately earned $85.2 million domestically, $46 million in foreign markets[5] and a mostly lukewarm response from critics. Cameron would later release a special edition version of the film in spring of 1993, restoring deleted scenes, including the film's climax as it had been originally conceived. The film was nominated for four Academy Awards; *Best Visual Effects*, *Best Art Direction*, *Best Cinematography*, and *Best Sound*. It won for *Best Visual Effects*. After the release of *The Abyss*, Cameron founded his own production company called *Lightstorm Entertainment*, which produced all of his subsequent films.

## Terminator 2: Judgment Day

After the success of *The Terminator*, there had always been talks about a sequel to continue the story of Sarah Connor and her struggle against machines from the future. Although Cameron had come up with a core idea for the sequel, and Schwarzenegger expressed interest in continuing the story, there were still problems regarding who had the rights to the story, as well as the logistics of the special effects needed to make the sequel. Finally, in mid-1990, Mario Kassar of Carolco Pictures secured the rights to the sequel, allowing Cameron to greenlight production of the film, now called *Terminator 2: Judgment Day*.

For the film, Linda Hamilton reprised her iconic role of Sarah Connor.[6] In addition, Arnold Schwarzenegger also returned in his role as The Terminator, called the Cyberdyne Systems Model 101, but this time as a protector. Unlike the Model 101, who is made of a metal endoskeleton, the new villain of the sequel, called the T-1000, was a more advanced Terminator made of liquid metal, and with polymorphic abilities. The T-1000 would also be much less bulky than the Model 101. For the role, Cameron cast Robert Patrick, who was a sharp contrast to Schwarzenegger. Cameron explained, "I wanted someone who was extremely fast and agile. If the T-800 is a human Panzer tank, then the T-1000 is a Porsche."

Cameron had originally wanted to incorporate this advanced-model Terminator into the first film, but unfortunately the special effects at the time were not advanced enough. The ground-breaking effects used in *The Abyss* to digitally realize the water tentacle convinced Cameron that his liquid metal villain was now possible.

TriStar Pictures would distribute the film under a locked release date that was only about one year away from when shooting would begin. The movie, which was co-written by Cameron and his longtime friend, William Wisher, Jr., had to go from screenplay to finished film in just that amount of time. Like Cameron's previous film, it was one of the most expensive films of its era, with a budget of about $100 million. The biggest challenge of the movie was the special effects used in creating the T-1000. Nevertheless, the film was finished on time, and released to theaters on July 3, 1991.

*Terminator 2*, or *T2*, as it was abbreviated, broke box-office records (including the opening weekend record for an R-rated film), earning over $200 million domestically, and over $300 million overseas, and became the highest-grossing film of that year. It won four Academy Awards: Best Makeup, Best Sound, Best Sound Effects, and Best Visual Effects.

## True Lies

Before the release of *T2*, Schwarzenegger came to Cameron with the idea of making a remake of the French comedy titled *La Totale*. Titled *True Lies*, with filming begun after *T2*'s release, the story revolves around a secret-agent spy who leads a double life as a married man, whose wife believes he is a computer salesman. Schwarzenegger would be cast as the secret spy, named Harry Tasker, whose mission in the movie is to investigate and stop a plan by Arab terrorists to use nuclear weapons against the United States. Jamie Lee Curtis would play Schwarzenegger's onscreen wife, with Tom Arnold cast as the secret agent's sidekick.

Cameron's *Lightstorm Entertainment* signed on with Twentieth Century Fox for production of *True Lies*. Made on a budget of $115 million and released in 1994, the film earned $146 million in North America, and $232 million abroad.

## Titanic

Cameron expressed interest in the famous sinking of the ship *Titanic*. He decided to script and film his next project based on this event. The picture revolved around a fictional romance story between two young lovers from different social classes who meet onboard the ship's maiden, and final, voyage. Before production began, he took dives to the bottom of the Atlantic and shot actual footage of the ship underwater, which he would insert into the final film.

For the film *Titanic*, Cameron cast Leonardo DiCaprio, Kate Winslet, and Billy Zane. Cameron's budget for the film reached about $200 million, and it became the most expensive movie ever made. Before its release, the film was widely ridiculed for its expense and protracted production schedule.

Released to theaters on December 19, 1997, *Titanic* opened with $28 million on its first weekend. The film's grosses escalated in the next several weeks. *Titanic* was one of very few modern movies to gross more in their second weekend than their first. Its gross increased from $28.6 million to $35.4 million from week 1 to week 2, an increase of 23.8%, unheard of for a wide release, and a testament to the appeal of the movie. This was especially noteworthy, considering that the film's running time of more than three

of showing, each theater could schedule. It held the #1 spot on the box-office charts for months, eventually grossing a total of over $600 million domestic and more than $1.8 billion worldwide. *Titanic* became the highest grossing film of all time. (Adjusting for inflation, the film brought the sixth-highest domestic (U.S. only) gross of all time.)[17] The CG visuals surrounding the sinking of the ship were ... worth the wait and the dollar. During the 1998 Academy Awards,
the film won a record-tying 11 Oscars. Among them were Best Picture and Best Director.

## Dark Angel

Cameron had initially next planned to do a film of the comic book character *Spider-Man*, a project developed by Menahem Golan of Cannon Films. Disputes arose focusing on Golan's role in the Carolco project. A screenplay dating back to 1989 exists with Cameron's name appended to it, indicating he worked with a series of writers on the project (John Brancato, Barry [sic: Barney] Cohen, Joseph Goldmari [sic: "Joseph Goldman" is Menahem Golan's pen name] and Ted Newsom), but the script was identical to one presented to Columbia Pictures by Golan in 1988, where the project has been in development. Subsequently, Cameron presented a 45-page *Spider-Man* screen story to Carolco, which bore substantive similarities to a number of earlier screenplay drafts, particularly one written by Ethan Wiley (writer of the film *House* and writer/director of *House 2*). When Carolco went into bankruptcy, the "Cameron material" (*i.e.*, both the multi-author screenplay and the later treatment credited solely to Cameron) was acquired by MGM. MGM in turn sold them to Columbia Pictures in exchange for Columbia dropping their plans to do an alternative James Bond series based on the Kevin McClory Bond material. Columbia hired David Koepp to adapt Cameron's treatment into a screenplay, and Koepp's first draft is taken often word-for-word from Cameron's story, though it was heavily rewritten by Koepp himself, Scott Rosenberg, Alvin Sargent (husband of producer Laura Ziskin), and (allegedly) Ivan Raimi, brother of director Sam Raimi. Columbia preferred to credit David Koepp solely, and none of the various scripts were ever examined by the Writers Guild of America to determine proper credits. Cameron objected, as did a number of the other writers, but Columbia and the WGA prevailed. The Columbia screenplay was credited solely to Koepp.[8]

Cameron instead moved on to television, and created the story of a new superheroine, which was influenced by cyberpunk, current superhero genres, and third-wave feminism:

> After the Sarah Connors and Ellen Ripleys of the eighties, the nineties weren't so kind to the superwoman format -- XENA, WARRIOR PRINCESS excepted. But it's a new millennium now, and while CHARLIE'S ANGELS and CROUCHING TIGER, HIDDEN DRAGON are kicking up a storm on movie screens, it's been down to James Cameron to bring empowered female warriors back to television screens. And tellingly, Cameron has done it by mixing the sober feminism of his TERMINATOR and ALIENS characters with the sexed-up Girl Power of a Britney Spears concert. ... The result is DARK ANGEL ...[9]

Co-produced with Charles H. Eglee, *Dark Angel* starred Jessica Alba as Max Guevera/X5-452, a genetically enhanced transgenic super-soldier created by the super-secretive Manticore organization. It also starred Michael Weatherly as Logan Cale, and noted actor John Savage (of *The Deer Hunter*) as Colonel Donald Michael Lydecker. While a success in its first season, low ratings in the second led to its cancellation. Cameron himself directed the series finale, a two-hour episode wrapping up many of the series' loose ends.

## Current projects

Cameron's recent projects have included undersea documentaries on the *Bismarck* (*Expedition: Bismarck*, 2002) and the *Titanic* (*Ghosts of the Abyss* (2003, in IMAX 3D), and *Tony Robinson's Titanic Adventure* (2005)[10]). He was a producer on the 2002 film *Solaris*, and narrated *The Exodus Decoded*.

Cameron is a leading advocate for stereoscopic digital 3-D films. *Ghosts of the Abyss* was shot in 3-D, as will his next projects, *Avatar*, *The Dive* and an adaptation of the manga series *Battle Angel Alita*.

*Avatar*, previously known as *Project 880*, has an estimated budget of $200 million, is currently in pre-production for a mid-2009 release, and will mark his first feature film since 1997's *Titanic*.[11] It will be almost entirely composed of computer-generated animation, using a more advanced version of the "performance capture" technique used by director Robert Zemeckis in *The Polar Express*.[12] Cameron uses *Battle Angel Alita* as a "three film cycle".[13]

He is also co-rewriting the screenplay for a high-definition 3-D live-action deep-sea-diving drama entitled *James Cameron's Sanctum*, to be produced by himself and directed by Gary Johnstone. *Sanctum* will have a relatively-low starting budget of about $20 million.

In addition, he plans to create a 3-D project about the first trip to Mars. ("I've been very interested in the Humans to Mars movement — the 'Mars Underground' — and I've done a tremendous amount of personal research for a novel, a miniseries, and a 3-D film.")[14] He is on the science team for the 2009 Mars Science Laboratory.[15]

Cameron announced on February 26, 2007, that he, along with his director, Simcha Jacobovici, have documented the unearthing of the Talpiot Tomb, which is alleged to be the tomb of Jesus. Unearthed in 1980 by Israeli construction workers, the names on the tomb are claimed, by Cameron, to correlate with the names of Jesus and several individuals closely associated with him. Cameron further claims to have DNA tests, archaeological evidence, and Biblical studies to back up his claim.[16] The documentary, named *The Lost Tomb of Jesus*, was broadcast on the Discovery Channel on March 4, 2007

Marilyn Manson have made a 3D video for the first single from their new album "Eat Me, Drink Me", "Heart-Shaped Glasses", which is an extract from a 3D horror movie which Manson will continue filming at the beginning of 2008 with James Cameron.

# Awards

Cameron received the Bradbury Award from the Science Fiction and Fantasy Writers of America in 1991 — but, being primarily thought of as a genre filmmaker, he did not receive any major mainstream filmmaking awards prior to *Titanic*. With *Titanic*, Cameron received the Academy Awards for Best Editing (shared with Conrad Buff IV and Richard A. Harris), Best Picture (shared with John Landau), and Best Director.

In recognition of his contributions to underwater filming and remote vehicle technology, the University of Southampton awarded Cameron the honorary degree of Doctor of the University. Cameron received his degree in person at the graduation ceremony in July, 2004.

# Recurring cast members

Cameron often casts certain actors more than once in his films. Cameron has mostly worked with Bill Paxton in *The Terminator*, *Aliens*, *True Lies*, *Titanic* and *Ghosts of the Abyss*. Michael Biehn was also in *The Terminator*, *Aliens*, *The Abyss* and a deleted scene from *Terminator 2: Judgment Day*. Lance Henriksen appeared in *Piranha II: The Spawning*, *The Terminator*, *Aliens*, and narrated *Expedition: Bismarck*. Jenette Goldstein appeared in *Aliens*, *Terminator 2: Judgment Day* and *Titanic*. In addition to starring in the *Terminator* films, Arnold Schwarzenegger also starred in *True Lies*. In February 2007 Sigourney Weaver was cast for Cameron's upcoming film *Avatar* after having worked with him on *Aliens* as lead actress.

https://en.wikipedia.org/wiki/James_Cameron    Go    JUL AUG OCT
863 captures                                              ◀ 09 ▶
Cameron has been concerned by the prospects of nuclear holocaust, a theme in much of his work. He showed films from his early      2006 2007 2008    ▾ About this capture

While *The Abyss* dealt with deep sea exploration (shot on a studio set), Cameron himself became an expert in the field of deep sea wreckage exploration exploring the wreckage of *Titanic* and *Bismarck*.

