# Exhibit G6

10/3/2019                                    SnarkySpot

[search box]  More                                    snc.steve@gmail.com   Dashboard   Sign Out

## IT'S SNARKYSPOT, BEBE!

Home

# Wednesday, November 30, 2005

## Homeless for the holidays Katrina display draws ire - Nov 30, 2005

"METAIRIE, Louisiana (AP) -- It's no ordinary holiday season in the Gulf Coast this year, so Frank Evans built an unconventional holiday display at a suburban New Orleans shopping mall to match." (more)
CNN.com - Homeless for the holidays Katrina display draws ire - Nov 30, 2005

*posted by Monkeyman @* 11/30/2005 Perm Link   0 comments   XML
Subscribe

---

## Alive in Joburg - Alien encounter short film (QT mov)

*Very cool looking, the intergration of the CG/live action footage is top notch.*

**From** Neill Blomkamp, **the director of the** Citroën Transformer ad, **comes an unsettling and eerie tale of a close encounter of the third kind in Johannesburg, South Africa. Watch** Alive in Joburg **(rather large**

- obamacare - tea party, republicans, socialists, bi...
- frederic thiebaud - marie anne thiebaud, shania tw...
- kyla weber - vince vaughn, shania twain, ben still...
- lunar eclipse tonight - cloud cover might jack up ...
- marie anne thiebaud - Shania Twain is a homewreck...
- winter solstice lunar eclipse - THE MOON!!!
- jessica fashano - Citigroup banker jumps to her de...

10/3/2019                                                                SnarkySpot

quicktime file) for some great special effects. The discrimination of visitors from another world makes for an interesting allusion to Apartheid, and something like this is what *War of the Worlds* should have been like.

**UPDATE 2: The film is now at archive.org, where bandwidth won't be a problem!** Enjoy!!

Drawn! The Illustration Blog » Blog Archive » Alive in Joburg

posted by Monkeyman @ *11/30/2005 Perm Link*    0 comments    ✉ XML ⌄
Subscribe

---

### Firefox 1.5 released today - Rediscover the web

*Will it wash my car? Clean my Foreman Grill?*

**"The award-winning Web browser is better than ever. Browse the Web with confidence - Firefox protects you from viruses, spyware and pop-ups. Enjoy improvements to performance, ease of use and privacy. It's easy to import your favorites and settings and get started. Download Firefox now and get the most out of the Web."** Firefox - Rediscover the web

posted by Monkeyman @ *11/30/2005 Perm Link*    0 comments    ✉ XML ⌄
Subscribe

---

### Monday, November 28, 2005

### Cunningham pleads guilty to conspiracy, tax evasion. Fonzie jumps shark in protest.

*"Sit on it, tax payers!!!"*

**"WASHINGTON (AP) — Rep. Randy 'Duke' Cunningham pleaded guilty Monday to conspiracy and tax charges, admitting taking $2.4 million in bribes in a case that grew from an investigation into the sale of his home to a wide-ranging conspiracy involving payments in**

- yellowstone national park - Bears orphaned after f...
- Huffington Post: Hexavalent Chromium, 'Erin Brocko...
- total lunar eclipse december 2010 - LOOK UP TONIGH...
- July 2004
- August 2004
- September 2004
- October 2004
- November 2004
- December 2004
- January 2005
- February 2005
- March 2005
- April 2005
- May 2005
- June 2005
- July 2005
- August 2005
- September 2005
- October 2005
- November 2005
- December 2005
- January 2006
- February 2006
- March 2006
- April 2006
- May 2006
- June 2006
- July 2006
- August 2006
- September 2006
- October 2006

