# Exhibit X6

Original Title: Uberopolis: City of Light

**Butterfly Driver**

Written By

Steve Wilson Briggs

WGAw # 1103287
Steve Wilson Briggs

Steve Wilson Briggs

FADE IN:

EXT. FOGGY FIELD - NIGHT

Blinding rays of a parked car's headlights cut the night
fog, silhouetting five figures trudging through a sparsely
wooded field near a small country farmhouse.

The shadows move into view: a sturdy man in an overcoat (JERRY
Matthiessen, 45); a slender, neatly attired man (HOWARD Mann,
35); a portly FARMWOMAN (55); two barking dogs.

                    HOWARD
          It makes me uncomfortable.

                    JERRY
          Relax, Howard. All dogs put their
          noses there.

                    FARMWOMAN
          Whatever made that hole made such a
          noise.  Got Bessie and Baxter to
          barking.  How'd you know it was here?

Jerry looks intermittently at a small multi-function
phone/computer/global positioning device (called an omni-
com) in his hand, to pinpoint a location.

                    JERRY
          Friend at the observatory's echo-
          locators pegged it here.  You didn't
          call the police?

                    FARMWOMAN
          Not if I don't have to. Y'all police,
          anyway. I seen him on TV.
                    (shining her
                     flashlight at Jerry)
          Um...uh... Jerry Mathers!

                    JERRY
          Matthiessen. We're not exactly police.
          But we wanna be sure it's not
          contaminated. Spores, or what not.

                    FARMWOMAN
          Y-yes. Thank you.

The farmwoman stops near a crater, shining her flashlight
into a five foot in diameter by three foot deep hole.

                    FARMWOMAN (CONT'D)
          Got some kinda ooze in it. Is that
          spore?  The dogs was licking it.

Shining his flashlight in the crater, Jerry sees a blackish-
red "goo" lining the crater.

                    JERRY
          I won't know till tomorrow.

                    FARMWOMAN
          Chilly.  Mind if I go inside?

                    JERRY
          Sure.  G'night.

Howard smiles as the farmwoman turns to her house.

The men cover their airways with cotton air-masks.  Jerry
crouches at the mouth of the crater and puts on a pair of
latex gloves. Howard looks around nervously.

                    JERRY (CONT'D)
          Ten times more meteor sightings since
          they built Uberopolis.

                    HOWARD
          You think this fell from Sky Town?

                    JERRY
          A hypothesis... Looks organic.

Jerry grabs a short stick lying nearby and pokes the goo.

                    HOWARD
          Ah, the scientific "stick test"...
          Smells like ham. I read cannibals
          said cooked human tastes like pork.
          They called human meat "long pork";
          cause we're long when you roast us -
          not short like pigs...

As Howard continues, Jerry takes a small sample jar and a
scraper from the breast pocket of his overcoat, leans over,
scrapes a sample and wipes it into the jar.

                    HOWARD (CONT'D)
          Can you hurry? I hate being way out
          here without gun clearances.

Jerry seals the sample carefully, drops the jar into a clear
plastic bag, and tucks it in his pocket.

                              JERRY
                    Let's go.

Howard nods. The two men head back toward their vehicle.
Against the headlights, their figures become shadows again.

The sound of closing car doors. A moment later, their vehicle
levitates straight up, arcs skyward and fades into the dark.


EXT. SPACE - NIGHT

A dead man, dressed in an orange jumpsuit, floats, silent,
in space. Beyond the corpse, a 3 mile wide satellite city,
Uberopolis, orbits 1000 miles above Earth's polluted skies.

The body is sucked into Earth's gravitational pull, faster
and faster, until the skin peels and burns from the heat of
re-entry. The body ignites and rockets downward.


EXT. CITY STREET - NIGHT

In an impoverished city, known as Zone 242, a teenage boy
(JOHN CARL, 15) jogs down a crowded street, carrying a small
bag, weaving through thugs, hustlers, hookers and homeless.

Overhead, a SHOOTING STAR streaks behind the patchy clouds.


INT. RIANNA'S HOUSE - BEDROOM - CONTINUOUS

In rundown single-family apartment house, situated above a
large garage, a woman, Rianna (40) looks out a bedroom window,
anxiously, seated by her daughter, Franny (7) who lies in
bed, looking rather gaunt.

On A BEDSIDE TV a cartoon is interrupted by a commercial.

ON THE TV:

A muscular, handsome man, President Peter DREXLER (50,
although he appears only 25) greets the viewers; behind him,
a photo of a satellite city, Uberopolis, floating on space.

                         DREXLER (on TV)
                    Hi, I'm President Peter Drexler, and
                    owner of Uberopolis. We have a lot
                              (MORE)

>                    DREXLER (on TV) (CONT'D)
>               to celebrate in the Global State.
>               100 percent employment, almost no
>               crime, but with 15 billion people,
>               pollution and congestion persist
>               everywhere -except, Sky Town. I invite
>               you to come enjoy our casinos, museums
>               and golf courses, all orbiting 1000
>               miles above the worries of Earth.
>               Let the pure air heal your lungs and
>               the low gravity heal your bones...

An elderly man jumps from a three story building, landing
unharmed on the Uberopolis street.

>                    DREXLER (CONT'D)
>               Last year the first half of Uberopolis
>               sold out in 6 months. The second
>               half is under construction, to be
>               opened next year. Reserve your home
>               now. See why over 150,000 people
>               like me call Sky Town home.

BACK TO SCENE

THROUGH THE WINDOW: Rianna sees her son, John Carl, running,
down the street for home, up the stairs, to the front door.

BEDROOM

John Carl rushes in the room and hands the bag to his mother.

>                    RIANNA
>               Thank you.

Rianna pulls the cough medicine from the bag.

>                    FRANNY
>               John Carl, I just saw a shooting
>               star.  I get another wish.

Rianna pours a capful of medicine. John Carl turns to Rianna.

>                    JOHN CARL
>               Cool.
>                    (turning to Rianna)
>               I'm going downstairs to see dad before
>               he goes to work... Night, Franny.

Rianna nods, extending the cap to Franny's lips. Franny waves,
drinking down the medicine. John Carl exits.

INT. GARAGE-REC CENTER - NIGHT (CONTINUOUS)

John Carl enters the large garage where his father (ARLO GRAINER, 45) teaches a small group of kids self-defense. Other kids play on a small pool table, paint on an easel and play board games; a few parents watch from the periphery.

Arlo demonstrates a "take-down" move. The kids repeat the move -except one little girl who fails to execute the move. Arlo shows her again. She tries again, and fails.

> LITTLE GIRL
> I can't get it.

> ARLO
> Just keep trying. That's the secret.
> We'll get it tomorrow.

The girl nods, reassured, as Arlo shakes her hand. Glancing at his watch, Arlo raises his voice to the rest of the garage.

> ARLO (CONT'D)
> That's it guys! Goodnight!

Arlo moves toward a small office area within the garage, shaking a few of the kids' hands as they disperse for home.

IN THE GARAGE OFFICE

Arlo enters the office, followed by John Carl, who takes a seat on Arlo's desk. He picks up a photo of Arlo and another man (RODDY, 45). Both men in the photo wear gray jackets with black triangles over their hearts, beer mugs raised.

Arlo opens a door in the office and steps into his messy

BEDROOM

and takes a gun holster lying on his bed, puts it on, then throws on a gray jacket with a triangle over the heart. From the office John Carl comments on his father's messy room.

> JOHN CARL
> You kept your room clean when you
> lived upstairs with mom.

> ARLO
> Yeah, well, I'm a bachelor, now.
> Homework?

                          JOHN CARL
              Finished.

Arlo exits his bedroom and walks through

THE OFFICE and into

THE GARAGE-REC ROOM

followed by John Carl. Arlo walks to a small vehicle, called
a SKY-CYCLE (resembling a large motorcycle with a sidecar)
parked in the rear of the garage. As Arlo mounts the sky-
cycle, John Carl opens the garage door.


EXT. GARAGE - NIGHT (CONTINUOUS)

Arlo pushes the sky-cycle outside. Rain falls lightly.

                          JOHN CARL
               You patrolling with Roddy?

Arlo nods. John Carl steps out of the garage and closes the
garage door. Arlo pushes a button on the sky-cycle's dash; a
canopy covers the sky-cycle. He pushes another button; wings
extend from below the sky-cycle.

                          ARLO
              G'night.

                          JOHN CARL
              Night.

John Carl jogs upstairs and enters the house.

Arlo levitates the sky-cycle to the second floor and knocks
on Franny's window to get her attention.

THROUGH FRANNY'S WINDOW

Franny turns. Arlo blows her a kiss. Franny waves. Arlo turns
the sky-cycle skyward, and slips into the dark.


INT. WAREHOUSE - NIGHT

On the sky-cycle, Arlo glides through the port gate of a
large warehouse full of boxed supplies. He parks near a
loading dock where two large, worn, HOVER-JETS (flying cargo
trucks) warm their engines.

A rugged older man missing his right arm (DYLAN, 55) waves off one of the hover-jets as it glides out the port gate.

Arlo and Dylan shake hands; their voices barely audible over the warming hover-jet engine.

>                    DYLAN
>           We got an emergency call about two
>           minutes ago, so I had to send Roddy
>           out with Isaac. I got enough M.T.'s.
>           You can line-ride, unless you wanna
>           do a butterfly run?

>                    ARLO
>           We haven't had a butterfly in a year.

Dylan nods his head toward an attractive woman standing, nervously, near the warehouse office. TAMARA GWYNN (30).

>                    DYLAN
>           Tamara Gwynn. A driver from 186
>           dropped her off. State energy
>           researcher. Loaded. Needs to get to
>           L.A. by morning for a court trial.
>           She's offering 500 grand up front
>           and 500 after. That's 300 for you.

>                    ARLO
>           I'd like to help, but I've got kids.

Dylan nods understandingly, and gestures toward the GRAY hover-jet. A WORKER throws a bundle into the cargo hull and latches the door.

>                    DYLAN
>           Run this to 238. Take theirs to 246;
>           bring 246's jet here. It's in the
>           flight plan.

Arlo nods, hops in the hover-jet and glides through the gate.


INT/EXT HOVER-JET - NIGHT

Above barren badlands Arlo races his hover-jet. Approaching another "zone" a police-jet drops behind Arlo and opens fires.

Arlo spins and returns fire. The police-jet swerves. Arlo enters the city low to the ground and quickly loses the police-

jet. Winding through the streets, Arlo disappears down a
ramp leading to an underground bunker.


INT. WAREHOUSE - NIGHT

Arlo brings a BLUE hover-jet to a stop. As Arlo exits Dylan
walk toward him to greet him.

"RING"! Arlo's omni-com (a multi-purpose communication device)
rings. He pulls it out as he dashes toward his sky-cycle...

                         ARLO
              That Roddy's distress signal!

Arlo jumps on his sky-cycle and races through one of the
dock gates, back into the night.


EXT. SKY ABOVE ZONE 242 - NIGHT

Above slum-like housing, Arlo streaks across a stormy sky,
looking at his omni-com's screen to track Roddy's location.
Below, he spots two sky-cycles, on top of an old three-story
office building. Arlo speaks into his omni-com.

                         ARLO
              Their cycles are on the roof of the
              old Beckler building.

                         DYLAN (on the phone)
              OK. Wait for Gomez and Drake...

Arlo ignores Dylan and glides down to the rooftop.


EXT. ABANDONED BUILDING - ROOF - NIGHT

Dismounting his sky-cycle, Arlo draws his gun and runs toward
the roof's "emergency exit", and enters.


INT. ABANDONED BUILDING - NIGHT (CONTINUOUS)

Arlo descends The dark stairway from the roof and clicks
'on' his gun-mounted flashlight. At the base of the stairs
he pushes open a door and steps into a long hall.

IN THE HALL

A dozen office doors face the hall. The eerie silence is broken by the sound of leaking rain DRIPPING through the aging ceiling. The offices are littered with broken furniture and the worthless artifacts of squatters come and gone.

Arlo suddenly drops to his knees, grabs his head, and GROWLS in pain.

His eyes roll back as he fights his way to his feet. The pain subsides as streetlight through the office windows reveals a trickle of blood beneath his nose.

Arlo collects himself and continues down the hall, looking in each office door. His omni-com indicates Roddy is in an office just ahead. As Arlo steps

IN THE OFFICE

his flashlight reflects off the rear office window, blinding him for an instant, just as his foot breaks through the rotting office floor.

He SLAMS down violently, smacking his face against the dirty floor. Lying disoriented, water drips onto his face.

Adjusting his eyes, Arlo jolts back, discovering his face is only inches from the bloody face of a motionless man -also wearing a gray jacket. Arlo checks the man for a pulse. Nothing. A voice calls, weakly, from the corner.

                    VOICE
          Isaac's gone.

                    ARLO
          Roddy?

Arlo turns his gun-light toward the voice, to discover it's Roddy, slumped in a corner, looking in his omni-com at a digital photo of a woman holding a baby.

                    RODDY
          My son would be eighteen. That war
          killed some beautiful people.

Arlo pulls his foot out of the floor and crawls to Roddy. He opens Roddy's jacket to find Roddy's chest bloodied from several bullet holes.

                    ARLO
          We're gettin' out of here.

                    RODDY
          I only got a couple minutes left.

Arlo stands. Roddy coughs up a little blood. Arlo moves behind
Roddy and lifts.

                    ARLO
          Who did this?

Roddy's heels drag behind as they move into the the hall.

IN THE HALL

                    RODDY
          Bounty hunters set us up to find the
          butterfly -Tamara. They beat us...
          We couldn't give up the warehouse.
          Isaac broke and told 'em you were
          here. You got a bigger bounty than
          Gwynn. They found your name in Ike's
          omni-com. Won't be long before they
          break his code and get your info.
          Save your family.


EXT. ABANDONED BUILDING - ROOF - NIGHT (CONTINUOUS)

Arlo trips through the threshold, and falls hard to the wet
roof, with Roddy in his arms.

                    ARLO
          Roddy...?

Roddy doesn't respond, his face vacant.

Two sky-cycles descend from the sky. Lying vulnerable, Arlo's
eyes grow alarmed. As the sky-cyclists land their sky-cycles
on the roof, one calls to Arlo in a familiar voice:

                    GOMEZ
          Grainer!

                    ARLO
          Gomez, bounty hunters killed Roddy.
          Isaac's dead downstairs. They're
          after me. I gotta get my family.

Arlo races to his sky cycle and hurls into the stormy sky.

EXT. SKY OVER ZONE 242 - NIGHT

The rain pounds against the windshield as Arlo races home.
He pulls out his omni-com and pushes a button.

                    VOICE / RIANNA
          Arlo?

                    ARLO
          Blue Guard's coming. Get the kids
          and get out now!

Arlo hangs up and dives the sky-cycle down, landing in front
of his garage.


EXT. RIANNA'S APARTMENT - NIGHT (CONTINUOUS)

Hopping off the sky-cycle, Arlo reaches under the seat, grabs
a fuel canister, pulls out his gun, and races up the stairs.
As Arlo enters the apartment Rianna exits carrying the
respirator, while John Carl carries Franny.

                    ARLO
          I'll be right down.

Arlo runs in the apartment, Rianna, John Carl (with Franny)
rush down to the sky-cycle.


INT. RIANNA'S APARTMENT - NIGHT (CONTINUOUS)

Arlo enters the living-room, fuel can in hand, grabs a tall
coat rack by the door and empties it on the floor -except
one hat and one jacket.

Arlo pours fuel on the floor as he moves with the coat-rack
across the room. He places the fuel can on a windowsill behind
the long curtain then shoves the coat-rack and jacket behind
the curtain -in front of the fuel can.

Arlo pulls out his omni-com, turns on its video recorder and
places it in the jacket's breast pocket, on the coat rack;
leaving the curtain cracked and the video lens exposed.

Arlo turns off the light as he runs out of the apartment.

In the darkened living-room, streetlight through the window
transforms the coat-rack's silhouette into a man hiding behind
the curtain.

INT. SKY-CYCLE - NIGHT (CONTINUOUS)

Arlo jumps in the sky-cycle and speeds away. John Carl sits
behind Arlo, as Rianna holds Franny in the side-seat.

                    RIANNA
              We have no money. Where can we go?
              The kids have never been out of 242.

                    ARLO
              Maybe your mom's, in New York.
              Franny's gonna need State care.

                    RIANNA
              You can't go back to the State.

                    ARLO
              I'm not coming...

                    JOHN CARL
              But dad...

                    ARLO
              Not now.
                    (turning to Rianna)
              You got ten grand there.

Arlo pulls a card from his jacket and hands it to Rianna.
Rianna takes the card and swipes it through her omni-com.

                    RIANNA
              That won't last a week in The State.
              And won't touch repatriation fees...
              What if she gets as bad as last month,
              and needs an air chamber?

Arlo pulls the sky-cycle into the warehouse.


INT. WAREHOUSE (OFFICE)- NIGHT

Arlo sits on the edge of Dylan's desk as Dylan talks on the
phone. On a small battered couch, Franny sleeps on Rianna's
lap; beside her, John Carl sits, stoically.

                    DYLAN
              OK... Three... Cheapest possible...

Arlo gestures to Rianna to pass him her omni-com.  She
obliges. Arlo activates the video feed from the omni-com he
left on the coat-rack in Rianna's apartment.

IN THE OMNI-COM SCREEN

Arlo sees TWO BOUNTY HUNTERS, guns drawn, enter

RIANNA'S APARTMENT (LIVINGROOM)

guided by Arlo's omni-com signal. In the dark, the bounty
hunters mistake the coat-rack shadow (behind the curtains)
for Arlo's silhouette. They open fire. BANG! BANG! BANG!

"BOOM!" Their bullets hit the fuel can behind the coat-rack,
causing an explosion.

BACK TO SCENE

Arlo hands the omni-com back to Rianna. Dylan hangs up the
phone and turns to Arlo.

                    DYLAN (CONT'D)
          I got a guy who can get them into
          New York, legit, and start the
          repatriation for a hundred grand.

                    ARLO
          Where can I get a hundred grand?


INT. WAREHOUSE DOCK - HOVER-TRUCK - NIGHT

Arlo hands Franny's sleeping body to Rianna, who sits

IN THE REAR OF A HOVER-TRUCK

huddled with John Carl, among the boxes. Arlo hands Rianna a
money card.

                    ARLO
          Here's another 150 grand. She'll
          wire the rest when I get her to L.A.

Rianna takes the card, nervously.

John Carl keeps a brave face. Without proper words Arlo
strokes John Carl's face, the way only a proud father might.

The hover-jet pilot waves from the cockpit, "ready". Arlo
looks at his family through the cargo door.

ARLO (CONT'D)
Love you.

