1  Steve Wilson Briggs
2  4322 Chico Ave.,
   Santa Rosa, CA 95407
3  510 200 3763
4  snc.steve@gmail.com
   PLAINTIFF In Propria Persona
5
6
7

**FILED**

MAR −4 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

*WHO*

8                **UNITED STATES DISTRICT COURT**

9                **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10  STEVE WILSON BRIGGS | Civ No: |
| 11          Plaintiff, | **CV20      1596** |
| 12             vs | **DECLARATION OF** |
| 13  JAMES CAMERON;  et al | **DR. MORGAN MARCHBANKS,** |
| 14          Defendants | **IN SUPPORT OF PLAINTIFF'S** |
| 15 | **COMPLAINT** |

16              **DECLARATION OF DR. MORGAN MARCHBANKS,**

17       **IN SUPPORT OF PLAINTIFF STEVE WILSON BRIGGS' COMPLAINT**

18       My name is Dr. Morgan Marchbanks and I declare the following:

19       I am over 18, and not a party of this action.

20       I am a resident of Sonoma County, where the mailing took place.

21       My address is 346 Major Dr., Santa Rosa, CA 95403.

22       Between January 17, 2020 and January 30, 2020, I received numerous emails and texts

23  from Steve Wilson Briggs (Plaintiff in this action) requesting that I enter certain email

24  addresses into my computer's Internet Explorer browser and my computer's Google

25  Chrome browser.  These web addresses were located on the Internet Archive and all started

26  with the prefix "https://web.archive.org/web/*/".

27       On each of these occasions, I did as Mr Briggs requested.

28       I then observed that both of these browsers went to web addresses that were NOT the

1   web addresses that I entered into my browser.  The web browsers did this on each website

2   that I entered into these browsers, except for three of the web addresses (which I will

3   describe later).

4        With the exception of the three web addresses each of the web addresses that I entered

5   into my browsers (Internet Explorer and Google Chrome) went to addresses that had what

6   appeared to be a year number (e.g. "2017") connected to an asterisk; such as "2017*".  On

7   all of the web addresses in question, this element (the year and asterisk) were not in the web

8   address that I entered into my browsers.

9        On February 24, 2020, Steve Wilson Briggs emailed me a copy of the Complaint he

10  intended to file in this matter.  The way Plaintiff Steve Wilson Briggs described how the

11  web browsers directed to, and displayed, URLs (web addresses) that were not the web

12  addresses that were entered into the browser, on page 102 to 115 of the Complaint, was

13  precisely the experience that I had with these web addresses.

14       On many of the occasions that Mr Briggs texted and emailed web addresses (or URLs)

15  for me to examine in my browsers, he frequently drove to my house later that same evening

16  or the next day, to examine, with me, how the browsers behaved when the web addresses

17  were entered into the browser.

18       The three web addresses that did not both go to web addresses with the "conjoined

19  year and asterisk" were

20      1.  "https://web.archive.org/web/*/www.jackchaos.com",          which         went         to

21           "https://web.archive.org/web/2016*/www.jackchaos.com" on Internet Explorer, but

22           went to "https://web.archive.org/web/20000302063433/http://www.jackchaos.com/"

23           with my Google Chrome browser;

24      2.  And          "https://web.archive.org/web/*/www.avatarmovie.com"          went         to

25           "https://web.archive.org/web/20151223041855/http://www.mtv.com/news/1535402/titanic-

26           mastermind-james-camerons-king-size-comeback-two-sci-fi-trilogies/" on  both  Internet

27           Explorer and Google Chome.

28      3.  And          "https://web.archive.org/web/*/www.explorepandora.com"          went         to

1       https://web.archive.org/web/20151223041855/http://www.mtv.com/news/1535402/ti

2    tanic-mastermind-james-camerons-king-size-comeback-two-sci-fi-trilogies/  on both

3    Internet Explorer and Google Chome.

4

5       I declare under penalty of perjury under the laws of the United States of America that

6  the foregoing is true and correct.

7

8    Dated:    March 3, 2020    Signed: *Morgan Marchbanks, Ed.D*

9                            Dr. Morgan Marchbanks

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

DECLARATION OF DR. MORGAN MARCHBANKS