Name: Steve Wilson Briggs
Address: 4322 Chico Avenue, Santa Rosa, CA 95407
Phone Number: (510) 200 3763
E-mail Address: snc.steve@gmail.com

*Pro Se*

FILED
MAR -4 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Steve Wilson Briggs

Plaintiff,

vs.

James Cameron; Twentieth Century Fox Film Corporation; News Corporation; Google LLC; Internet Archive; Lightstorm Entertainment, Inc.; Michael Pierce; Mark Williams; Robert Mark Kamen.

Defendant.

Case Number: CV20 1596 WHO

**MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**

Judge _____

As the (*Plaintiff/Defendant*) Plaintiff _____ in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.

2. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.

3. I have regular access to the technical requirements necessary to e-file successfully:

   - ☑ A computer with internet access;
   - ☑ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.
   - ☑ A scanner to convert documents that are only in paper format into electronic files;
   - ☑ A printer or copier to create required paper copies such as chambers copies;
   - ☑ A word-processing program to create documents; and
   - ☑ A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be e-filed.

Date: March 4, 2020    Signature: /s/ Steve Wilson Briggs