Name: Steve Wilson Briggs
Address: 4322 Chico Avenue,
Santa Rosa, CA 95407
Phone Number: (510) 200 3763
E-mail Address: snc.steve@gmail.com

*Pro Se*

RECEIVED
MAR - 4 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

WHO

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steve Wilson Briggs,<br><br>    Plaintiff,<br><br>vs.<br><br>James Cameron; Twentieth Century Fox Film Corporation; News Corporation; Google LLC; Internet Archive; Lightstorm Entertainment, Inc.; Michael Pierce; Mark Williams; Robert Mark Kamen.<br><br>    Defendant. | Case Number: CV20 1596<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**<br><br>DATE:<br>TIME:<br>COURTROOM:<br>JUDGE: |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: _____      _____

United States District/Magistrate Judge