FILED

MAR -4 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

WHO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Steve Wilson Beiggs

Plaintiff(s)

v.

James Cameron; Twentieth Century Fox Film Corporation; News Corporation; Google LLC; Internet Archive; Lightstorm Entertainment, Inc.; Michael Pierce; Mark Williams; Robert Mark

Defendant(s).

Case No. CV20 1596

CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

☐ **Consent** to Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☑ **Decline** Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: March 4, 2020        NAME: Steve Wilson Briggs

COUNSEL FOR (OR "PRO SE"): Plaintiff Pro Se

*Signature*