```
1   Steve Wilson Briggs
2   4322 Chico Ave.,
    Santa Rosa, CA 95407
3   510 200 3763
    snc.steve@gmail.com
4   PLAINTIFF In Propria Persona
```

RECEIVED
2020 APR 24  A 11: 12
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

FILED
APR 24 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA,**

**SAN FRANCISCO DIVISION**

| STEVE WILSON BRIGGS, | Civ No: 20-cv-1596-WHO |
|---|---|
| Plaintiff, | **PLAINTIFF'S REQUEST FOR AN INDEFINITE SERVICE OF PROCESS TIME DEADLINE EXTENSION, UNDER RULE 6(b), DUE TO STATEWIDE SHELTER-IN-PLACE AND NON-ESSENTIAL BUSINESS CLOSURE ORDERS.** |
| vs | |
| JAMES CAMERON et al, | |
| Defendants. | |

**PLAINTIFF'S REQUEST FOR AN INDEFINITE SERVICE OF PROCESS**

**TIME DEADLINE EXTENSION**

Plaintiff filed the complaint in this action on March 4, 2020. Fifteen days later, March 19, 2020, California Governor Gavin Newsom issued a statewide shelter-in-place order. Shortly thereafter, Governor Newsom also issued a statewide non-essential business order, which ordered the closure of all California businesses that are not deemed essential.

In this matter, five of the ten defendants (20th Century Fox Film Corp, Google LLC, Internet Archive, Zero Gravity, and Lightstorm Ent.) are California based non-essential business entities, and two of the private individual defendants (James Cameron and Robert Kamen) claim non-essential business addresses as their private addresses on their California business entity statements (BES). These non-essential business addresses are as follows:

1. Twentieth Century Fox, 10201 West Pico Blvd, Los Angeles, CA 90035.
2. Google. 1600 Amphitheatre Parkway, Mountain View, CA 94043.

1   3. Internet Archives, 300 Funston Avenue, San Francisco, CA 94118.
2   4. Zero Gravity Management, 11110 Ohio Ave Suite 100, Los Angeles, CA 90025 (or
3      Zero Gravity LLC, 850 S Shenandoah St, Apt 306, Los Angeles, CA, 90035, USA ).
4   5. Lightstorm Entertainment, 16027 Ventura Blvd, Ste 301, Encono, CA 91436.
5   6. James Cameron, 16027 Ventura Blvd, Ste 301, Encino, CA 91436.
6   7. Robert Mark Kamen, 21692 8th Street East, Suite 300, Sonoma, CA 95476.

*NOTE: Although Zero Gravity Management still operates in California, as explained in the complaint, the Zero Gravity Management film company went out of business in November 2007, and never re-filed a California BES. Because of this, Plaintiff is forced to guess that ZGM is operating in California as Zero Gravity LLC (a Delaware or Nevada based company, which should operate in California under the name of Zero Gravity Motion Pictures, LLC, with the service address of 850 S Shenandoah St, Apt 306, Los Angeles, CA, 90035). But, to avoid service, ZGM may claim not to be Zero Gravity LLC; thus, Plaintiff will also serve ZGM at the address claimed on its website: 11110 Ohio Ave Suite 100, Los Angeles, CA 90025.

Two of the remaining defendants, Mark Williams and Michael Pierce, claim private residential addresses on California BES's. Plaintiff is prepared to properly serve these private parties. However, Plaintiff worries that these private defendants will use the existing shelter-in-place order to evade service. Thus, Plaintiff will ask the Court to extend the service time deadline on these private parties also.

The remaining corporate entity, News Corporation, is based in New York CIty, which is also currently under shelter-in-place orders and non-essential business orders. Thus, Plaintiff requests an extension to serve this defendant also.

For all of the foregoing reasons, Plaintiff hereby requests that the Court extend all service deadlines and grant Plaintiff an additional 90 days to serve all parties, which will toll from the day the current shelter-in-place and non-essential business orders are lifted.

Dated: April 24, 2020.         Signed: _____
                                        STEVE WILSON BRIGGS
                                        Plaintiff, In Propria Persona