AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Northern District of California

RECEIVED
2020 APR 24  A 11: 13
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA

Steve Wilson Briggs )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. CV20-01596-WHO
)
James Cameron; Twentieth Century Fox Film )
Corporation; News Corporation; Google LLC; Internet ) **AMENDED SUMMONS**
Archive; Lightstorm Entertainment, Inc.; Zero Gravity, )
LLC; Michael Pierce; Mark Williams; Robert Kamen. )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

James Cameron; Twentieth Century Fox Film Corporation; News Corporation; Google LLC, Internet Archive; Lightstorm Entertainment, Inc.; Zero Gravity, LLC (also known as Zero Gravity Management, LLC; also known as Zero Gravity Management), who/which in California may also operate as Zero Gravity Motion Pictures, LLC; Michael Pierce; Mark Williams; Robert Mark Kamen.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steve Wilson Briggs
4322 Chico Avenue,
Santa Rosa, CA 95407

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

April 29, 2020

Date: ~~04/24/2020~~

*CLERK OF COURT*
*Susan Y. Soong*

*Felicia Brown*

*Signature of Clerk or Deputy Clerk*