POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Steve Wilson Briggs<br>PLAINTIFF, Pro Se<br><br>TELEPHONE NO.: (510) 200 3763   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: snc.steve@gmail.com<br>ATTORNEY FOR *(Name)*: | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF (US Dist Court, Northern Dist of California)
STREET ADDRESS: 450 Golden Gate Ave
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: San Francisco

PLAINTIFF/PETITIONER: Steve Wilson Briggs
DEFENDANT/RESPONDENT: ZERO GRAVITY, LLC

CASE NUMBER: CV20-01596-WHO

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [x] summons
   b. [x] complaint
   c. [x] Alternative Dispute Resolution (ADR) package
   d. [x] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [x] other *(specify documents)*: Amended Summons, 2 copies of Notice and Acknowledgment of Receipt, and SASE.
3. a. Party served *(specify name of party as shown on documents served)*:

   b. [x] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   Corporation Service Company

4. Address where the party was served:
   mailed to: 112 North Curry Street, Carson City, NV 89703

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date)*: 5/7/2020   (2) at *(time)*: 4:44pm
   b. [ ] **by substituted service.** on *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:   from *(city)*:   or [ ] a declaration of mailing is attached.
      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

POS-010

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |

5. c. [x] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*     (2) from *(city):*

    (3) [x] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) [x] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. [x] **by other means** *(specify means of service and authorizing code section):*
Per CCP 415.40, summons, complaint and other documents were NOT mailed to the defendant, rather the specified documents were mailed to the defendant's designated registered agent (per CCP 416.10).

  [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. [x] as an individual defendant.
  b. [ ] as the person sued under the fictitious name of *(specify):*
  c. [ ] as occupant.
  d. [ ] On behalf of *(specify):*
    under the following Code of Civil Procedure section:

    [ ] 416.10 (corporation)      [ ] 415.95 (business organization, form unknown)
    [ ] 416.20 (defunct corporation)      [ ] 416.60 (minor)
    [ ] 416.30 (joint stock company/association)      [ ] 416.70 (ward or conservatee)
    [ ] 416.40 (association or partnership)      [ ] 416.90 (authorized person)
    [ ] 416.50 (public entity)      [ ] 415.46 (occupant)
                            [ ] other:

7. **Person who served papers**
  a. Name: Dr. Morgan Marchbanks
  b. Address: 346 Major Dr Santa Rosa, CA 95403
  c. Telephone number: 650 576-3088
  d. **The fee** for service was: $ None
  e. I am:
    (1) [x] not a registered California process server.
    (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
    (3) [ ] a registered California process server:
        [ ] owner    [ ] employee    [ ] independent contractor.
    (ii) Registration No.:
    (iii) County:

8. [x] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 5/7/2020

*Morgan Marchbele Ed*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)
MORGAN V. MARCHBANKS, Ed-D

*Morgan Marchbele Ed*
(SIGNATURE)

POS-010 [Rev. January 1, 2007]      **PROOF OF SERVICE OF SUMMONS**      Page 2 of 2

For your protection and privacy, please press the Clear This Form button after you have printed the form.    [Print this form] [Save this form]    [Clear this form]