| | |
|---|---|
| Steve Wilson Briggs<br>4322 Chico Ave.,<br>Santa Rosa, CA 95407<br>510 200 3763<br>snc.steve@gmail.com<br>PLAINTIFF In Propria Persona | |

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA,**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STEVE WILSON BRIGGS,<br><br>Plaintiff,<br><br>vs<br><br>JAMES CAMERON et al,<br><br>Defendants. | Civ No: 20-cv-1596-WHO<br><br>**PLAINTIFF'S RULE 4(c)(3) REQUEST THAT THE COURT ORDER THAT CERTAIN, SPECIFIED DEFENDANTS BE SERVED BY U.S. MARSHAL** |

**PLAINTIFF'S RULE 4(c)(3) REQUEST THAT THE COURT ORDER THAT**

**CERTAIN, SPECIFIED DEFENDANTS BE SERVED BY U.S. MARSHAL**

(NOTE: This document was originally written and prepared to be filed on Thursday, May 7, 2020. However, due to delays related to the ECF system, related to the Covid-19 shelter-in-place orders, Plaintiff was unable to efile this document until Saturday, May 9, 2020; thus, it is so dated.)

Currently, Plaintiff has duly served of five of the Defendants. The five defendants that have been duly served are all corporations. They are:

1. **Twentieth Century Fox Film Corporation;**
2. **Google LLC;**
3. **Lightstorm Entertainment;**
4. **News Corporation**;
5. **ZERO GRAVITY, LLC.**

Plaintiff has **not** been able to serve the corporate defendant *Internet Archive*, because Internet Archive is closed, under San Francisco's (and Governor Newsom's) Covid-19 shelter-in-place orders.

Due to these Covid-19 shelter-in-place and non-essential business orders, Plaintiff has also **NOT** yet served the following natural person defendants:

1. James Cameron;
2. Michael Pierce;
3. Mark Williams;
4. Robert Kamen.

Currently, these four natural person defendants are extremely difficult, if not impossible, to serve, due to the shelter-in-place orders and non-essential worker orders. Compounding this problem, when the shelter-in-place orders are lifted, many process servers, and perhaps even the natural person Defendants, may choose to continue to shelter-in-place, as the risk of contracting Covid-19 will remain substantial. Thus, per FRCP Rule 4(c)(3), Plaintiff makes this request for the Court to order that service of the remaining five defendants (Internet Archive, James Cameron, Michael Pierce, Mark Williams, and Robert Kamen) be made by a United States marshal or deputy marshal or by a person specially appointed by the court. Rule 4(c)(3) reads:

> (3) *By a Marshal or Someone Specially Appointed.* **At the plaintiff's request**, **the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court**. The court...

To expedite the process and assist the Court, Plaintiff provides the following addresses for these five yet unserved defendants—all addresses are from current and valid California Secretary of State's Office's business entity statements (**CA BES**):

1. Internet Archive, **300 Funston Avenue, San Francisco, CA 94118** (from Internet Archive's CA BES; designated agent at the address is **Jacques Gael Cressaty**);
2. James Cameron, **16027 Ventura Blvd, STE 301, Encino, CA 91436** (from line 7 and 10 of Lightstorm Entertainment, Inc's CA BES);

3. Michael Pierce, **4439 FIRMAMENT AVE, ENCINO, CA 91436** (from line 7, 8, and 9 of MP Studios Inc's CA BES);

4. Mark Williams, **4010 Mandeville Canyon Road, Los Angeles, CA 90049** (from line 5c and 6b of Mark Williams Films LLC's CA BES);

5. Robert Kamen, **21692 8th Street East, Suite 300, Sonoma, CA 95476** (from line 5c and 6b of Kamen Wines LLC's CA BES).

Plaintiff is prepared to assume the reasonable cost of such service, and to provide the appointed server/marshal with copies of the summons and all required service documents.

Based on the foregoing, Plaintiff hereby requests that the Court grant this request for an order that service of process on Defendants **Internet Archive, James Cameron, Michael Pierce, Mark Williams,** and **Robert Kamen**, be made by a United States marshal or deputy marshal or by a person specially appointed by the court.

Dated: May 9, 2020.              Signed:      /s/ Steve Wilson Briggs
                                             Plaintiff, In Propria Persona