**JASSY VICK CAROLAN LLP**
JEAN-PAUL JASSY, Cal. Bar No. 205513
  jpjassy@jassyvick.com
KEVIN L. VICK, Cal. Bar No. 220738
  kvick@jassyvick.com
ELIZABETH BALDRIDGE, Cal. Bar No. 313390
  ebaldridge@jassyvick.com
800 Wilshire Boulevard, Suite 800
Los Angeles, CA 90017
Telephone:     (310) 870-7048
Facsimile:     (310) 870-7010

Attorneys for Defendants Twentieth Century
Fox Film Corp. and Lightstorm Entertainment, Inc.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILSON BRIGGS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES CAMERON; TWENTIETH CENTURY FOX FILM CORP.; NEWS CORP.; GOOGLE LLC; INTERNET ARCHIVE; ZERO GRAVITY; LIGHTSTORM ENTERTAINMENT INC.; MICHAEL PIERCE; MARK WILLIAMS; and ROBERT KAMEN,<br><br>　　　　Defendants. | Case No.: 3:20-cv-01596-WHO<br>Hon. William H. Orrick<br><br>**[PROPOSED] ORDER GRANTING TWENTIETH CENTURY FOX FILM CORP. AND LIGHTSTORM ENTERTAINMENT, INC.'S MOTION TO ENLARGE TIME UNDER CIVIL L.R. 6-3** |

# [PROPOSED] ORDER

Upon consideration of Defendants Twentieth Century Fox Film Corp. ("Fox") and Lightstorm Entertainment Inc.'s ("Lightstorm's") Motion to Enlarge Time under Civil Local Rule 6-3, and good cause appearing, **IT IS HEREBY ORDERED** that:

The Motion is **GRANTED**. Fox and Lightstorm's time in which to respond to the Complaint is extended to June 22, 2020.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT JUDGE

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am over the age of eighteen years and not a party to this action. My business address is 800 Wilshire Blvd., Suite 800, Los Angeles, CA 90017.

On May 16, 2020, I served true copies of the following document(s) described as:

**[PROPOSED] ORDER GRANTING DEFENDANTS TWENTIETH CENTURY FOX FILM CORP. AND LIGHTSTORM ENTERTAINMENT INC.'S NOTICE OF MOTION AND MOTION TO ENLARGE TIME UNDER CIVIL L.R. 6-3**

on the interested party(ies) in this action as follows:

Steve Kenyatta Wilson Briggs
681 Edna Way
San Mateo, California 94402
510-200-3763
snc.steve@gmail.com

☑   **BY ELECTRONIC MAIL (E-MAIL):** I caused the said document(s) to be transmitted by e-mail to the person(s) at the email address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☑   **BY FIRST-CLASS MAIL:** I deposited said document(s) in a sealed envelope(s) in a United States Postal Service mailbox in Los Angeles County, California, for delivery, with the postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on May 16, 2020, at Los Angeles, California.

                                              */s/ Jean-Paul Jassy*
                                                 Jean-Paul Jassy