# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am over the age of eighteen years and not a party to this action. My business address is 800 Wilshire Blvd., Suite 800, Los Angeles, CA 90017.

On May 16, 2020, I served true copies of the following document(s) described as:

**DEFENDANTS TWENTIETH CENTURY FOX FILM CORP. AND LIGHTSTORM ENTERTAINMENT INC.'S NOTICE OF MOTION AND MOTION TO ENLARGE TIME UNDER CIVIL L.R. 6-3**

**[PROPOSED] ORDER GRANTING TWENTIETH CENTURY FOX FILM CORP. AND LIGHTSTORM ENTERTAINMENT, INC.'S MOTION TO ENLARGE TIME UNDER CIVIL L.R. 6-3**

on the interested party(ies) in this action as follows:

| | |
|---|---|
| Steve Kenyatta Wilson Briggs | Steve Wilson Briggs |
| 681 Edna Way | 4322 Chico Avenue |
| San Mateo, California 94402 | Santa Rosa, California 95407 |

Email:   snc.steve@gmail.com

☑ **BY ELECTRONIC MAIL (E-MAIL):** I caused the said document(s) to be transmitted by e-mail to the person(s) at the email address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☑ **BY FIRST-CLASS MAIL:** I deposited said document(s) in a sealed envelope(s) in a United States Postal Service mailbox in Los Angeles County, California, for delivery, with the postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on May 16, 2020, at Los Angeles, California.

*/s/ Jean-Paul Jassy*
Jean-Paul Jassy