Steve Wilson Briggs
4322 Chico Ave.,
Santa Rosa, CA 95407
510 200 3763
snc.steve@gmail.com
PLAINTIFF In Propria Persona

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| STEVE WILSON BRIGGS, | Civ No: 20-cv-1596-WHO |
|---|---|
| Plaintiff, | **PLAINTIFF'S** |
| vs | **SERVICE OF PROCESS STATUS REPORT,** |
| JAMES CAMERON et al, | **AND REQUEST TO RESCHEDULE MEET** |
| Defendants. | **& CONFER (RE ADR AND INITIAL DISCLOSURES), FILE ADR CERT, AND** |
| | **RULE 26(f) REPORT** |

**PLAINTIFF'S SERVICE OF PROCESS STATUS REPORT, AND REQUEST TO RESCHEDULE MEET & CONFER (RE ADR AND INITIAL DISCLOSURES), FILE ADR CERT, AND RULE 26(f) REPORT**

**SERVICE OF PROCESS STATUS REPORT**

This Service of Process Status Report (below) is intended to apprise the Court of service of process progress.

**CURRENT SERVICE OF PROCESS DETAILS**

Plaintiff sent each of the Defendants (**Defs**) a Request to Waive Service. NONE of the Defs responded. Thus, the Defs have been, or will be, served in accordance with Rule 4.

**Twentieth Century Fox Film Corporation**

Professional process server **Lance Casey** served Defendant **Twentieth Century Fox Film Corporation (20CFOX)**, by delivering summons and complaint to the Defendant's designated agent, on May 1, 2020. 20CFOX has asked Plaintiff for an extension to Answer.

1

Plaintiff denied this request (due to all 10 Defendants' refusal to respond to or acknowledge Plaintiff's Request to Waive Service of Summons).

### Google LLC

Professional process server **Lance Casey** served Def **Google LLC**, by delivering summons and complaint to the Def's registered agent, May 1, 2020. Google LLC asked Plaintiff for an extension to file Answer. Plaintiff denied this request (also due to the Defs' coordinated refusal to acknowledge Plaintiff's Request to Waive Service of Summons).

### News Corporation

**Dr. Morgan Marchbanks**, Plaintiff's sister, served Def **News Corporation**, via certified mail with return receipt requested, on May 7, 2020. Service by mail was executed because this Defendant is located out-of-state, in Delaware. News Corporation has not yet responded to service.

### Zero Gravity Management, AKA Zero Gravity

Although a film and film talent company calling itself Zero Gravity Management (ZGM) operates in California, and claims credit for such productions as the Netflix series *Ozark*, no company by this name has been authorized to business in California since 2007. (There is a company called "Zero Gravity Management, Inc" based in Escondido, which has operated since 1998, but this company is an architecture and engineering company, and NOT related to this matter.)

**Dr. Morgan Marchbanks**, served a company named Zero Gravity LLC, based in Nevada, via certified mail with return receipt requested, on May 7, 2020. Zero Gravity LLC responded to service by saying they are a Chicago-based company and insisted that they are not related to this suit or the events or allegations described in the Complaint. Zero Gravity LLC explained that they operate in California under the name *Zero Gravity Motion Pictures, LLC*. But, again, they are not related to this lawsuit. Plaintiff will soon act to remove *Zero Gravity, LLC* from this action.

An entity **Zero Gravity Management** (which operates a business website that claims the same address as Def Mark William's company *Mark Williams Films LLC*) is not listed

with the CA Secretary of State. Nonetheless, <u>Plaintiff has contracted professional process server **Elite Pro Servers** to serve this entity</u> at 11110 Ohio Avenue, Suite 100, Los Angeles, CA 90025.  Due to the current pandemic (and the fact that this is not a valid business entity) service may be delayed or impossible. If it is impossible to serve this entity, Plaintiff hopes the Court will hold Defs Michael Pierce and Mark Williams (the original owners of ZGM) and 20CFOX and News Corporation (the companies that did business with Zero Gravity Management LLC, when ZGM last existed as a valid entity) to account for this entity.

