AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Steve Wilson Briggs | ) |
| *Plaintiff* | ) |
| v. | ) |
| James Cameron, et al. | ) |
| *Defendant* | ) |

Case No.   3:20-cv-01596-WHO

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Twentieth Century Fox Film Corp. and Lightstorm Entertainment Inc.                          .

Date:      05/20/2020

/s/ Jean-Paul Jassy
*Attorney's signature*

Jean-Paul Jassy, SBN 205513
*Printed name and bar number*

JASSY VICK CAROLAN LLP
800 Wilshire Boulevard, Suite 800
Los Angeles, California 90017

*Address*

jpjassy@jassyvick.com
*E-mail address*

(310) 870-7048
*Telephone number*

(310) 870-7010
*FAX number*