AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| Steve Wilson Briggs | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:20-cv-01596-WHO |
| James Cameron, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Twentieth Century Fox Film Corp. and Lightstorm Entertainment Inc.

Date: 05/20/2020

/s/ Kevin L. Vick
*Attorney's signature*

Kevin L. Vick, SBN 220738
*Printed name and bar number*

JASSY VICK CAROLAN LLP
800 Wilshire Boulevard, Suite 800
Los Angeles, California 90017
*Address*

kvick@jassyvick.com
*E-mail address*

(310) 870-7048
*Telephone number*

(310) 870-7010
*FAX number*