| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER (510) 200-3763 | FOR COURT USE ONLY |
|---|---|---|
| Steve Briggs<br>4322 Chico Ave<br>Santa Rosa, CA 95407<br>ATTORNEY FOR  Self Represented | | |
| NORTHERN DISTRICT, SAN FRANCISCO<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 | | |
| SHORT TITLE OF CASE:<br>Briggs, Steve Wilson v. Cameron, James | | |
| DATE:   TIME:   DEP./DIV. | | CASE NUMBER:<br>3:20-cv-01596-WHO |
| | **Declaration of Service** | Ref. No. or File No:<br>SB |

United States District Court

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and

not a party to the within entitled action. I served the: **Amended Summons; Complaint; Civil Case Cover Sheet; Instructions; Notice of availability of Magistrate Judge; Notice of Eligibility for Video Recording; Order Setting Initial Case Management Conference and ADR Deadlines; Judge Orricks Standing Order on Administrative Motions to file under seal; Judge Orrick's Standing Order for Civil Cases; Standing Order for All Judges of the Northern District of California;**

On: **Internet Archive**

**300 Funston Ave   San Francisco, CA 94118**

In the above named action by delivering to and leaving with:   Kyrie Whitsett - person apparently in charge
on behalf of Jacques Gael Cressady - agent for service

On: **5/18/2020**         Date: **04:15 PM**

Fees paid: **$75.00**

Person attempting service:

  a. Name: **PETER WITH**
  b. Address: **828 Franklin St 802, San Francisco, CA 94102**
  c. Telephone number: **415-440-2888**
  d. **The fee** for this service was:
  e. I am an independent contractor

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

Peter With, r.p.s. - SF # 303
828 Franklin St Ste 802
San Francisco, CA 94102
(415) 440-1888
www.proserver.net

PETER WITH                    Date: 05/20/2020

Declaration of Service                    Invoice #: 3573283