POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Steve Wilson Briggs, <br> Plaintiff, Pro Se <br><br> TELEPHONE NO.: (510) 200 3763   FAX NO. *(Optional)*: <br> E-MAIL ADDRESS *(Optional)*: snc.steve@gmail.com <br> ATTORNEY FOR *(Name)*: | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF : U.S. District Court, Northern Dist. of CA
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: San Francisco Division

PLAINTIFF/PETITIONER: Steve Wilson Briggs
DEFENDANT/RESPONDENT: News Corporation

CASE NUMBER: CV20-01596-WHO

Ref. No. or File No.:

**PROOF OF SERVICE OF SUMMONS**

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
    a. [x] summons
    b. [x] complaint
    c. [x] Alternative Dispute Resolution (ADR) package
    d. [x] Civil Case Cover Sheet *(served in complex cases only)*
    e. [ ] cross-complaint
    f. [x] other *(specify documents)*: Amended Summons, Judge Orrick's Standing Orders, All Judges' Orders, Order Setting ICMC
3. a. Party served *(specify name of party as shown on documents served)*:
      News Corporation
   b. [x] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      The Corporation Trust Company
4. Address where the party was served:
   1209 Orange St., Wilmington, DE 19801 (served by certified mail with return receipt requested).
5. I served the party *(check proper box)*
    a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date)*:       (2) at *(time)*:
    b. [ ] **by substituted service.** on *(date)*:       at *(time)*:       I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

    (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
    (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
    (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
    (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:       from *(city)*:       **or** [ ] a declaration of mailing is attached.
    (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

POS-010

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |

5. c. [X] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):* May 7, 2020    (2) from *(city):* Santa Rosa, California

    (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) [X] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. [ ] **by other means** *(specify means of service and authorizing code section):*

    [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. [X] as an individual defendant.
  b. [ ] as the person sued under the fictitious name of *(specify):*
  c. [ ] as occupant.
  d. [ ] On behalf of *(specify):*
    under the following Code of Civil Procedure section:
    [ ] 416.10 (corporation)  [ ] 415.95 (business organization, form unknown)
    [ ] 416.20 (defunct corporation)  [ ] 416.60 (minor)
    [ ] 416.30 (joint stock company/association)  [ ] 416.70 (ward or conservatee)
    [ ] 416.40 (association or partnership)  [ ] 416.90 (authorized person)
    [ ] 416.50 (public entity)  [ ] 415.46 (occupant)
    [ ] other:

7. **Person who served papers**
  a. Name: Dr. Morgan Marchbanks
  b. Address: 346 Major Dr., Santa Rosa, CA 95403
  c. Telephone number: (650) 576 3088
  d. **The fee** for service was: $ None
  e. I am:
    (1) [X] not a registered California process server.
    (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
    (3) [ ] a registered California process server:
      [ ] owner  [ ] employee  [ ] independent contractor.
      (ii) Registration No.:
      (iii) County:

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: May 21, 2020

Dr. Morgan Marchbanks
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

*(signed)* Morgan V. Marchbanks, EdD
(SIGNATURE)

For your protection and privacy, please press the Clear This Form button after you have printed the form.  [Print this form]  [Save this form]  [Clear this form]