1  COOLEY LLP
   WHITTY SOMVICHIAN (194463)
2  (wsomvichian@cooley.com)
   KATHERINE E. GREEN (312928)
3  (kgreen@cooley.com)
   101 California Street, 5th Floor
4  San Francisco, California 94111-5800
   Telephone:   +1 415 693 2000
5  Facsimile:   +1 415 693 2222

6  Counsel for Defendant Google LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE WILSON BRIGGS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES CAMERON; TWENTIETH CENTURY FOX FILM CORP.; NEWS CORP.; GOOGLE LLC; INTERNET ARCHIVE; ZERO GRAVITY; LIGHTSTORM ENTERTAINMENT INC.; MICHAEL PIERCE; MARK WILLIAMS; ROBERT KAMEN,<br><br>　　　　Defendants. | Case No. 3:20-cv-01596-WHO<br><br>**NOTICE OF APPEARANCE OF WHITTY SOMVICHIAN FOR DEFENDANT GOOGLE, LLC** |

**TO ALL PARTIES:**

PLEASE TAKE NOTICE THAT Defendant Google, LLC files this Notice of Appearance and hearby notifies the Court and all parties that Whitty Somvichian for the law firm of Cooley LLP, 101 California Street, Fifth Floor, San Francisco, CA 94111, enters his appearance as counsel of record for Defendant Google, LLC in the above referenced matter.

All pleadings, discovery, correspondence, and other materials should be served upon counsel at:

Cooley LLP
Whitty Somvichian (wsomvichian@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111
Telephone: (415) 693-2061
Fax: (415) 693-2222

Dated: May 22, 2020                                COOLEY LLP

                                                   By: */s/ Whitty Somvichian*
                                                        Whitty Somvichian

                                                   Attorneys for Defendant Google LLC

226559146