COOLEY LLP
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
KATHERINE E. GREEN (312928)
(kgreen@cooley.com)
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

Counsel for Defendant Google LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE WILSON BRIGGS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES CAMERON; TWENTIETH CENTURY FOX FILM CORP.; NEWS CORP.; GOOGLE LLC; INTERNET ARCHIVE; ZERO GRAVITY; LIGHTSTORM ENTERTAINMENT INC.; MICHAEL PIERCE; MARK WILLIAMS; ROBERT KAMEN,<br><br>　　　　　Defendants. | Case No. 3:20-cv-01596-WHO<br><br>**DEFENDANT GOOGLE LLC'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT AND LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PARTIES** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-15, Defendant Google LLC ("Google") discloses the following:

Google is a wholly owned subsidiary of XXVI Holdings Inc., which is a wholly owned subsidiary of Alphabet, Inc., a publicly traded company. No publicly traded company holds more than 10% of Alphabet, Inc.'s stock.

Furthermore, pursuant to N.D. Cal Civil Local Rule 3-15, the undersigned certifies that the following listed persons, association of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could substantially be affected by the outcome of this proceeding:

1. Google LLC
2. XXVI Holdings Inc., Holding Company of Google LLC
3. Alphabet, Inc., a Holding Company of XXVI Holdings Inc.

Dated: May 22, 2020                     COOLEY LLP

                                        By: /s/ Whitty Somvichian
                                            Whitty Somvichian

                                        Attorneys for Defendant Google LLC

226562036 v1

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

GOOGLE'S DISCLOSURE STATEMENT AND
CERTIFICATION OF INTERESTED PARTIES
(CASE NO. 3:20-CV-01596-WHO)