1  COOLEY LLP
   WHITTY SOMVICHIAN (194463)
2  (wsomvichian@cooley.com)
   KATHERINE E. GREEN (312928)
3  (kgreen@cooley.com)
   101 California Street, 5th Floor
4  San Francisco, California 94111-5800
   Telephone:   +1 415 693 2000
5  Facsimile:   +1 415 693 2222

6  Counsel for Defendant Google LLC

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11

12 | STEVE WILSON BRIGGS,                          | Case No. 3:20-cv-01596-WHO
13 |          Plaintiff,                           | **NOTICE OF APPEARANCE OF KATHERINE E. GREEN FOR DEFENDANT GOOGLE, LLC**
14 |     v.
15 | JAMES CAMERON; TWENTIETH
   | CENTURY FOX FILM CORP.; NEWS
16 | CORP.; GOOGLE LLC; INTERNET
   | ARCHIVE; ZERO GRAVITY;
17 | LIGHTSTORM ENTERTAINMENT INC.;
   | MICHAEL PIERCE; MARK WILLIAMS;
18 | ROBERT KAMEN,
19 |          Defendants.

**TO ALL PARTIES:**

PLEASE TAKE NOTICE THAT Defendant Google, LLC files this Notice of Appearance and hearby notifies the Court and all parties that Katherine E. Green for the law firm of Cooley LLP, 101 California Street, Fifth Floor, San Francisco, CA 94111, enters her appearance as counsel of record for Defendant Google, LLC in the above referenced matter.

All pleadings, discovery, correspondence, and other materials should be served upon counsel at:

Cooley LLP
Katherine E. Green (kgreen@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111
Telephone: (415) 693-2061
Fax: (415) 693-2222

Dated: May 22, 2020                     COOLEY LLP

By: */s/ Katherine E. Green*
    Katherine E. Green

Attorneys for Defendant Google LLC

226560061