1  COOLEY LLP
   WHITTY SOMVICHIAN (194463)
2  (wsomvichian@cooley.com)
   KATHERINE GREEN (312928)
3  (kgreen@cooley.com)
   101 California Street, 5th Floor
4  San Francisco, California 94111-5800
   Telephone:    +1 415 693 2000
5  Facsimile:    +1 415 693 2222

6  Counsel for Defendant Google LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE WILSON BRIGGS,<br><br>        Plaintiff,<br><br>    v.<br><br>JAMES CAMERON; TWENTIETH CENTURY FOX FILM CORP.; NEWS CORP.; GOOGLE LLC; INTERNET ARCHIVE; ZERO GRAVITY; LIGHTSTORM ENTERTAINMENT INC.; MICHAEL PIERCE; MARK WILLIAMS; ROBERT KAMEN,<br><br>        Defendants. | Case No. 3:20-cv-01596-WHO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE LLC'S MOTION TO DISMISS COMPLAINT**<br><br>Date:    July 22, 2020<br>Time:   2:00 p.m.<br>Dept:   Courtroom 2 - 17th Floor<br>Judge:  William H. Orrick<br><br>Trial Date: Not Yet Set<br>Date Action Filed: March 4, 2020 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  Defendant Google LLC's ("Google") Motion to Dismiss (the "Motion") came on for
2  hearing before this Court on July 22, at 2:00 p.m. Having read and considered the Motion and
3  memoranda filed by the parties, and having heard the argument of counsel, with good cause
4  appearing therefore, the Court hereby GRANTS Google's motion to dismiss in its entirety and
5  dismisses all claims in Plaintiff Steve Wilson Briggs's Complaint against Google with prejudice.

7  IT IS SO ORDERED.

9  Dated: _____   _____
10                                       THE HONORABLE WILLIAM H. ORRICK
                                         UNITED STATES DISTRICT JUDGE

11  226608381

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING GOOGLE'S
MOTION TO DISMISS
(CASE NO. 3:20-CV-01596-WHO)