# US Allows Google Internet Project to Advance Only if Hong Kong Is Cut Out

April 9, 2020

**Source:** Wall Street Journal (/source/wall-street-journal)
**Author:** Drew FitzGerald (/author/drew-fitzgerald)
Kate O'Keeffe (/author/kate-okeeffe)
**Coverage Type:** Reporting (/coverage-type/reporting)

US officials granted Google permission to turn on a high-speed internet link (https://www.wsj.com/articles/trans-pacific-tensions-threaten-u-s-data-link-to-china-11566991801?mod=article_inline) to Taiwan but not to the Chinese territory of Hong Kong, citing national-security concerns in a ruling that underscores fraying ties between Washington and Beijing (https://www.wsj.com/articles/u-s-china-trade-blame-for-coronavirus-hampering-global-economy-rescue-11585248616?mod=article_inline). "There is a significant risk that the grant of a direct cable connection between the United States and Hong Kong would seriously jeopardize the national-security and law-enforcement interests of the United States," the US Department of Justice said in its decision, which was backed by the departments of Homeland Security and Defense. The agencies instead urged the Federal Communications Commission to grant Alphabet permission to start using the portion of its 8,000-mile underwater Pacific Light cable that connects California to Taiwan. The FCC approved that request April 8. Crews have already built the multimillion-dollar cable with branches to Taiwan and Hong Kong, but it remains dormant. The FCC has final authority over licenses to operate submarine cables, though it usually defers to other agencies on projects' national-security reviews.

U.S. Allows Google Internet Project to Advance Only if Hong Kong Is Cut Out (https://www.wsj.com/articles/u-s-allows-google-internet-project-to-advance-only-if-hong-kong-is-cut-out-11586377674)

(/#facebook) (/#twitter) (/#reddit) (/#linkedin) (/#email) (/#print) (https://www.addtoany.com/share#url=https%3A%2F%2Fwww.benton.org%2Fheadlines%2Fus-allows-google-internet-project-advance-only-if-hong-kong-cut-out&title=US%20Allows%20Google%20Internet%20Project%20to%20Advance%20Only%20if%20Hong%20Kong%20Is%20Cut%20Out)

## TOPICS

Cyberwarfare and Cybersecurity (/topic/cyberwarfare-and-cybersecurity)
Internet/Broadband (/topic/internetbroadband)

## RELATED HEADLINES

Senate Commerce Committee Approves Tech-Related Bills (/headlines/senate-commerce-committee-approves-tech-related-bills)

Sen Rubio Appointment as Acting Chairman of Intelligence Committee Could Mean More Trouble for Tech and Telecom Giants With Ties to China (/headlines/sen-rubio-appointment-acting-chairman-intelligence-committee-could-mean-more-trouble-tech)

Commerce Dept Addresses Huawei's Efforts to Undermine Entity List, Restricts Products Designed and Produced with U.S. Technologies (/headlines/commerce-dept-addresses-huawei%E2%80%99s-efforts-undermine-entity-list-restricts-products-designed)

House Republicans Announce Emerging Tech Agenda (/headlines/house-republicans-announce-emerging-tech-agenda)

Covid-19's Next-Level Impact (/headlines/covid-19%E2%80%99s-next-level-impact)



## CONTACT

5/24/2020 US Allows Google Internet Project to Advance Only if Hong Kong is Cut Out | Benton Institute for Broadband & Society

Case 3:20-cv-01506-VC Document 33-2 Filed 05/26/20 Page 2 of 2

Benton Institute
for Broadband & Society
727 Chicago Avenue
Evanston, IL 60202

847-328-3040

Contact Us (/contact-us)

Log In (/user/login)

Terms & Conditions (/terms-and-conditions)

Accessibility Statement (/accessibility)

Privacy Statement (/privacy)

Press Room (/press-room)

© 1994-2020 Benton Institute for Broadband & Society. All Rights Reserved.