

# State of California
## Secretary of State

File # 200705910114

**FILED**
In the office of the Secretary of State
of the State of California

FEB 0 5 2007

## LIMITED LIABILITY COMPANY APPLICATION FOR REGISTRATION

A $70.00 filing fee AND a certificate of good standing from an authorized public official of the jurisdiction of formation must accompany this form.

**IMPORTANT – Read instructions before completing this form.**

This Space For Filing Use Only

**ENTITY NAME** (End the name in Item 1 with the words "Limited Liability Company," "Ltd. Liability Co." or the abbreviations "LLC" or "L.L.C.")

1. NAME UNDER WHICH THE FOREIGN LIMITED LIABILITY COMPANY PROPOSES TO REGISTER AND TRANSACT BUSINESS IN CALIFORNIA
   Blue Origin, LLC

2. NAME OF THE FOREIGN LIMITED LIABILITY COMPANY, IF DIFFERENT FROM THAT ENTERED IN ITEM 1 ABOVE
   (same name as item 1 above)

**DATE AND PLACE OF ORGANIZATION**

3. THIS FOREIGN LIMITED LIABILITY COMPANY WAS FORMED ON  09 (MONTH) - 08 (DAY) - 00 (YEAR)  IN  Washington (STATE OR COUNTRY)

   AND IS AUTHORIZED TO EXERCISE ITS POWERS AND PRIVILEGES IN THAT STATE OR COUNTRY

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and both Items 4 and 5 must be completed. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 4 must be completed (leave Item 5 blank).

4. NAME OF AGENT FOR SERVICE OF PROCESS *which will do business in California as*
   Corporation Service Company d/b/a CSC-Lawyers Incorporating Service   *RBH*

5. IF AN INDIVIDUAL, ADDRESS OF INITIAL AGENT FOR SERVICE OF PROCESS IN CALIFORNIA | CITY | STATE CA | ZIP CODE

**APPOINTMENT** (The following statement is required by statute and may not be altered.)

6. IN THE EVENT THE ABOVE AGENT FOR SERVICE OF PROCESS RESIGNS AND IS NOT REPLACED, OR IF THE AGENT CANNOT BE FOUND OR SERVED WITH THE EXERCISE OF REASONABLE DILIGENCE, THE SECRETARY OF STATE OF THE STATE OF CALIFORNIA IS HEREBY APPOINTED AS THE AGENT FOR SERVICE OF PROCESS OF THIS FOREIGN LIMITED LIABILITY COMPANY.

**OFFICE ADDRESSES** (Do not abbreviate the name of the city.)

7. ADDRESS OF THE PRINCIPAL EXECUTIVE OFFICE: 21218 - 76th Ave South | CITY AND STATE: Kent, Washington | ZIP CODE: 98032-2442

8. ADDRESS OF THE PRINCIPAL OFFICE IN CALIFORNIA, IF ANY: (none) | CITY | STATE: CA | ZIP CODE

**EXECUTION**

9. I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED

   SIGNATURE OF AUTHORIZED PERSON          DATE 10/6/06

   Elizabeth W Korrell
   TYPE OR PRINT NAME OF AUTHORIZED PERSON

   TITLE OF AUTHORIZED PERSON: Authorized Representative of Blue, Inc. its Manager

**RETURN TO** (Enter the name and the address of the person or firm to whom a copy of the filed document should be returned.)

10. NAME: Robert Millman
    FIRM: Blue Origin, LLC
    ADDRESS: 21218 - 76th Ave South
    CITY/STATE/ZIP: Kent, WA 98032-2442

LLC-5 (REV 03/2005)                              APPROVED BY SECRETARY OF STATE



# The State of Washington
## Secretary of State

**I, SAM REED,** Secretary of State of the State of Washington and custodian of its seal, hereby issue this

### CERTIFICATE OF EXISTENCE/AUTHORIZATION

### OF

### BLUE ORIGIN, LLC

**I FURTHER CERTIFY** that the records on file in this office show that the above named Limited Liability Company was formed under the laws of the State of WA and was issued a Certificate Of Formation in Washington on 9/8/2000.

**I FURTHER CERTIFY** that as of the date of this certificate, BLUE ORIGIN, LLC remains active and has complied with the filing requirements of this office.

Date: September 29, 2006

UBI: 602-064-321



Given under my hand and the Seal of the State of Washington at Olympia, the State Capital

Sam Reed, Secretary of State

2 0 0 7 0 5 9 1 0 1 1 4