

# U.S. Allows Google Internet Project to Advance Only if Hong Kong Is Cut Out

04/08/2020 | 04:43pm EDT

By Drew FitzGerald and Kate O'Keeffe

U.S. officials granted Google permission to turn on a high-speed internet link to Taiwan but not to the Chinese territory of Hong Kong, citing national-security concerns in a ruling that underscores fraying ties between Washington and Beijing.

"There is a significant risk that the grant of a direct cable connection between the United States and Hong Kong would seriously jeopardize the national-security and law-enforcement interests of the United States," the U.S. Department of Justice said in its Wednesday decision, which was backed by the departments of Homeland Security and Defense.

The agencies instead urged the Federal Communications Commission to grant Google owner Alphabet Inc. permission to start using the portion of its 8,000-mile underwater Pacific Light cable that connects California to Taiwan.

Crews have already built the multimillion-dollar cable with branches to Taiwan and Hong Kong, but it remains dormant. The FCC has final authority over licenses to operate submarine cables, though it usually defers to other agencies on projects' national-security reviews.

The decision threatens to end Hong Kong's dominance as a top destination for U.S. internet cables and puts at risk several ongoing projects, including a Facebook Inc.-backed fiber-optic line linking Los Angeles to Hong Kong and a Google-backed project linking Hong Kong to the U.S. territory of Guam.

Chinese authorities have blocked U.S. companies like Facebook and Google from operating on the mainland, but the semiautonomous territory of Hong Kong has unfiltered access to the web and has served as a stopping-off point for global companies seeking connections to the region.

MARKETS   NEWS   ANALYSIS   STOCK PICKS   PORTFOLIOS   WATCHLISTS   TOP / FLOP   SCREENERS   TOOLS

Symbol or Keyword(s)    Log in    Sign up

Washington is turning to the self-ruling island of Taiwan, which the U.S. supports with arms sales and unofficial political ties despite Beijing's claims that it is part of China.

U.S. officials are also considering alternatives. In their Wednesday decision, the agencies said their approval was conditioned on Google pursuing "diversification of interconnection points in Asia, including but not limited to Indonesia, Philippines, Thailand, and Vietnam."

A Google spokeswoman said the company welcomed the decision, adding that it recognizes "the importance of Google services at a time like this" and is "committed to adding capacity to stay ahead of demand."

A Facebook spokeswoman said the company is still navigating the licensing and permitting process.

Google and Facebook originally teamed up to build Pacific Light to Hong Kong in 2016, continuing the Silicon Valley giants' long-term strategy to take more control of the network pipes that connect their data centers. The web companies and their Chinese investment partners kept building the cable even as U.S. authorities withheld the regulatory approvals they needed to start using it.

In January, Google retooled its approach and asked for authorities' initial permission to turn on the portions of the cable that don't touch Hong Kong. The cable's operators had mostly finished building the undersea lines and its anchor stations on land but lacked permission to power up the system. The companies again tweaked their proposal last week to fast-track Google's Taiwan link while construction continued on Facebook's branch to the Philippines.

Major international data projects are subject to review by Team Telecom, a coalition of federal agencies with national-security oversight. The panel has taken a hard line against China in recent years. Team Telecom in 2018 recommended for the first time the denial of a Chinese application -- that of China Mobile Ltd. -- to provide telecom services through U.S. networks, citing national-security and law-enforcement concerns.

President Trump this month signed an executive order that puts the attorney general in charge of overseeing Team Telecom and gives the panel direct authority to review existing licenses to provide such services, including those issued earlier to Chinese state-owned operators China Telecom Corp. and China Unicom.

Write to Drew FitzGerald at andrew.fitzgerald@wsj.com and Kate O'Keeffe at kathryn.okeeffe@wsj.com

### Stocks mentioned in the article

| Stocks | Change | Last | 1st jan. |
|---|---|---|---|
| ALPHABET INC. | 0.46% | 1413.24 | 5.51% |
| BYD COMPANY LIMITED | -4.35% | 42.9 | 10.42% |
| CHINA MOBILE LIMITED | -2.69% | 56.15 | -14.27% |



    0

Latest news on ALPHABET INC.

» Technical analysis

**Income Statement Evolution**

» More Financials

| Consensus | Sell ▲ Buy |
|---|---|
| Mean consensus | BUY |
| Number of Analysts | 47 |
| Average target price | 1 506,95 $ |
| Last Close Price | 1 413,24 $ |
| Spread / Highest target | 27,4% |
| Spread / Average Target | 6,63% |
| Spread / Lowest Target | -20,8% |

**EPS Revisions**

» More Estimates Revisions

**Managers**

| Name | Title |
|---|---|
| Sundar Pichai | Chief Executive Officer & Director |
| John LeRoy Hennessy | Chairman |

**Top / Flop** Stoxx E


 TAG IMMOBIL
 DIASORIN S.I
 DEMANT A/S
 BANKINTER,
 AMBU


 TULLOW OIL
 HSBC HOLDI
 TGS-NOPEC
 INTERNATION
 PRUDENTIAL



» More Top / Flop

**Currency / Forex**



EUR / USD
GBP / USD
USD / JPY
USD / CAD
AUD / USD
NZD / USD
USD / CHF

» Forex

Commodities





| | | | |
|---|---|---|---|
| 05/23 | Not Even a Pandemic Can Slow Down the Biggest Tech Giants | | DJ |
| 05/22 | Nvidia's Immunity Boost Should Last -- Heard on the Street | | DJ |
| 05/22 | **HEDGE FUNDS INCREASED EXPOSURE TO GR** : Goldman | | RE |
| 05/22 | **U.S. STRIKES AT A HUAWEI PRIZE** : chip juggernaut HiSilicon | | RE |
| 05/22 | Philippine lawmaker proposes tax targeting tech giants to fund virus fight | | RE |
| 05/21 | Top safety official at Waymo self-driving unit stepping down | | RE |
| 05/21 | Tech Down On Rising U.S.-Chinese Tensions -- Tech Roundup | | DJ |

» More news

» More about the company

**Sector and Competitors**

| | | 1st jan. | Capitalization (M$) |
|---|---|---|---|
| 🇺🇸 ALPHABET INC. | | 5.51% | 963 758 |
| 🇺🇸 BAIDU, INC. | | -18.26% | 35 611 |
| 🇰🇷 NAVER CORPORATION | | 23.59% | 26 968 |
| 🇯🇵 Z HOLDINGS CORPORATION | | -4.77% | 19 447 |
| 🇺🇸 YANDEX | | -7.43% | 13 192 |
| 🇺🇸 SOGOU INC. | | -34.95% | 1 158 |

» More Results



GOLD
WTI
BRENT
SILVER
PLATINUM
NICKEL
CORN

» Commodities

**Cryptocurrencies**

BITCOIN
ETHEREUM
BITCOIN CASH

» Cryptocurrencies

### MarketScreener

**About**

Surperformance SAS
Contact
Legal information

Stock Market Quotes  Interactive brokers  Offre Binck  Best of des tweets  Stock Market News  Börse: Aktien, Kurse und Nachrichten
Copyright © 2020 Surperformance. All rights reserved. Market data are provided by Factset, Morningstar,S&P Capital IQ and vwd Group