# STATE of WASHINGTON



## SECRETARY of STATE

I, RALPH MUNRO, Secretary of State of the State of Washington and custodian of its seal, hereby issue this

## CERTIFICATE OF FORMATION

to

## BLUE OPERATIONS, LLC

a Washington Limited Liability Company filed for record in this office on the date indicated below.

UBI Number: 602 064 321              Date:  September 08, 2000



Given under my hand and the Seal of the State of Washington at Olympia, the State Capital



Ralph Munro, Secretary of State

2-933864-7


APP

FILED
STATE OF WASHINGTON
SEP 8 2000
RALPH MUNRO
SECRETARY OF STATE

# CERTIFICATE OF FORMATION
# OF
# BLUE OPERATIONS, LLC

The undersigned, for the purpose of forming a limited liability company under Chapter 25.15 of the Revised Code of Washington, hereby executes this Certificate of Formation of Blue Operations, LLC.

## ARTICLE I. NAME

The name of the limited liability company is Blue Operations, LLC.

## ARTICLE II. REGISTERED AGENT AND OFFICE

The name of the registered agent of the limited liability company is Lawco of Washington, Inc., and the address of the registered agent of the limited liability company is 1201 Third Avenue, 40th Floor, Seattle, WA 98101-3099.

## ARTICLE III. PRINCIPAL PLACE OF BUSINESS

The address of the principal place of business of the limited liability company in the State of Washington is 1201 Third Avenue, Suite 4800, Seattle, WA 98101-3099.

## ARTICLE IV. DURATION

The duration of the limited liability company shall be perpetual.

## ARTICLE V. MANAGEMENT

The management of the limited liability company shall be vested in one or more managers as provided in the limited liability company agreement.

## ARTICLE VI. EFFECTIVE DATE OF CERTIFICATE

The effective date of this Certificate of Formation is the date of filing by the Secretary of State of the State of Washington.

[/SB003717.518]

## ARTICLE VII. SIGNATORS

This Certificate of Formation is executed by:

| Name | Address |
|---|---|
| Ian S. Thompson | 1201 Third Avenue, Suite 4800<br>Seattle, WA 98101-3099 |

Dated: September 8, 2000.

_____
Ian S. Thompson  *execut*

[/SB003717.518]    -2-

# CONSENT TO APPOINTMENT AS REGISTERED AGENT

Lawco of Washington, Inc. hereby consents to serve as registered agent in the State of Washington for the following limited liability company:

Blue Operations, LLC

Lawco of Washington, Inc. understands that as agent for the limited liability company, it will be its responsibility to accept service of process in the name of the limited liability company, to forward all mail to the limited liability company, and to notify the office of the Secretary of State of the State of Washington immediately of its resignation or of any changes in the address of the registered office of the limited liability company for which it is agent.

DATED: September 8, 2000.

LAWCO OF WASHINGTON, INC.

By _Sheri L. Berndt_
Sheri Berndt, Its Vice President

1201 Third Avenue, 40th Floor
Seattle, WA 98101-3099

[/SB003717.518]