1 | **JASSY VICK CAROLAN LLP**
JEAN-PAUL JASSY, Cal. Bar No. 205513
2 |    jpjassy@jassyvick.com
KEVIN L. VICK, Cal. Bar No. 220738
3 |    kvick@jassyvick.com
ELIZABETH BALDRIDGE, Cal. Bar No. 313390
4 |    ebaldridge@jassyvick.com
800 Wilshire Boulevard, Suite 800
5 | Los Angeles, CA 90017
Telephone:    (310) 870-7048
6 | Facsimile:    (310) 870-7010

7 | Attorneys for Defendants Twentieth Century
Fox Film Corp. and Lightstorm Entertainment, Inc.
8 | and News Corp.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| STEVE WILSON BRIGGS, | Case No.: 3:20-cv-01596-WHO |
| --- | --- |
| Plaintiff, | Hon. William H. Orrick |
| v. | **[PROPOSED] ORDER GRANTING NEWS CORP.'S MOTION TO ENLARGE TIME UNDER CIVIL L.R. 6-3** |
| JAMES CAMERON; TWENTIETH CENTURY FOX FILM CORP.; NEWS CORP.; GOOGLE LLC; INTERNET ARCHIVE; ZERO GRAVITY; LIGHTSTORM ENTERTAINMENT INC.; MICHAEL PIERCE; MARK WILLIAMS; and ROBERT KAMEN, | |
| Defendants. | |

**[PROPOSED] ORDER**

Upon consideration of Defendant News Corp.'s Motion to Enlarge Time under Civil Local Rule 6-3, and good cause appearing, **IT IS HEREBY ORDERED** that:

The Motion is **GRANTED**. News Corp.'s time in which to respond to the Complaint is extended to June 22, 2020.

**IT IS SO ORDERED.**

Dated: _____  _____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT JUDGE