1  **JASSY VICK CAROLAN LLP**
   JEAN-PAUL JASSY, Cal. Bar No. 205513
2    jpjassy@jassyvick.com
   KEVIN L. VICK, Cal. Bar No. 220738
3    kvick@jassyvick.com
   ELIZABETH BALDRIDGE, Cal. Bar No. 313390
4    ebaldridge@jassyvick.com
   800 Wilshire Boulevard, Suite 800
5  Los Angeles, CA 90017
   Telephone:    (310) 870-7048
6  Facsimile:    (310) 870-7010

7  Attorneys for Defendants Twentieth Century
   Fox Film Corp. and Lightstorm Entertainment, Inc.
8  and News Corp.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILSON BRIGGS,<br><br>   Plaintiff,<br><br>   v.<br><br>JAMES CAMERON; TWENTIETH CENTURY FOX FILM CORP.; NEWS CORP.; GOOGLE LLC; INTERNET ARCHIVE; ZERO GRAVITY; LIGHTSTORM ENTERTAINMENT INC.; MICHAEL PIERCE; MARK WILLIAMS; and ROBERT KAMEN,<br><br>   Defendants. | Case No.: 3:20-cv-01596-WHO<br>Hon. William H. Orrick<br><br>**ORDER GRANTING NEWS CORP.'S MOTION TO ENLARGE TIME UNDER CIVIL L.R. 6-3** |

# ORDER

Upon consideration of Defendant News Corp.'s Motion to Enlarge Time under Civil Local Rule 6-3, and good cause appearing, **IT IS HEREBY ORDERED** that:

The Motion is **GRANTED**.  News Corp.'s time in which to respond to the Complaint is extended to June 22, 2020.

**IT IS SO ORDERED.**

Dated: ____June 1, 2020_____



_____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT JUDGE