Steve Wilson Briggs
4322 Chico Ave.,
Santa Rosa, CA 95407
510 200 3763
snc.steve@gmail.com
PLAINTIFF In Propria Persona

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA,**

**SAN FRANCISCO DIVISION**

| STEVE WILSON BRIGGS, | Civ No: 20-cv-1596-WHO |
|---|---|
| Plaintiff, | **PLAINTIFF'S APPLICATION FOR A 30-DAY EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT UPON DEFENDANTS CAMERON, WILLIAMS, KAMEN AND ZERO GRAVITY MANAGEMENT** |
| vs | |
| JAMES CAMERON et al, | |
| Defendants. | |

**PLAINTIFF'S APPLICATION FOR A 30-DAY EXTENSION OF TIME
TO SERVE SUMMONS AND COMPLAINT UPON DEFENDANTS
CAMERON, WILLIAMS, KAMEN AND ZERO GRAVITY MANAGEMENT**

FRCP Rule 4(m) directs that after filing a complaint, a plaintiff has 90 days to serve summons and complaint on each defendant. However, as there are reasonable circumstances that might cause service failures, Rule 4(m) directs: **"But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."**

As the U.S. is currently in the throes of both the Covid-19 Pandemic and National protests against the killing of George Floyd—leading to **riots** and sweeping **curfews** in Southern California, Plaintiff believes his process servers encountered issues and obstacles which constitute "good cause" for their failure to complete service upon Defendants **James Cameron, Mark Williams**, **Robert Kamen** and **Zero Gravity Management**. Thus, Plaintiff submits this Application for an 30-day extension to serve these Defendants.

| | |
|---|---|
| 1 | **Current Service Deadline** |
| 2 | Plaintiff filed the Summons and Complaint on March 4, 2020. Thus, his deadline to |
| 3 | serve the Defendants is June 2, 2020. |
| 4 | **SERVICE OF PROCESS OVERVIEW** |
| 5 | The current status of service of process upon ALL Defendants (**Defs**) is as follows: |
| 6 | 1. Defendant **Twentieth Century Fox Film** Corporation has been properly served. |
| 7 | 2. Defendant **News Corporation** has been properly served. |
| 8 | 3. Defendant **Google LLC** has been properly served. |
| 9 | 4. Defendant **Internet Archive** has been properly served. |
| 10 | 5. Defendant **Lightstorm Entertainment Inc** has been properly served. |
| 11 | 6. Defendant **Michael Pierce** has been properly served. |
| 12 | Defendants **Zero Gravity Managemen**t (**ZGM**), **James Cameron**, **Mark Williams** |
| 13 | and **Robert Kamen** have not yet been served, or the service process is not yet complete. |
| 14 | **BASIS FOR APPLICATION FOR EXTENSION OF TIME TO SERVE** |
| 15 | **DEFENDANTS CAMERON, WILLIAMS, KAMEN AND ZGM** |
| 16 | Plaintiff filed the Summons and Complaint on March 4, 2020. Ten days later, San |
| 17 | Francisco mayor, London Breed, implemented shelter-in-place orders due to the Covid-19 |
| 18 | pandemic. Five days later, March 19, 2020, Governor Gavin Newsom implemented |
| 19 | state-wide shelter-in-place orders. |
| 20 | These shelter-in-place orders have delayed all aspects of serving. The Complaint is 845 |
| 21 | pages—which represents a printing challenge. Yet Plaintiff was only able to shop for |
| 22 | printing supplies at certain times, and upon reflection of the safety of all involved. |
| 23 | To reduce exposing himself or the Defendants (**Defs**) to Coronavirus, Plaintiff sent all |
| 24 | 10 Defendant's separate Requests to Waive Service of Summons. Plaintiff waited 30 days |
| 25 | for the Defendants to respond, but all 10 Defendants ignored the Requests. Thus, Plaintiff |
| 26 | began printing documents, and began serving the Defendants in mid to late April. |
| 27 | After serving Def Michael Pierce in Los Angeles County, amid a pandemic and social |
| 28 | protests that would erupt into riots and looting, on June 1, 2020, Los Angeles enacted a |

1   12 hour curfew. That same day, Plaintiff's process server, Ms McGinnis, informed Plaintiff

2   that she did not think she would be able to serve any of the Defendants for a few days,

3   because she did not feel safe travelling through some of the Los Angeles danger zones, and

4   because traffic related to the protests and riots was horrific.

