**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Steve Wilson Briggs, <br> Plaintiff, Pro Se <br><br> TELEPHONE NO.: (510) 200 3763   FAX NO. *(Optional):* <br> E-MAIL ADDRESS *(Optional):* snc.steve@gmail.com <br> ATTORNEY FOR *(Name):* | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: San Francisco Division

PLAINTIFF/PETITIONER: Steve Wilson Briggs
DEFENDANT/RESPONDENT: Zero Gravity Management LLC

CASE NUMBER: CV20-01596-WHO

Ref. No. or File No.:

## PROOF OF SERVICE OF SUMMONS

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [x] summons
   b. [x] complaint
   c. [x] Alternative Dispute Resolution (ADR) package
   d. [x] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [x] other *(specify documents):* Amended Summons, Judges' Standing Orders, Order Setting Case Management Schedule
3. a. Party served *(specify name of party as shown on documents served):*
      Zero Gravity Management LLC
   b. [x] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
      The Corporation Trust Company
4. Address where the party was served:
   1209 Orange St., Wilmington, DE 19801
5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date):*   (2) at *(time):*
   b. [ ] **by substituted service.** on *(date):*   at *(time):*   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*   from *(city):*   or [ ] a declaration of mailing is attached.
      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

POS-010

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |

5. c. [x] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):* June 3, 2020    (2) from *(city):* Santa Rosa, California

    (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

    (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. [ ] **by other means** *(specify means of service and authorizing code section):*

[ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. [x] as an individual defendant.
  b. [ ] as the person sued under the fictitious name of *(specify):*
  c. [ ] as occupant.
  d. [ ] On behalf of *(specify):*
    under the following Code of Civil Procedure section:

    [ ] 416.10 (corporation)      [ ] 415.95 (business organization, form unknown)
    [ ] 416.20 (defunct corporation)      [ ] 416.60 (minor)
    [ ] 416.30 (joint stock company/association)      [ ] 416.70 (ward or conservatee)
    [ ] 416.40 (association or partnership)      [ ] 416.90 (authorized person)
    [ ] 416.50 (public entity)      [ ] 415.46 (occupant)
                                           [ ] other:

7. **Person who served papers**
  a. Name: Monica Loyd
  b. Address: 3706 Sonoma Ave
  c. Telephone number: 707 758 2108
  d. **The fee** for service was: $ None.
  e. I am:
    (1) [x] not a registered California process server.
    (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
    (3) [ ] a registered California process server:
        [ ] owner    [ ] employee    [ ] independent contractor.
    (ii) Registration No.:
    (iii) County:

8. [x] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 6-3-20

Monica Loyd
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

*Monica Loyd*
(SIGNATURE)

POS-010 [Rev. January 1, 2007]      **PROOF OF SERVICE OF SUMMONS**      Page 2 of 2

For your protection and privacy, please press the Clear This Form button after you have printed the form.    [Print this form] [Save this form] [Clear this form]

```
=========================================
                CODDINGTOWN
            1200 CODDINGTOWN CTR
          SANTA ROSA, CA 95401-3500
                 056998-0662
                 (800)275-8777
             06/03/2020 03:52 PM
=========================================

                                            Price
Product              Qty    Unit
                            Price

                       1   $15.05     $15.05
PM 2-Day
Med FR Box
    (Domestic)
    (WILMINGTON, DE  19801)
    (Flat Rate)
    (Expected Delivery Day)
    (Saturday 06/06/2020)                  $3.55
Certified
    (USPS Certified Mail #)
    (70192280000188500175)                 $2.85
Return Receipt
    (USPS Return Receipt #)
    (9590940243628190951310)

Total:                                    $21.45


                                          $22.00
Cash                                      ($0.55)
Change

*****************************************
       Due to limited transportation
         availability as a result of
         nationwide COVID-19 impacts
         package delivery times may be
         extended. Priority Mail Express®
             service will not change.
*****************************************

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.


Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm
```