1
2  Steve Wilson Briggs
3  4322 Chico Ave.,
   Santa Rosa, CA 95407
4  510 200 3763
5  snc.steve@gmail.com
   PLAINTIFF In Propria Persona
6
7
8

9                    UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA

| 11 | | Civ No: Civ No: 20-CV-1596-WHO |
| --- | --- | --- |
| 12 | STEVE WILSON BRIGGS | |
| 13 | Plaintiff, | **DECLARATION OF STEVE WILSON BRIGGS (PLAINTIFF), IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE FOR THE INCLUSION OF NEW FACTS AND EVIDENCE, AND REQUEST FOR JUDICIAL NOTICE** |
| 14 | vs | |
| 15 | JAMES CAMERON;  et al | |
| 16 | | |
| 17 | | |
| 18 | | |

19
20
21
22
23
24
25
26
27
28

Declaration

1

**DECLARATION OF STEVE WILSON BRIGGS (PLAINTIFF), IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE FOR THE INCLUSION OF NEW FACTS AND EVIDENCE, AND REQUEST FOR JUDICIAL NOTICE**

My name is Steve Wilson Briggs, and I declare the following:

I am over 18, and not a party of this action.

I am a resident of Sonoma County.

My address is 4322 Chico Avenue, Santa Rosa California, 95407 .

If called upon to testify I could do so competently.

I, personally, and alone, conducted the research for the **Motion In Limine For The Inclusion Of New Facts And Evidence, And Request For Judicial Notice.**

All of the documents attached to the *Motion In Limine For The Inclusion Of New Facts And Evidence, And Request For Judicial Notice* are true and genuine.

I have specific knowledge of the facts and evidence contained therein.

All of the facts and evidence are presented upon information and belief—based upon an informed and reasoned examination of the facts and evidence—or upon personal knowledge.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:____06/09/2020_____          Signed:_/s/ Steve Wilson Briggs_____
                                                                        Plaintiff, In Propria Persona

Declaration