| | |
|---|---|
| 1 | |
| 2 | Steve Wilson Briggs |
| 3 | 4322 Chico Ave., |
|   | Santa Rosa, CA 95407 |
| 4 | 510 200 3763 |
| 5 | snc.steve@gmail.com |
|   | PLAINTIFF In Propria Persona |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| STEVE WILSON BRIGGS, | Civ No: 18-cv-04952-VC |
|---|---|
| Plaintiff, | |
| vs | [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION IN LIMINE FOR THE INCLUSION OF NEW FACTS AND EVIDENCE, AND REQUEST FOR JUDICIAL NOTICE |
| KEVIN SPACEY et al, | |
| Defendants. | |

Having considered the "**Plaintiff's Motion In Limine For The Inclusion Of New Facts And Evidence, And Request For Judicial Notice**," and finding the Plaintiff's arguments are sound, the Court hereby grants *Plaintiff's Motion In Limine For The Inclusion Of New Facts And Evidence, And Request For Judicial Notice*.

**IT IS SO ORDERED**

Dated:_____     Signed:_____

The Honorable Judge William H. Orrick
United States Distrct Judge