1 | Steve Wilson Briggs
2 | 4322 Chico Ave.,
   | Santa Rosa, CA 95407
3 | 510 200 3763
   | snc.steve@gmail.com
4 | PLAINTIFF In Propria Persona
5 |
6 |
7 |
8 | **UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA,**
9 | **SAN FRANCISCO DIVISION**

| | |
|---|---|
| STEVE WILSON BRIGGS, | Civ No: 20-CV-1596-WHO |
| Plaintiff, | **PLAINTIFF'S AMENDED MOTION IN LIMINE FOR THE INCLUSION OF NEW FACTS AND EVIDENCE, AND REQUEST FOR JUDICIAL NOTICE** |
| vs | |
| JAMES CAMERON et al, | |
| Defendants. | |

TABLE OF AUTHORITIES

*Rules*

FRE Rule 201, 401, 402..………………………………………………………………1, 2

*Cases*

*Briggs v Blomkamp* (2013) …..…………………..……………………………... 2, 3


TABLE OF CONTENTS

Memorandum of Points and Authorities………………………………………… 1

Introduction………………………………………………………………………… 1

Facts & Evidence…………………………………………………………………... 2

Conclusion………………………………………………………………………… 12

## MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff submits this **Motion In Limine For The Inclusion Of New Facts and Evidence, And Request For Judicial Notice,** pursuant to Federal Rules of Evidence (FRE) Rule 401 and 402, and FRE 201, "Judicial Notice of Adjudicative Facts".

California Rules of Court, rule 3.1112(f) instructs that: "a motion in limine filed before or during a trial need not be accompanied by a notice of hearing."

FRE Rule 401 instructs that, "Evidence is relevant if: (a) it has any tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is of consequence in determining the action."

Rule 402 instructs that, "Relevant evidence is admissible unless any of the following provides otherwise: (The United States Constitution, a federal statute, these rules; or other rules prescribed by the Supreme Court.) Irrelevant evidence is not admissible."

201(b) allows judicial notice of "a fact that is not subject to reasonable dispute because it is generally known within the trial court's territorial jurisdiction"; or "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."

201(c)(1) & (2) allow the Court to take judicial notice on its own, or "if a party requests it and the court is supplied with the necessary information."

Rule 201(d) instructs that a court must take judicial notice of facts if requested by a party and supplied with the necessary information. Rule 201(d) also gives the Court authority to take judicial notice at any stage of the proceedings.

The evidence and facts contained in this Motion/Request meet the requirements of FRE Rules 401, 402, and 201.

## INTRODUCTION

Because of their unique circumstances, some of the facts and evidence, herein, are contextualized, given contextual detail.  Most of the information in the following "Facts and Evidence" section is fairly *routine*, however, the final item (#12) pertains to what Plaintiff believes was a threat, sent to the Plaintiff by the Defendants (**Defs**), May 8, 2020. Lacking a more appropriate means to bring this incident to the Court's awareness, Plaintiff opted to

1  include it, herein. The fact that Plaintiff considers this threat credible caused him to submit
2  this Motion/Request sooner than he might have ordinarily. With the exception of this
3  unusual incident (#12) all of the facts and evidence, herein, substantiate the allegations of
4  the Complaint. NOTE: Some of the information pertains specifically to Defs Zero Gravity
5  Management LLC (**ZGM**), New Corporation (**News Corp**) and Twentieth Century Fox
6  Film Corporation (**20CFOX**), who, after accessing Plaintiff work in 2006, quickly formed
7  business partnerships with <u>other parties</u>, who are not part of *this* action but who also made
8  infringing derivative of Plaintiff's work. These other parties will be named as defendants in
9  future actions. The facts and evidence related to these Defs' new business formations are
10  relevant to *this* action because they involve the *accessing* Defs engaging in more fraudulent
11  and unlawful actions and further infringing on Plaintiff's work, albeit with other parties.

12     This Motion/Request seeks to include the following facts and evidence:

13  **1.** Zero Gravity Management LLC first registered in California in 2003. (To reduce the
14     Complaint's length, ZGM's CA registration was not attached to the Complaint.).

15  **2.** Zero Gravity Management LLC's Delaware entity has been properly served. ZGM's
16     Delaware <u>b</u>usiness entity <u>s</u>tatement (**BES**) is attached.

17  **3.** Before infringing Plaintiff script, ZGM had long-standing business relationships with
18     **Lions Gate Entertainment** (the primary distributor for ALL previous ZGM's films)
19     and <u>**Sony**</u> **Corporation/Pictures** (the secondary distributor of ZGM's prior films).
20     (Sony infringed Plaintiff to sell Playstation game systems, video games, and films.)

21  **4.** ZGM had no business relationships with ANY major film studios—other than Sony
22     and Lions Gate—prior to accessing Plaintiff's script.

23  **5.** During discovery (interrogatories) in *Briggs v Blomkamp* (2013-2014) Plaintiff asked
24     def **Sony Pictures** and its subsidiary, TriStar Pictures, if they knew Zero Gravity
25     Management. Rather than admitting their long-standing relationship with ZGM, Sony
26     (and TriStar) omitted the truth, and improperly objected to the question.

27  ●  These details are submitted to support Plaintiff's request for a Rule 60 Motion to
28     remand *Briggs v Blomkamp* (Complaint, para 585). If Sony had disclosed this in

1    2014, Plaintiff would have discovered (in 2014) all of the new facts detailed in *this*

2    matter, and he would have proved ZGM's ties to Sony and proved ZGM was the

3    actual accessor of his work (not some unnamed Studio employee who accessed his

4    work via TriggerStreet.com, as Plaintiff theorized in *Briggs v Blomkamp*).

5    **6.**  Plaintiff found direct business ties, and corrupt business formations, that directly link

6    Plaintiff's work to **Disney and Pixar**—through Defs News Corp, 20CFOX, ZGM and

7    **George Lucas**, who infringed Plaintiff's work to make *WALL-E*.

8    **7.**  Immediately after obtaining Plaintiff's work (2006) ZGM also formed new business

9    entities AND subsidiary relationships with **NBCUniversal**, and **Warner Brothers**,

10   who would make numerous infringing works from Plaintiff's idea.

11   **8.**  **Microsoft** is directly linked to Plaintiff's script via an *unprecedented* 2005 partnership

12   with the accessing Def 20CFOX, and via Microsoft's co-founder **Paul Allen**, who was

13   a primary **Lions Gate's investor** (and a not-so-successful filmmaker).

14   **a.**  Like Sony, Bill Gates and Microsoft were initially interested in infringing Plaintiff's

15   work to use for plotlines for video games, and to sell Microsoft's XBOX systems.

16   **b.**  The evidence indicates Paul Allen used Plaintiff's ideas to develop his space

17   programs ***Stratolaunch Systems*** and ***Vulcan Aerospace***, and he shared Plaintiff's

18   ideas with his NASA and U.S. Department of Defense business partners Burt Rotan

19   (NASA), Gary Wentz (NASA), Jim Beames (DoD), **Doug Loverro** (NASA, DoD).

20   ●  May 19, 2020 (3 weeks ago), Loverro (director of NASA's Human Exploration

21   programs) resigned, only explaining that he took a "risk" and "made a mistake."

22   **c.**  Gates and Allen were secondarily interested in using Plaintiff ideas to entice the

23   U.S. government into a partnerships, to develop and actualize Plaintiff's concepts of:

24   (A)  an integrated system of mass personal and social data collection that feeds a

25   constantly updating global *simulator*, to monitor and predict private individual's

26   activities, and to enhance police and military capabilities;

27   (B)  a privately funded space program;

28   (C)  relocating and mining asteroids (eventually comets);

1   (D) lunar resource mining;

2   (E)  space tourism.

3   ●   These actions do not "Infringe" (because they involve inventions). But, because

4   the **ideas** were obtained unlawfully, Plaintiff may be due consideration—as the

5   progenitor or innovator of these concepts and applications.

6   **9.**  Amazon.com began producing its first film in 2007, in partnership with Defendant

7   (**Def**) 20CFOX, shortly after 20CFOX obtained Plaintiff's work.

8   **10.**  May 8, 2020, the Defendants made a significant threat against the Plaintiff.

9   <u>**FACTS & EVIDENCE**</u>

10   **1.  Def Zero Gravity Management LLC First Registered In California In 2003;**

11   **but registered in Delaware in 2000;**

12   <u>EXHIBIT A</u>: Zero Gravity Management LLC's 2003 California business registration.

13   <u>EXHIBIT B</u>: Zero Gravity Management LLC's 2000 Delaware registration.

14   Although ZGM registered in 2000 in Delaware, they did not register in California until

15   2003 because ZGM did not make a film until 2003.

16   <u>EXHIBIT C</u>: an IMDb sequential listing of all ZGM films, showing that ZGM's first

17   film, "The Cooler," was released in 2003; ZGM's second film, "In Enemy Hands," was

18   released in 2004; ZGM's third film, "Chaos," was released in 2005.

19   ZGM was operating and conducting business in California in 2003, so, under

20   California law, it was necessary to file a California business entity statement.

21   As the Complaint alleges, ZGM's second and third films were unsuccessful (one was

22   historically unsuccessful); thus, ZGM went out of business in Sept 2005, but went back in

23   business, Jan 26, 2006, six days after Plaintiff sent ZGM his screenplay.

24   ZGM currently operates in California, but does not appear to be registered to do so.

25   <u>EXHIBIT D</u>**:** Escondido Innovations, Inc's 2018 SEC 10-12G, where ZGM claims the

26   address 11110 Ohio Avenue #100, Los Angeles, CA 90025 (**page 3**, and ZGM's website).

27   ZGM's co-founder, Mark Williams, also claims this address for his film production

28   company, Mark Williams Films LLC, <u>EXHIBIT E</u>.

## 2. PLAINTIFF SERVED ZERO GRAVITY MANAGEMENT LLC, JUNE 3, 2020;

June 3, 2020, Plaintiff submitted a Proof-of-Service for ***Zero Gravity Management LLC***, based in Delaware. See <u>DOCKET FILING #38</u>. Plaintiff's server served this out-of-state entity via first-class mail, with return receipt requested.

June 2, 2020, Plaintiff did an OpenCorporates.com search of *Zero Gravity Management LLC* and found this *Delaware* company, formed in 2000. Plaintiff believes this is the "sister" or "parent" of the defunct California **Zero Gravity Management LLC**.

See <u>EXHIBIT F</u>: OpenCorporates' DE listing for Zero Gravity Management LLC.

Plaintiff is a reliable researcher and did this same OpenCorporates search for "Zero Gravity Management LLC" several times, Aug 2019 through Oct 2019, while writing his Complaint, but did not find this entity listed. It is conceivable that Google LLC may have omitted this Delaware entity from Plaintiff's Chrome search results. The Complaint (pp 96 to 109) shows how Google sent Plaintiff false search results, August 2019 to January 2020.

## 3. PRIOR TO OBTAINING PLAINTIFF'S WORK, ZGM HAD LONG-STANDING RELATIONSHIPS WITH SONY AND LIONS GATE

<u>EXHIBIT G</u>: Sony's list of subsidiaries.

<u>EXHIBIT H</u>: Wikipedia entry for *Sony Pictures*.

Exhibit G and Exhibit H show that *Columbia* and *TriStar Films* and *Sony Pictures Home Entertainment* are owned by Sony Pictures and the Sony Corporation.

Prior to infringing Plaintiff's work, ZGM produced three films: ***The Cooler*** (2003), ***In Enemy Hands*** (2004), ***Chaos*** (2005). (See Exhibit C, IMDb production credits for ZGM).

<u>EXHIBIT I</u>: production credits for ZGM's first film, "The Cooler" (2003).

<u>EXHIBIT J</u>: IMDb film credits for ZGM's second film, "In Enemy Hands," (2004)

<u>EXHIBIT K</u>: IMDb film credits for ZGM's third film, "Chaos" (2005).

By examining exhibits I, J and K, the Court can see that Lions Gate was involved in distributing all three films that ZGM produced before infringing Plaintiff's work.

Examining Exhibits I and K, one sees that Sony (Sony Pictures Home Entertainment,

| | |
|---|---|
| 1 | Columbia and TriStar Films) was involved in distributing ZGM's *The Cooler* and *Chaos*. |
| 2 | By examining exhibits I, J and K, one see that all of the other film companies involved |
| 3 | in ZGM's first three films are unknown companies, many of which are now defunct. |
| 4 | **5.  DURING *BRIGGS V BLOMKAMP* (2013-2014), WHEN ASKED,** |
| 5 | **SONY PICTURES OMITTED THE TRUTH, AN DID NOT REVEAL THAT** |
| 6 | **THEY WERE BUSINESS PARTNERS WITH ZERO GRAVITY MANAGEMENT.** |
| 7 | <u>EXHIBIT L</u>: page 14 of *Defendant Sony Pictures Entertainment Inc's Response To* |
| 8 | *Plaintiff's First Set Of Interrogatories*, from *Briggs v Blomkamp*. |
| 9 | <u>EXHIBIT M</u>: page 9 and 10 of *Defendant TriStar Pictures Inc's Response To Plaintiff's* |
| 10 | *First Set Of Interrogatories*, from *Briggs v Blomkamp*. |
| 11 | By examining interrogatory #22 of Exhibit L, and by examining interrogatory #17 on |
| 12 | Exhibit M, the court can see that during *Briggs v Blomkamp* discovery, Plaintiff simply |
| 13 | asked Sony Pictures and TriStar (<u>subsidiary of Sony</u>) if they knew Zero Gravity |
| 14 | Management. Zero Gravity Management was the fifth party named in a list of 19 parties. |
| 15 | Examining Sony/TriStar responses, the Court will see that Sony (TriStar) objected, |
| 16 | saying the question seeks information that was irrelevant, would not lead to admissible |
| 17 | evidence, overbroad, burdensome…   These responses were willful lies by omission. |
| 18 | **6.  AFTER 20CFOX & ZGM OBTAINED PLAINTIFF'S WORK, 20CFOX** |
| 19 | **GAVE PLAINTIFF'S WORK TO GEORGE LUCAS, HOPING HE WOULD TAKE** |
| 20 | **THE PLAINTIFF'S IDEAS AND WRITE A FILM FOR 20CFOX TO PRODUCE** |
| 21 | **WITH PIXAR (LUCAS WORKED PRIMARILY FOR 20CFOX FOR 30 YEARS).** |
| 22 | **<u>But Pixar Was Purchased By Disney, Just Days After ZGM Accessed Plaintiff's Work</u>.** |
| 23 | **Thus, Lucas And Disney Created A Secret Subsidiary That Used Lucas's Business** |
| 24 | **Name But Disney's Address (6 Years <u>Before</u> Disney Purchased Lucasfilm). Lucas Then** |
| 25 | **Wrote WALL-E, But Lucas & Disney Credited Pixar's Andrew Stanton.** |
| 26 | The Complaint identifies Defendant 20CFOX as an accessor and infringer. |
| 27 | Def T20CFOX was the distributor for **all of the first six Star Wars films**, created by |
| 28 | George Lucas.  (See <u>EXHIBIT N</u>: George Lucas's filmography.) |

1       George Lucas opened his first film company in 1971.

2       In 1984 Rupert Murdoch purchased Twentieth Century Fox.

3       Rupert Murdoch and George Lucas have been friends for over 35 years. (See <u>EXHIBIT</u>

4   <u>O</u>: a photo of Murdoch and George Lucas.)

5       Before 2013, Lucas had never made a film for Disney. (See Exhibit N.)

6       December 2012 Disney Purchased Lucasfilm Ltd.

7       George Lucas was the founder and original owner of various Lucasfilm properties.

8       Before 2012, with the exception of a little known company named *JAK Productions*

9   *Limited*, formed in London in 1994, all generally known Lucasfilm business entities started

10  with the identifiers "Lucasfilm," or "LFL" (short for "Lucas Film Limited"). [See <u>EXHIBIT</u>

11  <u>P</u>: California BES's of four Luscasfilm entities before the 2012 Disney buyout.]

12      Between 1971 and September 2012 all <u>known</u> Lucasfilm companies had addresses in

13  Northern California, primarily San Francisco and Marin County (see the addresses on

14  Exhibit P). All pre-October 2012 Lucasfilm BES's have Northern California addresses.

15      Late 2012, after Disney purchased Lucasfilm, all Lucasfilm entities began to use

16  Disney's address at 500 S Buena Vista Street, Burbank, CA 91521. [See <u>EXHIBIT Q</u>:

17  several post-2013 Lucasfilm California BES's using Disney's Burbank address.]

18      However, there was a secret Lucasfilm company that in January 2007—11 months after

19  ZGM accessed Plaintiff's work, and 5 years **before** Disney purchased Lucasfilm— began to

20  use Disney's address. This company is called ***LFL Productions, Inc***. [See <u>EXHIBIT R</u>:

21  LFL Productions Inc's CA registration <u>and</u> BES (combined), with Disney's address (p 2).]

22      20CFOX, Disney and Lucas conspired to infringe on Plaintiff's environmental theme,

23  enormous spacestation, single surviving flower that represents hope for humanity, and more.

24      An easy clue that Andrew Stanton did not write WALL-E is his pre-existing body of

25  work, with no environmental or social themes, <u>and no robots</u>. Where Lucas is a robot-phile.

26      But the dead giveaway clue that WALL-E was not only written by Lucas but also

27  produced by Lucas is the fact that the "voice" of WALL-E (or the creator of the noises

28  WALL-E produces) is Ben Burtt. Ben Burtt is a legendary sound engineer who voiced

1   R2D2 and who has worked with Lucas on almost all of Lucas's films. But before WALL-E

2   (2008) Ben Burtt had <u>NEVER</u> worked for Pixar or Disney.

3       <u>EXHIBIT S</u>, Ben Burtt's filmography, showing no prior Pixar or Disney films.

4       Rupert Murdoch (then owner of 20CFOX) asked George Lucas to write a film based

5   on Plaintiff's ideas, which Lucas might produce with Pixar (Pixar's owner Edwin Catmull,

6   and Pixar's primary writer John Lasseter, worked for Lucas, for years, before starting

7   *Pixar*). But, Jan 25, 2006, as 20CFOX and Lucas were planning this project, Disney

8   purchased **Pixar**. Thus, Disney would own anything Pixar created—including WALL-E.

9       Since Lucas was not a Disney employee, he and Disney created LFL Productions, Inc.

10  to funnel Disney money to Lucas for writing and co-producing WALL-E; thus, paying

11  Lucas for stealing Plaintiff's ideas. [See <u>EXHIBIT T</u>, a CorporationWiki.com financial flow

12  chart showing transactions flowing to Disney attorney Joseph Santaniello, and transaction

13  flowing from Santaniello to LFL Productions, Inc.]

14      The Court can see this same flow of money to another unusual Lucasfilm business that

15  Lucas created April 7, 2006, <u>two months after ZGM accessed Plaintiff's work</u>, ***Lucasfilm***

16  ***Domestic International Sales Corporation***, seen on the second page of Exhibit T.

17  Plaintiff has not figured out how/if this company fits in the Disney/Lucas/Pixar plan.

18          **7.  AFTER ZGM OBTAINED PLAINTIFF'S SCRIPT, THEY FORMED**

19              **TWO COMPANIES THAT BECAME SECRET SUBSIDIARY OF**

20                      **NBCUNIVERSAL AND TIME WARNER.**

21                  <u>**The NBCUniversal Connection to ZGM**</u>

22      December 2006, 11 months after ZGM and Mark Williams (ZGM's co-owner)

23  accessed Plaintiff's work, Mark Williams created ***Williams Productions LLC***, based in

24  Massachusetts, <u>located in a towing yard</u> (seriously).

25      <u>EXHIBIT U</u>, Williams Productions LLC Massachusetts business registration.

26      <u>EXHIBIT V</u>, Google Maps address location, showing *Williams Productions LLC* was

27  located in a towing yard (until 2019).

28      On the Massachusetts filing, Mark Williams's first name is spelled "Marc".

1    Mark Williams sometimes spells his name "Mark" and sometime "Marc".

2    EXHIBIT W: a screenshot from AbsoluteWrite where Williams uses the spelling *Marc*.

3    A few months after Williams Productions LLC was created, in 2007, Williams

4    Productions LLC (located in a tow yard) became a subsidiary of NBCUniversal. In 2019,

5    NBCUniversal changed Williams Productions LLC's name *UPD Film LLC*, and changed

6    the address to Universal City.

7    EXHIBIT X: NBCUniversal's list of subsidiaries, from it SEC Ex-21, showing

8    Williams Productions LLC (in a tow yard) is an NBCUniversal subsidiary (see page 19).

9    NBCUniversal would  make several films that infringe on the Plaintiff's work.

10   ZGM (Williams) and NBCUniversal created this subsidiary for NBCUniversal to pay

11   ZGM and Williams for ideas that Williams and ZGM infringed from the Plaintiff.

12   **The Time Warner Connection To ZGM**

13   February 2006, about 2 weeks after ZGM accessed Plaintiff's work, ZGM released

14   their fourth film, "Running Scared," originally expected to be released late summer 2005.

15   EXHIBIT Y: IMDb production information for Running Scared.

16   Exhibit Y shows Running Scared was primarily distributed by New Line Cinema.

17   New Line Cinema is a subsidiary of Time Warner and Warner Brothers.

18   New Line Cinema did NOT help produce or distribute any prior ZGM films.

19   ZGM coordinated with Warner Bros, unlawfully offering them the rights to Plaintiff's

20   ideas in exchange for ongoing payments, which ZGM would receive through the fake

21   company "Monolith Productions Inc" (**MPI**), which became a Time Warner subsidiary in

22   2007. New Line Cinemas arranged this deal.

23   Monolith Productions Inc was formed in California, August 2007. [See EXHIBIT Z:

24   MPI's California business registration (page 1), and MPI's California BES (page 2).]

25   A sure sign that this company is a fake, and just created to filter money to ZGM, is the fact

26   that the company alleges to be a video game company, but the BES claims that it is a film

27   production company.

28   Monolith Productions Inc has several fraudulent origin stories. In MPI's Wikipedia

1   page (<u>EXHIBIT AA</u>), Time Warner claims (on the opening line) that Monolith was formed

2   in Kirkland, Washington in August 2004; then, in the very next sentence (under the heading

3   "History"), Time Warner and Monolith claim this company was created in 1994.

4         By conducting a simple OpenCorporates.com search of "Monolith Productions, Inc"

5   one sees that there was NEVER a company name Monolith Productions in Washington, nor

6   was any "Monolith Productions Inc" formed near 1997. (See <u>EXHIBIT BB</u>:

7   OpenCorperates.com's search results for "Monolith Productions, Inc.")

8         Almost predictably, Plaintiff discovered MPI's Wikipedia entry is supported by

9   fraudulent Internet Archive (**IA**) crawls—which operate like the fake IA crawls detailed in

10  the Complaint (bypassing the calendar page and redirecting to a preselected date).

11        By the end of 2007, when Monolith Productions Inc was only 4 months old, MPI

12  became a Time-Warner subsidiary. [See <u>EXHIBIT CC</u>: Time Warner's SEC list of

13  subsidiaries (page 5, under *Warner Bros. Home Entertainment Inc*).]

14  **8.  FACTS CONNECTING MICROSOFT, AND PAUL ALLEN (CO-FOUNDER OF**

15  **MICROSOFT AND LIONS GATE INVESTOR) TO PLAINTIFF'S WORK.**

16        <u>EXHIBIT DD</u>: an article published on Microsoft's website announcing that on Nov 3,

17  2005 Microsoft and Def 20CFOX went into an **"Unprecedented"** business relationship.

18        <u>EXHIBIT EE</u>: Lions Gate's SEC Schedule 13G, showing Paul Allen (Vulcan Ventures

19  Inc) owned **7.6%** of Lions Gate (see page 6).

20        <u>EXHIBIT FF</u>: an article from Space.com, titled "Billionaires Wanted to Fund Private

21  Mars Colony," discusses Paul Allen's *Stratolaunch* space project (with Burt Rutan's help),

22  Jeff Bezos' *Blue Origin* and Richard Branson's *Virgin Galactic* space tourism programs,

23  and explains that Def <u>**James Cameron** and **Larry Page** (co-owner of Def **Google LLC**)</u>

24  <u>are investors in *Planetary Resources*, a company hoping to do **asteroid mining**</u>.

25        <u>EXHIBIT GG</u>: an article that explains Doug Loverro recently resigned as NASA

26  Human Exploration Director, saying only that he took a risk and made a mistake.

27        <u>EXHIBIT HH</u>: a TechCrunch.com article about Microsoft's global data collection

28  programs alleges that Microsoft is aggregating data to promote environmental sustainability.

1    Plaintiff is confident that this program is intended to eventually operate like the global (or

2    universal) simulator depicted in a version of Plaintiff's script (Butterfly Driver), and will

3    help the operator predict human behavior and other events. The article was published April

4    15, 2020, five weeks after Plaintiff filed his Complaint.

5         EXHIBIT II: a GeekWire.com article about Microsoft's and Amazon.com's bidding

6    war to secure US military defense contracts.

7          EXHIBIT JJ, a Wikipedia entry on Paul Allen's Stratolaunch Systems, discussing

8    Allen's business ties to NASA's and the DoD's Burt Rotan, Gary Wentz and Chuck Beames.

9         **10.  FACTS CONNECTING AMAZON.COM TO PLAINTIFF'S WORK.**

10        EXHIBIT KK: an article about Amazon producing its first film, in 2007, financed by

11   Defendant 20CFOX.

12                    **11.  DEFENDANTS' HACKING CONTINUES**

13        The Defendants' hacking of Plaintiff's laptop and phone, described in the Complaint,

14   continues. Since Plaintiff filed his Complaint the Defs have erased and/or modified several

15   of Plaintiff's digital documents, have regularly impeded his access to sites like

16   OpenCotporates, and have deleted many of his texts. Some of these deleted texts were

17   restored—only after Plaintiff emailed and texted his family to have them forward the

18   missing texts. Plaintiff will happily provide evidence of these allegations upon request.

19             **12.  MAY 8, 2020, PLAINTIFF RECEIVED WHAT MAY BE**

20                  **A DEATH THREAT FROM THE DEFENDANTS**

21        The Complaint alleges the Defs hacked into Plaintiff's computer, phone, email, etc.

22         Plaintiff uses a phone with a Google operating system, and he reads much of his news

23   on his phone's *Google News* feed.  Like all Google News feeds, Plaintiff's phone's Google

24   News feed displays the headlines of many (50-100) news stories. In concert with Plaintiff's

25   News *preferences*, the most important <u>current</u> national, international and political stories are

26   displayed first. To see the body of an article, the headline must be clicked.

27        The evening of May 8, 2020, Plaintiff noticed the <u>third</u>  headline in his Google News

28   feed read: **"You Will Not Live To See You Next Birthday."** The story was written by Bret

1  Stephens and published in the New York Times, May 8, 2020. The article was likely only

2  released on the NYT's website, and is classified as an "opinion", at

3  www.nytimes.com/2020/05/05/opinion/holocaust-survivor.html.

4     Exhibit LL: a New York Times article titled "*You Will Not Live To See You Next*

5  *Birthday*," published May 8, 2020.

6     Plaintiff believes this was a coordinated threat from Defs Google LLC and News Corp.

7     Writer Brett Stephen worked for Def **News Corporation**, at The Wall Street Journal,

8  from 2002 to 2017. (See EXHIBIT MM: the Wikipedia entry for writer "Brett Stephens".)

9     The Defs contracted Stephens to write the article and to give it the ominous title.

10     In Plaintiff's Google News feed the first five stories presented are always major,

11  leading, current headline news stories. But this peculiar story was not a leading story, nor

12  was it current, nor was it "news", and it did not agree with Plaintiff's "preferences."

13     The headline linked to a peculiar story about a Hungarian-Jewish man who survived

14  Nazi concentration camps in WWII, then escaped Europe to Mexico, where he met his wife.

15  The fact that the story is not a current news story, makes it a perfect sort of tool for the Defs

16  to publish whenever they need to intimidate their enemies (or worse).

17     Ordinarily, if this story managed to appear in Plaintiff's feed, it would have appeared

18  50 stories lower. Once the article was written, Def Google LLC made sure that the Plaintiff

19  would see the threat placed high in his Google News results.

20     Plaintiff believes this threat is credible and intended to scare him out of pursuing this

21  suit, and future suits. The threat is frightening, but the Plaintiff will not abandon his suit(s).

22            **<u>CONCLUSION</u>**

23     As the foregoing makes the facts more probable, and as the evidence is of

24  consequence, admissible, generally known in this jurisdiction and relies on sources that

25  cannot reasonably be questioned, the Court should grant Plaintiff's Amended Motion In

26  Limine For The Inclusion Of New Facts and Evidence, And Request For Judicial Notice.

27    Dated: June 11, 2020.       Signed: <u>    /s/ Steve Wilson Briggs    </u>

28                           Plaintiff, In Propria Persona

# Exhibit A



# State of California
## Kevin Shelley
## Secretary of State

**File #** **2 0 0 3 2 5 9 1 0 0 2 7**

**FILED**
in the office of the Secretary of State
of the State of California

SEP 1 1 2003

KEVIN SHELLEY, SECRETARY OF STATE

## LIMITED LIABILITY COMPANY
## ARTICLES OF ORGANIZATION

A $70.00 filing fee must accompany this form.

**IMPORTANT – Read instructions before completing this form.**

This Space For Filing Use Only

| | |
|---|---|
| 1. | **NAME OF THE LIMITED LIABILITY COMPANY** (END THE NAME WITH THE WORDS "LIMITED LIABILITY COMPANY," "LTD. LIABILITY CO.,"OR THE ABBREVIATIONS "LLC" OR "L.L.C.")<br>Zero Gravity Management, LLC |
| 2. | **THE PURPOSE OF THE LIMITED LIABILITY COMPANY IS TO ENGAGE IN ANY LAWFUL ACT OR ACTIVITY FOR WHICH A LIMITED LIABILITY COMPANY MAY BE ORGANIZED UNDER THE BEVERLY-KILLEA LIMITED LIABILITY COMPANY ACT.** |
| 3. | **CHECK THE APPROPRIATE PROVISION BELOW AND NAME THE AGENT FOR SERVICE OF PROCESS.**<br>[✓] AN INDIVIDUAL RESIDING IN CALIFORNIA.  PROCEED TO ITEM 4.<br>[ ] A CORPORATION WHICH HAS FILED A CERTIFICATE PURSUANT TO SECTION 1505.  PROCEED TO ITEM 5.<br>AGENT'S NAME:   Michael Pierce |
| 4. | **ADDRESS OF THE AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL:**<br>ADDRESS   8954 West Pico Blvd., Second Floor<br>CITY  Los Angeles          STATE  **CA**          ZIP CODE  90035 |
| 5. | **THE LIMITED LIABILITY COMPANY WILL BE MANAGED BY: (CHECK ONE)**<br>[✓] ONE MANAGER<br>[ ] MORE THAN ONE MANAGER<br>[ ] ALL LIMITED LIABILITY COMPANY MEMBER(S) |
| 6. | **OTHER MATTERS TO BE INCLUDED IN THIS CERTIFICATE MAY BE SET FORTH ON SEPARATE ATTACHED PAGES AND ARE MADE A PART OF THIS CERTIFICATE.  OTHER MATTERS MAY INCLUDE THE LATEST DATE ON WHICH THE LIMITED LIABILITY COMPANY IS TO DISSOLVE.** |
| 7. | **NUMBER OF PAGES ATTACHED, IF ANY:** |
| 8. | **TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY.  (FOR INFORMATIONAL PURPOSES ONLY)**<br>Management |
| 9. | **IT IS HEREBY DECLARED THAT I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.**<br>SIGNATURE OF ORGANIZER          September 11, 2003<br>DATE<br>Jennifer R. Abid<br>TYPE OR PRINT NAME OF ORGANIZER |
| 10. | **RETURN TO:**<br>NAME<br>FIRM<br>ADDRESS<br>CITY/STATE<br>ZIP CODE |

SEC/STATE FORM LLC-1 (Rev. 06/2003) – FILING FEE $70.00                    APPROVED BY SECRETARY OF STATE

# Exhibit B

Delaware.gov                          Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

Allowable Characters

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey
Loading...

Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 3155722 | Incorporation Date / Formation Date: | 1/6/2000 (mm/dd/yyyy) |
| Entity Name: | ZERO GRAVITY MANAGEMENT LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | THE CORPORATION TRUST COMPANY | | |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE ST | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19801 |
| Phone: | 302-658-7581 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.
Would you like ◯ Status ◯ Status,Tax & History Information

[ Submit ]

[ View Search Results ]           [ New Entity Search ]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

Exhibit C

 Sign In



## With Zero Gravity Management (Sorted by Year Ascending)

1-50 of 69 titles. | Next »　　　　　　　　　View Mode: Compact | Detailed

Sort by: Popularity | A-Z | User Rating | Number of Votes | US Box Office | Runtime | Year▲
| Release Date | Date of Your Rating | Your Rating

IMDbPro　View full company info for Zero Gravity Management [↗]



### 1. The Cooler (2003)
R | 101 min | Drama, Romance

6.9　　Rate this　　69 Metascore

In an old school Las Vegas casino, its top gambling jinx breaks his curse when he falls in love, much to his boss' consternation.

Director: Wayne Kramer | Stars: William H. Macy, Maria Bello, Alec Baldwin, Shawn Hatosy

Votes: 31,934 | Gross: $8.24M



### 2. In Enemy Hands (2004)
R | 94 min | Drama, Thriller, War

6.0　　Rate this

When American submarine Swordfish is torpedoed the survivors are picked up by a passing German U-boat but an outbreak of meningitis threatens all aboard.

Director: Tony Giglio | Stars: William H. Macy, Til Schweiger, Thomas Kretschmann, Clark Gregg

Votes: 3,797



### 3. Chaos (II) (2005)
R | 106 min | Action, Crime, Drama

6.5　　Rate this

Two cops, a rookie and a grizzled vet, pursue an accomplished bank robber.

Director: Tony Giglio | Stars: Jason Statham, Ryan Phillippe, Wesley Snipes, Henry Czerny

Votes: 50,384



### 4. Running Scared (2006)
R | 122 min | Action, Crime, Drama

7.4　　Rate this　　41 Metascore

A low-ranking thug is entrusted by his crime boss to dispose of a gun that killed corrupt cops, but things get out of control when the gun ends up in wrong hands.

Director: Wayne Kramer | Stars: Paul Walker, Cameron Bright, Chazz Palminteri, Vera Farmiga

Votes: 95,762 | Gross: $6.86M



# Exhibit D

# Escondido Innovations, Inc. – '10-12G' on 4/13/18 – 'EX-10.10'

*On:* Friday, 4/13/18, at 4:40pm ET · *Accession #:* 1654954-18-3924 · *File #:* **0-55868**

*Previous '10-12G':* **10-12G/A** on 3/28/18 · *Next:* **10-12G/A** on 5/4/18 · *Latest:* **10-12G/A** on 6/12/18 ·

*2 Referenced via Accession #:* By: SEC - 'UPLOAD' on 6/14/18 ▼　Go

[ Find ]　[ _____ ]　in this entire Filing. ▼　Show Documents searched ▼　and each "hit". ▼　↓Hints

| *As Of* | *Filer* | *Filing* | *For·On·As* | *Docs:Size* | *Issuer* | *Agent* |
|---|---|---|---|---|---|---|
| 4/13/18 | Escondido Innovations, Inc. | 10-12G | | 32:7.0M | | Blueprint/FA |

---

**Registration of Securities (General Form)　—　Form 10**
**Filing Table of Contents**

| *Document/Exhibit* | *Description* | *Pages* | *Size* |
|---|---|---|---|
| 1: 10-12G | Escondido Innovations, Inc. Form 10-12G | HTML | 703K |
| 2: EX-2.1 | Agreement and Plan of Merger by and Among Escondido Innovations, Inc., Mjw Music Corporation and Mjw Music LLC, Dated as of November 9, 2016. | HTML | 177K |
| 3: EX-2.2 | Agreement and Plan of Merger by and Among Escondido Innovations, Inc., Mjw Media Corporation, and Mjw Media, LLC, Dated as of November 9, 2016. | HTML | 177K |
| 4: EX-3.1 | Certificate of Incorporation of Escondido Innovations, Inc. | HTML | 42K |
| 5: EX-3.2 | Certificate for Renewal and Revival of Charter. | HTML | 20K |
| 6: EX-3.3 | Bylaws of Escondido Innovations, Inc., Dated as of November 25, 2014. | HTML | 91K |
| 7: EX-10.1 | Producer Agreement Between Cardboard Productions, LLC and Mjw Media, LLC, Dated as of November 21, 2013. | HTML | 72K |
| **16: EX-10.10** | **Term Sheet for "The Manuscript" Between Mjw Media, Inc. and Zero Gravity Management, Dated February 21, 2017.** | **HTML** | **41K** |
| 17: EX-10.11 | Residential Lease or Month-To-Month Agreement Between Escondido Innovations, Inc. and Daniel Crosser, Dated May 31, 2017. | HTML | 58K |
| 18: EX-10.12 | Sales Agency Agreement Between Highland Film Group, LLC and Mjw Media Group, Dated July 19, 2017. | HTML | 108K |
| 19: EX-10.13 | Sales Agency Agreement Between Highland Film Group, LLC and Child Support Productions LLC, Dated October 24, 2016. | HTML | 103K |
| 20: EX-10.14 | Amended and Restated Loan Agreement Among Manuscript Productions, LLC, Mjw Media, Inc., and Stadsc, LLC, Dated December 28, 2017. | HTML | 60K |
| 21: EX-10.15 | Repurchase Option Among Mjw Media, Inc., Manuscript Productions, LLC, and Stadsc, LLC, Dated December 28, 2017. | HTML | 27K |
| 22: EX-10.16 | Line of Credit Note Entered Into by Mjw Media, Inc. and Manuscript Productions, LLC, Dated December 28, 2017. | HTML | 60K |
| 23: EX-10.17 | Security Agreement - Feature Film Between Manuscript Productions, LLC, and Stadsc, LLC, Dated December 28, 2017. | HTML | 69K |
| 24: EX-10.18 | Security Agreement - Feature Films Among Manuscript Productions, LLC, Mjw Media, Inc., and Stadsc, LLC, Dated December 28, 2017. | HTML | 72K |
| 25: EX-10.19 | Security Agreement - Feature Film Between Mjw Media, Inc., and Stadsc, LLC, Dated December 28, 2017. | HTML | 70K |
| 8: EX-10.2 | Agreement Between Mjw Music, LLC and Stuck Subway Movie, Inc., Dated as of May 6, 2014. | HTML | 31K |
| 26: EX-10.20 | Tax Credit Pledge and Security Agreement Among Manuscript Productions, LLC, Scott Archer, and David Coia, Dated December 28, 2017. | HTML | 68K |
| 27: EX-10.21 | Net Profit Participation Agreement and Assignment Among Mjw Media, Inc., Manuscript Productions, LLC, and Stadsc, LLC, Dated December 28, 2017. | HTML | 41K |
| 28: EX-10.22 | Copyright Assignment Agreement Between Manuscript Productions, LLC and Stadsc, LLC, Dated December 28, 2017. | HTML | 42K |
| 29: EX-10.23 | Guaranty Entered Into by Michael Witherill, Debbie Rasmussen, Aaron Klusman, Sarah Klusman, and Escondido Innovations, Inc., Dated December 28, 2017. | HTML | 64K |

| 30: | EX-10.24 | Form of Warrant to Purchase Common Stock for Warrants Issued to Scott Archer, David Coia, Aaron Klusman and Debbie Rasmussen. | HTML | 61K |
|---|---|---|---|---|
| 31: | EX-10.25 | Attachment/Hold Agreement Between the Manuscript Productions, LLC and Idc2, Inc. F/S/O Nick Cassavetes, Dated as of February 2, 2018. | HTML | 68K |
| 9: | EX-10.3 | Producer Agreement Between Stuck Productions, LLC and Mjw Media, LLC, Dated as of June 16, 2014. | HTML | 75K |
| 10: | EX-10.4 | Option/Purchase Agreement Between Mjw Media, LLC and Leia Kaushik, Dated as of September 14, 2015. | HTML | 67K |
| 11: | EX-10.5 | Short Form Option Extension Between Mjw Media, LLC and Leia Kaushik, Dated as of May 5, 2017. | HTML | 24K |
| 12: | EX-10.6 | Memorandum of Understanding Between Mike Witherill on Behalf of Mjw Media, LLC and Pete Rosen, Dated February 2, 2016. | HTML | 25K |
| 13: | EX-10.7 | Screenplay Option/Purchase Agreement "Child Support" Between Mjw Media, LLC and Pete Rosen and Gary Bowen, Dated as of August 1, 2016. | HTML | 71K |
| 14: | EX-10.8 | Music Recording Contract Between Mjw Music and McKenna Breinholt, Dated August 19, 2016. | HTML | 24K |
| 15: | EX-10.9 | Theatrical Writer's Agreement Between Child Support Productions, LLC and Ben Bolea, Dated as of February 6, 2017. | HTML | 40K |
| 32: | EX-21.1 | Subsidiaries | HTML | 19K |

**EX-10.10  —  Term Sheet for "The Manuscript" Between Mjw Media, Inc. and Zero Gravity Management, Dated February 21, 2017.**

*This Exhibit is an HTML Document rendered as filed.* [ *Alternative Formats* ]



Blueprint

Exhibit 10.10

TERM SHEET FOR *"THE MANUSCRIPT"*

February 21, 2017

**MJW Media, Inc.**
1166 E Warner Rd #101-B
Gilbert, AZ 85296

**Zero Gravity Management**
11110 Ohio Avenue #100
Los Angeles, CA 90025

The following are the terms and conditions for the Financing and Co-Production Agreement for the film currently titled THE MANUSCRIPT (the *"Film"*) between MJW Media, Inc. (MJW) and Zero Gravity Management (ZG):

| | | |
|---|---|---|
| 1. | **The Film:** | The Manuscript |
| 2. | **Rights Holder/Producer:** | Zero Gravity Management |
| 3. | **Financier/Producer:** | MJW Media |
| 4. | **Company Credits:** | MJW to receive 1st position Presentation and Production Company credits with animated logo ZG to receive 2I'd position Presentation and Production Company credits with animated logo |
| 5. | **Individual Credits:** | Mark Williams to receive the 1st position Producer credit. Mike Witherill and Joe Mundo to receive the 2I'd and 3rd position Producer credits. MJW to be able to designate 2 Executive Producer credits. ZG to be able to designate 1 Executive Producer credit and 1 Co-Producer credit. Any other producer designations must be mutually agreed upon by MJW and ZG. |
| 6. | **Producer's Net Profit Pool:** | MJW and ZG will split the Producer's 50 point Net Profit pool 25/25. Third party Net Profit participants will be taken off the top pro rata pari passu. ZG will have a floor of 15 points. Both MJW and ZG will make best efforts to limit the amount of Net Profit points given out to third party participants. |
| 7. | **Producer Travel, Per Diem, Premiere Tiks etc:** | MFN for MJW and ZG. Mutual approval (MJW tie- break) on additional members of ZG (beyond Mark Williams) receiving this MFN distinction. |

1

EXECUTION VERSION

| 8. | Nature of Financing: | 100% including but not limited to financing Foreign pre-sales, Sales Estimates, Tax Credit and Equity. |
|---|---|---|
| 9. | Source of Financing: | Financing will be provided through City National Bank. |
| 10. | Investment Return: | Market rates on all non-equity financing. Principal and 20% interest on all equity financing to be returned prior to any deferrals and before any profit participation. |
| 11. | Investor's Net Profit Pool: | MJW will own all 50 Investor Net Profit pool points. |
| 12. | Owner of Copyright: | MJW Media, Inc. |
| 13. | Right of Assignment: | MJW Media, Inc. reserves the right to assign this agreement and the rights herein to an entity created specifically for this film. |
| 14. | Foreign Sales Company: | Mutual Approval (MJW tie-break). Highland Film Group is pre-approved |
| 15. | Domestic Distributor: | Mutual Approval (MJW tie-break). |
| 16. | Cast: | Mutual Approval (MJW tie-break). |
| 17. | Budget: | Mutual Approval (MJW tie-break). $15mil+ target. MJW to commission and budget and schedule. |
| 18. | Locked Script: | Mutual Approval (MJW tie-break). |
| 19. | Final Cut: | Mutual Approval (NRG Test Screenings as tie-break) |
| 20. | Collection Company: | Mutual Approval (MJW tie-break). |
| 21. | Bond Company: | Mutual Approval (MJW tie-break). |
| 22. | Shooting Location: | Mutual Approval (MJW tie-break). |
| 23. | **Press Release**/Announcement: | Mutual Approval on language contained in any press release and/or announcement made about this film. |
| 24. | Director: | Mikael Hafstrom is approved. If unavailable, true Mutual Approval from MJW and ZG on a replacement. |

2

EXECUTION VERSION

| 25. | **MJW Producer Fee:** | MJW to receive a 5% Producer fee upfront with a floor of $750k and a ceiling of $1.5mil. MJW will receive a deferral fee equal to the difference between the collected upfront fee and $1.5mil. (i.e. if MJW receives a $900k Producer Fee upfront, MJW will then receive a $600k deferral fee if the film makes enough profit to cover it) |
|---|---|---|
| 26. | **ZG Producer Fee:** | ZG to receive a 5% Producer fee upfront with a true floor of $750k and a ceiling of $1.5mil. ZG will receive a deferral fee equal to the difference between the collected upfront fee and $1.5mil. (i.e. if ZG receives a $900k Producer Fee upfront, ZG will then receive a $600k deferral fee if the film makes enough profit to cover it) |
| 27. | **MJW Financing Fee:** | MJW to receive a 4% Financing Fee. MJW will defer 1% of this fee to the deferral pool. MJW's 3% upfront amount will be capped at $500k. |
| 28. | **Deferral Pool Waterfall Position:** | All deferrals to be MFN definition and to be paid out pro rata pari passu with all deferral participants after MJW has received its investment and 20% interest premium. |
| 29. | **Condition Precedent:** | ZG to re-up the option on the script. Previous terms provided by ZG to MJW are approved. |
| 30. | **Binding Terms and Exclusivity:** | Once an authorized member of both MJW and ZG executes this Term Sheet, the terms contained herein are binding. MJW and ZG will share the exclusive right to Package, Finance and Produce the Film. |
| 31. | **Confidentiality:** | The terms of this Term Sheet are strictly confidential and both MJW and ZG agree not to disclose the terms contained herein to any third party without the prior written consent of the each other except that either party may disclose such terms to its officers, directors, attorneys, other advisors, also governmental entities and other parties with a right to access such information, including guilds or parties required by law. |
| 32. | **Long Form:** | MJW and ZG will enter into a long form agreement based around the terms contained in this Term Sheet. This Term Sheet, once executed allows for both MJW and ZG to begin working on packaging the film. |

3

**33.**     **Expiration Date:**        The terms of this agreement will expire 12 months from the date of execution. Term will automatically extend to accommodate for attached actor availability and/or if a specific Hard Start Date has been set by the production.

**Agreed and Accepted**

MJW MEDIA, INC.                                        ZERO GRAVITY MANAGEMENT

By:     /s/ Michael Witherwill                             By:     /s/ Mark Williams

                                                             Manager

Authorized Signatory                                     Authorized Signatory

4

**Dates Referenced Herein**

| *This '10-12G' Filing* | *Date* | *Other Filings* |
|---|---|---|
| Filed on: | 4/13/18 | None on these Dates |
|  | 2/21/17 |  |

**List all Filings**

↑T...

---

Filing Submission 0001654954-18-003924   –   Alternative Formats (Word / Rich Text, HTML, Plain Text, et al.)

---

*Copyright © 2020* ***Fran Finnegan & Company***. *All Rights Reserved.*
*About* – *Privacy* – *Redactions* – *Help* — *Fri., Feb. 14, 6:13:57.0pm ET*

# Exhibit E

17- 776217

 **Secretary of State**
**Statement of Information** 34
(Limited Liability Company)

**LLC-12**

**FILED**
Secretary of State
State of California

**AUG 0 7 2017**

**IMPORTANT** — Read instructions **before completing this form.**

**Filing Fee – $20.00**

**Copy Fees** – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**This Space For Office Use Only**

| 1. Limited Liability Company Name (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.) |
|---|
| Mark Williams Films LLC |

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 201106010235 | |

**4. Business Addresses**

| a. Street Address of Principal Office - Do not list a P.O. Box | City (no abbreviations) | | State | Zip Code |
|---|---|---|---|---|
| 11110 Ohio Avenue Suite 100 | Los Angeles | | Ca | 90025 |
| b. Mailing Address of LLC, if different than Item 4a | City (no abbreviations) | | State | Zip Code |
| | | | | |
| c. Street Address of California Office, if Item 4a is not in California - Do not list a P.O. Box | C   (no abbreviations) | | State | Zip Code |
| | | | CA | |

**5. Manager(s) or Member(s)**
If no managers have been appointed or elected, provide the name and address of each member. At least one name and address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Mark | | Williams | |
| b. Entity Name - Do not complete Item 5a | | | |
| | | | |

| c. Address | City (no abbreviations) | | State | Zip Code |
|---|---|---|---|---|
| 4010 Mandeville Canyon Road | Los Angeles | | CA | 90049 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only.  Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Mark | | Williams | |
| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | | State | Zip Code |
| 4010 Mandeville Canyon Road | Los Angeles | | CA | 90049 |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b |
|---|
| |

**7. Type of Business**

| a. Describe the type of business or services of the Limited Liability Company |
|---|
| Film Production and Management |

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |
| b. Address | City (no abbreviations) | | State | Zip Code |
| | | | | |

**9. The Information contained herein, including any attachments, is true and correct.**

| 8/3/17 | Mark Williams | Manager | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**R   Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed.  SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:

Company:

Address:

City/State/Zip:

LLC-12 (REV 01/2017)

2017 California Secretary of State
www.sos.ca.gov/business/be

Exhibit F

Now available: over 400m key company lifecycle events, from officer changes to gazette notices.
Read more on our blog.

# opencorporates

The Open Database Of The Corporate World

| Company name or number | Search |

⦿ Companies  ○ Officers  ☑ only in Delaware (US)

- Log in/Sign up

# ZERO GRAVITY MANAGEMENT LLC

Company Number
    3155722
Incorporation Date
    6 January 2000 (over 20 years ago)
Company Type
    Limited Liability Company
Jurisdiction
    Delaware (US)
Agent Name
    THE CORPORATION TRUST COMPANY
Agent Address
    CORPORATION TRUST CENTER 1209 ORANGE ST, WILMINGTON, New Castle, DE, 19801
Directors / Officers

- THE CORPORATION TRUST COMPANY, agent

**Source** Delaware Department of State: Division of Corporations, http://www.corp.delaware.gov/, 25 Aug 2019
Add data *(website, address, etc)*

## Explore company network



## Company network

Not yet available for this company. Click to find out more

## Latest Events

2000-01-06
    Incorporated
2000-01-06 - 2018-04-10
    Addition of officer THE CORPORATION TRUST COMPANY, agent

See all events

**Corporate Grouping User Contributed**

None known. Add one now?
See all corporate groupings

## Similarly named companies

- 🇺🇸 ZERO GRAVITY MANAGEMENT LLC (Wyoming (US), 12 Dec 2018- )
- 🇺🇸 ZERO GRAVITY CAPITAL MANAGEMENT LLC (Delaware (US), 10 Aug 1999- )
- 🇺🇸 ZERO GRAVITY TECHNOLOGY MANAGEMENT LLC (Delaware (US), 4 Oct 2000- )
- 🇺🇸 inactive ZERO GRAVITY MANAGEMENT, LLC (Florida (US), 9 Oct 2008- )
- 🇺🇸 inactive ZERO GRAVITY MANAGEMENT, LLC (California (US), 11 Sep 2003- )
- 🇺🇸 inactive ZERO GRAVITY MANAGEMENT, LLC (Georgia (US), 24 Sep 2004-16 May 2008)
- 🇺🇸 inactive ZERO GRAVITY MANAGEMENT, LLC (California (US), 26 Jan 2006- )
- 🇺🇸 inactive branch ZERO GRAVITY CAPITAL MANAGEMENT LLC (California (US), 20 Jul 2000- )
- 🇺🇸 inactive branch ZERO GRAVITY TECHNOLOGY MANAGEMENT LLC (California (US), 28 Mar 2001- )

* While we strive to keep this information correct and up-to-date, it is not the primary source, and the company registry (see source, above) should always be referred to for definitive information
Data on this page last changed February 22 2020

**Problem/question about this data?** Click here

**API** **Open Data**

Get this info as json, xml, rdf

# About us

- About
- Blog
- Team
- Governance
- Jobs

# Using our data

- Our data
- Our purpose
- Legal/Licence
- User/Cookie privacy policy
- Public records privacy policy

# Help

- [API Reference](#)
- [Glossary](#)
- [Status](#)

# Contact

- [Twitter](#)
- [Medium](#)
- [Newsletter](#)
- [Problems with our data?](#)
- [Temporary redaction](#)

# Impact

- [Impact](#)
- [Grants](#)

Exhibit G

**WIKIPEDIA**

# List of assets owned by Sony

This is the list of assets owned by Japanese multinational conglomerate Sony Corporation.



## Contents

**Major holdings and subsidiaries**
  Subsidiaries and affiliates by location
      Japan
      Canada
      United States
      Latin America
      Europe
      China
      South Korea
      India
      Southeast Asia and Oceania
      Middle East
  Subsidiaries and affiliates by business segment
      Sony Pictures Entertainment Inc.
      Music
      Game & Network Services
      Foundations and schools
**Former holdings and subsidiaries**
  Sold
  Defunct
**References**
**External links**

# Major holdings and subsidiaries

## Subsidiaries and affiliates by location

**Japan**

- Sony Electronics Corporation
- Sony Global Manufacturing & Operations Corporation
- Sony Semiconductor Solutions Corporation

- Sony Semiconductor Manufacturing Corporation
- Sony LSI Design Inc.
- Sony Business Solutions Corporation
- Sony Energy Devices Corporation
- Sony Financial Holdings Inc. (62.99%)
  - Sony Life Insurance Co., Ltd.
  - Sony Assurance Inc.
  - Sony Bank Inc.
  - Sony Lifecare Inc.
- Japan Display (10%)
- Ginza Sony Park
- Sony Interactive Entertainment Inc.
  - Polyphony Digital Inc.
  - ForwardWorks Corporation
- Sony Pictures Entertainment (Japan) Inc.
  - AK Holdings Corporation
    - Animax Broadcast Japan Inc.
    - Kids Station Inc.
  - AXN Japan Inc.
  - Mystery Channel, Inc.
- Sony PCL Inc.
- Sony Facility Management Corporation
- Sony Marketing Co., Ltd.
- Sony Network Communications Inc.
    - Sony Biz Networks Corporation
    - So-net Media Networks Co.,Ltd
    - MotionPortrait, Inc.
- Sony Music Entertainment (Japan) Inc.
  - Sony Music Labels Inc.
  - Sony Music Marketing Inc.
  - Sony Music Communications Inc.
  - Sony Music Artists Inc.
  - Sony Creative Products Inc.
  - Sony DADC Japan Inc.
- Sony Global Solutions Inc.
- Sony Enterprise Co.,Ltd.
- Sony Computer Science Laboratories, Inc.
- Sony Global Education, Inc.
- P5, Inc.
- FeliCa Networks, Inc. (57%)
- AII Inc. (60.9%)

- Frontage Inc. (60%)
- Sony Real Estate Corporation (56.3%)
- M3 Inc. (39.4%)

**Canada**

- Sony of Canada Ltd.

**United States**

- Sony Corporation of America
  - Sony Interactive Entertainment
  - Sony Digital Audio Disc Corporation
  - Sony Music Group
    - Sony/ATV Music Publishing
    - Sony Music Entertainment Inc.
  - Sony Mobile Communications Inc.
  - Sony Pictures Entertainment Inc.
  - Sony Latin America
  - Sony Creative Software
- Sony Magnetic Products

**Latin America**

- Sony Argentina S.A.
- Sony Comércio e Indústria Ltda. (Brazil)
- Sony Componentes Ltda. (Brazil)
- Sony da Amazônia Ltda. (Brazil)
- Sony Chile Ltda. (Chile)
- Sony de México S.A. de C.V.
- Sony de Mexicali, S.A. de C.V. (Mexico)
- Sony Nuevo Laredo, S.A. de C.V. (Mexico)
- Sony de Tijuana Oeste, S.A. de C.V. (Mexico)
- Sony Corporation of Panama, S. A.
- Sony Puerto Rico, Inc.
- Sony Pictures Home Entertaiment de México S.A. de C.V.[1]

**Europe**

- Sony Austria GmbH.
- Sony DACD Austria A.G.
- Sony DADC Europe Limited
- Sony DADC, OOO (Borovsk, Russia)
- Sony Service Centre (Europe) N.V. (Brussels, Belgium)

- Sony Overseas S.A. (Switzerland)
- Sony Czech, spol. s.r.o.
- Sony Berlin G.m.b.H. (Germany)
- Sony Deutschland G.m.b.H. (Köln, Germany)
- Sony Europe GmbH (Germany)
- Sony Nordic A/S (Denmark)
- Sony España S.A. (Spain)
- Sony France S.A.
- Sony United Kingdom Ltd.
- Sony Global Treasury Service Plc (UK)
- Sony Computer Entertainment Europe Limited (UK)
- Sony Hungaria kft (Hungary)
- Sony Italia S.p.A. (Italy)
- Sony Benelux B.V. (Netherlands)
- Sony Europa B.V. (Netherlands)
- Sony Logistics Europe B.V. (Netherlands)
- Sony Poland Sp.z.o.o. (Poland)
- Sony Portugal Ltda. (Portugal)
- Sony Slovakia s r. o. (Slovakia)
- Sony Mobile Communications AB (100%) (Sweden; head office in United Kingdom)

## China

- Sony (China) Ltd.
- Beijing Suohong Electronics Co., Ltd.
- Shanghai Suoguang Visual Products Co., Ltd.
- Shanghai Suoguang Electronics Co., Ltd.
- Sony Electronics (Wuxi) Co., Ltd.
- Sony Corporation of Hong Kong Ltd.
- Sony International (Hong Kong) Ltd.

## South Korea

- Sony Electronics of Korea Corporation
- Sony Korea Corporation

## India

- Sony India Private Limited
- Sony India Software Services Pvt. Ltd[2]
- Sony Pictures Networks India

  - Sony Entertainment Television
  - Sony TEN
  - Sony Max

- Sony Max 2
- Sony SAB
- Sony Liv
- Sony Six
- Sony Aath
- AXN India
- Sony BBC Earth (joint venture with BBC Studios)
- Sony Yay
- Sony Pix
- Sony Wah
- Sony Pal
- Sony Marathi

**Southeast Asia and Oceania**

- PT Sony Indonesia
- Sony Electronics (Malaysia) SDN. BHD.
- Sony Technology (Malaysia) SDN. BHD.
- Sony Philippines, Inc.
- Sony Electronics (Singapore) Pte. LTD.
- Sony Magnetic Products (Thailand) Co., Ltd.
- Sony Mobile Electronics (Thailand) Co., Ltd.
- Sony Device Technology (Thailand) Co., Ltd.
- Sony Siam Industries Co., Ltd.
- Sony Australia Limited
- Sony Computer Entertainment Australia Pty. Ltd
- Sony New Zealand Ltd.
- Sony Vietnam Ltd.

**Middle East**

- Sony Middle East and Africa FZE (UAE)
- Sony Eurasia Pazarlama A.S. (Turkey)

# Subsidiaries and affiliates by business segment

## Sony Pictures Entertainment Inc.

- HOOQ (streaming service joint venture with Warner Bros. and Singtel)
- Madison Gate Records
- Sony Pictures Consumer Products
- Sony Pictures Entertainment Japan Inc.

  - Madhouse (minority stake)
  - Toei Animation (1.86%)

- AK Holdings

  - Animax Broadcast Japan Inc. (joint venture with Sunrise, Toei Animation, TMS Entertainment and Nihon Ad Systems)
- Sony Pictures Europe
- Sony Pictures Interactive

  - Sony Pictures Digital Productions Inc.
- Sony Pictures Motion Picture Group

  - Columbia Pictures

    - Ghost Corps
  - Screen Gems
  - Sony Pictures Animation
  - Sony Pictures Classics
  - Sony Pictures Releasing

    - Sony Pictures Releasing de México
  - Sony Pictures Imageworks
  - Sony Pictures Home Entertainment

    - Sony Wonder
    - Universal Sony Pictures Home Entertainment (joint venture with Universal Pictures Home Entertainment}
  - Sony Pictures Worldwide Acquisitions Group

    - Stage 6 Films
    - Affirm Films
  - TriStar Pictures

    - TriStar Productions
- Sony Pictures Studios
- Sony Pictures Studios Post Production Facilities
- Sony Pictures Television

  - 2waytraffic
  - Adelaide Productions
  - Blueprint Pictures
  - Califon Productions, Inc.
  - CPT Holdings
  - Crackle (joint venture with Chicken Soup for the Soul Entertainment)
  - Culver Entertainment
  - Electric Ray
  - Embassy Row
  - Fable Pictures (minority stake)
  - Floresta
  - Funimation Global Group, LLC. (95%, shared ownership with Aniplex)

    - Madman Anime Group Pty. Ltd.

- AnimeLab Pty. Ltd.
- Wakanim SAS (majority shareholder)
- Manga Entertainment Ltd. (UK)
- Huaso
- Human Media
- Jeopardy Productions, Inc.
- Left Bank Pictures
- Playmaker Media
- Silvergate Media
- Sony Pictures Television Russia (formerly Lean-M Productions)
- Starling Productions
- Stellify Media
- Teleset
- TriStar Television
- Sony Pictures Television Networks

  - AXN

    - AXN Black
    - AXN Spin
    - AXN White
  - Cine Sony Television
  - GetTV
  - Lifetime Latin America (joint venture with A+E Networks Latin America, distributed by HBO Latin America Group)
  - Pop

    - Pop Max[3]
    - Tiny Pop
  - Sony Channel[4]
  - Sony Crime Channel[5]
  - Sony Movie Channel
  - Sony Movies

    - Sony Movies Action
    - Sony Movies Classic
  - Sony Pictures Cable Ventures I Inc.

    - Game Show Network, LLC
  - Viasat 3
  - Viasat 6
- Worldwide Product Fulfillment

## Music

- Sony/ATV Music Publishing

- APM Music (joint venture with Universal Music Publishing Group)
- EMI Music Publishing
- EMI Production Music
- Extreme Music
- Hickory Records
- Sony Music Entertainment Inc.
  - Columbia Records
    - Startime International
  - Epic Records
    - Bad Boy Records
    - Freebandz
    - So So Def Recordings
    - Volcano Entertainment
  - Kemosabe Records
  - Legacy Recordings
  - The Orchard
    - Blind Pig Records
    - Frenchkiss Records
    - RED Distribution
    - Shrapnel Records
  - RCA Records
    - RCA Inspiration
      - Fo Yo Soul
      - GospoCentric Records
        - B'Rite Music
      - Quiet Water Entertainment
      - Verity Records
  - Sony Masterworks
    - Masterworks Broadway
    - Milan Records
    - Okeh Records
    - Portrait Records
    - Sony Classical Records
  - Sony Music Australia
  - Sony Music Entertainment Poland
  - Sony Music India
  - Sony Music Entertainment México
  - Sony Music Latin
  - Sony Music Nashville
    - Arista Nashville

- Columbia Nashville
- RCA Records Nashville
- Provident Label Group

  - Essential Records
  - Flicker Records
  - Provident Films
  - Reunion Records

    - Beach Street Records

- Sony Music Thailand

  - Bakery Music
  - Sony BEC-TERO Music
- Sony Music UK

  - Black Butter Records (49%)
  - Columbia Records UK
  - Insanity Records (joint venture with Insanity Group)
  - Magic Star
  - Ministry of Sound
  - Music for Nations
  - RCA Label Group UK
  - Relentless Records
  - Since '93
  - Sony Music Legacy - UK
- Syco (joint venture with Simon Cowell)

  - Syco Film
  - Syco Music
  - Syco TV
- Ultra Music
- Sony Music Entertainment Japan

  - Aniplex

    - A-1 Pictures Inc.
    - Aniplex of America Inc.
    - Aniplex (Shanghai) Ltd. (51%)
    - Boundary Inc.
    - CloverWorks Inc.
    - Funimation Global Group, LLC. (95%, shared ownership with Sony Pictures Television)

      - Madman Anime Group Pty. Ltd.
      - AnimeLab Pty. Ltd.
      - Wakanim SAS (majority shareholder)
      - Manga Entertainment Ltd.
    - Peppermint Anime GmbH (joint venture with Peppermint Anime)
    - Quatro A Inc.

- Rialto Entertainment Inc.
- Ariola Japan
- Epic Records Japan
- Ki/oon Music

  - Fitz Beat
  - Haunted Records
  - Ki/oon Records2
  - NeOSITE
  - Siren Song
  - Trefort

- M-On Entertainment, Inc.

  - Music On! TV

- mora
- Peanuts Worldwide (39%; with WildBrain (41%) and Charles M. Schulz Creative Associates (20%))
- Sacra Music
- Sony Creative Products Inc.
- Sony DADC Japan Inc.
- Sony Music Artists Inc.
- Sony Music Communications Inc.
- Sony Music Direct (Japan) Inc.
- Sony Music Labels Inc.
- Sony Music Marketing Inc.
- Sony Music Associated Records
- Sony Music Publishing
- Sony Music Records

  - gr8! Records
  - Mastersix Foundation
  - N46Div
  - Niagara Records
  - VVV Records

- Unties

## Game & Network Services

- Sony Interactive Entertainment

  - Audiokinetic
  - Gaikai
  - PlayStation
  - PlayStation Productions
  - SIE Worldwide Studios

    - China Hero Project

- Dimps (joint venture with Sega Sammy and Bandai Namco)
    - Dimps Food Entertainment
    - Dimps, Inc.
    - Safari Games
- ForwardWorks
- Guerrilla Games
- Insomniac Games
    - Insomniac North Carolina
- Media Molecule
- Naughty Dog
    - ICE Team
- PlayStation Talents
- Polyphony Digital
- SCEE R&D
- SIE Bend Studio
- SIE Japan Studio
    - Asobi! Team
    - Project Siren
- SIE London Studio
- SIE San Diego Studio
- SIE San Mateo Studio
- SIE Santa Monica Studio
- Sucker Punch Productions
- Visual Arts
- XDev
- SN Systems

**Foundations and schools**

- Sony Foundation for Education
- Sony Music Foundation
- Sony USA Foundation Inc.
- Sony Foundation Australia Trustee Ltd.
- Sony of Canada Science Scholarship Foundation Inc.
- Sony Europe Foundation
- Sony Gakuen Shohoku College

# Former holdings and subsidiaries

## Sold

- Avex Group[6]

- <u>Chart Show TV</u> - Sold to <u>TRACE Group</u>
- <u>Chart Show Hits</u> - Sold to TRACE Group
- <u>Embassy Films Associates</u> - sold to <u>De Laurentiis Entertainment Group</u> in 1985; library currently owned by <u>STUDIOCANAL</u> and distributed for television by Sony
- <u>Embassy Home Entertainment</u> - acquired by Nelson Holdings International in 1986 and renamed <u>Nelson Entertainment</u>; current library holder <u>Metro-Goldwyn-Mayer</u> owns American home entertainment rights to some Embassy films
- <u>Evolution Studios</u> - Sold to <u>Codemasters</u>
- <u>FEARnet HD</u> (jointly owned by <u>Comcast</u> and <u>Lions Gate Entertainment</u>) - Sold to Comcast and folded into <u>Syfy</u> and <u>Chiller</u>
- <u>Film1</u> - closed, then relaunched by SPI International in 2019
- <u>Gracenote</u> - Sold to <u>Tribune Media</u> (later sold to <u>Nielsen</u>)
- <u>Movielink</u> (jointly owned by <u>Paramount Pictures</u>, <u>Universal Studios</u>, <u>Metro-Goldwyn-Mayer</u>, and <u>Warner Bros.</u>) - Sold to <u>Blockbuster LLC</u>
- The Orchard Film Group - divested and renamed <u>1091 Media</u>
- <u>Sony Chemicals Corporation</u> - Sold off and became Dexerials.
- <u>Sony Online Entertainment</u> - Sold to Columbus Nova and became <u>Daybreak Game Company</u>
- <u>Starz TV</u> - Sold to TRACE Group
- <u>The Vault</u> - Sold to TRACE Group

## Defunct

### Sony Pictures Entertainment

- <u>3D NetCo LLC</u> (3net, jointly owned with <u>Discovery Communications</u> and <u>IMAX</u>)
- Animax Europe

  - <u>Animax (Germany)</u>
- <u>Bliss</u>
- Bud Yorkin Productions, Inc./Toy Productions
- <u>Coca-Cola Telecommunications</u>

  - The Television Program Source
- <u>Colex Enterprises</u>
- Columbia Television Game Shows, Inc.

  - Barry & Enright Productions
  - <u>Stewart Television</u>, Inc.

    - Basada, Inc.
    - Stewart Cable TV, Inc.
- <u>Destination Films</u>
- Embassy Communications, Inc.

  - <u>ELP Communications</u>
  - <u>Tandem Licensing Corp.</u>
- <u>Flava</u>
- Four-D Productions, Inc. - produced *Barney Miller*

- The Mimus Corporation - produced *Fish*
- The Triseme Corporation - produced *A.E.S. Hudson Street*
- Tetagram Ltd. - produced *Joe Bash*

- GPEC Inc. (The Guber-Peters Entertainment Company)

  - Barris Industries

    - Barris Advertising Sales, Inc.
    - Barris Program Sales, Inc.

- Merv Griffin Enterprises
- Movies4Men 2
- Pop Girl
- Rastar Productions, Inc.

  - Rastar Television, Inc.
- Scarlet Media - Closed down after Simon Andrae went to FOX
- Scuzz
- Sony Pictures Family Entertainment Group
- Sony Pictures Mobile
- Spelling-Goldberg Productions
- SVS, Inc. - folded into Columbia TriStar Home Video
- Triumph Films
- True Crime
- True Drama
- True Movies 2
- TV1 General Entertainment Partnership (jointly owned by SPT, CBS Studios International and NBCUniversal)

  - TV1
  - SF
- Silver River Productions
- Victory Television - Shut down after Victoria Ashbourne stepped down

## Music

- 550 Music
- Abril Music - bought from Editora Abril in 2003 by BMG and absorbed by Ariola Records
- Battery Records (hip hop)
- Bertelsmann Music Group
  - Beyond Records
  - Bluebird Records
  - BMG Heritage Records
    - Buddah Records
  - BMG Kidz
- BNA Records
- Burgundy Records
- Chaos Recordings

- C2 Records
- Colpix Records/Colgems Records
- Francis, Day & Hunter Ltd.
- Frenchkiss Label Group
- Indolent Records
- J Records
- Kinetic Records
- LaFace Records
- Logic Records
- MTM Music Group
    - MTM Records
    - BriarPatch Music
    - CottonPatch Music
    - DebDave Music, Inc.
    - Mallven Music
- Multitone Records
- Novus Records
- Odd Future Records
- Ode Records
- Odyssey Records
- Philles Records
- Playbill Records
- Private Music
- Profile Records
- RCA Camden
- RCA Gold Seal
- RCA Italiana
- RCA Victrola
- Ruthless Records
- S2 Records
- Windham Hill Records
    - Living Music
- Vinyl Solution
- Windswept Pacific Music - catalog acquired by EMI Music Publishing
- Work Group

- Zomba Group of Companies
  - Benson Records
  - Capricorn Records
  - Internal Affairs
  - Jive Records
    - Battery Records (dance)
    - Jive Electro
    - Mojo Records
  - Scotti Brothers Records
  - Silvertone Records
  - Sub•Lime Records
  - Zoo Entertainment

**Sony Pictures Networks India**

- Sony Le Plex
- Sony ROX
- Sony Mix
- Sony ESPN

**Game & Network Services**

- 989 Studios/989 Sports
- Bigbig Studios
- Contrail
- Evolution Studios
- Guerrilla Cambridge
- Incognito Entertainment
- SCE Studio Liverpool
- Team Ico
- Team Soho
- Zipper Interactive

# References

1. "Clarification on Disney/Fox transaction" (https://www.cofece.mx/wp-content/uploads/2019/02/COFE CE-009-2019-English.pdf) (PDF). *Cofece*. February 6, 2019. Retrieved February 17, 2019.
2. Bailay, Rasul. "Sony India separates sales, software units" (http://archive.financialexpress.com/news/ sony-india-separates-sales-software-units/913702). Retrieved 2015-08-15.
3. DTVE Reporter (9 August 2017). "Sony to rebrand Kix children's channel to Pop Max" (https://www.di gitaltveurope.com/2017/08/09/sony-to-rebrand-kix-childrens-channel-to-pop-max/). *digitaltveurope.com*. Retrieved 1 October 2019.
4. "Sony Pictures Television Revamps Entertainment Portfolio And Launches UK's First Free-To-Air Movie Network" (https://www.skymedia.co.uk/news/sony-pictures-television-revamps-entertainment- portfolio-and-launches-uks-first-free-to-air-movie-network/). Sky Media. 24 July 2019. "Sony-owned entertainment channel True Entertainment will be relaunched as Sony Channel."

5. "Channel profile: Sony Crime Channel - Sky Media" (https://www.skymedia.co.uk/channels/sony-crime-channel/). *Sky Media*.

6. "Billboard" (https://books.google.com/books?id=Eg8EAAAAMBAJ&pg=PA85#v=onepage&q&f=false). **110** (9). Nielsen Business Media. February 28, 1998: 85. ISSN 0006-2510 (https://www.worldcat.org/issn/0006-2510). Retrieved December 31, 2012.

# External links

- Official website (http://www.sony.net)

Retrieved from "https://en.wikipedia.org/w/index.php?title=List_of_assets_owned_by_Sony&oldid=958398540"

**This page was last edited on 23 May 2020, at 15:42 (UTC).**

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

Exhibit H

WIKIPEDIA

# Sony Pictures

**Sony Pictures Entertainment Inc.** (**Sony Pictures** or **SPE**) is an American entertainment company that produces, acquires, and distributes filmed entertainment (theatrical motion pictures, television programs, and recorded videos) through multiple platforms. Through an intermediate holding company called Sony Film Holding Inc., it is operated as a subsidiary of Sony Entertainment Inc., which is itself a wholly owned subsidiary of the Japanese multinational technology and media conglomerate Sony Corporation.[3][4] Based in Culver City, California, it encompasses Sony's motion picture, television production and distribution units. Its group sales in the fiscal year 2017 (April 2017 – March 2018) has been reported to be $9.133 billion.[2]

SPE is a member of the Big Five and the Motion Picture Association (MPA).[5]

Some of Sony Pictures' film franchises include *The Karate Kid*, *Ghostbusters*, *Spider-Man*, *Jumanji*, *Stuart Little*, *Men in Black*, *Underworld*, *Sony's Marvel Universe*, *Robert Langdon*, *The Smurfs* (via Peyo), *Sniper*, *Hotel Transylvania*, *Bad Boys*, *Cloudy with a Chance of Meatballs*, and *Charlie's Angels*.

## Contents

**History**

**2014 hack**

**Corporate structure**
    Senior management team
    Motion Pictures and Home Entertainment
    Television
        U.S. Production and distribution
        International production
        International distribution
        Television networks
            USA
            International

    Other Sony Pictures operations

### Sony Pictures Entertainment Inc.



Sony Pictures Studios in Culver City, California, United States

| | |
|---|---|
| **Formerly** | Columbia Pictures Entertainment, Inc. (1987–1991) |
| **Type** | Subsidiary |
| **Industry** | Entertainment |
| **Predecessor** | Columbia Pictures ✎ |
| **Founded** | December 21, 1987 as **Columbia Pictures Entertainment, Inc.** August 7, 1991 as **Sony Pictures Entertainment, Inc.** |
| **Founder** | Sony |
| **Headquarters** | 10202 West Washington Boulevard, Culver City, California, United |

| | |
|---|---|
| | States |
| **Area served** | Worldwide |
| **Key people** | Tony Vinciquerra (Chairman and CEO) |
| **Products** | Motion pictures<br>Television programs<br>Online games<br>Mobile Entertainment |
| **Services** | Film production and distribution · Television Production · Television Syndication · Online games · Video on demand · Digital distribution · Licensing |
| **Revenue** | ▲ US$9.133 billion (FY2017) |
| **Operating income** | ▲ US$376 million (FY2017) |
| **Number of employees** | 9,500 (2019 [1] (https://www.sony.net/Sony Info/csr_report/employees/info/)) |
| **Parent** | Sony Entertainment |
| **Divisions** | Motion Pictures Group<br>Television Group |
| **Website** | sonypictures.com (http://sonypictures.com) |
| **Footnotes / references** [1][2] | |

## Related Sony Pictures divisions

## Notes

## References

## External links

# History

On September 1, 1987, The Coca-Cola Company announced plans to spin off its assets of Columbia Pictures, which it had owned since 1982. Under this arrangement, Coca-Cola would sell its entertainment assets to TriStar Pictures, of which it owned 39.6%. Tri-Star would be renamed as Columbia Pictures Entertainment, Inc. (CPE), with Coca-Cola owning 49%, its shareholders owning 31%, and Tri-Star's shareholders owning 20%.[6][7] A new company was formed in early 1988 with the Tri-Star name to take over the studio's operations.[8]

On September 28, 1989, Sony obtained an option to purchase all of The Coca-Cola Company's stock (approximately 54 million shares or 49% of the outstanding shares) in CPE for $27 per share.[9] The next day, Sony also announced that it reached an agreement with Guber-Peters Entertainment Company, Inc. (NASDAQ: GPEC; formerly Barris Industries, Inc.) to acquire CPE for $200 million when Sony hired Peter Guber and Jon Peters to be its co-chairmen.[10] This was all led by Norio Ohga, who was the president and CEO of Sony during that time.[11]

The hiring of Guber and Peters by Sony to run Columbia was conflicted by a previous contract the producers had signed at Warner Bros. Time Warner's chairman, Steve Ross, threatened Sony with a lawsuit for breach of contract. The lawsuit would be subsequently dropped when Sony sold half-interest in Columbia House and cable distribution rights to Columbia's feature films, TV movies, and miniseries to Warner Bros. That same agreement also saw Columbia sell its 35% interest in the Burbank Studios and acquired Lorimar Studios, previously the MGM lot, from Warner Bros.[12][13]

On October 31, 1989, Sony completed a friendly takeover bid for the rest of shares (51%) of CPE, which was a public company listed on the New York Stock Exchange (NYSE: KPE), and acquired 99.3% of the common stock of the company. On November 8, 1989, Sony completed the acquisition by a "short-form" merger of its wholly owned subsidiary Sony Columbia Acquisition Corporation into CPE under Delaware law. Sony also completed a tender offer for shares of common stock of the Guber-Peters Entertainment Company on November 6, 1989 and acquired the company 3 days later. The acquisition cost Sony $4.9 billion ($3.55 billion for shares and $1.4 billion of long-term debt) and was backed (financed) by five major Japanese banks Mitsui, Tokyo, Fuji, Mitsubishi and Industrial Bank of Japan.[14][15][16] The company was renamed as Sony Pictures Entertainment on August 7, 1991.[17][18]

Sony has since created numerous other film production and distribution units, such as creating Sony Pictures Classics for art-house fare, by forming Columbia TriStar Pictures (also known as the Columbia TriStar Motion Picture Group) by merging Columbia Pictures and TriStar Pictures in 1998, revitalizing Columbia's former television division Screen Gems. It expanded its operations on April 8, 2005, when a Sony-led consortium acquired the legendary Hollywood studio Metro-Goldwyn-Mayer, in a US$4.8 billion leveraged buyout, through the holding company MGM Holdings Inc.[19][20][21]

This in effect re-united the MGM studio name, with the MGM main studio lot, although somewhat confusingly, the bulk of the pre-1986 original MGM library ended up at Warner Bros. via the Ted Turner-Kirk Kerkovian "Turner Entertainment Company" transactions. The post-1986 MGM library consists of acquisitions of various third-party libraries, such as the Orion Pictures catalogue, leading to MGM's 2014 remake of RoboCop.

On June 4, 2008, SPE's wholly owned group 2JS Productions B.V. acquired Dutch production company 2waytraffic N.V., famous for Who Wants to Be a Millionaire?, acquired from the original production company Celador, and You Are What You Eat for £114.3 million ($223.2 million in US dollars).

In 2011, the Sony Pictures computer network was breached and approximately one million user accounts associated with the SonyPictures.com website were leaked.[22]

On November 18, 2012, Sony Pictures announced it has passed $4 billion with the success of releases: Skyfall, The Amazing Spider-Man, 21 Jump Street, Men in Black 3, Hotel Transylvania, Underworld: Awakening, The Vow, and Resident Evil: Retribution.[23] On November 21, 2013, SPE and Sony Entertainment's CEO Michael Lynton announced that SPE will shift emphasis from movies to television by cutting its 2014 film slate.[24][25][26][27] It was also announced on the same day, that there will be more Spider-Man sequels and spin-offs,[28] though in February 10, 2015, Sony Pictures eventually signed a deal with Disney's Marvel Studios to allow Spider-Man to appear in the Marvel Cinematic Universe, beginning with Captain America: Civil War, before appearing in Spider-Man: Homecoming which was released on July 7, 2017.[29] The deal also allowed Sony to distribute and have creative control on any MCU film where Spider-Man is the main character (such as Homecoming and its sequel Spider-Man: Far From Home), while Disney will distribute MCU films where Spider-Man appears without being the main character.

On January 22, 2014, SPE folded its technology unit into the various cores of its businesses.[30] In April, Sony Pictures arranged a film financing deal worth $200 million with LStar Capital, the credit venture of Lone Star Capital and Citibank, half in debt and the other in equity to fund most of SPE's film slate for several years. SPE was originally considering a $300 million deal with Blue Anchor Entertainment, led by Bloom Hergott partner John LaViolette and former investment banker & producer Joseph M. Singer, and backed by Longhorn Capital Management and Deutsche Bank, which was held up by regulatory matters.[31]

As a result of reevaluating the assets of the motion pictures and television productions businesses (capitalized film costs, including the value of the film library mostly recorded at the 1989 acquisition of CPE), Sony recorded a $962 million non-cash goodwill impairment charge in SPE in the third quarter of 2016.[32]

On July 3, 2018, Sony accidentally uploaded the film Khali the Killer on YouTube in its entirety. The film stayed up for several hours before being removed.[33]

In November 2019, Sony purchased the remaining 42% stake in GSN from AT&T, placing it under the direction of its television division.[2] (https://www.hollywoodreporter.com/news/sony-buys-at-t-stake-game-show-network-1255900)

## 2014 hack

In November 2014, the Sony Pictures computer network was compromised by a group of hackers named Guardians of Peace, disabling many computers.[34] Later the same week, five of Sony Pictures' movies were leaked, including some not yet released (such as *Fury* and *Annie*), as well as confidential data about 47,000 current and former Sony employees.[35][36][37] Film historian Wheeler Winston Dixon suggested that the hack, which exposed the inner workings of the studio, was "not a pretty picture," and served as a "wake-up call to the entire industry."[38] The hack also revealed some other documents, emails between Hollywood moguls referring to Barack Obama's cinematic tastes, a possible partnership with Marvel Studios for the inclusion of the superhero Spider-Man in *Captain America: Civil War*, which was later confirmed on February 2015, amongst others.[39][40] On December 16, the hackers issued a warning to moviegoers, threatening to attack anyone who sees *The Interview* during the holidays and urging people to "remember the 11th of September 2001".[41] On December 17, 2014, Sony cancelled the previously planned December 25 release of *The Interview* in response to hacker threats.[42]

On February 24, 2015, Tom Rothman was named chairman of SPE's motion picture group to replace Amy Pascal.[43][44]

On April 16, 2015, WikiLeaks published over 30,287 documents, 173,132 e-mails, and 2,200 corporate e-mail addresses of Sony Pictures' employees. WikiLeaks said in a press release that the content of the leaks were "newsworthy and at the center of a geo-political conflict" and belonged "in the public domain". Sony Pictures later condemned the hack and subsequent leaks, calling it a "malicious criminal act", while also criticizing WikiLeaks for describing the leaked content as public domain.[45][46][47]

Seth Rogen has expressed doubts about North Korea being responsible for the 2014 Sony hack. Based on the timeline of events and the amount of information hacked, he believes the hack may have been conducted by a Sony employee.[48]

## Corporate structure

Headquartered in Culver City, California, USA, SPE comprises various studios and entertainment brands, including Columbia Pictures, Screen Gems, TriStar Pictures and GSN.

### Senior management team

- Anthony Vinciquerra
  - Chairman and CEO, Sony Pictures Entertainment
- Tom Rothman
  - Chairman, Sony Pictures Motion Picture Group [49]

## Motion Pictures and Home Entertainment

- Sony Pictures Motion Picture Group:[49] formerly Columbia TriStar Motion Picture Group. With a library of more than 4,000 films (including 12 Academy Award for Best Picture winners), as of 2004 this unit of Sony distributes about 22 films a year under its various studio brands in 67 countries.[50] The group owns studio facilities in the United States, Hong Kong, Madrid, Mexico, the United Kingdom, Brazil and Japan. In addition to the company-owned brands below, Sony Pictures also has a contract to distribute select films by MGM and UA.

  - Columbia Pictures: Founded in 1924 by Harry Cohn, Sony acquired the studio in 1989 from The Coca-Cola Company for $3.4 billion.[14][15]
  - TriStar Pictures: Formed in 1982 as a joint venture between Columbia Pictures, HBO, and CBS. Became part of The Coca-Cola Company in December 1987 and the Sony ownership in 1989. Was relaunched in 2004 as a marketing and acquisitions unit that specializes in the genre and independent films.

    - TriStar Productions: A joint-venture between Thomas Rothman and SPE.

  - Screen Gems: Originally Columbia's animation division and later a television production company best known for TV's *Bewitched* and *The Partridge Family*, as well as bringing The Three Stooges short subjects to TV in 1958. Sony revived the Screen Gems brand in 1998 to develop mid-priced movies (production budget of between $20 million and $50 million) in specific genres such as science fiction, horror, black cinema and franchise films.
  - Sony Pictures Imageworks[51]
  - Sony Pictures Animation
  - Sony Pictures Releasing: Founded in 1994[52] as a successor to Triumph Releasing Corporation. The unit handles distribution, marketing, and promotion for films produced by Sony Pictures Entertainment; including Columbia Pictures, TriStar Pictures, Screen Gems, Sony Pictures Classics, among others.[1]

    - Sony Pictures Releasing International (formerly Columbia TriStar Film Distributors International)

      - Sony Pictures India: A production house established by Sony to release Indian movies and distribute Hollywood movies released under Columbia Pictures.

  - Sony Pictures Home Entertainment: Founded in 1978 as Columbia Pictures Home Entertainment. Currently manufactures and distributes the Sony film and television libraries on Blu-ray, Ultra HD Blu-ray, 3D Blu-ray, DVD, VHS, UMD and digital download

    - Sony Wonder: The former kids and family label of Sony Music Entertainment that was moved to SPHE on June 21, 2007.
    - Genius Brands (minority stake)

  - Sony Pictures Worldwide Acquisitions (SPWA): A Sony division which acquires and produces about 60 films per year for a wide variety of distribution platforms, especially for non-theatrical markets. It had been called **Worldwide SPE Acquisitions, Inc.** until September 2010.

    - Destination Films: A motion picture company which currently specializes in action, thriller, sci-fi, niche and low-end to medium-end horror films was purchased by Sony in 2001.
    - Stage 6 Films: A direct-to-video label created in 2007. Also releases some films theatrically.
    - Affirm Films: A motion picture label launched in 2008 to release gospel and Christian films.

## Television

### U.S. Production and distribution

- Sony Pictures Television: (formerly Columbia TriStar Television Group) The successor-in-interest to Columbia's television division (first Screen Gems, later Columbia Pictures Television, TriStar Television, and Columbia TriStar Television), as of 2004 the unit was producing 60 titles for various television outlets globally. Contains a library that includes more than 35,000 episodes of more than 270 television series and 22,000 game show episodes under the Sony Pictures Television brand, and the television rights to the Embassy Pictures library (including *The Graduate* and *The Lion in Winter*) and also the owner of the television division "Embassy Television" —among most recent notable shows in this library are *Seinfeld*, *King of Queens*, *Days of Our Lives* and *The Young and the Restless*. Their former international distribution division, Sony Pictures Television International, was responsible for global distribution for the SPE film and television properties worldwide. Formerly known as Columbia TriStar International Television from 1992 to 2002.

  - Culver Entertainment
  - Embassy Row: A television and digital production company by Michael Davies. SPT acquired the company on January 14, 2009.
  - Funimation: A distributor and licensor of dubbing anime known for the *Dragon Ball* franchise, *Fairy Tail*, *Yu Yu Hakusho*, *One Piece* and *My Hero Academia*. SPT acquired 95% of Funimation in 2017.[53]
  - TriStar Television: Originally launched in 1986 and folded into Columbia Pictures Television in 1988. Relaunched in 1991 and became in-name-only in 1999. Relaunched again in 2015 as a production label within SPT.

### International production

- 2waytraffic: Acquired by Sony in 2008, this television production company owns a number of formats, most notably including *Who Wants to Be a Millionaire?*.
- Blueprint Television: (small stake)
- Electric Ray: Founded by Karl Warner with SPT in January 2014.[54]
- Floresta
- Huaso: A Chinese joint venture production company launched in 2004 by Sony Pictures Television International and Hua Long Film Digital Production Co., Ltd. of the China Film Group in Beijing.[55]
- Lean-M Producers Center: A Russian production company founded in 2000 by Timur Weinstein, Vyacheslav Murugov and Oleg Osipov. In 2007, SPTI acquired a majority stake in Lean-M, with an additional 16% on April 13, 2009 [56] and the remainder in 2010.
- Left Bank Pictures: A UK production company founded by Andy Harries, Francis Hopkinson, and Marigo Kehoe in 2007. Majority stake acquired by SPT in 2012.
- Playmaker Media: An Australian production company acquired by SPT in 2014.[57]
- Starling
- Stellify Media: A joint venture between SPT, Kieran Doherty, and Matt Worthy launched in 2014 for Northern Ireland.[58]
- Teleset

### International distribution

- **Manga Entertainment Ltd.**: A distributor of anime. Funimation UK acquired Manga Entertainment UK in 2019.[59]

### Television networks

### USA

- Cine Sony Television
- FunimationNow (95%): FunimationNow is the subscription video-on-demand service of Funimation Productions. It streams Japanese anime and Japanese/Asian cinema/TV titles licensed by the company as well as, from 2016 to 2018, several simulcast titles licensed exclusively by Crunchyroll.
- Game Show Network
- GetTV
- Crackle Plus (formerly known as Grouper Networks): Crackle Plus is the digital streaming platform that's a joint venture between Chicken Soup for the Soul Entertainment and Sony Pictures Television. It also hosts videos on YouTube, Hulu, Dailymotion, and its own site.
  - The Minisode Network
- Sony Movie Channel

### International

- AXN: Formed in 1997, AXN is Sony's entertainment television network, which airs across Japan, Asia, Latin America and Europe.
- Sony ONE
- Sony Channel
- Sony GEM
- CSC Media Group: Acquired by SPT in August 2014.[60]
  - True Entertainment
  - Pop
  - Pop Max
  - Tiny Pop
  - True Movies 1
  - True Movies 2
- Sony Entertainment Television
  - Movies4Men
  - TruTV (UK and Ireland)
- Viasat 3 and Viasat 6: Acquired by SPT in February 2015 from Modern Times Group in Hungary.[61]

**Other Sony Pictures operations**

- **Ghost Corps**: Oversees projects relating to the *Ghostbusters* franchise, including films, television shows, and merchandising.
- Madison Gate Records
- Sony Pictures Family Entertainment Group
- Sony Pictures Consumer Products
- Sony Pictures Interactive

- Sony Pictures Cable Ventures, Inc.
- **Sony Pictures Studios**: The actual physical buildings, land and movie-making equipment properties in Culver City, California. Includes 22 sound stages, ranging in size from 7,600 to 43,000 square feet (700 to 4,000 m²)
- Sony Pictures Plaza
- Sony Pictures Europe: Offices located at 25 Golden Square, London, England
- Sony Pictures Studios Post Production Facilities
- Worldwide Product Fulfillment


Sony Pictures Plaza in Culver City

# Related Sony Pictures divisions

The following are other Sony Pictures divisions that are not subsidiaries of the California-based Sony Pictures Entertainment, but are instead subsidiaries of the main Tokyo-based Sony Corporation.

- **Sony Pictures Entertainment Japan** (SPEJ): The company plans, produces, manufactures, sells, imports, exports, leases, broadcasts and distributes movies, TV programs, videos and audio-visual software in Japan. The company website says it was established on February 10, 1984,[62] predating Sony's acquisition of Columbia Pictures Entertainment by 5 years. SPEJ was formed in 1991 through the merger of Columbia TriStar Japan, RCA-Columbia Pictures Video Japan, and Japan International Enterprises.[63] Based in Tokyo, Japan.

  - The California-based Sony Pictures Entertainment holds a majority share of SPEJ.[64][65]
  - **Animax**: Instituted in Japan by Sony in 1998, Animax is the world's largest anime television network,[66] with respective networks operating across Japan, East Asia, Southeast Asia, and formerly South Asia, South America, Africa and other regions.[67]

- **Sony Pictures Digital Productions Inc.** (SPDP): A subsidiary of Sony Corporation based in Japan.[68]

  - Sony Station
  - Sony Pictures Network
  - Sony Pictures Mobile
  - Sony Pictures Digital Networks

    - SPiN
    - SoapCity
    - Screenblast

- Advanced Platform Group APG

- Sony Pictures Networks India: A subsidiary of Sony Corporation based in India.[69] Sony Entertainment Television and Sony SAB are its main brands. It also owns many other companies and brands under the Sony brand.

  - AXN
  - Sony SAB
  - Sony Aath
  - Sony BBC Earth (joint venture with BBC Worldwide)
  - Sony Entertainment Television
  - Sony ESPN (joint venture with ESPN Inc.)
  - Sony Le Plex HD
  - Sony Max
  - Sony Max 2
  - Sony Pal
  - Sony Pix
  - Sony Rox HD
  - Sony Six
  - Sony Ten
  - Sony Wah
  - Sony Yay

# Notes

1. ^ Sony Pictures Releasing became Sony Pictures' current film distributor since 1994.

# References

1. Sony Pictures Entertainment Inc.: Private Company Information (http://investing.businessweek.com/research/stocks/private/snapshot.asp?privcapId=691780)
2. "Supplemental Information for the Consolidated Financial Results for the Fourth Quarter Ended March 31, 2018" (https://www.sony.net/SonyInfo/IR/library/presen/er/17q4_supplement.pdf) (PDF). Tokyo, Japan: Sony Corporation. April 27, 2018. p. 10. Retrieved May 6, 2018.
3. "About Sony Pictures" (https://web.archive.org/web/20190321065216/www.sonypictures.com/corp/aboutsonypictures.html). Sony Pictures Entertainment. Archived from the original (http://www.sonypictures.com/corp/aboutsonypictures.html) on March 21, 2019. Retrieved January 28, 2016.
4. Sony Pictures Entertainment Inc. is a wholly owned fifth-tier subsidiary of Sony Corporation. It is directly owned by Sony Film Holding Inc., a subsidiary of Sony Entertainment Inc., a subsidiary of Sony Corporation. (FY2015 Securities Report (https://www.sony.co.jp/SonyInfo/IR/library/h27_q4.pdf) (in Japanese), Sony Corporation)
5. "Our Story" (http://www.mpaa.org/our-story). MPAA.
6. Dick, Bernard F. (1992) "Columbia Pictures: Portrait of a Studio" (p. 46). The University Press of Kentucky. ISBN 0-8131-1769-0.

7. "New York Department of State Division of Corporations - Entity Search: Columbia Pictures Entertainment, Inc" (http://appext20.dos.ny.gov/corp_public/CORPSEARCH.ENTITY_INFORMATI ON?p_nameid=1289584&p_corpid=1177827&p_entity_name=Columbia%20Pictures&p_name_ty pe=%25&p_search_type=BEGINS&p_srch_results_page=0). Retrieved August 5, 2013.

8. "State of New York Division of Corporations - Entity Search: Tri-Star Pictures, Inc" (http://appext2 0.dos.ny.gov/corp_public/CORPSEARCH.ENTITY_INFORMATION?p_nameid=1367154&p_corpi d=1252551&p_entity_name=Tri-Star%20Pictures&p_name_type=%25&p_search_type=BEGINS& p_srch_results_page=0). Retrieved August 5, 2013.

9. "Sony to Buy Columbia, Says Americans Will Run Studio : 1st Sale of Film Maker to Japanese" (h ttps://articles.latimes.com/1989-09-27/news/mn-335_1_columbia-pictures-entertainment). *latimes.com*. September 27, 1989. Retrieved September 24, 2012.

10. "Funding Universe - Columbia Tristar" (http://www.fundinguniverse.com/company-histories/columb ia-tristar-motion-pictures-companies-history/). Retrieved September 24, 2012.

11. David E. Sanger, Special To The New York Times (September 28, 1989). "Sony Has High Hopes For Columbia Pictures" (https://www.nytimes.com/1989/09/28/business/sony-has-high-hopes-for-c olumbia-pictures.html). *The New York Times*. ISSN 0362-4331 (https://www.worldcat.org/issn/036 2-4331). Retrieved July 26, 2017.

12. *Warner, Sony settle suit over producers* (November 17, 1989). Los Angeles: Associated Press.

13. Medavoy, Mike and Young, Josh (2002). *You're Only as Good as Your Next One: 100 Great Films, 100 Good Films, and 100 for Which I Should Be Shot* (p. 210). New York City: Atria Books

14. Rudolph B (1994) *So many dreams so many losses. (http://www.time.com/time/magazine/article/ 0,9171,981894,00.html) Time* vol. 144, no. 22 (November 28, 1994)

15. Griffin N, Masters K (1996) *Hit and Run: How Jon Peters and Peter Guber Took Sony for a Ride in Hollywood.* (Simon & Schuster, ISBN 0-684-83266-6)

16. Nathan, J. (1999) *Sony: The Private Life.* (Houghton Mifflin, ISBN 0-395-89327-5, ISBN 0-618-12694-5)

17. She Holds Torch for Sony Pictures Entertainment (https://articles.latimes.com/1991-08-08/busines s/fi-464_1_sony-pictures-entertainment), latimes.com

18. "Funding Universe - Sony Corporation" (http://www.fundinguniverse.com/company-histories/sony- corporation-history/). Retrieved September 24, 2012.

19. *Sony will purchase Metro-Goldwyn-Mayer in a deal worth about $5 billion (http://money.cnn.com/2 004/09/13/news/fortune500/twx_mgm/?cnn=yes)*, CNN, September 14, 2004.

20. MGM Disclosure Statement (http://www.docstoc.com/docs/59433334/MGM-Disclosure-Statemen t) page 424 (Appendix D: Audited Financial Statement. March 2009, page 6), October 7, 2010

21. "Sony Consolidated Financial Statements for the year ended March 31, 2008" (http://www.sony.c o.jp/SonyInfo/IR/news/qfhh7c00000gpdar-att/CFS.pdf) (PDF).

22. "Sony Pictures Website Hacked, 1 Million Accounts Exposed" (http://mashable.com/2011/06/02/so ny-pictures-hacked/). mashable.com.

23. Finke, Nikki (November 18, 2012). " 'Skyfall's $669.2M Global Helps 20th Century Fox's Post Best Ever $4B Worldwide" (https://www.deadline.com/2012/11/skyfalls-669-2m-global-helps-20th-centu ry-fox-post-best-ever-4b-worldwide/).

24. David Lieberman. "Sony Pictures Vows To Cut Costs $250M+ Through 2016" (https://web.archive. org/web/20131123062645/http://www.deadline.com/2013/11/sony-pictures-vows-to-cut-costs-250 m-through-2016/). *Deadline Hollywood*. Archived from the original (https://www.deadline.com/201 3/11/sony-pictures-vows-to-cut-costs-250m-through-2016/) on November 23, 2013. Retrieved November 22, 2013.

25. David Lieberman. "Sony Pictures To Shift Emphasis From Movies To TV, Will Cut Film Output For 2014" (https://www.deadline.com/2013/11/sony-pictures-to-shift-emphasis-from-movies-to-tv/). *Deadline Hollywood*. Retrieved November 22, 2013.

26. Nellie Andreeva. "From Pariah To Company MVP: The Quiet Rise Of Sony's Television Division" (https://www.deadline.com/2013/11/from-pariah-to-company-mvp-the-quiet-rise-of-sonys-television-division/). *Deadline Hollywood*. Retrieved November 22, 2013.

27. David Lieberman. "Sony TV Execs Talk Up Global Opportunities" (https://www.deadline.com/2013/11/sony-tv-execs-talk-up-global-opportunities/). *Deadline Hollywood*. Retrieved November 22, 2013.

28. David Lieberman. "Sony Pictures Plans More Spider-Man Sequels And Spinoffs – But Still No Marvel Reunion" (https://www.deadline.com/2013/11/sony-pictures-plans-spider-man-sequels-and-spinoffs/). *Deadline Hollywood*. Retrieved November 22, 2013.

29. "Sony Pictures Entertainment Brings Marvel Studios Into The Amazing World Of Spider-Man" (https://news.marvel.com/movies/24062/sony_pictures_entertainment_brings_marvel_studios_into_the_amazing_world_of_spider-man/) (Press release). Marvel. Retrieved February 11, 2017.

30. "Layoffs Hit Sony Pictures As SPE Absorbs Technology Unit" (https://www.deadline.com/2014/01/layoffs-hit-sony-pictures-as-spe-absorbs-tech-unit/). *Deadline Hollywood*. Retrieved January 24, 2014.

31. Fleming, Mike, Jr (April 8, 2014). "Sony Closes Slate Co-Fi Deal With Lone Star Capital, CitiBank" (https://deadline.com/2014/04/sony-closes-slate-co-fi-deal-with-lone-star-citibank-711875/). *Deadline Hollywood*. Retrieved October 31, 2014.

32. Sony Announces Goodwill Impairment in the Pictures Segment (https://www.sec.gov/Archives/edgar/data/313838/000115752317000222/a51501269.htm) Sony Corporation, 6-K No. 17-008E, January 30, 2017

33. "Sony tries to upload movie trailer to YouTube, posts entire movie instead" (https://arstechnica.com/gaming/2018/07/sony-tries-to-upload-movie-trailer-to-youtube-posts-entire-movie-instead/). *Ars Technica*. Retrieved July 28, 2018.

34. "Hack at Sony Pictures shuts computer system" (https://www.latimes.com/entertainment/envelope/cotown/la-fi-sony-hack-20141125-story.html). LA Times.

35. "Sony movies leak online after hack attack" (http://torrentfreak.com/sony-movies-leak-online-after-hack-attack-141129/). Torrentfreak. Retrieved November 30, 2014.

36. "Hackers Pirate Sony Films and Leak Studio Salaries" (https://www.nytimes.com/2014/12/03/business/media/sony-is-again-target-of-hackers.html). New York Times.

37. "Lawsuits against Sony Pictures could test employer responsibility for data breaches" (https://www.washingtonpost.com/news/the-switch/wp/2014/12/19/lawsuits-against-sony-pictures-could-test-employer-responsibility-for-data-breaches/). *Washington Post*.

38. MEG JAMES, RYAN FAUGHNDER (December 13, 2014). "Fallout from Sony hack may alter how Hollywood conducts business" (https://www.latimes.com/entertainment/envelope/cotown/la-fi-ct-sony-emails-20141213-story.html#page=1). *Los Angeles Times*. Retrieved December 14, 2014.

39. "Sony Hack: Amy Pascal and Scott Rudin Joked About Obama's Race in Leaked Emails" (https://www.hollywoodreporter.com/news/sony-hack-amy-pascal-scott-756438). *The Hollywood Reporter*. December 10, 2014. Retrieved October 15, 2017.

40. Spider-Man may appear in 'Captain America 3' (http://mashable.com/2014/12/12/spider-man-may-appear-in-captain-america-3-but-not-played-by-andrew-garfield/) mashable.com

41. "Sony Hackers Threaten Movie Theaters" (https://www.usatoday.com/story/life/movies/2014/12/16/sony-hackers-threaten-movie-theaters/20485591/). USA Today. December 16, 2014.

42. "Sony pulls 'The Interview'; the Internet reacts" (https://www.cnbc.com/id/102278994). CNBC. December 18, 2014.

43. "Tom Rothman Replaces Amy Pascal At Sony Pictures; Michael Lynton Contract Extended" (http s://deadline.com/2015/02/tom-rothman-replaces-amy-pascal-1201380416/). *Deadline Hollywood*. Retrieved February 24, 2015.

44. "Sony Names Former Fox Film Chief Tom Rothman to Replace Pascal" (https://www.bloomberg.c om/news/articles/2015-02-24/sony-names-former-fox-film-chief-tom-rothman-to-replace-pascal). *Bloomberg News*. Retrieved February 24, 2015.

45. Saba Hamedy (April 16, 2015). "Sony Pictures condemns WikiLeaks' release of hacked material" (https://www.latimes.com/entertainment/envelope/cotown/la-et-ct-wikileaks-sony-hack-20150416- story.html). Los Angeles Times. Retrieved November 30, 2017.

46. Eriq Gardner (April 17, 2015). "Sony Hack: WikiLeaks Publishes More Than 30,000 Documents" (https://uk.movies.yahoo.com/sony-hack-wikileaks-publishes-more-than-30-000-116577039377.ht ml). Yahoo! Movies. Retrieved November 30, 2017.

47. "WikiLeaks - Sony Archives" (https://wikileaks.org/sony/emails/). April 16, 2015. Retrieved November 30, 2017.

48. Desta, Yohana. "Actually, Seth Rogen Doesn't Think North Korea Was Behind the Sony Hack" (htt ps://www.vanityfair.com/hollywood/2018/04/seth-rogen-north-korea-sony-hack). *HWD*. Retrieved July 28, 2018.

49. "Sony Pictures - Divisions" (http://www.sonypictures.com/corp/divisions.html). *sonypictures.com*. Retrieved June 7, 2015.

50. "Sony Pictures – Corporate Factsheet" (https://web.archive.org/web/20051104051441/http://www. sonypictures.com/corp/corporatefact.html). Archived from the original (http://www.sonypictures.co m/corp/corporatefact.html) on November 4, 2005.

51. "Sony Pictures Imageworks" (http://www.imageworks.com/about.php). *imageworks.com*.

52. SONY PICTURES RELEASING CORPORATION (http://businessprofiles.com/details/sony-picture s-releasing-corporation/NY-1358802) businessprofiles.com, Retrieved on January 20, 2014

53. Sony Just Officially Acquired Funimation (https://comicbook.com/anime/2017/10/29/funimation-so ny-acquisition-anime/)

54. Nancy Tartaglione. "Sony Pictures Television, Karl Warner Launch UK Production Outfit Electric Ray" (https://www.deadline.com/2014/01/sony-pictures-television-karl-warner-launch-uk-productio n-outfit-electric-ray/). *Deadline Hollywood*. Retrieved January 21, 2014.

55. Sony Pictures Television. "Sony Pictures Television International Forms First Fully Government Approved Television and Film Production Joint Venture in the People's Republic of China" (http:// www.prnewswire.com/news-releases/sony-pictures-television-international-forms-first-fully-govern ment-approved-television-and-film-production-joint-venture-in-the-peoples-republic-of-china-7556 2507.html) (Press release). PRNewswire. Retrieved September 30, 2012.

56. CCC director sold shares of Sony Pictures Television series producer. (http://judie-jud.blogspot.co m/2009/04/ccc-director-sold-shares-of-sony.html) Retrieved on February 28, 2012

57. Cynthia Littleton. "Sony Pictures Television Acquires Australia's Playmaker Media" (https://variety. com/2014/tv/news/sony-pictures-television-acquires-australias-playmaker-media-1201368222/). *Variety*. Retrieved February 8, 2015.

58. Nancy Tartaglione. "Sony Pictures Television Launches Northern Ireland Production Company Stellify Media" (https://www.deadline.com/2014/03/sony-pictures-television-launches-northern-irel and-production-company-stellify-media/). *Deadline Hollywood*. Retrieved March 20, 2014.

59. Wright, Marshall (May 29, 2019). "FUNIMATION ACQUIRES UK ANIME DISTRIBUTOR MANGA ENTERTAINMENT LIMITED" (https://www.funimation.com/blog/2019/05/29/funimation-acquires-uk-anime-distributor-manga-entertainment-limited/). Funimation. Retrieved May 29, 2019.

60. Sony closes CSC deal, ups Kate Marsh (http://tbivision.com/news/2014/08/Sony-closes-csc-deal-ups-kate-marsh/317571/) tbivision.com, Retrieved on August 20, 2014

61. Sony buys Viasat channels from MTG (http://www.digitaltveurope.net/320362/sony-buys-viasat-channels-from-mtg/) www.digitaltveurope.net, Retrieved on February 11, 2015

62. Sony Pictures Online SPEJ – Company Profile (http://www.sonypictures.jp/archive/spej/profile/profile2.html) Archived (https://web.archive.org/web/20061224060001/http://www.sonypictures.jp/archive/spej/profile/profile2.html) December 24, 2006, at the Wayback Machine, Sony Pictures Entertainment (Japan), Inc. official website.

63. History of Columbia Pictures Part 3 (http://www.sonypictures.jp/archive/cinemaparadise/01/3.html) Archived (https://web.archive.org/web/20061028040510/http://www.sonypictures.jp/archive/cinemaparadise/01/3.html) October 28, 2006, at the Wayback Machine, Sony Pictures Entertainment Japan (in Japanese)

64. About Sony Pictures Entertainment Japan (http://sonypictures.jp/corp/about/en/)

65. Company Overview of Sony Pictures Entertainment (Japan) Inc. (https://www.bloomberg.com/research/stocks/private/snapshot.asp?privcapId=22636854)

66. *The Anime Biz (http://www.businessweek.com/magazine/content/05_26/b3939013.htm) – By Ian Rowley, with Hiroko Tashiro, Chester Dawson, and Moon Ihlwan, BusinessWeek*, June 27, 2005.

67. *Animax Asia – Corporate Profile (http://www.animax-asia.com/corporate/default.asp) Archived (https://web.archive.org/web/20060614202738/http://www.animax-asia.com/corporate/default.asp) June 14, 2006, at the Wayback Machine – Animax-Asia official website.*

68. "Affiliated Companies (Japan)" (https://www.sony.net/SonyInfo/CorporateInfo/Subsidiaries/). *Sony Global*. Retrieved August 3, 2019.

69. "Overview" (https://web.archive.org/web/20180618025521/www.sonypicturesnetworks.com/overview). *Sony Pictures Networks India*. Archived from the original (https://www.sonypicturesnetworks.com/overview) on June 18, 2018. Retrieved December 26, 2018.

# External links

- Official website (http://www.sonypictures.com) (in English)
- SonyPictures.net (http://www.sonypictures.net/) (Sony Pictures Global Gateway)
- Sony Pictures Entertainment Museum (http://www.sonypicturesmuseum.com)
- Sony Pictures Entertainment (SPE) (https://www.imdb.com/search/title/?companies=co0026545) on IMDb
- Sony Pictures Entertainment collection, circa 1920s-1960s (http://catalog.oscars.org/vwebv/holdingsInfo?bibId=82713), Margaret Herrick Library, Academy of Motion Picture Arts and Sciences

Retrieved from "https://en.wikipedia.org/w/index.php?title=Sony_Pictures&oldid=951558277"

This page was last edited on 17 April 2020, at 19:21 (UTC).

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

# Exhibit I



 **The Cooler** (2003)

Edit

# Company Credits

Showing all 59 company credits
Jump to: Production Companies (7) | Distributors (21) | Special Effects (2) | Other Companies (29)

## Production Companies

ContentFilm (presents)
Pierce/Williams Entertainment (as Pierce-Williams)
Furst Films
Gryphon Films (in association with)
Dog Pond Productions (in association with)
Visionbox Pictures (produced in association with)
Zero Gravity Management

## Distributors

1More Film (2004) (Netherlands) (theatrical)
Alamode Film (2004) (Germany) (theatrical)
Bac Films (2004) (France) (theatrical)
Columbia TriStar Films AB (2004) (Sweden) (theatrical)
Ekaterinburg Art (EA) (2004) (Russia) (theatrical)
Lions Gate Films (2003) (USA) (North America) (theatrical) (as A Lions Gate Entertainment Company)
Tartan Films (2004) (UK) (theatrical)
Telexcel (2005) (Argentina) (theatrical)
101 Films (2019) (UK) (Blu-ray)
101 Films (2019) (UK) (Blu-ray) (Blu-ray/DVD combo) (Black Label #006)
Bonton Home Entertainment (BHE) (2004) (Czech Republic) (DVD)
ContentFilm International (2003) (World-wide) (all media) (sales agency)
Gativideo (2005) (Argentina) (DVD)
Gativideo (2005) (Argentina) (VHS)
LK-TEL Vídeo (2004) (Brazil) (all media)
Lions Gate Films Home Entertainment (2004) (USA) (DVD)
Media Cooperation One (MC-One) (2004) (Germany) (DVD)
Monopole-Pathé (2004) (Switzerland) (all media)
Palisades-Tartan Acquisitions (2008) (UK) (DVD)
Telepool (2003) (Germany) (all media)
With Cinema (Korea) (all media)

## Special Effects

Amalgamated Pixels (visual effects)
Title House Digital (titles and opticals)

## Other Companies

Artfab (set construction) (as Artlab, Sacramento, California)
Carl's Blue Printing (special thanks)
Chapman/Leonard Studio Equipment (cranes and dollies) (uncredited)
Commotion Records (soundtrack) (uncredited)
DeLuxe Laboratories (color timing) (as Deluxe)
Executive Cutting Service (negative cutting) (as Executive Cutting)
Golden Phoenix Hotel, Reno, Nevada (special thanks)
Hart Murmurs (loop group)

---



**The Cooler**

**Details**
Full Cast and Crew
Release Dates
Official Sites
Company Credits
Filming & Production
Technical Specs

**Explore More**

## User Lists

Create a list »

Related lists from IMDb users

 **DVD Possible Purchases**
a list of 48 titles
created 1 week ago

 **Top 30 Mark Isham Scored Films**
a list of 30 titles
created 24 Dec 2016

 **5F0080_Movies 2003**
a list of 33 titles
created 4 months ago

 **Best Movies 2003 (My Top 40)**
a list of 40 titles
created 9 months ago

 **These movies put me to sleep**
a list of 49 titles
created 14 Dec 2017

Image Sound and Control (special thanks)
Jeremy Walker + Associates (publicity) (as Jeremy Walker & Associates)
Mackey/Sandrich Casting (casting) (uncredited)
Nev-Cal Communications (special thanks)
Nevada Casting (additional casting)
Nevada Casting (extras casting)
Nick and Nora (special thanks)
Panavision (special thanks) (as Panavision, Woodland Hills, California)
Pentagon Studios (special thanks)
Pivotal Post (Avid editing equipment provided by) (uncredited)
Redman Movies and Stories (grip and lighting equipment)
Sabron Payroll Services (Orchestra Payroll Company)
Small Talk (loop group)
Sony Pictures Studios Burt Lancaster Theatre (sound re-recorded at)
Sony Pictures Studios (dailies telecine transfers) (as Sony Pictures Studios Post Production Facilities)
Sony Pictures Studios (special thanks) (as Sony Pictures, Wardrobe)
Sundance Helicopters (helicopter rental)
VisionWorks (post-production picture services)
VisionWorks (post-production sound services)
Visual Icon (exclusive clip and still licensing) (uncredited)
Wet Dog Studios (music recorded at) (as Wetdog Studios)

## See also

Full Cast and Crew | Release Dates | Official Sites | Filming & Production | Technical Specs

## Contribute to This Page

Getting Started | Contributor Zone »

Edit page

See all related lists »

Share this page:



Recently Viewed

Clear your history

**Get the IMDb App**

View Full Site   Help   Site Index

IMDbPro   IMDb TV

Box Office Mojo   IMDb Developer

Press Room   Advertising   Jobs

Conditions of Use   Privacy Policy

Interest-Based Ads

© 1990-2020 by IMDb.com, Inc.

# Exhibit J



Sign In





**In Enemy Hands** (2004)       Edit

# Company Credits

Showing all 25 company credits
Jump to: Production Companies (6) | Distributors (11) | Special Effects (1) | Other Companies (7)

## Production Companies

Artisan Entertainment (presents)
Splendid Pictures (presents)
John Brister Productions
Pierce/Williams Entertainment
My Own Worst Enemy (funding)
Zero Gravity Management

## Distributors

SPO (2005) (Japan) (theatrical)
Bridge Entertainment Group (2004) (Netherlands) (DVD)
Hollydan Works (2005) (Yugoslavia) (DVD)
Lions Gate Films Home Entertainment (2004) (USA) (DVD)
Manga Films (2004) (Spain) (DVD)
PlayArte Home Vídeo (2004) (Brazil) (DVD)
PlayArte Home Vídeo (2004) (Brazil) (VHS)
Prooptiki (2005) (Greece) (VHS)
SBS6 (2007) (Netherlands) (TV)
Splendid Film (2004) (Germany) (DVD)
Splendid Pictures (all media)

## Special Effects

Amalgamated Pixels (visual effects)

## Other Companies

Chapman/Leonard Studio Equipment (camera cranes)
Chapman/Leonard Studio Equipment (camera dollies)
Debe Waisman Casting (extras casting)
Hollywood Caterers (catering)
Leonetti Company (lighting equipment)
Mercury Sound Studios (post-production sound)
My Own Worst Enemy (funding)

## See also

Full Cast and Crew | Release Dates | Official Sites | Filming & Production | Technical Specs

## Contribute to This Page

Getting Started | Contributor Zone »

Edit page

---

**In Enemy Hands**

**Details**
Full Cast and Crew
Release Dates
Official Sites
Company Credits
Filming & Production
Technical Specs

**Explore More**

**User Lists**     Create a list »

Related lists from IMDb users


**21 submarine movies**
a list of 21 titles
created 04 May 2019


**war**
a list of 45 titles
created 3 months ago


**Submarine Films I've Watched**
a list of 21 titles
created 17 Sep 2018


**Submerged: U-boats at war**
a list of 26 titles
created 30 Jul 2016

See all related lists »



**Share** this page:



Recently Viewed                                                              Clear your history

**Get the IMDb App**

View Full Site     Help        Site Index

IMDbPro       IMDb TV

Box Office Mojo       IMDb Developer

Press Room     Advertising       Jobs

Conditions of Use     Privacy Policy

Interest-Based Ads

© 1990-2020 by IMDb.com, Inc.

# Exhibit K





IMDb                                                                                                    Sign In

**Chaos** (II) (2005)                                                                          Edit

# Company Credits

Showing all 59 company credits
Jump to: Production Companies (9) | Distributors (22) | Special Effects (1) | Other Companies (27)

## Production Companies

Mobius International (presents)
Chaotic Productions (producer)
Chaotic Films (producer)
Möbius Entertainment (in association with) (as Mobius Entertainment)
Epsilon Motion Pictures
Pierce/Williams Entertainment (in association with) (as Michael Pierce/Mark Williams
Entertainment)
Current Entertainment
Rampage Entertainment
Zero Gravity Management

## Distributors

Capitol Films (2005) (World-wide) (all media) (sales)
Hoyts Distribution (2005) (Australia) (theatrical)
Eagle Films (2005) (Libya) (all media) (Middle East)
TriPictures (2005) (Spain) (all media)
Benelux Film Distributors (2006) (Netherlands) (theatrical)
TF1 Films International (2006) (France) (theatrical)
TFM Distribution (2006) (France) (theatrical)
DNC Entertainment (2006) (Italy) (DVD)
Dutch FilmWorks (DFW) (2006) (Netherlands) (DVD)
Kinowelt Home Entertainment (2006) (Germany) (DVD)
TF1 Vidéo (2006) (France) (DVD)
E Stars Films (2007) (China) (all media)
Imagem Filmes (2007) (Brazil) (DVD)
Sony Pictures Home Entertainment (2007) (Australia) (DVD)
Pyramid (2006) (Russia) (theatrical)
SP Films (2008) (Argentina) (theatrical)
Hollydan Works (2008) (Yugoslavia) (DVD)
Lionsgate (2008) (USA) (DVD)
RTL Entertainment (2008) (Netherlands) (TV) (RTL7)
Sidus (2009) (Korea) (theatrical)
5* (2013) (UK) (TV)
IPA Asia Pacific (2017) (Thailand) (all media)

## Special Effects

Big Red Pixel (visual effects)

## Other Companies

Abbey Road Studios (music recorded and mixed at)
Art4noise (sound design) (as Art For Noise)
B.F. Lorenzetti & Associates (insurance services)
Black Magic Digital (thanks)
CMMP Studios (synthesizers recorded at) (as CMMP Studios London)
Canadian Film or Video Production Tax Credit (CPTC) (with the assistance of)

### Chaos

**Details**
Full Cast and Crew
Release Dates
Official Sites
Company Credits
Filming & Production
Technical Specs

**Explore More**

## User Lists                                Create a list »

Related lists from IMDb users

 **Filmes 2**
a list of 29 titles
created 02 Apr 2019

 **Had to watch**
a list of 49 titles
created 16 Oct 2013

 **Jason Statham**
a list of 29 titles
created 23 Feb 2014

 **To Watch**
a list of 32 titles
created 11 months ago

 **Favoritos**
a list of 35 titles
created 13 Aug 2016

Chapman/Leonard Studio Equipment (dollies)
Cinema Scenes Catering (catering company) (as Cinema Screens Catering)
Comerica Bank of California (production financing provided by) (as Comerica)
Davenport Lyons (production legal services)
De Lane Lea (adr recorded and mixed at)
Film Finances (completion guarantor)
Independent Film Financing Inc. (production services supplied by)
Kodak Canada (film stock) (as Kodak)
Midnight Transfer (film scanning: Northlight)
Midnight Transfer (telecine)
Molinare Studio (post-production facilities)
MotionFX (digital intermediate)
Panavision (cameras and lenses) (as Panavision®)
Professional Negative Cutting (negative cutter) (as Professional Neg Cutters)
Province of British Columbia Film Incentive BC (with the assistance of) (as the Province of
British Columbia - Film Incentive BC)
Sapex Scripts (post-production scripts) (as Sapex Scripts [London] Ltd)
Shooting Stars Catering (catering company: second unit)
VTR (picture conform)
Video Split Productions (video assist equipment)
Visual Icon (exclusive clip and still licensing) (uncredited)
uFX (visual effects by)

## See also

Full Cast and Crew | Release Dates | Official Sites | Filming & Production | Technical Specs

## Contribute to This Page

Getting Started | Contributor Zone »

Edit page

Recently Viewed

Clear your history

Get the IMDb App

View Full Site    Help    Site Index

IMDbPro    IMDb TV

Box Office Mojo    IMDb Developer

Press Room    Advertising    Jobs

Conditions of Use    Privacy Policy

Interest-Based Ads

© 1990-2020 by IMDb.com, Inc.

# Exhibit L

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

**INTERROGATORY NO. 22**

Do you personally know (via face-to-face, phone, texts, email exchanges, etc.) any of The following filmmakers, film companies, and agents: Mathew Morris, David Faigenblum, Samatha Powers, the Cedar grove Agency, Zero Gravity management, Georgia Vestakis, Atchity Entertainment International (AEI), Hollywood Lit Sales, PMA Literary and Film Management, South17 Entertainment, Matthew Morris, Andrew Bellware, Braidwood Films, Mubarik Ahmed, Empyrean Pictures, Loren Smith, Filmsmith Pictures, Gregory Bell, or Globocine International?

**RESPONSE TO INTERROGATORY NO. 22**

Defendant incorporates by reference the preliminary statement and general objections set forth above. Defendant objects to the request on the basis that it seeks information that is neither relevant nor reasonably likely to lead to the discovery of admissible evidence. Defendant objects to the request on the basis that it is overbroad, unduly burdensome, and harassing, in that the request purports to require Defendant to determine whether every past and present administrator, employee, agent, attorney, and representative of Defendant has met or communicated with any of the individuals identified in the request or with any person affiliated with any of the companies identified in the request. It is not reasonably possible for Defendant to comply with this request.

**INTERROGATORY NO. 23**

If you answered yes to Interrogatory No. 22, please describe the relationship that you have with each person or company whom you know on that list.

**RESPONSE TO INTERROGATORY NO. 23**

Defendant incorporates by reference the preliminary statement and general objections set forth above. Defendant objects to the request on the basis that it seeks information that is neither relevant nor reasonably likely to lead to the discovery of admissible evidence. Defendant objects to the request on the basis that it is

# Exhibit M

1  disclosure of information that is neither relevant nor reasonably likely to lead to the

2  discovery of admissible evidence.  Defendant objects to the request on the basis that

3  it is unduly burdensome and harassing, in that the request purports to require

4  Defendant to indicate whether each and every past and present administrator,

5  employee, agent, attorney, and representative of Defendant has ever been involved

6  in some way with triggerstreet.com, Kevin Spacey, and/or Dana Brunetti.  It is not

7  reasonably possible for Defendant to comply with this request.  Subject to and

8  without waiving the foregoing objections, Defendant responds as follows:

9      Defendant's related company owns the copyrights to certain films starring

10  Kevin Spacey and/or produced by Dana Brunetti, such as *21*, *The Social Network*,

11  and *Captain Phillips*, and has distributed those films.

12  **INTERROGATORY NO. 16**

13      When (date) did you first read the screenplay Elysium?

14  **RESPONSE TO INTERROGATORY NO. 16**

15      Defendant incorporates by reference the preliminary statement and general

16  objections set forth above.  Defendant objects to the request on the basis that it seeks

17  the disclosure of information that is neither relevant nor reasonably likely to lead to

18  the discovery of admissible evidence.  Defendant objects to the request on the basis

19  that it is unintelligible as drafted, as it purports to ask the date on which an entity

20  read a screenplay for the Film.  Subject to and without waiving the foregoing

21  objections, Defendant responds as follows:

22      Defendant did not read the screenplay.  Defendant does not know the date on

23  which the screenplay was first read by an employee of Defendant.

24  **INTERROGATORY NO. 17**

25      Do you personally know (via face-to-face, phone, texts, email exchanges,

26  etc.) any of The following filmmakers, film companies, and agents: Mathew Morris,

27  David Faigenblum, Samatha Powers, the Cedar Grove Agency, Zero Gravity

28  Management, Georgia Vestakis, Atchity Entertainment International (AEI),

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1 | Hollywood Lit Sales, PMA Literary and Film Management, South17 Entertainment,
2 | Andrew Bellware, Braidwood Films, Mubarik Ahmed, Empyrean Pictures, Loren
3 | Smith, Filmsmith Pictures, Gregory Bell, or Globocine International?

4 | **RESPONSE TO INTERROGATORY NO. 17**

5 |     Defendant incorporates by reference the preliminary statement and general
6 | objections set forth above.  Defendant objects to the request on the basis that it seeks
7 | information that is neither relevant nor reasonably likely to lead to the discovery of
8 | admissible evidence.  Defendant objects to the request on the basis that it is
9 | overbroad, unduly burdensome, and harassing, in that the request purports to require
10 | Defendant to determine whether every past and present administrator, employee,
11 | agent, attorney, and representative of Defendant has met or communicated with any
12 | of the individuals identified in the request or with any person affiliated with any of
13 | the companies identified in the request.  It is not reasonably possible for Defendant
14 | to comply with this request.

15 | **INTERROGATORY NO. 18**

16 |     If you answered yes to Interrogatory No. 17, please describe the relationship
17 | that you have with each person or company whom you know on that list.

18 | **RESPONSE TO INTERROGATORY NO. 18**

19 |     Defendant incorporates by reference the preliminary statement and general
20 | objections set forth above.  Defendant objects to the request on the basis that it seeks
21 | information that is neither relevant nor reasonably likely to lead to the discovery of
22 | admissible evidence.  Defendant objects to the request on the basis that it is
23 | overbroad, unduly burdensome, and harassing, in that the request purports to require
24 | Defendant to determine whether every past and present administrator, employee,
25 | agent, attorney, and representative of Defendant has met or communicated with any
26 | of the individuals identified in the request or with any person affiliated with any of
27 | the companies identified in the request.  It is not reasonably possible for Defendant
28 | to comply with this request.

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

10021.00015/214878.1

10

Exhibit N

WIKIPEDIA

# George Lucas filmography

This is **George Lucas's filmography**, including those films that he was involved with as director, screenwriter, executive producer or actor.



George Lucas in 1986

## Contents

**Full-length films**

**Short films**[9][10]

**Television and web**

***Young Indiana Jones* story writing credits**

**Books**
    Author
    Adaptations unproduced episodes of *Star Wars: The Clone Wars* series

**Unreleased and unrealized projects**

**Acting credits**
    Feature films
    Short films
    Television

**Other credits**
    Feature films
    Short films
    Television
    Video Games
    Comic book
    Unreleased and unrealized projects

**References**

**External links**

# Full-length films

| Title | Year | Executive Producer | Writer | Director | Notes |
|-------|------|--------------------|--------|----------|-------|
| *THX 1138* | 1971 | No | Yes | Yes | Directorial debut, also editor |
| *American Graffiti* | 1973 | No | Yes | Yes | Also uncredited editor and music supervisor [1] |
| *Star Wars* | 1977 | Yes | Yes | Yes | |
| *More American Graffiti* | 1979 | Yes | No | No | [2][3] |
| *Kagemusha* | 1980 | Yes | No | No | International version |
| *The Empire Strikes Back* | 1980 | Yes | Story | No | [4] |
| *Raiders of the Lost Ark* | 1981 | Yes | Story | No | |
| *Body Heat* | 1981 | Uncredited | No | No | [5][6] |
| *Return of the Jedi* | 1983 | Yes | Yes | No | |
| *Twice Upon a Time* | 1983 | Yes | No | No | |
| *Indiana Jones and the Temple of Doom* | 1984 | Yes | Story | No | |
| *Latino* | 1985 | Uncredited | No | No | |
| *Return to Oz* | 1985 | Uncredited | No | No | |
| *Mishima: A Life in Four Chapters* | 1985 | Yes | No | No | |
| *Labyrinth* | 1986 | Yes | No | No | |
| *Howard the Duck* | 1986 | Yes | No | No | |
| *Powaqqatsi* | 1988 | Yes | No | No | Documentary film |
| *Willow* | 1988 | Yes | Story | No | |
| *Tucker: The Man and His Dream* | 1988 | Yes | No | No | |
| *The Land Before Time* | 1988 | Yes | No | No | |
| *Indiana Jones and the Last Crusade* | 1989 | Yes | Story | No | |
| *Radioland Murders* | 1994 | Yes | Story | No | [7] |
| *Star Wars: Episode I – The Phantom Menace* | 1999 | Yes | Yes | Yes | |
| *Star Wars: Episode II – Attack of the Clones* | 2002 | Yes | Yes | Yes | |
| *Star Wars: Episode III – Revenge of the Sith* | 2005 | Yes | Yes | Yes | |
| *Indiana Jones and the Kingdom of the Crystal Skull* | 2008 | Yes | Story | No | |
| *Star Wars: The Clone Wars* | 2008 | Yes | No | No | |
| *The Nina Foch Course for Filmmakers and Actors* | 2010 | Yes | No | No | Direct-to-video documentary film |
| *Red Tails* | 2012 | Yes | No | No | Also uncredited director of reshoots[8] |
| *Strange Magic* | 2015 | Yes | Story | No | |
| *Indiana Jones 5* | 2022 | Yes | No | No | |

# Short films[9][10]

| Title | Year | Director | Writer | Executive Producer | Notes |
|---|---|---|---|---|---|
| _Look at Life_ | 1965 | Yes | Uncredited | No | Also uncredited editor and cinematographer |
| _Freiheit_ | 1966 | Yes | Uncredited | No | Also uncredited editor and cinematographer |
| _Herbie_ | 1966 | Yes | Uncredited | No | Co-directing with Paul Golding; also uncredited editor and cinematographer |
| _1:42.08_ | 1966 | Yes | Yes | No | Documentary; also editor and uncredited cinematographer |
| _Anyone Lived in a Pretty How Town_ | 1967 | Yes | Yes | No | Also uncredited editor and cinematographer |
| _The Emperor_ | 1967 | Yes | Yes | No | Documentary |
| _Electronic Labyrinth: THX 1138 4EB_ | 1967 | Yes | Yes | No | Also uncredited editor |
| _6-18-67_ | 1967 | Yes | Uncredited | No | Documentary; also uncredited editor and cinematographer |
| _Filmmaker_ | 1968 | Yes | Yes | No | Documentary; also editor, cinematographer and sound |
| _Bald: The Making of THX 1138_ | 1971 | Uncredited | No | No | Documentary promo |
| _Captain EO_ | 1986 | No | Yes | Yes | Attraction |
| _Star Tours_ | 1987 | No | No | Yes | Attraction |
| _THX Wow!_ | 1990 | No | No | Uncredited | Video _THX_ test |
| _Star Wars Episode II: The Saga Continues_ | 2000 | Uncredited | No | Uncredited | Video documentary promo |
| _Star Tours – The Adventures Continue_ | 2011 | No | No | Yes | Attraction |

# Television and web

| Title | Year(s) | Executive Producer | Writer | Episodes | Channel/Service |
|---|---|---|---|---|---|
| *The Ewok Adventure* | 1984 | Yes | Story | Television film | ABC |
| *Ewoks: The Battle for Endor* | 1985 | Yes | Story | Television film | ABC |
| *Ewoks* | 1985–86 | Uncredited | No | 26 (35 segments) | ABC |
| *Star Wars: Droids – The Adventures of R2-D2 and C-3PO* | 1985–86 | Uncredited | No | 12 + 1 *Special* | ABC |
| *Inside the Labyrinth* | 1986 | Yes | No | Documentary television film | BBC One |
| *The Young Indiana Jones Chronicles* | 1992–96 | Yes | Creator & Stories | 28 + 4 TV films | ABC / The Family Channel |
| *Star Wars: Clone Wars* | 2003–05 | Uncredited | No | 25 | Cartoon Network |
| *The Adventures of Young Indiana Jones Documentaries* | 2007–08 | Yes | No | 94 + 3 *Lectures* | History Channel |
| *Star Wars: The Clone Wars* | 2008–14, 2020 | Yes | Creator | 133 [11]+ 4 in *Legacy* | Cartoon Network / Netflix / Disney+ |
| *Double Victory: The Tuskegee Airmen at War* | 2012 | Yes | No | Documentary television film | H2 |
| *Manifest Destiny* | 2012 | Yes | No | 3 (Documentary mini-series) | PBS |

# *Young Indiana Jones* story writing credits

*The Young Indiana Jones Chronicles*

| Season | Episode | Title |
|--------|---------|-------|
| 1 | 1 | *Young Indiana Jones and the Curse of the Jackal* |
| 1 | 2 | "London, May 1916" |
| 1 | 3 | "British East Africa, September 1909" |
| 1 | 4 | "Verdun, September 1916" |
| 1 | 5 | "German East Africa, December 1916" |
| 1 | 6 | "Congo, January 1917" |
| 2 | 1 | "Austria, 1917" |
| 2 | 2 | "Somme, Early August 1916" |
| 2 | 3 | "Germany, Mid-August 1916" |
| 2 | 4 | "Barcelona, May 1917" |
| 2 | 7 | "Petrograd, July 1917" |
| 2 | 9 | "Vienna, November 1908" |
| 2 | 13 | "Paris, September 1908" |
| 2 | 14 | "Peking, March 1910" |
| 2 | 15 | "Benares, January 1910" |
| 2 | 16 | "Paris, October 1916" |

George Lucas filmography - Wikipedia

*The Adventures of Young Indiana Jones*

| Volume | Chapter | Title | Credit "Story by" | | Original episodes |
|--------|---------|-------|-------------------|---|-------------------|
| | | | Segment I | Segment II | |
| 1 | 1 | *My First Adventure* | Yes | No | *Young Indiana Jones and the Curse of the Jackal* (first part) |
| 1 | 2 | *Passion for Life* | Uncredited | Uncredited | "British East Africa, September 1909" and "Paris, September 1908" |
| 1 | 3 | *The Perils of Cupid* | Yes | No | "Vienna, November 1908" |
| 1 | 5 | *Journey of Radiance* | Yes | Yes | "Benares, January 1910" and "Peking, March 1910" |
| 1 | 6 | *Spring Break Adventure* | No | Yes | *Young Indiana Jones and the Curse of the Jackal* (two part) |
| 1 | 7 | *Love's Sweet Song* | No | Uncredited | "London, May 1916" |
| 2 | 8 | *Trenches of Hell* | Yes | Yes | "Somme, Early August 1916" and "Germany, Mid-August 1916" |
| 2 | 9 | *Demons of Deception* | Yes | Yes | "Verdun, September 1916" and "Paris, October 1916" |
| 2 | 11 | *Oganga, the Giver and Taker of Life* | Yes | Yes | "German East Africa, December 1916" and "Congo, January 1917" |
| 2 | 13 | *Adventures in the Secret Service* | Yes | Yes | "Austria, 1917" and "Petrograd, July 1917" |
| 2 | 14 | *Espionage Escapades* | Uncredited | No | "Barcelona, May 1917" |

# Books

## Author

| Title | Year | Notes | Universe |
|-------|------|-------|----------|
| *Star Wars: From the Adventures of Luke Skywalker* | 1976 | Credited author (ghostwritten by Alan Dean Foster) | *Star Wars* (novelisation for first film) |
| *Shadow Moon* | 1995 | Co-writing credit with Chris Claremont | *Willow* (*Chronicles of the Shadow War* trilogy) |
| *Shadow Dawn* | 1996 | Written by Chris Claremont from a story by George Lucas | *Willow* (*Chronicles of the Shadow War* trilogy) |
| *Shadow Star* | 2000 | Written by Chris Claremont from a story by George Lucas | *Willow* (*Chronicles of the Shadow War* trilogy) |

## Adaptations unproduced episodes of *Star Wars: The Clone Wars* series

| Title | Year | Notes |
|---|---|---|
| *Darth Maul: Son of Dathomir* | 2014 | Comic adaption of four unproduced episodes by Jeremy Barlow (based on screenplays by Aida Croal & Matt Michnovetz) |
| *Star Wars: Dark Disciple* | 2015 | Novel adaption of eight unproduced episodes by Christie Golden (based on screenplays by Katie Lucas & Matt Michnovetz & Dave Filoni) |

# Unreleased and unrealized projects

| Title | Executive Producer | Writer | Notes |
|---|---|---|---|
| *The Young Indiana Jones Chronicles* | Yes | Creator & Stories | Many stories were written but never filmed due to the series cancellation. |
| *Star Wars: The Clone Wars* | Yes | Creator | Conceived six additional stories that are written but yet to be told in any format. |
| *Star Wars Detours* | Yes | Creator | 39 episodes and 62 additional scripts were completed as of 2013. Release unaired. |
| *Star Wars Underworld* | Yes | Creator | Live action TV series, many scripts are complete. Release canceled. |

# Acting credits

## Feature films

| Title | Year | Role | Notes |
|---|---|---|---|
| *Star Wars* | 1977 | Holographic monster with a chessboard[12] | Uncredited |
| *Indiana Jones and the Temple of Doom* | 1984 | Missionary[13] | Uncredited |
| *Hook* | 1991 | Man Kissing Woman on Bridge | Uncredited |
| *Beverly Hills Cop III* | 1994 | Disappointed Husband | |
| *Men in Black* | 1997 | Alien on TV Monitor | Uncredited |
| *Star Wars: Episode III – Revenge of the Sith* | 2005 | Baron Papanoida | Uncredited |

## Short films

| Title | Year | Role | Notes |
|---|---|---|---|
| *The Emperor* | 1967 | Army Captaine | Documentary |
| *Filmmaker* | 1968 | Himself (voice) | Documentary |
| *Citizen Steve* | 1987 | Himself | Documentary |
| *Holiday Harbor* | 2003 | Himself | |
| *Rollin' with Saget* | 2006 | Cameo | Music video by Jamie Kennedy & Stu Stone feat. Bob Saget |

## Television

| Title | Year | Role | Notes |
|---|---|---|---|
| *R2-D2: Beneath the Dome* | 2001 | Himself | TV Special short mockumentary |
| *Just Shoot Me* | 2003 | Cameo | Episode 'It's Raining Babies' |
| *The O.C.* | 2005 | Cameo | Episode 'The O.Sea' |
| *Robot Chicken: Star Wars* | 2007 | Cameo (voice) | TV Special short |

# Other credits

## Feature films

| Year | Title | Credits |
|------|-------|---------|
| 1965 | *The Bus* | Production assistant, documentary |
| 1966 | *Grand Prix* | Additional camera operator |
| 1968 | *Finian's Rainbow* | Production assistant |
| | *Journey to the Pacific* | Assistant editor, documentary |
| 1969 | *The Rain People* | Production associate |
| | *Mackenna's Gold* | Trainee |
| 1970 | *Gimme Shelter* | Camera operator, documentary |
| 1972 | *The Godfather* | Assistant editor[14] |
| 1979 | *Apocalypse Now* | Participated in early development of the film as director and later helped financing late in production |
| 1981 | *Dragonslayer* | Participated in making of the film |
| 1985 | *Ran* | Participated in the financing of the film |
| 1989 | *Little Nemo: Adventures In Slumberland* | Participated in making of the film |
| 1990 | *Dreams* | Participated in the financing of the film |
| | *The Godfather Part III* | Special thanks |
| 1993 | *Leprechaun* | Special thanks |
| | *Jurassic Park* | Supervised post-production,[15] special thanks |
| 1995 | *The Indian in the Cupboard* | Special thanks |
| 1996 | *The Making of E.T. The Extra-Terrestrial* | Special thanks, documentary |
| 1997 | *Star Wars: Episode IV - A New Hope* | Executive producer |
| | *Star Wars: Episode V - The Empire Strikes Back* | Executive producer |
| | *Star Wars: Episode VI - Return of the Jedi* | Executive producer |
| 1998 | *American Graffiti* DVD | Supervisor, special thanks for *The Making of American Graffiti* documentary |
| 2001 | *Spy Kids* | Special thanks |
| | *Willow* DVD | Supervisor, special thanks for *From Morf to Morphing: The Dawn of Digital Filmmaking* documentary |
| 2002 | *Spy Kids 2: Island of Lost Dreams* | Special thanks |
| 2003 | *Indiana Jones and the Raiders of the Lost Ark* DVD | Supervisor |
| | *Indiana Jones and the Temple of Doom* DVD | Supervisor |
| | *Indiana Jones and the Last Crusade* DVD | Supervisor |
| 2004 | *THX 1138 The George Lucas Director's Cut* | Executive producer |
| | *Star Wars: Episode IV - A New Hope* digitally remastered for DVD | Executive producer |
| | *Star Wars: Episode V - The Empire Strikes Back* digitally remastered for DVD | Executive producer |

| Year | Title | Credits |
|------|-------|---------|
| | *Star Wars: Episode VI - Return of the Jedi* digitally remastered for DVD | Executive producer |
| 2011 | *American Graffiti* digitally remastered for Blu-ray | Supervisor |
| | *Star Wars The Complete Saga* remastered for Blu-ray | Executive producer |
| 2012 | *Star Wars: Episode I - The Phantom Menace* 3D | Supervisor |
| | *Indiana Jones The Complete Adventures* digitally remastered for Blu-ray | Supervisor, special thanks for making of documentaries |
| 2013 | *Willow* digitally remastered for Blu-ray | Supervisor |
| | *Star Wars: Episode II - Attack of the Clones* 3D | Supervisor |
| 2015 | *Star Wars: Episode III - Revenge of the Sith* 3D | Supervisor |
| | *Star Wars: The Force Awakens* | Characters, creative consultant early in development, rough story treatment |
| 2016 | *Rogue One: A Star Wars Story* | Characters, visited set during production and spoke to director Gareth Edwards |
| 2017 | *Star Wars: The Last Jedi* | Characters, rough story treatment, spoke with writer/director Rian Johnson during development |
| 2018 | *Solo: A Star Wars Story* | Characters, conceived original concept for the film, creative consultant on director Ron Howard's first day on set |
| 2019 | *Star Wars: Episode IV - A New Hope* 4K remaster | Supervisor |
| 2019 | *Star Wars: Episode V - The Empire Strikes Back* 4K remaster | Supervisor |
| 2019 | *Star Wars: Episode VI - Return of the Jedi* 4K remaster | Supervisor |
| 2019 | *Star Wars: Episode I - The Phantom Menace* 4K remaster | Supervisor |
| 2019 | *Star Wars: Episode II - Attack of the Clones* 4K upscale | Supervisor |
| 2019 | *Star Wars: Episode III - Revenge of the Sith* 4K upscale | Supervisor |
| 2019 | *Star Wars: The Rise of Skywalker* | Characters, creative consultant in development,[16] rough story treatment |

# Short films

| Year | Title | Credits |
|------|-------|---------|
| 1964 | *The Soldier* | Assistant cameraman |
|      | *Orgy Beach Party* | Still photographer |
| 1965 | *Wipeout* | Participated in making of the film |
| 1996 | *Glut* | Sound editor |
|      | *Marcello, I'm Bored* | Sound editor |
| 1968 | *Why Man Creates?* | Camera operator, documentary |
| 1982 | *Return of the Ewok* | Characters, financed the film |
| 1994 | *ExtraTERRORestrial Alien Encounter* | Participated in making of the attraction |
| 2011 | *Star Wars: Episode I - The Phantome Menace: Deleted Scenes* | Blu-ray bonus; director and writer |
|      | *Star Wars: Episode II - Attack of the Clones: Deleted Scenes* | Blu-ray bonus; director and co-writer |
|      | *Star Wars: Episode III - Revenge of the Sith: Deleted Scenes* | Blu-ray bonus; director and writer |
|      | *Star Wars: Episode IV - A New Hope: Deleted Scenes* | Blu-ray bonus; director and writer |
|      | *Star Wars: Episode V - The Empire Strikes Back: Deleted Scenes* | Blu-ray bonus; co-writer |
|      | *Star Wars: Episode VI - Return of the Jedi: Deleted Scenes* | Blu-ray bonus; co-writer |

## Television

| Year | Title | Credits |
|------|-------|---------|
| 1978 | _The Star Wars Holiday Special_ | Characters, participated in created story |
| 1997 | _Star Wars Animated Classics: Ewoks - The Haunted Village_ | Characters, supervisor |
| | _Star Wars Animated Classics: Droids - The Pirates and the Prince_ | Characters, supervisor |
| 1999–2000 | _The Adventures of Young Indiana Jones_ re-edited into 22 chapter TV films for VHS | Executive producer |
| 2004 | _Star Wars: Ewok Adventures_ (_Caravan of Courage: An Ewok Adventure_ and _Ewoks: The Battle for Endor_) | Supervisor |
| | _Star Wars Animated Adventures: Ewoks - Tales from the Endor Woods_ also includes _The Haunted Village_ | Characters, supervisor |
| | _Star Wars Animated Adventures: Droids - Treasure of the Hidden Planet_ also includes _The Pirates and the Prince_ | Characters, supervisor |
| 2005 | _Star Wars: Clone Wars_ re-edited in two films for DVD | Supervisor, special thanks |
| 2007 | _Robot Chicken: Star Wars_ | Characters, special thanks |
| 2007–2008 | _The Adventures of Young Indiana Jones_ digitally remastered for DVD | Executive producer |
| 2014–2018 | _Star Wars Rebels_ | Creator of Star Wars |
| 2016–2017 | _Lego Star Wars: The Freemaker Adventures_ | Creator of Star Wars |
| 2017–2018 | _Star Wars: Forces of Destiny_ | Creator of Star Wars |
| 2018–2020 | _Star Wars Resistance_ | Creator of Star Wars |
| 2018 | _Lego Star Wars All Stars_ | Creator of Star Wars |
| 2019 | _Game of Thrones_ | Visited set and assisted director David Nutter with the first episode of season 8[17] |
| 2019–2020 | _The Mandalorian_ | Creator of Star Wars, visited set |

## Video Games

| Year | Title | Credits |
|------|-------|---------|
| 2008 | _Star Wars: The Force Unleashed_ | Characters, participated in created story of the game, very special thanks |
| 2009 | _Indiana Jones and the Staff of Kings_ | Characters, very special thanks |
| 2010 | _Star Wars: The Force Unleashed II_ | Characters, very special thanks |

## Comic book

| Year | Title | Credits |
|------|-------|---------|
| 2013–2014 | _The Star Wars_ | Eight issue comic adaptation of unproduced early screenplay for _Star Wars_ Written by J.W. Rinzler |

## Unreleased and unrealized projects

| Year | Title | Credits |
|------|-------|---------|
| 2013–2015 | *Star Wars: Episode IV - A New Hope 3D* | Supervisor |
|  | *Star Wars: Episode V - The Empire Strikes Back 3D* | Supervisor |
|  | *Star Wars: Episode VI - Return of the Jedi 3D* | Supervisor |

# References

1. Murch, Walter, *The Making of American Graffiti*
2. Uncredited co-director, story concept, screenplay edits, editor, music supervisor, additional camera operator
3. Pollock, Dale (July 25, 1979). "More American Graffiti Review" (https://web.archive.org/web/2009022 3061427/http://www.variety.com/review/VE1117793234.html?categoryid=31&cs=1). *Variety*. Reed Elsevier Inc. Archived from the original (https://www.variety.com/review/VE1117793234.html?categor yid=31&cs=1) on February 23, 2009. Retrieved January 27, 2015.
4. George Lucas wrote (uncredited) second draft screenplay based on his own story. Brackett's screenplay was rejected after her decease.
5. "Lucasfilm: Body Heat" (https://web.archive.org/web/20120616042640/http://www.lucasfilm.com/film s/other/bodyheat.html). *Lucasfilm*. Archived from the original (http://www.lucasfilm.com/films/other/bo dyheat.html) on June 16, 2012. Retrieved September 26, 2012.
6. Brooks, Dan (May 24, 2018). "A Portrait of the Scoundrel as a Young Man: Writers Lawrence and Jonathan Kasdan on Solo: A Star Wars Story" (https://www.starwars.com/news/solo-lawrence-and-jo nathan-kasdan-interview). *StarWars.com*. Lucasfilm Ltd. Retrieved May 24, 2018. "I went to George who I had just worked with on Raiders [of the Lost Ark] and Empire [Strikes Back], and George said, "I'll executive produce the movie, uncredited." - Lawrence Kasdan"
7. Director during very early development, complied two versions of the screenplay into the final one.
8. Sperling, Nicole (March 5, 2010). "The Hollywood Insider: Will '30 Rock' keep rolling?" (https://www.e w.com/ew/article/0,,20349502,00.html). *Entertainment Weekly* (1092). Meredith Corporation. Retrieved July 5, 2019. "After 5 years, George Lucas is directing again."
9. Pollock, Dale, *Skywalking: The Life and Films of George Lucas*, Harmony Books, New York, 1983, ISBN 0-517-54677-9.
10. Fensch, Thomas, *Films on the Campus*, A.S. Barnes & Co, New York, 1970, ISBN 0-498-07428-5.
11. Executive produced 1-6 seasons only (121 episodes).
12. *George Lucas: A Life*. Brian Jay Jones.
13. Baxter, John (1999). "Snake Surprise". *Mythmaker: The Life and Work of George Lucas* (https://archi ve.org/details/mythmakerlifewor00baxt/page/332). Avon Books. pp. 332–341 (https://archive.org/deta ils/mythmakerlifewor00baxt/page/332). ISBN 0-380-97833-4.
14. "Крёстный отец (1972) Trivia" (https://www.imdb.com/title/tt0068646/trivia).
15. "Jurassic Park Trivia" (http://www.jurassicworlduniverse.com/jurassic-park/trivia/).
16. "How George Lucas Helped Finish Star Wars: The Rise of Skywalker" (https://www.youtube.com/wat ch?v=JpiNwkzZN-4).
17. "Game of Thrones | Season 8 Episode 1 | Game Revealed (HBO)" (https://www.youtube.com/watch? v=DkdbetJTZGA).

# External links

- "George Lucas biography" (https://web.archive.org/web/20120722084039/http://www.empmuseum.or g/exhibitions/index.asp?articleID=943). Science Fiction and Fantasy Hall of Fame.
- George Lucas filmography (https://www.imdb.com/name/nm0000184/) on IMDb
- George Lucas filmography (https://www.allmovie.com/artist/p100308) at AllMovie
- George Lucas filmography (http://www.isfdb.org/cgi-bin/ea.cgi?George_Lucas_filmography) at the Internet Speculative Fiction Database
- George Lucas biography (https://web.archive.org/web/20040405085412/http://www.lucasfilm.com/ins ide/bio/georgelucas.html) at Lucasfilm.com

Retrieved from "https://en.wikipedia.org/w/index.php?title=George_Lucas_filmography&oldid=958257328"

**This page was last edited on 22 May 2020, at 19:33 (UTC).**

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

Exhibit 0



# Exhibit P

08-715135

**State of California**
**Secretary of State**



STATEMENT OF INFORMATION **106**
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00. If amendment, see instructions.
**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

99  EC
CP

**FILED**
In the office of the Secretary of State
of the State of California

NOV 1 8 2008

This Space For Filing Use Only

| 1 | CORPORATE NAME (Please do not alter if name is preprinted.) | | S |
|---|---|---|---|

Lucasfilm Animation Ltd.
C2494094

**DUE DATE:**

**NO CHANGE STATEMENT** (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

2. [✓] If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 16**

If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement has been previously filed, this form must be completed in its entirety.

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city.  Items 3 and 4 cannot be P.O. Boxes.)

| | STREET ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 3. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | 5858 Lucas Valley Road | Nicasio | CA | 94946 |
| 4. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | 5858 Lucas Valley Road | Nicasio | CA | 94946 |
| 5. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 3 | | CITY | STATE | ZIP CODE |

**NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS** (The corporation must have these three officers.  A comparable title for the specific officer may be added, however, the preprinted titles on this form must not be altered.)

| | NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 6. CHIEF EXECUTIVE OFFICER/ | Micheline Chau | 5858 Lucas Valley Rd., | Nicasio | CA | 94946 |
| 7. SECRETARY/ | David J. Anderman | 5858 Lucas Valley Rd., | Nicasio | CA | 94946 |
| 8. CHIEF FINANCIAL OFFICER/ | Steve Condiotti | 5858 Lucas Valley Rd., | Nicasio | CA | 94946 |

**NAMES AND COMPLETE ADDRESSES OF ALL DIRECTORS, INCLUDING DIRECTORS WHO ARE ALSO OFFICERS** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 9. | George W. Lucas | 5858 Lucas Valley Rd., | Nicasio | CA | 94946 |
| 10. NAME | | ADDRESS | CITY | STATE | ZIP CODE |
| 11. NAME | | ADDRESS | CITY | STATE | ZIP CODE |

12. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 14 must be completed with a California street address (a P.O. Box is not acceptable).  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 14 must be left blank.)

13. NAME OF AGENT FOR SERVICE OF PROCESS
David J. Anderman

| 14. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 5858 Lucas Valley Rd., | Nicasio | CA | 94946 |

**TYPE OF BUSINESS**

15. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
Holding Company.

16. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 5/12/2008 | David J. Anderman | Secretary | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-200 N/C (REV 01/2008)                                    APPROVED BY SECRETARY OF STATE

# State of California
## Secretary of State



**E-702309**

**FILED**

In the office of the Secretary of State of the State of California

### Feb - 12 2009

This Space For Filing Use Only

## STATEMENT OF INFORMATION
**(Domestic Stock and Agricultural Cooperative Corporations)**

**FEES (Filing and Disclosure): $25.00.  If amendment, see instructions.**
**IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

| |
|---|
| 1.  **CORPORATE NAME**  (Please do not alter if name is preprinted.) <br><br> C1927767 <br> LUCASFILM COMMERCIAL PRODUCTIONS, INC. <br> DAVID J. ANDERMAN <br> ONE LETTERMAN DRIVE, BLDG. B <br> SAN FRANCISCO   CA 94129 |

**S**

**DUE DATE:**

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 2 and 3 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2.  STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE <br> ONE LETTERMAN DRIVE, BLDG. B   SAN FRANCISCO   CA  94129 | | | |
| 3.  STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY <br> ONE LETTERMAN DRIVE, BLDG. B   SAN FRANCISCO  CA 94129 | | | |
| 4.  MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 2 <br> DAVID J. ANDERMAN    ONE LETTERMAN DRIVE, BLDG. B    SAN FRANCISCO CA 94129 | | | |

**NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS** (The corporation must have these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 5.  CHIEF EXECUTIVE OFFICER/ <br> MICHELINE   CHAU | ONE LETTERMAN DRIVE, BLDG. B | SAN FRANCISCO, CA 94129 | | |
| 6.  SECRETARY/ <br> DAVID  J.  ANDERMAN | ONE LETTERMAN DRIVE, BLDG. B | SAN FRANCISCO, CA 94129 | | |
| 7.  CHIEF FINANCIAL OFFICER/ <br> STEVE   CONDIOTTI | ONE LETTERMAN DRIVE, BLDG. B | SAN FRANCISCO  CA 94129 | | |

**NAMES AND COMPLETE ADDRESSES OF ALL DIRECTORS, INCLUDING DIRECTORS WHO ARE ALSO OFFICERS** (The corporation must have at least one director.  Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 8.  NAME <br> DAVID J. ANDERMAN | ONE LETTERMAN DRIVE, BLDG. B | SAN FRANCISCO, CA 94129 | | |
| 9.  NAME <br> MICHELINE  CHAU | ONE LETTERMAN DRIVE, BLDG. B | SAN FRANCISCO, CA 94129 | | |
| 10.  NAME <br> STEVE  CONDIOTTI | ONE LETTERMAN DRIVE, BLDG. B | SAN FRANCISCO, CA 94129 | | |

11.  NUMBER OF VACANCIES ON THE BOARD OF DIRECTIONS, IF ANY:  0

**AGENT FOR  SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California street address (a P.O.Box address is not acceptable).  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 13 must be left blank.)

| | |
|---|---|
| 12.  NAME OF AGENT FOR SERVICE OF PROCESS <br><br> DAVID J. ANDERMAN | |

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 13.  STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** <br> ONE LETTERMAN DRIVE, BLDG. B   SAN FRANCISCO, CA 94129 | | | |

**TYPE OF BUSINESS**

14.  DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
TV COMMERCIAL PRODUCTION

15.  BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 02/12/2009 | JOSSETTE  THOMPSON | CONTRACT ADMINISTRATOR | |
|---|---|---|---|
| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |

| | |
|---|---|
| SI-200 C (REV 01/2008) | APPROVED BY SECRETARY OF STATE |



# State of California
# Secretary of State

**Statement of Information**
**(Domestic Stock and Agricultural Cooperative Corporations)**

**FEES (Filing and Disclosure): $25.00.  If amendment, see instructions.**
**IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

S

# E-P15584
# FILED
In the office of the Secretary of
State of the State of California

**Oct - 24 2012**

This Space For Filing Use Only

| 1. CORPORATE NAME |
|---|
| C1511029 |
| LUCASFILM ENTERTAINMENT COMPANY LTD. |

**Due Date:**

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 2 and 3 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| ONE LETTERMAN DRIVE, BLDG. B   SAN FRANCISCO   CA  94129 | | | |
| 3. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | |
| ONE LETTERMAN DRIVE, BLDG. B   SAN FRANCISCO  CA 94129 | | | |
| 4. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 2 | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 5. CHIEF EXECUTIVE OFFICER/ | | | | |
| KATHLEEN   KENNEDY  ONE LETTERMAN DRIVE, BLDG. B   SAN FRANCISCO, CA 94129 | | | | |
| 6. SECRETARY | | | | |
| DAVID  J.  ANDERMAN  ONE LETTERMAN DRIVE, BLDG. B   SAN FRANCISCO, CA 94129 | | | | |
| 7. CHIEF FINANCIAL OFFICER/ | | | | |
| STEVE   CONDIOTTI  ONE LETTERMAN DRIVE, BLDG. B   SAN FRANCISCO  CA 94129 | | | | |

**Names and Complete Addresses of All Directors, Including Directors Who Are Also Officers** (The corporation must have at least one director.  Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 8. NAME | | | | |
| GEORGE W. LUCAS   ONE LETTERMAN DRIVE, BLDG. B   SAN FRANCISCO, CA 94129 | | | | |
| 9. NAME | | | | |
| 10. NAME | | | | |

11. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process**  (If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California street address (a P.O.Box address is not acceptable).  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 13 must be left blank.)

| 12. NAME OF AGENT FOR SERVICE OF PROCESS |
|---|
| DAVID J. ANDERMAN |

| 13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | CITY | STATE | ZIP CODE |
|---|---|---|---|
| C/O LUCASFILM ENTERTAINMENT COMPANY LTD.  ONE LETTERMAN DRIVE, BLDG. B  SAN FRANCISCO  CA 94129 | | | |

**Type of Business**

| 14. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION |
|---|
| ENTERTAINMENT |

15. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 10/24/2012 | BRIAN J. LEWIS | PARALEGAL | |
|---|---|---|---|
| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |

SI-200 C (REV 10/2010)                                             APPROVED BY SECRETARY OF STATE

08-716260



## State of California
## Secretary of State



**FILED**
in the office of the Secretary of State
of the State of California

**STATEMENT OF INFORMATION**
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00. If amendment, see instructions.
**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

NOV 2 1 2008

...ng Use Only

| | |
|---|---|
| 1  **CORPORATE NAME** (Please do not alter if name is preprinted ) | **S** |

Lucasfilm Entertainment Sales Corporation
C2977490

**DUE DATE:**

**NO CHANGE STATEMENT** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

2. ☑  If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 16.**

If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement has been previously filed, this form must be completed in its entirety.

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city  Items 3 and 4 cannot be P.O. Boxes.)

| 3 STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY | STATE | ZIP CODE |
|---|---|---|---|
| One Letterman Drive, Building b, | San Francisco | CA | 94129 |

| 4 STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE |
|---|---|---|---|
| One Letterman Drive, Building b, | San Francisco | CA | 94129 |

| 5 MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 3 | CITY | STATE | ZIP CODE |
|---|---|---|---|

**NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS** (The corporation must have these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| 6 CHIEF EXECUTIVE OFFICER | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| Micheline Chau | One Letterman Dr. Building b, | San Francisco, | CA | 94129 |

| 7 SECRETARY | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| David J. Anderman | One Letterman Dr. Building b, | San Francisco | CA | 94129 |

| 8 CHIEF FINANCIAL OFFICER | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| Steve Condiotti | One Letterman Dr. Building b, | San Francisco, | CA | 94129 |

**NAMES AND COMPLETE ADDRESSES OF ALL DIRECTORS, INCLUDING DIRECTORS WHO ARE ALSO OFFICERS** (The corporation must have at least one director. Attach additional pages, if necessary.)

| 9 NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| Steve Condiotti | One Letterman Dr. Building b, | San Francisco, | CA | 94129 |

| 10 NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| David J. Anderman | One Letterman Dr. Building b, | San Francisco, | CA | 94129 |

| 11 NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|

12. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 14 must be completed with a California street address (a P.O. Box address is not acceptable.) If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 14 must be left blank.)

| 13. NAME OF AGENT FOR SERVICE OF PROCESS |
|---|
| David J. Anderman |

| 14. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| One Letterman Dr. Building b., | San Francisco, | CA | 94129 |

**TYPE OF BUSINESS**

15. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
Export facilitator of goods manufactured in the United States

16. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 5/12/2008 | David J. Anderman | Secretary | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-200 N/C (REV 01/2008) | | APPROVED BY SECRETARY OF STATE |
|---|---|---|

Exhibit Q



# State of California
## Secretary of State

**STATEMENT OF INFORMATION** *43*
(Limited Liability Company)

Filing Fee $20.00. If this is an amendment, see instructions.

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1. LIMITED LIABILITY COMPANY NAME

LUCASFILM COMMERCIAL PRODUCTIONS, LLC

L

**FILED**
Secretary of State
State of California

**JUN 1 7 2014**

21 /20/1C
This Space For Filing Use Only

| File Number and State or Place of Organization | |
|---|---|
| 2. SECRETARY OF STATE FILE NUMBER 201233510112 | 3. STATE OR PLACE OF ORGANIZATION (if formed outside of California) CALIFORNIA |

**No Change Statement**

4. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no Statement of Information has been previously filed, this form must be completed in its entirety.

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 15.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 5 and 7 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 5. STREET ADDRESS OF PRINCIPAL OFFICE ONE LETTERMAN DRIVE, BLDG. B | | SAN FRANCISCO | CA | 94129 |
| 6. MAILING ADDRESS OF LLC, IF DIFFERENT THAN ITEM 5 500 S BUENA VISTA STREET | | BURBANK | CA | 91521 |
| 7. STREET ADDRESS OF CALIFORNIA OFFICE ONE LETTERMAN DRIVE, BLDG. B | | SAN FRANCISCO | CA | 94129 |

**Name and Complete Address of the Chief Executive Officer, If Any**

| 8. NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| | | | | |

**Name and Complete Address of Any Manager or Managers, or if None Have Been Appointed or Elected, Provide the Name and Address of Each Member** (Attach additional pages, if necessary.)

| | NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 9. | Lucasfilm Entertainment Company Ltd. LLC (Sole Member) | One Letterman Drive, Bldg. B | San Francisco | CA | 94129 |
| 10. | | | | | |
| 11. | | | | | |

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California address, a P.O. Box is not acceptable. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 13 must be left blank.

| 12. NAME OF AGENT FOR SERVICE OF PROCESS | | | | |
|---|---|---|---|---|
| Corporation Service Company which will do business in California as CSC-Lawyers Incorporating Service | | | | C1592199 |

| 13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE CA | ZIP CODE |
|---|---|---|---|
| | | | |

**Type of Business**

14. DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY

Inactive

15. THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 06/05/2014 | Marsha L. Reed | AUTHORIZED PERSON | | |
|---|---|---|---|---|
| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | | SIGNATURE |

LLC-12 (REV 01/2014)

APPROVED BY SECRETARY OF STATE

16-340126



**Secretary of State**
**Statement of Information**
(Limited Liability Company)

**LLC-12**



**FILED**
Secretary of State
State of California

OCT 2 5 2016

21/20PC

This Space For Office Use Only

---

**IMPORTANT — Read instructions before completing this form.**

**Filing Fee - $20.00**

**Copy Fees –** Face Page $1.00 & .50 for each attachment page;
Certification Fee - $5.00

---

**1. Limited Liability Company Name**
LUCASFILM ENTERTAINMENT COMPANY LTD. LLC

| 2. 12-Digit Secretary of State File Number | 3.  State or Place of Organization (only if formed outside of California) |
|---|---|
| 201234010031 | |

**4. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>500 S BUENA VISTA STREET | BURBANK | CA | 91521 |
| b. Mailing Address of LLC, if different than item 4a<br>ONE LETTERMAN DRIVE, BUILDING B | SAN FRANCICO | CA | 94129 |
| c. Street Address of California Office, if item 4a is not in California - Do not list a P.O. Box | | CA | |

**5. Manager(s) or Member(s)**

If no *managers* have been appointed or elected, provide the name and address of each *member*. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank).  If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank).  Note:  The LLC cannot serve as its own manager or member.  If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A **(see instructions)**.

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Entity Name - Do not complete Item 5a | | | |
|---|---|---|---|
| LUCASFILM LTD. LLC | | | |

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 500 S BUENA VISTA STREET | BURBANK | CA | 91521 |

**6. Agent for Service of Process**

Item 6a and 6b: If the agent is an **individual**, the agent must reside in California and Item 6a and 6b must be completed with the agent's name and California address. Item 6c: If the agent is a California Registered Corporate Agent, a current agent registration certificate must be on file with the California Secretary of State and Item 6c must be completed (leave Item 6a-6b blank).

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Street Address (if agent is not a corporation) - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | CA | |

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b |
|---|
| Corporation Service Company which will do business in California as CSC-Lawyers Incorporating Service |

**7. Type of Business**

| a. Describe the type of business or services of the Limited Liability Company |
|---|
| ENTERTAINMENT /  SHARED SERVICES COMPANY |

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

**9.  The information contained herein, including any attachments, is true and correct.**

| 10/25/2016 | MARSHA L REED | AUTH PERSON | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed.  SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:

Company:

Address:

City/State/Zip:

LLC-12 (REV 07/2016)

2016 California Secretary of State
www.sos.ca.gov/business/be

16-340127



**Secretary of State**
**Statement of Information**
(Limited Liability Company)



| LLC-12 |

**FILED**
Secretary of State
State of California

OCT 25 2016

This Space For Office Use Only

**IMPORTANT — Read instructions before completing this form.**

**Filing Fee - $20.00**

**Copy Fees** – Face Page $1.00 & .50 for each attachment page;
Certification Fee - $5.00

**1. Limited Liability Company Name**
LUCASFILM INTERNATIONAL SERVICES LLC

| 2. 12-Digit Secretary of State File Number | 3. State or Place of Organization (only if formed outside of California) |
|---|---|
| 201233510113 | |

**4. Business Addresses**

| a. Street Address of Principal Office - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 500 S BUENA VISTA STREET | BURBANK | CA | 91521 |

| b. Mailing Address of LLC, if different than item 4a | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| ONE LETTERMAN DRIVE, BUILDING B | SAN FRANCICO | CA | 94129 |

| c. Street Address of California Office, if Item 4a is not in California - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | CA | |

**5. Manager(s) or Member(s)**

If no *managers* have been appointed or elected, provide the name and address of each *member*. At least one name **and** address must be listed. If the manager/member is an individual, complete items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Entity Name - Do not complete Item 5a |
|---|
| LUCASFILM ENTERTAINMENT COMPANY LTD. LLC |

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 500 S BUENA VISTA STREET | BURBANK | CA | 91521 |

**6. Agent for Service of Process**

Item 6a and 6b: If the agent is an individual, the agent must reside in California and Item 6a and 6b must be completed with the agent's name and California address. Item 6c: If the agent is a California Registered Corporate Agent, a current agent registration certificate must be on file with the California Secretary of State and Item 6c must be completed (leave Item 6a-6b blank).

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Street Address (if agent is not a corporation) - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | CA | |

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b |
|---|
| Corporation Service Company which will do business in California as CSC-Lawyers Incorporating Service |

**7. Type of Business**

| a. Describe the type of business or services of the Limited Liability Company |
|---|
| EMPLOYMENT SERVICES |

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

**9. The Information contained herein, including any attachments, is true and correct.**

| 10/25/2016 | MARSHA L REED | AUTH PERSON | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:
Company:
Address:
City/State/Zip:

LLC-12 (REV 07/2016)

16-350187



**Secretary of State**
**Statement of Information**
(Limited Liability Company)



**LLC-12**

**FILED**
Secretary of State
State of California

**DEC 0 6 2016**

**IMPORTANT — Read instructions before completing this form.**

**Filing Fee - $20.00**

**Copy Fees – Face Page $1.00 & .50 for each attachment page;**
Certification Fee - $5.00

21/20/PC
This Space For Office Use Only

| 1. Limited Liability Company Name |
|---|
| LUCASFILM LTD. LLC |

| 2. 12-Digit Secretary of State File Number | 3. State or Place of Organization (only if formed outside of California) |
|---|---|
| 201235310073 | |

**4. Business Addresses**

| a. Street Address of Principal Office - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 500 S BUENA VISTA STREET | BURBANK | CA | 91521 |

| b. Mailing Address of LLC, if different than Item 4a | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| ONE LETTERMAN DRIVE, BUILDING B | SAN FRANCISCO | CA | 94129 |

| c. Street Address of California Office, if Item 4a is not in California - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | CA | |

**5. Manager(s) or Member(s)**

If no *managers* have been appointed or elected, provide the name and address of each *member*. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Entity Name - Do not complete Item 5a |
|---|
| DISNEY ENTERPRISES, INC |

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 500 S BUENA VISTA STREET | BURBANK | CA | 91521 |

**6. Agent for Service of Process**

Item 6a and 6b: If the agent is an individual, the agent must reside in California and Item 6a and 6b must be completed with the agent's name and California address. Item 6c: If the agent is a California Registered Corporate Agent, a current agent registration certificate must be on file with the California Secretary of State and Item 6c must be completed (leave Item 6a-6b blank).

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Street Address (if agent is not a corporation) - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | CA | |

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b |
|---|
| Corporation Service Company which will do business in California as CSC-Lawyers Incorporating Service  (C1592199) |

**7. Type of Business**

| a. Describe the type of business or services of the Limited Liability Company |
|---|
| PARENT COMPANY |

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

**9. The Information contained herein, including any attachments, is true and correct.**

| 12/06/2016 | MARSHA L REED | SECRETARY | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name: ⌐                                    ⌐

Company:

Address:

City/State/Zip: ∟                          ⌡

LLC-12 (REV 07/2016)

2016 California Secretary of State
www.sos.ca.gov/business/be

Exhibit R

FILED
in the office of the Secretary of State
of the State of California

JAN 0 3 2007

# ARTICLES OF INCORPORATION

## OF

## LFL PRODUCTIONS, INC.

FIRST:  The name of this corporation is LFL Productions, Inc.

SECOND:  The purpose of this corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

THIRD:  The name and address of this corporation's initial agent for service of process in the State of California is:

>Marsha L. Reed
>500 South Buena Vista Street
>Burbank, California  91521-0105

FOURTH:  The total number of shares which the corporation is authorized to issue is Ten Thousand (10,000) common shares, $.01 par value per share.

IN WITNESS WHEREOF, the undersigned has executed these Articles this 2nd day of January, 2007.

Diane K. Austin
Incorporator

291-0063

07-162819



# State of California
## Secretary of State

**S**


60

### STATEMENT OF INFORMATION
(Domestic Stock Corporation)

It

**FEES (Filing and Disclosure): $25.00. If amendment, see instructions.**

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1. CORPORATE NAME (Please do not alter if name is preprinted )

LFL PRODUCTIONS, INC.

FILED
In the office of the Secretary of State
of the State of California

MAR 2 8 2007

This Space For Filing Use Only

| DUE DATE: | April 3, 2007 |
| --- | --- |

**CALIFORNIA CORPORATE DISCLOSURE ACT** (Corporations Code section 1502.1)

A publicly traded corporation must file with the Secretary of State a Corporate Disclosure Statement (Form SI-PT) annually, within 150 days after the end of its fiscal year. Please see reverse for additional information regarding publicly traded corporations.

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 2 and 3 cannot be P.O. Boxes.)

| 2. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY AND STATE | | ZIP CODE |
| --- | --- | --- | --- |
| 500 South Buena Vista Street | Burbank, CA | | 91521 |

| 3. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- |
| | | CA | |

**NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS** (The corporation must have these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| 4. CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY AND STATE | ZIP CODE |
| --- | --- | --- | --- |
| Joseph M. Santaniello | 500 South Buena Vista Street | Burbank, CA | 91521 |
| 5 SECRETARY/ | ADDRESS | CITY AND STATE | ZIP CODE |
| Marsha L. Reed | 500 South Buena Vista Street | Burbank, CA | 91521 |
| 6 CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY AND STATE | ZIP CODE |
| Anne L. Buettner | 500 South Buena Vista Street | Burbank, CA | 91521 |

**NAMES AND COMPLETE ADDRESSES OF ALL DIRECTORS, INCLUDING DIRECTORS WHO ARE ALSO OFFICERS** (The corporation must have at least one director. Attach additional pages, if necessary.)

| 7. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
| --- | --- | --- | --- |
| Marsha L. Reed | 500 South Buena Vista Street | Burbank, CA | 91521 |
| 8. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
| Joseph M. Santaniello | 500 South Buena Vista Street | Burbank, CA | 91521 |
| 9 NAME | ADDRESS | CITY AND STATE | ZIP CODE |
| David K. Thompson | 500 South Buena Vista Street | Burbank, CA | 91521 |

10. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 12 must be completed with a California address. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 12 must be left blank.)

11. NAME OF AGENT FOR SERVICE OF PROCESS

Marsha L. Reed

| 12 ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- |
| 500 South Buena Vista Street | Burbank | CA | 91521-0105 |

**TYPE OF BUSINESS**

13 DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

Motion Picture Production

14 BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| Marsha L. Reed | | Secretary | 02/12/07 |
| --- | --- | --- | --- |
| TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | SIGNATURE | TITLE | DATE |

| SI-200 C (REV 07/2006) | APPROVED BY SECRETARY OF STATE |
| --- | --- |

# Exhibit S

WIKIPEDIA

# Ben Burtt

**Benjamin Burtt Jr.** (born July 12, 1948) is an American sound designer, film editor, director, screenwriter, and voice actor. As a sound designer, his credits include the *Star Wars* and *Indiana Jones* film series, *Invasion of the Body Snatchers* (1978), *E.T. the Extra-Terrestrial* (1982), *WALL-E* (2008) and *Star Trek* (2009).

Burtt is notable for popularizing the Wilhelm scream in-joke and creating many of the iconic sound effects heard in the *Star Wars* film franchise, including the 'voice' of R2-D2, the lightsaber hum, the sound of the blaster guns, the heavy-breathing sound of Darth Vader and creating the Ewoks' language, ewokese. Burtt was also the sound editor for *WALL-E* and performed the vocalizations of the titular character as well as other robots in the film.

Burtt has won four Academy Awards, two of which are Special Achievement Academy Awards. He has also directed numerous documentary films and was the editor of the *Star Wars* prequel trilogy.

| Ben Burtt | |
|---|---|
|  Burtt in 2013 | |
| **Born** | Benjamin Burtt Jr. July 12, 1948 Jamesville, New York, U.S. |
| **Nationality** | American |
| **Education** | Allegheny College |
| **Alma mater** | University of Southern California |
| **Occupation** | Sound designer · film editor · film director · screenwriter · voice actor |
| **Years active** | 1975–present |
| **Children** | Benjamin A. Burtt |
| **Awards** | Doctor of Arts · Charles S. Swartz Award · Academy Award |

# Contents

**Early life**
**Career**
    Early career
    Sound designer
    Director, editor, and writer
    Cameo appearances
**Filmography**
    Film
    Television
    Video games
**Awards**
    Academy Awards
    Annie Awards
    Honorary Awards
**References**
**External links**

# Early life

Burtt was born in Jamesville, New York, on July 12, 1948.[1] The son of a chemistry professor and a child psychologist, Burtt made films as a child, and later studied physics at Allegheny College, Pennsylvania, graduating in 1970.[2]

# Career

## Early career

Burtt made films during his time in college, and in 1970 won a National Student Film Festival for his war film entitled *Yankee Squadron,*[2] reputedly after following exposure to classic aviation drama. He had previously made an amateur film at the Old Rhinebeck Aerodrome, a living aviation museum in Red Hook, New York, under guidance from its founder, Cole Palen.

For his work on the special-effects film *Genesis*, Burtt won a scholarship to the University of Southern California,[2] where he earned a master's degree in film production.

## Sound designer

Burtt pioneered many aspects of modern sound design, especially in the science-fiction and fantasy-film genres.[3] Before his work in the first *Star Wars* (now known as *Star Wars Episode IV: A New Hope*) in 1977, science-fiction films tended to use electronic-sounding effects for futuristic devices. Burtt sought a more natural sound, blending in "found sounds" to create the effects. The lightsaber hum, for instance, was derived from a film projector idling combined with feedback from a broken television set, and the blaster effect started with the sound acquired from hitting a guy-wire on a radio tower with a hammer.[4]

In the *Star Wars* series, part of R2-D2's beeps and whistles are Burtt's vocalizations, also made using an ARP 2600 synthesizer, as are some of the squawks made by the tiny holographic monsters on the *Millennium Falcon* spacecraft. In *Star Wars: Episode III – Revenge of the Sith* (2005), Burtt's provided the voice for Lushros Dofine, captain of the *Invisible Hand* cruiser. The heavy breathing of Darth Vader was created by recording Burtt's own breathing in an old Dacor scuba regulator.

Burtt used the voice of an elderly lady that he had met in a photography shop for the voice of *E.T. the Extra-Terrestrial*. The woman's low pitch was the result of very heavy smoking, specifically Kool cigarettes. Burtt created the "voice" of the title character and many other robots in Pixar's film *WALL-E* (2008), about a lonely garbage-compacting robot. Additionally, Burtt is responsible for the sound effects in *Indiana Jones and the Kingdom of the Crystal Skull* (2008).[5]

Burtt has a reputation for including a sound effect dubbed "the Wilhelm scream" in many of the movies he has worked on. Taken from a character named "Wilhelm" in the film *The Charge at Feather River,* the sound can be heard in a large number of films, including in *Star Wars Episode IV: A New Hope* when a stormtrooper falls into a chasm and in *Raiders of the Lost Ark* when a Nazi soldier falls off the back of a moving car.

One of Burtt's more subtle sound effects is the "audio black hole." In *Attack of the Clones*, Burtt's use of the audio black hole involved the insertion of a short interval of absolute silence in the audio track, just prior to the detonation of "seismic charges" fired at the escaping Jedi spaceship. The effect of this short (less than one second) of silence is to accentuate the resulting explosion in the mind of the listener. Burtt has recalled the source of this idea as follows: "I think back to where that idea might have come to me...I remember in film school a talk I had with an old retired sound editor who said they used to leave a few

frames of silence in the track just before a big explosion. In those days they would 'paint' out the optical sound with ink. Then I thought of the airlock entry sequence in *2001*. I guess the seeds were there for me to nourish when it came to the seismic charges."

Burtt was among the golden ears that critically reviewed the various audio compression systems that were proposed for the ATSC 1.0 digital television system.

A tongue-in-cheek homage to Burtt appears in the 1997 Activision PC game *Zork: Grand Inquisitor* - the spell 'Beburtt', which 'creates the illusion of inclement weather', plays dramatic thunderclap and rainfall sounds when cast.

## Director, editor, and writer

Burtt has directed several IMAX documentary films, including *Blue Planet*, *Destiny in Space*, and the Oscar-nominated *Special Effects: Anything Can Happen*.[6] He edited the entire *Star Wars* prequel trilogy, and several episodes of *The Young Indiana Jones Chronicles*. Burtt also wrote several episodes of the 1980s *Star Wars* cartoon *Droids*.[7]

## Cameo appearances

Burtt makes a cameo appearance in two of the *Star Wars* films as an extra. In *Return of the Jedi*, he appeared as Colonel Dyer, the Imperial officer who yells "Freeze!" before Han Solo knocks him off a balcony. The scream as Burtt falls is his own imitation of the Wilhelm that he popularized. In *Episode I – The Phantom Menace*, Burtt appears in the background of the end celebration scene;[8] his character is named Ebenn Q3 Baobab, a reference to a *Droids* character.

# Filmography

## Film

Ben Burtt - Wikipedia

| Title | Year | Credited as | | | | Notes |
|-------|------|-------------|--------|----------------|-------|-------|
| | | Director | Editor | Sound designer | Other | |
| *Death Race 2000* | 1975 | | | Yes | | Uncredited |
| *The Milpitas Monster* | 1976 | | | | Yes | Special effects artist |
| *Star Wars* | 1977 | | | Yes | Yes | 1997 & 2004 versions Special dialogue and sound effects |
| *Invasion of the Body Snatchers* | 1978 | | | | Yes | Special sound effects creator |
| *More American Graffiti* | 1979 | | | Yes | Yes | Supervising sound editor |
| *The Empire Strikes Back* | 1980 | | | Yes | Yes | 1997 & 2004 versions Supervising sound editor |
| *Raiders of the Lost Ark* | 1981 | | | Yes | | |
| *E.T. the Extra-Terrestrial* | 1982 | | | | Yes | E.T. voice designer |
| *The Dark Crystal* | 1982 | | | | Yes | Special sound effects creator |
| *Return of the Jedi* | 1983 | | | Yes | | Appeared as Commander Dyer and voice of Tortured Power Droid |
| *Indiana Jones and the Temple of Doom* | 1984 | | | Yes | Yes | |
| *The Adventures of André and Wally B.* | 1984 | | | Yes | | Short film |
| *The Dream Is Alive* | 1985 | | | | Yes | Short film Supervising sound designer |
| *Howard the Duck* | 1986 | | | | Yes | Sound effects editor |
| *Nutcracker: The Motion Picture* | 1986 | | | Yes | | |
| *Niagara: Miracles, Myths and Magic* | 1986 | | Yes | Yes | Yes | Short film Writer |
| *Willow* | 1988 | | | Yes | | |
| *Indiana Jones and the Last Crusade* | 1989 | | | Yes | | |
| *Always* | 1989 | | | Yes | | |
| *Blue Planet* | 1990 | Yes | | Yes | | |
| *The True Story of Glory Continues* | 1990 | Yes | Yes | Yes | | |

| Title | Year | Credited as | | | | Notes |
|---|---|---|---|---|---|---|
| | | Director | Editor | Sound designer | Other | |
| _The American Gangster_ | 1992 | Yes | | | | |
| _Destiny in Space_ | 1994 | Yes | | | | Co-director |
| _Special Effects: Anything Can Happen_ | 1996 | Yes | Yes | | Yes | Co-writer |
| _Star Wars: Episode I – The Phantom Menace_ | 1999 | | Yes | Yes | Yes | Supervising sound editor Appeared as Naboo Courier |
| _Star Wars: Episode II – Attack of the Clones_ | 2002 | | Yes | Yes | Yes | Supervising sound editor |
| _Star Wars: Episode III – Revenge of the Sith_ | 2005 | | Yes | Yes | Yes | Supervising sound editor Provided voice for Lushros Dofine |
| _Munich_ | 2005 | | | Yes | Yes | Supervising sound editor |
| _WALL-E_ | 2008 | | | Yes | Yes | Provided voice for WALL·E / M-O / Robots Supervising sound editor |
| _BURN-E_ | 2008 | | | Yes | Yes | Short film Provided voice for WALL·E |
| _Up_ | 2009 | | | | Yes | Uncredited Special sound effects recordist |
| _Star Trek_ | 2009 | | | Yes | Yes | Sound editor |
| _Super 8_ | 2011 | | | Yes | Yes | Supervising sound editor |
| _Red Tails_ | 2012 | | Yes | Yes | Yes | Supervising sound editor |
| _Lincoln_ | 2012 | | | Yes | | |
| _Star Trek Into Darkness_ | 2013 | | | Yes | Yes | Supervising sound editor |
| _Escape from Planet Earth_ | 2013 | | | | Yes | Additional sound design |
| _The Signal_ | 2014 | | | Yes | | |
| _Star Wars: The Force Awakens_ | 2015 | | | Yes | | |
| _Making Waves: The Art of Cinematic Sound_ | 2019 | | | | Yes | As himself |

# Television

| Title | Year | Credited as | | | | Notes |
|---|---|---|---|---|---|---|
| | | Director | Editor | Sound designer | Other | |
| *Star Wars Holiday Special* | 1978 | | | Yes | | Television film |
| *Star Wars: Droids* | 1986 | | | Yes | Yes | Episode: "The Great Heep" Associate producer Story editor |
| *The Young Indiana Jones Chronicles* | 1992–1993 | Yes | Yes | Yes | | Second unit director (2 episodes) |
| *Star Wars: Forces of Destiny* | 2017–2018 | | | Yes | | |

## Video games

- *WALL-E* (2008) - WALL·E / M-O / Robots
- *Lego The Incredibles* (2018) - WALL•E
- *Star Wars Jedi: Fallen Order* (2019) - BD-1

# Awards

## Academy Awards

- Best Sound Effects Editing in 1989 for *Indiana Jones and the Last Crusade*
- Best Sound Effects Editing in 1982 for *E.T. the Extra-Terrestrial*
- Special Achievement for Sound Effects Editing in *Raiders of the Lost Ark* (1981)
- Special Achievement for Sound Effects Editing in *Star Wars* (1977)
- Nominated for:
  - Best Sound Mixing and Best Sound Editing in 2008 for *WALL-E*[9]
  - Best Sound Effects Editing in 1999 for *Star Wars: Episode I – The Phantom Menace*
  - Best Documentary Short Subject in 1996 for directing *Special Effects: Anything Can Happen*
  - Best Sound in 1989 for *Indiana Jones and the Last Crusade*[10]
  - Best Sound Effects Editing in 1988 for *Willow*
  - Best Sound and Best Sound Effects Editing in 1983 for *Return of the Jedi*[11]

## Annie Awards

- Nominated: Voice Acting in a Feature Production in 2008 for *WALL-E*

## Honorary Awards

Burtt was awarded the Doctor of Arts, honoris causa, by Allegheny College on May 9, 2004.

The Hollywood Post Alliance awarded him with The Charles S. Swartz Award for outstanding contributions to the field of post production.

# References

1. McGee, Marty (2001). *Encyclopedia of Motion Picture Sound* (https://archive.org/details/encyclopedi aofmo0000mcge). Jefferson, N.C.: McFarland. pp. 52 (https://archive.org/details/encyclopediaofmo0 000mcge/page/52)-53.
2. Cavin, Andrew I. (2003). "Burtt, Ben". In Thompson, Clifford (ed.). *Current Biography Yearbook 2003* (https://archive.org/details/currentbiography2003thom). New York: H.W. Wilson. pp. 47 (https://archiv e.org/details/currentbiography2003thom/page/47)-50. ISBN 0824210263.
3. Holman, Tomlinson. *Sound for Film and Television*. New York: Focal Press, 2010, p. 145.
4. "Sound Design of Star Wars" (http://filmsound.org/starwars/). Retrieved March 9, 2014.
5. Pascale, Anthony (6 January 2009). "Star Trek Post Production Complete + Oscar-winner Ben Burtt Provided Sound Design" (http://trekmovie.com/2009/01/05/star-trek-post-production-complete-oscar-winner-ben-burtt-provided-sound-design/). *trekmovie.com*. Retrieved 4 January 2017.
6. filmreference.com (2008). "Ben Burtt Biography" (http://www.filmreference.com/film/92/Ben-Burtt.htm l). NetIndustries, LLC. Archived (https://web.archive.org/web/20080914095700/http://www.filmreferen ce.com/film/92/Ben-Burtt.html) from the original on 14 September 2008. Retrieved October 25, 2008.
7. Greene, Jamie (January 18, 2018). "Everything you'd ever want to know about Star Wars: Droids" (ht tps://www.syfy.com/syfywire/everything-youd-ever-want-to-know-about-star-wars-droids). *SyFy Wire*. Retrieved April 22, 2020.
8. *Star Wars: Episode I – The Phantom Menace* audio commentary (DVD). 20th Century Fox Home Entertainment. 2001. Event occurs at 126.
9. "The 81st Academy Awards (2009) Nominees and Winners" (http://www.oscars.org/oscars/ceremoni es/2009). *oscars.org*. Retrieved 2011-11-22.
10. "The 62nd Academy Awards (1990) Nominees and Winners" (http://www.oscars.org/oscars/ceremoni es/1990). *oscars.org*. Retrieved 2011-10-17.
11. "The 56th Academy Awards (1984) Nominees and Winners" (http://www.oscars.org/oscars/ceremoni es/1984). *oscars.org*. Retrieved 2011-10-09.

# External links

- Skywalker Sound (http://www.skysound.com/people/ben-burtt/)
- Ben Burtt (https://www.imdb.com/name/nm0123785/) on IMDb
- Ben Burtt (https://www.allmovie.com/artist/p83647) at AllMovie
- Site detailing the history of The Wilhelm Scream (http://www.hollywoodlostandfound.net/wilhelm/)
- Interview with Ben Burtt on Silicon Valley Radio (https://web.archive.org/web/20160303175835/http:// www.transmitmedia.com/svr/vault/burtt/index.html)
- Interview with Ben Burtt on Studio 360 about his career (https://web.archive.org/web/200806270651 34/http://www.studio360.org/episodes/2008/06/27)
- CineSource Magazine - Ben Burtt and the Sound of WALL-E (http://cinesourcemagazine.com/index. php?/site/lspector_fa/the_sound_of_wall_e_at_the_rafael_theatre/)

**This page was last edited on 22 April 2020, at 08:20 (UTC).**

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

Exhibit T





Exhibit U

MA SOC   Filing Number: 200661591930   Date: 12/13/2006 2:23 PM



### The Commonwealth of Massachusetts
### William Francis Galvin

**Minimum Fee: $500.00**

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

## Certificate of Organization
(General Laws, Chapter )

**Federal Employer Identification Number:** 000939320 *(must be 9 digits)*

**1. The exact name of the limited liability company is:** WILLIAMS PRODUCTIONS LLC

**2a. Location of its principal office:**

| | |
|---|---|
| No. and Street: | 23 ESKOW ROAD |
| City or Town: | WORCESTER   State: MA   Zip: 01604   Country: USA |

**2b. Street address of the office in the Commonwealth at which the records will be maintained:**

| | |
|---|---|
| No. and Street: | 23 ESKOW ROAD |
| City or Town: | WORCESTER   State: MA   Zip: 01604   Country: USA |

**3. The general character of business, and if the limited liability company is organized to render professional service, the service to be rendered:**
THE GENERAL CHARACTER OF THE BUSINESS OF THE LLC IS TO OPERATE A PRIVATE TRANSPORTATION BUSINESS PROVIDING BUSINESS TO BUSINESS TRANSPORTATION, AND TO CARRY ON ANY LAWFUL BUSINESS, TRADE, PURPOSE OR ACTIVITY.

**4. The latest date of dissolution, if specified:**

**5. Name and address of the Resident Agent:**

| | |
|---|---|
| Name: | MARC WILLIAMS |
| No. and Street: | 23 ESKOW ROAD |
| City or Town: | WORCESTER   State: MA   Zip: 01604   Country: USA |

**6. The name and business address of each manager:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| MANAGER | MARC WILLIAMS | 23 ESKOW ROAD<br>WORCESTER, MA 01604 USA |
| MANAGER | ROBERT WILLIAMS | 23 ESKOW ROAD<br>WORCESTER, MA 01604 USA |

**7. The name and business address of the person in addition to the manager, who is authorized to execute documents to be filed with the Corporations Division, and at least one person shall be named if there are no managers.**

| Title | Individual Name | Address (no PO Box) |
|---|---|---|
| | First, Middle, Last, Suffix | Address, City or Town, State, Zip Code |
| SOC SIGNATORY | FRANCIS J. RUSSELL ESQ. | 370 MAIN STREET, SUITE 800 WORCESTER, MA 01608 USA |

**8. The name and business address of the person(s) authorized to execute, acknowledge, deliver and record any recordable instrument purporting to affect an interest in real property:**

| Title | Individual Name | Address (no PO Box) |
|---|---|---|
| | First, Middle, Last, Suffix | Address, City or Town, State, Zip Code |
| REAL PROPERTY | MARC WILLIAMS | 23 ESKOW ROAD WORCESTER, MA 01604 USA |
| REAL PROPERTY | ROBERT WILLIAMS | 23 ESKOW ROAD WORCESTER, MA 01604 USA |

**9. Any additional matters the authorized persons determine to include therein:**
OTHER LAWFUL PROVISIONS FOR THE OPERATION OF THE LLC: NO MANAGER OF THE LLC
SHALL HAVE ANY PERSONAL LIABILITY TO THE LLC OR ITS MEMBERS FOR MONETARY
DAMAGES FOR BREACH OF FIDUCIARY DUTY AS A MANAGER NOTWITHSTANDING ANY
PROVISION OF LAW IMPOSING SUCH LIABILITY, PROVIDED, HOWEVER, THAT THIS
PROVISION SHALL NOT ELIMINATE OR LIMIT THE LIABILITY OF A MANAGER: (I) FOR ANY
BREACH OF THE MANAGER'S DUTY OF LOYALTY TO THE LLC OR ITS MEMBERS; (II) FOR
ACTS OR OMISSIONS NOT IN GOOD FAITH OR WHICH INVOLVE INTENTIONAL MISCONDUCT
OR A KNOWING VIOLATION OF LAW; OR (III) FOR ANY TRANSACTION FROM WHICH THE
MANAGER DERIVED AN IMPROPER PERSONAL BENEFIT.

**SIGNED UNDER THE PENALTIES OF PERJURY, this 13 Day of December, 2006,**
FRANCIS J. RUSSELL
*(The certificate must be signed by the person forming the LLC.)*

© 2001 - 2006 Commonwealth of Massachusetts
All Rights Reserved

THE COMMONWEALTH OF MASSACHUSETTS

I hereby certify that, upon examination of this document, duly submitted to me, it appears

that the provisions of the General Laws relative to corporations have been complied with,

and I hereby approve said articles; and the filing fee having been paid, said articles are

deemed to have been filed with me on:

December 13, 2006 2:23 PM

WILLIAM FRANCIS GALVIN

*Secretary of the Commonwealth*

0-3044-0

# Exhibit V

23 Eskow Rd



Imagery ©2020 MassGIS, Commonwealth of Massachusetts EOEA, Maxar Technologies, Map data ©2020    50 ft



# 23 Eskow Rd

Worcester, MA 01604


Directions


Save


Nearby


Send to your phone


Share

# Exhibit W



Wylie-Merrick Literary Agency (Martin Brown Publishers) (Robert Brown, Sharene Martin-Brown) Link

Yoknapatawpha Literary Agency, The (Maria Covino) Link

Young Agency, The (Marian Young) Link

Zachary Shuster Harmsworth, LLC (Lane Zachary, Todd Shuster, Esmond Harmsworth) Link

Zack Company, The (Author Coach, Endpapers Press) (Andrew Zack) Link

Zeno Agency Ltd. (John Berlyne, John Parker) Link

§ Zero Gravity Management (Marc Williams) Link

Z. Hall Literary Agency (Zeta C. Hall) Link

Zimmermann Literary Agency (Project Publish) (Helen Zimmermann) Link

Zoe Pagnamenta Agency, The Link

*Last edited by CaoPaux; 04-01-2020 at 08:00 PM. **Reason:** updating*

CAO 🐾

----------

# Exhibit X

Case 3:20-cv-01596-VC   Document 43   Filed 06/11/20   Page 132 of 239

*SEC Info*    <u>Home</u>   <u>Search</u>   <u>My Interests</u>   <u>Help</u>   <u>Sign In</u>    *Please **Sign In***

# NBCUniversal Media, LLC – '10-K' for 12/31/12 – EX-21

***On:*** **Wednesday, 2/20/13, at 7:15pm ET**  ·  ***As of:*** **2/21/13**  ·  ***For:*** **12/31/12**  ·
***Accession #:*** **1193125-13-67693**  ·  ***File #:*** **333-174175**

***Previous '10-K':*** **<u>10-K</u>** on 2/23/12 for 12/31/11  ·  ***Next:*** **<u>10-K</u>** on 2/12/14 for 12/31/13  ·  ***Latest:*** **<u>10-K</u>**

| Find | | in | this entire Filing. | Show | Documents searched | and | each "|

| As Of | Filer | Filing | For·On·As | Docs:Size | Issue |
|--------|--------|--------|-----------|-----------|-------|
| <u>2/21/13</u> | <u>NBCUniversal Media, LLC</u> | **10-K** | <u>12/31/12</u> | 117:12M | |

## Annual Report — Form 10-K
### Filing Table of Contents

| Document/Exhibit | Description | Pages | Size |
|------------------|-------------|-------|------|
| 1: <u>10-K</u> | Annual Report | HTML | 1.17M |
| **2: <u>EX-21</u>** | **Subsidiaries of the Registrant** | **HTML** | **190K** |
| 3: <u>EX-23.1</u> | Consent of Experts or Counsel | HTML | 32K |
| 4: <u>EX-23.2</u> | Consent of Experts or Counsel | HTML | 31K |
| 5: <u>EX-31</u> | Certification per Sarbanes-Oxley Act (Section 302) | HTML | 46K |
| 6: <u>EX-32</u> | Certification per Sarbanes-Oxley Act (Section 906) | HTML | 33K |
| 44: <u>EXCEL</u> | XBRL IDEA Workbook -- Financial Report (.xls) | XLS | 1.73M |
| 78: <u>R1</u> | Document and Entity Information | HTML | 57K |
| 59: <u>R2</u> | Consolidated Balance Sheet | HTML | 139K |
| 74: <u>R3</u> | Consolidated Statement of Income | HTML | 99K |
| 82: <u>R4</u> | Consolidated Statement of Comprehensive Income | HTML | 60K |
| 106: <u>R5</u> | Consolidated Statement of Cash Flows | HTML | 184K |
| 62: <u>R6</u> | Consolidated Statement of Changes in Equity [Predecessor] | HTML | 56K |
| 73: <u>R7</u> | Consolidated Statement of Changes in Equity [Successor] | HTML | 60K |
| 53: <u>R8</u> | Business and Basis of Presentation | HTML | 45K |
| 42: <u>R9</u> | Summary of Significant Accounting Policies | HTML | 48K |
| 108: <u>R10</u> | Acquisitions | HTML | 104K |
| 84: <u>R11</u> | Related Party Transactions | HTML | 76K |
| 83: <u>R12</u> | Film and Television Costs | HTML | 64K |
| 90: <u>R13</u> | Investments | HTML | 79K |
| 91: <u>R14</u> | Property and Equipment | HTML | 49K |
| 88: <u>R15</u> | Goodwill and Intangible Assets | HTML | 107K |
| 92: <u>R16</u> | Long-Term Debt | HTML | 77K |
| 75: <u>R17</u> | Fair Value Measurements | HTML | 94K |
| 79: <u>R18</u> | Noncontrolling Interests | HTML | 59K |
| 86: <u>R19</u> | Pension Plans and Postretirement Benefits | HTML | 93K |
| 116: <u>R20</u> | Share-Based Compensation | HTML | 59K |
| 101: <u>R21</u> | Equity | HTML | 51K |
| 68: <u>R22</u> | Income Taxes | HTML | 75K |
| 85: <u>R23</u> | Supplemental Financial Information | HTML | 56K |
| 71: <u>R24</u> | Receivables Monetization | HTML | 58K |
| 31: <u>R25</u> | Commitments and Contingencies | HTML | 53K |
| 102: <u>R26</u> | Financial Data by Business Segment | HTML | 150K |
| 112: <u>R27</u> | Subsequent Events | HTML | 37K |
| 47: <u>R28</u> | Schedule II Valuation and Qualifying Accounts | HTML | 57K |

| | | | | |
|---|---|---|---|---|
| 46: | R29 | Accounting Policies (Policy) | HTML | 166K |
| 51: | R30 | Acquisitions (Tables) | HTML | 72K |
| 52: | R31 | Related Party Transactions (Tables) | HTML | 68K |
| 54: | R32 | Film and Television Costs (Tables) | HTML | 53K |
| 20: | R33 | Investments (Tables) | HTML | 63K |
| 99: | R34 | Property and Equipment (Tables) | HTML | 47K |
| 66: | R35 | Goodwill and Intangible Assets (Tables) | HTML | 100K |
| 69: | R36 | Long-Term Debt (Tables) | HTML | 70K |
| 36: | R37 | Fair Value Measurements (Tables) | HTML | 80K |
| 115: | R38 | Noncontrolling Interests (Tables) | HTML | 60K |
| 13: | R39 | Postretirement, Pension and Other Employee Benefit Plans (Tables) | HTML | 65K |
| 56: | R40 | Share-Based Compensation (Tables) | HTML | 49K |
| 105: | R41 | Equity (Tables) | HTML | 38K |
| 33: | R42 | Income Taxes (Tables) | HTML | 70K |
| 45: | R43 | Supplemental Financial Information (Tables) | HTML | 53K |
| 50: | R44 | Receivables Monetization (Tables) | HTML | 49K |
| 60: | R45 | Commitments and Contingencies (Tables) | HTML | 49K |
| 19: | R46 | Financial Data by Business Segment (Tables) | HTML | 135K |
| 41: | R47 | Schedule II Valuation and Qualifying Accounts (Tables) | HTML | 57K |
| 15: | R48 | Business and Basis of Presentation (Details) | HTML | 32K |
| 104: | R49 | Acquisitions (Narrative) (Details) | HTML | 64K |
| 32: | R50 | Acquisitions (Joint Venture Purchase Price Allocation) (Details) | HTML | 80K |
| 100: | R51 | Acquisitions (Contribution of Comcast Content Business) (Details) | HTML | 85K |
| 37: | R52 | Acquisitions (Universal Orlando Purchase Price Allocation) (Details) | HTML | 62K |
| 57: | R53 | Acquisitions (Pro Forma Information) (Details) | HTML | 38K |
| 14: | R54 | Related Party Transactions (Narrative) (Details) | HTML | 34K |
| 17: | R55 | Related Party Transactions - Consolidated Balance Sheet (Details) | HTML | 47K |
| 49: | R56 | Related Party Transactions - Consolidated Statement of Income (Details) | HTML | 40K |
| 24: | R57 | Film and Television Costs (Narrative) (Details) | HTML | 37K |
| 109: | R58 | Film and Television Costs (Film and Television Costs) (Details) | HTML | 52K |
| 64: | R59 | Investments (Details) | HTML | 46K |
| 89: | R60 | Investments (Equity Method Investments) (Details) | HTML | 50K |
| 40: | R61 | Investments (Equity Method Investments Summarized Financial Information) (Details) | HTML | 81K |
| 43: | R62 | Investments (Variable Interest Entities) (Details) | HTML | 40K |
| 97: | R63 | Property and Equipment (Details) | HTML | 55K |
| 93: | R64 | Goodwill and Intangible Assets (Schedule of Goodwill) (Details) | HTML | 48K |
| 67: | R65 | Goodwill and Intangible Assets (Intangible Assets) (Details) | HTML | 46K |
| 95: | R66 | Goodwill and Intangible Assets (Amortization of Intangible Assets) (Details) | HTML | 41K |
| 38: | R67 | Long-Term Debt (Details) | HTML | 65K |
| 72: | R68 | Long-Term Debt (Debt Maturities) (Details) | HTML | 47K |
| 111: | R69 | Long-Term Debt (Narrative) (Details) | HTML | 48K |
| 16: | R70 | Long-Term Debt (Commercial Paper Program) (Details) | HTML | 31K |
| 30: | R71 | Long-Term Debt (Revolving Bank Credit Facilities) (Details) | HTML | 43K |
| 58: | R72 | Fair Value Measurements (Details) | HTML | 57K |
| 22: | R73 | Fair Value Disclosure Rollforward (Details) | HTML | 42K |
| 114: | R74 | Noncontrolling Interests (Details) | HTML | 44K |
| 34: | R75 | Redeemable Noncontrolling Interests (Details) | HTML | 47K |
| 25: | R76 | Pension Plans and Postretirement Benefits (Narrative) (Details) | HTML | 45K |
| 29: | R77 | Pension Plans and Postretirement Benefits (Information on Our Pension Benefit and | HTML | 62K |

| | | Postretirement Benefit Plans) (Details) | | |
|---|---|---|---|---|
| 18: | R78 | Pension Plans and Postretirement Benefits (Predecessor GE Benefit Plans) (Details) | HTML | 40K |
| 21: | R79 | Pension Plans and Postretirement Benefits (Deferred Compensation Plans) (Details) | HTML | 33K |
| 80: | R80 | Share-Based Compensation (Narrative) (Details) | HTML | 44K |
| 27: | R81 | Share-Based Compensation (Recognized Share-Based Compensation Expense) (Details) | HTML | 36K |
| 110: | R82 | Share-Based Compensation (Stock Option Fair Value) (Details) | HTML | 42K |
| 55: | R83 | Equity (Narrative) (Details) | HTML | 37K |
| 87: | R84 | Equity (Components of Accumulated Other Comprehensive Income (Loss)) (Details) | HTML | 50K |
| 94: | R85 | Income Taxes (Components of Income Tax Expense) (Details) | HTML | 76K |
| 26: | R86 | Income Taxes (Federal Statutory) (Details) | HTML | 50K |
| 28: | R87 | Income Taxes (Income (Loss) Before Income Taxes and Noncontrolling Interests By Geographic Location) (Details) | HTML | 39K |
| 107: | R88 | Income Taxes (Predecessor Components of Income Tax Expense) (Details) | HTML | 71K |
| 23: | R89 | Supplemental Financial Information (Narrative) (Details) | HTML | 36K |
| 81: | R90 | Supplemental Financial Information (Receivables) (Details) | HTML | 44K |
| 77: | R91 | Supplemental Financial Information (Cash Payments for Interest and Income Taxes) (Details) | HTML | 38K |
| 98: | R92 | Supplemental Financial Information (Noncash Investing and Financing Activities) (Details) | HTML | 34K |
| 76: | R93 | Supplemental Financial Information (Other Cash Flow Information) (Details) | HTML | 40K |
| 63: | R94 | Receivables Monetization (Narrative) (Details) | HTML | 33K |
| 103: | R95 | Receivables Monetization (Effect on Income From Receivables Monetization and Cash Flows on Transfers) (Details) | HTML | 40K |
| 61: | R96 | Receivables Monetization (Receivables Monetized and Deferred Consideration) (Details) | HTML | 39K |
| 35: | R97 | Commitments and Contingencies (Narrative) (Details) | HTML | 33K |
| 70: | R98 | Commitments and Contingencies (Minimum Annual Commitments under the Programming License Agreements) (Details) | HTML | 69K |
| 65: | R99 | Commitments and Contingencies (Rental expense) (Details) | HTML | 32K |
| 48: | R100 | Financial Data by Business Segment (Details) | HTML | 80K |
| 117: | R101 | Subsequent Events (Details) | HTML | 46K |
| 96: | R102 | Schedule II Valuation and Qualifying Accounts (Details) | HTML | 42K |
| 113: | XML | XBRL XML File -- Filing Summary | XML | 180K |
| 7: | EX-101.INS | XBRL Instance -- ck0000902739-20121231 | XML | 2.63M |
| 9: | EX-101.CAL | XBRL Calculations -- ck0000902739-20121231_cal | XML | 274K |
| 10: | EX-101.DEF | XBRL Definitions -- ck0000902739-20121231_def | XML | 1.92M |
| 11: | EX-101.LAB | XBRL Labels -- ck0000902739-20121231_lab | XML | 3.00M |
| 12: | EX-101.PRE | XBRL Presentations -- ck0000902739-20121231_pre | XML | 2.39M |
| 8: | EX-101.SCH | XBRL Schema -- ck0000902739-20121231 | XSD | 435K |
| 39: | ZIP | XBRL Zipped Folder -- 0001193125-13-067693-xbrl | Zip | 310K |

---

## EX-21 — Subsidiaries of the Registrant

---

*This exhibit is an HTML Document rendered as filed.  [ Alternative Formats ]*

---

**EX-21**

**Exhibit 21**

| ENTITY NAME | JURISDICTION |
| --- | --- |
| >NBBC, LLC | United States - Delaware |
| 1440 Productions UK Limited | United Kingdom - England & Wales |
| 29 Stories LLC | United States - Delaware |
| 3232 Productions LLC | United States - Delaware |
| 3BG Holdings Company II LLC | United States - Delaware |
| 3BG Holdings L.L.C. | United States - Delaware |
| AAB Productions LLC | United States - Delaware |
| Acume LLC | United States - Delaware |
| Ako Productions LLC | United States - Delaware |
| Alli, Alliance of Action Sports, LLC | United States - Delaware |
| Allstar Stats LLC | United States - New York |
| Antarctic Films LLC | United States - Delaware |
| Asia NBC (ANBC) Services LLC | United States - Delaware |
| B.E Musical Limited | United Kingdom - England |
| Banderole Development LLC | United States - Delaware |
| Barricade Productions Limited | United Kingdom - England & Wales |
| Barter Music LLC | United States - Delaware |
| Battleship Australia Pty Ltd | Australia - Victoria |
| Battleship Delta Investments L.L.C. | United States - Louisiana |
| Battleship Delta Productions L.L.C. | United States - Louisiana |
| Battleship LLC | United States - Delaware |
| Beach City Productions LLC | United States - Delaware |
| Beautiful Day Productions LLC | United States - Delaware |
| Bell Tower Productions Limited | United Kingdom - England & Wales |
| Belmont Productions Limited | United Kingdom - England & Wales |
| Big Green Productions LLC | United States - Delaware |
| Big Minyan Films LLC | United States - Connecticut |
| Billy Broadway LLC | United States - Delaware |
| Billy London Limited | United Kingdom - England |
| Billy National Tour General Partner LLC | United States - Delaware |
| Billy National Tour II General Partner LLC | United States - Delaware |
| Billy National Tour II LP | United States - Delaware |
| Billy National Tour LP | United States - Delaware |
| Billy Toronto Limited | United Kingdom - England & Wales |
| Birmingham Broadcasting (WVTM TV) LLC | United States - Alabama |
| BJD Films Limited | United Kingdom - England & Wales |
| BJD Films LLC | United States - Delaware |
| Blank Pictures Limited | United Kingdom - England & Wales |
| Bleecker Production Services Limited | United Kingdom - England & Wales |
| Blenheim Films Limited | United Kingdom - England & Wales |
| Bobwell Productions LLC | United States - Delaware |
| Bones Productions LLC | United States - Delaware |
| Bourne Film Productions Inc. | Canada |
| Bourne Four Productions LLC | United States - Delaware |
| Bravo Holding LLC | United States - Delaware |
| Bravo Media LLC | United States - New York |
| Bravo Media Productions LLC | United States - Delaware |

| | |
|---|---|
| Bravo Peacock Music LLC | United States - Delaware |
| Bravo Platinum Hit Music LLC | United States - Delaware |
| Bring It On The Musical LLC | United States - Delaware |
| Broadway Legends, LLC | United States - Delaware |
| Bromley Productions LLC | United States - Delaware |
| Business News (Asia) LLP | Singapore |
| Business News (Europe) Partnership | United States - Delaware |
| CA Holding C.V. | Netherlands |
| Cable Sports Southeast, LLC | United States - Delaware |
| CACO Holding Company LLC | United States - Delaware |
| Canciones de Mun2 Television, LLC | United States - Delaware |
| Carnival (Charles Dickens) Limited | United Kingdom - England & Wales |
| Carnival (Philanthropist) Limited | United Kingdom - England & Wales |
| Carnival Film & Television Limited | United Kingdom - England & Wales |
| Carnival Productions Limited | United Kingdom - England & Wales |
| Centenary Canada Holding Company | Canada - Nova Scotia |
| Charlie Film Productions Inc. | Canada |
| Chase Team Canada Inc. | Canada |
| Chase Team LLC | United States - Delaware |
| Children's Network, LLC | United States - Delaware |
| Chiller LLC | United States - Delaware |
| Chocolate Media Limited | United Kingdom - England & Wales |
| Cirque Productions LLC | United States - Louisiana |
| Clara Film Distribution LLC | United States - Delaware |
| Cloo LLC | United States - Delaware |
| CNBC (UK) Limited | United Kingdom - England & Wales |
| CNBC Advertising (Shanghai) Co., Ltd. | China (Mainland) |
| CNBC International Productions, L.L.C. | United States - Delaware |
| CNBC LLC | United States - Delaware |
| CNBC Media Productions LLC | United States - Delaware |
| CNBC Publishing LLC | United States - Delaware |
| CNBC World LLC | United States - Delaware |
| CNBC Worldwide LLC | United States - Delaware |
| CNBC.com Holding LLC | United States - California |
| CNBC.com LLC | United States - Delaware |
| CNBC/MSNBC, L.L.C. | United States - Delaware |
| Comcast Amateur Sports, LLC | United States - Delaware |
| Comcast Children's Network Holdings, LLC | United States - Delaware |
| Comcast Entertainment Productions, LLC | United States - Delaware |
| Comcast Hockey, LLC | United States - Delaware |
| Comcast Horror Entertainment Holdings, LLC | United States - Delaware |
| Comcast MO Cable News, LLC | United States - Massachusetts |
| Comcast NECN Holdings, LLC | United States - Delaware |
| Comcast Programming Management, LLC | United States - Delaware |
| Comcast Programming Ventures III, LLC | United States - Delaware |
| Comcast Programming Ventures V, LLC | United States - Delaware |
| Comcast PSM Holdings, LLC | United States - Delaware |
| Comcast RL Holdings, LLC | United States - Delaware |

| | |
|---|---|
| Comcast Shared Services, LLC | United States - Delaware |
| Comcast Sports Management Services, LLC | United States - Delaware |
| Comcast Sports NY Holdings, LLC | United States - Delaware |
| Comcast Sports Southwest, LLC | United States - Delaware |
| Comcast SportsNet Bay Area Holdings, LLC | United States - Delaware |
| Comcast SportsNet California, LLC | United States - Delaware |
| Comcast SportsNet Chicago Holdings, LLC | United States - Delaware |
| Comcast SportsNet Chicago, LLC | United States - Delaware |
| Comcast SportsNet Mid-Atlantic GP, LLC | United States - Delaware |
| Comcast SportsNet Mid-Atlantic LP, LLC | United States - Delaware |
| Comcast SportsNet Mid-Atlantic, L.P. | United States - Delaware |
| Comcast SportsNet New England, LLC | United States - Delaware |
| Comcast SportsNet Northwest, LLC | United States - Delaware |
| Comcast SportsNet Philadelphia, L.P. | United States - Pennsylvania |
| Comcast WG, LLC | United States - Delaware |
| Compound Films (US) LLC | United States - Delaware |
| Compound Films Limited | United Kingdom |
| Corpus Vivos Productions LLC | United States - Delaware |
| CP Entertainment Services LLC | United States - Delaware |
| Crater Lake Productions LLC | United States - Louisiana |
| Crazy Hill Productions Inc. | Canada |
| Creative Park Productions LLC | United States - Delaware |
| Creative Screen Productions LLC | United States - California |
| Creative Writing Productions LLC | United States - Delaware |
| Crime Network LLC | United States - Delaware |
| DailyCandy Commerce, LLC | United States - Delaware |
| DailyCandy, LLC | United States - Delaware |
| Dark Forest Films Limited | United Kingdom - England & Wales |
| Dark Mirror Films Limited | United Kingdom - England & Wales |
| Definitely Films LLC | United States - Delaware |
| Del Mar Productions LLC | United States - Delaware |
| Delamere Films LLC | United States - Delaware |
| Delgany Productions LLC | United States - Delaware |
| Despereaux Productions Limited | United Kingdom |
| DFA Deutsche Fersehnachrichten Agentur GmbH | Germany |
| Discos Telemundo, LLC | United States - Delaware |
| Discover a Star | United States - California |
| DM Attractions LLC | United States - Delaware |
| DM2 Productions LLC | United States - Delaware |
| DM2 UK Productions Limited | United Kingdom - England & Wales |
| Dotcom Film Productions LLC | United States - Delaware |
| DR 3000 Films LLC | United States - Delaware |
| Drisco Films LLC | United States - Delaware |
| Drunken Pig Productions LLC | United States - Delaware |
| Dylan Holdings LLC | United States - Delaware |
| E Entertainment UK Limited | United Kingdom |
| E! Entertainment Europe BV | Netherlands |
| E! Entertainment Hong Kong Limited | Hong Kong |

| | |
|---|---|
| E! Entertainment Television International Holdings, LLC | United States - Delaware |
| E! Entertainment Television, LLC | United States - Delaware |
| E! Networks Productions, LLC | United States - Delaware |
| E! Networks Sales and Distribution, LLC | United States - Delaware |
| Earth Holdings LLC | United States - Delaware |
| Ebb Tide Films LLC | United States - Louisiana |
| Estrella Communications LLC | United States - Delaware |
| Estudios Mexicanos Telemundo, S.A. de C.V. | Mexico |
| ETV Holdings, LLC | United States - Delaware |
| Evening Films LLC | United States - Rhode Island |
| Evergreen Pictures LLC | United States - Delaware |
| Exclamation Music, LLC | United States - California |
| Exclamation Productions, LLC | United States - California |
| Exercise TV LLC | United States - Delaware |
| Exhibition Music LLC | United States - Delaware |
| Exmont Productions LLC | United States - Delaware |
| Exposure Studios, LLC | United States - Delaware |
| Fairest Films LLC | United States - Delaware |
| Fandango Marketing, LLC | United States - California |
| Fandango, LLC | United States - Delaware |
| Fantail Funding LLC | United States - Delaware |
| Far North Entertainment Holdings, Inc. | Canada |
| Farraday Films (UK) Limited | United Kingdom - England |
| Farraday Films Investments LLC | United States - Louisiana |
| Farraday Films LLC | United States - Louisiana |
| Fast Productions Limited | United Kingdom - England & Wales |
| Fast V LLC | United States - Delaware |
| Fastball Productions LLC | United States - Delaware |
| FF5 Productions Canada, Inc. | Canada |
| FF5 Productions LLC | United States - Delaware |
| FF6 Productions LLC | United States - Delaware |
| Film Distribution and Service S.C.R.L. | Belgium |
| Filmmaker Production Services LLC | United States - Delaware |
| Flagship Development LLC | United States - Delaware |
| Flanimals Productions LLC | United States - Delaware |
| Flock of Peacocks Music JV/ASCAP LLC | United States - Delaware |
| FNV LLC | United States - California |
| Focus Features International Limited | United Kingdom - England & Wales |
| Focus Features International LLC | United States - Delaware |
| Focus Features LLC | United States - Delaware |
| Focus Features of Puerto Rico LLC | United States - Puerto Rico (U.S.A. |
| Focus Features Productions LLC | United States - Delaware |
| Food Films LLC | United States - Delaware |
| For Games Music, LLC | United States - Delaware |
| Forty Productions LLC | United States - Delaware |
| FP Films LLC | United States - Delaware |
| Friedgold Films LLC | United States - Delaware |
| Friedgold Talent LLC | United States - Delaware |

| | |
|---|---|
| Frigate Films Limited | United Kingdom |
| G4 Media Productions, LLC | United States - Delaware |
| G4 Media, LLC | United States - Delaware |
| Geneon Music Publishing LLC | Japan |
| Geneon Universal Entertainment Japan, LLC | Japan |
| GEP Productions Inc. | Canada |
| Get Him Productions LLC | United States - Delaware |
| Getting Away Productions, Inc. | Canada - Ontario |
| GIGA Television GmbH | Germany |
| Gilmore Films LLC | United States - Delaware |
| Golfcolorado.com, LLC | United States - Colorado |
| GolfNow Enterprises, Inc. | Canada |
| Golfnow, LLC | United States - Arizona |
| Good Machine International LLC | United States - New York |
| Good Machine LLC | United States - New York |
| Gramercy Productions LLC | United States - Delaware |
| Green Twig Films Limited | United Kingdom - England & Wales |
| Hadrian Productions Limited | United Kingdom |
| Happy Hours, LLC | United States - Delaware |
| Harlan Films LLC | United States - Delaware |
| Health Media LLC | United States - Delaware |
| Healthology LLC | United States - Delaware |
| Heartless Productions LLC | United States - Delaware |
| Heist Productions LLC | United States - Delaware |
| Hellboy Productions LLC | United States - Delaware |
| Hilltop Coffee LLC | United States - Delaware |
| Hilltop Hot Dogs LLC | United States - Delaware |
| Hilltop Services LLC | United States - Delaware |
| Hop Productions LLC | United States - Delaware |
| Houston Regional Sports Network, L.P. | United States - Delaware |
| Houston Regional Sports Network, LLC | United States - Delaware |
| Houston SportsNet Finance, LLC | United States - Delaware |
| Houston SportsNet Holdings LLC | United States - Delaware |
| Husdawg Communications LLC | United States - California |
| Hyde Park Films Limited | United Kingdom - England & Wales |
| Ice Harvest LLC | United States - Delaware |
| Icebreaker Films LLC | United States - Delaware |
| ID Theft Canada Inc. | Canada |
| ID Theft Films LLC | United States - Delaware |
| IFH-U Holding B.V. | Netherlands |
| Illumination Mac Guff | France |
| Imagine Films Entertainment LLC | United States - Delaware |
| Incuborn Solutions, LLC | United States - Arizona |
| Infobonn Text-, Informations- und Pressebüro Verwaltungsgesellschaft mbH | Germany |
| Inheritance Pictures Limited | United Kingdom - England & Wales |
| Inittowinit LLC | United States - Delaware |
| Intelligence Films Limited | United Kingdom - England |
| Interactive Business News Video LLC | United States - Delaware |

| | |
|---|---|
| Interactive Desktop Video LLC | United States - Delaware |
| Interlagos Films Limited | United Kingdom - England |
| International Media Distribution, LLC | United States - Colorado |
| iVillage (Caymans) Limited | Cayman Islands (U.K.) |
| iVillage International Holding LLC | United States - Delaware |
| iVillage Limited | United Kingdom - England & Wales |
| iVillage LLC | United States - Delaware |
| iVillage Parenting Network LLC | United States - Delaware |
| iVillage Publishing LLC | United States - Delaware |
| IVN LLC | United States - Delaware |
| Jewel U.S. Holdings, Inc. | United States - Delaware |
| John Belsen Productions LLC | United States - Delaware |
| Josh Productions LLC | United States - Delaware |
| Kingsley Film Productions LLC | United States - Delaware |
| Knightly Film Productions LLC | United States - Delaware |
| Knowledgeweb LLC | United States - California |
| KNTV License LLC | United States - Delaware |
| KNTV Television LLC | United States - Delaware |
| Lacrosse Films (US) LLC | United States - Delaware |
| Laurel Productions LLC | United States - Delaware |
| Lauren Film Productions LLC | United States - Delaware |
| Lava Films LLC | United States - Delaware |
| Les Mins Productions LLC | United States - Delaware |
| Let It Rain LLC | United States - Delaware |
| Lexi Productions, LLC | United States - Delaware |
| Lone Survivor Productions LLC | United States - Delaware |
| Long Branch Productions Inc. | Canada |
| Lorax Productions LLC | United States - Delaware |
| Love Minky Television Development Inc. | Canada |
| Lucky Cricket Productions LLC | United States - Delaware |
| LX Networks LLC | United States - Delaware |
| Mammoth Films LLC | United States - Delaware |
| Marital Assets, LLC | United States - Delaware |
| Matchbox Pictures Pty Ltd | Australia - New South Wales |
| Matchbox Productions Pty Ltd | Australia - Victoria |
| MCA Toys Holdings LLC | United States - Delaware |
| MCA Toys LLC | United States - Delaware |
| McPhee Farmyard Productions Limited | United Kingdom - England |
| Memory Productions LLC | United States - Delaware |
| Merchandising Company of America LLC | United States - Delaware |
| Merry Men Films Limited | United Kingdom - England & Wales |
| MFV Productions LLC | United States - Delaware |
| Michael Film Distribution LLC | United States - Delaware |
| Minaret Films LLC | United States - Delaware |
| Monkey Kingdom Limited | United Kingdom - England & Wales |
| Monkey Ventures Limited | United Kingdom - England & Wales |
| MPD Films Limited | United Kingdom - England |
| MSNBC Cable L.L.C. | United States - Delaware |

| | |
|---|---|
| MSNBC Canada Distribution Inc. | United States - Delaware |
| MSNBC Marks Trust | United States - Delaware |
| MSNBC Music Publishing LLC | United States - Delaware |
| MSNBC Super Desk LLC | United States - Delaware |
| Muldiss Darton Productions Limited | Northern Ireland |
| Mun2 Television Music Publishing, LLC | United States - Delaware |
| Mun2 Television, LLC | United States - Delaware |
| Munchkinland Productions LP | United States - Delaware |
| Munich UNIVERSAL Films GmbH | Germany |
| Music of Syfy Channel LLC | United States - Delaware |
| Music of USA Cable Entertainment LLC | United States - Delaware |
| Music of USA Network LLC | United States - Delaware |
| Musica Telemundo, LLC | United States - Delaware |
| Must See Music LLC | United States - Delaware |
| MW Sports Holdings, LLC | United States - Delaware |
| NATV Sales LLC | United States - Nevada |
| NATV Sub LLC | United States - Delaware |
| NBC (UK) Holdings Limited | United Kingdom - England & Wales |
| NBC Cable Holding LLC | United States - Delaware |
| NBC Desktop LLC | United States - Delaware |
| NBC Digital Health Network LLC | United States - Delaware |
| NBC Digital Media LLC | United States - Delaware |
| NBC Enterprises LLC | United States - Nevada |
| NBC Facilities LLC | United States - New York |
| NBC Interactive Media LLC | United States - Delaware |
| NBC International Limited | Bermuda (U.K.) |
| NBC Investments LLC | United States - Delaware |
| NBC News Archives LLC | United States - New York |
| NBC News Bureaus LLC | United States - Delaware |
| NBC News Channel LLC | United States - Delaware |
| NBC News Digital LLC | United States - Delaware |
| NBC News Overseas LLC | United States - Delaware |
| NBC News Worldwide LLC | United States - Delaware |
| NBC Olympics LLC | United States - Delaware |
| NBC Olympics Planning LLC | United States - Delaware |
| NBC Pageants LLC | United States - Delaware |
| NBC Palm Beach Investment I LLC | United States - California |
| NBC Palm Beach Investment II LLC | United States - California |
| NBC Program Ventures LLC | United States - Delaware |
| NBC Records LLC | United States - Delaware |
| NBC Shop LLC | United States - Delaware |
| NBC Sports Network, L.P. | United States - Delaware |
| NBC Sports Ventures LLC | United States - Delaware |
| NBC Stations Management II LLC | United States - Delaware |
| NBC Stations Management LLC | United States - Colorado |
| NBC Storage Management LLC | United States - Delaware |
| NBC Studios LLC | United States - New York |
| NBC Sub (WCMH), LLC | United States - Delaware |

| | |
|---|---|
| NBC Subsidiary (KNBC-TV) LLC | United States - Delaware |
| NBC Subsidiary (WCAU-TV), L.P. | United States - Delaware |
| NBC Subsidiary (WMAQ-TV) LLC | United States - Delaware |
| NBC Subsidiary (WRC-TV) LLC | United States - Delaware |
| NBC Subsidiary (WTVJ-TV) LLC | United States - Delaware |
| NBC Syndication Holding LLC | United States - Delaware |
| NBC Telemundo License Holding LLC | United States - Delaware |
| NBC Telemundo License LLC | United States - Delaware |
| NBC Telemundo LLC | United States - Delaware |
| NBC Television Investments BV | Netherlands |
| NBC TV Stations Sales & Marketing LLC | United States - Delaware |
| NBC Universal (Singapore) Holdings I Pte. Ltd. | Singapore |
| NBC Universal (Singapore) Holdings II Pte. Ltd. | Singapore |
| NBC Universal Digital Solutions LLC | United States - Delaware |
| NBC Universal Global Networks Australia (Services) Pty Ltd. | Australia |
| NBC Universal Global Networks Deutschland GmbH | Germany |
| NBC Universal Global Networks España, S.L.U. | Spain |
| NBC Universal Global Networks France SAS | France |
| NBC Universal Global Networks Italia - S.r.l. | Italy |
| NBC Universal Global Networks Japan Inc. | Japan |
| NBC Universal Global Networks Latin America LLC | United States - Delaware |
| NBC Universal Global Networks Management Limited | United Kingdom - England |
| NBC Universal Global Networks UK Limited | United Kingdom - England & Wales |
| NBC Universal International Television Distribution Germany GmbH | Germany |
| NBC Universal International Television Distribution Singapore Pte. Ltd. | Singapore |
| NBC Universal Television Japan, Ltd. | Japan |
| NBC Universal Television Studio Digital Development LLC | United States - Delaware |
| NBC Weather Plus Network LLC | United States - Delaware |
| NBC West, LLC | United States - Delaware |
| NBC/Hearst-Argyle Syndication, LLC | United States - Delaware |
| NBC/IJV LLC | United States - Delaware |
| NBC-A&E Holding LLC | United States - Delaware |
| NBC-NPN Holding LLC | United States - Delaware |
| NBCP Holdings LLC | United States - New York |
| NBC-Rainbow Holding LLC | United States - California |
| NBCU Acquisition Sub LLC | United States - Delaware |
| NBCU Chiller Holdings LLC | United States - Delaware |
| NBCU Coop Holdings LLC | United States - Delaware |
| NBCU Digital Music LLC | United States - Delaware |
| NBCU Dutch Holding (Bermuda) Limited | Bermuda (U.K.) |
| NBCU Dutch Holding (US) LLC | United States - Delaware |
| NBCU Emerging Networks LLC | United States - Delaware |
| NBCU Global Networks Asia Pte. Ltd. | Singapore |
| NBCU Global Networks LLC | Russian Federation |
| NBCU Global Networks-2 LLC | Russian Federation |
| NBCU International LLC | United States - Delaware |
| NBCU New Site Holdings LLC | United States - Delaware |
| NBCU World-wide Coöperatief U.A. | Netherlands |

| | |
|---|---|
| NBCUniversal CSG Limited | United Kingdom - England & Wales |
| NBCUniversal Digital Entertainment LLC | United States - Delaware |
| NBCUniversal Foundation | United States - California |
| NBCUniversal Funding LLC | United States - Delaware |
| NBCUniversal International Limited | United Kingdom |
| NBCUniversal International Television Distribution South Africa (Proprietary) Limited | South Africa |
| NBCUniversal Media Distribution Services Private Limited | India |
| NBCUniversal Media, LLC | United States - Delaware |
| NBCUniversal Networks International Brasil Programadora S.A. | Brazil |
| NBCUniversal Production Services LLC | United States - Delaware |
| NBCUniversal Real Estate LLC | United States - Delaware |
| NBCUniversal Receivables Funding LLC | United States - Delaware |
| NBC-VVTV Holding LLC | United States - California |
| NBC-VVTV2 Holding LLC | United States - California |
| NBC-West Coast Holding II LLC | United States - Delaware |
| NBC-West Coast Holding LLC | United States - Delaware |
| NBC-XFL Holding LLC | United States - Delaware |
| NCL, LLC | United States - Delaware |
| New England Cable News | United States - Massachusetts |
| New Mexico Lighting & Grip LLC | United States - Delaware |
| NewCo Cable, Inc. | United States - Delaware |
| Newsvine, Inc. | United States - Washington |
| New-U Pictures Facilities LLC | United States - Delaware |
| New-U Studios LLC | United States - Delaware |
| NF Films LLC | United States - Delaware |
| Nicholas Productions, LLC | United States - Delaware |
| North American Television LLC | United States - Nevada |
| Northbridge Programming Inc. | Canada |
| Northern Entertainment Productions LLC | United States - Delaware |
| Nueva Granada Investments, LLC | United States - Delaware |
| Nuevo Mundo Music LLC | United States - Delaware |
| NWI Network LLC | United States - Nevada |
| O2 Holdings, LLC | United States - Delaware |
| O2 Music, LLC | United States - Delaware |
| October Films LLC | United States - New York |
| OFI Holdings LLC | United States - Delaware |
| Online Games LLC | United States - Delaware |
| Open 4 Business Productions LLC | United States - Delaware |
| Original Content Productions LLC | United States - Delaware |
| Outlet Broadcasting LLC | United States - Rhode Island |
| Outlet Communications LLC | United States - Delaware |
| Oxford House Productions LLC | United States - Delaware |
| Oxford Place Productions LLC | United States - Delaware |
| Oxygen Cable, LLC | United States - Delaware |
| Oxygen Media Interactive LLC | United States - Delaware |
| Oxygen Media Productions LLC | United States - Delaware |
| Oxygen Media, LLC | United States - Delaware |
| OZ Films Limited | United Kingdom - England |

| | |
|---|---|
| Pacific Regional Programming Partners | United States - New York |
| Paqu Films LLC | United States - Delaware |
| Parks Holdings Acquisition LLC | United States - Delaware |
| Parks Holdings Acquisition Sub LLC | United States - Delaware |
| PE Productions LLC | United States - Delaware |
| Pennebaker LLC | United States - Delaware |
| PG Cable Channel Company LLC | United States - Delaware |
| PG Filmed Entertainment LLC | United States - Delaware |
| PG Television LLC | United States - Delaware |
| Phenomenon Pictures Limited | United Kingdom - England & Wales |
| Prandial Productions LLC | United States - Delaware |
| Private Productions Limited | United Kingdom - England & Wales |
| Producer Services Holdings Limited | United Kingdom - England |
| Producer Services Limited | United Kingdom - England |
| Pt. CNBC Indonesia | Indonesia |
| Ptown Productions LLC | United States - Delaware |
| Rachel Films LLC | United States - Delaware |
| Realand Productions LLC | United States - Delaware |
| Regional Film Distributors LLC | United States - Delaware |
| Regional Pacific Holdings II LLC | United States - Delaware |
| Regional Pacific Holdings LLC | United States - Delaware |
| Reservation Road Productions LLC | United States - Delaware |
| Reunion Committee LLC | United States - Delaware |
| Ride Along Productions LLC | United States - Delaware |
| Rider Productions LLC | United States - Delaware |
| Ridgegarden Limited | United Kingdom - England & Wales |
| Rightgarden Limited | United Kingdom - England & Wales |
| RIPD Productions LLC | United States - Delaware |
| Rosemary & Thyme Enterprises Ltd. | United Kingdom - England & Wales |
| Rosey Film Productions LLC | United States - Delaware |
| Rubin Productions LLC | United States - Delaware |
| Safe House Productions LLC | United States - Delaware |
| Savoy Pictures, LLC | United States - Delaware |
| Sci Fi (VCSF) Holding LLC | United States - Delaware |
| Sci Fi Lab Development LLC | United States - Delaware |
| Sci Fi Lab LLC | United States - Delaware |
| Sci-Fi Channel Europe, L.L.C. | United States - Delaware |
| Servicios de Produccion Reforma, S.A. de C.V. | Mexico |
| S-F Channel Holdings LLC | United States - Delaware |
| Sherwood Films LLC | United States - Delaware |
| Six Feathers Music JV/BMI LLC | United States - Delaware |
| Sky Tower Productions, Inc. | Canada |
| Smiley Face Productions LLC | United States - Delaware |
| Smokin' Films LLC | United States - Delaware |
| So Happy For You Productions LLC | United States - Delaware |
| South Seas Productions, LLC | United States - Hawaii |
| SP Canadian Film Productions, Inc. | Canada |
| SP Film Productions LLC | United States - Delaware |

| | |
|---|---|
| Spanish-Language Productions LLC | United States - Delaware |
| Sparrowhawk Distribution Limited | United Kingdom - England & Wales |
| Sparrowhawk Holdings Limited | United Kingdom - England & Wales |
| Sparrowhawk International (HK) Limited | Hong Kong |
| Sparrowhawk International Channels India Private Limited | India |
| Sparrowhawk International Channels Limited | United Kingdom - England & Wales |
| Sparrowhawk Latin America, LLC | United States - Delaware |
| Sparrowhawk Media Limited | United Kingdom - England & Wales |
| Sparrowhawk Media Services Limited | United Kingdom - England & Wales |
| Speechless Features Limited | United Kingdom - England & Wales |
| Spirit Board Productions LLC | United States - Delaware |
| Sports Ventures Sub LLC | United States - Delaware |
| SportsChannel New England LLC | United States - Connecticut |
| SportsChannel Pacific Associates | United States - New York |
| Sprout Michigan Productions, LLC | United States - Michigan |
| St. Cloud Productions LLC | United States - Delaware |
| St. Giles LLC | United States - Delaware |
| St. Louis Productions LLC | United States - Delaware |
| Stamford Media Center & Productions LLC | United States - Delaware |
| StarPlay Productions Limited | United Kingdom - England & Wales |
| Station Operations LLC | United States - Delaware |
| Station Venture Holdings, LLC | United States - Delaware |
| Station Venture Operations, LP | United States - Delaware |
| Stormfront, LLC | United States - Delaware |
| Style Media LLC | United States - Delaware |
| Style Media Productions LLC | United States - Delaware |
| SUB I - USA Holding LLC | United States - Delaware |
| Syfy Channel Publishing LLC | United States - Delaware |
| Syfy Films LLC | United States - Delaware |
| Syfy LLC | United States - Delaware |
| Syfy Media Productions LLC | United States - Delaware |
| Talbot House Productions LLC | United States - Delaware |
| Tale Productions LLC | United States - Delaware |
| Talk Video Productions, LLC | United States - Delaware |
| Telemundo Estudios Colombia, S.A.S. | Colombia |
| Telemundo Group LLC | United States - Delaware |
| Telemundo Internacional LLC | United States - Delaware |
| Telemundo Las Vegas License LLC | United States - Delaware |
| Telemundo Las Vegas LLC | United States - Delaware |
| Telemundo Media LLC | United States - Delaware |
| Telemundo Mid-Atlantic LLC | United States - Delaware |
| Telemundo Music Publishing, LLC | United States - Delaware |
| Telemundo Network Group LLC | United States - Delaware |
| Telemundo of Arizona LLC | United States - Delaware |
| Telemundo of Chicago LLC | United States - Delaware |
| Telemundo of Denver LLC | United States - Delaware |
| Telemundo of Florida LLC | United States - Delaware |
| Telemundo of Fresno LLC | United States - Delaware |

| | |
|---|---|
| Telemundo of New England LLC | United States - Delaware |
| Telemundo of Northern California LLC | United States - California |
| Telemundo of Puerto Rico | United States - Puerto Rico (U.S.A. |
| Telemundo of Puerto Rico Studios LLC | United States - Puerto Rico (U.S.A. |
| Telemundo of Texas LLC | United States - Delaware |
| Telemundo Studios Miami LLC | United States - Delaware |
| Telemundo Television Studios, LLC | United States - Delaware |
| Terra Properties LLC | United States - Delaware |
| TGC, LLC | United States - Delaware |
| Thadfab Productions LLC | United States - Delaware |
| The Comcast Network, LLC | United States - Delaware |
| The Credit Union LLC | United States - Delaware |
| The Lew Wasserman Scholarship Foundation | United States - California |
| The Thing Films, Inc. | Canada |
| The Today Show Charitable Foundation, Inc. | United States - Delaware |
| Tier One Subsidiary LLC | United States - Delaware |
| Tiny Little Steps LLC | United States - Delaware |
| TJ Productions LLC | United States - Delaware |
| Town Square Films Limited | United Kingdom - England |
| TPB Holding LLC | United States - Delaware |
| Transatlantic Productions LLC | United States - Delaware |
| Trio Entertainment Network Inc. | Canada |
| Truck 44 Productions LLC | United States - Delaware |
| True Blue Productions LLC | United States - Delaware |
| Tuxedo Terrace Films LLC | United States - Delaware |
| Two Belmont Insurance Company LLC | United States - Vermont |
| UCDP Finance, Inc. | United States - Florida |
| UCS Project I LLC | United States - Delaware |
| Underworld Productions, LLC | United States - Delaware |
| Universal 13th Street.com LLC | United States - California |
| Universal 1440 Entertainment LLC | United States - Delaware |
| Universal Animation Studios LLC | United States - Delaware |
| Universal Animation Studios Project E LLC | United States - Delaware |
| Universal Arenas Holdings, LLC | United States - Delaware |
| Universal Cable Productions Development LLC | United States - Delaware |
| Universal City Development Partners, Ltd. | United States - Florida |
| Universal City Florida Holding Co. I | United States - Florida |
| Universal City Florida Holding Co. II | United States - Florida |
| Universal City Property Management II LLC | United States - Delaware |
| Universal City Studios LLC | United States - Delaware |
| Universal City Studios Productions LLLP | United States - Delaware |
| Universal City Travel Partners | United States - Florida |
| Universal Film Exchanges Holdings II LLC | United States - Delaware |
| Universal Film Exchanges LLC | United States - Delaware |
| Universal Films of India B.V. | Netherlands |
| Universal First-Run Productions LLC | United States - Delaware |
| Universal First-Run Television LLC | United States - Delaware |
| Universal HD LLC | United States - Delaware |

| | |
|---|---|
| Universal Home Entertainment Productions LLC | United States - Delaware |
| Universal Home Entertainment Worldwide LLC | United States - Delaware |
| Universal Interactive Entertainment LLC | United States - Delaware |
| Universal International Films LLC | United States - Delaware |
| Universal International Television Services Limited | United Kingdom - England |
| Universal Media Studios International Limited | United Kingdom - England & Wales |
| Universal Network Programming LLC | United States - Delaware |
| Universal Network Television LLC | United States - Delaware |
| Universal Networks International (Asia) Pte. Ltd. | Singapore |
| Universal Networks International (Japan) Inc. | Japan |
| Universal Networks International Poland Sp. z o.o. | Poland |
| Universal Orlando Foundation, Inc. | United States - Florida |
| Universal Orlando Online Merchandise Store | United States - Florida |
| Universal Parks & Resorts Management Services LLC | United States - Delaware |
| Universal Pictures (Australasia) Pty. Ltd. | Australia - New South Wales |
| Universal Pictures (Czech Republic) s.r.o. | Czech Republic |
| Universal Pictures (Denmark) ApS | Denmark |
| Universal Pictures (Hungary) Ltd. | Hungary |
| Universal Pictures (México) S. de R.L. de C.V. | Mexico |
| Universal Pictures (México) Services S. de R.L. de C.V. | Mexico |
| Universal Pictures (UK) Limited | United Kingdom - England |
| Universal Pictures Benelux N.V. | Belgium |
| Universal Pictures Canadian Services LLC | United States - Delaware |
| Universal Pictures Company of Puerto Rico LLC | United States - Delaware |
| Universal Pictures Corporation of China LLC | United States - Delaware |
| Universal Pictures Entertainment Productions Limited | United Kingdom - England & Wales |
| Universal Pictures Finland OY | Finland |
| Universal Pictures Germany GmbH | Germany |
| Universal Pictures Group (UK) Limited | United Kingdom |
| Universal Pictures Hamburg Film - und Fernsehvertrieb GmbH | Germany |
| Universal Pictures Iberia, S.L.U. | Spain |
| Universal Pictures Iberia, Sociedade Unipessoal Limitada - Em LiquidaCao | Portugal |
| Universal Pictures International Australasia Pty Ltd | Australia - Victoria |
| Universal Pictures International Austria GmbH | Austria |
| Universal Pictures International Belgium SNC | Belgium |
| Universal Pictures International Entertainment Limited | United Kingdom - England |
| Universal Pictures International France SAS | France |
| Universal Pictures International Germany GmbH | Germany |
| Universal Pictures International Italy S.R.L. | Italy |
| Universal Pictures International Korea Company | Korea, Republic of (South) |
| Universal Pictures International Limited | United Kingdom |
| Universal Pictures International LLC | Russian Federation |
| Universal Pictures International Mexico S. de R. L. de C.V. | Mexico |
| Universal Pictures International No.2 Limited | United Kingdom - England |
| Universal Pictures International Spain, S.L. | Spain |
| Universal Pictures International Switzerland GmbH | Switzerland |
| Universal Pictures International UK & EIRE Limited | United Kingdom - England & Wales |
| Universal Pictures Italia S.r.l. | Italy |

| | |
|---|---|
| Universal Pictures Limited | United Kingdom - England |
| Universal Pictures México Gestión de Recursos, S.A. de C.V., SOFOM, E.N.R. | Mexico |
| Universal Pictures Nordic AB | Sweden |
| Universal Pictures Norway AS | Norway |
| Universal Pictures Productions G.m.b.H. | Germany |
| Universal Pictures Productions Limited | United Kingdom - England |
| Universal Pictures Rus LLC | Russian Federation |
| Universal Pictures Subscription Television Limited | United Kingdom - England & Wales |
| Universal Pictures Switzerland GmbH | Switzerland |
| Universal Pictures Vidéo (France) SAS | France |
| Universal Pictures Visual Programming Limited | United Kingdom - England |
| Universal Property Management Services LLC | United States - Delaware |
| Universal Reality Television LLC | United States - Delaware |
| Universal Stage Productions LLC | United States - Delaware |
| Universal Studios Arcade LLC | United States - Delaware |
| Universal Studios Canada Inc. | Canada - Ontario |
| Universal Studios Carousel Post Production LLC | United States - Delaware |
| Universal Studios Channel Holdings LLC | United States - California |
| Universal Studios Child Care Center LLC | United States - Delaware |
| Universal Studios China Investment LLLP | United States - Delaware |
| Universal Studios Company LLC | United States - Delaware |
| Universal Studios Corner Store LLC | United States - Delaware |
| Universal Studios Development Venture Five LLC | United States - Delaware |
| Universal Studios Development Venture Seven LLC | United States - Delaware |
| Universal Studios Development Venture Six LLC | United States - Delaware |
| Universal Studios Development Venture Two LLC | United States - Delaware |
| Universal Studios Digital Cinema Ventures, LLC | United States - Delaware |
| Universal Studios Dubai Planning Services LLC | United States - Delaware |
| Universal Studios Enterprises LLC | United States - Delaware |
| Universal Studios Film Production LLC | United States - Delaware |
| Universal Studios Fitness Center LLC | United States - Delaware |
| Universal Studios Home Entertainment LLC | United States - Delaware |
| Universal Studios Home Entertainment Productions LLC | United States - Delaware |
| Universal Studios Hotel II LLC | United States - Delaware |
| Universal Studios Hotel LLC | United States - Delaware |
| Universal Studios International B.V. | Netherlands |
| Universal Studios International Television Do Brasil Ltda. | Brazil |
| Universal Studios Korea Planning Services LLC | United States - Delaware |
| Universal Studios Licensing LLC | United States - Delaware |
| Universal Studios LLC | United States - Delaware |
| Universal Studios Moscow Planning Services LLC | United States - Delaware |
| Universal Studios Music LLLP | United States - Delaware |
| Universal Studios Network Programming | United States - California |
| Universal Studios Networks Brazil LLC | United States - Delaware |
| Universal Studios NewCanada LLC | United States - Delaware |
| Universal Studios Pacific Partners LLC | United States - Delaware |
| Universal Studios Pay Television Australia 2 LLC | United States - Delaware |
| Universal Studios Pay Television Australia LLC | United States - California |

| | |
|---|---|
| Universal Studios Pay Television LLC | United States - Delaware |
| Universal Studios Pay TV Latin America LLC | United States - Delaware |
| Universal Studios Pay-Per-View Development LLC | United States - Delaware |
| Universal Studios Pay-Per-View LLC | United States - Delaware |
| Universal Studios Recreation China Planning Services LLC | United States - Delaware |
| Universal Studios Recreation Japan Planning Services | United States - Delaware |
| Universal Studios Satellite Services LLC | United States - Delaware |
| Universal Studios Singapore Planning Services LLC | United States - Delaware |
| Universal Studios Store Hollywood LLC | United States - Delaware |
| Universal Studios Store Orlando LLC | United States - Delaware |
| Universal Studios Television Distribution Spain, S.L.U. | Spain |
| Universal Studios TV Channel Poland LLC | United States - Delaware |
| Universal Studios TV1 Australia 2 LLC | United States - Delaware |
| Universal Studios TV1 Australia LLC | United States - California |
| Universal Studios Water Parks Florida LLC | United States - Florida |
| Universal Syndicated Productions LLC | United States - Delaware |
| Universal Television Enterprises LLC | United States - Delaware |
| Universal Television Group LLC | United States - Delaware |
| Universal Television Music Publishing LLC | United States - Delaware |
| Universal Television Networks | United States - New York |
| Universal Television Productions LLC | United States - Delaware |
| Universal TV Australia Pty. Limited | Australia - Australian Capital |
| Universal TV Canada Productions LLC | United States - Delaware |
| Universal TV France SNC | France |
| Universal TV Limited | United Kingdom - England & Wales |
| Universal TV LLC | United States - Delaware |
| Universal TV Music LLC | United States - California |
| Universal TV Music Publishing LLC | United States - California |
| Universal TV NewCo LLC | United States - Delaware |
| Universal TV Pictures Development LLC | United States - Delaware |
| Universal TV Pictures LLC | United States - Delaware |
| Universal TV Talk Video LLC | United States - Delaware |
| Universal VOD Venture Holdings LLC | United States - Delaware |
| Universal Worldwide Television LLC | United States - Delaware |
| UPI Development LLC | United States - Delaware |
| UPI Productions LLC | United States - Delaware |
| USA Brasil Enterprise LLC | United States - Delaware |
| USA Brasil Holdings L.L.C. | United States - Delaware |
| USA Cable Entertainment LLC | United States - Delaware |
| USA Cable Entertainment Publishing LLC | United States - Delaware |
| USA Network Media Productions LLC | United States - Delaware |
| USA Network Publishing LLC | United States - Delaware |
| USA Networks Partner LLC | United States - Delaware |
| USANi Holding Company LLC | United States - Delaware |
| USI - USA Holding LLC | United States - Delaware |
| USI Asset Transfer LLC | United States - Delaware |
| USI Entertainment LLC | United States - Delaware |
| USI Interim LP LLC | United States - Delaware |

| | |
|---|---|
| USI Music Publishing LLC | United States - Delaware |
| USI Network Development LLC | United States - Delaware |
| USIE - USA Holding LLC | United States - Delaware |
| USI-New Bren Holdco LLC | United States - Delaware |
| U-Talk Enterprises LLC | United States - Delaware |
| V - USA Holding LLC | United States - Delaware |
| Valor Film Productions LLC | United States - Delaware |
| Video 44 | United States - Illinois |
| Video 44 Acquisition LLC | United States - Illinois |
| Vision Video Limited | United Kingdom - England |
| VUE Holding LLC | United States - Delaware |
| VUE NewCo LLC | United States - Delaware |
| Walter Lantz Productions LLC | United States - Delaware |
| Wanted Productions LLC | United States - Delaware |
| Warrior Productions Limited | United Kingdom - England & Wales |
| Washington Films LLC | United States - Delaware |
| Watch What You Play Music, LLC | United States - Delaware |
| WCAU Holdings, LLC | United States - Delaware |
| Westchester Films LLC | United States - Delaware |
| Westlake Films LLC | United States - Delaware |
| White Flag Development LLC | United States - Delaware |
| Wicked Asia LLC | United States - Delaware |
| Wicked Australia LLC | United States - Delaware |
| Wicked California LP | United States - Delaware |
| Wicked Chicago LP | United States - Delaware |
| Wicked LLC | United States - Delaware |
| Wicked London LLC | United States - Delaware |
| Wicked London Production Limited | United Kingdom |
| Wicked Oz Investment LLC | United States - Delaware |
| Wicked Pacific Rim LLC | United States - Delaware |
| Wicked Tour Canada Corp. | United States - Delaware |
| Wicked Tour Managing Partner LLC | United States - Delaware |
| Wicked Tour Productions LP | United States - Delaware |
| Wicked UK Tour Production Limited | United Kingdom - England & Wales |
| Wicked Worldwide Inc. | United States - Delaware |
| Williams Productions LLC | United States - Delaware |
| WKAQ Holdings LLC | United States - Delaware |
| WKAQ of Puerto Rico Holdings I, Inc. | United States - Puerto Rico (U.S.A. |
| WKAQ of Puerto Rico Holdings II, Inc. | United States - Puerto Rico (U.S.A. |
| WNJU-TV Broadcasting LLC | United States - New Jersey |
| Wolf Man Productions Limited | United Kingdom - England & Wales |
| Women.com Networks LLC | United States - Delaware |
| Working Title Films Limited | United Kingdom - England |
| Working Title Group LLC | United States - Delaware |
| Working Title Music Limited | United Kingdom |
| Working Title Production Services Limited | United Kingdom - England & Wales |
| Working Title Theatre Productions Limited | United Kingdom |
| WT Film Productions Limited | United Kingdom |

| | |
|---|---|
| WT Venture LLC | United States - Delaware |
| WT2 Limited | United Kingdom - England & Wales |
| Xoom.com LLC | United States - Delaware |
| Your Total Health LLC | United States - Delaware |
| ZAP Television Beteiligungs GmbH | Germany |
| ZAP Television GmbH & Co. KG | Germany |

↑Top

Filing Submission 0001193125-13-067693   –   Alternative Formats (Word / Rich Text, HTML, Plain Text, et al.)

Copyright © 2020 **Fran Finnegan & Company**.  All Rights Reserved.
*About* – *Privacy* – *Redactions* – *Help* — *Wed., Apr. 15, 7:51:06.0am ET*

# Exhibit Y



IMDb

Find Movies, TV shows, Celebrities and more...   All   🔍

IMDbPro ▾   Help   f  🔗 📷 🐦 📺 y ▶

Watch Now For Free ▾ | Movies, TV & Showtimes ▾ | Celebs, Events & Photos ▾ | News & Community ▾

Watchlist ▾   Steve ▾



**Running Scared** (2006)

# Company Credits

Edit

Showing all 47 company credits
Jump to: Production Companies (9) | Distributors (22) | Special Effects (1) | Other Companies (15)

## Production Companies

New Line Cinema (presents)
Media 8 Entertainment (in association with)
True Grit Productions (as True Grit)
VIP 1 Medienfonds (co-production) (as VIP Medienfonds 1)
VIP 2 Medienfonds (co-production) (as VIP Medienfonds 2)
MDP Filmproduktion (co-production)
International Production Company
Pierce/Williams Entertainment
Zero Gravity Management

## Distributors

New Line Cinema (2006) (USA) (theatrical)
Entertainment Film Distributors (2006) (UK) (theatrical)
Columbia TriStar Nordisk Film Distributors A/S (2006) (Norway) (theatrical)
Sony Pictures Releasing (2006) (Sweden) (theatrical)
Alliance Atlantis Motion Picture Distribution (2006) (Canada) (theatrical)
Media 8 Entertainment (2006) (World-wide) (all media) (sales)
3L Filmverleih (2006) (Germany) (theatrical)
3L Filmverleih (2006) (Austria) (theatrical)
Benelux Film Distributors (2006) (Netherlands) (theatrical)
West Video (2006) (Russia) (theatrical)
Roadshow Entertainment (2006) (Australia) (theatrical)
Shaw Organisation (2006) (Singapore) (theatrical)
Pandasia Entertainment (2006) (Taiwan) (theatrical)
Dutch FilmWorks (DFW) (2006) (Netherlands) (DVD)
Distribution Company (2006) (Argentina) (theatrical)
Bazuca Films (2007) (Chile) (theatrical)
Art Port (2008) (Japan) (theatrical)
Alliance Atlantis Home Video (2006) (Canada) (DVD)
Eén (2016) (Belgium) (TV)
ION Television (2010) (USA) (TV)
RTL Entertainment (2008) (Netherlands) (TV) (RTL5)
e-m-s the DVD-Company (2006) (Germany) (DVD)

## Special Effects

Amalgamated Pixels (visual effects)

## Other Companies

Business Affairs (production counsel)
Bystrouska (sound equipment provided by)
CE VideoAssist Rental (VideoAssist equipment provided by)
EFilm (digital intermediate)
EXTRAfilms S.r.o. (extras casting)
Film Finances (completion guarantor)
Lightnin' Production Rentals (transportation equipment)
Macwell (computer services provided by)
PIC Agency (grip and lighting equipment)
Panavision (grip and lighting equipment) (as Panavision Grip & Remote)



ad feedback

**Running Scared**

**Details**
Full Cast and Crew
Release Dates
Official Sites
Company Credits
Filming & Production
Technical Specs

⌄ **Explore More**

**Share** this page: f 🐦 🔗



**User Lists**    Create a list »

Related lists from IMDb users

**Movies to watch**
a list of 31 titles
created 5 months ago

**Quentin Tarantino**
a list of 23 titles
created 08 May 2017

**Alguns filmes influenciados por Tarantino**
a list of 30 titles
created 1 month ago

**Swaggering Gangsters**
a list of 47 titles
created 08 Jan 2012

**folder 5**
a list of 26 titles
created 3 months ago

Prague Studios (sound stages)
Sabron Payroll Services (Orchestra Payroll Company)
Sound Satisfaction (foley recording facility)
The Audit Trail (post-production accounting)
Varèse Sarabande (soundtrack)

See all related lists »

## See also

Full Cast and Crew | Release Dates | Official Sites | Filming & Production | Technical Specs

## Contribute to This Page

Getting Started | Contributor Zone »

Edit page



### Recently Viewed

Clear your history

### IMDb Everywhere

  

Find showtimes, watch trailers, browse photos, track your Watchlist and rate your favorite movies and TV shows on your phone or tablet!

IMDb Mobile site »

### Follow IMDb on

 

Home
Top Rated Movies
Box Office
Coming Soon
Site Index
Search
In Theaters

Contact Us
Account
News

Press Room
Advertising
Jobs

IMDbPro
Box Office Mojo

Conditions of Use
Privacy Policy
Interest-Based Ads

an amazon company

Copyright © 1990-2019 IMDb.com, Inc.

Amazon Affiliates
Prime Video
Unlimited Streaming
of Movies & TV

Amazon UK
Buy Movies on
DVD & Blu-ray

Amazon Germany
Buy Movies on
DVD & Blu-ray

Amazon Italy
Buy Movies on
DVD & Blu-ray

Amazon France
Buy Movies on
DVD & Blu-ray

Amazon India
Buy Movie and
TV Show DVDs

DPReview
Digital
Photography

Audible
Download
Audio Books

# Exhibit Z



# ARTICLES OF INCORPORATION
## OF
## MONOLITH PRODUCTIONS, Inc.

**FILED**

In the office of the Secretary of State
of the State of California

SEP - 5 2007

### I

The name of this corporation is Monolith Productions, Inc.

### II

The purpose of this corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporation Code.

### III

This corporation is a close corporation. The issued shares of this corporation of all classes shall be held of record by not more than 35 persons.

### IV

The name and address in the State of California of this corporation's initial agent for service of process is:

John F. Feldsted
100 Wilshire Blvd., Suite 2040
Los Angeles, California 90401

### V

The corporation is authorized to issue only one class of shares which shall be designated "common" shares. The total number of such shares which this corporation is authorized to issue is Ten Thousand (10,000).

### VI

The corporation is authorized to indemnify the directors and officers of the corporation to the fullest extent permissible under California law

Dated: August 31, 2007.

John F. Feldsted, Incorporator

G:\fil\Incorp\Shu1\Monolith\AOI.wpd

# State of California
## Secretary of State

**S**

### Statement of Information
**(Domestic Stock and Agricultural Cooperative Corporations)**
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**G671698**

# FILED

In the office of the Secretary of State
of the State of California

**MAY-22 2019**

| 1. CORPORATE NAME |
|---|
| MONOLITH PRODUCTIONS, INC. |

| 2. CALIFORNIA CORPORATE NUMBER |
|---|
| C3045084 |

*This Space for Filing Use Only*

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

3. **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17.**

**Complete Addresses for the Following** (Do not abbreviate the name of the city.  Items 4 and 5 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE<br>8383 WILSHIRE BLVD. SUITE 210, BEVERLY HILLS, CA 90211 | | | |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY<br>8383 WILSHIRE BLVD. SUITE 210, BEVERLY HILLS, CA 90211 | | | |
| 6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | |

**Names and Complete Addresses of the Following Officers**  (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/<br>ANA MARIA BALLOQUI | 8383 WILSHIRE BLVD. SUITE 210, BEVERLY HILLS, CA 90211 | | | |
| 8. SECRETARY<br>VESNA  JANUE | 8383 WILSHIRE BLVD. SUITE 210, BEVERLY HILLS, CA 90211 | | | |
| 9. CHIEF FINANCIAL OFFICER/<br>ANA MARIA BALLOQUI | 8383 WILSHIRE BLVD. SUITE 210, BEVERLY HILLS, CA 90211 | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director.  Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10. NAME<br>ANA MARIA BALLOQUI | 8383 WILSHIRE BLVD. SUITE 210, BEVERLY HILLS, CA 90211 | | | |
| 11. NAME | | | | |
| 12. NAME | | | | |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

| 14. NAME OF AGENT FOR SERVICE OF PROCESS |
|---|
| JOHN  FELDSTED |

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL**<br>8383 WILSHIRE BLVD. SUITE 210, BEVERLY HILLS, CA 90211 | | | |

**Type of Business**

| 16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION |
|---|
| FILM PRODUCTION |

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 05/22/2019 | ANA MARIE BALLOQUI | CEO | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-200 (REV 01/2013) | Page 1 of 1 | APPROVED BY SECRETARY OF STATE |
|---|---|---|

Exhibit AA

WIKIPEDIA

# Monolith Productions

**Monolith Productions** is an American video game developer based in Kirkland, Washington. Warner Bros. Interactive Entertainment acquired Monolith Productions in August 2004.[3]

## Contents

**History**
**List of video games**
    1994–2003
    2005–present
**References**
**External links**

## History

Monolith Productions was founded in October 15, 1994 by Brian Goble, Brian Waite, Bryan Bouwman, Garrett Price, Jace Hall, Paul Renault, and Toby Gladwell.[4]

Co-Founder Brian Goble had this to say regarding the company name.

> At the time we formed the company, DOS was still the OS of choice for games. Because of this, we knew we had to come up with a name that was 8 characters or less (for 8.3 filenames). We had been researching story and technology ideas for our demo CD and we were watching a lot of movies. "Monolith" came up, was semi mysterious, wasn't taken, and was 8 characters. Perfect.[4]



**Monolith Productions, Inc.**

Logo from 2005 to present

| | |
|---|---|
| **Type** | Subsidiary |
| **Industry** | Video games |
| **Founded** | October 25, 1994[1] |
| **Founders** | Brian Goble |
| | Brian Waite |
| | Bryan Bouwman |
| | Garrett Price |
| | Jace Hall |
| | Paul Renault |
| | Toby Gladwell |
| **Headquarters** | Kirkland, Washington, USA |
| **Number of employees** | 100+ (2004)[2] |
| **Parent** | Warner Bros. Interactive Entertainment |
| **Website** | lith.com (http://lith.com) |

The company is known for their games *Blood*, the *No One Lives Forever* and *F.E.A.R* series. Monolith is also known for the development of the graphical game engine LithTech, which has been used for most of their games and premiered with *Shogo: Mobile Armor Division* in September 1998; they also used Brian Goble's Windows Animation Package 32 engine for their 2D games. Between 1997 and 1999, Monolith also published games – some developed by the studio, some by third parties.

In 2004, Monolith Productions was acquired by Warner Bros.[5]

In 2014, they released *Middle-earth: Shadow of Mordor*, the game was heavily praised. Following after that with a sequel, *Middle-earth: Shadow of War* released in 2017, also critically praised.

# List of video games

## 1994–2003

| Year | Title | Platform(s) | | | | | | | |
|------|-------|:---:|:---:|:---:|:---:|:---:|:---:|:---:|:---:|
| | | Amiga | DOS | GBA | Lin | Mac | PS2 | Win | Xbox |
| 1994 | *Maabus*[A] | No | Yes | No | No | No | No | No | No |
| 1997 | *Blood* | No | Yes | No | No | No | No | No | No |
| | *Claw* | No | No | No | No | No | No | Yes | No |
| 1998 | *Rage of Mages*[A] | No | No | No | No | No | No | Yes | No |
| | *Get Medieval* | No | No | No | No | No | No | Yes | No |
| | *Shogo: Mobile Armor Division* | Yes | No | No | Yes | Yes | No | Yes | No |
| | *Blood II: The Chosen* | No | No | No | No | No | No | Yes | No |
| 1999 | *Gruntz* | No | No | No | No | No | No | Yes | No |
| | *Rage of Mages II: Necromancer*[A] | No | No | No | No | No | No | Yes | No |
| | *Septerra Core: Legacy of the Creator*[A] | No | No | No | No | No | No | Yes | No |
| | *TNN Outdoors Pro Hunter 2* | No | No | No | No | No | No | Yes | No |
| | *Gorky 17*[A] | Yes | No | No | Yes | Yes | No | Yes | No |
| 2000 | *Sanity: Aiken's Artifact* | No | No | No | No | No | No | Yes | No |
| | *The Operative: No One Lives Forever* | No | No | No | No | Yes | Yes | Yes | No |
| 2001 | *Tex Atomic's Big Bot Battles* | No | No | No | No | No | No | Yes | No |
| | *Aliens Versus Predator 2* | No | No | No | No | Yes | No | Yes | No |
| 2002 | *No One Lives Forever 2: A Spy in H.A.R.M.'s Way* | No | No | No | No | Yes | No | Yes | No |
| 2003 | *Tron 2.0* | No | No | Yes | No | Yes | No | Yes | Yes |
| | *Contract J.A.C.K.* | No | No | No | No | No | No | Yes | No |

**Notes**

**A** These games were published, not developed, by Monolith Productions.

## 2005–present

| Year | Title | Platform(s) | | | | | |
|------|-------|-----|-----|-----|-----|-------|-----|
| | | Lin | PS3 | PS4 | Win | XB360 | XBO |
| 2005 | *The Matrix Online* | No | No | No | Yes | No | No |
| | *F.E.A.R.* | No | Yes | No | Yes | Yes | No |
| | *Condemned: Criminal Origins* | No | No | No | Yes | Yes | No |
| 2008 | *Condemned 2: Bloodshot* | No | Yes | No | No | Yes | No |
| 2009 | *F.E.A.R. 2: Project Origin* | No | Yes | No | Yes | Yes | No |
| 2012 | *Gotham City Impostors* | No | Yes | No | Yes | Yes | No |
| | *Guardians of Middle-earth* | No | Yes | No | Yes | Yes | No |
| 2014 | *Middle-earth: Shadow of Mordor* | Yes | Yes | Yes | Yes | Yes | Yes |
| 2017 | *Middle-earth: Shadow of War* | No | No | Yes | Yes | No | Yes |
| **Notes** | | | | | | | |

# References

1. @MonolithDev (October 2, 2019). "October 25th is Monolith's 25th Anniversary. Twenty. Five. Years. In the business. And we've got a lot of fun stuff planned this month to celebrate. Stay tuned here for a big ol' look back at a long history of #gamedev" (https://twitter.com/MonolithDev/status/1179501628 631552001) (Tweet) – via Twitter.

2. Fahey, Rob (January 16, 2004). "Monolith Productions appoints new CEO" (http://www.gamesindustr y.biz/articles/monolith-productions-appoints-new-ceo). *gamesindustry.biz*. Retrieved October 27, 2016.

3. Thorsen, Tor (August 12, 2004). "Warner Bros. buys Monolith Productions" (https://web.archive.org/w eb/20060112145011/http://www.gamespot.com/news/6104711.html). GameSpot. Archived from the original (http://www.gamespot.com/news/6104711.html) on January 12, 2006. Retrieved October 27, 2016.

4. Keefer, John (March 31, 2006). "GameSpy Retro: Developer Origins, Page 12 of 19" (https://web.arc hive.org/web/20070609133032/http://www.gamespy.com/articles/697/697083p12.html). *GameSpy*. Archived from the original (http://www.gamespy.com/articles/697/697083p12.html) on June 9, 2007.

5. Thorsen, Tor (August 12, 2004). "Warner Bros. buys Monolith Productions" (https://web.archive.org/w eb/20060112145011/http://www.gamespot.com/news/6104711.html). GameSpot. Archived from the original (http://www.gamespot.com/news/6104711.html) on January 12, 2006. Retrieved October 27, 2016.

# External links

- Official website (http://www.lith.com/)
- Monolith Productions (http://www.mobygames.com/company/monolith-productions-inc) profile on MobyGames
- Monolith Productions (http://www.giantbomb.com/monolith-productions-inc/3010-864/) entry on Giant Bomb
- Monolith Productions history (http://www.blood-wiki.org/index.php/Monolith_Productions)

**This page was last edited on 27 May 2020, at 10:02 (UTC).**

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

Exhibit BB

Now available: over 400m key company lifecycle events, from officer changes to gazette notices.
Read more on our blog.

# opencorporates

●  ●  ●  ●  ●

The Open Database Of The Corporate World

| Company name or number | Search |

◉ Companies  ○ Officers

- Log in/Sign up

## Found 7 companies

| Monolith Productions Inc. | Go |

☐ exclude inactive Advanced Options

- 🇺🇸 inactive MONOLITH PRODUCTIONS CO., INC. (Florida (US), 29 Aug 1984- )
- 🇺🇸 inactive MONOLITH PRODUCTIONS INC. (New York (US), 5 May 1998-26 Jun 2002, 61-58 82ND PLACE, MIDDLE VILLAGE, NEW YORK, 11379) Previously/Alternatively known as MONOLITH PRODUCTIONS INCORPORATED
- 🇺🇸 inactive MONOLITH PRODUCTIONS, INC. (Ohio (US), 9 May 2000- , CHAGRIN FALLS)
- 🇺🇸 inactive MONOLITH PRODUCTIONS, INC. (California (US), 27 Oct 1971- , 9263 WEST THIRD STREET, BEVERLY HILLS, CA 90210)
- 🇺🇸 MONOLITH PRODUCTIONS, INC. (New Jersey (US), 7 Oct 1988- )
- 🇺🇸 MONOLITH PRODUCTIONS, INC. (California (US), 5 Sep 2007- , 8383 WILSHIRE BLVD., SUITE 210 BEVERLY HILLS CA 90211)
- 🇺🇸 MONOLITH PRODUCTIONS, INC. (Arizona (US), 2 Sep 1997- , UNDELIVERABLE DOMESTIC ADDRESS % DANIEL N MILES 302 N 1ST AVE #440 PHOENIX, AZ 85003)

*Sorted by company name*
Sort by relevance
Results per page | 30 ▼ | Enterprise users only

**Share This Search**

Share On LinkedIn  Share On Facebook  Share On Google Plus  Share On Twitter

**Get as Open Data**

xml or json

**Enterprise Users**

csv or xls

## Filtered by jurisdiction

- 1 [Arizona (US)](#)
- 2 [California (US)](#)
- 1 [Florida (US)](#)
- 1 [New Jersey (US)](#)
- 1 [New York (US)](#)
- 1 [Ohio (US)](#)

**Filter by data held**

- 3 [Company Address](#)
- 1 [Identifier](#)

**Filter by current status**

- 1 [Active](#)
- 1 [Cancelled](#)
- 1 [Ftb Suspended](#)
- 1 [Inactive](#)
- 1 [Inactive Dissolution By Pro...](#)

**Filter by company type**

- 1 [BUSINESS](#)
- 1 [CORPORATION FOR PROFIT](#)
- 1 [DOMESTIC BUSINESS CORPOR...](#)
- 2 [DOMESTIC STOCK](#)
- 1 [Domestic Profit Corporation](#)
- 1 [Domestic for Profit](#)

# About us

- [About](#)
- [Blog](#)
- [Team](#)
- [Governance](#)
- [Jobs](#)

# Using our data

- [Our data](#)
- [Our purpose](#)
- [Legal/Licence](#)
- [User/Cookie privacy policy](#)
- [Public records privacy policy](#)

# Help

- [API Reference](#)
- [Glossary](#)
- [Status](#)

# Contact

- [Twitter](Twitter)
- [Medium](Medium)
- [Newsletter](Newsletter)
- [Problems with our data?](Problems with our data?)
- [Temporary redaction](Temporary redaction)

# Impact

- [Impact](Impact)
- [Grants](Grants)

# Exhibit CC

EX-21 7 g11419exv21.htm EX-21 SUBSIDIARIES OF THE REGISTRANT

EXHIBIT 21

## SUBSIDIARIES OF TIME WARNER INC.

Time Warner maintains over 1,500 subsidiaries. Set forth below are the names of certain controlled subsidiaries, at least 50% owned, directly or indirectly, of Time Warner as of December 31, 2007, that carry on a substantial portion of Time Warner's lines of business. The names of various consolidated wholly owned subsidiaries have been omitted. None of the foregoing omitted subsidiaries, considered either alone or together with the other subsidiaries of its immediate parent, constitutes a significant subsidiary.

| Name | State or Other Jurisdiction of Incorporation |
|---|---|
| Time Warner Inc. (Registrant) | Delaware |
|   TW AOL Holdings Inc. | Virginia |
|   AOL Holdings LLC | Delaware |
|     AOL LLC | Delaware |
|       ADTECH AG | Germany |
|       AdTech US, Inc. | Delaware |
|       Advertising.com, Inc. | Maryland |
|       Advertising.com (ADV) Germany GmbH | Germany |
|       Advertising.com Denmark APS | Denmark |
|       Advertising.com Finland OY | Finland |
|       Advertising.com France, Sarl | France |
|       Advertising.com International Holdings Limited | United Kingdom |
|       Advertising.com International Limited | United Kingdom |
|       Advertising.com Netherlands B.V. | Netherlands |
|       Advertising.com Norway AS | Norway |
|       Advertising.com Spain, S.L. | Spain |
|       Advertising.com Sweden, AB | Sweden |
|       AOL Online India Private Limited | India |
|       AOL Asia Limited | Hong Kong |
|       AOL Australia PTY Limited | Australia |
|       AOL Beijing Technology Research & Development Company Limited | China |
|       AOL Canada, Inc. | Canada |
|       AOL Community, Inc. | Delaware |
|       AOL Deutschland Medien GmbH | Germany |
|       AOL Europe Services Sarl | Luxembourg |
|       AOL France SNC | France |
|       AOL Global Operations Limited | Ireland |
|       AOL Interactive Media India Private Limited | India |
|       AOL Mexico S. de R.L. de C.V. | Mexico |
|       AOL Nederland BV | Netherlands |
|       AOL Relegence Israel Ltd. | Israel |
|       AOL (UK) Limited | United Kingdom |
|       CompuServe Interactive Services France SNC | France |

| | |
|---|---|
| CompuServe Interactive Services, Inc. | Delaware |
| ICQ LLC | Delaware |
| ICQ Ltd. | Israel |
| InfoInterActive Corp. | Nova Scotia |
| Lightningcast LLC | Delaware |
| MapQuest, Inc. | Delaware |
| MapQuest PA, Inc. | Delaware |
| Netscape Communications Corporation | Delaware |
| Quigo Technologies, Inc. | Delaware |
| TACODA, Inc. | Delaware |
| TACODA, Ltd. | United Kingdom |
| The Relegence Corporation | Delaware |
| Third Screen Media, Inc. | Delaware |
| Totekasche Holdings, Inc. d/b/a Userplane | Delaware |
| Truveo, Inc. | Delaware |
| WL Acquisition LLC | Delaware |
| Xdrive, LLC | Delaware |
| Yedda Technologies-Knowledge Management Services (Y.O.D.E.A. 2006) Ltd. | Israel |
| Historic TW Inc. | Delaware |
| Turner Broadcasting System, Inc. | Georgia |
|     Cable News International, Inc. | Georgia |
|     Cable News Network, Inc. | Delaware |
|     CNN America, Inc. | Delaware |
|     CNN Interactive Group, Inc. | Delaware |
|     CNN Newsource Sales, Inc. | Georgia |
|     Courtroom Television Network LLC (dba TRUTV) | New York |
|     CTG Inversara S.A. | Argentina |
|     New Line Cinema Corporation | Delaware |
|         Material Entertainment | United Kingdom (1) |
|         New Line Distribution, Inc. | California |
|         New Line Home Entertainment, Inc. | New York |
|         New Line Productions, Inc. | California |
|         New Line Television, Inc. | California |
|         New Line Theatricals, Inc. | New York |
|         Picturehouse Films | New York |
|     Superstation, Inc. | Georgia |
|     TEN Network Holding, Inc. | Delaware |
|     TGN, Inc. | Georgia |
|     The Cartoon Network, Inc. | Delaware |
|     Turner Broadcasting System Asia Pacific, Inc. | Georgia |
|         Turner Entertainment Holdings Asia Pacific Limited | Hong Kong |
|     Turner Broadcasting Sales, Inc. (dba Turner Entertainment New Media) | Georgia |
|     Turner Broadcasting System (Holdings) Europe Ltd. | United Kingdom |
|     Turner Broadcasting System International, Inc. | Georgia |
|     Turner Broadcasting System Latin America, Inc. | Georgia |
|     Turner Classic Movies, Inc. | Delaware |
|     Turner Entertainment Networks Asia, Inc. | Georgia |

| | |
|---|---|
| Turner Entertainment Networks Inc. | Georgia |
| Turner Network Sales, Inc. | Georgia |
| Turner Network Television, Inc. | Delaware |
| Turner Sports, Inc. | Georgia |
| Time Warner Companies, Inc. | Delaware |
| American Television and Communications Corporation | Delaware |
| Time Inc. | Delaware |
| Entertainment Weekly Inc. | Delaware |
| Essence Communications Inc. | Delaware |
| Expansión, S.A. de C.V. (Grupo Editorial Expansión) | Mexico |
| IPC Group Limited | United Kingdom |
| Magazine Retail Enterprises Inc. | Delaware |
| Media Networks, Inc. | Delaware |
| Southern Progress Corporation | Delaware |
| Oxmoor House, Inc. | Delaware |
| Sunset Publishing Corporation | Delaware |
| Synapse Group, Inc. | Delaware (1) |
| This Old House Ventures, Inc. | Delaware |
| Time Canada Ltd. | Canada |
| Time Consumer Marketing, Inc. | Delaware |
| Time Customer Service, Inc. | Delaware |
| Time Direct Ventures LLC | Delaware |
| Time/Warner Retail Sales & Marketing Inc. | New York |
| Time Inc. Interactive | Delaware |
| Time Warner Publishing B.V. | Netherlands |
| Warner Communications Inc. | Delaware |
| DC Comics (partnership) | New York |
| E.C. Publications, Inc. | New York |
| Home Box Office, Inc. | Delaware |
| HBO Services, Inc. | Delaware |
| Picturehouse Films | New York |
| Time Warner Cable Inc. | Delaware (1) |
| Road Runner HoldCo LLC | Delaware |
| Time Warner Cable LLC | Delaware |
| TW NY Cable Holding Inc. | Delaware |
| Time Warner NY Cable LLC | Delaware |
| Time Warner Entertainment Company, L.P. | Delaware |

| | |
|---|---|
|     Time Warner Entertainment-Advance/Newhouse Partnership | New York (1) |
| TW UK Holdings Inc. | Delaware |
|     Time Warner Entertainment Limited | United Kingdom |
|     TT Games Ltd. | United Kingdom |
| TW Ventures Inc. | Delaware |
|     Castle Rock Entertainment | California |
|     Castle Rock Entertainment, Inc. | Georgia |
|     Warner Bros. (F.E.) Inc. | Delaware |
|     Warner Bros. (South) Inc. | Delaware |
| Warner Bros. Entertainment Inc. | Delaware |
|     Burbank Television Enterprises LLC | Delaware |
|       Telepictures Production Inc. | Delaware |
|       Warner Bros. International Television Distribution Inc. | Delaware |
|       Warner Bros. Television Distribution Inc. | Delaware |
|       Warner Horizon Television Inc. | Delaware |
|     Warner Bros. Entertainment Australia Pty Limited | Australia |
|     Warner Bros. Consumer Products Inc. | Delaware |
|     Warner Bros. Home Entertainment Inc. | Delaware |
|       Monolith Productions Inc. | Washington |
|       WB Games Inc. | Delaware |
|     Warner Bros. Animation Inc. | Delaware |
|     Warner Bros. Enterprises LLC | Delaware |
|       Warner Specialty Films Inc. | Delaware |
|       Warner Bros. Technical Operations Inc. | Delaware |
|       WB Studio Enterprises Inc. | Delaware |
|       Warner Bros. Distributing Inc. | Delaware |
|     Warner Bros. International Cinemas Inc. | Delaware |
|     Warner Bros. Entertainment GmbH | Germany |
|     Warner Bros. Entertainment Espana S.L. | Spain |
|     Warner Bros. Entertainment France S.A.S. | France |
|     Warner Bros. (Korea) Inc. | Korea |
|     Warner Bros. Theatrical Enterprises LLC | Delaware |
|     Warner Entertainment Japan Inc. | Japan |
|     Warner Village Cinemas S.p.A. | Italy |
|     WB Communications Inc. | Delaware |
|       The CW Network LLC | California (1) |
|       WB 100-Plus Station Group Inc. | Delaware |

| | |
|---|---|
| WTTA Incorporated | Delaware |
| Hanna-Barbera Entertainment Co., Inc. | California |
| Hanna-Barbera, Inc. | Georgia |
| Turner Entertainment Co. | Delaware |
| Time Warner International Finance Limited | United Kingdom |
| Time Warner Realty Inc. | Delaware |

(1) Less than 100% owned

# Exhibit DD

Learn more about remote working, online schooling and community support during the COVID-19 outbreak

ⓘ  This site uses cookies for analytics, personalized content and ads. By continuing to browse this site, you agree to this use.

Learn more

 **Microsoft**

# Fox Licensing & Merchandising Enters Into Unprecedented Licensing Relationship With Microsoft

November 3, 2005 |

**CENTURY CITY, Calif. — Nov. 3, 2005 —** Fox Licensing & Merchandising and Microsoft Corp. announced they have entered into an unprecedented relationship surrounding certain Microsoft® titles for the long-awaited Xbox 360™ video game and entertainment system, which will be available in the U.S. on Nov. 22, 2005. Through the deal, Fox L&M will act as the Licensing Agent for certain first-party video games published by Microsoft Game Studios for the new platform, beginning with the highly anticipated titles "Perfect Dark Zero™" and "Kameo™: Elements of Power™," both developed by Rare Ltd., a subsidiary of Microsoft. Fox L&M will manage a licensing program for the titles and will seek partners in a broad variety of product categories including apparel, accessories, social expressions, toys, and select print publishing.

"Perfect Dark Zero," set in the year 2020, puts players in the role of the heroine Joanna Dark to guide her and her father Jack through a world torn apart by shadowy corporations locked in a secret war for world domination. In the broad-appeal, fantasy action-adventure "Kameo: Elements of Power," as a young elf, Kameo must master her new ability to transform into mystical warriors and harness their powers to save her people from Thorn, the evil Troll king.

## Related Posts

### What's new in Microsoft Teams for May 2020 ›

### Meeting Insights: AI to help you achieve your meeting goals ›

### Microsoft announces expiration of its exchange offers ›

### Thousands of games already playable on Xbox Series X ahead of Holiday 2020 launch ›

### New app lets people contribute photos to help developers build AI models ›

"We are thrilled to be working with Microsoft Game Studios and the Xbox® New Media and Franchise Development Team to license amazing video game franchises," said Fox Licensing & Merchandising Executive Vice President Elie Dekel. "Our expertise in licensing entertainment properties to teens and young adults is a perfect complement to the consumer base that Microsoft is targeting."

"Fox shares a similar creative vision for our game franchises. We are looking forward to working with Fox on delivering quality products that showcase the stories and characters behind these unique titles," said Peter Moore, corporate vice president of worldwide marketing and publishing at Microsoft.

"We are excited to have Fox L&M talent and resources supporting these key launch titles," said Ed Ventura, director of Franchise Development at Microsoft. "With this alliance, we welcome this extension of our team as we begin to expand our markets and fan base while also adding to our current line of strategy guides, soundtracks and other game merchandise."

A recognized industry leader, Fox L&M has managed the licensing programs for some of the most successful properties in the entertainment industry including "The Simpsons" and "Family Guy." In striking this deal with Microsoft, it marks the company's first foray as Licensing Agent in the rapidly expanding video game market.

Xbox 360, Microsoft's entry in the next-generation of gaming and home entertainment, will take North America by storm on Nov. 22, 2005. The most powerful next-generation hardware coupled with a wide variety of titles including "Perfect Dark Zero," the long-anticipated prequel to the best-selling and critically acclaimed "Perfect Dark®" series, and the broad-appeal action-adventure of "Kameo: Elements of Power," will truly create the ultimate home entertainment system.

**About Fox Licensing & Merchandising**

A recognized industry leader, Twentieth Century Fox Licensing and Merchandising licenses and markets properties worldwide on behalf of Twentieth Century Fox Film Corporation, Twentieth Television and Fox Broadcasting Company, as well as third party lines. The division is aligned with Twentieth Century Fox Television, one of the top suppliers of primetime entertainment programming to the broadcast networks.

**About Xbox 360**

Xbox 360 is the most powerful video game and entertainment system**,** delivering the best games, the next generation of the premier Xbox Live® online gaming service, and unique digital entertainment experiences that revolve around you. The system will launch this holiday season in Europe, Japan and North America, to be followed by availability in Australia, Colombia, Hong Kong, Korea, Mexico, New Zealand, Singapore and Taiwan in 2006. More information can be found online at http://www.xbox.com/xbox360 (http://www.xbox.com/xbox360).

**About Rare Studios**

United Kingdom-based Rare, one of the world's leading video game developers, was founded in 1985 by Chris and Tim Stamper. Rare has been the mastermind behind some of the most popular video games in history, including such global multimillion sellers as "GoldenEye 007" and "Perfect Dark."

**About Microsoft Game Studios**

Microsoft Game Studios is a leading worldwide publisher and developer of games for the Xbox® video game system, the Windows® operating system and online platforms. Comprising a network of top developers, Microsoft Game Studios is committed to creating innovative and diverse games for Windows (http://www.microsoft.com/games (/games)) , including such franchises as "Age of Empires®," "Flight Simulator" and "Zoo Tycoon®"; Xbox (http://www.xbox.com (http://www.xbox.com/)), including such games as "Fable®" and franchises such as "Halo®," "Project Gotham Racing®" and "MechAssault®"; and MSN® Games (http://www.games.msn.com (http://www.games.msn.com/)), the official games channel for the MSN network and home to such hits as "Bejeweled" and "Hexic®."

*Note to editors:* If you are interested in viewing additional information on Microsoft, please visit the Microsoft Web page at http://www.microsoft.com/presspass (/presspass) on Microsoft's corporate information pages. Web links, telephone numbers and titles were correct at time of publication, but may since have changed. For additional assistance, journalists and analysts may contact Microsoft's Rapid Response Team or other appropriate contacts listed at http://www.microsoft.com/presspass/contactpr.mspx (/en-us/news/contactpr.aspx).

# Exhibit EE

*SEC Info*   Home   Search   My Interests   Help   User Info   *Steve Wilson Briggs*

# Allen Paul G, et al. – 'SC 13G' on 1/10/00 re: Lions Gate Entertainment Corp/CN

*On:* Monday, 1/10/00   ·   *Accession #:* 898430-0-42   ·   *File #:* 5-55587

*Previous 'SC 13G':* 'SC 13G' on 7/9/99   ·   *Next:* 'SC 13G' on 2/14/05   ·   *Latest:* 'SC 13G' on 9/4/18

Find   "lions gate entertainment Corp"   in   this entire Filing.   Show   Documents searched   and   each "hi

| As Of | Filer | Filing | For·On·As | Docs:Size | Issu |
|-------|-------|--------|-----------|-----------|------|
| 1/10/00 | Allen Paul G<br>*Allen Paul G*<br>*Vulcan Ventures Incorporated* | SC 13G | | 1:15K | Lions Gate Enterta |

---

### Statement of Beneficial Ownership  —  Schedule 13G
### Filing Table of Contents

| Document/Exhibit | Description | Pages | Size |
|------------------|-------------|-------|------|
| 1: SC 13G | Statement of Beneficial Ownership | 6 | 30K |

---

### Document Table of Contents

| *Page* | (sequential) | | (alphabetic) | Top |

1   1st Page   -   Filing Submission

4   Item 1(a). Name of Issuer:
"   Item 1(b). Address of Issuer's Principal Executive Offices:
"   Item 2(a). Names of Persons Filing:
"   Item 2(b). Address of Principal Business Office:
"   Vulcan Ventures
"   Mr. Allen
"   Item 2(c). Citizenship:
"   Item 2(d). Title of Class of Securities:
"   Item 2(e). CUSIP Number:
"   Item 3. This statement is filed pursuant to Rule 13d-1(c)
"   Item 4. Ownership
5   Item 5. Ownership of Five Percent or Less of a Class
"   Item 6. Ownership of More than Five Percent on Behalf of Another Person

- Alternative Formats (Word, et al.)
- Address of Issuer's Principal Executive Offices:
- Address of Principal Business Office:
- Certification
- Citizenship:
- CUSIP Number:
- Identification and Classification of Members of the Group
- Identification and Classification of the Subsidiary Which Acquired the Security Being Reported on By the Parent Holding Company
- Mr. Allen
- Name of Issuer:
- Names of Persons Filing:
- Notice of Dissolution of Group
- Ownership

"   Item 7. Identification and Classification of the Subsidiary Which Acquired the Security Being Reported on By the Parent Holding Company

"   Item 8. Identification and Classification of Members of the Group

"   Item 9. Notice of Dissolution of Group

"   Item 10. Certification

- Ownership of Five Percent or Less of a Class
- Ownership of More than Five Percent on Behalf of Another Person
- This statement is filed pursuant to Rule 13d-1(c)
- Title of Class of Securities:
- Vulcan Ventures

| SC 13G | 1st Page of 6 | TOC | ↑Top | Previous | Ne |
|--------|---------------|-----|------|----------|-----|

**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**SCHEDULE 13G**
(Rule 13d-102)

**INFORMATION TO BE INCLUDED IN STATEMENTS FILED PURSUANT**
TO RULES 13d-1(b)(c), AND (d) AND AMENDMENTS THERETO FILED
PURSUANT TO RULE 13d-2(b)/1/

Lions Gate Entertainment Corporation
----------------------------------------------------------------
(Name of Issuer)

Common Stock
-------------------------------------------------
(Title of Class of Securities)

535919203
----------------------------------------------------------------
(CUSIP Number)

December 31, 1999
----------------------------------------------------------------
(Date of Event Which Requires Filing of this Statement)

Check the appropriate box to designate the rule pursuant to
which this Schedule is filed:

[   ]      Rule 13d-1(b)
[ X ]      Rule 13d-1(c)
[   ]      Rule 13d-1(d)

(Continued on following pages)
Page 1 of 6 Pages

---------------------
/1/      The remainder of this cover page shall be filled out for a reporting
person's initial filing on this form with respect to the subject class of
securities, and for any subsequent amendment containing information which would
alter disclosures provided in a prior cover page.

The information required on the remainder of this cover page shall not be deemed
to be *"filed"* for the purpose of Section 18 of the Securities Exchange Act of
1934 (*"Act"*) or otherwise subject to the liabilities of that section of the Act
but shall be subject to all other provisions of the Act (however, see the
Notes).

| SC 13G | 2nd Page of 6 | TOC | 1st | Previous | Ne |
|--------|---------------|-----|-----|----------|-----|

```
--------------------------                          --------------------------
CUSIP No. 535919203              13G                      Page 2 of 6 Pages
--------------------------                          --------------------------
```

--------------------------------------------------------------------------------
1    NAME OF REPORTING PERSONS
     IDENTIFICATION NO. OF ABOVE PERSONS (ENTITIES ONLY)

     Vulcan Ventures Incorporated
--------------------------------------------------------------------------------
2    CHECK APPROPRIATE BOX IF A MEMBER OF A GROUP*          (A) [ ]
                                                            (B) [ ]
--------------------------------------------------------------------------------
3    SEC USE ONLY

--------------------------------------------------------------------------------
4    CITIZENSHIP OR PLACE OF ORGANIZATION

     Vulcan Ventures Incorporated is a Washington corporation
--------------------------------------------------------------------------------

| NUMBER OF | 5 | SOLE VOTING POWER |
|-----------|---|-------------------|

     SHARES          2,515,125 (1,765,000 of which Vulcan Ventures
                     Incorporated has the right to acquire upon conversion
                     of its shares of Series A Convertible Redeemable
                     Preferred Stock and 750,125 of which Vulcan Ventures
                     Incorporated has the right to acquire upon exercise of
                     its Common Stock purchase warrants)

                     ------------------------------------------------------
| BENEFICIALLY | 6 | SHARED VOTING POWER |
| OWNED BY |   | 0 |
                     ------------------------------------------------------
| EACH | 7 | SOLE DISPOSITIVE POWER |

     REPORTING       2,515,125 (1,765,000 of which Vulcan Ventures
                     Incorporated has the right to acquire upon conversion
                     of its shares of Series A Convertible Redeemable
                     Preferred Stock and 750,125 of which Vulcan Ventures
                     Incorporated has the right to acquire upon exercise of
                     its Common Stock purchase warrants)

                     ------------------------------------------------------
| PERSON WITH | 8 | SHARED DISPOSITIVE POWER |
|  |  | 0 |
--------------------------------------------------------------------------------
9    AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON

     2,515,125 (1,765,000 of which Vulcan Ventures Incorporated has the right to
     acquire upon conversion of its shares of Series A Convertible Redeemable
     Preferred Stock and 750,125 of which Vulcan Ventures Incorporated has the
     right to acquire upon exercise of its Common Stock purchase warrants)

--------------------------------------------------------------------------------
10   CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (9) EXCLUDES
     CERTAIN SHARES*                                                [ ]

--------------------------------------------------------------------------------
11   PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (9)

     7.6% (based on 30,531,167 shares outstanding as of December 31, 1999,
     plus the shares of Common Stock issuable upon conversion of Vulcan

```
                    Ventures Incorporated's shares of Series A Convertible Redeemable
                    Preferred Stock and upon exercise of Vulcan Ventures Incorporated's
                    Common Stock purchase warrants)

--------------------------------------------------------------------------------
12      TYPE OF REPORTING PERSON*

        CO
--------------------------------------------------------------------------------
```

| SC 13G | 3rd Page of 6 | TOC | 1st | Previous | Ne |
|--------|---------------|-----|-----|----------|-----|

```
-------------------------                    -------------------------
CUSIP No. 535919203          13G             Page 3 of 6 Pages
-------------------------                    -------------------------
```

--------------------------------------------------------------------------------

**1    NAME OF REPORTING PERSONS**
      **IDENTIFICATION NO. OF ABOVE PERSONS (ENTITIES ONLY)**

      Paul G. Allen

--------------------------------------------------------------------------------

**2    CHECK APPROPRIATE BOX IF A MEMBER OF A GROUP\***                **(A) [ ]**
                                                                      **(B) [ ]**

--------------------------------------------------------------------------------

**3    SEC USE ONLY**

--------------------------------------------------------------------------------

**4    CITIZENSHIP OR PLACE OF ORGANIZATION**

      Paul G. Allen is a United States citizen

--------------------------------------------------------------------------------

**NUMBER OF**          **5    SOLE VOTING POWER**

SHARES                      2,515,125 (1,765,000 of which Vulcan Ventures
                            Incorporated has the right to acquire upon conversion
                            of its shares of Series A Convertible Redeemable
                            Preferred Stock and 750,125 of which Vulcan Ventures
                            Incorporated has the right to acquire upon exercise of
                            its Common Stock purchase warrants)

                            ----------------------------------------------------
**BENEFICIALLY**       **6    SHARED VOTING POWER**
**OWNED BY**                **0**
                            ----------------------------------------------------
**EACH**               **7    SOLE DISPOSITIVE POWER**

REPORTING                   2,515,125 (1,765,000 of which Vulcan Ventures
                            Incorporated has the right to acquire upon conversion
                            of its shares of Series A Convertible Redeemable
                            Preferred Stock and 750,125 of which Vulcan Ventures
                            Incorporated has the right to acquire upon exercise of
                            its Common Stock purchase warrants)

                            ----------------------------------------------------
**PERSON WITH**        **8    SHARED DISPOSITIVE POWER**
                            **0**

--------------------------------------------------------------------------------

**10   AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON**

      2,515,125 (1,765,000 of which Vulcan Ventures Incorporated has the right to
      acquire upon conversion of its shares of Series A Convertible Redeemable
      Preferred Stock and 750,125 of which Vulcan Ventures Incorporated has the
      right to acquire upon exercise of its Common Stock purchase warrants)

--------------------------------------------------------------------------------

**10   CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (9) EXCLUDES**
      **CERTAIN SHARES\***
                                                                      [  ]

--------------------------------------------------------------------------------

**11   PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (9)**

      7.6% (based on 30,531,167 shares outstanding as of December 31, 1999,
      plus the shares of Common Stock issuable upon conversion of Vulcan

```
                    Ventures Incorporated's shares of Series A Convertible Redeemable
                    Preferred Stock and upon exercise of Vulcan Ventures Incorporated's
                    Common Stock purchase warrants)

--------------------------------------------------------------------------------
12      TYPE OF REPORTING PERSON*

        IN
--------------------------------------------------------------------------------
```

| SC 13G | 4th Page of 6 | TOC | 1st | Previous | Ne |

```
------------------------                    ------------------------
CUSIP No. 535919203            13G                Page 4 of 6 Pages
------------------------                    ------------------------
```

**Item 1(a). Name of Issuer:**

    Lions Gate Entertainment Corporation (the *"Issuer"*)

**Item 1(b). Address of Issuer's Principal Executive Offices:**

    595 Burrard Street, Suite 3123, Bentall 3
    Vancouver, BC V7X 1J1 Canada

**Item 2(a). Names of Persons Filing:**

    This Schedule 13G is being filed by Vulcan Ventures Incorporated (*"Vulcan Ventures"*) and Mr. Paul G. Allen (*"Mr. Allen"*).  Mr. Allen is Chairman of the Board of Directors and sole shareholder of Vulcan Ventures and thus may be deemed to have beneficial ownership of the shares of the Issuer beneficially owned by Vulcan Ventures.

**Item 2(b). Address of Principal Business Office:**

    **Vulcan Ventures:**
    ---------------
    110 110th Avenue, N.E.
    Suite 550
    Bellevue, Washington 98004

    **Mr. Allen:**
    ---------
    c/o Vulcan Ventures Incorporated
    110 110th Avenue, N.E.
    Suite 550
    Bellevue, Washington 98004

**Item 2(c). Citizenship:**

    Vulcan Ventures is a Washington corporation.
    Mr. Allen is a United States citizen.

**Item 2(d). Title of Class of Securities:**

    Common Stock

**Item 2(e). CUSIP Number:**

    535919203

**Item 3. This statement is filed pursuant to Rule 13d-1(c).**

**Item 4. Ownership**

    (a)  Amount Beneficially Owned:

    2,515,125 (1,765,000 of which Vulcan Ventures has the right to acquire upon conversion of its shares of Series A Convertible Redeemable Preferred Stock and 750,125 of which Vulcan Ventures has the right to acquire upon exercise of its Common Stock purchase warrants)

    (b)  Percent of Class:

    7.6% (based on 30,531,167 shares outstanding as of December 31, 1999,

```
          plus the shares of Common Stock issuable upon conversion of Vulcan
          Ventures' shares of Series A Convertible Redeemable Preferred Stock and
          upon exercise of Vulcan Ventures' Common Stock purchase warrants)

     (c)  Number of shares as to which such person has:
```

| SC 13G | 5th Page of 6 | TOC | 1st | Previous | Ne |
|--------|---------------|-----|-----|----------|-----|

```
------------------------                    ------------------------
CUSIP No. 535919203              13G             Page 5 of 6 Pages
------------------------                    ------------------------
```

(i) sole power to vote or to direct the vote:

2,515,125 (1,765,000 of which Vulcan Ventures has the right to acquire upon conversion of its shares of Series A Convertible Redeemable Preferred Stock and 750,125 of which Vulcan Ventures has the right to acquire upon exercise of its Common Stock purchase warrants)

(ii) shared power to vote or to direct the vote:

0

(iii) sole power to dispose or direct the disposition of:

2,515,125 (1,765,000 of which Vulcan Ventures has the right to acquire upon conversion of its shares of Series A Convertible Redeemable Preferred Stock and 750,125 of which Vulcan Ventures has the right to acquire upon exercise of its Common Stock purchase warrants)

(iv) shared power to dispose or to direct the disposition of:

0

**Item 5.   Ownership of Five Percent or Less of a Class.**

Not Applicable

**Item 6.   Ownership of More than Five Percent on Behalf of Another Person.**

Not Applicable

**Item 7.   Identification and Classification of the Subsidiary Which Acquired the Security Being Reported on By the Parent Holding Company.**

Not Applicable

**Item 8.   Identification and Classification of Members of the Group.**

Not Applicable

**Item 9.   Notice of Dissolution of Group.**

Not Applicable

**Item 10.  Certification.**

By signing below I certify that, to the best of my knowledge and belief, the securities referred to above were not acquired and are not held for the purpose of or with the effect of changing or influencing the control of the issuer of the securities and were not acquired and are not held in connection with or as a participant in any transaction having that purpose or effect.

| SC 13G | Last Page of 6 | TOC | 1st | Previous | Ne |

```
------------------------                    ------------------------
CUSIP No. 535919203          13G            Page 6 of 6 Pages
------------------------                    ------------------------
```

### SIGNATURES

   After reasonable inquiry and to the best of my knowledge and belief, I
certify that the information set forth in this statement is true, complete and
correct.

<table>
<tr><td></td><td>VULCAN VENTURES INCORPORATED</td></tr>
<tr><td>January 10, 2000</td><td>By: /s/ <b><i>William D. Savoy</i></b></td></tr>
<tr><td></td><td>_____<br>William D. Savoy, Vice President</td></tr>
<tr><td>January 10, 2000</td><td>/s/ <b><i>William D. Savoy</i></b></td></tr>
<tr><td></td><td>_____<br>William D. Savoy as Attorney in Fact<br>for Paul G. Allen pursuant to a Power<br>of Attorney dated August 30,1999 filed<br>with Vulcan Ventures Incorporated's<br>Schedule 13G with respect to<br>Pathogenesis Corporation on August 30,<br>1999 and incorporated by reference<br>herein.</td></tr>
</table>

### JOINT FILING STATEMENT

We, the signatories of the statement to which this Joint Filing Statement is
attached, hereby agree that such statement is filed, and any amendments thereto
filed by either or both of us will be filed, on behalf of each of us.

<table>
<tr><td>January 10, 2000</td><td>VULCAN VENTURES INCORPORATED</td></tr>
<tr><td></td><td>By: /s/ <b><i>William D. Savoy</i></b></td></tr>
<tr><td></td><td>_____<br>William D. Savoy, Vice President</td></tr>
<tr><td>January 10, 2000</td><td>/s/ <b><i>William D. Savoy</i></b></td></tr>
<tr><td></td><td>_____<br>William D. Savoy as Attorney in Fact<br>for Paul G. Allen pursuant to a Power<br>of Attorney dated August 30,1999 filed<br>with Vulcan Ventures Incorporated's<br>Schedule 13G with respect to<br>Pathogenesis Corporation on August 30,<br>1999 and incorporated by reference<br>herein.</td></tr>
</table>

```
--------------------------------------------------------------------------------
```

**Dates Referenced Herein  _and_  Documents Incorporated by Reference**

|  | | _Referenced-On Page_ | | |
| --- | --- | --- | --- | --- |
| _This 'SC 13G' Filing_ | _Date_ ▲ | _First_ | _Last_ | _Other Filings_ |
| Filed on: | 1/10/00 | 6 | | None on these Dates |
| | 12/31/99 | 1 | 4 | |
| | 8/30/99 | 6 | | |

**List all Filings**

↑Top

---

Filing Submission 0000898430-00-000042   –   Alternative Formats (Word / Rich Text, HTML, Plain Text, et al.)

---

_Copyright © 2020_ **Fran Finnegan & Company**_.  All Rights Reserved._
_About_ – _Privacy_ – _Redactions_ – _Help_ — _Sat., May 9, 4:43:57.0am ET_

# Exhibit FF

Subscribe

**TRENDING**    SpaceX Demo-2    Best Telescopes    Calendar    45% Off 'All About Space'!    Videos    Space.com Gear

Space is supported by its audience. When you purchase through links on our site, we may earn an affiliate commission. Learn more

# Billionaires Wanted to Fund Private Mars Colony

By Mike Wall   August 25, 2015



The Netherlands-based nonprofit Mars One plans to land four astronauts on the Red Planet in 2027.
(Image: © Bryan Versteeg/Mars One )

Could the first Mars colony be called Buffettville, or Zuckerburgh?

The Netherlands-based nonprofit Mars One aims to establish a permanent settlement on the Red Planet, beginning with the touchdown of the first four pioneers in 2027. The biggest challenges facing the project are financial rather than technical, so a big donation from a deep-pocketed person concerned about his or her legacy could make a huge difference, Mars One representatives said.

ADVERTISING



Mars One "is so ambitious and — I think 'crazy' is the right word — that we might actually get a phone call from a billionaire who says, 'I want to make this happen. I want the first city on Mars to be called Gatesville or Slim City," said Mars One co-founder and CEO Bas Lansdorp, presumably referring to Microsoft co-founder Bill Gates and Mexican tycoon Carlos Slim Helu. [Images of Mars One's Red Planet Colony Project]

"That will change everything," Lansdorp said Aug. 13 at the 18th annual International MarsSociety Convention, which was held in Washington, D.C.

## Debating Mars One

Lansdorp made his remarks during an organized debate about the feasibility of the Mars One project, which pitted Lansdorp and Barry Finger, director of life-support systems at Paragon Space Development Systems Corp., a Mars One supplier, against MIT graduate students Sydney Do and Andrew Owens.

Do and Owens helped perform a 2014 study that questioned the feasibility of Mars One's plan. The duo explained the study team's findings, and its reasoning, during the debate.

The organization has estimated that taking these steps, and then landing four astronauts on the Red Planet in 2027, will cost about $6 billion.

Do and Owens said that's overly optimistic. It cost NASA about $102 billion in today's dollars to put Neil Armstrong and Buzz Aldrin on the moon in 1969, the two grad students pointed out. And Mars One's plan will require 14 separate launches, they added, as well as the development of seven new systems, including an intelligent rover; technology capable of delivering to the Martian surface payloads at least 7.5 times as heavy as the 1-ton Curiosity rover, which is the heftiest thing ever landed softly on Mars to date; and life-support systems of unprecedented endurance and reliability.

"Can they do all of this — accomplish these development challenges — for $6 billion in the next 12 years?" Do asked the audience. "Our belief, based on the data, the analysis that we've made and the historical analysis that we've done, is that no, they cannot do this, and it is infeasible."

Mars One's long-term vision involves launching new crews of four toward the Red Planet every two years to keep building up the off-world settlement. (There are no plans at the moment to bring any of these pioneers back to Earth.) The organization estimates that each of these subsequent crewed missions will cost about $4 billion. [The Boldest Mars Missions in History]

But the costs associated with such a growing colony would rise unsustainably over time, as a result of the ever-increasing need for spare parts (which in turn would require more landers and more launches), Do and Owens said.

"Spares are a very, very significant problem," Owens said. "This was really the fundamental conclusion of the paper that we wrote a year ago — the Mars One strategy of one-way missions is inherently unsustainable without a Mars-based manufacturing capacity."

## The counter-argument

Like Do and Owens, Lansdorp cited NASA's manned moon program. But the Mars One CEO drew different conclusions about Apollo, saying it showed how much can be accomplished in a short amount of time.

When, in May 1961, President John F. Kennedy made his famous speech promising to land an astronaut on the moon by the end of the decade, the space age was just four years old, Lansdorp pointed out. Half of the United States' unmanned attempts to reach orbit had failed by May 1961, and cosmonaut Yuri Gagarin had become the first human being to reach space just the month before, Lansdorp added.

"We needed rockets to go to the moon. We needed portable life-support systems, moon landing systems, computers," Lansdorp said. "All that was developed, and more, in just eight years' time." [NASA's 17 Apollo Moon Missions in Pictures]

He also implied that Do and Owens are getting too hung up on the numbers.

"Mars One's goal is not to send humans to Mars in 2027 with a $6 billion budget and 14 launches," he said. "Our goal is to send humans to Mars, period."

Indeed, Mars One's time line has changed twice: The organization originally proposed putting boots on Mars in 2023, then pushed that back to 2025, and then 2027.

Lansdorp said he agreed with Do and Owens that $6 billion might be too low an estimate, and he stressed that Mars One's plans could well change again in the future. The MIT duo protested that, if Mars One is still mapping out its basic concept, the group doesn't really have a plan, and feasibility is therefore impossible to assess.

"Did Kennedy have a plan?" Lansdorp responded, adding that the basic technologies necessary to set up Mars One's envisioned colony already exist. "We are presenting something that is feasible. There is nothing that cannot be done."

For example, life-support systems based on those already in use on the International Space Station could indeed work for the Mars colony, said Finger. (He and some of his colleagues at Arizona-based Paragon recently conducted a detailed life-support study for Mars One.)

"There's no fundamental, technical reason the life-support system for this mission can't be put in place," Finger said during the debate. (You can watch the Mars Society debate online here: http://www.ustream.tv/recorded/70819066.)

## More funding needed

Mars One aims to pay most of its bills by staging a global media event around the colonization project, but the organization needs investment money to pay for work during the early stages. That money has been a bit hard to come by; funding shortfalls were the main reason the manned landing has now slipped to 2027, Lansdorp said.

The group is trying to raise about $15 million at the moment, which it will use to hire more staff, pay for key studies that will show how to implement the Mars One vision in detail and build a simulated Red Planet outpost on Earth, Lansdorp said.

Mars One should have that money by the end of the year, he added, and will likely be able to present a detailed colonization plan by late 2017 or so.

Everything would probably be considerably easier if Mars One could get a billionaire on board.

"Imagine Mars One having $6 billion in the bank," Lansdorp said. "Suddenly, all the big aerospace companies that have some kind of capability of landing systems on Mars will be calling us and making us offers for a reliable transportation system."

Space.com Exclusive T-
shirt. Available to Populate
Mars. Buy Now
(Image credit: Space.com
Store)



## Billionaires in space

Mars One isn't just waiting around, hoping for a tycoon to swoop in with a blank check. But such a "positive surprise," as Lansdorp described the scenario, is perhaps not too far-fetched, because a number of billionaires are already heavily involved in space exploration.

Amazon.com founder Jeff Bezos started the aerospace company Blue Origin in 2000, for example, and PayPal co-founder Elon Musk set up SpaceX two years later with the explicit aim of helping humanity colonize Mars.

British entrepreneur Richard Branson established suborbital spaceflight company Virgin Galactic in 2004, and Bill Gates' fellow Microsoft co-founder Paul Allen started Stratolaunch Systems — which aims to launch payloads to space beneath a gigantic airplane — with renowned aerospace engineer Burt Rutan in December 2011.

And asteroid-mining company Planetary Resources, which was founded in 2012, counts billionaires Larry Page, Eric Schmidt, Ross Perot Jr. and Charles Simonyi among its investors (along with filmmaker James Cameron, who has a net worth around $700 million).

But the above billionaires are just the tip of the iceberg: There are 1,826 billionaires around the world, according to a recent estimate by Forbes magazine.

*Follow Mike Wall on Twitter @michaeldwall and Google+. Follow us @Spacedotcom, Facebook or Google+. Originally published on Space.com.*

Exhibit GG



Play Live Radio

PLAYLIST

     **DONATE**

---

SPACE

# Head Of NASA's Human Spaceflight Program Resigns A Week Before Crucial Launch

May 19, 2020 · 5:32 PM ET

 NELL GREENFIELDBOYCE



Douglas Loverro, associate NASA administrator for the human exploration and operations mission directorate, in an official portrait taken in January. Loverro announced his resignation on Tuesday.

*Aubrey Gemignani/NASA*

NASA's head of human spaceflight has abruptly resigned just one week before a historic test flight to send astronauts up in a new space capsule developed by the rocket company SpaceX.

The unexpected departure of Doug Loverro startled the space community, which has been looking forward to launching astronauts from U.S. soil for the first time since the

space shuttles stopped flying in 2011.

Loverro, who came to NASA in October 2019, would have presided over the Flight Readiness Review — an important safety check scheduled for later this week to get ready for the planned May 27 launch that will send two NASA astronauts on a brief journey to the International Space Station.

Loverro's main work at NASA was to shepherd the agency's ambitious efforts to return astronauts to the surface of the moon by 2024, a goal set by the Trump administration that some have criticized as being unrealistic. Loverro wore a lapel pin that counted down the days left to meet the deadline.

"I had truly looked forward to living the next four-plus years with you as we returned Americans to the surface of the moon and prepared for the long journey beyond. But that is not to be," Loverro wrote in a farewell message sent out to NASA employees.

Article continues below

# Sign Up For The NPR Daily Newsletter

Catch up on the latest headlines and unique NPR stories, sent every weekday.

| What's your email? | SUBSCRIBE |

By subscribing, you agree to NPR's terms of use and privacy policy. NPR may share your name and email address with your NPR station. See Details. This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

In the message, Loverro said he took "a risk" earlier in the year because he judged it necessary to fulfill the mission.

"Now, over the balance of time, it is clear that I made a mistake in that choice for which I alone must bear the consequences," he wrote.

Reached by NPR, Loverro said, "I think I'm going to let my message speak for itself."

A source familiar with the situation would not characterize the "mistake" other than to say that it involved not following rules or regulations and that Loverro had been asked to resign.

"I want to be clear that the fact that I am taking this step has nothing to do with your performance as an organization nor with the plans we have placed in motion to fulfill our mission," Loverro wrote to NASA's staffers. "My leaving is because of my personal actions, not anything we have accomplished together."

News that Loverro was out erupted on Twitter late in the day with space watchers noting that the timing couldn't be worse for NASA.

Loverro's deputy is Ken Bowersox, an astronaut who has worked for both NASA and SpaceX. He served as the acting head of spaceflight after NASA ousted NASA veteran Bill Gerstenmaier last year in another personnel shake-up and is expected to once again step into the role.

spacex     nasa

# More Stories From NPR

# Exhibit HH

Case 3:20-cv-01596-VC Document 42 Filed 06/11/20 Page 203 of 239





# Microsoft's new 'Planetary Computer' project will use global environmental data to support sustainability

**Darrell Etherington**

@etherington / 10:10 am PDT • April 15, 2020



📷 **Image Credits:** Aleksandar Georgiev / Getty Images

**Microsoft** ⓘ is embarking on a new sustainability initiative as part of its overall approach to support environmental protection measures, with a project it calls the "Planetary Computer." This will actually be a computing endeavor that uses





understand the challenges faced in planetary health, and provide answers to both Microsoft clients and scientists about how to plan for sustainability.

If all that sounds pretty esoteric to you, you're not alone. But in a blog post, Microsoft president **Brad Smith** ⓘ detailed some specific examples of what it hopes the Planetary Computer will actually be capable of doing. Those include things like providing searchable satellite imagery, machine learning and user-sourced data around actual on-the-ground forest borders for use in industrial construction site surveys or forest preservation efforts; providing accurate current measurement sand impact forecast for water use for agricultural planning; providing wildlife biologists with global species habitat information to support preservation efforts; and more.

This is an evolution of Microsoft's AI for Earth program, which was launched in 2017, and the actual development of the Planetary Computer will involve further investments in infrastructure, as well as participation from the existing AI for Earth grant recipients to built out analyses on the data collected. There's also a new AI for Earth grant, valued at $1 million, provided to the Group on Earth Observations Biodiversity Observation Network to help act as a cornerstone for biodiversity data collection as part of the project.

---

# Extra Crunch Live

## June 16: Rahul Vohra of

To help, Microsoft is also partnering with **Esri,** ⓘ a geographical mapping and information company that underpins a lot of the related technological institutes in that sphere. Geospatial data sets will be made available through Azure and Esri later this year for use by clients and institutions, and you can expect even more to come.

---

### Conversation



# Exhibit II

Trending: Amazon sues former AWS marketing VP Brian Hall after he takes Google Cloud job
(https://www.geekwire.com/2020/amazon-sues-former-aws-marketing-vp-brian-hall-accepts-google-cloud-job/)

Cloud Tech (https://www.geekwire.com/cloud/)

# Amazon 'bid high and lost' on JEDI, Microsoft says after release of DoD watchdog report

BY MONICA NICKELSBURG (HTTPS://WWW.GEEKWIRE.COM/AUTHOR/MONICA-NICKELSBURG/) on April 15, 2020 at 3:50 pm



Microsoft's headquarters in Redmond, Wash. (GeekWire Photo / Monica Nickelsburg)

Microsoft took aim at Amazon in a blog post Wednesday (https://blogs.microsoft.com/on-the-issues/2020/04/15/dod-amazon-jedi-contract/), accusing its rival of seeking an unfair advantage as the two companies lock horns over the Pentagon's JEDI contract.

f    (https://twitter.com/inte... (https://www.linkedin.co... (mailto:?subject=A%20article

The Department of Defense awarded the Joint Enterprise Defense Infrastructure project to Microsoft last year despite Amazon's apparent advantage during the bidding process. Amazon sued, claiming President Donald Trump's personal animus toward the company and its CEO, Jeff Bezos, influenced the outcome.

Microsoft says Amazon "bid high and lost" and claims Amazon could use proprietary information gained through the lawsuit as an advantage.

"Amazon would have you believe that it lost the award because of bias at the highest levels of government," wrote Jon Palmer, Microsoft's deputy general counsel, in the blog post. "But Amazon, alone, is responsible for the pricing it offered."

> ❝ **Amazon would have you believe that it lost the award because of bias at the highest levels of government. But Amazon, alone, is responsible for the pricing it offered.** ❞

Microsoft was emboldened by a report released Wednesday (https://www.geekwire.com/2020/dod-watchdog-sanctions-jedi-award-microsoft-amazon-calls-bias-claims-unfounded/) by the Department of Defense's inspector general. The report found no evidence that Trump inappropriately influenced the JEDI procurement process, though the inspector's office said the White House prevented some DoD witnesses from answering questions.

The inspector general also found that the Defense Department improperly provided Microsoft's proprietary information to Amazon through unredacted documents.

"By disclosing Microsoft's proprietary information, the DoD also potentially provided AWS an unfair advantage in the cloud services marketplace," the report says.

**Update:** Amazon issued this statement in response to the inspector general report:

> "This report doesn't tell us much. It says nothing about the merits of the award, which we know are highly questionable based on the Judge's recent statements and the government's request to go back and take corrective action. And, it's clear that this report couldn't assess political interference because several DoD witnesses were instructed by the White House not to answer the IG's questions about communications between the White House and DoD officials. The White House's refusal to cooperate with the IG's investigation is yet another blatant attempt to avoid a meaningful and transparent review of the JEDI contract award."

The judge overseeing the case issued a temporary injunction barring Microsoft and DoD from moving forward on the project because of a potential error in the government's evaluation of the proposals. The Defense Department asked for 120 days to address the issue.

Amazon says the review by DoD is too narrow. The company is asking the judge to order the Pentagon to re-start the bidding process, which Microsoft claims would be unfair given the disclosures.

"[Amazon] wants the DoD to go back and broadly re-do its evaluation of many issues, hoping to rescue its losing proposal," Palmer wrote. "Amazon, as an unsuccessful bidder, lawfully received some information about Microsoft's winning price."

Each company made its case in legal briefs unsealed Wednesday.

The document filed by Amazon claims that Microsoft's bid was not compliant with the guidelines outlined by the Defense Department at the outset of the contest.

"DoD cannot gerrymander technical requirements to suit Microsoft's non-compliant offer but hold AWS to pricing that was offered in connection with a compliant response to the soon-to-be defunct technical requirements of the original solicitation," Amazon's brief says.

The ultimate winner of the JEDI contract will be tasked with building out a war cloud for the military that could cost up to $10 billion over the next 10 years.

"Amazon did build its pricing for the entire procurement, and it wasn't good enough to win," Palmer said in the blog post. "And now it wants a re-do. That's not good for our war-fighters. That's not good for confidence in public procurement. That's not good for anybody but Amazon."

---

### Icertis– a Top 100 Company to Work for in Washington (https://www.icertis.com/news/icertis-honored-for-third-consecutive-year-as-a-top-company-to-work-for-in-washington-state/)



(https://www.icertis.com/news/icertis-honored-for-third-consecutive-year-as-a-top-company-to-work-for-in-washington-state/)

**GeekWire's coverage this week is underwritten by Icertis**

---

f                    (https://twitter.com/inte…  …but (https://www.linkedin.com/…  …800(https://www.google.com/…

Fairness, Openness, Respect, Teamwork and Execution (FORTE) have fueled the company's best-in-class culture, earning it a place on the Top 100 Companies to Work for in Washington State for the third year in a row. Icertis is the leading enterprise contract management platform in the cloud. It unlocks the full value of business contracts to increase revenue, reduce cost, accelerate cash flow and minimize risk.

**Learn more** (https://www.icertis.com/news/icertis-honored-for-third-consecutive-year-as-a-top-company-to-work-for-in-washington-state/)

*Learn more about underwritten and sponsored content on GeekWire. (https://www.geekwire.com/underwritten-sponsored-content-geekwire/)*

## Related Stories



(https://www.geekwire.com/2020/dispute-microsoft-amazon-jedi-cloud-contract-delayed/)

**Dispute between Microsoft and Amazon over JEDI cloud contract is delayed (https://www.geekwire.com/2020/dispute-microsoft-amazon-jedi-cloud-contract-delayed/)**



(https://www.geekwire.com/2020/dod-watchdog-sanctions-jedi-award-microsoft-amazon-calls-bias-claims-unfounded/)

**DoD watchdog affirms JEDI award to Microsoft over Amazon, calls bias claims unfounded (https://www.geekwire.com/2020/dod-watchdog-sanctions-jedi-award-microsoft-amazon-calls-bias-claims-unfounded/)**





# Exhibit JJ

Case 3:20-cv-01596-VC   Document 43   Filed 06/11/20   Page 212 of 239

WIKIPEDIA

Coordinates: 35°02′53.6064″N 118°08′31.9524″W

# Stratolaunch Systems

**Stratolaunch LLC** is an American aerospace company providing high-speed flight test services. It was originally formed in 2011 to develop a new air-launched space transportation system, with its corporate headquarters located in Seattle, Washington.[3][4] The company and development project were officially announced in December 2011 by Microsoft co-founder Paul Allen and Scaled Composites founder Burt Rutan, who had previously collaborated on the creation of SpaceShipOne.[5]

The project originally had three primary components: a carrier aircraft being built by Scaled Composites (called the *Stratolaunch*), a multi-stage payload launch vehicle which was to have been launched at high altitude into space from under the carrier aircraft, plus a mating and integration system by Dynetics.[6] Ultimately, only the carrier aircraft was fully developed by the time of Paul Allen's death in late 2018.

The carrier aircraft first flew in April 2019, at the Mojave Air and Space Port, reaching 15,000 ft (4,600 m) and 165 kn (305 km/h) in a 2 h 29 min flight.[7][8]

Stratolaunch underwent a change of ownership and major change of direction in mid-2019 as the assets of the company were put up for sale by Vulcan, and some sources suggested that Stratolaunch could cease operations completely.[9][10][11] The new owner was identified in December 2019 to be Cerberus Capital Management.[1] CEO Jean Floyd announced that Stratolaunch reacquired staff in the fourth quarter of 2019, growing to 87 employees by mid-December and forecasting a "great year" in 2020 providing high-speed flight test services.[2]

| Stratolaunch Systems | |
|---|---|
| **Type** | Private |
| **Industry** | Aerospace |
| **Founded** | 2011 |
| **Founder** | Paul G. Allen ✏ |
| **Headquarters** | Seattle, Washington |
| **Key people** | Jean Floyd (CEO), Michael Palmer (EVP)[1] |
| **Products** | Flight test services |
| **Number of employees** | 87 (December 2019)[2] |
| **Parent** | Cerberus Capital Management[1] |
| **Website** | www.stratolaunch .com (http://www.str atolaunch.com) |



Scaled Composites Stratolaunch

## Contents

**History**

**Carrier aircraft**

**Launch vehicle**

> Launch rocket

> Spaceplanes

>> Crewed Dream Chaser study

>> Black Ice

>> Talon-A

**Facilities**

**See also**

**References**

**External links**



# History

The project was started in 2010, almost a year before the public announcement was made. Development costs were initially projected to be US$300 million in 2011.[12] Dynetics actually began work in early 2010 and had approximately 40 employees working on the project as of December 2011. Dynetics was cited as "responsible for the total systems engineering, integration and testing, which includes aerodynamics, loads, and interfaces".[13] It was announced in 2011 that SpaceX was also already working on the design for the rocket-powered space vehicle components of the system, the Falcon 9 Air.

Comparison between five of the largest aircraft:

- [ ] **Stratolaunch**
- [ ] Airbus A380-800
- [ ] Antonov An-225 *Mriya*
- [ ] Boeing 747-8
- [ ] Hughes H-4 Hercules



Stratolaunch logo from 2011–2019

The collaboration with SpaceX ended by 2012. In a 2015 interview, former president Chuck Beames (2014–2016) explained, "SpaceX was a partner, and like a lot of partnerships, it was just determined that it was best we went our separate ways – different ambitions. We were interested in their engines, but Elon and his team, they're about going to Mars, and we're just in a different place, and so I think it was a parting of the ways that was amicable".[14]

Stratolaunch Systems completed its first 8,200 m² (88,000 sq ft) composites production building in October 2012. In February 2013, the company completed construction of its 8,607 m² (92,640 sq ft) carrier assembly hangar and operations facilities at the Mojave Air and Space Port.

The carrier aircraft was originally projected to make its first test flight in 2015. By October 2013, the first flight of the carrier aircraft was pushed back until 2018 at the earliest, with the first flight of the air-launched rocket expected in 2019 at the earliest.[15]

In 2014, Stratolaunch announced that it was considering multiple launch vehicle options over a range of satellite sizes, and that some development work on the orbital launch vehicle has been slowed down to focus on completion of the carrier aircraft.[16]

In 2015, Stratolaunch Systems was placed under the supervision of Paul Allen's new aerospace company Vulcan Aerospace,[17] a subsidiary of Vulcan Inc. Beames stated, "Vulcan Aerospace is the company within Vulcan that plans and executes projects to shift how the world conceptualizes space travel through cost reduction and on-demand access. Vulcan Aerospace has its heritage in SpaceShipOne and oversees the Stratolaunch Systems project"[18]

Later in the year, in November 2015, Gary Wentz "stepped down as president and CEO of Stratolaunch Systems to join United Launch Alliance to lead human launch services" for ULA. Vulcan ended its contract with Orbital ATK in mid-2015 and indicated that a decision on a new rocket for the Stratolaunch Carrier Aircraft would be made in late 2015.[19]

In 2017, Fast Company named the Stratolaunch one of the world's most innovative companies citing the air-launch system's size and ability to fly in inclement weather.[20] In April 2017, Stratolaunch formally transitioned its name from Vulcan Aerospace to Stratolaunch Systems Corporation.[4]

In May 2017, the Stratolaunch was rolled out for the first time to begin fueling tests, the first of many ground tests.[21]

In December 2017, the Stratolaunch was rolled out for the first taxi test on the runway at the Mojave Air and Space Port in California.[22]

In January 2019, Stratolaunch announced it was halting development of its own air-launched family of launch vehicles. This followed the death of Stratolaunch founder Paul Allen in October 2018, who had been the source of funds for the capital intensive development program since its founding in 2011.[23] In April 2019, Jean Floyd remained CEO of Stratolaunch.[24]

On 31 May 2019, it was reported that the company would cease operations and that sale of its assets was being explored.[9][25][10] In the event, the company remained in operation and posted job openings, including listings for test pilots, in September 2019.[26]

In October 2019, the company announced continuing regular operation and change of ownership, but did not disclose the identity of the new owner [27][11] as Cerberus Capital Management, a specialist in the purchase of distressed companies, until December 2019.[1]

Stratolaunch began to rapidly reacquire staff in the fourth quarter of 2019, growing from just 13 employees in October 2019 to 87 employees by mid-December 2019. The company redirected its mission to providing high-speed flight test services.[2]

# Carrier aircraft

Allen and Rutan stated that Stratolaunch's carrier aircraft would have a wingspan of 117 m (385 ft) or about 6.1 m (20 ft) wider than the length of an Apollo-era Saturn V and about half as long as the Hindenburg class airships. This would make it the largest airplane, by wingspan, ever to fly. It will weigh in at over 540,000 kg (1,200,000 lb) including the fully fueled launch vehicle and will require a runway at least 3,700 m (12,000 ft) long. It can carry over 230,000 kg (500,000 lb) of payload.[21]

The carrier plane will be powered by six Pratt & Whitney PW4000, 205–296 kN (46,000–66,500 lbf) thrust-range jet engines, sourced from two used 747-400s that were cannibalized for engines, avionics, flight deck, landing gear and other proven systems to reduce initial development costs. The carrier is designed to have a range of 2,200 km (1,200 nmi) when flying an air launch mission.

In August 2015, Vulcan Aerospace then-president Chuck Beames said, "In 2016, I think, we'll have the aircraft flying... 80% is fabricated now... about 40% assembled... we should have final assembly done the end of this year or early next year. For the next few years, we'll do all of our test flights out of Mojave... There's already an air corridor that's established by the Air Force for this kind of stuff anyway, and we'll fly out over the Pacific".[14]

In the event, the first Stratolaunch carrier aircraft was not towed out of the Stratolaunch Mojave building to start ground testing until May 2017, at which time the company suggested they were planning for a first "launch demonstration" in 2019.[28]

Over the course of 2018, the Stratolaunch carrier aircraft performed taxi tests of increasing speed at the Mojave airport.[29][30]

On 9 January 2019, the Stratolaunch carrier aircraft completed a 110 knot (219 km/h) taxi test, and released an accompanying photo of the nose landing gear lifted off the ground during the test.[31][32]

The first successful flight test was performed on Saturday, 13 April 2019.[33] The aircraft flew for 2.5 hours, achieving a speed of 304 km/h and altitudes up to 5181 metres (17,000 feet).[34]

# Launch vehicle

### Launch rocket

Originally SpaceX was intended to provide a liquid-fueled rocket to serve as the means of lifting the Stratolaunch payload delivery vehicle into space by launching it at high altitude from under the carrier aircraft, but collaboration with SpaceX was abandoned in late 2012.[35]

In November 2012, Stratolaunch retained Orbital ATK on a "study contract" to develop and evaluate "several alternative configurations" for the vehicle to be launched from the carrier aircraft.[36]

By early 2013, Orbital ATK was under contract to develop the Pegasus II for the Stratolaunch space vehicle launch component: The Pegasus II was expected to be able to deliver up to 6,100 kilograms (13,500 lb) to low Earth orbit.[37]

In May 2014, it was announced that the Pegasus II solid-fuel rocket was not achieving design economic goals and that Stratolaunch had contracted with Aerojet Rocketdyne to build the RL10C-1 dual-motor liquid fuel engines for the launch vehicle.[38]

In October 2016, it was announced that "multiple" Pegasus XL rockets would be used by Stratolaunch.[39]

It was announced, on 13 September 2017, that Stratolaunch had signed an agreement with NASA to providing testing services to support propulsion for a vehicle. It was noted that Stratolaunch hired Jeff Thornburg as vice president of propulsion. Thornberg had worked both on the J-2X engine for NASA and helped develop the Raptor rocket engine at SpaceX. The implication is Stratolaunch has decided to go its own way in developing a launch vehicle. The NASA agreement stated that Stratolaunch plans to deliver the test device for "testing of its propulsion system test article element 1" at NASA's Stennis E1 test stand by the end of May 2018. The test series is scheduled to be completed by the end of 2018.[40]

On 2 November 2018, Stratolaunch completed the first hot-fire test of the "pre-burner" portion of its engine at NASA's Stennis Space Center.[41][42]

All Stratolaunch development work on its own family of launch vehicles ended in January 2019, but at that time, the company stated it continued to plan to launch the Pegasus XL rocket from the carrier aircraft.[23]

# Spaceplanes

### Crewed Dream Chaser study

Shortly after losing a NASA contract competition to SpaceX and Boeing in September 2014,[43] Sierra Nevada Corporation announced it had conceptualized a launch system that combined a scaled-down version of the company's Dream Chaser space plane with the Stratolaunch Systems high altitude air-launch system.[44]

In November 2014, Vulcan Aerospace released the results of the SNC/Stratolaunch space transportation architecture, which indicated that a reduced-size Dream Chaser in conjunction with the Stratolaunch-based launch system could provide a number of unique mission capabilities. The proposed system concept would have an outbound range of 1,900 kilometers; 1,200 miles (1,000 nmi) away from the departure airport, which would allow launches to any given orbital plane for rendezvous with another object in low Earth orbit on a daily basis. The launch vehicle in the study was a modified air-launched Orbital ATK rocket that is approximately 37 m (120 ft) in length. The crewed space plane payload would be a 75% sized version of the Dream Chaser vehicle previously proposed to NASA — while maintaining the relative outer mold line-6.9 m (22.5 ft) in length with a wingspan of 5.5 m (18.2 ft), which could carry 2 to 3 crewmembers plus a variety of scientific and research payloads.[45] The concept did not advance into development and was never built.

### Black Ice

An internal Stratolaunch concept, the *Black Ice* spaceplane was revealed in early 2018, as a possible payload for the Stratolaunch system. It would be a fully reusable rocketplane the size of the NASA Space Shuttle orbiter, and initially be robotic, with possible future crewed variant.[46] It is currently in development.

### Talon-A

Stratolaunch is developing a reusable, rocket-powered, hypersonic flight vehicle called **Talon-A** (formerly named Hyper-A testbed vehicle, as originally proposed in late 2018) that would be capable of flying at speeds of Mach 5–Mach 7 (6,125–8,575 km/h; 3,806–5,328 mph). As of March 2020, the vehicle is planned to go into operation in 2022. The aircraft is 8.5 m (28 ft) in length, with a wingspan of 3.4 m (11.3 ft), and is intended to have a launch mass of approximately 2,700 kg (6,000 lb).[47] The company reportedly has sufficient funding in place to complete early development through the first hypersonic test flight.[47]

Stratolaunch also has a concept in place, as of 2020, for a much larger Talon-Z that would be capable of carrying cargo payloads, and perhaps people as well, to orbit.[47]

# Facilities

In 2011, Stratolaunch Systems signed a 20-year lease agreement with the Kern County Airport Authority, Mojave, California, for the lease of 81,000 m² (20 acres) at the Mojave Air and Space Port to build production and launch facilities.[48]

By 2015, Stratolaunch had built a 8,200 m² (88,000 sq ft) fabrication hangar and a 8,607 m² (92,640 sq ft) assembly hangar located near Scaled Composites.[49] The first of two manufacturing buildings, the "88,000 square foot facility [to] be used to construct the composite sections of the wing and fuselage sections", was opened for production in October 2012, two months ahead of schedule and on budget.[50][51] Stratolaunch completed their second Mojave building, the very large hangar facility for the Stratolaunch Carrier Aircraft, in February 2013.[52]

On 31 May 2017, the first Stratolaunch carrier aircraft was towed from the Stratolaunch Mojave hangar to begin ground testing.[28][53] By late 2017, the plan was to have the first rocket air launch in 2019.[54] This was not achieved.

# See also

- White Knight One carrier aircraft
- White Knight Two carrier aircraft
- Comparison of orbital launch systems
- Airborne aircraft carrier
- Lockheed C-5 Galaxy launch of LGM-30 Minuteman
- North American X-15 earliest air-launched, crewed, sub-orbital spacecraft
- LauncherOne, Virgin Orbit's smaller scale proposal similar to StratoLaunch's
- Orbital Sciences Pegasus, a similar but smaller scale system
- Skylon
- Conroy Virtus, a proposed aircraft that could have been the shuttle launch vehicle

# References

1. "Buyer of Paul Allen's Stratolaunch space venture is secretive Trump ally" (https://www.geekwire.co m/2019/exclusive-buyer-paul-allens-stratolaunch-space-venture-secretive-trump-ally//). *geekwire.com*. December 11, 2019. Retrieved January 25, 2020.

2. @WJeanFloyd (December 10, 2019). "Stratolaunch grew from 13 to 87 employees over the past 2 months. 2020 will be a great year" (https://twitter.com/WJeanFloyd/status/1204552846143713280) (Tweet). Retrieved December 11, 2019 – via Twitter.

3. "Stratolaunch" (http://www.stratolaunch.com/). *www.stratolaunch.com*. Archived (https://web.archive. org/web/20190415175523/https://www.stratolaunch.com/) from the original on April 15, 2019. Retrieved June 2, 2017.

4. "Paul Allen's Vulcan Aerospace is now Stratolaunch, with a redesigned website" (https://www.geekwi re.com/2017/paul-allen-stratolaunch-vulcan-aerospace/). *GeekWire*. April 1, 2017. Archived (https:// web.archive.org/web/20170708135548/https://www.geekwire.com/2017/paul-allen-stratolaunch-vulca n-aerospace/) from the original on July 8, 2017. Retrieved June 2, 2017.

5. "Revolutionary Air-Launched Commercial Rocket to Orbit Announced by Microsoft Billionaire Paul Allen - Universe Today" (http://www.universetoday.com/91737/revolutionary-air-launched-commercial -rocket-to-orbit-announced-by-microsoft-billionaire-paul-allen/). December 14, 2011. Archived (http s://web.archive.org/web/20150312030417/http://www.universetoday.com/91737/revolutionary-air-lau nched-commercial-rocket-to-orbit-announced-by-microsoft-billionaire-paul-allen/) from the original on March 12, 2015. Retrieved August 5, 2015.

6. "Welcome huntsvillenewswire.com - BlueHost.com" (http://www.huntsvillenewswire.com/2011/12/13/dynetics-build-major-system-space-launch-vehicle/). *www.huntsvillenewswire.com*. Archived (https://web.archive.org/web/20150924031949/http://www.huntsvillenewswire.com/2011/12/13/dynetics-build-major-system-space-launch-vehicle/) from the original on September 24, 2015. Retrieved August 6, 2015.

7. "Stratolaunch becomes world's largest aircraft to fly" (https://www.flightglobal.com/news/articles/pictures-stratolaunch-becomes-worlds-largest-aircr-457453/). *Flightglobal*. April 13, 2019. Archived (https://web.archive.org/web/20190414071438/https://www.flightglobal.com/news/articles/pictures-stratolaunch-becomes-worlds-largest-aircr-457453/) from the original on April 14, 2019. Retrieved April 14, 2019.

8. "Maior avião do mundo decola na Califórnia" (https://g1.globo.com/mundo/noticia/2019/04/14/maior-aviao-do-mundo-decola-na-california-envergadura-e-maior-que-campo-de-futebol.ghtml). *G1* (in Portuguese). April 13, 2019. Archived (https://web.archive.org/web/20190414130010/https://g1.globo.com/mundo/noticia/2019/04/14/maior-aviao-do-mundo-decola-na-california-envergadura-e-maior-que-campo-de-futebol.ghtml) from the original on April 14, 2019. Retrieved April 14, 2019.

9. "Exclusive: Space firm founded by billionaire Paul Allen closing..." (https://www.reuters.com/article/us-space-exploration-stratolaunch-exclus-idUSKCN1T12FD) *Reuters*. June 1, 2019. Archived (https://web.archive.org/web/20190606193839/https://www.reuters.com/article/us-space-exploration-stratolaunch-exclus-idUSKCN1T12FD) from the original on June 6, 2019. Retrieved June 1, 2019.

10. "The world's largest airplane is up for sale for $400 million" (https://www.cnbc.com/2019/06/14/vulcan-selling-stratolaunch-worlds-largest-airplane-for-400-million.html). June 14, 2019. Archived (https://web.archive.org/web/20190619195529/https://www.cnbc.com/2019/06/14/vulcan-selling-stratolaunch-worlds-largest-airplane-for-400-million.html) from the original on June 19, 2019. Retrieved June 19, 2019.

11. "Stratolaunch gets mystery new owner" (https://spacenews.com/stratolaunch-gets-mystery-new-owner/). *SpaceNews.com*. October 12, 2019. Retrieved October 16, 2019.

12. "The Space Review: Stratolaunch: SpaceShipThree or Space Goose?" (http://www.thespacereview.com/article/1994/1) *www.thespacereview.com*. Archived (https://web.archive.org/web/20120315173222/http://thespacereview.com/article/1994/1) from the original on March 15, 2012. Retrieved March 13, 2012.

13. Kelley, Mike (December 15, 2011). "Dynetics to provide systems integration for new commercial space launch system" (http://www.al.com/42/index.ssf/2011/12/dynetics_to_provide_systems_in.html). *Huntsville Times*. Archived (https://web.archive.org/web/20120108001931/http://www.al.com/42/index.ssf/2011/12/dynetics_to_provide_systems_in.html) from the original on January 8, 2012. Retrieved December 18, 2011.

14. "Update: Vulcan Aerospace / Stratolaunch - SpaceFlight Insider" (http://www.spaceflightinsider.com/missions/commercial/update-vulcan-aerospace-stratolaunch/). *www.spaceflightinsider.com*. Archived (https://web.archive.org/web/20150822214711/http://www.spaceflightinsider.com/missions/commercial/update-vulcan-aerospace-stratolaunch/) from the original on August 22, 2015. Retrieved August 5, 2015.

15. "Stratolaunch tests all six engines on its massive rocket-launching plane" (https://www.theverge.com/2017/9/20/16335600/stratolaunch-aircraft-paul-allen-rocket-engine-test). Archived (https://web.archive.org/web/20170920214239/https://www.theverge.com/2017/9/20/16335600/stratolaunch-aircraft-paul-allen-rocket-engine-test) from the original on September 20, 2017. Retrieved September 20, 2017.

16. Foust, Jeff (April 15, 2015). "Stratolaunch Considering Using Multiple Launch" (http://spacenews.com/stratolaunch-considering-using-multiple-launch-vehicles/). *Space News*. Retrieved April 25, 2015.

17. "Vulcan Aerospace Corporation in Seattle, WA - Company Info & Reviews" (http://www.bizapedia.com/wa/VULCAN-AEROSPACE-CORPORATION.html). *Bizapedia.com*.

18. "Paul Allen Launches 'Vulcan Aerospace' to Boost Private Space Travel" (http://www.space.com/29117-vulcan-aerospace-paul-allen-private-spaceflight.html). Archived (https://web.archive.org/web/20151107180319/http://www.space.com/29117-vulcan-aerospace-paul-allen-private-spaceflight.html) from the original on November 7, 2015. Retrieved August 5, 2015.

19. Stratolaunch's Plans Up in the Air (http://spacenews.com/stratolaunchs-future-up-in-the-air/), Jeff Foust, SpaceNews, 18 November 2015, accessed 28 November 2015.

20. "Stratolaunch Systems" (https://www.fastcompany.com/company/stratolaunch-systems). Fast Company (Mansueto Ventures, LLC). 2018. Archived (https://web.archive.org/web/20190406060246/https://www.fastcompany.com/company/stratolaunch-systems) from the original on April 6, 2019. Retrieved April 16, 2019.

21. Phil Gast. "World's largest airplane is rolled out" (http://www.cnn.com/2017/05/31/us/worlds-largest-airplane-rolled-out-paul-allen/index.html). *CNN*. Archived (https://web.archive.org/web/20170601040917/http://www.cnn.com/2017/05/31/us/worlds-largest-airplane-rolled-out-paul-allen/index.html) from the original on June 1, 2017. Retrieved June 1, 2017.

22. GeekWire, Alan Boyle. "Paul Allen's Stratolaunch space venture puts monster plane through first taxi test" (https://www.geekwire.com/2017/paul-allens-stratolaunch-space-venture-puts-monster-airplane-first-taxi-test/). *Geekwire*. Archived (https://web.archive.org/web/20171222025213/https://www.geekwire.com/2017/paul-allens-stratolaunch-space-venture-puts-monster-airplane-first-taxi-test/) from the original on December 22, 2017. Retrieved December 20, 2017.

23. Foust, Jeff (January 18, 2019). "Stratolaunch abandons launch vehicle program" (https://spacenews.com/stratolaunch-abandons-launch-vehicle-program/). *SpaceNews*. Retrieved February 6, 2019.

24. Stratolaunch Aircraft First Flight Press Briefing (https://www.stratolaunch.com/2019/04/13/stratolaunch-aircraft-first-flight-press-briefing/), 13 April 2019, accessed 19 September 2019.

25. Niles, Russ (June 15, 2019). "Stratolaunch Price Tag $400,000,000" (https://web.archive.org/web/20190617200826/https://www.avweb.com/aviation-news/stratolaunch-price-tag-400000000/). *AVweb*. Archived from the original (https://www.avweb.com/aviation-news/stratolaunch-price-tag-400000000/) on June 17, 2019. Retrieved June 17, 2019.

26. "Stratolaunch rebuilds team" (https://www.geekwire.com/2019/year-paul-allens-death-stratolaunch-rebuilds-team-worlds-biggest-plane/). *GeekWire*. Retrieved October 11, 2019.

27. "Stratolaunch Transitions Ownership" (https://www.stratolaunch.com/2019/10/11/stratolaunch-transitions-ownership/). *Stratolaunch*. October 11, 2019. Retrieved October 16, 2019.

28. "Paul Allen's colossal Stratolaunch plane emerges from its lair" (http://www.seattletimes.com/business/boeing-aerospace/allens-colossal-stratolaunch-plane-emerges-from-its-lair/). May 31, 2017. Archived (https://web.archive.org/web/20170601230235/http://www.seattletimes.com/business/boeing-aerospace/allens-colossal-stratolaunch-plane-emerges-from-its-lair/) from the original on June 1, 2017. Retrieved June 1, 2017.

29. "Billionaire Paul Allen ramps up Stratolaunch's taxi speed in new tests" (https://www.bizjournals.com/seattle/news/2018/02/26/paul-allen-stratolaunch-high-speed-taxi-test-video.html). Archived (https://web.archive.org/web/20180429104234/https://www.bizjournals.com/seattle/news/2018/02/26/paul-allen-stratolaunch-high-speed-taxi-test-video.html) from the original on April 29, 2018. Retrieved February 27, 2018.

30. Wall, Mike (October 29, 2018). "Stratolaunch's Rocket Carrier, the Biggest Airplane Ever Built, Aces Fastest Runway Test Yet" (https://www.space.com/42281-stratolaunch-rocket-mothership-runway-test-video.html). *space.com*. Archived (https://web.archive.org/web/20181102023949/https://www.space.com/42281-stratolaunch-rocket-mothership-runway-test-video.html) from the original on November 2, 2018. Retrieved November 2, 2018.

31. Alan Boyle (January 9, 2018). "Stratolaunch gets world's biggest airplane ready for takeoff with 136 mph taxi test" (https://www.geekwire.com/2019/stratolaunch-gets-worlds-biggest-airplane-ready-takeoff-136-mph-taxi-test/). *Geekwire*. Archived (https://web.archive.org/web/20190110024901/https://www.geekwire.com/2019/stratolaunch-gets-worlds-biggest-airplane-ready-takeoff-136-mph-taxi-test/) from the original on January 10, 2019. Retrieved January 10, 2018.

32. "Stratolaunch airplane nears first flight" (https://spacenews.com/stratolaunch-airplane-nears-first-fligh
t/). *SpaceNews.com*. January 10, 2019. Retrieved June 1, 2019.

33. "World's largest plane makes first flight over California" (https://www.reuters.com/article/us-space-ex
ploration-stratolaunch-idUSKCN1RQ00M). April 14, 2019. Archived (https://web.archive.org/web/201
90611233624/https://www.reuters.com/article/us-space-exploration-stratolaunch-idUSKCN1RQ00M)
from the original on June 11, 2019. Retrieved June 1, 2019 – via www.reuters.com.

34. "Archived copy" (https://www.cbc.ca/news/technology/stratolaunch-flight-longest-wingspan-1.509806
3). Archived (https://web.archive.org/web/20190416014510/https://www.cbc.ca/news/technology/stra
tolaunch-flight-longest-wingspan-1.5098063) from the original on April 16, 2019. Retrieved April 15,
2019.

35. Dan Leone (November 30, 2012). "Orbital Sciences Replaces SpaceX on Stratolaunch Project" (htt
p://spacenews.com/32591orbital-sciences-replaces-spacex-on-stratolaunch-project/). Space News.

36. "Orbital Sciences Replaces SpaceX on Stratolaunch Project" (http://www.spacenews.com/article/orbi
tal-science-replaces-spacex-on-stratolaunch-project#.ULlaxYas-Fh). *SpaceNews.com*. November
30, 2012. Retrieved December 1, 2012.

37. Bergin, Chris (May 25, 2013). "Stratolaunch and Orbital – The Height of Air Launch" (http://www.nas
aspaceflight.com/2013/05/stratolaunch-orbital-air-launch/). *NASA SpaceFlight*. Archived (https://web.
archive.org/web/20130608063833/http://www.nasaspaceflight.com/2013/05/stratolaunch-orbital-air-la
unch/) from the original on June 8, 2013. Retrieved May 24, 2013.

38. "Aerojet Rocketdyne to Provide Upper-Stage Propulsion for Revolutionary Eagles Launch System -
Aerojet Rocketdyne" (https://www.rocket.com/article/aerojet-rocketdyne-provide-upper-stage-propulsi
on-revolutionary-eagles-launch-system). *www.rocket.com*. Archived (https://web.archive.org/web/201
50711160240/https://www.rocket.com/article/aerojet-rocketdyne-provide-upper-stage-propulsion-revo
lutionary-eagles-launch-system) from the original on July 11, 2015. Retrieved July 10, 2015.

39. "Stratolaunch to launch Pegasus rockets - SpaceNews.com" (http://spacenews.com/stratolaunch-to-l
aunch-pegasus-rockets/). October 6, 2016.

40. "NASA agreement sign of Stratolaunch engine development program" (https://spacenews.com/nasa-
agreement-sign-of-stratolaunch-engine-development-program/). *SpaceNews.com*. November 15,
2017. Retrieved June 1, 2019.

41. Stratolaunch (November 6, 2018). "Stratolaunch Completes First, Full-Scale Preburner Test on PGA
Engine" (https://www.stratolaunch.com/2018/11/06/stratolaunch-completes-first-full-scale-preburner-t
est-on-pga-engine/). *stratolaunch.com*. Archived (https://web.archive.org/web/20181109070727/http
s://www.stratolaunch.com/2018/11/06/stratolaunch-completes-first-full-scale-preburner-test-on-pga-e
ngine/) from the original on November 9, 2018. Retrieved November 9, 2018.

42. Shah, Saqib (November 7, 2018). "Stratolaunch successfully tests a core component of its rocket
engines" (https://www.engadget.com/2018/11/07/stratolaunch-rocket-engine-component-test/).
*engadget.com*. Archived (https://web.archive.org/web/20181109070913/https://www.engadget.com/2
018/11/07/stratolaunch-rocket-engine-component-test/) from the original on November 9, 2018.
Retrieved November 9, 2018.

43. "NASA Chooses American Companies to Transport U.S. Astronauts to International Space Station"
(http://www.nasa.gov/press/2014/september/nasa-chooses-american-companies-to-transport-us-astr
onauts-to-international). NASA. September 16, 2014. Archived (https://web.archive.org/web/2014091
8000227/http://www.nasa.gov/press/2014/september/nasa-chooses-american-companies-to-transpor
t-us-astronauts-to-international/) from the original on September 18, 2014. Retrieved September 18,
2014. ⊘ *This article incorporates text from this source, which is in the public domain.*

44. "Sierra Nevada and Stratolaunch Team Up on Dream Chaser Space Plane" (http://www.nbcnews.co
m/science/space/sierra-nevada-stratolaunch-team-dream-chaser-space-plane-n215386). NBC
News. October 1, 2014. Archived (https://web.archive.org/web/20141001215312/http://www.nbcnew
s.com/science/space/sierra-nevada-stratolaunch-team-dream-chaser-space-plane-n215386) from
the original on October 1, 2014. Retrieved October 1, 2014.

45. Gebhardt, Chris (November 26, 2014). "SNC, Stratolaunch expand on proposed Dream Chaser flights" (http://www.nasaspaceflight.com/2014/11/snc-stratolaunch-dream-chaser-flights/). *NASASpaceFlight.com*. Archived (https://web.archive.org/web/20141128230714/http://www.nasaspaceflight.com/2014/11/snc-stratolaunch-dream-chaser-flights/) from the original on November 28, 2014. Retrieved November 27, 2014.

46. Christian Davenport (March 6, 2018). "Why is Paul Allen building the world's largest airplane? Perhaps to launch a space shuttle called Black Ice" (https://www.washingtonpost.com/news/the-switch/wp/2018/03/06/why-is-paul-allen-building-the-worlds-largest-airplane-perhaps-to-launch-a-space-shuttle-called-black-ice/). Washington Post. Archived (https://web.archive.org/web/20180326171049/https://www.washingtonpost.com/news/the-switch/wp/2018/03/06/why-is-paul-allen-building-the-worlds-largest-airplane-perhaps-to-launch-a-space-shuttle-called-black-ice/) from the original on March 26, 2018. Retrieved April 1, 2018.

47. Boyle, Alan (March 30, 2020). "Stratolaunch resurrects its hypersonic rocket vehicle under a new name: Talon-A" (https://www.geekwire.com/2020/stratolaunch-resurrects-hypersonic-rocket-vehicle-new-name-talon/). *GeekWire*.

48. "Stratolaunch Systems Signs Lease with Mojave Air and Space Port" (https://www.webcitation.org/640piGLF6?url=http://stratolaunch.com/news.html) (Press release). Huntsville, Alabama: Stratolaunch Systems. May 31, 2011. Archived from the original (http://stratolaunch.com/news.html) on December 18, 2011. Retrieved December 14, 2011.

49. "Stratolaunch News" (http://stratolaunchsystems.com/news.html). *stratolaunchsystems.com*. Archived (https://web.archive.org/web/20120706053316/http://stratolaunchsystems.com/news.html) from the original on July 6, 2012. Retrieved July 12, 2012.

50. Lindsay, Clark (October 23, 2012). "Stratolaunch opens production facility at Mojave spaceport" (http://newspacewatch.com/articles/stratolaunch-opens-production-facility-at-mojave-spaceport.html). *NewSpace Watch*. Retrieved October 27, 2012.

51. Messier, Doug (November 5, 2012). "A Birdzilla's Eye View of the Stratolaunch Hangar Under Construction" (http://www.parabolicarc.com/2012/11/05/a-birdzillas-eye-view-of-the-stratolaunch-hangar-under-construction/). *Parabolic Arc*. Archived (https://web.archive.org/web/20131104103518/http://www.parabolicarc.com/2012/11/05/a-birdzillas-eye-view-of-the-stratolaunch-hangar-under-construction/) from the original on November 4, 2013. Retrieved November 7, 2012.

52. Messier, Doug (February 20, 2013). "Stratolaunch Systems Opens Hangar in Mojave" (http://www.parabolicarc.com/2013/02/20/stratolaunch-systems-opens-hangar-in-mojave/). *Parabolic Arc*. Archived (https://web.archive.org/web/20130223023011/http://www.parabolicarc.com/2013/02/20/stratolaunch-systems-opens-hangar-in-mojave/) from the original on February 23, 2013. Retrieved February 22, 2013.

53. "Meet the Stratolaunch, the world's largest airplane" (https://www.cnet.com/pictures/meet-the-stratolaunch-the-worlds-largest-airplane/). *www.cnet.com*. Cnet. Archived (https://web.archive.org/web/20180405111206/https://www.cnet.com/pictures/meet-the-stratolaunch-the-worlds-largest-airplane/) from the original on April 5, 2018. Retrieved April 5, 2018.

54. "Stratolaunch Fires Up Its Engines" (http://robbreport.com/motors/aviation/stratolaunch-starts-engines-2753516/). *Robb Report*. Archived (https://web.archive.org/web/20171113003138/http://robbreport.com/motors/aviation/stratolaunch-starts-engines-2753516/) from the original on November 13, 2017. Retrieved November 12, 2017.

# External links

- Official website (https://www.stratolaunch.com/)

- Original Video – Animation of Stratolaunch (https://www.youtube.com/watch?v=sh29Pm1Rrc0&feature=g-all&list=PL1AFCED329929AFD3) with SpaceX Falcon 9 Air launch vehicle, December 2011.

- Revised Video – Animation of Stratolaunch (https://www.youtube.com/watch?v=YgJFKUiuDBE) with Orbital Pegasus II launch vehicle, June 2013.
- Video – Stratolaunch Systems Press Conference 2011-12-13 (https://www.youtube.com/watch?v=tc6c8i9q2IE&feature=g-all)
- Thinking big in space (https://www.economist.com/blogs/babbage/2011/12/spaceflight), The Economist, Dec 27, 2011.
- Stratolaunch and the X-15 (http://www.high-frontier.org/stratolaunch-and-the-x-15/)
- Stratolaunch First Flight, with landing (https://www.youtube.com/watch?v=ZBj3FCdYS80), Stratolaunch Systems, April 2019.

---

Retrieved from "https://en.wikipedia.org/w/index.php?title=Stratolaunch_Systems&oldid=959345580"

---

**This page was last edited on 28 May 2020, at 10:01 (UTC).**

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

# Exhibit KK

Amazon nursing 'Stolen Child' – Variety

HOME  >  DIGITAL  >  FEATURES

Feb 21, 2008 7:00pm PT

# Amazon nursing 'Stolen Child'

Website's first film doesn't appear to be the last

**By Marc Graser** ∨

0

    

Amazon as film producer?

It may not have made complete sense two years ago when the e-tailing giant picked up film rights to Keith Donahue's fantasy tome "The Stolen Child."

But the Seattle-based company is now getting closer to establishing itself as an entertainment player. It's spent the last three years buying or creating ways to self-produce, distribute and market the films it may end up making.

Amazon set up "Stolen Child" at 20th Century Fox last year, where it's in development. The company won't finance the production; Fox will foot the bill, with Amazon agreeing to mightily push the pic.

Since the website is a heavy mover of books, DVDs, CDs, etc., it seems like a perfect match. It's a strategy Hasbro and Mattel are also pursuing, with the idea that films will help sell more toys. So in Amazon's case, why not use films to sell more books, music and DVDs — or digital forms of any of the three?

ADVERTISEMENT

Exhibit LL

Case 3:20-cv-01596-VC Document 43 Filed 06/11/20 Page 226 of 239



**The New York Times**  https://nyti.ms/35GvUsW

# You Will Not Live to See Your Next

Life and fate, 75 years after Mauthausen.



**By Bret Stephens**
Opinion Columnist

May 8, 2020

New Year's Eve, 1943. Lajos Stillmann is celebrating his 22nd birthday with friends in a Budapest apartment. Someone suggests paying a visit to a nearby palm reader. Stillmann goes along, reluctantly. The palm reader takes a look at his hand, then tells him she would rather not say what she's seen.

He insists, and she relents. "You will not live to see your next birthday," she says.



Luis Stillmann, age 17, in 1939.
via Luis Stillmann

New Year's Eve, 1944. Hungary's puppet Nazi regime has handed Stillmann and other Jews over to the Germans. He is put to work as a slave laborer, digging trenches and tank traps along the Austrian border.

A young soldier from an S.S. unit accuses someone in Stillmann's work crew of stealing a pair of gloves. He orders the workers to line up in rows and threatens to kill the 10th man in each row if the gloves don't materialize.

Stillmann casts a sideways glance down his row and counts. He's the 10th man. The soldier draws his pistol, turns to Stillmann, asks whether he has the gloves. Right then, a German officer arrives and orders the soldier to holster his weapon and move along. Stillmann is spared.

The thought runs through his mind: "I shouldn't be so dismissive of fortune tellers."

Case 3:20-cv-01596-VC   Document 43   Filed 06/11/20   Page 227 of 239

That evening, Stillmann and other prisoners are put on a  marched in darkness until they reach a gate that opens to

Stillmann learns where he is: Mauthausen, a concentratio

Soon after his arrival he runs into Jancsi, his best friend f
Kiskunfélegyháza. His friend is filthy, skeletal, stinking. S
and tells him he will look for him the next day. Jancsi dies

Stillmann is put to work in the camp's rock quarry. The guards have become lethargic. They don't torture the prisoners, but they barely feed them. He tries to conserve his strength and waits for the end to come, either the war's or his own. A few months later he is forced to march again, this time toward a sub-camp called Gunskirchen. Along the way, at night, he is stopped at gunpoint by an S.S. officer.

"Here we go again," Stillmann tells himself.

"You are a Jew," the officer says.

"I am not a Jew, I'm Portuguese," Stillmann replies. He produces a falsified passport obtained the previous summer thanks to a family relative working in Lisbon's embassy in Budapest.

"Swear that Germany is winning the war and I'll let you go," the officer says.

"Germany has already won the war," he answers. Between 60 and 70 percent of Hungary's Jews have already perished in the Holocaust. The officer puts away his gun.

They are not long in the new camp before it is liberated by elements of the 71st Division and the African-American 761st Tank Battalion. The date is Friday, May 4, 1945. Prisoners, half-crazed with hunger, crawl toward their liberators over ground that is a putty of mud, urine and feces. Stillmann, with an infected leg wound, makes his way to a nearby American field hospital. He weighs 83 lbs.



Luis Stillmann on his honeymoon, circa 1948, in Michoacan, Mexico. via Luis Stillmann

Sign in to nytimes.com with Google

Steve Wilson Briggs
snc.steve@gmail.com

Steve Wilson Briggs
ukwg.steve@gmail.com

He recovers and serves a stint as an interpreter for the Americans. He meets George Patton. After several months he decides to go home. In his hometown he finds survivors who had been with his mother at Auschwitz. She had passed the initial selection, then got sick and vanished.

One night, in a dream, he sees his father bury family heirlooms under a lilac tree in the garden. In the morning he takes a shovel to the spot he dreamed about and finds the heirlooms.

Russian troops are quartered in his family home. He slips across the border to Austria, where he shuffles between displaced-persons camps while looking for a country that might take him. A visa from Mexico comes through, and Lajos becomes Luis. There he meets Buba, also a Hungarian refugee and an

Auschwitz survivor. Together they raise a thriving family.
executive and a pillar of the Mexican-Jewish community.

Sign in to nytimes.com with Google  ✕

Steve Wilson Briggs
snc.steve@gmail.com

Steve Wilson Briggs
ukwg.steve@gmail.com



Buba and Luis Stillmann in Mexico City in 2020.  via Luis Stillmann

I've known Luis nearly my whole life, thanks to his friendship with my parents. When I see him and say, "I'm so happy to see you," he's fond of replying, "You have no idea how happy I am to see you." At 98, he cherishes his grandchildren and great-grandchildren, slips effortlessly between cultures and languages, dispenses sound medical advice to his friends, propounds historical counterfactuals, has an endless stock of anecdotes (some heartbreaking, many hilarious), and is always good for a joke. He's the most positive man I've ever met.

Lately, he and Buba have been staying at home — Covid-

the memoir on which this column is based. *"¿Es una tonte*

promise there's nothing foolish about it at all: It's a monu

dark prophecies, remember how one man survived a dark

*The Times is committed to publishing a diversity of letters to the editor. W*
*articles. Here are some tips. And here's our email: letters@nytimes.com.*

*Follow The New York Times Opinion section on Facebook, Twitter (@NYTo*



Sign in to nytimes.com with Google

Steve Wilson Briggs
snc.steve@gmail.com

Steve Wilson Briggs
ukwg.steve@gmail.com

# Exhibit MM

# WIKIPEDIA

# Bret Stephens

**Bret Louis Stephens** (born November 21, 1973) is a conservative American journalist, editor, and columnist. He began working at The New York Times in late April 2017 and as a senior contributor to NBC News in June 2017.[1][2]

Stephens worked for The Wall Street Journal as a foreign-affairs columnist and the deputy editorial page editor and was responsible for the editorial pages of its European and Asian editions. From 2002 to 2004, he was editor-in-chief of The Jerusalem Post. He won the Pulitzer Prize for commentary in 2013.

Stephens is known for his neoconservative foreign policy opinions and being part of the right-of-center opposition to Donald Trump, as well as for his contrarian views on climate change.

## Contents
Biography
Journalism career
Awards and recognition
Published works
Controversy
Views and opinions
    Foreign policy
    Domestic politics
    Global warming
Published works
References
External links

| Bret Stephens | |
|---|---|
|  | |
| **Born** | Bret Louis Stephens November 21, 1973 New York City, New York, U.S. |
| **Education** | University of Chicago (BA) London School of Economics (MSc) |
| **Occupation** | Political commentator |
| **Spouse(s)** | Corinna da Fonseca-Wollheim |

## Biography

Bret Stephens was born in New York City,[3] the son of Xenia and Charles J. Stephens, a former vice president of General Products, a chemical company in Mexico.[4][5] Both his parents were secular Jews. His paternal grandfather, Louis Ehrlich, was born in Kishenev (today Chişinău, Moldova) in 1901; he fled with his family to New York after a pogrom. Ehrlich changed the family surname to Stephens (after poet James Stephens).[6] Louis Stephens moved to Mexico City, where he founded General Products and built his fortune.[7] Louis married Annette Margolis and had two sons, Charles and Luis. Charles married

Xenia. They moved to Mexico City with their newborn son Bret to help run the chemical company inherited from their father.[8] Bret Stephens was raised in Mexico City. As a teenager, he attended boarding school at Middlesex School in Massachusetts.

Stephens earned an undergraduate degree in political philosophy from the University of Chicago and a master's degree in comparative politics[9] at the London School of Economics.

He is married to Corinna da Fonseca-Wollheim, a music critic who writes for *The New York Times*. The couple has three children, and lives in New York City.[10][11] He was previously married to Pamela Paul, the editor of *The New York Times Book Review*.[5] Having spent his childhood in Mexico, he is fluent in Spanish.[12]

# Journalism career

Stephens began his career at *The Wall Street Journal* as an op-ed editor in New York. He later worked as an editorial writer for the *Wall Street Journal Europe*, in Brussels.[13] Stephens edited the weekly "State of the Union" column on the European Union.[14] He has been a frequent contributor to *Commentary* magazine.

In 2002, Stephens moved to Israel to become the editor-in-chief of the *Jerusalem Post*.[15] He was 28 years old. *Haaretz* reported at the time that the appointment of Stephens, a non-Israeli, as editor triggered some unease among senior *Jerusalem Post* management and staff.[14] Stephens said that one of the reasons he left the *Wall Street Journal* for the *Jerusalem Post* was because he believed that Western media was getting the Israel story wrong.[15] "I do not think Israel is the aggressor here," Stephens said. "Insofar as getting the story right helps Israel, I guess you could say I'm trying to help Israel."[15] Stephens led the *Jerusalem Post* during the worst years of the Palestinian campaign of suicide bombings against Israel and pointed the paper in a more neoconservative direction.[15] In 2003, the *Jerusalem Post* named Deputy Secretary of Defense Paul Wolfowitz, an architect of the Iraq war, as its Man of the Year.[15] Stephens left the Jerusalem Post in 2004 and returned to the Wall Street Journal.[16] In 2006, he took over the *Journal*'s "Global View" column after George Melloan retired.

In April 2017, Stephens left the *Journal* and joined the *New York Times* as an opinion columnist.[2] The following June, he began appearances as an on-air contributor to NBC News and MSNBC.[17]

# Awards and recognition

In 2005, Stephens was named a Young Global Leader by the World Economic Forum.[13] He won the 2008 Eric Breindel Award for Excellence in Opinion Journalism.[18] In 2009, he was named deputy editorial page editor after the retirement of Melanie Kirkpatrick. In 2010, Stephens won the Bastiat Prize.[13]

Stephens won the 2013 Pulitzer Prize for Commentary, for "incisive columns on U.S. foreign policy and domestic politics, often enlivened by a contrarian twist."[19][20] Stephens is a national judge of the Livingston Award.[21][22] In 2015, Stephens joined the Real-Time Academy of Short Form Arts & Sciences.[23] The Real-Time Academy judges contestants for the Shorty Awards, which honor the best individuals and organizations on social media.[24]

Stephens has chaired two Pulitzer juries.[22] In 2016, Stephens was the chair of the jury that awarded the Pulitzer Prize for International Reporting to Alyssa Rubin of *The New York Times*.[25] In 2017, Stephens was the chair of the jury that awarded the Pulitzer Prize for Editorial Writing to Art Cullen of *The Storm Lake Times*.[26]

# Published works

Stephens's book *America in Retreat: The New Isolationism and the Coming Global Disorder* was released in November 2014.[13] In it, Stephens presents his belief that the U.S. has been retreating from its role as the "world's policeman" in recent decades, which will lead to ever-greater world problems.

# Controversy

In August 2019, Stephens sent a complaint to a George Washington University professor and the university's provost about a tweet in which the professor called Stephens a "bedbug."[27][28] The topic of Stephens's next column was the "rhetoric of infestation" used by authoritarian regimes such as Nazi Germany. The column was interpreted as criticism of the GWU professor and other critics of Stephens.[29][30][31]

In December 2019, Stephens' column "The Secrets of Jewish Genius",[32] in which he contended that Ashkenazi Jews have superior intelligence, led to accusations of eugenics and racism. The column originally said, "Ashkenazi Jews might have a marginal advantage over their gentile peers when it comes to thinking better. Where their advantage more often lies is in thinking different."[33][34] Following widespread criticism, *The New York Times* editors deleted the section of Stephens' op-ed in which he appeared to endorse the view that Ashkenazi Jews are genetically superior to other groups.[35] The editors said that Stephens erred in citing an academic study by an author with "racist views" whose 2005 paper advanced a genetic hypothesis for the basis of intelligence among Ashkenazi Jews.[35]

# Views and opinions

## Foreign policy

Foreign policy was one of the central subjects of the columns for which Stephens won the Pulitzer Prize.[20] His foreign policy opinions have been characterized as neoconservative, part of a right-wing political movement associated with president George W. Bush that advocated the use of military force abroad, particularly in the Middle East, as a way of promoting democracy there.[36][37] Stephens was a "prominent voice" among the media advocates for the start of the 2003 Iraq War,[36] for instance writing in a 2002 column that, unless checked, Iraq was likely to become the first nuclear power in the Arab world.[38] Although the weapons of mass destruction used as a *casus belli* were never shown to exist, Stephens continued to insist as late as 2013 that the Bush administration had "solid evidence" for going to war.[38] Stephens has also argued strongly against the Iran nuclear deal and its preliminary agreements, arguing that they were a worse bargain even than the 1938 Munich Agreement with Nazi Germany.[38]

Stephens is a supporter of Israel.[39] Stephens has caused controversy for his remarks referring to an Egyptian athlete's refusal to shake his Israeli Olympic opponent's hand as "the disease of the Arab mind".[40][41] Stephens argues that this incident is indicative of the problem of anti-semitism in the Arab

world.[42]

## Domestic politics

During the campaign for the 2016 United States presidential election, Stephens became part of the Stop Trump movement, regularly writing *Wall Street Journal* articles opposing the candidacy of Donald Trump,[43] and becoming "one of Trump's most outspoken conservative critics".[44] Stephens has compared Trump to Italian dictator Benito Mussolini.[45] After Trump was elected, Stephens continued to oppose him: In February 2017, Stephens gave the Daniel Pearl Memorial Lecture at the University of California, Los Angeles, and used the platform to denounce Trump's attacks on the media.[46] His opposition to Trump continued after he moved to the *Times*. For instance, in 2018 he argued that by the same logic Republicans used to justify impeaching Bill Clinton, they should push for Trump to be impeached.[47]

## Global warming

Stephens is also known for his climate change contrarianism,[48] and his mainstream media appointments have given him a prominent voice on this subject.[49] He has been described as a climate change denier;[43][50][51][52] Stephens disavows this term, and calls himself "agnostic" on the issue.[53][54]

Stephens accepts that human-caused global warming has been occurring, but denies that the change constitutes a threat,[48] and mocks climate change activism as hysterical alarmism[55] that distracts the public from issues he considers more important, such as terrorism.[56] He argues that global warming activism is based on theological beliefs, rather than science, as an outgrowth of western tendencies to expect punishment for sins.[48] He has also suggested that climate change activists would be more persuasive if they were less sure of their beliefs.[50][57]

Stephens' positions on this issue led to a protest in 2013 over his Pulitzer citation omitting his climate change columns,[55] and to a strong backlash against his 2017 *New York Times* posting.[43][53][57] In reaction, the *New York Times* defended the "intellectual honesty and fairness" of its new columnist.[54]

# Published works

- *America in Retreat: The New Isolationism and the Coming Global Disorder* (November 2014), ISBN 978-1591846628
- *Has Obama Made the World a More Dangerous Place?: The Munk Debate on U.S. Foreign Policy* (August 2015), ISBN 978-1770899964

# References

1. Stephens, Bret (April 28, 2017). "Climate of Complete Certainty" (https://www.nytimes.com/2017/04/28/opinion/climate-of-complete-certainty.html?emc=edit_ta_20170428&nl=top-stories&nlid=68634180&ref=cta&_r=0). *The New York Times*.
2. "Bret Stephens Joins NYT Opinion" (https://www.nytco.com/press/bret-stephens-joins-nyt-opinion/) (Press release). The New York Times Company. April 12, 2017. Retrieved September 3, 2019.

3. Bob Minzesheimer (interviewer) (January 17, 2015). "After Words with Bret Stephens" (http://www.c-span.org/video/?323813-1/words-bret-stephens). *After Words*. C-SPAN. 12:10 minutes in. Retrieved September 3, 2019. "First of all, I was born in New York and I'm wondering why Wikipedia keeps insisting that i was born in Mexico. But I was born to a father who had been born in Mexico and had a family business there..."

4. Balint, Judy Lash (January 23, 2003). "Getting To Know You" (http://www.jerusalemdiaries.com/article/76). *Israel Insider*. Retrieved September 3, 2019.

5. "Weddings; Pamela Paul, Bret Stephens" (https://www.nytimes.com/1998/09/20/style/weddings-pamela-paul-bret-stephens.html). *The New York Times*. September 20, 1998.

6. Stephens, Bret (June 26, 2009). "Being Bret Stephens -- Or Not" (https://www.wsj.com/articles/SB124598062987558143). *Wall Street Journal*. Archived (https://web.archive.org/web/20160304134715/http://www.wsj.com/articles/SB124598062987558143) from the original on March 4, 2016. Retrieved January 25, 2015.

7. Klion, David (September 24, 2019). "The Conscience of Bret Stephens" (https://newrepublic.com/article/155144/conscience-bret-stephens). *The New Republic*. ISSN 0028-6583 (https://www.worldcat.org/issn/0028-6583). Retrieved September 30, 2019.

8. Klion, David (September 24, 2019). "The Conscience of Bret Stephens" (https://newrepublic.com/article/155144/conscience-bret-stephens). *The New Republic*. ISSN 0028-6583 (https://www.worldcat.org/issn/0028-6583). Retrieved September 30, 2019.

9. "Wall Street Journal Editorial Page Appoints Key Editors for Its International Editions" (http://globenewswire.com/news-release/2009/08/12/402841/171295/en/Wall-Street-Journal-Editorial-Page-Appoints-Key-Editors-for-Its-International-Editions.html). *Global News Wire*. August 12, 2009.

10. Stephens, Bret (June 26, 2009). "Being Bret Stephens – Or Not" (https://www.wsj.com/articles/SB124598062987558143). *The Wall Street Journal*.

11. da Fonseca-Wollheim, Corinna (March 20, 2012). "Prelude and Fugue" (https://web.archive.org/web/20131112162925/http://www.tabletmag.com/jewish-life-and-religion/94336/prelude-and-fugue?all=1). *Tablet: A new read on Jewish life*. Archived from the original (http://www.tabletmag.com/jewish-life-and-religion/94336/prelude-and-fugue?all=1) on November 12, 2013.

12. Stephens, Bret (September 15, 2017). "Bret Stephens: Out of the Echo Chamber" (https://www.youtube.com/watch?v=60JPl6G791E). *YouTube* (Interview). Interviewed by Bill Maher. Los Angeles: Real Time with Bill Maher. Retrieved September 16, 2017.

13. "Bret Stephens: Deputy editor, editorial page, The Wall Street Journal" (https://web.archive.org/web/20170508085923/http://topics.wsj.com/person/S/bret-stephens/5463). *The Wall Street Journal*. Archived from the original (http://topics.wsj.com/person/S/bret-stephens/5463) on May 8, 2017. Retrieved September 3, 2019.

14. Hall, Charlotte (December 24, 2001). "Jerusalem Post Names New Editor" (https://www.haaretz.com/1.5456801). *Haaretz*. Retrieved October 2, 2019.

15. "Everything You Need to Know About Bret Stephens, New York Times' Newest Columnist" (https://www.haaretz.com/us-news/all-you-need-to-know-about-bret-stephens-nyt-s-newest-columnist-1.5463167). *Haaretz*. April 20, 2017. Retrieved October 2, 2019.

16. JTA; Haaretz (April 20, 2017). "Everything You Need to Know About Bret Stephens, New York Times' Newest Columnist" (https://www.haaretz.com/us-news/all-you-need-to-know-about-bret-stephens-nyt-s-newest-columnist-1.5463167). *Haaretz*. Retrieved October 2, 2019.

17. Concha, Joe (June 28, 2017). "MSNBC signs conservative columnist Bret Stephens" (http://thehill.com/homenews/media/339949-msnbc-signs-conservative-columnist-bret-stephens). *The Hill*. Retrieved July 13, 2018.

18. "Bret Stephens - News, Articles, Biography, Photos - WSJ.com" (https://web.archive.org/web/20170508085923/http://topics.wsj.com/person/S/bret-stephens/5463). *web.archive.org*. May 8, 2017. Retrieved October 2, 2019.

19. "2013 Pulitzer Prizes" (https://www.pulitzer.org/prize-winners-by-year/2013). *The Pulitzer Prizes*. 2013.

20. "The 2013 Pulitzer Prize Winners: Commentary" (http://www.pulitzer.org/citation/2013-Commentary). The Pulitzer Prizes. Retrieved November 17, 2013. With short biography and reprints of ten works (*WSJ* articles January 24 to December 11, 2012).

21. "Judges — Wallace House" (https://wallacehouse.umich.edu/livingston-awards/judges/). Retrieved October 3, 2019.

22. Kalaf, Samar (March 1, 2019). "Bret Stephens Tried to Teach Me Because I Called Him Remarkably Dumb" (https://splinternews.com/bret-stephens-tried-to-teach-me-how-the-world-works-bec-1832996 576). *Splinter*. Retrieved October 3, 2019.

23. "The Wall Street Journal columnist, Bret Stephens, joins the RT Academy!" (https://blog.shortyaward s.com/post/111222912657/the-wall-street-journal-columnist-bret-stephens). *Shorty Awards Blog*. Retrieved October 9, 2019.

24. "The Shorty Awards - Honoring the best of social media" (https://shortyawards.com/about). shortyawards.com. Retrieved October 9, 2019.

25. "Alissa J. Rubin of The New York Times" (https://www.pulitzer.org/winners/alissa-j-rubin). *The Pulitzer Prize*. 2016.

26. "Art Cullen of The Storm Lake Times, Storm Lake, IA" (https://www.pulitzer.org/winners/art-cullen). *The Pulitzer Prize*. 2017.

27. Elfrink, Tim; Krakow, Morgan (August 27, 2019). "A professor called Bret Stephens a 'bedbug.' The New York Times columnist complained to the professor's boss" (https://www.washingtonpost.com/nat ion/2019/08/27/bret-stephens-bedbug-david-karpf-twitter/). *Washington Post*. Retrieved August 27, 2019.

28. Santucci, Jeanine; Bote, Joshua (August 27, 2019). " 'Call me a bedbug to my face': New York Times columnist Bret Stephens responds to professor" (https://www.usatoday.com/story/news/politics/2019/ 08/27/nyt-columnist-bret-stephens-called-bedbug-professor-david-karpf/2129537001/). *USA Today*. Retrieved August 27, 2019.

29. Knowles, Hannah (August 31, 2019). "Bret Stephens 'bedbugs' spat: Times writer's latest column links phrase to Nazi rhetoric during Holocaust" (https://www.washingtonpost.com/arts-entertainment/ 2019/08/31/bret-stephens-is-still-talking-about-bedbugs-now-language-holocaust/?noredirect=on). *The Washington Post*. Retrieved September 25, 2019.

30. Papenfuss, Mary (August 31, 2019). "Stunned Twitter Critics Swat Bret Stephens' Bedbug Link To Nazis In NYT Column" (https://www.huffpost.com/entry/bret-stephens-bedbug-nazi-column_n_5d69e 2f0e4b0cdfe05704bf5). *HuffPost*. Retrieved September 25, 2019.

31. Ho, Vivian (August 31, 2019). "Bret Stephens criticized for bedbug reference in second world war column" (https://www.theguardian.com/media/2019/aug/30/bret-stephens-bedbug-column-twitter). *The Guardian*. Retrieved September 25, 2019.

32. Stephens, Bret (December 28, 2019). "The Secrets of Jewish Genius" (https://www.nytimes.com/201 9/12/27/opinion/jewish-culture-genius-iq.html). *The New York Times*.

33. Helmore, Edward (December 28, 2019). "New York Times columnist accused of eugenics over piece on Jewish intelligence" (https://www.theguardian.com/media/2019/dec/28/bret-stephens-new-york-ti mes-jewish-intelligence-eugenics). *The Guardian*. ISSN 0261-3077 (https://www.worldcat.org/issn/02 61-3077). Retrieved December 29, 2019.

34. Dorman, Sam (December 28, 2019). "New York Times' Bret Stephens faces racism accusations after penning 'Jewish genius' column" (https://www.foxnews.com/media/bret-stephens-nyt-jewish-genius-c olumn). *Fox News*. Retrieved December 29, 2019.

35. "NYT cuts dubious study from op-ed seemingly arguing Jewish genetic superiority" (https://www.time sofisrael.com/nyt-cuts-dubious-study-from-op-ed-seemingly-arguing-jewish-genetic-superiority/). *Times of Israel*. December 30, 2019. Retrieved December 30, 2019.

36. Walt, Stephen M. (June 20, 2014). "Being a Neocon Means Never Having to Say You're Sorry" (http s://foreignpolicy.com/2014/06/20/being-a-neocon-means-never-having-to-say-youre-sorry/). *Foreign Policy*.

37. Chait, Jonathan (August 22, 2016). "The Neocons Have Gone From GOP Thought-Leaders to Outcasts" (http://nymag.com/daily/intelligencer/2016/08/neocons-outcast-trump.html). *New York Magazine*.

38. *From The Iraq War To Climate Change To Sexual Assault, NY Times' New Op-Ed Columnist, Bret Stephens, Is A Serial Misinformer*, Media Matters for America, April 13, 2017

39. "WSJ's Bret Stephens Weighs In On Israel, the Media & Trump" (https://thejewishnews.com/2017/04/ 13/wsj-columnist-bret-stephens-weighs-israel-media-trump/). *Detroit Jewish News*. April 13, 2017. Retrieved September 3, 2019.

40. Stephens, Bret (August 15, 2016). "The Meaning of an Olympic Snub" (https://www.wsj.com/articles/t he-meaning-of-an-olympic-snub-1471303698). *www.wsj.com*.

41. Bowden, John (April 26, 2017). "NYT columnist defends his 'disease of the Arab mind' comments" (h ttps://thehill.com/blogs/blog-briefing-room/330615-nyt-columnist-defends-his-disease-of-the-arab-min d-comments-in). *TheHill*.

42. Stein, Jeff (April 26, 2017). "The NYT's new columnist defends his views on Arabs, Black Lives Matter, campus rape" (https://www.vox.com/policy-and-politics/2017/4/26/15413718/bret-stephens-n ew-york-times). *Vox*.

43. "New York Times hire of conservative scribe Bret Stephens seen as move to widen readership" (htt p://www.foxnews.com/us/2017/04/17/new-york-times-hire-conservative-scribe-bret-stephens-seen-as -move-to-widen-readership.html). *Fox News*. April 17, 2017. "While Stephens has garnered moderate praise from the left for being anti-Trump, he has written on other topics that may anger most Times readers. His views on climate change have created the strongest backlash, so far, with liberal site ThinkProgress questioning the hire on Wednesday and calling the writer a climate science denier."

44. Reisman, Sam (May 29, 2016). "WSJ's Bret Stephens: Trump Must Lose So Badly That the GOP Voters 'Learn Their Lesson' " (http://www.mediaite.com/online/wsjs-bret-stephens-trump-must-lose-s o-badly-that-the-gop-voters-learn-their-lesson/). *Mediaite*. "Stephens has been one of Trump's most outspoken conservative critics"

45. JTA; Haaretz (April 20, 2017). "Everything You Need to Know About Bret Stephens, New York Times' Newest Columnist" (https://www.haaretz.com/us-news/all-you-need-to-know-about-bret-stephens-nyt -s-newest-columnist-1.5463167). *Haaretz*. Retrieved October 2, 2019.

46. Stephens, Bret (February 26, 2017). "Don't Dismiss President Trump's Attacks on the Media as Mere Stupidity" (http://time.com/4675860/donald-trump-fake-news-attacks/). *Time*

47. Bret Stephens (August 22, 2018). "Donald Trump's High Crimes and Misdemeanors" (https://www.ny times.com/2018/08/22/opinion/donald-trump-cohen-impeachment.html). The New York Times.

48. Johansen, Bruce E. (2009). *The Encyclopedia of Global Warming Science and Technology* (https://b ooks.google.com/books?id=la-jRvBf74sC&pg=PA166). ABC-CLIO. p. 166. ISBN 9780313377020.

49. Mann, Michael E. (2013), *The Hockey Stick and the Climate Wars: Dispatches from the Front Lines* (https://books.google.com/books?id=klerAgAAQBAJ&pg=PA70), Columbia University Press, p. 70, ISBN 9780231152556

50. "Bret Stephens' First Column for the New York Times Is Classic Climate Change Denialism" (http://w ww.slate.com/articles/health_and_science/science/2017/04/bret_stephens_first_new_york_times_col umn_is_classic_climate_change_denialism.html). *Slate*. Retrieved May 3, 2017. "That Stephens doesn't bother to cite which climate-change facts are uncertain may be because he knows exactly what he is doing, and he's aware he wouldn't win that argument. Or it may be because he himself has fallen prey to his own argument about epistemic uncertainty, and so he no longer thinks the evidence matters. Either way, his accusation—that it is not the facts you should question, but the entire system that creates facts at all—is terrifying."

51. Rozsa, Matthew (May 4, 2017). "Climate scientists unite against New York Times columnist Bret Stephens: The Times' climate-denying columnist made an error in his first column" (http://www.salon.com/2017/05/04/climate-scientists-unite-against-new-york-times-columnist-bret-stephens/). *Slate*. "There was particular concern that Stephens would import his penchant for climate science denialism into the Times, a fear that was validated when Stephens devoted his very first column to that subject"

52. "Soft Climate Denial at The New York Times" (https://blogs.scientificamerican.com/observations/soft-climate-denial-at-the-new-york-times/). *Scientific American*. May 5, 2017. "The naming of a "climate agnostic" as a regular columnist risks turning the newspaper of record into a vehicle for the spread of ignorance"

53. Calderone, Michael; Baumann, Nick (April 15, 2017), "Hiring Another Anti-Trump Voice Expands Opinions Represented In Paper, New York Times Says: Bret Stephens won over progressive critics of the president, but his climate change views have sparked backlash." (http://www.huffingtonpost.com.au/entry/bret-stephens-new-york-times_us_58f12c80e4b0b9e9848bed3e), *Huffington Post*

54. "New York Times Defends Hiring of Climate Science Denier Bret Stephens, Claiming 'Intellectual Honesty' " (https://www.desmogblog.com/2017/04/25/new-york-times-defends-hiring-climate-science-denier-bret-stephens-claiming-intellectual-honesty). *DeSmogBlog*. April 25, 2017. Retrieved September 3, 2019.

55. Corneliussen, Steven T. (April 17, 2013). "Bret Stephens, harsh Wall Street Journal critic of climate scientists, wins Pulitzer Prize: The award recognizes only certain columns from 2012, none reflecting his climate-wars participation" (http://physicstoday.scitation.org/do/10.1063/PT.4.2441/full/). *Physics Today*. American Institute of Physics..

56. Hale, Benjamin (2016), *The Wild and the Wicked: On Nature and Human Nature* (https://books.google.com/books?id=qwu0DQAAQBAJ&pg=PA6), MIT Press, p. 6, ISBN 9780262035408

57. Nuccitelli, Dana (April 29, 2017). "NY Times hired a hippie puncher to give climate obstructionists cover" (https://www.theguardian.com/environment/climate-consensus-97-per-cent/2017/apr/29/ny-times-hired-a-hippe-puncher-to-give-climate-obstructionists-cover). *The Guardian*. "In other words, the people obstructing climate policies are justified because climate "advocates" are too mean to them, and claim too much certainty about the future. This is of course nonsense."

# External links

- Appearances (https://www.c-span.org/person/?bretstephens) on C-SPAN

Retrieved from "https://en.wikipedia.org/w/index.php?title=Bret_Stephens&oldid=954439468"

This page was last edited on 2 May 2020, at 12:03 (UTC).

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.