1
2  Steve Wilson Briggs
3  4322 Chico Ave.,
   Santa Rosa, CA 95407
4  510 200 3763
5  snc.steve@gmail.com
   PLAINTIFF In Propria Persona
6
7
8
9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11 | Civ No: Civ No: 20-CV-1596-WHO |
| 12  STEVE WILSON BRIGGS | |
| 13          Plaintiff, | **DECLARATION OF STEVE WILSON BRIGGS (PLAINTIFF), IN SUPPORT OF PLAINTIFF'S AMENDED MOTION IN LIMINE FOR THE INCLUSION OF NEW FACTS AND EVIDENCE, AND REQUEST FOR JUDICIAL NOTICE** |
| 14            vs | |
| 15  JAMES CAMERON;  et al | |

19
20
21
22
23
24
25
26
27
28

Declaration

1

**DECLARATION OF STEVE WILSON BRIGGS (PLAINTIFF), IN SUPPORT OF PLAINTIFF'S AMENDED MOTION IN LIMINE FOR THE INCLUSION OF NEW FACTS AND EVIDENCE, AND REQUEST FOR JUDICIAL NOTICE**

My name is Steve Wilson Briggs, and I declare the following:

I am over 18, I am the Plaintiff in this action, and I make this declaration of my own personal knowledge, except where stated on information and belief, and if called to testify in Court on these matters, I could do so competently.

I, personally, and alone, conducted the research for the document titled, **"Plaintiff's Amended Motion In Limine For The Inclusion Of New Facts And Evidence, And Request For Judicial Notice."**

All of the documents attached to the *Plaintiff's Amended Motion In Limine For The Inclusion Of New Facts And Evidence, And Request For Judicial Notice* are true and genuine.

All of the facts and evidence are presented upon knowledge or upon information and belief—based upon an informed and reasoned examination of the facts and evidence.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the 11th day of June, 2020, in Santa Rosa, California.

Dated:____06/11/2020_____          Signed:_/s/ Steve Wilson Briggs_____
                                                    Plaintiff, In Propria Persona