Steve Wilson Briggs
4322 Chico Ave.,
Santa Rosa, CA 95407
510 200 3763
snc.steve@gmail.com
PLAINTIFF In Propria Persona

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEVE WILSON BRIGGS, | Civ No: 18-cv-04952-VC |
|---|---|
| Plaintiff, | |
| vs | [PROPOSED] ORDER GRANTING PLAINTIFF'S AMENDED MOTION IN LIMINE FOR THE INCLUSION OF NEW FACTS AND EVIDENCE, AND REQUEST FOR JUDICIAL NOTICE |
| KEVIN SPACEY et al, | |
| Defendants. | |

Having considered the "**Plaintiff's Amended Motion In Limine For The Inclusion Of New Facts And Evidence, And Request For Judicial Notice**," and finding the Plaintiff's arguments are sound, the Court hereby grants *Plaintiff's Amended Motion In Limine For The Inclusion Of New Facts And Evidence, And Request For Judicial Notice*.

**IT IS SO ORDERED**

Dated:_____    Signed:_____

The Honorable Judge William H. Orrick
United States Distrct Judge

1
PROPOSED ORDER