Steve Wilson Briggs
4322 Chico Ave.,
Santa Rosa, CA 95407
510 200 3763
snc.steve@gmail.com
PLAINTIFF In Propria Persona

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILSON BRIGGS<br><br>Plaintiff,<br><br>vs<br><br>JAMES CAMERON;  et al | Civ No: Civ No: 20-CV-1596-WHO<br><br>**DECLARATION OF<br>STEVE WILSON BRIGGS<br>(PLAINTIFF), IN SUPPORT OF<br><u>COMPLAINT</u>** |

**DECLARATION OF STEVE WILSON BRIGGS (PLAINTIFF),**

**IN SUPPORT OF COMPLAINT**

I, Steve Wilson Briggs, declare the following:

    1.    I am the Plaintiff in this action, and I make this declaration of my own personal knowledge, and on information or belief. If called to testify in Court on these matters, I could do so competently.

    2.    I, personally, and alone, conducted the research for the Complaint.

    3.    All of the documents attached to the Complaint are true and genuine.

    4.    In December of 2003, or January of 2004, I began writing a screenplay that I originally titled *Uberopolis: City of Light*. I completed a draft of that screenplay that I felt was strong enough to share with a few family members and friends in May of 2005. I sent a copy of that first draft, via email, to my brother, Ivan Briggs, and to my friend, Hugh

Schrieber, May 2005. Between May and June of 2005, I also gave hard copies of the screenplay to my fathers (biological and step-father) Archie Briggs and Dennis Wilson, and my stepmother, Sara Wilson.

5. Summer 2005, I may have sent out query letters about the script to a few film industry professionals, However, I cannot verify that I sent out copies because all of my outgoing email between mid-2005 and late 2007 were erased. I did not learn that all of these emails were erased until 2014, during discovery in *Briggs v Blomkamp*, 2013.

6. Although, at times, I have erased some incoming email—spam, sent to my computer—I, personally, have never erased ANY of my outgoing email (email that I sent out to others), nor have I asked anyone to erase my outgoing email, nor have I given anyone authority or permission to erase my outgoing email.

7. The evidence presented in the complaint shows that the Defendants (**Defs**) have routinely hacked into my email, computers and phones since 2006. While the Defs were unlawfully accessing my files, they had access to all of my original works: six screenplays, one children's book, and extensive notes and outline to a *tweens* book. The Defs and their associate stole and infringed most of these other works too. I will defend these other infringed works, and any other infringements of Butterfly Driver, in future suits. My other screenplays and books that the Defendants accessed and stole were titled:

8. **Sunflowers**
9. **Stutter** (almost complete rough screenplay)
10. **The Amazing Mr. Excellent**
11. **Alfrey & Darry**
12. **Sweeter, Nectar, Cherries**
13. **Danny Zander and the Thirteen Gates of Rayne** (extensive book notes and outline) (Originally titled: *Joey Raymond and the Thirteen Gates of Rayne*).
14. **Nakota Great Adventures** (Children's Book)

15. Between 2008 and 2009, while I was filming "The Amazing Mr. Excellent" (**TAME**) my computer contracted an extremely severe virus that instantly locked the

harddrive and permanently destroyed all of the data on the drive. The virus spread to a USB harddrive that infected any computer that I inserted the USB into. The virus destroyed about 8 of my harddrives.  This computer virus quickly infected the computers of my friends who were helping me make TAME, and destroyed TAME assistant director Matt Johnson's harddrive, and destroyed the harddrive of TAME's co-star, David Jones. The virus was well-documented in the semi-regular (daily/weekly) TAME cast and crew emails, and created substantial friction between Matt Johnson and myself. But, most importantly, **the virus delayed completion of The Amazing Mr Excellent by almost a year and a half**. <u>After the Defendants stole my screenplays, the Defendants sent this virus to me via email</u>. I suspect that after the Defendants stole my literary works, they sent this virus to destroy all evidence of my screenplays and other works. Sending me the virus had the secondary advantage, for the Defendants, of setting back production of *The Amazing Mr. Excellent.*

   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the 11th day of June, 2020, in Santa Rosa, California.

Dated:_____06/11/2020_____      Signed: /s/ Steve Wilson Briggs_____

                   Plaintiff, In Propria Persona

Declaration

3