1  Peter C. Catalanotti (SBN 230743)
   peter.catalanotti@wilsonelser.com
2  Madonna Herman (SBN 221747)
   Madonna.Herman@wilsonelser.com
3  **WILSON, ELSER, MOSKOWITZ,**
      **EDELMAN & DICKER LLP**
4  525 Market Street 17th Floor
   San Francisco, CA  94105
5  Telephone:	(415) 433-0990
   Facsimile:	(415) 434-1370
6
   Attorneys for Defendant
7  Internet Archive

8                      UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WILSON BRIGGS, | Case No.:  3:20-CV-01596-WHO |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING INTERNET ARCHIVE'S MOTION TO ENLARGE TIME UNDER CIVIL L.R. 6-3** |
| JAMES CAMERON; TWENTIETH CENTURY FOX FILM CORPORATION; NEWS CORP; GOOGLE LLC; INTERNET ARCHIVE; ZERO GRAVITY; LIGHTSTORM ENTERTAINMENT INC; MICHAEL PIERCE; MARK WILLIAMS; ROBERT KAMEN. | |
| Defendants. | |

    Upon consideration of Defendant Internet Archive's Motion to Enlarge Time under Civil Local Rule 6- 3, and good cause appearing, IT IS HEREBY ORDERED that:

    The Motion is GRANTED. Internet Archive's time in which to respond to the Complaint is extended to June 26, 2020.

IT IS SO ORDERED.

Dated: _____
                                  HON. WILLIAM H. ORRICK
                                  UNITED STATES DISTRICT COURT JUDGE

# PROOF OF SERVICE

*Briggs vs. Twentieth Century Fox Film Corp, et al.*
United States District Court Case No. 3:20-CV-01596

At the time of service I was over 18 years of age and not a party to this action. I am employed by in the County of San Francisco, State of California. My business address is 525 Market Street, 17th Floor, San Francisco, California 94105. My business Facsimile number is (415) 434-1370. On this date I served the following document(s):

**[PROPOSED] ORDER GRANTING INTERNET ARCHIVE'S MOTION TO ENLARGE TIME UNDER CIVIL L.R. 6-3**

on the person or persons listed below, through their respective attorneys of record in this action, by placing true copies thereof in sealed envelopes or packages addressed as shown below by the following means of service:

☒:  By United States Mail. I placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒:  **BY E-MAIL OR ELECTRONIC TRANSMISSION** - Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

## SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on June 11, 2020, at San Francisco, California.

*/s/ Michael Folger*
Michael Folger

2

[PROPOSED] ORDER GRANTING INTERNET ARCHIVE'S MOTION TO ENLARGE TIME UNDER CIVIL L.R. 6-3

2401832v.1

# SERVICE LIST

*Briggs vs. Twentieth Century Fox Film Corp, et al.*
United States District Court Case No. 3:20-CV-01596

| | |
|---|---|
| Steven Wilson Briggs<br>4322 Chico Avenue,<br>Santa Rosa CA, 95407<br>(510) 206-3763<br>snc.steve@gmail.com | Plaintiff In Propria Persona |