```
 1  Peter C. Catalanotti (SBN 230743)
    peter.catalanotti@wilsonelser.com
 2  Madonna Herman (SBN 221747)
    Madonna.Herman@wilsonelser.com
 3  WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
 4  525 Market Street 17th Floor
    San Francisco, CA  94105
 5  Telephone:    (415) 433-0990
    Facsimile:    (415) 434-1370
 6
    Attorneys for Defendant
 7  Internet Archive
```

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  STEVEN WILSON BRIGGS, | Case No.: 3:20-CV-01596-WHO |
| 11              Plaintiff, | |
| 12        v. | **[PROPOSED] ORDER GRANTING INTERNET ARCHIVE'S MOTION TO ENLARGE TIME UNDER CIVIL L.R. 6-3** |
| 13  JAMES CAMERON; TWENTIETH CENTURY FOX FILM CORPORATION; NEWS CORP; GOOGLE LLC; INTERNET ARCHIVE; ZERO GRAVITY; LIGHTSTORM ENTERTAINMENT INC; MICHAEL PIERCE; MARK WILLIAMS; ROBERT KAMEN. | |
| 17              Defendants. | |

Upon consideration of Defendant Internet Archive's Motion to Enlarge Time under Civil Local Rule 6-3, and good cause appearing, IT IS HEREBY ORDERED that:

The Motion is GRANTED. Internet Archive's time in which to respond to the Complaint is extended to June 26, 2020.

IT IS SO ORDERED.

Dated: June 12, 2020

HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT JUDGE

1

[PROPOSED] ORDER GRANTING INTERNET ARCHIVE'S MOTION TO ENLARGE TIME UNDER CIVIL L.R. 6-3

2401832v.1