AMENDED

Steve Wilson Briggs
4322 Chico Ave.,
Santa Rosa, CA 95407
510 200 3763
snc.steve@gmail.com
PLAINTIFF In Propria Persona

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| STEVE WILSON BRIGGS, | Civ No: 20-CV-1596-WHO |
|---|---|
| Plaintiff, | **PLAINTIFF'S STATUS REPORT REGARDING SERVICE OF PROCESS OF, AND ISSUES PERTAINING TO SERVICE OF PROCESS OF, DEFENDANT ZERO GRAVITY MANAGEMENT LLC** |
| vs | |
| JAMES CAMERON et al, | |
| Defendants. | |

As the Court records indicate, June 3, 2020, Plaintiff's process server, Monica Loyd, served Defendant (**Def**) Zero Gravity Management LLC, via USPS first class mail with return receipt requested, which is proper for an out-of-state defendant.

On June 2, 2020, because Plaintiff could not find an irrefutable address for Def Zero Gravity Management (LLC) he checked, again, on OpenCorporates.com, where he found ***Zero Gravity Management LLC***, Delaware, formed in 2000, listed as "active".

OpenCorporates.com lists "active" filings in dark print, and "inactive" filings in light print. By examining **Exhibit A** (a screenshot of the results of a June 13, 2020 OpenCorporates.com search for "*Zero Gravity Management LLC*") the court can see that the lighter shaded search results are all "inactive" (inactive filings also have the word "inactive" featured in a box on the left side of the listing), the **darker** results are "active".

Thus, the next day, Plaintiff asked Monica Loyd to serve this Zero Gravity Management LLC (**ZGM**) entity, by sending all necessary documents to ZGM's registered

1

DE agent ("The Corporation Trust Company," at 1209 Orange St, Wilmington, DE 19801); which Ms Loyd did.

About eight days later, Plaintiff received a letter from The Corporation Trust Company (**Exhibit B**), in a box with all of the documents Ms Loyd sent to ZGM's agent, The Corporation Trust Company (**CTC**). In the letter, CTC stated, first, that Zero Gravity Management LLC (**ZGM**) is inactive on the records of the state of DE, then CTC claimed that their (CTC's) service to ZGM had been discontinued for over 5 years.

This response was a deceit. By saying ZGM "**is** *inactive* on the records of the state of DE," CTC endeavored to imply that ZGM has been inactive on the DE records for some time. It is almost certain that CTC changed ZGM's DE designation to "inactive" the same day that CTC returned the package to the Plaintiff. Hence, CTC used the verb "is", rather than saying ZGM "'**has been**' inactive on the records of the state…"

The evidence suggests that ZGM instructed CTC to say that ZGM is inactive on the records of the state of DE, and CTC's service to ZGM had been discontinued.

This was a coordinated deceit, to get ZGM dismissed from this suit.

The evidence shows that OpenCorporates.com identified Zero Gravity Management LLC as an "active" entity (see Exhibit B). The Court may also be interested to know that *The Corporation Trust Company*, in Delaware, is the very same registered agent at the very same address that represents Defendant **News Corporation**—the corporate defendant that made Zero Gravity Management LLC's new company, **Future Service Inc**, its subsidiary in 2006. (See **Exhibit C**, showing News Corporation's DE business registration, showing CTC is the agent, at 1209 Orange St, Wilmington, DE 19801).

The Court might also observe **Exhibit D**—a screenshot of News Corporation's OpenCorporates.com Delaware search results, showing News Corporation in dark print, indicating its "active" status.

ZGM's ploy to evade justice is shameful.

Dated: June 15, 2020.                             By, _____/s/ Steve Wilson Briggs_____
                                                            Plaintiff, In Propria Persona





June 09, 2020

Steve Wilson Briggs
4322 Chico Avenue,
Santa Rosa, CA 95407

Re: Steve Wilson Briggs, Pltf. vs. James Cameron, et al., Dfts. // To: Zero Gravity Management, LLC

Case No. 320CV01596WHO

Dear Sir/Madam:

Process in the above referenced case was attempted upon The Corporation Trust Company as the purported agent for service of process for Zero Gravity Management LLC.

Zero Gravity Management LLC is inactive on the records of the State DE. Our services for this entity have also been discontinued for more than five (5) years and, as such, we no longer maintain an active record of this entity. Since we have no address to which to forward this process, we have not done so.

Very truly yours,


The Corporation Trust Company

Log# 537763015

Carrier Tracking# 1Z0418EX0102083700

cc: --

**Department of State: Division of Corporations**

[Allowable Characters](#)

| | |
|---|---|
| | Entity Details |

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

Loading...

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 5255798 | Incorporation Date / Formation Date: | 12/11/2012 (mm/dd/yyyy) |
| Entity Name: | NEWS CORPORATION | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | THE CORPORATION TRUST COMPANY | | |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE ST | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19801 |
| Phone: | 302-658-7581 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like  ○ Status  ○ Status,Tax & History Information

[Submit]

[View Search Results]   [New Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

