POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Steve Wilson Briggs<br>Plaintiff, Pro Se<br><br>TELEPHONE NO.: (510) 200 3763   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: snc.steve@gmail.com<br>ATTORNEY FOR *(Name)*: | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: San Francisco Dic=vision

PLAINTIFF/PETITIONER: Steve Wilson Briggs
DEFENDANT/RESPONDENT: James Cameron

CASE NUMBER: CV20-01596-WHO

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [X] Alternative Dispute Resolution (ADR) package
   d. [X] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents)*: Amended Summons, Order Setting ICMC, Judge Orrick's and All Judge's Standing orders.
3. a. Party served *(specify name of party as shown on documents served)*:
      James Cameron
   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
4. Address where the party was served:
   16027 Ventura Blvd, Ste 301, Encino, CA 91436
5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:   (2) at *(time)*:
   b. [X] **by substituted service.** on *(date)*: 6/11/2020 at *(time)*: 3:15 PM I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
   Nizthia White Female in her 30's Thin build
      (1) [X] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [X] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: 6/15/2020   from *(city)*: Encino   or [ ] a declaration of mailing is attached.
      (5) [X] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

POS-010

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:                                        (2) from *(city)*:

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section)*:

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify)*:
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)           ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)   ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)         ☐ 415.46 (occupant)
                                       ☐ other:

7. **Person who served papers**
   a. Name: Kim McGinnis Elite Pro Servers
   b. Address: 5805 White Oak Ave #17423 Encino, CA. 91416
   c. Telephone number: (818) 527-5612
   d. **The fee** for service was: $70.00
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ a registered California process server:
          ☒ owner   ☐ employee   ☐ independent contractor.
          (ii) Registration No.: 2015 093 064
          (iii) County: Los Angeles

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 6/15/2020

Kim McGinnis
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

Kim

(SIGNATURE)

POS-010 [Rev. January 1, 2007]           **PROOF OF SERVICE OF SUMMONS**           Page 2 of 2

| ATTORNEY OR PARTY WITHOUT ATTORNEY | |
|---|---|
| Steve Wilson Briggs Plaintiff, Pro Se | |
| ATTORNEY FOR: | |
| San Francisco, CA 94102 | **SUPERIOR COURT OF THE STATE OF CALIFORNIA** |
| PLAINTIFF: Steve Wilson Briggs | |
| DEFENDANT: James Cameron | |

| **DECLARATION RE DILIGENCE** | CASE NUMBER: CV20-01596-WHO |
|---|---|

I, KIM MCGINNIS ELITE PRO SERVE, declare:
I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity:

James Cameron

I was on the dates herein mentioned over the age of eighteen years and not a party to the above-entitled action. I am authorized to serve legal process in the State of California. The following facts are within my personal knowledge and if sworn as a witness I can and will truthfully and competently testify thereto.

I attempted personal service on the following dates and times with the following results:

**Residence Address:** **Dates and Times** **Result**
☐ Unknown

**Business Address:**
☐ Unknown
16027 Ventura Blvd, Ste 301,
Encino, CA 91436

| Dates and Times | Result |
|---|---|
| | 11/16/2019 MR. EVANS HEAD OF SECUITY |
| 4/22/2020 | wasn't in, 10:02 am |
| 4/26/2020 | looked like the staff was working from home. 1:15 PM |
| 5/11/2020 | spoke with Nizthia white woman in her 30's thin build gave documents to her. mailed them 6/15/2020 |

☑ This declaration is made based upon business records maintained in the normal course of business.
I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct and this declaration is executed on 6/15/2020 at LOS ANGELES, California.

KIM MCGINNIS ELITE PRO SERVERS
5805 WHITE OAK AVE #17423
ENCINO, CA 91416
LIC#2015093064

KIM MCGINNIS ELITE PRO SERV RPS:

PSI-DD (2-07)    **DECLARATION RE DILIGENCE**