MC-030

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, State Bar number, and address):

Steve Wilson Briggs
Plaintiff, Pro Se

TELEPHONE NO.:
FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): in Pro Per

FOR COURT USE ONLY

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: San Francisco Dic=vision

PLAINTIFF/PETITIONER: Steve Wilson Briggs
DEFENDANT/RESPONDENT: Zero Gravity Management

**DECLARATION**

CASE NUMBER:
CV20-01596-WHO

I, Kim Mcginnis Elite Pro Servers, declare: Lic# 2015093064

I am a Registered Process Server and was retained to serveprocess in the above -referenced matter on the following person or entity: Zero Gravity Management

I was on the date herein mentioned over the age of eighteen years and not a party to above -entitled action. I am authorized to serve legal process in the State of California. The following facts are within my personal knowledge and if sworn as a witness I can and will truthfully and competently testify thereto

I attempted personal service on the following dates and times with the following results

Business Address:
11110 Ohio Avenue, Suite 100, Los Angeles, CA 90025

10:35 am    5/21/2020  went to business address, no name on the phone directory to let me in wasn't even a suite 100. Somebody let me in I went to suite 100 Zero Gravity was on the door. Nobody there.

2:23 pm     5/22/2020 went to business address couldn't get in
3:15 pm     5/28/2020 Went to business address, got in again nobody in office.
7:00 pm     5/28/2020 came back got in side nobody in office. I looked at the directory (list of the business there was no suite 100, only on the door was Zero Gravity.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 6/16/2020

Kim McGinnis
(TYPE OR PRINT NAME)

(SIGNATURE OF DECLARANT)

☐ Attorney for  ☐ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☑ Other (Specify):
Process Server

Form Approved for Optional Use
Judicial Council of California
MC-030 [Rev. January 1, 2006]

**DECLARATION**

Page 1 of 1