Steve Wilson Briggs
4322 Chico Ave.,
Santa Rosa, CA 95407
510 200 3763
snc.steve@gmail.com
PLAINTIFF In Propria Persona

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA,**

**SAN FRANCISCO DIVISION**

| STEVE WILSON BRIGGS, | Civ No: 20-CV-1596-WHO |
|---|---|
| Plaintiff, | **PLAINTIFF'S AMENDED SECOND MOTION IN LIMINE TO INCLUDE NEW EVIDENCE, IN SUPPORT OF COMPLAINT, AND IN CONTEMPLATION OF DEF GOOGLE LLC'S MOTION TO DISMISS** |
| vs | |
| JAMES CAMERON et al, | |
| Defendants. | |

**MEMORANDUM OF POINTS AND AUTHORITIES**

Plaintiff submits this second motion in limine to include new evidence, pursuant to FRE Rule 401 and 402.  California Rules of Court, rule 3.1112(f) instructs that: "a motion in limine filed before or during a trial need not be accompanied by a notice of hearing."

**INTRODUCTION**

Plaintiff submits this second motion in limine to include extraordinary new evidence that:

a. In **July 2008** (5 months before Avatar was released) Defendant (**Def**) Michael Pierce created a business called ***212 Degrees Fahrenheit Corporation*** (**212DFC**);

b. 212DFC's website proudly names **18** "clients"—some of the most powerful companies in the world, including **Google LLC**, Microsoft, and The U.S. Marines.

c. Pierce dissolved 212DFC on **January 3, 2020** (surely in effort to destroy business and payment records between Def Google LLC, 212DFC and himself).

d. Google LLC maintained business ties with Pierce from 2008 until January 2020.

e.  212DFC created a website, which is currently still active, at www.212dfc.com.

f.  Def Internet Archive (**IA**) produced fraudulent crawls of the 212dfc.com website.

g.  212DFC's California business entity statement (**BES**) claims that it is a "**Video Production and Editing**" business.

h.  Google LLC, Microsoft, The UFC and several other "clients" on 212DFC's client list would never need "video production and editing" services because these corporations have their own "in house" video production units and companies.

i.  Google LLC manipulated Plaintiff's Chrome browser results to prevent Plaintiff from finding 212DFC's CA BES and website and related facts, until June 18 2020.

j.  Google LLC's effort to prevent Plaintiff from discovering this evidence, after this matter was on the docket, was an effort to suppress evidence and subvert justice.

k.  Def Michael Pierce created 212DFC to collect "hush" money from corporate infringers of Plaintiff's ideas.

This evidence could not have been submitted earlier because, as the evidence herein will show, and as the evidence in the Complaint shows, Def Google LLC manipulated Plaintiff's internet search results, preventing his discovery these web documents, and preventing his discovery of the business verification resource known as **OpenGovus.com**.

Because this evidence shows enduring corrupt connections between Defendants (**Defs**) Google LLC, Pierce, the Internet Archive, and Zero Gravity Management LLC (**ZGM**), and because the evidence shows that Google LLC continues to engage in the unlawful activities described in the Complaint, and herein, Plaintiff is hopeful that the Court will consider this new evidence as it contemplates Google LLC's motion to dismiss.

**EVIDENCE AND FACTS**

June 18 and 19, 2020, while conducting internet research related to this matter, Plaintiff discovered the following facts and evidence:

1.  Def Google LLC (along with Microsoft and others) made payments to Def Michael Pierce (as "clients"), through the previously unknown company "*212 Degrees Fahrenheit Productions*". 212DFC was formed in California, July 2008, five months

1     after the film *Taken* was released and 17 months <u>before</u> *Avatar* was released.

2     ● See **<u>Exhibit A</u>**, CA Sec of State registration for 212 Degrees Fahrenheit Productions.

3     **2.** After 11 years, Pierce suddenly closed 212 Degrees Fahrenheit Productions,

4     between Dec 31, 2019 and Jan 3, 2020, although the website remains active.

