1  Steve Wilson Briggs
2  4322 Chico Ave.,
   Santa Rosa, CA 95407
3  510 200 3763
   snc.steve@gmail.com
4  PLAINTIFF In Propria Persona

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE WILSON BRIGGS<br><br>Plaintiff,<br><br>vs<br><br>JAMES CAMERON;  et al | Civ No: Civ No: 20-CV-1596-WHO<br><br>**DECLARATION OF STEVE WILSON BRIGGS (PLAINTIFF), IN SUPPORT OF PLAINTIFF'S AMENDED SECOND MOTION IN LIMINE TO INCLUDE NEW EVIDENCE, IN SUPPORT OF COMPLAINT, AND IN CONTEMPLATION OF DEF GOOGLE LLC'S MOTION TO DISMISS** |

Declaration

1

**DECLARATION OF STEVE WILSON BRIGGS (PLAINTIFF),
IN SUPPORT OF PLAINTIFF'S AMENDED SECOND MOTION IN LIMINE TO
INCLUDE NEW EVIDENCE, IN SUPPORT OF COMPLAINT, AND IN
CONTEMPLATION OF DEF GOOGLE LLC'S MOTION TO DISMISS**

I, Steve Wilson Briggs, declare the following:

1. I am the Plaintiff in this action, and I make this declaration of my own personal knowledge, or on information and belief, and if called to testify in Court on these matters, I could do so competently.

2. I, personally, and alone, conducted the research for the document titled, "Plaintiff's Amended Second Motion In Limine To Include New Evidence, In Support Of Complaint, And In Contemplation Of Def Google LLC's Motion To Dismiss," as I have for all of my courtfilings, ever.

3. All of the documents attached to the *Plaintiff's Amended Second Motion In Limine To Include New Evidence, In Support Of Complaint, And In Contemplation Of Def Google Llc's Motion To Dismiss* are true and genuine, and just as I found them online.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the 22th day of June, 2020, in Santa Rosa, California.

Dated:   06/22/2020           Signed:  /s/ Steve Wilson Briggs
                                              Plaintiff, In Propria Persona

Declaration