Steve Wilson Briggs
4322 Chico Ave.,
Santa Rosa, CA 95407
510 200 3763
snc.steve@gmail.com
PLAINTIFF In Propria Persona

**UNITED STATES DISTRICT COURT,**

**NORTHERN DISTRICT OF CALIFORNIA,**

**SAN FRANCISCO DIVISION**

| STEVE WILSON BRIGGS, | Civ No: 20-cv-01596-WHO |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF'S AMENDED SECOND MOTION IN LIMINE TO INCLUDE NEW EVIDENCE, IN SUPPORT OF COMPLAINT, AND IN CONTEMPLATION OF DEF GOOGLE LLC'S MOTION TO DISMISS** |
| vs | |
| KEVIN SPACEY et al, | |
| Defendants. | |

Having considered the "Plaintiff's Amended Second Motion In Limine To Include New Evidence, In Support Of Complaint, And In Contemplation Of Def Google LLC's Motion To Dismiss," and finding the Plaintiff's arguments are sound, the Court hereby grants Plaintiff's Amended Second Motion In Limine To Include New Evidence, In Support Of Complaint, And In Contemplation Of Def Google LLC's Motion To Dismiss.

**IT IS SO ORDERED**

Dated:_____      Signed:_____

The Honorable Judge William H. Orrick
United States Distrct Judge

1
PROPOSED ORDER