1 | **JASSY VICK CAROLAN LLP**
JEAN-PAUL JASSY, Cal. Bar No. 205513
  jpjassy@jassyvick.com
KEVIN L. VICK, Cal. Bar No. 220738
  kvick@jassyvick.com
ELIZABETH BALDRIDGE, Cal. Bar No. 313390
  ebaldridge@jassyvick.com
800 Wilshire Boulevard, Suite 800
Los Angeles, CA 90017
Telephone:  (310) 870-7048
Facsimile:  (310) 870-7010

Attorneys for Defendants Twentieth Century
Fox Film Corp., Lightstorm Entertainment Inc.,
News Corp. and James Cameron

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILSON BRIGGS,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES CAMERON; TWENTIETH CENTURY FOX FILM CORP.; NEWS CORP.; GOOGLE LLC; INTERNET ARCHIVE; ZERO GRAVITY; LIGHTSTORM ENTERTAINMENT INC.; MICHAEL PIERCE; MARK WILLIAMS; and ROBERT KAMEN,<br><br>    Defendants. | Case No.: 3:20-cv-01596-WHO<br>Hon. William H. Orrick<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS TWENTIETH CENTURY FOX FILM CORP., LIGHTSTORM ENTERTAINMENT INC., NEWS CORP. AND JAMES CAMERON'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>DATE: July 29, 2020<br>TIME: 2:00 P.M.<br>COURTROOM: 2 – 17TH FLOOR |

1  Defendants Twentieth Century Fox Film Corp., Lightstorm Entertainment Inc., News Corp. and James Cameron's (collectively, "Defendants'") Motion to Dismiss Plaintiff's Complaint pursuant to Rule 12(b)(6) came for hearing before this Court on July 29, 2020, at 2:00 p.m.  Having read and considered the Motion, Memorandum of Points and Authorities in support, Notice of Lodging, Request for Judicial Notice, and exhibits thereto, and having heard the arguments of the parties, for good cause appearing, the Court hereby GRANTS Defendants' Motion in full.  The Court dismisses each of Plaintiff Steve Wilson Briggs's claims against Defendants with prejudice and without leave to amend.

**IT IS SO ORDERED**.

Dated: _____, 2020

The Honorable William H. Orrick
UNITED STATES DISTRICT COURT
JUDGE