**JASSY VICK CAROLAN LLP**
JEAN-PAUL JASSY, Cal. Bar No. 205513
　jpjassy@jassyvick.com
KEVIN L. VICK, Cal. Bar No. 220738
　kvick@jassyvick.com
ELIZABETH BALDRIDGE, Cal. Bar No. 313390
　ebaldridge@jassyvick.com
800 Wilshire Boulevard, Suite 800
Los Angeles, CA 90017
Telephone:　(310) 870-7048
Facsimile:　(310) 870-7010

Attorneys for Defendants Twentieth Century
Fox Film Corp., Lightstorm Entertainment Inc.,
News Corp. and James Cameron

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILSON BRIGGS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JAMES CAMERON; TWENTIETH CENTURY FOX FILM CORP.; NEWS CORP.; GOOGLE LLC; INTERNET ARCHIVE; ZERO GRAVITY; LIGHTSTORM ENTERTAINMENT INC.; MICHAEL PIERCE; MARK WILLIAMS; and ROBERT KAMEN,<br><br>　　　　Defendants. | Case No.: 3:20-cv-01596-WHO<br>Hon. William H. Orrick<br><br>**DEFENDANTS TWENTIETH CENTURY FOX FILM CORP., LIGHTSTORM ENTERTAINMENT INC., NEWS CORP. AND JAMES CAMERON'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS; DECLARATION OF MARLENE RIOS WITH EXHIBITS A-B**<br><br>DATE: July 29, 2020<br>TIME: 2:00 P.M.<br>COURTROOM: 2 – 17TH FLOOR |

# REQUEST FOR JUDICIAL NOTICE

## I. INTRODUCTION

Defendants Twentieth Century Fox Film Corp., Lightstorm Entertainment Inc., News Corp. and James Cameron (collectively, "Defendants") respectfully request, pursuant to Federal Rules of Evidence 201(b) and (d), that this Court take judicial notice of (1) the DVD of the motion picture *Avatar* at issue in Plaintiff's Complaint, and (2) the DVD of the motion picture *Taken*, also at issue in the Complaint. Defendants concurrently submit the DVDs to the Court along with a Notice of Lodging.

## II. THE COURT SHOULD TAKE JUDICIAL NOTICE OF THE FILMS AT ISSUE.

Federal Rule of Evidence 201(b) provides that facts are subject to judicial notice where they are "not subject to reasonable dispute in that [they are] . . . capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Federal Rule of Evidence 201(d) states that "[a] court shall take judicial notice if requested by a party and supplied with the necessary information."

In ruling on a motion to dismiss, a court may take judicial notice of items and documents outside the pleadings when such items are referenced in the complaint. *See*, *e.g.*, *Knievel v. ESPN*, 393 F.3d 1068, 1076-1077 (9th Cir. 2005); *Zella v. The E.W. Scripps Co.*, 529 F. Supp. 2d 1124, 1128 (C.D. Cal. 2007). In copyright cases, courts frequently take judicial notice of allegedly infringing works when evaluating substantial similarity. *See Silas v. Home Box Office, Inc.*, 201 F. Supp. 3d 1158, 1169 (C.D. Cal. 2016) (finding that court must take judicial notice of actual contents of allegedly infringing work rather than relying on plaintiff's description of the work in the complaint); *Marcus v. ABC Signature Studios, Inc.*, 279 F. Supp. 3d 1056, 1062-1062 (C.D. Cal. 2017) (taking judicial notice of DVD of allegedly infringing work).

Here, because Plaintiff purports to describe the contents of the alleged infringing works *Avatar* and *Taken* in his Complaint, judicial notice of those materials is appropriate. *See, e.g.,* Compl. ¶¶ 330-502. The copies of the films and their contents are not subject to reasonable dispute and are capable of accurate and ready determination.

1  Accordingly, Defendants respectfully request that the Court take judicial notice of the DVD
2  copies of *Avatar* and *Taken*.

Dated: June 22, 2020                          JASSY VICK CAROLAN LLP

                                       */s/ Jean-Paul Jassy*
                                       JEAN-PAUL JASSY
Counsel for Defendants Twentieth Century
Fox Film Corp., Lightstorm Entertainment Inc.,
News Corp. and James Cameron

# DECLARATION OF MARLENE RIOS

I, Marlene Rios, declare as follows:

1. I am an employee of the law firm Jassy Vick Carolan LLP. Jassy Vick Carolan LLP is counsel of record for Defendants Twentieth Century Fox Film Corp., Lightstorm Entertainment Inc., News Corp. and James Cameron ("Defendants") in the matter of *Briggs v. Cameron, et al.,* United States District Court for the Northern District of California, Case No. 3:20-cv-01596-WHO. Unless otherwise stated, I have personal knowledge of the following facts.

2. On June 9, 2020, I placed an online order via Target.com for copies of the motion pictures *Avatar* and *Taken* on DVD, to be shipped from Target's stock. I personally received the copies of the DVDs shipped from the retailer.

3. Exhibit A, submitted concurrently with this Declaration, is an original of the DVD of the film *Avatar* that I ordered from Target on June 9, 2020.

4. Exhibit B, submitted concurrently with this Declaration, is an original of the DVD of the film *Taken* that I ordered from Target on June 9, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of June, 2020, at Los Angeles County, California.

_____
Marlene Rios

# EXHIBIT A

# EXHIBIT A

# to the Declaration of Marlene Rios is a DVD of the film *Avatar*, which has been

# MANUALLY LODGED

# EXHIBIT B

# EXHIBIT B

# to the Declaration of Marlene Rios is a DVD of the film *Taken*, which has been

# MANUALLY LODGED