1  **JASSY VICK CAROLAN LLP**
   JEAN-PAUL JASSY, Cal. Bar No. 205513
2     jpjassy@jassyvick.com
   KEVIN L. VICK, Cal. Bar No. 220738
3     kvick@jassyvick.com
   ELIZABETH BALDRIDGE, Cal. Bar No. 313390
4     ebaldridge@jassyvick.com
   800 Wilshire Boulevard, Suite 800
5  Los Angeles, CA 90017
   Telephone:     (310) 870-7048
6  Facsimile:     (310) 870-7010

7  Attorneys for Defendants Twentieth Century
   Fox Film Corp., Lightstorm Entertainment Inc.,
8  News Corp. and James Cameron

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILSON BRIGGS, <br><br> Plaintiff, <br><br> v. <br><br> JAMES CAMERON; TWENTIETH CENTURY FOX FILM CORP.; NEWS CORP.; GOOGLE LLC; INTERNET ARCHIVE; ZERO GRAVITY; LIGHTSTORM ENTERTAINMENT INC.; MICHAEL PIERCE; MARK WILLIAMS; and ROBERT KAMEN, <br><br> Defendants. | Case No.: 3:20-cv-01596-WHO <br> Hon. William H. Orrick <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS TWENTIETH CENTURY FOX FILM CORP., LIGHTSTORM ENTERTAINMENT INC., NEWS CORP. AND JAMES CAMERON'S REQUEST FOR JUDICIAL NOTICE** |

Having considered Defendants Twentieth Century Fox Film Corp., Lightstorm Entertainment Inc., News Corp. and James Cameron's (collectively, "Defendants'") Request for Judicial Notice, Notice of Lodging, and exhibits thereto, and for good cause appearing, the Court hereby GRANTS Defendants' Request for Judicial Notice. The Court takes judicial notice of the following items:

- The DVD of *Avatar* attached as Exhibit A to the Declaration of Marlene Rios, and manually lodged with the Court; and
- The DVD of *Taken*, attached as Exhibit B to the Declaration of Marlene Rios, and manually lodged with the Court.

**IT IS SO ORDERED**.

Dated: _____, 2020

The Honorable William H. Orrick
UNITED STATES DISTRICT COURT JUDGE