**JASSY VICK CAROLAN LLP**
JEAN-PAUL JASSY, Cal. Bar No. 205513
  jpjassy@jassyvick.com
KEVIN L. VICK, Cal. Bar No. 220738
  kvick@jassyvick.com
ELIZABETH BALDRIDGE, Cal. Bar No. 313390
  ebaldridge@jassyvick.com
800 Wilshire Boulevard, Suite 800
Los Angeles, CA 90017
Telephone:    (310) 870-7048
Facsimile:    (310) 870-7010

Attorneys for Defendants Twentieth Century
Fox Film Corp., Lightstorm Entertainment Inc.,
News Corp. and James Cameron

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILSON BRIGGS,<br><br>    Plaintiff,<br><br>  v.<br><br>JAMES CAMERON; TWENTIETH CENTURY FOX FILM CORP.; NEWS CORP.; GOOGLE LLC; INTERNET ARCHIVE; ZERO GRAVITY; LIGHTSTORM ENTERTAINMENT INC.; MICHAEL PIERCE; MARK WILLIAMS; and ROBERT KAMEN,<br><br>    Defendants. | Case No.: 3:20-cv-01596-WHO<br>Hon. William H. Orrick<br><br>**NOTICE OF LODGING OF EXHBITS IN SUPPORT OF DEFENDANTS TWENTIETH CENTURY FOX FILM CORP., LIGHTSTORM ENTERTAINMENT INC., NEWS CORP. AND JAMES CAMERON'S REQUEST FOR JUDICIAL NOTICE AND MOTION TO DISMISS** |

1  TO THE COURT, PLAINTIFF IN *PROPRIA PERSONA*, ALL PARTIES AND THEIR
2  ATTORNEYS OF RECORD:
3  PLEASE TAKE NOTICE that Defendants Twentieth Century Fox Film Corp., Lightstorm
4  Entertainment Inc., News Corp. and James Cameron (collectively, "Defendants") hereby lodge the
5  following Exhibits in support of the concurrently-filed Request for Judicial Notice and Motion to
6  Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), and attached to the Declaration of
7  Marlene Rios:

- Exhibit A to the Declaration of Marlene Rios, which is an original DVD of the film *Avatar*; and
- Exhibit B to the Declaration of Marlene Rios, which is an original DVD of the film *Taken*.

These DVDs are lodged manually with the Court, per Local Rule 5-1(f). Defendants also serve additional copies of the DVDs on all parties currently appearing in this action.

Dated: June 22, 2020          JASSY VICK CAROLAN LLP

                              */s/ Jean-Paul Jassy*
                              JEAN-PAUL JASSY
                              Counsel for Defendants Twentieth Century
                              Fox Film Corp., Lightstorm Entertainment Inc.,
                              News Corp. and James Cameron

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am over the age of eighteen years and not a party to this action. My business address is 800 Wilshire Blvd., Suite 800, Los Angeles, CA 90017. On June 22, 2020, I served true copies of the following document(s) described as:

**DEFENDANTS TWENTIETH CENTURY FOX FILM CORP., LIGHTSTORM ENTERTAINMENT INC., NEWS CORP. AND JAMES CAMERON'S REQUEST FOR JUDICIAL NOTICE WITH DECLARATION OF MARLENE RIOS; NOTICE OF LODGING; AND**

- **EXHIBIT A TO THE DECLARATION OF MARLENE RIOS, WHICH IS AN ORIGINAL DVD OF THE FILM *AVATAR*; AND**

- **EXHIBIT B TO THE DECLARATION OF MARLENE RIOS, WHICH IS AN ORIGINAL DVD OF THE FILM *TAKEN***

on the interested parties as follows:

Steve Kenyatta Wilson Briggs           Steve Wilson Briggs
681 Edna Way                            4322 Chico Avenue
San Mateo, California 94402             Santa Rosa, California 95407

*Plaintiff in Propria Persona*

Whitty Somvichian, Esq.
Katherine E. Green, Esq.
COOLEY LLP
101 California Street, 5th Floor
San Francisco, California 94111

*Attorneys for Defendant Google LLC*

Peter Christopher Catalanotti, Esq.
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105

*Attorneys for Defendant Internet Archive*

☑ **BY FEDERAL EXPRESS OVERNIGHT DELIVERY:** I enclosed said document(s) in an envelope(s) or package(s) provided by FedEx and addressed to the person(s) at the address(es) listed above. I placed the envelope(s) or package(s) for collection and overnight delivery at an office or a regularly utilized drop box of FedEx.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on June 22, 2020, at Los Angeles, California.

_____
Marlene Rios