1  **JASSY VICK CAROLAN LLP**
   JEAN-PAUL JASSY, Cal. Bar No. 205513
2    jpjassy@jassyvick.com
   KEVIN L. VICK, Cal. Bar No. 220738
3    kvick@jassyvick.com
   ELIZABETH BALDRIDGE, Cal. Bar No. 313390
4    ebaldridge@jassyvick.com
   800 Wilshire Boulevard, Suite 800
5  Los Angeles, CA 90017
   Telephone:    (310) 870-7048
6  Facsimile:    (310) 870-7010

7  Attorneys for Defendants Twentieth Century
   Fox Film Corp., Lightstorm Entertainment Inc.,
8  News Corp. and James Cameron

9

10

11               **UNITED STATES DISTRICT COURT**

12            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

13

| STEVE WILSON BRIGGS, | Case No.: 3:20-cv-01596-WHO |
|---|---|
| Plaintiff, | Hon. William H. Orrick |
| v. | **DEFENDANT TWENTIETH CENTURY FOX FILM CORP.'S CERTIFICATION OF INTERESTED PARTIES OR PERSONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND NORTHERN DISTRICT OF CALIFORNIA LOCAL RULE 3-15** |
| JAMES CAMERON; TWENTIETH CENTURY FOX FILM CORP.; NEWS CORP.; GOOGLE LLC; INTERNET ARCHIVE; ZERO GRAVITY; LIGHTSTORM ENTERTAINMENT INC.; MICHAEL PIERCE; MARK WILLIAMS; and ROBERT KAMEN, | |
| Defendants. | |

TO THE COURT, PLAINTIFF IN *PROPRIA PERSONA*, ALL OTHER PARTIES AND THEIR COUNSEL:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 3-15, Defendant Twentieth Century Fox Film Corp. hereby files this corporate disclosure statement and certification of interested parties or persons.

Pursuant to Civil Local Rule 3-15, the undersigned counsel of record for Defendant Twentieth Century Fox Film Corp. certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Twentieth Century Fox Film Corp. (Defendant) is an indirect, wholly-owned subsidiary of The Walt Disney Company, a publicly-traded company;
- Defendants Lightstorm Entertainment, Inc., News Corp. and James Cameron; and
- EuropaCorp, as the owner of the copyright in the *Taken* films, licensed certain distribution and exploitation rights in the films to Twentieth Century Fox Film Corp.

Dated: June 22, 2020                **JASSY VICK CAROLAN LLP**


By      /s/ Jean-Paul Jassy
        JEAN-PAUL JASSY
        Attorneys for Defendants
        Twentieth Century Fox Film Corp., Lightstorm
        Entertainment Inc., News Corp. and James Cameron