**JASSY VICK CAROLAN LLP**
JEAN-PAUL JASSY, Cal. Bar No. 205513
  jpjassy@jassyvick.com
KEVIN L. VICK, Cal. Bar No. 220738
  kvick@jassyvick.com
ELIZABETH BALDRIDGE, Cal. Bar No. 313390
  ebaldridge@jassyvick.com
800 Wilshire Boulevard, Suite 800
Los Angeles, CA 90017
Telephone:   (310) 870-7048
Facsimile:   (310) 870-7010

Attorneys for Defendants Twentieth Century Fox Film Corp., Lightstorm Entertainment Inc., News Corp. and James Cameron

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILSON BRIGGS,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES CAMERON; TWENTIETH CENTURY FOX FILM CORP.; NEWS CORP.; GOOGLE LLC; INTERNET ARCHIVE; ZERO GRAVITY; LIGHTSTORM ENTERTAINMENT INC.; MICHAEL PIERCE; MARK WILLIAMS; and ROBERT KAMEN,<br><br>    Defendants. | Case No.:  3:20-cv-01596-WHO<br>Hon. William H. Orrick<br><br>**DEFENDANT LIGHTSTORM ENTERTAINMENT INC.'S CERTIFICATION OF INTERESTED PARTIES OR PERSONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND NORTHERN DISTRICT OF CALIFORNIA LOCAL RULE 3-15** |

TO THE COURT, PLAINTIFF IN *PROPRIA PERSONA*, ALL OTHER PARTIES AND THEIR COUNSEL:

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 3-15, Defendant Lightstorm Entertainment Inc. hereby files this corporate disclosure statement and certification of interested parties or persons.

    Pursuant to Civil Local Rule 3-15, the undersigned counsel of record for Defendant Lightstorm Entertainment Inc. certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- James Cameron is a defendant in this proceeding and 100% owner of defendant Lightstorm Entertainment Inc.

Dated:  June 22, 2020            **JASSY VICK CAROLAN LLP**

By     /s/ Jean-Paul Jassy
        JEAN-PAUL JASSY
        Attorneys for Defendants
        Twentieth Century Fox Film Corp., Lightstorm Entertainment Inc., News Corp. and James Cameron