1
2
3
4
5
6

**JASSY VICK CAROLAN** LLP
JEAN-PAUL JASSY, Cal. Bar No. 205513
  jpjassy@jassyvick.com
KEVIN L. VICK, Cal. Bar No. 220738
  kvick@jassyvick.com
ELIZABETH BALDRIDGE, Cal. Bar No. 313390
  ebaldridge@jassyvick.com
800 Wilshire Boulevard, Suite 800
Los Angeles, CA 90017
Telephone:      (310) 870-7048
Facsimile:      (310) 870-7010

7
8

Attorneys for Defendants Twentieth Century
Fox Film Corp., Lightstorm Entertainment Inc.,
News Corp. and James Cameron

9
10

11

**UNITED STATES DISTRICT COURT**

12

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

13
14
15

STEVE WILSON BRIGGS,

        Plaintiff,

        v.

16
17
18
19
20

JAMES CAMERON; TWENTIETH
CENTURY FOX FILM CORP.; NEWS
CORP.; GOOGLE LLC; INTERNET
ARCHIVE; ZERO GRAVITY;
LIGHTSTORM ENTERTAINMENT INC.;
MICHAEL PIERCE; MARK WILLIAMS;
and ROBERT KAMEN,

        Defendants.

21
22
23
24
25
26
27
28

Case No.:  3:20-cv-01596-WHO
Hon. William H. Orrick

**DEFENDANT NEWS CORP.'S
CERTIFICATION OF INTERESTED
PARTIES OR PERSONS PURSUANT TO
FEDERAL RULE OF CIVIL
PROCEDURE 7.1 AND NORTHERN
DISTRICT OF CALIFORNIA LOCAL
RULE 3-15**

TO THE COURT, PLAINTIFF IN *PROPRIA PERSONA*, ALL OTHER PARTIES AND THEIR COUNSEL:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 3-15, Defendant News Corp. hereby files this corporate disclosure statement and certification of interested parties or persons.

Pursuant to Civil Local Rule 3-15, the undersigned counsel of record for Defendant News Corp. certifies that the following listed persons, associations of persons, firms, partnerships, corporations, (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Defendant News Corp. has no parent and no publicly held company owns more than 10% of its stock.

Dated:  June 22, 2020                    **JASSY VICK CAROLAN LLP**


                                    By      /s/ Jean-Paul Jassy
                                            _____
                                            JEAN-PAUL JASSY
                                            Attorneys for Defendants
                                            Twentieth Century Fox Film Corp., Lightstorm
                                            Entertainment Inc., News Corp. and James Cameron