1  **JASSY VICK CAROLAN LLP**
   JEAN-PAUL JASSY, Cal. Bar No. 205513
2     jpjassy@jassyvick.com
   KEVIN L. VICK, Cal. Bar No. 220738
3     kvick@jassyvick.com
   ELIZABETH BALDRIDGE, Cal. Bar No. 313390
4     ebaldridge@jassyvick.com
   800 Wilshire Boulevard, Suite 800
5  Los Angeles, CA 90017
   Telephone:   (310) 870-7048
6  Facsimile:   (310) 870-7010

7  Attorneys for Defendants Twentieth Century
   Fox Film Corp., Lightstorm Entertainment Inc.,
8  News Corp. and James Cameron

9

10

11              **UNITED STATES DISTRICT COURT**

12           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

13

   STEVE WILSON BRIGGS,                    Case No.: 3:20-cv-01596-WHO
14                                         Hon. William H. Orrick
                 Plaintiff,
15
            v.                             **DEFENDANT JAMES CAMERON'S**
16                                         **CERTIFICATION OF INTERESTED**
   JAMES CAMERON; TWENTIETH                **PARTIES OR PERSONS PURSUANT TO**
17 CENTURY FOX FILM CORP.; NEWS            **NORTHERN DISTRICT OF**
   CORP.; GOOGLE LLC; INTERNET             **CALIFORNIA LOCAL RULE 3-15**
18 ARCHIVE; ZERO GRAVITY;
   LIGHTSTORM ENTERTAINMENT INC.;
19 MICHAEL PIERCE; MARK WILLIAMS;
   and ROBERT KAMEN,
20
                 Defendants.
21

22

23

24

25

26

27

28

TO THE COURT, PLAINTIFF IN *PROPRIA PERSONA*, ALL OTHER PARTIES AND THEIR COUNSEL:

Pursuant to Civil L.R. 3-15, the undersigned counsel of record for Defendant James Cameron certifies that the following listed persons, associations of persons, firms, partnerships, corporations, (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Lightstorm Entertainment Inc., which is 100% owned by James Cameron, is also a defendant in this proceeding.

Dated:  June 22, 2020               **JASSY VICK CAROLAN LLP**


By      /s/ Jean-Paul Jassy
        JEAN-PAUL JASSY
        Attorneys for Defendants
        Twentieth Century Fox Film Corp., Lightstorm
        Entertainment Inc., News Corp. and James Cameron