1

**JASSY VICK CAROLAN** LLP
JEAN-PAUL JASSY, Cal. Bar No. 205513

2
   jpjassy@jassyvick.com
KEVIN L. VICK, Cal. Bar No. 220738

3
   kvick@jassyvick.com
ELIZABETH BALDRIDGE, Cal. Bar No. 313390

4
   ebaldridge@jassyvick.com
800 Wilshire Boulevard, Suite 800

5
Los Angeles, CA 90017
Telephone:      (310) 870-7048

6
Facsimile:      (310) 870-7010

7
Attorneys for Defendants Twentieth Century
Fox Film Corp., Lightstorm Entertainment Inc.,

8
News Corp. and James Cameron

9

10

**UNITED STATES DISTRICT COURT**

11

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

12

13
STEVE WILSON BRIGGS,

14
              Plaintiff,

15
       v.

16
JAMES CAMERON; TWENTIETH
CENTURY FOX FILM CORP.; NEWS

17
CORP.; GOOGLE LLC; INTERNET
ARCHIVE; ZERO GRAVITY;

18
LIGHTSTORM ENTERTAINMENT INC.;
MICHAEL PIERCE; MARK WILLIAMS;

19
and ROBERT KAMEN,

20
              Defendants.

21

22

23

24

25

26

27

28

Case No.:  3:20-cv-01596-VC
Hon. Vince Chhabria

**DEFENDANTS TWENTIETH CENTURY
FOX FILM CORP., LIGHTSTORM
ENTERTAINMENT INC., NEWS CORP.
AND JAMES CAMERON'S RENOTICE
OF HEARING ON PREVIOUSLY-FILED
MOTION TO DISMISS COMPLAINT
[DKT. 53]**

**NEW HEARING INFORMATION:**

DATE: July 30, 2020
TIME: 10:00 A.M.
COURTROOM: 4 – 17TH FLOOR

TO PLAINTIFF IN *PROPRIA PERSONA*, ALL OTHER PARTIES AND THEIR COUNSEL:

PLEASE TAKE NOTICE THAT Defendants Twentieth Century Fox Film Corp., Lightstorm Entertainment Inc., News Corp. and James Cameron (referred to collectively herein as "Defendants") hereby renotice the hearing on their Motion to Dismiss (Dkt. No. 53) for **July 30, 2020, at 10:00 a.m. or as soon thereafter as the parties may be heard in Courtroom 4, 17th Floor, of the United States District Court for the Northern District of California, San Francisco Courthouse, 450 Golden Gate Avenue, San Francisco, California 94102, the Honorable Vince Chhabria, presiding**.

Defendants previously noticed the hearing on their Motion to Dismiss for July 29, 2020, before the Honorable William H. Orrick, in compliance with Local Civil Rule 7-2(a).  Following Defendants' initial notice of motion, Judge Orrick issued an order of recusal (Dkt. No. 60), and the above-captioned action was reassigned to Judge Chhabria (Dkt. No. 61).  Defendants renotice the hearing on their Motion to Dismiss in accordance with Judge Chhabria's civil law and motion calendar.

Per the Court's reassignment order (Dkt. No. 61), the renoticing of the hearing does not affect the briefing schedule on Defendants' Motion to Dismiss.

Dated:  June 24, 2020               **JASSY VICK CAROLAN LLP**


By      /s/ Jean-Paul Jassy
        JEAN-PAUL JASSY
        Attorneys for Defendants
        Twentieth Century Fox Film Corp., Lightstorm
        Entertainment Inc., News Corp. and James Cameron