**WEINBERG GONSER LLP**
SHAHROKH SHEIK, BAR ID #250650
shahrokh@weinberg-gonser.com
CHARANJIT SINGH, BAR ID #311609
charanjit@weinberg-gonser.com
10866 Wilshire Blvd., Suite 1650
Los Angeles, CA 90024
Telephone: (424) 239-2851
Facsimile: (424) 238-3060

Attorneys for Defendant,
MICHAEL PIERCE

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILSON BRIGGS,<br><br>            Plaintiff,<br><br>        v.<br><br>JAMES CAMERON; TWENTIETH CENTURY FOX FILM CORP.; NEWS CORP.; GOOGLE LLC; ZERO GRAVITY; INTERNET ARCHIVE; LIGHTSTORM ENTERTAINMENT INC.; MICHAEL PIERCE; MARK WILLIAMS; ROBERT KAMEN,<br><br>            Defendants. | Case No.: 3:20-CV-01596-WHO<br><br>Assigned to the Honorable Vince Chhabria<br><br>**DEFENDANT MICHAEL PIERCE'S DECLARATION**<br><br>**FILED CONCURRENTLY WITH NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**<br><br>Hearing Date:<br>Time:<br>Dept.:   2 – 17th Floor |

## DECLARATION OF MICHAEL PIERCE

I, MICHAEL PIERCE, declare as follows:

   1.   I am a defendant in this action, and respectfully submit this declaration in support of my motion to dismiss the complaint of Plaintiff Steve Wilson Briggs. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would competently testify to them.

   2.   I was never associated in any way with the films *Avatar* or *Taken,* and had never heard of Plaintiff or *Butterfly Driver* until he was served with the Complaint at issue.

   3.   I worked at Zero Gravity Management ("ZGM") from 2003-2007.

   4.   ZGM never went out of business and is completely unaffiliated and unrelated to a group

4. ZGM never went out of business and is completely unaffiliated and unrelated to a group called "Zero Gravity Internet Group."

5. ZGM never opened a new company called "Future Service, Inc." (Compl. ¶¶ 2-10.) "Future Service, Inc." was opened by a completely separate film entity called "Future Films" with whom ZGM happened to share offices and for whom it co-produced a movie. ZGM had no affiliation otherwise with Future Films, or Future Service, Inc.

6. I never had any access to the script *Butterfly Driver* and I never read it, or had it in my possession in any capacity.

7. I never submitted the script *Butterfly Driver* to any studio.

8. I have no close friends at 20th Century Fox.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct, and that this declaration was executed on June 24, 2020, at Los Angeles, California.

DocuSigned by:

E3F272B798E14E5...

MICHAEL PIERCE