COOLEY LLP
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
KATHERINE E. GREEN (312928)
(kgreen@cooley.com)
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

Counsel for Defendant Google LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE WILSON BRIGGS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES CAMERON; TWENTIETH CENTURY FOX FILM CORP.; NEWS CORP.; GOOGLE LLC; INTERNET ARCHIVE; ZERO GRAVITY; LIGHTSTORM ENTERTAINMENT INC.; MICHAEL PIERCE; MARK WILLIAMS; ROBERT KAMEN,<br><br>　　　　Defendants. | Case No. 3:20-cv-01596-VC<br><br>**GOOGLE LLC'S RE-NOTICE OF HEARING ON PREVIOUSLY FILED MOTION TO DISMISS COMPLAINT [DKT. NO. 31]**<br><br>Date:   July 30, 2020<br>Time:   10:00 a.m.<br>Dept:    Courtroom 4 - 17th Floor<br>Judge:   Vince Chhabria<br><br>Trial Date:         Not Yet Set<br>Date Action Filed: March 4, 2020 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

GOOGLE LLC'S RE-NOTICE OF HEARING ON
PREVIOUSLY FILED MOTION TO DISMISS
3:20-CV-01596-VC

TO PLAINTIFF AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Google LLC ("Google") hereby renotices the hearing on its Motion to Dismiss (Dkt. No. 31) (the "Motion") for July 30, 2020 at 10:00 a.m., or as soon thereafter as this Motion may be heard in the above-titled court, located at Courtroom 4, 17th Floor, of the United States District Court for the Northern District of California, San Francisco Courthouse, 450 Golden Gate Avenue, San Francisco, California 94102.

Google previously noticed the hearing on its Motion for July 22, 2020, before the Honorable William H. Orrick.  Google renotices the Motion pursuant the Court's order reassigning the above-captioned action to the Honorable Vince Chhabria (Dkt. No. 61).

Dated: June 24, 2020                                     COOLEY LLP

                                                         By: /s/ Whitty Somvichian
                                                             Whitty Somvichian

                                                         Attorneys for Defendant Google LLC

228608086 v1

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

GOOGLE LLC'S RE-NOTICE OF HEARING ON
PREVIOUSLY FILED MOTION TO DISMISS
3:20-CV-01596-VC