1  COOLEY LLP
WHITTY SOMVICHIAN (194463)
2  (wsomvichian@cooley.com)
KATHERINE E. GREEN (312928)
3  (kgreen@cooley.com)
101 California Street, 5th Floor
4  San Francisco, California 94111-5800
Telephone:     +1 415 693 2000
5  Facsimile:     +1 415 693 2222

6  Counsel for Defendant Google LLC

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12  STEVE WILSON BRIGGS,                    Case No. 3:20-cv-01596-VC

13            Plaintiff,                    **GOOGLE LLC'S OPPOSITION TO PLAINTIFF'S AMENDED FIRST MOTION IN**
14       v.                                 **LIMINE AND REQUEST FOR JUDICIAL NOTICE [DKT. 43] AND AMENDED SECOND**
15  JAMES CAMERON; TWENTIETH                **MOTION IN LIMINE [DKT. 52]**
CENTURY FOX FILM CORP.; NEWS
16  CORP.; GOOGLE LLC; INTERNET
ARCHIVE; ZERO GRAVITY;                      Trial Date:        Not Yet Set
17  LIGHTSTORM ENTERTAINMENT INC.;          Date Action Filed:  March 4, 2020
MICHAEL PIERCE; MARK WILLIAMS;
18  ROBERT KAMEN,

19            Defendants.

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

1

## I.   INTRODUCTION

2        Plaintiff Steve Briggs ("Plaintiff") continues to burden this Court and the defendants in

3   the case with improper filings that fail to conform to the Federal Rules of Civil Procedure.

4   Plaintiff's Amended Motion in Limine and Request for Judicial Notice filed on June 11, 2020

5   (Dkt. No. 43) and Amended Second Motion in Limine filed on June 22, 2020 (Dkt. 52)

6   (collectively the "Motions in Limine"), improperly attempt to introduce new facts and evidence in

7   support of his complaint (the "Complaint") and should be denied.

8   ## II.   ARGUMENT

9        Plaintiff brings the Motions in Limine pursuant to Federal Rules of Evidence 401 and 402,

10   but those Rules address the definition and admissibility of relevant evidence and do not allow a

11   plaintiff to add evidence to the Complaint.  Indeed, introducing evidence at the pleadings stage of

12   litigation is entirely inappropriate. *See, e.g., Lopez v. Hartley*, 2010 WL 4718396, at *5 (E.D.Cal.

13   Nov. 12, 2010) ("Evidence should not be submitted to the Court until this action reaches an

14   appropriate stage in litigation for the submission of evidence, such as in response to a motion for

15   summary judgment, at trial, or when specifically requested by the Court. Further, if and when this

16   action reaches an appropriate stage in litigation for the submission of evidence, Plaintiff will not

17   be able to refer to exhibits attached to his complaint as evidence.")

18        This rule is particularly applicable where the proffered evidence relates to matters that

19   predated the Complaint.  Under Federal Rule of Civil Procedure 15, a pleading may be

20   "supplemented" to set forth new allegations, but only where the allegations concern matters that

21   have taken place since the original pleading was filed.  Fed. R. Civ. P. 15(d); *Eid v. Alaska*

22   *Airlines, Inc.*, 621 F.3d 858, 874 (9th Cir. 2010).  The additional evidence and exhibits Plaintiff

23   seeks to add to the Complaint involve allegations of conduct that occurred *before* the Complaint

24   was filed, and thus cannot be added through a supplemental pleading.  *Id.; see e.g.* Plaintiff's

25   Amended Second Motion in Limine at ¶ d ("Google LLC maintained business ties with Pierce

26   from 2008 until January 2020.")

27        Moreover, to supplement the Complaint, Plaintiff must request leave of court through a

28   properly noticed motion and attach a supplemental pleading. Fed. R. Civ. P. 15(d).  Instead,

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

GOOGLE'S OPPOSITION TO
PLAINTIFF'S MOTIONS IN LIMINE
NO. 3:20-CV-01596-VC

Plaintiff has merely filed lists of allegations and hundreds of pages of exhibits that bear no apparent relationship to the Complaint.

**III.     CONCLUSION**

Plaintiff's Motions in Limine are procedurally improper should be denied.

Dated: June 25, 2020                                        COOLEY LLP


By:  */s/ Whitty Somvichian*
     Whitty Somvichian

Attorneys for Defendant Google LLC

228520026

Cooley LLP
Attorneys at Law
San Francisco

3

Google's Opposition to
Plaintiff's Motions in Limine
No. 3:20-cv-01596-VC