| | |
|---|---|
| 1 | Steve Wilson Briggs |
| 2 | 4322 Chico Ave., |
|   | Santa Rosa, CA 95407 |
| 3 | 510 200 3763 |
| 4 | snc.steve@gmail.com |
|   | PLAINTIFF In Propria Persona |
| 5 | |
| 6 | |
| 7 | |

**UNITED STATES DISTRICT COURT,**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| 10 | STEVE WILSON BRIGGS, | Civ No: 20-cv-01596-WHO |
| 11 | Plaintiff, | |
| 12 | vs | **CERTIFICATE OF GOOD FAITH** |
| 13 | KEVIN SPACEY et al, | |
| 14 | Defendants. | |

**CERTIFICATE OF GOOD FAITH**

   COMES NOW Steve Wilson Briggs, Plaintiff, in propria persona, in this action titled *Briggs v Cameron*, CV20-01596, who (in accordance with 28 U.S. CODE § 144, which requires that all motions/requests to disqualify federal judges under 28 U.S. CODE § 144 must include a certificate stating that said motion/request is made in good faith) states the following upon personal knowledge:

   I, Steve Wilson, Briggs, hereby certify that my Motion To Disqualify The Honorable Judge Vince Chhabria, attached hereto, is made in good faith.

   I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

   Executed on June 29, 2020, at Santa Rosa, California

                          Signed:     /s/ Steve Wilson Briggs
                                      Plaintiff, In Propria Persona