Steve Wilson Briggs
4322 Chico Ave.,
Santa Rosa, CA 95407
510 200 3763
snc.steve@gmail.com
PLAINTIFF In Propria Persona

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| STEVE WILSON BRIGGS, Plaintiff, vs KEVIN SPACEY et al, Defendants. | Civ No: 20-cv-01596-WHO<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO DISQUALIFY THE HONORABLE JUDGE VINCE CHHABRIA, PURSUANT TO 28 USC §§ 144 AND 455; AFFIDAVIT OF PLAINTIFF STEVE WILSON BRIGGS; CERTIFICATE OF GOOD FAITH.** |
|---|---|

Having considered the motion titled "Plaintiff's Motion To Disqualify The Honorable Judge Vince Chhabria, Pursuant To 28 Usc §§ 144 And 455; Affidavit Of Prejudice By Plaintiff Steve Wilson Briggs; Certificate Of Good Faith," and finding the motion has merit, the Court hereby grants said motion, and I, Judge Vince Chhabria, agree to disqualify myself and recuse myself from the action titled "*Briggs v Cameron*", 20-cv-01596.

**IT IS SO ORDERED**

Dated:_____        Signed:_____

The Honorable Judge William H. Orrick
United States District Judge