# Certificate of Service

    I, Steve Wilsin Briggs, Plaintiff in this action title Briggs v Cameron, declare that via the ECF/CM System I caused the document(s) listed below to be electronically filed with the Court and served to all defendants in this action who have responded to the service of Summons and Complaint. The document that I filed and served to said defendants were title:

1. PLAINTIFFS' NOTICE OF MOTION AND MOTION TO DISQUALIFY THE HONORABLE JUDGE VINCE CHHABRIA, PURSUANT TO 28 USC §§ 144 AND 455; AFFIDAVIT OF PLAINTIFF STEVE WILSON BRIGGS; CERTIFICATE OF GOOD FAITH;
2. AFFIDAVIT OF STEVE WILSON BRIGGS;
3. CERTIFICATE OF GOOD FAITH;
4. PROPOSED ORDER;
5. CERTIFICATE OF SERVICE.

    I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

    Executed on June 29, 2020, at Santa Rosa, California

                                       Signed:       /s/ Steve Wilson Briggs

                                                             Plaintiff, In Propria Persona