**WEINBERG GONSER LLP**
SHAHROKH SHEIK, BAR ID #250650
shahrokh@weinberg-gonser.com
CHARANJIT SINGH, BAR ID #311609
charanjit@weinberg-gonser.com
10866 Wilshire Blvd., Suite 1650
Los Angeles, CA 90024
Telephone: (424) 239-2851
Facsimile: (424) 238-3060

Attorneys for Defendant,
MICHAEL PIERCE

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILSON BRIGGS,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES CAMERON; TWENTIETH CENTURY FOX FILM CORP.; NEWS CORP.; GOOGLE LLC; ZERO GRAVITY; INTERNET ARCHIVE; LIGHTSTORM ENTERTAINMENT INC.; MICHAEL PIERCE; MARK WILLIAMS; ROBERT KAMEN,<br><br>    Defendants. | Case No.: 3:20-CV-01596-WHO<br><br>Assigned to the Honorable Vince Chhabria<br><br>**DEFENDANT MICHAEL PIERCE'S RENOTICE OF MOTION TO DISMISS COMPLAINT**<br><br>Hearing Date: September 03, 2020<br>Time: 10:00 AM<br>Dept.: 4 – 17th Floor |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on September 03, 2020 at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 4 on the 17th floor of the above-entitled court, located at 450 Golden Gate Avenue, San Francisco, California 94102, Defendant MICHAEL PIERCE ("Mr. Pierce") will and hereby does move this Honorable Court for an order striking and dismissing Plaintiff STEVE WILSON BRIGGS' ("Plaintiff") Complaint in its entirety with prejudice and without leave to amend.

1

**DEFENDANT MICHAEL PIERCE'S RENOTICE OF MOTION TO DISMISS COMPLAINT**

1   This motion to dismiss is made pursuant to Federal Rules of Civil Procedure ("FRCP") § 12(b)(6)
2   on the grounds that each cause of action alleged against Mr. Pierce in the Complaint, namely copyright
3   infringement and misrepresentation, is frivolous in nature and overall insufficiently plead.
4   This motion is based on this Notice, the Memorandum of Points and Authorities, Declaration of
5   Michael Pierce, the papers and pleadings on file herein, any relevant matters that are judicially noticeable,
6   and upon such further oral and documentary evidence as may be presented to the Court at or before the
7   time of the hearing.

DATED: June 30, 2020                By:   /s/ Shahrokh Sheik
                                           SHAHROKH SHEIK
                                           Attorney for Defendant,

                                           MICHAEL PIERCE

**DEFENDANT MICHAEL PIERCE'S RENOTICE OF MOTION TO DISMISS COMPLAINT**