MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Steve Wilson Briggs <br> Plaintiff, Pro Se <br><br> TELEPHONE NO.:    FAX NO. *(Optional)*: <br> E-MAIL ADDRESS *(Optional)*: <br> ATTORNEY FOR *(Name)*: in Pro Per | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: San Francisco Dic=vision

PLAINTIFF/PETITIONER: Steve Wilson Briggs
DEFENDANT/RESPONDENT: Mark Williams

**DECLARATION**

CASE NUMBER: CV20-01596-WHO

I, Kim Mcginnis Elite Pro Servers, declare: Lie# 2015093064
I am a Registered Process Server and was retained to serveprocess in the above-referenced matter on the following person or entity:Mark Williams
I was on the date herein mentioned over the age of eighteen years and not a party to above-entitled action. I am authorized to serve legal process in the State of California. The following facts are within my personal knowledge and if sworn as a witness I can and will truthfully and competently testify thereto
I attempted personal service on the following dates and times with the following results

Residential Address:           10:35 am   n/a      5/22/2020
4010 Mandeville Canyon rd       4:00 pm   n/a      5/26/2020
Los Angeles, CA 90049

                                5:11 pm            6/2/2020
                                7:00 pm            6/12/2020
                             nobody answered door

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 6/16/2020

Kim McGinnis
(TYPE OR PRINT NAME)

(SIGNATURE OF DECLARANT)

☐ Attorney for  ☐ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent   ☒ Other *(Specify)*: Process Server

Form Approved for Optional Use
Judicial Council of California
MC-030 [Rev. January 1, 2006]

**DECLARATION**

Page 1 of 1