1  Steve Wilson Briggs
2  4322 Chico Ave.,
   Santa Rosa, CA 95407
3  510 200 3763
   snc.steve@gmail.com
4  PLAINTIFF, In Propria Persona
5
6
7
8              **UNITED STATES DISTRICT COURT,**
9            **NORTHERN DISTRICT OF CALIFORNIA,**
10              **SAN FRANCISCO DIVISION**

11  STEVE WILSON BRIGGS,              Civ No: 20-CV-1596-VC
12          Plaintiff,               REQUEST FOR ENTRY OF DEFAULT
                                     AGAINST DEFENDANT
13          vs                       ZERO GRAVITY MANAGEMENT LLC
14  JAMES CAMERON et al,
15          Defendants.
16
17
18
19
20
21
22
23
24
25
26
27
28

REQUEST FOR ENTRY OF DEFAULT AGAINST DEF ZGM

1

1   TO: THE CLERK OF THE UNITED STATES DISTRICT, NORTHERN DISTRICT

2   OF CALIFORNIA, SAN FRANCISCO DIVISION,

3   Pursuant to Federal Rules of Civil Procedure 55(a), Plaintiff Steve Wilson Briggs

4   hereby requests that the Clerk of this Court enter Defendant Zero Gravity Management LLC

5   into default as the aforementioned Defendant has failed to plead, appear or otherwise

6   respond to the Summons and Complaint in the time prescribed by FRCP Rule 4(e)(1), which

7   provides for "following state law for serving a summons in an action brought in courts of

8   general jurisdiction in the state where the district court is located or where service is made."

9   Defendant Zero Gravity Management LLC is an out of State defendant, located in

10  Wilmington Delaware. Thus, **California Rules of Court § 3.110** allows defendants **30 days**

11  to respond to service of Summons and Complaint, and **California Code of Civil Procedure**

12  **§ 415.40** allows an out-of-state an extra 10 days to respond, and requires that Plaintiff's

13  serves any out of State defendant(s) via first-class mail, postage prepaid, requiring a return

14  receipt. California CCP reads:

15  **CCP § 415.40.**

16  A summons may be served on a person outside this state in any manner
    provided by this article or by sending a copy of the summons and of the

17  complaint to the person to be served by <u>first-class mail, postage prepaid,</u>
    <u>requiring a return receipt</u>. Service of a summons by this form of mail is deemed

18  complete on the 10th day after such mailing.

19

20  As the Court record will confirm, Plaintiff's process server, Monica Loyd, served Zero

21  Gravity Management LLC on June 3, 2020. Plaintiff submitted the Proof of Service (POS),

22  signed by MS Loyd, on June 3, 2020. However, because Ms Loyd neglected to include the

23  city she lived in in the address portion of the original POS, the Plaintiff asked Ms Loyd to

24  complete a new POS. This new POS was submitted to the Court on July 6, 2020, and is

25  document #74 on the docket, and is attached as **EXHIBIT A**.

26  The US Post Office receipt showing that MS Loyd paid for certified mail with *return*

27  *receipt requested*, to Zero Gravity Management LLC's authorized agent in Wilmington

