1   Steve Wilson Briggs
2   4322 Chico Ave.,
    Santa Rosa, CA 95407
3   510 200 3763
    snc.steve@gmail.com
4   PLAINTIFF, In Propria Persona
5
6
7
8                    **UNITED STATES DISTRICT COURT,**
9               **NORTHERN DISTRICT OF CALIFORNIA,**
10                   **SAN FRANCISCO DIVISION**

| STEVE WILSON BRIGGS, | Civ No: 20-CV-1596-VC |
|---|---|
| Plaintiff, | NOTICE OF MOTION AND MOTION FOR SERVICE BY PUBLICATION UPON DEFENDANT MARK WILLIAMS |
| vs | |
| JAMES CAMERON et al, | |
| Defendants. | |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MOTION FOR LEAVE TO AMEND OPPOSITION

1       PLEASE TAKE NOTICE that with this Notice and Motion filing and per California

2  Code of Civil Procedure § 415.50(a), Plaintiff Steve WIlson Briggs hereby moves this Court

3  to authorize and effect service by publication on Defendant Mark Williams. This motion is

4  based upon the Memorandum, below, and upon: Exhibit A (Plaintiff's CCP § 415.50

5  Declaration/Affidavit); Exhibit B (process server Kim McGinnis' declaration of non-service

6  of Defendant Mark Williams); Exhibit C (Zero Gravity Management's address on the

7  "Contact" page of its website); Exhibit D (Mark Williams Films LLC's California Secretary

8  of State Business Entity Statement); Exhibit E (process serverer Kim McGinnis' Declaration

9  of non-service of Zero Gravity Management ).

10                MEMORANDUM AND POINTS OF AUTHORITIES

11      California Code of Civil Procedure § 415.50(a) provides "A summons may be served

12  by publication if upon affidavit it appears to the satisfaction of the court in which the action

13  is pending that the party to be served cannot with reasonable diligence be served in another

14  manner specified in this article and that (1) A cause of action exists against the party upon

15  whom service is to be made or he or she is a necessary or proper party to the action".

16      In compliance with CCP § 415.50(a), Plaintiff's Declaration/Affidavit is attached as

17  **EXHIBIT A**. Also attached and referenced within Plaintiff's Declaration (Exhibit A) are:

18  Exhibit B (process server Kim McGinnis' declaration of non-service of Defendant Mark

19  Williams); Exhibit C (Zero Gravity Management's address on the "Contact" page of its

20  website); Exhibit D (Mark Williams Films LLC's California Secretary of State Business

21  Entity Statement); Exhibit E (process serverer Kim McGinnis' Declaration of non-service of

22  Zero Gravity Management ).

23

24   Dated: July 14, 2020.              Respectfully Submitted,

25                        /s/ Steve Wilson Briggs

26                        Plaintiff, In Propria Persona

27

28

MOTION FOR LEAVE TO AMEND OPPOSITION

# Exhibit A

1  Steve Wilson Briggs
2  4322 Chico Ave.,
   Santa Rosa, CA 95407
3  510 200 3763
4  snc.steve@gmail.com
   PLAINTIFF In Propria Persona
5
6
7
8              **UNITED STATES DISTRICT COURT,**
9  **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| 10  STEVE WILSON BRIGGS, | Civ No: 20-cv-01596-VC |
| 11  Plaintiff, | PLAINTIFF'S DECLARATION IN |
| 12  vs | SUPPORT OF SERVICE BY PUBLICATION UPON DEFENDANT |
| 13  KEVIN SPACEY et al, | MARK WILLIAMS |
| 14  Defendants. | |

15
16
17
18  I, Steve Wilson Briggs, declare the following:

19      1.      I am the Plaintiff in this action, and I make this declaration of my own

20  personal knowledge, and if called to testify on these matters I could do so competently.

21      2.      CCP § 415.50(a) provides that "A summons may be served by publication if

22  upon affidavit it appears to the satisfaction of the court in which the action is pending that

23  the party to be served cannot with reasonable diligence be served in another manner

24  specified in this article and that (1) A cause of action exists against the party upon whom

25  service is to be made or he or she is a necessary or proper party to the action".

26      3.      Per CCP § 415.50(a), a cause of action exists against Defendant Mark

27  Williams, upon whom service is to be made, and he is a necessary and proper party to this

28  action.

1       4.      Mark Williams is a necessary and proper party to this action because he is

2   one of the original owners of Zero Gravity Management (**ZGM**), an entity that "accessed"

3   my screenplay, by asking me to send them (ZGM) a copy of my screenplay. "Access" is one

4   of two necessary elements in proving infringement (this action has three infringement

5   causes). After accessing my screenplay, Mark Williams then formed new businesses and

6   business partnerships with people and companies that infringed my screenplay. Mark

7   Williams is a necessary and proper party to this matter.

8       5.      Per CCP § 415.50(a), I contracted professional process server, Kim

9   McGinnis, who exerted reasonable effort to serve Defendant Mark Williams, but was unable

10   to serve him.

