```
1   Steve Wilson Briggs
    4322 Chico Ave.,
2   Santa Rosa, CA 95407
3   510 200 3763
    snc.steve@gmail.com
4   PLAINTIFF In Propria Persona
5
6
7
```

8                    **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

| 10 | STEVE WILSON BRIGGS, | Civ No: 18-cv-04952-VC |
|----|----------------------|------------------------|
| 11 | Plaintiff, | |
| 12 | vs | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SERVICE BY PUBLICATION UPON DEFENDANT MARK WILLIAMS** |
| 13 | KEVIN SPACEY et al, | |
| 14 | Defendants. | |
| 15 | | |

16

17

18        Having considered the "Plaintiff's Motion For Service By Publication Upon
19 Defendant Mark Williams," and finding the Plaintiff's arguments are sound, the Court
20 hereby grants *Plaintiff's Motion For Service By Publication Upon Defendant Mark*
21 *Williams*.

22        **IT IS SO ORDERED**

23

24  Dated:_____      Signed:_____

25                                          The Honorable Vince Chhabria
                                            United States District Judge
26

27

28