# Certificate of Service

    I, Steve Wilsin Briggs, Plaintiff in this action title Briggs v Cameron, declare that via the ECF/CM System I caused the document(s) listed below to be electronically filed with the Court and served to all defendants in this action who have responded to the service of Summons and Complaint. The document that I filed and served to said defendants were titled:

1. NOTICE OF MOTION AND MOTION FOR SERVICE BY PUBLICATION UPON DEFENDANT MARK WILLIAMS;
2. PLAINTIFF'S DECLARATION IN SUPPORT OF SERVICE BY PUBLICATION UPON DEFENDANT MARK WILLIAMS;
3. PROPOSED ORDER;
4. CERTIFICATE OF SERVICE.

    I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

    Executed on July 14, 2020, at Santa Rosa, California

Signed:  /s/ Steve Wilson Briggs

Plaintiff, In Propria Persona