

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue
San Francisco, CA 94102

*cand.uscourts.gov*

July 15, 2020

RE: 20-cv-01596-VC  Briggs v. Cameron

Default is entered as to Zero Gravity Management LLC on July 15, 2020.

Susan Y. Soong, Clerk

*Felicia Brown*

by:  Felicia Brown
Case Systems Administrator
415-522-2000

*REV. 7-19*