Steve Wilson Briggs
4322 Chico Ave.,
Santa Rosa, CA 95407
510 200 3763
snc.steve@gmail.com
PLAINTIFF, In Propria Persona

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| STEVE WILSON BRIGGS, | Civ No: 20-CV-1596-VC |
|---|---|
| Plaintiff, | REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT ROBERY KAMEN |
| vs | |
| JAMES CAMERON et al, | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT, NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION,

Pursuant to Federal Rules of Civil Procedure 55(a), Plaintiff Steve Wilson Briggs hereby requests that the Clerk of this Court enter Defendant Robert Kamen (alson known as Robert Mark Kamen) into default as the aforementioned Defendant has failed to plead, appear or otherwise respond to the Summons and Complaint in the time prescribed by FRCP Rule 4(e)(1), which provides for "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made."

As the Court record will confirm from reviewing the POS filings, professional process server, Raymond Martinez, personally served Robert Kamen on June 23, 2020. Plaintiff

submitted the Proof of Service (POS), verifying that Robert Kamen (alson known as Robert Mark Kamen) was properly served, signed by Mr Raymond Martinez, on June 29, 2020, docket #69.

Attached to this *Request for Entry of Default* is the current and valid California business entity statement (**BES**) for Kamen Wines LLC, on file with the *Office of the California Secretary of State*. Kamen Wines LLC is the wine company known to be owned by the celebrity screenwriter and wine maker (and Defendant) Robert Kamen (also known as Robert Mark Kamen). As the Clerk and Court can see in the BES, Robert Kamen (Robert Mark Kamen) claims the address 21692 Eight Street East, Suite #300, Sonoma, CA, 95476. This is where Robert Martinez served this Defendant.

Defendant Robert Kamen was served, personally, on June 23 2020. Therefore, Robert Kamen had until July 14, 2020, to submit a responsive pleading. July 14, 2020 has come and gone and Robert Kamen has still not responded to the Complaint. Therefore, Plaintiff makes this request that the Clerk of the Court enter Robert Kamen into default,

Dated: July 20, 2020.                                Respectfully Submitted,

/s/ Steve Wilson Briggs
Plaintiff, In Propria Persona

REQUEST FOR ENTRY OF DEFAULT AGAINST DEF ROBERT KAMEN

# Exhibit A

18-403756

| Secretary of State<br>Statement of Information<br>(Limited Liability Company) | LLC-12 |
|---|---|

133
GL

**IMPORTANT** — Read instructions **before completing this form.**

**Filing Fee – $20.00**

**Copy Fees** – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**FILED**
Secretary of State
State of California

**FEB 05 2018**

21/20/pc
This Space For Office Use Only

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)
Kamen Wines LLC

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 200001310123 | CA |

**4. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>21692 8th street east suite 300 | Sonoma | CA | 95476 |
| b. Mailing Address of LLC, **if different than item 4a**<br>120 Stony Point Rd, suite 230 | Santa Rosa | CA | 95401 |
| c. Street Address of California Office, if Item 4a is not in California - Do not list a P.O. Box | | CA | |

**5. Manager(s) or Member(s)** — If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b: | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Robert | | Kamen | |

b. Entity Name - Do not complete Item 5a

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 21692 8th street east suite 300 | Sonoma | CA | 95476 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Robert | | Kamen | |
| b. Street Address (if agent is not a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
| 21692 8th street east, suite 300 | Sonoma | CA | 95474 |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b

**7. Type of Business**

a. Describe the type of business or services of the Limited Liability Company
sale of wine

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |
| b. Address | City (no abbreviations) | State | Zip Code |
| | | | |

**9. The Information contained herein, including any attachments, is true and correct.**

| Date | Type or Print Name of Person Completing the Form | Title | Signature |
|---|---|---|---|
| 1/9/2018 | Sandy O'Shea | Controller | /s/ Sandy O'Shea |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:
Company: Kamen Wines LLC
Address: 120 Stony Point Rd, suite 230
City/State/Zip: Santa Rosa CA 95401

LLC-12 (REV 01/2017)                                                                                          2017 California Secretary of State
                                                                                                              www.sos.ca.gov/business/be