1  Steve Wilson Briggs
2  4322 Chico Ave.,
   Santa Rosa, CA 95407
3  510 200 3763
   snc.steve@gmail.com
4  PLAINTIFF, In Propria Persona
5
6
7
8           UNITED STATES DISTRICT COURT,
9          NORTHERN DISTRICT OF CALIFORNIA,
10              SAN FRANCISCO DIVISION

| 11 | STEVE WILSON BRIGGS, | Civ No: 20-CV-1596-VC |
| 12 | Plaintiff, | AMENDED REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT ROBERY KAMEN |
| 13 | vs | |
| 14 | JAMES CAMERON et al, | |
| 15 | Defendants. | |

16
17
18      TO: THE CLERK OF THE UNITED STATES DISTRICT, NORTHERN DISTRICT
19  OF CALIFORNIA, SAN FRANCISCO DIVISION,
20      Pursuant to Federal Rules of Civil Procedure 55(a), Plaintiff Steve Wilson Briggs
21  hereby requests that the Clerk of this Court enter Defendant Robert Kamen (also known as
22  Robert Mark Kamen) into default as the aforementioned Defendant has failed to plead,
23  appear or otherwise respond to the Summons and Complaint in the time prescribed by FRCP
24  Rule 12(a)(1)(A)(i), which provides after being served a defendant must respond "within 21
25  days after being served with the summons and complaint".
26      As the Court record will confirm from reviewing the POS filings, professional process
27  server, Raymond Martinez, personally served Robert Kamen on June 23, 2020. Plaintiff
28  submitted the Proof of Service (POS), verifying that Robert Kamen (also known as Robert

1  Mark Kamen) was properly served, signed by Mr Raymond Martinez, on June 29, 2020,
2  docket #69.
3        Attached to this *Request for Entry of Default* is the current and valid California
4  business entity statement (**BES**) for Kamen Wines LLC, on file with the *Office of the*
5  *California Secretary of State*. Kamen Wines LLC is the wine company known to be owned
6  by the celebrity screenwriter and wine maker (and Defendant) Robert Kamen (also known
7  as Robert Mark Kamen). As the Clerk and Court can see in the BES, Robert Kamen (Robert
8  Mark Kamen) claims the address 21692 Eight Street East, Suite #300, Sonoma, CA, 95476.
9  This is where Robert Martinez served this Defendant.
10     Defendant Robert Kamen was served, personally, on June 23 2020. Therefore, Robert
11 Kamen had until July 14, 2020, to submit a responsive pleading. July 14, 2020 has come and
12 gone and Robert Kamen has still not responded to the Complaint. Therefore, Plaintiff makes
13 this request that the Clerk of the Court enter Robert Kamen into default,
14
15 Dated: July 20, 2020.                                   Respectfully Submitted,
16                                                        /s/ Steve Wilson Briggs
17                                                        Plaintiff, In Propria Persona

REQUEST FOR ENTRY OF DEFAULT AGAINST DEF ROBERT KAMEN

# Exhibit A

18-403756

| Secretary of State<br>Statement of Information<br>(Limited Liability Company) | LLC-12 |
|---|---|

*133 GL*

**IMPORTANT** — Read instructions **before completing this form.**

**Filing Fee – $20.00**

**Copy Fees** – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**FILED**
Secretary of State
State of California

**FEB 0 5 2018**

21/20/pc

This Space For Office Use Only

| 1. Limited Liability Company Name (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.) ||
|---|---|
| Kamen Wines LLC ||
| **2. 12-Digit Secretary of State File Number** | **3. State, Foreign Country or Place of Organization** (only if formed outside of California) |
| 200001310123 | CA |

**4. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>21692 8th street east suite 300 | Sonoma | CA | 95476 |
| b. Mailing Address of LLC, **if different than item 4a**<br>120 Stony Point Rd, suite 230 | Santa Rosa | CA | 95401 |
| c. Street Address of California Office, if Item 4a is not in California - Do not list a P.O. Box | | CA | |

**5. Manager(s) or Member(s)**

If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b: | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Robert | | Kamen | |
| b. Entity Name - Do not complete Item 5a ||||

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 21692 8th street east suite 300 | Sonoma | CA | 95476 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Robert | | Kamen | |
| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box**<br>21692 8th Street east, suite 300 | City: Sonoma | CA | 95476 |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b

**7. Type of Business**

a. Describe the type of business or services of the Limited Liability Company
sale of wine

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| b. Address | City (no abbreviations) | State | Zip Code |

**9. The Information contained herein, including any attachments, is true and correct.**

| Date | Type or Print Name of Person Completing the Form | Title | Signature |
|---|---|---|---|
| 1/9/2018 | Sandy O'Shea | Controller | /s/ Sandy O'Shea |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

| Name: | |
| Company: | Kamen Wines LLC |
| Address: | 120 Stony Point Rd, suite 230 |
| City/State/Zip: | Santa Rosa CA 95401 |

LLC-12 (REV 01/2017)   2017 California Secretary of State
www.sos.ca.gov/business/be