| | |
|---|---|
| 1 | Steve Wilson Briggs |
| 2 | 4322 Chico Ave., |
|   | Santa Rosa, CA 95407 |
| 3 | 510 200 3763 |
| 4 | snc.steve@gmail.com |
|   | PLAINTIFF In Propria Persona |

**UNITED STATES DISTRICT COURT,**

**NORTHERN DISTRICT OF CALIFORNIA,**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STEVE WILSON BRIGGS, | Civ No: 20-CV-1596-VC |
| Plaintiff, | PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT OF DEFENDANT ZERO GRAVITY MANAGEMENT LLC |
| vs | |
| JAMES CAMERON et al, | |
| Defendants. | Date: September 8, 2020 |
|  | Time: 10:00 a.m. |
|  | Courtroom: 4 |

PLAINTIFF'S OPPOSITION TO DEF MICHAEL PIERCE'S MOTION TO DISMISS

1

TO THE DEFENDANTS AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to *Federal Rules of Civil Procedures*' Rule 55 and Rule 12(a)(1)(A)(i), on September 8, 2020, at 10:00 a.m., in Courtroom 4, the Honorable Judge Vince Chhabria at the United States District Court for the Northern District of California, 17th Floor, 450 Golden Gate Ave., San Francisco, CA 94102, Plaintiff Steve Wilson Briggs will, and hereby does, move the Court for a default judgement against Defendant Zero Gravity Management LLC.

**MEMORANDUM OF POINTS AND AUTHORITIES**

*Federal Rules of Civil Procedure* Rules 12(a)(1)(A)(i) requires that a duly served defendant answer a summons and complaint "within 21 days after being served with the summons and complaint".

*Federal Rules of Civil Procedure* Rules 55 provides that after the Clerk has entered a defendant into default, a plaintiff may apply to the Court to enter a default judgment against the defendant.

On July 15, 2020, the Clerk of the Court entered Defendant Zero Gravity Management LLC into default, upon the Plaintiff's request, after Zero Gravity Management LLC (**ZGM**) failed to plead, appear or otherwise respond to the Summons and Complaint in the time prescribed by Federal Rules of Civil Procedure, Rule 12. As the Clerk has properly entered the Defendant into default (as required before moving the Court for a default judgment), Plaintiff hereby moves the Court for a default Judgment against the Defendant Zero Gravity Management LLC, based on the Defendant's failure to plead, appear or otherwise respond to the Summons and Complaint, as required under FRCP Rule 12.

**CONCLUSION**

For the foregoing reasons, the Plaintiff respectfully requests that the Court enter a default judgment against Defendant Zero Gravity Management LLC.

Dated: July 21, 2020.                               Respectfully Submitted,

/s/ Steve Wilson Briggs
Plaintiff, In Propria Persona

PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT ZGM