Steve Wilson Briggs
4322 Chico Ave.,
Santa Rosa, CA 95407
510 200 3763
snc.steve@gmail.com
PLAINTIFF In Propria Persona

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE WILSON BRIGGS<br><br>Plaintiff,<br><br>vs<br><br>JAMES CAMERON;  et al | Civ No: Civ No: 20-CV-1596-WHO<br><br>DECLARATION OF<br>STEVE WILSON BRIGGS (PLAINTIFF),<br>IN SUPPORT OF PLAINTIFF'S NOTICE<br>OF MOTION AND MOTION FOR<br>DEFAULT JUDGMENT AGAINST<br>DEFENDANT<br>ZERO GRAVITY MANAGEMENT LLC |

I, Steve Wilson Briggs, declare the following:

    1.    I am the Plaintiff in this action, and I make this declaration of my own personal knowledge, or on information and belief, and if called to testify in Court on these matters, I could do so competently.

    2.    As the various court filings that I have filed with the Court will attest:

        a.  on June 3, 2020, Plaintiff's process server (Monica Loyd) served Defendant Zero Gravity Management LLC;

        b.  On July 14, 2020, Plaintiff requested the the Clerk entered Zero Gravity Management LLC into default.

        c.  July 15, 2020, the Clerk of the Court entered Defendant Zero Gravity

Declaration

1

Management LLC into default, upon the Plaintiff's request, after Zero Gravity Management LLC failed to plead, appear or otherwise respond to the Summons and Complaint in the time prescribed by Federal Rules of Civil Procedure, Rule 12.

3. As the Clerk has entered the Defendant into default, I have asked the Court for a default Judgment against the Defendant Zero Gravity Management LLC, based on the Defendant's failure to plead, appear or otherwise respond to the Summons and Complaint, as required under FRCP Rule 12 and Rule 55.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the 21th day of July, 2020, in Santa Rosa, California.

Dated:  07/21/2020          Signed: /s/ Steve Wilson Briggs
                                                    Plaintiff, In Propria Persona

Declaration

2