Steve Wilson Briggs
4322 Chico Ave.,
Santa Rosa, CA 95407
510 200 3763
snc.steve@gmail.com
PLAINTIFF In Propria Persona

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| STEVE WILSON BRIGGS, Plaintiff, vs KEVIN SPACEY et al, Defendants. | Civ No: 18-cv-04952-VC  **[PROPOSED] ORDER** GRANTING PLAINTIFF' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT ZERO GRAVITY MANAGEMENT LLC |
|---|---|

Having considered the "Plaintiff's Motion For Default Judgment Of Defendant Zero Gravity Management LLC," and finding the Plaintiff's arguments are sound, the Court hereby grants Plaintiff's Motion For Default Judgment Of Defendant Zero Gravity Management LLC.

**IT IS SO ORDERED**

Dated:_____     Signed:_____

The Honorable Vince Chhabria
United States District Judge