# Certificate of Service

I, Steve Wilsin Briggs, Plaintiff in this action title Briggs v Cameron, declare that via the ECF/CM System I caused the document(s) listed below to be electronically filed with the Court and served to all defendants in this action who have responded to the service of Summons and Complaint. The document that I filed and served to said defendants were titled:

1. PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT OF DEFENDANT ZERO GRAVITY MANAGEMENT LLC;
2. DECLARATION OF STEVE WILSON BRIGGS (PLAINTIFF), IN SUPPORT OF PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT OF DEFENDANT ZERO GRAVITY MANAGEMENT LLC;
3. PROPOSED ORDER;
4. CERTIFICATE OF SERVICE.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

Executed on July 21, 2020, at Santa Rosa, California

Signed:  /s/ Steve Wilson Briggs

Plaintiff, In Propria Persona