1   Steve Wilson Briggs
2   4322 Chico Ave.,
    Santa Rosa, CA 95407
3   510 200 3763
    snc.steve@gmail.com
4   PLAINTIFF In Propria Persona
5
6
7
8               **UNITED STATES DISTRICT COURT,**
9            **NORTHERN DISTRICT OF CALIFORNIA,**
10               **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 11  STEVE WILSON BRIGGS, | Civ No: 20-CV-1596-VC |
| 12  Plaintiff, | PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT OF DEFENDANT ROBERT KAMEN |
| 13  vs | |
| 14  JAMES CAMERON et al, | Date: September 8, 2020 |
| 15  Defendants. | Time: 10:00 a.m. |
| 16 | Courtroom: 4 |

17
18
19
20
21
22
23
24
25
26
27
28

PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEF ROBERT KAMEN

1  TO THE DEFENDANTS AND TO THEIR ATTORNEYS OF RECORD:

2       PLEASE TAKE NOTICE that, pursuant to *Federal Rules of Civil Procedures*' Rule

3  55 and Rule 12(a)(1)(A)(i), on September 8, 2020, at 10:00 a.m., in Courtroom 4, the

4  Honorable Judge Vince Chhabria at the United States District Court for the Northern

5  District of California, 17th Floor, 450 Golden Gate Ave., San Francisco, CA 94102, Plaintiff

6  Steve Wilson Briggs will, and hereby does, move the Court for a default judgement against

7  Defendant Robert Kamen.

8       **<u>MEMORANDUM OF POINTS AND AUTHORITIES</u>**

9      *Federal Rules of Civil Procedure* Rules 12(a)(1)(A)(i) requires that a duly served

10  defendant answer a summons and complaint "within 21 days after being served with the

11  summons and complaint".

12      *Federal Rules of Civil Procedure* Rules 55 provides that after the Clerk has entered a

13  defendant into default, a plaintiff may apply to the Court to enter a default judgment against

14  the defendant.

15      On July 21, 2020, the Clerk of the Court entered Defendant Robert Kamen (also

16  known as Robert Mark Kamen) into default, upon the Plaintiff's request, after Defendant

17  Kamen failed to plead, appear or otherwise respond to the Summons and Complaint in the

18  time prescribed by Federal Rules of Civil Procedure, Rule 12. As the Clerk has properly

19  entered the Defendant into default (as required before moving the Court for a default

20  judgment), Plaintiff hereby moves the Court for a default Judgment against Defendant

21  Robert Kamen, based on the Defendant's failure to plead, appear or otherwise respond to the

22  Summons and Complaint, as required under FRCP Rule 12.

23       **CONCLUSION**

24      For the foregoing reasons, the Plaintiff respectfully requests that the Court enter a

25  default judgment against Defendant Robert Kamen.

26  Dated: July 21, 2020.                 Respectfully Submitted,

27                                <u>/s/ Steve Wilson Briggs</u>

28                                Plaintiff, In Propria Persona

PLAINTIFF'S OPPOSITION TO DEF MICHAEL PIERCE'S MOTION TO DISMISS