1 Steve Wilson Briggs
2 4322 Chico Ave.,
  Santa Rosa, CA 95407
3 510 200 3763
4 snc.steve@gmail.com
  PLAINTIFF In Propria Persona
5
6
7
8                    **UNITED STATES DISTRICT COURT,**
9                  **NORTHERN DISTRICT OF CALIFORNIA,**
10                      **SAN FRANCISCO DIVISION**

| | |
|---|---|
| | Civ No: Civ No: 20-CV-1596-WHO |
| STEVE WILSON BRIGGS | |
| Plaintiff, | DECLARATION OF STEVE WILSON BRIGGS (PLAINTIFF), IN SUPPORT OF PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT ROBERT KAMEN |
| vs | |
| JAMES CAMERON;  et al | |

19 I, Steve Wilson Briggs, declare the following:

20    1.    I am the Plaintiff in this action, and I make this declaration of my own

21 personal knowledge, or on information and belief, and if called to testify in Court on these

22 matters, I could do so competently.

23    2.    As the various court filings that I have filed with the Court will attest:

24       a.  on June 23, 2020, Plaintiff's professional process server (Raymond Martinez)

25            personally served Defendant Robert Kamen (AKA: Robert Mark Kamen);

26       b.  On July 20, 2020, Plaintiff requested the the Clerk entered Robert Kamen

27            into default.

28       c.  July 21, 2020, the Clerk of the Court entered Defendant Robert Kamen into

Declaration

1

| | |
|---|---|
| 1 | default, upon the Plaintiff's request, after Robert Kamen failed to plead, |
| 2 | appear or otherwise respond to the Summons and Complaint in the time |
| 3 | prescribed by Federal Rules of Civil Procedure, Rule 12. |
| 4 |      3.    As the Clerk has entered the Defendant into default, I have asked the Court |
| 5 | for a default Judgment against the Defendant Robert Kamen, based on FRCP Rule 55, and |
| 6 | based on the Defendant's failure to plead, appear or otherwise respond to the Summons and |
| 7 | Complaint, as required under FRCP Rule 12. |
| 8 |      4.    I declare under penalty of perjury under the laws of the United States of |
| 9 | America that the foregoing is true and correct. Executed on the 21th day of July, 2020, in |
| 10 | Santa Rosa, California. |
| 11 | |
| 12 | Dated:    07/21/2020            Signed: /s/ Steve Wilson Briggs |
| 13 | Plaintiff, In Propria Persona |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Declaration

2