| | |
|---|---|
| 1 | Steve Wilson Briggs |
| 2 | 4322 Chico Ave., |
|   | Santa Rosa, CA 95407 |
| 3 | 510 200 3763 |
| 4 | snc.steve@gmail.com |
|   | PLAINTIFF In Propria Persona |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| STEVE WILSON BRIGGS, | Civ No: 18-cv-04952-VC |
|---|---|
| Plaintiff, | |
| vs | **[PROPOSED] ORDER** |
| | GRANTING PLAINTIFF' |
| KEVIN SPACEY et al, | MOTION FOR DEFAULT JUDGMENT |
| | OF DEFENDANT ROBERT KAMEN |
| Defendants. | |

Having considered the "Plaintiff's Motion For Default Judgment Of Defendant Robert Kamen," and finding the Plaintiff's arguments are sound, the Court hereby grants Plaintiff's Motion For Default Judgment Of Defendant Robert Kamen.

**IT IS SO ORDERED**

Dated:_____    Signed:_____

The Honorable Vince Chhabria
United States District Judge

1
PROPOSED ORDER