1  Steve Wilson Briggs
2  4322 Chico Ave.,
   Santa Rosa, CA 95407
3  510 200 3763
   snc.steve@gmail.com
4  PLAINTIFF In Propria Persona
5
6
7
8              **UNITED STATES DISTRICT COURT,**
9            **NORTHERN DISTRICT OF CALIFORNIA,**
10                **SAN FRANCISCO DIVISION**

11  STEVE WILSON BRIGGS,            Civ No: 20-CV-1596-VC
12         Plaintiff,              Plaintiff's Third Motion In Limine For The
13            vs                   Inclusion Of New Facts And Evidence
14  JAMES CAMERON et al,
15         Defendants.
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff's Third Motion In Limine For The Inclusion Of New Facts And Evidence

### MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff submits this *Third Motion In Limine For The Inclusion Of New Facts and Evidence* pursuant to Federal Rules of Evidence (FRE) Rule 401 and 402.

California Rules of Court, rule 3.1112(f) instructs that: "a motion in limine filed before or during a trial need not be accompanied by a notice of hearing."

FRE Rule 401 instructs that, "Evidence is relevant if: (a) it has any tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is of consequence in determining the action."Rule 402 instructs that, "Relevant evidence is admissible unless any of the following provides otherwise: (The United States Constitution, a federal statute, these rules; or other rules prescribed by the Supreme Court.)"

The evidence and facts contained in this Motion/Request meet the requirements of FRE Rules 401 and 402.

### INTRODUCTION

The Plaintiff moves the Court to introduce facts and evidence concerning the three (3) following issues (related to the Defendants' unlawful access and infringement of the Plaintiff's work, and/or related to the Complaint's Rule 60 motion to remand/reverse):

1. Plaintiff discovered that 6 months after Defendants Zero Gravity Management LLC (**ZGM**), News Corp and Twentieth Century Fox (**20CFOX**) accessed his work, the "Big 6" Hollywood film studios (Disney, 20CFOX, Paramount, Universal, Warner Bros and Sony Pictures) created the company *Motion Picture Laboratories Inc* (**MovieLabs**). **This company directly connects all 6 major film companies to the ongoing Access and Infringement of the Plaintiff's work.** MovieLabs was/is composed of elite hackers, including <u>founder</u> **Steve Weinstein**, who <u>teaches hacking</u> at Stanford University in a program called **"Hacking For Defense,"** a program that prepares qualified University students to hack for US intelligence agencies and the military. MovieLabs also employed Defendant 20CFOX's Chief Technology Officer (Hanno Basse) on its board for 7 years, and currently employs Sony Pictures' former Chief Technology Officer

1      (Richard Berger) as its CEO. Although the Plaintiff has no obligation to prove

2      the existence of, or locate, any "hackers" that the Defendants and their associates

3      may employ, the evidence indicates that MovieLabs true purpose was to hack

4      into the Plaintiff's phones, computers, online storage and email. Plaintiff believes

5      this due to the following 4 indicators:

6         a.  the unique "hacking" skillsets of MovieLabs known employees/executives

7            (such as its founder and CEO Steve Weinstein taught hacking at Stanford);

8         b.  MovieLabs has only applied for **one** patent in 14 year; [MovieLabs claims it

9            was created **"to drive innovation that creates business opportunities and**

10           **develop tangible solutions to challenges faced by Hollywood in**

11           **transitioning to digital distribution systems."** With these goals, in 14

12           years, one would expect to find dozens of patents in the company's name.]

13        c.  from 2006 to 2019, 13 years, MovieLabs released no research

14           announcements; this is extremely unusual for a technology company, as tech

15           companies typically frequently release technology/research announcements

16           to attract investment and innovative talent.

17        d.  MovieLab's current mission does not resemble its original stated goal

18           (which may indicate fraud).

19     **2.** MRC (a defendant in Plaintiff's prior cases *Briggs v Blomkamp* and *Briggs v*

20     *Spacey*) owns the entertainment publications *The Hollywood Reporter* (***THR***, one

21     of the publications that produced many of the fraudulent articles cited in the

22     Complaint) and *Billboard Magazine*.

23        •  Plaintiff includes these facts in contemplation of the Complaint's request

24           for a Rule 60 Motion to remand or reverse *Briggs v Blomkamp*.

25     **3.** August 7, 2006, six months after ZGM and 20CFOX accessed the Plaintiff's script,

26     Defendants News Corp and 20CFOX formed their first business relationship with

27     Defendant Google LLC. This establishes that Google LLC was working with News

28     Corp and 20CFOX long before Plaintiff previously suggested or was aware (2008).

Plaintiff's Third Motion In Limine For The Inclusion Of New Facts And Evidence

| | |
|---|---|
| 1 | **FACTS AND EVIDENCE TO INCLUDE** |
| 2 | **1.**   **EXHIBIT A**: a PDF of the *Who We Are/How We Run* page from MovieLabs' |
| 3 | website, at: https://movielabs.com/who-we-are/how-we-run/. This page establishes that: |
| 4 | A.   *Movielabs'* official business name is "Motion Picture Laboratories, Inc." |
| 5 | |
| 6 | **2.**   **EXHIBIT B:** MovieLabs Wikipedia page; which establishes that: |
| 7 | B.   MovieLabs was founded by Disney, Paramount, Twentieth Century Fox, |
| 8 | Sony Pictures, Universal and Warner Bros. |
| 9 | ●   MovieLabs' Wikipedia page states that MovieLabs was formed in 2007. |
| 10 | This disagrees with other reports, which indicate MovieLabs was formed |
| 11 | in July 2006. |
| 12 | |
| 13 | **3.**   **EXHIBIT C**: A July 19, 2006, Variety Magazine article title "MovieLabs |
| 14 | Plucks Weinstein." The article explains and establishes that: |
| 15 | C.   Steve Weinstein was appointed as MovieLabs' first CEO in July 2006. |
| 16 | D.   the Motion Picture Association of America (MPAA) created *Motion Picture* |
| 17 | *Laboratories, Inc* (MovieLAbs) in September 2005, however, the company |
| 18 | remained closed and dormant without a CEO until July 19, 2006. |
| 19 | ●   MovieLabs' Wikipedia page claims the company was founded in 2007. |
| 20 | ●   Curiously, from 1945 to September 2019 (74 years) the MPAA called itself |
| 21 | the Motion Picture Association of America; but in September 2019 (a month |
| 22 | or so after I began the research for the Complaint) the MPAA changed its |
| 23 | name to the Motion Picture Association (MPA). |
| 24 | E.   Line 1 to line 2 of the article declares MovieLabs' original goal; specifically |
| 25 | explaining that MovieLabs is "an R&D outfit the movie industry is funding |
| 26 | largely to spur development of antipiracy technologies." |
| 27 | F.   The article was published July 19, 2006 (6 months after ZGM and 20CFOX first |
| 28 | accessed the Plaintiff's work). |

Plaintiff's Third Motion In Limine For The Inclusion Of New Facts And Evidence

1    **4.**    **EXHIBIT D**: MovieLabs' mission statement (from MovieLabs' website).

