1  Steve Wilson Briggs
2  4322 Chico Ave.,
   Santa Rosa, CA 95407
3  510 200 3763
4  snc.steve@gmail.com
   PLAINTIFF In Propria Persona
5
6
7
8              UNITED STATES DISTRICT COURT,
9              NORTHERN DISTRICT OF CALIFORNIA,
10             SAN FRANCISCO DIVISION

| 11 | STEVE WILSON BRIGGS, | Civ No: 20-CV-1596-VC |
| 12 | Plaintiff, | |
| 13 | vs | Plaintiff's Declaration In Support Of Plaintiff's Third Motion In Limine For The Inclusion Of New Facts And Evidence |
| 14 | JAMES CAMERON et al, | |
| 15 | Defendants. | |

Decl' In Support Of Plaintiff's Third Motion In Limine For Inclusion Of New Facts & Evidence

1

**Plaintiff's Declaration In Support Of Plaintiff's Third Motion In Limine For The Inclusion Of New Facts And Evidence**

I, Steve Wilson Briggs, declare the following:

1. I am the Plaintiff in this action, and I make this declaration of my own personal knowledge, or on information and belief, and if called to testify in Court on these matters, I could do so competently.

2. All of the facts and evidence presented in the attached filing, titled "Plaintiff's Third Motion In Limine For The Inclusion Of New Facts And Evidence," were found online, and analyzed, by myself, Steve Wilson Briggs, and none of the exhibits were modified in any way.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the 18th day of August, 2020, in Santa Rosa, California.

Dated:   08/25/2020            Signed:  /s/ Steve Wilson Briggs
                                       Plaintiff, In Propria Persona

Decl' In Support Of Plaintiff's Third Motion In Limine For Inclusion Of New Facts & Evidence