Steve Wilson Briggs
4322 Chico Ave.,
Santa Rosa, CA 95407
510 200 3763
snc.steve@gmail.com
PLAINTIFF In Propria Persona

**UNITED STATES DISTRICT COURT,**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| STEVE WILSON BRIGGS, <br><br> Plaintiff, <br><br> vs <br><br> KEVIN SPACEY et al, <br><br> Defendants. | Civ No: 20-cv-01596-VC <br><br> **[PROPOSED] ORDER** <br> GRANTING PLAINTIFF'S THIRD MOTION IN LIMINE FOR THE INCLUSION OF NEW FACTS AND EVIDENCE |

Having considered the motion titled "PLAINTIFF'S THIRD MOTION IN LIMINE FOR THE INCLUSION OF NEW FACTS AND EVIDENCE," and finding the motion has merit, the Court hereby grants said motion.

**IT IS SO ORDERED**

Dated:_____       Signed:_____

The Honorable Judge Vince Chhabria<br>United States District Judge