1  Steve Wilson Briggs
2  4322 Chico Ave.,
   Santa Rosa, CA 95407
3  510 200 3763
   snc.steve@gmail.com
4  PLAINTIFF In Propria Persona
5

6

7

8              **UNITED STATES DISTRICT COURT,**

9    **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| STEVE WILSON BRIGGS, | Civ No: 20-cv-01596-VC |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER** (AMENDED), GRANTING PLAINTIFF'S MOTION TO DISQUALIFY THE HONORABLE JUDGE VINCE CHHABRIA, PURSUANT TO 28 USC §§ 144 AND 455. |
| vs | |
| KEVIN SPACEY et al, | |
| Defendants. | |

16

17    Having considered the motion titled "Plaintiff's Motion To Disqualify The Honorable

18  Judge Vince Chhabria, Pursuant To 28 Usc §§ 144 And 455; Affidavit Of Prejudice By

19  Plaintiff Steve Wilson Briggs; Certificate Of Good Faith," and finding the motion has merit,

20  the Court hereby grants said motion, and I, Judge Vince Chhabria, agree to disqualify

21  myself and recuse myself from the action titled "*Briggs v Cameron*", 20-cv-01596.

22

23    **IT IS SO ORDERED**

24

25  Dated:_____     Signed:_____

26                                    The Honorable Judge Vince Chhabria
                                        United States District Judge
27

28

1
PROPOSED ORDER