1   Steve Wilson Briggs
2   4322 Chico Ave.,
    Santa Rosa, CA 95407
3   510 200 3763
    snc.steve@gmail.com
4   PLAINTIFF, In Propria Persona
5
6
7
8                   **UNITED STATES DISTRICT COURT,**
9                 **NORTHERN DISTRICT OF CALIFORNIA,**
10                    **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 11  STEVE WILSON BRIGGS, | Civ No: 20-CV-1596-VC |
| 12        Plaintiff, | |
| 13           vs | Plaintiff's Second |
| 14  JAMES CAMERON et al, | Request For Judicial Notice |
| 15        Defendants. | |

16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| 1 | <div align="center">**REQUEST FOR JUDICIAL NOTICE**</div> |
| 2 | <div align="center">**Memorandum**</div> |
| 3 | The Plaintiff submits this Second Request for Judicial Notice pursuant to Federal |
| 4 | Rules of Evidence (FRE) 201. |
| 5 | FRE 201(b) instructs that the Court "may judicially notice a fact that is not subject |
| 6 | to reasonable dispute because it: (1) is generally known within the trial court's territorial |
| 7 | jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy |
| 8 | cannot reasonably be questioned." |
| 9 | FRE 201(c) instructs that the Court "(1) may take judicial notice on its own; or (2) |
| 10 | must take judicial notice if a party requests it and the court is supplied with the necessary |
| 11 | information." |
| 12 | FRE 201(d) instructs that the Court "may take judicial notice at any stage of the |
| 13 | proceeding." |
| 14 | |
| 15 | <div align="center">**Introduction**</div> |
| 16 | The Plaintiff makes this request for judicial notice to bring two matters to the |
| 17 | Court's awareness, one of which appears to have national implications. Both of these issues |
| 18 | were comprehensively addressed in a document that the Plaintiff recently filed with the |
| 19 | Court, titled: "**Amended Second Declaration Of Steve Wilson Briggs (Plaintiff) In** |
| 20 | **Support Of Complaint**". |
| 21 | The first issue that this Request for Judicial Notice seeks to bring to the Court's |
| 22 | attention is the fact that it appears that the Defendant's associates (specifically two of the |
| 23 | defendants in *Briggs v Blomkamp* and *Briggs v Spacey*, and Warner Brothers) have |
| 24 | successfully used the US Copyright Office to falsify and backdate US copyright |
| 25 | registrations, in relation to copyright registrations that infringe the Plaintiff's work. |
| 26 | Particularly concerning in this discovery is the fact that the US Copyright Office appears to |
| 27 | have falsified or improperly filed copyright registrations in favor of foreign |
| 28 | filers/infringers. |

1    The second issues that this Request for Judicial Notice seeks to bring to the Court's

2    attention is that the Plaintiff's previously referenced *Amended Second Declaration Of Steve*

3    *Wilson Briggs (Plaintiff) In Support Of Complaint* also provides new *access* facts

4    explaining that Defendant News Corporation (owned by Rupert Murdoch) likely first

5    accessed other of the Plaintiff's writings (several screenplays, a short story, and detailed

6    novel notes) beginning in spring 1999. These access details do not necessarily change the

7    access facts of THIS action, however they may explain nuanced details that may come to

8    light as the action proceeds.

9                                   **FACTS AND EVIDENCE.**

10                              **First Item For Judicial Notice**

11    The Plaintiff requests that the Court notice pages 24 to 35 of Plaintiff's declaration,

12    titled "**Amended Second Declaration Of Steve Wilson Briggs (Plaintiff) In Support Of**

13    **Complain**t," which was filed on August 25, 2020. Pages 24 to 35 of this document,

14    particularly pages **25 and 26** (which explain how the Plaintiff first sent News Corp a copy

15    of his first short story, "Hot Orange & Honey," in early Spring of 1999), detail all of the

16    opportunities that the Defendants and their business associates have had to access the

