```
Steve Wilson Briggs
4322 Chico Ave.,
Santa Rosa, CA 95407
510 200 3763
snc.steve@gmail.com
PLAINTIFF In Propria Persona
```

# UNITED STATES DISTRICT COURT,

## NORTHERN DISTRICT OF CALIFORNIA,

### SAN FRANCISCO DIVISION

| STEVE WILSON BRIGGS, | Civ No: 20-CV-1596-VC |
|---|---|
| Plaintiff, | Plaintiff's Third Request For Judicial Notice |
| vs | |
| JAMES CAMERON et al, | |
| Defendants. | |

Although this filing may be irregular, the Plaintiff submits this *Third Request for Judicial Notice* to bring imperative new facts and information to the Court's attention concerning the US Copyright Office and it recently resigned administrator.

Plaintiff's Third Request For Judicial Notice

1

## MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff submits this *Third Motion In Limine For The Inclusion Of New Facts and Evidence* pursuant to Federal Rules of Evidence (FRE) Rule 401 and 402.

California Rules of Court, rule 3.1112(f) instructs that: "a motion in limine filed before or during a trial need not be accompanied by a notice of hearing."

FRE Rule 401 instructs that, "Evidence is relevant if: (a) it has any tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is of consequence in determining the action."Rule 402 instructs that, "Relevant evidence is admissible unless any of the following provides otherwise: (The United States Constitution, a federal statute, these rules; or other rules prescribed by the Supreme Court.)"

The evidence and facts contained in this Motion/Request meet the requirements of FRE Rules 401 and 402.

## ISSUES AND FACTS AND EVIDENCE TO NOTICE/INCLUDE

In recent weeks the Plaintiff has filed a number of documents that record numerous instances of falsification and improper filings and registrations at the US Copyright Office, most of which appear to involve the Plaintiff's work. In recent days the Plaintiff has also found MORE of these falsified and improper registrations (notably involving Netflix, MRC, Reed Hastings and the web TV series *Altered Carbon*). Thus, the Plaintiff will soon make a new filing to record some of these relevant new discoveries. These new discoveries caused the Plaintiff to research a few of the recent adminstrators at the US Copyright Office. This research quickly led the Plaintiff to discover that **Karyn A. Temple** (previously **Karyn Temple Claggett**) was Acting *Register of Copyrights* from October 21, 2016 to March 26, 2019, and appointed to that role on March 27, 2019, and effectively resigned on January 3, 2020. (See **EXHIBIT A**: *a Wikipedia entry for "Karyn Temple".*)

Thus, the Plaintiff has hastily filed this Request For Judicial Notice to bring this information to the Court's awareness, for two reasons:

1. Most of the known improper and apparently falsified filings at the US Copyright Office occurred under Karyn Temple's leadership of the Copyright Office (2016-20).

2. Immediately after leaving the US Copyright Office, Karyn Temple was hired at the *Motion Picture Association* (**MPA**). The MPA is the same organization that formed Motion Picture Laboratories, Inc (commonly known as **MovieLabs**, even using the MPA's address in its original business entity filing), in 2006/2007, shortly after the Plaintiff's screenplay in this matter was accesed. On August 25, 2020 the Plaintiff filed several documents with the Court explaining MovieLabs' role in the hacking and infringement of his work; including a filing titled "**Plaintiff's Third Motion In Limine For The Inclusion Of New Facts And Evidence**," which stated:

> Plaintiff discovered that 6 months after Defendants Zero Gravity Management LLC (ZGM), News Corp and Twentieth Century Fox (20CFOX) accessed his work, the "Big 6" Hollywood film studios (Disney, 20CFOX, Paramount, Universal, Warner Bros and Sony Pictures) created the company *Motion Picture Laboratories Inc* (MovieLabs). This company directly connects all 6 major film companies to the ongoing Access and Infringement of the Plaintiff's work. MovieLabs was/is composed of elite hackers, including founder **Steve Weinstein**, <u>who teaches hacking at Stanford University in a program called "Hacking For Defense," a program that prepares qualified University students to hack for US intelligence agencies and the military</u>. MovieLabs also employed Defendant 20CFOX's Chief Technology Officer (Hanno Basse) on its board for 7 years, and currently employs Sony Pictures' former Chief Technology Officer (Richard Berger) as its CEO. Although the Plaintiff has no obligation to prove the existence of, or locate, any "hackers" that the Defendants and their associates may employ, the evidence indicates that MovieLabs true purpose was to hack into the Plaintiff's phones, computers, online storage and email.

This motion in limine included voluminous evidence to support these claims. (All recent filings included voluminous evidence supporting these claims against the Motion Picture Association, MovieLabs, the US Copyright Office and other conspirators.)

## CONCLUSION

For the foregoing reasons, the Plaintiff respectfully requests that the Court grant this Third Request for Judicial Notice.

