1  Steve Wilson Briggs
2  4322 Chico Ave.,
   Santa Rosa, CA 95407
3  510 200 3763
   snc.steve@gmail.com
4  PLAINTIFF In Propria Persona

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| STEVE WILSON BRIGGS | Civ No: 20-CV-1596-VC |
|---|---|
| Plaintiff, | Declaration Of Plaintiff Steve Wilson Briggs, In Support Of Plaintiff's Fourth Motion In Limine To Introduce New Facts And Evidence |
| vs | |
| JAMES CAMERON;  et al | |

Declaration

1

| | |
|---|---|
| 1 | **DECLARATION OF PLAINTIFF STEVE WILSON BRIGGS, In Support Of** |
| 2 | *Plaintiff's Fourth Motion In Limine To Introduce New Facts And Evidence* |
| 3 | |
| 4 | I, Steve Wilson Briggs, declare the following: |
| 5 |     1.    I am the Plaintiff in this action, and I make this declaration of my own |
| 6 | personal knowledge, or on information and belief, and if called to testify in Court on these |
| 7 | matters, I could do so competently. |
| 8 |     2.    I, personally, and alone, conducted the research for the document titled, |
| 9 | "Plaintiff's Fourth Motion In Limine To Introduce New Facts And Evidence." |
| 10 |     3.    All of the facts and allegations presented in *Plaintiff's Fourth Motion In* |
| 11 | *Limine To Introduce New Facts And Evidence* are true and accurate, or believed to be so, |
| 12 | and all of the documents attached to the *Plaintiff's Fourth Motion In Limine To Introduce* |
| 13 | *New Facts And Evidence* are true, genuine, and as described. |
| 14 |     4.    I declare under penalty of perjury under the laws of the United States of |
| 15 | America that the foregoing is true and correct. Executed on this 3rd day of September, 2020, |
| 16 | in Santa Rosa, California. |
| 17 | Signed: /s/ Steve Wilson Briggs |
| 18 | Plaintiff, In Propria Persona |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |