COOLEY LLP
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
KATHERINE E. GREEN (312928)
(kgreen@cooley.com)
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone:     +1 415 693 2000
Facsimile:     +1 415 693 2222

Counsel for Defendant Google LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE WILSON BRIGGS, | Case No. 3:20-cv-01596-VC |
| Plaintiff, | **GOOGLE LLC'S OPPOSITION TO PLAINTIFF'S THIRD MOTION IN LIMINE [DKT. 91], FOURTH MOTION IN LIMINE [DKT. 99], SECOND REQUEST FOR JUDICIAL NOTICE [DKT. 94] , AND THIRD REQUEST FOR JUDICIAL NOTICE [DKT. 95]** |
| v. | |
| JAMES CAMERON; TWENTIETH CENTURY FOX FILM CORP.; NEWS CORP.; GOOGLE LLC; INTERNET ARCHIVE; ZERO GRAVITY; LIGHTSTORM ENTERTAINMENT INC.; MICHAEL PIERCE; MARK WILLIAMS; ROBERT KAMEN, | Trial Date: Not Yet Set Date Action Filed: March 4, 2020 |
| Defendants. | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

## I.   INTRODUCTION

Plaintiff Steve Briggs ("Plaintiff") continues to burden this Court and the defendants in the case with hundreds of pages of improper filings that fail to conform to the Federal Rules of Civil Procedure. Plaintiff's Third Motion in Limine filed on August 25, 2020 (Dkt. No. 91), Fourth  Motion in Limine filed on September 3, 2020 (Dkt. 99), Second Request for Judicial Notice filed on August 26, 2020 (Dkt. 94), and Third Request for Judicial Notice filed on August 28, 2020 (Dkt. 95), improperly attempt to introduce new facts and evidence in support of his complaint (the "Complaint") and should be denied.  Defendant Google LLC opposes and objects to these filings, and by this opposition opposes and objects to any similar, future improper filings by Plaintiff.

## II.   ARGUMENT

Plaintiff brings the Motions in Limine pursuant to Federal Rules of Evidence 401 and 402, but those Rules address the definition and admissibility of relevant evidence and do not allow a plaintiff to add evidence to the Complaint.  Indeed, introducing evidence at the pleadings stage of litigation is entirely inappropriate. *See, e.g., Lopez v. Hartley*, 2010 WL 4718396, at *5 (E.D.Cal. Nov. 12, 2010) ("Evidence should not be submitted to the Court until this action reaches an appropriate stage in litigation for the submission of evidence, such as in response to a motion for summary judgment, at trial, or when specifically requested by the Court. Further, if and when this action reaches an appropriate stage in litigation for the submission of evidence, Plaintiff will not be able to refer to exhibits attached to his complaint as evidence.")

This rule is particularly applicable where the proffered evidence relates to matters that predated the Complaint.  Under Federal Rule of Civil Procedure 15, a pleading may be "supplemented" to set forth new allegations, but only where the allegations concern matters that have taken place since the original pleading was filed.  Fed. R. Civ. P. 15(d); *Eid v. Alaska Airlines, Inc.*, 621 F.3d 858, 874 (9th Cir. 2010).  The additional evidence and exhibits Plaintiff seeks to add to the Complaint involve allegations of conduct that occurred *before* the Complaint was filed, and thus cannot be added through a supplemental pleading.  *Id.; see e.g.* Plaintiff's Fourth Motion in Limine at Pg. 3 ("June 1, 2011, Maria Pallante was appointed as the Register of

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

GOOGLE'S OPPOSITION TO
PLAINTIFF'S MOTIONS IN LIMINE
NO. 3:20-CV-01596-VC

Copyrights, where she served with honor and distinction for just over 5 years, resigning October 21, 2016.")

Moreover, to supplement the Complaint, Plaintiff must request leave of court through a properly noticed motion and attach a supplemental pleading. Fed. R. Civ. P. 15(d).  Instead, Plaintiff has merely filed lists of allegations and hundreds of pages of exhibits that bear no apparent relationship to the Complaint.

**III.    CONCLUSION**

Plaintiff's Motions in Limine are procedurally improper should be denied.

Dated: September 8, 2020                          COOLEY LLP


                                                  By:  */s/ Whitty Somvichian*
                                                      Whitty Somvichian

                                                  Attorneys for Defendant Google LLC

233509879

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

GOOGLE'S OPPOSITION TO
PLAINTIFF'S MOTIONS IN LIMINE
NO. 3:20-CV-01596-VC