Steve Wilson Briggs
4322 Chico Ave.,
Santa Rosa, CA 95407
510 200 3763
snc.steve@gmail.com
PLAINTIFF In Propria Persona

**UNITED STATES DISTRICT COURT,**

**NORTHERN DISTRICT OF CALIFORNIA,**

**SAN FRANCISCO DIVISION**

| STEVE WILSON BRIGGS | Civ No: 20-CV-1596-VC |
|---|---|
| Plaintiff, | Declaration Of Plaintiff Steve Wilson Briggs, In Support Of Amended Plaintiff's Fourth Motion In Limine To Introduce New Facts And Evidence |
| vs | |
| JAMES CAMERON;  et al | |

Declaration

1

**DECLARATION OF PLAINTIFF STEVE WILSON BRIGGS, In Support Of**

*Plaintiff's Fourth Motion In Limine To Introduce New Facts And Evidence*

I, Steve Wilson Briggs, declare the following:

1. I am the Plaintiff in this action, and I make this declaration of my own personal knowledge, or on information and belief, and if called to testify in Court on these matters, I could do so competently.

2. I, personally, and alone, conducted the research for the document titled, "Plaintiff's Fourth Motion In Limine To Introduce New Facts And Evidence."

3. All of the facts and allegations presented in *Plaintiff's Fourth Motion In Limine To Introduce New Facts And Evidence* are true and accurate, or believed to be so, and all of the documents attached to the *Plaintiff's Fourth Motion In Limine To Introduce New Facts And Evidence* are true, genuine, and as described.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 9th day of September, 2020, in Santa Rosa, California.

Signed: /s/ Steve Wilson Briggs

Plaintiff, In Propria Persona