1  Steve Wilson Briggs
2  4322 Chico Ave.,
   Santa Rosa, CA 95407
3  510 200 3763
   snc.steve@gmail.com
4  PLAINTIFF In Propria Persona
5
6
7

8          UNITED STATES DISTRICT COURT,
9          NORTHERN DISTRICT OF CALIFORNIA,
10         SAN FRANCISCO DIVISION

| 11 | STEVE WILSON BRIGGS | Civ No: 20-CV-1596-VC |
|----|---------------------|-----------------------|
| 12 | Plaintiff, | Declaration Of Plaintiff, In Support Of "Plaintiff's Fifth Motion In Limine To Include New Facts And Evidence" |
| 13 | vs | |
| 14 | JAMES CAMERON; et al | |

Plaintiff's Fifth Motion In Limine To Include New Facts And Evidence

1

# DECLARATION OF PLAINTIFF STEVE WILSON BRIGGS,

## In Support Of

*Plaintiff's Fourth Motion In Limine To Introduce New Facts And Evidence*

I, Steve Wilson Briggs, declare the following:

1. I am the Plaintiff in this action, and I make this declaration of my own personal knowledge, or on information and belief, and if called to testify in Court on these matters, I could do so competently.

2. I, personally, and alone, conducted the research for the document titled, "Plaintiff's Fifth Motion In Limine To Include New Facts And Evidence."

3. All of the facts and allegations presented in *Plaintiff's Fifth Motion In Limine To Include New Facts And Evidence* are true and accurate, or believed to be so, and all of the documents attached to the *Plaintiff's Fifth Motion In Limine To Include New Facts And Evidence* are true, genuine, and as described.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 22nd day of September, 2020, in Santa Rosa, California.

Signed: /s/ Steve Wilson Briggs

Plaintiff, In Propria Persona