1  Steve Wilson Briggs
2  4322 Chico Ave.,
   Santa Rosa, CA 95407
3  510 200 3763
   snc.steve@gmail.com
4  PLAINTIFF In Propria Persona
5
6
7
8           **UNITED STATES DISTRICT COURT,**
9   **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| 10 | STEVE WILSON BRIGGS, | Civ No: 20-cv-01596-VC |
| 11 | Plaintiff, | **[PROPOSED]** |
| 12 | vs | **ORDER GRANTING** Plaintiff's Fifth Motion In Limine To |
| 13 | JAMES CAMERON, et al, | Include New Facts And Evidence |
| 14 | Defendants. | |

15
16
17      Having considered the motion titled "Plaintiff's Fifth Motion In Limine To Include
18  New Facts And Evidence," and finding that the motion has merit, the Court hereby grants
19  said motion.
20
21      **IT IS SO ORDERED**
22
23   Dated:_____      Signed:_____
24                                  The Honorable Judge Vince Chhabria
                                     United States District Judge
25
26
27
28