# Exhibit A

# TOP ATTORNEYS OF NORTH AMERICA

## WHO'S WHO DIRECTORIES

2019 PC EDITION  |  WELCOME!  |  MORE INFO.  |  REVIEWS  |  SEARCH BY STATE

VERDICT & SETTLEMENT PLAQUES

# Top Attorney – Shirley Potash

**TOPICS:**   Potash Probate Service     Shirley Potash

Shirley Potash Attorney

**POSTED BY: WHOSWHOINFO**    DECEMBER 6, 2016

Los Angeles, CA WW/Press/December 6, 2016 – Shirley Potash, Owner and The First Paralegal with Potash Probate Service, was selected for inclusion in the forthcoming **Top Attorneys of North America 2017 edition** of The Who's Who Directories.



The accomplishments attained by Ms. Shirley Potash, in the field of Legal Services, warrants inclusion into the Top Attorneys of North America.

Shirley Potash concentrates in the areas of trusts, estates, and paralegal services. She has taught and lectured on law and published the Legal Secretary's Educational Book for Anthony Schools. Shirley received her B.A. from Los Angeles City College and her J.D. from Southwestern University Law School. She is a member of the Los Angeles County Bar Association and the Los Angeles Paralegal Association.

The Top Attorneys of North America, a New York based publication, distinguishes and profiles leading attorneys who have reached a recognizable degree of success and leadership in their field. The directory is valued for

---

SEARCH …

SOCIAL LINKS

# Exhibit B

 **Gmail**

Steve Wilson Briggs <snc.steve@gmail.com>

---

## a favor

**Steve Wilson Briggs** <snc.steve@gmail.com>                    Tue, Mar 20, 2018 at 11:38 PM
To: Cecile Lusby <cecilusby@gmail.com>

Mom,

I had a really wonderful person named Shirley Potash call me last Thursday at work. She's a paralegal with a law degree, who has been doing law for over 50 years. I think I read that she graduated from Fairfax High in 1946. Anyway, she read about the recent Appellate Court ruling on my 2013 copyright suit, and she called me to tell me that she thought the Court's decision was a joke and a disgrace. Anyway, I found her to be a really inspirational, exceptional person, because there she was, approaching retirement, reading legal news stories in the professional journals, then reaching out to me to say share a few supportive words.
We talked for about a half an hour.
The thing is... I wanted to send her an email to thank her for her nice call, but I can't find her email online. But she is on Facebook. This link willl take you to her facebook page: https://www.facebook.com/shirley.potash
I was hoping you might send her a message via Facebook telling her what an inspirational and responsible person I think she is, and assure her that I'm a better person because of my call from her.
Thanks for considering this favor.
Love

Steve-o

# Exhibit C

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-683-232

**Effective date of registration:**

June 21, 2013

---

## Title

**Title of Work:** Butterfly Driver

**Previous or Alternative Title:** Uberopolis: City of Light

## Completion/Publication

**Year of Completion:** 2005

## Author

■    **Author:** Steve Kenyatta Wilson Briggs

**Author Created:** text

**Citizen of:** United States            **Domiciled in:** United States

**Year Born:** 1964

## Copyright claimant

**Copyright Claimant:** Steve Kenyatta Wilson Briggs

681 Edna Way, San Mateo, CA, 94402, United States

## Certification

**Name:** Steve Kenyatta Wilson Briggs

**Date:** June 21, 2013

---

# Exhibit D

# Documentation of Registration

The Writers Guild of America, west, Inc. issues this certificate to:

### STEVE KENYATTA WILSON BRIGGS

Writers Guild of America, west, Inc.
Intellectual Property Registry
7000 West Third Street
Los Angeles, California 90048-4329
Telephone: 323-782-4500
Fax: 323-782-4803

for the material entitled:

Uberopolis: City of Light

by the following:

STEVE KENYATTA WILSON BRIGGS - Writer

Registration #: 1103287
Material Type: SCREENPLAY
Registered By: STEVE KENYATTA WILSON BRIGGS

Effective Date: 12/16/05
Expiration Date: 12/16/10

000000049.20060110134803446.000000012

# Exhibit E



"james Cameron" "Project 880"

🔍 All    📰 News    🖼 Images    🛒 Shopping    ▶ Videos    ⋮ More     Settings   Tools      SafeSearch on

Jan 1, 1994 – Dec 31, 2005 ▾    All results ▾    Clear

Tip: Search for **English** results only. You can specify your search language in **Preferences**

### Hegner | Avatar Wiki | FANDOM powered by Wikia - James Camero...
https://james-camerons-avatar.fandom.com/wiki/Hegner ▾

Feb 1, 2001 - "WARNING - Article from the **Project 880** script" The following information dates from the original script that James Cameron wrote in 1995. Information here may conflict with the established continuity. Hegner is a head of Xenobiology. Hegner lost his **Avatar** to a Slinth. You've visited this page 3 times. Last visit: 8/16/19



People also ask

| How long did James Cameron work on Avatar? | ⌄ |
|---|---|
| How much money has James Cameron made? | ⌄ |
| How much did it cost to make Avatar? | ⌄ |

*Feedback*

### James Cameron pracuje nad 'Battle Angel Alita' - Kultura - Gazeta
kultura.gazeta.pl › Kultura › Film ▾ Translate this page

Nov 3, 2005 - **James Cameron** w jednym z ostatnich wywiadów zdementował plotki, ... prac nad "Battle Angel Alita" Jamesa Cameron zamierza zając się filmem "**Project 880**".

### James Cameron: ritorno alla fantascienza - Fantascienza.com
www.fantascienza.com/.../james-cameron-ritorno-alla-fa... ▾ Translate this page

Apr 3, 2004 - **James Cameron** annuncia il suo ritorno alla fantascienza ma il tutto è ancora avvolto dal mistero. - Leggi tutto ... E' stata rivelata la trama di **Project 880**/Avatar...

### Nightcrawler is not Cumming - Pasmos Filtrados
pasmosfiltrados.blogspot.com/.../nightcrawler-is-not-cu... ▾ Translate this page

Jun 20, 2005 - ... Corpse Bride · Teaser poster para X3 · ALERTA!!! "Close Encounters" na TV · **James Cameron** planeia "**Project 880**" · "The Simpsons" - O Filme · "Sin City", ...

### Julianne Moore participa em "The Children Of Men" - Pasmos Filtr...
pasmosfiltrados.blogspot.com/.../julianne-moore-participa... ▾ Translate this page

Jun 17, 2005 - "Close Encounters" na TV · **James Cameron** planeia "**Project 880**" · "The Simpsons" - O Filme · "Sin City", de Robert Rodriguez · Grind House · Yōkai Daisensō ...

### EL BLOG DEL CHACAL (críticas y reseñas): junio 2005
chacalx.blogspot.com/2005/06/ ▾ Translate this page

Jun 30, 2005 - Todavía más videos (y posters) de AVATAR de **JAMES CAMERON** ..... en su próximo gran proyecto, "Battle Angel" o "**Project 880**", dos películas en las que se ...

### arte passione amore - un vero amore non sa parlare. - Libero Blog
https://blog.libero.it/amo/view.php?id=amo&mm... ▾ Translate this page

Sep 5, 2005 - Dodici anni dopo Titanic, il titanico **James Cameron** s'è rivolto al senso più ... delle difficoltà tecniche, ripreso in mano nel 2005, col titolo alternativo **Project 880**, ...

*In order to show you the most relevant results, we have omitted some entries very similar to the 11 already displayed.*
*If you like, you can repeat the search with the omitted results included.*

Exhibit F



# The Guardian

# James Cameron - part two

Part two of the James Cameron interview at BFI Southbank

*Adrian Wootton*
Sun 13 Apr 2003 05.56 EDT

**Adrian Wootton:** I'm going to open it up now for the audience.

**Question 1:** Congratulations, it's a fabulous film. I know you were quite interested in the Imax film, Titanica, and considering your engineering background, did you not consider building a 1570 3D camera that was more sophisticated than the old Imax ones? Did you not consider doing it in on film rather than digitally?

**James Cameron:** We never considered doing this on film. We had such a hard time making a 35mm camera that could be deployed outside a submersible. You've got to remember that Titanica was shot by taking a 2D Imax camera inside the submersible and essentially using the submersible as the camera housing, which is just terribly, terribly limiting because it's essentially an 18-tonne, 25-foot long camera housing that can't look up or down, has to stay level and can only sort of turn, go forward and back. You're not operating the camera - a Russian submersible pilot is operating the camera, because you can only lock the camera into the U-port. So, on our 95 expedition, we decided that we had to mount the camera externally, put it on a pan-and-tilt mechanism so that we could look down and up and all those shots looking up at the hull, at the bow, emphasising the scale of the ship, those were created by having the ability to pan-and-tilt.

Putting a 35mm camera - a single eye, a monocular 35mm camera - with a 12-minute film load outside the submersible was a six-month engineering problem, to build the titanium housing and develop the optics for that. And it ran for 12 minutes. With the digital camera, we were able to shoot six to 10 hours of footage per dive. So you can appreciate that if you have a camera which runs for 12 minutes and you make a 12-hour dive, you're just going to squirt the film off in just a second. And that's a huge limitation. I believe it's probably impossible to build a 1570 camera that could be operated outside the submersible, and I wasn't satisfied with the paradigm of shooting through the port from the inside. And again, as I said before, the high definition 3D camera was developed for a completely other project and we just realised that applying it to this environment would work really well.

Believe me, with the engineering hurdles involved just in adapting the HD camera to function outside the submersible, I'm not going to shoot on film anymore, it just seems so obsolete to me. I look at the stuff I shot on film, compared back to back and on the same screen size, with HD footage, and there's just no comparison. There are qualitative differences, and we'll have to learn to master that. I love 1570 projection, and for those of you who are not Imax-savvy, 1570 means 70mm film, 15 perforations of the film, which is a single frame of an Imax film and the Imax film runs horizontally through the projector. It's quite a remarkable system and to do it in 3D, they essentially have two projectors mounted one above the other. So there's this enormous amount of

film. Probably a-third of a tonne of film screaming through the projector up there in the projector booth just to show what they showed here. And eventually they'll be able to do that digitally as well; they have the means now, it's just the question of the expenses of installing it.

**Q2:** Apart from contractual obligations, what's the thing that tips you over into doing a project? And secondly, are you going to go into space?

**JC:** Well, I've never made a movie for contractual obligations. The contract may determine who I make the film for, but not what film it is. Every film has its own origin - Terminator I wrote as something that I thought they might let me direct, so it was written for the streets of Los Angeles, to be shot low-budget with very few visual effects but enough to make it cool. Aliens, I just liked Alien, so when I got the opportunity to do the sequel, I just didn't think about it.

**AW:** Considering that Ridley Scott had made a really terrific movie...

**JC:** You think?

[Laughter]

**AW:** ... you were setting yourself a major, major challenge.

**JC:** It was like, from a logic standpoint, it was all downside for me to do Aliens. And I had people, some pretty well respected people in Hollywood say: 'This is career suicide, don't do it. If your film is good, they'll attribute it to the first film, and if your film is bad, it'll always be negatively compared to the first film'. So there's absolutely no logic to it, but I thought it would be cool so I did it. That's why you make a film, because you like it and you want to see it. You see it in your head and you want to see it on screen and there's only one way to make that happen. You can't get someone else to make it for you. Certainly, I've produced a few films now and I've learned that it's their film - you become a facilitator, a colleague, a sounding board, a partner to a certain extent, but it's their film, not yours. So if I want to see it, I have to go do it myself.

As for space, this has been widely rumoured and with some substance - we did explore the possibility; we got partway down the path of negotiating with the Russian space agency and Energiya, the privatised corporation that actually provides all of Russia's manned space support activities and hardware. So if you want to go to space, you go to Energiya, because they're the ones who fly the Soyuz missions. And also working with Nasa to do a coordinated effort. It started off as an idea to make a 3D film of the Mir space station, which shows you how far back we're going now. We got partway down that path, then the Russians ran out of money and they had to de-orbit Mir, and we had a one-year period where we tried to re-engineer it to see if we could at the international space station, which initially seemed impossible. But it turned out that Nasa was actually looking for ways to support commercial activity at the space station - that's why it was built originally. So I went to them and said: 'Look, a film can be a commercial activity. It doesn't all have to be pharmaceuticals'. The second biggest export from the US is intellectual property in the form of entertainment. So I made a case on a purely business model basis and we were working on that pretty much up to the point that Columbia failed. Now there's such a huge setback to the international space station programme that I've told Nasa that I'm going to step out for a while and let them solve that problem. I'll be supportive to them in anyway I can in terms of what they need in public reach and media support while they're doing what they need to do.

But it would be really dumb to try to get in the way of getting the international space station done and up on its feet as a research centre, which is going to take at least a couple more years. So then we'll revisit it at a point where it makes sense, if it ever makes sense. And if I'm not fit enough to fly by that point, because you have a window and my biological clock is ticking, then I'll just get someone else to do the on orbit work and we'll focus on the technical development to be able to make the camera flyable. That's a pretty longwinded answer to a simple question. I could have just said, yup.

**Q3:** I was just wondering if you're ever going to release Xenogenesis on DVD?

**JC:** [laughs] I'd be really scraping the bottom there.

**Q4:** And secondly, is there any truth to the Battle Angel Alita rumours going round at the moment?

**JC:** Yeah, Battle Angel Alita is one that's definitely in our production queue. It's a film that I'm going to be directing, it's a question of when we do it, in what order we do things. But if you're not familiar with that, it was an anime that was based on a manga - great character, really cool and it's something I'm looking forward to doing. And we'll probably do that in 3D, too. I'm just going to do everything in 3D now. I'm going to shoot my daughter's birthday party in 3D.

**Q5:** Are you a Doc Savage fan, because I've noticed that in two of your movies, especially in The Abyss, there are similarities with the Doc Savage adventure titled The Red Terrors. Am I wrong or what?

**JC:** Wrong. I've never read a Doc Savage book, though I know that there's a series of Doc Savage books. I always liked the covers, though, back in the 60s editions. The man of bronze, with the ripped shirt.

**Q5:** There is also another Doc Savage adventure, titled...

**JC:** You can't talk me into this, you know. No is no.

**Q5:** It's really peculiar because there's a man turned into a statue of liquid air exactly like in another Doc Savage adventure.

**JC:** We've seen that before - people turned into stone, pillars of salt, etc. These are archetypes.

**Q6:** You quite often take the role of producer now. To what extent is that contradictory to the role of the director, and what do you think the relationship should be between the producer and director?

**JC:** I don't think producing and directing are contradictory. There's only really one type of director in the sense that it's a very defined role. But there're a lot of different types of producers -anybody from somebody who just wafts through at the beginning and puts two different people in contact and they go off to do 99.99% of the work and the producer gets the credit, to somebody who's in the trenches, on the set, everyday, working as a line producer. There're different levels of that. When I produce another director's work - I've produced two for Kathryn Bigelow and one for Steven Soderbergh, that's pretty much it for features. But for television as producer's medium, I did 44 episodes of Dark Angel, which is a one-hour drama, and that's an awful lot of producing. I see them as complementary tasks. When I'm producing my own films, I'm complementing my

# Exhibit G



Play Live Radio



DONATE

---

ARTS & LIFE

# Director James Cameron's Deep Obsessions

November 18, 2004 · 12:00 AM ET

Heard on Talk of the Nation

NEAL CONAN

**Listen**                                    PLAYLIST  Download



James Cameron on the set, balancing camerawork with diving.

*Lightstorm Entertainment*



Cameron teamed up with Bill Paxton, left, for the diving exploration film Ghosts of the Abyss.

*PR Newswire*

James Cameron has directed some of the biggest hits to come out of Hollywood in the past 20 years, from the *Terminator* series to *The Titanic*.

After breaking into the film business on the strength of his special effects and cinematography work, Cameron has earned a place among the best storytellers working in film today. His ability to meld epic themes with cutting-edge technology translated into large audience support for his work, as his movies have earned hundreds of millions of dollars.

His work on *The Titanic* led him to make *Ghosts of the Abyss*, a documentary-style exploration of the actual Titanic's resting place.

Cameron's latest project is *Aliens of the Deep*, a documentary about creatures living at the bottom of the ocean. The project, filmed along the Mid-Ocean Ridge, will be in

IMAX theaters in January.

## Related NPR Stories

'Ghosts of the Abyss'   April 14, 2003

Titanic Discoverer Robert Ballard's 'Return'   Nov. 18, 2004

A Toast to the Titanic   April 17, 2004

## Web Resources

Teacher Resource: 'Aliens'

USGS: The Mid-Ocean Ridge

# Sign Up For Breaking News Alerts

Stay on top of the latest stories and developments, sent when news breaks.

What's your email?

SUBSCRIBE

By subscribing, you agree to NPR's terms of use and privacy policy.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

# More Stories From NPR

Exhibit H

        

## Ain't It Cool News (www.aintitcool.com)

### *MOVIE NEWS*

# Are you the Girl of James Cameron's Dreams? Be the Lead in BATTLE ANGEL ALITA!!!

**Published at: Dec. 2, 2005, 8:46 p.m. CST by** <u>staff (https://twitter.com/)</u>

**Hey folks, Harry here... It's a gigantic casting call... Cameron wants a fresh face to be Alita - and I know there's a lot of you gals out there that dream of being an Anime Gal, well, here's your chance to be 100% Live-Action Anime Gal heaven!!! Read below and follow those dreams...**

**Hi Harry, I'm a part-time stage actor in Boston and our local resources for auditions just got the following very interesting notice. I'm imagining another let's-find-an-unkown-for-Scarlett O'Hara type search, or at least something ending up with another Jessica Alba:**

**JAMES CAMERON SEEKS NEW TALENT FOR A MAJOR MOTION PICTURE**

**Mali Finn Casting (Titanic, The Matrix, 8 Mile) is looking for fresh faces to star in a James Cameron film that begins principal photography Spring 2006.**

**No prior film experience necessary. However, voice, movement, and actor training are imperative.**

**SEEKING: FEMALE LEAD. 16-mid 20s. Any ethnicity, including Caucasian.**

**She moves and behaves with confidence and a sense of nobility. Lithe as a cat. Athletic and agile, she is a warrior. Graceful movement and an ear for languages and dialects are essential.**

**Sound like you? Interested in starring in a Hollywood feature film?**

**Visit our website and fill out an application:** <u>MaliFinnCasting.Com</u> **(**<u>http://www.malifinncasting.com</u>**)**

**Please include two recent snapshots or Polaroids (one close up / one full body shot). Also include the following information on the back of each photo: NAME ? CONTACT # - HEIGHT ? WEIGHT ? D.O.B.**

**Mail completed application and photos to:**

**Mali Finn Casting**

**8284 Santa Monica Blvd**

12/16/2019    Are you the Girl of James Cameron's dreams? Read the year... ATT Page 21 of 200

Case 3:20-cv-01596-VC   Document 105-1   Filed 09/30/20   Page 21 of 200

 **W**📍**llywood, CA 90046**  

**Attn: UNTITLED PROJECT**

**APPLICATIONS MUST BE RECEIVED BY DEC. 19, 2005**

**The casting agency's website basically has the same info.**

**Never sent you anything before - if you use this you can call me JBud**

---

### FOLLOW AICN (HTTPS://TWITTER.COM/INTENT/FOLLOW? SCREEN_NAME=AINTITCOOLNEWS)

---

### 📷 SHARE ON FACEBOOK (HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP? U=HTTP%3A%2F%2FAINTITCOOL.COM/NODE/21948)

---

### 🐦 SHARE ON TWITTER (HTTPS://TWITTER.COM/INTENT/TWEET? TEXT=ARE%20YOU%20THE%20GIRL%20OF%20JAMES%20CAMERON%27S%...

---

## READERS TALKBACK

# Exhibit I

 **ALLOCINÉ**  

Accueil > Cinéma > Tous les films > Films Science fiction > Alita : Battle Angel > Casting Alita : Battle Angel

# ALITA : BATTLE ANGEL

|  |  Séances |  Bandes-annonces |  |

## RÉALISATEURS



**Robert Rodriguez**

## ACTEURS ET ACTRICES



**Rosa Salazar**
Rôle : Alita



**Christoph Waltz**
Rôle : Docteur Dyson



**Jennifer Connelly**
Rôle : Chiren



**Mahershala Ali**
Rôle : Vector

  

ALLOCINÉ

   

| | |
|---|---|
| **Ed Skrein** | **Jackie Earle Haley** |
| Rôle : Zapan | Rôle : Grewishka |

| | |
|---|---|
| **Keean Johnson** | **Lana Condor** |
| Rôle : Hugo | Rôle : Koyomi |

| | |
|---|---|
| Tanji | **Jorge Lendeborg Jr.** |
| Nyssiana | **Eiza Gonzalez** |
| Nova | **Edward Norton** |
| Le Cyborg | **Leonard Wu** |
| Gelda | **Michelle Rodriguez** |
| Amok | **Casper Van Dien** |
| Romo | **Derek Mears** |
| Stinger | **Sam Medina** |
| Screwhead | **Elle LaMont** |
| Chasseur de primes | **Jorge A. Jimenez** |

**Voir la liste complète** ⌄

## SCÉNARIO

| | |
|---|---|
| Scénariste | **Robert Rodriguez** |
| Scénariste | **James Cameron** |
| Scénariste | **Laeta Kalogridis** |
| D'après l'oeuvre de | **Yukito Kishiro** |

## SOUNDTRACK

| | |
|---|---|
| Compositeur | **Junkie XL** |

 **ALLOCINÉ**   

| Producteur | James Cameron |
|---|---|
| Producteur | **Jon Landau** |
| Producteur délégué | **David Valdes** |
| Producteur exécutif | **Emma Watts** |
| Producteur associé | **David Womack** |

## EQUIPE TECHNIQUE

| Directeur de la photographie | **Bill Pope** |
|---|---|
| Chef monteur | **Stephen E. Rivkin** |
| Chef monteur | **Ian Silverstein** |
| Chef décorateur | **Steve Joyner** |
| Chef décorateur | **Martin Laing** |
| Chef costumier | **Nina Proctor** |
| Concepteur artistique | **Ben Procter** |
| Concepteur artistique | **Dylan Cole** |
| Superviseur des effets visuels | **Joe Letteri** |
| Superviseur des effets visuels | **Eric Saindon** |
| Superviseur des effets visuels | **Mike Cozens** |

## SOCIÉTÉS

| Production | **20th Century Fox** |
|---|---|
| Production | **Lightstorm Entertainment** |
| Exportation/Distribution internationale | **20th Century Fox** |
| Effets spéciaux | **Weta Digital** |
| Distributeur France (Sortie en salle) | **Twentieth Century Fox France** |

# Exhibit J

**Re: Screenplay query**

Zero Gravity Mgmt <zerogravity.mgmt@verizon.net>
Fri 1/20/2006 3:48 PM
**To:** Steve Wilson-Briggs <birdynumnumz@hotmail.com>

1 attachments (23 KB)
STANDARD RELEASE FORM.doc;

Thanks for the query. You can send your script City Of Light via regular mail or email (.pdf only please) along with the attached submission form and a copy of your original email. If sending your script via email you may 'electronically' sign the form by typing in your name where it requires your signature.


Since we do receive a lot of scripts we are only able to reply to those we are interested in pursuing and do not send out rejection notices.


Best,


Georgia


Zero Gravity Management

1531 14th Street

Santa Monica, Ca 90404
----- Original Message -----

From: "Steve Wilson-Briggs" <birdynumnumz@hotmail.com>
To: <zerogravity.mgmt@verizon.net>
Sent: Friday, January 20, 2006 7:03 AM
Subject: Screenplay query


> Dear Zero Gravity Management,
>
> I am responding to your query for screenplays posted on moviebytes.com.
> Below you will find two brief synopses to two new screenplays I am
> currently marketing. The first, Sunflowers, is a smart comedy adventure;
> the second, Uberopolis: City Of Light, is a Sci-Fi adventure with
> interesting social overtones.
>
> Sunflowers
> Four young American artists fall haplessly into a murderous English
> counterfeit art ring when they are conned into reproducing van Gogh's
> masterpiece "Sunflowers" -which the mastermind uses as a heist replacement
> for the National Gallery's original. Discovering the scheme, the artists
> conspire to turn the tables on the mob. But soon the young American's are
> racing just to get out with their lives
>
> Uberopolis: City Of Light
>          In 2120 America is a memory. It's business as usual in the new
> One-World Nation. Profits are up. another bombing in Munich. President
> Peter Drexler is still killing to keep his secret silent. and somewhere in
> a remote rebel town, with little money, political fugitive and former
> American war hero, Arlo Grainer, has his wife turn-him-in to the
> government to collect the bounty to pay for his ailing daughter's medica
> care.
>          The only man still alive who knows Drexler's secret, Arlo is
> taken for prison labor to Uberopolis, a huge half completed
> satellite-city, orbiting 10,000 miles above the Earth. There, on one side
> of a giant construction wall the super-rich and famous live in decadent
> excess. On the other side, thousand of prison workers toil to complete the
> ultimate-city.
>          When the government attempts to dump Arlo and hundreds of

> prisoners out of a space shuttle, Arlo fights to survive and escapes back
> to Earth -where he discovers the state has reneged on the bounty to his
> wife, and his daughter is near death. Informed of an expensive, guardedly
> protected medicine capable of reversing his daughter's condition (rumored
> to be made on Uberopolis) Arlo races through Earth's urban underbelly to
> get a shuttle ticket back to Uberopolis -but this time to the glamorous,
> casino, golf course and celebrity-filled side of the wall. Soon, Arlo is
> racing security forces down the crowded, silver streets of
> Uberopolis -with time, President Drexler and the armies of the world
> against him.
>
> Thanks for considering these sunmissions. Both scomplete screenplays are
> available at your request.
>
> Steve Wilson Briggs
> 646 508 6389
>
> _____
> Don't just search. Find. Check out the new MSN Search!
> http://search.msn.click-url.com/go/onm00200636ave/direct/01/
>

Exhibit K

**Standard Release Form**

Proposed Title of Material Submitted: _____

Zero Gravity
1531 14th Street
Santa Monica, Ca 90404

Zero Gravity -

    I am today submitting for possible use by you my material identified herein (hereinafter called the "Material") in accordance with the understanding, and subject to the conditions, set forth herein.  I acknowledge that the Material was created and written by me, (your name here), without any suggestion or request from you that I write or create the Material.  I have attached hereto copies of said Material, (your title here), a feature film script for motion picture, and a brief description of same.  I am executing and submitting this letter in consideration of your agreement to review the Material with the express understanding that I limit my claim of rights to the features of the Material as specifically synopsized and attached hereto.

    1.  Except as otherwise specifically stated herein, I represent:

      a) that the Material is original with me;
      b) that I have the exclusive right to grant all rights in the Material;
      c) I have exclusive rights in the title as regards its use in connection with the
        Material.

    2.  You agree that you will not use the Material unless you shall first negotiate with me compensation for such use, but I understand and agree that your use of material containing features and elements similar to or identical with those contained in the Material shall not obligate you to negotiate with me nor entitle me to any compensation if you determine that you have an independent legal right to use such other material which is not derived from me (either because such features and elements were not new or novel, or were not originated by me, or because other persons have submitted or may hereafter submit material containing similar or identical features and elements not derived from me which you have the right to use).

    3.  I agree that I must give you written notice by certified or registered mail at your address as set forth in the address portion of this letter, of any claim arising in connection with said Material or arising in connection with this agreement, within the period of time prescribed by the applicable statute of limitations, but in no event more than ninety (90) calendar days after I acquire knowledge of such claim, or if it be sooner, within ninety (90) calendar days after I acquire knowledge of facts sufficient to put me on notice of any such claim, as an express condition precedent to the initiation of any legal action hereunder.  I shall further withhold filing any legal action for a period of thirty (30) calendar days after said written notice to allow you time to investigate any claim.

4. I have retained a copy of said Material and I release you from any liability for loss or other damage to the copy or copies submitted by you.

5. I hereby state that I have read and understand this agreement; that no oral representations of any kind have been made to me; that there are no prior or contemporaneous oral agreements in effect between us pertaining to said Material; and that this agreement states our entire understanding. Any provision or part of any provision which is void or unenforceable shall be deemed omitted, and this agreement with such provision or part thereof omitted shall remain in full force and effect. This agreement shall at all times be construed so as to carry out the purposes stated herein.

6. I further submit that I am of legal age, being over eighteen (18) years of age, and my signature upon this contract and release is thereby binding and legal.

Sincerely Yours,


Signature: _____

Print Name: _____

Address: _____

_____

Phone: _____

Fax: _____

Email: _____

Date: _____

Exhibit L

Outlook

□□□    Outlook              &#128269; Search                                                          &#128103; &#9989; &#9881; ? &#9993; SB

&#9776;  New message          Delete    Archive    Move to ⌄    Categorize ⌄    Undo    ⋯                          ▷

⌄ Folders                     ✓  Sent Items ☆                                              Filter ⌄

&#128276; Inbox          8555      Older

&#128336; Junk Email      660      [Unknown]                  (No subject)  No preview is...        8/11/2007

&#9998; Drafts            73      [Unknown]                  (No subject)  No preview is...        8/14/2007

&#10148; Sent Items               [Unknown]                  (No subject)  No preview is...        8/22/2007

&#128465; Deleted Items             [Unknown]                  (No subject)  No preview is...        8/23/2007

&#128451; Archive                  [Unknown]                  (No subject)  No preview is...        8/26/2007

   Conversation Hist...     ○  Kevin King; jill_jamie@senecacenter.o...   SF info   Hey Kevin, Just a h...   9/14/2007

&#128462; Notes                    Iquo Okon Okon             Thanks   Thanks for being s...     9/16/2007

   New folder               kevin@senecacenter.org     diversity training   Kevin, W...    9/17/2007

⌄ Groups                      mmarchba@seq.org           Bridgett   Sis, I didn't know ...    9/17/2007

   New group                Joseph Whitcomb            Extra Shifts   Joe, Steve W.B...    9/17/2007

                            Joseph Whitcomb            Extra Shifts   I'll pick up som...    9/17/2007

                         ＞  Brianne Goree; sale-424457996@crai...   Les Paul Guitar, Ibanez Amp...   9/17/2007

                            Joseph Whitcomb            Extra Shifts   Eh Joe, Lemme...    9/17/2007

                            sale-424017319@craigslist.org   Any computer software. Off...    9/18/2007

                         ＞  Iquo Okon Okon             Thanks   Iquo, The last part ...    9/18/2007

                         ＞  Morgan Marchbanks          Bridgett   Sis, If she's living i...    9/20/2007

                            Iquo Okon Okon             Ooops, Sorry   Iquo, I went ...    9/20/2007

                            sale-427616870@craigslist.org   Adobe Web &; Design Pre...    9/20/2007

                            sale-425593472@craigslist.org   Adobe Creative Suite - Desi...    9/20/2007

                            sale-424422531@craigslist.org   Adobe Creative Suite 3 Mas...    9/20/2007

                            kevin@senecacenter.org     training ??   Kevin, If you'd l...    9/21/2007

                            Kevin King; jill@senecacenter.org   Friday, Saturday overnight? ...    9/21/2007

                            tunemaster15@hotmail.com   kungfusion, business thoug...    9/22/2007

                            kevin ngo                  computer software 4 sale! (...    9/23/2007

                         ＞  Mike Wong                  Adobe Creative Suite - Desi...    9/23/2007

                            sale-429818218@craigslist.org   IBM ThinkPad Laptop, PIII/2...    9/24/2007

                         ＞  Archie Briggs               Happy Birthday   Hey Dad, ...    9/24/2007

Upgrade to Office        ＞  Cecile Lusby               Shingles   Thanks. I want th...    9/24/2007
365 with premium
Outlook features

&#9993; &#128197; &#128100; ⋯  ＞  Iquo Okon Okon             Seneca $   Did you deduct ...    9/24/2007

# Exhibit M

**Please confirm subscription to "Absolute Write Newsletter"**

Subscription Management <45521ede75130d6391b1d6cfb96e84f1x1137322756-confirm@zinester.com>

Sun 1/15/2006 2:59 AM

**To:** birdynumnumz@hotmail.com <birdynumnumz@hotmail.com>

Dear Subscriber! Your subscription has not been confirmed yet.

To activate it, please reply to this message or follow this link:

http://www.zinester.com/t/45521ede75130d6391b1d6cfb96e84f1x1137322756

Dear, Steve Wilson Briggs!

You have requested subscription to the Absolute Write Newsletter ezine.

Please click on the following URL to confirm your subscription:

http://www.zinester.com/t/45521ede75130d6391b1d6cfb96e84f1x1137322756

Or if you prefer reply to this email by clicking "Reply" and then

"Send" in your email program.

We ask for your confirmation to protect you from receiving unwanted

email. If you do not respond, your email address will NOT be added to

this list.

Visit our Ezine Directory for more newsletters!

http://subs.zinester.com


Fill in our questionnaire and receive a bonus: no ads in newsletters!