## Filmography (Director)

| Year | Title | Genre | Other notes | Estimated Budget |
|---|---|---|---|---|
| 1978 | Xenogenesis | Sci-Fi | with Randall Frakes (co-director) | |
| 1981 | Piranha II: The Spawning | Horror | | |
| 1984 | The Terminator | Sci-Fi / Action / Horror | | $ 6,400,000 USD |
| 1986 | Aliens | Sci-Fi / Action / Horror | | $ 18,500,000 USD |
| 1989 | The Abyss | Sci-Fi | | $ 41,000,000 USD |
| 1991 | Terminator 2: Judgment Day | Sci-Fi / Action | | $ 92,000,000 USD |
| 1994 | True Lies | Action / Comedy | | $ 120,000,000 USD |
| 1996 | T2 3-D: Battle Across Time | Sci-Fi / Action | with John Bruno & Stan Winston (co-directors) | $ 60,000,000 USD |
| 1997 | Titanic | Disaster / Drama / Romance | | $ 200,000,000 USD |
| 2000–2002 | Dark Angel | Television drama | | |
| 2002 | Expedition: Bismarck | Documentary | | |
| 2003 | Ghosts of the Abyss | Documentary / 3-D | | |
| 2005 | Aliens of the Deep | Documentary / 3-D | | |
| 2007 | Heart-Shaped Glasses (When the Heart Guides the Hand) | Music video / 3-D | directed with Marilyn Manson | |
| 2009 | Avatar | Sci-Fi / 3-D | filming | $200,000,000 USD |
| TBA | Battle Angel | Sci-Fi / 3-D | pre-production | |
| TBA | The Dive | Drama | | |

## Filmography (Screenwriter)

| Year | Title | Genre | Other notes |
|---|---|---|---|
| 1978 | Xenogenesis | Sci-Fi | with Randall Frakes (co-writer) |
| 1984 | The Terminator | Sci-Fi | with Gale Anne Hurd (co-writer) |
| 1985 | Rambo: First Blood Part II | Action | with Sylvester Stallone (co-writer) |
| 1986 | Aliens | Sci-Fi | |
| 1989 | The Abyss | Sci-Fi | |
| 1991 | Point Break | Action / Drama | with Kathryn Bigelow (co-writer) |
| 1991 | Terminator 2: Judgment Day | Sci-Fi | with William Wisher Jr. (co-writer) |
| 1994 | True Lies | Action / Comedy | |
| 1995 | Strange Days | Sci-Fi / Drama | with Jay Cocks (co-writer) |
| 1996 | T2 3-D: Battle Across Time | Sci-Fi / Action | with Gary Goddard & Adam J. Bezark (co-writers) |
| 1997 | Titanic | Disaster / Drama / Romance | |
| 2000–2002 | Dark Angel | Television drama | (pilots) |
| TBA 2008 | James Cameron's Sanctum | Drama / 3-D | with John Garvin (co-writer) |
| 2009 | Avatar | Sci-Fi / 3-D | |
| CBA | Battle Angel | Sci-Fi / 3-D | |

He also wrote early drafts of *Spider-Man* and *X-Men* and had input into *Alien Nation*. He is also credited with giving the *Predator* character the dreadlock-look, after sharing ideas with Stan Winston. His screenplay for *A Crowded Room*, a thriller about a person suffering from DID, eventually became a casualty of the long pre-production nightmare. A heavily-rewritten screenplay to *The Crowded Room* is currently being produced under the direction of Joel Schumacher.

## Personal life

Cameron has been married five times: Sharon Williams (1978-1984), Gale Anne Hurd (1985-1989), Kathryn Bigelow (1989-1991), Linda Hamilton (1997-1999, one daughter), Suzy Amis (2000-, one son, two daughters).

He is also a member of the Mars Society and is a 33rd degree Freemason.[3] (https://web.archive.org/web/20070809080529/http://www.mt.net/~watcher/jamescameronconspiracy.html)

He has been described by one collaborator, author Orson Scott Card, as selfish and cruel. When asked about working with Cameron on the novelization of *The Abyss*, Card said the experience was "Hell on wheels. He was very nice to me, because I could afford to walk away. But he made everyone around him miserable, and his unkindness did nothing to improve the film in any way. Nor did it motivate people to work faster or better. And unless he changes his way of working with people, I hope he never directs anything of mine. In fact, now that this is in print, I can fairly guarantee that he will never direct anything of mine. Life is too short to collaborate with selfish, cruel people."[17]

Characteristically, the *London Independent* compares him with the tyrannical Attila the Hun: "[T]he man is also by all accounts, a nightmare to work with. Crews have come to fear his habit of straying way over schedule and over budget. He is notorious on set for his uncompromising and dictatorial manner, as well as his flaming temper - he's been called the film-making equivalent of Attila the Hun."

## Appearances

- *Entourage*
- *The Muse*
- *Saturday Night Live*

## Quotes

- "I think the most important thing if you're an aspiring film-maker is to get rid of the 'aspiring'... You shoot it, you put your name on it, you're a film-maker. Everything after that, you're just negotiating your budget."[19]
- "I love working with 3-D cameras. I don't want to go back to shooting on film. I don't want to go back to shooting in 2-D" [20]

## References

1. ^ *The Force Is With Them: The Legacy of Star Wars*, 2004
2. ^ http://www.amazingcameron.com/biography.html
3. ^ Paula Parisi, *Titanic and the Making of James Cameron*, 1998, pg. 19
4. ^ Paula Parisi *Titanic and the Making of James Cameron, 1998, pg. 167*
5. ^ Paula Parisi, *Titanic and the Making of James Cameron, 1998, pg. 224*
6. ^ http://www.ew.com/ew/report/0,6115,314767_7%7C14651%7C%7C0_0,00.html
7. ^ http://www.boxofficereport.com/atbon/adjusted.shtml
8. ^ http://www.hollywood.com/news/detail/id/311891
9. ^ http://www.darkangelfan.com/news/254.shtml
10. ^ *Titanic Adventure* (2005) (TV) (https://web.archive.org/web/20070809080529/http://www.imdb.com/title/tt0497987/) at IMDb
11. ^ Cameron To Direct First Movie in 10 Years (https://web.archive.org/web/20070809080529/http://www.imdb.com/news/wenn/2007-01-10/#2) , IMDb (2007-01-10). Retrieved on 2007-01-10.
12. ^ Harry Knowles (2007-01-09). Harry interviews James Cameron regarding AVATAR - No, Not that one, The One You're Dying To See! - Part 1 (https://web.archive.org/web/20070809080529/http://www.aintitcool.com/node/31191) . Ain't It Cool News. Retrieved on 2007-01-10.
13. ^ Harry Knowles. "Harry talks to James Cameron, Cracks PROJECT 880, the BATTLE ANGEL trilogy & Cameron's live shoot on Mars!!!

(https://web.archive.org/web/20070809080529/http://www.aintitcool.com/display.cgi?id=22599) ", Ain't It Cool News, 2006-02-28. Retrieved on 2007-01-10.
14. ^ James Cameron's Mars Reference Design (https://web.archive.org/web/20070809080529/http://www.astrobio.net/news/article813.html) . *Astrobiology Magazine* (2004-01-30). Retrieved on 2007-01-10.
15. ^ http://www.msss.com/ml/team.html
16. ^ Jesus : Tales From The Crypt (https://web.archive.org/web/20070809080529/http://time-blog.com/middle_east/2007/02/jesus_tales_from_the_crypt.html) . *Time Middle East Blog* (2007-02-24). Retrieved on 2007-02-24.
17. ^ Author Chat Transcript, Barnes and Noble, August 31, 1999, [1] (https://web.archive.org/web/20070809080529/http://timp.net/osclistgallery/transcript990...)
18. ^ Andrew Gumbel, "The Return of James Cameron," *The (London) Independent*, Jan 11, 2007 [2] (https://web.archive.org/web/20070809080529/http://www.findarticles.com/p/articles/mi...)
19. ^ James Cameron Interview (https://web.archive.org/web/20070809080529/http://film.guardian.co.uk/interview/interv...) . The Guardian (2003-04-13). Retrieved on 2007-01-31.
20. ^ Jensen, Jeff (2007-01-10). Great expectations (https://web.archive.org/web/20070809080529/http://www.ew.com/ew/article/0,,2000795...) print) . *EW.com*. Entertainment Weekly. Retrieved on 2007-01-31.

## External links

- James Cameron (https://web.archive.org/web/20070809080529/http://www.imdb.com/name/nm0000116/) at the Internet Movie Database
- The Exodus Decoded (https://web.archive.org/web/20070809080529/http://theexodusdecoded.com/index1.jsp)
- Life's Abyss and Then You Die (Interview with James Cameron from the L.A. Weekly) (https://web.archive.org/web/20070809080529/http://www.dareland.com/emulsionalproblems/abyss.htm) by Michael Dare
- Bones of Jesus found, Canadian documentary claims (https://web.archive.org/web/20070809080529/http://www.cbc.ca/world/story/2007/02/26/jesus-tomb.html)

| Awards | | |
|---|---|---|
| Preceded by<br>**Anthony Minghella**<br>for *The English Patient* | **Academy Award for Best Director**<br>1997<br>for *Titanic* | Succeeded by<br>**Steven Spielberg**<br>for *Saving Private Ryan* |
| Preceded by<br>**Milos Forman**<br>for *The People Vs. Larry Flynt* | **Golden Globe Award for Best Director - Motion Picture**<br>1998<br>for *Titanic* | Succeeded by<br>**Steven Spielberg**<br>for *Saving Private Ryan* |

| 🎬 Cinema of Canada | [show] |
|---|---|
| Films Directed by James Cameron | [show] |

Retrieved from "http://en.wikipedia.org/wiki/James_Cameron"

Categories: American film directors | Best Director Academy Award winners | Best Director Golden Globe | American film editors | Special effects people | Naturalized citizens of the United States | People from Niagara Falls, Ontario | 1954 births | Living people | English-language film directors | Canadian immigrants to the United States | Canadian film directors

---

- This page was modified 19:33, 8 August 2007.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.)
  Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a US-registered 501(c)(3) tax-deductible nonprofit charity.

# Exhibit S5

# Carbon Dating The Web

Predict the Birthday of a Webpage!

www.aintitcool.com/node/

Carbon Date!

Estimated creation date: 2007-11-10T03:51:04

```
{
  "self": "http://carbondate.cs.odu.edu/cd/www.aintitcool.com/nod
  "uri": "http://www.aintitcool.com/node/",
  "estimated-creation-date": "2007-11-10T03:51:04",
  "earliest-sources": [
    "web.archive.org"
  ],
  "sources": {
    "archive.md": {
      "uri-m": "http://archive.md/20071110035106/http://www.ainti
      "memento-datetime": "2007-11-10T03:51:06",
      "memento-pubdate": "2007-11-10T03:51:06",
      "earliest": "2007-11-10T03:51:06"
    },
    "web.archive.org": {
      "uri-m": "http://web.archive.org/web/20071110035106/http://
      "memento-datetime": "2007-11-10T03:51:04",
      "memento-pubdate": "",
      "earliest": "2007-11-10T03:51:04"
    },
    "wayback.vefsafn.is": {
      "uri-m": "http://wayback.vefsafn.is/wayback/20120324013624/
      "memento-datetime": "2012-03-24T01:36:24",
      "memento-pubdate": "",
      "earliest": "2012-03-24T01:36:24"
    },
    "bing.com": {
      "earliest": ""
    },
    "bitly.com": {
      "earliest": "2010-05-05T15:14:00"
    },
    "google.com": {
      "earliest": "2013-11-18T23:59:59"
    },
    "last-modified": {
      "earliest": ""
    },
    "pubdate": {
      "earliest": ""
    },
    "twitter.com": {
      "earliest": ""
```

# Exhibit T5



Wayback Machine

https://web.archive.org/web/2019*/www.aintitcool.com/node/31191

INTERNET ARCHIVE WEB BOOKS VIDEO AUDIO SOFTWARE IMAGES SIGN IN UPLOAD Search

ABOUT CONTACT BLOG PROJECTS HELP DONATE JOBS VOLUNTEER PEOPLE

DONATE

INTERNET ARCHIVE WaybackMachine

Explore more than 406 billion web pages saved over time

www.aintitcool.com/node/31191

Calendar · Collections beta · Changes beta · Summary · Site Map

Saved **67 times** between January 11, 2007 and December 6, 2019.

JAN

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

FEB

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | | |

MAR

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

APR

| | | | | | | |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | | | | |

Type here to search

3:48 PM
1/31/2020

# Exhibit U5

**Harry interviews James Cameron regarding AVATAR – Part 1!**

Published at:  Jan 15, 2007 11:20:52 PM CST

Hey folks, Harry here… Today was a weird day. I was out shopping for my fiancee's birthday and our upcoming 1 year anniversary – when suddenly my cel phone began letting out with "When you Wish Upon A Star," – the screen read that it was originating from California – and the voice stated it was Jon Landau of Lightstorm Entertainment.

OOOOO. K.