# Exhibit H6



Untitled 4 - Google Drive
attach - Google Drive
Alive in Joburg - Wikipedia
Wayback Machine
web.archive.org/web/*/snarkyspot.blogspot.com/2005/11/
Apps
'Elysium' Director St...
cameronlitdreh.html
'Breaking Bad' Auct...
"Fraud on the Court...
haven - Google Sea...
"Incorporate By Ref...
"Gross Negligence"...
(Contract) Technical...
Other bookma
SIGN IN
UPLOAD
Search
ABOUT
CONTACT
BLOG
PROJECTS
HELP
DONATE
JOBS
VOLUNTEER
PEOPLE
INTERNET ARCHIVE
WayBackMachine
DONATE
Explore more than 387 billion web pages saved over time
snarkyspot.blogspot.com/2005/11/
Calendar · Collections beta · Changes beta · Summary · Site Map
Saved 1 time January 5, 2019.
1997 1998 1999 2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011 2012 2013 2014 2015 2016 2017 2018 2019
JAN
1 2 3 4 5
6 7 8 9 10 11 12
FEB
1 2
3 4 5 6 7 8 9
MAR
1 2
3 4 5 6 7 8 9
APR
1 2 3 4 5 6
7 8 9 10 11 12 13
Feedback
Type here to search
8:39 PM
10/29/2019

Exhibit I6

10/3/2019        Ghost of a flea: Alive In Joburg



THE FLEA IS...

... anthropologist to the stars!

? Son of Dork: Ticket Out of Loserville | Main | Aphrodite of Addiscombe
?



## February 13, 2006

### Alive In Joburg



Neill Blomkamp follows up "Tempbot" and "Tetra Vaal" with one of the
best short films I have ever seen. "Alive in Joburg"* is a documentary-
style short exploring difficulties integrating extraterrestrial refugees in
South Africa. Thoughtful, gorgeous and moving with a haunting score by
Q Department.



Neill Blomkamp is a director of commercials in Vancouver in Canada.
With a background in visual effects, he is most renowned for the first

10/3/2019                                                    Ghost of a flea: Alive In Joburg

Transvaal film that gave life to the �robot police� idea. The
commercials he works on and directs tend to feature the edge of
reality, introducing a virtually acceptable CG element to the
sequences, with a cinema-veritae, documentary flavor.

*Higher-resolution version <u>here</u>.

Posted by Ghost of a flea at February 13, 2006 09:33 AM

## Trackback Pings

TrackBack URL for this entry:
http://www.ghostofaflea.com/cgi-bin/mt/trackback-engine.cgi/5599

# Exhibit J6

10/3/2019                                    Wayback Machine

Explore more than 380 billion web pages saved over time

DONATE

http://www.ghostofaflea.com/archives/007397.html          ×

**Calendar** · **Collections** · **Changes** · **Summary** · **Site Map**

## Sorry.

This URL has been excluded from the Wayback Machine.

FAQ | Contact Us | Beta Site Feedback | Terms of Service (Dec 31, 2014)

The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit,
building a digital library of Internet sites and other cultural artifacts in digital form.
Other projects include Open Library & archive-it.org.

# Exhibit K6

# JOSHUADYSART.COM

Home
Journal
About Me
Bibliography
Contact
Press

## More Work From Neill Blomkamp, the man responsible for "Alive in Joburg"





BEHIND
THE SCENES:
UNKNOWN
SOLDIER

SEARCH

Neill Blomkamp continues to use Science Fiction to explore social issues in post-apartheid South Africa with this short film TETRA VAAL.

*"After you see it once, replay the video and pay attention to some of the poses that the robot makes. Let us, for example, take a look at the robot holding the machine gun upright in a rather patronizing and authoritative manner while patrolling the streets of Johannesburg. Then there is the car ride and casual looking through the window in a slight mixture of relaxation, readiness and anticipation we would expect from say, a NYPD officer ready to go to action in some American movie. Perfect analogy to human behavior and some good cliche pickups make quite a combination."*

However, TETRA VAAL isn't nearly as cool as the absolutely extraordinary ALIVE IN JOBERG which is everything that genre should be, at least to my mind.

Some people have been calling his stuff derivative, with ALIVE IN JOBERG being a take on the film ALIEN NATION and TETRA VAAL being a riff on ROBOCOP. But the work has such resonance as social

commentary that the updating of these ideas in his hands seems almost necessary (of course ROBOCOP is a top notch example of relevant social satire in and of itself).

If you're feeling it, also check out Neill's great commercial for Citroen called ALIVE WITH TECHNOLOGY.



POSTED ON FEBRUARY 13, 2006 BY JOSHUA DYSART POSTED IN COOL STUFF, FILM & TV, JOURNAL.