Arlo closes the hull door. As the hover-jet accelerates
through the gate, Arlo turns to find Dylan and Tamara
watching, a few yards away. Dylan makes the introductions:

DYLAN
This is the butterfl -- Tamara Gwynn.
That's Arlo Grainer.

Tamara and Arlo shake.

TAMARA
Honored to meet the legend.

ARLO
Ah, legends get better work hours.

Dylan scowls at the sky-cycle.

DYLAN
Lemme see what I can do here.

Dylan grabs his toolbox and disappears under the sky-cycle.
Tamara turns to Arlo.

TAMARA
I'm sorry about your friend.

Arlo nods and lowers his eyes, in evident anguish.

ARLO
Why would they send bounty hunters?

TAMARA
I want change -the natural enemy of
The State... The war you fight here,
I fought inside the system.

ARLO
(shaking his head)
The war ended fourteen years ago. I
just fight to feed my family, now.

TAMARA
That's too bad. My father taught me,
"A war isn't over if one soldier's
still fighting." I always thought of
you when he said it.

                              ARLO
          YOU can be that soldier.

                            TAMARA
          I'm prepared to be...

                              ARLO
          What's to fight for, anyway? I'm
          free of State control out here.

                            TAMARA
          You? What about the world?

                              ARLO
          I fought for them for a long time.
          They wouldn't fight for themselves.

Arlo moves to a locked cabinet and opens it, revealing that
it's full of guns. He takes a gun and clips it to his
belt. Arlo holds a gun up for Tamara. She shakes her head, to
decline, but seizes the moment to redirect their conversation.

                            TAMARA
          Those for religious riots?

                              ARLO
          Nah. The religious killed each other
          the first couple years the State
          dumped 'em here, but stopped when
          they got their own sectors. They're
          not dangerous if you keep them apart.

                            TAMARA
          Progress... So, you're religious?

                              ARLO
          Nah. Maybe there's a God, though...
          You religious?

                            TAMARA
                (shaking her head)
          Faith comes from our unreasonably
          hopeful nature. How we survive. I
          put unreasonable hopes in my A-Cell.

                              ARLO
          A-Cell?

                            TAMARA
          Antimatter cell... Traditional fuel
          pollution kills 130 million people
                        (MORE)

                    TAMARA (CONT'D)
          every year. The State calls that an
          acceptable environmental sacrifice.
          My father believed every problem has
          an absolute solution -without
          sacrifice. After 6 years, via atomic
          polarity reversal, we created our A-
          cells, isolating antimatter H2O in a
          neutral plasmic insulator. A teaspoon
          of water produces enough clean energy
          to power a sky-car for a week. They'll
          save over 100 million lives per year.

                    ARLO
          And you're honored to meet *me*?

Tamara smiles, noticing a digital world map on the wall with
700 yellow lights, representing "zone" cities, connected by
black lines -representing "trade lanes". Most of the world
is in RED territory. But the zones are in GRAY territory.

                    TAMARA
          I hear there are 700 zones now?

Arlo nods.

                    TAMARA (CONT'D)
          So, you transport exiles now?

                    ARLO
          First time. I'm a line rider and an
          M.T.

                    TAMARA
          M.T.?

                    ARLO
          Moving Target. Street slang for us
          volunteer cops. No tax base to pay
          us, so we split time 'line-riding'.

Tamara's scrunched brow confesses her ignorance.

                    ARLO (CONT'D)
          We run supplies between the zones on
          the outland. Ride outside the lanes
          or more than 100 feet from the
          surface, you trip the radar, signal
          the Blue Guard, and get shot down.

                    TAMARA
          A lot of slang in the zones... I
          guess you call exiles "butterflies"
          because we're weak, chased by the
          wind from a thousand predators?

                    ARLO
               (shrugging)
          Maybe it's cause you represent hope.

Tamara shrugs, satisfied with the alternative. Tamara
flinches, suddenly remembering something. Reaching in her
handbag she pulls out two cases, approximately 12" by 3"
each: one blue, one black. Tamara hands Arlo the BLUE CASE.

                    TAMARA
          Mr. Grainer, I need a place for the
          A-cell.

Arlo opens it. The A-cell is a smooth, 9 inch long, phallic-
shaped glass cylinder, with rounded metal caps on the ends.
Inside the glass is liquid and high tech circuitry.

                    TAMARA (CONT'D)
          If we don't make it, it can't fall
          into The State's hands. The research
          is micro-chipped inside... But be
          careful. If the shield breaks and
          the antimatter touches regular matter,
          the explosion will level a city block.

                    ARLO
          And you want to market this?

                    TAMARA
          It's a prototype. The production
          models will use less antimatter.

                    ARLO
          What's in the black case?

                    TAMARA
          A worthless decoy -just in case.

                    ARLO
          It can't go with me either... Dylan!

Dylan looks up from under the sky-cycle. Arlo closes the
case and sets the A-cell on a counter.

                         ARLO (CONT'D)
               Send this to me, care of Tian, at
               the 115 Z.R. Center. Fragile.

                         DYLAN
               First thing in the morning.

Tamara looks shocked at Arlo's casual handling of her A-cell.

                         TAMARA
               Zone 115?

                         ARLO
               I'm going there after we're done.

Rising from under the Sky-cycle, Dylan tosses Arlo the keys.

                         DYLAN
               Better hurry...

Dylan and Arlo exchange a warm handshake.

                         ARLO, DYLAN
                    (simultaneously)
               Until then.

Arlo and Tamara hop on their sky-cycle, but before they can
exit, Drake and Gomez glide into the warehouse, using their
sky-cycle side cars to transport the dead bodies of Roddy
and Isaac.

Arlo takes a somber last look at Roddy's body.

The sky-cycle's canopy rises, the wings extend. Arlo tugs
the throttle and races into the outland.


INT/EXT SKY-CYCLE - NIGHT

Racing through the outland "trade lanes" to Los Angeles,
through the sky-cycle window Tamara sees a few small PIRATE
SKY-CYCLES force down a POSTAL HOVER-JET.

                         TAMARA
               Are they robbing that mail truck?

                         ARLO
               Pirates. It happens out here.

Perhaps to ease Tamara's nerves, Arlo offers a bit of
conversation.

                    ARLO (CONT'D)
        So, why did The State chase you out?

                    TAMARA
        They wanted to buy the A-cell rights.
        But planned a slow transition to
        protect the energy industry. Too
        many lives would be lost. When we
        refused, they banned  A-cell
        production. So file suit. Dad was
        killed two days later. I went into
        hiding in the zones. After the trial
        starts, with the media attention,
        I'll be O.K.

Arlo contemplates Tamara's explanation.

                    TAMARA (CONT'D)
        And you never told me where you keep
        your "unreasonable" hope?

Arlo pauses as he drives.

                    ARLO
        My garage...

Tamara's face takes a confused twist.

                    ARLO (CONT'D)
        The kids in my neighborhood had to
        stay inside 'cause it wasn't safe to
        play outside... Same in all the zones.
        But after I turned my garage into a
        rec-center, they had a place to play.

A faint smile manifests on Arlo's face then dissipates,
perhaps at the realization that his garage is gone. Tamara's
expression softens at his explanation.

SUNRISE

The sprawling glow of beautiful city of LOS ANGELES comes
into view. Many large, heavily trafficked "skyways" (flight
paths) lead into the city.  Arlo gets into one of the skyways.

                    ARLO (CONT'D)
        We're about to enter State's airways.
        My sky-cycle's not State legal. Keep
        an eye out for the blue guard.

Arlo and Tamara proceed deeper into the vast, modern city.
The buildings grow thicker and taller as they fly. Tamara
points to a distant skyscraper with a giant "R" on the top.

> TAMARA
> The court's next to the Riordan News
> Center.

IN THE REAR-VIEW MIRROR

Arlo sees a police sky-car descend behind them, SIREN on.

BACK TO SCENE

Arlo accelerates to escape.  The police car gives chase.
Arlo weaves through the skyscrapers, racing for downtown.

The police pull closer. At street level, Arlo weaves through
countless hovering vehicles.

Ahead, Arlo sees another police-jet headed straight for his
sky-cycle. With vehicles in all directions but down, Arlo
smashes the sky-cycle to the street to avoid the collision.

The sky-cycle scrapes along the street in a wake of sparks
and smoke, finally stopping amid a crowded street.


EXT. STREET OF LOS ANGELES - MORNING (CONTINUOUS)

Arlo leaps from the sky-cycle wreckage, forehead bleeding.
Tamara hops out. The police sky-car begins a U-turn.

> ARLO
> We're a block away --

> TAMARA
> Split up. I can make it from here.

> ARLO
> I don't think...

> TAMARA
> They're after you. Go! They're coming.

Tamara turns and disappears into the crowd.

A handgun emerges from the police sky-car and fires at Arlo.
"BANG!" People on the street duck, and dive for safety. Arlo
turns and runs toward the Riordan building, two blocks away.

The police-jet quickly catches Arlo and runs him down. Arlo disappears under the sky-car.


INT/EXT POLICE SKY-CAR - CONTINUOUS

The POLICE DRIVER/PILOT looks in the rear-view mirror, but doesn't see Arlo's body emerge from under his sky-car.

Arlo desperately clings to the bottom of the sky-car, shoe heels dragging on the street.

The police driver looks forward to see he's on a collision course with the Riordan anchor room. He swerves up, narrowly avoiding the newsroom.

The centrifugal force of the sky-car's upward turn throws Arlo, sending him SLAMMING into the newsroom window.


INT/EXT ANCHOR ROOM - DAY (CONTINUOUS)

The set people turn their cameras toward the commotion. Through the window they see Arlo rise to his feet, grab a metal trashcan from the street corner and smash it against the anchor-room window, shattering it.

Arlo charges into the anchor-room, throws his arms behind his head and drops to his knees at the anchor desk.

                    ARLO
          I'm Arlo Grainer! Wanted for
          insurrection. I surrender...

Police officers rush into the room and shove their guns in Arlo's face, but with the cameras "on", they hold their fire.


INT. JERRY'S OFFICE - DAY

On the GLASS OFFICE DOOR reversed lettering reads: "OFFICE OF FEDERAL INQUIRIES, JERRY MATTHIESSEN, ESQ., SAN FRANCISCO".

Jerry sits at his desk, talking on his omni-com, looking out the window at the beautiful modern city of San Francisco.

                    JERRY
          Sure, I can hold...

Jerry taps his fingers impatiently, "on hold", as a news report of Arlo's arrest plays on his computer monitor.

ON THE MONITOR: film footage of Arlo's apprehension, surrender, and arrest replays.

> REPORTER (V.O.)
> Moments before Tamara Gwynn's court appearance, Arlo Grainer brazenly kidnapped the researcher, to access her fortune to fund Z.R. terrorists. Sadly, Gwynn was killed in a high speed crash when The State attempted to save her, moments before Grainer's surrender...

BACK TO SCENE

Jerry resumes his phone conversation:

> JERRY
> Yes... Yes... You've been very fair... Right... But an oxygen chamber isn't a luxury... How much time can I get?... Three days?... Alright.

Jerry hangs up and drops his head dejectedly.

> REPORTER
> -- 14 years ago after allied sanctions forced the U.S. to join The State, Grainer declared Stockton, California, a 'zone' outside State authority. Six hundred cities soon followed. To evade arrest Grainer went into hiding --

Howard walks in, holding a coffee cup looking at his wrist-watch-TV (watching a replay of Arlo's arrest).

> HOWARD
> You see Grainer's arrest?

> JERRY
> Hundred times.

> HOWARD
> Weren't you in the service together?

> JERRY
> Flight school, for a year. He got kicked out cause he got "ice-picks".

Howard looks at Jerry, dumbstruck.

                    JERRY (CONT'D)
          Opthalmodynia. Short, terrible
          headaches. Like being stabbed in the
          brain with an ice pick... They said
          he was unsafe to fly and made him a
          flatfoot...

               HOWARD
          Hmm. You think he kidnapped Gwynn?

               JERRY
          I dunno. I'm about to fly to L.A. to
          do a DNA check on Arlo's sky-cycle.

               HOWARD
          So, what'd you dig up on the crater?

Jerry pulls a piece of paper from his desk and reads it as
he stands and puts on his jacket.

               JERRY
          DNA. Matched a prisoner named Leonard
          Lespi, arrested six months ago. Prison
          Commissioner Guerrero said Lespi
          lost his hand working on Sky Town
          and it fell to Earth in a heat
          resistant glove.

               HOWARD
          A hand? Whatever made that crater
          weighed at least 150 pounds. And
          what glove?

               JERRY
          You're surprised?... Guerrero granted
          me a call with Lespi -after The State
          response is released, in four months.

Howard rolls his eyes, familiar with State stalling tactics.

                    JERRY (CONT'D)
          I better get going... See yuh.

Howard nods. Jerry exits.

INT. L.A. POLICE IMPOUND GARAGE - DAY

In a dark impound garage, Jerry walks with a POLICE ESCORT to the stowed wreckage of Arlo's sky-cycle. The escort nods to the wreckage without breaking his determined silence.

Jerry pokes his head in the sky-cycle. Looking around, he sees no blood evidence. He produces a cotton swab, and swabs samples from the steering wheel and both seats.

Dropping the swab in a small cup of a hand-held DNA analyzer, Jerry produces a liquid solution from his pocket and pours a few drops in the cup, then pushes the "start" button.

RING! Jerry answers his omni-com. State Secretary ANEESH SHENKAR (50) appears in Jerry's eyepiece attachment, sitting in his office.

INTERCUT TELEPHONE CONVERSATION - JERRY AND ANEESH:

                    JERRY
          Aneesh.

                    ANEESH
          Tampering with State evidence?

                    JERRY
          Naturally.

DING! The DNA analyzer sounds.

INSERT - DNA ANALYZER SCREEN

The analyzer screen reads: "IDENTITIES CONFIRMED: 1) ARLO GRAINER, 2) TAMARA GWYNN."

BACK TO SCENE

                    ANEESH
          The case is airtight.

                    JERRY
          That's a first. How can I help you?

Jerry walks around the sky-cycle, examining it for evidence.

                    ANEESH
          We've had some riots in the zones
          since we arrested Grainer. We thought
          having you lead our investigation
          might calm things down.

> JERRY
> I'm supposed to watch you guys, not
> help you. I'm better suited for the
> defense.

The COP shrugs at Jerry, as if to ask, "Are you finished?"
Jerry nods affirmatively. Jerry and the cop begin walking
toward the exit.

> ANEESH
> Grainer won't accept a State rep...
> It's just a P.R. position, anyway.

Jerry purses his lips, unimpressed.

> ANEESH (CONT'D)
> We can always suspend O.F.I. funding.

> JERRY
> My son's filter room is about to be
> repossessed. I don't have time for
> your threats today.

> ANEESH
> Jerry, we're trying to avoid a hot
> war here. Get on board and I'll buy
> your kid's filter.

Jerry stops at the exit door, stunned by the offer.


INT. ANEESH'S OFFICE - DAY (CONTINUOUS)

Aneesh hangs up his omni-com and turns to COMMISSIONER
GUERRERO (50) who sits sits opposite to Aneesh's desk.

> ANEESH
> Matthiessen's on board.

> COMMISSIONER GUERRERO
> Good. Should I have the warden take
> Grainer out?

> ANEESH
> Why? Zone felons get 120 days on sky
> town, before trial. We'll handle him
> there, like all the rest.

INT. COURT ROOM -- FRIDAY

Arlo stands before a judge, face shaved, in a prison jumpsuit.

> JUDGE
> The prisoner refuses representation
> and plea. Charged with murder,
> conspiracy, kidnap, and insurrection.
> He's ordered to the Uberopolis work
> program until his trial date.

SMACK! The judge lowers his gavel.


INT/EXT PRISONER SHUTTLE - NIGHT

Arlo boards a shuttle with 50-100 other prisoners. The shuttle launches, and disappears into the sky, en route to Uberopolis.


EXT. UBEROPOLIS - DAY

Uberopolis bustles with life: three miles in diameter, enclosed in a transparent, spherical shield, with a flora-sphere and aqua-sphere beneath the city floor.

The city is divided in half by a giant metal wall.

On one side of the wall is an ultra-modern city, replete with casinos, golf courses, towering apartments and offices. On the other side of the wall: a construction zone, where thousands of prisoners toil to complete the city.

MONTAGE - ARLO ENTERS PRISON AND UBEROPOLIS

-- Arlo's body is scanned by an advanced MRI machine.

-- A doctor inserts a tracking chip behind Arlo's neck.

-- Arlo enters the construction zone, awed by it's enormity.

-- Arlo works hard welding a pipe joint.

-- Arlo, with his beard growing back, wipes his sweaty face.

-- Arlo helps hoist supplies up a building's scaffolding.

BACK TO SCENE

SUPERIMPOSE: "Uberopolis, Four Months Later."

In the construction zone, WEARING A SHORT BEARD, Arlo rivets
a vent. A hundred yards away, a shuttle sits atop the dividing
wall; another sits halfway up the wall, on a platform. As
Arlo works he watches a shuttle land at the foot of the wall.

A green-suited guard hands a neighboring prisoner a red
ticket, then calls to Arlo, yelling over Arlo's Rivet gun.
The neighboring prisoner listens to the name the guard calls:

>                    GUARD SUPERVISOR
>          Grainer!... Arlo Grainer!...

Arlo turns to the guard. The guard hands Arlo a red ticket.

>                    GUARD SUPERVISOR (CONT'D)
>          You're on the 6 PM Earth-bound
>          shuttle, after work... Lunch break.

>                         ARLO
>          Thanks.

Arlo drops his rivet gun and removes his lunch. The
neighboring prisoner (DAVID LEVINE, 35) approaches Arlo.

>                         DAVID
>          You're Arlo Grainer.
>               (extending his hand)
>          David Levine, zone 319 outside of
>          Boston. Honored.
>               (shaking Arlo's hand)

>                         ARLO
>          242, outside of Dallas.

David holds up his red ticket as he shakes Arlo's hand.

>                         DAVID
>          Looks like we're going back together.
>          Your trial start on Monday, too?

Arlo nods.

>                         DAVID (CONT'D)
>          Hey, I gotta friend over here who'd
>          love to meet you.

David gestures to an area 20 yards away. Arlo shrugs and
follows David to a machine with a pipe spigot extending from
its side, pouring clear water into a large hole in the floor,
covered by a metal bar grate.

> DAVID (CONT'D)
> The dehumidifier recycles condensation
> back into the harbor, on the other
> side of that wall.

> ARLO
> So, if we take this grate off, we
> can escape into the city?

> DAVID
> It's capped from the other side.

David removes a sandwich from his lunch pouch and drops the
meat into the hole. A moment later a SCAR-NOSED dolphin
emerges beneath the grate to eat the meat.