**Lightstorm Entertainment, Inc.**

Regrettably, Plaintiff hired a person who was not a professional server to serve Def Lightstorm Entertainment, Inc.

Plaintiff initially thought the service of this Lightstorm was proper and sufficient. However, upon more detailed discussion with the party who attempted to serve Lightstorm, the service appears deficient, for two reasons:

1. When the server arrived at Lightstorm's registered agent's (National Registered Agents, Inc) receiving facility in Los Angeles, rather than identifying a single defendant as the party the server was serving, the server provided (wrote down) all of the Defendants' names listed on the Summons.
2. The server forgot to fill-in the date and time of service on page one of the POS-010. (Thus, Plaintiff asked the server to fill out a new first page of the POS-010, which Plaintiff re-attached to the second page of the POS-010. Plaintiff submitted this corrected POS-010. Later, Plaintiff decided it would have been better to re-submit an entirely new POS-010. But, as the service was likely deficient due to the issues outlined in item #1, above, Plaintiff decided it was necessary to re-serve Lightstorm Entertainment Inc.)

Due to these failures, <u>Plaintiff has contracted the service of professional process server **Elite Pro Servers** to serve Lightstorm again. Lightstorm Entertainment Inc should be properly served within a week, well before Plaintiff's 90-day service deadline expires (June 2, 2020).</u>

### Internet Archive

The 'Contact" page of Defendant Internet Archive's website states:

> **"We are currently closed in accordance to San Francisco's Shelter-In-Place order. Please check back for our available hours."**

Plaintiff has hired professional server Peter With, of R.P.S. Inc, to serve Internet Archive. Mr. With will serve Internet Archive as soon as possible.

However, because Plaintiff suspects that Internet Archive may intend to use the current pandemic to avoid service, Plaintiff will serve Internet Archive's Washington D.C. registered agent (Cogency Global, Inc) before the service deadline expires. Plaintiff intends to execute this service between May 18 and May 23, 2020.

### Actual Person Defendants
### (James Cameron, Mark Williams, Michael Pierce, Robert Kamen)

Plaintiff has secured professional process server **Elite Pro Servers** to serve Defendants James Cameron, Mark Williams, and Michael Pierce.

Plaintiff expects to secure a professional to serve Defendant Robert Kamen between May 17 to May 23, 2020.

It is possible that the actual person Defendants may require a bit of extra time (1-3 weeks) to serve, because they may seek to avoid service, or the Coronavirus pandemic may legitimately make conventional service impossible.

### Current Service Summary

Currently, three (3) Defendants have been properly served, and a fourth (Lightstorm Entertainment, Inc) has effectively accepted service (although Plaintiff will serve this Defendant again, for safety), and Plaintiff has contracted two separate professional process servers to serve the remaining Defendants (with the exception of Robert Kamen, whom Plaintiff will contract yet another professional server to serve); Plaintiff will also serve Internet Archive's Washington DC branch, via certified mail, for safety. Plaintiff intends to have all Defendants served before the service deadline (June 2, 2020).

**REQUEST TO RESCHEDULE MEET & CONFER (RE ADR AND INITIAL DISCLOSURES), FILE ADR CERT, AND RULE 26(f) REPORT**

The Clerk's Office scheduled the meet-and-confer and the ADR certification signing for May 12, 2020 (before the Defendants were served); this date has come and gone. The Clerk's Office also scheduled the deadline to file the Rule 26(f) Report for May 26, 2020 (by that time there will likely still be a few defendants left to serve). Therefore, Plaintiff requests that the Court, or the Clerk's Office, reschedule the meet-and-confer, ADR certification signing, and the Rule 26(f) Report, to such a time that all Defendants have been served. It seems this would also require rescheduling the Initial Case Management Conference.

Dated: May 17, 2020.          Signed:      /s/ Steve Wilson Briggs
                                            Plaintiff, In Propria Persona