5          In early May, Ms McGinnis' mother died of Covid-19. Thus, service of process of the

6   Defendants that she agreed to serve (Lightstorm, Zero Gravity, Cameron, Pierce and

7   Williams) was delayed several days, as she attended matters related to her mother's passing.

8          The specifics related to service on Cameron, Williams, Kamen and ZGM, follow.

9                                   **Zero Gravity Management**

10    Plaintiff's professional process server (Kim McGinnis) has currently made three service

11   attempts on Zero Gravity Management (**ZGM**) at the address provided on ZGM's website

12   (Although Def Mark Williams conducts business in California under the name Zero Gravity

13   Management, there is not a valid business entity named Zero Gravity Management, in the

14   entertainment of film industry, on file with the California Secretary of State, and there has

15   been such an entity for over 12 years.) Ms McGinnis should make her fourth and final

16   attempt to serve ZGM on, or around, June 2, 2020.

17                                        **James Cameron**

18          Between May 30 and June 1, 2020, process server, Kim McGinnis (owner of *Elite Pro*

19   *Servers*), made one attempt to serve James Cameron, at the address he declared in

20   Lightstorm Entertainment Inc's CA Business Entity Statement (**BES**): 16027 Ventura Blvd,

21   Ste 301, Encino CA. (**See Exhibit A,** Lightstorm's current BES and a "No Change

22   statement.) Ms McGinnis explained that a blondish woman in her thirties, about 5'-6" tall,

23   answered the door at the address and said that her firm no longer represents Cameron.

24          Plaintiff informed MS McGinnis that since James Cameron declared that address as

25   his personal address on the current valid Lightstorm BES, and Plaintiff has no knowledge of

26   any other address, that Ms McGinnis is expected to serve Cameron only at that address. Ms

27   McGinnis agreed, and believes she can do three more attempts on Cameron at that address

28   within a week. But, at the time of the call, a riot was in full swing; thus, she was concerned

---

PLAINTIFF'S APPLICATION FOR EXTENSION OF TIME TO SERVE

1    for her safety, and did not want to serve the addresses until the riots were over.

2                                    **Mark Williams**

3        Ms McGinnis also attempted to serve Mark Williams between May 30 and June 1,

4    2020. She saw several cars in the parking area of his house, and she suspected that someone

5    was home. But no one responded when she rang. After the riots caused the implementation

6    of a curfew and impacted traffic, Ms McGinnis asked to suspend service attempts on

7    Williams for a few days. Once she resumes service, she should be able to complete service

8    (or 4 attempts) within a week or 10 days.

9                                    **Robert Kamen**

10       Because Defendant Robert Kamen lives in Sonoma County, California, Plaintiff

11   contracted a different service company, "*B's Process Serving*," to serve Kamen.

12   Communication with *B's Process Serving* (**B's**) was initially quick and professional.

13   However, after B's accepted the assignment, communication became very *spotty*. The

14   owner of B's apologized for the delays and communication drops, and suggested the

15   problems were related to a family emergency. Based on this spotty communication that

16   Plaintiff *has* received, Plaintiff understands that various process servers (for B's Process

17   Serving) have made three or possibly four service attempts on Def Kamen. And from this

18   communication, Plaintiff understands that neither Defendant Kamen, nor any other person,

19   was found at the current and valid address that Kamen provided to the California Secretary

20   of State on his company's (Kamen Wines) CA BES. (**See Exhibit B**).

21       Because of these communication gaps, it is possible that, if given an extension,

22   Plaintiff will use a different process server to complete service on Def Robert Kamen.

23                                    **CONCLUSION**

24       Based on the foregoing, the Court has good cause to grant this Application for a 30-day

25   extension of time to serve summons and complaint upon Defendants James Cameron, Mark

26   Williams, Robert Kamen, and Zero Gravity Management.

27   Dated: June 2, 2020.                Signed:  ____/s/ Steve Wilson Briggs____

28                                              Plaintiff, In Propria Persona

PLAINTIFF'S APPLICATION FOR EXTENSION OF TIME TO SERVE

# EXHIBIT A

P6 - 035050

# State of California
## Secretary of State

**S**

### Statement of Information
(Domestic Stock and Agricultural Cooperative Corporations)
**FEES (Filing and Disclosure): $25.00.**
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**FILED**
Secretary of State
State of California

**OCT 2 0 2016**

| 1. **CORPORATE NAME** |
|---|
| LIGHTSTORM ENTERTAINMENT, INC. |

| 2. **CALIFORNIA CORPORATE NUMBER** |
|---|
| C1653585 |

26125 PC

This Space for Filing Use Only

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**
☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17.**