5     ● See **<u>Exhibit B</u>**, 212 Degrees Fahrenheit Productons's CA Sec of State dissolution.

6     ● See **<u>Exhibit C</u>**, a screenshot of the current 212dfc.com website.

7     **3.** Def Internet Archive (**IA**) created many fraudulent "crawls" of 212DFC's website.

8     ● See **<u>Exhibit D</u>** (<u>inserted below</u>), a screenshot of the Internet Archive's crawl of

9     212DFC's website. [The 2020 "calendar page" redirects to this 2019 calendar page.

10     If the Court is familiar with the Internet Archive, the Court will notice the fraudulent

11     crawl "volume" timeline graph at the top of the page (these *volume* lines vary

12     according to how many crawls occurred on a given day) show only three volume

13     lengths, and they appear "fabricated", unlike the organic timeline graphs one would

14     find on an authentic crawl —with many—perhaps 10—different volume lengths.]



27     ● Also see **<u>Exhibit E</u>** (attached), a screenshot of a crawl of the 212dfc.com webpage

28     from 2014. The Court will notice that the screen is blank—other than the outline of

Plaintiff's browser. Plaintiff suspects IA chose not to create "visible" fake crawls for 2 reasons: (1) to avoid implicating the U.S. Marines in the Defs' fraud; (2) if the IA were to show the *actual* crawls, going back to 2008, the crawls would show that Google LLC and Microsoft have been listed as "clients" since 2008.

4. 212DFC is an unknown film company with zero IMDb credits, and with no actual news articles written about it. Rather, it's online presence is a bunch of social media profiles and "reviews" (as one would expect from a fake company). Yet. this unknown company's clients are 18 of the world's most powerful corporations (Google, Microsoft, UFC, Vivendi*, American Express, State Farm, Shark Ninja, MetLife, McCann World Group, Chevrolet, GMC, DR+ On Demand, Square Panda, Lowe, The U.S. Marines, Mercury General, AIG, and USAA). 212DFC, is an entity that Pierce used to collect money from "clients" that unlawfully used Plaintiff's ideas. Thus, Pierce went from being a washed-up film producer in 2005, to an underworld titan who calls Google, Microsoft and the U.S. Marines his "clients."

● See **Exhibit F** (inserted below), a screenshot of some of 212DFC's "clients" corporate logos proudly displayed on Pierce's company's website.



1    **5.** To prevent Plaintiff from discovering the website where this information was

2       housed, Def Google LLC hacked into Plaintiff's computer, and manipulated

3       Plaintiff's Google browser search results. Consider the following:

4    ● After not finding *212 Degrees Fahrenheit Productions* during the previous 8 months

5       of legal web research, conducted on Plaintiff's primary laptop (a fairly

6       state-of-the-art 2019 laptop), Plaintiff found 212DFC by conducting a routine web

7       search for "Michael Pierce" on his out-dated and seldom used *backup* laptop. Pierce

8       and 212DFC were listed on an archival site called **OpenGovus** (opengovus.com).

9    ● After finding the OpenGovus website, Plaintiff found 212DFC by simply searching

10      for "Michael Pierce" in the OpenGovus search bar.

11    ● **OpenCorporates.com** allows users to search for business "officers" by name.

12      However, OpenCorporates did not display 212DFC as Plaintiff did numerous

13      searches for "Michael Pierce" on OpenCorporates from Sept 2019 and June 2020.