28  Delaware, is attached as **EXHIBIT B**.

REQUEST FOR ENTRY OF DEFAULT AGAINST DEF ZGM

1    The Corporation Trust Company (Zero Gravity Management LLC's agent for service
2  of process) did not return the green "return receipt" as they should have. Rather, The
3  Corporation Trust Company returned a letter saying that Zero Gravity Management LLC
4  (**ZGM**) is "inactive" on the Delaware records, and further claiming that they (CT
5  Corporation) no longer represents ZGM. (See **EXHIBIT C**.)  This denial of "active status"
6  and denial of representation was not true. OpenCorporates.com indicates that Zero Gravity
7  Management LLC is still a valid entity in Wilmington Delaware (See **EXHIBIT D**, Open
8  Corporates search results showing inactive business entities in light print, and "active"
9  business entities in dark print—Zero Gravity Management LLC in Delaware is clearly in
10 dark print and active). And the Delaware Dept of State Division of Corporations' (DDSDC)
11 indicates that Zero Gravity Management LLC is a valid entity, and it indicates that the
12 Corporation Trust Company is still Zero Gravity Management LLC's agent for service of
13 process, and does not indicate that the company has been dissolved, as they would if
14 someone dissolved the company. (See **EXHIBIT E**.) The Plaintiff reminds the Clerk (and
15 Court) that attached to the Complaint (as *Exhibit Y*) is a Delaware DDSDC report on *Future*
16 *Service In*c, indicating that Future Service Inc was dissolved on Sept 27, 2019. Similarly, if
17 Zero Gravity Management LLC were dissolved, the DDSDC would indicate this on Exhibit
18 E. But Exhibit E does not indicate that ZGM is dissolved, because ZGM is not dissolved.
19 ZGM is active and currently credited with producing the ongoing film series *Ozark*.

20    The Delaware Office of the Secretary of State shows that the agent and address for
21 service on Zero Gravity Management LLC is:

22                    The Corporation Trust Company
      **Address:** Corporation Trust Center 1209 Orange St, Wilmington, De 19801
23

24    As the Court can verify from re-examining Exhibit A (or docket document #74),
25 this is the address that Plaintiff's process server mailed the Summons and Complaint.
26 Additionally, Plaintiff took a photo of the addressed box containing the Summons and
27 Complaint, shortly before Ms Loyd mailed it, attached as **EXHIBIT F**. The Clerk will
28 confirm, again, that the Summons and Complaint were addressed correctly.

REQUEST FOR ENTRY OF DEFAULT AGAINST DEF ZGM

| | |
|---|---|
| 1 | Defendant "Zero Gravity Management LLC" was served by mail on June 3 2020. |
| 2 | Per CCP § 415.40 "Service of a summons by this form of mail is deemed complete on the |
| 3 | 10th day after such mailing." Thus, Zero gravity was not deemed served until June 13, 2020. |
| 4 | Therefore, Zero Gravity Management LLC had until July 13, 2020, to submit a responsive |
| 5 | pleading. July 13, 2020 has come and gone and Zero Gravity Management LLC has still not |
| 6 | responded to the Complaint. Therefore, Plaintiff makes this request that the Clerk of the |
| 7 | Court enter Zero Gravity Management LLC into default, |
| 8 | |
| 9 | Dated: July 14, 2020.                         Respectfully Submitted, |
| 10 | /s/ Steve Wilson Briggs |
| 11 | Plaintiff, In Propria Persona |

REQUEST FOR ENTRY OF DEFAULT AGAINST DEF ZGM

Exhibit A

1

2   Steve Wilson Briggs
3   4322 Chico Ave.,
    Santa Rosa, CA 95407
4   510 200 3763
    snc.steve@gmail.com
5   PLAINTIFF In Propria Persona
6

7

8

9               **UNITED STATES DISTRICT COURT**

10              **NORTHERN DISTRICT OF CALIFORNIA**

11  | STEVE WILSON BRIGGS,              | Civ No: 18-cv-04952-VC           |
12  | Plaintiff,                        |                                  |
13  | vs                                | CORRECTED PROOF OF SERVICE       |
    |                                   | FOR SERVICE ON DEFENDANT         |
14  | KEVIN SPACEY et al,               | ZERO GRAVITY MANAGEMENT LLC      |
15  | Defendants.                       |                                  |

16

17

18          Attached to this caption page, as "Exhibit A," is the corrected Proof of Service

19  (**POS**) for service of process on out-of-state defendant Zero Gravity Management LLC,

20  signed by the server, Monica Loyd. On the original POS Ms. Loyd did not include her city

21  of residence in her address on line 7(a). Thus, Plaintiff submits this corrected POS.