11       6.      Process server Kim McGinnis has provided a declaration, which I have filed

12   with the Court (and is attached hereto as **EXHIBIT B**) and is docket document #75, in

13   which Ms McGinnis declares that she made four (4) service attempts on Williams, between

14   the dates of May 22, 2020 and June 12, 2020, at the residence that Williams declares as his

15   personal address on his current and valid California business entity statement for his

16   company "Mark Williams Films LLC". On this California business entity statement,

17   Williams declares his address is: **4010 Mandeville Canyon Road, Los Angeles, CA 90049**.

18       7.      In my private conversations with server Kim McGinnis, Ms McGinnis stated

19   that when she attempted to serve Defendant Mark Williams at the address identified above,

20   she suspected that the Defendant was home but attempting to avoid service. This, she

21   suspected because there were numerous cars parked in the driveway of Mr. William's

22   residence, but no one would answer the door.

23       8.      Additionally, process server Kim McGinnis attempted to serve Defendant

24   Zero Gravity Management at the address that Zero Gravity Management (**ZGM**) declares as

25   its address on their website and various legal filings (See **EXHIBIT C**, Zero Gravity

26   Management's address on the "Contact" page of its website). ZGM claims the address

27   "11110 Ohio Avenue, Suite 100, Los Angeles, CA 90025." This address is claimed as the

28   business address for Mark Williams's company Mark Williams Films LLC, on it CA

1    Secretary of State Business Entity Statement, **EXHIBIT D**. Process server Kim McGinnis,

2    did not find Defendant Mark Williams, or any other person, at this address either, which she

3    also attempted to serve four (4) times. The Plaintiff has also filed with the Court Ms

4    McGinnis' Declaration of non-service of Zero Gravity Management at 11110 Ohio Avenue,

5    Suite 100, Los Angeles, CA 90025. Kim McGinnis' Declaration of non-service of Zero

6    Gravity Management is attached as **EXHIBIT E.**

7         9.    A copy of the Summons and Complaint could not be served in any manner

8    provided in the California Code of Civil Procedure. I used reasonable diligence and made

9    inquiries of various public databases, and resorted to other methods, such as personally

10   calling Zero Gravity Management (Mark Williams' company). Yet, all of these efforts were

11   unsuccessful, and Defendant Mark Williams has not yet been served. Again, I, and Process

12   server Kim McGinnis, exercised reasonable diligence in attempting to serve Defendant

13   Mark Williams.

14        10.   For all of the foregoing reasons the Plaintiff hereby requests that the Court

15   authorize service by publication (Plaintiff offers the following publication suggestions  to

16   the Court: *Los Angeles Times*, *Los Angeles Daily News*), or authorize any other form of

17   valid and incontrovertible service-of-process that the Court deems proper, upon Defendant

18   Mark Williams.

19        11.   I declare under the penalty of perjury that the foregoing is true and correct.

20   Executed on the 14th day of July, 2020, in Santa Rosa, California.

21

22    Dated: June 14, 2020.                              Signed:  Steve Wilson Briggs

23                                                               Plaintiff, In Propria Persona

24

25

26

27

28

DECLARATION FOR SERVICE BY PUBLICATION

# Exhibit B

MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Steve Wilson Briggs<br>Plaintiff, Pro Se | |

TELEPHONE NO.:          FAX NO. *(Optional)*:

E-MAIL ADDRESS *(Optional)*:

ATTORNEY FOR *(Name)*:  in Pro Per

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: San Francisco Dic=vision

PLAINTIFF/PETITIONER:  Steve Wilson Briggs

DEFENDANT/RESPONDENT:  Mark Williams

| **DECLARATION** | CASE NUMBER:<br>CV20-01596-WHO |
|---|---|

I, Kim Mcginnis Elite Pro Servers, declare: Lic# 2015093064

I am a Registered Process Server and was retained to serveprocess in the above -referenced matter on the following person or entity:Mark Williams

I was on the date herein mentioned over the age of eighteen years and not a party to above -entitled action.I am authorized to serve legal process in the State of California. The following facts are within my personal knowledge and if sworn as a witness I can and will truthfully and competently testify thereto

I attempted personal service  on the following dates and times with the following results

Residential Address:
4010 Mandeville Canyon rd
Los Angeles, CA 90049

| | | |
|---|---|---|
| 10:35 am  n/a | 5/22/2020 |
| 4:00 pm  n/a | 5/26/2020 |
| 5:11 pm | 6/2/2020 |
| 7:00 pm | 6/12/2020 |
| nobody answered door | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  6/16/2020

Kim McGinnis
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

☐ Attorney for  ☐ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☑ Other *(Specify)*:
Process Server

Exhibit C



Queries must include a logline of the material you'd like to submit in the body of the email - no attachments please.