2    Comparing MovieLabs' current mission to its original goal (see Ex C), establishes that:

3        G.    MovieLabs' current mission is very different from its original goals.

4

5    **5.**    **EXHIBIT D**: a current Stanford University faculty posting for teacher Steve

6    Weinstein; which states that:

7        H.    Steve Weinstein is the founder and current CEO of MovieLabs.

8

9    **6.**    **EXHIBIT E**: An article posted on a Stanford University website (at:

10   https://medium.com/@sgblank/hacking-for-defense-stanford-2020-lessons-learned-present

11   ations-b8ea81ace517) about a cutting edge <u>hacking program offered at Stanford University</u>,

12   called "Hacking for Defense." The article establishes that:

13       I.    Steve Weinstein teaches an elite hacking program at Stanford University,

14            called "Hacking for Defense".

15       J.    The Course is designed to train University students to hack for various US

16            intelligence agencies and military. (See website screenshot insert below.)



**It Takes a Village**

While I authored this blog post, this class is a team project. The teaching team consisted of myself and:

- Pete Newell retired Army Colonel and ex Director of the Army's Rapid Equipping Force and CEO of BMNT.
- Joe Felter retired Army Colonel and former deputy assistant secretary of defense for South Asia, Southeast Asia, and Oceania
- Steve Weinstein 30-year veteran of Silicon Valley technology companies and Hollywood media companies. Steve was CEO of MovieLabs the joint R&D lab of all the major motion picture studios. He runs H4X Labs.
- Tom Bedecarré the founder and CEO of AKQA, the leading digital advertising agency.
- Jeff Decker a Stanford social science researcher. Jeff served in the U.S. Army as a special operations light infantry squad leader in Iraq and Afghanistan.

Our teaching assistants this year were Nate Simon and Sam Lisbonne both

Plaintiff's Third Motion In Limine For The Inclusion Of New Facts And Evidence

7.    **EXHIBIT F**:  A MovieLabs.com article announcing the hiring of Richard Berger. The article establishes that:

K.    On September 26, 2017, MovieLabs appointed Richard Berger as its new CEO.

L.    Richard Berger replaced Steve Weinstein as MovieLabs' CEO.

M.    Richard Berger had previously worked for Sony Pictures.

N.    The article interviewed **Hanno Basse**, who, the article explains, is a MovieLabs board or directors member AND the <u>Director of Technology of 20CFOX</u>.

- Richard Berger is named on about 24 patent applications or granted patents.

8.    **EXHIBIT G**: Hanno Basse's *LinkedIn* page; which establishes that:

O.    Hanno Basse speaks English, German, Russian, French and Italian.

P.    Hanno Basse is a co-inventor of 27 granted patents.

9.    **EXHIBIT H**: MRC's Wikipedia page; which explains and establishes that:

Q.    MRC (formerly *Media Rights Capital*) owns The Hollywood Reporter and Billboard Magazine.

10.    **EXHIBIT I**: A Securities and Exchange Commision article, titled "*Fox Interactive Media Enters Into Landmark Agreement With Google Inc*," from August 7, 2006;  which establishes that:

R.    News Corporation and Google LLC went into business together in August 2006, six months after ZGM accessed my work.

### CONCLUSION

For the foregoing reasons, the Plaintiff respectfully requests that the Court grant this motion in limine for the inclusion of new facts and evidence.

Dated: August 25, 2020.                              Respectfully Submitted,

<u>/s/ Steve Wilson Briggs</u>
Plaintiff, In Propria Persona

Plaintiff's Third Motion In Limine For The Inclusion Of New Facts And Evidence

Exhibit A

Case 3:20-cv-01596-VC   Document 81   Filed 08/25/20   Page 8 of 67

WHO WE ARE      WHAT WE DO      SPECIFICATIONS & RESOURCES      INNOVATION

NEWS      CONTACT US

HOME › WHO WE ARE › HOW WE RUN

Motion Picture Laboratories, Inc. ("MovieLabs") is a non-profit 501(c)(6) research and development joint venture started by the six major motion picture studios. The founding members of MovieLabs are Paramount Pictures Corporation, Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, Universal City Studios LLLP, Walt Disney Pictures and Television, and Warner Bros. Entertainment, Inc.

MovieLabs is governed by a 5-member board comprised of one representative from each studio. We also have a Technical Advisory Committee (TAC) consisting of technical leaders from the 5 studios. Together the corporate board and the TAC work with MovieLabs staff to set project and organization priorities.

# Exhibit B

# WIKIPEDIA

# MovieLabs

**MovieLabs** is an independent non-profit organization founded by Disney, Paramount, Twentieth Century Fox (now Twentieth Century Studios), Sony Pictures, Universal, and Warner Bros. studios to advance research and development in motion picture distribution and protection. It maintains project engineering, technology market analysis and standards development/evangelism among its core areas of focus and partners with leading universities, corporations, technology startups, service providers, and standards bodies to further explore innovative technologies in the field of digital media.

Key publications and standards available through MovieLabs include:
- Entertainment ID Registry (EIDR)
- Common Metadata[1]
- Content Availability Metadata (Avails)[2]
- Common Metadata Ratings[3]
- Next Generation Video[4]

# References

1. http://www.movielabs.com/md/md/
2. http://www.movielabs.com/md/avails/
3. http://www.movielabs.com/md/ratings/
4. http://www.movielabs.com/ngvideo/index.html

| Motion Picture Laboratories, Inc. (MovieLabs) | |
|---|---|
|  | |
| **Formation** | 2007 |
| **Type** | Film and Television Technology, Research, Standards |
| **Headquarters** | San Francisco, CA United States |
| **Membership** | Walt Disney Studios Sony Pictures Paramount Pictures Universal Studios Warner Bros. |
| **Key people** | Richard Berger, Raymond Drewry, Jim Helman, Paul Jensen, Daniel Lucas, Craig Seidel, Kip Welch |
| **Website** | www.movielabs .com (http://www.m ovielabs.com) |

Retrieved from "https://en.wikipedia.org/w/index.php?title=MovieLabs&oldid=949955269"

**This page was last edited on 9 April 2020, at 13:27 (UTC).**

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

Exhibit C

SUBSCRIBE

HOME > BIZ > MARKETS & FESTIVALS

Jul 19, 2006 4:28pm PT

# Movielabs plucks Weinstein

Weinstein to run R&D outfit

**By William Triplett, Ben Fritz**

0

    

The Motion Picture Assn. of America has appointed tech guru Steve Weinstein to run Movielabs, an R&D outfit the film industry is funding largely to spur development of antipiracy technologies.

Weinstein was formerly chief strategy and technology officer for the digital rights management and software licensing company Macrovision.

Search has taken much longer than expected. The MPAA formed Movielabs last September and has been waiting to hire a CEO in order to start operations.

ADVERTISEMENT



The Message of 'Lovecraft Country'

Org had hoped to hire someone by the end of 2005, but the MPAA started looking for a different kind of exec. When Movielabs was formed, the org said it expected to hire someone with a strong film business background, with tech experts working under him or her.

SUBSCRIBE

background.

"We wanted to find exactly the right person to run Movielabs, and that was not an easy task," said MPAA spokeswoman Gayle Osterberg. "In Steve, we have the perfect person to helm this organization."

Budget for the L.A.-based Movielabs is expected to be about $30 million for two years, with funding coming from Disney, Fox, Paramount, Sony, Universal and Warner Bros.