17    Plaintiff's work, from 1999 to the present.

18                              **Second Item For Judicial Notice**

19    The Plaintiff asks the Court to take notice of the following facts pertaining to *fraud*

20    and *document falsification* occuring at the US Copyright Office:

21    Said declaration explains that around 2007 some of the infringers of Plaintiff's

22    work (particularly the *Briggs v Blomkamp* defendant/infringers) became so enamoured with

23    Plaintiff's underlying interests that they began to mimic his interests. For example, they

24    began to adopt Plaintiff's preference for the number "4"; hence the character "Four" in the

25    *Divergen*t series, hence several of the infringing works have four books in their series

26    (Hunger Games, Divergent), and hence several of the infringing works are set in a year

27    ending with "4". This mimickry, or mockery, of Plaintiff's interest in the number 4 would

28    become much more bizarre, and lead to the *Briggs v Blomkamp* defendants unwittingly

1   exposing their corrupt power over the US Copyright Office.

2       The clearest example of these infringers' mimicking Plaintiff's interest in the

3   number "4" is seen by examining the copyright registration for the infringing film "Baby

4   Driver" (2017). (See **EXHIBIT A,** five sequential copyright registrations; two before Baby

5   Driver, two after. Baby Driver's registration is third in sequence; center.)

6       Baby Driver infringes the Plaintiff's first screenplay, *Cyclones* (1992). The Baby

7   Driver producers were two of the *Briggs v Blomkamp* (2013) defendants, Sony Pictures and

8   MRC. These infringers accessed this script by asking someone at the Copyright Office for a

9   copy.

10      By examining the five sequential copyright registrations (**Exhibit A**) one notices

11  that the *Baby Driver* registration is sandwiched between FOUR registrations for the

12  Showtime TV series "Billions". The first two registrations end with 44442 and 44443, and

13  the last two registrations end with 44445 and 44446. And in the middle of the four

14  "Billions" registrations, is *Baby Driver*, ending in 44444 (#PA0002044444).

15      Plaintiff believes these infringers chose to sandwich the *Baby Driver* registration

16  between the registrations for "Billions" to gloat about the countless billions that Hollywood

17  and the tech industry have made from Plaintiff's ideas. They chose to name their film

18  "Baby Driver" because it sounded similar to (but not half as good as) "Butterfly Driver."

19  This may be speculative, and seem trivial, but what follows is not.

20      On March 1, 2017, the Ninth Circuit denied the Plaintiff's appeal of the *Briggs v*

21  *Blomkamp* district court decision. A few months later, June 28, 2017, the *Briggs v*

22  *Blomkamp* defendants released *Baby Driver*. Two days later, June 30, 2017, they

23  copyrighted *Baby Driver*. Sony Pictures and MRC selected a copyright registration number

24  for Baby Driver ending in 44444, because the Plaintiff would notice the aggregation of

25  fours (as he did). Thus, if the Plaintiff ever discovered that *Baby Driver* was an

26  infringement of his screenplay "Stutter," and he looked at *Baby Driver*'s copyright

27  registration (as he did), the Infringers wanted the Plaintiff to know that they were watching

28  him and they were more powerful than he—as they would only know of his interest in the

1  number four from hacking into his computer and observing such things as: **(1)** the presence

2  of multiple fours in all of Plaintiff's passwords, **(2)** he made a couple of the songs in my

3  film *The Amazing Mr Excellent* exactly 4 minutes and 44 seconds long, **(3)** various hints

4  the Infringers observed in my literary works.

5       Plaintiff believes MRC and Sony arranged to have the five sequential fours placed

6  at the end of the Baby Driver's copyright registration to send the Plaintiff a *coded* threat.