Dated: August 28, 2020.                                    Respectfully Submitted,

/s/ Steve Wilson Briggs
Plaintiff, In Propria Persona

# Exhibit A

**WIKIPEDIA**

# Karyn Temple

**Karyn A. Temple** (previously **Karyn Temple Claggett**) is an attorney who served as the 13th United States Register of Copyrights, appointed to the position on March 27, 2019.[1][2] Temple was Acting Register of Copyrights from October 21, 2016 to March 26, 2019, when Librarian of Congress Carla Hayden promoted her to Register of Copyrights and Director of the United States Copyright Office.[3][4] She announced her resignation on December 9, 2019, effective January 3, 2020.

**Contents**

Education
Career
References
External links



| Karyn A. Temple |
|---|
| **13th Register of Copyrights** |
| **In office** |
| March 27, 2019 – January 3, 2020 |
| **Appointed by** Carla Hayden |
| **Succeeded by** Maria Strong |
| **Acting Register of Copyrights** |
| **In office** |
| October 21, 2016 – March 26, 2019 |
| **Preceded by** Maria Pallante |
| **Personal details** |
| **Education** Columbia Law School (J.D.) University of Michigan (BA) |

## Education

Temple earned her BA in English from the University of Michigan, in Ann Arbor. She earned her J.D. from Columbia Law School, where she was a senior editor of the Columbia Law Review and a Harlan Fiske Stone Scholar.[5]

## Career

Temple served as senior counsel to the deputy attorney general of the United States. She also worked for the Recording Industry Association of America and at the law firm Williams & Connolly, LLP. She began her legal career as a trial attorney for the U.S. Department of Justice's Civil Division through its Honors Program and was a law clerk at the U.S. Court of Appeals for the Sixth Circuit.[6]

Temple has served as Associate Register of Copyrights and director of policy and international affairs for the United States Copyright Office since January 30, 2013.[6] She directed the Office of Policy and International Affairs, which represents the Copyright Office at meetings of government officials concerned with the international aspects of intellectual property protection, and she provided regular support to Congress and its committees on statutory amendments and construction.[7] Prior to that, she served as senior counsel in the Office of Policy and International Affairs.

She is, according to Billboard Magazine, "seen as being evenhanded on the kinds of intellectual property issues that have become contentious in the digital age."[1] The Professional Photographers of America say that she "has demonstrated a thoughtful approach to copyright policy and to [Copyright] Office

management overall."[8]

In December 2019, the Copyright Office announced that Temple was leaving the Office to join the Motion Picture Association, effective January 3, 2020.[9] On December 18, Librarian of Congress Carla Hayden appointed Maria Strong as acting register to serve until a replacement for Temple is found.[10]

# References

1. Levine, Robert (March 27, 2019). "Karyn Temple Appointed United States Register of Copyrights" (https://www.billboard.com/articles/business/8504431/karyn-temple-appointed-united-states-register-of-copyrights). *Billboard*. Retrieved March 27, 2019.
2. "Librarian of Congress Appoints Karyn Temple Register of Copyrights" (https://copyrightalliance.org/news-events/copyright-news-newsletters/karyn-temple-13th-register-of-copyrights/). *copyrightalliance.org*. March 28, 2019. Retrieved November 12, 2019.
3. "Leadership and Offices, Karyn Temple Claggett, U.S. Copyright Office" (https://www.copyright.gov/about/leadership/karyn-temple.html). *www.copyright.gov*. Retrieved September 6, 2017.
4. United States Copyright Office (October 2019). "Organization of the U.S. Copyright Office" (https://www.copyright.gov/docs/c-711.pdf) (PDF). *copyright.gov* (PDF). Retrieved November 12, 2019.
5. "Karyn A. Temple" (https://www.copyright.gov/about/registers/temple/temple.html). *www.copyright.gov*. February 6, 2020. Retrieved February 6, 2020.
6. "Librarian of Congress Makes Senior-Level Appointments" (https://www.loc.gov/item/prn-16-189/librarian-of-congress-makes-senior-level-appointments/2016-10-21/). *The Library of Congress*. Retrieved September 6, 2017.
7. "Karyn A. Temple - Copyright: Creativity at Work" (https://blogs.loc.gov/copyright/author/kacl/). *Library of Congress Blogs*. July 17, 2012. Retrieved April 5, 2019.
8. "Press Release Announces Copyright Alliance Support for Karyn Temple as Register of Copyrights" (https://www.ppa.com/articles/copyright-alliance-commends-appointment-of-karyn-a-temple-as-register-of-copyrights). *Professional Photographers of America*. Retrieved April 5, 2019.
9. "Register Karyn A. Temple Announces Departure from the Copyright Office" (https://www.copyright.gov/newsnet/2019/791.html). *Copyright Office NewsNet* (791). U.S. Copyright Office. December 9, 2019. Retrieved December 9, 2019.
10. "Maria Strong Is Named Acting Register of Copyrights" (https://www.copyright.gov/newsnet/2019/792.html). *Copyright Office NewsNet* (792). U.S. Copyright Office. December 18, 2019. Retrieved December 18, 2019.

# External links

- Official website (https://www.copyright.gov/about/leadership/karyn-temple.html) ✏
- 🎨 Media related to Karyn A. Temple at Wikimedia Commons

Retrieved from "https://en.wikipedia.org/w/index.php?title=Karyn_Temple&oldid=941157573"

**This page was last edited on 16 February 2020, at 22:59 (UTC).**

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.