To fill in the questionnaire please follow this link:

http://www.zinester.com/login/birdynumnumz@hotmail.com/YemKfpzlsxJr.bG6smXZNg/?url=http://www.zinester.com/cgi/portrait.cgi


--

Warm regards,

Zinester.com

http://www.zinester.com

Exhibit N

**You were successfully subscribed to "Absolute Write Newsletter" at Zinester.com.**

Zinester <majordomo@zinester.com>
Sun 1/15/2006 6:16 AM
**To:** birdynumnumz@hotmail.com <birdynumnumz@hotmail.com>

Dear birdynumnumz@hotmail.com,

Please read this entire message to receive your free Agents list.

You have been successfully subscribed to the Absolute Write Newsletter

ezine.

Your subscription will start with the next issue. In the meantime, you

can check out the latest issue here:

http://archives.zinester.com/34123

Please remember to add "zinester.com" to your email address book

or whitelist so that our emails can reach you.

If you wish to change your subsription preferences, please log in

to your account with the information below:

URL: http://subs.zinester.com

Email: birdynumnumz@hotmail.com

Password: vtRxpUDH

Visit our Ezine Directory for more newsletters!

http://subs.zinester.com

--

Warm regards,

Zinester.com

http://www.zinester.com

--------------

Welcome!  You have been successfully subscribed.

You will soon receive our weekly newsletter, complete with new

articles, interviews, announcements, and markets for writers.  Thanks

for subscribing, and welcome to the Absolute Write family!

And for our special "welcome to the neighborhood" gift, please visit

this link to download your free copy of the Agents! Agents! Agents!

report:

http://www.absolutewrite.com/ebooks/ebookAgents.pdf

You need to have Acrobat Reader 5.0 installed to open the file.  If you

don't already have it, it's a free download at

http://www.adobe.com/products/acrobat/readstep.html .

If you want even more markets, be sure to subscribe to Absolute

Markets, too!  That's a bi-weekly newsletter with fresh paying markets

and contest guidelines.  You can subscribe by sending a blank e-mail

to: 59642-subscribe@zinester.com.

Thanks for joining us!

Regards,

Jenna Glatzer

Editor-in-Chief

http://www.absolutewrite.com

# Exhibit O

**Re: Screenplay Query - Uberopolis: City Of Light**

Gregory Bell <gbell.11@gmail.com>

Mon 1/16/2006 4:38 PM

**To:** Steve Wilson-Briggs <birdynumnumz@hotmail.com>

Steve,

Sounds interesting.  Could you send me a script in pdf or ms word form?

Greg Bell

On 1/16/06, Steve Wilson-Briggs <birdynumnumz@hotmail.com> wrote:
> Dear G. Bell,
>          The future is a deadly place...
>          How will the world look 100 years from now, if current
> geo-political trends continue? UBEROPOLIS: CITY OF LIGHT is an unblinking
> look into the eye of that future.
>
>          The year is 2120. 14 years after America was absorbed into the
> new United World Nation. With little money, and his daughter ailing from a
> pollution driven respiratory condition, a fugitive and former American
> soldier, Arlo Grainer, has his wife turn him in to the government –to
> collect the unconditional bounty offered for his arrest.
>          Dubbed "a national threat" Arlo carries an explosive secret into
> the prison system. A secret the United World Nation President, Peter Drexler
> wants forgotten. Arlo is quickly taken to work on a huge satellite city,
> orbiting 10,000 miles above Earth, Uberopolis. But Uberopolis is only half
> completed. On one side of the giant construction barrier the super-rich and
> famous live in decadent excess. On the other side, thousand of prison
> workers toil to complete the ultimate-city.
>          On Uberopolis, Arlo narrowly escapes a government sponsored
> prisoner extermination plan and races back to Earth in a stolen shuttle
> –chased chased by guided warheads. Back on Earth, Arlo discovers the state
> has reneged on the reward money to his wife, and his daughter is near death.
> But after learning of an extremely expensive, and guardedly protected
> medicine (rumored to be made on Uberopolis) capable of reversing his
> daughter's condition, Arlo uses his underworld ties to secure a shuttle
> ticket back to Uberopolis –but this time to the beautiful, casino, golf
> course and celebrity-filled side of the construction barrier, where he
> unexpetedly uncovers the true capacity for evil of this new government.
> Inevitably, Arlo is chased by Drexler's Blue Guard down the crowded silver
> streets of Uberopolis, fighting time to make it home –with President Drexler
> and the armies of the world against him.
>
>          Thank you for taking time to read this synopsis of Uberopolis:

> City Of Light. If you're interested in reading the complete screenplay,
> please call or email at your convenience.
>                              Sincerely,
>                                   Steve Wilson Briggs
>
> birdynumnumz@hotmail.com
> 646 508 6389 cell
> 315 256 9504 home
>
> _____
> Express yourself instantly with MSN Messenger! Download today – it's FREE!
> http://messenger.msn.click-url.com/go/onm00200471ave/direct/01/
>
>

Exhibit P

**Thank you for creating an Adobe ID**

store@adobe.com <store@adobe.com>

Mon 1/16/2006 8:20 PM

**To:** birdynumnumz@hotmail.com <birdynumnumz@hotmail.com>

Dear Steve Wilson Briggs,

Thank you for creating an Adobe ID. Your new Adobe ID is
BIRDYNUMNUMZ@HOTMAIL.COM.

Your Adobe ID is your passport to special benefits and services on Adobe.com.

Here's how to get started:
* Enjoy simplified shopping in the Adobe Store
http://store.adobe.com/store/main.jhtml
* Easily manage product registrations
http://store.adobe.com/cgi-bin/WebObjects/WEC?pageID=RegMp1
* View your order history online
http://store.adobe.com/store/customerregistration/order_history.jhtml
* Change your name, address, payment information, and your Adobe ID and password at
http://store.adobe.com/store/customerregistration/edit_registration.jhtml

(Note: To activate a Create Adobe® PDF Online subscription, please check your e-mail
inbox for a separate message with the subject line: Service Activation for
https://createpdf.adobe.com)

Plus, sign in to Adobe Studio[TM], where you can:
* Sharpen your skills with tips and tricks in Expert Center
http://studio.adobe.com/expertcenter/main.html
* Download and share free extensions and actions at Adobe Studio Exchange
http://www.adobestudioexchange.com/
Please do not reply to this e-mail. If you have any questions, please visit our Customer
Service area at
http://store.adobe.com/store/customerservice.html

Thanks again - and welcome to Adobe!

# Exhibit Q

**Release Form**

Jerrol LeBaron <jerrol@inktip.com>
Fri 2/3/2006 7:34 PM
**To:** Steve Wilson Briggs <birdynumnumz@hotmail.com>

Dear Steve,

Please sign and fax, scan & email, or snail mail back to us all pages of the release form below. When we receive it, we will activate your account so you can place your works!

Here is the login information with which you registered:
Userid:  nummy
Password:  numnumz

Thanks!
Stephanie Maus

InkTip.com, P.O. Box 312, Glendale, CA 91209 Fax (818) 242-7753

Return all pages.

RELEASE AND AGREEMENT
THE SCRIPTS AND OTHER DOCUMENTS (NOVELS, MANUSCRIPTS, etc.) THAT YOU PROVIDE TO INKTIP.COM AT THIS OR ANY FUTURE TIME ARE ACCEPTED BY INKTIP.COM ONLY ON YOUR ACCEPTANCE OF THE FOLLOWING CONDITIONS:

1. Upon InkTip.com's acceptance, the screenplay, novel, manuscript, short screenplay, etc. ("Work") will be made available on InkTip.com's website to InkTip.com's registered subscribers ("Subscribers") who are agents, managers, producers and other industry professionals; it is understood and agreed that these Subscribers are third party beneficiaries of this Agreement.

2. Applicant represents and warrants that he/she is the author of the Work, and if not the author, has all necessary legal and equitable rights to the Work.

3. Applicant has retained at least one copy of the Work, as InkTip.com will not be responsible for any loss or destruction of the materials submitted to it. Applicant understands that it is his/her sole responsibility to protect the Work. In order to place anything on our website it must be registered. It should be filed or registered with a Writers Guild, Copyright Office, and/or other script protection organizations that are available around the world. You can register your work online now by selecting www.wga.org. It is fast and inexpensive. InkTip.com may, at its sole discretion, change the format and display of the Work on its website, and may discontinue the availability of the Work on its website at any time for any reason.

4. Applicant, who attests that he/she is at least eighteen (18) years of age, has submitted the Work voluntarily and not in confidence. Applicant understands and agrees that no confidential

relationship between Applicant and the author of the Work if not Applicant, and InkTip.com and/or its Subscribers is being created by this Agreement or by Applicant's submission of the Work.

5. Applicant represents and warrants to InkTip.com and its Subscribers that the Work to be submitted hereunder is original and that the Work will not contain defamatory or unlawful matter and will in no way infringe upon the copyright or violate the proprietary rights of any person whomsoever. The Applicant agrees to indemnify and hold InkTip.com and its Subscribers harmless from any suit, demand, or claim made against InkTip.com and/or its Subscribers by reason of any defamatory right, and the Applicant further agrees to pay any judgment or reasonable settlement offer resulting from any such suit, demand, or claim, and to pay any reasonable attorneys' fees incurred by InkTip.com and/or its Subscribers in defending against such suit, demand, or claim.

6. No obligation of any kind is assumed or may be implied against InkTip.com and/or its Subscribers, either as a result of this Agreement, or Applicant's submission of the Work. It is understood that InkTip.com and its Subscribers have access to and/or may create or have created literary materials and ideas which may be similar to the Work in theme, idea, plot, format or other respects. Applicant will not be entitled to any compensation or consideration because of the use of any such similar material that may have been independently created by a Subscriber or may have come to InkTip.com or any Subscriber from any independent source.

7. InkTip.com does not itself develop or purchase written material, and exists for the sole purpose of facilitating introduction and interaction between writers and parties interested in developing written material. InkTip.com does not attest to or guarantee the validity of any Subscriber, or any subsequent agreements between Applicant and any Subscriber.

8. Except as otherwise provided in this Agreement, Applicant hereby releases InkTip.com from any and all claims, demands and liabilities that may arise in relation to the Work, or by reason of any claim now or hereafter made by Applicant that InkTip.com or any Subscriber has used or appropriated the Work. IN NO EVENT SHALL InkTip.com OR ITS SUBSCRIBERS BE RESPONSIBLE OR LIABLE TO APPLICANT FOR INDIRECT, SPECIAL, PUNITIVE, INCIDENTAL OR CONSEQUENTIAL DAMAGES OR LOST PROFITS OR REVENUES OF APPLICANT, EVEN IF INKTIP.COM OR ITS SUBSCRIBERS HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGE. The extent of InkTip.com's liability, if any, should otherwise be determined, shall be the amount of any sums paid InkTip.com by Applicant.

9. All the terms and conditions of InkTip.com's Disclaimer Web Page are hereby incorporated into this Submission Release Agreement as if recited herein in full.

10. InkTip.com reserves the right to remove any Work from its website, with or without cause, with or without notice. If without cause, the Subscriber's fees shall be prorated accordingly.

11. General Provisions:
(a) Entire Agreement: This Agreement contains the entire agreement of the parties hereto and supersedes any prior written or oral agreement between them respecting the subject matter

contained herein. There are no other representations, agreements, arrangements, or other understandings, oral or written, between the parties hereto respecting the subject matter contained herein which are not fully expressed herein. This Agreement may be amended or modified only by written agreement signed by duly authorized representatives of all of the parties hereto.

(b) Waiver. Waiver of any default or breach of this Agreement or any warranty, representation, covenant, or obligation contained herein shall not be construed as a waiver of any subsequent breach.

(c) Severability. If any provision of this Agreement, or the application of it to any party or circumstance, is held to be invalid, the remainder of this Agreement, and the application of such provision to other parties or circumstances, shall not be affected thereby, the provisions of this Agreement being severable in any such instance.

(d) Titles and Headings. Titles and headings to paragraphs in this Agreement are for the purpose of reference only and shall in no way limit, define, or otherwise affect the provisions of it.

(e) Heirs. Except as otherwise provided herein, this Agreement is binding upon and inures to the benefit of all parties, their heirs, executors, administrators, assigns, successors in interest or other legal representatives. (f) Notices. All notices and payments under this Agreement are to be in writing and delivered to InkTip.com at its postal address above and to Applicant at his/her postal address noted below, or such other address as either party may subsequently specify in writing to the other parties.

(g) Arbitration. Any controversy, dispute or claim arising out of the interpretation, performance or breach of this Agreement shall be resolved by binding arbitration, at the request of either party, in accordance with the Guidelines of the American Arbitration Association, in the City of Los Angeles, California. The arbitrators shall apply California substantive law and the California Evidence Code to the proceeding. The arbitrators shall have the power to grant all legal and equitable remedies and award compensatory damages provided by California law, including the power to award punitive damages. The arbitrators shall prepare in writing and provide to the parties an award including factual findings and the reasons on which the decision is based. The arbitrators shall not have the power to commit errors of law or legal reasoning, and the award may be vacated or corrected pursuant to California Code of Civil Procedure Sections 1286.2 or 1286.6 for any such error.

(h) Attorneys' Fees. If an action is brought for the purpose of enforcing, defending, or preventing a breach of this Agreement, the successful or prevailing party in any such proceeding shall be entitled, in addition to such other relief as may be granted, to recover reasonable attorneys' fees and costs of suit incurred in such proceeding.

(i) State Law. This Agreement shall be construed and enforceable according to the laws of the State of California for all purposes. Any action concerning this Agreement shall be brought in Los Angeles, California and the parties consent to service of process in California.

YOU MUST SIGN THIS AGREEMENT (we need the actual signature), ANOTHER SEPARATE AGREEMENT MUST BE SIGNED BY ANY CO-AUTHOR(S) AND CO-OWNER(S) OF SUBMITTED WORKS, AND ALL PAGES (INCLUDING THOSE NOT SIGNED) EITHER FAXED, SCANNED AND EMAILED, OR MAILED BACK TO INKTIP.COM.

I UNDERSTAND AND AGREE TO THE ABOVE TERMS AND CONDITIONS:

Applicant (PRINT CLEARLY): _____

Applicant Signature: _____Date: _____

Address (PRINT CLEARLY): _____

City: _____ State: _____ Zip: _____

Country: _____

Ph: _____ Fax: _____

E-mail: _____

InkTip.com User ID: _____ InkTip.com Password (Optional): _____

# Exhibit R

**Release Form Received**

Jerrol LeBaron <Jerrol@InkTip.com>

Mon 2/6/2006 10:05 AM

**To:** Steve Wilson Briggs <birdynumnumz@hotmail.com>

Dear Steve,

We have received your release form.  Thank you!  Your membership will be activated shortly. You will get an email from us when you can use the site.  Your user ID and password will not work until then.

Please be sure to read the activation email in its entirety as there is important information contained therein that will enable you to use the site to its maximum capacity.

Sincerely,
Stephanie Maus
Jerrol@InkTip.com

Email sent to: birdynumnumz@hotmail.com

# Exhibit S



- Category 1
- Category 2
- Category 3
- Category 4
- Category 5
- Category 6
- Category 7

# About Us

Zero Gravity is a literary and talent management company that boasts a strong client list of screenwriters, directors and actors for feature films and television. We represent many established industry professionals, and pride ourselves in discovering and breaking new talent.

Our reputation in the literary world has been built upon our hands-on development process, working intimately with our clients to generate the best material possible.

Our number one priority is to get our clients' projects to the screen, and we have a tremendous track record to show for it. We work with every studio on a regular basis, from selling spec scripts to landing open writing assignments for our clients. And with strong relationships in the independent marketplace, we have the unique ability to package and finance our client's projects.

We always make a long term commitment to our clients, and will work tirelessly for them to achieve their potential.

Zero Gravity is actively seeking talented writers, directors and actors with a unique voice and vision, in all genres.

-

# Exhibit T

# Variety

## Michael Pierce
## Canuck rancher turns hand to assembling pic projects
### By LILY OEI

**Resume Name**
**Michael Pierce**
**Age:** 37
**Breakthrough pic:** "The Cooler"

**What I learned the hard way:** "Not living in the moment. Instead of enjoying the process, living years in the future when the movies you thought were going to get made never did. You should find some joy in every moment along the way."

With 60 projects in development and a number of upcoming titles (Warner Bros.' "Chaos," Gurinder Chadha's "Nine Wives" and Wayne Kramer's "Running Scared") on the horizon, it's hard to believe Michael Pierce never watched movies growing up. After all, he was raised on a cattle ranch in Alberta, Canada, by a father who thought ilms took time away from chores.

Pierce caught the bug in England, where he began his career setting up AV equipment. One law degree and an obligatory mailroom stint later, Pierce launched Pierce Prods. in 1997. On his irst outing, he produced an award-winning short, "Loaing," about strangers bonding in a public restroom in New York.

"I have always had an obeat taste in certain material — things that haven't been done," says Pierce, describing a trait that continues to deine him.

These days, Pierce is moving nonstop. He has a hand in a number of companies: production shingle Pierce/Williams and management irm Zero Gravity, both with partner Mark Williams. With helmer Kramer, Pierce operates True Grit.

All this vertical integration, says Pierce — whose attorney points out he has more scripts in development than MGM — feeds a pipeline that fully maximizes his potential as a producer. Flipping between indie and studio projects, Pierce hates wasting time. "I'll do indie movies as much as I can. To get a studio movie is a four- to ive-year process," he says. "I can't twiddle my thumbs."

Williams, a former screenwriter who works closely with the scribes in their stable, says the good material draws people in "and gives Michael the power to go and put movies together."

Even execs who haven't worked with Pierce are waiting for their chance. "We're constantly trying to ind things. I'd even bring him aboard things I have," says Alex Young, senior VP of production at Fox. "I have faith in his energy and enthusiasm that he'll push it forward. Michael is one of the most pro-active people I've met."

Ditto, says helmer Kramer, ready to begin principal photography on their second pic together. "Michael has been the facilitator of my dreams. He backed me when nobody else would, and I entrusted my work to him as a producer with the knowledge that he didn't have any producing credits.

"We also liked each other as people. I think that's maybe because we're both outsiders. I'm from South Africa and Michael's from Canada. We both had to claw our way into this business."



# Michael Pierce

**Canuck rancher turns hand to assembling pic projects**

*By* **LILY OEI**

**Resume**
**Name:** Michael Pierce
**Age:** 37
**Breakthrough pic:** "The Cooler"
**What I learned the hard way:** "Not living in the moment. Instead of enjoying the process, living years in the future when the movies you thought were going to get made never did. You should find some joy in every moment along the way."

With 60 projects in development and a number of upcoming titles (Warner Bros.' "Chaos," Gurinder Chadha's "Nine Wives" and Wayne Kramer's "Running Scared") on the horizon, it's hard to believe Michael Pierce never watched movies growing up. After all, he was raised on a cattle ranch in Alberta, Canada, by a father who thought films took time away from chores.

Pierce caught the bug in England, where he began his career setting up AV equipment. One law degree and an obligatory mailroom stint later, Pierce launched Pierce Prods. in 1997. On his first outing, he produced an award-winning short, "Loafing," about strangers bonding in a public restroom in New York.

"I have always had an offbeat taste in certain material — things that haven't been done," says Pierce, describing a trait that continues to define him.

These days, Pierce is moving nonstop. He has a hand in a number of companies: production shingle Pierce/Williams and management firm Zero Gravity, both with partner Mark Williams. With helmer Kramer, Pierce operates True Grit.

All this vertical integration, says Pierce — whose attorney points out he has more scripts in development than MGM — feeds a pipeline that fully maximizes his potential as a producer. Flipping between indie and studio projects, Pierce hates wasting time. "I'll do indie movies as much as I can. To get a studio movie is a four- to five-year process," he says. "I can't twiddle my thumbs."

Williams, a former screenwriter who works closely with the scribes in their stable, says the good material draws people in "and gives Michael the power to go and put movies together."

Ditto, says helmer Kramer, ready to begin principal photography on their second pic together. "Michael has been the facilitator of my dreams. He backed me when nobody else would, and I entrusted my work to him as a producer with the knowledge that he didn't have any producing credits.

"We also liked each other as people. I think that's maybe because we're both outsiders. I'm from South Africa and Michael's from Canada. We both had to claw our way into this business."

**Popular on Variety**



# Exhibit U



# State of California
## Secretary of State

### LIMITED LIABILITY COMPANY
### CERTIFICATE OF CANCELLATION

NOTE: Filing this Certificate of Cancellation (Form LLC-4/7) cancels the limited liability company's Articles of Organization or Application for Registration. However, to complete the cancellation the limited liability company must obtain a Tax Clearance Certificate from the California Franchise Tax Board.

**There is no fee for filing a Certificate of Cancellation.**

**IMPORTANT – Read instructions before completing this form.**

## FILED
In the Office of the Secretary of State
of the State of California

DEC 2 0 2005

This Space For Filing Use Only

| FILE NUMBER | ENTITY NAME (Enter the exact name of the limited liability company.) |
|---|---|
| 1. Secretary of State File Number<br><br>**200325910027** | 2. Name of Limited Liability Company<br><br>Zero Gravity Management LLC |

**TAX LIABILITY** (The following statement is required by statute and may not be altered.)

3. The tax liability will be satisfied on a taxes paid basis or a person, limited liability company, or other business entity assumes the tax liability, if any, of the dissolving limited liability company as security for the issuance of a Tax Clearance Certificate from the Franchise Tax Board and is responsible for additional taxes or fees, if any, that are assessed under the Revenue and Taxation Code and become due after the date of the assumption of tax liability.

**DISSOLUTION** (Domestic limited liability companies ONLY: Check the "YES" or "NO" box as applicable. Note: If the "NO" box is checked, a Certificate of Dissolution (Form LLC-3) must be filed prior to or together with this Certificate of Cancellation.)

4. The dissolution was made by a vote of all of the members. ☐ YES  ☑ NO

**ADDITIONAL INFORMATION** (Enter any other information the managers or members filing the Certificate of Cancellation determine to include. Attach additional pages, if necessary. Additional information set forth on attached pages, if any, is incorporated herein by this reference and made part of this certificate. If no other information is to be included, leave Item 5 blank and proceed to Item 6.)

5. Dissolution is being executed as part of LLC membership agreement.

**EXECUTION**

6. I declare I am the person who executed this instrument, which execution is my act and deed.

Signature of Authorized Person _____*Susan Gore*_____   Date 9-12-05

By: Zero Gravity Internet Group, Inc.,
Its Managing Member
By: Susan Gore, President  Special Executive Officer
Type or Print Name and Title of Authorized Person

Signature of Authorized Person _____   Date _____   Type or Print Name and Title of Authorized Person

**RETURN TO** (Enter the name and the address of the person or firm to whom a copy of the filed document should be returned.)

| 7. NAME | Thomas Plyler |
|---|---|
| FIRM | Wilson Sonsini Goodrich & Rosati |
| ADDRESS | 650 Page Mill Road |
| CITY/STATE/ZIP | Palo Alto, CA 94304 |

LLC-4/7 (REV 03/2005)                                        APPROVED BY SECRETARY OF STATE

# Exhibit V



## State of California
### Secretary of State

File # **200602710043**

**FILED** *cc*
In the office of the Secretary of State
of the State of California

JAN **2 6** 2006

## LIMITED LIABILITY COMPANY
## ARTICLES OF ORGANIZATION

**A $70.00 filing fee must accompany this form.**

**IMPORTANT – Read instructions before completing this form.**

This Space For Filing Use Only

---

**ENTITY NAME** (End the name with the words "Limited Liability Company," "Ltd. Liability Co.," or the abbreviations "LLC" or "L.L.C.")

1. NAME OF LIMITED LIABILITY COMPANY

ZERO GRAVITY MANAGEMENT, LLC

---

**PURPOSE** (The following statement is required by statute and may not be altered.)

2. THE PURPOSE OF THE LIMITED LIABILITY COMPANY IS TO ENGAGE IN ANY LAWFUL ACT OR ACTIVITY FOR WHICH A LIMITED LIABILITY COMPANY MAY BE ORGANIZED UNDER THE BEVERLY-KILLEA LIMITED LIABILITY COMPANY ACT.

---

**INITIAL AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and both Items 3 and 4 must be completed. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 3 must be completed (leave Item 4 blank).)

3. NAME OF INITIAL AGENT FOR SERVICE OF PROCESS

Lilliana Montero, c/o Montero Corporate Services

4. IF AN INDIVIDUAL, ADDRESS OF INITIAL AGENT FOR SERVICE OF PROCESS IN CALIFORNIA    CITY    STATE    ZIP CODE

1241 Knollwood Dr #131          Cambria          CA      93428

---

**MANAGEMENT** (Check only one)

5. THE LIMITED LIABILITY COMPANY WILL BE MANAGED BY:

[✓] ONE MANAGER

[ ] MORE THAN ONE MANAGER

[ ] ALL LIMITED LIABILITY COMPANY MEMBER(S)

---

**ADDITIONAL INFORMATION**

6. ADDITIONAL INFORMATION SET FORTH ON THE ATTACHED PAGES, IF ANY, IS INCORPORATED HEREIN BY THIS REFERENCE AND MADE A PART OF THIS CERTIFICATE.

---

**EXECUTION**

7. I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

SIGNATURE OF ORGANIZER

January 26, 2006
DATE

Jennifer R. Abid
TYPE OR PRINT NAME OF ORGANIZER

---

**RETURN TO** (Enter the name and the address of the person or firm to whom a copy of the filed document should be returned.)

8. NAME ⌈Lilliana Montero                                                    ⌉

   FIRM       Montero Corporate Services

   ADDRESS    1241 Knollwood Dr #131

   CITY/STATE/ZIP ⌊Cambria CA  93428                                          ⌋

---

LLC-1 (REV 03/2005)                                        APPROVED BY SECRETARY OF STATE

# Exhibit W

Now available: over 400m key company lifecycle events, from officer changes to gazette notices.
Read more on our blog.

# opencorporates

The Open Database Of The Corporate World

Company name or number  [ Search ]

○ Companies   ○ Officers

- Log in/Sign up

# 880 PRODUCTIONS LIMITED

Company Number
  1844981
Status
  Registered
Incorporation Date
  21 July 2006 (over 13 years ago)
Company Type
  NZ Limited Company
Jurisdiction
  New Zealand
Business Number
  9429033976716
Controlling Company
  FOX FILMED ENTERTAINMENT AUSTRALIA PTY LIMITED
Registered Address

- VCFO Group Limited, Level 1, 96 St Georges Bay Road, Parnell, Auckland
- 1052
- NZ

Annual Return Last Made Up Date
  2019-05-23T10:24:02.000+1200
Directors / Officers

- Timothy George Rawle WILLIAMS, director, 21 Jul 2006-

Inactive Directors / Officers

- Raymond Lee PARRISH, director, 21 Jul 2006-30 Dec 2008
- Robert Bruce COHEN, director, 30 Dec 2008-20 Nov 2019
- Roger Frederick WALLIS, director, 16 Aug 2006-31 Aug 2014

Registry Page
  http://www.business.govt.nz/companies...



## Recent filings for 880 PRODUCTIONS LIMITED

13 Jan 2020
Particulars of Company Address view

6 Dec 2019
Particulars of Director view

8 Aug 2019
Change in Financial Reporting Month view

23 May 2019
Annual Return Filed view

12 Apr 2019
Particulars of ultimate holding company view

30 May 2018
Annual Return Filed view

6 Apr 2018
Particulars of Director view

8 Jun 2017
Particulars of Director view

see all filings

**Source** Ministry of Business, Innovation & Employment NZBI API, https://api.business.govt.nz, 14 Jan 2020
Add data *(website, address, etc)*

update from registry

## Explore company network



## Company network

Not yet available for this company. Click to find out more

## Latest Events

2008-12-30
　　　Removal of officer Raymond Lee PARRISH, director
2014-08-31
　　　Removal of officer Roger Frederick WALLIS, director
2019-11-20

# Exhibit X



## State of California
### Secretary of State

File # **200624900011**

**FILED**
In the office of the Secretary of State
of the State of California

**AUG 3 0 2006**

## FOREIGN LIMITED PARTNERSHIP
## APPLICATION FOR REGISTRATION

A $70.00 filing fee must accompany this form.

IMPORTANT – Read instructions before completing this form.

This Space For Filing Use Only

---

**ENTITY NAME** (End the name in Item 1 with the words "Limited Partnership" or the abbreviation "L.P.")

1. NAME UNDER WHICH THE FOREIGN LIMITED PARTNERSHIP PROPOSES TO REGISTER AND TRANSACT BUSINESS IN CALIFORNIA
   Future Films Delaware Limited Partnership

2. NAME OF THE FOREIGN LIMITED PARTNERSHIP, IF DIFFERENT FROM THAT ENTERED IN ITEM 1 ABOVE

---

**OFFICE ADDRESSES** (Do not abbreviate the name of the city.)

3. ADDRESS OF THE PRINCIPAL EXECUTIVE OFFICE | CITY AND STATE | ZIP CODE
   1531 14th St. | Santa Monica, CA | 90404

4. ADDRESS OF THE PRINCIPAL OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE
   same as above  #3 | | CA |

---

**DATE AND PLACE OF ORGANIZATION**

5. THIS FOREIGN LIMITED PARTNERSHIP WAS FORMED ON  08 - 18 - 06  IN  DE
   (MONTH) (DAY) (YEAR)  (STATE OR COUNTRY)
   AND IS AUTHORIZED TO EXERCISE ITS POWERS AND PRIVILEGES IN THAT STATE OR COUNTRY.

---

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and both Items 6 and 7 must be completed. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 6 must be completed (leave Item 7 blank).)

6. NAME OF AGENT FOR SERVICE OF PROCESS
   Simon Horsman

7. IF AN INDIVIDUAL, ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA | CITY | STATE | ZIP CODE
   1531 14th St. | Santa Monica | CA | 90404

---

**APPOINTMENT** (The following statement is required by statute and may not be altered.)

8. IN THE EVENT THE ABOVE AGENT FOR SERVICE OF PROCESS RESIGNS AND IS NOT REPLACED, OR IF THE AGENT CANNOT BE FOUND OR SERVED WITH THE EXERCISE OF REASONABLE DILIGENCE, THE SECRETARY OF STATE OF THE STATE OF CALIFORNIA IS HEREBY APPOINTED AS THE AGENT FOR SERVICE OF PROCESS OF THIS FOREIGN LIMITED PARTNERSHIP.

---

**GENERAL PARTNERS** (Enter the names and addresses of all of the general partners. Attach additional pages, if necessary.)

9a. NAME | ADDRESS | CITY AND STATE | ZIP CODE
   Future Films USA 1 Limited | 1531 14th St. | Santa Monica, CA | 90404

b. NAME | ADDRESS | CITY AND STATE | ZIP CODE
   Future Films USA 2 Limited | 1531 14th St. | Santa Monica, CA | 90404

---

**EXECUTION**

10. I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.  Future Films USA 1 Limited and
    Future Film USA 2 Limited, General Partners
    By: Vikki Louise Mickel, Secretary

SIGNATURE OF GENERAL PARTNER | 08/30/06 DATE | TYPE OR PRINT NAME OF GENERAL PARTNER

---

**RETURN TO** (Enter the name and the address of the person or firm to whom a copy of the filed document should be returned.)