We exchange niceties – and Jon moves on to the business at hand. Seems that Fox had just announced and released a press release stating that they had formally greenlit AVATAR – big duh – they've only been shooting stuff on secret stages that only our spies know about for the past 4 months… but whatever, I suppose their stocks needed a lift. But whatever the case may be, Jon was calling to give me fair warning that James Cameron wanted to talk to me later today. No set time mind you, just… later today.

Ok – so it was at this point that I put off the shopping till tomorrow – and I got back home to all my recording whiz bang stuff – hooked the cel phone up to my robotic secretary that looks like Maria from METROPOLIS and waited for Jim's call. This was approximately 3:58pm.

When given this kind of heads up – you quite the liquids and you don't eat. Nothing can take you away from your post. You must be alert, ready – diligent. Finally – the cuckoo struck Seven and Fincher was nowhere in sight. BUT – the phone rang… and James Cameron was on the line…

Jim – Hello

Harry – Hey, Jim how're you?

Jim – Good, Harry how're you?

Harry – Oh, good.

Jim – You believe it's me this time, it's not one of your friends pulling a prank on ya.

Laughs

Harry – Nah, I definitely recognize your voice.

Jim – Alright (chuckles) Good. So we're doing this little movie, AVATAR, which you got the scoop on.

Harry – Absolutely.

Jim – So now it's time to tell the rest of the world about it. So is there anything you'd like to know that hasn't gone out in the press release?

Harry – Why so long? Why is this going to take till 2009?

Jim – Well – it's the photorealism. You know, in terms of my 'gung ho' directing, I'll be done in terms of a cut of the picture by… um… probably November of this year.

And then the rest of the time after that, which is going to be like a year and a half is just going to be me working with the effects guys day in and day out to get the visual caliber up to the highest level.

Harry – Now, while your doing the Visual Effects work on this, will you be doing any work on BATTLE ANGEL..

Jim – Probably, Yeah, I'll probably be sliding into PRE on Battle Angel during that time, it's hard for me to know, until I've gone through the process to know what my time management is going to be capable of. You know, if I spend 5 hours a day doing Visual FX, which is probable, that will leave me time to do Battle Angel.

If it winds up being 8 hours a day. NO. But I can't answer that for right now. I'm hoping to telescope Pre on Battle Angel into post on Avatar. Which has always been the plan.

Harry – If you would, explain to my audience why it takes this amount of time to achieve photorealism, because don't we get that in a faster turn around on films today – or is that just not up to the photorealistic standards you're setting for this picture?

Jim - You do. Well you do, but part of. You know – we're working with Weta which is a smaller company. They don't THROW people at it. They'd rather do it with the same 150 artists that really know the characters, which relatively speaking, is a smaller team than ILM or somebody like that, which might throw 300 or more seats at it for a period of time. And I think that that is actually good. It helps with the cost and it helps with the quality. AND it helps with the character. The characters will be consistent throughout.

The creatures are all animated. The humanoid characters, I think you know a little about the story – you have the Na'vis as the kind of indigenous peoples are going to be played by actors and their performances will be baked in by the performance capture process, so the animators will have less to do there other than to tweak and massage and to work on the hair and the physics of the clothing and that sort of thing to make it all real and to work on the lighting.

Ya know, but you have a lot of animation that has to be done with all the creature characters in the film. So I'm really looking forward to that part of it – and that's all in post. Although we have had some success with doing some of the creatures using performance capture which is kinda wacky in how much you can do with a human performer. We have these flying creatures called Banshees, and we've been trying performance capture with the Banshees and it has been working… ya know, how they land, how they crash, how they get shot

Harry – What do you performance capture to get a flying creature?

Jim – You get a creature guy and you give him a wand in each hand that corresponds to his wingtips and you get him to think like a pterodactyl and it actually works, though the targeting is a little strange some times. But it works or at least it works ENOUGH that I can compose the kind of shots I want, so I'm not just composing with negative space for something that just gets added later.

Harry – How much of this is Performance Capture versus from scratch animation?

Jim – Well – Like I said it's gonna divide.. or bifurcate on whether it's a humanoid or non-human creature. The Banshees and the other creatures are going to be about 90% or 95% animated. And with the humanoids hopefully we're going to be coming down to 95% capture with the exception of ears and like I said clothing and hair and stuff like that.

Harry – How far along are you on the casting process, I saw that you had Sam Worthington and Zoe Saldana…

Jim – Pretty far – Pretty far. Well Sam is a big milestone for us. Because the studio was equivocating for a long time about making this with a star, even though originally it was conceived as a non-star film. I think there was a moment kinda towards the end of their due diligence process that made them want a Star.

Harry – What was it about Sam that made you want to pull him in?

Jim – Well, we found Sam about six months ago now. I was familiar with him from before, he came in and read for me and I just really liked him. He has a quality.

You know how Russell Crowe has this kinda innate strength about him and how in GLADIATOR men would follow him into hell. Well Jake (Sully the character) needs to have that and for a young guy. And most of these young guys, they're either physical, meaning that they're like buff handsome guys who are pretty good actors; or they have a kind of vulnerability that they can reach, but very few of them know how to stand up and be a man.

Ya know, in the old school way – in the way that MEN will respond to. It's fine for a guy to be attracted to women, but I need the male audience to respond to this guy and say , "Yeah, I see why people would follow him." So ultimately he becomes this messianic leader who leads them into battle… in the old school Edgar Rice Burroughs, Rudyard Kipling, H. Rider Haggard way. Where a guy kinda wanders into a situation in another culture, then rises through the ranks – or whatever – a Lawrence of Arabia kinda of story.

Usually the guy has a military background, usually he is disillusioned or broken in some sort of way. It fits that kinda profile and Sam hits all those beats beautifully. He's just a really good actor.

Harry – What made y'all want to announce to the world right now with names like Sam Worthington and Zoe Saldana – I mean will there be more recognizable names attached in parts?

Jim – Yeah. I think the studio just wanted to state that "we're doing this film" There will be additional casting announcements coming up.

I still have to cast – ya know – I don't know if you remember from the treatment – but some of the characters have been retained like (couldn't hear this name) – so some of the major nemeses are yet to be cast. We still haven't cast Grace yet, you know, who becomes his ally and she runs the, in the new script she runs the Avatar program.

So yes, I think there will be some significant casting announcements coming up. The studio just wanted to drive a stake in the ground and say "We're doing this, Watch out Summer 2009, don't plan your big summer movie on Memorial day Mr Spielberg or Disney or whatever.

Harry – Take us through what you're aiming for – for the visual texture of this film.

Jim - Well, it's Photorealism, but I think that doesn't mean it won't have a cinematic style … and whatever Cinematic style that we adopt – and there's still some testing to be done there – it has to work equally well in shooting HD DIGITAL STEREO and with CG. So whether it is a hard light look or something soft with some diffusion or whatever kinda color treatment it is… whatever we decide on as our look – that kind of look up table has to work for the digital cameras as well as the cg stuff so that the audience really feels they're watching one seamless thing. People should not be thinking that was live action and that was CG.

Harry – How early will you tease us with an image?

Jim – That's a good question, because what happens is there's an awful big flurry of activity for like a year and you finally get one shot that you like and then after that another 1500 shots have to come in batches of hundreds. I would think that realistically it'd be SHOWEST of 07 – I'm sorry – of SHOWEST of 08

Harry – Wow

Jim – Yeah, that's ok – that's just 14 months away – and by the way – that's still 14 months before release.

Harry – (laughs) Yeah, it's just curious to see…

{loud noises in the background – Jim yells, "Yeah?" "Hang on a second" – then silence – and suddenly one word is heard, "FIRE" then silence… then "Let me finish up this call" Loud noises in background}

Jim – Hey, Harry?

Harry – Yeah?

Jim – Let me give you a call back. Apparently we have a fire about a half mile away and in dry Malibu with the winds blowing – We're kinda all assholes and elbows here. I'll call when I know.

Harry – Alright, be safe.

Jim – Alright – bye.

And with that – Jim was gone. According to the L.A. Times a fire raged through Malibu last night through a "celebrity enclave" – Let's hope that Jim and all his people are ok – and that the fire was controlled before damaging anything of his.

I haven't heard from Jim since, but hopefully later today we'll reconnect given everything is ok, but for now… Man – I'm fucking jones'd to see this sucker. 2009 isn't that far away – after all – it is 2007 – we're already living in the future – and this film is in the not-so-distant future.

Exhibit V5



# Exhibit W5

Go    JUL  AUG  OCT
87 captures                        ◀ 22 ▶
11 Jan 2007 - 3 Dec 2019   Avatar Starts Filming in April      2007  2008  2009   ▼ About this capture



Source: 20th Century Fox                                                        January 9, 2007

Academy Award®-winning filmmaker James Cameron begins principal photography on **Avatar** - his first feature directorial effort since *Titanic* - in April 2007 for a summer 2009 release, it was announced today by Fox Filmed Entertainment Chairmen Jim Gianopulos and Tom Rothman.

Utilizing a blend of live-action photography and new virtual photorealistic production techniques invented by Cameron's team, **Avatar** will offer audiences a unique cinematic experience. **Avatar** will be filmed in 3D for release in the new digital 3D format. With the continued roll-out of digital projection systems, the studio and filmmakers anticipate that digital 3D theaters will be widespread by the film's summer 2009 release.

For **Avatar**, Cameron will use revolutionary image-based performance capture techniques, and a real-time virtual camera system, to create new CG worlds and blend them with dramatic performances and live action in ways never before possible.

**Avatar** is written by Cameron from an idea he nurtured for over a decade, while working on the technology necessary to realize its wholly imagined world. A return to the action adventure sci-fi genre that made him famous, **Avatar** is also an emotional journey of redemption and revolution. It is the story of a wounded ex-marine, thrust unwillingly into an effort to settle and exploit an exotic planet rich in bio-diversity, who eventually crosses over to lead the indigenous race in a battle for survival. It thus again combines the elements of massive spectacle and intimate character that made *Titanic* the highest grossing film of all time; a title it still holds by over three quarters of a billion dollars.

Just as he did with the then little known Leonardo DiCaprio, Cameron wanted a new face to portray the lead, Jake Sully. Having searched around the world and screen tested a number of emerging young actors, Cameron has chosen the young Australian Sam Worthington, a rising star who has been recognized by The Australian Film Institute and The Film Critics Circle of Australia, in his homeland from such work as **Somersault** and **Dirty Deeds**. Zoe Saldana (**The Terminal, Pirates of the Caribbean: Curse of the Black Pearl**) will portray the local woman Jake first betrays, then loves. Both actors have signed on for possible future installments as well, as **Avatar** is conceived as a potential franchise. Other casting will be announced shortly.

Said Cameron, "For me, as a lifelong fan of science fiction and action, 'Avatar' is a dream project. We're creating an entire world, a complete ecosystem of phantasmagorical plants and creatures, and a native people with a rich culture and language. The story is both epic and emotional. The two things that make this film even possible are pioneering advances in CG effects and performance capture, as well as my 22 year relationship with Fox, since only with great trust can you operate so close to the cutting edge. I plan to honor that relationship by bringing them a winner. And I have the team to do it, the best team of artists and technicians I've ever been privileged to work with. This one's going to be a grand adventure."

"Every year, our business makes hundreds of films, most of which come and go. But a Jim Cameron film is different," said Tom Rothman and Jim Gianopulos. "Jim's movies raise the bar, both in storytelling and use of technology. 'Avatar' will do so again. The world he has created is breathtaking and the action breathless. It will take two more years, but in the summer of 2009, 'Avatar' will be a seismic change in the movie going experience."

The film's new image-based process of facial performance capture will get all the subtle nuances of the actors' performances. The virtual camera system will allow Cameron to work intimately with the cast while seeing in real-time, as each scene evolves, the computer generated worlds and characters. This revolutionary approach allows Cameron to direct scenes with CG characters and environments exactly as he would on a live action set.

The edited performances and scenes, incorporating Cameron's hands-on camera moves, will be turned over to Peter Jackson's Oscar-winning visual effects house Weta Digital ("The Lord of the Rings" trilogy). Weta's artists will incorporate new intuitive CGI technologies to transform the environments and characters into photorealistic 3D imagery that will transport the audience into the alien world rich with imaginative vistas, creatures and characters.

**Avatar** is produced by Cameron and Jon Landau for Cameron's Lightstorm Entertainment. Principal photography will take place in and around Los Angeles, and in New Zealand. Live action will be shot using the proprietary FUSION digital 3D camera system developed by Cameron and Vince Pace.