Add a Comment

Name *

Email *

Exhibit L6



Untitled 4 - Google Drive
attach - Google Drive
Alive in Joburg - Wikipedia
Wayback Machine
Wayback Machine
web.archive.org/web/2013*/www.joshuadysart.com/wp/more-work-from-neill-blomkamp-the-man-responsible-for-alive-in-joburg-2/
Apps
'Elysium' Director St...
cameronlitdreh.html
'Breaking Bad' Auct...
"Fraud on the Court...
haven - Google Sea...
"Incorporate By Ref...
"Gross Negligence"...
(Contract) Technical...
Other bookmar
Search
INTERNET ARCHIVE
DONATE
WaybackMachine
Explore more than 387 billion web pages saved over time
www.joshuadysart.com/wp/more-work-from-neill-blomkamp-the-man-re
Calendar
Collections
Changes
Summary
Site Map
Saved 1 time October 6, 2013.
2013
JAN
FEB
MAR
APR
MAY
JUN
JUL
AUG
SEP
OCT
NOV
DEC
Type here to search
9:43 PM
10/29/2019

# Exhibit M6



**NATIONAL GEOGRAPHIC**

https://www.nationalgeographic.com/news/2013/4/130410-asteroid-recovery-nasa-space-budget-science.html

© 1996-2015 National Geographic Society, © 2015- 2019 National Geographic Partners, LLC. All rights reserved

# NASA Announces Plan for Capturing Asteroid

The space agency wants to tow an asteroid back to our planetary neighborhood.

BY **MARC KAUFMAN**, FOR NATIONAL GEOGRAPHIC NEWS

PUBLISHED APRIL 11, 2013

**NASA wants to identify an asteroid in deep space, figure out a way to capture the spinning and hard-to-grab orb, nudge it into our planetary region, and then set it into orbit around the moon, the agency announced Wednesday.**

The capture would be performed robotically, and the relocated asteroid would become a destination for astronauts to explore— and, possibly, for space entrepreneurs to mine.

The idea may sound more like science fiction than national policy, but it actually fits in with key goals of the Obama administration and the space community.

Those goals include learning how to identify asteroids heading toward us and to change their course, finding destinations where astronauts can go as they try to learn how to make the longer trip to Mars, and providing opportunities for space investors. (Related: Psychological Challenges of a Manned Mars Mission.)

"This mission represents an unprecedented technological feat that will lead to new scientific discoveries and technological capabilities and help protect our home planet," NASA administrator Charles Bolden said in a statement before the plan was announced on Wednesday.

"This asteroid initiative brings together the best of NASA's science, technology, and human exploration efforts to achieve the president's goal of sending humans to an asteroid by 2025," his statement continued.

Planning for the effort has just begun, and Bolden said teams will meet over the summer to work out how to select the right asteroid, how to get a spacecraft to it, and how to tow it many millions of miles to our moon.

As envisioned in a new NASA video (below), the asteroid would be caught and then surrounded by a large, flexible covering that will be towed by a spacecraft with two large solar arrays.

The NASA idea is similar to one developed by scientists at the Keck Institute for Space Studies at the California Institute of Technology, and proposed by them last year.

A robotic spacecraft could drag a 23-foot, 500-ton near-Earth asteroid (NEA) using currently available technology, the Keck scientists concluded, though that technology would have to be modified somewhat. That team estimated that the project would cost $2.6 billion, but NASA officials say its effort would cost much less.

That's because NASA will look much closer to earth for their target asteroid, and because the agency will already be spending millions on related rocketry and technology.

The asteroid proposal was part of the NASA budget rollout for 2014, part of the broader federal budget that President Barack Obama unveiled Wednesday, which included an initial $104 million for the project.

But Bolden said the plan could go forward only if the federal government could roll back the cuts made as a result of the recent sequester.

In a presentation, NASA associate administrator Robert Lightfoot laid out the agency's timeline for the mission: target selection in 2016, asteroid capture in 2019, and the first astronaut visits to the relocated rock in 2021.

As explained by Paul Dimotakis, one of the Keck scientists who worked on the project, the physics of the endeavor requires NASA to target a relatively small asteroid of 500 to 1,000 tons.