> DAVID (CONT'D)
> This is my friend, Spike.

David reaches through the bars to pet the dolphin's face.
Arlo dumps his sandwich meat to Spike, then bends to pat
Spike's scarred nose. Spike eats then happily swims away.

> ARLO
> Incredible...

> DAVID
> One of the last dolphin's left.

Arlo rises and turns his attention back to the shuttles.
David notices and turns toward the shuttles, too.

> DAVID (CONT'D)
> You dig shuttles, too? I taught myself
> mechanical design by studying 'em. I
> know 'em inside out.

> ARLO
> Their schedules don't add up...

Arlo points toward a shuttle, half way up the wall, where
brown suited workers load boxes marked 'DREXLERIN 2'.

> ARLO (CONT'D)
> The medical shuttles load those boxes
> from the medical warehouse --

> DAVID
> Not just boxes -Drexlerin 2. That
> stuff's gonna be gold on the black
> market. They started pulling it out
> (MORE)

                    DAVID (CONT'D)
          of the medical warehouse a couple
          weeks back.

Arlo looks at David startled at his awareness.

                    DAVID (CONT'D)
          You won't last in the zones, if you
          don't pay attention.

Arlo nods then continues. He points to a shuttle at the top
of the dividing wall, where  free citizens from the other
side of the wall board, easily.

                    ARLO
          The problem is: the hourly citizen
          commuter shuttle takes five hours -
          to Earth and back; but...

Arlo points to the shuttle on the construction zone floor.
Prisoners exit its hull.

                    ARLO (CONT'D)
          ...the inmate return shuttles only
          take two hours.

                    DAVID
          That doesn't make sense.

As David ponders, the supervisor calls from behind them.

                    GUARD SUPERVISOR
          Time to get back to work!

                    DAVID
          Guess I'll see you at boarding time.

Arlo nods. He and and David return to work.


EXT. PRISONER SHUTTLE PAD (UBEROPOLIS) - EVENING

SUPERIMPOSE: "Uberopolis, Prisoner Boarding Dock, 4 Hours
Later."

Arlo and 50 prisoners gather near a shuttle, surrounded by
guards.  A GUARD yells:

                    GUARD
          Line up!

Arlo and David find each other in the crowd and join the
other prisoners forming a line.

                    ARLO
          I got a bad feeling about this.

At the front of the line guards help prisoners into neck
collars and handcuffs attached to a cable. Arlo squints at
the cockpit -no pilots inside, or pilot loading platform.

                    ARLO (CONT'D)
          There are no pilots. No pilot loading
          platform.

Distracted, Arlo and David fail to notice that they've arrived
at the front of the line. A GUARD attempts to place the
restraints on Arlo. He reflexively pulls away.

The guard shocks Arlo with a stun gun. As Arlo convulses,
the guard slaps the restraints on him. Safe from retaliation,
the guard pounds Arlo in the ribs. Intimidated, David doesn't
resist the restraints. The cable pulls them away.


INT/EXT SHUTTLE - CARGO BAY - SAME

Arlo, David and the other prisoners are pulled to their seats.
The cable restraints pop off as new wrist and waist restraints
pop out of the seats. The shuttle doors close.

                    ARLO
          It only takes two hours round trip.
          That's too fast to get back. No pilots -
          no guilty consciences. We're getting
          dumped in space.

                    DAVID
          What? Dumped?... What can we do?

                    ARLO
          Get in the airlock. I flew in the
          Army. If we can get to the cockpit I
          can override the autopilot.

The shuttle autopilots into Uberopolis' outer shield airlock.
The rear airlock gate closes. The front gate opens. The
shuttle accelerates into space. David yells to the prisoners:

                    DAVID
          We're about to get dumped in space!
          Break free and get into the airlock!

                              PRISONER #1
                    You're wanna get us sent back?!

Arlo and David struggle to break the wristbands. Blood
trickles from Arlo's wrist. "SNAP!" His right arm breaks
free. "SNAP!" His left.

Arlo pushes his legs against the front seat until his seat
snaps back, allowing him to scoot out of the chest harness.

Freed, Arlo quickly helps to free David, as he yells to the
other prisoners:

                              ARLO
                    Get free or you're gonna die in here!

                              PRISONER #3
                    Sit down and shut up!

Arlo and David rush into the airlock and seal the door.

IN THE AIRLOCK

                              ARLO
                    There must be a cargo lock to keep
                    the hull from opening.

A RED LIGHT FLASHES and an ALARM BLARES, as Arlo and David
frantically search for the switch, to keep the doors closed.

THROUGH THE AIRLOCK WINDOW, David and Arlo look

IN THE CARGO BAY

as the restraints pop off and the prisoners float from their
seats. The overhead cargo doors slowly open. The vacuum of
space sucks the life from the prisoners, in an instant; their
bodies trail behind the shuttle, like so much litter.

IN THE AIRLOCK

                              DAVID
                    God. They're all dead!

                              ARLO
                    We'll die, too, if this thing
                    autopilots back to Sky Town.

Rushing into

THE COCKPIT

David and Arlo hop in the pilots' seats. Arlo pushes a few
buttons then nose-dives the shuttle toward Earth. David jerks
back violently and turns to Arlo, dismayed.

> ARLO
> Taking a direct course to New York,
> before they blow us out of the sky.

ON THE RADAR MONITOR

David notices a missile icon, suddenly gaining from behind.

BACK TO SCENE

> DAVID
> A warhead...

David holds hid breat. Arlo races he engine. The warhead
gains. Their faces shake, straining in the G-forces.

THROUGH THE WINDSHIELD: The State's beautiful New York City
comes into view.

ON THE RADAR MONITOR

An instant from contact the warhead disarms and falls into
the Hudson River.

BACK TO SCENE

Arlo and David exhale in relief.

> ARLO
> It must have been programmed to
> disable over major State centers.

> DAVID
> We could've just ejected in the pod.

Arlo cuts a confused glance at David.

> DAVID (CONT'D)
> This cockpit's an escape pod

Processing the new data, Arlo looks around, then reaches up
and flips a few promising buttons on an overhead panel.

EXT. SHUTTLE - EVENING

The cockpit pod disconnects from the shuttle, leaving the
fuselage to crash into the sea.


EXT. TRANSIT MALL PARKING LOT (JERSEY CITY) - EVENING

Arlo lands the small pod in a crowded commuter parking lot
near the transit mall. David and Arlo hop out and race through
the river of commuters, into the transit mall.


INT. TRANSIT MALL - SAME

Amid the transit mall crowd, Arlo notices some unattended
luggage.  He taps David to draw his attention to the bags.
Dressed liked baggage handlers in their orange jumpsuits
they seize the bags and rush to a restroom.

IN THE RESTROOM

Now wearing oversized white button-up shirts, Arlo and David
rifle through the contents of the suitcases.

                         DAVID
          Nothing.

Arlo pulls a razor from the luggage.

                         ARLO
          Perfect.

David bends over. Arlo cuts a tiny tracking device from the
back of his neck. Fingers bloody, Arlo drops the tracker in
the toilet, and hands David the razor. David hesitates.

                         ARLO (CONT'D)
          Just do it.

David nervously cuts the tracking device from Arlo's neck
and drops it in the toilet. Arlo stands upright.

                         DAVID
          Till then.

Arlo nods. David and Arlo charge out of the bathroom, into

THE TRANSIT MALL

where David disappears into the commuter crowd. Arlo, timing his move perfectly, jumps a turnstile and rushes across the

TRAIN PLATFORM

into an AIR TRAIN, just beating the closing doors.


EXT. NEW YORK CITY STREET - NIGHT

Arlo emerges from the subway onto a street of upper Manhattan. Across the street, Arlo sees a romantic couple about to enter an apartment building. Glancing both ways, Arlo trots across the street and slips into the the building behind the couple.


INT. APARTMENT BUILDING - HALLWAY - NIGHT

In the hall outside of Rianna's mother's apartment Arlo knocks on the door. Rianna opens the door, eyes wet with tears, shocked to find Arlo.

                    RIANNA
          Arlo? You escaped.

                    ARLO
          They tried to kill me. I just want
          to see the kids then I'll go... Are
          you crying?...

                    RIANNA
          Our repatriation is held because we
          didn't get Tamara's second payment.
          So the hospital won't treat Franny.

Arlo rushes into the apartment.


INT. RIANNA'S MOTHER'S APARTMENTS - BEDROOM - NIGHT

Franny lies in bed, unresponsive, breathing through a respirator. Arlo sits at her bedside with DR. LANEY SHULER (45, female, WITH A BURN SCAR ON HER FACE). Rianna and her mother (MRS RAMIREZ, 65) watch near the doorway.  Laney places a BLOOD ANALYZER to Franny's arm.

                    ARLO
          Thanks for coming so quick, Schuler.

> DR. LANEY SCHULER
> Save me from a burning truck, you
> get a house call.

John Carl enters the room and hands a small LOAF OF BREAD to
Arlo.  Arlo shoves it in hs pocket.  Mrs. Ramirez turns to
Rianna.

> MRS. RAMIREZ
> He shouldn't have come here.  They're
> going to arrest us any minute.

Rianna glares at her mother.  DING! The analyzer's bell
sounds. Laney reads the LED.

> DR. LANEY SCHULER
> Respiratory Distress Syndrome.
> Prolonged exposure to carbon dioxide
> inflames the alveoli, restricts
> oxygen, causing system failures. The
> only treatment is extremely expensive:
> Drexlerin.  An inverse agonist
> polypeptide.  I'd give her a 50
> percent survival chance with it --
> less than a week without it.

> ARLO
> How soon can you get some for her?

> DR. LANEY SCHULER
> Drexlerin was discontinued. Drexlerin
> 2 will be released in a week or two.
> There's none left in The State.

> ARLO
> Yes there is...


EXT. REMOTE FIELD - NIGHT

A sky-car lands on a dark field. A dimly lit town is visible
in the distance. Arlo steps from the sky-car into darkness.

> DR. LANEY SCHULER
> 115 is just ahead.

> ARLO
> Thanks, Laney.

Closing the door, Arlo jogs toward the city, as the Laney
slowly turns the sky-car toward the cloudy night sky.

INT. JERRY'S OFFICE - DAY

Jerry sits impatiently at his own desk, with the TV on, glancing at his watch, fidgeting.

ON THE TV

Drexler exits a private shuttle with a BEAUTIFUL WOMAN, waving to their admirers, as a TV reporter narrates the story.

> TV REPORTER (V.O.)
> Today, Mr and Mrs. Drexler arrived
> on Uberopolis for a week long
> government summit. He announced
> Drexler Labs would soon make genetic
> reprogramming available to the public.
> Ten years ago, then 40 years old,
> Drexler, had his DNA reprogrammed to
> a permanent age of 25, and his DNA
> altered to produce no myostatin; so
> his bulging biceps are three times
> normal strength -without exercise.

BACK TO SCENE

Howard walks in the office holding a YELLOW HAMSTER WHEEL.

> HOWARD
> Morning.

Jerry nods, preoccupied.

> JERRY
> Morn. Guerrero's supposed to call
> with Lespi, about the crater. He's
> late.

Howard hands Jerry the yellow hamster wheel.

> HOWARD
> That's for Jacob... How's he doing?

> JERRY
> Thanks... Sick again.

> HOWARD
> Maybe he needs a cloned lung?

> JERRY
> We're saving for one; my insurance
> won't cover it -pre-existing.

                    HOWARD
          Maybe that Drexlerin stuff?

                    JERRY
          Out of supply. 'Sides, the doctor
          says Jacob's allergen impacted; so,
          it won't help him --

RING! Jerry's phone rings. He taps his computer monitor to
receive the call. COMMISSIONER GUERRERO appears on the screen.

INTERCUT TELEPHONE CONVERSATION - JERRY, GUERRERO AND LESPI

                    JERRY (CONT'D)
          Commissioner...

                    COMMISSIONER GUERRERO
          Matthiessen, I've got Lespi. You got
          one minute. Ready?

                    JERRY
          A minute?

                    COMMISSIONER GUERRERO
          Maximum security limits. Here he is.

                    JERRY
          Wait...

Commissioner Guerrero's image disappears. LESPI (40) appears,
sitting in a cell.

                    LESPI
          I know you?

                    JERRY
          Jerry Matthiessen... Seems we found
          your hand in a crater.

                    LESPI
          Gonna arrest me?

                    JERRY
          Just wondering how it got there?

                    LESPI
          I was riding cargo on a supply
          shuttle, when a battery started a
          box fire. I tried to jump in the
          airlock, but the alarm triggered and
          slammed the airlock door on my wrist.

                    JERRY
          Mind showing me your hands?

Lespi raises both hands. Two arms, two hands.

                    JERRY (CONT'D)
          How'd you get a new one?

                    LESPI
          State bought me a bionic... Hey,
          tell my goddamn lawyer I need to...

A smooth automated female voice interrupts:

                    FEMALE AUTOMATED VOICE
          You have exceeded your time limit.

The monitor screen goes black.

Jerry hangs up and turns to Howard with a confused look.

                    JERRY
          I thought prisoners can't get
          electives or bionics?

                    HOWARD
          They can't.

Howard stands and grabs his jacket.

                    HOWARD (CONT'D)
          Ready for lunch?

Standing, confused expression intact, Jerry grabs his jacket.

                    JERRY
          I gotta press conference for the
          Grainer trial downstairs in 45
          minutes. P.R.

                    HOWARD
          Busy day.

The men exit.


INT. RESTAURANT - DAY

Jerry and Howard sit at a small table in a swanky crowded
restaurant-bar. Howard watches one of the many TV monitors.

TV MONITOR

A news report plays video footage of a few boats pulling the
wreckage of the shuttle from the Atlantic ocean.

SUPERIMPOSE: "Unmanned Shuttle Crashes Near New York."

BACK TO SCENE

                    HOWARD
          An unmanned shuttle crashed.

                    JERRY
          Crazy world.

Jerry chews down the last of his hot-dog and wipes his mouth.

                    JERRY (CONT'D)
          Mmm... 'Member when they served the
          real meat kind at the company party?

                    HOWARD
          Yeah. Those were incredible.

Jerry glances at his watch.

                    JERRY
          I gotta get back for that press
          statement.

Jerry tidies his hair then throws a tip on the table.

                    JERRY (CONT'D)
          See yuh.

Howard nods and sips a beverage. Jerry races out of the
restaurant.


INT. PRESS ROOM - DAY

Jerry jogs into the pressroom. To his surprise he sees no
reporters; just a CAMERAMAN, a MAKE-UP ARTIST, a bleach blonde
LIGHTING-WOMAN (30) and producer, VAN AUCKLAND (35). Van
Auck recognizes Jerry and approaches, hand extended.

                    VAN
          Van Auck, Public Imaging.

Jerry and Van shake.

                         JERRY
               Jerry Matthiessen... Public imaging?

Van gestures to a podium. Jerry walks to the podium as Van
explains.

                         VAN
               We make sure the administration is
               seen in the right light. The questions
               will come through the earpiece.

Van turns to the Make Up Artist.

                         VAN (CONT'D)
               Make up! He's kind of pasty.

Jerry walks behind the podium and puts on his earpiece, where
the Make Up Artist begins touching up his face.

                         JERRY
               Where are the reporters?

                         VAN
               We superimpose them. Look at your
               monitor.

Jerry looks.

ON THE MONITOR

With the click of a button, Van Auck fills the room on the
monitor with a dozen computer-generated reporters.

BACK TO SCENE

Jerry's jaw drops, astounded.

                         VAN (CONT'D)
               Gens. Computer generated models.
               I've preprogrammed the questions.

Van turns to the Make Up Artist.

                         VAN (CONT'D)
               Can you bring out his lips?

The Make-up Man applies a bit of lipstick to Jerry's lips.

The Lighting Woman quickly adjusts a light and scrambles to
set up a few microphones at the podium. Van and Jerry watch
her move, impressed by her work ethic. Van comments to Jerry:

                    VAN (CONT'D)
          She just repatriated. People from
          The State can't work like that.

Jerry remains still as the Make Up Artist colors his lips.
Finished, The Make-up Man nods to Van. Van turns to Jerry.

                    VAN (CONT'D)
          You ready?

Jerry combs his hair with his hand and clears his throat.


INT. JERRY'S OFFICE - DAY

Jerry rushes into the office, breathing hard from jogging.
He finds Howard watching a video on his computer.

                    HOWARD
          Why you running?

                    JERRY
               (checking his watch)
          My press conference comes on in three
          minutes. What are you watching?

                    HOWARD
          Old war footage of Arlo's platoon
          debriefing; after they were almost
          wiped out.

                    JERRY
          Why you watching that?

                    HOWARD
          Case background. The States's kinda
          obsessed with the guy. Doesn't seem
          like a killer. Saved his troops --

                    JERRY
          Tamara's DNA was in his sky-cycle.

                    HOWARD
          Circumstantial. Just look at this.

Howard clicks the remote control. Jerry rolls his eyes and
looks at his watch.

                    JERRY
          Two minutes.

ON THE MONITOR

IN A CONFERENCE ROOM

four soldiers (Arlo, 30; ERIC SANCHEZ, 25; TIAN SHEN WU, 25;
LU WON PHAM, 25) sit across a conference table from two U.S.
Army officials; GENERAL 1, and GENERAL 2 (50's).

                    GENERAL 1
        ...Lieutenant Midland stayed at base
        with the prisoner and sent the rest
        of the platoon into San Gabriel?

                    ERIC
        Just the four of us made it back to
        base. Midland and the prisoner were
        gone. We headed south along the river -
        before the Allies finished us.

                  ARLO (younger)
        About five minutes outta camp we
        found Midland's hover truck smoldering
        about 100 feet from the riverbank.
        We stopped to help, but he was gone.
        We found the prisoner dying half way
        to the river, face burned, holding
        an American field pistol -he must
        have wrestled it away from Midland.

                  GENERAL 2
        No sign of Lieutenant Midland?

                    TIAN
        Just his uniform by the river near
        some British sand-boots and a pool
        of blood.

                  LU WON PHAM
        Probably jumped in the river to get
        past the heat seekers to defect to
        the Allies -and didn't want his
        uniform getting in the way.

                    TIAN
        We heard Allied rovers, so we left
        the prisoner for the Allies to save.

VIDEO ENDS.

43

BACK TO SCENE

> JERRY
> If he's innocent, he'll have his day
> in court.

Jerry hastily switches the channel to his press conference.
Seeing himself on TV, Jerry studies his image.

ON THE MONITOR

Jerry stands at the podium speaking.

SUPERIMPOSE: "LIVE"

> JERRY / ON TV
> My involvement in the Grainer case
> has met with favor and skepticism...

BACK TO SCENE

Jerry and Howard watch curiously.