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | | |
| 16027 VENTURA BLVD, STE 301 | | ENCINO | CA | 91436 |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | CITY | STATE | ZIP CODE |
| 16027 VENTURA BLVD, STE 301 | | ENCINO | CA | 91436 |
| 6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | CITY | STATE | ZIP CODE |
| | | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/ JAMES CAMERON | 16027 VENTURA BLVD, STE 301 | ENCINO | CA | 91436 |
| 8. SECRETARY PAT DUNN | 16027 VENTURA BLVD, STE 301 | ENCINO | CA | 91436 |
| 9. CHIEF FINANCIAL OFFICER/ PAT DUNN | 16027 VENTURA BLVD, STE 301 | ENCINO | CA | 91436 |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| 10. NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| JAMES CAMERON | 16027 VENTURA BLVD, STE 301 | ENCINO | CA | 91436 |
| 11. NAME | ADDRESS | CITY | STATE | ZIP CODE |
| | | | | |
| 12. NAME | ADDRESS | CITY | STATE | ZIP CODE |
| | | | | |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

| 14. NAME OF AGENT FOR SERVICE OF PROCESS |
|---|
| NATIONAL REGISTERED AGENTS, INC. |

C1941323

| 15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | CITY | | STATE | ZIP CODE |
|---|---|---|---|---|
| | | | CA | |

**Type of Business**

| 16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION |
|---|
| ENTERTAINMENT |

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |
|---|---|---|---|
| | | | |

| SI-200 (REV 01/2013) | | APPROVED BY SECRETARY OF STATE |
|---|---|---|

# State of California
## Secretary of State

**S**

### Statement of Information
**(Domestic Stock and Agricultural Cooperative Corporations)**
**FEES (Filing and Disclosure): $25.00.**
**If this is an amendment, see instructions.**
## IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM

## G764639
# FILED

In the office of the Secretary of State
of the State of California

### JUL-01 2019

1. **CORPORATE NAME**

LIGHTSTORM ENTERTAINMENT, INC.

2. **CALIFORNIA CORPORATE NUMBER**

C1653585

*This Space for Filing Use Only*

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**

[✓] If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17.**

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | |
| 6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/ | | | | |
| 8. SECRETARY | | | | |
| 9. CHIEF FINANCIAL OFFICER/ | | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10. NAME | | | | |
| 11. NAME | | | | |
| 12. NAME | | | | |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS

| 15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 07/01/2019 | JUDY CULVER | AUTHORIZED SIGNATORY | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-200 (REV 01/2013)          APPROVED BY SECRETARY OF STATE

# EXHIBIT B

18-403756

---

| | Secretary of State **Statement of Information** (Limited Liability Company) | **LLC-12** | |
|---|---|---|---|

*133*
*ax*

**FILED**
Secretary of State
State of California

**FEB 05 2018**

*21/20/pc*
This Space For Office Use Only

**IMPORTANT — Read instructions before completing this form.**

**Filing Fee – $20.00**

**Copy Fees –** First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

---

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)

Kamen Wines LLC

| **2. 12-Digit Secretary of State File Number** | **3. State, Foreign Country or Place of Organization** (only if formed outside of California) |
|---|---|
| 200001310123 | CA |

**4. Business Addresses**

| a. Street Address of Principal Office - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 21692 8th street east suite 300 | Sonoma | CA | 95476 |

| b. Mailing Address of LLC, if different than item 4a | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 120 Stony Point Rd, suite 230 | Santa Rosa | CA | 95401 |

| c. Street Address of California Office, if Item 4a is not in California - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | CA | |

**5. Manager(s) or Member(s)** If no **managers** have been appointed or elected, provide the name and address of each member. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an Individual - Do not complete Item 5b: | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Robert | | Kamen | |

| b. Entity Name - Do not complete Item 5a | | | |
|---|---|---|---|
| | | | |

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 21692 8th street east suite 300 | Sonoma | CA | 95476 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Robert | | Kamen | |

| b. Street Address (if agent is not a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 21692 8th Street east, suite 300 | Sonoma | CA | 95476 |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b |
|---|
| |

**7. Type of Business**

| a. Describe the type of business or services of the Limited Liability Company |
|---|
| sale of wine |

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

**9. The information contained herein, including any attachments, is true and correct.**

| 1/9/2018 | Sandy O'Shea | Controller | Sandy O'Shea |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document, enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name: ⌈ ⌉

Company: Kamen Wines LLC

Address: 120 Stony Point Rd, suite 230

City/State/Zip: ⌊ Santa Rosa CA 95401 ⌋

LLC-12 (REV 01/2017)

2017 California Secretary of State
www.sos.ca.gov/business/be