14      [Concerned that Google LLC was manipulating Plaintiff's OpenCorporates.com

15      search results, on page 5 of Plaintiff's June 11, 2020 Amended Motion In Limine,

16      Plaintiff informed the Court that Google LLC omitted ZGM from Plaintiff's

17      OpenCorporates.com searches, writing: "*Plaintiff is a reliable researcher and did*

18      *this same OpenCorporates search for "Zero Gravity Management LLC" several*

19      *times, Aug 2019 through Oct 2019, while writing his Complaint, but did not find this*

20      *entity listed. It is conceivable that Google LLC may have omitted this Delaware*

21      *entity from Plaintiff's Chrome search results. The Complaint (pp 96 to 109) shows*

22      *how Google sent Plaintiff false search results, August 2019 to January 2020.*"

23    ● Stunningly, 6/19/20, the day after Plaintiff found 212DFC on his backup laptop,

24      when Plaintiff searched for 212DFC on the Chrome browser of his primary

25      computer, not only was 212DFC suddenly there in the search results, but the search

26      results also showed an OpenCorporates.com listing for 212DFC. [See **<u>Exhibit G</u>**, a

27      June 19, 2020, Google Chrome search for "212 Degrees Fahrenheit Productions,"

28      showing an OpenCorporates.com search result for 212DFC (fourth result down).].

PLAINTIFF'S AMENDED SECOND MOTION IN LIMINE TO INCLUDE NEW EVIDENCE

1    The evidence presented in items #6 and #7 pertain to the infringement of Plaintiff's

2   work, but may not necessarily pertain to any defendant in this matter. This evidence is

3   presented to document and preserve this evidence (as Google LLC may later opt to block

4   Plaintiff from these web-addresses).

5    **6.** Plaintiff filed his first motion in limine, in this matter, on **June 9, 2020** (and

6       amended this motion on **June 11, 2020**). These motions explained that ***Monolith***

7       ***Productions Inc*** (**MPI**) appears to be a fraudulent company, and may be the entity

8       that Warner Brothers (an AT&T subsidiary) uses to divert money to ZGM, Michael

9       Pierce and/or Mark Williams.  June 12, 2020, the day after Plaintiff filed his

10      Amended Motion In Limine, <u>AT&T announced plans to sell Warner Brothers</u>

11      <u>Interactive Entertainment</u> (**WBIE**). Monolith Entertainment Inc is a subsidiary of

12      WBIE. Plaintiff suspects that AT&T may be selling WBIE to distance themselves

13      from WGIE's unlawful conduct.

14   ● See **Exhibit H**, a June 12, 2020 CNBC.com article about AT&T selling WBIE.

15   ● See **Exhibit I**, a June 13, 2020 VentureBeat.com article about AT&T selling WBIE.

16   **7.** Monolith Productions Inc was formed in September 2007, and uses the same address

17      claimed by Legendary Pictures. Legendary Pictures is a film financing company

18      created by billionaire Thomas Tull, in 2004. The fact that this billionaire film

19      financier, and Legendary Pictures, may be housing an AT&T/Warner Brothers

20      subsidiary (which may have been created to unlawfully divert money to Def Michael

21      Pierce and/or Def Mark Williams) is reminiscent of billionaire film financier

22      Stephen Margolis's housing his new "Future Films" business entities at the address

23      of his new subsidiary Zero Gravity Management LLC. (See Complaint, pp 15-21,

24      and exhibits J, X, B2 and D2).

25   ● **Exhibit J**, Legendary Pictures Films, LLC's CA Sec of State business entity

26      statement: 2900 W. Alameda Avenue, 15 Floor, Burbank, CA, 91505.

27   ● **Exhibit K**, a screenshot of Monolith Productions, US LLC's address displayed on

28      Bizapedia's website; at 2900 W. Alameda Avenue, 15 Floor, Burbank, CA, 91505.

1                                               **SUMMATION**

2        The evidence presented, herein, shows that Google LLC acted to prevent Plaintiff from

3 discovering essential **public** facts concerning 212 Degrees Fahrenheit Corporation

4 —a business entity that connects Google LLC to Def Michael Pierce, and connects Defs

5 Google LLC and Michael Pierce to the Plaintiff's work. **This was an effort to suppress**

6 **evidence and subvert justice.** The evidence presented, herein, also shows that Google LLC

7 has had a continuous business relationship with Defendant Michael Pierce from 2008

8 —shortly after ZGM asked Plaintiff for his screenplay, and shortly before Def James

9 Cameron and Twentieth Century Fox Film Corporation released the central infringing film

10 "Avatar," 2009— until January 2020. Thus, due to these enduring business relationships and

11 ongoing unlawful activities, Google LLC the other Defendants, should not be dismissed

12 from this action.