22

23   Dated: July 6, 2020               Signed:  /s/ Steve Wilson Briggs
                                                Plaintiff, In Propria Persona
24

25

26

27

28

1
CORRECTED PROOF OF SERVICE

# Exhibit A

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Steve Wilson Briggs, Plaintiff, Pro Se<br><br>TELEPHONE NO.: (510) 200 3763      FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: snc.steve@gmail.com<br>ATTORNEY FOR *(Name)*: | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: San Francisco Division

| PLAINTIFF/PETITIONER: Steve Wilson Briggs | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Zero Gravity Management LLC | CV20-01596-WHO |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. [x] summons
   b. [x] complaint
   c. [x] Alternative Dispute Resolution (ADR) package
   d. [x] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [x] other *(specify documents):* Amended Summons, Judges' Standing Orders, Order Setting Case Management Schedule

3. a. Party served *(specify name of party as shown on documents served)*:
      Zero Gravity Management LLC
   b. [x] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      The Corporation Trust Company

4. Address where the party was served:
   1209 Orange St., Wilmington, DE 19801

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date)*:                    (2) at *(time)*:

   b. [ ] **by substituted service.** on *(date)*:                    at *(time)*:           I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:           from *(city)*:              or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | PROOF OF SERVICE OF SUMMONS | Code of Civil Procedure, § 417.10 |
|---|---|---|

**POS-010**

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |

5. c. ☒ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*  June 3, 2020     (2) from *(city):*  **Santa Rosa, California**

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☒ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means**  *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.

  b. ☐ as the person sued under the fictitious name of *(specify):*

  c. ☐ as occupant.

  d. ☐ On behalf of *(specify):*

    under the following Code of Civil Procedure section:

      ☐ 416.10 (corporation)      ☐ 415.95 (business organization, form unknown)

      ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)

      ☐ 416.30 (joint stock company/association)      ☐ 416.70 (ward or conservatee)

      ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)

      ☐ 416.50 (public entity)      ☐ 415.46 (occupant)

           ☐ other:

7. **Person who served papers**

  a. Name:  **Monica Loyd**

  b. Address:  **3706, Sonoma Ave., Santa Rosa, CA 95405**

  c. Telephone number:  **(707) 758 2708**

  d. The fee for service was: $  **None**

  e. I am:

    (1) ☒ not a registered California process server.

    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

    (3) ☐ a registered California process server:

        ☐ owner    ☐ employee    ☐ independent contractor.

      (ii) Registration No.:

      (iii) County:

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    **or**

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date:  7-6-20

_____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

*Monica Loyd*
(SIGNATURE)

POS-010 [Rev. January 1, 2007]        **PROOF OF SERVICE OF SUMMONS**        Page 2 of 2

For your protection and privacy, please press the Clear This Form button after you have printed the form.   | Print this form | Save this form |     Clear this form

Exhibit B

```
              CODDINGTOWN
           1200 CODDINGTOWN CTR
          SANTA ROSA, CA 95401-3500
               056998-0662
               (800)275-8777
           06/03/2020 03:52 PM
```

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| PM 2-Day | 1 | $15.05 | $15.05 |
| Med FR Box | | | |
| (Domestic) | | | |
| (WILMINGTON, DE  19801) | | | |
| (Flat Rate) | | | |
| (Expected Delivery Day) | | | |
| (Saturday 06/06/2020) | | | |
| Certified | | | $3.55 |
| (USPS Certified Mail #) | | | |
| (70192280000188500175) | | | |
| Return Receipt | | | $2.85 |
| (USPS Return Receipt #) | | | |
| (95909402436281909513I0) | | | |

Total:                                        $21.45

                                              $22.00
Cash
Change                                        ($0.55)

```
*********************************
  Due to limited transportation
   availability as a result of
    nationwide COVID-19 impacts
  package delivery times may be
 extended. Priority Mail Express®
      service will not change.
*********************************
```

Text your tracking number to 28777
(2USPS) to get the latest status.
  d Message and Data rates may
   You may also visit www.usps.com
  racking or call 1-800-222-1811.

his receipt as evidence of
ance. For information on filing
surance claim go to
://www.usps.com/help/claims.htm

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®.*

Certified Mail Fee   $3.55

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $_____
☐ Return Receipt (electronic)      $_____
☐ Certified Mail Restricted Delivery $_____
☐ Adult Signature Required         $_____
☐ Adult Signature Restricted Delivery $_____