Directors and writer/directors may send a query letter by email with bio, links to reels and films, and any other support material.

queries@zerogravitymanagement.com

*PLEASE NOTE: We receive many inquiries and can only respond to those we feel are a good fit for us.*

talent@zerogravitymanagement.com

# OFFICES

## LOS ANGELES

11110 Ohio Avenue

Suite 100

Los Angeles, CA 90025

310.694.3800

## NEW YORK

15900 Riverside Dr West

Ste 4A

New York, NY 10032

917.285.6102

Exhibit D

17- 776217



**Secretary of State**
**Statement of Information** 34
(Limited Liability Company)



**LLC-12**

**FILED**
Secretary of State
State of California

**AUG 0 7 2017**

**IMPORTANT** — Read instructions **before completing this form.**

**Filing Fee – $20.00**

Copy Fees – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**This Space For Office Use Only**

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)

Mark Williams Films LLC

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 201106010235 | |

**4. Business Addresses**

| a. Street Address of Principal Office - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 11110 Ohio Avenue Suite 100 | Los Angeles | Ca | 90025 |
| b. Mailing Address of LLC, if different than item 4a | City (no abbreviations) | State | Zip Code |
| | | | |
| c. Street Address of California Office, if Item 4a is not in California - Do not list a P.O. Box | C   (no abbreviations) | State | Zip Code |
| | | CA | |

**5. Manager(s) or Member(s)**
If no managers have been appointed or elected, provide the name and address of each member. At least one name and address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additonal managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Mark | | Williams | |
| b. Entity Name - Do not complete Item 5a | | | |
| | | | |

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 4010 Mandeville Canyon Road | Los Angeles | CA | 90049 |

**6.  Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only.  Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Mark | | Williams | |
| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
| 4010 Mandeville Canyon Road | Los Angeles | CA | 90049 |

**CORPORATION** – Complete Item 6c only.  Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b |
|---|
| |

**7.  Type of Business**

| a. Describe the type of business or services of the Limited Liability Company |
|---|
| Film Production and Management |

**8.  Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |
| b. Address | City (no abbreviations) | State | Zip Code |
| | | | |

**9. The information contained herein, including any attachments, is true and correct.**

| 8/3/17 | Mark Williams | Manager | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**R    Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed.  SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:

Company:

Address:

City/State/Zip:

LLC-12 (REV 01/2017)

2017 California Secretary of State
www.sos.ca.gov/business/be

Exhibit E

MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|

Steve Wilson Briggs
Plaintiff, Pro Se

TELEPHONE NO.:   FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): in Pro Per

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: San Francisco Dic=vision

PLAINTIFF/PETITIONER: Steve Wilson Briggs
DEFENDANT/RESPONDENT: Zero Gravity Management

**DECLARATION**

CASE NUMBER:
CV20-01596-WHO

I, Kim Mcginnis Elite Pro Servers, declare: Lic# 2015093064

I am a Registered Process Server and was retained to serveprocess in the above -referenced matter on the following person or entity: Zero Gravity Management

I was on the date herein mentioned over the age of eighteen years and not a party to above -entitled action.I am authorized to serve legal process in the State of California. The following facts are within my personal knowledge and if sworn as a witness I can and will truthfully and competently testify thereto

I attempted personal service on the following dates and times with the following results

Business Address:
11110 Ohio Avenue, Suite 100, Los Angeles, CA 90025

10:35 am  5/21/2020 went to business address, no name on the phone directory to let me in wasn't even a suite 100. Somebody let me in I went to suite 100 Zero Gravity was on the door. Nobody there.

2:23 pm  5/22/2020 went to business address couldn't get in
3:15 pm  5/28/2020 Went to business address , got in again nobody in office.
7:00 pm  5/28/2020 came back got in side nobody in office. I looked at the directory (list of the business there was no suite 100, only on the door was Zero Gravity.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 6/16/2020

Kim McGinnis
(TYPE OR PRINT NAME)          (SIGNATURE OF DECLARANT)

☐ Attorney for ☐ Plaintiff ☐ Petitioner ☐ Defendant
☐ Respondent ☑ Other (Specify):
Process Server

Form Approved for Optional Use
Judicial Council of California
MC-030 [Rev. January 1, 2006]

**DECLARATION**

Page 1 of 1