In addition, the MPAA said Wednesday it is working with online video company Guba to block pirated content on Guba's Web site. Netco sells movies and TV shows from Sony and Warner Bros. but also has a large library of user-generated content.

```
                           0  COMMENTS
```

## MORE FROM VARIETY



**'Tenet' Review: Christopher Nolan's Grandly Entertaining, Time-Slipping Spectacle Is a Futuristic Throwback**

**Premium VOD Films Have a Pricing Problem**



**How to Watch HBO Max on Roku or Amazon Fire TV: Streaming Workarounds for Now**



SUBSCRIBE

ROLLING STONE

**New 'Wonder Woman 1984' Trailer Showcases Kristen Wiig's Cheetah**

ROBB REPORT

**Long Forgotten, France's Beaujolais Wine Is Back and Better Than Ever**

SPORTICO

**XFL Sale Closes as The Rock and RedBird Turn to Television Next**

SPY

**Tame Kitchen Clutter With These Cutlery Organizers**

| Variety | ■ |
| Legal | ■ |
| Variety Magazine | ■ |
| VIP+ Account | ■ |
| Connect | ■ |

THE BUSINESS OF ENTERTAINMENT

**SUBSCRIBE TODAY**

© Copyright 2020 Variety Media, LLC, a subsidiary of Penske Business Media, LLC. Variety and the Flying V logos are trademarks of Variety Media, LLC.
Powered by WordPress.com VIP

**HAVE A NEWS TIP?** LET US KNOW

Exhibit D

WHO WE ARE      WHAT WE DO      SPECIFICATIONS & RESOURCES      INNOVATION

NEWS      CONTACT US

HOME › WHAT WE DO

# OUR MISSION

Our primary mission is to drive innovation that creates business opportunities and develop tangible solutions to the challenges faced by Hollywood in transitioning to digital distribution systems. We work with studios and tech companies to develop common technology goals and then advance them in ways that transform the industry.

# OUR CORE FOCUS AREAS

▶ **Production Technology**

MovieLabs works with studio technologists to envision the future of media production. We help set the bar for future technology and then define specifications, standards, and

workflows that deliver the industry's vision. Our goal is always to empower storytellers with new technologies that help deliver the best of future media.

LEARN MORE →

▶ ## Content Protection

MovieLabs consults with security experts and publishes guidelines and recommendations for protection of the creative investments of the film industry. We work to identify and understand new threats and drive content protection requirements into the industry to stay ahead of the curve on piracy.

LEARN MORE →

▶ ## Distribution Supply Chain

MovieLabs focuses substantial effort on improving the competitiveness of digital distribution as a key component to the future success of the industry. We drive new technologies and standards that make digital distribution more efficient and profitable by enabling automation, lowering costs, and making it easier for consumers to purchase new and better experiences from studios and their distribution partners.

LEARN MORE →

▶ ## Next Generation Formats

MovieLabs is a key resource helping the industry define next generation consumer experiences and build the technology platforms that deliver them. We help develop new formats such as Ultra HD and HDR, new ways of delivering Digital Extras to consumers, and new capabilities for consumers such as consumer lockers.

LEARN MORE →

▶ ## Data and Business Intelligence

We develop common ontologies, mappings, methodologies, and tools enabling members to better leverage data for analytics, marketing, and decision making. Our efforts deliver data

tools and research capabilities that help the industry build advanced data systems, understand global demand, and engage consumers more effectively around the world.

**LEARN MORE** →

## Future Technology

We research future technologies, foster cross-studio dialog and innovation, and provide studios a focused set of eyes and ears to look under the hood and analyze the science of new technology, engaging with entrepreneurs, engineers, and scientists to understand the potential impact and help target innovation at the needs of the media industry.

**LEARN MORE** →

Who We Are      What We Do      Specifications & Resources      Outreach      News

Contact Us      Privacy Policy

Exhibit E

| **ENGINEERING**
Management Science and Engineering

## People

| Faculty |
| --- |
| Adjuncts |
| Emeriti Faculty |
| PhD Students |
| Staff |
| Spotlight Profiles |

# Steve Weinstein

## Lecturer



Lecturer, Management Science and Engineering

## Contact

**Email: sweinstein@stanford.edu**

Linked In Profile »

With a background that spans technology, product development, and entertainment, Steve Weinstein has been focused on where media meets technology. Currently Steve is the founder and CEO of MovieLabs. Steve is also the co-founder of KineTrope a small design shop for small consumer and professional electronics. Additionally, Steve is currently teaching entrepreneurship at U.C. Berkeley and at Stanford.

Previously, Steve served as CTO of Deluxe Entertainment, a 6,000 person post production house, and CTO at Rovi Corporation where he guided the transition from physical technologies to e-commerce, connected home, secure and subscription services. Additionally, Steve held the role of Chief Technology Officer at Vicinity, a mapping company acquired by Microsoft in 2002. Steve was also a founding executive and Chief Strategist and Technologist at Liberate Technologies, an interactive television software company. Further back in his career, Steve held executive-level positions at Microprose/Spectrum HoloByte (game company), Electronics for Imaging (print processing), and Media Cybernetics (image processing). Steve also was chief architect at Ship Analytics for real time ship, sub and helicopter trainers. Steve started his career at Naval Research Laboratory in the area of advanced signal processing, computer language design, and real time os development.

View full profile on Stanford Profiles

**CONTACT US**

Jen-Hsun Huang Engineering
475 Via Ortega
Stanford, CA 94305-4121

**Contact**



**ALUMNI CONNECT**

Stay Connected

**SUPPORT MS&E**

Make a Gift

**Intranet**

/

Exhibit F

Case 3:20-cv-01596-VC Document 91 Filed 08/25/20 Page 23 of 67

# Hacking for Defense @ Stanford 2020 Lessons Learned Presentations

 Steve Blank  [Follow]

Jun 12 · 11 min read

We just finished our 5th annual Hacking for Defense class at Stanford.

What a year.

At the end of the quarter each of the eight teams give a final "Lessons Learned" presentation. Unlike traditional demo days or Shark Tanks which are, "here's how smart I am, please give me money," a Lessons Learned presentation tells the teams' stories of a 10-week journey of hard-won learning and discovery. For all the teams in a normal year it's a roller coaster narrative of what happens when you discover that everything you thought you knew on day one was wrong and how they eventually got it right.

But this year? This year was something different. 32 students were scattered across the globe and given a seemingly impossible assignment- they had 10 weeks to understand and then solve a real Dept of Defense problem — by interviewing 100 beneficiaries, stakeholders, requirements writers, et al while simultaneously building a series of minimal viable products — all while never leaving their room.

Watching each of the teams present I was left with wonder and awe about what they accomplished

Here's how they did it and what they delivered.

· · ·

Our keynote speaker for this last class was ex Secretary of Defense General Jim Mattis who gave an inspiring talk about service to the nation.

## How Do You Get Out of the Building When You Can't Get Out of the Building?

This year the teams had to overcome two extraordinary pandemic-created hurdles. First, most of the students were sequestering off campus and were scattered across 24 time zones. Each team of four students who would have spent the quarter working collaboratively in-person, instead were never once physically in the same room or location. Second, this class — which is built on the idea of interviewing customers/beneficiaries and stakeholders *in person* — now had to do all their customer discovery via a computer screen. At first this seemed to be a fatal stake through the heart of the class. How on earth would customer interviews work via video?