7       But what is the proof of misconduct at the US Copyright Office?

8       *Showtime,* the owner of the show "Billions," is owned by ViacomCBS—alleged

9  infringers of the Plaintiff's work *Hot Orange & Honey*, 1999 (this will be addressed in a

10  forthcoming action). But *Baby Driver* was owned and produced by **Sony Pictures** (a

11  foreign owned company) and **MRC**. Sony Pictures and MRC could NOT have placed the

12  *Baby Driver* copyright registration between those four registrations for "Billions" without

13  the assistance of ViacomCBS and someone very corrupt and powerful at the Copyright

14  Office. This is proven by examining the copyright registration <u>dates</u> of the four *Billions*

15  copyright registrations, then examining the *Baby Driver*'s copyright registration (see

16  Exhibit A).

17       The four *Billions* copyright registrations were all registered on May 8, 2017, but the

18  *Baby Driver* copyright registration (center) was registered seven weeks later, June 30,

19  2017. This is impossible. **The US Copyright office registers copyrights sequentially**, in

20  the order that they are received. If the Baby Driver registration were truly valid, it would

21  mean that Baby Driver, #PA0002044444, was registered on June 30, 2017, then somehow

22  the next two registrations (Billions #PA0002044445 and #PA0002044446) reversed time

23  and registered themselves seven weeks earlier. The other problem with this is it suggests

24  that after *Billions* registered its first two copyrights (#PA0002044442 and #PA0002044443)

25  no more copyright registration applications came into the copyright office for seven weeks,

26  until *Baby Driver* was filed on June 30 2018. This is impossible. The US Copyright Office

27  registers hundreds or thousands of copyrights daily.

28       Additionally, if someone examines a few hundred registrations on either side of

Plaintiff's Second Request For Judicial Notice

1   #PA0002044444, they will notice some troubling irregularities, and a disconcerting
2   concentration of major entertainment registrations. (Although the US Copyright Office may
3   have tried to "fix" these issues by now, the issues appeared to be such that they cannot be
4   "corrected" without changing registration numbers.)

5                               More Fraud At The Copyright Office

6          Other infringers of the Plaintiff's work (*Warner Brothers* and Japanese owned *Viz*
7   *Productions*….) used the US Copyright Office to help falsify and fraudulently backdate
8   registrations related to the Warner Bros' film *Edge of Tomorrow* (which is falsely alleged to
9   be based on the Japanese work "All You Need Is Kill"). Specifically, the US Copyright
10  Office used its online filing system to help foreign infringers' fraudulently backdated
11  registrations appear valid, while simultaneously the Copyright Office used the same system
12  to improperly make the Plaintiff's valid registration(s) appear to be created later.

13         [NOTE: The following information was accurate when the Plaintiff wrote the
14  *Amended Second Declaration Of Steve Wilson Briggs (Plaintiff) In Support Of Complaint.*
15  However, as mentioned earlier, and as documented in the Declaration, as the Plaintiff
16  composed the Declaration, the US Copyright Office website began to block the Plaintiff
17  from accessing the website, on and off for about a week, for many consecutive hours.
18  Screenshots of these blocks are provided in the aforementioned declaration. Thus, it is
19  possible that the US Copyright Office may have corrected the following issue by now.]

20         To see the evidence of document filing falsification at the US Copyright Office,
21  simply go to the Copyright Office's website (https://www.copyright.gov), *click* on *Search*
22  *Copyright Records*, on the next screen types "All You Need Is Kill" in the search bar below
23  the words "Basic Search", choose "Title" in the "Search by:" menu, click "Begin Search".
24  On the next screen, to organize the results, select "Date (ascending)" from the "Resort
25  results by" menu bar. The results of this search are attached as **EXHIBIT B**.

26         By examining this search one sees that the first result in this search fraudulently
27  indicates that in 2004 a <u>Japanese</u> work titled "All You Need Is Kill" was registered in the
28  **US Copyright Office**.