1. NAME
   FIRM
   ADDRESS
   CITY/STATE/ZIP

---

LP-5 (REV 03/2005) | APPROVED BY SECRETARY OF STATE

# Exhibit Y

10/1/2019                                    Division of Corporations - Filing



Delaware.gov                            Governor | General Assembly | Courts | Elected Officials | State Agencies

Logout

**Department of State: Division of Corporations**

Allowable Characters

View Search Results

## Entity Details

| | | | |
|---|---|---|---|
| File Number: | **4222413** | Incorporation Date / Formation Date: | **9/20/2006** (mm/dd/yyyy) |
| Entity Name: | **FUTURE SERVICE, INC.** | | |
| Entity Kind: | **Corporation** | Entity Type: | **General** |
| Residency: | **Domestic** | State: | **State:** |
| Status: | **Dissolved** | Status Date: | **9/27/2019** |

### TAX INFORMATION

| | | | |
|---|---|---|---|
| Last Annual Report Filed: | **2019** | Tax Due: | **$ 0** |
| Annual Tax Assessment: | **$ 175** | Total Authorized Shares: | **1000** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Name: | **CORPORATION SERVICE COMPANY** |
| Address: | **251 LITTLE FALLS DRIVE** |

10/1/2019

Division of Corporations - Filing



| City: | WILMINGTON | County: | New Castle |
|---|---|---|---|
| State: | DE | Postal Code: | 19808 |
| Phone: | 302-636-5401 | | |

**FILING HISTORY (Last 5 Filings)**

| Seq | Description | No. of pages | Filing Date (mm/dd/yyyy) | Filing Time | Effective Date (mm/dd/yyyy) |
|---|---|---|---|---|---|
| 1 | Dissolution - Long Form | 2 | 9/27/2019 | 11:37 AM | 9/27/2019 |
| 2 | Change of Agent 9000010 | 1 | 4/5/2019 | 3:06 PM | 4/5/2019 |
| 3 | Change of Agent 9000014 | 1 | 12/11/2009 | 3:22 PM | 12/11/2009 |
| 4 | Stock Corporation | 4 | 9/20/2006 | 4:31 PM | 9/20/2006 |

Back to Entity Search     Email Status

For help on a particular field click on the Field Tag to take you to the help area.

site map  |  privacy  |  about this site  |  contact us  |  translate  |  delaware.gov

Exhibit Z

| | |
|---|---|
| Fox-NGC (US) Holdings, Inc. | United States |
| Fox/UTV Holdings, Inc. | United States |
| Foxfilmes Limitada | Portugal |
| FOXLAB, INC. | United States |
| Foxstar Productions, Inc. | United States |
| Foxtor Productions Ltd. | Canada |
| Foxvan Productions Ltd. | Canada |
| Foxvideo International Distribution, Inc. | United States |
| FoxVideo Ltd. | United Kingdom |
| Foxview, Inc. | United States |
| Foxwatch Productions, Inc. | United States |
| Fredco Property Holdings, Inc. | United States |
| FRSM Holdings, Inc. | United States |
| FRT Productions, Inc. | United States |
| FS Australia LLC | United States |
| FSI SPV, Inc. | United States |
| FSN Southern Holdings, Inc. | United States |
| FSO Productions, Inc. | United States |
| FTS Boston, Inc. | United States |
| FTS Investments, Inc. | United States |
| FTS North Carolina, Inc. | United States |
| FTS Philadelphia, Inc. | United States |
| Fuel TV, Inc. | United States |
| Future Service, Inc. | United States |
| Fuzzy Puppet Productions, LLC | United States |
| FV Productions Ltd. | Canada |
| FVC Productions, Inc. | United States |
| FVU Productions Ltd. | Canada |
| FWA Productions, Inc. | United States |
| FX Networks, LLC | United States |
| FXT Productions Ltd. | Canada |
| Galaxy Way Finance Company, Inc. | United States |
| Galaxy Way Productions, Inc. | United States |
| GameSpy Industries, Inc. | United States |
| Gar 2 Service, Inc. | United States |
| Garfield US Productions, Inc. | United States |
| GATV Productions, Inc. | United States |
| Geek Productions, Inc. | United States |
| Genesis Video Entertainment, Inc. | United States |
| Georgetown Productions Ltd. | Canada |
| Georgetown Productions, Inc. | United States |
| Giant Bowling Pin Productions, Inc. | United States |
| Glen Avenue Films, Inc. | United States |
| Glimpse of Hell Productions Ltd. | Canada |
| Glimpse of Hell Productions, Inc. | United States |
| Gold Key Entertainment, Inc. | United States |
| Gone Fission, Inc. | United States |
| Good Ghouls, Inc. | United States |
| Green River Productions Ltd. | Canada |
| Greenlady Corp. | United States |
| Greenleaves Productions, Inc. | United States |
| GTH-103, Inc. | United States |
| Gum Tree Productions Pty Limited | Australia |

Exhibit A2

This site uses cookies. By using this site you are agreeing to our **privacy and cookie policy**.

# SCREENDAILY

# Future Films, Zero Gravity Management seal transatlantic partnership

CONTRIBUTING EDITOR **SARAH COOPER** | 15 NOVEMBER 2009

**Film financier and producer Future Films is embarking on a new joint venture with US producer Mark Williams' Zero Gravity Management.**

The partners have set up a management structure for writing and directing talent and plan to move projects into production through Future's financing and production contacts and Zero Gravity Management's talent network.

"Mark has in-depth experience working with some of the most exciting new and emerging writers and directors in the US and Europe," Future Films CEO Stephen Margolis said.

"We want Zero Gravity to become a haven for talent to thrive and develop in tune with the current trends in the independent film market. Our expertise in financing and producing along with Mark's ability to nurture fresh voices adds a very strong string to our bow."

Future Films' head of production and development Carola Ash will manage day-to-day operations from London for Future Films and Los Angeles-based Zero Gravity Management president Eric Williams will do the same for Williams.

"Talented people live all around the globe," Williams said. "Having a management arm in Europe will help us discover the talent and help the talent find us. Teaming up with Future Films is a natural progression of an ongoing, successful relationship."

Zero Gravity Management clients include directors Andrzej Bartkowiak (*Romeo Must Die*), Prachya Pinkaew (*Ong Bak*), Mans Marlind and Bjorn Stein (upcoming release *Shelter*), Simon Fellows (upcoming release *Malice In Wonderland*), Edward Anderson (*Shuttle*,

*Flawless*), screenwriter Michael Johnson (upcoming release *Sherlock Holmes*) and Larry Cohen (Cellular).

Future Films is currently expanding its operations in preparation for its launch onto the Alternative Investment Market later this year. It has significant interests in Pepper Post, one of the UK's premiere post-production houses, and operates a production and finance division out of Los Angeles and manages a number of investment funds for film production.

# Exhibit B2



# State of California
## Secretary of State

**L**

**10**

### STATEMENT OF INFORMATION
(Limited Liability Company)

**FILED**
In the office of the Secretary of State
of the State of California

DEC 1 8 2006

Filing Fee $20.00.  If amendment, see instructions.

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

This Space For Filing Use Only

1. LIMITED LIABILITY COMPANY NAME (Please do not alter if name is preprinted.)

VICTIM, LLC

**DUE DATE:**

**FILE NUMBER AND STATE OR PLACE OF ORGANIZATION**

| 2. SECRETARY OF STATE FILE NUMBER | 3. STATE OR PLACE OF ORGANIZATION |
|---|---|
| 200629310196 | CALIFORNIA |

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY AND STATE | ZIP CODE |
|---|---|---|
| 1531 14th Street | Santa Monica, CA | 90404 |

| 5. CALIFORNIA OFFICE WHERE RECORDS ARE MAINTAINED (DOMESTIC ONLY) | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1531 14th Street | Santa Monica | CA | 90404 |

**NAME AND COMPLETE ADDRESS OF THE CHIEF EXECUTIVE OFFICER, IF ANY**

| 6. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| Mark Williams | 1531 14th Street | Santa Monica, CA | 90404 |

**NAME AND COMPLETE ADDRESS OF ANY MANAGER OR MANAGERS, OR IF NONE HAVE BEEN APPOINTED OR ELECTED, PROVIDE THE NAME AND ADDRESS OF EACH MEMBER** (Attach additional pages, if necessary.)

| | NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|---|
| 7. | Mark Williams | 1531 14th Street | Santa Monica, CA | 90404 |
| 8. | Michael Pierce | 1531 14th Street | Santa Monica, CA | 90404 |
| 9. | | | | |

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California address. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 11 must be left blank.)

| 10. NAME OF AGENT FOR SERVICE OF PROCESS |
|---|
| Lilliana Montero c/o Montero Corporate Services |

| 11. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1241 Knollwood Drive, #131 | Cambria | CA | 93428 |

**TYPE OF BUSINESS**

| 12. DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY |
|---|
| Film Production |

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| Lilliana Montero | *Lilliana Montero* | Agent | 12/7/06 |
|---|---|---|---|
| TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | SIGNATURE | TITLE | DATE |

| LLC-12 (REV 05/2005) | | APPROVED BY SECRETARY OF STATE |
|---|---|---|

# Exhibit C2



| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Victim, llc
Search Results: Displaying 2 of 2 entries



Labeled View

## *Victim :*

**Type of Work:** Recorded Document
**Document Number:** V3546D112
**Date of Recordation:** 2006-12-01
**Entire Copyright Document:** V3546 D112 P1-22
**Date of Execution:** as of 10Nov06
**Title:** Victim : motion picture.
**Notes:** Security agreement.
**Party 1:** Victim, LLC.
**Party 2:** Screen Actors Guild, Inc.
**Names:** Victim, LLC
       Screen Actors Guild, Inc.



| **Save, Print and Email (Help Page)** | | |
| Select Download Format | Full Record ▼ | Format for Print/Save |
| Enter your email address: | | Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

# Exhibit D2

LLC-4/7



# State of California
## Secretary of State

**LIMITED LIABILITY COMPANY
CERTIFICATE OF CANCELLATION**

**FILED**
In the office of the Secretary of State
of the State of California

**NOV 3 0 2007**

There is no fee for filing a Certificate of Cancellation.

**IMPORTANT – Read instructions before completing this form.**

This Space For Filing Use Only

| FILE NUMBER | ENTITY NAME (Enter the exact name of the limited liability company.) |
|---|---|
| 1. Secretary of State File Number<br>200602710043 | 2 Name of Limited Liability Company<br>Zero Gravity Management, LLC |

**TAX LIABILITY** (The following statement should not be altered.)

3. A final franchise tax return, as described by Section 23332 of the Revenue and Taxation Code, or a final annual tax return, as described by Section 17947 of the Revenue and Taxation Code, has been or will be filed with the Franchise Tax Board, as required under Part 10.2 (commencing with Section 18401) of Division 2 of the Revenue and Taxation Code.

**DISSOLUTION** (Domestic limited liability companies ONLY: Check the "YES" or "NO" box, as applicable. Note: If the "NO" box is checked, a Certificate of Dissolution (Form LLC-3) pursuant to Corporations Code section 17356(a) must be filed prior to or together with this Certificate of Cancellation.)

4. The dissolution was made by a vote of all of the members.   ☒ YES   ☐ NO

**ADDITIONAL INFORMATION** (Enter any other information the managers or members filing the Certificate of Cancellation determine to include. Attach additional pages, if necessary. Additional information set forth on attached pages, if any, is incorporated herein by this reference and made part of this certificate. If no other information is to be included, leave Item 5 blank and proceed to Item 6.)

5.

**EXECUTION**

6. I declare I am the person who executed this instrument, which execution is my act and deed.

Signature of Authorized Person      11-26-07      Mark Williams, Member
                                    Date          Type or Print Name and Title of Authorized Person

Signature of Authorized Person      Date          Type or Print Name and Title of Authorized Person

**RETURN TO** (Enter the name and the address of the person or firm to whom a copy of the filed document should be returned.)

| 7 | NAME | Mark Williams |
|---|---|---|
| | FIRM | Zero Gravity |
| | ADDRESS | 1531 14th Street |
| | CITY/STATE/ZIP | Santa Monica CA 90404 |

LLC-4/7 (REV 09/2006)                                    APPROVED BY SECRETARY OF STATE

# Exhibit E2



# State of California
## Kevin Shelley
## Secretary of State

**39**

STATEMENT OF INFORMATION
(Limited Liability Company)

**Filing Fee $20.00.  If amendment, see instructions.**

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

FILED
in the office of the Secretary of State
of the State of California

JUN 0 7 2004

KEVIN SHELLEY, SECRETARY OF STATE

This Space For Filing Use Only

1.  LIMITED LIABILITY COMPANY NAME: (Please do not alter if name is preprinted.)

TRUE GRIT, LLC

FILE NUMBER AND STATE OR PLACE OF ORGANIZATION

| 2.  SECRETARY OF STATE FILE NUMBER | 3.  STATE OR PLACE OF ORGANIZATION |
|---|---|
| 199720410054 | CALIFORNIA |

COMPLETE ADDRESSES FOR THE FOLLOWING  (Do not abbreviate the name of the city. Items 4 and 5 cannot be PO Boxes.)

| 4.  STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY AND STATE | | ZIP CODE |
|---|---|---|---|
| 1241 Knollwood Drive #131 | Cambria, CA | | 93428 |

| 5  CALIFORNIA OFFICE WHERE RECORDS ARE MAINTAINED (DOMESTIC ONLY) | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1241 Knollwood Drive, #131 | Cambria | CA | 93428 |

AGENT FOR SERVICE OF PROCESS
• If an individual, the agent must reside in California and Item 7 must be completed with a California address
• If a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 7 must be left blank.

6.  NAME OF AGENT FOR SERVICE OF PROCESS
Lilliana Montero c/o Montero Corporate Services

| 7.  ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1241 Knollwood Drive #131 | Cambria | CA | 93428 |

TYPE OF BUSINESS

8.  DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY

Entertainment

NAME AND COMPLETE ADDRESS OF ANY MANAGER OR MANAGERS, OR IF NONE HAVE BEEN APPOINTED OR ELECTED, PROVIDE THE NAME AND ADDRESS OF EACH MEMBER  (Attach additional pages, if necessary.)

| 9.  NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| Michael Pierce | 1531 14th Street | Santa Monica, CA | 90404 |
| 10  NAME | ADDRESS | CITY AND STATE | ZIP CODE |
| | | | |
| 11  NAME | ADDRESS | CITY AND STATE | ZIP CODE |
| | | | |

NAME AND COMPLETE ADDRESS OF THE CHIEF EXECUTIVE OFFICER, IF ANY

| 12.  NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| Michael Pierce | 1531 14th Street | Santa Monica, CA | 90404 |

13.  THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT

| Lilliana Montero | | Agent | 3/25/04 |
|---|---|---|---|
| TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | SIGNATURE | TITLE | DATE |

**DUE DATE:**

| LLC-12 (REV 01/2004) | | APPROVED BY SECRETARY OF STATE |
|---|---|---|

# Exhibit F2

| | |
|---|---|
| Future Films<br>76 Dean Street<br>London<br>W1D 3SQ<br><br>**Company principal(s):**<br>Stephen Margolis, Chief Executive<br><br>Simon Horsman, CEO Future Films USA | Future Films was formed in 2000 and now provides a full range of services from pre-financing to post-production.<br><br>Future Films USA ("FFUSA") was established at the end of 2006 to offer services to the US production community. FFUSA offers debt and mezzanine financing to producers looking to make their films in the US.<br><br>It merged its post-production operation (Future Post) with London-based company Pepper in 2007.<br><br>Recent films include:<br>Transsiberian (2008)<br>Heart of the Earth (2007)<br>Max & Co. (2007)<br>Flawless (2007)<br>The Queen (2006) |

## Production companies with talent attached

| | |
|---|---|
| Potboiler Productions<br>9 Greek Street<br>London<br>W1D 4DQ<br><br>http://www.potboiler.co.uk/<br><br>**Company principal(s):**<br>Gail Egan | Potboiler Productions was established by Gail Egan and the late Simon Channing Williams, producing partners for Mike Leigh films through Thin Man Films, enabling them to work with other filmmakers.<br><br>Gail Egan is a member of the UK Film Council Board.<br><br>Recent films include:<br>Blindness (2008)<br>Happy-Go-Lucky (2008)<br>Flood (2007)<br>Shrooms (2006) |

# Exhibit G2



# State of California
# Secretary of State

**LIMITED LIABILITY COMPANY APPLICATION FOR REGISTRATION**

A $70.00 filing fee AND a certificate of good standing from an authorized public official of the jurisdiction of formation must accompany this form.

**IMPORTANT** – Read instructions before completing this form.

File # **200623810223**

FILED
in the office of the Secretary of State
of the State of California

AUG 24 2006

This Space For Filing Use Only

---

**ENTITY NAME** (End the name in item 1 with the words "Limited Liability Company," "Ltd. Liability Co." or the abbreviations "LLC" or "L.L.C.")

1. NAME UNDER WHICH THE FOREIGN LIMITED LIABILITY COMPANY PROPOSES TO REGISTER AND TRANSACT BUSINESS IN CALIFORNIA
   Future Films USA LLC

2. NAME OF THE FOREIGN LIMITED LIABILITY COMPANY, IF DIFFERENT FROM THAT ENTERED IN ITEM 1 ABOVE

**DATE AND PLACE OF ORGANIZATION**

3. THIS FOREIGN LIMITED LIABILITY COMPANY WAS FORMED ON  08 - 18 - 06  IN  DE
   (MONTH)  (DAY)  (YEAR)  (STATE OR COUNTRY)
   AND IS AUTHORIZED TO EXERCISE ITS POWERS AND PRIVILEGES IN THAT STATE OR COUNTRY.

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and both items 4 and 5 must be completed. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and item 4 must be completed (leave item 5 blank).

4. NAME OF AGENT FOR SERVICE OF PROCESS
   Simon Horsman

5. IF AN INDIVIDUAL, ADDRESS OF INITIAL AGENT FOR SERVICE OF PROCESS IN CALIFORNIA   CITY   STATE   ZIP CODE
   1531 14th St.   Santa Monica   CA   90404

**APPOINTMENT** (The following statement is required by statute and may not be altered.)

6. IN THE EVENT THE ABOVE AGENT FOR SERVICE OF PROCESS RESIGNS AND IS NOT REPLACED, OR IF THE AGENT CANNOT BE FOUND OR SERVED WITH THE EXERCISE OF REASONABLE DILIGENCE, THE SECRETARY OF STATE OF THE STATE OF CALIFORNIA IS HEREBY APPOINTED AS THE AGENT FOR SERVICE OF PROCESS OF THIS FOREIGN LIMITED LIABILITY COMPANY.

**OFFICE ADDRESSES** (Do not abbreviate the name of the city.)

7. ADDRESS OF THE PRINCIPAL EXECUTIVE OFFICE   CITY AND STATE   ZIP CODE
   1531 14th St.   Santa Monica, CA   90404

8. ADDRESS OF THE PRINCIPAL OFFICE IN CALIFORNIA, IF ANY   CITY   STATE   ZIP CODE
   same as above   CA

**EXECUTION**

9. I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

   SIGNATURE OF AUTHORIZED PERSON

   August 24, 2006
   DATE

   Simon Horsman
   TYPE OR PRINT NAME OF AUTHORIZED PERSON

   Authorized Person
   TITLE OF AUTHORIZED PERSON

**RETURN TO** (Enter the name and the address of the person or firm to whom a copy of the filed document should be returned.)

10. NAME

   FIRM

   ADDRESS

   CITY/STATE/ZIP

LLC-5 (REV 03/2006)   APPROVED BY SECRETARY OF STATE

31317073

# *Delaware*

PAGE  1

### *The First State*

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "FUTURE FILMS USA LLC" IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWENTY-FOURTH DAY OF AUGUST, A.D. 2006.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "FUTURE FILMS USA LLC" WAS FORMED ON THE EIGHTEENTH DAY OF AUGUST, A.D. 2006.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL TAXES HAVE NOT BEEN ASSESSED TO DATE.



*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

4207296  8300

060792120

AUTHENTICATION: 4996983

DATE: 08-24-06

2006238310223

# Exhibit H2



## SPOKEO

1531 14th St, Santa Monica, CA 90404

GET HELP

**PROFILE SECTIONS**

1531 14th St

Property Details (5)

Property Owners (1)

Current Residents (21)

Past Residents (17)

Nearby Sex Offenders (2)

Neighbors (10)

Safety Stats

**1531 14th St, Santa Monica, CA 90404**

GET UPDATES

**PAST RESIDENTS**

PERSON
**Michael Pierce**
Age 53

LOCATION
1820 Old Orchard Rd
Los Angeles, CA 90049

RELATIVES
Robert Pierce

INCLUDES

VIEW DETAILS

PERSON
**Jose L Hernandez**
Age 54

LOCATION
338 Glenshaw Ave
La Puente, CA 91744

RELATIVES
Fernando Hernandez
Fernando Hernandez
Sergio Hernandez
Maria Hernandez
Maria Hernandez

INCLUDES

VIEW DETAILS

PERSON
**Lucas Akoskin**

LOCATION
8335 W Sunset Blvd
West Hollywood, CA 90069

RELATIVES
–

INCLUDES

VIEW DETAILS

PERSON
**Jerry Bernard Gandara**
Age 53

LOCATION
15631 Near Hampton St
Hacienda Heights, CA 91745

RELATIVES
Jerry Gandara

INCLUDES

VIEW DETAILS

PERSON
**Tilman Valentin Schweiger**
Age 41

LOCATION
11661 Wilshire Blvd
Los Angeles, CA 90025

RELATIVES
Dana Schweiger

INCLUDES

VIEW DETAILS

PREV   1   2   ...   4   NEXT



○ SPOKEO

1531 14th St, Santa Monica, CA 90404

GET HELP

GET UPDATES

**PROFILE SECTIONS**

1531 14th St

Property Details (5)

Property Owners (1)

Current Residents (21)

Past Residents (17)

Nearby Sex Offenders (2)

Neighbors (10)

Safety Stats

**1531 14th St, Santa Monica, CA 90404**

**PAST RESIDENTS**

| PERSON | LOCATION | RELATIVES | INCLUDES | |
|---|---|---|---|---|
| **Wayne Albert Morse** Age 39 | 922 1/2 Milwood Ave Venice, CA 90291 | Julie Morse Kristen Morse | | VIEW DETAILS |
| **Dana Marie Schweiger** Age 51 | 9391 Wilshire Blvd Beverly Hills, CA 90210 | Tilman Schweiger | | VIEW DETAILS |
| **Benjamin David Burfield** Age 44 | 3296 Kilwinning Pl Columbus, OH 43221 | Larry Burfield Sharon Burfield Sheila Burfield Shelia Burfield Robin Burfield | | VIEW DETAILS |
| **Kellie Kristen Gesell** Age 37 | 123 S Hayworth Ave Los Angeles, CA 90048 | Cranston Gesell Catherine Gesell Elaine Gesell Sean Gesell Gretchen Gesell | | VIEW DETAILS |
| **Lucas Akoskin** | 8335 W Sunset Blvd West Hollywood, CA 90069 | — | | VIEW DETAILS |

PREV  1  2  3  4  NEXT



SPOKEO

1531 14th St, Santa Monica, CA 90404

GET HELP

**PROFILE SECTIONS**

1531 14th St

Property Details (5)

Property Owners (1)

Current Residents (21)

Past Residents (17)

Nearby Sex Offenders (2)

Neighbors (10)

Safety Stats

1531 14th St, Santa Monica, CA 90404

GET UPDATES

**PAST RESIDENTS**

PERSON
**Mark Steven Levy**
Age 53

LOCATION
1831 Chestnut St
Philadelphia, PA 19103

RELATIVES
Aneshia Levy

INCLUDES

VIEW DETAILS

PERSON
**Thomas H Augsberger**
Age 86

LOCATION
2746 La Cuesta Dr
Los Angeles, CA 90046

RELATIVES
Joanna Augsberger
Tessa Augsberger

INCLUDES

VIEW DETAILS

PERSON
**Margaret Diane Raymond**
Age 74

LOCATION
56 Tifton Way N
Ponte Vedra Beach, FL 32082

RELATIVES
Felicia Raymond
Rachel Raymond
Rachel Raymond
John Raymond

INCLUDES

VIEW DETAILS

PERSON
**Jose Loreto Hernandez**
Age 74

LOCATION
338 Glenshaw Ave
La Puente, CA 91744

RELATIVES
Fernando Hernandez
Fernando Hernandez
Sergio Hernandez
Maria Hernandez
Maria Hernandez

INCLUDES

VIEW DETAILS

PERSON
**James Laurence Kay**
Age 65

LOCATION
5593 W 79th St
Los Angeles, CA 90045

RELATIVES
Claudia Kay
Claudia Kay
Taylor Kay
Jordan Kay

INCLUDES

VIEW DETAILS

PREV  1  2  3  4  NEXT



Exhibit I2

https://en.wikipedia.org/wiki/Avatar_(2009_film)    Go    MAY **JUN** NOV

925 captures

◀ **09** ▶

9 Jun 2009 - 26 Jan 2020    2008 **2009** 2010

About this capture

# Avatar (2009 film)

From Wikipedia, the free encyclopedia

*Avatar* is an upcoming 3-D science fiction film directed by James Cameron, due to be released on December 18, 2009.

## Contents

- 1 Premise
- 2 Cast
- 3 Production
    - 3.1 Development
    - 3.2 Filming and effects
    - 3.3 Music
- 4 Release
    - 4.1 Marketing
- 5 References
- 6 External links

## Premise

*Avatar* is set during the 22nd century on a small moon called Pandora, which orbits a gas giant, and is inhabited by the tribal Na'vi, ten foot blue humanoids that are peaceful unless attacked. Humans cannot breathe Pandoran air, so they genetically engineer human/Na'vi hybrids known as Avatars that can be controlled via a mental link. A paralyzed Marine named Jake Sully (Sam Worthington) volunteers to exist as an Avatar on Pandora, falling in love with a Na'vi princess and becoming caught up in the conflict between her people and the human military that is consuming their world.[3]

| Avatar | |
|---|---|
|  | |
| | Official logo |
| **Directed by** | James Cameron |
| **Produced by** | James Cameron |
| | Jon Landau |
| **Written by** | James Cameron |
| **Starring** | Sam Worthington |
| | Zoë Saldaña |
| | Sigourney Weaver |
| | Michelle Rodriguez |
| | Stephen Lang |
| | Joel David Moore |
| **Music by** | James Horner |
| **Cinematography** | Mauro Fiore |
| **Editing by** | John Refoua |
| | Stephen Rivkin |
| **Distributed by** | 20th Century Fox |
| **Release date(s)** | December 18, 2009 |
| **Running time** | 189 minutes (theatrical) 150+ minutes (IMAX) .[1] |
| **Language** | English |
| **Budget** | US$240 million+[2] |

http://en.wikipedia.org/wiki/Avatar_(2009_film)                    Go          MAY   JUN   NOV

925 captures                                                                        09

9 Jun 1999 - 21 May 2020                                                      2008   2009   2010

**Sam Worthington** as **Jake Sully**. Cameron cast the Australian actor after searching the work for promising young actors, preferring relative unknowns to keep the budget down. Worthington auditioned twice early in development,[4] and he has signed on for possible sequels.[5] Cameron felt because Worthington had not done a major film, he was "game for anything", giving the character "a quality that is really real. He has that quality of being a guy you'd want to have a beer with, and he ultimately becomes a leader who transforms the world."[6]

- **Zoe Saldana** as an alien Jake initially betrays, but eventually falls in love with.[5] The character will be entirely computer generated.[7] Saldaña has also signed on for sequels.[5]
- **Sigourney Weaver** as **Grace**, a botanist who mentors Jake Sully.[8] Weaver wore a red wig for the part. Her character was named "Shipley" at one point.[9] The character reminded Weaver of Cameron himself, being "very driven and very idealistic".[10]
- **Michelle Rodriguez** as **Trudy Chacon**, a retired Marine pilot. Cameron had wanted to work with Rodriguez since seeing her in *Girlfight* (2000).[11]
- **Giovanni Ribisi** as **Selfridge**, a passive-aggressive character.[12]
- **Joel David Moore** as an anthropologist who studies plant and nature life (like Weaver's character).His love interest is Michelle Rodriguez.[13]
- **CCH Pounder** as **Moha**, the Na'vi queen.[14]
- **Stephen Lang** as a Marine Corps colonel. Lang had unsuccessfully auditioned for a role in Cameron's *Aliens* (1986); the director remembered Lang and cast him in *Avatar*.[11]
- **Dileep Rao** as Dr. Max Patel. [15]
- **Matt Gerald** as the main villain.[16]

Actors Wes Studi, Laz Alonso, and Peter Mensah are also in the film.[13] Actor Michael Biehn entered talks with Cameron in March 2007 for a possible role in the film,[17] but his involvement is not confirmed.

# Production

## Development

In 1995, director James Cameron wrote an 80-page scriptment for *Avatar*.[4] Cameron said his inspiration was "every single science fiction book I read as a kid", and that he was particularly striving to update the style of Edgar Rice Burroughs' *John Carter* series. Cameron saw his story as being about how advanced civilizations supplant indigenous cultures, in either actively genocidal or more unpremeditated ways. In *Avatar*, humanity extends that practice to entire planets.[4] In August 1996, Cameron announced that after completing *Titanic*, he would film *Avatar*, which would make use of "synthetic", or computer-generated, actors.[18] The project would cost $100 million and involve at least six actors in leading roles "who appear to be real but do not exist in the physical world".[19] Special effects house Digital Domain, with whom Cameron has a partnership, joined the project, which was supposed to begin production in the summer of 1997.[20] However, that was not to be.

https://en.wikipedia.org/wiki/Avatar_(2009_film
925 captures

In June 2005, director Cameron was announced to be working on a project tentatively titled "*Project 880*", concurrently with another project, *Battle Angel*.[21] By December, Cameron said that he planned to film *Battle Angel* first for a summer 2007 release, and to film *Project 880* for a 2009 release.[22] In February 2006, Cameron said he had switched goals for the two film projects – *Project 880* was now scheduled for 2007 and *Battle Angel* for 2009. He indicated that the release of *Project 880* would possibly be delayed until 2008.[23] Later that February, Cameron revealed that *Project 880* was "a retooled version of *Avatar*", a film that he had tried to make years earlier,[24] citing the technological advances in the creation of the computer-generated characters Gollum, King Kong and Davy Jones.[4] Cameron had chosen *Avatar* over *Battle Angel* after completing a five-day camera test in the previous year.[25]

Cameron's early scriptment for *Avatar* had circulated on the Internet for years. When the project was re-announced, copies were subsequently removed from websites.[26] In June 2006, Cameron said that if *Avatar* was successful, he hoped to make two sequels to the film.[27]

From January to April 2006, Cameron worked on the script. Working with Paul Frommer, linguist and Director of the Center for Management Communication at USC, he developed a whole language and culture for the Na'vi, the indigenous race on Pandora.[4] In July, Cameron announced that he would film *Avatar* for a summer 2008 release and planned to begin principal photography with an established cast by February 2007.[28] The following August, the visual effects studio Weta Digital signed on to help Cameron produce *Avatar*.[29] Stan Winston, who had collaborated with Cameron in the past, joined *Avatar* to help with the film's designs.[30] In September 2006, Cameron was announced to be using his own Reality Camera System to film in 3-D. The system would use two high-definition cameras in a single camera body to create depth perception.[31]

## Filming and effects

In December 2006, Cameron explained that the delay in producing the film since the 1990s had been to wait until the technology necessary to create his project was advanced enough. The director planned to create photo-realistic computer-generated characters by using motion capture animation technology, on which he had been doing work for the past 14 months. Unlike previous performance capture systems, where the digital environment is added

> It's this form of pure creation where if you want to move a tree or a mountain or the sky or change the time of day, you have complete control over the elements.
> —James Cameron on virtual filmmaking[32]

after the actors' motions have been captured, Cameron's new virtual camera allows him to directly observe on a monitor how the actors' virtual counterparts interact with the movie's digital world in real time and adjust and direct the scenes just as if shooting live action; "It's like a big, powerful game engine. If I want to fly through space, or change my perspective, I can. I can turn the whole scene into a living miniature and go through it on a 50 to 1 scale."[33] Cameron planned to continue developing the special effects for *Avatar*, which he hoped would be released in summer 2009. He also gave directors Steven Spielberg and Peter Jackson a chance to test the new technology.[34] Spielberg and George Lucas were also able to visit the set to watch Cameron direct with the equipment.[13]

Other technological innovations include a performance-capture stage, called The Volume, which is six times larger than previously used and an improved method of capturing facial expressions. The tool is a

small, individually made skull cap, and a tiny camera attached to it located in front of the actors' face, which collects information about their facial expressions and eyes, which is then transmitted to the computers. Besides a real time virtual world, the team is also experimenting with a way of letting computer generated characters interact with real actors on a real, live-action set while shooting live action.[35]

In January 2007, Paramount Pictures announced a live-action adaptation of *Avatar: The Last Airbender* under M. Night Shyamalan and said that the project's name had been registered to the Motion Picture Association of America for movie title ownership, though a 20th Century Fox representative for James Cameron's *Avatar* indicated that the studio owned the movie title.[36] Paramount eventually retitled its film as merely *The Last Airbender*.[37] In the same month, Fox announced that the studio's *Avatar* would be filmed in 3D with 24 frames per second. Cameron described the film as a hybrid with a full live-action shoot in combination with computer-generated characters and live environments. "Ideally at the end of the day the audience has no idea which they're looking at," Cameron said. The director indicated that he had already worked four months on nonprincipal scenes for the film. Principal photography began in April 2008,[38] and was done around parts of Los Angeles as well as New Zealand. The live action is shot with the proprietary Fusion digital 3-D camera system developed by Cameron and Vince Pace. According to Cameron, the film will be composed of 60% computer-generated elements and 40% live action, as well as traditional miniatures.[39] The performance-capture photography would last 31 days at the Hughes Aircraft stage in Playa Vista, Los Angeles, California.[2][25] In October, Cameron was scheduled to shoot live-action in New Zealand[11] for another 31 days.[4]

To create the human mining colony on Pandora, production designers visited the *Noble Clyde Boudreaux* drilling rig in the Gulf of Mexico during June 2007. They photographed, measured and filmed every aspect of the rig, which will be replicated on-screen with photorealistic CGI.[40] Around 1000 people worked on the production.[2]

## Music

Composer James Horner will score the film, which will be his third collaboration with Cameron after *Aliens* and *Titanic*.[41] Horner recorded parts of the score with a small chorus singing in the alien language Na'vi in March 2008.[42] He is also working with Wanda Bryant, an ethnomusicologist, to create a music culture for the alien race.[43] The first scoring sessions are planned to take place in spring.[44]

# Release

*Avatar* was originally set for release on May 22, 2009 during filming,[45] but the film was pushed back to December 18, 2009. This was done to allow more post-production time, and to also give more time for theaters worldwide to install 3D projectors.[46] The film's aspect ratio will be 16:9, but a CinemaScope format will be extracted for 2D screenings since those theaters will not manage the film's actual ratio.[47] "Avatar" has been confirmed to have a runtime of 189 minutes. However, it is thought that this will have to be edited down for IMAX showings, as the maximum length for IMAX films is 160 minutes.