**Avatar** is the latest creative partnership between Cameron and Twentieth Century Fox, one of the most successful filmmaker-studio alliances in motion picture history. Cameron and Fox first joined forces in 1985 for **Aliens**, which became a sci fi classic. Next came **The Abyss**, which revolutionized visual effects technology; and **True Lies**, a blockbuster starring Arnold Schwarzenegger. In 1996, Fox greenlighted Cameron's **Titanic**, which became the most successful film in history, and won a record-breaking eleven Academy Awards, including Best Picture.

◀ ShareThis   |   0 comments   |   Add a comment

RELATED ARTICLES
Disney Announces Slate of 10 Animated Pics Through 2012
Keira Knightley is My Fair Lady
George Lucas to Turn Star Wars Saga into 3D
Worthington to Star in Terminator
Terminator Salvation Set for May 22, 2009 Release

Latest Headlines
Can the *Warcraft* Movie Look Like this Please?
Nicolas Cage Boards Vaughn's *Kick-Ass*
Update: *Quantum of Solace* Moved Back a Week
Exclusive *Ping Pong Playa* Clip
Guy Ritchie Talks *Sherlock Holmes*
SCI FI Greenlights *Stargate Atlantis* Movie
NBC's *LAPD* Cast Comes Together
Favreau Gets to Work on *Iron Man 2*
EXCL: *The Nightmare Before Christmas* Bonus Clip & Photos!
Daniel Radcliffe Talks *Harry Potter*
Ben Affleck to Star in Judge's *Extract*
More *Kick-Ass* Updates

Most Active
Can the *Warcraft* Movie Look Like this Please?
17 new posts | 17 total posts
Nicolas Cage Boards Vaughn's *Kick-Ass*
7 new posts | 7 total posts
Daniel Radcliffe Talks *Harry Potter*
6 new posts | 52 total posts
Update: *Quantum of Solace* Moved Back a Week
3 new posts | 37 total posts
SCI FI Greenlights *Stargate Atlantis* Movie
3 new posts | 3 total posts
NBC's *LAPD* Cast Comes Together
2 new posts | 2 total posts
WB's Motion to Dismiss *Watchmen* Lawsuit Denied
2 new posts | 56 total posts
Guy Ritchie Talks *Sherlock Holmes*
2 new posts | 2 total posts
Disaster Movie
1 new posts | 150 total posts
Monsters vs. Aliens
1 new posts | 26 total posts
The Dark Knight
1 new posts | 679 total posts
High School Musical 3: Senior Year
1 new posts | 236 total posts

# Exhibit X5

2/3/2020                                                    Wayback Machine



DONATE

Feedback

Explore more than 406 billion web pages saved over time

http://www.ayrshirepost.net/ayrshire-news/local-news-ayrs hire/ayr-news/2008/10/10/from-ayrshire-to-hollywc   ×

## Hrm.

Wayback Machine doesn't have that page archived.

Want to search for all archived pages under
http://www.ayrshirepost.net/ayrshire-news/local-news-ayrs hire/ayr-
news/2008/10/10/from-ayrshire-to-hollywood-for-cavalcade-legend-
102545-21986750/?

FAQ | Contact Us | Beta Site Feedback | Terms of Service (Dec 31, 2014)

The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit,
building a digital library of Internet sites and other cultural artifacts in digital form.
Other projects include Open Library & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's Terms of Use.

Exhibit Y5

# *Kick-Ass* (film)

***Kick-Ass*** is a 2010 superhero black comedy film based on the comic book of the same name[a] by Mark Millar and John Romita, Jr. which was published by Marvel Comics. The film was directed by Matthew Vaughn, who produced with Brad Pitt and co-wrote the screenplay with Jane Goldman. The film was produced in Toronto, Ontario, Canada. Its general release was on 25 March 2010 in the United Kingdom and on 16 April 2010 in the United States. It is the first installment of the *Kick-Ass* film series.

It tells the story of an ordinary teenager, Dave Lizewski (Aaron Johnson), who sets out to become a real-life superhero, calling himself "Kick-Ass". Dave gets caught up in a bigger fight when he meets Big Daddy (Nicolas Cage), a former cop who, in his quest to bring down the crime boss Frank D'Amico (Mark Strong) and his son Red Mist (Christopher Mintz-Plasse), has trained his eleven-year-old daughter (Chloë Grace Moretz) to be the ruthless vigilante Hit-Girl.

Despite having generated some controversy for its profanity and violence performed by a child, *Kick-Ass* was well received by both critics and audiences. In 2011 it won the Empire Award for Best British Film. The film has gained a strong cult following since its release on DVD and Blu-ray. A sequel, written and directed by Jeff Wadlow and produced by Vaughn, was released in August 2013, with Johnson, Mintz-Plasse, and Moretz reprising their roles. In 2018, Vaughn announced his intentions to open up Marv Studios and reboot the series.

## Contents

**Plot**
**Cast**
**Production**
    Development
    Filming
**Controversy**
    Ratings
**Reception**
    Box office
    Critical response

| *Kick-Ass* | |
|---|---|
|  | |
| Theatrical release poster | |
| **Directed by** | Matthew Vaughn |
| **Produced by** | Matthew Vaughn |
| | Brad Pitt |
| | Kris Thykier |
| | Adam Bohling |
| | Tarquin Pack |
| | David Reid |
| **Screenplay by** | Jane Goldman |
| | Matthew Vaughn |
| **Based on** | *Kick-Ass* by Mark Millar John Romita Jr. |
| **Starring** | Aaron Johnson |
| | Christopher Mintz-Plasse |
| | Mark Strong |

Accolades

**Release**
    Home media

**Video games**

**Sequel**

**See also**

**Notes**

**References**

**External links**

| | |
|---|---|
| | Chloë Grace Moretz |
| | Nicolas Cage |
| **Music by** | John Murphy |
| | Henry Jackman |
| | Marius de Vries |
| | Ilan Eshkeri |
| **Cinematography** | Ben Davis |
| **Edited by** | Pietro Scalia |
| | Jon Harris |
| | Eddie Hamilton |
| **Production company** | Marv Films[1] |
| | Plan B Entertainment[1] |
| **Distributed by** | Lionsgate[1] (United States) |
| | Universal Pictures (International) |
| **Release date** | 26 March 2010 (United Kingdom) |
| | 16 April 2010 (United States) |
| **Running time** | 117 minutes[2] |
| **Country** | United Kingdom United States[3] |
| **Language** | English |
| **Budget** | $28-30 million[4][5] |
| **Box office** | $96.2 million[5] |

# Plot

Dave Lizewski is an ordinary teenager who lives in Staten Island, New York. Inspired by comic books, Dave plans to become a real-life superhero. He purchases and modifies a scuba diving suit, and arms himself with batons. During his first outing, he gets stabbed and then hit by a car. After recovering, he gains a capacity to endure pain and enhanced durability due to having some bones replaced with metal.

In his absence from school, a rumor spreads that he is gay. As a result, his longtime crush, Katie Deauxma, immediately attempts to become his friend. Unhappy with the misunderstanding, Dave nevertheless appreciates the opportunity to get closer to Katie.

Dave returns to crime-fighting and gains notoriety after saving a man from a gang attack. Calling himself "Kick-Ass", he sets up a Myspace account where he can be contacted for help. Responding to a request from Katie, he confronts a drug dealer, Rasul, who has been harassing her. At Rasul's place, Kick-Ass is quickly overwhelmed by Rasul's thugs. Before they can kill him, two costumed vigilantes, Hit-Girl and her father, Big Daddy, intervene, easily slaughter the thugs and leave with their money. After coming home, Dave realizes he is in over his head, and plans to give up crime-fighting. However, Hit-Girl pays him a visit and encourages him.

Big Daddy's real identity is Damon Macready, formerly an honest cop. Framed by Mafia boss Frank D'Amico, he was jailed. His wife committed suicide, leaving behind his daughter Mindy. Against the protest of his former partner Marcus Williams, Damon trains himself and Mindy as preparation for getting revenge on Frank. They have been undermining Frank's operations by raiding his warehouses, robbing his money and destroying his drugs.

Frank believes Kick-Ass is responsible for the attacks and targets him, impulsively killing a party entertainer who is dressed like Kick-Ass. Frank's son, Chris, suggests a different approach. He poses as a new vigilante, "Red Mist", and befriends Kick-Ass. He plans to lure Kick-Ass into Frank's lumber warehouse and unmask him. However, they find the warehouse on fire and Frank's men dead. Red Mist retrieves a hidden camera he earlier placed in the warehouse, and sees recorded footage of Big Daddy killing the men and burning the warehouse. Red Mist and Kick-Ass part ways. D'Amico watches the footage and learns of Big Daddy and Hit-Girl.

Following the event, Dave decides to quit being Kick-Ass. He reveals his identity to Katie, and clears up the misunderstanding about him being gay. She forgives him and becomes his girlfriend. However, Red Mist contacts him again, and tricks him into revealing Big Daddy and Hit-Girl's location. At one of Big Daddy's safe houses, Red Mist shoots Hit-Girl out of a window, and Frank's men capture Big Daddy and Kick-Ass.

Frank intends to have his thugs torture and execute his captives in a live Internet broadcast. While Kick-Ass and Big Daddy are being beaten by Frank's gangsters, Hit-Girl, having survived the shooting, storms the hideout and kills all of the gangsters. During the fight, one thug sets Big Daddy on fire. Damon and Mindy say a tearful farewell before Big Daddy dies of his burns.

Kick-Ass and Hit-Girl resolve to defeat Frank D'Amico once and for all. Hit-Girl infiltrates Frank's headquarters, and kills numerous guards and henchmen before running out of bullets. When she is cornered by the thugs, Kick-Ass arrives on a jet pack fitted with miniguns and kills the remaining thugs. Kick-Ass and Hit-Girl then take on Frank and Red Mist. Kick-Ass fights Red Mist and they knock each other out. Frank overpowers an exhausted Hit-Girl. Before he can kill her, Kick-Ass regains consciousness and shoots him with a bazooka. Frank is blasted out of the window and explodes in mid-air. Dave and Mindy retire from crime-fighting. Marcus becomes Mindy's guardian, and she enrolls at Dave's school.

Meanwhile, Chris D'Amico sits in his father's office, dressed in an upgraded suit. Facing the camera, he says, "as a great man once said, wait'll they get a load of me," before firing a gun at the screen.

# Cast

- Aaron Johnson as Dave Lizewski / Kick-Ass
- Mark Strong as Frank D'Amico
- Christopher Mintz-Plasse as Chris D'Amico / Red Mist
- Chloë Grace Moretz as Mindy Macready / Hit-Girl
- Nicolas Cage as Damon Macready / Big Daddy
- Lyndsy Fonseca as Katie Deauxma
- Clark Duke as Marty
- Evan Peters as Todd Haynes
- Sophie Wu as Erika Cho
- Omari Hardwick as Sergeant Marcus Williams
- Stu Riley as Huge Goon
- Michael Rispoli as Big Joe
- Dexter Fletcher as Cody
- Jason Flemyng as Lobby Goon

- Xander Berkeley as Detective Gigante
- Kofi Natei as Rasul
- Corey Johnson as Sporty Goon
- Adrian Martinez as Ginger Goon
- Katrena Rochell as Female Junkie
- Omar Soriano as Leroy
- Garrett M. Brown as Mr. Lizewski
- Elizabeth McGovern as Mrs. Lizewski
- Yancy Butler as Angie D'Amico
- Deborah Twiss as Mrs. Zane
- Craig Ferguson as himself

Series-creator Millar, a native of Scotland, asked Scottish television children's-show host Glen Michael to make a cameo appearance[6] although his role was cut from the film.[7] Millar was also set to make a cameo as a Scottish alcoholic but the scene was cut from the film.[8] WCBS-TV news reporters Maurice DuBois, Dana Tyler, and Lou Young make cameo appearances.