Asteroids come in many forms, from rubble piles barely held together by their own gravity to dense balls of iron and nickel. Dimotakis said the asteroid to capture needs to be the consistency of dried mud.

Finding the right asteroid to capture will not be easy, Dimotakis said. Because of the limited size and nudging or towing power of the capsule that will be sent to the asteroid, the rock itself cannot be more than 1,000 tons.

What's more, it needs to be on a trajectory that would take it close to the Earth and moon even without a tow. The capture spacecraft, Dimotakis said, would not have enough power and fuel to dramatically change the direction of an asteroid of 500 to 1,000 tons.

By far the largest concentration of asteroids in the solar system orbit in the main belt between Mars and Jupiter. But NASA will be looking for one in Earth's extended neighborhood.

Bolden and Dimotakis listed numerous reasons for undertaking the project, but emphasized three in particular.

Because asteroids are among the oldest objects in the solar system, Dimotakis said, bringing one to a place where it could be studied intensely would allow scientists to gain a much better understanding of what that early solar system was like. He said having an asteroid nearby that could be constantly visited would likely lead to scientific breakthroughs.

And if the long-term goal of American space exploration is to send astronauts to Mars—which President Obama has proposed for the 2030s—then space program managers need achievable milestones to prepare for that mission.

An asteroid orbiting the moon, or at the unique second LaGrange point near the moon where the gravitational pull of Earth and the moon are about equal, would provide such a destination. It would also provide a use for the Orion capsule and Space Launch System now being developed by the agency.

Additionally, the issue of asteroid hazards has taken on a greater urgency of late.

Although tons of material fall every day from space down onto Earth, most is in the form of dust or the fist-sized rocks that become "shooting stars." NASA has long had a program to identify and study near-earth asteroids, but its focus and budget have been growing only in recent years.

Then in February an 11,000-ton meteorite exploded 10 to 16 miles above the skies of the Russian city of Chelyabinsk. The explosion, which was 20 to 30 times more powerful than the atomic bombs dropped on Hiroshima and Nagasaki, caused more than 1,500 injuries, mostly from broken glass. (Video: Predicting Asteroid Impacts.)

A significantly larger asteroid passed by Earth only 16 hours later. That one flew by harmlessly, but further increased concern about the hazards of the many asteroids in our solar neighborhood and supported the case for giving greater attention to what is termed "planetary defense."

An additional reason given to support the asteroid retrieval project involves the fast-growing number of commercial space companies and projects. Several companies have proposed mining asteroids for the rare and valuable metals they are believed to carry, and having a potential mining site so close could quickly spur development.

Exhibit N6

**screenplay uberopolis**

Steve Wilson-Briggs

Mon 1/16/2006 9:35 PM

**To:** birdynumnumz@hotmail.com <birdynumnumz@hotmail.com>

ANGLE ON: A DEAD MAN'S BODY FLOATS IN SPACE HIGH ABOVE THE EARTH. IN THE BACKGROUND, THE EARTH IS SEEN HALF SHADED IN THE COVER OF NIGHT.  THE SUNLIT HALF IS SEEN WITH ENORMOUS GRAY AND BROWN CLOUDS OF POLLUTION COVERING MOST
OF THE SURFACE. THE OCEAN IS AN UNHEALTHY GREENISH-BLUE -NOT THE VIBRANT BLUE OCEAN OF THE PAST. THE DEAD BODY IS SLOWLY SUCKED INTO EARTH'S GRAVITATIONAL PULL, UNTIL THE SKIN BEGINS TO PEEL AND BURN FROM THE FRICTION-GENERATED HEAT OF RE-ENTRY. THE BODY IGNITES AND ROCKETS TOWARD THE DARK SIDE OF EARTH.

THE CAMERA PERSPECTIVE DESCENDS FROM THE SKY TO A SMALL LIGHTED REGION OF EARTH, A CITY AT NIGHT, SOMEWHERE IN THE REGION OF THE NORTH AMERICA ONCE KNOWN AS TEXAS.  THE CAMERA MOVES IN CLOSER, UNTIL IT IS CLEAR THAT THE LIGHT IS EMITTED FROM A POOR, RUN-DOWN, MID-SIZED CITY. THE YEAR IS 2120.