> JERRY
> Am I that fat?

> HOWARD
> Even fatter. How come it says "Live"?

> JERRY
> Good question. Those reporters weren't
> even there. They're all gens. Computer
> generated.

> JERRY / ON TV
> Mr. Grainer refuses State
> representation. So the best way I
> can assure a fair trial is to
> cooperate with the prosecution...

> HOWARD
> All gens?

Jerry nods.

Howard's notices something about Jerry's face and stares at
him, transfixed. Jerry pauses, disarmed by Howard's stare.

> HOWARD (CONT'D)
> You wearing lipstick?

                                            CUT TO:

INT. JERRY'S APARTMENT (JACOB'S BEDROOM) - NIGHT

Jerry sits by his son, MATTY (9) reading reading from the
book 'The Little Prince'. Matty lies on a bed inside a large
clear, plastic tent, which filters out air impurities, next
to a window overlooking the city.

                    JERRY
          " 'You become responsible forever
          for what you have tamed. You are
          responsible for your rose...' 'I am
          responsible for my rose,' the little
          prince repeated so that he would be
          sure to remember.' "

Jerry closes the book.

                    JERRY (CONT'D)
          That's it for tonight, big guy.

                    MATTY
          Aah...

                    JERRY
          Sorry.

A hamster runs exuberantly on the yellow hamster wheel Howard
bought Matty.

                    MATTY
          Dad, how long do I have to stay in
          here this time?

                    JERRY
          Probably only three days.

                    MATTY
          That's so long...

Matty leans his head against the plastic glass.

                    JERRY
          I know it's hard, Matty. But the
          air's dirty this time of year. But
          you'll get better soon and we'll
          finally get to go fishing.

                    MATTY
          Really?

                    JERRY
          I know it.

Jerry kisses his son's head -through the plastic glass.

>                    JERRY (CONT'D)
>          G'night, big man.

Jerry stands and turns out the light.

>                    MATTY
>          Night, Dad.

Jerry exits.

IN THE LIVINGROOM

Jerry wife, LAURA (35) lies on the couch reading a digital
book when Jerry enters the room.

>                    LAURA
>          You ready for Arlo's case, Monday?

Jerry walks to Laura on the couch.

>                    JERRY
>          I'm not even gonna be there. They
>          just need me for P.R. spots.

Jerry lies beside Laura on the couch.

>                    LAURA
>          I don't know why they'd ask you to
>          help their prosecution? What if he's
>          innocent...?

>                    JERRY
>          He'll have his day in court. I give
>          'em one favor, to keep my kid's
>          filter, and I never hear the end.

>                    LAURA
>          I understand what you did... I was
>          just thinking out loud.

Jerry purses his lips rigidly, perhaps struggling with his
own guilt.

>                                             CUT TO:

EXT. ZONE 115 - DAWN

Sunlight barely penetrates the drizzling sky as Arlo walks a
desolate street of zone 115.

Thunder claps in the distance as he steps off the main road
and stumbles over the ruins of an old multi-storied building.

Arlo proceeds over the rubble, to a surviving portion of the
ruined building. He suddenly falls to one knee and grabs his
head, stricken by an "ice-pick" headache. He GROWLS.

Eyes rolled back, Arlo rises to his feet, holding his temple,
as if defying the pain to stop him. The pain quickly subsides.
Arlo staggers forward.


INT. RUINED BUILDING - DAWN

Arlo enters the gutted building, confused, as if trying to
make sense of the ruins.

Deeper in the building he finds a ragged teenager (LOUIS,
17) in tattered shoes and a GRAY SWEATER, sleeping with a
rifle on his chest and a radio headset in one ear.

Arlo notices a small BLACK HANDGUN sticking out of the teen's
belt. Arlo approaches the teenager and cautiously places one
hand on the kid's rifle and swiftly pulls the handgun out of
the kid's belt with the other.

The teenager awakens, startled and unable to move under the
force of Arlo's arm on the rifle. Arlo touches the handgun
to the teen's mouth, as if asking him to hush. Panic fills
the teen's eyes.

                    ARLO
          I'm not going to hurt you. I'm Z.R.,
          too.

Arlo tucks the black gun in his belt to demonstrate his good
intentions.

                    LOUIS
          What do you want?

Arlo releases control of the rifle, but remains within
striking range of the kid.

                    ARLO
          The Z.R. center used to be here.

                    LOUIS
          A long time ago. They bombed it.

                    ARLO
          Then why are you here?

                    LOUIS
          Watching the sweatshop.

The teen points out the window to a large warehouse with
lots of downtrodden employees arriving.

                    ARLO
          For what?

                    LOUIS
          A State company makes fancy clothes
          in there. They brought a lot of jobs
          to this zone. We protect the workers
          from the thugs, and the workers
          sometimes buy us food.

                    ARLO
          Us?

                    LOUIS
          My back-up's behind you.

Arlo looks over his shoulder to discover an attractive woman,
BENNI (25) standing only a few feet behind him, in a tattered
jacket with a gun trained on Arlo's head. The woman moves
slightly forward to address Arlo.

                    BENNI
          You ask a lot of questions.
               (turning to Louis)
          And you talk too much, Louis.

                    LOUIS
          I didn't say nothin'.

Benni pulls the radio headset out of Louis's ear.

                    BENNI
          Maybe if you weren't listening to
          that crap all the time.

Benni turns to Arlo.

                    BENNI (CONT'D)
          You with the blue guard?

                    ARLO
          Arlo Grainer. Zone 242.

                          BENNI
                    (excited)
              Arlo Grainer? Oh my god. You're
              supposed to be in prison?

                       ARLO
              I didn't like it. And you are...?

                        BENNI
              Benni...
                    (shaking Arlo's hand)
              ...and that's my little brother Louis.

Louis waves. Arlo remains distracted by Benni's gun.

                       BENNI (CONT'D)
              Sorry.

Benni lowers her gun from Arlo's face and unconsciously primps
her hair, confessing some subtle interest in Arlo. Louis
turns to Benni.

                       LOUIS
              You know him?

                       BENNI
              Arlo Grainer is like a myth. Don't
              you remember in school...

                       LOUIS
                    (to Benni)
              On TV... didn't Arlo Grainer kill
              that lady scientist?

                       ARLO
              I didn't kill anyone.

                       BENNI
              The State frames people, Louis, then
              takes them to jail, forever.

Louis's nervously scrutinizes Arlo. Benni turns to Arlo.

                       BENNI (CONT'D)
              Why would you come here?

                       ARLO
              Looking for the Z.R. Center and Tian
              Shen Wu.

                         BENNI
               Bounty hunters killed Tian about two
               years ago. The new center's not too
               far. Why are you going there?

                         ARLO
               I need to get to Sky Town.

                         BENNI
               Really?

Benni considers Arlo's shabby outfit.

                         BENNI (CONT'D)
               Looking like that?

                         ARLO
               Got something better?

                         BENNI
               We collect the sweatshop's irregular
               clothes for Faith House... Come
               upstairs and see what we can find...
                    (turning to Louis)
               Stay awake, Louis.

Benni turns and begins toward an old staircase. Arlo follows.

                         BENNI (CONT'D)
               Why are you going to Sky Town?

                         ARLO
               To get some medicine.

Arlo and Benni continue upstairs to the ruins of an old
abandoned apartment.


INT. UPSTAIRS APARTMENT

The Spartan decor of Benni and Louis's apartment is lighted
only by candle fire. Arlo follows Benni into her bedroom.

IN BENNI'S BEDROOM

Arlo notices several garbage bags (full of clothes) on the
bed, and more clothes stacked around the room. He struggles
to ignore Benni's athletic shape as she picks out a couple
shirts, pants and a belt.

Benni approaches Arlo with the clothes.

                              BENNI
                    Put out your arms.

Arlo complies. Benni sizes the clothes against his frame,
then hands him the best suited pants, shirt and belt. Benni
points at an adjacent bathroom door.

                              BENNI (CONT'D)
                    You can change in there. I'll get
                    you a towel and bucket to clean up.

Benni turns to get Arlo's supplies. Arlo sniffs his armpits.


INT. JERRY'S APARTMENT (BEDROOM) - NIGHT

Sleeping IN THE DARK, next to Laura, Jerry's omni-com RINGS.
He TURNS ON THE LIGHT and answers his omni-com.

INTERCUT TELEPHONE CONVERSATION - JERRY AND ANEESH.

                              JERRY
                    Hello.


                              ANEESH
                    Jerry,  I've reserved a ticket for
                    you to New York. Grab your hat.

                              JERRY
                    What?

                              ANEESH
                    Arlo escaped on the crashed shuttle --

                              JERRY
                    What?

                              ANEESH
                    If we don't find him before his trial,
                    Monday morning, we're gonna have a
                    mess on our hands. You're our
                    investigator. You have all your
                    weapons and travel clearances.

                              JERRY
                    I don't investigate for The State.
                    You must have some regulars, 'Neesh.

                    ANEESH
          Evidence planters, not investigators.
          Imagine how emboldened the zones
          will be if he's not in that court
          room Monday. You could save a lot of
          lives.

Jerry pauses to consider the request.

                    JERRY
          With one condition -I don't work for
          the prosecution anymore.

Aneeshes pauses to consider the terms.

                    ANEESH
          Fine. Just find him.

                    JERRY
          On my way.

Jerry hangs up, stands and steps to a SAFE sitting on the
dresser. Laura slowly rouses, awake.

                    LAURA
          What's going on?

                    JERRY
          I gotta go to New York.

Jerry spins the combination lock, opens the door and removes
a hand gun and a pre-packed travel bag. Laura watches as
Jerry pack his gun into his bag.

                    LAURA
          Weapons clearance?... You're
          investigating for them... It's Arlo.

Jerry throws on his pants.

                    JERRY
          Can't say... Love you.

Jerry bends over and kisses Laura goodbye.

                    LAURA
          Love you, too.

Jerry turns, grabs a shirt off a coat-rack, and exits.

INT. BENNI'S BEDROOM - MORNING

SPORTING A GOATEE on his chin, and looking great in his new clothes, Arlo exits the bathroom to find Benni bending over a bucket of water, in a tank top, finishing her hair wash.

                    BENNI
          Wow, You look great.

                    ARLO
          You too... I mean --

                    BENNI
          Don't. That's the nicest thing I've
          heard in a month.

                    ARLO
          You don't have a boyfriend?

                    BENNI
          Only thugs and paint blowers around
          here.

Arlo notices military dog tags on Benni's wrist.

                    ARLO
          U.S. Army issue.

Benni reaches for the dog-tags protectively.

                    BENNI
          My dad's. He was arrested in a police
          sweep. I'm sure they killed him. Mom
          was killed when they bombed this
          building.

Benni throws on a jacket, then picks up a plastic bowl and a spoon from the floor.

                    BENNI (CONT'D)
          The Z.R. Center can probably arrange
          tickets for you to Uberopolis, but
          we're gonna need to stop at Faith
          House for a fake I.D. and passport.

                    ARLO
          What's the bowl for?

                    BENNI
          You'll see.

                                        CUT TO:

EXT. ZONE 115 - MORNING

A light rain falls. Benni and Arlo hasten down the dreary
streets of Zone 115 as a few down-trodden people emerge from
the doorways of the endless rundown buildings.

A large, heavily armed, State Army hover-truck suddenly
descends to the street ahead of them.  A gate opens, releasing
dozens of weak and gaunt women and children.  Arlo and Benni
watch unflinchingly, familiar with the State's practice of
dumping religious prisoners in the zones.

                    BENNI
          When the State started dumping the
          religious in our zone, it wasn't
          long before they started killing
          each other.

Cargo emptied, the army hover-truck quickly flies away.

                    BENNI (CONT'D)
          Tian got their leaders to meet and
          work things out... They opened Faith
          House; run by leaders of all faiths.

The religious refugees disperse, slowly, disoriented.

                    BENNI (CONT'D)
          The killing stopped. They even have
          a school there for gifted children...

A young girl and a young boy, just dumped from the truck
walk weakly toward Arlo and Benni.  The young girl looks
into Arlo's eyes imploringly.

                    YOUNG GIRL
          Please, sir.  We haven't eaten for
          two days.

                    YOUNG BOY
          We lost our mother at the camp.

                    YOUNG GIRL
          They took our father away.

Arlo reaches into his coat pocket, removes the bread John
Carl gave him and hands it to the kids.

                    ARLO
          That's all I have.

                    YOUNG GIRL, YOUNG BOY
          Thanks you.   Thank you.

They two children collapse on the steps of a building and
devour the bread, ravenously.

Arlo and Benni continue on their path.  As they pass a tiny
neglected park Benni's voice perks up.

                    BENNI
          I found something amazing here
          yesterday...

SMALL ABANDONED PARK

Benni walks Arlo to the back gate of the small park. Near a
rusting fence she picks up an upside-down paper cup. Under
the cup, poking through a dirt patch, is a VIOLET flower.

                    ARLO
          Incredible.

                    BENNI
          I think it's a violet. We never get
          flowers here... It's even prettier
          in the rain...

Arlo admires how Benni's beauty also holds up in the rain.
Benni quickly digs the flower out of the ground with her
spoon, careful to protect the roots.

                    ARLO
          You're gonna keep it?

                    BENNI
          I'm taking it to Faith House. Maybe
          they can save it and make more.
          Imagine, a few of these in every
          neighborhood around here...

As Benni stands up she wipes her wet hair out of her face,
accidentally tangling her necklace pendant in her her hair.

                  BENNI (CONT'D)
          Ouch.

Arlo steps behind her and pulls the pendant out of her hair.
He examines the pendant. A large handmade woven-yarn pendant
of a YELLOW BUTTERFLY on a simple string.

                    ARLO
          That a dream catcher?

Benni nods.

>                    BENNI
>          I made it... Dreams are like my
>          religion.

>                    ARLO
>          You believe in 'em?

>                    BENNI
>          When that's all you got...

Arlo considers the butterfly dream-catcher.

>                    ARLO
>          Butterfly... Represent hope, right?

Benni grabs the pendant string with her dirty hand. Their
hands touch along the necklace string.

>                    BENNI
>          Change, to me... I'm not afraid of
>          change.

Benni looks up at Arlo's face.

>                    BENNI (CONT'D)
>          Some people are.

Arlo pauses, suddenly aware how close they are. Benni seems
comfortable at this range; Arlo, apprehensive.

"BROOM!" Thunder claps in the distance.

Arlo looks at his watch.

Benni bends and picks up the potted violet, and walks toward
the park exit. Arlo follows. As they return to

THE STREETS OF ZONE 115

their conversation resumes:

>                    BENNI (CONT'D)
>          You must be happily married?

>                    ARLO
>          Separated.

>                    BENNI
>          You think she's your soul mate?

                         ARLO
                    (shrugging)
          I'm not sure what a soul-mate is...?

                         BENNI
          Someone you're deeply connected to.

                         ARLO
          Maybe. But she says I don't talk
          enough.

                         BENNI
          I think guys avoid talking to avoid
          their feelings.

                         ARLO
                    (shaking his head)
          I just have a way saying the wrong
          thing... You sound like a therapist.

Benni smiles.

                         BENNI
          I'd love to be a children's therapist.
          If we ever get a college here.

Benni turns off the sidewalk toward an old but well maintained
house.

                         BENNI (CONT'D)
          Here we are.

Arlo follows Benni up the stairs, bags of clothes in hand.


INT. FAITH HOUSE - DAY

Arlo and Benni stand

IN THE LARGE LOBBY

of the Faith House, with a RABBI (60), an Islamic CLERIC
(60), a GURU (60) and a PASTOR (60). Arlo shakes their hands.

THREE SECURITY GUARDS, on the periphery of the room, watch
Arlo as carefully as he watches them. Arlo addresses the
holy men, cautiously, as he watches the security guards.

                         ARLO
          Thank you for your help.

> BENNI
> He's doesn't have much time.

> GURU
> It will only be a few moments.

> PASTOR
> (turning to Arlo)
> Stand against the wall.

Arlo moves against the white wall, watching the religious
men and their guards uneasily.

The cleric steps behind a mounted digital camera and snaps a
picture of Arlo.

The rabbi types a few words into a computer.

> RABBI
> I found a corpse, killed in a skyway
> accident yesterday. His Uberopolis
> permits haven't been vacated yet.
> Avery Hibbard.

Arlo eyes dart, suspiciously. Benni turns to Arlo, concerned.

> BENNI
> You look nervous.

> ARLO
> Different religions in the same
> room...

> BENNI
> Happens here everyday.

> RABBI
> We fought for centuries...

> PASTOR
> Now we're all looking for a homeland.

Arlo notices an opened door on the periphery of the main
room, with school-aged children inside. A classroom. Arlo
meanders closer to observe through the door.

INSIDE THE CLASSROOM

A small group of children study together. One of the students
reads to the class as the teacher and other students listen.

                    STUDENT
          ...internationally scorned for its
          belligerent history, but its trade
          imbalance and social and corporate
          welfare destroyed its economy, and
          eventually the world's. No longer
          beholden, the allies attacked...

Arlo turns his away from the classroom. Back

IN THE CENTRAL BUSINESS OFFICE

the rabbi types a few more words in his computer.

Arlo and the security guards exchange suspicious glares.

An identification card comes out of a small advanced printer.
The cleric pulls the I.D. off the printer and quickly turns
to hand it to Arlo.

The cleric's sudden motion startles Arlo. In a reflexive
motion Arlo pulls out the black handgun (stolen from Louis)
and shoves it an inch from the cleric's face.

The cleric doesn't flinch, no stranger to danger. The security
guards draw their guns on Arlo.

                    BENNI
          What are you doing?!

                    ARLO
          (breathing heavily)
          I thought it was a gun...

The cleric reveals Arlo's identification card in his hand.

                    CLERIC
          Your I.D.

                    ARLO
          Tell them to drop the guns.

The pastor gestures for the security guards to lower their
weapons. The guards lower their guns, cautiously.

                    GURU
          Surviving the war and fourteen years
          underground requires some healthy
          paranoia. But you're safe here.

The Guru places his hand on Arlo's shoulder, comfortingly.
Benni's face softens from anger to understanding.

Benni touches Arlo hand and steps in front of his gun barrel.
Arlo lowers the gun and wipes the sweat from his brow.

                    ARLO
          I thought...

The cleric nods, understanding.

                    BENNI
              (nervously embarrassed)
          We should hurry to the Z.R. Center.

The holy men and Arlo all nod in eager agreement.

                    GURU
          Blessings.

                    PASTOR
          Godspeed.

Arlo and Benni exit.


EXT. STREETS OF ZONE 115 - DAY

Confused by Arlo's behavior, Benni hurries ahead of Arlo,
through the impoverished local pedestrians, predators and
their quarry.

                    ARLO
          I'm sorry.