13                                          **<u>CONCLUSION</u>**

14        As the foregoing makes the facts more probable, and as the evidence present herein is

15 of consequence, admissible, generally known in this jurisdiction, and relies on sources

16 whose accuracy cannot reasonably be questioned, the Court should grant "Plaintiff's Second

17 Motion In Limine To Include New Evidence, In Support Of Complaint, And In

18 Contemplation Of Def Google Llc's Motion To Dismiss."

19    Dated: June 22, 2020.              Signed: _____ /s/ Steve Wilson Briggs _____

20                                           Plaintiff, In Propria Persona

21

22

23

24

25

26

27

28

Exhibit A



**FILED**

In the office of the Secretary of State
of the State of California

JUL 3 0 2008

# ARTICLES OF INCORPORATION

## OF

## 212 Degrees Fahrenheit Corporation

FIRST.  The name of the corporation is 212 Degrees Fahrenheit Corporation

SECOND.  The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

THIRD.  The name of the corporation's initial agent for service of process in the State of California is Michael Pierce, 506 Douglas Street, Pasadena, California 91104.

FOURTH.  The corporation is authorized to issue one class of shares, designated as "Common Stock", and the total number of shares of Common Stock authorized to be issued is 100.

The personal liability of the directors of the corporation for monetary damages for breach of fiduciary duty shall be eliminated to the fullest extent permissible under California law.  The corporation is authorized to indemnify its directors and officers to the fullest extent permissible under California law.

**IN WITNESS WHEREOF**, the undersigned incorporator has executed these Articles of Incorporation on the date below.

Date.  July 29, 2008

**LegalZoom.com, Inc., Incorporator**

By:_____ EG _____

Eileen Gallo, Assistant Secretary

Exhibit B

**Secretary of State**
**Certificate of Dissolution**
(California Stock Corporation ONLY)

| DISS STK |

D1554312

**FILED**
Secretary of State
State of California

JAN 03 2020

This Space For Office Use Only

**IMPORTANT — Read Instructions before completing this form.**

There is **No Fee** for filing a Certificate of Dissolution - Stock

**Copy Fees** – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Corporate Name** (Enter the exact name of the Corporation as it is recorded with the California Secretary of State.)

212 DEGREES FAHRENHEIT CORPORATION

**2. 7-Digit Secretary of State File Number**

C3126398

**3. Election**

[✓] The dissolution was made by a vote of **ALL** of the shareholders of the California corporation.

Note: If the above box is not checked, a **Certificate of Election to Wind Up and Dissolve** (Form ELEC STK) must be filed prior to or together with this Certificate of Dissolution. (California Corporations Code section 1901.)

**4. Debts and Liabilities**  (Check the applicable statement. Only **one** box may be checked. If second box is checked, must include the required information in an attachment.)

[✓] The known debts and liabilities have been actually paid or paid as far as its assets permitted.

[ ] The known debts and liabilities have been adequately provided for in full or as far as its assets permitted by their assumption. Included in the **attachment** to this certificate, incorporated herein by this reference, is a description of the provisions made and the name and address of the person, corporation or government agency that has assumed or guaranteed the payment, or the depository institution with which deposit has been made.

[ ] The corporation never incurred any known debts or liabilities.

**5. Required Statements** (Do not alter the Required Statements – **ALL** must be true to file Form DISS STK.)

a. The Corporation has been completely wound up and is dissolved.
b. All final returns required under the California Revenue and Taxation Code have been or will be filed with the California Franchise Tax Board.
c. The known assets have been distributed to the persons entitled thereto or the corporation acquired no known assets.