Postage        $15.05

Total Postage and Fees   $21.45

Sent To  ZGM LLC c/o The [exposition Trust Company]
Street and Apt. No., or PO Box No.  1209 Orange St.
City, State, ZIP+4®  P Wilmington DE  19801

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7019 2280 0001 8850 0175

Exhibit C



June 09, 2020

Steve Wilson Briggs
4322 Chico Avenue,
Santa Rosa, CA  95407

Re:  Steve Wilson Briggs, Pltf. vs. James Cameron, et al., Dfts. // To: Zero Gravity Management, LLC

Case No.  320CV01596WHO

Dear Sir/Madam:

Process in the above referenced case was attempted upon The Corporation Trust Company as the purported agent for service of process for Zero Gravity Management LLC.

Zero Gravity Management LLC is inactive on the records of the State DE. Our services for this entity have also been discontinued for more than five (5) years and, as such, we no longer maintain an active record of this entity. Since we have no address to which to forward this process, we have not done so.

Very truly yours,


The Corporation Trust Company

Log# 537763015

Carrier Tracking# 1Z0418EX0102083700

cc:  --

Exhibit D

...Y CAPITAL MANAGEMENT LLC  *(Delaware (US), 10 Aug 1999- )*

ZERO GRAVITY CAPITAL MANAGEMENT LLC  *(California (US), 20...*

...TGOMERY STREET, 3RD FLOOR SAN FRANCISCO CA 94104)

...Y MANAGEMENT LLC  *(Delaware (US), 6 Jan 2000- )*

...Y MANAGEMENT LLC  *(Wyoming (US), 12 Dec 2018- ,*  4826 SUSSEX

...2116 USA)

GRAVITY MANAGEMENT, LLC  *(Georgia (US), 24 Sep 2004-16 May 2008,*

SUITE 103-110, ALPHARETTA, GA, 30004, USA)

GRAVITY MANAGEMENT, LLC  *(Florida (US), 9 Oct 2008-)*

GRAVITY MANAGEMENT, LLC  *(California (US), 26 Jan 2006- ,*  1241

E 131 CAMBRIA CA 93428)

GRAVITY MANAGEMENT, LLC  *(California (US), 11 Sep 2003- ,*  1241

E 131 CAMBRIA CA 93428)

...Y TECHNOLOGY MANAGEMENT LLC  *(Delaware (US), 4 Oct 2000- )*

ZERO GRAVITY TECHNOLOGY MANAGEMENT LLC  *(California*

400 MONTGOMERY ST., 3RD FL SAN FRANCISCO CA 94104)

## Filtered by jurisdiction

4  California (US)
3  Delaware (US)
1  Florida (US)
1  Georgia (US)
1  Wyoming (US)

## Filter by data held

4  Branch Relationship
1  Company Address
1  Identifier

## Filter by current status

1  Active
1  Admin. Dissolved
2  Canceled
1  Inactive
2  Sos/Ftb Forfeited

# Exhibit E

Delaware.gov

Governor | General Assembly | Courts | Elected Officials | State Agencies

---

**Department of State: Division of Corporations**

Allowable Characters

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

Loading...

---

Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | **3155722** | Incorporation Date / Formation Date: | **1/6/2000** (mm/dd/yyyy) |
| Entity Name: | **ZERO GRAVITY MANAGEMENT LLC** | | |
| Entity Kind: | **Limited Liability Company** | Entity Type: | **General** |
| Residency: | **Domestic** | State: | **DELAWARE** |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | **THE CORPORATION TRUST COMPANY** | | |
| Address: | **CORPORATION TRUST CENTER 1209 ORANGE ST** | | |
| City: | **WILMINGTON** | County: | **New Castle** |
| State: | **DE** | Postal Code: | **19801** |
| Phone: | **302-658-7581** | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ◯ Status ◯ Status,Tax & History Information

[ Submit ]

[ View Search Results ]      [ New Entity Search ]

---

For help on a particular field click on the Field Tag to take you to the help area.

Exhibit F