But we were in for two surprises. First, the students rose to the occasion, and in spite of time and physical distance, every one of them came together and acted as a unified team. Second, doing customer discovery via video actually *increased* the number of interviews the students were able to do each week. The eight teams spoke to over **945** beneficiaries, stakeholders, requirements writers, program managers, warfighters, legal, security, customers, etc.

A good number of the people the students needed to talk to were sheltering at home, and they weren't surrounded by gatekeepers. While the students missed the context of standing on a navy ship or visiting a drone control station, or watching someone try their app or hardware, the teaching teams' assessment was that remote interviews were more than an adequate substitute.

## We Changed The Class Format

Going remotely we made two major changes to the class. Previously, each of the eight teams presented a weekly ten-minute summary of; here's what we thought, here's what we did, here's what we found, here's what we're going to do next week. While we kept that cadence it was too exhausting for all the other teams to stare at their screen watching every other team present. So we split the class in half — four teams went into Zoom breakout rooms where they met with a peer-team to discuss common issues. The remaining four were in the main Zoom classroom; one presenting as three watched and listened to the instructor comments, critiques and suggestions. We rotated the teams through the main room and breakout sessions.

The second change was the addition of guest speakers. In the past, I viewed guest speakers as time filler/entertainment that detracted from the limited in-class time we

needed to listen to and coach our students. But this year we realized that our students had been staring at their screens all day and it was going to fry their heads. They deserved some entertainment/distraction. But in true Hacking for Defense practice we were going to deliver it in the form of edification and inspiration. Joe Felter and I got out our rolodex's and invited ten distinguished guest speakers. Their talks to this year's Hacking for Defense class can be seen here.



**Lessons Learned Presentation Format**

Each of the eight teams presented a 2-minute video to provide context about their problem. This was followed by an 8-minute slide presentation describing their customer discovery journey over the 10-weeks. All the teams used the Mission Model Canvas, (videos here) Customer Development and Agile Engineering to build Minimal Viable Products, but all of their journeys were unique.

By the end the class all of the teams realized that the problem as given by the sponsor had morphed into something bigger, deeper and much more interesting.

All the presentations are worth a watch.

## Team Omniscient — An Unclassified Imaging Analyst Workbench

If you can't see the Omniscient 2-minute video click here

If you can't see the video of the Omniscient team presenting click here

If you can't see the Omniscient slides click here

**Mission-Driven Entrepreneurship**
This class is part of a bigger idea — Mission-Driven Entrepreneurship. Instead of students or faculty coming in with their own ideas — we now have them working on societal problems, whether they're problems for the State Department or the Department of Defense, or non-profits/NGOs, or for the City of Oakland or for energy or the environment, or for anything they're passionate about. And the trick is we use the same Lean LaunchPad / I-Corps curriculum — and kept the same class structure — experiential, hands-on, driven this time by a *mission*-model not a business model. (The National Science Foundation, National Security Agency and the Common Mission Project have helped promote the expansion of the methodology worldwide.)

Mission-driven entrepreneurship is the answer to students who say, "I want to give back. I want to make my community, country or world a better place, while solving some of the toughest problems."

Part 1



Part 2



Part 3

## Team Protocol One — Ensuring JTAC to Pilot Communication

If you can't see the Protocol One 2-minute video click here

If you can't see the video of the Protocol One team presenting click here

If you can't see the Protocol One slides click here

**It Started with an Idea**
Hacking for Defense has its origins in the Lean LaunchPad class I first taught at Stanford in 2011. I observed that teaching case studies and/or how to write a business plan as a capstone entrepreneurship class didn't match the hands-on chaos of a startup. And that there was no entrepreneurship class that combined experiential learning with the Lean methodology. Our goal was to teach both theory and practice.

The same year we started the class, it was adopted by the National Science Foundation to train Principal Investigators who wanted to get a federal grant for commercializing their science (an SBIR grant.) The NSF observed, "The class is the scientific method for entrepreneurship. Scientists understand hypothesis testing" and relabeled the class as the NSF I-Corps (Innovation Corps). The class is now taught in 9 regional locations



supporting 98 universities and has trained over 1500 science teams. It was adopted by the National Institutes of Health as I-Corps at NIH in 2014 and at the National Security Agency in 2015.

## Team SeaWatch — Maritime Security in the South China Sea

If you can't see the SeaWatch 2-minute video click here

If you can't see the video of the SeaWatch team presenting click here

If you can't see the SeaWatch slides click here

**Origins of Hacking For Defense**

In 2016, brainstorming with Pete Newell of BMNT and Joe Felter at Stanford we observed that students in our research universities had little connection to the problems their government was trying to solve or the larger issues civil society were grappling with. Wondering how we could get students engaged, we realized the same Lean LaunchPad/I-Corps class would provide a framework to do so. That year we launched

Case 3:20-cv-01596-VC　Document 91　Filed 09/25/20　Page 33 of 67



Part 4



If you can't see the four videos of General Mattis click here for the entire talk.

both Hacking for Defense and Hacking for Diplomacy (with Professor Jeremy Weinstein and the State Department) at Stanford.



## Team TimeFlies — Automating Air Force aircrew scheduling

If you can't see the TimeFlies 2-minute video click here

If you can't see the video of the TimeFlies team presenting click here

If you can't see the TimeFlies slides click here

**Goals for the Hacking for Defense Class**

Our primary goal was to teach students Lean Innovation while they engaged in a national public service. Today if college students want to give back to their country they think of Teach for America, the Peace Corps, or Americorps or perhaps the US Digital Service or the GSA's 18F. Few consider opportunities to make the world safer with the Department of Defense, Intelligence Community or other government agencies.

Next, we wanted the students to learn about the nation's threats and security challenges while working with innovators inside the DoD and Intelligence Community. And while doing so, teach our sponsors (the innovators inside the Department of Defense (DOD) and Intelligence Community (IC)) that there is a methodology that can help them understand and better respond to rapidly evolving asymmetric threats. That if we could get teams to *rapidly* discover the real problems in the field using Lean methods, and *only then* articulate the requirements to solve them, could defense acquisition programs operate at *speed and urgency* and deliver *timely and needed* solutions.

Finally, we wanted to familiarize students about the military as a profession, its expertise, and its proper role in society. And conversely show our sponsors in the Department of Defense and Intelligence community that civilian students can make a meaningful contribution to problem understanding and rapid prototyping of solutions to real-world problems.

# Team AV Combinator — Autonomous Vehicle Safety Standards

If you can't see the AV Combinator 2-minute video click here

If you can't see the video of the AV Combinator team presenting click here

Hacking for Defense @ Stanford 2020 — Lessons Learned Presentations | by Steve Blank | Medium

If you can't see the AV Combinator slides click here

**Mission-driven in 35 Universities**
What started as a class is now a movement.

Hacking for Defense is offered in over 35 universities, but quickly following, Orin Herskowitz started Hacking for Energy at Columbia, Steve Weinstein started Hacking for Impact (Non-Profits) and Hacking for Local (Oakland) at Berkeley. Hacking for Conservation and Development at Duke followed. Steve Weinstein subsequently spun out versions of Hacking for Oceans at both Scripps and UC Santa Cruz.