Plaintiff's Second Request For Judicial Notice

1      When one clicks the link to the 2004 *All You Need Is Kill* registration (see

2    **EXHIBIT C**) it clearly shows the document <u>WAS NOT registered in 2004</u>; rather, it was

3    registered on **Nov 5, <u>2015</u>**, 11 years after it alleges to have been created on the search screen

4    (Exhibit B). This was a clear effort to fraudulently backdate this document by back-filing it.

5      If one looks at the "Copyright Claimant" and "Authorship on Application" lines

6    (Exhibit C), one sees that the claimant is located in Japan. This is very unusual, but not

7    unlawful. However, this infringing Japanese author is transparently using the US Copyright

8    Office as a tool to falsify and backdate this document, as they are registering a book in the

9    United States 11 years after it was released in Japan (which defies logic), and over a year

10   after a US film that alleges to be based on the Japanese book was released (which also

11   defies logic).

12      The US Copyright Office does not back-file registration dates to when the owner

13   alleges the works were first created. (US copyright holders can claim rights to thei work

14   from the moment they are in first fixed, tangible form, and they are entitled to assert all

15   associated rights and priviledges without registering; however, the US Copyright Office will

16   not backdate the registration once and if they receive it.) This is an effort by an agent at the

17   US Copyright Office to assist the infringers in their effort to steal the Plaintiff's work. This

18   assertion can be proven simply by examining how the US copyright office filed the

19   Plaintiff's Butterfly Driver copyright registration.

20      If one searches the Plaintiff's name in the US Copyright Office website (enter

21   "Wilson Briggs, Steve" in the search bar; select "*Name*" in the "*Search by*" menu; click

22   "Begin Search"), one sees that the US Copyright Office does not backdate the Plaintiff's

23   *Butterfly Driver* registration to 2005; rather, the Copyright Office indicates that the

24   registration was filed in 2013. (See **EXHIBIT D**.) But by looking at the actual Copyright

25   Certification for Butterfly Driver (see **EXHIBIT E**), or by looking at the copyright

26   registration for Butterfly Driver in the Copyright Office's web database (see **EXHIBIT F**),

27   one sees that on the "Completion/Publication" or "Date of Creation" lines, respectively,

28   show that the Plaintiff informed the Copyright Office that Butterfly Driver (AKA:

1   Uberopolis: City of Light) was first completed in 2005. But the US Copyright Office did

2   NOT to backdate the Plaintiff's  work to 2005 (or earlier), as they generously, improperly

3   and fraudulently backdated *All You Need Is Kill* to 2004. [Plaintiff needed to register the

4   *Butterfly Driver* screenplay with the US Copyright Office in 2013 in order to file the *Briggs*

5   *v Blomkamp* action. Plaintiff has ample evidence (emails) that a completed physical

6   screenplay existed in May 2005. Plaintiff likely has physical evidence that a completed

7   rough draft existed in early 2004, and certainly has anecdotal evidence (sworn declarations)

8   that the script existed by February 2004.]

9                                    **CONCLUSION**

10          For all of the foregoing reasons the Court should grant this Request for Judicial

11   Notice.

12

13    Dated: August 25, 2020.                          Respectfully Submitted,

14                                                      /s/ Steve Wilson Briggs_____

15                                                      Plaintiff, In Propria Persona

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiff's Second Request For Judicial Notice

# Exhibit A



Library buildings are closed to the public until further notice, but the U.S.
Copyright Office Catalog is available. **More**.

| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0002044442
Search Results: Displaying 1 of 1 entries