## Marketing

https://en.wikipedia.org/wiki/Avatar_(2009_film)          Go          MAY   JUN   NOV

925 captures                                                09

2008   2009   2010          About this capture

James Cameron chose Ubisoft to create an *Avatar* RPG for the film in 2007. The filmmakers and game developers collaborated heavily, and Cameron decided to include some of Ubisoft's vehicle and creature designs into the film.[3] A Mattel toy line will debut in October 2009. Each figure, creature, or vehicle will come with a 3D tag which can be scanned by a webcam, allowing the user to unlock content about the *Avatar* universe on their computer.[48] A teaser trailer is going to run in front of Transformers: Revenge of the Fallen, out June 26, 2009.

# References

1. ^ Peter Sciretta (2009-06-04). "Avatar Running Time is Over Two and a Half Hours". */Film*. http://www.slashfilm.com/2009/06/04/avatar-running-time-is-over-two-and-a-half-hours/. Retrieved on 2009-06-06.
2. ^ *a b c* Josh Quittner (2009-03-19). "3-D: The Future of Movies". *Time*. http://www.time.com/time/magazine/article/0,9171,1886541-3,00.html. Retrieved on 2009-03-19.
3. ^ *a b* "James Cameron's Na'vi Banshees Take Flight In The Avatar Video Game". *io9*. 2009-06-02. http://io9.com/5275122/james-camerons-navi-banshees-take-flight-in-the-avatar-video-game. Retrieved on 2009-06-02.
4. ^ *a b c d e f* Jeff Jensen (2007-01-10). "Great Expectations". *Entertainment Weekly*. http://www.ew.com/ew/article/0,,20007998,00.html. Retrieved on 2007-01-28.
5. ^ *a b c* 20th Century Fox (2007-01-09). "Cameron's *Avatar* Starts Filming in April". *ComingSoon.net*. http://www.comingsoon.net/news/avatarnews.php?id=18318. Retrieved on 2007-01-13.
6. ^ John Horn. "Faces to watch 2009: film, TV, music and Web". *Los Angeles Times*. http://www.latimes.com/entertainment/news/la-et-faces-watch-2009-film-music-tv-web-pg,0,2140976.photogallery?index=11. Retrieved on 2008-12-28.
7. ^ "'Titanic' director's new film set for '09". *CNN*. 2007-01-09. http://edition.cnn.com/2007/SHOWBIZ/Movies/01/09/film.cameron.reut/index.html. Retrieved on 2007-01-09.
8. ^ Clint Morris (2007-08-02). "Sigouney Weaver talks *Avatar*". *Moviehole.net*. http://www.moviehole.net/news/20070802_sigouney_weaver_talks_avatar.html. Retrieved on 2007-08-02.
9. ^ "Things We've Learnt". *Empire*: pp. 27. February 2008.
10. ^ Shawn Adler (2008-02-27). "Sigourney Weaver's 'Avatar' Character Mirrors James Cameron, Actress Says". *MTV Movies Blog*. http://moviesblog.mtv.com/2008/02/27/sigourney-weaver-on-avatar/. Retrieved on 2008-02-28.
11. ^ *a b c* Anne Thompson (2007-08-02). "Lang, Rodriguez armed for 'Avatar'". *Variety*. http://www.variety.com/article/VR1117969650.html?categoryid=13&cs=1. Retrieved on 2007-08-03.
12. ^ Leslie Simmons (2007-09-21). "'Avatar' has new player with Ribisi". *The Hollywood Reporter*. http://www.hollywoodreporter.com/hr/content_display/news/e3i5bf6a751bdf67ff54ba0a195d9527992. Retrieved on 2007-09-21.
13. ^ *a b c* Steve Chupnick (2007-08-30). "EXCL: Moore on Cameron's *Avatar*". *ComingSoon.net*. http://www.comingsoon.net/news/avatarnews.php?id=36720. Retrieved on 2007-08-30.
14. ^ Melissa Wilson (2007-04-30). "CCH Pounder on 'Avatar'". http://firefox.org/news/articles/332/1/CCH-Pounder-on-039Avatar039/Page1.html. Retrieved on 2009-05-18.
15. ^ Lewis Bazley (2009-05-25). "Drag Me to Hell Review". *inthenews.co.uk*. http://www.inthenews.co.uk/entertainment/reviews/film/non-fiction/drag-me-hell-$1298376.htm. Retrieved on 2009-06-02.
16. ^ Bryon Perry (2007-11-11). "Matt Gerald". *Variety*. http://www.variety.com/article/VR1117975756.html?categoryId=28&cs=1. Retrieved on 2007-11-12.
17. ^ Patrick Lee (2007-03-25). "Biehn Talks Possible *Avatar* Role". *Sci Fi Wire*. http://www.scifi.com/scifiwire/index.php?id=40733. Retrieved on 2007-03-25.

8.  ^ Judy Hevrdejs; Mike Conklin (1996-08-09). "Channel 2 has Monday morning team in place". *Chicago Tribune*.

19.  ^ Randy McMullen; Joe Garofoli (1996-08-09). "People". *Contra Costa Times*.

20.  ^ "Synthetic actors to star in *Avatar*". *St. Petersburg Times*. 1996-08-12.

21.  ^ Anne Thompson; Sheigh Crabtree (2005-06-14). "Cameron turns to new project". *The Hollywood Reporter*. http://www.hollywoodreporter.com/thr/article_display.jsp?vnu_content_id=1000956665. Retrieved on 2006-10-18.

22.  ^ Sheigh Crabtree; Tatiana Siegel (2005-12-07). "Cameron ready for 'Battle'". *The Hollywood Reporter*. http://www.hollywoodreporter.com/thr/film/article_display.jsp?vnu_content_id=1001615502. Retrieved on 2006-10-18.

23.  ^ Degen Pener (2006-02-17). "He'll Be Back". *Entertainment Weekly*. http://www.ew.com/ew/report/0,6115,1160318_1_0_,00.html. Retrieved on 2006-10-18.

24.  ^ Harry Knowles (2006-02-28). "Harry talks to James Cameron, Cracks PROJECT 880, the BATTLE ANGEL trilogy & Cameron's live shoot on Mars!!!". *Ain't It Cool News*. http://www.aintitcool.com/display.cgi?id=22599. Retrieved on 2006-10-18.

25.  ^ *a b* John Horn (2007-01-08). "Director Cameron to shoot again". *Los Angeles Times*. http://www.latimes.com/entertainment/news/la-et-cameron8jan08,0,1470846.story.

26.  ^ Mike Sampson (2006-01-17). "Cameron's Project 880 is...". *JoBlo.com*. http://www.joblo.com/index.php?id=9991. Retrieved on 2006-10-18.

27.  ^ Carroll, Larry (2006-06-29). "'Titanic' Mastermind James Cameron's King-Size Comeback: Two Sci-Fi Trilogies". *MTV*. http://www.mtv.com/movies/news/articles/1535402/06292006/story.jhtml. Retrieved on 2006-10-18.

28.  ^ Sheigh Crabtree (2006-07-07). "Cameron comes back with CG extravaganza". The Hollywood Reporter. http://www.hollywoodreporter.com/thr/columns/film_reporter_display.jsp?vnu_content_id=1002801137. Retrieved on 2006-10-18.

29.  ^ Lynn Smith (2006-08-04). "Special-Effects Giant Signs on for 'Avatar'". *Los Angeles Times*.

30.  ^ Duncan, Jody; Nathan, Cameron (October 2006). *The Winston Effect*. Titan Books. ISBN 1845761502.

31.  ^ Jen Waters (2006-12-28). "Technology adds more in-depth feeling to the movie experience". *The Washington Times*.

32.  ^ Andrea Baillie (2008-09-04). "Bigger than Titanic?". *Winnipeg Sun*. http://winnipegsun.com/Entertainment/Movies/2008/09/04/6655886-sun.html. Retrieved on 2008-09-04.

33.  ^ Sharon Waxman (2007-01-09). "Computers Join Actors in Hybrids On Screen". *The New York Times*. http://www.nytimes.com/2007/01/09/movies/09came.html?ei=5088&en=a04547b0447818e8&ex=1325998800&adxnnl=1&partner=rssnyt&emc=rss&adxnnlx=1188209207-Eot0a/VzVL5PO0muPKzKNA. Retrieved on 2007-08-22.

34.  ^ James Rampton (2006-12-20). "James Cameron: King of all he surveys". *The Independent*. http://enjoyment.independent.co.uk/film/features/article2087309.ece. Retrieved on 2006-12-20.

35.  ^ Aili McConnon (2007-04-02). "James Cameron on the Cutting Edge". *BusinessWeek*. http://www.businessweek.com/magazine/content/07_14/b4028005.htm. Retrieved on 2007-08-28.

36.  ^ Pamela McClintock (2007-01-08). "Shyamalan's 'Avatar' also to bigscreen". *Variety*. http://www.variety.com/article/VR1117956950.html?categoryid=13&cs=1. Retrieved on 2007-01-13.

37.  ^ Pamela McClintock, Tatina Siegel (2008-04-15). "Nickelodeon, Par team for 'Airbender'". *Variety*. http://www.variety.com/article/VR1117984091.html?categoryid=13&cs=1. Retrieved on 2008-04-15.

38.  ^ Sharon Waxman (2007-01-08). "'Titanic' Director Joins Fox on $200 Million Film". *The New York Times*. http://www.nytimes.com/2007/01/08/movies/08cnd-cameron.html.

39.  ^ Anne Thompson (2007-01-09). "Cameron sets live-action, CG epic for 2009". *The Hollywood Reporter*. http://www.hollywoodreporter.com/hr/content_display/news/e3i1c5a3d24ccc0c11be93b57ad6f2ed194. Retrieved on 2007-01-13.

40.  ^ "Avatar Designs Based on Drilling Rig". *ComingSoon.net*. 2008-01-12. http://www.comingsoon.net/news/avatarnews.php?id=40855. Retrieved on 2008-01-14.

41. ^ Mikael Carlsson (2007-06- [James Horner on Cameron's 'Avatar'. *Film Music*

https://en.wikipedia.org/wiki/Avatar_(2009_film)

42. ^ Jim Dorey (2008-04-02). "Na'vi Alien Language Incorporated In 'Avatar' Music Soundtrack". *MarketSaw Blog*. http://marketsaw.blogspot.com/2008/04/navi-alien-language-incorporated-in.html. Retrieved on 2008-04-21.

43. ^ Ann Lucas (Fall 2007). "Alumni News" (PDF). UCLA Department of Ethnomusicology. http://www.ethnomusic.ucla.edu/publications/newsletters/newsletterfall07.pdf. Retrieved on 2008-07-24.

44. ^ Mikael Carlsson (2009-01-03). "Top-10 Most Anticipated Scores of 2009". Upcoming Film Scores. http://upcomingfilmscores.blogspot.com/2009/01/top-10-most-anticipated-scores-of-2009.html. Retrieved on 2009-01-07.

45. ^ Dave McNary (2007-11-13). "Hollywood films' dating game". *Variety*. http://www.variety.com/article/VR1117975535.html?categoryid=13&cs=1 &nid=2564. Retrieved on 2007-11-17.

46. ^ Pamela McClintock, Michael Fleming (2007-12-11). "Fox shifts 'Avatar,' 'Museum'". *Variety*. http://www.variety.com/article/VR1117977544.html?categoryid=13&cs=1. Retrieved on 2007-12-12.

47. ^ "James Cameron Q & A Podcast from Aliens / The Abyss Event!". *MarketSaw*. 2009-05-30. http://marketsaw.blogspot.com/2009/05/james-cameron-q-podcast-from-aliens.html. Retrieved on 2009-06-02.

48. ^ "Mattel is Master Toy Licensee for Cameron's Avatar". *ComingSoon.net*. 2009-02-13. http://www.comingsoon.net/news/movienews.php?id=52860. Retrieved on 2009-02-13.

# External links

- *Avatar* (https://web.archive.org/web/20090609143743/http://www.allmovie.com/work/352199) at Allmovie
- *Avatar* (https://web.archive.org/web/20090609143743/http://www.imdb.com/title/tt0499549/) at the Internet Movie Database

Retrieved from "http://en.wikipedia.org/wiki/Avatar_(2009_film)"
Categories: Upcoming films | 2009 films | Films directed by James Cameron | Science fiction action films | Computer-animated films | 3-D films | Films shot digitally

- This page was last modified on 9 June 2009 at 13:26.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.)
  Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a U.S. registered 501(c)(3) tax-deductible nonprofit charity.

# Exhibit J2

https://www.chicagotribune.com/news/ct-xpm-1996-08-09-9608090214-story.htm  Go

1 capture
29 Nov 2018

OCT  NOV  DEC
◄  29  ►
2017  2018  2019

About this capture

# CHANNEL 2 HAS MONDAY MORNING TEAM IN PLACE

By **Judy Hevrdejs and Mike Conklin**
CHICAGO TRIBUNE

AUGUST 9, 1996

**W**hen WBBM-Ch.2 joins the morning show sweepstakes at 6 a.m. Monday with "2 News This Morning," Jodine Costanzo and Joan Lovett will be at the anchor desk. Meteorologist Jodie Saeland will handle the rain-heat-snow business, while lead reporter duties go to Sarah Lucero.

Station honcho Bob McGann, happy with the team he's got serving up a breakfast fare of news, weather and traffic, tells us "It will be an evolving program." And Costanzo, who came to WBBM recently after several years on a morning program in Cleveland, expects the show to be "a little more loose and upbeat . . . than the 10 o'clock news."

P.S.: Scratch rumors that Channel 2 is fiddling with its 6 p.m. newscast to make way for "Hard Copy." McGann says "Hard Copy" will air at 4 p.m., bumping "American Journal," and he has plans to beef up the 6 p.m. news.

Pol watching: Eleanor Mondale, former Chicago radio personality, ex-wife of the Bears' Keith Van Horne, jogging partner to President Clinton, and daughter of ex-VP Walter Mondale, is covering both conventions for "E! News Daily."

Bipartisan bouquets: Dem Rod Blagojevich and wife Patti, whose first child, Amy, was born last weekend, received congratulatory flowers Wednesday from the GOP's Al Salvi and wife Kathy. Figure the couples are also exchanging parenting tips--the Salvis welcomed a new son in June.

Lob shots: Classmates of Kathy Griffin from Oak Park-River Forest High School should tune in this fall to Brooke Shields' new NBC show, "Suddenly Susan." Griffin, whose specialty is standup comedy, has landed a recurring role on the sitcom after years of bit parts and guest shots on such projects as "ER" and "Seinfeld." We'll be curious if a tennis theme is dropped into a storyline since Shields' regular ace is Andre Agassi and Kathy's brother, John, a video producer, is a former tennis pro who played at Northern Illinois.

Hollyweird: INC. sort of wishes we could be on the Rome set of Jean-Claude Van Damme's "The Colony" when Dennis Rodman meets his evil archrival in the movie--bad-boy actor and lord of grunge, Mickey Rourke. Don't know what the head-butter will have to say to the boxer, but maybe Rodman could give some fashion tips to the notoriously unkempt and reportedly (you didn't think we'd personally check) hygienically challenged Rourke.

https://www.chicagotribune.com/news/ct-xpm-1996-08-09-9608090214-story.htm  Go   OCT  NOV  DEC
1 capture                                                                    ◄   29   ►
29 Nov 2018                                                                2017  2018  2019      ▼ About this capture

you'll want to be at Ed Debevic's on Wells Street Saturday afternoon.

Had to happen: Legendary independent filmmaker Roger Corman, who gave us "Not of This Earth,"
"Frankenstein Unbound," and "The Little Shop of Horrors," has announced his next project--How come this
doesn't surprise us?--"Mars Lives.". . . Stunned by the high salaries in Hollywood? Director James Cameron's
next project after he finishes "Titanic" is called "Avatar" and will use "synthetic" or computer-generated actors.

Passages: Friday birthdays: Gillian Anderson, 28; Amanda Bearse, 38; Sam Elliott, 52; Melanie Griffith, 39;
Whitney Houston, 33; Rod Laver, 58; Dora Marian Plewe, 104; Bob Sirott, 47; David Steinberg, 54. Saturday
birthdays: Ian Anderson, 49; Rosanna Arquette, 37; Patti Austin, 48; Jimmy Dean, 68; Eddie Fisher, 68;
Rhonda Fleming, 73; Abraham Lincoln Marovitz, 91; Seymour Simon, 81.

Fun in the sun: Jim and Beth Dahlke have no problem with the new swimming pool Mancow Muller had
installed in their back yard after the Aurora couple won a WRCX-FM contest. What they're not too sure about is
the pool boy who's showing up Friday a.m.--Kato Kaelin. Short of having him fish leaves out of the pool and
hand out towels, the Dahlkes' 16-year-old daughter Cherryle wants to ask Kaelin about gloves and knives. And
no, Beth tells us she won't offer the professional houseguest one of their extra bedrooms.

Copyright © 2018, Chicago Tribune

**This article is related to:** Kathy Griffin, Melanie Griffith, Mickey Rourke, Rod Laver

# Exhibit K2



# Exhibit L2

http://www.jackchaos.com/    Go

82 captures
2 Mar 2000 - 3 Oct 2016

FEB   MAR   JUN
02
1999  2000  2001

About this capture

jackchaos.com    News  pScience  pFeatures  pFhiles  Ascension  Headhackers  pForums

the freak
of geeks

FGN
FUTURE GAMES
NETWORK
Member Future
Games Network

**News Archives**
**General pForum**

jackchaos.com

Submit some news? Send
mail to: Spanky

Or check out our
**Mailbag**

Check out the
extensive **MMOG
list**.

Pre Order
NOX
Only $39.99

Order Diablo II now
for
ONLY $49.99!

**News
pScience**

**pFeatures**

- **cCon**
- **FF8 FAQ**
- **Icewind Dale**
- **Neverwinter**
- **Nox Whorehouse**
- **Shadowbane**
- **Ultima IX**

**jackchaos.com** - The Freak of
Geeks

jackchaos.com

**Geekworthy**

(what we're playing)
The Sims
Planescape: Torment
FF8
Nox Demo
Ascension
Uo

**Wednesday, March 1**

**Old Man Murray Reviews Nox** 12:25 PM
Often funny more than informative, Old Man Murray reviews
Nox in his bitter, but lovable way. *More...*

**Demise: Rise of the Ku'Tan** 12:20 PM
GA-RPG Reviews the independently produced "Demise: Rise of
the Ku'Tan". *More...*

**Vampire Beta List** 11:59 AM
If you're dying to see if you made the Vampire: The
Masquerade Beta list, head here. *More...*

**Tuesday, February 29**

**LORD OF THE RINGS: Footage Shown to Execs** 2:39 PM
As filming goes underway of what will be the BIGGEST set of
fantasy trilogies since Star Wars. New Line Cinema shows off
18 minutes of footage to big shots. *More...*

**Diablo II Status Report** 2:27 PM
Diabloii.net has compiled a hefty portion of information from
numerous sources on the current state of the much hyped
Diablo Sequel. Including a word on the much anticipated
closed beta. *More...*

**14 Shots - Everquest: Ruins on Kunark** 2:23 PM
AGN has scored 14 shots of Verant Interactive's upcoming
addon expansion pack. *More...*

**Alone in the Dark: 4 Preview** 2:20 PM
Ahhh.... these games bring back old memories. The Original
Creepy Game! Gamelinks has a preview with some nice
screenies of what BETTER be as good as its earlier
incarnations. *More...*

**gamestop!**
Buy Your Games Online, At
Gamestop!
Pre-Order
Sony Playstation 2

PSX2

$399.99*
No Money Down

**Top 5 Headlines**
Old Man Murray Reviews Nox
Demise: Rise of the Ku'Tan
Vampire Beta List
LORD OF THE RINGS: Footage
Shown to Execs
Diablo II Status Report

**Latest pFeatures**

Nox Demo Guide *New*

Diablo II vs Nox *New*

Jarek Grochal's Kick Ass
Final Fantasy VIII FAQ

James Cameron Movie Script:
Avatar

Dev Spotlight - Wizardry 8

Headhacker's
PK/PVP Guides

**More pFeatures**

**Buzz-pFhiles**

Nox Multiplayer Demo *New*
Divinity Movie
Nox Movie
EARTH 2150

# Exhibit M2



# Exhibit N2





# Exhibit O2



# Exhibit P2

http://www.uni-kiel.de/medien/cameronlitdreh.html   Go

19 captures

8 May 2003 – 3 Feb 2019

APR **MAY** SEP

◀ **08** ▶

2002 **2003** **2004**

▼ About this capture

# screenplays

online:

(note: the members.xoom.com-hosts might be down from time to time)

**Terminator:**

Treatment

Script (4th draft)

**Aliens** (First Draft)

**Alien Nation** (Rockne S. O'Bannon & James Cameron)

**FIRST BLOOD II**: THE MISSION (James Cameron)

**RAMBO: FIRST BLOOD PART II** (Sylvester Stallone and James Cameron)

**Abyss**

**Terminator 2: Judgement Day:**

Script (James Cameron & William Wisher)

**Terminator 2: 3-D Batte across time:**

Script (James Cameron & Adam Bezark)

**True Lies**

**Strange Days:**

- Scriptment

- Script (James Cameron and Jay Cocks)

**Titanic**

Avatar

Spiderman Scriptment

Spiderman - Drehbuchentwurf

**The Crowded Room**

**Dark Angel** (James Cameron and Charles H. Eglee)

http://www.uni-kiel.de/medien/cameronlitdreh.html   Go

19 captures
8 May 2003 – 3 Feb 2019

APR   MAY   SEP
◀   08   ▶
2002   2003   2004

About this capture

Cameron, James, and William Wisher. Terminator 2:  Judgment Day -- The Book of the Film: An Illustrated  Screenplay. New York: Applause Books, 1991.

Cameron, James. Strange Days: A "Script-Ment." New York: Plume, 1995.

Foster, Alan Dean: Aliens. Novelization based on the screenplay by James Cameron. Warner Books 1986. ISBN 0-7515-0343-6

Frakes, Randall. Terminator 2: Judgment Day. New York: Bantam Books, 1991.

Frakes, Randall, ed. Titanic: James Cameron's Illustrated Screenplay. New York:  HarperCollins Publishers Inc., 1997.

"The Terminator" (with Bill Wisher) (Bantam 0-553-25317-4, Nov '85 [Sep '85], $2.95, 240pp, pb) Novelization of the sf movie, based on the screenplay
by James Cameron and Gale Anne Hurd. The British novelization, by another author, is completely different.

"The Terminator" (with Bill Wisher) (Bantam Spectra 0-553-25317-4, Jun '91 [May '91], $4.99, 240pp, pb) Reissue (Bantam 1985) novelization of the sf
cult film based on the screenplay by James Cameron & Gale Anne Hurd; second printing.

Shay, Don, and Jody Duncan. The Making of Terminator 2: Judgment Day. New York: Bantam Spectra, 1991.

# Exhibit Q2

**Ain't It Cool News (www.aintitcool.com)**

| HOME (/) | COOL NEWS | COAXIAL | REVIEWS | COMICS | CONTACT | SEARCH 🔍 |
|---|---|---|---|---|---|---|
| | (/SECTION/COOLNEWS) | (/SECTION/COAXIAL) | (/SECTION/REVIEWS) | (/SECTION/COMICS) | (/CONTACT/) | (/SITE-SEARCH/) |

## MOVIE NEWS

### A Question For James Cameron About AVA... Errrrrr, PROJECT 880!!

Published at: Feb. 3, 2006, 6:28 a.m. CST by staff (https://twitter.com/)

Hi, everyone. "Moriarty" (mailto:Moriarty@aintitcool.com) here with some Rumblings From The Lab...

Okay. I guess it's time to discuss one of the worst-kept best-kept secrets in Hollywood right now.

Word's been leaking for a little while, little by little, and it's harder and harder to pretend like the secret isn't out there. James Cameron has long been rumored to be working on a big-screen adaptation of BATTLE ANGEL ALITA. I know he's been working on it. He's worked with other writers, and he's been working his art department hard, as long as two years ago. And as he gets closer and closer to production, it seemed like BATTLE ANGEL was pretty much a sure thing. James Cameron's big return to narrative feature filmmaking. An event on the scale of any LORD OF THE RINGS or STAR WARS or Spielberg event. And make no mistake, Cameron's return film will be a genuine cultural event, no matter *what* he ends up making. It's just exciting to know that he's finally back at work, his head back in the game completely.

But last summer, when word of PROJECT 880 first broke (http://www.aintitcool.com/display.cgi?id=20449), it genuinely was a secret. Cameron had been quietly taking measures to keep that secret for about six months before that, and in doing so, he sort of gave the game away early. The moment we started seeing those clues, Harry and I both spoke and decided to let it play out a bit before mentioning it. We didn't want to spook Cameron off of it again.

And "it" is a project that Cameron almost made about a decade ago, a film that I have always mourned the loss of with the same fervor that Knowles bemoans the fact that CRUSADE never got made. I considered "it" to be a genuine loss for cinema in general, and for James Cameron superfans in particular. And it's funny. I haven't really ever had a James Cameron film to cover during my time at AICN, so I haven't spent a lot of time writing about him. I don't think I've ever fully articulated just how insane about Cameron's work I am.

And despite Cameron's assurances that we are going to see BATTLE ANGEL ALITA next (http://www.aintitcool.com/display.cgi?id=20955), we were getting bombarded with rumors about the resurrection of "it", a film called AVATAR, to the point that Harry had to finally mention it last August.

So is that what we're going to see in 2007? Is it going to happen instead of BATTLE ANGEL? Are we finally going to get a look at AVATAR? We've been talking about this film for pretty much the full ten years that Ain't It Cool has been around. We're missing a lot of that first year and a half, but here's one of our early mentions of the project (http://www.aintitcool.com/display.cgi?id=142), and a review from the year 2000 of the treatment. (http://www.aintitcool.com/display.cgi?id=5169) which cracks me up if only because AB King somehow managed to make it all about Arnold Schwarzenegger... *again.*

But all of this simply raises a question, one that I wish I could ask Cameron directly. I wish I could just say, "My question for you today, Mr. Cameron, is very simple: are we finally going to Pandora?"

What set me off? This e-mail appeared in the mailbox earlier tonight:

AvatarMovie.com (http://www.avatarmovie.com)

ExplorePandora.com (http://www.explorepandora.com)

VisitPandora.com (http://www.visitpandora.com)

## TRENDING

KNIVES OUT! (/knives-out-reviews-jill-friedman-82634/)

The Mandalorian Episode II (spoiler-y) Review (/benny-mandalorian-episode-2-review-82617/)

The Mandalorian Episode 3 recap/review "The Sin" (/benny-mandalorian-episode-3-review-82630/)

Barbarella Reviews CHARLIE's ANGELS (/barbarella-charlies-angels-review-82614/)

FRIGHT FIGHT FRIDAY WILL RETURN 12/6/19! HERE'S All Prior Fights To Hold You Over! (Also, Did Somebody Say FACE HUGGER FEAST?) (/fff-delayed-horror-thanksgiving-and-remember-these-82633/)

THE MANDALORIAN Is Here, and It Is GLORIOUS (/benny-no-good-mandalorian-review-82613/)

Freddy reviews Daniel Moody's novel CHOKEHOLD (/freddy-reviews-daniel-moody-novel-chokehold-82631/)

FRIGHT FIGHT FRIDAY - HUMAN BRACKET SEMI-FINALS ROUND #1 - HANNIBAL LECTER VS THE COLLECTOR!!! (/fff-hannibal-lecter-vs-the-collector-82627/)

Mad Dashiell Talks With Daniel Waters About Heathers' 30th Anniversary! (/mad-dashiell-daniel-waters-heathers-30th-82632/)

ekm Talks JAY AND SILENT BOB REBOOT with Jason Mewes! (/ekm-jay-and-silent-bob-reboot-with-jason-mewes-82629/)

All are registered to Greenberg Glusker Fields Claman Machtinger & Kinsella LLP, the law firm that represents James Cameron. All were registered in May or June 2005.

It looks like we'll be able to take a virtual safari of Pandora's flora and fauna once the marketing campaign begins...which sounds pretty awesome to me.

And he's right. Those domains *are* registered to that law firm. They were registered last summer, valid through the summer of 2010. At this point, with circumstantial stuff stacking up, Cameron's starting to make his intentions clear. He has done everything he can to track down and delete every single digital copy of the AVATAR treatment that's out there, and he's done a hell of a job. I don't think there's a single website where you can still find the treatment available for download, and it used to be fairly readily available.

I hope he really is making the film, and that the reason he tracked down that 90-something page document and did his best to erase it is because he wants to cloak the film in mystery again. Even if people do still have copies of it, there's no way that's EXACTLY what you'll be seeing, or even close to what he'll eventually make. He's a different person now, a different filmmaker, I'm sure, and he's had a decade's worth of real-life experience that he'll bring to the table as a writer and as a director.

What's really interesting to me is how Cameron is doing things exactly the reverse of how George Lucas did them. Lucas has spent a lot of time in the press talking about how he's planning to be an experimental filmmaker. He wants to make documentaries again. He just wants to follow his own interests for a while. He treated STAR WARS like it was an obligation, something he had to get out of the way before he could do what he *really* wanted to do.

And that's exactly what Cameron just did. He just spent a decade making experimental films, testing new cameras and other filmmaking technological innovations while making documentaries about his interests. And now, fit and ready to rumble and excited about his craft all over again, Cameron's finally coming back to blockbusters.

I know Cameron's in Santa Barbara today. He's going to be seeing a lot of people face to face. I'd like to ask everybody who's going to be there to ask him the same question after they say hello. I've waited a full decade so far to see Josh Sully's adventures on this distant planet, and if there's even a chance we're really about to see the Na'vi come to life, then I have to know...

"Are we finally going to Pandora?"

If the answer's yes, then sign me up.

"**Moriarty" (mailto:Moriarty@aintitcool.com)** out.



**FOLLOW AICN (HTTPS://TWITTER.COM/INTENT/FOLLOW?
SCREEN_NAME=AINTITCOOLNEWS)**

**f SHARE ON FACEBOOK
(HTTPS://WWW.FACEBOOK.COM/SH**

**🐦 SHARE ON TWITTER
(HTTPS://TWITTER.COM/INTENT/T**

## Shop Now



Iron Man 2 (http://aax-us-
east.amazon-
adsystem.com/x/c/QnDI...
$19.99
Jr/dp/B0095P341S&cre...
adId=B0095P341S&cre...



Marvel's The Avengers
(http://aax-us-
east.amazon-
adsystem.com/x/c/QnDI...
$3.99
Avengers-Robert-Downey-
Jr/dp/B009GEEMLY/ref=...



Marvel Studios' Captain
Marvel (http://aax-us-
east.amazon-
adsystem.com/x/c/QnDI...
$14.99
Studios-Captain-Brie-
Larson/dp/B07P68DTR...



Captain America: The First
Avenger (http://aax-us-
east.amazon-
adsystem.com/x/c/QnDI...
$3.99
America-Avengers-Chris-
Evans/dp/B005ZB91KY/...

Ads by Amazon (https://aax-us-east.amazon-adsystem.com/x/c/QnDIMkcfUTdV_nzw5HzTKcsAAAFutkJiLQEAAAEFAXPflwc/https://affiliate-program.amazon.com/home/ads/ref=sm_n_au_dka_US_logo?
adId=logo&creativeASIN=logo&linkCode=w61&imprToken=27bncoel5dc7zf73f221f5b1c&tag=aicnfallback-20&linkCode=w41&ref-
refURL=http%3A%2F%2Flegacy.aintitcool.com%2Fnode%2F22373&slotNum=0&imprToken=27bncoel5dc7zf73f221f5b1c&adType=smart&adMode=auto&adFormat=grid&impressionTimestamp=1575015736792&ac
ms-src=ns-ads&cid=ns-ads)
    (http://aax-us-east.amazon-adsystem.com/x/c/QnDIMkcfUTdV_nzw5HzTKcsAAAFutkJiLQEAAAE0AXPflwc/https://www.amazon.com/adprefs/ref=sm_n_au_dka_US_ac?tag=aicnfallback-
20&linkCode=w41)

## READERS TALKBACK



Sponsored

Comments for this thread are now closed                                    ×

0 Comments    Ain't It Cool News                                    ● Login ⌄

♡ Recommend    🐦 Tweet    f Share                            Sort by Best ⌄

This discussion has been closed.