An image of Matthew Vaughn's wife, model Claudia Schiffer, appears prominently on a billboard poster.[9][10] John Romita Jr. appears without his face being shown: "I was a barista. ... [T]hey asked me to look at the camera, then turn and turn the television on with a remote control. And then they edited out my face! I laughed and laughed — I was the only authentic New Yorker in the scene and they edited out my face for not looking authentic enough! Then the producer, Tarquin Pack ... changed my first name to Tony: Tony Romita. 'Why'd you do that?' I asked. 'Well, "Johnny Romita" wasn't tough enough.'"[11]

# Production

## Development

The rights to a film version of the first volume of the comic book series were sold before the first issue was published.[12] Developed in parallel, the film writers took a different story direction, to reach many of the same conclusions. Mark Millar acknowledges the differences, explaining that a comic usually has eight acts, while a film usually has a three-act structure.[13]

Vaughn said that, "We wrote the script and the comic at the same time so it was a very sort of collaborative, organic process. I met [Millar] at the premiere of *Stardust*. We got on really well. I knew who he was and what he had done but I didn't know him. He pitched me the idea. I said, 'That's great!' He then wrote a synopsis. I went, 'That's great, let's go do it now! You write the comic, I'll write the script.'"[14] Jane Goldman one of the screenwriters, said that when she works with Vaughn she does the "construction work" and the "interior designing" while Vaughn acts as the "architect."[15]

Millar said that screenwriters Goldman and Vaughn had made a "chick flick", having placed more emphasis on the character emotions, and particularly in having softened the character of Katie Deauxma.[17] Millar stated that a film audience would have difficulty accepting Dave and Katie not being together, while a comic audience would more easily accept that idea.[13] Frank

> With *Kick-Ass*, the book's just out and now the movie's out six weeks later. And I think that's the way things are going to go now, because to go to Marvel's B and C-list characters and try to get

Lovece of *Film Journal International* said that Katie is "much less *Mean Girls*" in the film than in the comic, and that the romance between Dave and Katie "proves a needed counterbalance to the otherwise pervasive sense of optimism being stripped away layer by layer, down below angry cynicism and headed straight down the hole to nihilism."[18] Kenneth Turan of the *Los Angeles Times* said "the romance provides an appealing backdrop that the more unnerving aspects of the film play out against."[19] Other changes included having Red Mist be known to be a secret antagonist from the start, as well as making him less outright villainous, and D'Amico's mob initially thinking Kick-Ass is the one slaughtering their men.

> .movies out [of] them; what's the point of that?
>
> —Mark Millar[16]

In the original comic-book, Big Daddy is characterised not as an ex-cop, but as a former accountant who had been motivated to fight crime by a desire to escape from his life and by his love of comic books. In the film, his purported origin and motivations are genuine: writer Mark Millar stated that the revelation about Big Daddy's background would not have worked in the film adaptation, and "would have ruined the movie."[20]

The comic's artist John Romita, Jr. stated that Big Daddy's story in the film "works better stopping short ... You love him better in the film".[21]



The climax to the film differs significantly from the comics, with the use of the jetpack and rocket launcher: Millar called this "necessary" as "we're building up so much stuff that we needed some Luke Skywalker blowing up the Death Star moment".[20] Comic writer Stephen Grant argued that the film "cheated" on its premise of a "real life" superhero by having these increasingly fantastic events and that this was "why it works. That's where much of the humor comes from ... when the film finally makes the notion [the fantasy] *explicit* we're already so deep into the magician's act that our instinct is to play along".[22]

Creator Mark Millar signing posters for the movie and copies of the comics sequel, *Kick-Ass 2*, during an appearance at Midtown Comics in Manhattan.

Vaughn initially went to Sony, which distributed *Layer Cake*, but he rejected calls to tone down the violence. Other studios expressed interest but wanted to make the characters older.[23] In particular studios wanted to change Hit-Girl's character into an adult.[24] Goldman said that while studio executives said that it would be less offensive to portray Hit-Girl as a teenager, Goldman argued that it would have been more offensive since, as a teenager, Hit-Girl would have been sexualized. Goldman said that Hit-Girl was not supposed to be sexualized.[25]

Vaughn had a little trouble adapting to film: the film had no studio. The big studios doubted the success of an adaptation as a violent superhero, which made the film be independently financed, but this gave him the freedom to make the film the way he imagined, without having to worry about high-censorship. Vaughn believed enough in the project to raise the money himself.[23] Christopher Mintz-

Plasse (Red Mist) said that the creators of the film were wondering whether a distributor would pick up the movie. On the set Vaughn jokingly referred to *Kick-Ass* as something that was going to be "the most expensive home movie I ever made".[24]

The 2D/3D animated comic book sequence in the film took almost two years to finish. Romita created the pencils, Tom Palmer did the inks, and Dean White did the colours. Vaughn gave Romita a *carte blanche* on the art direction of the sequence.[26]

## Filming

Filming locations included Hamilton, Ontario, Canada; Dip 'N' Sip Donuts on Kingston Road in Toronto,[27] Sir Winston Churchill Secondary School,[28] and "many Toronto landmarks that play cameos";[27] and various locations in the United Kingdom, including Elstree Studios.[29] The opening sequence with Nicolas Cage was filmed in a sewage plant in east London.[20]

The *Atomic Comics* store in the film is based on the now-defunct real-life Arizona-based chain whose owner, Millar said, is a friend of artist John Romita Jr..[20] Millar asked Mike Malve for permission to use *Atomic Comics* in the film, and a model version of Atomic Comics was created at the London pilot studio for use in the filming.[30]

# Controversy

In January 2010, an uncensored preview clip of the film was attacked by family advocacy groups for its display of violence and use of the line "Okay, you cunts, let's see what you can do now," delivered by Chloë Grace Moretz, who was 12 years old at the time of filming. Australian Family Association spokesman John Morrissey said that "the language [was] offensive and the values inappropriate; without the saving grace of the bloodless victory of traditional superheroes".[31] Several critics, including Christopher Tookey of the *Daily Mail*, accused the film of glorifying violence, saying that Hit-Girl was "made to look as seductive as possible".[32] Tookey's view on Hit-Girl was strongly criticised, with many commentators — including Andrew Collins, the film editor of *Radio Times* — wondering why he had found the character sexualised. This caused Tookey to claim that he was a victim of cyber-bullying.[33] In response to the controversy, Moretz stated in an interview, "If I *ever* uttered one word that I said in *Kick-Ass*, I would be grounded for years! I'd be stuck in my room until I was 20! I would never in a million years say that. I'm an average, everyday girl."[34] Moretz has said that while filming, she could not bring herself to say the film's title out loud in interviews, instead calling it "the film" in public and "Kick-Butt" at home.[35]

Christopher Mintz-Plasse expressed surprise that people were angry about the language but did not seem to be offended that Hit-Girl kills numerous people.[36]

## Ratings

In an interview with *Total Film*, Aaron Johnson confirmed that the film stays true to the adult nature of the comic series by featuring a large amount of profanity and graphic violence. The film received an R rating by the MPAA for "strong brutal violence throughout, pervasive language, sexual content,

nudity and some drug use—some involving children", and it received a 15 rating from the BBFC.[2][37] Director Matthew Vaughn felt the 15 certificate was about right and expressed some surprise at the film having received a "PG rating [*sic*]" in France.[17]

# Reception

## Box office

The film earned over $12 million internationally in advance of opening in the United States.[4][5] On its debut weekend in the United States it took in $19.8 million in 3,065 theaters, averaging $6,469 per theater.[5] *Kick-Ass* was reported number one, ahead of *How to Train Your Dragon* by $200,000, which was in its third week of release. On Saturday, 17 April 2010, it fell down to number three behind *How To Train Your Dragon* and *Date Night*. On Sunday, 2 May 2010, it fell down behind *A Nightmare on Elm Street*, *How To Train Your Dragon*, *Furry Vengeance*, *The Back-Up Plan*, *Date Night*, *Clash of the Titans* and *The Losers*. These numbers for *Kick-Ass*'s debut weekend gross included non-weekend earnings, as the film was previewed during the Thursday night prior to its release.[38] The film's final gross in the U.S. was $48,071,303 and $48,117,600 outside of the U.S. with a worldwide gross of $96,188,903.[5]

The film was listed among the most infringed films of 2010; according to statistics on TorrentFreak, the film was illegally downloaded over 11.4 million times, second only to *Avatar*.[39]

## Critical response

On review aggregator Rotten Tomatoes the film has an approval rating of 76% based on reviews from 251 critics, and an average rating is 7/10. The site's consensus reads: "Not for the faint of heart, *Kick-Ass* takes the comic adaptation genre to new levels of visual style, bloody violence, and gleeful profanity."[40] Metacritic assigned the film a score of 66 out of 100, based on a weighted average of 38 reviews from mainstream critics.[41]

In the United Kingdom, *The Guardian* gave the film extensive coverage by several of its critics and journalists.[42] Peter Bradshaw gave the film 5/5 stars and called it an "explosion in a bad taste factory" that is "thoroughly outrageous, jaw-droppingly violent and very funny riff on the quasi-porn world of comic books; except that there is absolutely no 'quasi' about it."[43] Philip French, writing for *The Observer*, called the film "relentlessly violent" with "the foulest-mouthed child ever to appear on screen, [who makes] Louis Malle's Zazie sound like Cosette" and one "extremely knowing in its appeal to connoisseurs of comic strips and video games."[10] David Cox wrote an article published in *The Guardian*, saying that the film "kicks the c-word into the mainstream [...] has inadvertently dispatched our last big expletive."[44]

Christopher Tookey of the *Daily Mail* said, "Don't be fooled by the hype: This crime against cinema is twisted, cynical, and revels in the abuse of childhood".[45] Chris Hewitt of *Empire* magazine gave the film 5/5 and declared it, "A ridiculously entertaining, perfectly paced, ultra-violent cinematic rush that kicks the places other movies struggle to reach. ... the film's violence is clearly fantastical and cartoonish and not to be taken seriously."[46]

International critics who enjoyed the film generally singled out its audacity, humour, and performance from Chloë Grace Moretz. Peter Howell of the *Toronto Star* gave *Kick-Ass* a top rating, writing that the production "succeeds as a violent fantasy about our perilous and fretful times, where regular citizens feel compelled to take action against a social order rotting from within."[47] *USA Today* critic Claudia Puig praised Moretz as "terrific ... Even as she wields outlandish weaponry, she comes off as adorable."[48] Manohla Dargis from *The New York Times* wrote, "Fast, periodically spit-funny and often grotesquely violent, the film at once embraces and satirizes contemporary action-film clichés with Tarantino-esque self-regard."[49] Owen Gleiberman of *Entertainment Weekly* gave the film a B+, but noted that "personally, I just wish that the film had ended up a bit less of an over-the-top action ride."[50]

In *Film Journal International*, former Marvel Comics writer Frank Lovece said the "delightfully dynamic" film "actually improves on the comic by not metaphorically kicking in our hero's teeth ... and making him a sad-sack schmuck who was wrong about nearly everything." He found that, "Comedy-of-manners dry humor ... plays seamlessly amid scenes of stylized, off-camera mayhem."[18]

Other reviews were more negative. Roger Ebert found the film highly offensive and "morally reprehensible", giving it one out of four stars. He cited the coarse language and violence, particularly the scene in which Hit-Girl is nearly killed by D'Amico. "When kids in the age range of this movie's home video audience are shooting one another every day in America, that kind of stops being funny." Ebert's only notes of praise were for the performances of Cage, Johnson and Moretz. The movie made that week's "Your Movie Sucks" list of one-star movies.[51]

Tim Robey of *The Daily Telegraph* did not like the film either, rating it 1/5 and stating, "Matthew Vaughn's *Kick Ass* is hollow, glazed, and not quite there".[52]

Karina Longworth writing for *The Village Voice*, was not impressed with the film's intended satire and themes: "Never as shocking as it thinks it is, as funny as it should be, or as engaged in cultural critique as it could be, *Kick-Ass* is half-assed."[53]

## Accolades

| Award | Date of ceremony | Category | Recipient(s) | Result | Ref(s) |
|-------|------------------|----------|--------------|--------|--------|
| The Comedy Awards | March 26, 2011 | Comedy Film | *Kick-Ass* | Nominated | [54] |
| | | Comedy Actress – Film | Chloë Grace Moretz | Nominated | |
| | | Comedy Screenplay | *Kick-Ass* | Nominated | |
| | | Comedy Director – Film | Matthew Vaughn | Nominated | |
| Critics' Choice Awards | January 14, 2011 | Best Action Movie | *Kick-Ass* | Nominated | [55] |
| | | Best Young Performer | Chloë Grace Moretz | Nominated | |
| Empire Awards | March 27, 2011 | Best Film | *Kick-Ass* | Nominated | [56] |
| | | Best Actor | Aaron Johnson | Nominated | |
| | | Best Director | Matthew Vaughn | Nominated | |
| | | Best British Film | *Kick-Ass* | Won | |
| | | Best Sci-Fi/Fantasy | | Nominated | |
| | | Best Newcomer | Chloë Grace Moretz (also for *Let Me In*) | Won | |
| IGN Awards | December 19, 2011 | Best Comic-Book Adaptation | *Kick-Ass* | Won | [57] |
| | | Best Actress | Chloë Grace Moretz | Won | [58] |
| | | Best Blu-ray | *Kick-Ass* | Won | [59] |
| MTV Movie Awards | June 5, 2011 | Best Breakout Star | Chloë Grace Moretz | Won | [60] [61] |
| | | Biggest Badass Star | | Won | |
| | | Best Fight | Chloë Grace Moretz vs. Mark Strong | Nominated | |
| People's Choice Award | January 5, 2011 | Favorite Action Movie | *Kick-Ass* | Nominated | [62] |
| Saturn Awards | June 23, 2011 | Best Horror Film | *Kick-Ass* | Nominated | [63] |
| Teen Choice Awards | August 8, 2010 | Choice Movie Actor: Action | Nicolas Cage | Nominated | [64] |
| | | Choice Movie: Villain | Christopher Mintz-Plasse | Nominated | |
| | | Choice Movie: Action | *Kick-Ass* | Nominated | |
| | | Choice Movie: Female Breakout Star | Chloë Grace Moretz | Nominated | |
| | | Choice Movie: Male Breakout Star | Aaron Johnson | Nominated | |
| Young Artist Awards | March 13, 2011 | Best Performance in a Feature Film - Leading Young Actress | Chloë Grace Moretz | Nominated | [65] |