EXT. A GLOOMY RUN-DOWN CITY STREET -- NIGHT

Beneath a polluted night sky, an attractive mother (Rianna, about 40) walks alongside her lean teen-aged son (John Carl) on a gritty street of an impoverished town.  She carries a small bag of groceries while her son carries his sister, Franny.  On the streets around them futuristic police and military vehicles hover ominously above the street as they cruise slowly about, belching ever-more pollution into the air; homeless people burn fires in trash cans and barrels to keep warm; children run in and out of rundown tenement housing; a few teens wearing headphones sniff paint from a plastic bag in the shadows; other shabbily dressed teen-aged boys wearing headsets and headphones stand eerily on the corners and stoops, scanning the street predatorily for some unsuspecting prey. The woman's teen-aged son keeps a firm tough look on his face, careful not to seem an easy target.

The flash of the shooting star (the dead body) whips across the sky.  The young daughter (Franny) notices it and lifts her head from her brother's shoulder and points a weak finger.

FRANNY
Mommy, look!  A shooting star!

The mother and her son turn to see.

RIANNA/MOTHER

# Exhibit O6

them.

TINA
I guess your wife must be very happy.

ARLO
Maybe a long time ago -before I started line riding.

TINA
You think she's your soul mate?

ARLO
I probably don't know what a soul-mate is. But I bet not everyone earns a
soul in this life. But if I do, and I get to choose...
(Arlo nods)
I hope she says yes.

Tina's face reflects a bit of disappointment. Arlo follows Tina as she walks
down to a basement door, both of them wet from the rain. Tina knocks on a
basement door. Two young Chinese men, one tall, one short, open the door
suspiciously.

SHORT MAN
Tina.

TINA
This is Arlo Grainer -a friend of your father's. He needs help.

The two Chinese men recognize Arlo immediately.

SHORT MAN
(with excited disbelief)
No way!

TALL MAN
Come in, quickly.

INT. SECTOR 115 (BASEMENT) A.I.R. HEADQUARTERS -- LATER

The room is full of recycled hi-tech equipment, computers monitors and
various gadgets needed for the tech war against U.W.N. tyranny.

The shorter of the two young Chinese men works carefully at a table, cutting
and laminating something, while the taller man drinks tea with Arlo as they
wait. Two other people are in the room, as well -a young white woman
(wearing an air filter) and black man. Both working on separate computers.

# Exhibit P6

DAVID
I eat over here everyday.

David takes him to an area where a three inch pipe spigot (about 4 feet
above the opening in the ground) pours a steady flow of water into a 3 foot
opening in the steel floor, the opening is covered by a metal grate. The
water below the steel floor is deep and very blue.

ARLO
What's this?

DAVID
This water is from the dehumidifying water re-cycler. It collects all the
evaporated moisture from the city and pours it back in here. Down there
(pointing into the water below)
That's the Sky Town Harbor, on the other side of this wall.

David opens his lunch bag and removes the sandwich.

ARLO
You mean, all we have to do is take this grate off and we could escape to
the other side?

DAVID
The grate's capped from the other side.

Arlo frowns a little.

DAVID
But check it out.

David  drops the meat into the hole.

DAVID
Watch.

A few second later a dolphin swims up to the grate and eats the meat.

ARLO
Damn.

DAVID
This is Spike.

The dolphin pokes his nose up through the grate.  David pets his nose, then

Exhibit Q6

reaches through the bars to pet his face.

ARLO
A dolphin?!

DAVID
These guys only survive in zoos anymore.  Pretty incredible, huhn?

Arlo nods.

DAVID
I feed him here everyday at lunch time... This crap isn't fit for human consumption.

Arlo looks at his sandwich meat, then dumps it to the dolphin, too.

DAVID
I hear they have hundreds of different kinds of fish in there. The harbor's phydo-plankton and the forest trees makes 60 percent of the oxygen in this biosphere. They get the rest by splitting the oxygen atoms out of the water. That process creates the hydrogen used to fuel everything up here.