Arlo catches up to Benni.

                    ARLO (CONT'D)
          I got nervous.

                    BENNI
          You put a gun in the cleric's face.

                    ARLO
          The religious can't mix in my zone.
              (overlapping)

                    BENNI
              (overlapping)
          If you can do that --

Benni stops walking and turns to face Arlo, breathing deeply
to gather her strength.

>                    BENNI (CONT'D)
>          Did you kidnap Tamara Gwynn?... They
>          found her DNA in your sky-cycle.

Arlo's face flattens, stunned.

>                    ARLO
>          Tamara came to 242 trying to get
>          back to L.A. for her trial before
>          the State killed her -to stop her
>          from producing her A-cells.

Benni resumes walking. Wounded, Arlo follows, as he explains.

>                    ARLO (CONT'D)
>          When the bounty hunters who followed
>          Tamara learned I was in 242 they
>          came after me and my family, instead.
>          I agreed to drive her to the L.A.
>          for money to get my family to safety.
>          I almost got her there... She was
>          like you... Strong, full of hope.
>          She was gonna save the world...

Benni's face softens as Arlo explains.

>                    ARLO (CONT'D)
>          I'm afraid you don't believe me, but
>          I didn't hurt Tamara.

Benni stops to face Arlo.

>                    BENNI
>          I believe you...

Benni turns away and resumes walking. Arlo follows.

>                    BENNI (CONT'D)
>          Weird to hear the fearless Arlo
>          Grainer say he's afraid.

>                    ARLO
>          Fearless? I got fears. They keep me
>          smart... on my toes.

>                    BENNI
>          What fears could you have?

>                    ARLO
>          Fear I won't live to see my kids
>          grow up... Fear I'll outlive 'em...
>                    (MORE)

                            ARLO (CONT'D)
Or I'll fail 'em...  Like I failed
Tamara.

                            BENNI
You did all you could.

                            ARLO
Fear of my own mistakes.

                            BENNI
What? You inspired millions of us --

                            ARLO
It was a mistake.

Benni's jaw drops with shock and disillusionment.

                            ARLO (CONT'D)
I wouldn't have declared Stockton a
free zone if I knew how many zone
fighters would die... for a mistake.

Benni's eyes grow wet with tears.

                            BENNI
It's not mistake. My parents died
for this.

Arlo's face goes flaccid, horrified that he's hurt Benni.

                            ARLO
You're right... It's not a mistake...

Benni pulls away and quickly crosses the street.

                            ARLO (CONT'D)
I didn't mean to say that...

Arlo lowers his head and follows her across the street, to
the basement door of an old building.


EXT. Z.R. BASEMENT - DAY

Wet from the rain, Arlo stands in silence with Benni as she
knocks on the basement door.

Benni dries her eyes before the door opens.

62

Two young Chinese men: a tall man, RICK (25), and a short
man, BRUCE (25) open the door suspiciously.

                    BRUCE
          Benni.

                    BENNI
          Rick, Bruce. This is Arlo Grainer -a
          friend of your father's...


INT. RIANNA'S MOTHER'S APARTMENT (LIVINGROOM) - DAY

Jerry stands, speaking with Rianna and her mother. John Carl
watches the proceedings carefully from the door of Franny's
bedroom, behind him Franny is visible, unconscious, in bed.

                    RIANNA
          ...he came alone. Only long enough
          to see Franny. Then he left.
                    (turning to her mother)
          I can't believe you called these
          people.

                    MRS. RAMIREZ
          If I didn't, we would have been
          arrested.

                    RIANNA
          You're a crazy lady!

Jerry steps back at Rianna's yells, stepping off the plastic
carpet cover and onto the carpet. Rianna's mother reacts.

                    MRS. RAMIREZ
          Please, don't step on the carpet.
                    JERRY
          Sorry.

Jerry steps forward and returns to Rianna.

                    JERRY (CONT'D)
          Where's he going?

Rianna hesitates.

                    JERRY (CONT'D)
          He's better off if I find him before
          the Blue Guard.

                    RIANNA
          Zone 115. He has a friend there...
          Tian Shen Wu.


INT. Z.R. CENTER - DAY

The Z.R. Center is little more than a basement apartment
full of recycled hi-tech equipment.

An AFRICAN AMERICAN MAN works at a computer desk. A WHITE
WOMAN (wearing an air filter) works on another computer in
the background.

Rick drinks tea with Arlo, on the couch. Benni listens
curiously.

                    ARLO
          ... He introduced me to Sun Tzu.

                    RICK
          My father told us many stories about
          you and how --

Bruce enters the room extending a BLUE box toward Arlo.

                    BRUCE
          A few months ago, this came for you,
          in care of my father.

Arlo stares at the the box astonished. Benni moves closer.

                    BRUCE (CONT'D)
          I've never seen anything like it.

Bruce hands the box to Arlo.

                    ARLO
          Thank you. Thank you.

Arlo opens the box, quickly, to find...

                    ARLO (CONT'D)
          The A-Cell.

Benni moves closer to see the A-cell -in perfect condition.

                    BENNI
          How can it be here?

                              ARLO
                    Dylan sent it... I forgot.

                              BENNI
                    This means --

                              ARLO
                         (whispering)
                    Hope is unreasonable.

                              BENNI
                    It means you can still help Tamara
                    change the world.

Benni's phone rings. She answers.

                              BENNI (CONT'D)
                    Louis...

Benni listens to her phone. The African American Man pulls a
document from a printer and hands it to Arlo.

                              AFRICAN AMERICAN MAN
                    You're booked on the 3 PM shuttle to
                    Uberopolis, gate five.

Arlo nods appreciatively.

                              ARLO
                    Thanks. That only gives me three
                    hours.

Arlo and Bruce consider the A-cell.

                              RICK
                    Maybe we can help get that into the
                    right hands.

                              BENNI
                         (on the phone)
                    ... Thanks.

Benni hangs up, and turns to Arlo.

                              BENNI (CONT'D)
                    Louis says a State investigator just
                    came by. He's on his way here.

Arlo quickly tucks the A-cell into his jacket. Benni looks
at Arlo uncertainly.

                         ARLO
               I can't leave it here with The State
               coming...

Arlo moves closer to address Benni more personally.

                         ARLO (CONT'D)
               Thanks for everything... I'm sorry
               about what I said. It's not a mistake.

                         BENNI
               It's OK.

                         ARLO
               I mean it.

Benni removes her yellow dream-catcher necklace and puts it
around Arlo's neck.

                         BENNI
               For luck.

                         ARLO
               Thanks.

                         BENNI
               If you're ever back in 115...

Benni looks down self-consciously.

                         ARLO
               Of course.

Arlo turns for the door.

                         BENNI
               How can you get back into The State
               without a State car?

                         ARLO
               I'll work on that. I gotta go before
               they get here.

Arlo pulls the basement door open to leave.

                         RICK
               I know how you can get back in The
               State.

Arlo stops to listen.

EXT. Z.R. CENTER - DAY

Jerry parks his sky-car on the street outside of the Z.R.
center. Stepping out into the rain, Jerry raises his hands
over his head, to show he's unarmed as he approaches the
Z.R. basement headquarters.

INT. Z.R. CENTER - DAY

Jerry stands in the living area of the sector 115 Z.R. center
with the tall and the short Chinese man. The computer and
gadgets are all gone now, hidden. Bruce stares at Jerry with
admiration and comments to his brother:

                    BRUCE
          All these celebrities.

                    RICK
               (to Jerry)
          Brave of you to come here without
          the Blue Guard.

                    JERRY
          I figured I was safer without 'em.
          His wife said he came to see a...
          Tian Shen Wu.

                    RICK
          Our father's dead. Arlo needed a
          passport back into the State.

                    JERRY
          Where's he going?

Rick and Bruce look at each other cautiously.

                    JERRY (CONT'D)
          He's better off if I get him before
          the blue guard does.

                    BRUCE
          The shuttle port.

                    JERRY
          To where?

                    RICK
          We didn't ask.

67

INT/EXT JERRY'S SKY-CAR - DAY

Jerry races along the New York City skyline.

                    JERRY
          Call Howard.

Jerry's sky-car dials Howard, automatically. A moment later,
Howard's image appears in the rear-view mirror.

IN THE REAR-VIEW MIRROR MONITOR

Howard appears particularly neat and handsome, sitting in
their office.

INTERCUT PHONE CONVERSATION - JERRY AND HOWARD

                    HOWARD
          Jerry.

                    JERRY
          You look great.

                    HOWARD
          I'm meeting Michael for lunch. Where
          are you?

                    JERRY
          New York. Tracking Arlo. He escaped
          in that shuttle crash --

                    HOWARD
          You're kidding?

                    JERRY
          They asked me to find him. I tracked
          him to the New York shuttle-port.

Jerry lowers his sky-car toward a shuttle-port parking garage
as he continues talking with Howard (on the phone).

                    HOWARD
          Where's he going?

                    JERRY
          I don't know? His friends in 115
          just said he was coming here.

                    HOWARD
          115?

INT. SKY-CAR (IN PARKING GARAGE) - DAY (CONTINUOUS)

Still on the phone, Howard's face (in the rear-view mirror monitor) listens engrossed, as Jerry pulls his sky-car into the largely empty garage.

                    JERRY
          He went there to see a dead friend...
          Tian Shen Wu.

                    HOWARD
          From the San Gabriel debriefing video.

Jerry pulls the sky-car to a stop in a parking spot.

                    JERRY
          I knew that name sounded familiar...
          Can you run a check on all the San
          Gabriel survivors?

                    HOWARD
          Sure.

                    JERRY
          Call when you know something.

Jerry watches Howard's image vanish in the rear-view mirror as he hangs up. As the regular rear-view mirror perspective returns, Jerry's body jolts, startled to find Arlo, in the back seat, holding a gun to Jerry's head.

                    ARLO
          Keep your hands on the wheel, Jerry.

Jerry does as he's told. Arlo reaches over the seat and takes the gun from Jerry's belt, takes the keys from the ignition, and takes Jerry's omni-com. Arlo drops the omni-com on the sky-car seat, but puts the gun and keys in his jacket pocket.

                    ARLO (CONT'D)
          I need you to get out slowly.

Jerry and Arlo simultaneously exit, leaving their doors open.

Using the gun, Arlo points for Jerry to move to the rear of the Sky-car. Jerry complies.

Arlo opens the trunk. Seeing no witnesses, speaking with his gun, he directs Jerry to get in the trunk.

Jerry feigns entering the trunk then suddenly strikes Arlo's arm, powerfully, knocking Arlo's gun into the trunk.

As Arlo moves for the gun, Jerry grabs him and tackles him into the trunk and hammers two punches to his face.

From under Jerry, Arlo reaches up and grabs the hood of the trunk and slams it down on Jerry's head, twice. Dazing Jerry.

Arlo spins on top of Jerry. Jerry's feet dangle out of the trunk while Arlo stands firmly on the ground. With this advantage, Arlo hammers two forceful blows to Jerry's face.

With few defensive options, Jerry kicks Arlo in the chest, sending Arlo staggering back several yards.

Jerry, feet sticking out of the trunk, grabs the gun and turns it on Arlo.

                    JERRY
          Stop!

Arlo freezes, then notices that Jerry is holding his (Arlo's) gun.

                    ARLO
          You have my gun. It's not loaded.

Arlo casually pulls Jerry's gun from his pocket and trains it on Jerry's face.

                    ARLO (CONT'D)
          Drop it or I'll shoot.

                    JERRY
          Shit.

Jerry drops the gun outside of the sky-car.

Arlo moves closer and gestures, with the gun, for Jerry to lie flat in the trunk. Jerry complies.

                    JERRY (CONT'D)
          Was it loaded.

                    ARLO
          Yeah.

Jerry rolls his eyes. Arlo tosses Jerry the sky-car key.

                    ARLO (CONT'D)
          Good to see you again. Sorry 'bout
          the circumstances...

                    JERRY
          I don't get it. You were safe in the
          zones. Why'd you come back?

                    ARLO
          My kid needs Drexlerin.

Arlo closes the trunk, drops Jerry's gun on the ground, and
dashes for the boarding gates.


INT. BOARDING GATE (SHUTTLE PORT) - DAY

Arriving at the baggage check line, Arlo takes off his jacket
and wraps the A-Cell inside. He passes inconspicuously through
a screening line as his jacket goes through an x-ray device.

A security worker notices the A-Cell in the X-ray monitors
and pulls it out.

Arlo's faces tightens.

Considering the A-Cell's phallic shape, the FEMALE SECURITY
WORKER eyes Arlo suspiciously. A nearby male SECURITY WORKER
giggles.

                    ARLO
          For my wife.

                    FEMALE SECURITY WORKER
          Of course.

Allowing Arlo past, the female security worker giggles as
she returns the A-cell to Arlo.


INT. PARKING GARAGE - DAY

Trapped in his own sky-car trunk, Jerry pounds his fists,
kicks and yells to no avail:

                    JERRY
          Open this fucking trunk!


INT. COMMUTER SHUTTLE - DAY

Arlo sits on a luxury commuter shuttle, nervously looking
around. A flight attendant hands Arlo a cup of orange juice.

                        ARLO
          Thank you.


INT. PARKING GARAGE - DAY

TWO POLICE OFFICERS work to pop Jerry's sky-car's trunk.

BANG-BANG! Jerry kicks the trunk's interior, loudly.

                    JERRY (O.S.)
                (muffled)
          Come on!

The trunk pops open. Jerry emerges, stiffly, flashing his
badge, one EYE BLACKENED from his fight with Arlo.

                    JERRY (CONT'D)
          Jerry Matthiessen. Inquiries.

One of the officer hands Jerry his gun.

                    JERRY (CONT'D)
          Thanks.

Jerry opens the sky-car, grabs his omni-com and runs toward
the shuttle boarding gates, leaving the officers to wonder.


INT. SHUTTLE PORT - DAY

Jerry hops on an accelerated speed ramp to catch his breath.
On the speed ramp, a TV billboard commercial catches Jerry's
eye; the image of President Drexler superimposed next to a
brunette woman, TV anchorwoman, Hanna Trowers.

ON THE BILLBOARD MONITOR:

                    COMMERCIAL VOICE OVER (V.O.)
          Tonight, on TNC primetime, President
          Drexler talks everything from election
          strategy to to his experience as a
          P.O.W. in San Gabriel, tonight on
          Dana Trowers: Primetime.

BACK TO SCENE

Watching the monitor, epiphany illuminates Jerry's face.

                          JERRY
              San Gabriel...

Jerry pulls out his omni-com and dials hurriedly. Howard, at
the office, answers his omni-com.

INTERCUT TELEPHONE CONVERSATION - HOWARD AND JERRY

                          HOWARD
              I've been waiting for you to call
              back... You got beat up.
                    (noticing Jerry's
                    bruised face)

As Jerry glides on the speed ramp, talking to Howard, he
carefully scans the commuter crowds for any sign of Arlo.

                          JERRY
              It's nothing. I made contact with
              Arlo. Too much contact.

                          HOWARD
              Where's he going?

                          JERRY
                    (shrugging)
              That's the problem. I don't know. He
              just said he needs Drexlerin.

                          HOWARD
              I heard they're warehousing it on
              Uberopolis till it's released.

                          JERRY
              Sky Town? OK... Look check the
              connection between Arlo, Drexler and
              San Gabriel.

                          HOWARD
              Got it.

                          JERRY
              Call Aneesh first and tell him to
              warn Drexler that Arlo may be in Sky
              Town already.

                          HOWARD
              On it.

Jerry hangs up, jumps off the speed ramp and dials Drexler
as he walks toward the shuttle baggage check line.

INT. UBEROPOLIS - SHUTTLE-PORT - DAY

Arlo exits the shuttle and slips through the crowd in the
shuttle-port concourse, as the public address plays a soothing
info-mercial about the history of Uberopolis:

                    PUBLIC ADDRESS
          ...All six billion gallons of water
          in the Uberopolis Harbor were secured
          when Drex-Tech captured the Rathman-
          Tuttle comet...

In front of the shuttle-port, Arlo finds a row of small
vehicles. Above the vehicles

A SIGN READS: "UBER-CARTS -FOR YOUR CONVENIENCE".

Arlo takes an Uber-Cart and zips toward downtown, Uberopolis.

                                        CUT TO:

INT. SHUTTLE PORT - BOARDING GATE (EARTH) - DAY

Standing the baggage check line, Jerry shows his guns and
clearances to a SECURITY WORKER. The worker takes the guns,
reading Jerry's paperwork:

                    SECURITY WORKER
          Sorry, Mr. Matthiessen. We'll issue
          you a stun gun, right away.

                    JERRY
          I've got permits...

                    SECURITY WORKER
          No guns permitted on Sky Town. Fragile
          environment. A bullet up there might
          ricochet a week before stopping.

Jerry's steps forward, thoughtfully.

A FEMALE SECURITY WORKER hands him a pack of underwear. Jerry
looks confused by the gift.

                    JERRY
          Underwear?

74

                    FEMALE SECURITY WORKER
          Gravity garments. Socks, briefs and
          arm bands... Magnetized. There's no
          gravity on Sky Town. The electro-
          magnetic floor grid simulates a
          gravity about one third of Earth's.
          Without these, you'll just float in
          the air.


INT. DREXLER MEDIA CENTER - CONFERENCE ROOM - EVENING

Near the top of the mammoth Drexler Media Center, President
Drexler sits at a huge table in a very elegant conference
room, with about 20 business leaders of all ethnicities.

The conference room is quite large, occupying most of the
57th floor, encircled by full length windows.

A few guards stand on the perimeter of the room.

Drexler lifts a briefcase to the table top and rises to his
feet. All talking stops.

                    DREXLER
          Six years ago Drexler Labs introduced
          Drexlerin -a bi-monthly maintenance
          drug, rather than a cure -to ensure
          future sales.

Drexler opens the briefcase and pulls out a tube of Drexlerin
pills.

INSERT - THE BRIEFCASE CONTENTS: DREXLERIN BOTTLE AND A GUN

BACK TO SCENE

                    DREXLER (CONT'D)
          Sold in packs of 5, the expense and
          popularity of Drexlerin made it a
          hot black market target -resulting
          in huge losses. Postal distribution
          proved disastrous, too. It's
          popularity was eventually killing
          more people than it was saving.
          Next week we introduce the one time...

Drexler removes the small bottle.

                    DREXLER (CONT'D)
              ...curative, Drexlerin 2. As you're
              aware, stock tripled this week.

The businessmen clap enthusiastically. Drexler dismisses
their applause.

                    DREXLER (CONT'D)
              I have an interview here in a few
              minutes, so, business to add to
              tomorrow's agenda?