**6. Read, Verify, Date and Sign Below** (See Instructions for signature requirements.)

The undersigned is the sole director or a majority of the directors now in office. I declare under penalty of perjury under the laws of the State of California that the matters set forth in this certificate are true and correct of my own knowledge.

| Date 12/31/19 | Signature | Michael Pierce |
| | | Type or Print Name |

| Date | Signature | Type or Print Name |

| Date | Signature | Type or Print Name |

DISS STK (REV 07/2019)

2019 California Secretary of State
bizfile.sos.ca.gov

Exhibit C



# Exhibit E



Exhibit G



212 Degrees Fahrenheit Corporation

All    Images    News    Shopping    Videos    ⋮ More      Settings   Tools

About 1,600,000 results (0.63 seconds)

www.212dfc.com ▾

**Video Production | 212 Degrees Fahrenheit | United States** ⓘ

Video Production and Post Production. Creative. We produce Commercials, Digital, Social Media, Retail, Integrated, Direct Response, Infomercials, **Corporate** ...

**People also search for**

national video production company      miami production company

production companies orange county    adjust video production

usa video production companies       production companies in san diego

www.linkedin.com › company › 212-degrees-fahrenheit ▾

**212 Degrees Fahrenheit | LinkedIn** ✓

**212 Degrees Fahrenheit** | 77 followers on LinkedIn | Full Service Creative, Production and Post Production Agency serving ... **Company** size: 11-50 employees.

clutch.co › profile › 212-degrees-fahrenheit ▾

**212 Degrees Fahrenheit Client Reviews | Clutch.co** ✓

Full service video production **company**. We work local and nationally. TV commercials, digital videos, retail, in-Store, How to, Insutructional, **corporate** videos and ...

Rating: 4.9 - 8 reviews

opencorporates.com › companies › us_ca ▾

**212 DEGREES FAHRENHEIT CORPORATION ...** ✓

Free and open company data on California (US) company **212 DEGREES FAHRENHEIT CORPORATION** (company number C3126398), 300 SPECTRUM ...

www.glassdoor.com › Overview › Working-at-212-De... ▾

**Working at 212 Degrees Fahrenheit | Glassdoor** ✓

Jan 30, 2018 - See what employees say it's like to work at **212 Degrees Fahrenheit**. Salaries, reviews, and more ... Type **Company** - Private. Industry Unknown.

Rating: 4 - 1 review

www.facebook.com › ... › 212 Degrees Fahrenheit ▾

**212 Degrees Fahrenheit - Services | Facebook** ✓

**212 Degrees Fahrenheit**, Irvine, California. 40 likes. **212 Degrees Fahrenheit** is a full service creative agency and video production **company** for TV...

discovery.ariba.com › profile ▾

**212 Degrees Fahrenheit Supplier Profile - Ariba Discovery** ✓

Mar 22, 2018 - We specialize in creating TV commercials, infomercials, corporate video and internet ... Legal Name: **212 Degrees Fahrenheit Corporation**.

datacommons.technation.io › companies › 212_degrees_f... ▾

**212 Degrees Fahrenheit company information, funding ...** ✓

**212 Degrees Fahrenheit**, **212 degrees fahrenheit** tv commercial production and advertising agency. Here you'll find information about their funding, investors ...

www.fahrenheit-212.com ▾

Fahrenheit 212 ✅

We are a global innovation consultancy delivering growth for Fortune 500 companies with a
passion for making things better, and making better things.

www.instagram.com › 212dfc

212 Degrees Fahrenheit (@212dfc) • Instagram photos and ... ✅

**212 Degrees Fahrenheit**. Full service video production agency. TV, digital, retail, **corporate**.
www.212dfc.com · 22 posts · 43 followers · 114 following · Photo by ...