And to help businesses recover from the pandemic the teaching team will be offering a Hacking For Recovery class this summer.

## Team Anthro Energy — next generation lightweight flexible batteries

If you can't see the Anthro Energy 2-minute video click here

If you can't see the video of the Anthro Energy team presenting click here

If you can't see the Anthro Energy slides click here

## Team Helmsman — Navigating in GPS denied areas

If you can't see the Helmsman 2-minute video click her

If you can't see the video of the Helmsman team presenting click here

If you can't see the Helmsman slides click here

## Team Election Watch — Open Source Tool to Track Political Influence Campaigns

If you can't see the Election Watch 2-minute video click here

If you can't see the Election Watch video of the team presenting click here

If you can't see the Election Watch slides click here

**What's Next for These Teams?**
When they graduate, the Stanford students on these teams have the pick of jobs in startups, companies and consulting firms. Recognizing the ability of these teams to produce real results, 38 members of the venture and private equity community dialed in to these presentations. Every year they fund several teams as they launch companies. This year a record 6 of the 8 teams (Anthro Energy, AV Combinator, Election Watch, Helmsman, Omniscient and Seawatch) have decided to continue with their projects to build them into dual-use companies — selling both to the Dept of Defense and

Case 3:20-cv-01596-VC   Document 91   Filed 08/25/20   Page 44 of 67

commercial businesses.) Most are applying to H4X Labs, an accelerator focused on building dual-use companies.

## Student Feedback

While Stanford does a formal survey of student reviews of the class, this year we wanted more granular data on how remote learning affected their class experience.

While we had heard anecdotal stories about how the class affected the students perceptions of the Department of Defense we now had first hand evidence. The same was true for the life-changing experience of actually doing customer discovery with 100 people. The results reinforced our belief that the class, scaling across the county was helping to bridge the civilian/military divide while teaching students a set of skills that will last a lifetime.

Case 3:20-cv-01596-VC   Document 91   Filed 08/25/20   Page 45 of 67

Student feedback on the class is here

**It Takes a Village**

While I authored this blog post, this class is a team project. The teaching team consisted of myself and:

- Pete Newell retired Army Colonel and ex Director of the Army's Rapid Equipping Force and CEO of BMNT.

- Joe Felter retired Army Colonel and former deputy assistant secretary of defense for South Asia, Southeast Asia, and Oceania

- Steve Weinstein 30-year veteran of Silicon Valley technology companies and Hollywood media companies. Steve was CEO of MovieLabs the joint R&D lab of all the major motion picture studios. He runs H4X Labs.

- Tom Bedecarré the founder and CEO of AKQA, the leading digital advertising agency.

- Jeff Decker a Stanford social science researcher. Jeff served in the U.S. Army as a special operations light infantry squad leader in Iraq and Afghanistan.

Our teaching assistants this year were Nate Simon and Sam Lisbonne both past graduates of Hacking for Defense, and Valeria Rincon. A special thanks to the National Security Innovation Network (NSIN) and Rich Carlin and the Office of Naval Research for supporting the program at Stanford and across the country as well Lockheed Martin and Northrop Grumman. And our course advisor — Tom Byers, Professor of Engineering and Faculty Director, STVP.

We were lucky to get a team of mentors (VC's and entrepreneurs) who selflessly volunteered their time to help coach the teams. Thanks to Todd Basche, Teresa Briggs, Rachel Costello, Gus Hernandez, Rafi Holtzman, Katie Tobin, Robert Locke, Kevin Ray, Eric Schrader, Mark Rosekind, Don Peppers, Nini Moorhead, Daniel Bardenstein.

We were privileged to have the support of an extraordinary all volunteer team of professional senior military officers representing all branches of service attending fellowship programs at Stanford's Hoover Institution, and Center for International Security and Cooperation (CISAC) and Asia Pacific Research Center (APARC) at the

Freeman Spogli Institute (FSI) as well as from the Defense Innovation Unit. These included COL Smith-Heys, COL Liebreich and LTC Campbell — Army, CAPT Sharman, CAPT Romani — Navy, CDR Malzone — Coast Guard, LT COL Lawson, LT COL Hasseltine and LT COL Cook — USMC, LT COL Waters and LT COL Tuzel — Air Force and Mr. Smyth -State Dept.



And of course a big shout-out to our problem sponsors. At In-Q-Tel — Mark Breier/Zig Hampel, U.S. Army — LTC Leo Liebreich, U.S. Air Force — LTC Doug Snead/ MAJ Mike Rose, Joint Artificial Intelligence Center — Joe Murray/MAJ Dan Tadross, Special Operations Command Pacific — MAJ Paul Morton, United States Africa Command — Matt Moore, and from the Office of Chairman of the Joint Chief of Staff — MAJ Jeff Budis.

Be sure to check out the other Hacking For Defense classes in universities in the U.S.and the U.K.

Thanks to everyone!

*Steve Blank writes about innovation, entrepreneurship and teaching entrepreneurship at www.steveblank.com.*

Case 3:20-cv-01596-VC   Document 91   Filed 09/25/20   Page 47 of 67

Hacking For Defense     Teaching     Entrepreneurship     Defense     Innovation

About     Help     Legal

Get the Medium app

     

Exhibit G

Case 3:20-cv-01596-VC Document 91 Filed 08/25/20 Page 49 of 67

WHO WE ARE    WHAT WE DO    SPECIFICATIONS & RESOURCES    INNOVATION

NEWS    CONTACT US

HOME › NEWS › MOVIELABS TAPS SONY'S RICHARD BERGER AS CEO

# MovieLabs Taps Sony's Richard Berger as CEO

Posted on September 26, 2017 · By **MovieLabs news**



*San Francisco, September 26, 2017* Motion Picture Laboratories, the studio-backed research and development venture, today announced the appointment of Richard Berger as President & Chief Executive Officer. Berger will lead MovieLabs' cross-industry initiatives focused on next-generation content platforms and products, automated digital workflows, content security and digital analytics.

Berger brings over 20 years of experience in digital innovation, with more than a decade leading new media and technology efforts at Sony Pictures Entertainment, most recently as SVP of Worldwide Digital Strategy & Advanced Platforms. He is known as a trusted innovator within the entertainment industry, particularly around emerging digital platforms and formats such as UltraViolet and UHD (4K).

"Rich brings that most unusual blend of qualities – deep technical knowledge coupled with an instinctive commercial understanding of how technology can disrupt and swiftly transform our industry," said Hanno Basse, MovieLabs board member and Chief Technology Officer, 20th Century Fox Film Corp. "His mix of business and technical savvy will provide strong direction to MovieLabs as it drives new technology solutions that will change how the industry delivers and protects its content."

"I have been fortunate to collaborate with the technologists at MovieLabs on many key industry initiatives," said Berger. "That includes the introduction of UltraViolet, the advancement of HDR and UHD, enhanced content protection, and standards for automated digital workflows such as delivery of next-generation extras to consumers. MovieLabs has proven an invaluable source of technical excellence and leadership for our industry, and I look forward to shaping more innovation initiatives in the coming years."