◀ previous   next ▶

---

Labeled View

*Billions :*

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0002044442 / 2017-05-08 |
| **Application Title:** | Billions - "Pilot" - Episode #101. |
| **Title:** | Billions : 101. |
| **Description:** | HDCAM ; 1/2 in. |
| **Notes:** | Pilot |
| **Copyright Claimant:** | Showtime Networks Inc., Transfer: By written agreement. Address: 10880 Wilshire Blvd., Suite 1600, Los Angeles, CA, 90024, United States. |
| **Date of Creation:** | 2016 |
| **Date of Publication:** | 2016-01-17 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Showtime Pictures Development Company, employer for hire; Domicile: United States. Authorship: entire motion picture. |
| **Pre-existing Material:** | preexisting music. |
| **Basis of Claim:** | all other cinematographic material, production as a motion picture. |
| **Rights and Permissions:** | Showtime Networks Inc., 10880 Wilshire Blvd., Suite 1600, Los Angeles, CA, 90024, United States |
| **Names:** | Showtime Pictures Development Company<br>Showtime Networks Inc. |

◀ previous   next ▶

| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record ⌄   Format for Print/Save |
| Enter your email address: _____   Email |



**Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.**

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Copyright Number = PA0002044443

Search Results: Displaying 1 of 1 entries

◄ previous    next ►

Labeled View

### *Billions :*

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0002044443 / 2017-05-08 |
| **Application Title:** | Billions - "The Conversation" - Episode #112. |
| **Title:** | Billions : 112, The Conversation. |
| **Description:** | HDCAM ; 1/2 in. |
| **Copyright Claimant:** | Showtime Networks Inc., Transfer: By written agreement. Address: 10880 Wilshire Blvd., Suite 1600, Los Angeles, CA, 90024, United States. |
| **Date of Creation:** | 2016 |
| **Date of Publication:** | 2016-04-10 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Showtime Pictures Development Company, employer for hire; Domicile: United States. Authorship: entire motion picture. |
| **Pre-existing Material:** | preexisting music. |
| **Basis of Claim:** | all other cinematographic material, production as a motion picture. |
| **Rights and Permissions:** | Showtime Networks Inc., 10880 Wilshire Blvd., Suite 1600, Los Angeles, CA, 90024, United States |
| **Names:** | Showtime Pictures Development Company |
|  | Showtime Networks Inc. |

◄ previous    next ►

| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format  Full Record  ⌄    Format for Print/Save |
| Enter your email address:              Email |



Library buildings are closed to the public until further notice, but the U.S.
Copyright Office Catalog is available. **More**.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = Baby Driver
Search Results: Displaying 1 of 45 entries



Labeled View

### *BABY DRIVER.*

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0002044444 / 2017-06-30 |
| **Application Title:** | BABY DRIVER. |
| **Title:** | BABY DRIVER. |
| **Description:** | Videocassette (HDCAM SR) |
| **Copyright Claimant:** | TriStar Pictures, Inc. Address: 10202 W. Washington Blvd., Culver City, CA, 90232-3195, United States. |
| | MRC II Distribution Company L.P. Address: 9665 Wilshire Blvd., 2nd Floor, Beverly Hills, CA, 90212, United States. |
| **Date of Creation:** | 2017 |
| **Date of Publication:** | 2017-06-07 |
| **Nation of First Publication:** | France |
| **Authorship on Application:** | TriStar Pictures, Inc., employer for hire; Domicile: United States. Authorship: entire motion picture. |
| | MRC II Distribution Company L.P., employer for hire; Domicile: United States. Authorship: entire motion picture. |
| **Preregistered as:** | PRE000008830 |
| **Previous Registration:** | 2016, PAu003845444. |
| | 2016, PAU003839366. |
| **Pre-existing Material:** | script/screenplay, preexisting music, French language (dubbed) soundtrack as released in the country of first publication. |
| **Basis of Claim:** | all other cinematographic material, production as a motion picture, Entire English language soundtrack as originally released in the United States. |
| **Copyright Note:** | C.O. correspondence. |
| | Regarding special handling request: Claim upgraded for special handling per request received on 07/14/2017 due to pending or prospective litigation. Registration decision and certificate issued on 7/25/2017. |



Library buildings are closed to the public until further notice, but the U.S.
Copyright Office Catalog is available. **More.**

| Help | Search | History | Titles | Start Over |
|---|---|---|---|---|

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0002044445
Search Results: Displaying 1 of 1 entries