✉ Subscribe   🔒 Disqus' Privacy PolicyPrivacy PolicyPrivacy

Sponsored



February 3, 2006 6:37 AM CST                              − Collapse All
**Cameron rocks**
by Smerph

Will have to see this. one day.

February 3, 2006 6:38 AM CST
**What the shit is it about..**
by HolyCalamity

too lazy to click a link!

February 3, 2006 6:40 AM CST
**AVATAR Scriptment**
by RenoNevada2000

So glad I printed that out when I stumbled across it so long ago. Maybe I'll re-read it this
weekend. (Though I did just get my hands on the Superman V Batman script too...)

February 3, 2006 6:40 AM CST
**The Avatar Script was indeed great...**
by Mantenna

...but how long will it take Cameron to tackle that after BAA. I'm afraid, we'll have to wait a

long long time.

---

February 3, 2006 6:43 AM CST
**So Moriarty...**
by photoboy

You've got a hard on for Cameron too huh? I don't care what he directs next, I just can't wait to see it!

---

February 3, 2006 6:44 AM CST
**First**
by Bubastis

thats all.

---

February 3, 2006 6:45 AM CST
**Love to see this**
by Steve Rogers

Cameron's been gone too long. First?

---

February 3, 2006 6:45 AM CST
**Whatever**
by Thunderpants

Is anyone doing DVD reviews anymore?

---

February 3, 2006 6:46 AM CST
**Sin City was good**
by Bean_

This should be amazing.

---

February 3, 2006 6:47 AM CST
**Oops**
by Bean_

Ignore that I totally read the headline wrong lol...

---

February 3, 2006 6:52 AM CST
**Thunderpants...**
by drew mcweeny

Yes. I'll have a couple of DVD columns up in the next few days, and in the meantime, go over to http://moriartylabs.typepad.com for some DVD mini-reviews.

---

February 3, 2006 6:53 AM CST
**Mantenna...**
by drew mcweeny

The whole point of this is that it looks like AVATAR's going to go first, and it's BATTLE ANGEL ALITA that's going to get pushed.

---

February 3, 2006 7:02 AM CST
**that sounds fantastic...**
by newc0253

but, after reading all that, i still have no idea what this is all about.

---

February 3, 2006 7:05 AM CST
**So can we have an article that actually makes sense now?**
by JiggamanSpence

I seriously have no idea what that was trying to tell me.

---

February 3, 2006 7:10 AM CST

**Sceptical**
by TheBoyFromUlster

Man, I wish he would just bring something out, anything! Been away too long but I can't see him doing 2 films or even 3 back to back. He was never that prolific in the first place. You have to worry that maybe his output so far will be considerd the bulk of his career.

February 3, 2006 7:15 AM CST
**If Cameron makes another film**
by emeraldboy

it will be like the king coming to reclaim his crown and throne. The film will bomb and cameron will go back to diving again.

February 3, 2006 7:21 AM CST
**final fantasy**
by misnomer

As much as I like camerons work, I dont think i'd be AS interested in seeing an all cgi movie of his, especially if it ends up looking like FF. PLUS its not T4 : ( I hope he goes the live action route-the techonology isnt quite there for a project as ambitious as this. (then again it might be in 5yrs)

February 3, 2006 7:26 AM CST
**"I don**
by Nafl

About 25 seconds with Google would appear to prove you wrong on this point. Thanks Google Cache!

February 3, 2006 7:29 AM CST
**"We didn't want to spook Cameron off of it again" ..........**
by AARONIUS

Whoa...easy there Mori, let's not get to overconfident about how much influence "we" have over the film industry. Better yet, if you are that all powerful why don't you get George and Steve to start working on that silly little flick about that Indiana guy?

February 3, 2006 7:35 AM CST
**An edit button would be sooo very appreciated on this site......**
by AARONIUS

For the record I meant to type the word TOO where it was appropriate.

February 3, 2006 7:58 AM CST
**Someone should round up Cameron and Besson and give them a good**
by martinsmith93

Or at least a hefty telling-off. We need action movies. Good ones. Enough with the Paul Walker shit. (Hopefully this will go better than when Mr Romero came back and tried to show all these upstarts how to do horror, with an average cheese-fest. Cheers, George.)

February 3, 2006 8:05 AM CST
**I agree with AARONIUS...**
by Shigeru

I think its mighty haughty to assume that AICN could "spook" James effing Cameron off a project. ...But then again that good lashing they gave that Superman script actually had some influence, or so I hear.

February 3, 2006 8:17 AM CST
**that's some bad fucking news...**
by Windowlicker74

I thought Battle Angel was well under way..... Can't Cameron just make up his mind about what he wants to do? fucking Christ..

February 3, 2006 8:17 AM CST

**that's some bad fucking news...**
by Windowlicker74

I thought Battle Angel was well under way..... Can't Cameron just make up his mind about what he wants to do? fucking Christ..

---

February 3, 2006 8:22 AM CST
**I just watched "Aliens" again...**
by theoneofblood

Jesus Christ, that movie continues to kick so much ass, and it was made the same year I was born! Why can't hollywood make action films that good these days?!

---

February 3, 2006 8:23 AM CST
**Alita**
by talbuckin

I would prefer that one. I have read the script of Avatar, though, and the final battle looks like could be the fucking mother of all fucking battles in fucking alien planets with fucking alien animals and fucking all.

---

February 3, 2006 8:31 AM CST
**Although I know nothing about Avatar...**
by Monkey Butler

The name is cool, and I'll read the scriptment ASAP. Thanks Mori (although I don't think anyone else has noticed it yet).

---

February 3, 2006 8:38 AM CST
**It**
by GenericJokeName

I have also noticed it but it probably shouldn't be mentioned what it is.

---

February 3, 2006 8:46 AM CST
**I wonder if Ursula LeGuin will sue.**
by FluffyUnbound

The scriptment is basically "The Word for World is Forest" crossed with some remote-consciousness-exploration stuff.

---

February 3, 2006 8:49 AM CST
**I just noticed "it"**
by Shigeru

heh. tricky.

---

February 3, 2006 8:59 AM CST
**Anyone got a working link to the scriptment?**
by dr_buggerlugs

I've got too much work to do to keep looking for one dangnammit...

---

February 3, 2006 9:00 AM CST
**How do you use google cache?**
by Shan

---

February 3, 2006 9:01 AM CST
**How do you use google cache?**
by Shan

Every time someone says use it, I can never work out how. (I've never had any interest in reading the Avatar script – but now that I've been told I can't have it ... maybe ...)

---

February 3, 2006 9:02 AM CST
**Or yeah, this cache thing innit...**
by dr_buggerlugs

February 3, 2006 9:03 AM CST
**Please Tell Me...**
by GrammarPolice

...that someone else clicked the hyperlink for the Avatar script. Moriarty, that was definitely asking Cameron's lawyers to come pay their respects to the House of Ain't.

February 3, 2006 9:03 AM CST
**How do you use google cache?**
by Shan

Every time someone says use it, I can never work out how. (I've never had any interest in reading the Avatar script - but now that I've been told I can't have it ... maybe ...)

February 3, 2006 9:04 AM CST
**Please Tell Me...**
by GrammarPolice

...someone else clicked the hyperlink hidden in Mori's post. I guess you guys really do want to talk with Cameron. Too bad it'll only be Lightstorm's lawyers doing the talking.

February 3, 2006 9:16 AM CST
**Avatar is for 3D Imax and FOX 3D. BAA is for all theaters.**
by genro

It's not going to be a traditional film per say, but an attempt to immerse the audience in Pandora. BAA will be the standard narrative theater movie. Avatar is going to be his crossing of fiction and the experimental/docu work he's done for the past decade.

February 3, 2006 9:20 AM CST
**mystery**
by gredenko

does anyone really think that a leaked script treatment floating around on some nerdy websites is a breach that worries someone doing something on this scale? if the movie is a plot-twist-centric sort of thing, then sure, the beans will get spilled and people may take a pass on it, but i find it hard to imagine that even if all the film geeks on the internets got together, that it could possibly derail the picture that's bound to be marketed as 'from the director of...'

February 3, 2006 9:23 AM CST
**If you want the Avatar treatment...**
by GrammarPolice

...and Mori's hyperlink fails, I'm hosting it for the time being at
http://ryanhornbeck.com/content/view/37/1/

February 3, 2006 9:44 AM CST
**Thanks 'GrammarPolice'**
by KoozyK

I appreciate the post. I've never been able to find it in time before it was pulled. I got my reading for the weekend.

February 3, 2006 9:58 AM CST
**Found "it"**
by dr_buggerlugs

So far it sounds like an entirely CGI'd cartoon about an 8 foot blue bloke with a tail. Oh well, better than another Titanic documentary I suppose.

February 3, 2006 10:07 AM CST
**"From the maker of Aliens" Just curious how that plays to the US**
by JackRabbitSlim

He shoulda just kicked out a 30 mil budget modern noir or sumpin 6 months after Titanic to get that monkey off his back. Every director should be compelled to release a film every 3 years or have their DGA status revoked - keep em from dwelling on their own genius. My cheapass two cents

February 3, 2006 10:08 AM CST
**So no battle angel for the time being huh?**
by Johnno

S'cool... I'm intrigued by this now... Been reading the Last Order continuation and it's one fucked up trip! Anyway, hope they're starting to utilize those glasses-less 3D technologies we're hearing so much about...

February 3, 2006 10:49 AM CST
**Maybe Avatar is really LOST...**
by chickychow

you know, with the jungle and the "company" and the humanoids and krazy critters... yeah, there are humanoids on Lost, you just ain't seen em yet.

February 3, 2006 10:50 AM CST
**Nice easter egg**
by Nachokoolaid

I was hoping I wasn't the only one that found "it." Sneaky sneaky.

February 3, 2006 10:53 AM CST
**Is the "Easter Egg" still up, or has it been taken down?**
by Dagan

I scanned my mouse over the entire page and couldn't find the hidden link.

February 3, 2006 10:54 AM CST
**Scratch that - found it**
by Dagan

Cool.

February 3, 2006 10:59 AM CST
**i also am totally befuddled. Why are you excited? What are the**
by all

we want to be excited too...

February 3, 2006 11:00 AM CST
**WTF??? DID ANYBODY ELSE SEE A HARRY HEAD REPLACE THEIR INTERNET**
by R.C. the "Wise"

February 3, 2006 11:07 AM CST
**Best line ever in a film (if you are an old fart like me) 'F**
by Jugs

February 3, 2006 11:33 AM CST
**.**
by durmer killik

February 3, 2006 11:44 AM CST
**Project 880 in Business Week (link)**
by Scorpio

http://www.businessweek.com/magazine/content/06_07/b3971073.htm -- "Cameron is working on the screenplay for Project 880, which he describes as "completely crazy, balls-out sci-fi." If it gets produced, it could be the first major Hollywood project that audiences will experience first as a multiplayer game on the Net, and only later on the silver screen." So, is Project 880 the online precursor to AVATAR?

February 3, 2006 12:02 PM CST
**HARRY IS A RETARD- We kept saying it was going to be PROJECT 880**
by ch2praxis

Remember that AICN was the first stupid portal site spreading about the female casting from Mali Finn being about BATTLE ANGEL and then the rest of the press went along the bandwagon??? Now that the truth about PRoJECT 880 being AVATAR is finally coming out of the surface, I just wish that Harry and AICN stop jumping the gun and finally decide to act professionally and rationally NEXT TIME AROUND!!!!!!!!

February 3, 2006 12:27 PM CST
**Okay, where is IT?**
by L.H.Puttgrass

Just a hint...

February 3, 2006 12:55 PM CST
**Both projects = Interesting**
by one9deuce

You can't go wrong with James Cameron and Sci-Fi, and both Avatar and Battle Angel are hard core Sci-Fi. Each would take a LARGE amount of money to see the light of a release day. It's hard to imagine either of them realistically coming in under $200,000,000. With Titanic becoming the biggest hit in history James Cameron had the clout to do ANY project, similar to Peter Jackson going from The Lord of the Rings directly into King Kong. Jackson cashed in his new found power by getting Universal to bankroll his dream project at a price of over $200,000,000. Cameron might have waited too long. Ten years is eternity in Hollywood. He obviously still has power, but it might be difficult getting the suits to greenlight such esoteric science-fiction at such a huge budget. Can films like these make that kind of budget back? I would say it's improbable based on the less than stellar tastes of the masses, and the masses are needed to make that kind of money back. Which sucks, but it is an absolute. Battle Angel has the kind of fighting action that can get people to the theater, but Avatar reads (at least the first half, I don't want to spoil it for myself if it does get made) like James Cameron has something to say. I will certainly be in the cinema multiple times for either of them.

February 3, 2006 1:17 PM CST
**Strange This Would Come Out Today...**
by GrammarPolice

Yet another 880 reference: http://games.slashdot.org/article.pl?sid=06/02/03/1646254&from=rss

February 3, 2006 1:24 PM CST
**today.**
by lopan

February 3, 2006 2:19 PM CST
**I hate to say it this way... but who cares.**
by Roguewriter

Didn't James Cameron pretty much stop being relevant right around the time he went insane at the Oscars and declared himself king of the world?

February 3, 2006 2:23 PM CST
**Ah, much better! I'd rather see this than another anime-bas**
by bunny_lebowski

February 3, 2006 2:33 PM CST
**most of the way through IT...**
by Shigeru

wow this movie is gonna cost so much fucking money to make.

February 3, 2006 2:36 PM CST
**wooooahhhh...**
by drjones

it's just nice how moriarty can turn a post of his into a little LOST episode. i guess i skipped all of these news and thus have no idea what these projects are about... it sounds interesting though. however i love that whole idea of fake internet sites that expand the films' reach...

February 3, 2006 2:42 PM CST

**What, no Super Bowl Superman Returns trailer?**
by kintar0

SUPER Bowl. SUPER man. Seems like a no-brainer. I thought that the Super Bowl traditionally was a showcase for movie trailers? It's on Sunday, right? This Sunday? Shouldn't we be hearing something before AICN goes non-update for the weekend? How about some cool news? For old time's sake?

---

February 3, 2006 2:45 PM CST
**Cameron**
by Rowley Birkin QC

A cultural event in the sense that anyone outside of fanboys cares about it? On the scale of Lord Of The Rings? I think not. I don't see the mass crossover appeal of Battle Angel Alita, for one. Cameron isn't as big a name as you think. Too many of his films have been shitty, and the ones that had the least ropey dialogue (Aliens and the Terminators) are now relics of the 1980s.

---

February 3, 2006 2:58 PM CST
**"Even if people do still have copies of it, there**
by crazyeyezkillah

Well, duh. It was a "scriptment," not a screenplay, and not even a shooting script. I think that the majority of us know enough about the Industry to realize things like this. Sure, you've sold a script for a one hour anthology series and we all know you're just like Kevin Smith now (and we all know you desperately want to BE Kevin Smith), but c'mon. You and Harry aren't going to "spook" Cameron off of anything. Let's see: millions of dollars in development and resources vs. a movie news/gossip resource on the internets... "They KNOW! Aagh! Now I have to make Titanic 2! Damn you, McWeeny!" Please...

---

February 3, 2006 3:04 PM CST
**CAMEROIDS UNITE**
by kwisatzhaderach

There's Everything You've Ever Known About Adventure...and then there's Jim Cameron. You know its true!!!!!!

---

February 3, 2006 3:06 PM CST
**Talk about Ghosts of the Abyss...**
by blackwood

...I read about Avatar when I was fourteen. Wow. Also, could this mean possibly, somewhere, somehow, I'll eventually get to see The Mercury Effect (or whatever it was - that one where they blast a pair of chimps into space and they come back super smart - one good, one evil, and incite the domesticated animals of the world to revolt against their human oppressors... shiny)

---

February 3, 2006 3:31 PM CST
**What the hell is this?**
by Trazadone

I'm a nerd through and through and I've never heard of this. As for Cameron, who gives a shit at this point. Wasn't Titanic like a decade ago. There was a time when I got excited about a new Cameron flick coming out, not anymore. King of the world indeed.

---

February 3, 2006 3:50 PM CST
**Short Round, your post, HAHAHAHAHAHAHA**
by one9deuce

Aliens and The Terminator films are relics of the 80's now? Is that why Aliens has been ripped off ad nauseam since 1986, and even more so in the last couple of years. And the next couple of years also with Halo. Aliens, The Terminator, and Terminator 2: Judgment Day are all action classics. Period. They aren't making action films as good as those three nowadays. The year something came out is irrelevant. I'll take a 65 Mustang and you can have the 75 Mustang because the classic Mustang is a relic of the 60's.

---

February 3, 2006 4:22 PM CST
**After reading that entire scriptment (thanks Mory)...**
by Nachokoolaid

---

There is NO WAY IN HELL that Avatar can be made for less than $200 million. I see it being much closer to $250 million, at least. And this is before advertisement/marketing. But god, is this an effects team's wet dream, or what? And does anyone else picture the Na'vi as Abe Sapien, but only less like a fish, and more like a cat?

February 3, 2006 4:23 PM CST
**So he won't be making AQUAMAN?**
by TimBenzedrine

What a drag. It's a drag I believe everything I see on TV.

February 3, 2006 4:25 PM CST
**Your so right kintar0. Everyone knows that they'll be a tea**
by R.C. the "Wise"

Get it together hommie!

February 3, 2006 4:49 PM CST
**I have no doubt this would make an amazing picture...**
by dr_buggerlugs

...but I'd much rather see Cameron blowing real stuff up, throwing a few stuntmen around, using props, sets and all the "old fashioned stuff" and shoot good ol'some visceral action and actually creating exciting film as opposed to just bleeding a giant computer graphics card dry. But then again, I want to see actual life sized Transformers built for the film so what do I know?

February 3, 2006 5:18 PM CST
**Give the dude a chance**
by Vern

I'm not a huge Cameron fan but when a guy has made at least a couple of classics (Aliens, something else probaly), and his last movie was almost ten years ago, and especially in the case when that last movie was universally expected to be a disastrous flop but turned out to be the highest grossing movie of all time and winner of way too many oscars... in that case it actually IS an event for them to make a new movie, whether you like it or not. I mean come on. If a high profile director makes alot of movies, like say Spielberg or somebody, you get mad and say they're losing their touch and they should just stop making so many movies. If they don't make movies very often, like this guy, Tarantino, Malick or Kubrick (who by the way has the best excuse, since he's dead in my opinion), then you complain that they're lazy or a fluke or irrelevant. If they're new to the game, even if they're good, you say they're a one hit wonder or a post-ironic hipster or unproven. But if they're proven veterans then you don't want to hear from them anymore because that was a long time ago and who cars about a great movie that came out in 1986 when there's a remake of THE FOG new on DVD. I mean for god's sake there is nothing on this earth that will make some of you fuckers happy. The porridge will NEVER be just right. But you're still my buds anyway. thanks everybody.

February 3, 2006 5:23 PM CST
**This sounds like an Urkell wet dream**
by rivercb

It could be good but all the stuff he's been working on sounds like something an asian high school kid draws on his notebook in algebra.

February 3, 2006 7:44 PM CST
**recent news:**
by Johnno

Any self-respecting geek knows director James Cameron from his hit films Aliens, Terminator 2: Judgment Day, and The Abyss. Oh, and Titanic. But we prefer not to talk about that one. At any rate, Cameron--who has been missing from the Hollywood director's chair in the six-plus years since Titanic--is busy planning a new film called Project 880, which he describes as "completely crazy, balls-out sci-fi." And his plans for Project 880 are characteristically ambitious. Though the film is at least two years off, BusinessWeek reports that Cameron is already drawing up plans to introduce that film's universe in an online MMO game. The plan is to release the MMO game before the film hits theaters; in Cameron's words, to "create a world for people and then later present a narrative in that world." This is a novel premise, as most film tie-in games tend to be conveyor belt crap simply designed to rake in a few extra bucks in merchandising. Though next to nothing is known about Cameron's upcoming film or game, he

mentions that MMO's give the player a chance to experience a new universe "in a highly competitive, fast-paced interaction." So if nothing else, we can probably rule out a sequel to Puzzle Pirates.

---

February 3, 2006 7:53 PM CST
**looks like It is gone now?**
by quadrupletree

Can't find. Must read.... AAAAAHHH

---

February 3, 2006 8:22 PM CST
**No Offense to AICN - I love you guys but JoBlo had this story th**
by LilOgre

And at one of those times when AICN did not post a new story for two days.

---

February 3, 2006 8:23 PM CST
**"in the six-plus years since Titanic" er, can you count?**
by performingmonkey

Titanic was released in 1997. Chill out, dickwad. The Terminator is one of the all-time CLASSIC CLASSIC MOTHERFUCKING CLASSIC movies. The same goes for Aliens and Terminator 2: Judgement Day, but not in the same way as the first Terminator. As sci-fi action thrillers go, you'd be hard put to find better. T2 is more of an epic, especially the special edition cut (the one which includes Arnie doing the cheesy horse grin, but also the cool scene where they extract the CPU from his head), but the performances are so perfect it's not funny. I'm not sure which Terminator has Arnie's best performance. He gave a solid turn in T3, despite the movie feeling fairly lightweight compared with T2.

---

February 3, 2006 9:02 PM CST
**Do you think they're watching this site?**
by Shan

They shut "http://ryanhornbeck.com/content/view/37/1/" (Grammar Police) down very fast ...

---

February 3, 2006 9:03 PM CST
**Do you think they're watching this site?**
by Shan

They shut "http://ryanhornbeck.com/content/view/37/1/" (Grammar Police) down very fast ...

---

February 3, 2006 10:22 PM CST
**Hot damn, I might have that scriptment burried away on a hard dr**
by Tall_Boy

I'll try my best to find it. and by "try my best" I mean, never, ever put it online because Cameron would kill me.

---

February 3, 2006 11:16 PM CST
**IT's still out there...**
by Anti-fanboy

Just look a little deeper on Google. .. I found it using a couple obvious keywords and looking further than the first few pages of results. And I can't really put into words how much I'm looking forward to seeing this. Or any new film by Cameron. If we get both this AND Battle Angel... just seems to good to be true. I just wish Cameron had come across Masamune Shirow's Appleseed at some point -- always struck me as the perfect material for him, since way before hearing he had an interest in any anime property. Ditto GITS.

---

February 4, 2006 2:09 AM CST
**IT ...**
by emu47

is flying through the air, and everything IT can scare. IT starts out at the dawn of day, looking for ITS helpless prey ...!!!

---

February 4, 2006 2:27 AM CST
**huh?**
by BALTIMOREJACK

someone please tell me what the fuck moriarty is talking about? my geekness only goes so far...

February 4, 2006 9:06 AM CST
**Yeah, They Shut Me Down Pretty Quickly...**
by GrammarPolice

As far as legal notices go, however, they were pretty nice about it. I think they realize getting this scriptment off the internet is going to be next to impossible. Doesn't mean I didn't comply quick as shit, though (lol).

February 4, 2006 9:43 AM CST
**Cameron + Hard Sci Fi = YAY!**
by ZombieSolutions

but BATTLE ANGEL ALITA is the project I really want to see. AVATAR might be cool, but cute ingenue android war machine kicking the crap out of giant monsters is infinitely cooler.

February 4, 2006 10:57 AM CST
**There aren't many other movie projects that could get me mor**
by JDanielP

If I could match a director with a project, ...how I would love to see James Cameron direct an epic interpretation of (the Alex Ross illustrated) "KINGDOM COME". How about Batman? Superman? Wonder Woman? Iron-man? How about an interpretation of "AVENGERS UNLIMITED", which is already a life-like take on Marvel's Avengers? How about the "HULK" sequel? (Just look at "ALIENS", an incredible sequel to a movie he did not originate.) How I love the Spider-man movies, ...but how I would have loved to see Jim's version, too! My #1 desire for Jim is for his magic touch and gifted eye to be focused on a popular superhero, team or individual. How cool would it be to see James Cameron's talent applied to popular superhero icons??? But Cameron must go where his heart takes him, where he feels compelled and thrilled and excited all over again, ...to projects that will challenge his great talent. I figure that "TITANIC" will be the only sinking ship he will ever make ...and that is sayin' somethin'. I'll be there for ANYTHING that James Cameron directs. Good luck, Jim, ...even if you don't need it. Seeing a movie from you is like Christmas day from a child's perspective.

February 4, 2006 11:03 AM CST
**That's the coolest news of them all!**
by aigam

I've been looking for it for a very long time. AVATAR is a wonderful story, definately worth to be done.

February 4, 2006 11:47 AM CST
**Man, I got here too late**
by Novaman5000

I can't find the link and I can't find it on google anywhere... NOOOOOOOOOO!

February 4, 2006 2:59 PM CST
**"Get the fuck off my set!!!"**
by kintar0

Yeah, JDanielP, we know. You think Howie Long should play Superman and Harry should critique one of your "scripts" on this site. And it's "The Ultimates," not "Avengers Unlimited." It's "life-like?" Have you even read it? The art's great, sure, but the writing stinks. Go back to filming your Superman action figures on top of filing cabinets with construction paper.

February 4, 2006 3:05 PM CST
**GrammarPolice...lol**
by torpor_haze

Yeah man...you're braver than I would be. If I were in your place I'd be in my panic room right about now.

February 5, 2006 2:26 AM CST
**"I found it using a couple obvious keywords and looking further**
by 3 Bag Enema

Then why don't you post the link, shitbird?

---

February 5, 2006 9:11 AM CST
**Hey, Talkbackers! Moviemack has another name: kintar0**
by JDanielP

Either that or it's someone who writes for this site. Or I just made a good impression.

---

February 5, 2006 9:16 AM CST
**Oh, ...and "kintar0" (moviemack, whatever), ...**
by JDanielP

The original series of "The Ultimates" was excellent, with the origin of Captain Ameerica.

---

February 5, 2006 9:54 AM CST
**So.....**
by HOTDOGVNDR

what is the jist of the Avatar/Josh Sully/Pandora story?

---

February 5, 2006 12:23 PM CST
**Maybe He Didn't Post...**
by GrammarPolice

Because of the legal notices being handed to those that do, shitbird (WTF kind of taunt is that?). Why don't you sack-up and post it once you've got it up, yourself. Unless, of course, you can't create webpages, which I think is the case.

---

February 5, 2006 2:28 PM CST
**Avatar was crap**
by DannyOcean01

It ripped off Forever Peace, and had a dull New Age Hippy plot. Rubbish.

---

February 5, 2006 2:50 PM CST
**JDanielP's just mad that his ideas are stupid...**
by kintar0

and his corny, lame memory is short. I used to post as "Mr_Miracle" but I didn't post for a few months because I was in Asia and I forgot my password, hence the new screen name. The Ultimates was excellent, huh? So excellent you couldn't remember what it was called. I don't really want to get into this, but I was surprised when you brought up your thing about someone making a Kingdom Come film. You sure do love comic book artists drawing celebrities into comics. Thin-skinned little twerp.

---

February 5, 2006 3:10 PM CST
**Anything Please!**
by Norm3

At this point I don't care what he does, just do something not about the Titanic or the Ocean!

---

February 5, 2006 3:17 PM CST
**erection**
by CuervoJones

Yes, Cameron is God

---

February 5, 2006 5:01 PM CST
**Found it**
by Jon L. Ander

And to hell with Cameron's legions of skull faced lawyers! Not that I don't love his films though. I found it as one continuous text file, gotta try and get it in a better format.

---

February 5, 2006 5:02 PM CST
**Found it**
by Jon L. Ander

February 5, 2006 5:48 PM CST
**Been there, seen that.**
by Ingeld

I read the summary of the scriptment. It is old wine in new skins. People are bad, killing the earth. We go to some other world and become the disease invading another living world. Ho, hum. I guess if you wrap it up in packaging by Cameron it will seem like something new.

February 5, 2006 10:11 PM CST
**Does anyone else think...**
by one9deuce

that the first half of Avatar reads a lot like Aliens? The protagonist is contacted by the higher-ups about going to some distant planet but the protagonist isn't interested, but changes their mind when they see that it can help them personally. The security force on Pandora seems very much like the Colonial Marines. The science division on Pandora sounds a lot like the colonists on LB-426. Fighting exotic creatures that have glass like teeth. I am curious as to when the idea for Avatar hit Cameron. If it was before he made Aliens he might have co-opted his own idea for the story of Aliens. Which worked out really well of course. I want to see a fully budgeted, James Cameron directed Avatar. I want to see a fully budgeted, James Cameron directed Battle Angel. He is the best and will soon be proving that fact.

February 6, 2006 9:44 AM CST
**Gramma Police if you're talkin' to me..**
by torpor_haze

It wasn't a taunt, relax dude..I was extending on your previous post..I was actually making a joke on me

February 6, 2006 4:05 PM CST
**kintar0 = Mr_Miricle = moviemack. How about one name?**
by JDanielP

Is it any wonder why anyone would get your talkbacker names mixed up? But thanks for confirming the obvious. At least when I repeat myself, I do it under only one screen-name here at AICN, unlike you and you and you. Asia, huh? You should've stayed.

February 6, 2006 4:32 PM CST
**avatar**
by smutpeddlar

all i know is "Josh Sully is a hopeless guy in a hopeless world, a little guy whom the big machine has ground up and spit out." ..but the AVATAR PROGRAM..changes all that, just make this movie already!!!

February 6, 2006 7:22 PM CST
**Whoops!**
by GrammarPolice

Sorry, Torpor. Guess that legal notice has me jumpy : )

February 6, 2006 9:41 PM CST
**james cameron said**
by ag 721

that he was going to make battle angel when more than a majority of the theaters had been properly equiped with 3d projecters.

February 6, 2006 10:24 PM CST
**Avatar script needed**
by Jonza80

I really need this script. I've tried eveywhere to look for it. Whoever has a copy, could you plz send me the script to my e-mail. jonza80@hotmail.com

February 7, 2006 4:29 PM CST
**To find avatar scriptment online:**
by Josh Sully

Just google 'avatar zuleika sully', ignore the first site that comes up, and go about seven sites down to something called luminous beings. This seems to be offline but has it in its cache. Second, the Japanese site below that has it. Tell 'em James Cameron didn't send ya!

February 9, 2006 10:08 PM CST
**Fuck you Cameron!You broke my heart one too many times.**
by bioforge

And you did it again.

February 12, 2006 2:23 PM CST
**GOT IT!!!!**
by misnomer

thanks josh sully....

# Exhibit R2

## Ain't It Cool News (www.aintitcool.com)

### MOVIE NEWS

## AVATAR Peek!!!

**Published at: Oct. 13, 1997, midnight CST by staff (https://twitter.com/)**

**Well folks, people inside Digital Domain are whispering about a film called AVATAR.**

**One Spy liking the name, Josh Sully, said:**

*"One thing they were talking about was R&D for some movie--was supposed to be a big deal--about a bunch of mutants. Some bald guy in a wheelchair, a gruff Canadian with a fingernail problem. I dunno. And something about this mutant film to be opening against a funny little independant film in 1999."*

**Another Spy called Leeta says she really loves what she knows of Avatar, specifically:**

*"The work on Alpha Centauri B-4 aka "Pandora" is going to amaze people. I'm not suppose to even whisper about this stuff, but that defense of the Warner Digital people really warmed me up to you. The strange NA'VI that populate this world will be breathing ammonia, methane and chlorine gas. The plans is to use some very hard science to make this film happen. Are you familiar with R.W. Bussard's Interstellar Ramjet and Taylor and Dyson's Orion Ships? Well that's basically the way we humans travel into the stars. Cool for those who know. Well that's what the cool people at the DD are doing that kicks so much ass."*

### TOP TALKBACKS

**"DOLEMITE IS MY NAME" Is MUTHA F'N BADASS! A Review. -- 39 total posts (8 today) (/dolemite-is-my-name-review-eddie-murphy-ff19-82459/)**

**ekm's BAT-MANUAL: CHAPTER 6 — BATMAN & ROBIN (1997) -- 52 total posts (4 today) (/ekm-bat-manual-batman-robin-82462/)**

**ekm Has Seen the First Teaser Trailer for DWELLERS! -- 15 total posts (4 today) (/ekm-has-seen-the-first-teaser-trailer-for-dwellers-82468/)**

**ekm's BAT-MANUAL: CHAPTER 8 — CATWOMAN (2004) -- 7 total posts (4 today) (/ekm-bat-manual-chapter-eight-catwoman-82469/)**

**ekm's BAT-MANUAL: CHAPTER 7 — BATMAN IN ANIMATION -- 32 total**

9/30/2019                                                                                                          AVATAR Peek!!!