# Release

## Home media

In an interview, Matthew Vaughn said, "There is about 18 minutes of [deleted] footage, which is really good stuff. If the film is a hit, I'll do an extended cut."[66] The film was released on DVD and Blu-ray on 3 August 2010 in North America. This version does not contain the aforementioned deleted content.[67] Selling 1.4 million units within its first week, one-third of these in Blu-ray format, *Kick-Ass* debuted at number one on the DVD sales chart.[68][69] The discs were released in the United Kingdom on 6 September 2010.[70]



*Kick-Ass* Blu-rays and DVDs

After its release on home video, it developed a cult following.[71]

## Video games

The video game based on the movie was produced by WHA Entertainment and Frozen Codebase. It was released through the App Store on 15 April 2010 for the iPhone and iPod Touch.[72] The initial Apple platform releases were reportedly unfinished beta versions and were withdrawn from circulation pending a relaunch of a finished version.[73] The game was released on the PlayStation Network on 29 April 2010.[72] Kick-Ass, Hit-Girl and Big Daddy are playable characters. The game features Facebook missions and integration.[74] Both versions of the game received negative reviews.[75]

## Sequel

Despite various setbacks and uncertainty as to whether the sequel would ever materialize, on 8 May 2012, it was reported that a sequel would be distributed by Universal Studios, and that Matthew Vaughn had chosen Jeff Wadlow, who also wrote the script, to direct the sequel.[76] Aaron Johnson and Chloë Grace Moretz reprise their roles as Kick-Ass and Hit-Girl, respectively,[77] and Christopher Mintz-Plasse returns as the main villain, going by the name of "The Motherfucker".[78] The film was released on 14 August 2013 in the United Kingdom and on 16 August 2013 in the United States.[79]

## See also

- *Kick-Ass: The Game*
- *Kick-Ass: Music from the Motion Picture*
- Vigilante film

## Notes

a. Later published as Book One of *Kick-Ass: The Dave Lizewski Years*

## References

1. "Kick-Ass" (http://www.afi.com/members//catalog/DetailView.aspx?s=&Movie=66519). *American Film Institute*. Retrieved 6 April 2017.

2. "Kick-Ass" (http://www.bbf...o.uk/website/Classified.nsf/0/468B...2E2C8F4588802576D600411E EB?OpenDocument). British Board of Film Classification. 26 February 2010. Retrieved 10 April 2010. "Contains strong language, once very strong, & strong bloody comic violence"

3. "Kick-Ass" (http://ftvdb.bfi.org.uk/sift/title/844934). British Film Institute. London. Retrieved 10 November 2012.

4. "Movie Kick-Ass" (http://www.the-numbers.com/movies/2010/KCKAS.php). The Numbers. Nash Information Services. Retrieved 12 April 2010.

5. "Kick Ass (2010)" (http://boxofficemojo.com/movies/?id=kickass.htm). Box Office Mojo. Amazon.com. Retrieved 26 November 2013.

6. Lawrence, Edwin (10 October 2008). "From Ayrshire to Hollywood for Cavalcade legend" (https:// web.archive.org/web/20081218202803/http://www.ayrshirepost.net/ayrshire-news/local-news-ayrs hire/ayr-news/2008/10/10/from-ayrshire-to-hollywood-for-cavalcade-legend-102545-21986750/). Ayrshire Post. Archived from the original (http://www.ayrshirepost.net/ayrshire-news/local-news-ay rshire/ayr-news/2008/10/10/from-ayrshire-to-hollywood-for-cavalcade-legend-102545-21986750/) on 18 December 2008. Retrieved 16 October 2008.

7. Fulton, Rick (22 March 2010). "Cartoon Cavalcade legend Glen Michael's cameo role is cut from new movie Kick-Ass" (https://web.archive.org/web/20100324223316/http://www.dailyrecord.co.uk/ news/scottish-news/2010/03/22/cartoon-cavalcade-legend-glen-michael-s-cameo-role-is-cut-from- new-movie-kick-ass-86908-22130118/). The Daily Record. Archived from the original (http://www. dailyrecord.co.uk/news/scottish-news/2010/03/22/cartoon-cavalcade-legend-glen-michael-s-came o-role-is-cut-from-new-movie-kick-ass-86908-22130118/) on 24 March 2010.

8. Ditzian, Eric (16 April 2010). " 'Kick-Ass': Five Things You Need To Know" (https://www.webcitatio n.org/5vxjtqyXg?url=http://www.mtv.com/news/articles/1637258/kickass-five-things-need-know.jht ml). MTV. Archived from the original (http://www.mtv.com/news/articles/1637258/20100416/story.j html) on 23 January 2011.

9. Important Easter Eggs To Look For While Watching Kick-Ass (http://io9.com/5519261/important-e aster-eggs-to-look-for-while-watching-kick+ass) Gawker Media

10. French, Philip (4 April 2010). "Kick-Ass" (https://www.theguardian.com/film/2010/apr/04/kickass-fil m-review). The Observer. UK. Retrieved 1 July 2011.

11. Lovece, Frank (13 August 2013). "Drawing power: 'Kick-Ass' co-creator John Romita, Jr. on the comics-movie connection" (https://web.archive.org/web/20131027010952/http://www.filmjournal.c om/filmjournal/content_display/news-and-features/features/movies/e3id503dcc818cb6cb4a633b7 00c6ca1d2a). Film Journal International. Archived from the original (http://www.filmjournal.com/fil mjournal/content_display/news-and-features/features/movies/e3id503dcc818cb6cb4a633b700c6c a1d2a) on 27 October 2013.

12. See notes by Millar in Kick-Ass #3: "As you read these words in early June, an official announcement should have been made on the movie, too, with the director name and a 2009 release date inked into the cinema schedule."

13. Fetters, Sara Michelle (2 August 2009). "Mark Millar Kicks Ass and Writes Comics" (https://web.ar chive.org/web/20110714122241/http://www.moviefreak.com/artman/publish/interviews_markmillar. shtml). Moviefreak.com. Archived from the original (http://www.moviefreak.com/artman/publish/int erviews_markmillar.shtml) on 14 July 2011. Retrieved 21 January 2011.

14. Philbrick, Jami (24 August 2009). "Vaughn & Goldman talk 'KICK-ASS' " (http://www.comicbookres ources.com/?page=article&id=22657). Comic Book Resources. Retrieved 29 March 2010.

15. Kennedy, Lisa (16 April 2010). "The fan-girl behind comic adaptation's Hit Girl" (http://www.denver post.com/entertainmentlastold/ci_14884689). Denver Post. Retrieved 24 January 2011.

16. Child, Ben (29 March 2010). "Kick-Ass changes comic book films forever in a single blow" (https:// www.webcitation.org/5vxjkE55G?url=http://www.guardian.co.uk/film/2010/mar/26/kick-ass-comics- film-adaptations). The Guardian. UK. Archived from the original (https://www.theguardian.com/fil m/2010/mar/26/kick-ass-comics-film-adaptations) on 23 January 2011. Retrieved 10 April 2010.

17. Jonathan Ross, Matthew Vaughn. *Jonathan Ross interviews Matthew Vaughn* (https://web.archiv e.org/web/20100326112230/http://timesonline.typepad.com/blockbuster_buzz/2010/03/kick-ass-vi deo-chat-embed.html). Times Online. Archived from the original (http://timesonline.typepad.com/bl ockbuster_buzz/2010/03/kick-ass-video-chat-embed.html) on 26 March 2010.(Video)

18. Lovece, Frank (5 April 2010). "Film Review: 'Kick-Ass' " (http://fj.webedia.us/content/film-review-ki ck-ass). *Film Journal International*. Archived (http://archive.is/K0Dv3) from the original on 14 June 2019.

19. Turan, Kenneth (16 April 2010). "Movie review: 'Kick-Ass' " (http://articles.latimes.com/2010/apr/1 6/entertainment/la-et--kickass-20100416). *Los Angeles Times*. "... the romance provides an appealing backdrop that the more unnerving aspects of the film play out against."

20. Childress, Ahmad T. (5 April 2010). "Writer Mark Millar on 'Kick Ass' " (http://www.craveonline.co m/entertainment/comics/article/writer-mark-millar-on-kick-ass-99655). *Crave Online*.

21. Valentin, Mel (13 April 2010). "KICK-ASS Interview: John Romita, Jr. (Part I of V)" (http://efilmcriti c.com/feature.php?feature=3008). *eFilmCritic.com*.

22. Grant, Steven (15 April 2010). "Permanent Damage review of the film" (http://www.comicbookreso urces.com/?page=article&id=25751). *Comic Book Resources*.

23. Kit, Borys (15 August 2010). "Matthew Vaughn ready to 'Kick-Ass' " (http://www.hollywoodreporter. com/news/matthew-vaughn-ready-kick-ass-117557). *The Hollywood Reporter*. "Vaughn, however, is such a believer in the project that he raised the money for the $30 million indie project himself." (subscription required)

24. Hartlaub, Peter (13 April 2010). "From McLovin to a masked man in *Kick-Ass*" (http://blogs.chron.c om/peep/2010/04/from_mclovin_to_a_masked_man_i_1.html). *Houston Chronicle*. "They wanted to change the Hit Girl character to be, like, 25 years old."

25. Busch, Jenna. "How *Kick-Ass*' killer Hit Girl is like *Alien*'s Ripley (http://blastr.com/2010/04/how-kic k-ass-killer-hit-g.php)." *Blastr* (*Syfy*). 6 April 2010. Retrieved 28 January 2011.

26. Nadel, Nick. "The Mark Millar and John Romita Jr. 'Kick-Ass' Post-Movie Q&A (http://www.comics alliance.com/2010/03/17/mark-millar-john-romita-jr-kick-ass-premiere-qanda/) Archived (https://we b.archive.org/web/20110307083259/http://www.comicsalliance.com/2010/03/17/mark-millar-john-r omita-jr-kick-ass-premiere-qanda) 7 March 2011 at the Wayback Machine". Comics Alliance. 17 March 2010. Retrieved 22 February 2011.

27. *t.o.night* ("Toronto's Free Evening Newspaper"), Toronto, 22–24 July 2011, p. 9.

28. "Google Street View" (https://maps.google.ca/maps?hl=en&ll=43.236949,-79.795418&spn=0.167 33,0.20565&sll=43.150171,-79.238977&sspn=0.041892,0.051413&t=h&hq=Sir+Winston+Churchil l+Secondary+School&hnear=Hamilton,+Hamilton+Division,+Ontario&z=12&layer=c&cbll=43.2369 89,-79.795092&panoid=AqNMyG15jvwR5FqH-11vuA&cbp=12,62.46,,0,15.1).

29. "Kick-Ass (2010) Filming Locations" (http://www.ukonscreen.com/iiibgdc-Kick-Ass-(2010).html). *UK Onscreen*. Retrieved 13 April 2010.

30. Miller, Allison (15 April 2010). "Atomic Comics appears in much-hyped comic book flick" (http://me dia.www.ecollegetimes.com/media/storage/paper991/news/2010/04/15/Movies/Atomic.Comics.Ap pears.In.MuchHyped.Comic.Book.Flick-3905876.shtml). *College Times*.

31. "Family outrage at film Kick Ass (*sic*) violence and swearing" (http://www.dailytelegraph.com.au/en tertainment/sydney-confidential/family-outrage-at-film-kick-ass-violence-and-swearing/story-e6fre wz0-1225818799884/). *The Daily Telegraph*. Australia. 13 January 2010.