ARLO
You're like an encyclopedia.

David smiles faintly. Arlo notices a scar on Spike's nose.

ARLO
What's that scar on Spike's nose?

DAVID
I dunno -a beauty mark.

David pats Spike's nose.  Arlo bends over and gives spike a pat, too.

Arlo stands up, then unexpectedly drops to his knees and grabs his head with both hand, in pain.

ARLO
GGGRRRR!

DAVID
What's wrong?!

Arlo's eyes roll back for a moment. Arlo growls louder:

Exhibit R6

Arlo Grainer's unit of American forces. Peter would remain a prisoner for
three days until he finally escaped, during the pivotal Battle of San
Gabriel. But none of this would prepare Peter Drexler for the death of his
parents, only days after he returned from war. But these days everything
seems to be going Peter Drexler's way. Arlo Grainer is in custody...

Arlo smiles.

NEWS ANCHORWOMAN
...he has a hot city for sale and an even hotter new genetically enriched
wife! Though he looks too young to have achieved so much, what many people
don't know is the 48 year old Drexler was genetically reprogrammed to a
permanent age of 25 -and his new genes have been reprogrammed to produce no
myostatin. So those bulging biceps are three times the strength of a normal
man -without working out.  We caught up to the President in Munich to find
out what's his next move.

Arlo focuses intently as the TV flashes to Peter Drexler:

TV/ PRES. PETER DREXLER
I have a world government business summit tomorrow night on Uberopolis. Then
I'm going to spend the next week there at home...

Arlo points to a building. David steers the sky-car to the street in front
of a run-down old building and stops. Arlo steps out of the sky-car.  David
remains in the driver's seat, engine running.

DAVID
All that reward money and your wife lives here?

ARLO
She's humble.

DAVID
Don't stay long.  They'll be here soon.

ARLO
Good luck out there.

DAVID
You too.

ARLO
Get lost.

Arlo slams the door and David drives away.

# Exhibit S6

Mama, SSHHH!  He'll be gone in a few minutes.  She's his daughter.

The doctor checks Franny's neck glands.

ARLO
Thanks for coming, Schuler -under the circumstances.

DOCTOR / LANEY SCHULER
After what we've been through...

The doctor waves her hand as if to say "don't mention it".

DOCTOR / LANEY SCHULER
They didn't announce your escape.

ARLO
You can't be surprised.

Laney shrugs as if to say "good point".

ARLO
So.

DOCTOR / LANEY SCHULER
It's very bad. Her respiratory system has been under siege by carbon and
sulphur dioxide and monoxide for a long time. We weren't meant to breathe
air like this...  She's entered what's called advanced respiratory distress
syndrome.  I don't think she has more than a week, Arlo.

ARLO
(softly and earnestly)
What I can do, Laney?

DOCTOR / LANEY SCHULER
Nothing -unless you have a ton of money...

ARLO
If I did...?

DOCTOR / LANEY SCHULER
Have you heard of Drexlerin?

Arlo shrugs a "maybe".

DOCTOR / LANEY SCHULER
It's a inverse agonist H1 enriched polypeptide medicine that helps the

# Exhibit T6

JERRY MATTHIESSEN
Yeah, your night is ruined.  Arlo's back on Uberopolis -in the main city
this time.  I need you.

HOWARD MANN
Shit.  That's throwing a match in a powder keg.

JERRY MATTHIESSEN
He left me a tip of some kind.  A toothbrush of a guy named Derek Eckhardt.
Got that?

HOWARD MANN
Got it.

JERRY MATTHIESSEN
I just did a DNA analysis on it.  I'm sending the results now.

Jerry pushes a telephone keypad on the "porta lab" and hits the buttons
"send #1".  A green light turns on.

JERRY MATTHIESSEN
Check 'em against the global medical records going back to before the war
and let me know if you get a match.  Right away. He also gave me a couple
names. Lu Won Pham and Eric Guillermo Sanchez.

HOWARD MANN
Got 'em.  So, what next?

JERRY MATTHIESSEN
I'm going to Sky Town.