                    BUSINESSMAN #2
              I'd like to expand the prison labor
              program to Earth-based industry. I
              hear you have over 5,000 workers up
              here?

                    DREXLER
              Hmm... Interesting. Anyone else?

                    BUSINESS WOMAN
              I'm concerned that the Riordan Network
              is pushing free speech limits. Maybe
              it's time...

Drexler shakes his head.

                    DREXLER
              Riordan's 10 percent market share
              assures voters the media is free.

                    BUSINESSMAN #3
              I'm concerned about rising zone
              pirating. If we close the trade lanes
              we end the pirating...

                    BUSINESS WOMAN #2
              Close the lanes and take them off
              our power grid. We'd save --

                    DREXLER
              We've been through this. The threat
              of a zone attack galvanizes the voters
              behind us. If we close the lanes or
              the power grid, we lose our factories,
              cheap labor, and our grip of power...
              We'll increase Blue Guard presence
              in the lanes.
                    (looking at his watch)
              Let resume in the morning.

EXT. STREETS OF UBEROPOLIS - NIGHT

As Arlo races the streets of Uberopolis on his uber-cart, he draws the attention of two POLICE OFFICERS in a police sky-ranger. One of the officers points to Arlo.

                    POLICE OFFICER 1
          Grainer!

One of the officers fires a stun projectile from his stun-gun. Arlo looks over his shoulder to find the officers. He hits the accelerator and begins weaving through the streets.

The police vehicle follows tenaciously. Arlo turns down a series of narrow alley ways. Not easily shaken, the police sky-ranger pulls closer.

Arlo turns the wrong way down a one-way street. Arlo, chased by the police vehicle, weaves wildly against the flow of traffic, as pedestrians race for safety.

Arlo turns sharply down a

NARROW ALLEY

and finds himself racing toward a dead-end wall. He leaps up, back, and out of his uber-cart, before it crashes into the wall.

The police aren't so lucky. Without time to swerve or eject, their sky-ranger smashes into the wall.

Arlo races to the police vehicle, to find both officers semi-conscious and groaning. Arlo checks for witnesses. All clear.

                                        CUT TO:

EXT. UBEROPOLIS - SHUTTLE-PORT - NIGHT

Jerry de-boards the commuter shuttle and steps into the shuttle-port.

                    PUBLIC ADDRESS
          Uberopolis comes from the German
          "Uber" meaning above. And Uberopolis
          is truly a city above the rest...

As he walks through the commuter crowd, Jerry pops open his omni-com and calls... Howard answers.

INTERCUT TELEPHONE CONVERSATION - JERRY AND HOWARD

              JERRY
You get anything?

              HOWARD
Wu, Pham, and Sanchez all survived
San Gabriel. Pham and Sanchez were
busted for conspiracy after the war.
Standard 120 days on Sky Town. After
they returned to Earth, both were
incinerated in prison riots. I checked
"prisoners killed in riots" in the
Corrections base and every Sky Town
prisoner, ever, was killed in riots -
after they returned to Earth. And
all from the zones.

              JERRY
Hmm.

              HOWARD
What's more curious is Leonard Lespi
was on the list... It said he died
four months ago.

              JERRY
What?... That means the Lespi I spoke
with --

              HOWARD
Was a gen... Died in space somehow
and was sucked back to Earth and
into our crater.

              JERRY
If he died in space, the other
prisoners on that list did too.

              HOWARD
But how?

              JERRY
I dunno. And we have no evidence of
a crime; no bodies or witnesses -
except Arlo. Find any connection to
San Gabriel?

              HOWARD
You won't believe... The platoon
Drexler escaped from was Arlo's.

                    JERRY
          No shit?

                    HOWARD
          They erased any mention of the
          capturing platoon from The State
          database. I had to go to the prewar
          archives.

Jerry ponders the information briefly as the P.A. announces:

                    HOWARD (CONT'D)
          I dug up this old photo of Arlo's
          platoon.

Howard sends Jerry a digital photo of Arlo (15 years prior,
with his old platoon) to Jerry's omni-com.

INSERT - THE PHOTO: Arlo and 40 soldiers pose for a picture.

                    PUBLIC ADDRESS
          ...95 percent of the materials used
          to construct Uberopolis were mined
          and produced at President Drexler's
          lunar refinery...

Jerry notices one of the men in the photo looks familiar.

                    JERRY
          That guy on the left looks sort of
          like Drexler.

                    HOWARD
          Frank Midland, Platoon lieutenant.
          Incinerated by the same lancer that
          burned Drexler's face.

                    JERRY
          Hmm. Can you dig up Drexler's, Arlo's,
          and Midland's military records?

                    HOWARD
          On it.

                                             CUT TO:


EXT. STREETS OF UBEROPOLIS - NIGHT

Arlo walks swiftly down a busy Uberopolis street, dressed in
a police uniform, sunglasses and his hat tilted to protect
his identity.

Arlo notices a hospital's red cross, Uberopolis General.
Surveying his environs, he proceeds into the hospital.


INT. HOSPITAL - NIGHT

Arlo's police uniform has allowed him to penetrate deep into
the hospital. He arrives at a SECURITY DESK where a brown
jump-suited security DESK GUARD sits idly watching TV.

Behind the desk a sign reads: " ORGAN CENTER, AUTHORIZED
PERSONNEL". Arlo adjusts his hat and approaches the desk.

                    ARLO
          We're sweeping for that nut, Grainer.
          They asked me to check the Drexlerin
          warehouse.

                    DESK GUARD
          Yeah, dispatch said that dude might
          be here. They've all gone home for
          the day. If he's back there, he'll
          be easy to find. The warehouse is
          the 3rd door on the left.

The worker turns and presses a few numbers on a keyless entry
pad. The door slides open. Arlo disappears beyond the door.


EXT. UBEROPOLIS (STREETS) - NIGHT (SAME)

As Jerry walks the Sky Town streets near the shuttle-port,
he notices countless video cameras mounted on every street.

Spotting a police officer in a sky-ranger, Jerry pulls out
his badge and hails him to stop. The officer complies.

                    POLICE OFFICER 2
          We got a prisoner on the loose. What
          do you need?

                    JERRY
          That's who I'm after... Where can I
          get a sky-car?

                    POLICE OFFICER 2
          Get a cop ranger or cycle from the
          downtown station. Civilian vehicles
          can't go higher than twenty feet
                    (MORE)

> POLICE OFFICER 2 (CONT'D)
> from the street. Police vehicles can
> free-range.

Jerry nods appreciatively and points at a video camera mounted along the street.

> JERRY
> Can the station get me access to
> these camera monitors, to locate the
> prisoner?

> POLICE OFFICER 2
> Hell no. Until today we never had
> crime to monitor. Those are so The
> Drexler Media Center can televise
> the celebrities here. It's good for
> business. I gotta run.

Jerry nods. The cop drives away.


INT. HOSPITAL, WAREHOUSE - HALL - NIGHT

Once beyond the door and out of the security guard's eyesight, Arlo runs to the third door from the left.

Arlo opens the warehouse door; glancing right then left, he enters.


INT. HOSPITAL WAREHOUSE - CONTINUOUS

Arlo enters the warehouse to find a vast warehouse, the size of a football field, with towering ceilings; empty.

Arlo looks around in gaped-jawed disbelief, scanning the distant corners of the room for any sign of Drexlerin.

> CUT TO:

EXT. DREXLER MEDIA BUILDING - NIGHT

Jerry hastily enter the beautiful Drexler Media building.


INT. DREXLER MEDIA BUILDING - NIGHT (SAME)

Entering the

LOBBY

Jerry jumps in a glass elevator. Stepping out in

THE 56TH FLOOR, RECEIVING AREA

Jerry shows his credentials to a RECEPTIONIST (25) at a desk.

>                    JERRY
>          I need to see your broadcast engineer.

The receptionist points beyond a large double door, where a
LARGE GUARD stands imposingly.

>                    RECEPTIONIST
>          In there. But you --

>                    JERRY
>          Thanks.

Jerry turns, approaches the GUARD and flashes his ID and
credentials to the guard.

>                    RECEPTIONIST
>          But, you can't just --

>                    JERRY
>          Federal Inquiries. I need the
>          engineer.

Jerry quickly proceeds toward the control room.

>                    LARGE GUARD
>          Hold up, cowboy.

>                    JERRY
>          I've got an escaped prisoner. There's
>          no time.

The guard grabs Jerry's shoulder forcefully.

>                    LARGE GUARD
>          I said, "wait".

>                    JERRY
>          I said, "there's no time".

Jerry explodes with an elbow to the guards face, dropping
him to his knees.

The guard topples to the floor, unconscious. Jerry walks
briskly beyond the door into the Broadcast Center.

82

IN THE BROADCAST CENTER

The control center is filled with high-tech equipment.
Employees work, busily.  Jerry addresses one of them.

                    JERRY
          Where's the control room?

The employee points to a nearby door. Jerry steps into the
Control Room.

IN THE TV CONTROL ROOM

Five or six people work behind a high-tech monitor, with 100
TV monitors on the walls around them.

                    JERRY
          Who's the engineer?

A man raises his hand. Jerry holds up his credentials and
waives the engineer closer.

                    JERRY (CONT'D)
          I have a prisoner loose in Sky Town.
          I need surveillance camera access.

                                             CUT TO:


INT. HOSPITAL (SECURITY DESK) - NIGHT

Arlo emerges from the warehouse, face awash with anxiety.
The security worker sits engrossed in his desktop TV.

ON THE TV

Anchorwoman, Dana Trwowers, begins an interview with Drexler.

                    HANNA TROWERS
          Tonight I'm honored to welcome
          President Peter Drexler, live from
          Uberopolis...

                    DREXLER
          Thank you.

BACK TO SCENE

Barely looking up from his TV the desk guard asks:

                    DESK GUARD
          Didn't find him, huh?

Arlo responds, trying to restrain his tense desperation.

                    ARLO
          No. The warehouse is empty. They
          want me to look in the Drexlerin
          lab. Where's that?

The guard calls to another SECURITY GUARD, lazily posted
down the hall.

                    DESK GUARD
          Spence, where's the Drexlerin lab?

                    SECURITY GUARD
          That shit's made on Earth. They just
          stored it here until they were...

The security guard suddenly recognizes Arlo.

                    SECURITY GUARD (CONT'D)
          Grainer.

The guard reaches for his stun gun.

Arlo runs.

The guard fires, narrowly missing Arlo.


EXT. HOSPITAL - NIGHT

Arlo runs out of the hospital and onto the street, followed
by the two hospital security guards.

                                        CUT TO:

INT. TV CONTROL ROOM - NIGHT

The engineer shows Jerry how to guide a stylus pen over a
computer touch screen (which shows a map of the city).

                    ENGINEER
          Touch the map anywhere to view the
          camera in that part of the city.

The engineer hands Jerry the stylus.

                    ENGINEER (CONT'D)
          When you find your man, tap his image,
          and the cameras will track him
          anywhere in the city.

                         JERRY
              Thanks.

The engineer leaves Jerry to search for Arlo.

Jerry looks at the 100+ TV monitors and turns to a female
engineer standing near him:

                    JERRY (CONT'D)
              These are all Drexler media channels?

                    FEMALE ENGINEER
              All 212 stations.

Jerry sees Drexler's image on several of the stations, still
sitting across from an anchorwoman.

The Female Engineer pushes a sequence of buttons and Drexler's
image is sent to most of the monitors.

ON THE MONITORS

The interview continues.

                         DREXLER
              ...Brilliant, really.  We conquered
              the Middle East by allowing their
              factions to exterminate each other.

                    HANNA TROWERS
              But your voter competency test, and
              sterilization plan for the poor,
              some say they're intended to eradicate
              the intellectually challenged —much
              like The State has ousted the
              religious.

                         DREXLER
              First, citizens are free to believe
              as they wish —in their homes.
              Religious assemblers are expelled to
              prevent the wars that religious
              assemblies invite.  Voter testing
              and my sterilization plan deserve
              debate.  For thousands of years our
              social progress has been stunted by
              the intellectual limits of the masses.
              We've subsidize them while they've
              over-populated us to extinction's
              brink...

BACK TO SCENE

Jerry turns to the female engineer.

                    JERRY
          Is that live?
                    (nodding to the
                    monitors)

The female engineer nods.

                    JERRY (CONT'D)
          Where is that?

                    FEMALE ENGINEER
          Drexler's conference room. One floor
          up.


EXT. STREETS OF UBEROPOLIS - NIGHT

Fleeing from the security workers, Arlo spies an unattended
police sky-ranger (car) on a crowded street corner. He jumps
in the sky-ranger. A cop, standing amid the pedestrians,
turns to find Arlo stealing the vehicle.

                    POLICE OFFICER 3
          Hey!


EXT. STREETS OF UBEROPOLIS (ALLEY) - NIGHT

Driving the stolen sky-ranger, Arlo slips down a quiet alley,
unsure of where to go or what to do. Stopping his stolen sky-
cycle, he hangs his head to think.

                    ARLO
                    (whispering)
          No Drexlerin...

Arlo looks up to see the final moments of Drexler's TV
interview on a giant boulevard tv billboard.

ON ELECTRONIC BILLBOARD

                    DREXLER
          ... We're in a historical turning
          point: when reason overcomes religion.

      HANNA TROWERS (on TV)
    But in expelling the religious from
    The State, how are you less guilty
    than they of committing holy war?

      DREXLER (on TV)
    Ten thousand wars they waged against
    mankind. I waged one, to prevent ten
    thousand more.

The Anchorwoman pauses in the drama of the moment.

      HANNA TROWERS (on TV)
    Thank you, President Drexler. My
    best to the first lady.

Drexler nods.

BACK TO SCENE

Taken by an idea, Arlo picks up the sky-ranger's phone, and
accelerates back into the flow of Uberopolis traffic.


INT. TV CONTROL ROOM - NIGHT

The 200 TV screens return to their original broadcasts -except
one, which stays focused on Drexler.

An engineer pushes a button on the control board to speak to
Drexler on the set.

      PROGRAM DIRECTOR
    Great interview.

      DREXLER
    You got all the questions right,
    this time.

      PROGRAM DIRECTOR
    Thanks. G'night, sir.

Jerry looks at the screen where Drexler is sitting with the
anchorwoman. Unexpectedly the Anchorwoman vanishes from the
screen. A look of disbelief takes Jerry's face.

      JERRY
    She's a gen?

> PROGRAM DIRECTOR
> You're a detective?
> (sarcastically)


INT. DREXLER MEDIA CENTER - CONFERENCE ROOM - NIGHT

Drexler removes the lapel microphone from his suit jacket
and walks to a

BAR

in a cozy corner of the conference room (near the conference
table) appointed with the amenities suited to his stature.

FOUR SECURITY GUARDS, visible in the shadows of the conference
room, keep a low profile, careful not to disturb the
President.

Drexler turns to his security guards:

> DREXLER
> Soda?

One security guard nods and Drexler graciously tosses him a
canned beverage.

Drexler grabs a bottle of wine, and a wineglass, and pours a
drink, and takes a seat in a cushioned leather club chair.

Drexler loosens his collar, and places the wine bottle and
glass on the end table beside him.

Only a few yards away, his briefcase (containing the gun and
Drexlerin) still sits atop the conference table.

Drexler's watch-phone rings. He answers. It's his
receptionist, LYNN.

> DREXLER (CONT'D)
> It's late, Lynn.

> LYNN (on the phone)
> I have Arlo Grainer on the line.

Drexler pushes a button on a watch-phone. Arlo's image appears
on the tiny screen.

INTERCUT TELEPHONE CONVERSATION - ARLO AND DREXLER.

                    DREXLER
          What can I do for you?

                    ARLO
          We need to talk.

                    DREXLER
          I don't negotiate with State enemies.

                    ARLO
          I have the A-cell.

                    DREXLER
          I have the A-cell. It's a dud. Bad
          science.

                    ARLO
          You have a decoy.

Arlo holds up the A-cell for Drexler to see.

                    ARLO (CONT'D)
          Thing is, it's just a prototype. It
          still has some kinks. Like three
          ounces of antimatter. If someone
          were to, say, smash this open... All
          that antimatter could erase this
          city in an instant.

Drexler hesitates.

                    DREXLER
          I'm on the 57th floor of the Media
          Center. I'll have security stand
          down.

Arlo accelerates his stolen sky-cycle into the flow of
traffic.


INT.  TV CONTROL ROOM - NIGHT

Jerry watches the TV monitor. His omni-com rings. He answers.
It's Howard sitting

IN JERRY'S OFFICE

looking exhausted.

INTERCUT TELEPHONE CONVERSATION - JERRY AND HOWARD

                        JERRY
               What do yuh got?

                       HOWARD
               All there was in prewar records were
               their stat sheets and DNA index.
               Frank Midland: six-three, 230, 14
               boot...

Jerry grinds his teeth as he looks at a video monitor.

ON THE MONITOR

A field doctor cauterizes a soldier's wound.

BACK TO SCENE

                    HOWARD (CONT'D)
               ... Arlo: 6'-1", 210, 12 boot, wounded
               three times, honorable discharge.
               Nothing big in his DNA. Drexler: 225
               pounds, six-two, 12 boot... Odd.
               Drexler's prewar DNA records were
               destroyed. But his current sample is
               similar to Midland's...

Jerry processes the information as he glances at one of the
video monitors.

ON THE MONITOR

A cowboy brands a cow.

BACK TO SCENE

The video seems to trigger something in Jerry. He glances
back at the previous monitor:

ON THE MONITOR

A field doctor cauterizes a soldier's wound.

BACK TO SCENE

                     JERRY
               That's it! The burn would have
               cauterized the wound.

Jerry's eyes dart as he speaks to Howard on his omni-com,
his voice modulating with the intensity of a man unraveling
a puzzle.

                        JERRY (CONT'D)
              There would have been no bleeding.
              The blood was Drexler's, not
              Midland's.

                        HOWARD
              What?

Jerry's speech intensifies.

                        JERRY
              In the debriefing video: the blood
              by the river with the boots -because
              Drexler's boots were too small...
              That's why he had the gun. Midland
              killed him...

                        HOWARD
              Who? -What?

Jerry ignores Howard, lost in the epiphany.

                        JERRY
              ... The DNA reprogramming, that's
              why it's not a perfect match. That's
              why he destroyed his old records...

                        HOWARD
                   (overlapping)
              I don't follow.

Jerry continues, lost in the revelation.

                        JERRY
              And Arlo knows... That's why they
              want me on their team -so I won't be
              at the trial -cause there won't be
              one. Just gens acting out a televised
              trial -long after they've killed
              Arlo.

                        HOWARD
              What?

Jerry looks at the video monitor.

ON THE MONITOR

Jerry sees Arlo speeding down an Uberopolis street on his
Sky-cycle.