www.buzzfile.com › Mutiny-Pictures-949-214-4020 ▾

212 Degrees Fahrenheit Corporation in Ladera Ranch, CA ... ✅

**212 Degrees Fahrenheit Corporation** (trade name Mutiny Pictures) is in the Marketing Consulting
Services business. View competitors, revenue, employees, ...

businesssearch.sos.ca.gov › Document › RetrievePDF

Filing For 212 DEGREES FAHRENHEIT CORPORATION ✅

of State, or no statement of information has been previously filed, this form must be completed in
its entirety. If there has been no change in any of the information ...

books.google.com › books

The First Amendment and the Business Corporation ✅

that make up a **corporation** are, most likely, already empowered to negotiate ... and water that is a
few degrees below **212 degrees** Fahrenheit may feel just as ...
Ronald J. Colombo - 2015 - Law

www.acfe.com › fraud-examiner ▾

Fahrenheit 212: The Temperature at Which Water Boils ✅

This is my '**corporate**' frog story. Starting temperature: 80 **degrees**. As the Chief Audit Executive
for an organization, it was not unusual for the CEO and CFO to ...

books.google.com › books

Official Gazette of the United States Patent and Trademark ... ✅

ITT Industries, **Inc**.: See— Belart, Juan, 4,395,072, Cl. 303-114.000. Weiler ... Apparatus for
controlling temperature below **212 degrees fahrenheit** in a sterilizer ...
1983 - Patents

www.quora.com › What-does-water-do-at-212-degrees-F...

What does water do at 212 degrees Fahrenheit? - Quora ✅

May 7, 2018 - What is the significance of a **degree Fahrenheit** scale? 488 Views ... Brian Brady,
Senior Scientist at The Aerospace **Corporation** (1989-present). Answered May ...

| In school, we were taught that **212 degrees** was the ... | 4 answers | Dec 19, 2018 |
| The boiling point of seawater is **212 degrees** ... | 3 answers | May 28, 2018 |
| Why does water boil at **212 degrees** Fahrenheit? - Quora | 4 answers | Mar 29, 2016 |
| What is the boiling point of water in **Fahrenheit**? - Quora | 5 answers | May 1, 2018 |
| More results from www.quora.com | | |

7 answers

www.corpcofe.com › whats-the-ideal-brewing-temperat... ▾

What's The Ideal Brewing Temperature For Coffee? ✅

Exhibit H

TECH

# AT&T seeks sale for Warner gaming unit, could fetch about $4 billion, sources say

PUBLISHED FRI, JUN 12 2020·3:54 PM EDT    UPDATED FRI, JUN 12 2020·4:28 PM EDT


**Alex Sherman**
@SHERMAN4949

SHARE   

**KEY POINTS**

AT&T is considering selling its Warner Bros. gaming division for about $4 billion, sources say.

Take-Two Interactive, Electronic Arts and Activision Blizzard have all expressed interest in buying the unit, which owns titles including "Mortal Kombat" and "Harry Potter: Wizards Unite"

AT&T is looking at divesting assets to service its almost $200 billion in debt.



Publisher: Warner Bros. Interactive / System: Nintendo DSThis charming handheld game is not only fun, but could help your vocabulary. You'll summon objects to solve puzzles simply by writing what you want (the game has a library that recognizes nearly 23,000 words). It starts easy, but will ultimately test your

    

AT&T is discussing a sale of its Warner Bros. Interactive Entertainment gaming division in a deal that could fetch about $4 billion, according to people familiar with the matter.

Take-Two Interactive Software, Electronic Arts and Activision Blizzard have all expressed interest in buying the gaming division, said the people, who asked not to be named because the discussions are private. No deal is assured or imminent, two of the people said.

Many of the video game titles within Warner Bros. Interactive are tied to Warner-owned intellectual property, including "Harry Potter," "Game of Thrones" and "The Lego Movie." The unit also owns the "Mortal Kombat" and the "Scribblenauts" series. A deal might involve a commercial licensing agreement where AT&T can continue to get revenue from its IP, the people said.