Berger will report to the MovieLabs board of directors and will be based out of a new MovieLabs office in Los Angeles. He replaces Steve Weinstein, who was serving as interim CEO. Weinstein leaves after a successful tenure to spend more time on his entrepreneurship and teaching activities at Stanford and UC Berkeley.

Share:

Who We Are        What We Do        Specifications & Resources        Outreach        News

Contact Us        Privacy Policy

Exhibit H

Case 3:20-cv-01596-VC   Document 91   Filed 09/25/20   Page 54 of 67

 Linked**in**                                      Join now    **Sign in**



···

# Hanno Basse

Los Angeles, California  ·  500+ connections

Join to Connect

## Articles by Hanno



### Microsoft Azure at Siggraph 2020

By **Hanno Basse**

August 18, 2020

## Activity



**Let us be inspired and spent some quality time to reflect ... Enjoy the readings #Inspiration #betterworld**

Liked by **Hanno Basse**

**Can you imagine that your fridge tells to your supermarket the milk bottle is about to end. Your supermarket plans its dairy product repository based...**



Join now    Sign in



In this episode Christina Heller and I had the pleasure of interviewing the amazing Charles Babb. Charles has been working in video games and...

Liked by **Hanno Basse**

**Join now to see all activity**

## Patents

**Co-inventor on 27 issued patents**

United States · various

## Honors & Awards

**Technology Emmy® Award**

National Academy of Television Arts and Sciences

2014

For the design and implementation of "Remote Statistical Multiplexing"

**Technology Emmy® Award**

National Academy of Television Arts and Sciences (NATAS)

2009

For the pioneering use of MPEG-4 AVC compression for HDTV broadcast applications

**Hughes Electronics chairman award**

2001

For the development of the Transport Processing System

# Languages

**English**

Full professional proficiency



Join now　Sign in

**Russian**
Professional working proficiency

**French**
Elementary proficiency

**Italian**
Elementary proficiency

---

# Organizations

**Infinity Festival**
Chairman
Jan 2019 – Present
A new festival taking place in Hollywood every November, focusing on how new technologies advance, influence and change the art of storytelling. Brings together a diverse group of presenters and audience members from technology companies, creative talent and studio/entertainment executives.

https://www.infinityfilmfestival.com

**Academy of Motion Pictures Arts and Sciences**
Members-at-large branch
May 2018 – Present

**Entertainment Technology Center (ETC) at the University of Southern California**
Board chairman, board member
Sep 2012 – Present

**Society of Motion Pictures and Television Engineers (SMPTE)**
Fellow
1999 – Present

**UHD Alliance**

      Join now     Sign in

A volunteer organization with representatives from content, consumer electronics, technology and distribution businesses. The goal is to define a quality bar for the next generation premium audio-visual experience, create a certification/logo program and engage in consumer education on this topic. Looking to liaise with standards bodies and industry groups around the globe. Open to new members. Details at: http://www.uhdalliance.org

**North American Broadcasters Association (NABA)**

Board member

2008 – 2012

## View Hanno's full profile

See who you know in common

Get introduced

Contact Hanno directly

**Join to view full profile**

# Hanno's public profile badge

Include this LinkedIn profile on other websites

**Hanno Basse**

View profile

Linked in

**View profile badges**

Exhibit I

MRC (company) - Wikipedia

WIKIPEDIA

# MRC (company)

**MRC** (formerly **Media Rights Capital**) is an American media company owned by Eldridge Industries. Founded by Mordecai (Modi) Wiczyk and Asif Satchu as an independent film studio, the company funds and produces film and television programming, and owns a group of entertainment and music industry publications. In 2018, the company merged with Todd Boehly's media assets under Valence Media, with the company as a whole taking on the MRC name in 2020.

The company's divisions include **MRC Film**, **MRC Non-Fiction**, **MRC Television**, **MRC Live & Alternative** (which includes Dick Clark Productions), **MRC Media & Info** (which owns publications such as *Billboard* and *The Hollywood Reporter*), and MRC Data.

The company's most notable productions have included the Netflix series *House of Cards* and *Ozark,* and the films *Baby Driver*, *Knives Out*, and *Ted*.

| MRC | |
|---|---|
| **MRC** | |
| **Formerly** | Media Rights Capital (2006-2013) |
| **Type** | Private |
| **Industry** | Film Television Business media |
| **Founded** | 2006 (Film)[1] 2008 (Television)[1] |
| **Founders** | Modi Wiczyk Asif Satchu |
| **Headquarters** | Beverly Hills, California, United States |
| **Area served** | Worldwide |
| **Key people** | Modi Wiczyk (co-CEO) Asif Satchu (co-CEO) Scott Tenley (COO) |
| **Owner** | Eldridge Industries |
| **Website** | www.mrcstudios .com (http://www.mr cstudios.com) |

## Contents

History

Filmography

Television projects
    Current
    Previous

References

External links

## History

MRC's investors include Guggenheim Partners, AT&T, WPP Group, Goldman Sachs and ABRY Partners.[2][3]

In 2008, The CW leased its Sunday-night schedule to MRC beginning in the 2008-09 television season. MRC scheduled the reality show *In Harm's Way* and the dramas *Valentine* and *Easy Money*.[4] In November 2008, after all four shows drew poor viewership, The CW announced that it would withdraw from the agreement.[5] The network returned the Sunday timeslots to its affiliates in tthe 2009-10 season.[6] After acquiring rights to produce a U.S. remake of the BBC miniseries *House of Cards*, MRC would sell the series to the streaming service Netflix in 2011, where it ran for six seasons.[7][8][9]

On February 1, 2018, Eldridge Industries, a holding company owned by former Guggenheim Partners president Todd Boehly, announced that it would contribute its media assets — including *The Hollywood Reporter*, Dick Clark Productions, and *Billboard,* and merge them with MRC into a new company known as **Valence Media**.[10] In October 2018, MRC formed a joint venture with United Talent Agency known as Civic Center Media, which seeks to back projects involving its members via MRC.[11][12]

In December 2019, Valence Media acquired Nielsen Holdings' music data business, with the division being rebranded as MRC Data.[13]

In April 2020, it was reported that Valence Media would rebrand under the MRC name.[14] The rebranding was completed in July 2020.[15]

# Filmography

Films produced or co-financed by MRC have included:

- *Babel* (2006)[16]
- *Brüno* (2009)
- *Shorts* (2009)
- *The Invention of Lying* (2009)
- *The Box* (2009)
- *Devil* (2010)
- *The Adjustment Bureau* (2011)[16]
- *30 Minutes or Less* (2011)[16]
- *Ted* (2012)[16]
- *Elysium* (2013)
- *A Million Ways to Die in the West* (2014)
- *22 Jump Street* (2014)[17]
- *Think Like a Man Too* (2014)
- *Sex Tape* (2014)
- *Chappie* (2015)
- *Furious 7* (2015)
- *Ted 2* (2015)
- *Baby Driver* (2017)
- *The Dark Tower* (2017)
- *Hotel Transylvania 3: Summer Vacation* (2018)
- *Mortal Engines* (2018)
- *Dora and the Lost City of Gold* (2019)
- *Knives Out* (2019)
- *The Lovebirds* (2020)
- *The SpongeBob Movie: Sponge on the Run* (2020)[18]
- *Peter Rabbit 2: The Runaway* (2021)[18]
- *Hotel Transylvania 4* (2021)
- Untitled Sparks documentary (TBA)[19]