Labeled View

***Billions :***

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0002044445 / 2017-05-08 |
| **Application Title:** | Billions - "Magical Thinking" - Episode #111. |
| **Title:** | Billions : 111, Magical Thinking. |
| **Description:** | HDCAM ; 1/2 in. |
| **Copyright Claimant:** | Showtime Networks Inc., Transfer: By written agreement. Address: 10880 Wilshire Blvd., Suite 1600, Los Angeles, CA, 90024, United States. |
| **Date of Creation:** | 2016 |
| **Date of Publication:** | 2016-04-03 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Showtime Pictures Development Company, employer for hire; Domicile: United States. Authorship: entire motion picture. |
| **Pre-existing Material:** | preexisting music. |
| **Basis of Claim:** | all other cinematographic material, production as a motion picture. |
| **Rights and Permissions:** | Showtime Networks Inc., 10880 Wilshire Blvd., Suite 1600, Los Angeles, CA, 90024, United States |
| **Names:** | Showtime Pictures Development Company |
| | Showtime Networks Inc. |





| Save, Print and Email (**Help Page**) | |
|---|---|
| Select Download Format   Full Record   ∨ | Format for Print/Save |
| Enter your email address: | Email |



Library buildings are closed to the public until further notice, but the U.S.
Copyright Office Catalog is available. **More**.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|-----------|

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0002044446
Search Results: Displaying 1 of 1 entries



---

Labeled View

***Billions :***

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0002044446 / 2017-05-08 |
| **Application Title:** | Billions - "Where the F*ck is Donnie?" - Episode #109. |
| **Title:** | Billions : 109, Where the F*ck is Donnie. |
| **Description:** | HDCAM ; 1/2 in. |
| **Copyright Claimant:** | Showtime Networks Inc., Transfer: By written agreement. Address: 10880 Wilshire Blvd., Suite 1600, Los Angeles, CA, 90024, United States. |
| **Date of Creation:** | 2016 |
| **Date of Publication:** | 2016-03-20 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Showtime Pictures Development Company, employer for hire; Domicile: United States. Authorship: entire motion picture. |
| **Pre-existing Material:** | preexisting music. |
| **Basis of Claim:** | all other cinematographic material, production as a motion picture. |
| **Rights and Permissions:** | Showtime Networks Inc., 10880 Wilshire Blvd., Suite 1600, Los Angeles, CA, 90024, United States |
| **Names:** | Showtime Pictures Development Company |
| | Showtime Networks Inc. |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format   Full Record   ∨    Format for Print/Save |
| Enter your email address:   _____   Email |



Exhibit B



Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. **More.**

| Help | Search | History | Titles | Start Over |

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = All you need is Kill
Search Results: Displaying 1 through 25 of 28 entries.