Maaaaaan, the lady come in here talking shit bout R.W. Bussard and Taylor and Dyson. Damn man what sorta geek don't know that those guys are the gods that designed ships that will take us to other star systems, in theory, whose engines can be seen from light years away. That use the coldness of space to cool them. Can't you just imagine the thrill of seeing those ships in our NASA books moving and doing the things we have all been dreaming of. Too bad we live in a world that won't finance it for real.

### FOLLOW AICN (HTTPS://TWITTER.COM/INTENT/FOLLOW? SCREEN_NAME:AINTITCOOLNEWS)

**SHARE ON FACEBOOK** (HTTPS://WWW.FACEBOOK.COM/SHA…)

**SHARE ON TWITTER** (HTTPS://TWITTER.COM/INTENT/TWE…)

---

## Shop Now






Iron Man 2 (http://aax-us-east.amazon-adsystem.com/x/c/Qr3F…
**$19.99**
Man-Robert-Dr/dp/B0095P341S/ref=s…

Marvel Studios' Captain Marvel (http://aax-us-east.amazon-adsystem.com/x/c/Qr3F…
**$14.99**
Studios-Captain-Brie-

Spider-Man: Homecoming (http://aax-us-adsystem.com/x/c/Qr3F…
**$3.99**
Man-Homecoming-Tom-

Marvel's Avengers: Age of Ultron (Theatrical) (http://aax-us-adsystem.com/x/c/Qr3F…
**$14.99**
Duuqc1ocAAAFtgcqHoA…

Ads by Amazon (https://www.amazon.com/adprefs/ref=sm_n_au_dka_US_ac?_encoding=UTF8&adMode=auto&adMode=manual&impressionTimestamp=1569844137195&ac

### READERS TALKBACK

---

posts (3 today) (/ekm-bat-manual-chapter-seven-batman-in-animation-82465/)

**BBC's WAR OF THE WORLDS has a Trailer -- 30 total posts (2 today)** (/bbcs-war-of-the-worlds-has-a-trailer-82466/)

**ekm's BAT-MANUAL: CHAPTER 5 — BATMAN FOREVER (1995) -- 99 total posts (1 today) (/ekm-bat-manual-batman-forever-82461/)**

**An Exclusive Clip of Robert Bronzi in ONCE UPON A TIME IN DEADWOOD! -- 16 total posts (1 today) (/exclusive-clip-once-upon-a-time-deadwood-82457/)**

**THE BIG LEBOWSKI spin-off movie JESUS ROLLS finally gets a trailer...in Italian -- 75 total posts (1 today) (/jesus-rolls-trailer-1-82467/)**

### TRENDING

**Amazing SPIDER-MAN News! (/amazing-spider-man-news-marvel-sony-disney-82463/)**

9/30/2019                                                                    AVATAR Peek!!!



✉ Subscribe   🔒 Disqus' Privacy PolicyPrivacy PolicyPrivacy

Sponsored

Additive Manufacturing's Im
Supply Chain
Additive manufacturing has caused engine
how they turn a concept into a production⊲

Additive Manufacturing's Im
Supply Chain
Additive manufacturing has caused engine
how they turn a concept into a production⊲

February 3, 2006 8:51 AM CST                                      **- Collapse All**
**Second... this sounds a bit**
by Proman1984

overhyped**.** From what I can gather from the script the project sounds like a bad mix of
"Matrix", "Doom 3" and "Halo"**.** The avatar concept isn't that original either**.** Still, it's something
I'll look forward to.

February 3, 2006 12:04 PM CST
**Cheers, Wolfpack.**
by RaulMonkey

I wonder what the record is for longest period between an article being published and the First
post going up...

February 3, 2006 12:08 PM CST
**Obi Wan nunca le dijo que paso a tu padre**
by seniormoogle

Me dijo bastante, me dijo que tu le has matado. No Luke, yo soy to padre.

---

February 3, 2006 12:39 PM CST
**The frontier is wide open...**
by RaulMonkey

And in 1997 they asked, "If time travel is possible, how come we've never met any tourists from the future?"

---

February 4, 2006 5:50 AM CST
**N**
by Edward Brock

Isso

---

December 23, 2006 5:54 PM CST
**Whoa!**
by 0rcus

Where the fuck did these folks come from???

---

July 2, 2008 4:27 PM CST
**Man, Talking About Avatar . . .**
by kevinwillis.net

10 frickin years ago. And still, it ain't done.

---

July 7, 2008 12:52 PM CST
**At Least That's Happened**
by kevinwillis.net

Tho it took like enough for I Am Legend and Cloverfield to show up.

---

July 3, 2009 6:21 PM CST
**Coming out real soon.**
by orcus

9/30/2019                                             AVATAR Peek!!!

11 years late, but hey

December 18, 2009 7:26 PM CST
**This website has been around for way to long**
by Vision

Got good sources though :)

February 3, 2010 1:20 PM CST
**Back when it did have good sources**
by orcus

And spy photos. Orcus misses the spy photos

Exhibit S2

9/23/2019                                                          Ain't It Cool News – View Article



AVATAR Peek!!!

Monday, October 13, 1997

Well folks, people inside Digital Domain are whispering about a film called AVATAR.

One Spy liking the name, Josh Sully, said:

*"One thing they were talking about was R&D; for some movie--was supposed to be a big deal--about a bunch of mutants. Some bald guy in a wheelchair, a gruff Canadian with a fingernail problem. I dunno. And something about this mutant film to be opening against a funny little independant film in 1999."*

Another Spy called Leeta says she really loves what she knows of Avatar, specifically:

*"The work on Alpha Centauri B-4 aka "Pandora" is going to amaze people. I'm not suppose to even whisper about this stuff, but that defense of the Warner Digital people really warmed me up to you. The strange NA'VI that populate this world will be breathing ammonia, methane and chlorine gas. The plans is to use some very hard science to make this film happen. Are you familiar with R.W.Bussard's Interstellar Ramjet and Taylor and Dyson's Orion Ships? Well that's basically the way we humans travel into the stars. Cool for those who know. Well that's what the cool people at the DD are doing that kicks so much ass."*

Maaaaaan, the lady come in here talking shit bout R.W. Bussard and Taylor and Dyson. Damn man what sorta geek don't know that those guys are the gods that designed ships that will take us to other star systems, in theory, whose engines can be seen from light years away. That use the coldness of space to cool them. Can't you just imagine the thrill of seeing those ships in our NASA books moving and doing the things we have all been dreaming of. Too bad we live in a world that won't finance it for real.

9/23/2019                                              Ain't It Cool News – View Article



**USERS TALK BACK:**

# Exhibit T2



## AICN: COOL NEWS

## AVATAR Peek!!!

Monday, October 13, 1997

Well folks, people inside Digital Domain are whispering about a film called AVATAR.

One Spy liking the name, Josh Sully, said:

*"One thing they were talking about was R&D, for some movie—was supposed to be a big deal—about a bunch of mutants. Some bald guy in a wheelchair, a gruff Canadian with a fingernail problem, I dunno. And something about this mutant film to be opening against a funny little independant film in 1999."*

Another Spy called Leeta says she really loves what she knows of Avatar, specifically:

*"The work on Alpha Centauri B-4 aka "Pandora" is going to amaze people. I'm not suppose to even whisper about this stuff, but that defense of the Warner Digital people really warned me up to you. The strange NA'VI that populate this world will be breathing ammonia, methane and chlorine gas. The plans is to use some very hard science to make this film happen. Are you familiar with R.W.Bussard's Interstellar Ramjet and Taylor and Dyson's Orion Ships? Well that's basically the way we humans travel into the stars. Cool for those who know. Well that's what the cool people at the DD are doing that kicks so much ass."*

NEWS ARCHIVE
Week of 11/02
Week of 10/26
Week of 10/19
Week of 10/12

11-year-old ELIZA NAUMANN is a spelling whiz kid

We're looking for an Eliza

Exhibit U2

  

## Ain't It Cool News (www.aintitcool.com)

### *MOVIE NEWS*

# Wacky Adventures In MisInformation

**Published at: Oct. 13, 1997, midnight CST by** <u>staff (https://twitter.com/)</u>

**Once again ill information has been striking the net. A recent "site" update had info about an alleged "Raiders of the Fallen Empire" which the "site" owner claims was sent to their site because Hollywood has taken notice. Wow, then I wonder why 'Sallah' wrote me with the same info. And had I believed it, it would have been up at 1900 (cst) on Saturday, but guess what. I sought confirmation. Guess what. The news is not true. Casting of the project begins with Harrison Ford, before he signs, noone signs on. There is no project without him. Two, Lucas and Spielberg are not about to get involved with a project with a budget of $100 - $200 million being co-financed by Paramount and Fox. My people are telling me, that the script is nearing it's completion, and that the first draft is headed my way via nearly naked South American golden idol guardians. Should be here by next weekend. As for that casting, well all those names have been mentioned about at one time or another, but they have not signed. I highly recommend checking stories, especially when involving tales of "a family member said" variety. I'm dying to get good news on this project, but as of yet, that alleged $2 million dollar leak-control seems to be affecting some sites' judgement.**

*FOLLOW AICN (HTTPS://TWITTER.COM/INTENT/FOLLOW? SCREEN_NAME=AINTITCOOLNEWS)*

*⬛ SHARE ON FACEBOOK (HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP? U=HTTP%3A%2F%2FAINTITCOOL.COM/NODE/139)*

*🐦 SHARE ON TWITTER (HTTPS://TWITTER.COM/INTENT/TWEET? TEXT=WACKY%20ADVENTURES%20IN%20MISINFORMATION&URL=HTTP%3A%2*

### *READERS TALKBACK*

  

Sponsored Links
**Love Documentaries?**
CuriosityStream

**Shut The Front Door! The New Cadillac Lineup Is Simply Astonishing!**
Cadillac Cars | Search Ads

**Hilarious Photos In Vegas You Can't Unsee**
Definition

**Eerie Last Known Photos That Reveal A Darker Side Of History**
History Daily

**Famous Cosmetologist Reveals How To Fix Thinning Hair**
Hair La Vie

**Migraine Hacks Most Sufferers Don't Know**
Migraine Sufferers

**comments powered by Disqus (http://disqus.com)**

---

December 23, 2006 5:51 PM CST                                    + Expand All
**MisInformation? I think I dated her sister..**
by 0rcus

July 2, 2008 4:24 PM CST
**Where's Miss Carriage?**
by kevinwillis.net

July 7, 2008 12:49 PM CST
**Miss Spoke . . .**
by kevinwillis.net

July 3, 2009 6:17 PM CST
**Miss Demenor**
by orcus

---

## *TOP TALKBACKS*




**Watch WATCHMEN!! Hercules Says The First Six Episodes Of HBO's New Sci-Fi Sequel Are Magnificent!! -- 49 total posts** (4 today) **(/herc-loves-hbo-watchmen-82543/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 18 — FOUND FOOTAGE -- 53 total posts** (1 today) **(/ekm-nights-of-horror-found-footage-82542/)**

**RICK AND MORTY Season four trailer shows us what it's got! -- 9 total posts** (1 today) **(/rick-and-morty-season4-trailer-shows-us-the-goods-82506/)**

**Barbarella Proclaims That ZOMBIELAND: DOUBLE TAP is Almost as Much Fun as ZOMBIELAND! -- 12 total posts** (1 today) **(/barbarella-zombieland-double-tap-review-82541/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 17 — THE PRESENCE OF GOD IN RELIGIOUS HORROR FILMS -- 66 total posts** (1 today) **(/ekm-nights-of-horror-the-presence-of-god-82540/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 19 — HORROR FOR CHILDREN -- 7 total posts** (1 today) **(/ekm-nights-of-horror-horror-for-children-82545/)**

## *TRENDING*

**"Star Wars: The Rise of Skywalker" NEWS! The Return of a Fan Favorite is Nigh! (/star-wars-the-rise-of-skywalker-news-82505/)**

**ANNOUNCING FRIGHT FIGHT FRIDAY — HUMAN BRACKET!!! (/announcing-fright-fight-friday-human-bracket-82544/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 14 — MINORITIES IN HORROR (/ekm-nights-of-horror-minorities-in-horror-82529/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 16 — "BASED ON A TRUE STORY" (/ekm-nights-of-horror-based-on-a-true-story-82536/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 15 — NAMES OR NO-NAMES? (/ekm-nights-of-horror-names-or-no-names-82535/)**

**Prometheus Shares Pics From ROCK AND SHOCK 2019!!! (Worcester, MA) *Graphic Content* (/prometheus-shares-pics-from-rock-and-shock-2019-82537/)**

**ekms 3 NIGHTS OF HORROR: EVENING 13 — SLEEPAWAY CAMP (1983) (/ekm-nights-of-horror-sleepaway-camp-82527/)**

**The Stigma & Discrimination of "JOKER" - A Review (/discrimination-joker-review-joaquin-phoenix-82497/)**

**LEGO CATWOMAN becomes the Real CATWOMAN in Matt Reeves' THE BATMAN! (/zoe-kravvitz-catwoman-the-batman-82533/)**

**When Two Worlds Collide- Mad Dashiell Takes a Look at MALEFICENT: MISTRESS OF EVIL! (/mad-dashiell-maleficent-2-mistress-evil-review-82538/)**

---

Home (/) | Cool News (/section/coolnews/) | Coaxial / TV (/section/coaxial/) | Picks & Peeks (/section/dvds/) | Movie Reviews (/section/reviews/) | Animation (/section/animation/) | Comics (/section/comics/) | Search (/site-search/) | Comics (/section/comics/) | The Zone Forums (http://zone.aintitcool.com/)

RSS (/node/feed/) | Privacy Policy (/privacy/) | Contact AICN (/contact/)

This site is © 1996-2019 Ain't It Cool News.

  

## Ain't It Cool News (www.aintitcool.com)

### MOVIE NEWS

## Disney's ATLANTIS to be W I D E S C R E E N!?!

**Published at: Oct. 13, 1997, midnight CST by** [staff (https://twitter.com/)](https://twitter.com/)

**Remember, that cool pic I had about Disney's ATLANTIS project? Well just got this info John Dall, the leader of Atlantis, sent some news about it via his big crystal beam thingee!!!**

*An attempt to infuse life into the Disney adventures of old ie '20,000 Leagues under the Sea', etc. It's a grand adventure told on an epic scale about explorers going into the earth in search of the lost continent. Those wacky guys, Wise & Trousedale, hope to do it in scope with lots of CGI stuff. Great monsters, too.*

### FOLLOW AICN (HTTPS://TWITTER.COM/INTENT/FOLLOW? SCREEN_NAME=AINTITCOOLNEWS)

### ⓕ SHARE ON FACEBOOK (HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP? U HTTP%3A%2F%2FAINTITCOOL.COM/NODE/140)

### 🐦 SHARE ON TWITTER (HTTPS://TWITTER.COM/INTENT/TWEET? TEXT=DISNEY%27S%20ATLANTIS%20TO%20BE%20W%20I%20D%20E%20S

### READERS TALKBACK

 

## Is This The Best Documentary Streaming Service?

Sponsored Links

CuriosityStream

**Dog Saves Pregnant Owner's Life And Baby**

Give It Love

**Shut The Front Door! The New Cadillac Lineup Is Simply Astonishing!**

Cadillac Cars | Search Ads

**Eerie Last Known Photos That Reveal A Darker Side Of History**

History Daily

**Hilarious Photos In Vegas You Can't Unsee**

Definition

**Going With Your Gut Has Never Been This Easy! End Your Digestion Problems By Eating This Daily**

Nucific

---

December 23, 2006 5:52 PM CST      + Expand All
**PLOP! Now look at that mess in the tub!..**
by 0rcus

July 2, 2008 4:25 PM CST
**Ah, What Could Have Been**
by kevinwillis.net

July 7, 2008 12:50 PM CST
**It Was Good . . . Better Than Pocohantas**
by kevinwillis.net

July 3, 2009 6:18 PM CST
**It was rather good. The TV series was OK though**
by orcus

June 4, 2010 8:24 AM CST
**Not this fucking asswipe ^**
by orcus

 **TCSTACKBACKS**     

**Watch WATCHMEN!!**

**Hercules Says The First Six Episodes Of HBO's New Sci-Fi Sequel Are Magnificent!! -- 49 total posts** (4 today) **(/herc-loves-hbo-watchmen-82543/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 18 — FOUND FOOTAGE -- 53 total posts** (1 today) **(/ekm-nights-of-horror-found-footage-82542/)**

**RICK AND MORTY Season four trailer shows us what it's got! -- 9 total posts** (1 today) **(/rick-and-morty-season4-trailer-shows-us-the-goods-82506/)**

**Barbarella Proclaims That ZOMBIELAND: DOUBLE TAP is Almost as Much Fun as ZOMBIELAND! -- 12 total posts** (1 today) **(/barbarella-zombieland-double-tap-review-82541/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 17 — THE PRESENCE OF GOD IN RELIGIOUS HORROR FILMS -- 66 total posts** (1 today) **(/ekm-nights-of-horror-the-presence-of-god-82540/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 19 — HORROR FOR CHILDREN -- 7 total posts** (1 today) **(/ekm-nights-of-horror-horror-for-children-82545/)**

## TRENDING

**"Star Wars: The Rise of Skywalker" NEWS! The Return of a Fan Favorite is Nigh! (/star-wars-the-rise-of-skywalker-news-82505/)**

**ANNOUNCING FRIGHT FIGHT FRIDAY — HUMAN BRACKET!!! (/announcing-fright-fight-friday-human-bracket-82544/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 14 — MINORITIES IN HORROR (/ekm-nights-of-horror-minorities-in-horror-82529/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 16 — "BASED ON A TRUE STORY" (/ekm-nights-of-horror-based-on-a-true-story-82536/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 15 — NAMES OR NO-NAMES? (/ekm-nights-of-horror-names-or-no-names-82535/)**



**Prometheus Shares Pics From ROCK AND SHOCK 2019!!! (Worcester, MA) *Graphic Content* (/prometheus-shares-pics-from-rock-and-shock-2019-82537/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 13 — SLEEPAWAY CAMP (1983) (/ekm-nights-of-horror-sleepaway-camp-82527/)**

**The Stigma & Discrimination of "JOKER" - A Review (/discrimination-joker-review-joaquin-phoenix-82497/)**

**LEGO CATWOMAN becomes the Real CATWOMAN in Matt Reeves' THE BATMAN! (/zoe-kravvitz-catwoman-the-batman-82533/)**

**When Two Worlds Collide- Mad Dashiell Takes a Look at MALEFICENT: MISTRESS OF EVIL! (/mad-dashiell-maleficent-2-mistress-evil-review-82538/)**

  

## Ain't It Cool News (www.aintitcool.com)

### MOVIE NEWS

# Kevin Smith on Superman Lives!!!

**Published at: Oct. 13, 1997, midnight CST by staff (https://twitter.com/)**

Ok folks, been a while since I posted news regarding Kevin Smith and Superman, but I thought this was fascinating when sent it in. It's an updated version of the chain of events for Superman Lives.

- *- Kev gets hired to do two drafts*
- *-hands in draft one, gets high kudos from studio and producer*
- *-Nic Cage reads draft and commits*
- *-Studio hands script to Burton (following 'Mars Attacks' failure)*
- *-Tim Burton gives thumbs up, thus starting contract negotiations*
- *-Tim's contract signed as I turn in draft two*
- *-Tim turns around and tells studio that he wants to do his own version, thus completely fucking the studio over*
- *-Wesley Strick is brought on to re-write my draft*
- *-Wesley Strick turns in draft that is rejected; Strick is not re-upped*
- *-Start dates move yet again - this time to April*
- *-Rumors that Burton has quit*
- *-Cage in talk to take another flick after 'Snake Eyes' (during the time he allotted for 'Superman')*

So what does this mean for the recent rumors of Superman Casting? Who knows. Fact is alleged filming has been pushed back to Spring 98. All I know, is at one point Robert Rodriguez was on his way to direct this, Kevin Smith's draft was cool, and Robert wanted to stall filming by half a year. Now it's been stalled over 7 months and seems to be having problems. I hate to see this, and really hope they get their program together over there. Us fans want, need and deserve some sort of reccompense for Batman & Robin. I know yall are dying to pick that tape up next week. I swear if any of yall send me that tape for my Birthday, which is December 11th and presents will be accepted at: Harry Knowles, PO BOX 180011, Austin,Tx 78718-0011, I will have to get upset. Thrash about for hours on end. I mean argh.

Basically what we fans want is the ANIMATED SUPERMAN made all real life looking. Same with Batman. No need to look for a new slant, these characters work, have worked, and will always work as long as yall treat them with the respect that we fans read their books and watch these cartoons.

Thanks goes out to Ted Kord, who sneaked this info out for us.

## FOLLOW AICN (HTTPS://TWITTER.COM/INTENT/FOLLOW? SCREEN_NAME=AINTITCOOLNEWS)

Sponsored Links

**Check Out CuriosityStream®, The #1 Streaming Service For Documentary Lovers. Free Episodes Online Now**

CuriosityStream

**Eerie Last Known Photos That Reveal A Darker Side Of History**

History Daily

**Hilarious Photos In Vegas You Can't Unsee**

Definition

**The Newest Discovery In Female Hair Loss**

Hair La Vie

**The New Hondas Are Simply Incredible!**

Honda Cars | Search Ads

**Pet Owners Should Think Twice Before They Bring These 25 Dog Breeds Home**

IcePop

January 28, 2005 1:33 PM CST        **+ Expand All**
**Weird to read this stuff again**
by Andy Dufresne

December 23, 2006 5:53 PM CST
**You will believe a cripple can fly**
by 0rcus

July 2, 2008 4:26 PM CST
**Superman Lives Couldn't Have Been Any Worse**
by kevinwillis.net

July 7, 2008 12:51 PM CST
**Superman IV**
by kevinwillis.net

July 23, 2008 2:12 PM CST
**Is it 1997 again?????**
by picardsucks

 

September 8, 2018 9:36 PM CST
**What the hell?**
by TerryMalloy

July 3, 2009 6:20 PM CST
**One a side note, Nick Cage launched his son Kal El....**
by orcus

October 20, 2010 3:42 PM CST
**BTW**
by orcus

## TOP TALKBACKS

**Watch WATCHMEN!!**
**Hercules Says The First Six Episodes Of HBO's New Sci-Fi Sequel Are Magnificent!! -- 49 total posts** (4 today) **(/herc-loves-hbo-watchmen-82543/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 18 — FOUND FOOTAGE -- 53 total posts** (1 today) **(/ekm-nights-of-horror-found-footage-82542/)**

**RICK AND MORTY Season four trailer shows us what it's got! -- 9 total posts** (1 today) **(/rick-and-morty-season4-trailer-shows-us-the-goods-82506/)**

**Barbarella Proclaims That ZOMBIELAND: DOUBLE TAP is Almost as Much Fun as ZOMBIELAND! -- 12 total posts** (1 today) **(/barbarella-zombieland-double-tap-review-82541/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 17 — THE PRESENCE OF GOD IN RELIGIOUS HORROR FILMS -- 66 total posts** (1 today) **(/ekm-nights-of-horror-the-presence-of-god-82540/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 19 — HORROR FOR CHILDREN -- 7 total posts** (1 today) **(/ekm-nights-of-horror-horror-for-children-82545/)**

## TRENDING

**"Star Wars: The Rise of Skywalker" NEWS! The Return of a Fan Favorite is Nigh! (/star-wars-the-rise-of-skywalker-news-82505/)**

**ANNOUNCING FRIGHT FIGHT FRIDAY — HUMAN BRACKET!!! (/announcing-fright-fight-friday-human-bracket-82544/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 17 — MINORITIES IN HORROR (/ekm-nights-of-horror-minorities-in-horror-82529/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 16 — "BASED ON A TRUE STORY" (/ekm-nights-of-horror-based-on-a-true-story-82536/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 15 — NAMES OR NO-NAMES? (/ekm-nights-of-horror-names-or-no-names-82535/)**

**Prometheus Shares Pics From ROCK AND SHOCK 2019!!! (Worcester, MA) *Graphic Content* (/prometheus-shares-pics-from-rock-and-shock-2019-82537/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 13 — SLEEPAWAY CAMP (1983) (/ekm-nights-of-horror-sleepaway-camp-82527/)**

**The Stigma & Discrimination of "JOKER" - A Review (/discrimination-joker-review-joaquin-phoenix-82497/)**

**LEGO CATWOMAN becomes the Real CATWOMAN in Matt Reeves' THE BATMAN! (/zoe-kravvitz-catwoman-the-batman-82533/)**

**When Two Worlds Collide- Mad Dashiell Takes a Look at MALEFICENT: MISTRESS OF EVIL! (/mad-dashiell-maleficent-2-mistress-evil-review-82538/)**

---

  

## Ain't It Cool News (www.aintitcool.com)

---

### *MOVIE NEWS*

---

## A LIFE LESS ORDINARY!!!

**Published at: Oct. 13, 1997, midnight CST by** <u>staff (https://twitter.com/)</u>

**My magical, mystical Coen Sister has taken a look see at Danny Boyle's latest film, A LIFE LESS ORDINARY. This independent spirit is starting to scour the earth for films of interest. I don't know about you, but I loved "Shallow Grave" and "Trainspotting" and have high hopes for this film, which he chose over Alien Resurrection. Well here's what the witty and pretty Coen Sister said in her own melodious way:**

*"A Life Less Ordinary"*

*This is one weird movie, a little too weird for its own good. And not weird in a David Lynchian/dreamlike/surreal way, either. It seems to be a film that wants it all: romance, action, comedy and fantasy. It succeeds in a couple areas, but falls very short elsewhere.*

*"A Life Less Ordinary" reteams stud-of-the-moment Ewan MacGregor with his "Trainspotting" director and writer, Danny Boyle and John Hodges. Ewan plays a lowly janitor at a huge conglomerate who seems to have an endless stream of bad luck. First, he loses his job to a robot (don't ask). Then, when he breaks in to ask the President of the company for another chance, he accidentally ends up kidnapping his daughter. As played by Cameron Diaz in her largest film role yet, the daughter is a jaded, spoiled princess who gets her kicks out of humiliating the various men in her life. This pattern continues when she makes MacGregor take her to a deserted cabin and hold her hostage in order to bilk her father out of a large ransom. The joke is, of course, that MacGregor is more of a hostage than the controlling, insulting Diaz.*

*If you're a fan of Cameron Diaz (and who isn't?) you'll be happy to know she's never been better. Her comic timing is dead-on and her chemistry with MacGregor is genuine. MacGregor is engaging as always, solidifying his position as THE young actor to watch. I don't think there was a false moment between the two and the audience was really rooting for them.*

*But something goes wildly awry about halfway through the film, just when you're really getting into it. See, there's a pair of angels running around, played by Holly Hunter and Delroy Lindo, and nobody seems to know what they're doing there. They were apparently sent there to help this couple get together, but their motives are very unclear. They attempt to kill the couple on more than one occasion, then decide they don't want to return to heaven and kidnap Diaz themselves. There's also some craziness involving a song-and-dance sequence where MacGregor and Diaz are transported to the 1940s while kareoking at a local tavern (as she proved in "My Best Friend's Wedding", Diaz really CAN'T sing). All this is capped off by a scene where MacGregor suddenly gains super-human powers and is momentarily made immortal. Essentially, the film is all over the map. I don't mind absurdist comedy or fantasy, but when it comes out of nowhere it the*

*middle of a satirically biting romance, I feel let down.It was as though the filmmakers began a puzzle taking all the worst scenes from"Michael" and tried to force them to fit with all the best scenes from"Bonnie and Clyde".The result is a shadow of what could have been and a very strange movie.*

**FOLLOW AICN (HTTPS://TWITTER.COM/INTENT/FOLLOW? SCREEN_NAME=AINTITCOOLNEWS)**

**🅵 SHARE ON FACEBOOK (HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP? U=HTTP%3A%2F%2FAINTITCOOL.COM/NODE/143)**

**🐦 SHARE ON TWITTER (HTTPS://TWITTER.COM/INTENT/TWEET? TEXT=A%20LIFE%20LESS%20ORDINARY%21%21%21&URL=HTTP%3A%2F%2**

## READERS TALKBACK



Sponsored Links

**Eerie Last Known Photos That Reveal A Darker Side Of History**

History Daily

**Teenagers notice girl with "Dad" acting strange, they follow her because they knew something's wrong**

Easyvoyage

**Famous Cosmetologist Reveals How To Fix Thinning Hair**

Hair La Vie

**The New Hondas Are Simply Incredible!**

Honda Cars | Search Ads

**U.S. Cardiologist: It's Like a Pressure Wash for Your Insides**

Gundry MD Total Restore Supplement

**More Than Skin Deep: The Complications of Psoriasis**

HealthiNation

---

December 23, 2006 6:00 PM CST                                    + Expand All
**These aren't the hooba doobas you're looking for**
by 0rcus

July 2, 2008 4:27 PM CST
**Kilroy Was Here**
by kevinwillis.net

November 17, 2008 11:48 AM CST
**Break out the way-back machine**
by c4andmore

July 3, 2009 6:23 PM CST
**Orcus prefers his Delorean**
by orcus

---

## *TOP TALKBACKS*



## Wrath of WATCHMEN!!

**Hercules Says The First Six Episodes Of HBO's New Sci-Fi Sequel Are Magnificent!! -- 49 total posts** (4 today) **(/herc-loves-hbo-watchmen-82543/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 18 — FOUND FOOTAGE -- 53 total posts** (1 today) **(/ekm-nights-of-horror-found-footage-82542/)**

**RICK AND MORTY Season four trailer shows us what it's got! -- 9 total posts** (1 today) **(/rick-and-morty-season4-trailer-shows-us-the-goods-82506/)**

**Barbarella Proclaims That ZOMBIELAND: DOUBLE TAP is Almost as Much Fun as ZOMBIELAND! -- 12 total posts** (1 today) **(/barbarella-zombieland-double-tap-review-82541/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 17 — THE PRESENCE OF GOD IN RELIGIOUS HORROR FILMS -- 66 total posts** (1 today) **(/ekm-nights-of-horror-the-presence-of-god-82540/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 19 — HORROR FOR CHILDREN -- 7 total posts** (1 today) **(/ekm-nights-of-horror-horror-for-children-82545/)**

## TRENDING

**"Star Wars: The Rise of Skywalker" NEWS! The Return of a Fan Favorite is Nigh! (/star-wars-the-rise-of-skywalker-news-82505/)**

**ANNOUNCING FRIGHT FIGHT FRIDAY — HUMAN BRACKET!!! (/announcing-fright-fight-friday-human-bracket-82544/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 14 — MINORITIES IN HORROR (/ekm-nights-of-horror-minorities-in-horror-82529/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 16 — "BASED ON A TRUE STORY" (/ekm-nights-of-horror-based-on-a-true-story-82536/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 15 — NAMES OR NO-NAMES? (/ekm-nights-of-horror-names-or-no-names-82535/)**

**Prometheus Shares Pics From ROCK AND SHOCK 2019!!! (Worcester, MA) \*Graphic Content\* (/prometheus-shares-pics-from-rock-and-shock-2019-82537/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 8 - SLEEPAWAY CAMP (1983) (/ekm-nights-of-horror-sleepaway-camp-82527/)**

**The Stigma & Discrimination of "JOKER" - A Review (/discrimination-joker-review-joaquin-phoenix-82497/)**

**LEGO CATWOMAN becomes the Real CATWOMAN in Matt Reeves' THE BATMAN! (/zoe-kravvitz-catwoman-the-batman-82533/)**

**When Two Worlds Collide- Mad Dashiell Takes a Look at MALEFICENT: MISTRESS OF EVIL! (/mad-dashiell-maleficent-2-mistress-evil-review-82538/)**

  

## Ain't It Cool News (www.aintitcool.com)

### MOVIE NEWS

## Disney Places It's Game Pieces!!!

**Published at: Oct. 13, 1997, midnight CST by <u>staff (https://twitter.com/)</u>**

Is it just me, or do you get a little Peed Off at the counter programming that Disney does to try and ambush rival animation departments? I really dislike it. Personally as an animation lover I want the different animation studios to push each other to the limit. Remember the classic era of animation, the 30's and 40's, where all the theatrical animation units were "one upping" each other. That's how Warner's developed it's style, Disney theirs and Fleischer's their's. Then as the studios stopped, one by one, producing animated shorts, the format died. The imagination and drive went away. I'm excited as hell about Dreamworks, Fox and Warners all starting up with big animated products. Well let's see, next we get LITTLE MERMAID opposite ANASTASIA. And what was Disney going to do against PRINCE OF EGYPT? Dreamworks' 900lb Animated Monkey. Well, I didn't know of anything till Betty Boop sung the truth, or at least the latest rumors:

*Walt Disney Feature Animation Florida is taking a 2 year long sabbatical from feature-length films to work on shorts, Fantasia 2000 (which techically is and isn't a feature-length film, ya know), and restoration.*

*First up for restoration is Beauty and the Beast, which will have about 8 minutes resored, including the song "Human Again", and Belle teaching the Beast how to read. B&tB did have a continuity problem, the result of this number being cut from the original film. It will be re-released ala the Star Wars films, and will go up against Prince of Egypt Jeffrey Katzenburg's Disney Oscar-Nominated (Best Picture) masterpiece against Jeffrey Katzenberg's new baby. This should be fun to watch.*

*Next up for resoration is the classic, Snow White. Just about everyone has seen the rough animation for the bed-building and soup-eating scenes. These will be restored to the film.*

Well this will be very interesting to watch... Who will win? Well personally I'm rooting for the new guys on the block. Alot of Disney's product of late, seems like animation by numbers, staying to the formula. These new guys are experimenting and straying from the path most traveled. I love Disney films, and the concept of adding the food scene back in Snow White fills me with fear and dread. Walt Disney cut those scenes for a reason, messing with Uncle Walt's original vision is... umm disturbing.