32. Tookey, Christopher (2 April 2010). "Don't be fooled by the hype: This crime against cinema is twisted, cynical, and revels in the abuse of childhood" (http://www.dailymail.co.uk/tvshowbiz/revie ws/article-1262948/Kick-Ass-Dont-fooled-hype--This-crime-cinema-twisted-cynical-revels-abuse-c hildhood.html). *Daily Mail*. London.

33. Tookey, Chris. "How I Fell Foul Of The Internet Lynch Mob" (http://www.movie-film-review.com/dev Film.asp?ID=15578).

34. Carroll, Larry (20 January 2010). ""Kick-Ass" star Chloe Moretz Is One of 10 to Watch in 2010" (ht tps://www.webcitation.org/5vxkK8gTg?url=http://www.mtv.com/news/articles/1630006/kickass-star -chloe-moretz-one-10-watch-2010.jhtml). Archived from the original (http://www.mtv.com/movies/n ews/articles/1630006/story.jhtml) on 23 January 2011. "Moretz: I would love to. I can't say anything about [the ending], but I would love to be Hit-Girl twice, three times, four times in my life."

35. Synnot, Siobhan (24 March 2010). "What are little girls made of? Sugar and spice, punches and the odd four-letter word, when they're the surprise star of Kick-Ass" (http://news.scotsman.com/en tertainment/-What-are-little-girls.6171794.jp). The Scotsman. Edinburgh.

36. White, Lucy. "Christopher Mintz-Passe: 60 Second interview" (http://e-edition.metroherald.ie/2010/ 04/14/) Archived (https://web.archive.org/web/20110815091232/http://e-edition.metroherald.ie/201 0/04/14/) 15 August 2011 at the Wayback Machine, MetroHerald, 14 April 2010, p. 17 (Requires registration to view): "People are so angry at Chloe [Grace Moretz] for saying bad language but she murders a ton of people and no one seems to be offended by that."

37. "Exclusive: Lauro Londe Talks Kick-Ass" (https://archive.is/20130205100444/http://www.totalfilm.c om/features/exclusive-lauro-londe-talks-kick-ass). Archived from the original (http://www.totalfilm.c om/features/exclusive-lauro-londe-talks-kick-ass) on 5 February 2013.

38. "Weekend Box Office Results for April 16–18, 2010" (http://boxofficemojo.com/news/?id=2724&p =.htm). Box Office Mojo. Amazon.com. Retrieved 2 August 2010. "Kick-Ass distributor Lionsgate included the movie's 10 pm Thursday previews in the weekend gross, when, objectively, the weekend is Friday-Sunday."

39. Singer, Matt (22 December 2010). "The Most Pirated Movies of 2010" (http://www.ifc.com/fix/201 0/12/the-most-pirated-movies-of-201). IFC.com. Retrieved 13 November 2012.

40. "Kick-Ass (2010)" (http://www.rottentomatoes.com/m/1217700-kick_ass/). Rotten Tomatoes. Retrieved 24 August 2018.

41. "Kick-Ass reviews at Metacritic.com" (http://www.metacritic.com/film/titles/kickass). Metacritic. CBS Interactive. Retrieved 18 April 2010.

42. "Kick-Ass: Britain's debt to American action films is underlined by this violent comedy about a superhero with no superpowers" (https://www.theguardian.com/film/movie/135252/kick-ass). The Guardian. UK. 12 March 2010. Retrieved 10 April 2010.

43. Bradshaw, Peter (31 March 2010). "Kick-Ass: A hilarious, very violent black comedy puts a new twist on superheroics" (https://www.theguardian.com/film/2010/mar/31/kick-ass-review-film). The Guardian. UK. Retrieved 10 April 2010.

44. Cox, David (2 April 2010). "Kick-Ass kicks the c-word into the mainstream" (https://www.theguardi an.com/film/filmblog/2010/apr/02/kick-ass-bad-language). The Guardian. UK. Retrieved 10 April 2010.

45. Tookey, Christopher (2 April 2010). "Don't Be Fooled by the Hype: This Crime Against Cinema is Twisted, Cynical, and Revels in the Abuse of Childhood" (https://www.webcitation.org/5vxkkZz0u? url=http://www.dailymail.co.uk/tvshowbiz/reviews/article-1262948/Kick-Ass-Dont-fooled-hype--This -crime-cinema-twisted-cynical-revels-abuse-childhood.html). Daily Mail. UK. Archived from the original (http://www.dailymail.co.uk/tvshowbiz/reviews/article-1262948/Kick-Ass-Dont-fooled-hype- -This-crime-cinema-twisted-cynical-revels-abuse-childhood.html) on 23 January 2011. Retrieved 10 April 2010.

46. Hewitt, Chris. "Kick-Ass (review)" (https://www.empireonline.com/movies/reviews/kick-ass- review/). Empire.

47. Howell, Peter (15 April 2010). "Kick-Ass: A violent, five-alarm, four-star fantasy" (https://www.thest ar.com/entertainment/movies/article/795714--kick-ass-a-violent-five-alarm-four-star-fantasy). The Star. Toronto. Retrieved 19 April 2010. ★★★★

48. Puig, Claudia (16 April 2010). "The real hero of 'Kick-Ass' is a little girl: Chloe Moretz" (https://ww w.usatoday.com/life/movies/reviews/2010-04-16-kickass16_ST_N.htm). USA Today. Retrieved 16 April 2010.

49. Dargis, Manohla (16 April 2010). "Movie Review: Kick-Ass (2010, (https://movies.nytimes.com/20 10/04/16/movies/16kick.html). *The New York Times*. Retrieved 21 January 2011.

50. Gleiberman, Owen (15 April 2010). "Movie Review: Kick-Ass (2010)" (http://www.ew.com/ew/articl e/0,,20360874,00.html). *Entertainment Weekly*. Retrieved 21 January 2011.

51. Ebert, Roger (14 April 2010). "Kick-Ass" (http://rogerebert.suntimes.com/apps/pbcs.dll/article?AID =/20100414/REVIEWS/100419986/1023). *Chicago Sun-Times*. Retrieved 17 April 2010."the Your Movie Sucks™ files" (https://web.archive.org/web/20110624124437/http://blogs.suntimes.com/eb ert/your-movie-sucks.html). *Roger Ebert's Journal*. Archived from the original (http://blogs.suntime s.com/ebert/your-movie-sucks.html) on 24 June 2011.

52. Robey, Tim (1 April 2010). "Kick-Ass, review" (https://www.telegraph.co.uk/culture/film/filmreviews/ 7545480/Kick-Ass-review.html). *The Daily Telegraph*. London. Retrieved 10 April 2010.

53. Longworth, Karina (13 April 2010). "Kick-Ass, Faster Than a Speeding Internet" (http://www.village voice.com/2010-04-13/film/kick-ass-faster-than-a-speeding-internet/). *Village Voice*. Retrieved 21 January 2011.

54. "The Comedy Awards Nominations Announces" (https://press.cc.com/press-release/2011/02/15/0 21511-the-comedy-awards-nominations-announcement). Comedy Central. 15 February 2011. Archived (https://web.archive.org/web/20141218014733/https://press.cc.com/press-release/2011/ 02/15/021511-the-comedy-awards-nominations-announcement) from the original on 18 December 2014. Retrieved 5 October 2019.

55. "Broadcast Film Critics Association Awards Nominees" (https://www.webcitation.org/69zuqErho). Broadcast Film Critics Association. 12 December 2010. Archived from the original (http://www.bfc a.org/ccawards/2010.php) on 18 August 2012.

56. "In Full: Empire Awards 2011 Winners" (https://www.digitalspy.com/movies/a311307/in-full-empire- awards-2011-winners/). *Digital Spy*. 27 March 2011. Archived (https://web.archive.org/web/20191 005182001/https://www.digitalspy.com/movies/a311307/in-full-empire-awards-2011-winners/) from the original on 5 October 2019. Retrieved 5 October 2019.

57. "2010 IGN Award for Best Comic Book Adaptation" (https://web.archive.org/web/2012031609332 3/http://uk.bestof.ign.com/2010/movies/best-comic-book-adaptation.html). *IGN*. Archived from the original (http://uk.bestof.ign.com/2010/movies/best-comic-book-adaptation.html) on 16 March 2012. Retrieved 13 November 2011.

58. "2010 IGN Award for Best Actress" (https://web.archive.org/web/20101218033342/http://uk.bestof. ign.com/2010/movies/best-actress.html). *IGN*. Archived from the original (http://uk.bestof.ign.com/ 2010/movies/best-actress.html) on 18 December 2011. Retrieved 13 November 2011.

59. "2010 IGN Award for Best Blu-ray" (https://web.archive.org/web/20120525043757/http://uk.movie s.ign.com/summer-awards/2010/best-blu-ray.html). *IGN*. Archived from the original (http://uk.movi es.ign.com/summer-awards/2010/best-blu-ray.html) on 25 May 2012. Retrieved 13 November 2011.

60. "2011 MTV Movie Awards: The Full Nomination List" (http://www.mtv.com/news/1663149/2011-mt v-movie-awards-nominations-list/). *MTV*. 3 May 2011. Archived (https://web.archive.org/web/2015 0106225951/http://www.mtv.com/news/1663149/2011-mtv-movie-awards-nominations-list/) from the original on 6 January 2015. Retrieved 5 October 2019.

61. Derschowitz, Jessica (6 June 2011). "MTV Movie Awards 2011: List of winners" (https://www.cbsn ews.com/news/mtv-movie-awards-2011-list-of-winners/). CBS News. Archived (https://web.archiv e.org/web/20171201034501/https://www.cbsnews.com/news/mtv-movie-awards-2011-list-of-winne rs/) from the original on 1 December 2017. Retrieved 5 October 2019.

62. "People's Choice Award 2011" (https://web.archive.org/web/20110715063438/http://www.peoplesc hoice.com/pca/awards/nominees/index.jsp?year=2011). Archived from the original (http://www.pe opleschoice.com/pca/awards/nominees/index.jsp?year=2011) on 15 July 2011.

63. "37th Annual Saturn Award Nominations" (https://web.archive.org/web/20110430224049/http://scif imafia.com/2011/02/37th-annual-saturn-award-nominations/). Scifimafia.com. 25 February 2011. Archived from the original (http://scifimafia.com/2011/02/37th-annual-saturn-award-nominations/) on 30 April 2011. Retrieved 6 May 2011.

64. "Winners of "Teen Choice 2010" announced" (https://web.archive.org/web/20110609194647/http:// teenchoiceawards.com/pdf/TC10-Winners.pdf) (PDF). *TeenChoiceAwards*. 15 August 2010. Archived from the original (http://www.teenchoiceawards.com/pdf/TC10-Winners.pdf) (PDF) on 9 June 2011. Retrieved 8 January 2010.

65. "32nd Annual Yount Artist Awards – Nominations" (https://web.archive.org/web/20130808150433/ http://www.youngartistawards.org/noms32.html). Young Artist Awards. 13 March 2011. Archived from the original (http://www.youngartistawards.org/noms32.html) on 8 August 2013. Retrieved 22 July 2013.

66. Wigler, Josh (15 April 2010). *"Kick-Ass" deleted Scenes ... revealed!* (http://splashpage.mtv.com/2 010/04/15/kick-ass-deleted-scenes/). *MTV*. Viacom.

67. Marshall, Rick (7 June 2010). "EXCLUSIVE: 'Kick-Ass' DVD & Blu-ray Specs Revealed, Plus A Special Feature Sneak Peek!" (http://splashpage.mtv.com/2010/06/07/kick-ass-dvd-blu-ray-specs-plus-a-special-feature-sneak-peek/). *MTV*. Viacom.

68. Boorstin, Julia (23 August 2010). "Lionsgate's Blockbuster defense vs. Icahn" (https://www.cnbc.c om/id/38821668). CNBC. Retrieved 29 August 2010.

69. ""Kick-Ass" debuts at number one on the DVD sales chart" (http://www.hollywoodnews.com/2010/ 08/12/kick-ass-debuts-at-number-one-on-the-dvd-sales-chart/). *HollywoodNews.com*. 12 August 2010. Retrieved 29 August 2010.

70. "Exclusive – Kick-Ass Concept Art" (https://web.archive.org/web/20101207031652/http://www.syf y.co.uk/blog/exclusive-kick-ass-concept-art). Syfy. Archived from the original (http://www.syfy.co.u k/blog/exclusive-kick-ass-concept-art) on 7 December 2010. Retrieved 29 August 2010.

71. Millar, DiAngelea (14 August 2013). "'Kick-Ass 2': Aaron Taylor-Johnson returns, 'Avengers' rumors swirl" (http://herocomplex.latimes.com/movies/kick-ass-2-aaron-taylor-johnson-talks-comic -book-sequel-and-that-avengers-role/#/0). *Los Angeles Times*. Retrieved 28 April 2014.