CUT TO:

INT. SHUTTLE PAD BOARDING AREA AT THE JFK AIRPORT, NEW YORK -- CONTINUOUS

Standing in line to pass through a security checkpoint Jerry shows his guns
and security clearances for them to an airport employee. A security worker
walks up quickly and takes the guns.

SECURITY WORKER #3
Sorry, Mr...
(reading Jerry's paperwork)
...Matthiessen.  We'll issue you a stun gun for Uberopolis, right away.

JERRY MATTHIESSEN
I've got permits for those...

# Exhibit U6

TELEVISION: TV SHOW HOST
...When we get back we've got a home video you won't believe! Next on
"Desperate For Attention!"

The program cuts to a commercial:

TELEVISION: COMMERCIAL ANNOUNCER
Are you tired of the extreme pollution levels and respiratory problems? Well
there's an answer:  Uberopolis: City of Light!  Renown for its huge condos
and ultra-sheik home owners. Uberopolis features everything from spacious
family units, to giant penthouses.  All for only a few million more than
you'd pay on Earth.

ANGLE ON : AS THE COMMERCIAL RUNS IMAGES OF THE SATELLITE CITY OF UBEROPOLIS
ARE SHOWN.

TELEVISION: COMMERCIAL ANNOUNCER
Floating 10,000 miles above earth, now you can own a piece of Heaven.
Uberopolis! The crime-free city -where the pristine air quality heals
respiratory ailments, and the low gravity has been proven to reverse bone
disorders.

The television shows a man jumping out of a tall building (fairly slowly)
and landing safely on the street.

TELEVISION: COMMERCIAL ANNOUNCER
The Sky City is known for it's beautiful malls, casinos, nightclubs, museums
and golf courses.  Why vacation on a polluted Earth beach when you can swim
with dolphins in Uberopolis Harbor? The first half of Uberopolis City sold
out in 6 months.  The second half is under construction and will be open
next year. Buy now!  Come live in the greatest city off Earth. Uberopolis! A
Drexler Media holding.

As the commercial ends, John Carl turns his attention to his father,
curiously.

JOHN CARL
Why do they call it line-riding, anyway?

ARLO
The U.W.N.'s radar shield is 200 feet above ground level.  To avoid being
shot down we have to ride  below that line.

JOHN CARL
Hmm.  So, when are you gonna take me on a run with you?

ARLO

Never.  I wish you'd get that idea out of your head.  We need more doctors and business...

Arlo brings the car to a stop near a large warehouse on the perimeter of the town. He and John Carl exit and walk into the warehouse.

CUT TO:

INT. HOVER-JET WAREHOUSE -- MOMENTS LATER

ANGLE ON: THERE ARE TWO LARGE VEHICLES (HOVER-JETS) WARMING UP AS ARLO AND JOHN CARL WALK IN THE WAREHOUSE. BOTH OF THE VEHICLES ARE SOMEWHAT WORN, BUT
HAVE A VERY SLEEK, FAST DESIGN. THE REAR OF THE VEHICLES HAVE LARGE TRUCK SIZED CARGO AREAS.

Arlo and John Carl walk into the warehouse, where they are greeted by a thin, one armed man of about 55 years of age (Dylan, his right arm is missing). Another pilot waves over to Arlo and John Carl before he gets into one of the two hover jets.  Arlo waves to the pilot and returns his attention to Dylan. The pilot flies out of the warehouse on his run. Dylan approaches Arlo and John Carl with his hand outstretched, to shake.  The men speak loud to compete with the hover-jet's engines.

DYLAN

It's all warmed up and ready.  Your run is a quick one tonight -a couple hours.

Shaking Arlo's hand with his left hand. Dylan and John Carl shake as Dylan speaks to Arlo:

DYLAN

You got some medicine, respirators, some mail and whatnots here.
(patting the hover-jet's cargo hull)
Take this to zone 252. They have a hover-jet loaded for you to run to 238. Then bring 238's jet here.

As Dylan speaks a worker behind him throws a bundle of mail in the hover-jet's hull.

DYLAN

Enter 238 from the west side. The blue guard has extra patrols on the east face this week. I got the run loaded into the flight plan. We're low on ammo, again. You got a couple hundred rounds in the guns and two impact grenades. Be careful.