BACK TO SCENE

Jerry taps Arlo's video image. The video system automatically tracks Arlo's progress. With Jerry's tap, a tiny icon of Arlo appears on the lower screen -a digital map of Uberopolis.

ON THE LOWER SCREEN

Jerry's eyes follow the icon of Arlo, across the Uberopolis map. He sees Arlo is heading for the Drexler Media Center.

BACK TO SCENE

                    JERRY
          He's coming here.

Jerry hangs up the phone and addresses the control room.

                    JERRY (CONT'D)
          Who's in charge!

A man raises his hand.

                    PROGRAM DIRECTOR
          I'm the program director.

                    JERRY
          Go live with what I have here...
          Every news channel.

                    PROGRAM DIRECTOR
          Only President Drexler can
          authorize...

                    JERRY
          You ever see one of these?

The program director looks up to see Jerry's holding a stun gun inches from his face.

The program director pushes a series of buttons to run the video feed of Arlo, racing on a sky-cycle, to all 200 stations.

                                        CUT TO:


EXT. STREETS OF UBEROPOLIS - NIGHT

Arlo suddenly steers the sky-cycle straight up, to the Drexler-Media building's 57th floor.

Arlo takes a few rotations around the building, his eyes scanning for a very certain target.

Spying Drexler through the window, Arlo stomps the accelerator, and SMASHES the sky-ranger through the window of Drexler's conference room.


INT. DREXLER MEDIA CENTER - CONFERENCE ROOM - NIGHT

Glass and debris flies everywhere as Arlo spills onto the floor.  Drexler shields his face from the debris and leaps out of the club chair, to his feet.

Arlo lands on the floor, near the conference table, amid glass and twisted metal.

                    DREXLER
          God damned fool!

Drexler's four security guards pull out their stun-guns.

Seeing the bodyguards moving closer, Arlo pulls out the A-cell and holds it up to smash it down.

                    ARLO
          Get back or I'll smash it.
               (looking to Drexler)
          Get 'em back!

Drexler yells to the guards.

                    DREXLER
          Get away from him! Put those away.

The guards put their stun-guns away and back up.

                    ARLO
          Get 'em out of here.

Drexler turns to his guards.

                    DREXLER
          Get out.

The guards hesitate. Drexler reiterates his orders, calmly.

                    DREXLER (CONT'D)
          Now. I'll be fine.

The guards reluctantly exit. The door closes behind them.

Arlo crawls amid the glass and twisted metal, holding his
knee, wounded.

> ARLO
>> I know...
>>> (grimacing in pain)
>> ... you killed... Tamara Gwynn.

> DREXLER
>> A painful choice, made for the greater
>> good.

Arlo brings himself to a seated position.

> ARLO
>> And everyday you dump hundreds of
>> prisoners into space.
>>> (breathing heavily)

Arlo struggles to his knees.

> DREXLER
>> To offset escalating birthrates and
>> overpopulation in the zones.

> ARLO
>> You kill zoners and prisoners for
>> transplant organs.

> DREXLER
>> Shouldn't those who injure society,
>> also heal it?... You know quite a
>> bit about me... But I don't think
>> we've had the pleasure...

Arlo  quickly pulls a small piece of metal from his knee.

> ARLO
>> Don't you remember me? You ordered
>> my platoon into an ambush in the San
>> Gabriel...

Grimacing, Arlo rises to his feet.

> ARLO (CONT'D)
>> So you could kidnap and ransom our
>> prisoner -to finance your defection.
>> But outside of camp a Lancer struck
>> your hover truck -burning your face.
>> Drexler survived... Facing treason,
>> you took Drexler's clothes and tags,
>>> (MORE)

96

                    ARLO (CONT'D)
          and ordered him to the river, where
          you shot him, pushed his body in the
          river, put on his uniform... and
          played dead, waiting for the allies.

Drexler passively takes a seat in the club chair.

                    ARLO (CONT'D)
          Face burned, with allied tags; no
          one questioned your ID. Your plastic
          surgeon sealed it. The you killed
          his parents and the inheritance was
          yours. Except we saw the burned
          soldier by the river, in British
          uniform, but U.S. boots and gun. You
          got rid of Lu, Eric and Tian before
          they realized... But I know you killed
          Drexler... Midland.

Drexler nods somberly.

                    DREXLER
          Very good...

Drexler's demeanor softens. He proceeds, almost humbly.

                    DREXLER (CONT'D)
          Before the war, I dreamed only of
          serving my country then running for
          office. Leadership burned like fire
          in me. My dream was almost stolen
          when my face was burned... See, wisdom
          and character mean little to voters
          in this age. They seek fame, wealth,
          beauty. I wasn't famous... or rich...
                    (smiling)
          ...But I looked OK... I didn't kill
          Drexler for his money, I killed him
          to get back my electable face...

                                        CUT TO:

INT. FAMILY'S HOME #1 (EARTH) - NIGHT (SAME)

A family watches the confession.

                                        CUT TO:

INT. DREXLER MEDIA CENTER - CONFERENCE ROOM - NIGHT (SAME)

As Drexler continues, his humility wears off.

                    DREXLER
          I used his name, but my with my
          policies The State IQ average is up -
          128; we've achieved full employment;
          we have more billionaires than ever;
          and brought jobs to the zones and
          provide your youth plenty of cheap
          video games and headsets; to keep
          them safe from their own despair -
          too content to fight.

Arlo's expressions flattens in the face of such evil.

                    DREXLER (CONT'D)
          So, you're here to topple the kingdom
          by killing the king?

                    ARLO
               (shaking his head)
          My daughter's sick. I need Drexlerin.

                    DREXLER
          You'd threaten a hundred thousand
          lives to save your daughter?... Not
          exactly heroic...

Arlo's jaw clenches.

                    DREXLER (CONT'D)
          Drexlerin is produced on Earth. We
          warehoused it here to keep it safe
          from pirates until our bunkers were
          ready. The last shipments returned
          to Earth yesterday...

Drexler rises and moves slowly to the conference table, to
his briefcase. Arlo follows, keeping the A-cell raised like
a bat.

                    DREXLER (CONT'D)
          But I did bring a few doses for my
          presentation. A trade: the A-cell
          for the Drexlerin.

Arlo pauses at the offer.

                    DREXLER (CONT'D)
          Very generous, considering your
          position... I'll have you escorted
          to give your daughter the Drexlerin -
          then returned to prison. My word...
                    (MORE)

                    DREXLER (CONT'D)
              Or you can keep the A-cell -but how
              will that help your daughter?

Arlo's eyes race, calculating his options.

                    ARLO
              Tamara didn't want you to have it.

                    DREXLER
                 (disgusted)
              Tamara would have destroyed the energy
              industry and our economy for her
              cause. I've planned a thirty year
              phasing; allowing industry to
              adjust...

Drexler swings the briefcase top open, shielding Arlo's view
of the briefcase contents.

                    ARLO
              Thirty years? Billions more will
              die.

                    DREXLER
              But the quality of life is preserved.
              There's a bigger picture to consider.

INSERT - THE BRIEFCASE CONTENTS: DREXLERIN BOTTLE AND A GUN

BACK TO SCENE

Drexler removes the Drexlerin to show Arlo. Arlo's eyes dart
wildly, confused.

Drexler's eyes grow sympathetic of Arlo's plight; his voice
softens to give Arlo his most earnest support.

                    DREXLER (CONT'D)
              The anguish of power: sometimes
              sacrifice is the only option. I
              sacrificed religion for peace. You
              can do this -for your daughter...

Drexler extends the Drexlerin bottle to Arlo. Arlo slowly
extends the A-cell toward Drexler, to trade.

                                        CUT TO:

INT. FAMILY'S HOME #2 (EARTH) - NIGHT (CONTINUOUS)

A family watches, tensely.

                                                    CUT TO:

INT. DREXLER MEDIA CENTER - CONFERENCE ROOM - CONTINUOUS

Preparing to exchange the A-cell with Drexler, Arlo's pauses;
perhaps remembering Tamara's opinion that "sacrifice is a
failure to find solution."

Arlo reaches forward to exchange the A-cell for the Drexlerin.
Arlo takes the Drexlerin from Drexler with his left hand.

In a WALL MIRROR behind Drexler, Arlo sees the gun in
Drexler's briefcase.

As Drexler reaches for the A-cell with his left hand, in the
mirror, Arlo watches Drexler's right hand (no longer holding
the Drexlerin) reach for the gun.

Drexler secures the gun in his right hand, as his left hand
prepares to seize the A-cell.

As Drexler's fingertips come within an inch of the A-cell
Arlo unexpectedly flips the A-cell to his side, toward the
giant hole in the window created by his sky-ranger.

                         ARLO
              I hope it doesn't break.

Dismayed, Drexler watches the A-cell fly toward the window.
With no time to fire, Drexler scrambles after the A-cell,
gun in hand. Arlo, in turn, scrambles after Drexler.


EXT. DREXLER MEDIA CENTER - THROUGH BROKEN WINDOW - NIGHT

Drexler dives through the broken window, after the A-cell.

Arlo leaps out the window after Drexler.

Drexler's fingers comes inches from the A-cell, but Arlo
seizes Drexler's left ankle with his right hand.

Fifty seven stories up, holding Drexler's foot in his right
hand, Arlo grabs the window frame with his left, and flings
Drexler, with all of his might, toward the city floor.

As Drexler falls, Arlo kicks off the wall —after the A-cell. Arlo seizes the A-cell in his finger tips, just before his 'gravity garments' pull him down toward the city floor.

"BANG!" Drexler fires his gun at Arlo, as he falls, missing.

The gunfire draws the attention of the crowds on the street below, sending them screaming in all directions, and Arlo Drexler hurl down.

The backfire of the gun throws Drexler into a spin as he falls, causing him to lose control of the gun and drop it.

Arlo falls at a moderate speed, toward the city floor.


INT. TV CONTROL ROOM - NIGHT

Seeing Drexler and Arlo fall past the window of the control center, Jerry stands and throws his chair against the window.

"CRASH!" The window shatters.

Looking down at the street, Jerry hesitates then dives out the window.

Behind him, one of the engineers reaches for the controls to switch the television stations back to their original programs. The program director stops the engineer, pointing at a viewership monitor, spiking upward.

                    PROGRAM DIRECTOR
          Look at the viewership spike.


EXT. STREETS OF UBEROPOLIS - NIGHT

"SLAM!" Drexler hits the ground forcefully, but Arlo's throw wasn't forceful enough to hurt Drexler in the weightlessness.

"Slam!" Arlo lands hard but safely. But the impact causes the A-cell to fumble out of his hand and bounce about 40 feet away.

Screaming Uberopolis citizens run in all directions, panicked.

Arlo rises to his feet in time to see Drexler running for his gun, near the A-cell.

Arlo grabs a parked Uber-cart (nearly weightless in space) and throws it.

The Uber-cart strikes Drexler to the ground.

                    DREXLER
          Shit.

Jerry, lands roughly on the street, some distance away.

Arlo dashes to get the A-cell. Before he can grab the A-cell, Drexler broadsides Arlo with a heavy punch, which, in the weightless state, sends Arlo flying toward a wall.

Drexler turns for the A-cell.

Arlo breaks his impact with the wall with his legs and arms, and leaps back toward Drexler and the A-cell.

The "wall leap" propels Arlo, sliding across the city street. Arlo's hand reaches the A-cell an instant before Drexler.

                    DREXLER (CONT'D)
          Son of a bitch!

A-cell in hand, Arlo hops up from the street.

Furiously, Drexler turns for his gun, lying on the street.

Before Drexler can get the gun, Arlo leaps, and tackles Drexler.

Arlo and Drexler land between two parked sky-cars; their bodies in the street, their ankles on the sidewalk.

Drexler takes the advantage with his great power, and puts Arlo in a brutal headlock.

                    DREXLER (CONT'D)
          You think I need a gun to kill you?
          Your body is aging, slowing down...
          I'm immortal.

Street traffic zips along, as Drexler strangles the life from Arlo's body.

Choking, Arlo feels the sidewalk curb on his ankle. Seeing a sky-car coming down the street, Arlo kicks off the curb.

The kick sends Arlo, with Drexler on top of him, sliding across the street, into the traffic.

The bottom of a sky-car smacks Drexler's head, prying his
arm from Arlo's neck. Drexler groans in pain.

                    DREXLER (CONT'D)
          Shit.

Arlo hurries to his feet and crosses the street.

"BANG!" Arlo turns to find Drexler, reunited with his gun.

Jerry turns and runs toward the gunfire.

Drexler aims to fire again.

"BANG!" The bullet deflects off of the sky-car and ricochets
down the street, hitting a bystander.  The bystander falls.

"BANG!" Another bullet ricochets wildly, puncturing a hydrogen
pipe. The gas pours out.

TWO POLICE OFFICER on a sky-cycle recognizes Arlo:

                    POLICE OFFICER 4
          Grainer!

The officer hits his SIRENS and pursues Arlo.

Arlo runs the wrong way down a

ONE WAY STREET

and wildly weaves over, under and around the heavy traffic,
as Drexler follows. A taxi driver yells at Arlo, angrily:

                    TAXI DRIVER
          Watch out!

Jerry grabs a parked Uber-car and joins the chase -the wrong
way down the one-way street.

Arlo runs into a casino.


INT. CASINO - NIGHT

Arlo leads Drexler through the casino and out the back exit.

EXT. STREETS OF UBEROPOLIS - NIGHT

Exiting the casino, Arlo runs down the street. Drexler follows a few moments behind.

"BANG!" Arlo dives and slides across the street, under a few speeding uber-taxis. Emerging on the other side of the street, Arlo sees a few workmen coming out of a DOUBLE DOORWAY, leading under the city floor.

Above the doorway a sign reads: "ELECTROLYSIS POWER STATION, AUTHORIZED PERSONNEL".

Arlo runs into the underground power station. Drexler follows.


INT. UNDERGROUND POWER STATION - NIGHT

Inside the power station, Arlo finds himself amid tens of workers in a dim, narrow hallway; pipes and cables line the walls. More hallways branch-off the main hallway.

Seeing Drexler still pursuing, Arlo turns and squeezes through the workers, deeper into the power station, until he spies a FIRE ALARM.

Arlo flips the fire alarm. "RING!" The fire alarm blares.

                    WORKER
          Fire!

Tens of workers rush toward Drexler, to escape. Drexler turns and races out of the power station, the same way he entered.

Arlo follows the flow of fleeing workers in the opposite direction, toward an exit.


EXT. STREETS OF UBEROPOLIS - DAY

Emerging from the power station, Arlo sees a POLICE OFFICER slowly cruising on his sky-cycle, distracted by the commotion.

Arlo tackles the police officer off his sky-cycle. Looking up from the ground, the officer watches Arlo abscond with his sky-cycle.

                    POLICE OFFICER 5
          Asshole!

Drexler emerges from the power station in time to see Arlo speeding away on the sky-cycle.

Drexler flags a 2ND POLICE OFFICER to a stop, yanks the cop out of the sky-ranger, jumps in the sky-ranger and resumes his pursuit.

Through the traffic Jerry sees Drexler speed after Arlo.

Stuck on a civilian vehicle, incapable of following Drexler and Arlo into the roof of the city, Jerry jumps off of his Uber-cart and flings it down the street, furiously.

> JERRY
> Son of of... Shit!

Hydrogen continues to pour from the pipe punctured by Drexler's bullet.

Arlo, on his nimble sky-cycle, makes a quick move through the tops of the city buildings and back down into the heart of the city -eluding Drexler's less maneuverable sky-ranger.

Arlo dismounts his sky-cycle, revs the throttle then releases it. The sky-cycle speeds down the street -unmanned. Arlo turns and runs toward the harbor, the other way, unnoticed.

Drexler sees Arlo's sky-cycle and pursues, mistakenly believing Arlo is at the helm.

The unmanned sky-cycle caroms off walls and cars down the street, creating sparks in it's path.

"BANG!" The unmanned sky-cycle crashes near the leaking hydrogen pipe, creating a spark, igniting the hydrogen.

"BOOM!" Drexler watches the huge hydrogen explosion.

> DREXLER
> God...

"RING!" A fire alarm sounds.

Disgusted that he's lost Arlo's trail, walking a street perpendicular to Arlo's path, Jerry sees Arlo run past.

Jerry pursues Arlo -toward the harbor.  A half a block behind Arlo, Jerry calls out:

> JERRY
> Arlo!

Arlo doesn't respond, racing toward the edge of the harbor.

                    JERRY (CONT'D)
          It's me! Jerry!... I can help you!

Arlo stops on the edge of the harbor, and turns to face Jerry.
Jerry stops running, careful not to encroach on Arlo's space.

                    ARLO
               (gasping)
          You're with the State!

                    JERRY
          I can get you out of here alive!

As Arlo looks toward Jerry, his eyes grow alarmed.

Sensing that Arlo is not looking at him, but past him, Jerry
turns around to find Drexler, 100 yards away, racing toward
them in his sky-ranger, gun drawn.

Jerry leaps out of the way. Arlo dives into the harbor water.

"BANG!" Drexler fires from 60 yards away.

Arlo surfaces briefly, then dives and disappears underwater.

"BANG!" Drexler fires again from 30 yards away.

Drexler glides over the water's surface, scanning for Arlo.


INT. TV CONTROL ROOM - CONTINUOUS

With no cameras underwater, the TV cameras remain focused on
the water's surface.


INT. HARBOR UNDERWATER - CONTINUOUS

Swimming underwater, Arlo makes it to the far wall of the
harbor. Blood swirls in the water, from a BULLET WOUND in
his leg.

Arlo desperately searches for the freshwater inlet, where he
and David Levine had lunch together.

Oxygen dwindling, a scar-nosed dolphin pokes Arlo in the
stomach. Spike! Arlo follows Spike a few yards to the inlet
hole, still covered by the grate.

Arlo pulls forcefully at the steering wheel sized grate latch
that keeps the opening shut.

It breaks free.

Arlo pulls the grate open and climbs through.


EXT. CONSTRUCTION ZONE (UBEROPOLIS) - DAY

Arlo emerges from the water, gasping and coughing, on the
prison construction side of the harbor wall.

He pulls himself out of the water and sits wearily on the
lip of the inlet hole, blood dripping from his leg.

Arlo quickly removes his wet shirt and wraps it around his
leg wound to slow the blood flow.


EXT. HARBOR - DAY

President Drexler and SEVERAL POLICE in sky-rangers scour
the water's surface, for any sign of Arlo.


EXT. CITY SHUTTLE PORT - UBEROPOLIS - NIGHT

Dozens of Uberopolis citizens rush to the shuttle-port,
demanding to be evacuated. Chief Kanu and a few police try
to calm the crowd.

                    WOMAN #3
          Take me back to earth!