Spokespeople at AT&T and Take-Two declined to comment. Spokespeople at EA and Activision weren't immediately available for comment.

Former WarnerMedia CEO John Stankey is set to replace Randall Stephenson as the new chief executive officer of AT&T on July 1. Stankey may look to divest assets after activist hedge fund Elliott Management took at $3.2 billion stake last year, calling for divestitures and leadership changes. Elliott called for AT&T to sell non-core assets including DirecTV, a transaction Stankey hasn't been in favor of pursuing. Stankey said AT&T is focusing on "a lot of work around portfolio rationalization" at Morgan Stanley's Technology, Media & Telecom Conference in March.

AT&T acquired Time Warner for $109 billion in a deal that closed in 2018, and has about $165 billion in debt. Former Hulu CEO Jason Kilar took over as WarnerMedia's CEO on May 1.

**WATCH: Full interview with incoming AT&T CEO John Stankey**





   



A dollar crash is virtually inevitable, Asia expert Stephen Roach warns

Sponsored Links by Taboola

**FROM THE WEB**

**These SUVs Are So Loaded It's Hard to Believe They Cost Under $25K! Research Best Luxury Crossover SUVs**

SUV

**Sebastopol: Why Are People Snapping Up This $89 AC Unit?**

Trending AC Unit

**MORE FROM CNBC**

**Former eBay employees sent bloody pig mask to intimidate critics, feds allege**

.....................................................

**Stocks making the biggest moves in the premarket: BP, Pilgrim's Pride, Starbucks, Shopify & more**

.....................................................

**Follow Robinhood traders? Amateurs' favorite stocks are beating hedge fund picks, Goldman says**

.....................................................

**Samsung's new phone will be the cheapest 5G phone in the U.S. when it launches Friday**

.....................................................

**FROM THE WEB**

**Amazon Prime Increased Its Prices. Now What?**

Wikibuy

.....................................................

**Before You Renew Amazon Prime, Read This**

Wikibuy

.....................................................

**Man Who Picked Apple in 2003 and Bitcoin in 2016 Says "Buy Genesis"**

The Legacy Report

by Taboola



   

Exhibit I

6/16/2020
Case 3:20-cv-01596-VC Document 52 Filed 06/22/20 Page 24 of 30
AT&T is offering Warner Bros. game division for sale | VentureBeat





Find out more →

ADVERTISEMENT

Games

# AT&T is offering Warner Bros. game division for sale

**DEAN TAKAHASHI**  @DEANTAK   JUNE 13, 2020 2:05 PM



Mortal Kombat X on mobile.
Image Credit: Warner Bros.

AT&T is offering its Warner Bros. Interactive Entertainment (WBIE) division up for sale, according to a CNBC report, as well as our own reporting.

Citing unnamed sources, CNBC said Friday that potential bidders included Take-Two Interactive, Electronic Arts, and Activision Blizzard. If the sale happens, it would be a major change for Hollywood and its relationship with the industry, as most major studios are opting to get out of the game business, reversing a trend from earlier decades where they loaded up on dev studios.

Recommended Videos                    Powered by AnyClip



6/16/2020
AT&T is offering Warner Bros. game division for sale | VentureBeat
Case 3:20-cv-01596-VC   Document 52   Filed 06/22/20   Page 25 of 30





it was not interested in the purchase because WBIE only intermittently makes money, and it does not own some of the major franchises that are at the core of its major games. It does not, for instance, own the Harry Potter license, as it is not clear if author J.K. Rowling would approve a transfer of the license from Warner Bros. to another game company. Nor does it own the DC Comics property, which the Batman Arkham and Injustice franchises use.

**VB Transform 2020 Online** - July 15-17. Join leading AI executives: **Register for the free livestream**.

No deal is assured or imminent, CNBC said. WBIE has 10 game studios, which David Haddad heads. The company makes a wide array of games such as Harry Potter, Lego, Mortal Kombat, Batman Arkham, and Game of Thrones. It also has quirky mobile titles like Golf Clash, and this year it's launching Lego Star Wars: The Skywalker Saga.

WBIE's studios include TT Games, Rocksteady Studios, NetherRealm Studios, Monolith Productions, WB Games Boston, Avalanche Software, Playdemic, WB Games Montreal, WB Games San Francisco, and WB Games San Diego. WBIE stands out as one of the few successes in the marriage of Hollywood and games, and it is a kind of crown jewel of the game business.



Above: David Haddad is president of Warner Bros. Interactive Entertainment.

Image Credit: Dean Takahashi

6/16/2020
AT&T is offering Warner Bros. game division for sale | VentureBeat
Case 3:20-cv-01596-VC   Document 52   Filed 06/22/20   Page 26 of 30



worse by the coronavirus and the recent unrest, AT&T is under more financial pressure from shareholders to sell assets.



First comes architecture.
Then comes AI.

Learn more  →

IBM.

ADVERTISEMENT

On top of that, former Warner Media CEO John Stankey is replacing Randall Stephenson as CEO of AT&T on July 1.

As for Hollywood and games, a number of the movie studios are doubling down on the streaming wars as they try to deal with the lockdown of movie theaters. Games, of course, would be a great way for the entertainment companies to go digital. But the heavy investments in streaming of movies and TV shows are taxing the Hollywood companies. Disney+ was successful in getting a lot of users, and that is prompting the other studios to follow suit, said one observer who asked not to be identified.



10 great deals on Father's Day gifts your dad will...



This Microsoft Excel training bundle is just $34 right now



Get a lifetime of amazing stock images and videos for...

Inject your real estate strategy with tons of data f...

store

**You May Like**



Top 25 Most Paused Movie Moments

Sponsored: Collider



The economics of AI: Why scalability isn't simply a matter of more use cases

Exhibit J

| | |
|---|---|
| **Secretary of State** **Statement of Information** (Limited Liability Company) **LLC-12** | 20-C04335 **FILED** In the office of the Secretary of State of the State of California MAY 15, 2020 |

**IMPORTANT — Read instructions before completing this form.**

**Filing Fee – $20.00**

**Copy Fees –** First page $1.00; each attachment page $0.50; Certification Fee - $5.00 plus copy fees

**This Space For Office Use Only**

---

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)

LEGENDARY PICTURES FILMS, LLC

| **2. 12-Digit Secretary of State File Number** | **3. State, Foreign Country or Place of Organization** (only if formed outside of California) |
|---|---|
| 200615310104 | DELAWARE |

**4. Business Addresses**

| a. Street Address of Principal Office - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 2900 W. Alameda Ave. | Burbank | CA | 91505 |
| b. Mailing Address of LLC, **if different than item 4a** | City (no abbreviations) | State | Zip Code |
| 2900 W. Alameda Ave. | Burbank | CA | 91505 |
| c. Street Address of **California** Office, if Item 4a is not in California - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
| 2900 W. Alameda Ave. | Burbank | CA | 91505 |

**5. Manager(s) or Member(s)**

If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (**leave** Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Entity Name - Do not complete Item 5a | | | |
|---|---|---|---|
| Wanda America Entertainment, Inc. | | | |

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 2900 W. Alameda Avenue, 15th Floor | Burbank | CA | 91505 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL –** Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | CA | |

**CORPORATION –** Complete Item 6c only. Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b |
|---|
| CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA     AS CSC - LAWYERS INCORPORATING SERVICE (C1592199) |

**7. Type of Business**

| a. Describe the type of business or services of the Limited Liability Company |
|---|
| Media |

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | | Suffix |
|---|---|---|---|---|
| | | | | |
| b. Address | City (no abbreviations) | | State | Zip Code |
| | | | | |

**9. The Information contained herein, including any attachments, is true and correct.**

| 05/15/2020 | Jeffrey Miller | Authorized Person | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:

Company:

Address:

City/State/Zip:

Exhibit K