# Television projects

## Current

- *Ozark* (2017–present) for Netflix
- *The Great* (2020) for Hulu

## Previous

- *In Harm's Way* (2008) for The CW
- *Valentine* (2008) for The CW
- *Easy Money* (2008) for The CW
- *The Goode Family* (2009) for ABC
- *Surviving Suburbia* (2009) for ABC
- *Kröd Mändoon and the Flaming Sword of Fire* (2009) for Comedy Central
- *Rita Rocks* (2008–2009) for Lifetime
- *Shaq Vs.* (2009–2010) for ABC
- *The Life & Times of Tim* (2008–2012) for HBO[16]
- *The Ricky Gervais Show* (2010–2012) for HBO[16]
- *How to Be a Gentleman* (2011-2012) for CBS[16]
- *House of Cards* (2013–2018) for Netflix[16]
- *Blunt Talk* (2015-2016) for Starz
- *Counterpart* (2017-2019) for Starz[20]
- *The Outsider* (2020) for HBO

# References

1. "About MRC" (http://mrcstudios.com/pages/company_overview.aspx). Media Rights Capital. Retrieved 30 June 2012.
2. Bond, Paul (2013-02-13). "Media Rights Capital Raises $175 Million to Co-Finance Movies" (https://www.hollywoodreporter.com/news/media-rights-capital-raises-175-421347). *The Hollywood Reporter*. Retrieved 2016-03-09.
3. Shaw, Lucas (2014-05-06). "Guggenheim Invests $240 Million in 'House of Cards' Producer Media Rights Capital" (https://www.thewrap.com/guggenheim-capital-invests-200-million-house-cards-producer-media-rights-capital/). *The Wrap*. Retrieved 2016-03-09.
4. "MRC Unveils Four Shows for CW Sunday" (https://web.archive.org/web/20080529234333/http://www.zap2it.com/tv/news/zap-mrcfoursundayshowscw,0,6575842.story). *zap2it.com*. Archived from the original (http://www.zap2it.com/tv/news/zap-mrcfoursundayshowscw,0,6575842.story) on 2008-05-29. Retrieved 2008-08-29.
5. Carter, Bill (2008-11-20). "CW Says It Is Retaking Control of Its Sunday TV Lineup" (https://www.nytimes.com/2008/11/21/business/media/21tele.html?_r=1&ref=television). *The New York Times*.
6. de Morales, Lisa (2009-05-21). "For Fall, CW Brings On the Suds -- and Vampires" (https://www.washingtonpost.com/wp-dyn/content/story/2009/05/21/ST2009052104745.html). *The Washington Post*.

7. Andreeva, Nellie (March 15, 2011). "Netflix To Enter Original Programming With Mega Deal For David Fincher-Kevin Spacey Series 'House of Cards' " (https://www.deadline.com/2011/03/netflix-to-e nter-original-programming-with-mega-deal-for-david-fincher-Kevin-Spacey-drama-series-house-of-ca rds/). *Deadline Hollywood*. Archived (https://web.archive.org/web/20110316172230/http://www.deadli ne.com/2011/03/netflix-to-enter-original-programming-with-mega-deal-for-david-fincher-kevin-spacey -drama-series-house-of-cards/) from the original on March 16, 2011. Retrieved March 15, 2011.

8. Stelter, Brian (January 18, 2013). "A Drama's Streaming Premiere" (https://www.nytimes.com/2013/0 1/20/arts/television/house-of-cards-arrives-as-a-netflix-series.html). *The New York Times*. Archived (https://web.archive.org/web/20130124213437/http://www.nytimes.com/2013/01/20/arts/television/ho use-of-cards-arrives-as-a-netflix-series.html) from the original on January 24, 2013. Retrieved January 25, 2013.

9. Patten, Dominic (October 30, 2017). "Netflix Cancels 'House Of Cards', Says It's 'Deeply Troubled' Over Kevin Spacey Claims" (https://deadline.com/2017/10/house-of-cards-canceled-kevin-spacey-sc andal-netflix-season-six-1202197604/). *Deadline Hollywood*. Archived (https://web.archive.org/web/2 0171030201515/http://deadline.com/2017/10/house-of-cards-canceled-kevin-spacey-scandal-netflix- season-six-1202197604/) from the original on October 30, 2017. Retrieved October 31, 2017.

10. Andrew Wallenstein (2018-02-01). "Media Rights Capital, Dick Clark Prods., THR-Billboard Combine Company" (https://variety.com/2018/biz/news/media-rights-capital-dick-clark-prods-thr-billboard-form- combined-company-1202683829/). *Variety*. Retrieved 2018-04-17.

11. Hipes, Patrick (2018-10-10). "UTA Teams With MRC On TV Studio Joint Venture Dubbed Civic Center Media" (https://deadline.com/2018/10/uta-media-rights-capital-tv-studio-civic-center-media-12 02480368/). *Deadline*. Retrieved 2020-07-22.

12. Ng, David (2018-10-10). "United Talent Agency jumps into TV production in deal with studio behind 'House of Cards' " (https://www.latimes.com/business/hollywood/la-fi-ct-uta-mrc-20181010- story.html). *Los Angeles Times*. Retrieved 2019-07-09.

13. Steele, Anne (2019-12-18). "Billboard Parent Buys Nielsen Music" (https://www.wsj.com/articles/billb oard-parent-buys-nielsen-music-11576670400). *Wall Street Journal*. ISSN 0099-9660 (https://www.w orldcat.org/issn/0099-9660). Retrieved 2020-07-22.

14. "The Hollywood Reporter-Billboard Group to Rebrand as MRC Media" (https://variety.com/2020/biz/n ews/the-hollywood-reporter-billboard-group-mrc-media-1234576205/). *Variety*. Retrieved June 24, 2020.

15. Goldsmith, Jill (2020-07-22). "THR Parent Valence Media Rebrands As MRC" (https://deadline.com/ 2020/07/hollywood-reporter-parent-rebrands-to-mrc-1202992082/). *Deadline*. Retrieved 2020-07-22.

16. McClintock, Pamela (2011-09-20). "Media Rights Capital Closes Five-Year $350 Million Credit Facility" (https://www.hollywoodreporter.com/news/media-rights-capital-closes-five-237735). *The Hollywood Reporter*. Retrieved 2019-07-10.

17. "22 Jump Street" (http://www.mrcstudios.com/film/15). *mrcstudios.com*. Retrieved 2016-03-09.

18. Goldsmith, Jill (2020-07-22). "THR Parent Valence Media Rebrands As MRC" (https://deadline.com/ 2020/07/hollywood-reporter-parent-rebrands-to-mrc-1202992082/). *Deadline*. Retrieved 2020-07-26.

19. Sharf, Zack (June 21, 2018). "Edgar Wright's Next Film Is a Documentary on Cult Pop-Rock Band Sparks — Exclusive" (https://www.indiewire.com/2018/06/edgar-wright-documentary-rock-band-spar ks-1201977373/). *IndieWire*. Retrieved April 25, 2020.

20. "JK Simmons To Star In Starz Drama Series From 'The Imitation Game' Director" (https://deadline.co m/2015/04/jk-simmons-counterpart-star-drama-series-starz-imitation-game-director-mrc-120141418 8/). *Deadline Hollywood*. Retrieved 2015-04-22.

# External links

- Official website (http://www.mrcstudios.com/)

Retrieved from "https://en.wikipedia.org/w/index.php?title=MRC_(company)&oldid=973231411"

---

**This page was last edited on 16 August 2020, at 03:03 (UTC).**

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

# Exhibit J

EX-99.1 2 rrd126691_15374.htm PRESS RELEASE OF NEWS CORPORATION, DATED AUGUST 7, 2006.

## FOX INTERACTIVE MEDIA ENTERS INTO LANDMARK AGREEMENT WITH GOOGLE INC.

### Multi-Year Pact Calls for Google to Provide Search and Advertising Across Fox Interactive Media's Growing Online Network Including the MySpace Community

MOUNTAIN VIEW and LOS ANGELES, Calif., August 7A, 2006 -- News Corporation's Fox Interactive Media and Google Inc. (NASDAQ: GOOG) today announced a multi-year search technology and services agreement whereby Google will be the exclusive search and keyword targeted advertising sales provider for Fox Interactive Media's growing network of web properties including MySpace.com ( http://www.myspace.com ).

The agreement calls for Google to power web, vertical and site specific search for MySpace.com and the majority of Fox Interactive Media properties. Google will be the exclusive provider of text-based advertising and keyword targeted ads through its AdSense program, for inventory on Fox Interactive Media's network. Google will also have a right of first refusal on display advertising sold through third parties on Fox Interactive Media's network.

The integration of Google's services including consistent search navigation across Fox Interactive Media's network of properties is slated to begin in the fourth quarter 2006 and will provide users with access to Google's industry leading search capabilities as well as text and display advertising from its global advertiser base.

Under the terms of the agreement, Google will be obligated to make guaranteed minimum revenue share payments to Fox Interactive Media of $900 million based on Fox achieving certain traffic and other commitments. These guaranteed minimum revenue share payments are expected to be made over the period beginning in the first quarter of 2007 and ending in the second quarter of 2010.

"Our partnership with Google underscores News Corp's continued evolution to become a powerful force in the digital media marketplace. To have come this far and gained this much momentum in just over a year is truly remarkable," said Peter Chernin, President and Chief Operating Officer of News Corporation. "This is an exciting time in our history as a forward thinking media company and this is just the first of many steps we plan to take with Google. We look forward to expanding our relationship into many new areas over years to come."

"We believe that our innovative technologies will be of real benefit to Fox Interactive Media's growing number of users," said Eric Schmidt, Chief Executive Officer of Google. "MySpace.com is a widely acknowledged leader in user-generated content and incorporating search and advertising furthers our mission of making the world's information universally accessible and useful."

"This deal is the next step in our evolution as a significant interactive player," said Ross Levinsohn, President of Fox Interactive Media. "Forming a strategic partnership with one of the most innovative companies in the world to expand our business together, monetize our platforms effectively and leverage our combined scale will provide substantial growth for our businesses."

"This agreement demonstrates our commitment to bring the same innovation to monetizing user-generated content that we brought to search advertising," said Omid Kordestani, Senior Vice President, Global Sales & Business Development of Google. "We look forward to other opportunities to partner with News Corp. to the benefit of its community."

"This agreement demonstrates our commitment to bring the same innovation to monetizing user-generated content that we brought to search advertising," said Omid Kordestani, Senior Vice President, Global Sales & Business Development of Google. "We look forward to other opportunities to partner with News Corp. to the benefit of its users."

In addition to MySpace.com ( http://www.myspace.com ), Fox Interactive Media properties that will benefit from the Google integration include top ranked online videogame and entertainment site IGN (

http://www.ign.com ), dynamic collegiate and pro sports network Scout.com ( http://www.scout.com ), leading site for movie lovers Rottentomatoes.com ( http://www.rottentomatoes.com ), popular men's lifestyle site AskMen.com ( http://www.askmen.com ); as well as Gamespy.com ( http://www.gamespy.com ), Gamespyarcade.com ( http://www.gamespyarcade.com ), Fileplanet.com ( http://www.fileplanet.com ), Direct2drive.com ( http://www.direct2drive.com ), Teamxbox.com ( http://www.teamxbox.com ), 3dgamers.com ( http://www.3dgamers.com ), Gamestat.com ( http://www.gamestat.com ), Cheatscodesguides.com ( http://www.cheatcodesguides.com ) and Gamermetrics.com ( http://www.gamermetrics.com ).

About Google:

Google's innovative search technologies connect millions of people around the world with information every day. Founded in 1998 by Stanford Ph.D. students Larry Page and Sergey Brin, Google today is a top web property in all major global markets. Google's targeted advertising program provides businesses of all sizes with measurable results, while enhancing the overall web experience for users. Google is headquartered in Silicon Valley with offices throughout the Americas, Europe and Asia. For more information, visit www.google.com.

About Fox Interactive Media:

A division of News Corp. (NWS and NWS.A), Fox Interactive Media (FIM) is an integrated network of sites offering socially rich media experiences centered on entertainment, news, information and self-expression. The company's network includes Internet assets from News Corp., including the highly trafficked Foxsports.com ( http://www.foxspports.com ), Americanidol.com ( http://www.americanidol.com ) and Fox.com ( http://www.fox.com ). FIM also owns and operates such category leaders as MySpace.com ( http://www.myspace.com ), the number one social networking site on the Web; Scout.com ( http://www.scout.com ), a dynamic collegiate and pro sports network; and IGN Entertainment ( http://www.ign.com ), a network of leading gaming and entertainment sites including men's lifestyle site AskMen ( http://www.askmen.com ) and premier destination for movie-goers Rotten Tomatoes ( http://www.rottentomatoes.com ) among others.

**\*\*\*NOTE: A conference call for financial analysts and members of the press only will occur at 1:30 p.m. Pacific Time / 4:30 p.m. Easter Time today.\*\*\***

The Teleconference Dial-In Numbers are:
United States: (800) 230-1059
International: (612) 332-0107
Passcode: NEWS

For a webcast of the call, please visit Google's Investor Relations web site at:
http://investor.google.com/webcast.html.

FORWARD LOOKING STATEMENTS

This press release contains forward-looking statements that involve risks and uncertainties, including statements relating to the growth of our business. Actual results may differ materially from our expected results. Factors that could cause actual results to differ from our expectations include competition, our ability to continue to attract users to our web sites, our ability to attract web sites to our AdSense program, general economic conditions and those economic conditions specific to the Internet and Internet advertising, our ability to innovate and improve monetization, and the growth of the market for internet advertising. More information about potential risk factors is included in our report on Form 10-Q for the quarter ended March 31, 2006, and from time to time in other reports that we file with the SEC.

# # #

Contacts:

Media:
*Fox Interactive Media*

Ann Burkart 310-969-7220
Julie Henderson 310-969-7141

*Google*
Jon Murchinson 650-253-4437

<u>Investors:</u>
*News Corp.*
Reed Nolte 212-852-7092

*Google*
Maria Shim 650-253-7663