◀ previous     next ▶

Resort results by: Date (ascending) ⌄          Set Search Limits

| # | Title < | Full Title | Copyright Number | Date |
|---|---------|------------|------------------|------|
| ☐ [ 1 ] | ALL YOU NEED IS KILL. | ALL YOU NEED IS KILL. | TX0008201246 | 2004 |
| ☐ [ 2 ] | All You Need Is Kill. | All You Need Is Kill. | TX0007748549 | 2009 |
| ☐ [ 3 ] | All you need is kill / by Dante Harper. | All you need is kill / by Dante Harper. | V3597D516 | 2010 |
| ☐ [ 4 ] | All you need is kill. | All you need is kill. | V3613D018 | 2012 |
| ☐ [ 5 ] | ALL YOU NEED IS KILL. | ALL YOU NEED IS KILL. | PAu003678041 | 2013 |
| ☐ [ 6 ] | All you need is kill / Dante Harper. | All you need is kill / Dante Harper. | V3631D049 | 2013 |
| ☐ [ 7 ] | All you need is kill : motion picture. | All you need is kill : motion picture. | V3631D048 | 2013 |
| ☐ [ 8 ] | All you need is kill / by Hiroshi Sakurazaka. | All you need is kill / by Hiroshi Sakurazaka. | V3631D050 | 2013 |
| ☐ [ 9 ] | All you need is kill | Edge of tomorrow & 1 other title : p.k.a. All you need is kill. | V9912D001 | 2014 |
| ☐ [ 10 ] | ALL YOU NEED IS KILL | EDGE OF TOMORROW (Blue Re-locked Shooting Draft: September 12, 2012 with Rev. 09/28/12 - Rev. 08/20/13) | PAu003719581 | 2014 |
| ☐ [ 11 ] | All You Need Is Kill | Edge Of Tomorrow : p.k.a. All You Need Is Kill. | V9911D744 | 2014 |
| ☐ [ 12 ] | All You Need Is Kill | Edge of Tomorrow : p.k.a. All You Need Is Kill / By Christopher McQuarrie, et al. | V9911D655 | 2014 |
| ☐ [ 13 ] | All you need is kill | Edge of tomorrow : p.k.a. All you need is kill; motion picture / by Doug Liman, et al. | V3633D262 | 2014 |
| ☐ [ 14 ] | ALL YOU NEED IS KILL | EDGE OF TOMORROW (TEASER) | VA0001889115 | 2014 |
| ☐ [ 15 ] | All You Need is Kill; novel / by Hiroshi Sakurazaka. | All You Need is Kill; novel / by Hiroshi Sakurazaka. | V9911D405 | 2014 |
| ☐ [ 16 ] | All You Need is Kill; novel / by Hiroshi Sakurazaka. | All You Need is Kill; novel / by Hiroshi Sakurazaka. | V9911D402 | 2014 |
| ☐ [ 17 ] | All You Need is Kill; novel / by Hiroshi Sakurazaka. | All You Need is Kill; novel / by Hiroshi Sakurazaka. | V9911D396 | 2014 |
| ☐ [ 18 ] | All You Need is Kill; novel / by Hiroshi Sakurazaka. | All You Need is Kill; novel / by Hiroshi Sakurazaka. | V9911D395 | 2014 |
| ☐ [ 19 ] | All You Need is Kill; novel / by Hiroshi Sakurazaka. | All You Need is Kill; novel / by Hiroshi Sakurazaka. | V9911D404 | 2014 |
| ☐ [ 20 ] | All You Need is Kill; novel / by Hiroshi Sakurazaka. | All You Need is Kill; novel / by Hiroshi Sakurazaka. | V9911D407 | 2014 |
| ☐ | All You Need is Kill; novel / by | All You Need is Kill; novel / by Hiroshi Sakurazaka. | V9911D394 | 2014 |

Exhibit C



Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. **More**.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = All you need is Kill
Search Results: Displaying 1 of 28 entries



Labeled View

### *ALL YOU NEED IS KILL.*

| | |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0008201246 / 2015-11-05 |
| **Application Title:** | ALL YOU NEED IS KILL. |
| **Title:** | ALL YOU NEED IS KILL. |
| **Description:** | Book, 274 p. |
| **Copyright Claimant:** | Hiroshi Sakurazaka. Address: c/o 2-5-10 Hitotsubashi, Chiyoda-ku, Tokyo, 101-850, Japan. |
| | Yoshitoshi ABe. Address: c/o 2-5-10 Hitotsubashi, Chiyoda-ku, Tokyo, 101-850, Japan. |
| **Date of Creation:** | 2004 |
| **Date of Publication:** | 2004-12-18 |
| **Nation of First Publication:** | Japan |
| **Authorship on Application:** | Hiroshi Sakurazaka; Domicile: Japan. Authorship: text. |
| | Yoshitoshi ABe; Domicile: Japan. Authorship: artwork. |
| **Copyright Note:** | Regarding deposit: Special Relief granted under 202.20(d) of C.O. regulations. |
| **Names:** | Sakurazaka, Hiroshi |
| | ABe, Yoshitoshi |





| Save, Print and Email (**Help Page**) | | |
|---|---|---|
| Select Download Format | Full Record ⌄ | Format for Print/Save |
| Enter your email address: | | Email |

# Exhibit D



Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. **More...**

| Help | Search | History | **Titles** | Start Over |

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Wilson Briggs, Steve
Search Results: Displaying 1 through 5 of 5 entries.

 previous   next

Resort results by:

Set Search Limits

| # | Name (NALL) < | Full Title | Copyright Number | Date |
|---|---|---|---|---|
| [ 1 ] | Wilson-Briggs, Steve, 1964- | Cyclones. | PAu001643251 | 1992 |
| [ 2 ] | Wilson-Briggs, Steve, 1964- | Tell her, & 8 other songs. | PAu001578386 | 1991 |
| [ 3 ] | Wilson-Briggs, Steve, 1964- | Turn around, walk away. | PAu001471570 | 1991 |
| [ 4 ] | Wilson-Briggs, Steve Kenyatta, 1964- | Butterfly Driver. | PAu003683232 | 2013 |
| [ 5 ] | Wilson-Briggs, Steve Kenyatta, 1964- | On the corner in the rain / written by Steve Wilson-Briggs. | PAu001411291 | 1990 |

Resort results by:

Set Search Limits

Clear Selected   Retain Selected

previous   next



| Save, Print and Email (**Help Page**) | | |
|---|---|---|
| **Records** | Select Format: Full Record | Format for Print/Save |
| All on Page | | |
| Selected On Page | Enter your email address: | Email |
| Selected all Pages | | |



**Search for:** Wilson Briggs, Steve   **Search by:** Name (Crichton Michael; Walt Disney Company)   **Item type:** None

25 records per page    Submit   Reset

Help   Search   History   **Titles**   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Exhibit E



Library buildings are closed to the public until further notice, but the U.S.
Copyright Office Catalog is available. **More**.

| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = Butterfly Driver
Search Results: Displaying 1 of 1 entries



---

Labeled View

---

*Butterfly Driver.*

**Type of Work:** Dramatic Work and Music; or Choreography
**Registration Number / Date:** PAu003683232 / 2013-06-21
**Application Title:** Butterfly Driver.
**Title:** Butterfly Driver.
**Description:** Electronic file (eService)
**Copyright Claimant:** Steve Kenyatta Wilson Briggs, 1964- . Address: 681 Edna Way, San Mateo, CA, 94402, United States.
**Date of Creation:** 2005
**Alternative Title on Application:** Uberopolis: City of Light
**Authorship on Application:** Steve Kenyatta Wilson Briggs, 1964- ; Domicile: United States; Citizenship: United States. Authorship: text.
**Names:** Wilson Briggs, Steve Kenyatta, 1964-
Briggs, Steve Kenyatta Wilson, 1964-



---

| **Save, Print and Email (Help Page)** |
| Select Download Format  Full Record ⌄   Format for Print/Save |
| Enter your email address:              Email |

---

Help    Search    History    Titles    Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

Exhibit F

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-683-232

**Effective date of
registration:**

June 21, 2013

---

## Title

| | |
|---|---|
| **Title of Work:** | Butterfly Driver |
| **Previous or Alternative Title:** | Uberopolis: City of Light |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2005 |

## Author

| | | | |
|---|---|---|---|
| **Author:** | Steve Kenyatta Wilson Briggs | | |
| **Author Created:** | text | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |
| **Year Born:** | 1964 | | |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Steve Kenyatta Wilson Briggs |
| | 681 Edna Way, San Mateo, CA, 94402, United States |

## Certification

| | |
|---|---|
| **Name:** | Steve Kenyatta Wilson Briggs |
| **Date:** | June 21, 2013 |