### FOLLOW AICN (HTTPS://TWITTER.COM/INTENT/FOLLOW? SCREEN_NAME=AINTITCOOLNEWS)

### SHARE ON FACEBOOK (HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP?

December 2, 2002 8:28 PM CST
**Don's worry**
by cyber



December 23, 2006 6:00 PM CST
**Don't worry be happy**
by 0rcus

July 2, 2008 4:29 PM CST
**Did the Snow White Restoration Happen?**
by kevinwillis.net

July 7, 2008 12:52 PM CST
**Snow White Made Them Was Their Hands**
by kevinwillis.net

July 3, 2009 6:24 PM CST
**Where's prince of Egypt Noooooowwww**
by orcus

## TOP TALKBACKS

**Watch WATCHMEN!!**
**Hercules Says The First Six Episodes Of HBO's New Sci-Fi Sequel Are Magnificent!! -- 49 total posts** (4 today) **(/herc-loves-hbo-watchmen-82543/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 18 — FOUND FOOTAGE -- 53 total posts** (1 today) **(/ekm-nights-of-horror-found-footage-82542/)**

**RICK AND MORTY Season four trailer shows us what it's got! -- 9 total posts** (1 today) **(/rick-and-morty-season4-trailer-shows-us-the-goods-82506/)**

**Barbarella Proclaims That ZOMBIELAND: DOUBLE TAP is Almost as Much Fun as ZOMBIELAND! -- 12 total posts** (1 today) **(/barbarella-zombieland-double-tap-review-82541/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 17 — THE PRESENCE OF GOD IN RELIGIOUS HORROR FILMS -- 66 total posts** (1 today) **(/ekm-nights-of-horror-the-presence-of-god-82540/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 19 — HORROR FOR CHILDREN -- 7 total posts** (1 today) **(/ekm-nights-of-horror-horror-for-children-82545/)**

## TRENDING

**"Star Wars: The Rise of Skywalker" NEWS: the Return of a Fan Favorite is Nigh! (/star-wars-the-rise-of-skywalker-news-82505/)**

**ANNOUNCING FRIGHT FIGHT FRIDAY — HUMAN BRACKET!!! (/announcing-fright-fight-friday-human-bracket-82544/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 14 — MINORITIES IN HORROR (/ekm-nights-of-horror-minorities-in-horror-82529/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 16 — "BASED ON A TRUE STORY" (/ekm-nights-of-horror-based-on-a-true-story-82536/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 15 — NAMES OR NO-NAMES? (/ekm-nights-of-horror-names-or-no-names-82535/)**

**Prometheus Shares Pics From ROCK AND SHOCK 2019!!! (Worcester, MA) *Graphic Content* (/prometheus-shares-pics-from-rock-and-shock-2019-82537/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 13 — SLEEPAWAY CAMP (1983) (/ekm-nights-of-horror-sleepaway-camp-82527/)**

**The Stigma & Discrimination of "JOKER" - A Review (/discrimination-joker-review-joaquin-phoenix-82497/)**

**LEGO CATWOMAN becomes the Real CATWOMAN in Matt Reeves' THE BATMAN! (/zoe-kravvitz-catwoman-the-batman-82533/)**

**When Two Worlds Collide- Mad Dashiell Takes a Look at MALEFICENT: MISTRESS OF EVIL! (/mad-dashiell-maleficent-2-mistress-evil-review-82538/)**

  

## Ain't It Cool News (www.aintitcool.com)

*MOVIE NEWS*

# Yehaaaaaaa, Deep Impact!!!!

**Published at: Oct. 14, 1997, midnight CST by staff (https://twitter.com/)**

**Special Agent and Samurai Supreme, KAGEMUSHA, infiltrated the DreamWorks SKG set of DEEP IMPACT. Kagemusha was there to witness some very SPOILER mayhem. If you do not wish to know something about the last 30 minutes of DEEP IMPACT then go away now. You won't want to continue. Precede at your own risk!!!**

*Using my Shadow Warrior skills, I crept unnoticed into the Los Angeles location for Monday, October 13th on DEEP IMPACT, the Dreamworks SKG spectacle about cometary chunks on collision course with the Earth. A garage under the Unocal Building on Third St (downtown, only a few blocks from the oft-shot Westin Bonaventure Hotel) had been converted--at great expense, I have no doubt--into a makeshift shelter for hundreds of imperiled Cenex and Central Casting extras.*

*It was announced that this footage would be matched with footage already shot in Arlington, VA, and that the extras were playing denizens of Arlington. Denise Crosby was on hand in Los Angeles as one of the city's soon-to-be running residents. Just as soon as the "Arlingtonites" got their sleeping bags laid out in the garage shelter, Morgan Freeman (as the President of these United States) came on a number of TV monitors in the garage with some very bad news indeed. (Freeman's image actually appeared on the TVs, so the extras were able to respond to a pre-recorded performance in real time.) The TVs were "tuned" to MSNBC.*

*"The Ariana missiles have failed," Freeman announced. (I'm guessing on spellings throughout this paragraph, as I only heard the dialogue out loud.) An inbound comet was still mostly intact, and two large chunks would impact on the Earth with terribly disastrous consequences. The first would crash in the ocean off Cape Hatteras, causing a tidal wave a thousand feet high to sweep across the East Coast at one and a half times the speed of sound. New York City, Boston, Atlanta, Philadelphia, the District of Columbia--all would be utterly destroyed by the ravages of the cometary tsunami. The second, larger chunk would impact in western Canada, causing a dust cloud that would obscure the Sun and make life aboveground impossible for two years.*

*A national lottery has chosen a million citizens to live safely in an underground bunker complex built by the federal government. All remaining U.S. citizens, including our intrepid background actor heroes in "Arlington," would be required to fend for themselves as best they could. Given that the extras were shot running in abject panic, the situation does not look promising. Incidentally, one extra was nearly removed from the set for getting overly "into character" and shoving people bodily out of his way.*

We, of course, can look forward to an incredible special effects spectacular next summer, and am particularly happy to report that DP IMPACT will NOT have an "ID4"-type deus ex machina conclusion. The comet WILL hit the Earth, at least twice, much like the feces of the cosmos impacting with the fan. See you in line next summer!

## FOLLOW AICN (HTTPS://TWITTER.COM/INTENT/FOLLOW? SCREEN_NAME=AINTITCOOLNEWS)

## ■ SHARE ON FACEBOOK (HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP? U=HTTP%3A%2F%2FAINTITCOOL.COM/NODE/145)

## ■ SHARE ON TWITTER (HTTPS://TWITTER.COM/INTENT/TWEET? TEXT=YEHAAAAAAA%2C%20DEEP%20IMPACT%21%21%21%21&URL=HTTP%3

## READERS TALKBACK



Sponsored

$749

$749

Comments    **Community**      **1** Login ▾

♡ Recommend    🐦 Tweet    f Share      Sort by Best ▾

This discussion has been closed.

✉ Subscribe   🔒 Disqus' Privacy Policy Privacy Policy Privacy

Sponsored



December 26, 2006 9:21 AM CST                                    + Expand All
**Thats when the Pimp turns his ring around to smack ho's**
by 0rcus

July 2, 2008 4:30 PM CST
**Deep Impact On the Day After Tomorrow**
by kevinwillis.net

July 7, 2008 12:53 PM CST
**Then Keanu Reeves**
by kevinwillis.net

July 3, 2009 6:25 PM CST
**That's when Harry sits down**
by orcus

## *TOP TALKBACKS*

**Watch WATCHMEN!!**

**Hercules Says The First Six Episodes Of HBO's New Sci-Fi Sequel Are Magnificent!! -- 49 total posts** (4 today) **(/herc-loves-hbo-watchmen-82543/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 18 — FOUND FOOTAGE -- 53 total posts** (1 today) **(/ekm-nights-of-horror-found-footage-82542/)**

**RICK AND MORTY Season four trailer shows us what it's got! -- 9 total posts** (1 today) **(/rick-and-morty-season4-trailer-shows-us-the-goods-82506/)**

**Barbarella Proclaims That ZOMBIELAND: DOUBLE TAP is Almost as Much Fun as ZOMBIELAND! -- 12 total posts** (1 today) **(/barbarella-zombieland-double-tap-review-82541/)**

ekm's 31 NIGHTS OF HORROR: EVENING 18 — THE PRESENCE OF GOD IN RELIGIOUS HORROR FILMS -- 66 total posts (1 today) (/ekm-nights-of-horror-the-presence-of-god-82540/)

ekm's 31 NIGHTS OF HORROR: EVENING 19 — HORROR FOR CHILDREN -- 7 total posts (1 today) (/ekm-nights-of-horror-horror-for-children-82545/)

## TRENDING

"Star Wars: The Rise of Skywalker" NEWS! The Return of a Fan Favorite is Nigh! (/star-wars-the-rise-of-skywalker-news-82505/)

ANNOUNCING FRIGHT FIGHT FRIDAY — HUMAN BRACKET!!! (/announcing-fright-fight-friday-human-bracket-82544/)

ekm's 31 NIGHTS OF HORROR: EVENING 14 — MINORITIES IN HORROR (/ekm-nights-of-horror-minorities-in-horror-82529/)

ekm's 31 NIGHTS OF HORROR: EVENING 16 — "BASED ON A TRUE STORY" (/ekm-nights-of-horror-based-on-a-true-story-82536/)

ekm's 31 NIGHTS OF HORROR: EVENING 15 — NAMES OR NO-NAMES? (/ekm-nights-of-horror-names-or-no-names-82535/)

Prometheus Shares Pics From ROCK AND SHOCK 2019!!! (Worcester, MA) *Graphic Content* (/prometheus-shares-pics-from-rock-and-shock-2019-82537/)

ekm's 31 NIGHTS OF HORROR: EVENING 13 — SLEEPAWAY CAMP (1983) (/ekm-nights-of-horror-sleepaway-camp-82527/)

The Stigma & Discrimination of "JOKER" - A Review (/discrimination-joker-review-joaquin-phoenix-82497/)

LEGO CATWOMAN becomes the Real CATWOMAN in Matt Reeves' THE BATMAN! (/zoe-kravvitz-catwoman-the-batman-82533/)

When Two Worlds Collide- Mad Dashiell Takes a Look at MALEFICENT: MISTRESS OF EVIL! (/mad-dashiell-maleficent-2-mistress-evil-review-82538/)

# Exhibit V2



9/29/2019                                     Ain't It Cool News - View Article

http://www.aintitcool.com/display.cgi?id=139    Go

5 captures
30 Mar 2002 – 17 Aug 2005

Repeat after me:

Monday, October 13, 1997

# Wacky Adventures In MisInformation

Once again ill information has been striking the net. A recent "site" update had info about an alleged "Raiders of the Fallen Empire" which the "site" owner claims was sent to their site because Hollywood has taken notice. Wow, then I wonder why 'Sallah' wrote me with the same info. And had I believed it, it would have been up at 1900 (cst) on Saturday, but guess what. I sought confirmation. Guess what. The news is not true. Casting of the project begins with Harrison Ford, before he signs, noone signs on. There is no project without him. Two, Lucas and Spielberg are not about to get involved with a project with a budget of $100 - $200 million being co-financed by Paramount and Fox. My people are telling me, that the script is nearing it's completion, and that the first draft is headed my way via nearly naked South American golden idol guardians. Should be here by next weekend. As for that casting, well all those names have been mentioned about at one time or another, but they have not signed. I highly recommend checking stories, especially when involving tales of "a family member said" variety. I'm dying to get good news on this project, but as of yet, that alleged $2 million dollar leak-control seems to be affecting some sites' judgement.

PREV    TALK BACK    MORE ON THIS TOPIC    NEXT

## USERS TALK BACK:

COOL NEWS
COAXIAL
REVIEWS
LIVE CHAT
FORUMS
MULTIMEDIA
CONTACT
XM Radio
More AICN:

AIN'T IT COOL?
HARRY KNOWLES
Order Harry's book and save 30%!

KEYWORD SEARCH:
GO!
MORE SEARCH OPTIONS

FREE WEBMAIL
Login:
Password

9/29/2019                                   Ain't It Cool News - View Article



### Disney's ATLANTIS to be W I D E S C R E E N!?!

Monday, October 13, 1997

Remember, that cool pic I had about Disney's ATLANTIS project? Well just got this info John Dall, the leader of Atlantis, sent some news about it via his big crystal beam thingee!!!

*An attempt to infuse life into the Disney adventures of old ie '20,000 Leagues under the Sea', etc. It's a grand adventure told on an epic scale about explorers going into the earth in search of the lost continent. Those wacky guys, Wise & Trousedale, hope to do it in scope with lots of CGI stuff. Great monsters, too.*

**USERS TALK BACK:**

News Archive

Week of 03/17
Week of 03/10
Week of 03/03
Week of 02/24

Cool News
Coaxial
Reviews
Live Chat
Forums
Multimedia
Contact
XM Radio

More AICN:

Order Harry's book and save 30%!

Keyword Search:

GO!

MORE SEARCH OPTIONS

Free Webmail
Login:
Password



### Kevin Smith on Superman Lives!!!

Ok folks, been a while since I posted news regarding Kevin Smith and Superman, but I thought this was fascinating when sent it in. It's an updated version of the chain of events for Superman Lives.

- *- Kev gets hired to do two drafts*
- *-hands in draft one, gets high kudos from studio and producer*
- *-Nic Cage reads draft and commits*
- *-Studio hands script to Burton (following 'Mars Attacks' failure)*
- *-Tim Burton gives thumbs up, thus starting contract negotiations*
- *-Tim's contract signed as I turn in draft two*
- *-Tim turns around and tells studio that he wants to do his own version, thus completely fucking the studio over*
- *-Wesley Strick is brought on to re-write my draft*
- *-Wesley Strick turns in draft that is rejected; Strick is not re-upped*
- *-Start dates move yet again - this time to April*
- *-Rumors that Burton has quit*
- *-Cage in talk to take another flick after 'Snake Eyes' (during the time he allotted for 'Superman')*

So what does this mean for the recent rumors of Superman Casting? Who knows. Fact is alleged filming has been pushed back to Spring 98. All I know, is at one point Robert Rodriguez was on his way to direct this, Kevin Smith's draft was cool, and Robert wanted to stall filming by half a year. Now it's been stalled over 7 months and seems to be having problems. I hate to see this, and really hope they get their program together over there. Us fans want, need and deserve some sort of reccompense for Batman & Robin. I know yall are dying to pick that tape up next week. I swear if any of yall send me that tape for my Birthday, which is December 11th and presents will be accepted at: Harry Knowles, PO BOX 180011, Austin,Tx 78718-0011, I will have to get upset. Thrash about for hours on end. I mean argh.



# A LIFE LESS ORDINARY!!!

My magical, mystical Coen Sister has taken a look see at Danny Boyle's latest film, A LIFE LESS ORDINARY. This independent spirit is starting to scour the earth for films of interest. I don't know about you, but I loved "Shallow Grave" and "Trainspotting" and have high hopes for this film, which he chose over Alien Resurrection. Well here's what the witty and pretty Coen Sister said in her own melodious way:

*"A Life Less Ordinary"*

*This is one weird movie, a little too weird for its own good. And not weird in a David Lynchian/dreamlike/surreal way, either. It seems to be a film that wants it all: romance, action, comedy and fantasy. It succeeds in a couple areas, but falls very short elsewhere.*

*"A Life Less Ordinary" reteams stud-of-the-moment Ewan MacGregor with his "Trainspotting" director and writer, Danny Boyle and John Hodges. Ewan plays a lowly janitor at a huge conglomerate who seems to have an endless stream of bad luck. First, he loses his job to a robot (don't ask). Then, when he breaks in to ask the President of the company for another chance, he accidentally ends up kidnapping his daughter. As played by Cameron Diaz in her largest film role yet, the daughter is a jaded, spoiled princess who gets her kicks out of humiliating the various men in her life. This pattern continues when she makes MacGregor take her to a deserted cabin and hold her hostage in order to bilk her father out of a large ransom. The joke is, of course, that MacGregor is more of a hostage than the controlling, insulting Diaz.*

*If you're a fan of Cameron Diaz (and who isn't?) you'll be happy to know she's never been better. Her comic timing is dead-on and her chemistry with MacGregor is genuine. MacGregor is engaging as*

9/29/2019                                        Ain't It Cool News - View Article



# Disney Places It's Game Pieces!!!

Is it just me, or do you get a little Peed Off at the counter programming that Disney does to try and ambush rival animation departments? I really dislike it. Personally as an animation lover I want the different animation studios to push each other to the limit. Remember the classic era of animation, the 30's and 40's, where all the theatrical animation units were "one upping" each other. That's how Warner's developed it's style, Disney theirs and Fleischer's their's. Then as the studios stopped, one by one, producing animated shorts, the format died. The imagination and drive went away. I'm excited as hell about Dreamworks, Fox and Warners all starting up with big animated products. Well let's see, next we get LITTLE MERMAID opposite ANASTASIA. And what was Disney going to do against PRINCE OF EGYPT? Dreamworks' 900lb Animated Monkey. Well, I didn't know of anything till Betty Boop sung the truth, or at least the latest rumors:

*Walt Disney Feature Animation Florida is taking a 2 year long sabbatical from feature-length films to work on shorts, Fantasia 2000 (which, techically is and isn't a feature-length film, ya know), and restoration.*

*First up for restoration is Beauty and the Beast, which will have about 8 minutes resored, including the song "Human Again", and Belle teaching the Beast how to read. B&tB; did have a continuity problem, the result of this number being cut from the original film. It will be re-released a la the Star Wars films, and will go up against Prince of Egypt. Jeffrey Katzenburg's Disney Oscar-Nominated (Best Picture) masterpiece against Jeffrey Katzenberg's new baby. This should be fun to watch.*

*Next up for resoration is the classic, Snow White. Just about everyone has seen the rough animation for the bed-building and soup-eating scenes. These will be restored to the film.*

9/29/2019                                    Ain't It Cool News - View Article



## Yehaaaaaaa, Deep Impact!!!!

Special Agent and Samurai Supreme, KAGEMUSHA, infiltrated the DreamWorks SKG set of DEEP IMPACT. Kagemusha was there to witness some very SPOILER mayhem. If you do not wish to know something about the last 30 minutes of DEEP IMPACT then go away now. You won't want to continue. Precede at your own risk!!!

*Using my Shadow Warrior skills, I crept unnoticed into the Los Angeles location for Monday, October 13th on DEEP IMPACT, the Dreamworks SKG spectacle about cometary chunks on collision course with the Earth. A garage under the Unocal Building on Third St. (downtown, only a few blocks from the oft-shot Westin Bonaventure Hotel) had been converted--at great expense, I have no doubt--into a makeshift shelter for hundreds of imperiled Cenex and Central Casting extras.*

*It was announced that this footage would be matched with footage already shot in Arlington, VA, and that the extras were playing denizens of Arlington. Denise Crosby was on hand in Los Angeles as one of the city's soon-to-be running residents. Just as soon as the "Arlingtonites" got their sleeping bags laid out in the garage shelter, Morgan Freeman (as the President of these United States) came on a number of TV monitors in the garage with some very bad news indeed. (Freeman's image actually appeared on the TVs, so the extras were able to respond to a pre-recorded performance in real time.) The TVs were "tuned" to MSNBC.*

*"The Ariana missiles have failed," Freeman announced. (I'm guessing on spellings throughout this paragraph, as I only heard the dialogue out loud.) An inbound comet was still mostly intact, and two large chunks would impact on the Earth with terribly disastrous consequences. The first would crash in the ocean off Cape Hatteras, causing a tidal wave a thousand feet high to sweep across the East Coast at*

https://web.archive.org/web/20020913090037/http://www.aintitcool.com/display.cgi?id=145                                    1/3

Exhibit W2



# Exhibit X2

http://www.aintitcool.com/display.cgi?id=141

5 captures
30 Mar 2002 - 31 May 2005

2002 2003 2005
JUL NOV JAN
15

# AICN: COOL NEWS

## Kevin Smith on Superman Lives!!!

Monday, October 13, 1997

OK folks, been a while since I posted news regarding Kevin Smith and Superman, but I thought this was fascinating when sent it in. It's an updated version of the chain of events for Superman Lives.

- Kev gets hired to do two drafts
- hands in draft one, gets high kudos from studio and producer
- Nic Cage reads draft and commits
- Studio hands script to Burton (following 'Mars Attacks' failure)
- Tim Burton gives thumbs up, thus starting contract negotiations
- Tim's contract signed as I turn in draft two
- Tim turns around and tells studio that he wants to do his own version, thus completely fucking the studio over
- Wesley Strick is brought on to re-write my draft
- Wesley Strick turns in draft that is rejected, Strick is not re-upped
- Strick dates move yet again - this time to April
- Rumors that Burton has quit
- Cage in talk to take another flick after 'Snake Eyes' (during the time he allotted for 'Superman')

So what does this mean for the recent rumors of Superman Casting? Who knows. Fact is alleged filming has been pushed back to Spring 98. All I know is at one point Robert Rodriguez was on his way to direct this. Kevin Smith's draft was cool, and Robert wanted to stall



# Exhibit Y2

ABking visits AVATAR and tells all!                    Page 1 of 10

Case 3:20-cv-01596-VC   Document 105-1   Filed 09/30/20   Page 186 of 200

**Ain't It Cool News (www.aintitcool.com)**

HOME (/)   COOL NEWS   COAXIAL   REVIEWS   COMICS   CONTACT   SEARCH 🔍
(/SECTION/COOL-(/SECTION/COAXIAL)(/SECTION/REVIEWS)(/SECTION/COMICS)(/CONTACT/)   (/SITE-
NEWS)                                                                          SEARCH/)

## MOVIE NEWS

### ABking visits AVATAR... and tells all!

Published at: Feb. 6, 2000, 1:45 a.m. CST by staff (https://twitter.com/)

Father Geek here, our resident Arnie & Sly spy ABking sent in the following report on
Cameron's AVATAR scriptment. Now, I know some of you might have already picked
up this info someplace or another, but I'm betting the great majority of our readers
will be blown away by this project that James has been quitely toying with for a while
now in the shadow of SPIDERMAN. This is the stuff of dreams...

For anyone reading this, this is what I thought about James Cameron's amazing
scriptment/treatment for AVATAR. Cameron should make this right away because it
will be his big version of STAR WARS. While reading this scriptment, only one movie
star came to mind to play the hero. It was Jim's good friend Arnold Schwarzenegger.

I think Josh's character would be perfect for Schwarzenegger. The story start's of with
Josh a bit downtrodden in a lot of ways like Arnie's character in End of Days. Maybe
even more so. Avatar is the action epic that End of Days should have been, and I'm
willing to bet on the epic level of With Wings As Eagles or Crusade.

I'll try to tell the story basically in three parts.

Part A: Josh ends up becoming part of a company program that mines resources from
a distant planet called Pandora. On this planet are a race of 8ft tall, humanoid aliens
called the Na'vi. The company has developed a process to "grow" Avatars, which are a
combination of human and Na'vi DNA cells grown to full adult size. With these 8ft
shells that look like the Na'vi and have enough human DNA in them, the human
donor's mind can be linked into the body of the Avatar. This allows humans the ability
to breath on the planet and communicate better with the aliens. See, Josh had a twin
brother who was in this deal, and an Avatar was being developed for him. But his
brother dies and because each Avatar costs the company 20 million to develop they go
to Josh who agrees to take his brother's place. The human's mind is linked into his
Avatar's body ala The Matrix.

Part Two: On the planet, Josh goes through training sessions where he learns to use
his Avatar body. Eventually, he and other "controller" (humans who are linked to
Avatar), learn to move around and survive on the planet, which is covered mostly by a
rainforest. These forests are filled with fantastic and deadly creatures like the
Manticore which is this gigantic, black-coated panther like creature with six legs and a
tail with a poisonous stinger on it. Theres' also a creature called a tenticore I think,
that's twice as big as an elephant, is armored and has a head similar to a hammerhead
shark. There's a creature called a slinger that has a long neck, and can literally sling its
dart-shaped head like a smart missile. the head nails its' prey, then it's headless body
reattaches its head by regenerating the cartilage and nerves to the head, then the
slinger eats its prey. Cameron creates all kinds of deadly creatures that infest the
forests. Also, this planet's weird magnetic field causes a particular phenomenon. Many
mountains and mountain ranges actually "float" above the planet. I can't remember
enough to explain it now, but it's explained pretty well in the scriptment. Well, the
company has a camp in the middle of this forest surrounded by guard towers and
electric fences to kkeep these creatures out. they also have gunships and 14-ft
armored hydraulic suits (reminds me a lot like the metal carrier suit used in Aliens) but

## TOP TALKBACKS

THE MANDALORIAN Is Here, and It
Is GLORIOUS -- 53 total posts (53
today) (/benny-no-good-
mandalorian-review-82613/)

Michael Bay's Billionaires To The
Rescue film 6 UNDERGROUND is set
to destroy priceless art like it is
nothing! -- 37 total posts (30 today)
(/billionaire-heroes-destroying-
priceless-art-82611/)

Advice to the Russo Brothers on how
to Fix Avengers: Endgame -- 116
total posts (23 today) (/masked-man-
endgame-issues-video-82608/)

Review of Martin Scorsese's "THE
IRISHMAN" -- 22 total posts (10
today) (/movie-review-martin-
scorsese-the-irishman-82609/)

Katie Burgess as Bad Ass Female-
Assassin, AGENT JADE BLACK! AICN
Exclusive Trailer and Poster! -- 21
total posts (5 today) (/agent-jade-
black-aicn-exclusive-82603/)

DC Universe Drops the Official Trailer
for Animated Series HARLEY QUINN!
-- 66 total posts (4 today) (/dc-
universe-animated-series-harley-
quinn-trailer-82607/)

Nicolas Cage channels his Dr.
DoLittle in PRIMAL -- 3 total posts (3
today) (/mceric-reviews-primal-
nicolas-cage-82612/)

FRIGHT FIGHT FRIDAY — HUMAN
BRACKET ROUND #3 — NORMAN
BATES VS PATRICK BATEMAN!!! -- 31
total posts (1 today) (/fright-fight-
friday-human-bracket-round-3-
82598/)

Win HEATHERS 30th Anniversary
SteelBook on Blu-ray! -- 2 total posts
(1 today) (/heathers-30th-

ABking visits AVATAR and tells all!　　　　Page 2 of 10

Case 3:20-cv-01596-VC　　Document 105-1　　Filed 09/30/20　　Page 187 of 200

with gatling guns and flamethrowers. This camp is ran by this dude who's only interested in raping the planet of its resources and making the company profit and doesn't really care about the damage mining causes on the eco-system of the planet and its aliens. Over a series of small adventures on Pandora, Josh meets this Na'vi woman who teaches him how to survive on the planet, and they become attracted to each other. Remember the Na'vi though alien, are very humanoid. Well soon conflict rises between the Na'vi, Josh, a few controllers and the company's military.

Part 3. Basically there are several battles between tne Na'vi led by Josh and the company army. Imagine gigantic tanks crashing through forests of trees 3 times bigger than the Sequoia's on Earth. Imagine these trees are so huge, gunships are flying through them weaving in an out as they blast at the Na'vi who are on foot, or flying on the backs of giant flying creatures. Imagine a couple of aerial battles in the air as gunships dodge between the floating mountains, and waterfalls in the air then flying down into the giant forests. Also, the creatures which the Na'vi can psychically link with are attacking the soldiers in their armored suits. There are battles like I've never imagined and plenty of action. josh jumps off one flying creature on the the back of one gunship, and manages to snatch the pilot out of the cockpit. There's even a scene where giant jellyfish-like creatures float through the air and cause several of the gunships to crash and explode.

There is literally too much to describe. I was exhausted after reading this scriptment, and it would make one of the best sci-fi/action/adventures ever made. But the cost to make this movie would be incredible. It would take literally 200 million at least, and the Na'vi, the Avatars, and the creatures would literally have to be computer generated. Actually, this movie could be made and made well even without Arnie, but to see an Avatar version of Arnie would be could. Imagine a eight-nine ft tall blue-skinned, slender but powerfully-muscled Arnie with cat-like eyes, fangs, three-fingers and a thumb on each hand and a panther-like tail. That's what Avatar would give you.

ABking

## FOLLOW AICN (HTTPS://TWITTER.COM/INTENT/FOLLOW? SCREEN_NAME=AINTITCOOLNEWS)

### SHARE ON FACEBOOK (HTTPS://WWW.FACEBOOK.COM/SH...

### SHARE ON TWITTER (HTTPS://TWITTER.COM/INTENT/TW...

**Shop Related Products**



End of Days (http://aax-us-east.amazon...
$6.99
Days-Arnold (172)
Schwarzenegger/dp/B00...



The Matrix (http://aax-us-east.amazon...
$3.99
Keanu- (3857)
Reeves/dp/B001XVD2...



Avatar (http://aax-us-east.amazon...
$14.99
Sam- (7496)
Worthington/dp/B003EV...



20 Million Miles To Earth (http://aax-us-adsystem.com/x/c/QsCc...
$12.99
Miles-Earth-Joan-...

anniversary-steelbook-giveaway-82610/)

**UPDATED! ekm's SPIDER-MANIA! ISSUE #12 -- SPIDER-MAN: INTO THE SPIDERVERSE (2018) AND SEQUEL -- 48 total posts (1 today)** (/updated-ekm-spider-mania-spiderverse-82584/)

## TRENDING

**SONIC THE HEDGEHOG Upgraded in NEW TRAILER! Is it Enough?** (/prometheus-sonic-hedgehog-trailer-82605/)

**Gollum & Bullseye join Matt Reeves' THE BATMAN!** (/gollum-and-bullseye-join-matt-reeves-the-batman-82590/)

**Barbarella Says Although MIDWAY Lacks Emotional Depth, It's Still Exciting and Interesting** (/barbarella-midway-review-82595/)

**An AICN Exclusive First Look at the Trailer for 1ST BORN!** (/1st-born-trailer-exclusive-82606/)

**Make an Appointment for King's Doctor Sleep!** (/mad-dashiell-doctor-sleep-82592/)

**Prometheus talks "ECHOES OF FEAR," Horror + the Elbow-Licking Myth W/ HANNAH RACE!** (/hannah-race-echoes-of-fear-interview-82602/)

**Check Out the Official Trailer for Teen Noir KNIVES AND SKIN!** (/knives-and-skin-official-trailer-82599/)

## READERS TALKBACK

ABking visits AVATAR and tells all!                                    Page 3 of 10

Case 3:20-cv-01596-VC   Document 105-1   Filed 09/30/20   Page 188 of 200



Sponsored

0 Comments    Ain't It Cool News                                    Login ▾

♡ Recommend      Tweet    f Share                          Sort by Best ▾

                    This discussion has been closed.

✉ Subscribe    🔒 Disqus' Privacy PolicyPrivacy PolicyPrivacy

Sponsored



February 6, 2000 1:50 AM CST
**Avatar Script is Online...**                               – Collapse All
by Spell Checker

For anyone interested, here's the link to the Avatar scriptment (and many others, such as
Hollow Man) online... http://www.dailyscript.com/scripts/scripts.html

February 6, 2000 1:53 AM CST
**Ooops.... it was removed... sorry..**
by Spell Checker

Sorry, it was removed... if you're interested in reading it, perhaps you could email me... that
and the Spiderman Scriptment...

February 6, 2000 2:12 AM CST
**Wow**
by Ambrose Chappell

This sounds like some pretty hard-core science fiction! I like it a lot. Floating mountains, eh?
Fourteen foot power suits? Deadly alien beasties? It could visually rival Episode I. Here's to
hoping that the characters and the plot are very good too!

February 6, 2000 2:27 AM CST
**dear God, who do I have to whore myself out with to read this sc**
by Tall_Boy

ABking visits AVATAR and tells all!                    Page 4 of 10

Case 3:20-cv-01596-VC    Document 105-1    Filed 09/30/20    Page 189 of 200

c'mon, somebody help me! cashcarstar69@hotmail.com My REAL e-mail. (hopefully I didn't just do something stupid. . .) Still, wow. I mean, ALIENS is my all time #1 favorite James Cameron movie of all time and Cameron dive into the world of sci-fi creatures realized on an even larger scale. Whoa. . .my brain simply will not process it. If I read the script, my head will probably explode or something. . .

---

February 6, 2000 3:15 AM CST
**Sounds pretty darn cool... is a bit cliche'd in the Plot departm**
by Cassius the Evil

Geez, must we have more movies about saving the environment? Guys, we get the point already. Princess Mononoke had it right... make the bad, ecology-hating villains likable! Please! And also... don't pull a "Soldier" and have Arnie's enemies be bumbling idiots that step into maddeningly obvious traps with a near-religious zeal.

---

February 6, 2000 4:04 AM CST
**Avatar: Hope for new planets**
by mpyre

Great posting, Harry. I hope this vision of a planet can be pulled off. I'm very tired of deserts, canyons, or California hills substituting for unknown worlds. Take a gander at Galaxy Quest, Starship Troopers, Soldier, Etc. We need worlds imagined like the ones envisioned by great artists like Michael Whelan--lots of alian fauna. How about huge fungul mushrooms sprouting out of jungles like Nausicaa? I remember cool landscapes from Sega's arcade game Galaxy ??? with huge alien plants the size of skyscrapers. Let's hope someone will have the planetary balls to take us to new worlds. (Please no more rocky deserts)

---

February 6, 2000 5:36 AM CST
**Avatar SUCKS**
by GDM

Okay, that's it. I've finally decided to give my two cents worth. Normally I would just read through the talk backs without contributing, but I just can't sit still after reading this post. The Avatar scriptment, in my most humble opinion, really, really sucks. And here's why: The whole Gaia theme which forms the core of the story is as well developed as that whole 'Titanic is a microcosm of society' crap. It was also extremely predictable. The way the story was structured, the Gaia revalation was supposed to be a major surprise, but right from the get go, there was no other direction this story could have taken. Considering the fantastic nature of the story, there was also a surprising lack of imagination. Praticularly lacking was the entire segment where the local princess teaches Josh the ways of the 'natural world'. This basically entails spearing fish, shooting animals full of arrows, running through the moon-lit forest and various other cliches. There is also very little character development in this scriptment. The bad guys are bad because they want to destroy nature and turn a profit, whereas the good guys want to preserve nature, regardless of the cost or sacrifice. That's it. Now, this being only a scriptment, one can assume that there would be room for the characters to develop in a full script, however, this will certainly not be the case. The story is so long, that, even if all the characters remain completely undeveloped, the movie will still run 3 hours. There is absolutely no room for real character development in this script. Simply too much is going on. As far as drama goes, the story is sorely lacking. Once it is established what's at stake and who is for nature and who is against, a rather by the numbers conflict is played out. First, there is a little skirmish between the forest dwellers and the bad humans, and the forest dwellers kick the evil humans ass. Then, the evil humans regroup and launch a major assault. Once again the forest dwellers kick the bad humans' ass and the bad humans have to retreat back to Earth. Basically, the technologically inferior forest dwellers ALWAYS kick the technologically advanced bad giys ass. It's never even close. It's always an overwhelming victory. Based on the technological imbalance between the two sides, this seem highly unrealistic, not to mention extremely unsatisfying dramatically. Sure, a few key foreset dwellers are killed, but this just doesn't do it. Not to harp on the complete lack of creativity, but I can't help but feel that one of the reasons this project was canned was for legal reasons. Virtually all of the Pandoran wildlife feels like it was transplanted right out of Wayne Douglas Barlowe's book EXPEDITION. There are too many similarities for this to be coincidental. Since Expedition is also being developed into a feature film, I can see a definite possibility of lawsuits emerging based on certain, if not all, of the Pandoran creature designs. And on a final note, let me just saw how horribly disappointed I was. I am HUGE science fiction fan and long to see a truely great SF movie grace the silver screen. Unfortunately, Avatar is not it, and in my opinion, this project will never be resurected. It is simply too mediocre of a story to justify the massive, massive cost that it will require to realise. Sigh. been a fan of this sight going on three years now, and in all that time I have never felt the need to give my opinion on talk back, regardless of whether I agreed or not with the posts. Needless to say, this time is

---

February 6, 2000 6:16 AM CST

ABking visits AVATAR and tells all!                                    Page 5 of 10

Case 3:20-cv-01596-VC   Document 105-1   Filed 09/30/20   Page 190 of 200

**I hate transparent SF!**
by Battleflag

I mean come on! Is this really SF? If it were a book would it be praised? No it wouldn't because it has nothing new to offer or explore, just cliches and an "original" fantasy setting. Why do writers treat SF as an excuse to make an action film on another planet, instead of as a film which expands/challenges our views though fantastical imagination? It should not be called SF and it should not be fucking gushed over as the 'newest greatest' SF flick. Fuck, that's what they said about ID4! What we need are some thought provoking SF scripts (2001, Akira, Blade Runner) or at least some with a little more scope and wonder/dread(Star Wars,T2). This is just fucking derivative, typical shite. Or at least it sounds so, HAHAHAHAHAHAH.....

---

February 6, 2000 6:48 AM CST
**Belated Kung Hey Fat Choi, everybody.**
by twindaggerturkey

The environmental thing isn't too cliched if done properly. It probably won't be, though. Some good environment themed films that are not too preachy: PRINCESS MONONOKE, RAPA NUI (very underrated), MEDICINE MAN. Now, Cold War paranoia is a REAL has-been theme. (Sorry, Todd.)

---

February 6, 2000 7:11 AM CST
**Sounds good, but shouldn't they hire an ACTOR for the lead?**
by Alessan

Anyway, once the rest of the world declares war on Austria, Arnie's gonna end up in a internment camp.

---

February 6, 2000 8:21 AM CST
**Two more hours with Jar Jar Binks? Fuck that ...**
by boggybri

I read this thing and it was shit. The characters were extremely flat, the story was facile and there were gaping holes in the plot. The human characters were basically redundant - they were unconcious for at least half of the script, and there wasn't even the slightest ethical qualm raised about the notion of cloning, especially for the purposes of colonising an inhabited planet. I was, however, particularly amused by a scene in which the main avatar is said to 'bust a move' at a tribal gathering, 'inspired by alot of MTV'. When will these people learn?

---

February 6, 2000 9:19 AM CST
**I have read all the talk backs and come to the conclusion that y**
by Mr Logic

Yes thats right you incensed individual totally pathetic. Just a bunch of unhealthy ``comic book owner from the simpsons'' style geeks with no talents bitching and moaning about a film you have nothing to do with. Eternal you are a moron mate. Unreal was released when? A year ago, year and half maybe. Cameron would have written this script AGES!! ago long before UNREAL came out!!. Wake up geekboy stop playing computer games and realise the world is far more complex and challenging than the little cocoon you live in. Neo, you are an even bigger moron. ``Talking with the production people from Ep 1'' oh right yes and Lucas is my dad. Give up sunshine as for the ``so much of what you see is lawnmowers and vacuum cleaners and motorcycle storage units'' revelation. JESUS tell us something we don

---

February 6, 2000 10:06 AM CST
**James Cameron made Aliens and made it really work, he can make t**
by brokentusk

I hope he makes this. I hope he does it just right. I hope I read the script before I explode...

---

February 6, 2000 10:24 AM CST
**Good on ya Eternal mate, way to go SUBVERTING YOUR OWN ARGUMENT**
by Mr Logic

``never implied that JC MUST have played the game. Yeah, I worded it like that but I banged out my post so quickly that I gave no thought whatsoever to people finding fault with it '' ahhhh...............yeeeaaaaa right! Ok thanks for proving my point. Blimey that was easy! And while your chasing your tail I will clarify that my name IS a joke. It is based on the character of the same name in VIZ a British comic book. In this comic Mr Logic is a total Pratt and annoys all around him. That

ABking visits AVATAR and tells all!                                    Page 6 of 10

Case 3:20-cv-01596-VC   Document 105-1   Filed 09/30/20   Page 191 of 200

February 6, 2000 11:15 AM CST
**Schwarzenegger??**
by The Kid

I've only read the first several pages of the scriptment so far (copied it off the net when it was posted, before it was taken down), but how do you figure Schwarzenegger? I can sort of see it with a haggard-looking make-up job, but the guy has a huge build. Josh is slumped in a wheelchair with slightly shrunken, paralyzed legs. I doubt Schwarzenegger is right for this.

February 6, 2000 11:15 AM CST
**please make this movie before I die. Please, I said pretty pleas**
by eddie munster

Let's not make three other shitty actionflicks, take that money and make this film NOW!!! This sounds just a wee bit better than a lot of other sci-fi shit that I've been reading about on this site. Including that Batman bullshit, who needs that? I don't care if Arnold is involved, only he's gonna ask $20 milion just to be in it and if that means the project may not be made... well fuck him and his bankaccount. Do this movie James, make it so. Cheers

February 6, 2000 11:51 AM CST
**Good lord, Logic...grow up.**
by Basquiat

I posted something a while back about fans needing to be a little more positive about upcoming films and not to be overly critical in their anticipation...but Jesus, now I feel obligated to say something in their--our--defense. Mr. Logic, I don't know how much you know about this site or how often you drop by, but Christ, pal, most folks know that quite a few posts are made by people who are actually in the Industry here in the U.S. This Neo guy may very well have been in touch with Ep.1 team members; that's not something all that unusual here. As far as folks "up top" not giving two shits about the opinion of "fanboy twits," it might interest you to know that a hell of a lot of studio execs value unofficial polls of sites like this one, listening to reader feedback when making moves on a film. I usually hate getting into little chat-room tiffs on what's supposed to be a list of posts about the preceding article, but that petty rant of yours was a little over the top, my friend. You either need to cut back on the caffeine and start posting something that requires thought, or wait a few years before coming back, because you could use a serious attitude adjustment. Your puddle of bile up there says it all, child...grow up.

February 6, 2000 11:51 AM CST
**I've got a copy too, Moooo Ha Ha**
by Nappa Master

But if anyone wants it e-mail me at lw99dds@brunel.ac.uk

February 6, 2000 1:53 PM CST
**Do the Na'vi have intercourse with the cranial protrusion????**
by lickerish

I would simply burst in vibration if I could experience those wild alien's sexual acts...how would their pleasure moans sound? Is there any way to make love on both sides of the connection? If a human man were stroking my thighs and kneading my primary while an avatar male was sliding his avatar staff onto me...all this during the hook up stage...could i hook up..would my neural circuitry be too preoccupied on either end to make a decision...or would it only be equivalent to fantasizing during an insipid bout of slagging here in the human form...since we only have a finite amount of sensory nerves preprogrammed..they may only be able to feel one body at a time...what a pity..perhaps with a bit of tinkering they could be modified to process both forms to different parts of the brain...which would be amazing...like being in two dimensions at once..like being biniscient with bipresence...

February 6, 2000 2:19 PM CST
**This forum is for opinions...**
by Mediator

...therefore, there will be opinions and bitching on it. That's what it was created for, the sharing of ideas. As for Mr. Logic, who the hell are you? A lot of insiders and very powerful entertainment people read this sight everyday, so before you go criticizing everyone in one of your rants stop to consider that maybe the person bitching actually knows what they're talking about. It gets annoying when people attack one another on here for something they said or expressing an opinion. If anyone has a point, just f-ing state it. By the way, this movie will suck, if it ever even gets made.

ABking visits AVATAR and tells all!        Page 7 of 10

Case 3:20-cv-01596-VC    Document 105-1    Filed 09/30/20    Page 192 of 200

February 6, 2000 2:24 PM CST
**If 'Avatar' is like 'Unreal...'**
by Powerslave

...it will be very pretty, and very dull. That game was so boring. :) Although, it was fun to pick off Nalis with the sniper rifle.

February 6, 2000 2:29 PM CST
**My problems with Abking...**
by Obscure Homage

I have a big problem with Abking/Mbaction because of the simple fact that he made an ass out of himself with his one year+ End of Days rampage and he tore apart anyone who even had the slightest doubt about the overwhelmingly disappointing flick. When the movie was finally released to harsh reviews and a lackluster box office, Mr. Abking would not admit that he was wrong. Now comes the icing on the cake...He starts off his Avatar review (which is suspicious considering that Garth posted one last week) saying that "Avatar is going to be the action blockbuster that End of Days wasn't." The sick, twisted cycle repeats itself again. I will look foward to reading Abkings incessant ramblings about how much The Sixth Day is going to kick ass, and I hope he will find the nerve to admit that he is insane if the movie tanks. A scenario that seems as likely as an End of Days sequel.

February 6, 2000 3:21 PM CST
**A great Science Fiction film script is languishing unmade in my**
by jalora

...and people want to make this drivel? Cameron's Spiderman "scriptment" was crap, too. I can't believe they are shooting that crap. I mean, Electro and the Sandman? Where the heck is Doc Ock or the GREEN GOBLIN? Cripes. The King of the World is slipping...

February 6, 2000 4:15 PM CST
**SIMPLYSCRIPTS.COM**
by knight_of_Ni!

For all you boys and girls out there looking for all these scriptments and screenplays, this sight has 'em all!! They STILL have Avatar, they have both Cameron's Spiderman and a full script of what was supposedly his and some other guys (they're awful though), they even have that wonderful AvP script along with Gibson's version of Alien 3. Do yourself the favor folks, just bookmark this page and check it often, cause they scour the web for you and find all these beauts.

February 6, 2000 4:22 PM CST
**Science Fiction**
by Elohim

It's always a shame to see movies with a lot of potential resort to themes that have proven successful in order to sell tickets. The bottom line is that no one wants to shell out $200 million to make a movie that might tank. It's better to play it safe and give the audience a storyline they are familiar with so that everyone focuses on the one thing that is certain to be good... the special effects. A compelling story is much more difficult (and more risky box office wise) to pull off. There is a lot of potential in Avatar. Josh (btw someone with the name Josh should never under any circumstances be played by Ahnuld) is a broken man who is given a new, healthy body. He has divided loyalties... the company gave him this second chance, but the aliens have taken him in and accepted him. Throw in that the resources mined here are of vital importance in solving a major energy crisis on Earth, and the aliens are particularly alien (meaning that they have some customs that are decidedly morally distasteful to the audience) and you have some real conflict. The humans are doing their best to protect the environment, but you can't make an omlet without breaking some eggs.. etc. The aliens have been known to wipe out entire mining colonies for reasons that seem trivial to us, but very important to them. These are turns that the movie could take. Things that might give us something that we haven't seen before (or at least not much). Will it happen? Probably not. I forsee a trite (the planet is named Pandora... sheesh) environmental fable with very pretty special effects that will make tons of money, and I understand why it has to be that way. But that doesn't keep me from wishing that movies could be better.

February 6, 2000 5:32 PM CST
**A Talkback with my name all over it**
by Lightstormer

ABking visits AVATAR and tells all!                                        Page 8 of 10

Case 3:20-cv-01596-VC    Document 105-1    Filed 09/30/20    Page 193 of 200

OK. Since I really don't want to fall into the pit of the endlessly-debating fanboys with "this sucks" / "that sucks" / "YOU suck," I'm going to resist the urge to tell all the Avatar nay-sayers to go piss up a rope. OK, well... at least, not to each one individually. Collectively, I think you should all go piss up a rope. Anyway, I'd like to remind anyone that thinks Cameron is your average hollywood "just-write-more-action-tripe" writer about the man's track record. Let's go through it, now... Terminator / Rambo II / Aliens / The Abyss / T2 / True Lies / Titanic, as well as the the STAN LEE-APPROVED original script and scriptment for Spiderman, not to mention the obscure but fascinating "Crowded Room," which, I see, Neo has the sense to appreciate. So, yes, the man has done a lot of action. BUT IT'S GOOD ACTION. And that's not all it is. James Cameron has NEVER written some shitty Jean Claude Van Dumbshit script, nor has he written anything as wretchedly bad as "Starshit Troopers." The man writes for *people*. He really does. What would The Abyss be without the relationship of Bud and Lindsey? How affecting would Aliens be without a scared little girl and Ripley (who was looking for a daughter to fill the void of the one she had lost?) Think about the reason why Kyle Reese traveled through time to fight the Terminator, KNOWING he wouldn't come back? Because he was in love with Sarah. Cameron knows that there's more to SF and action stories than just wild visuals and chase scenes. He knows that if there's no emotional investment on the part of the audience, then the story won't mean dick to them. And, yes, we can sometimes see where a relationship or a storyline is heading in his scripts. (Who couldn't tell in the first act of the Abyss that Bud & Lindsey would be back together in the end?) But that's because it's the most logical progression of the story. He wouldn't pull some horrible trick out of his ass in the midway point just so he could say, "HA! Tricked you!" That's not how story structure works. If that's what floats your boat, watch more Kevin Williamson movies. Cameron is one of the best writers in the industry, hands down. His movies have influenced scores of filmmakers today. It's unfortunate that some of them have missed the aspect of the emotional involvement in the storytelling. At any rate, a lot of the pissing and moaning contrarians who frequent AICN may not be aware that Jim was weaned on many of the same classic SF and comics as they/you/we were. Spiderman was a labor of love for him. He's always loved Stan Lee's work. He read all the classic SF tales, was fascinated by ideas like space travel, underwater technologies and civilizations; he was particularly inspired by "2001" and envious of Star Wars. ("That movie pissed me off. I wanted to MAKE that film.") He lives and breathes science. In college, he double-majored in physics and art. Nice right brain /left brain reconciliation, there. OK, OK... so I'm giving you the man's bio. Sorry. But I'm just saying the guy knows his shit. So take some of that into consideration before you want to just stand up and say "the guy made Titanic, and that was phenomenally successful, so I'm only cool if I say everything he does sucks. God knows, if you like something that a LOT of people like, then you have no integrity." Whatever. There's a lot more to the guy than most people give him credit for, and the same goes for his work. (Yes, I know... I'd feel less enthused if I ever worked for the man. Perhaps, but that's a different subject.) And whereas this *particular* version of AVATAR is concerned, remember that it IS a TREATMENT. (OK, "Scriptment," which Jim coined, but I'm sure a lot of aspiring writers will be using.) It is NOT a fleshed-out written-in-stone script. It is his initial ideas of the visuals, the characters, the story structure, etc. It is the clay on the table. Sadly, it may not become anything more, since even Jim realizes it would be a little too expensive and difficult to make. Plus, he's got 3 or 4 other projects right now. (Dark Angel, A CG Mars IMAX movie, and a sister Mars Mini-series.) The budget for Avatar was expected to START at $300 million. I don't think even Jim wants that kind of pressure. (It would be ok if it became his next Titanic, but it would be death if it were his next Strange Days.) Anyway... I've hero-worshipped long enough. Give the guy a break. At least he didn't give us Phantom Menace. (Just kidding, George.)

---

February 6, 2000 5:43 PM CST
**I don't care if it's cliche I need a damn good science fiction m**
by mr_Marbles

I am very disapointed in people who bash movies that in my opinion will help a genre that is slowly dying. In the past movie goers were treated to dozens of sc-fi related movies a year, but recently there has been a lacking amount. I don't care if the story isn't entirely new or thought provoking, all I want is a decent movie that will take me to another place for 2 hours and give me a thrill ride that makes your jaw drop. BTW if any of you liked star wars Episode one I can't see why you wouldn't like Avatar, because that movie sucked.

---

February 6, 2000 7:07 PM CST
**Avatar CGI**
by Fruit Bat

Wait a sec! I read that Avatar was supposed to be an all-CG movie. (On dark horizons, I believe). What's with that?

---

February 6, 2000 10:32 PM CST
**Shout out to all my Tackback Peeps who sent me Avatar scriptment**
by Tall_Boy

Whoa, slided into ghetto speak there. Well, thanks anyways guys. Ah, the unity of geekdom. . .

ABking visits AVATAR and tells all!                    Page 9 of 10

Case 3:20-cv-01596-VC   Document 105-1   Filed 09/30/20   Page 194 of 200

February 7, 2000 12:04 PM CST
**You want Cameron stories?**
by Lightstormer

Neo (A very cool MF'er)-- I suppose I should just Email this instead of posting, but I love sharing these things with the public. *Lightstormer's Favorite Cameron Stories* 1) In Rome, after being fired on "Piranha 2" by an irrational executive producer, Cameron used his credit card to break into the studio's editing room at night, learned how to work the Italian equivalent of a KEM editing machine, and re-edited the movie *his way* over a couple of weeks. 2) As legend had it, Jim drove laps in his Ferrari inside the nuclear reactor they used as the "A-Tank" on the Abyss (after it was drained, of course.) Jim's reply to that story: "Not true, but not a bad idea." 3) Echoing the T2 helicopter story, in True Lies, Jim reassured Jamie Lee Curtis that she would be perfectly safe hanging out of the chopper during the Florida Keys chase sequence. She asked him where he was going to be. "I'm going to be the one hanging over you, filming." 4) Again on True Lies: Following the chase out of the billionaire's Swiss mansion, when Arnold shoots his gun 5 inches from Tom Arnold's face, taking down the last two ski-troops, Tom was worried whether or not this gag was safe. Jim sat in Tom's place and told Arnie to fire the gun the way he was supposed to. BLAM! No problem. Places, everyone. Of course, there are several more stories I could tell, but I'm not 100% with all the details, and I'd hate to get something wrong.... Oh, and just so's I'm on-topic, I'm only about 30 pages into my copy of the AV scriptment, but so far it's pretty damned interesting. BTW, NEO, you can find a copy of the "Crowded Room" script online at (No, this is not my site.) I highly suggest it. It's a remarkable read.

February 7, 2000 12:09 PM CST
**ABKing...**
by JON1969

I love the big man ... but I would not wish to see the Arnold in this film. He lacks the range ... this film would need, anyway Cameron is not making this film. It is over .. dead! It is a interesting piece of work, but he's moved on ... and how much would this film cost? 300 mill ... forget! Still for the sake of fanboy discussion ... why not add this to Arnold's plate ... he will never get a around to doing it and it will never get made. Im would rather see a young actor in the role ... Jude Law ... or someone else. What does everyone else thinks?

February 7, 2000 12:45 PM CST
**mis-casting Josh Sully.**
by Revelare

Arnold? No. When reading this I saw Josh Sully played by someone like Nicholas Cage. You know, someone that can act. Since Cameron wants to do this film in all CGI, Cage's features can be incorporated into the alien's CGI. However, I also saw this film as being a mixture of CGI-live action. At least the humans and the sets they're to be on. I would *LOVE* to see how James Cameron envisions the city on the moon. "City lights spider-webbed across the darkside of the moons surface."

February 7, 2000 1:43 PM CST
**ARNOLD???**
by Matchstick77

Have you really READ the scriptment? Josh, the protagonist of the film, is a war vet with no ability left in his legs...He is disallusioned and goes to Pandora initially because they offer him a chance to walk again. That kind of pain and elation could never be handled by the Austrian, much as I love his work with Cameron. Might I suggest, since so much of the movie IS CGI and does not require a star of Arnold's caliber (driving cost further up) that an excellent character actor with an expressive voice might be MUCH better suited..Any suggestions? :)

February 7, 2000 10:04 PM CST
**AVATAR**
by Lobanhaki

Sounds good to me. Personally speaking, I'm excited to hear about a movie like this. I've had the privilege of growing up in an era that's seen the work of Spielberg, Lucas, and Cameron, men who have collectively taken Sci-Fi out of the cinematic ghetto and propelled it into new territory. The possibilities are great. In my amateur opinion, Lucas's work on the prequel trilogy could very well open the doors for more and better science fiction and fantasy pictures, including Cameron's. Cameron is a pioneer, no doubt about it. He is always willing to come up with new solutions to problems other people just avoid dealing with.

February 8, 2000 3:15 PM CST

ABking visits AVATAR and tells all!                                    Page 10 of 10

Case 3:20-cv-01596-VC   Document 105-1   Filed 09/30/20   Page 195 of 200

**Dances with the Abyss of the Jedi**
by bradshcw

I like Cameron but this scriptment read like Dances with Wolves and I mean right down to the big hunt scene, the relationship with the native...it's pretty easy to go and on. I can't see how they could afford to make this as live action but as an Akira-style anime flick it would rock. The primary problem is the story. Too much DwW, Abyss and Jedi. of course James has never been too original. Check Starship Troopers for his inspiration for Aliens, Demon with A Glass Hand for Terminator...and anything on Lifetime for Titanic. Well, I'd still go because he somehow manages to breath life into these retreads but I'd bet you just about anything this take on Avatar never gets made.

---

February 8, 2000 11:51 PM CST
**Would probably make a better anime**
by Sith Lord Jesus

Want AVATAR to look as good as what Cameron visualizes and *not* cost friggin' Fort Knox to make? Give it to Miyazaki or one of the other anime giants over in Japan. A good anime studio--such as the people who gave us MACROSS PLUS or GHOST IN THE SHELL--would crank out a flick that would put anything made by Cameron AND Lucasfilm combined to shame. It wouldn't cost US$300 mil, and Arnie could still do the voice acting for his character. Just a thought.

---

October 15, 2009 9:36 AM CST
**lol**
by judge dredds fresh undies

test

test

---

# Exhibit Z2

9/23/2019                                   Ain't It Cool News - View Article



ABking visits AVATAR... and tells all!

Father Geek here, our resident Arnie & Sly spy ABking sent in the following report on Cameron's AVATAR scriptment. Now, I know some of you might have already picked up this info someplace or another, but I'm betting the great majority of our readers will be blown away by this project that James has been quitely toying with for a while now in the shadow of SPIDERMAN. This is the stuff of dreams...

For anyone reading this, this is what I thought about James Cameron's amazing scriptment/treatment for AVATAR. Cameron should make this right away because it will be his big version of STAR WARS. While reading this scriptment, only one movie star came to mind to play the hero. It was Jim's good friend Arnold Schwarzenegger.

I think Josh's character would be perfect for Schwarzenegger. The story start's of with Josh a bit downtrodden in a lot of ways like Arnie's character in End of Days. Maybe even more so. Avatar is the action epic that End of Days should have been, and I'm willing to bet on the epic level of With Wings As Eagles or Crusade.

I'll try to tell the story basically in three parts.

Part A: Josh ends up becoming part of a company program that mines resources from a distant planet called Pandora. On this planet are a race of 8ft tall, humanoid aliens called the Na'vi. The company has developed a process to "grow" Avatars, which are a combination of human and Na'vi DNA cells grown to full adult size. With these 8ft shells that look like the Na'vi and have enough human DNA in them, the





on the planet and communicate better with the aliens. See, Josh had a twin brother who was and an Avatar was being developed for him. But his brother dies and because each Avatar company 20 million to develop they go to Josh who agrees to take his brother's place. The human's mind is linked into his Avatar's body ala The Matrix.

Part Two: On the planet, Josh goes through training sessions where he learns to use his Avatar body. Eventually, he and other "controller" (humans who are linked to Avatar), learn to move around and survive on the planet, which is covered mostly by a rainforest. These forests are filled with fantastic and deadly creatures like the Manticore which is this gigantic, black-coated panther like creature with six legs and a tail with a poisonous stinger on it. Theres' also a creature called a tenticore I think, that's twice as big as an elephant, is armored and has a head similar to a hammerhead shark. There's a creature called a slinger that has a long neck, and can literally sling its dart-shaped head like a smart missile. the head nails its' prey, then it's headless body reattaches its head by regenerating the cartilage and nerves to the head, then the slinger eats its prey. Cameron creates all kinds of deadly creatures that infest the forests. Also, this planet's weird magnetic field causes a particular phenomenon. Many mountains and mountain ranges actually "float" above the planet. I can't remember enough to explain it now, but it's explained pretty well in the scriptment. Well, the company has a camp in the middle of this forest surrounded by guard towers and electric fences to kkeep these creatures out. they also have gunships and 14-ft armored hydraulic suits (reminds me a lot like the metal carrier suit used in Aliens) but with gatling guns and flamethrowers. This camp is ran by this dude who's only interested in raping the planet of its resources and making the company profit and doesn't really care about the damage mining causes on the eco-system of the planet and its aliens. Over a series of small adventures on Pandora, Josh meets this Na'vi woman who teaches him how to survive on the planet, and they become attracted to each other. Remember the Na'vi though alien, are very humanoid. Well soon conflict rises between the Na'vi, Josh, a few controllers and the company's military.

Part 3. Basically there are several battles between tne Na'vi led by Josh and the company army. Imagine gigantic tanks crashing through forests of trees 3 times bigger than the Sequoia's on Earth. Imagine these trees are so huge, gunships are flying through them weaving in an out as they blast at the Na'vi who are on foot, or flying on the backs of giant flying creatures. Imagine a couple of aerial battles in the air as gunships dodge between the floating mountains, and waterfalls in the air then flying down into the giant forests. Also, the creatures which the Na'vi can psychically link with are attacking the soldiers in their armored suits. There are battles like I've never imagined and plenty of action. josh jumps off one flying creature on the the back of one gunship, and manages to snatch the pilot out of the cockpit.



http://www.aintitcool.com/display.cgi?id=5169    Go    SEP   **JAN**   MAR

◄   **23**   ►

2002   **2003**   2007

8 captures
23 Sep 2002 - 2 Oct 2017

▼ About this capture

There is literally too much to describe. I was exhausted after reading this scriptment, and it would make one of the best sci-fi/action/adventures ever made. But the cost to make this movie would be incredible. It would take literally 200 million at least, and the Na'vi, the Avatars, and the creatures would literally have to be computer generated. Actually, this movie could be made and made well even without Arnie, but to see an Avatar version of Arnie would be could. Imagine a eight-nine ft tall blue-skinned, slender but powerfully-muscled Arnie with cat-like eyes, fangs, three-fingers and a thumb on each hand and a panther-like tail. That's what Avatar would give you.

ABking

PREV    TALK BACK    MORE ON THIS TOPIC    NEXT

USERS TALK BACK:

| | |
|---|---|
| **Shout out to all my Tackback Peeps who sent me Avatar scriptment!!!** | 2000-02-06 22:32:19 |
| **mis-casting Josh Sully.** | 2000-02-07 12:45:57 |
| **You want Cameron stories?** | 2000-02-07 12:04:33 |
| **Avatar Script is Online...** | 2000-02-06 01:50:57 |
| **Ooops.... it was removed... sorry..** | 2000-02-06 01:53:09 |
| **Wow** | 2000-02-06 02:12:09 |
| **dear God, who do I have to whore myself out with to read this script?!** | 2000-02-06 02:27:59 |
| **planet of GOR ? John CARTER WARLORD OF MARS? where's TARS TARKAS?** | 2000-02-06 02:36:44 |
| **Sounds pretty darn cool... is a bit cliche'd in the Plot department.** | 2000-02-06 03:15:00 |
| **Avatar: Hope for new planets** | 2000-02-06 04:04:18 |
| **Avatar SUCKS** | 2000-02-06 05:36:17 |
| **I hate transparent SF!** | 2000-02-06 06:16:40 |

9/23/2019                                      Ain't It Cool News - View Article





I have read all the talk backs and come to the conclusion that you are all pathetic          2000-02-06 09:19:38

James Cameron made Aliens and made it really much, he can make this.                          2000-02-06 10:06:18

Good on ya Eternal mate, way to go SUBVERTING YOUR OWN ARGUMENT WITHIN           2000-02-06 10:24:20
YOUR POST!!!

Do the Na'vi have intercourse with the cranial protrusion????                                2000-02-06 13:53:53

Schwarzenegger??                                                                             2000-02-06 11:15:06

please make this movie before I die. Please, I said pretty please with sugar on top           2000-02-06 11:15:49

Good lord, Logic...grow up.                                                                   2000-02-06 11:51:07

I've got a copy too, Moooo Ha Ha                                                              2000-02-06 11:51:30

This forum is for opinions...                                                                 2000-02-06 14:19:30

If 'Avatar' is like 'Unreal...'                                                               2000-02-06 14:24:39

My problems with Abking...                                                                    2000-02-06 14:29:07

A great Science Fiction film script is languishing unmade in my dresser drawer...             2000-02-06 15:21:16

SIMPLYSCRIPTS.COM                                                                             2000-02-06 16:15:51

Science Fiction                                                                              2000-02-06 16:22:45

A Talkback with my name all over it                                                           2000-02-06 17:32:21

I don't care if it's clishe I need a damn good science fiction movie                          2000-02-06 17:43:41

Avatar CGI                                                                                    2000-02-06 19:07:35

ABKing...                                                                                     2000-02-07 12:09:09

ARNOLD???                                                                                     2000-02-07 13:43:58

AVATAR                                                                                        2000-02-07 22:04:42

Dances with the Abyss of the Jedi                                                             2000-02-08 15:15:43

Would probably make a better anime                                                           2000-02-08 23:51:09

**Home | News | Coaxial News | Reviews | Live Chat | Contact | Search | Forums | Harry's World | Voices | Museum | Links**