72. "WHA Entertainment Launches Kick-Ass for Apple iPhone, iTouch, and iPad" (https://web.archive. org/web/20100418162903/http://wireless.ign.com/articles/108/1084199p1.html). *IGN*. Ziff Davis Media. 16 April 2010. Archived from the original (http://wireless.ign.com/articles/108/1084199p1.ht ml) on 18 April 2010. Retrieved 19 April 2010.

73. Hearn, Rob (18 April 2010). "Kick-Ass iPhone game suffers early criticism, gets pulled from the App Store" (http://www.pocketgamer.co.uk/r/iPhone/Kick-Ass/news.asp?c=20018). Pocket Gamer. Retrieved 19 April 2010.

74. "PlayStation Network, iPhone Getting A Kick-Ass Game" (http://kotaku.com/5477740/playstation-n etwork-iphone-getting-a-kick+ass-game). Kick-Ass movie game – iPhone / PlayStation 3 ( PS3 PSN ) – Hit-Girl gameplay official debut trailer (https://www.youtube.com/watch?v=rxErqessLnA) on YouTube

75. "Kick-Ass PlayStation 3" (http://www.metacritic.com/games/platforms/ps3/kickass). *Metacritic*. CBS Interactive. Retrieved 15 August 2010.

76. Kit, Borys (8 May 2012). "Universal in Talks for 'Kick-Ass 2' " (http://www.hollywoodreporter.com/h eat-vision/universal-kick-ass-2-matthew-vaughn-mark-millar-321688). Retrieved 9 May 2012.

77. "Universal Close To 'Kick-Ass 2' Deals With Aaron Johnson, Chloe Moretz, Others" (http://www.de adline.com/2012/05/universal-close-to-kick-ass-2-deals-with-aaron-johnson-chloe-moretz-more/). *Deadline.com*.

78. "Christopher Mintz-Plasse confirms 'Kick-Ass 2' start, talks 'Superbad 2' " (http://www.hitfix.com/ne ws/christopher-mintz-plasse-confirms-kick-ass-2-start-talks-superbad-2). *HitFix*.

79. "Kick-Ass 2 | UK Cinema Release Date" (http://www.filmdates.co.uk/films/2456-kick-ass-2/). Filmdates.co.uk. Retrieved 22 July 2013.

Exhibit Z5





# Exhibit A6



# Exhibit B6

WIKIPEDIA

# Ben Ripley

**Ben Ripley** is an American screenwriter best known for writing the science-fiction thriller *Source Code*[2] directed by Duncan Jones.[3][4] Ripley is a graduate of Stanford University and the University of Southern California's USC School of Cinema-Television.

| Ben Ripley | |
| --- | --- |
| **Born** | Lawrenceville, New Jersey[1] |
| **Occupation** | Screenwriter |
| **Known for** | *Source Code* |

## Contents

History

Screenplays

References

External links

## History

Ripley sold his spec script for *Source Code* in 2007 to Universal Studios. It was ranked as one of the top unproduced screenplays in the annual Hollywood black list.[5] In an interview with the Writers Guild of America, Ripley talked about his script and the uncertainty over its production:

> Yeah, it was agony. And I wrote it on spec. I wasn't certain it would ever see the light of day. One thing that kept me going though was that I had a suspicion that if I got this right, it could really open a new level for my writing career. At that point, I'd spent about four years doing studio rewrites on horror movies that were never getting made. I knew that if I showed up with another spec script, I'd have to show up with something very different that took chances. That motivated me to keep going until it seemed right.[6]

## Screenplays

- *Species III*[7] (2004)
- *Species – The Awakening* (2007)
- *The Watch* (2008)
- *Source Code* (2011)
- *Boychoir* (2015)
- *Flatliners* (2017)

## References

1. http://www.movieslug.com/actors/1024/ben-ripley.html

2. Fernandez, Jay A. (16 December 2010). "Moon' Director Duncan Jones Returns to SXSW With 'Source Code" (htt p://www.hollywoodreporter.com/blogs/risky-business/moon-director-duncan-jones-returns-59727). *The Hollywood Reporter*.

3. "Archived copy" (https://web.archive.org/web/20110715072352/http://www.wired.com/underwire/tag/ben-ripley/). Archived from the original (https://www.wired.com/underwire/tag/ben-ripley/) on 2011-07-15. Retrieved 2011-06-15. Parallel Universes and Corpse Brains: Source Code Takes Science on a Trip

4. http://www.empireonline.com/news/feed.asp?NID=30413 Ben Ripley Writing The Seventh Day

5. Sciretta, Peter. "The Hottest Unproduced Screenplays of 2007" (http://www.slashfilm.com/the-hottest-unproduced-screenplays-of-2007/). *Slash film*. Archived (https://web.archive.org/web/20110623171955/http://www.slashfilm.com/the-hottest-unproduced-screenplays-of-2007/) from the original on 23 June 2011. Retrieved 15 June 2011.

6. Faye, Denis. "Practice Makes Perfect" (https://web.archive.org/web/20111015102641/http://wga.org/content/defaul t.aspx?id=4583). *Writers Guild of America*. Writers Guild of America. Archived from the original (http://www.wga.or g/content/default.aspx?id=4583) on 15 October 2011. Retrieved 15 June 2011.

7. https://movies.nytimes.com/person/393155/Ben-Ripley/filmography The New York Times - Ben Ripley Biography

# External links

- Ben Ripley (https://www.imdb.com/name/nm1618286/) on IMDb
- *Ben Ripley (http://boxofficemojo.com/people/chart/?view=Writer&id=benripley.htm) at Box Office Mojo*
- Ben Ripley Interview (https://www.youtube.com/watch?v=dphXQujlyRs)

Retrieved from "https://en.wikipedia.org/w/index.php?title=Ben_Ripley&oldid=915555365"

This page was last edited on 13 September 2019, at 23:45 (UTC).

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

Exhibit C6

WIKIPEDIA

# *Alive in Joburg*

***Alive in Joburg*** is a 2006 Canadian/South African science fiction mockumentary short film written and directed by Neill Blomkamp and starring Sharlto Copley, Jason Cope, and Dawie Ackermann. The film explores themes of apartheid and is noted for its visual effects as well as its documentary-style imagery. Blomkamp's 2009 feature film *District 9*, again starring Copley and Cope, expands themes and elements from this short film.

## Contents

Plot and themes
The aliens
Legacy
References
External links

## Plot and themes

In 1990, Johannesburg is home to a number of extraterrestrial refugees, whose large spaceships (estimated to be nearly one kilometre in length) can be seen hovering above the city. When the visitors first arrived, the human population was enamored with, among other aspects, the aliens' advanced "bio-suits", and welcomed them with open arms. However, the aliens later began moving into other areas of the city, committing crimes in order to survive and frequently clashed with police. Playing as a documentary, the film continues with interviews and footage taken from handheld cameras, that highlight the growing tension between Earth's civilian population and the extraterrestrial visitors.

According to individuals "interviewed" in the film, the aliens were captive labour (slaves or indentured servants), forced to live in "conditions that were not good" and had escaped to Earth. Because the film takes place in 1990, while apartheid was still in effect in South Africa, the aliens were forced to live amongst the already-oppressed black population, causing conflict with them as well as the non-white and white populations.

| *Alive in Joburg* | |
|---|---|
|  | |
| **Directed by** | Neill Blomkamp |
| **Produced by** | Sharlto Copley<br>Simon Hansen |
| **Written by** | Neill Blomkamp |
| **Starring** | Sharlto Copley<br>Jason Cope<br>Dawie Ackermann |
| **Music by** | Clinton Shorter<br>Dražen Bošnjak |
| **Cinematography** | Trevor Cawood<br>Ozan Biron |
| **Production company** | Spy Films |
| **Distributed by** | Spy Films |
| **Release date** | September 6, 2006<br>(L'Étrange Festival) |
| **Running time** | 5 minutes |
| **Country** | Canada |

Alive in Joburg - Wikipedia

All of the interview statements which do not explicitly mention extraterrestrials were taken from authentic interviews with many South Africans who had been asked their opinions of Zimbabwean refugees.[1]

| Language | English |
|---|---|

## The aliens

The alien species in *Alive in Joburg* are never named, speak in an undefined language, and are frequently referred to simply as "them" or "the aliens". One citizen referred to them as "the poleepkwa". In their biosuits, they resembled bipedal, humanoid robots. Outside of their suits, their most obvious non-human features are a lack of hair and ears, and protruding tentacles where a human's mouth would be. In the film, the area where one would expect eyes to be is pixelated, though in a later scene an alien with unpixelated eyes is shown.

One scene early in the film, shown as television news footage, shows an alien wearing a mecha-suit fending off an attack by two police officers by throwing vehicles at them.

## Legacy

After shooting *Alive in Joburg*, Neill Blomkamp was hired to direct a coming movie based on the Halo video game, produced by Peter Jackson. The movie was never produced, but Blomkamp managed to convince Jackson to produce a movie based on some plot ideas he had. This movie became *District 9*, and incorporated some ideas from *Alive in Joburg*. It was released on August 14, 2009 by Sony Pictures, directed by Neill Blomkamp with executive production by Peter Jackson, and featuring Sharlto Copley and Jason Cope, who also were involved in *Alive in Joburg*. *District 9* was nominated for four Academy Awards, including Best Picture.

## References

1. Woerner, Meredith. "5 Things You Didn't Know About District 9" (http://io9.com/5341120/5-things-you-didn't-know-about-district-9), Io9, 19 August 2009.

## External links

- *Alive in Joburg* (https://www.imdb.com/title/tt0813999/) on IMDb

Retrieved from "https://en.wikipedia.org/w/index.php?title=Alive_in_Joburg&oldid=917227614"

This page was last edited on 22 September 2019, at 21:32 (UTC).

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc.. a non-profit organization.

Exhibit D6

10/3/2019                    Alive In Joburg : Neill Blomkamp, Simon Hansen, Sharlto Copley, Shannon Worley, : Free Download, Borrow, and Streaming : Internet Archive





 Alive In Joburg

by Neill Blomkamp

10/3/2019          Alive In Joburg : Neill Blomkamp, Simon Hansen, Sharlto Copley, Shannon Worley, : Free Download, Borrow, and Streaming : Internet Archive

| | |
|---|---|
| Publication date | 2005 |
| Usage | Attribution-NonCommercial-NoDerivs  |
| Topics | Neill Blomkamp, south african aliens, south africa, alive in joburg, spy films, CG animation, computer animation, Kirk Karasin |
| Publisher | Spy Films |
| Contact Information | info@ratel.ca |
| | |
| Color | color |
| Director | Neill Blomkamp |
| Ia_orig__runtime | Approx 6 minutes |
| Identifier | ALIVE_IN_JOBURG |
| Run time | Approx 6 minutes |
| Sound | sound |

# 💬 Reviews                                                          ⊕ Add Review

**Reviewer: lifeantimes** - ★★★★★ - February 8, 2006
**Subject:** Nicely done
The best thing I've seen in quite some time.

**Reviewer: uriel1998** - ★★★★★ - February 7, 2006
**Subject:** Awesome
This short provides more realistic sci-fi (both in "story" and in effects) in a few minutes than many full-length features.

It is well worth the download.

10/3/2019               Alive In Joburg : Neill Blomkamp, Simon Hansen, Sharlto Copley, Shannon Worley, : Free Download, Borrow, and Streaming : Internet Archive

**Reviewer:** robinkenny - ★★★★★ - December 30, 2005
**Subject:** Awesome
Don't forget the acting... Excellent performances with minimalist dialog. A very carefully crafted epic that also happens to have something to say about intolerance. This is great.

**Reviewer:** FP - ★★★★★ - November 30, 2005
**Subject:** Way cool
Can't tell if this is a trailer or a standalone short, but whatever, it's killer science fiction. Great motion tracking/animation/compositing of the super-powered alien suits and huge saucers.

**Reviewer:** BureauConform - ★★★★ - November 25, 2005
**Subject:** Great Work!
I am a south african and haven't been back to SA in 3 years (now in london)... and I love this! it's excellent... the use of footage looks great... including the snippets stolen from SABC etc... brilliant work!

a..//

# 46,416 Views

# 2 Favorites

# 5 Reviews

**DOWNLOAD OPTIONS**

| | |
|---|---|
| 512KB MPEG4 | 1 file |
| ITEM TILE | 1 file |
| OGG VIDEO | 1 file |

# Exhibit E6





## Alive In Joburg
by Neill Blomkamp



# Exhibit F6