                    MAN
          Get me out of here! Now!

                    CHIEF KANU
          Calm down, people!

A message comes over Chief Kanu's radio.

                    RADIO DISPATCHER
          Chief Kanu, the electrolysis station
          is down. Our oxygen supply is reduced
          until we get it up again -and there's
          a hydrogen fire burning downtown.

105

Chief Kanu turns to a SENIOR POLICE OFFICER next to him.

> CHIEF KANU
> Shit! Our oxygen supply is down and
> we have a hydrogen fire. We've got
> to evacuate.

> SENIOR POLICE OFFICER
> Evacuate?!

> CHIEF KANU
> Or suffocate.

Chief Kanu speaks into his radio, back to dispatch.

> CHIEF KANU (CONT'D)
> THROW THE SIRENS NOW! And raise the
> evacuation trains!

The evacuation sirens blare throughout Uberopolis.


EXT. HARBOR - NIGHT

Drexler glides over the water looking for Arlo's body.
Drexler grabs his phone and calls the radio dispatcher.

INTERCUT TELEPHONE CONVERSATION - DREXLER AND RADIO DISPATCHER

> DREXLER
> Who told you to evacuate?

> RADIO DISPATCHER
> Kanu. We've got a hydrogen fire and
> the electrolysis station is down.

Drexler turns away from the phone to yell at the officers
searching the water for Arlo.

> DREXLER
> Shit!! Get outta here! Evacuate!

Drexler returns to his phone conversation with the radio
dispatcher.

> DREXLER (CONT'D)
> Tell Warden Arnold to set the prisoner
> evacuation for disposal.

Drexler hangs up. Around him the police officers evacuate.
One of the officers turns to addresses Drexler.

                        POLICE OFFICER 6
            What about you, sir?

                        DREXLER
            I'll leave when I find this bastard!


EXT. CONSTRUCTION ZONE (UBEROPOLIS) - NIGHT

Arlo sits, eyes closed, trying to recover from his bullet
wound, in an out of sight area near the fresh water inlet
hole.

Evacuation alarms sound. Arlo opens his eyes and moves from
his sheltered area to see what's happening around him.

On a long raised strip, resembling a subway

PLATFORM

Arlo sees two very long evacuation shuttle-trains slowly
rise up from the floor of the construction zone, on both
sides of the platform. The front "car" of the shuttle train
is an oversized shuttle, pulling many smaller freight cars.

The doors to one of the shuttles opens. One of two red-suited
PILOTS speaks into an intercom mic mounted on the platform.

                        PILOT #1 (on intercom)
            Prisoners, enter the open shuttle
            for immediate evacuation.

The prisoners hastily enter the open shuttle, leaving nothing
but guards on the platform.

Stealthily, Arlo creeps closer. But in moving, an automated
camera senses Arlo's figure, triggering the video tracking
system.


INT. TV CONTROL ROOM - NIGHT (CONTINUOUS)

In the empty control room Arlo's image comes back on the
world's TV's.

INT. UBEROPOLIS - CONTINUOUS

In a open area of downtown Uberopolis the free citizens frantically board any one of a dozen long evacuation shuttle trains.

Two of the shuttle-trains slowly lower back down below the floor of city. The city floor slides back above them, creating an airtight airlock to launch into space.


EXT. HARBOR - NIGHT

Drexler searches the water for Arlo. The last evacuating police officers calls back to Drexler from a distance.

                    POLICE OFFICER 7
          President Drexler! Look at your TV!

Drexler flips open his watch-phone and sees Arlo on the construction side of the dividing wall.


EXT. CONSTRUCTION ZONE (UBEROPOLIS) - DAY

Carefully, Arlo moves closer to the

PLATFORM

and the prisoners.

The doors to the second shuttle opens. The comparatively small number of guards enter the second shuttle train, leaving the platform clear -except the two pilots.

As a short pilot unexpectedly begins to walk toward the front shuttle of the PRISON car, a tall pilot calls to him. Arlo listen closely, hiding behind a half wall.

                    SHORT PILOT
          Come on, we gotta go.

                    TALL PILOT
          I gotta set the autopilot over here.

                    SHORT PILOT
          They're gonna dispose of all of 'em?!

                    TALL PILOT
          Doing the world a favor.

Pilot #1 disappears into the prisoner's shuttle cargo door.

Pilot #2 enters the guards' shuttle and disappears inside.

Arlo quickly slips into the prisoner's shuttle


INT. PRISONER'S SHUTTLE - CARGO BAY - CONTINUOUS

Arlo finds a hundred prisoners sitting strapped to their
seats. The pilot enters the autopilot code into a small wall
mounted navigation box.

Arlo sneaks up on the pilot and places him in a choke hold.
Looking at the navigation box Arlo sees the words "DISPOSAL...
MISSION... SET...", flicker by.

                    ARLO
          Reset the mission.

Arlo takes a RED stun-gun from the pilot's belt, as he speaks.

                  PILOT #2
          I can't reset. I don't have the code.

The prisoners watch, uncertain.

                    ARLO
          Release the prisoners.

The pilot presses a code into the box. The prisoner restraints
pop off. Keeping the pilot in a one armed headlock, Arlo
grabs the shuttle intercom to address the prisoners in the
rear freight cars.

                ARLO (CONT'D)
          This shuttle's gonna dump you in
          space! Get on the other shuttle train
          now if you want to live.

The prisoners rush out of the disposal shuttle train and
into the guards's (largely vacant) shuttle. The prisoner's
quickly overwhelm the guards with their numbers.

Arlo releases the pilot, with a shove, through the cargo
door. The pilot runs into the opposite shuttle to pilot the
only remaining evacuation shuttle.

Arlo begins to step from the cargo hull onto the platform.
He looks up to see Drexler racing toward him, gun drawn.

BANG! Arlo leaps out of the doorway and behind one of the many passenger seats in the cargo hull.

Drexler rushes in the cargo hull and begins aggressively searching the seat rows.

Hiding, silently, under one of the seat rows, Arlo looks up to see Drexler passing. Arlo fires the RED stun-gun at Drexler. Hit with the electrode, Drexler drops his gun and convulses in pain.

Arlo jumps up and punches Drexler in the face, slams him into the wall and places Drexler in a one armed headlock.

Holding the stun gun in his free fist Arlo begins rapidly hammering Drexler in the face with stun-gun reinforced fist, until blood pours from Drexler's nose and mouth.

Arlo brings back his fist, and prepares to land the killing blow to Drexler's face; then pauses:

                    ARLO (CONT'D)
          I could kill you...
                    (breathing heavily)
          I'm getting your gun. Then we're
          gonna bring Franny the medicine.
          Then I'll surrender... Understand?!

Drexler nods his head, weakly.

Arlo releases his grip. Drexler slowly falls to his knees, blood dripping from his face.

Arlo steps away from Drexler and toward the gun on the floor.

As Arlo reaches for the gun a jolt of pain shoots through his head, driving him to one knee —an "ice-pick" headache. Arlo eyes roll in their sockets as he GROANS and struggles to his feet.

"BANG!" A fist smashes Arlo in the face, knocking him to the ground. Arlo looks up to find Drexler looming over him.

                    DREXLER
          Bad time for a headache.

Arlo kicks the gun across the floor, to keep it from Drexler.

Drexler leaps for the gun and grabs it, as Arlo struggles to his knees. Without hesitation, Drexler turns and fires.

Arlo's head jerks back. He falls to his knees, hit by the bullet on the right side of his neck.

Arlo grabs the side of his neck.

Drexler lowers the gun to fire the killing bullet.

ZAP! Drexler's body jolts, violently, in pain.

Jerry stands behind Drexler, with his stun-gun discharged into Drexler's neck.

                         DREXLER (CONT'D)
            GRRRR!

Drexler recovers from the shock, and raises his gun to shoot Jerry.

Jerry throws his stun-gun down and unloads a haymaker of a right hook (a punch) to Drexler's face, before Drexler can fire.

The punch knocks Drexler out of the shuttle's door, unconscious, on the platform.

Jerry rushes to Arlo's side, to find Arlo, semi-conscious, holding his bloody hand to the wound on his neck.

                         JERRY
            Shit.

Jerry takes off his white shirt. He removes Arlo's hand from the wound and places his shirt over the bullet hole.


EXT. CONSTRUCTION ZONE - PLATFORM - CONTINUOUS

As Jerry works to assist Arlo he doesn't notice the shuttle bay doors closing behind him.

Jerry places Arlo's hand back over the wound.

                         JERRY
            Push.

Jerry glances up and discovers the shuttle is moving.

                         JERRY (CONT'D)
            What the hell?!

Weakly, Arlo points to the cockpit.

                              ARLO
                    Get in cockpit... We're getting...
                    Dumped in space.

Jerry lifts Arlo from the floor and carries him

THROUGH THE AIRLOCK

INTO THE COCKPIT

where Jerry helps Arlo into the copilot's chair.


EXT. CONSTRUCTION ZONE - PLATFORM - CONTINUOUS

The two evacuation shuttle-trains docked at the platform
slowly lower back down below the floor of the construction
zone. The floor slides back above them, creating an airtight
seal, creating an airlock.


INT. SHUTTLE COCKPIT - UNDER THE CITY FLOOR - CONTINUOUS

IN THE COCKPIT Jerry sees the shuttle submerge below the
city floor, then the metal city floor automatically cover
the shuttle, in an airlock tunnel.

Now, in an underground tunnel, through the windshield, Jerry
sees the perimeter wall open at the end of the tunnel. The
automated shuttle slowly gains speed, toward the opening, to
exit into space.


EXT. UBEROPOLIS - NIGHT

Dozens of evacuation trains shuttle trains, filled with
evacuees, flee Uberopolis.


EXT. UBEROPOLIS - CONSTRUCTION ZONE - NIGHT

Drexler regains consciousness and looks around to discover
the shuttle train is gone. Wearily, Drexler pulls out his
watch phone and speaks.

112

                    DREXLER
          Defense shield... This is the Big
          Picture... Locate prisoner disposal
          shuttle-train... Good. Neutralize.
          All points strike. Disable internal
          override.


INT. SHUTTLE COCKPIT - NIGHT

Arlo and Jerry sit in the pilot's seat, Jerry to Arlo's left.
Arlo's eyes relax as if losing consciousness.

Jerry presses Arlo's own hand against his neck wound.

                    JERRY
          Keep the pressure... Arlo!

Keeping one hand on his neck's bullet wound, the shirt now
red with blood, Arlo reaches into his pocket and hands Jerry
the Drexlerin bottle.

                    ARLO
          Give... to my daughter.

Jerry pushes Arlo's hand back.

                    JERRY
          You're gonna give 'em to her.

Jerry reaches over to help Arlo push the shirt against the
wound. Turning back to the radar monitor, Jerry sees a
speeding blip approaching from below the right.

                    JERRY (CONT'D)
          I got a Warhead. What do I do?

                    ARLO
          Go faster.

Arlo's head wobbles, light-headed from blood-loss.

                    JERRY
          Shit.

Jerry races the shuttle forward.

Arlo's eyes roll, drifting off to die.

INT. DREAM SEQUENCE - SHUTTLE - (CONTINUOUS)

Arlo turns left to find a gaunt, pale child, sitting in Jerry's pilot seat, with a respirator mask over his face.

The child rises, smiles, and hands Arlo a yellow flower, then turns and walks to the rear of the cockpit, and disappears through the airlock window.

WATER SPLASHES through the airlock window.

Arlo moves to the airlock, to discover it's sealed by a steel-bar grate. Beyond the grate he sees 'Spike', the dolphin, swimming in the cargo hull.  Arlo tugs at the bars to free Spike, to no avail. A voice calls:

                    VOICE (V.O.)
          There's no way out.

A RED LIGHT FLASHES in the cargo hull. An ALARM BLARES.

Deep in Spike's eye, Arlo sees the spiral of Benni's yellow butterfly dream catcher.

END DREAM SEQUENCE


INT. SHUTTLE - COCKPIT - NIGHT (CONTINUOUS)

Waking and turning left, Arlo finds Jerry yelling as the war heads gain.

                    JERRY
          There's no way out!

                    ARLO
          Back... to Sky Town... fast.

Jerry looks at Arlo, confused, but turns the shuttle back, full speed. The warhead follows, gaining.

Racing the warhead back to Uberopolis, they pass dozens of evacuating shuttle trains.

The warhead gains. Moments from impact, Arlo's eyes close...

INT. DREXLER'S PRIVATE SHUTTLE - COCKPIT - CONTINUOUS

The last Uberopolis evacuees: Drexler, his pilot, Warden
Arnold and Chief Kanu sit in Drexler's private shuttle.

Drexler looks out the windshield in time to see Arlo and
Jerry's shuttle racing back toward Uberopolis, with three
missiles only a moment behind. Drexler's eyes widen with
disbelief.

                    DREXLER
          Bastard.


INT. SHUTTLE - NIGHT (CONTINUOUS)

An instant before impact, Arlo opens his eyes, reaches up
and throws three switches. Thrusters fire and the evacuation
pod launches. Arlo pulls back on the control column.

Jerry watches, astonished.


EXT. UBEROPOLIS - NIGHT (CONTINUOUS)

The Evac-shuttle turns sharply up, out of the way of the
warheads, narrowly missing the outer wall of Uberopolis.

The fuselage of the shuttle plows through the outer shield
of Uberopolis. The warhead follows an instant behind,
detonating and blasting Uberopolis to ruins.


INT. SHUTTLE - NIGHT (CONTINUOUS)

Jerry exalts with both arms in the air.

                    JERRY
          HELL YEAH!! HELL YEAH!!

Jerry looks toward Arlo, to find him slumped, motionless, in
his seat.

                    JERRY (CONT'D)
          Arlo..?

Jerry reaches over and applies pressure to Arlo's neck.

                    JERRY (CONT'D)
          Arlo... Come on, man... Arlo...

                                        FADE TO:

EXT. CEMETERY - DAY

The green cemetery lawn contrasts against the gray sky. A
small group of people with their heads hung solemnly, sit
listening to a female orator give the funeral eulogy.

Behind the woman, a coffin. The woman's words are muffled by
the wind and street traffic.

Laura, Jerry, Howard, John Carl and Rianna, sit teary eyed
in a row.  ARLO, at the end of the row, sits with a large
scar on his neck; his face clean shaven, again.

Sitting next to Arlo, Franny reaches forward and touches
Jerry on the shoulder. Jerry turns. Franny hands him a yellow
flower.

                    FRANNY
          I'm sorry about your son, Matthew.

Taking the flower, Jerry forces a smile.

The service concludes. The mourners rise. HOWARD approaches
Jerry with a brief embraces, then somberly walks away, as
the other mourners disperses for home.

Arlo and Rianna (followed by John Carl and Franny) approach
Jerry and Laura as they arrive to their funeral car. Laura,
enters the car, too anguished to look up and notice them.
Rianna addresses Jerry.

                    RIANNA
          If there's anything you need...

Jerry nods, appreciatively.  Jerry eyes fall upon Arlo.

                    ARLO
          You gonna be OK?

Jerry hesitates.

                    JERRY
          It's always gonna hurt...
               (his voice breaks)

Jerry hugs Arlo almost convulsively.

                         JERRY (CONT'D)
                We went fishing... When you were in
                the hospital... He gotta go fishing.

Arlo pauses, overcome by the weight of the moment.

                         ARLO
                Maybe you can try again...

                         JERRY
                      (pausing)
                I'm not sure I'm that strong.

Jerry pulls back from Arlo.  The two men exchange a brief
look of mutual regard.

Jerry slips into the funeral car with his wife.  The funeral
car drives away, leaving Arlo with his family on the cemetery
lawn.  Drizzle falls.

Across the street, TWO UNDERCOVER AGENTS watch Arlo from a
parked sky-car.

Arlo picks up Franny and hugs her tightly.  Arlo and Franny
break their embrace and consider each other at close range,
as Arlo holds Franny, perched on his forearms.

                         ARLO
                You ready for your new school?

                         FRANNY
                      (nodding)
                Mommy got me new clothes.

                         ARLO
                I can't wait to see.

Arlo puts Franny down. Franny, John Carl, Arlo and Rianna
slowly walk toward a sky-car. John Carl and Franny walk a
few steps ahead of their parents.

                         RIANNA
                The hospital released you this
                morning?

                         ARLO
                Last night.

                         RIANNA
                I could have picked you up.

                    ARLO
          Didn't want to impose. The State
          gave me a hotel room -and some new
          friends while I'm in town.

Arlo nods toward the two undercover agents. Noticing Arlo's
nod, one of the agents waves to Arlo.

                    ARLO (CONT'D)
          Vince loaned me the suit...
                (waving back to the
                 agents)
          John Carl says you got an apartment
          and a job?

                    RIANNA
          Just a basic apartment.  It's really
          not much.  And I'm substitute teaching
          for Laura until a permanent position
          opens.  Jerry arranged it.  We can
          afford repatriation now.

John Carl and Franny get into the car and close the doors.
Arlo and Rianna stop outside of the car to finish:

                    ARLO
          I'm not repatriating.

                    RIANNA
          The kids are happy here --

The drizzle strengthens into a light rain.

                    ARLO
                (nodding)
          And Franny needs the good medical
          care.  I'll try to visit--

                    RIANNA
          You can't be serious.  You just spent
          a month in intensive care and you
          can't even try it here?... They
          exonerated you.  You're not a
          criminal.  They're giving the profits
          from Tamara's A-cells to her
          charities... We're having an election
          soon.  Things are changing.

Arlo lowers his eyes.

                          RIANNA (CONT'D)
                    ...Don't you get it? The war's over!
                    You're the only one left fighting...
                    and for what?

Arlo's eyes survey his surroundings, hesitating to answer.

                          ARLO
                    Something better.

                          RIANNA
                    Is it so bad here?  We can believe
                    whatever we want in...
                              (hesitating at her
                              own hypocrisy)
                    ...our own homes...

Rianna purses her lips in frustration. The rain smears her
VIOLET eye shadow, obscuring her tears.

                          ARLO
                    You're still beautiful in the rain.

Rianna surrenders a momentary smile.

                          RIANNA
                    You're still impossible.

Arlo smiles in turn.


EXT. HOVER-JET - NIGHT

A lone sky-cycle races above dark, barren fields and desserts.
The sky-cycle glides through the doors of a large warehouse.


INT. WAREHOUSE - NIGHT

Arlo parks the sky-cycle, dismounts and strides confidently
toward a hover-jet warming on the dock, next to a familiar
figure: Dylan.

Arlo gives Dylan a quick wave. Dylan nods, closes the hover-
jet's cargo hull and tosses Arlo the key.

Catching the keys, Arlo hops into the hover-jet, cranks the
key and blazes out of the warehouse, back into the night.

                                              FADE OUT: