# Exhibit A3



# AICN: COOL NEWS

## ABKing visits AVATAR... and tells all!

Sunday, February 6, 200...

**Father Geek here, our resident Arnie & Sly spy ABKing sent in the following report on Cameron's AVATAR scriptment. Now, I know some of you might have already picked up this info someplace or another, but I'm betting the great majority of our readers will be blown away by this project that James has been quietly toying with for a while now in the shadow of SPIDERMAN. This is the stuff of dreams...**

For anyone reading this, this is what I thought about James Cameron's amazing scriptment/treatment for AVATAR. Cameron should make this right away because it will be his big version of STAR WARS. While reading this scriptment, only one movie star came to mind to play the hero. It was Jim's good friend Arnold Schwarzenegger.

I think Josh's character would be perfect for Schwarzenegger. The story start's of with Josh a bit downtrodden in a lot of ways like Arnie's character in End of Days. Maybe even more so. Avatar is the action epic that End of Days should have been, and I'm willing to bet on the epic level of With Wings As Eagles or Crusade.

I'll try to tell the story basically in three parts.

# Exhibit B3





# The HOLLYWOOD FILM FESTIVAL needs your movies now!

OK geeks and other aspiring film maker types, you want Debra Hill to see your work, or what about Norman Jewison, Richard Donnor, or maybe even James Cameron? Well then, FATHER GEEK has a solution for you. Enter the 4th annual Hollywood Film Festival, send them a print of your stuff. The worst that can happen is they'll tell you it stinks and then you'll know and can get on with your life, buuuut maybe... just maybe they'll love it and your foot will finally be in the door and you'll be on the road to fulfilling all those dreams. People are going to be selected, some are going to earn awards, and some will actually sell their projects. Why not You? All the info is right below, and if you happen to hit a home run just remember ol' FATHER GEEK is who told you about it right here at Aint It Cool News.

**CALL FOR ENTRIES: http://www.callforentries.com**

4th ANNUAL HOLLYWOOD FILM FESTIVAL(R) - Aug. 3 to 7, 2000 Access to Agents, Distributors, Executives and Financiers. Conferences - Screenings - Market - Parties - Gala Ceremony http://www.hollywoodfestival.com - DEADLINE: MARCH 31st - SUBMIT NOW!

Our finalist films have been picked up by companies such as HBO, Miramax, Indican Pictures, Seventh Art Releasing and Starz among others. HFF's Special Issue in the Hollywood Reporter is sent to 125,000 industry professionals. http://www.submitfilms.com



The Hollywood Film Festival gives you the opportunity to access potential buyers/partners for your project(s). During the Festival the Hollywood Film Conference(TM) includes more than 100 panelists from the Hollywood community - agents, directors, producers, studio executives, cinematographers, distributors, casting directors, editors, etc. Last year 25 presidents of studios, production companies and agencies participated in our panels. The trade paper "Daily Variety" calls the Hollywood Film Conference(TM) "Second to none." We have 20 executives from distribution companies on our Board of Advisors. We believe that if your film is selected by us, a lot of distributors, agents and executives will become aware of your work.

The Festival chairs and co-chairs include Tony Bill, John Briley,James Caan, James Cameron, Martha Coolidge, Wes Craven, Richard Donner, Moctesuma Esparza, Laifun Chung, Gene Hackman, Debra Hill, Arthur Hill, Peter Hyams, Norman Jewison, Val Kilmer, Ted Kotcheff, Martin Landau, Mimi Leder, Jack Lemmon, Penny Marshall, Paul Mazursky, David Permut, Fred Roos, Mark Rydell, John Schlesinger, Tom Schulman, Quentin Tarantino, Irwin Winkler, and James Woods among many other Hollywood notables.

DEADLINE FOR ENTRIES: MARCH 31, 2000. SUBMIT NOW! http://www.callforentries.com

For more information visit our website at: http://www.hollywoodfestival.com or send a SASE to the Festival at :

Hollywood Film Festival(R) 433 N. Camden Dr., Ste. 600, Beverly Hills, CA 90210. awards@hollywoodawards.com Fax 310.475.0193

USERS TALK BACK:

| ReelUniverse.com is better | 2000-02-07 03:54:01 |
| Use your heads | 2000-02-07 02:03:59 |
| Too late for this year. | 2000-02-07 04:46:56 |



# Harry, and Roger, and The Dude... Just what are they up to?

Well fellow film geeks, this morning (the 5th) at 5:15 am Cool Standard Time Father Geek put Harry on board a Delta flight to Atlanta. What for? To make a connecting flight to ARUBA a small island off the coast of Colombia. What for? To meet up with ROGER EBERT and that best bud of the COEN BROS none other than THE DUDE himself. You see The Dude arranged for Harry, Roger and himself to be guests at a multi-national Film Festival being held on 2 continents and 2 oceans.

They start out at the Caribbean Town Beach Resort in Oranjestad,Aruba a Dutch protectorate. For the next 8 days they will be watching 3 films a night on board ship and then spend the days in some exotic port-of-call hanging out, getting into trouble, and probably catching another flick or two. Where might these other ports be ye ask? Well, CURACO for one and that city in COLOMBIA that Mike Douglas visited for another. I want some of those Yellow Crock boots Harry, don't forget. Size 13! Then there's the SAN BLAS ISLANDS, PANAMA CITY, the CANAL, and, well they end up in SAN JOSE, COSTA RICA a mile high on the slopes of a couple of active volcanos. TOO, TOOOOO COOOOL.

9/29/2019                                Ain't It Cool News - View Article

http://www.aintitcool.com/display.cgi?id=5170          Go



one of those electric converter kits and the international phone
connection kit, and Harry took his Digital Camera and his Laptop
battery charger and a surge protecter and his cell phone, but we really
don't know. He's been able to update from England, Canada, and
Holland on past trips, but this is uncharted territory for net
connections. If nothing has appeared from him by Sunday night (the
6th) I'll assume he can't get through and do the best I can from AICN
Headquarters. So all you operatives out there send in your reports and
ol'FATHER GEEK will post'um.

An update (the 6th 3pm)... and an important message to Harry, if you can read this.

Well, Father Geek was just checking the backlog of voice mail here at
Geek World Headquarters when I ran across a cryptic message from
The Dude. It was something about picking up some walky-talkies, and
not being able to trust cell phone communication. Then he ambled off
on to a broken up message about reclaiming the canal for the good old
USofA, or something like that. He seemed somewhat disorientated,
mumbling about Bush not following through... or something... it was
difficult to follow. Then he was talking about Colombia and Noreaga(?),
or someone. Just too Oliver Stone... hey, he isn't on this trip is he?

All I can say is, "Harry... DON'T take any packages through
customs for The Dude!"

Remember the lessons of MIDNIGHT EXPRESS, and BROKE DOWN
PALACE, and SNEAKERS, and THREE DAYS OF THE CONDOR, and
HAVANA, and MISSING, and SALVADOR, and MOSQUITO COAST, and
THE COMEDIANS, and I WALKED WITH A ZOMBIE, and ZOMBIE, and
MAKE THEM DIE SLOWLY, and DEEP RISING, and THE POSIDEON
ADVENTURE, and... and you did pack that CASTAWAY script, didn't
you?



http://www.aintitcool.com/display.cgi?id=5171    [Go]    APR **MAY** SEP

4 captures
28 May 2001 - 3 Nov 2003                                    2000 **28** 2002
                                                                 **2001**    ▼ About this capture

Click here for your Free Credit Report                    AOL 6.0
                                                          click here

AICN: COOL NEWS                  Wireless deals @
                                 ATTwireless.com. Click here.

                                              Monday, February 7, 2000

**COOL NEWS**      **BionicGirl checks out REINDEER GAMES**
**COAXIAL**
**REVIEWS**        **BionicGirl sent Father Geek her feelings about REINDEER GAMES**
**OPINIONS**       **today, here's her take...**
**LIVE CHAT**
**FORUMS**            Mysterio delivered an accurate, detailed description of REINDEER GAMES. His comments were
**MULTIMEDIA**     insightful and lucid. You see, this is not a legendary film; it doesn't even aspire to that status. It's not
**CONTACT**        even....well....good. But what Mysterio failed to mention was that this movie is fucking entertaining.

More AICN    ▼        The, uh, "twists" are [and perhaps meant to be?] spotted a mile away. Through much of the movie,
                   Charlize Theron looks as vapid as Denise Richards on Mole Day. There's a point at which Gary Sinise--
**PSST!**          who is, as some Talk-Backer pointed out, doing his best Gary Oldman--takes off his jacket revealing a
                   hugely muscled body and an itty wee head, rendering him reminiscent of Popeye. And then there's the
**KEYWORD SEARCH:**  current trend in bland, mainstream fare to stick quirks into your supporting characters to liven up the
                   joint....REINDEER GAMES offers us a Business Week reading thug who's been a pain in the ass to
[            ] GO!  Sinise ever since he "started going to night school."
MORE SEARCH OPTIONS
                      All of these are reasons why I should have hated this movie. For my sins, against my better judgment,
**FREE WEBMAIL**   to my detriment, shock horror, blah: this movie was funny as hell. One-liners....ridiculous violence....Ben
Login:             Affleck's attempts to be Roger Moore's eyebrows....the premise itself, man....somehow it came together.
[            ]     The expression "so crap, it's ace" is a terrific way to sum up REINDEER GAMES. Don't get me wrong,
Password           if you live in New York, this movie isn't worth your $9.50. But for those of you who still get movies for
[            ]     under $5, it's a fun, kitsch alternative to SCREAM 3, EYE OF THE BEHOLDER, etc.
[Login]  New users
         sign up!     Oh, and uh, one last thing. For those of you who're interested in this cos Ms. Theron pops her top, it's
                   so not worth it.

**NEWS ARCHIVE**
Week of 05/13
Week of 05/06
Week of 04/29
Week of 04/22

# Exhibit C3



## ABking visits AVATAR... and tells all!

Sunday, February 6, 2000

Father Geek here, our resident Arnie & Sly spy ABking sent in the following report on Cameron's AVATAR scriptment. Now, I know some of you might have already picked up this info someplace or another, but I'm betting the great majority of our readers will be blown away by this project that James has been quitely toying with for a while now in the shadow of SPIDERMAN. This is the stuff of dreams...

For anyone reading this, this is what I thought about James Cameron's amazing scriptment/treatment for AVATAR. Cameron should make this right away because it will be his big version of STAR WARS. While reading this scriptment, only one movie star came to mind to play the hero. It was Jim's good friend Arnold Schwarzenegger.

I think Josh's character would be perfect for Schwarzenegger. The story start's of with Josh a bit downtrodden in a lot of ways like Arnie's character in End of Days. Maybe even more so. Avatar is the action epic that End of Days should have been, and I'm willing to bet on the epic level of With Wings As Eagles or Crusade.

I'll try to tell the story basically in three parts.

# Exhibit D3

# Ain't It Cool News (www.aintitcool.com)

| HOME (/) | COOL NEWS (/SECTION/COOLNEWS/) | COAXIAL (/SECTION/COAXIAL/) | REVIEWS (/SECTION/REVIEWS/) | COMICS (/SECTION/COMICS/) | CONTACT (/CONTACT/) | SEARCH Q (/SITE-SEARCH/) |

---

## MOVIE NEWS

## James Cameron stresses BATTLE ANGEL ALITA is his next'!'!'

Published at: Aug. 9, 2005, 9:49 a.m. CST by staff (https://twitter.com/)

Hey folks, Harry here... I'm so anxious to see Jim actually shooting on BATTLE ANGEL ALITA, I just need to see a new Cameron feature film. Also - I've been getting strange reports from around the web of Cameron's script treatment to AVATAR being forced off their script sites - which has me poking around to see if Cameron is looking to get AVATAR going again - or could that be Project 880? Naaah, PROJECT 880 is probably the film that comes out of the screen and starts bitchslapping you in your theater seat. Damn that Cameron and his futuristic filmgoing technology!

Hey guys,

Exciting news: it seems that "Battle Angel" is a definite go despite rumors that Cameron might delay it for the mysterious "Project 880." In an Aug. 9 article on The Independent website about Cameron's "Last Mysteries of the Titanic" documentary, he talks about Battle Angel, saying that the story will focus on Alita's relationship with a human man (probably Hugo from the manga).

"Finally, though, he thinks the time is right for him to return to feature films because he can now harness new technology to make something entirely fresh. Unsurprisingly, he has opted for an almost insanely ambitious sci-fi blockbuster. It is clear that the director of such ground-breaking films as The Terminator and Terminator 2, Aliens, The Abyss, and True Lies wants his comeback movie to make as big a splash as they

## TOP TALKBACKS

LEGO CATWOMAN becomes the Real CATWOMAN in Matt Reeves' THE BATMAN! -- 4 total posts (4 today) (/zoe-kravvitz-catwoman-the-batman-82533/)

ekm's 31 NIGHTS OF HORROR: EVENING 14 -- MINORITIES IN HORROR -- 21 total posts (4 today) (/ekm-nights-of-horror-minorities-in-horror-82529/)

Netflix Trailer For "LOST IN SPACE" Season 2 -- 21 total posts (2 today) (/netflix-trailer-lost-in-space-season-2-82499/)

Posters & Image drops from Stephen Kings "DOCTOR SLEEP" -- 45 total posts (1 today) (/posters-trailer-image-stephen-king-doctor-sleep-82524/)

did.

Inspired by Japanese graphic novels, he is currently developing Battle Angel, a cyborg thriller set in the 26th century. "It's going to be a mega-budget film shot in 3-D," Cameron enthuses. "It's set in a post-human world in the distant future, and a number of the main characters will be computer-generated. It's a kind of virtual film-making. We're building a whole new motion-capture technology. I'm impatient to get on with using the tools of the future."

He continues: "The main thrust is a love story between a human man and a female cyborg, and the film contains a range of characters from the fully human to the fully machine. I'm embracing the fact that human beings are amazingly adaptable. We've got a lot of flaws, but we're also pretty clever. We've got the tools, but can we use them?"

here's the link:

Click Here For The Rest of the Story
(http://enjoyment.independent.co.uk/film/interviews/article304772.ece)

If you use this you can call me "Desty Nova" (after the flan-loving mad scientist from the Battle Angel books)

Take Care,

Mike

---

**ekm's 31 NIGHTS OF HORROR: EVENING 8 — RAPE AND REVENGE! -- 58 total posts (1 today) (/ekm-nights-of-horror-rape-and-revenge-82510/)**

**JEFFREY COMBS Talks "HOLIDAY HELL," Cartoons + Video Games w/ Prometheus!!! -- 2 total posts (1 today) (/jeffrey-combs-talks-holiday-hell-w-prometheus-82530/)**

## TRENDING

**"Star Wars: The Rise of Skywalker" NEWS! The Return of a Fan Favorite is Nigh! (/star-wars-the-rise-of-skywalker-news-82505/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 13 — SLEEPAWAY CAMP (1983) (/ekm-nights-of-horror-sleepaway-camp-82527/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 12 — CONTINUITY NAZI (/ekm-nights-of-horror-continuity-nazi-82526/)**

**ekm's 31 NIGHTS OF HORROR: EVENING 10 — MY FAVORITE VIDEO**

10/15/2019                                    James Cameron stresses BATTLE ANGEL ALITA is his next'!'!'

I enjoyed this series way back in my younger years. Should make for an interesting flick.

---

August 9, 2005 9:56 AM CST
**Sounds cool...**
by REDD

and First...I know, that is so lame. But I couldn't resist. LOL.

---

August 9, 2005 9:57 AM CST
**Stupid...**
by REDD

Latency...

---

August 9, 2005 10:04 AM CST
**Iron Jim**
by kwisatzhaderach

An insanely ambitious sci-fi film from Jim Cameron? Hooray! Can he rescue the blockbuster from its current lazy-ass state? When shit like Fantastic 4 is making money you just know something is rotten in the state of Denmark. And Hamlet is taking out the trash!

---

August 9, 2005 10:05 AM CST
**best of?**
by Henry Jones Jr.

I am not familiar with the series. I was looking at them at Amazon- anyone got some favorites out of the bunch?

---

August 9, 2005 10:08 AM CST
**Oh Boy!**
by ZombieSolutions

has Cameron finally woken up? has he finally realized that NOBODY GIVES A SHIT ABOUT DEEP SEA DIVING? what they do care about, from the likes of him, are really cool sci-fi/cyberpunkish films with strong female leads. also, robot. bad ass teutonic robots and the hot

teenage girls who kick their shiny asseses. (oh, btw, ditch the love story, thanks)

---

August 9, 2005 10:13 AM CST
**about time!**
by cromulent

Hope he kicks some ass and makes me pee my pants. Oh who am I kidding - I pee my pants for anything.

---

August 9, 2005 10:14 AM CST
**Alita will rock all ass**
by Rindain

Mark my words. This will be a truly revolutionary film, and will kick an inordinate amount of ass. And the love story will be an element of the story, but don't worry about a lack of spectacular action. Cameron has said that the film will be a melange of the first three books, so expect lots of brutal cyborg battles and other cool stuff.

---

August 9, 2005 10:19 AM CST
**Thank fuck he's finished with that IMAX bollocks**
by Bill Fairbanks

---

August 9, 2005 10:20 AM CST
**Id like to see Cameron...**
by _Kayser_

learn how to make a movie. This guy hasn't done anything that's worth two shits. Except maybe the Abyss. errrrrggghhhh *plop* theres one. That's to hoping he won't fuck it up too bad. I wish you luck McG, i mean, James Cameron.

---

August 9, 2005 10:21 AM CST
**still wish it wasnt in 3-D**
by fried samurai

This will most likely be an incredible looking film.But 3-D has and always will be a gimmick..peace

August 9, 2005 10:24 AM CST
**I'm not holding my breath**
by Gheorghe Zamfir

Every Cameron news bit is about how serious he is about his next film project, than its a year later and nothing has happened.

August 9, 2005 10:30 AM CST
**Battle Angel was a pretty damn good anime short.**
by Shigeru

Yes it was very small compared to the manga but still good.

August 9, 2005 10:36 AM CST
**Someone had to say it....**
by THE WALLACE

What about Aquaman? What the fuck?!?!? Cameron can do no wrong in my eyes (except that he's a shitty actor)

August 9, 2005 10:37 AM CST
**Battle Angel Alita the anime is a horrible adaptation of the inc**
by Mr. Moe

Cameron can outdo the anime version with his eyes shut, but can he deliver a film worthy of the manga? If anyone can it'll be James Cameron, I wish him all the luck in the world and can't wait to see him bring my favorite manga/comic alive.

August 9, 2005 10:40 AM CST
**Cameron**
by Mafu

by _Kayser_, you wrote, "This guy [Cameron] hasn't done anything that's worth two shits. Except maybe the Abyss." Everyone's entitled to their opinion, but in this case I think your opinion is woefully uninformed. Maybe you haven't watched "Aliens" or "The Terminator," but if you had, you'd know James Cameron is a wonderful writer, director, and visual artist. Mr. "PG-

13" McG is in no way comparable to James Cameron, since Cameron is a groundbreaking director of several iconic films and McG is... what... a pimple on Hollywood's ass? I think that sums it up. I'm excited for "Battle Angel," whenever it's released in theaters.

August 9, 2005 10:42 AM CST
**New motion capture technology**
by The Heathen

This is why I love Cameron. He see's something that has potential and pushes it to the next level. When I heard that there's going to be CG characters, I was hesitant, but I think Jim will push the level of realism to new heights. He's the man when it comes to refining new technology.

August 9, 2005 10:43 AM CST
**The First Few Books of ALITA Would Be A Perfect Focus For a Feat**
by ZombieSolutions

wow, this is really great news. although i would shit my pants if someone like Cameron took on AKIRA, i really think that something like AKIRA has to feature a largely Japanese cast and be set in Tokyo (or Osaka, since the biker kids really seem more like the types of guys Osaka would have hanging around). anyways, something like ALITA, which is vague in terms of location, could be freer in terms of casting and locations. and a more focused approach -- like a 2 hour 30 minute film -- ala Cameron working with his best themes -- scifi / action / cyberpunkish -- could very be the coolest thing any of us has ever seen and surpass the manga. i can't wait! this is officially the next "big deal movie" i care about.

August 9, 2005 10:46 AM CST
**Cameron compared to McG?**
by The Heathen

Kayser, are you okay in the head. You know McG directed Charlie's Angels: Full Throttle right? And Cameron has written AND directed Terminator, Aliens, The Abyss, T2, True Lies, and Titanic. You do know this right? Or are we in bizarro world?

August 9, 2005 10:50 AM CST
**Cool, but...**
by Lord_Soth

The CG characters will be flawed, of course.

---

August 9, 2005 10:57 AM CST
**Mandy Moore for Alita?**
by Darth Busey

Vincent Chase for Hugo? Let's get it done, bitch.

---

August 9, 2005 10:57 AM CST
**Liked it the first time - Bladerunner**
by TheTARDIS

---

August 9, 2005 10:58 AM CST
**Remember the good ol' days before Jim Cameron became obsesse**
by SpyGuy

Recently, I watched the ALIENS Collector's Edition DVD and remembered how great it was to watch a Jim Cameron flick. Then my wife had some "Jim Cameron explores the wreckage of the Titanic for the 37th time" documentary on Discovery or National Geographic Channel or something and all I could think of was "What a waste of talent." I understand researching the Titanic as a hobby or side interest, but dammit Jim, it's way past time you stopped skipping your day job. Come back to mainstream sci-fi features, Jim! Otherwise, we're stuck with Michael Bay and THE ISLAND and you can see how THAT turned out...

---

August 9, 2005 11:00 AM CST
**R.C.'s opinion: What? No Aquaman?!! Vincent Chase is goin**
by R.C. the "Wise"

Word!

---

August 9, 2005 11:01 AM CST
**You know Christina Ricci IS Alita**
by Terry_1978

Quit acting like she's not.

August 9, 2005 11:02 AM CST
**Avatar**
by RenoNevada2000

There have been periodic sweeps by Cameron's legal stooges to have the script for AVATAR removed from websites. Thankfully, I printed out a copy years ago, which no sits on a shelf with loads of other unproduced scripts I've managed to collect over the years. Maybe tonight I'll read Andy Kaufman's THE TONY CLIFTON STORY again...

August 9, 2005 11:06 AM CST
**I love the Manga and the Anime,**
by Right Bastard

but Cameron's been talking about this for more than 11 years. He hasn't done anything good since the Abyss. He hasn't done anything great since Aliens. So, nothing relly spectacular from him since 1989 (in my opinion T2 doens't hold up to the test of time). I love the manga, so I really hope that he doesn't screw this up.

August 9, 2005 11:06 AM CST
**Why I'm so scared...**
by DerLanghaarige

...that this will be nothing else than a boring, stereotyped lovestory with some great special effects and one big action scene? Okay, Cameron, DO IT RIGHT!!! Spielberg and Lucas had their chances to show us that they still can do it, and Episode III and WOTW where just medicore (with great FX shots!).

August 9, 2005 11:15 AM CST
**Great, but what happened to WETA's NEON GENESIS EVANGELION??**
by Drath

I was very curious to see that mindfuck turn into a live action film and those production paintings were sweet....then poof, no more news, and suddenly Cameron is making a different anime/manga movie. Could AICN please get into what happened?

August 9, 2005 11:17 AM CST
**Did somebody say Jessica Alba?**
by redtom

...rarrrrrrrrrrrr..... mmmmm, Jessica Alba, mmmmmmmmmmm......

---

August 9, 2005 11:33 AM CST
**Evangelion**
by Rindain

From the Weta Workshop site: "The film is on hold but it is Weta

---

August 9, 2005 11:38 AM CST
**bring it the fuck on**
by billy gilmore

anything by cameron,but now

---

August 9, 2005 11:40 AM CST
**"Unsurprisingly, he has opted for an almost insanely ambitious s**
by Grammaton Cleric

Really? A film about a cyborg and how it relates to humans? Jim, get your head out of the goddmamn ocean and watch Terminator 2 again...you've made this movie already. Whatever. Just keep pushing back your projects until tangilble holographics are ready, you want to fuck technology anyway.

---

August 9, 2005 12:07 PM CST
**It's a shame about Cameron's infatuation with 3-D**
by I Dunno

I don't want to wear silly glasses and get a headache every time I watch a movie. Either invent holograms or just make 2-D the best you can.

---

August 9, 2005 12:12 PM CST
**Am I the only one who is disappointed...**
by oh_riginal

... to have never heard anything further on the Alien 5 script that Jim Cameron was writing, to be directed by Ridley Scott?? Anyone else remember that? I swear I read that like a year ago.

10/15/2019                                        James Cameron stresses BATTLE ANGEL ALITA is his next'!'!'

---

August 9, 2005 12:17 PM CST
**A: Lazy, self-important, or cowardly**
by ScreamingPenis

Q: Which word best describes Cameron for his failure to do any significant work since Titanic?

---

August 9, 2005 12:20 PM CST
**The difference between Cameron 3-D and everyone else...**
by dr_dreadlocks

Cameron is using (as I've heard) 3-D cameras with three optical receivers, or something like that. So every image will be 3-D and move in form and function. So rather than being "Ooh, that hand is coming out at me!" It's "Ooh, that guy is walking right at me." All the time. Plus (again, I'm not entirely sure) I've heard that Cameron will be opting for "clear" glasses to wear, that intercept and display the image. Rather than the silly and outdated red/blue (or whatever) glasses. Pardon me since I'm tired, but Cameron has yet to make a bad film (in my eyes), and anyone who denies that he's a master of technology is an idiot. Pretty simple. Since his films special effects stand up today. I could only imagine what his full digital efforts would look like. But I'm thinking: flawless. Although I'd hate to be a digital artist working on a Cameron film. Head ache and a half, until of course the Oscar's come rolling in.

---

August 9, 2005 12:29 PM CST
**I have been bitchin' with this for a while but seriously...**
by Plazola_MEX

Before all other anime, Macross has to be first by his own right. I began seeing anime because of SAINT SEIYA and MACROSS. Macross is legendary and has the potential to be a great saga like Star Wars, because it has some deep storytelling. I don't know about you guys but before all this shit (And Transformers which are lame compared to Macross) it has to be made in live action and in the Do you remember love? storyline.

---

August 9, 2005 12:40 PM CST
**Leave the fucken comics alone....**
by Bitterella

The only people who should be doing japanime are the Japanese.. Not bloody Cameron or fucking Taran-fucking-sad-motherfucker-tino. Leave the comics with some of the charm and wonder they have as comics, not some big screen whack fest for drooling fanboys, and for critics to hate and for the general public to ignore and shun.

August 9, 2005 12:44 PM CST
**Single most overrated director ever**
by mortsleam

Terminator was good horror sci-fi. Aliens was Alien on jingoistic, paramilitary steroids. The rest is all shit. A handful of effects that can't help overlong, undercooked stories full of bad, bad, bad dialog ("Breathe, you bitch!", anything either Arnold says). Titanic is the worst movie to ever win an Oscar. He should be doing Aquaman with the kid from Drive Me Crazy.

August 9, 2005 12:44 PM CST
**Well no one uses red/blue glasses anymore**
by I Dunno

Except maybe Spy Kid or Lava Girl. They use polarized lenses. Still, not something you can comfortably watch more more than 20 minutes. I know Cameron's working on new technologies but it's still a gimmick.

August 9, 2005 12:46 PM CST
**What about Aquaman???!!!**
by PwnedByStallone

August 9, 2005 12:48 PM CST
**King of the World**
by zabbadoo

can we just let it go already? He was quoting the bloody movie not saying it seriously you gimboids. I mean, sure, he is rumoured to have been initiated into the 33rd degree of freemasonry mere hours before the oscars and sure there are rumours that he has the most powerful of the books of science that were compiled by the Nine Unknown Men of India, the Book of Propaganda, but that's no reason to read that much into a simple little quip. You guys are so paranoid.

10/15/2019                          James Cameron stresses BATTLE ANGEL ALITA is his next'!'!'

---

August 9, 2005 12:50 PM CST
**....unless, of course, it's japorn...**
by Bitterella

then any director will do...

---

August 9, 2005 12:56 PM CST
**Kayser and mortsleam**
by ewokstew

Put down the crackpipes. You'll live longer.

---

August 9, 2005 12:59 PM CST
**scott/cameron combo**
by ewokstew

oh-riginal. Yeah, that was out a while ago.. But I guess the deal was that if Fox decided to
proceed with the whole AVP mess then Scott and Cameron they swore would bow out of
making any further Alien films. The rest is history.

---

August 9, 2005 1:01 PM CST
**transposed...**
by ewokstew

"they" and "swore"...maybe I should put down the crackpipe...

---

August 9, 2005 1:03 PM CST
**In my opinion, the only belmishes on Cameron's record are**
by Doc_Strange

True Lies, I thought it tried too hard to be funny, didn't really live up to Cameron's abilities
after T2, then Titanic, really, really overrated love story with lot's of special effects and
awesome production design, a little more worthy of his talents. I know he could do an
awesome job with Battle Angel, though I saw the anime and for the most part it was so-so, the
ninja character was cool, though.

---

August 9, 2005 1:37 PM CST

10/15/2019                                James Cameron stresses BATTLE ANGEL ALITA is his next'!!'

**Stop**
by Gluecifer

bashing the anime. First it's pretty cool (Rintaro, for fuck's sake!), and second it was supposed
to be an OAV in SIX parts, but the money went away so only ONE part was made... God I wish
they could have done it in its full form...

August 9, 2005 1:39 PM CST
**so glad theyre using book 2**
by s0nicdeathmonkey

its by far the best non-hyperball book in the series

August 9, 2005 2:30 PM CST
**Alba's the obvious choice...**
by KarmicRelief

...for Alita and with her previous work on Cameron's Dark Angel, it makes sense. But how
about Jena Malone??? She's got that "cute as a button, but I could kick your ass at any time"
quality about her.

August 9, 2005 2:30 PM CST
**Casting**
by Anton_Sirius

Alba will be too old by the time this gets rolling, and Mandy Moore too American. I'd put Keisha
Castle-Hughes at the top of the list.

August 9, 2005 2:35 PM CST
**FOR THE LOVE OF GOD STOP USING 3D YOU ASSHOLE!**
by ZombiKiller86

Can't he just use a digital camera like everyone else has?

August 9, 2005 2:44 PM CST
**Unfortuantely, Something Tells Me WETA's EVANGELION Is Never**
by ZombieSolutions

unless, of course, ALITA is a huge hit... which will help bring TONS of live action anime/manga to the screen... blessing or curse? i guess we'll see...

---

August 9, 2005 2:47 PM CST
**Fuck this shit! Give us a James Cameron directed Alien vs Predat**
by Rant Breath

S.O.S.! James save a franchise worth saving! Direct AvP2 or X3 instead this "Rollerball meets Dark Angel" crap!

---

August 9, 2005 2:48 PM CST
**DARK ANGEL Should Have / Could Have Been The New BUFFY -- A Dyst**
by ZombieSolutions

but they blew it. Jessica ALba was the ONLY reason to watch that show. she is easily in the top 5 of the most beautiful women to ever walk the face of the earth. easily.

---

August 9, 2005 2:49 PM CST
**JESSICA ALBA All The Way For Her Looks, Her Acting, On The Other**
by ZombieSolutions

is pretty bad. not that that matters a good goddamn. i worship at the altar of ALBA.

---

August 9, 2005 2:51 PM CST
**I Finally Saw ALIENS V PREDATOR...**
by ZombieSolutions

and boy did it SUUUUUUCK! i was stunned by how bad it was. literally stunned. that Anderson guy really is the worst director on earth. he makes Ed Wood look like Stanley Kubrick

---

August 9, 2005 3:19 PM CST
**Don't Get Me Wrong, I Am Psychotically In Love With ALBA**
by ZombieSolutions

but when you say "studied" does that mean the same as "knowing" her? like in the biblical sense?

August 9, 2005 3:21 PM CST
**aliens**
by Tommy West

IMO its his best film, and i can't see him beating it with a robot loev story

---

August 9, 2005 3:43 PM CST
**Where can I get AVATAR?**
by Doc_McCoy

Anybody know a place I can download a copy before it disappears? Been trying to get a hold of it for probably five years now.

---

August 9, 2005 3:56 PM CST
**Avatar script**
by mmm_free_wig

Same as the guy above. I managed to read the script about 5 years ago - it was brilliant. I've been meaning to look for it for the last couple of weeks and have another glance at it - a search on google now comes up empty. Arse! If anyone has an electronic copy, could you do me the honour of emailing to me please? I'd greatly appreciate it. mmm_free_wig@hotmail.com Thanks and Cheers.

---

August 9, 2005 3:57 PM CST
**Much as I love the original Terminator and the Abyss...**
by Childe Roland

...and as much as I enjoyed the radically different direction in which Cameron took the Alien franchise (a rehash of the note-perfect Alien for a sequel would've been horrible, but the Vietnam movie in space was an ingenious if gimmicky and somewhat overrated follow-up), I really don't think Cameron's done much since these films to earn the reputation he seems to have. T2 was visually impressive but a barely serviceable follow-up to Terminator. All flash and no real substance. True Lies had amusing moments but was ultimately a pretty empty spectacle. Titanic may well be the single most overrated film in history and, at its core, is just a slipshod love story with two-dimensional characters. I'd love to see something genuinely innovative and compelling from Cameron again, but I'm afraid the Hamlet analogy someone drew is pretty appropriate. He's paralyzed himself with creative indecision and, ultimately,

could be headed for tragedy when he finally does decide to take action. Oh... and whoever
commented on Cameron's earlier films looking "old," what exactly does that mean? Are you
saying the reproduction is grainy or that the production values somehow distinctly set those
films apart in time? I personally marvel at how the Alien films, in particular, all have a certain
timelessness to their look and feel, and - to a certain extent - the Abyss is very much the same
way. Terminator is definitely an 80s movie, but that's when it was set. Please clarify.

August 9, 2005 4:06 PM CST
**Not Your Grandfather's 3D**
by indivisibleman

Don't judge the potential of 3D based on the lousy movies and 50 year-old technology you've
seen. And forget about the Spy Kids 3D and Sharkboy and Lavagirl in 3D films that used digital
3D image capture but were released in the outdated analglyphic process with cheap red/blue
glasses. They don't have anything to do with the state of the stereoscopic 3D art. Properly
executed digital stereoscopic 3D image capture and projection is a tremendously improved
experience. No, it's not for every movie, but it can be an effective storytelling medium. With
Jim Cameron and Peter Jackson planning to make digital 3D movies, the medium is about to
take a quantum leap forward. Think of digital 3D as an experiment in shaking up the status
quo. Gawd knows we need that. In our own very modest way we're playing in a similar, if less
well-funded, sandbox. Check us out: http://www.hd3dmovies.com.

August 9, 2005 4:26 PM CST
**Anyone have a copy of the Avatar scriptment?**
by 3 Bag Enema

I used to have it, but now I've gone and lost it. I'd me most appreciative if someone could send
it to bonzulac@yahoo.com. Thanks!

August 9, 2005 4:54 PM CST
**Zuleika**
by Indiana Clones

There are two reasons why webmasters are asked to withdraw Avatar scrips. A) It's so fucking
good that Cameron is going to make it, no question, and B) It's so fucking good that you'll be
thankful you didn't spoil it for yourself as we hardcore Cameronites have. Picture Aliens meets
Dances With Wolves.

James Cameron stresses BATTLE ANGEL ALITA is his next'!'!'

August 9, 2005 5:00 PM CST
**sounds cool to me**
by amano

There's alot of potential for this film. Battle Angel was one of the first animes I bought when I first got serious about Japanese animation. I don't know much about the manga, but I think it could translate well to film if done right. I'm interested to see this "new technology" he keeps talking about, but he needs to remember if he takes to long it will quickly become outdated.

August 9, 2005 5:41 PM CST
**I like how Mike says "call me Desty Nova..."**
by MacFlecknoe

...and then they just print his name anyway. Thanks for the article Mike! Call me, MacFlecknoe.

August 9, 2005 8:04 PM CST
**Thank You Mr. Cameron**
by Saluki

A ten year hiatus was unexpected, but this new technology really is... Insane. Good luck, this is the type of subject material that I dream of.

August 9, 2005 8:48 PM CST
**Cameron's Out Of Ideas**
by MondoGundark

He'd be trying to out-Gollum Gollum with a virtual character (impossible) and he's revisiting Dark Angel themewise. Who really cares at this point. He's been sitting out real filmmaking for so damn long, I don't care what he has to say anymore.

August 9, 2005 8:52 PM CST
**Of course Cameron is overrated**
by Rupee88

He's great and has done great work, but he's not nearly as amazing as many people claim. I'm looking forwrad to Alita of course and I think the 3-D will work fine...the all CGI characters probably won't work as well, at least not if they are mixed with the regular characters, walking

around, etc. But if you've ever seen good IMAX CGI 3-D, you know the effect can be incredible.

---

August 9, 2005 9:23 PM CST
**Fuggedabout Cameron! Instead, remember this GREAT SONG with me.**
by Man of Stool

CITY OF JUSTICE, CITY OF LOVE! CITY OF PEACE FOR EV`RY ONE OF US! WE ALL NEED IT CAN`T LIVE WITHOUT IT GOTHAM CITY, OH YEAH heh heh, see what i mean? the horror,the horror!

---

August 9, 2005 9:48 PM CST
**wolf / Alba's Acting**
by Anton_Sirius

Look, I love the girl to bits, and it's pretty clear she tries really hard and wants to be a great actress, not just the latest hot young thing, but... it just ain't there yet. She's got a long way to go before she convinced me she's got the chops -- that said, she hasn't really worked with an "actor's director" yet. Her star's big enough now that she'll probably get a chance; I'd love to see what she could do in, say, a PTA film.

---

August 9, 2005 10:04 PM CST
**Alba might be too tall**
by Rindain

Alita changes bodies multiple times throughout the manga series, but she starts pretty petite. Alba (who is 5'6.5" according to imdb) might be too tall for Alita (at least the beginning Alita)-- I'd suppose Cameron would need an actress small enough to be "painted over" by the CG images. Plus, they would probably want an actress whose face more resembles Alita's, so that the animators would have an easier time with the CGI replacement process. Who knows though? Cameron obviously likes Alba, so it's still a possibility.

---

August 9, 2005 10:59 PM CST
**Uh, FrellingDominar . . .**
by scaler

Typos aside, it's Fullmetal Alchemist, not Full Metal.

---

10/15/2019                                   James Cameron stresses BATTLE ANGEL ALITA is his next'!'!'

August 9, 2005 11:34 PM CST
**ALBA Does Look Like ALITA...**
by ZombieSolutions

not exactly the same, but close enough. and Alba has a very "anime" face. big eyes, soft
features. she's like a panglobal wonder girl. i love her. buuut, she's not the best actress... at
least not yet. and she might be too old for Alita. but who knows what he's going to come up
with. i think it will be cool. how can the guy go wrong in the genre he excels at? with the latest
technology? it could very well be a masterpiece.

August 10, 2005 1:41 AM CST
**Evangelion Movie**
by Wookie_Weed

Hopefully this movie is on hold because the original JAPANESE creators are suing the Nazi
Aryans who are whitewashing all of the characters. We don't see the Japanese remaking
American Beauty with Chinese actors, so why the fuck should Aryan Hollywood continually get
away with pissing over Asia? Even Spielberg is in on it, casting Chinese Zhang ZiYi to play a
Japanese geisha. The characters of Evangelion are Japanese (except for Asuka), and it's set in
Japan -- those who came up with the ideas for Evangelion should be paid some respect,
instead of being raped and pillaged by Aryan Hollywooders who can't come up with a single
fucking original idea to save their useless arses.

August 10, 2005 3:21 AM CST
**Titanic is hard to forgive...but that Celine Dion song always wi**
by Bong


...

August 10, 2005 3:29 AM CST
**NERDS**
by The Taste

God bless all you nerds...

August 10, 2005 4:41 AM CST
**Cameron is a competent film maker**
by moviemaniac-7

Even one of the best action directors out there. I wasn't that impressed with that boat flick he put out a decade ago, but his action movies (T1 & 2, Aliens, Abyss & True Lies) stand out. Although I enjoyed his docs on diving and that same boat again in 3D it wasn't very interesting as a film, I thought. They should have been side projects. A man like Cameron should have made at least three excellent action sci-fi movies ever since Titanic!

August 10, 2005 4:59 AM CST
**"you mean like elijah wood and sean astin may have been too tall**
by Rindain

It wouldn't be worth it financially speaking to have to employ all the same tricks on Alba that Jackson used for his hobbit actors (oversized sets, cg shrinking, forced perspective, etc) in order to make her look smaller. With the Hobbits, it was a neccesary cost because there are no humans who exist who have the proportions of hobbits (real dwarfs don't cut it). With Alita, there are plenty of women who are of a similar size, so that expensive and time-consuming techniques like Jackson's don't have to be used. Like I said before though, if Cameron really wants Alba in the role, he will find a way to fit her in--either by making the character taller, or by making her look smaller via various techniques.

August 10, 2005 6:20 AM CST
**James Cameron is to film making, what his ex Linda was to horse**
by ChileanSeaBass

not sure what is uglier, his ex wife, or any second of his horribly dramitic crappy flms..

August 10, 2005 7:41 AM CST
**I'd like to touch Jessica Alba**
by Indiana Clones

:)

August 10, 2005 9:59 AM CST
**You Know The Aryans (Nazi Germany) and the Japanese Used To Be A**
by ZombieSolutions

just thought i'd point that out. but, yeah, i agree that I don't like the whitewashing / cultural ignorance either. i don't think it's a great sin to use western and eastern actors in live action anime, but the focus should primarily be Japanese ESPECIALLY in stuff like AKIRA or EVANGELION which pretty much focus specifically on Japan. something like BATTLE ANGEL ALITA (or even COWBOY BEEBOP) which is set in a sort of vague dystopian future could be anywhere and feature anyone. still, i hear what you're saying. Spielberg tapped Ziyi because she is a known face, and western audiences are more or less ignorant of the difference between asian cultures. honeslty, i can't think of any world famous Japanese actors. (Chiyaki Kuriyama (GO GO) and Sonny Chiba probably come the closest because of KILL BILL... Toshiro Mifune for his work with Kurosawa... but i doubt many people know their names). anyways, i blame the audience's ignorance more than the director.

---

August 10, 2005 10:58 AM CST
**Yes Wookie-Weed, and Spielberg really showed his Aryan colors wi**
by Mr Jonse

Dumbass...

---

August 10, 2005 3:56 PM CST
**Wookie  Weed**
by Ribbons

Isn't Michelle Yeoh Malaysian? And didn't she play Chinese in 'Crouching Tiger, Hidden Dragon?' And didn't Ang Lee direct that movie? Don't get me wrong, I think your argument that a lot of perfectly good movies get remade because of ethnic bias has some truth to it, but it's not like "those 'Nazi Aryans'" are the only ones responsible.

---

August 10, 2005 4:16 PM CST
**Actress for Alita**
by Mafu

If Cameron starts shooting "Battle Angel" in the next few months, I hope he doesn't cast Jessica Alba as Alita. She's cute, but I can think of about ten actresses more qualified to play the role of Alita. I think Alba works hard at her craft, and I respect that, but cuteness doesn't equal acting talent. I know a few talkbackers posting to this board will write, "Who gives a shit if Alba can act? I just want to see her onscreen!" To which I say, that's cool. But I'd much

10/15/2019                                          James Cameron stresses BATTLE ANGEL ALITA is his next'!'!'

rather see Yoon-jin Kim (the Asian woman on "Lost," though I know she's of Korean descent),
or a relative unknown star for the part. Casting Alba would be a total copout by Cameron, in
my opinion. I hope he's smarter than that.

---

August 10, 2005 11:38 PM CST
**If not Alba, he'll probably get some half asian chick to tak**
by Terry_1978

Just so long as it's not Devon Aoki, I'm all good in da hood.

---

# Exhibit E3



http://www.aintitcool.com/display.cgi?id=20955    Go

2 captures
23 Dec 2009 - 2 Oct 2017

NOV **DEC** OCT
◄ **23** ►
2008 **2009** **2017**

▼ About this capture

HOME    COOL NEWS    COAXIAL    REVIEWS    THE ZONE    CHAT    CONTACT    SIGN IN

Published on Tuesday, August 9, 2005 - 9:49am

## James Cameron stresses BATTLE ANGEL ALITA is his next'!'!'

**Hey folks, Harry here... I'm so anxious to see Jim actually shooting on BATTLE ANGEL ALITA, I just need to see a new Cameron feature film. Also - I've been getting strange reports from around the web of Cameron's script treatment to AVATAR being forced off their script sites - which has me poking around to see if Cameron is looking to get AVATAR going again - or could that be Project 880? Naaah, PROJECT 880 is probably the film that comes out of the screen and starts bitchslapping you in your theater seat. Damn that Cameron and his futuristic filmgoing technology!**

**Hey guys,**

**Exciting news: it seems that "Battle Angel" is a definite go despite rumors that Cameron might delay it for the mysterious "Project 880." In an Aug. 9 article on The Independent website about Cameron's "Last Mysteries of the Titanic" documentary, he talks about Battle Angel, saying that the story will focus on Alita's relationship with a human man (probably Hugo from the manga).**

| | |
|---|---|
| THE KARATE KID remake trailer makes a case for being called THE WUSHU KID--271 total posts | 271 posts |
| Want to see a Red-band tease of Hit Girl doing what she does best? KICK ASS!!!--393 total posts | 215 posts |
| Harry's DVD Picks & Peeks - 3rd & 4th wk of Dec: DISTRICT 9, INGLOURIOUS BASTERDS, TRAPEZE & much more!!!--211 total posts | 211 posts |
| Harry reviews AVATAR at last!--2070 total posts | 209 posts |
| Who Are The Five Actresses In The Running To Play Hal Jordan's Girlfriend In THE GREEN LANTERN??--204 total posts | 204 posts |
| Massawyrm loves Guy Ritchie's SHERLOCK HOLMES...until the point it becomes Jerry Bruckheimer's SHERLOCK HOLMES--109 total posts | 109 posts |
| UPDATED: Copernicus Grades Cameron On The Science of AVATAR!! --394 total posts | 106 posts |
| UK trailer for Ridley Scott's ROBIN HOOD is the better trailer--136 total posts | 81 posts |



http://www.aintitcool.com/display.cgi?id=20955          Go

2 captures

23 Dec 2009 - 2 Oct 2017

NOV  **DEC**  OCT

◀ **23** ▶

2008  **2009**  **2017**

About this capture

is clear that the director of such ground-breaking films as The Terminator and Terminator 2, Aliens, The Abyss, and True Lies wants his comeback movie to make as big a splash as they did.

Inspired by Japanese graphic novels, he is currently developing Battle Angel, a cyborg thriller set in the 26th century. "It's going to be a mega-budget film shot in 3-D," Cameron enthuses. "It's set in a post-human world in the distant future, and a number of the main characters will be computer-generated. It's a kind of virtual film-making. We're building a whole new motion-capture technology. I'm impatient to get on with using the tools of the future."

He continues: "The main thrust is a love story between a human man and a female cyborg, and the film contains a range of characters from the fully human to the fully machine. I'm embracing the fact that human beings are amazingly adaptable. We've got a lot of flaws, but we're also pretty clever. We've got the tools, but can we use them?"

here's the link:

Click Here For The Rest of the Story

If you use this you can call me "Desty Nova" (after the flan-loving mad scientist from the Battle Angel books)

Take Care,

Mike

BOOKMARK

◀ PREV          TALK BACK          MORE ON THIS TOPIC          NEXT ▶

Oui, we have Nolan's new INCEPTION trailer... but in French, of course!!!--70 total posts



* **Forgot your password?**

---

**Sweet**
by Henry Jones Jr.

**Awsome!**
by ManoNegra

**So what about The DIve?**
by Alyssa Jones

**I have a terrible THIRST...**
by KarmicRelief

**Sounds cool...**
by REDD

**Stupid...**
by REDD

**Iron Jim**
by kwisatzhaderach

**best of?**
by Henry Jones Jr.

**Oh Boy!**
by ZombieSolutions

**about time!**
by cromulent

**Alita will rock all ass**
by Rindain

**Thank fuck he's finished with that IMAX bollocks**
by Bill Fairbanks

**Id like to see Cameron...**
by _Kayser_

**still wish it wasnt in 3-D**

Aug 9th, 2005
09:55:13 AM

Aug 9th, 2005
09:55:18 AM

Aug 9th, 2005
09:55:30 AM

Aug 9th, 2005
09:55:57 AM

Aug 9th, 2005
09:56:41 AM

Aug 9th, 2005
09:57:31 AM

Aug 9th, 2005
10:04:07 AM

Aug 9th, 2005
10:05:57 AM

Aug 9th, 2005
10:08:20 AM

Aug 9th, 2005
10:13:39 AM

Aug 9th, 2005
10:14:23 AM

Aug 9th, 2005
10:19:09 AM

Aug 9th, 2005
10:20:08 AM

Aug 9th, 2005
10:21:44 AM

# Exhibit F3



# Exhibit G3

http://aintitcool.com/node/20873   Go

2 captures
2 Oct 2017 - 2 Oct 2017

SEP **OCT** NOV
**02**
2016 **2017** 2018

▼ About this capture

## (/WEB/20171002044141/HTTP://AINTITCOOL.COM/)

# Ain't It Cool News (www.aintitcool.com)

## MOVIE NEWS

### Hellknights and Imps and Demons! Oh my!

Published at: July 29, 2005, 3:59 a.m. CST by staff (https://web.archive.org/web/20171002044141/https://twitter.com/)

Ahoy, squirts! Quint (https://web.archive.org/web/20171002044141/mailto:quint@aintitcool.com) here with a heads up on where you can take a look at some of the monsters from DOOM. I love that they're being done practically, but the first pic does look a whole lot like a guy in a suit. Love the autopsy and that firey image looks to be from the FPS sequence where we first see this bad boy. He takes a lot of slugs, so the gun is aimed over to the explosive barrel or whatever and it sets the creature on fire. Overall this looks gross and gory, which means good news for us fanboys!

Dear Harry,

My name is Alex Davis and I represent a company called First 4 Figures. We have the license to make the figures based on the Doom movie. We have updated our website with some closer looks of some of the Doom monsters. Thought you might be interested. Please have a look at:

CLICK IT HERE FOR MONSTERS GALORE!!! (https://web.archive.org/web/20171002044141/http://www.first4figures.com/newsarticles.asp?newsid=13)

Kind regards,

Alex Davis

### 📘 SHARE ON FACEBOOK (HTTPS://WEB.ARCHIVE.ORG/WEB/20171002044141/HTTPS://WWW.FACEBOOK.C

### 🐦 SHARE ON TWITTER (HTTPS://WEB.ARCHIVE.ORG/WEB/20171002044141/HTTPS://TWITTER.COM/INT

### FOLLOW AICN (HTTPS://WEB.ARCHIVE.ORG/WEB/20171002044141/HTTPS://TWITTER.COM/INT

## READERS TALKBACK

# Exhibit H3

## Ain't It Cool News (www.aintitcool.com)

| HOME (/) | COOL NEWS (/SECTION/COOLNEWS/) | COAXIAL (/SECTION/COAXIAL/) | REVIEWS (/SECTION/REVIEWS/) | COMICS (/SECTION/COMICS/) | CONTACT (/CONTACT/) | SEARCH (/SITE-SEARCH/) |

---

### MOVIE NEWS

# Cameron has a top secret project... PROJECT 880... Nobody Nowhere Knows Nothing... Or do they'

**Published at: June 14, 2005, 5:47 a.m. CST by staff (https://twitter.com/)**

Hey folks, Harry here... For the longest time, fans and gossipteers have been pondering the king of the world's hesitant nature in regards to his next feature narrative film. Some thinking that he is scared that nothing he does will top TITANIC. Others feel that he secretly despises FOX and is holding off making another film till everyone involved is dismissed or dies of old age. Still others feel that James is merely being the ever striving perfectionist working to make a film that entertains and challenges him at a level that he wishes to dedicate himself towards.

For the longest time now we've been operating under the belief that Cameron was going to be making BATTLE ANGEL ALITA, that it was to begin shooting this year for release in 2007... Now it seems things may be changing. According to Hollywood Reporter (http://www.hollywoodreporter.com) Jim has a top secret project with no loglines, no title... known only as PROJECT 880. A film clouded in mystery the likes of which Cameron hasn't enjoyed in a very very long time. Now, imagine if Jim could cast and shoot this film without details getting out. If all we could ever learn about the film came from his trailers. And what if he could just blow us all completely away again? That being said... aren't you dying to know more? I know I am. We'll have to wait and see what comes through the grapevine. Security at Lightstorm has tightened quite a bit since the days I just idly wandered about the joint. Neat challenge, eh?

### FOLLOW AICN (HTTPS://TWITTER.COM/INTENT/FOLLOW?SCREEN_NAME=AINTITCOOLNEWS)

---

### TOP TALKBACKS

LEGO CATWOMAN becomes the Real CATWOMAN in Matt Reeves' THE BATMAN! -- 4 total posts (4 today) (/zoe-kravvitz-catwoman-the-batman-82533/)

ekm's 31 NIGHTS OF HORROR: EVENING 14 – MINORITIES IN HORROR -- 21 total posts (4 today) (/ekm-nights-of-horror-minorities-in-horror-82529/)

Netflix Trailer For "LOST IN SPACE" Season 2 -- 21 total posts (2 today) (/netflix-trailer-lost-in-space-season-2-82499/)

Posters & Image drops from Stephen Kings "DOCTOR SLEEP" -- 45 total posts (1 today) (/posters-trailer-image-stephen-king-doctor-sleep-82524/)

10/15/2019                    Cameron has a top secret project PROJECT 880 Nobody Nowhere Knows Nothing Or do they'

Sponsored Links

**Honey Boo Boo Is So Skinny Now And Looks Like A Goddess – We Can't Stop Staring (Photos)**
Novelodge

**Discover The New Genesis! Simply Astonishing!**
Genesis Cars | Search Ads

**Goodbye 'Pawn Stars'; Chumlee Pleads Guilty**
Articles Vally

**Genesis Investing**
special.crowdability.com

**Avoid These States When Retiring, USA States Ranked From Worst To Best**
Finance101

**The American Cities Where People Just Don't Want To Live Anymore**
MoneyWise.com

review-mceric-eric-mcclanahan-
82489/ )

June 14, 2005 5:49 AM CST                                    – Collapse All
**Aww, I wanted Battle Angel**
by theoneofblood

Just promise me it isn't in 3D, God I hate 3D.

June 14, 2005 5:50 AM CST
**So... tempting to... say it...**
by theoneofblood


Fffffff.... No! I will not succumb!

---

June 14, 2005 5:57 AM CST
**No BATTLE ANGEL?**
by Darth Kong


Damn. Now watch my HSX stocks tumble.

---

June 14, 2005 5:58 AM CST
**the real reason**
by tylerdurden6790

jim cameron is secretly helping mr child molester jackson get his next big project of the ground "moonwalker 2" (not fucking guilty who they fucking kidding)

---

June 14, 2005 6:01 AM CST
**I work at Lightstorm.... And I know what the film title is!**
by RKO Classic


Jim Cameron is making a film that has been a passion of his since he was in his twenties. I'll give you a hint: 3D and Care Bears

---

June 14, 2005 6:09 AM CST
**Hmm?......**
by Taylor Made


Do you think Tom Cruise will be in it, it has been speculated they were talking together at an event about working together. And JCam is gonnna start in Dec which would be after MI:3 ends. Things that make you go hmmm.....

---

June 14, 2005 6:09 AM CST
**The ACTUAL title is...TITANIC II: RESURRECTION**
by Tubbs Tattsyrup

10/15/2019                              Cameron has a top secret project PROJECT 880 Nobody Nowhere Knows Nothing Or do they'

Titanic II**.** It's blatantly obvious: set 100 years in the future, a permanent research facility has been set up at the Titanic, on the sea floor **-** the one submarine facility that absolutely, positively, can NOT float. They have cloned Jack's DNA from his strangely-preserved remains on the sea floor, and have brought Rose's great-great-granddaughter in, who falls in love with him (obviously)**.** Things start to go wrong, however, when unknown creatures start to nibble the cables securing the station, causing it to rise inexorably to the surface............DUN DUN DUN!!! This is Cameron's dream project, which combines his love of sci-fi, his fetish of underwater exploration and will also be shot in 3D HD PhD. Titanic II: Resurrection, coming summer 2007**.**

June 14, 2005 6:09 AM CST
**No Cameron Bastardized Battle Angel?**
by -Halfscan-

THANK GOD!!! -Half

June 14, 2005 6:10 AM CST
**Probably his umpteenth foray into going underwater**
by Gheorghe Zamfir

I'm pretty sure Cameron is officially a documentary film maker now, the rest of his career is Steve Zissou films.

June 14, 2005 6:11 AM CST
**anyways..**
by Vncentfilmerset

Cameron will surprise us once again.. one of this say..Lol Now ,What if James was given on a platter the Xmen franchise ,and he could do what he wants with it? Now, i would not be worried anymore**.**

June 14, 2005 6:12 AM CST
**anyways..**
by Vncentfilmerset

Cameron will surprise us once again.. one of this days..Lol Now ,What if James was given on a platter the Xmen franchise ,and he could do what he wants with it? Now, i would not be worried anymore**.**

June 14, 2005 6:14 AM CST
**Sounds cool and \*beep\* Battle Angel!**
by Lord_Soth

---

June 14, 2005 6:17 AM CST
**Concerning Cameron on X-Men...**
by Man of Stool

Well, that WOULD rock. Hard.

---

June 14, 2005 6:30 AM CST
**Project 880 is an US Army AI Program**
by Cousin MacTire

This all that I could find on the Internet about the actual program. Sounds like it's another Terminator movie. www.dtic.mil/descriptivesum/Y2001/Army/0602789A.pdf

---

June 14, 2005 6:31 AM CST
**Nosferatu Jones**
by Darth Kong

Why are you actually reading the site if you hate what Harry places as news so goddamn much?? Instead of posting on here, and giving Harry the hits he needs to get advertising secured, why dont you bugger off and run your own site, where you can talk about whatever you deem worthy. Harry posts these bits of info to encourage debate and discussion. Get stuffed.

---

June 14, 2005 7:17 AM CST
**hurry up jimbo!**
by kwisatzhaderach

Come on jimbo cinema needs ya! The glory days of The Terminator, Aliens, The Abyss, T2 and True Lies seem so long ago, when are you coming back? We need more cutting edge cinema along the lines of harrier jet/skyscraper interfaces! Oh and Jim you should really sue the makers of Mr and Mrs Smith who obviously watched True Lies before commencing the shoot!!!

10/15/2019                    Cameron has a top secret project PROJECT 880 Nobody Nowhere Knows Nothing Or do they'

---

June 14, 2005 7:41 AM CST
**Err what?**
by blues

"A film clouded in mystery the likes of which Cameron hasn't enjoyed in a very very long time. Now, imagine if Jim could cast and shoot this film without details getting out. If all we could ever learn about the film came from his trailers. " So basically, like every movie before AICN came along? Don't get me wrong, I enjoy reading the site, but don't get all nostalgic for the good old days when you were the main architect of their destruction, Harry. Cameron needs to do something, quick, it's already going to be at least 11 years since Titanic even IF he makes that 2007 date. What's he waiting for? Also nice to see talkback registration back. It's not like tb was any better when it was gone.

---

June 14, 2005 8:08 AM CST
**Cameron is suffering from the same condition as Tarantino**
by Mr Chuff

It's Called Getthefuckonwithitandmakeafilmyoulazyfucktardofacunt Syndrome. Admitedly QT has managed to dodge some symptoms but he's still suffering. Cameron is another matter though. I'll shout "hoorah!" when the dickweed plonks his indolent ass into a directors chair but until then he's a lazy pontificating cunt-sprout.

---

June 14, 2005 8:13 AM CST
**TITANIC SUCKS ASS!!!!!**
by grendelson138

This I know having never watched it. I'm special like that.

---

June 14, 2005 8:20 AM CST
**The 880**
by Kwjyibo

www.project880.com hmmm investments anyone

---

June 14, 2005 8:22 AM CST
**I just wanted to say**
by godric

Harry, I just wanted to say that as a former grammar teacher, your opening sentence made my head spin. Literally. Please stop doing that. Also, saw Aliens of the Deep last week (finally) and the 3D was amazing, but it still made my head hurt.

June 14, 2005 8:54 AM CST
**AvsP 2: Return to Earth**
by moviemaniac-7

Paul WS has passed and Cameron has begged on his bare knees to make this movie. Is he under exclusive contract with Fox or what? Doesn't he have enough money by now to do whatever he wants, like Lucas?

June 14, 2005 9:12 AM CST
**The man has nothing left to prove!**
by UnChienAndalou

I would dillydally for perpetuity if I were him.

June 14, 2005 9:57 AM CST
**...or you can just read this**
by rite4u

http://www.hollywoodreporter.com/thr/article_display.jsp?vnu_content_id=1000956665

June 14, 2005 9:59 AM CST
**'Battle Angel' would have been cool, but this 'Proje**
by Ribbons

My advice to anyone else is to not hold their breath waiting for James Cameron to make another film and if it happens, great.

June 14, 2005 10:22 AM CST
**Project 880 is...**
by Christopher3

Star Wars VII-IX. Or not.

10/15/2019                              Cameron has a top secret project PROJECT 880 Nobody Nowhere Knows Nothing Or do they'

June 14, 2005 10:25 AM CST
**Turd Burgler**
by Darth Kong


Again I ask....why do you come and even bother posting? lol.

June 14, 2005 11:27 AM CST
**Project 880 and what's out there...**
by decypher44


Weel, in reading the "Project 880" pdf that was referred to above, it talks about Army AI. It was some dry reading, but mentioned "FORCE XXI". Do some googling. Pretty cool, if you didn't already know. One interesting link: http://www.iowatelecom.net/~colsten/index.html Why down until 2006? Hmmm. There are plenty of google results for "Force XXI", which when reading, seems like a PERFECT project for James Cameron. But I could be looking too much into this. We'll see.

June 14, 2005 11:44 AM CST
**PLEASE! NO Live Action Anime. PLEASE. FOR THE LOVE OF GOD!**
by uberman


Lets just hope this is true because every day and in every way, ANIME sux.

June 14, 2005 11:55 AM CST
**Halo the movie**
by Faroutman


Fox made a deal with Microsoft and Bungie always said they wanted Jim to direct it.

June 14, 2005 12:03 PM CST
**Just make another movie already!**
by Shaner Jedi

June 14, 2005 12:14 PM CST
**Anything concerning Cameron making something is great**
by The Heathen

Especially after the X3 news yesterday. Having it said that Project 880 is something to do with
US Army AI could actually be relevant to the Halo universe (he'd be my top choice for Halo or
X3 in my dreams) or it could also be something completely different. Like I said though, him
doing anything is great.

June 14, 2005 12:15 PM CST
**titanic is his low**
by angrykirby.tk

titanic was the worst most generic crap he ever made. it made the most money ever but it still
sucks. a boat full of real and interesting storys and they focus on poor boy meets rich girl
bullshit puke. I hope cameron gets back to action. t1 t2 true lies aliens strange days and the
scriptment for spiderman were all fantastic. hey maybey project 880 is terminator 4 holy shit
that would own or suck

June 14, 2005 12:31 PM CST
**How can anybody comment on Battle Angel, a movie u know nothing**
by chickychow

Whether its Battle Angel or Project 880, I can't wait for this guy's next movie (as long as its not
another goddamned underwater doc)... I watched most of True Lies last night and
remembered what great entertainment it is (and how funny Cameron can be). Even Titanic I
don't flip the bird at, despite the obvious complaints, because its just the work of a born
director, and a genuine, beautiful-looking epic.

June 14, 2005 12:38 PM CST
**880? Not Project 6..6...(Cue sinister muzak)**
by GrandMuffTarkin

Mwuahahahaah.....so evil, it's order 66 (yes, so close to the ultimate evil, 666, get it? Huh?!
Get it? EH? 666, but one less! EH!?

June 14, 2005 12:51 PM CST
**FORCE XXI**
by decypher44

I'd like to see a movie loosely based on Force XXI!

10/15/2019                              Cameron has a top secret project PROJECT 880 Nobody Nowhere Knows Nothing Or do they'

June 14, 2005 12:51 PM CST
**Fett Jr, I'd like to personally thank you for the first C &**
by oceansized

"Just think, next time I shoot someone I could be arrested."

June 14, 2005 1:02 PM CST
**No Battle Angel?**
by Johnno

Awww... not that I've actually seen BAttle Angel or read the Manga, but what I've seen here
and there looked to afford some pretty kick ass action. Ah well, let's see what he's up to, for all
we know this 'Project' could just be a 'secrecy' shooting title for Battle Angel.

June 14, 2005 1:04 PM CST
**Cameron Already Bastardized Alita**
by SpankTMonkey

It was called Dark Angel and really went to pot in the second season. Obviously the Battle
(Dark)Angel rumors were a decoy from his REAL project: Dark Angel: The Movie.

June 14, 2005 1:36 PM CST
**Grandmufftarkin, don't joke about that, some people here don**
by chickychow

Dare not disparage Episode 3, you'll be accused of hating Star Wars, and movies in general...
(snicker) Order 66...(snicker)

June 14, 2005 1:40 PM CST
**It better not be F**KING Halo!**
by Funmazer

It's probably about squids or Mars. But please JC, MAKE SOMETHING! The world needs you!

June 14, 2005 2:11 PM CST
**Whistle Blower Alert!**
by RKO Classic

Basically, the film is going to be a live action flick about the Care Bears being in New York. They will use 2D animation for the bears, but the film work will all be done in 3D. Jim's been working on this for years. Matthew Broderick is in the lead, with Billy Crystal and Marisa Tomei. All doing great work. Jim Carrey is doing the voices for several of the Care Bears.

June 14, 2005 2:12 PM CST
**My guess**
by Vern

is that it involves an almost fetishistic obsession with technology and scientific lingo. Just a hunch I got

June 14, 2005 2:30 PM CST
**Are the days of AICN spies numbered?**
by FrankDrebin

Now that directors can make films with digital backgrounds, they don't have to build sets at the studio or go on location -- which means that fewer spies can cameraphone peeks at their work.

June 14, 2005 2:34 PM CST
**Miliray a.i.? Alright, a re-make of WARGAMES! Or maybe SHORT C**
by FrankDrebin

Hopefully, STEALTH won't be so craptastic that it scares the studio away from Cameron's project.

June 14, 2005 2:42 PM CST
**Cameron is ripping off Jackson!**
by Killah_Mate

No, seriously... sort of. In that Hollywood Reporter article rite4u posted, they go on and on about the "revolutionary" new techniques Cameron will be using for this new movie. EVERY ONE of them, from the virtual camera to performance capture, has already been used by Peter Jackson on the Lord of the Rings. Nothing agaist Cameron, just goes to show how groundbreaking LotR really was.

June 14, 2005 3:10 PM CST

10/15/2019                          Cameron has a top secret project PROJECT 880 Nobody Nowhere Knows Nothing Or do they'

**Dammit! The world does need Jim Cameron back! But only when he&#**
by Blue Devil

I'm so tired of filmmakers you can't trust- literally, all of my heroes have let me down recently-
except for one- James Cameron. I'd rather wait another 10 years for a great Cameron film than
put up with a so-so film every few years. Take your time, Jim!

June 14, 2005 3:22 PM CST
**Could he be going back to AVATAR?**
by Zardoz

I really liked the scriptment he had for that proposed film. It was a really cool idea, but it was
dropped as being too expensive. Maybe now technology has made it feasible and affordable...

June 14, 2005 3:24 PM CST
**Whao cares....**
by OBSD

Call me a "hater", but I think Cameron's best work is behind him. And by that I mean that he
made three brilliant films, then he went on to make three others that were far inferior in
quality. Yet it's those latter three that everyone splooges over, so there's no accounting for
taste. Mabye his next three will be brilliant, but I doubt it.

June 14, 2005 3:26 PM CST
**Bond.**
by CatVutt

He's making the next Bond movie. 360+360+160 = 880. 00 and a 160 degree angle puts you
roughly at 7 o'clock. 007. Was that so hard? Silly Talkbackers.

June 14, 2005 4:17 PM CST
**virtual camera in LOTR groundbreaking?**
by Johnno

Well sure it all worked out great but, WHAT ABOUT THE VIRTUAL CINEMATOGRAPHY/MOCAP
FROM MATRIX REL/REV??? We need to see some more of that!!!

legacy.aintitcool.com/node/20449                                                         14/19

June 14, 2005 4:23 PM CST
**Cameron's real reason for not making another film:**
by Hamish

He made a packet of money on Titanic and decided he'd rather sit round in his underwear watching sports all day - cos he can.

June 14, 2005 4:43 PM CST
**Matrix virtual cinematography**
by Killah_Mate

Also true. I brought up Lord of the Rings because that's where they did it first.

June 14, 2005 4:48 PM CST
**Project 880 - secret is out.**
by hallmitchell

James Cameron is advising the military on how to secure Iraq and strategy on how to weed out Bin Laden.

June 14, 2005 5:28 PM CST
**I love how every zone 1 anime DVD says either "some guy from The**
by punto

that's all

June 14, 2005 6:08 PM CST
**Of course it won't remain a secret**
by Rupee88

There's no way he could cast and shoot a film in total secrecy. To suggest that is rather idiotic. It only takes one person to spill the beans and there will be lots who would and will.

June 14, 2005 6:11 PM CST
**what is Project 880?**
by bigdickmcgee

10/15/2019                    Cameron has a top secret project PROJECT 880 Nobody Nowhere Knows Nothing Or do they'

People have speculated Avatar. Maybe. But probably not. Cameron bought the rights to a book about Pompeii, and apprently had a project called Ghosts of Vesuvius. That would fit his 3D obsession (exploding shit flying out of a volcano). But then he's using the same motion capture from Polar Express. He once had a project about the Sun exploding and people leaving the Earth. He had something called Screaming Steel. He had a lot of things. He also has Last of the Amazons. He had Planet Ice, which turned out to be a cover for Titanic. Maybe Project 880 is a fake. Maybe it's that Fantastic Voyage remake he was talking about.

June 14, 2005 6:38 PM CST
**If it's anything remotely resembling the quality of Aliens..**
by GreatWhiteNoise

... I don't care if Project 880 features 20 Care Bears, Jar Jar Binks and Paris Hilton as the hybridized human / Alien Queen... erm, well, OK, maybe that's overstating things. But not by a lot. All hail the return of the King! Action ain't been the same without him.

June 14, 2005 7:17 PM CST
**It's already out there**
by coop

If theoneofblood is right, the news is already out there because a certain female star spilled it a couple months ago.

June 14, 2005 7:23 PM CST
**Jimmy**
by zigster

has banged every high class call girl in Hollywood and is bored. His time has passed him by, but he'll still get Fox to vomit up Shipping Packets of $$$ because a) Fox execs are nimrods. b) He's got just enough cache to go to the well one more time. He still has enough cachet for

June 14, 2005 8:15 PM CST
**Zardoz**
by one9deuce

How about a link to the Avatar scriptment? coop, what are you talking about? theoneofblood was just trying to restrain himself from saying "first".

June 14, 2005 8:37 PM CST
**James Cameron**
by solo1300

news on new project 880... Fantastic Voyage. He is remaking the 1966 classic adventure, and the studio is banking on the fact that Spielberg's War of the Worlds will be a hit. Will Cameron out-do him? We'll see.

June 14, 2005 9:19 PM CST
**The military is actually working on A.I.?!?**
by Ribbons

You bastards!!! NOOOOOOOOOOOOOO!!!!!!

June 14, 2005 9:20 PM CST
**Eh**
by Ribbons

I don't know. Skipidoobop

June 14, 2005 9:27 PM CST
**Just please...no more underwater specials**
by NZGUY

Please, make movies again Cameron, not DOCOs. You've made enough of those.

June 14, 2005 10:26 PM CST
**Cameron**
by MaulRat

remember last year he was talking to Harrison Ford about a project.. Wouldn't it be nice if he'd gone back to his "I'm better than Ridley Scott" phase that he had when he made ALIENS and make a sequel to Blade Runner?... although if he and Harrison don't hurry up it'll be called Bald Runner.. I'm waiting for the Hulk Hogan as the baddie line.. or is that not 'cool' anymore... the kids still say 'cool' don't they?... god I'm old.

June 14, 2005 11:27 PM CST

**Actually, I wouldn't be surprised if it turns out to be the**
by drompter

Think about it: Fox and Universal made the deal with Microsoft/Bungie right?, don't you remember that Fox and Universal were also the studios responsible for True Lies? It's been merely a week after the announcement of the deal with Microsoft was made and now Cameron changes his mind about Battle Angel. Microsoft has more money than your granpha, which put them in a position of making Cameron an offer he can't refuse. It is supposed to involve Army AI, wasn't Master Chief an enhanced soldier? And now the project is secret, called project 880, don't you remember the ilovebees.com thing? I could be wrong of course, but those facts are scary.

---

June 14, 2005 11:51 PM CST
**Cameron & Schwarzenegger needs to work together again!**
by ABking

Whatever Cameron decides to make whether it be PROJECT 880 or TRUE LIES II, Arnie and Cameron made a fucking kick ass team and gave the world ground breaking action and stunts. They are the best action team ever and seeing them make many more films will rule. How about Jimbo directing Arnie in a WWII movie or WESTWORLD?

---

June 15, 2005 3:15 AM CST
**dammit**
by Fortunesfool

Tried to book my tickets the other day for Battle Angel but the girl behind the desk just looked at me blankly. After sitting through the mediocre Mr and Mrs Smith it became obvious that True Lies was the Last Great Action movie and really I can't think of anything since thats left me so giddily happy. Come back Jim, these spastic editing, shaky cam kids need taught a lesson. Remember the first time you saw the True Lies trailer and the shot of Arnie pulling away from the camera flying the harrier jet...fucking awesome....must go watch it again.

---

June 15, 2005 9:33 AM CST
**Godric... kind of hypocritical, don't you think?**
by LIGHTST0RMER

"Harry, I just wanted to say that as a former grammar teacher, your opening sentence made my head spin. Literally." Then as a teacher of grammar, you should know that "literally" means that exactly what you ascribe to it is precisely what actually happens. So Harry's triple-negative

would have actually induced an Exorcist moment from you. That's the thing about the word "literally"... it's the only word that means the exact opposite of its real meaning when it's used incorrectly. That be's real funny, ain't it?

---

February 3, 2006 11:34 AM CST
**I go to Business Week for my 880 info!**
by Scorpio

http://www.businessweek.com/magazine/content/06_07/b3971073.htm -- "Cameron is working on the screenplay for Project 880, which he describes as "completely crazy, balls-out sci-fi." If it gets produced, it could be the first major Hollywood project that audiences will experience first as a multiplayer game on the Net, and only later on the silver screen."

---

# Exhibit I3



**HOME    COOL NEWS    COAXIAL    REVIEWS    THE ZONE    CHAT    CONTACT    SIGN IN**

# COOL NEWS

## Cameron has a top secret project... PROJECT 880... Nobody Nowhere Knows Nothing... Or do they"

Published on Tuesday, June 14, 2005 - 5:47am

Hey folks, Harry here... For the longest time, fans and gossipteers have been pondering the king of the world's hesitant nature in regards to his next feature narrative film. Some thinking that he is scared that nothing he does will top TITANIC. Others feel that he secretly despises FOX and is holding off making another film till everyone involved is dismissed or dies of old age. Still others feel that James is merely being the ever striving perfectionist working to make a film that entertains and challenges him at a level that he wishes to dedicate himself towards.

## TOP TALKBACKS
*OVER PAST 24 HOURS*

THE KARATE KID remake trailer makes a case for being called THE WUSHU KID--271 total posts — 271 posts

Want to see a Red-band tease of Hit Girl doing what she does best? KICK ASS!!!--393 total posts — 215 posts

Harry's DVD Picks & Peeks - 3rd & 4th wk of Dec: DISTRICT 9, INGLOURIOUS BASTERDS, TRAPEZE & much more!!!--211 total posts — 211 posts

Harry reviews AVATAR at last!--2070 total posts — 209 posts

Who Are The Five Actresses In The Running To Play Hal Jordan's Girlfriend — 204 posts

Exhibit J3



# Exhibit K3



Exhibit L3



# Exhibit M3



up



简体中文    English    Français    Русский    Español    العربية    Portuguese

**ICANN|LOOKUP**          ABOUT        POLICIES      GET          WHOIS          KNOWLEDGE
                         WHOIS                      INVOLVED     COMPLAINTS     CENTER

## Domain Name Registration Data Lookup

Enter a domain name                              Frequently Asked Questions (FAQ)

| www.avatarmovie.com | Lookup |
|---|---|

By submitting any personal data, I acknowledge and agree that the personal data submitted by me will be processed in accordance with the ICANN Privacy Policy, and agree to abide by the website Terms of Service and the Domain Name Registration Data Lookup Terms of Use.



### Domain Information

**Name:** AVATARMOVIE.COM

**Registry Domain ID:** 164802909_DOMAIN_COM-VRSN

**Domain Status:**
clientDeleteProhibited
clientTransferProhibited
clientUpdateProhibited
serverDeleteProhibited
serverTransferProhibited
serverUpdateProhibited

**Nameservers:**
NS1.FOXFILM.COM
NS2.FOXFILM.COM

### Dates

**Registry Expiration:** 2021-03-08 05:46:14 UTC

**Created:** 2005-06-02 17:18:05 UTC

### Registrar Information

**Name:** MarkMonitor Inc.

**IANA ID:** 292

**Abuse Contact Email:** abusecomplaints@markmonitor.com

**Abuse Contact Phone:** +1.2083895770

### DNSSEC Information

**Delegation Signed:** Unsigned

         

Exhibit N3



# Domain Name Registration Data Lookup

Enter a domain name                          Frequently Asked Questions (FAQ)

www.explorepandora.com

Lookup

By submitting any personal data, I acknowledge and agree that the personal data submitted by me will be processed in accordance with the ICANN Privacy Policy, and agree to abide by the website Terms of Service and the Domain Name Registration Data Lookup Terms of Use.

## Domain Information

**Name:** EXPLOREPANDORA.COM

**Registry Domain ID:** 157876831_DOMAIN_COM-VRSN

**Domain Status:**
clientTransferProhibited

**Nameservers:**
DNS1.CSCDNS.NET
DNS2.CSCDNS.NET

### Dates

**Registry Expiration:** 2021-03-08 05:27:18 UTC

**Created:** 2005-05-16 18:16:57 UTC

## Registrar Information

**Name:** CSC Corporate Domains, Inc.

**IANA ID:** 299

**Abuse Contact Email:** domainabuse@cscglobal.com

**Abuse Contact Phone:** tel:8887802723

## DNSSEC Information

**Delegation Signed:** Unsigned

## Authoritative Servers

**Registry Server URL:** https://rdap-core.vrsn.com/com/v1/domain/explorepandora.com





# Exhibit O3



up



# Domain Name Registration Data Lookup

Enter a domain name                                    Frequently Asked Questions (FAQ)

| www.visitpandora.com | Lookup |

By submitting any personal data, I acknowledge and agree that the personal data submitted by me will be processed in accordance with the ICANN Privacy Policy, and agree to abide by the website Terms of Service and the Domain Name Registration Data Lookup Terms of Use.

## Domain Information

**Name:** VISITPANDORA.COM

**Registry Domain ID:** 157876832_DOMAIN_COM-VRSN

**Domain Status:**
clientTransferProhibited

**Nameservers:**
NS31.TWDCNS.COM
NS32.TWDCNS.NET
NS33.TWDCNS.ORG
NS34.TWDCNS.CO.UK

### Dates

**Registry Expiration:** 2021-03-08 05:27:58 UTC

**Created:** 2005-05-16 18:16:57 UTC

## Registrar Information

**Name:** CSC Corporate Domains, Inc.

**IANA ID:** 299

**Abuse Contact Email:** domainabuse@cscglobal.com

**Abuse Contact Phone:** tel:8887802723

## DNSSEC Information

**Delegation Signed:** Unsigned

## Authoritative Servers












# Exhibit P3

Register.com - Wikipedia

WIKIPEDIA

# Register.com

**Register.com** (previously Forman Interactive Corp) was founded by Peter Forman in 1994 as a provider of website creation software. Shortly thereafter, joined by Richard Forman and Dan Levine, the company, over the next few years, vertically integrated into hosting and eventually into domain name provisioning. In 1999, the company officially changed its name to Register.com.

## Contents

History
Controversies
See also
References
External links

## History

On April 21, 1999, ICANN announced Register.com was one of the first five testbed registrars for the competitive Shared Registry System. On June 7, the company began operations under this name as a paid registrar in the .com, .net and .org domains. It was the first of the five testbed registrars to come online.[3]

In 2000, Register.com issued an IPO and began trading on the NASDAQ under ticker symbol RCOM. By 2004 the company was managing over three million domain names.

In 2005 Register.com developed a strategy and dedicated itself to focusing on small business and providing online services to serve that segment of the market. However, in November of the same year Register.com was acquired by Vector Capital. Prior to acquisition, the company completed a significant strategic initiative and received recognition for "*An Outstanding Customer Service Experience*" when it became the first Online Services Industry organization to receive the J.D. Power and Associates Call Center Certification. Register.com received this recognition again in 2006, 2007, 2008 and 2009.

With Vector's acquisition of Register.com, the company went private once again and stopped publicly trading on NASDAQ. Vector Capital, while searching for a full-time CEO brought in David Moore as an interim CEO. The CEO search was expected to last three months. In reality the process to find a new CEO took approximately one year. During David Moore's tenure the company successfully focused on cost reduction through better business practices.

### Register.com

| | |
|---|---|
| **Type of site** | subsidiary |
| **Founded** | 1999 |
| **Headquarters** | Jacksonville, FL, US |
| **Key people** | David Brown, CEO and President[1] |
| **Industry** | Domain Registrar |
| **Products** | Web services |
| **Parent** | Web.com |
| **Website** | register.com (http://register.com/) |
| **Alexa rank** | ▲ 11,334 (August 2015)[2] |

In November 2006 Larry Kutscher joined Register.com as chief executive officer. Kutscher came to Register.com from Dun & Bradstreet where he served as Senior Vice President and general manager of the Small Business Group.[4] Under Kutscher's leadership, Register.com continued the existing strategy of focusing on the needs of small business owners and entrepreneurs.

The company employs about 400 people in the US, Canada and the UK. Register.com is headquartered in New York City with satellite offices in Baltimore, Maryland and London, England. Register.com's Sales and Service center operates in Yarmouth, Nova Scotia; over 300 of Register.com's employees are at this center. Since mid-2007 Register.com had also added an office in Halifax, Nova Scotia, Canada. The office in Nova Scotia is Register.com's custom web design team, who provides design services to their clientele. The separate design team is RCOMCANADA.[5]

in June 2010, the company entered negotiations to be privately sold to Web.com. Web.com has agreed to acquire Register.com for a price of $135 million, which will be financed with approximately $20 million in existing cash, proceeds from a new $110 million term loan and a $5 million seller note.

# Controversies

The company previously had an A+ rating from the Better Business Bureau, but as of May 2016 is *not* BBB accredited.[6][7] It currently has a one-star rating out of a possible five stars at both consumeraffairs.com and yelp.com.[8][9] Similarly, dozens of complaints against the company's business practices are filed at Ripoff Report.[10]

On April 1, 2009, Register.com suffered a major DDoS attack, downing thousands of web sites. The FBI and The Department of Homeland Security were engaged to assist. Services were restored through counter-measures and minimized the disruption; some services were unavailable for 3 days. Twitter was used to update customers on the status throughout the attack.

In January 2010, the Chinese search engine Baidu sued Register.com for gross negligence after an employee allegedly allowed a third party access to Baidu's account despite them failing to pass basic security verification, allowing their website to be hijacked by the Iranian Cyber Army.[11]

# See also

- *Register.com v. Verio*

# References

1. http://ir.web.com/management.cfm
2. "register.com Site Overview" (http://www.alexa.com/siteinfo/register.com). Alexa Internet. Retrieved August 10, 2015.
3. "Hobbes' Internet Timeline by Robert H Zakon" (http://www.wallonie-isoc.org/Internet_Documents-en-francais/Hobbes_Internet-Timeline_trad.htm). Wallonie-isoc.org. Retrieved May 26, 2012.
4. Fung, Amanda (November 1, 2006). "Register.com names chief executive" (http://www.crainsnewyork.com/apps/pbcs.dll/article?AID=/20061101/FREE/61101010/1064/newsletter01). Crainsnewyork.com. Retrieved May 26, 2012.

5. "Register.com's in-house Design Team" (https://web.archive.org/web/20120526095846/http://rcom canadawebdesign.com/). Rcomcanadawebdesign.com. Archived from the original (http://rcomcan adawebdesign.com/) on May 26, 2012. Retrieved May 26, 2012.

6. "BBB Report" (http://www.bbb.org/maritime-provinces/business-reviews/internet-marketing-service s/rcom-canada-in-yarmouth-ns-18012). Bbb.org. March 19, 2004. Retrieved May 26, 2012.

7. http://www.bbb.org/new-york-city/business-reviews/internet-web-hosting/register-com-in-new-york-ny-7834/

8. https://www.consumeraffairs.com/internet/register.htm

9. http://www.yelp.com/biz/register-com-new-york-2

10. http://www.ripoffreport.com/reports/specific_search/register.com

11. Back, Aaron (January 19, 2010). "Baidu Sues Register.com, Alleges Negligence in Hacking Attack" (https://www.wsj.com/articles/SB10001424052748703837004575013742840069602?mod =googlenews_wsj). Online.wsj.com. Retrieved May 26, 2012.

# External links

- Register.com (http://www.register.com)

Retrieved from "https://en.wikipedia.org/w/index.php?title=Register.com&oldid=917886719"

**This page was last edited on 25 September 2019, at 23:35 (UTC).**

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

# Exhibit Q3



FOR IMMEDIATE RELEASE
CONTACT: Roni Jacobson
Register.com
212.798.9273
rjacobson@register.com

## REGISTER.COM SELLS CORPORATE SERVICES DIVISION TO CORPORATION SERVICE COMPANY®

Company to Focus on the Online Business Needs of Small- and Medium-Sized Businesses
New York, NY – May 3, 2006 – Register.com, a leading provider of domain name registration and Internet services, today announced the sale of its Corporate Services Division to Corporation Service Company, a privately-held firm and leading provider of financial and legal services to corporations and law firms. Register.com's Corporate Services Division provides online brand protection to large corporations with significant domain name portfolios. The Corporate Services Division also provides strategy consulting services and global domain name registrations, management, and monitoring services.

As a result of the sale, Register.com will now focus its management and financial resources on the domain name registration and web-based services needs of small- and medium-sized businesses, as well as individual consumers. Customers will benefit from the divestiture as the company focuses its efforts on bringing to market products and services essential to helping smaller businesses build their Internet presence. The company's existing suite of small business and consumer services, including Register.com's highly acclaimed customer service, has already helped millions of customers to easily establish their web-based activities.

"Helping our customers unleash the true potential of their business through the power of the Internet is Register.com's number one priority," said David Moore, CEO of Register.com. "Today's announcement puts a fine point on our mission to be the go-to provider of web-based value added services and award-winning customer service to our core market—millions of small- and medium-sized businesses looking to harness their online potential. We're looking forward to channeling our efforts to better serve this market."

Register.com is majority owned by Vector Capital, a private equity boutique specializing in buyouts, spinouts and recapitalizations of established technology businesses.

– more –

In addition to its work with Register.com, Vector has helped portfolio companies such as Savi Technology, LANDesk Software and Corel Corporation (NASDAQ: CREL) execute new financial and business strategies that materially improve the competitive standing of these businesses and enhance their value for employees, customers and shareholders.

Jefferies Broadview, a division of Jefferies & Company, Inc., acted as Vector Capital and Register.com's financial advisor, with O'Melveny & Myers LLP as legal counsel.

About Register.com

Register.com is a leading provider of domain name registration and Internet services. With approximately three million domain names under management, Register.com has built a brand based on quality domain name management services. Register.com offers its services to small- and medium-sized businesses, and individual consumers. Additionally, Register.com partners with ISPs, Web hosting companies and other online businesses that wish to resell the Company's domain name registration services.

About Vector Capital

Vector Capital is a private equity boutique specializing in spinouts, buyouts and recapitalizations of established technology businesses. Vector identifies and pursues these complex investments in both the public and private markets. Such opportunities are typically underserved by traditional buyout and venture capital firms. Vector actively partners with management teams to devise and execute new financial and business strategies that materially improve the competitive standing of these businesses and enhance their value for employees, customers and shareholders. Among Vector's portfolio companies are Savi Technology, LANDesk Software, Register.com and Corel Corporation (NASDAQ: CREL). For more information, visit www.vectorcapital.com.

# Exhibit R3

Now available: over 400m key company lifecycle events, from officer changes to gazette notices. Read more on our blog.

# opencorporates

The Open Database Of The Corporate World

Company name or numb | Search

● Companies   ○ Officers

- Log in/Sign up

# CORPORATION SERVICE COMPANY (EUROPE) LIMITED

Company Number
03647310
Status
Active
Incorporation Date
5 October 1998 (over 21 years ago)
Company Type
Private Limited Company
Jurisdiction
United Kingdom
Registered Address

- 25 Canada Square Canary Wharf
- London
- E14 5LQ
- England

Latest Accounts Date
2018-12-31
Annual Return Last Made Up Date
2016-02-23
Previous Names

- REGISTER.COM EUROPE LIMITED
- REGISTER.COM EUROPE PLC
- VIRTUAL INTERNET PLC
- VIRTUALINTERNET.NET PLC
- CHARRIOL PLC

Directors / Officers

- JAMES ALLEN STOLTZFUS, director, 14 May 2010-
- JAMES ALLEN STOLTZFUS, director, 14 May 2010-
- JOHN FORTUNATO, director, 11 May 2006-
- PAUL RICHARD ASHWORTH, director, 18 Dec 2017-

Inactive Directors / Officers

- AJAY CHOWDHURY, director, 9 Jan 2001-22 Feb 2002
- BRUCE WINN, director, 11 May 2006-14 May 2010
- CHRIS AKERS, director, 5 Oct 1998-24 Feb 2000
- DAVID SAMUEL ROGERS, director, 5 Oct 1998-24 Feb 2000
- E L NOMINEES LIMITED, director, 5 Oct 1998- 5 Oct 1998
- E L SERVICES LIMITED, secretary, 5 Oct 1998- 5 Oct 1998
- E L SERVICES LIMITED, director, 5 Oct 1998- 5 Oct 1998
- EILEEN LEAHY, director, 27 Jun 2004-31 Mar 2006
- FREDERICK WILLEM MOSTERT, director, 23 Feb 2000- 9 Jan 2001
- JASON DRUMMOND, director, 19 Jan 1999-22 Feb 2002
- JOHN WILLIAM MAUNDRELL, secretary, 16 Mar 1999-15 Aug 2000
- JONATHAN ROBERT HAMILTON WALES, director, 23 Feb 2000-31 Mar 2003
- JONATHAN STERN, director, 31 Mar 2003-11 May 2006
- LORI FAYE FISCHLER, director, 31 Mar 2003-27 Jun 2004
- MACLAY MURRAY & SPENS LLP, secretary, 6 Jul 2006- 8 Oct 2010
- MARK CARTWRIGHT, director, 9 Jan 2001-31 Jul 2002
- PETER FORMAN, director, 31 Mar 2003-10 Oct 2005
- PETER JOHN WILLIAMS, secretary, 5 Oct 1998-16 Mar 1999
- PETER JOHN WILLIAMS, director, 5 Oct 1998-24 Feb 2000
- RAJIV SAMANT, director, 22 Feb 2002-29 Oct 2002
- RENE MICHAEL MATHIAS, director, 22 Feb 2002-10 Jun 2002
- RICHARD DAVID FORMAN, director, 22 Feb 2002-31 Mar 2003
- RICHARD JUXON COBB, secretary, 15 Aug 2000- 6 Jul 2006
- RONI JACOBSON, director, 10 Oct 2005-11 May 2006
- STUART HOROWITZ, director, 31 Mar 2006-11 May 2006
- THOMAS RICHARD TURCAN, director, 30 Nov 1999-20 Mar 2003
- WILLIAM ROBERT SLEE, director, 23 Feb 2000-22 Feb 2002

See less

Registry Page
    https://beta.companieshouse.gov.uk/co...

**Source** UK Companies House, [http://xmlgw.companieshouse.gov.uk/](http://xmlgw.companieshouse.gov.uk/), 10 Jan 2020 (UK Crown Copyright)
[Add data](#) *(website, address, etc)*

update from registry

## Official Register Entries

[UK Data Protection Register entry](#)

register id: Z5978192

## Company Addresses

[Company Address](#)

ELYSIUM GATE, UNIT 20-21, 126-128 NEW KINGS ROAD, LONDON, SW6 4LZ, United Kingdom

## **Explore company network**



## Company network

Not yet available for this company. [Click to find out more](#)

**Corporate Grouping [User Contributed](#)**

None known. [Add one now?](#)
[See all corporate groupings](#)

## Statements of control (by this company) alpha

| Date | Description | Mechanisms | |
|------|-------------|------------|---|
| 2017-02-23 | No Individual Or Entity With Signficant Control: The company knows or has reasonable cause to believe that there is no registrable person or registrable relevant legal entity in relation to the company | N/A | [details](#) |

## Statements of control (relating to this company) alpha

# Exhibit S3

# HosterStats.com
### Knowledge From Numbers

**Home** | **gTLD Domain Counts 2019** | **New gTLD Counts 2019** | **Reports** | **gTLD Counts By Country** | **About** | **Privacy** | **Blog** |

Top .com Web Hosts
Top .net Web Hosts
Top .org Web Hosts
Top .biz Web Hosts
Top .info Web Hosts
Top .mobi Web Hosts
Top .asia Web Hosts
HosterStats Reports


GoDaddy

## avatarmovie.com Domain History November 2019

Domain name registration and hosting history for avatarmovie.com from 2000 to present. This record is based on the nameserver (DNS) history of the domain name.

### Domain Hosting History - Search Domain Name History from 2000 to 2019

| Domain Hosting History | |
|---|---|
| | Search |

.com .net .org .biz .info .mobi .asia .ie .eu .co.uk .de and new gTLDs

Fast pre-approval process for cars of all speeds.
Car loan decisions in 5 minutes
Insured by NCUA

The domain term 'avatarmovie' is, as of 01 November 2019, registered in the TLDs below.

| avatarmovie | com | net | org |
|---|---|---|---|

### avatarmovie.com Domain Hosting History - HosterStats.com

| Old Hoster | New Hoster | Month / Year | Zone Date | Transaction |
|---|---|---|---|---|
| REGISTER.COM | FOXFILM.COM | August 2008 | 2008-09-01 | Transfer |
| N/A | REGISTER.COM | June 2005 | 2005-06-01 | New |
| NAME-SERVICES.COM | N/A | April 2005 | 2005-05-01 | Deleted |
| DNSREALM.COM | NAME-SERVICES.COM | December 2004 | 2005-01-01 | Transfer |
| PARK-DOMAINS.COM | DNSREALM.COM | August 2004 | 2004-09-01 | Transfer |
| NAME-SERVICES.COM | PARK-DOMAINS.COM | June 2004 | 2004-07-01 | Transfer |
| N/A | NAME-SERVICES.COM | February 2004 | 2004-03-01 | New |
| GAGADOMAIN.CO.KR | N/A | May 2003 | 2003-06-01 | Deleted |
| GADOM.COM | N/A | May 2003 | 2003-06-01 | Deleted |
| N/A | GADOM.COM | May 2002 | 2002-06-01 | New |
| N/A | GAGADOMAIN.CO.KR | May 2002 | 2002-06-01 | New |
| SOFTCOMCA.COM | N/A | September–October 2001 | 2001-11-04 | Deleted |
| SOFTCOMCA.COM | N/A | December 2000 | | Epoch |

**Find a domain name now:**
.com ▾ Search — Go Daddy.com
.com .us .biz .info .net .ws .mobi .me .co.uk .in .at .asia
www.GoDaddy.com

### Domnomics book now available on Amazon.com

**Domnomics – the business of domain names**, a new book on domain names, statistics and web usage is now available on Amazon.com Read how the .EU ccTLD was plundered, how one decision to give away free domain names changed the industry forever and led to over a billion .COM domain names being registered and deleted without their owners ever having to pay for them. And when all the good domain names were apparently taken, the solution was more new gTLDs. But it didn't work out as expected. The book also covers the domain name counts by country and the geography of the gTLD Web with the number of websites hosted by each country for the legacy gTLDs and the new gTLDs. Find out how domain names are really being used with web usage surveys for .COM, .NET .ORG and the new gTLDs. Read the first chapters for free on the "Look Inside" link on Amazon.com and buy the book to find out why .ORG is different to other gTLDs.

### Current DNS For avatarmovie.com

ns1.foxfilm.com
ns2.foxfilm.com

.com 2004-2011
.net 2004-2011
.org 2004-2011
.biz 2004-2011
.info 2004-2011
.mobi 2007-2011
.eu 2007-2011

Top 50 .us Webhosters
Top 50 .co Webhosters

.com Comparison
.net Comparison



AdChoices

Learn more

.org Comparison
.biz Comparison
.info Comparison
.mobi Comparison
.asia Comparison
.tel Comparison
Top 100 Domain Endings
Top 500 Domain Endings
.asia Landrush Graph

## Geo and City New gTLD Web usage Surveys

.nyc | .berlin | .london | .tokyo | .bayern | .koeln | .hamburg | .moscow | .paris | .amsterdam
.vegas | .wien | .frl | .quebec | .wales | .kiwi | .ruhr | .melbourne | .sydney
.vlaanderen | .brussels | .cologne | .bzh | .capetown | .cymru | .eus | .nagoya | .joburg | .tirol
.saarland | .yokohama | .gent | .durban | .gal | .okinawa | .taipei | .desi | .alsace | .irish

### Webhoster Statistics – Domain Statistics on over 7 Million Hosters From 2000 to 2014

**Webhoster** [            ] [ Search ]
Search by webhoster's domain name. Example: domaincontrol.com

**New:** avatarmovie.com detected in zonefile.
**Deleted:** avatarmovie.com deleted from zonefile.
**Transfer:** avatarmovie.com transferred from one hoster's DNS to another's DNS.
**Added:** A secondary DNS is added to avatarmovie.com's DNSes.
**Removed:** A secondary DNS is removed from avatarmovie.com's DNSes.
**Changed:** The DNS for avatarmovie.com changed in this period.
**Epoch:** Initial zonefile used in building domain history for that TLD.

**HosterStats.com does not store or use any WHOIS data. By continuing to use this website, you consent to the use of cookies in accordance with the Privacy Policy/Statement.**

### avatarmovie.com Domain Name Brand Protection Analysis 01 November 2019

The more valuable a domain name is, the more likely it is to be protected by trademarks and other rights. The Intellectual Property Rights owners will seek to protect their trademarks and brands by registering the term in various Top Level Domains.

The .com .net and .org TLDs are the oldest of the global TLDs. For older brands, the intellectual property rights owner is likely to have registered it in these three TLDs. The focus of brand protection will be on the .com version of the domain name. A domain name with the same hosters for the domain term in these three TLDs is likely to be the subject of brand protection registrations.

| HosterStats.com: TLD Brand Analysis For avatarmovie.com | | |
|---|---|---|
| avatarmovie.com hoster | avatarmovie.net hoster | avatarmovie.org hoster |
| FOXFILM.COM | REGISTER.COM | REGISTER.COM |

| HosterStats.com: Cross TLD Comparison For avatarmovie.com | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| com | net | org | biz | info | ie | mobi | eu | co.uk | asia | de |
| com History | net History | org History | biz History | info History | - | mobi History | eu History | .co.uk History | - | .de History |

HosterStats.com does not allow scrapers and automated harvesting of its webpages. HosterStats.com will take whatever action is necessary to protect its bandwidth and resources.

Copyright 2000-2020 MC2.

Page generated in: 0.52805805206299 seconds.

## HosterStats.com
### Knowledge From Numbers

**Home** | **gTLD Domain Counts 2019** | **New gTLD Counts 2019** | **Reports** | **gTLD Counts By Country** | **About** | **Privacy** | **Blog** |

Top .com Web Hosts
Top .net Web Hosts
Top .org Web Hosts
Top .biz Web Hosts
Top .info Web Hosts
Top .mobi Web Hosts
Top .asia Web Hosts
HosterStats Reports





## explorepandora.com Domain History December 2019

Domain name registration and hosting history for explorepandora.com from 2000 to present. This record is based on the nameserver (DNS) history of the domain name.

| Domain Hosting History | |
|---|---|
| **Domain Hosting History** | Search |
| .com .net .org .biz .info .mobi .asia .ie .eu .co.uk and new gTLDs | |

The domain term 'explorepandora' is, as of 01 December 2019, registered in the TLDs below.

| explorepandora | com | net | org |
|---|---|---|---|

### explorepandora.com Domain Hosting History - HosterStats.com

| Old Hoster | New Hoster | Month / Year | Zone Date | Transaction |
|---|---|---|---|---|
| REGISTER.COM | FOXFILM.COM | August 2008 | 2008-09-01 | Transfer |
| N/A | REGISTER.COM | May 2005 | 2005-06-01 | New |



### Domnomics book now available on Amazon.com

**Domnomics - the business of domain names**, a new book on domain names, statistics and web usage is now available on Amazon.com Read how the .EU ccTLD was plundered, how one decision to give away free domain names changed the industry forever and led to over a billion .COM domain names being registered and deleted without their owners ever having to pay for them. And when all the good domain names were apparently taken, the solution was more new gTLDs. But it didn't work out as expected. The book also covers the domain name counts by country and the geography of the gTLD Web with the number of websites hosted by each country for the legacy gTLDs and the new gTLDs. Find out how domain names are really being used with web usage surveys for .COM, .NET .ORG and the new gTLDs. Read the first chapters for free on the "Look Inside" link on Amazon.com and buy the book to find out why .ORG is different to other gTLDs.

### Current DNS For explorepandora.com

dns1.cscdns.net
dns2.cscdns.net

### Geo and City New gTLD Web usage Surveys

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| .nyc | .berlin | .london | .tokyo | .bayern | .koeln | .hamburg | .moscow | .paris | .amsterdam |
| .vegas | .wien | .frl | .quebec | .wales | .scot | .kiwi | .ruhr | .melbourne | .sydney |
| .vlaanderen | .brussels | .cologne | .bzh | .capetown | .cymru | .eus | .nagoya | .joburg | .tirol |
| .saarland | .yokohama | .gent | .durban | .gal | .okinawa | .taipei | .desi | .alsace | .irish |

### Webhoster Statistics - Domain Statistics on over 7 Million Hosters From 2000 to 2014

| Webhoster | |
|---|---|
| **Webhoster** | Search |
| Search by webhoster's domain name. Example: domaincontrol.com | |

**New:** explorepandora.com detected in zonefile.
**Deleted:** explorepandora.com deleted from zonefile.
**Transfer:** explorepandora.com transferred from one hoster's DNS to another's DNS.
**Added:** A secondary DNS is added to explorepandora.com's DNSes.
**Removed:** A secondary DNS is removed from explorepandora.com's DNSes.
**Changed:** The DNS for explorepandora.com changed in this period.
**Epoch:** Initial zonefile used in building domain history for that TLD.

.com 2004-2011
.net 2004-2011
.org 2004-2011
.biz 2004-2011
.info 2004-2011
.mobi 2007-2011
.eu 2007-2011
Top 50 .us Webhosters
Top 50 .co Webhosters
.com Comparison
.net Comparison

HosterStats.com does not store or use any WHOIS data. By continuing to use this website, you consent to the use of cookies in accordance with the **Privacy Policy/Statement.**

### explorepandora.com Domain Name Brand Protection Analysis 01 December 2019

.org Comparison
.biz Comparison
.info Comparison
.mobi Comparison
.asia Comparison
.tel Comparison
Top 100 Domain Endings
Top 500 Domain Endings
.asia Landrush Graph

The more valuable a domain name is, the more likely it is to be protected by trademarks and other rights. The Intellectual Property Rights owners will seek to protect their trademarks and brands by registering the term in various Top Level Domains.

The .com .net and .org TLDs are the oldest of the global TLDs. For older brands, the intellectual property rights owner is likely to have registered it in these three TLDs. The focus of brand protection will be on the .com version of the domain name. A domain name with the same hosters for the domain term in these three TLDs is likely to be the subject of brand protection registrations.

| HosterStats.com: TLD Brand Analysis For explorepandora.com | | |
|---|---|---|
| explorepandora.com hoster | explorepandora.net hoster | explorepandora.org hoster |
| FOXFILM.COM | REGISTER.COM | REGISTER.COM |

| HosterStats.com: Cross TLD Comparison For explorepandora.com | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| com | net | org | biz | info | ie | mobi | eu | co.uk | asia | de |
| com History | net History | org History | - | - | - | - | - | - | - | - |

HosterStats.com does not allow scrapers and automated harvesting of its webpages. HosterStats.com will take whatever action is necessary to protect its bandwidth and resources.

Copyright 2000-2020 MC2.

Page generated in: 0.30942893028259 seconds.

Top .com Web Hosts
Top .net Web Hosts
Top .org Web Hosts
Top .biz Web Hosts
Top .info Web Hosts
Top .mobi Web Hosts
Top .asia Web Hosts
HosterStats Reports




.com 2004-2011
.net 2004-2011
.org 2004-2011
.biz 2004-2011
.info 2004-2011
.mobi 2007-2011
.eu 2007-2011

Top 50 .us Webhosters
Top 50 .co Webhosters

.com Comparison
.net Comparison
.org Comparison
.biz Comparison
.info Comparison
.mobi Comparison
.asia Comparison
.tel Comparison
Top 100 Domain Endings
Top 500 Domain Endings
.asia Landrush Graph

HosterStats.com

*Knowledge From Numbers*

Home | gTLD Domain Counts 2019 | New gTLD Counts 2019 | Reports | gTLD Counts By Country | About | Privacy | Blog |

## visitpandora.com Domain History December 2019

Domain name registration and hosting history for visitpandora.com from 2000 to present. This record is based on the nameserver (DNS) history of the domain name.

**Domain Hosting History - Search Domain Name History from 2000 to 2019**

**Domain Hosting History** Search
.com .net .org .biz .info .mobi .asia .ie .eu .co.uk .de and new gTLDs

The domain term 'visitpandora' is, as of 01 December 2019, registered in the TLDs below.

| visitpandora | com | net | org |
|---|---|---|---|



**visitpandora.com** Domain Hosting History - HosterStats.com

| Old Hoster | New Hoster | Month / Year | Zone Date | Transaction |
|---|---|---|---|---|
| AWSDNS-05.ORG | FOXFILM.COM | June 2018 | 2018-07-01 | Transfer |
| AWSDNS-12.NET | FOXFILM.COM | June 2018 | 2018-07-01 | Transfer |
| AWSDNS-42.COM | FOXFILM.COM | June 2018 | 2018-07-01 | Transfer |
| AWSDNS-50.CO.UK | FOXFILM.COM | June 2018 | 2018-07-01 | Transfer |
| FOXFILM.COM | AWSDNS-50.CO.UK | January 2017 | 2017-02-01 | Transfer |
| FOXFILM.COM | AWSDNS-42.COM | January 2017 | 2017-02-01 | Transfer |
| FOXFILM.COM | AWSDNS-05.ORG | January 2017 | 2017-02-01 | Transfer |
| FOXFILM.COM | AWSDNS-12.NET | January 2017 | 2017-02-01 | Transfer |
| REGISTER.COM | FOXFILM.COM | August 2008 | 2008-09-01 | Transfer |
| N/A | REGISTER.COM | May 2005 | 2005-06-01 | New |

Find a domain name now:
.com ▼ Search
.com .us .biz .info .net .org .ws .mobi .me .co.uk .in .at .asia




### Domnomics book now available on Amazon.com

**Domnomics - the business of domain names**, a new book on domain names, statistics and web usage is now available on Amazon.com Read how the .EU ccTLD was plundered, how one decision to give away free domain names changed the industry forever and led to over a billion .COM domain names being registered and deleted without their owners ever having to pay for them. And when all the good domain names were apparently taken, the solution was more new gTLDs. But it didn't work out as expected. The book also covers the domain name counts by country and the geography of the gTLD Web with the number of websites hosted by each country for the legacy gTLDs and the new gTLDs. Find out how domain names are really being used with web usage surveys for .COM, .NET .ORG and the new gTLDs. Read the first chapters for free on the "Look Inside" link on Amazon.com and buy the book to find out why .ORG is different to other gTLDs.

### Current DNS For visitpandora.com

ns31.twdcns.com
ns32.twdcns.net
ns33.twdcns.org
ns34.twdcns.co.uk

### Geo and City New gTLD Web usage Surveys

.nyc .berlin .london .tokyo .bayern .koeln .hamburg .moscow .paris .amsterdam
.vegas .wien .frl .quebec .wales .scot .kiwi .ruhr .melbourne .sydney
.vlaanderen .brussels .cologne .bzh .capetown .cymru .eus .nagoya .joburg .tirol
.saarland .yokohama .gent .durban .gal .okinawa .taipei .desi .alsace .irish

**Webhoster Statistics - Domain Statistics on over 7 Million Hosters From 2000 to 2014**

**Webhoster** Search
Search by webhoster's domain name. Example: domaincontrol.com

**New:** visitpandora.com detected in zonefile.
**Deleted:** visitpandora.com deleted from zonefile.
**Transfer:** visitpandora.com transferred from one hoster's DNS to another's DNS.

**Added:** A secondary DNS is added to visitpandora.com's DNSes.
**Removed:** A secondary DNS is removed from visitpandora.com's DNSes.
**Changed:** The DNS for visitpandora.com changed in this period.
**Epoch:** Initial zonefile used in building domain history for that TLD.

**HosterStats.com does not store or use any WHOIS data. By continuing to use this website, you consent to the use of cookies in accordance with the [Privacy Policy/Statement](#).**

### visitpandora.com Domain Name Brand Protection Analysis 01 December 2019

The more valuable a domain name is, the more likely it is to be protected by trademarks and other rights. The Intellectual Property Rights owners will seek to protect their trademarks and brands by registering the term in various Top Level Domains.

The .com .net and .org TLDs are the oldest of the global TLDs. For older brands, the intellectual property rights owner is likely to have registered it in these three TLDs. The focus of brand protection will be on the .com version of the domain name. A domain name with the same hosters for the domain term in these three TLDs is likely to be the subject of brand protection registrations.

| HosterStats.com: TLD Brand Analysis For visitpandora.com | | |
|---|---|---|
| visitpandora.com hoster | visitpandora.net hoster | visitpandora.org hoster |
| FOXFILM.COM | REGISTER.COM | REGISTER.COM |

| HosterStats.com: Cross TLD Comparison For visitpandora.com | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| com | net | org | biz | info | ie | mobi | eu | co.uk | asia | de |
| com History | net History | org History | - | info History | - | - | - | .co.uk History | - | - |

HosterStats.com does not allow scrapers and automated harvesting of its webpages. HosterStats.com will take whatever action is necessary to protect its bandwidth and resources.

Copyright 2000-2020 MC2.

Page generated in: 0.33515501022339 seconds.

# Exhibit T3

Now available: over 400m key company lifecycle events, from officer changes to gazette notices. Read more on our blog.

# opencorporates

The Open Database Of The Corporate World

Company name or numb | Search

● Companies ○ Officers

- Log in/Sign up

# CSC CORPORATE DOMAINS, INC. branch

Company Number
    C3683386
Status
    Active
Incorporation Date
    9 June 2014 (over 5 years ago)
Company Type
    FOREIGN STOCK
Jurisdiction
    California (US)
Branch
    Branch of CSC CORPORATE DOMAINS, INC. (Delaware (US))
Registered Address

- 251 LITTLE FALLS DR
  WILMINGTON DE 19808
- United States

Agent Name
    CORPORATION SERVICE COMPANY
Agent Address
    2710 GATEWAY OAKS DR STE 150N SACRAMENTO CA 95833
Directors / Officers

- CORPORATION SERVICE COMPANY, agent

Registry Page
    https://businesssearch.sos.ca.gov/CBS...



Exhibit U3



**Secretary of State
Statement of Information**
(California Stock, Agricultural
Cooperative and Foreign Corporations)

#17  ❮❯  SI-550

19-706359

**FILED**
Secretary of State
State of California

JUN 21 2019

376/350/NF/PC/2SR  6/24/19

*This Space For Office Use Only*

**IMPORTANT** — Read instructions **before** completing this form.

**Fees** (Filing plus Disclosure) – $25.00;

**Copy Fees** – First page $1.00; each attachment page $0.50;
 Certification Fee - $5.00 plus copy fees

**1. Corporation Name** (Enter the **exact** name of the corporation as it is recorded with the California Secretary of State. Note: If you registered in California using an assumed name, see instructions.)

TWENTIETH CENTURY FOX FILM CORPORATION

**2. 7-Digit Secretary of State File Number**

C1087812

**3. Business Addresses**

| a. Street Address of Principal Executive Office - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 10201 WEST PICO BOULEVARD | LOS ANGELES | CA | 90035 |
| b. Mailing Address of Corporation, **if different than Item 3a** | City (no abbreviations) | State | Zip Code |
| | | | |
| c. Street Address of Principal **California** Office, if any and if different than Item 3a - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
| | | | |

**4. Officers** — The Corporation is required to list all three of the officers set forth below. An additional title for the Chief Executive Officer and Chief Financial Officer may be added; however, the preprinted titles on this form must not be altered.

| a. Chief Executive Officer/ | First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|---|
| JAMES | | M. | KAPENSTEIN | |
| Address | | City (no abbreviations) | State | Zip Code |
| 500 S. BUENA VISTA STREET | | BURBANK | CA | 91521 |
| b. Secretary | First Name | Middle Name | Last Name | Suffix |
| MICHAEL | | | SALAMA | |
| Address | | City (no abbreviations) | State | Zip Code |
| 500 S. BUENA VISTA STREET | | BURBANK | CA | 91521 |
| c. Chief Financial Officer/ | First Name | Middle Name | Last Name | Suffix |
| JONATHAN | | | HEADLEY | |
| Address | | City (no abbreviations) | State | Zip Code |
| 500 S. BUENA VISTA STREET | | BURANK | CA | 91521 |

**5. Director(s)** — California Stock and Agricultural Cooperative Corporations ONLY: **Item 5a:** At least one name **and** address must be listed. If the Corporation has additional directors, enter the name(s) and addresses on Form SI-550A (see instructions).

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |
| Address | | City (no abbreviations) | State | Zip Code |
| | | | |

b. Number of Vacancies on the Board of Directors, if any [ ]

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |
| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
| | | CA | |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b

Corporation Service Company Which Will Do Business In California As CSC - Lawyers Incorporating Service (C1592199)

**7. Type of Business**

Describe the type of business or services of the Corporation

FILM ENTERTAINMENT

**8. The Information contained herein, including in any attachments, is true and correct.**

| 6/21/2019 | MICHAEL SALAMA | SECRETARY | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

SI-550 (REV 01/2017)

2017 California Secretary of State
www.sos.ca.gov/business/be

Exhibit V3



**Secretary of State
Statement of Information**
(Limited Liability Company)

| LLC-12 |
| --- |

18-D55066

# FILED

In the office of the Secretary of State
of the State of California

OCT 24, 2018

**This Space For Office Use Only**

**IMPORTANT — Read instructions before completing this form.**

**Filing Fee – $20.00**

**Copy Fees –** First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the exact name of the LLC.  If you registered in California using an alternate name, see instructions.)

GOOGLE LLC

| **2. 12-Digit Secretary of State File Number** | **3.  State, Foreign Country or Place of Organization** (only if formed outside of California) |
| --- | --- |
| 201727810678 | DELAWARE |

**4.  Business Addresses**

| a. Street Address of Principal Office - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
| --- | --- | --- | --- |
| 1600 Amphitheatre Parkway | Mountain View | CA | 94043 |
| b. Mailing Address of LLC, **if different than item 4a** | City (no abbreviations) | State | Zip Code |
| 1600 Amphitheatre Parkway | Mountain View | CA | 94043 |
| c. Street Address of **California** Office, if Item 4a is not in California - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
| 1600 Amphitheatre Parkway | Mountain View | CA | 94043 |

**5.  Manager(s) or Member(s)**

If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank).  If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank).  Note:  The LLC cannot serve as its own manager or member.  If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
| --- | --- | --- | --- |
| | | | |

| b. Entity Name - Do not complete Item 5a |
| --- |
| XXVI Holdings Inc. |

| c. Address | City (no abbreviations) | State | Zip Code |
| --- | --- | --- | --- |
| 1600 Amphitheatre Parkway | Mountain View | CA | 94043 |

**6.  Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL –** Complete Items 6a and 6b only.  Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
| --- | --- | --- | --- |
| | | | |

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
| --- | --- | --- | --- |
| | | CA | |

**CORPORATION –** Complete Item 6c only.  Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b |
| --- |
| CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA     AS CSC - LAWYERS INCORPORATING SERVICE (C1592199) |

**7.  Type of Business**

| a. Describe the type of business or services of the Limited Liability Company |
| --- |
| provider of technology search services |

**8.  Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
| --- | --- | --- | --- |
| Sundar | | Pichai | |

| b. Address | City (no abbreviations) | State | Zip Code |
| --- | --- | --- | --- |
| 1600 Amphitheatre Parkway | Mountain View | CA | 94043 |

**9.  The Information contained herein, including any attachments, is true and correct.**

| 10/24/2018 | KENNETH H. Yi | Assistant Secretary | |
| --- | --- | --- | --- |
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed.  SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:

Company:

Address:

City/State/Zip:

# Exhibit W3

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through December 20, 2019.

Selected Entity Name: REGISTER.COM, INC.
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | REGISTER.COM, INC. |
| **DOS ID #:** | 2380671 |
| **Initial DOS Filing Date:** | MAY 20, 1999 |
| **County:** | NEW YORK |
| **Jurisdiction:** | DELAWARE |
| **Entity Type:** | FOREIGN BUSINESS CORPORATION |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
C/O CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NEW YORK, 12207-2543

**Chief Executive Officer**

SHARON ROWLANDS
12808 GRAN BAY PKWY WEST
JACKSONVILLE, FLORIDA, 32258

**Principal Executive Office**

REGISTER.COM, INC.
12808 GRAN BAY PKWY WEST
JACKSONVILLE, FLORIDA, 32258

**Registered Agent**

CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NEW YORK, 12207-2543

# Exhibit X3

## Registrant:

**Name:** PERFECT PRIVACY, LLC

**Email:** pm6ye7tj3db@networksolutionsprivateregistration.com

**Tel:** +1.5707088780

**Mailing Address:** 5335 Gate Parkway care of Network Solutions PO Box 459, Jacksonville, FL, 32256, US

## Technical:

**Name:** PERFECT PRIVACY, LLC

**Email:** pm6ye7tj3db@networksolutionsprivateregistration.com

**Tel:** +1.5707088780

**Mailing Address:** 5335 Gate Parkway care of Network Solutions PO Box 459, Jacksonville, FL, 32256, US

## Administrative:

**Name:** PERFECT PRIVACY, LLC

**Email:** pm6ye7tj3db@networksolutionsprivateregistration.com

**Tel:** +1.5707088780

**Mailing Address:** 5335 Gate Parkway care of Network Solutions PO Box 459, Jacksonville, FL, 32256, US

## Abuse:

**Email:** abuse@web.com

**Tel:** +1.8003337680

## Authoritative Servers

**Registry Server URL:** https://rdap.verisign.com/com/v1/domain/aintitcool.com (https://rdap.verisign.com/com/v1/domain/aintitcool.com)

**Last updated from Registry RDAP DB:** 2019-12-22 03:52:11 UTC

**Registrar Server URL:** https://rdap.networksolutions.com/rdap/domain/AINTITCOOL.COM (https://rdap.networksolutions.com/rdap/domain/AINTITCOOL.COM)

**A note about our privacy policies and terms of service:**
We have updated our privacy policies and certain website terms of service to provide greater transparency, promote simplification, and align with recent changes in privacy laws applicable to us. Learn more (https://www.icann.org/privacy).

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. Learn more. (https://www.icann.org/privacy/cookies)   ✕ Ok

## Raw Registry RDAP Response    ⌄

Exhibit Y3

Now available: over 400m key company lifecycle events, from officer changes to gazette notices.
Read more on our blog.

# opencorporates

The Open Database Of The Corporate World

Company name or number   [Search]

◉ Companies  ○ Officers

- Log in/Sign up

# PERFECT PRIVACY LLC **branch**

Company Number
>    M17000005670
Status
>    Active
Incorporation Date
>    3 July 2017 (over 2 years ago)
Company Type
>    Foreign Limited Liability
Jurisdiction
>    Florida (US)
Branch
>    Branch of PERFECT PRIVACY LLC (Connecticut (US))
Agent Name
>    CORPORATION SERVICE COMPANY
Agent Address
>    1201 HAYS ST, TALLAHASSEE, FL 32301
Directors / Officers

- CORPORATION SERVICE COMPANY, agent
- Jeffrey Neace
- Jennifer Lada
- MATTHEW P MCCLURE

**Source** Florida Department of State Division of Corporations, http://www.sunbiz.org, 1 Oct 2019
Add data *(website, address, etc)*

## Company Addresses

Head Office Address

12808 Gran Bay Parkway West, Jacksonville, FL, 32258

Mailing Address

12808 Gran Bay Parkway West, Jacksonville, FL, 32258

# Exhibit Z3



# Exhibit A4

Now available: over 400m key company lifecycle events, from officer changes to gazette notices.
Read more on our blog.

# opencorporates

The Open Database Of The Corporate World

Company name or number    [Search]

◉ Companies    ○ Officers

- Log in/Sign up

# AIN'T IT COOL INC **branch**

Company Number
    0013390206
Status
    Forfeited Franchise Tax
Incorporation Date
    4 August 2000 (over 19 years ago)
Dissolution Date
    10 February 2006
Company Type
    FOREIGN PROFIT CORPORATION
Jurisdiction
    Texas (US)
Branch
    Branch of out-of-jurisdiction company

**Source** Texas Comptroller of Public Accounts, https://mycpa.cpa.state.tx.us/coa/, 2 Dec 2019
Add data *(website, address, etc)*

## Company Addresses

Mailing Address

PO BOX 1641, AUSTIN, TX, 78767

## **Explore company network**



## Company network

Exhibit B4

http://www.hollywoodreporter.com/hr/search/article_display.jsp?vnu_content_id=1000956665    Go

DEC   JAN   AUG

◄    17    ►

2006  2007  2008

▼ About this capture

24 captures
17 Jan 2007 - 10 Jun 2018

Archives | Search FAQ        Search term(s)

THR events    H'wood Creative Directory    THR Esq    Star Power    Newsletters    THR East    Back Issues    Real estate    Jobs

ADVERTISEMENT ▼

# Cameron turns to new project

**Cameron turns to new project**
Anne Thompson and Sheigh Crabtree

June 14, 2005

As the clock ticks down toward the December start date of James Cameron's next project, the director is shifting his full attention from "Battle Angel." Although he has publicly identified that film as his next movie, he also is readying a parallel project, tentatively titled "Project 880," according to sources at Cameron's Lightstorm Entertainment.

Both films would be shot in 3-D with custom-designed high-definition cameras. Whichever film Cameron does next, he also plans to use a photo-real version of the performance capture technology used by Robert Zemeckis on "The Polar Express."

Seven years after "Titanic" took the all-time global boxoffice crown ($1.8 billion), the 50-year-old writer-director had said that he plans to return to directing with a big-budget studio picture for 20th Century Fox after producing TV and movie projects ("Dark Angel," "Solaris") and experimenting with 3-D Imax documentaries.

Cameron had focused much of his attention on "Battle Angel," based on Yukito Kishiro's 12 popular Japanese graphic novels about a nymphette who morphs into an action heroine. Cameron has reworked a script from "Alexander" screenwriter Laeta Kalogridis that could serve as the beginning of a franchise.

While Lightstorm would not reveal a final title or story line for the new project it is calling "Project 880," Cameron could decide to film that feature before tackling "Battle Angel," which has proved to be a difficult script to adapt.

Cameron also has been developing an underwater adventure, "The Dive," with screenwriter Dana Stevens ("City of Angels"). That project is based on a Sports Illustrated story about freedivers Francisco Ferreras and his wife Audrey Mestre, who expired while trying to break her own depth record. Rights have only recently been disentangled and because that script is not ready, it is not one of the two projects Cameron is readying, Lightstorm said.

Eager to use the latest technology toolbox on his next film, which will be effects intensive, Cameron has had a team of technicians working behind-the-scenes to build customized solutions that will enable the director to bring his visions to the big screen.

Working from scratch, "Titanic" visual effects supervisor Rob Legato is building a prototype virtual cinematography system for previsualization on Cameron's next project. The system that Legato is building will allow Cameron such freedoms as choosing lenses, framing, Steadicam, dolly, pan and tilt, focal lengths and other camera controls during the previsualization stage rather than on location. The frame-by-frame setup will allow Cameron to envision the entire film in a computer before he shoots a single frame of the live-action, performance-capture material. Legato also is helping Lightstorm configure a visual-effects "pipeline" to get a new system up and running within weeks. Cameron is scheduled to screen Legato's test footage Wednesday.Cameron also is expected to start CamNet, a new camera distribution business with his longtime camera technician Vincent Pace, who recently

http://www.hollywoodreporter.com/hr/search/article_display.jsp?vnu_content_id=1000956665          Go        DEC  JAN  AUG
24 captures                                                                                                    ◀   17   ▶
17 Jan 2007 – 10 Jun 2018                                                                                2006  2007  2008       ▼ About this capture

remain above water during deep sea shoots.

With the latest innovations in motion capture, Cameron also will be able to film actors on dry land as they play characters underwater. Just as Tom Hanks was able to body surf on a fast-moving train in Sony Imageworks' "Polar Express," actors will be able to explore the depths of the ocean from the safety of a motion capture stage.

Legato contributed innovative visual effects work to Martin Scorsese's "The Aviator," for which he shot second-unit visual effects photography, and "Harry Potter and the Sorcerer's Stone." Legato supervised both films at Imageworks, which he left this year to work as an independent with plans to direct. Lightstorm execs are interviewing visual effects supervisors to whom Legato is expected to hand over the previsual system he has developed under heavy security. Brooke Breton, "Sky Captain and the World of Tomorrow" effects producer, is said to be a strong candidate.

Intrigued by 3-D technology ever since he made 1996's "T-2 3-D: Battle Across Time," a 12-minute short for the Universal Studios theme parks, Cameron conducted research and development for the new film's technology, while making two 3-D Imax documentaries, 2003's "Ghosts of the Abyss" and this year's "Aliens of the Deep."

Having declared that he "will never shoot on film again," Cameron will deploy the same side-by-side, 3-D high-definition video Sony cameras that he used on "Ghosts of the Abyss" on his upcoming feature, Lightstorm sources said. Cameron also hopes to release his next film in 1,000 theaters equipped with digital projectors.

Cameron, George Lucas, Robert Rodriguez and Robert Zemeckis made strong pitches at March's ShoWest exhibitor convention for exhibitors to install 3-D digital projectors to support their upcoming 3-D projects, including planned 3-D versions of the "Star Wars" films.

Rodriguez used Cameron's specially-adapted hand-held Sony F-950 cameras (or "J-cams") for "Spy Kids 3-D," but Rodriguez adopted the old-fashioned red and blue anaglyphic 3-D format in postproduction, which is slightly more antiquated than Cameron's digital 3-D HD capture method.

**About us | Advertising | FAQ | Site map | Make us your homepage | Site tour**          © 2006 VNU eMedia, Inc. All rights reserved. Read our Terms of Use & Privacy Policy

# Exhibit C4

The Definitive Voice of Entertainment News

# Looking for something on THR.com?

Apologies; we can't find this page right now, but we'd love for you to stay.
Try a search or take a look at one of the sections below.

| Search THR | SEARCH » |
|---|---|

| HOME | MOVIES | TV | MUSIC | TECH | THE BUSINESS | STYLE | CULTURE | AWARDS | VIDEO |
|---|---|---|---|---|---|---|---|---|---|

About Us

Subscribe

Subscriber Services

Back Issues

FAQs

Advertising

Contact Us

Entertainment News RSS

Follow Us On
TWITTER

Find Us On
FACEBOOK

Watch Us On
YOUTUBE

Our affiliate publications

© 2019 The Hollywood Reporter.
All rights reserved.

Terms of Use | Privacy Policy

# Exhibit D4

Cameron keeps himself busy | Film | The Guardian

# The Guardian



This article is more than **14 years old**

# Cameron keeps himself busy

*Staff and agencies*

Tue 14 Jun 2005 05.32 EDT

James Cameron is one very busy man: while officially gearing up to shoot Battle Angel, his 3D movie adaptation of the popular Japanese manga series, it has emerged that he is also developing a parallel 3D project, a sequel to 1994's True Lies and an underwater adventure about freediving.

Battle Angel is based on Yukito Kishiro's 12 graphic novels about a cyborg girl who tries to recover her true self while fighting the forces of evil in a gigantic and mysterious mid-air city.

Sources at Cameron's Lightstorm Entertainment told the Hollywood Reporter that in tandem with Battle Angel, Cameron is planning a parallel project, currently called Project 880. Both films are to be shot with custom-designed high-definition cameras and will use a version of the performance capture technology used by Robert Zemeckis on The Polar Express.

In addition, the director is also hard at work on a sequel to True Lies, the hit action flick that starred Arnold Schwarzenegger and Jamie Lee Curtis. Cameron's fourth project on the go would return the Titanic and Ghosts of the Abyss director to his fascination with the deep. Called The Dive, it is based on a Sports Illustrated story about freediver Francisco Ferreras and his wife Audrey Mestre, who died while trying to break her own depth record.

# A civil conversation...
... has never been more important in American public life. Guardian journalism, driven by fact-based reporting, offers an independent voice of reason at a time when the national conversation is divisive and embittered. At a time of acrimony, America is in need of public civility. For 200 years Guardian journalism has been committed to giving expression to hope, not hate, and choosing fairness over fear.

More people are reading and supporting The Guardian's independent, investigative journalism than ever before. And unlike many news organisations, we have chosen an approach that allows us to keep our journalism accessible to all, regardless of where they live or what they can afford. But we need your ongoing support to keep working as we do.

The Guardian will engage with the most critical issues of our time – from the escalating climate catastrophe to widespread inequality to the influence of big tech on our lives. At a time when factual information is a necessity, we believe that each of us, around the world, deserves access to accurate reporting with integrity at its heart.

Our editorial independence means we set our own agenda and voice our own opinions. Guardian journalism is free from commercial and political bias and not influenced by billionaire owners or shareholders. This means we can give a voice to those less heard, explore where others turn away, and rigorously challenge those in power.

We need your support to keep delivering quality journalism, to maintain our openness and to protect our precious independence. Every reader contribution, big or small, is so valuable. **Support The Guardian from as little as $1 – and it only takes a minute. Thank you.**

Support The Guardian

   

Topics
- Movies

# Exhibit E4



Exhibit F4



## Cameron's next not Alita?

by Mike Sampson

Jun. 14, 2005

**Source:** Hollywood Reporter

For a while, we've all operated under the assumption that James Cameron's return to big-budget studio films would be BATTLE ANGEL, based on the Japanese graphic novels. Pre-production has been under way for some time and filming was expected to begin this December. But now there are reports that another mysterious project may bump BATTLE ANGEL from its spot as Cameron's next film. Known only as PROJECT 880 little is known about this new project other than it would be shot in 3-D with high-definition cameras and would utilize a more sophisticated version of the motion capture technology used on THE POLAR EXPRESS. According to THE HOLLYWOOD REPORTER, Cameron has recently shifted his full focus from ANGEL to PROJECT 880 developing both projects simultaneously. One of them will begin filming this December but it's unclear at this point which one has the pole position. Cameron and his Lightstorm Entertainment company have been developing a number of technological advances that Cameron plans on employing on whatever his next film is. These include a "virtual cinematography" system that would allow Cameron to map out every aspect of a film, including lensing, framing, focal lengths, etc. before filming ever began.

### LATEST HEADLINES

Harlin's Law
Dunst to direct?
Goss talks Hellboy 2
Jenny still working?
All of Laylah
Liu sucks...blood
Wolverine casting call
In Theatres Friday
N.Y. Vinnie Jones
DVD: Harry and the...
The Bottom Shelf #105
Dave goes Hollywood!
Bellucci is Un-Dead?
New Potter's Poster
Shia: The Last Man?
Contest: 28 Weeks...
Legend spends big
Kimel's Columbus Day
More Travolta Dogs?
Wilson turns hooker
Roberts in Dark Knight
Stiles rings the Bell
Ray denies this

1. Reviews
2. Trailers
3. Wallpapers
4. Scripts
5. Movie Talk
6. Release Dates
7. ScreenSavers
8. Upcoming Movies
9. Shopping
10. CoolColumns
11. Interviews
12. Arrow in the Head

### Latest Trailers!!!
Captivity
Zoo
Paris...I Love You
Rise: Blood Hunter
Invisible, The
Run Fanboy Run
Once
Brothers Solomon, The
Golden Age, The
Evening
Eye Gism
Death at a Funeral
Chapelle Buffet
Salon, The
Balls of Fury
In the Land of Women
Hairspray
Rush Hour 3
Gracie
Heckler

# Exhibit G4



https://www.joblo.com/index.php?id=9991          Go

24 captures
14 Feb 2006 – 14 Dec 2018

JAN    **FEB**    MAR
**14**
2005    **2006**    2007

About this capture

Poster Store | Join / Register | Log In | RSS Newsfeeds | Advertise | Newsletter | Contact Us

I'M PROTESTING THIS CARTOON OF MYSELF

**JoBlo.com**

1. Reviews          5. Movie Talk          9. Shopping
2. Trailers         6. Release Dates       10. CoolColumns
3. Wallpapers       7. ScreenSavers        11. Interviews
4. Scripts          8. Upcoming Movies     12. Arrow in the Head

Click for Today's Movie Quote

**LATEST HEADLINES**

- Bernie joins the PDR
- Clarkson wants Martha
- Darkly on your cell
- Woody's Scoop poster
- Lots of Wondercon news
- Talladega trailer
- Singer talks Logan
- Moore & Caine to...
- Stallone directing...
- More singers to act
- Fight Club trailer!!
- Ultraviolet is live
- World Trade poster
- The JoBlo cameo!
- X-Box content...???
- The Ten Spot 1/3
- This Week's Releases
- INT: Richard Loncraine
- DVD: Pamela...
- Weekend Box-Office
- MOVIE POLL # 66
- Hottie Recap
- Win 500 X3 posters
- Kilmer has Dark Matter
- Lincoln movie delayed?
- Keaton in Grindhouse?
- Casino script review
- Beals holds Grudge
- Sam & 50 Cent
- INT: Paul Bettany
- MovieHotties.com...!!!
- C'mon Hollywood #78
- Review: Hoodwinked
- DVD: My Big Fat...
- DVD: The Chumscrubber
- Diesel with gray hair
- Alpha Dog trailer
- Lots of new X3 pics
- Cube's There Yet...
- Del Toro makes Killing
- Sandler goes gay
- INT: James Wong
- INT: Virginia Madsen
- Quiz: Pre-Oscars
- DVD: Chicago (SE)
- The Bottom Shelf #50
- Review: When a...
- Review: Annapolis
- Da Vinci Code clip
- Sarsgaard's Tragedy
- Who's playing Dali?

## Cameron's Project 880 is...                    Jan. 17, 2006

**Source:** JoBlo.com                                    by: Mike Sampson

Since June of last year we've been wondering what James Cameron's PROJECT 880 is. It was supposed to compete with BATTLE ANGEL for Cameron's next film but since a casting call appeared online we assumed (not knowing anything about 880) it was for ALITA and that film would be next. But a scooper by the name of Mike writes in with an interesting theory and some pretty good research to back it up about Cameron's dueling films. Mike says it's not BATTLE ANGEL that's next, but the mysterious PROJECT 880 and that the latter is actually AVATAR, a film Cameron has been trying to get off the ground since the TITANIC days. First read this description of AVATAR lead character Zuleika from Cameron's treatment: "A NA'VI WOMAN. She is young, and lithe as a cat, with a long, slender neck, muscular shoulders, and nimble breasts... a statuesque vision. Let's not mince words here... she is devastatingly beautiful. For a girl with a tail. In human age she would be in her late teens."

Now let's read the Mali Finn casting call, to "star in a James Cameron film that begins principal photography spring 2006," released last year: "FEMALE LEAD: 16-mid 20s. Any ethnicity, including Caucasian. She moves and behaves with confidence and a sense of nobility. *Lithe as a cat.* Athletic and agile. She is a warrior. Graceful movement and an ear for languages and dialects are essential." Some definitely similarities, right? And the "ear for languages and dialects" lends itself to the fact that the character is part of that Na'vi people who speak their own dialect. So if the casting call is to be believed and this film would start production this spring, will PROJECT 880/AVATAR go before BATTLE ANGEL? Our man Mike says the ANGEL script will continue to be revised while 880/AVATAR will film in spring at Fox Baja. I'd link you to Cameron's AVATAR treatment, which had been readily available all over the web for quite some time but recently all copies are no longer available... I'll try to get it posted in our Script Archives soon though. Stay tuned for more on this story...

 Email this story to a friend | Discuss this with others

 Click for printer-friendly version

**Search**  This Site ▾

**SPONSORS!**
THESE GOOD FOLKS SUPPORT OUR SITE, SO WHY NOT SUPPORT THEM IN RETURN? THANKS!
CLICK

JoBlo.com presents...
**THE 50 COOLEST MOVIES OF ALL TIME**

HOSTED BY

MEMBER: **OFCS**
The Online Film Critics Society

**GORILLA NATION** AFFILIATE

"They're amazing... just like they appeared in the original films!"

# Exhibit H4





2 HRS | **Watch Stream** | Countdown to Gamescom 2019

# Cameron's Mysterious Project 880

Is it `<i>`Avatar`</i>`?

 Updated: 18 May 2012 7:57 am

📄 Posted: 20 Jan 2006 12:44 pm

By Paul Davidson

ast month, we reported on a casting call being held to procure a female lead for James Cameron's first big-budget picture since *Titanic*.

*FEMALE LEAD: 16-mid 20s. Any ethnicity, including Caucasian. She moves and behaves with confidence and a sense of nobility. Lithe as a cat. Athletic and agile. She is a warrior. Graceful movement and an ear for languages and dialects are essential.*

At the time, it was thought that Cameron was assembling the cast for *Battle Angel*, an adaptation of a Japanese android-themed manga series set in the 26th century. But according to a big scoop at JoBlo.com, it appears that Cameron is instead gearing up for his mysterious *Project 880*. What's more, they seem to think that *Project 880* is the same film as *Avatar*　🏷 **SEE DEAL** , a film that Cameron has been trying to get made for years.

According to script treatments that have been floating around on the Internet, *Avatar* is about an interplanetary war and strange aliens who manifest themselves by possessing human bodies – their avatars in our world. Set against this background is a love story and a man trying to make his way as a miner by melding with an alien. Copies of the treatment can still be found with a little digging.

One of the leads is a woman named Zuleika, who is described thusly: *A NA'VI WOMAN. She is young, and lithe as a cat, with a long, slender neck, muscular*

 **IGN** 



**2 HRS**    Watch Stream      Countdown to Gamescom 2019

According to JoBlo's source, *Avatar* will be made this spring at Fox Studios Baja. If that's the case, official announcements cannot be far off.

> If you buy something through this post, IGN may get a share of the sale. For more, <u>learn more</u>.

## In This Article



**Avatar**

<u>Rated "PG-13"</u>

---

**Developer** N/A     **Release Date** April 22, 2010

---

**Platforms** dvd, blu-ray, theater

---

**Amazon $29.75**



Exhibit I4

Wayback Machine

DONATE

Explore more than 387 billion web pages saved over time

https://www.ign.com/articles/2006/01/20/camerons-mysterious-project-880 ✕

## Hrm.

Wayback Machine doesn't have that page archived.
Want to search for all archived pages under
https://www.ign.com/articles/2006/01/20/camerons-mysterious-project-880?

## This page is available on the web!

Help make the Wayback Machine more complete!
**Save this url in the Wayback Machine**

FAQ | Contact Us | Beta Site Feedback | Terms of Service (Dec 31, 2014)

The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit,
building a digital library of Internet sites and other cultural artifacts in digital form.
Other projects include Open Library & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's Terms of Use.

# Exhibit J4

Bloomberg Businessweek

James Cameron's Game Theory

February 12, 2006, 9:00 PM PST

By Burt Helm


James Cameron has transported film audiences to worlds inhabited by carnivorous aliens, time-traveling assassins, and passengers on an ill-fated ocean liner. Now the director of Aliens, The Terminator, and Titanicis trying something different. Holed up at his home in Santa Barbara, Calif., Cameron is working on the screenplay for Project 880, which he describes as "completely crazy, balls-out sci-fi." If it gets produced, it could be the first major Hollywood project that audiences will experience first as a multiplayer game on the Net, and only later on the silver screen.

Movies with game tie-ins have been around since the days of Atari (ATAR ), but the games usually follow the plot. With Project 880 (a working title), which is still at least two years off, gamers could be exploring Cameron's virtual world for weeks before they head for a theater to learn the story. And the game could spawn whole communities of diehards such as those who spend every waking hour immersed in EverQuest, World of Warcraft, and other massively multiplayer online games, known as MMOGs. "So much of literary sci-fi is about creating worlds that are rich and detailed and make sense at a social level," Cameron says. "We'll create a world for people and then later present a narrative in that world" (see BW Online, 2/13/06, "Syncing Hollywood and Gamers").

# Exhibit K4

**Ain't It Cool News (www.aintitcool.com)**

| HOME (/) | COOL NEWS (/SECTION/COOLNEWS/) | COAXIAL (/SECTION/COAXIAL/) | REVIEWS (/SECTION/REVIEWS/) | COMICS (/SECTION/COMICS/) | CONTACT (/CONTACT/) | SEARCH 🔍 (/SITE-SEARCH/) |

## MOVIE NEWS

### Harry talks to James Cameron, Cracks PROJECT 880, the BATTLE ANGEL trilogy & Cameron's live shoot on Mars!!!

Published at: Feb. 28, 2006, 5:25 p.m. CST by staff (https://twitter.com/)

Hey folks, Harry here…. Just had an hour long conversation with James Cameron. In fact, I was asleep when he called. Usually I ignore the cel phone when asleep, but I was expecting a call from my girlfriend.

I answer the phone in garbled sleep voice. The other voice says, "Is Harry Knowles there?" I retort with a sleepy, slightly annoyed… "You got em!"

"Hi Harry, this is James Cameron."

PANIC! Quint has my recording equipment for the cel phone. My computer is turned off to take notes. 0-60 had to be done in an eye blink. You see – I was expecting this phone call about 2 weeks ago. It all began with Quint in Santa Barbara when he met James Cameron. He deferred to ask about PROJECT 880, because he had heard other reporters getting the door slammed in their faces in regards to it. Well, edited out of that transcript was Cameron telling Quint that he would call me to tell me exclusively what Project 880 was and unload all the nitty gritty details were. He'd shoot 100% straight with me.

Obviously I was anxious. And when the day of his expected call came and passed, I wistfully saw it as another one that… got away.

As a result, all the equipment I had ready to record this historic conversation was gone. It was resting at Quint's Sea Shack ready to interview the director of V FOR VENDETTA. AICN must get off it's ass and get equipment to all it's lead writers for exactly this reason.

Ok – so what'd he say?

PROJECT 880 is AVATAR, or as he put it, "a retooled version of AVATAR" We talked about the scriptment that got out and he said while he was annoyed that it got out, he realized it was really no different than adapting a novel, and that certainly adapting that scriptment, which was incredibly dense as it was, had been a great challenge in and of itself.

Now he still doesn't know if it is going to be BATTLE ANGEL ALITA or AVATAR that comes next. You see deep within the N.S.A. like security of LIGHTSTORM, Jim has been constructing a Virtual Production Studio completely unlike anything anyone has ever seen before. Within that space are two separate teams concurrently prepping and getting ready to shoot back to back essentially over a 3 year span, BATTLE ANGEL ALITA and AVATAR.

Because of the films' mutual lack of a BIG STAR in the lead role, his start up on filming isn't having to be locked down. So both projects can be prepped right up to the last minute before he calls it as to which is getting made.

Why the back and forth? It isn't because he's trying to drive us crazy, it's because he is so in love with both projects that he can't just emotionally choose one over the other. What has to be decided is which project is the greater commercial introduction to the technology that he's going to be unleashing upon us. You see. This isn't just a "next film" to Jim, it's about evolving cinema as we've come to know it. When you're

## TOP TALKBACKS

With NO TIME TO DIE Rapidly Approaching, Evil Ash Waxes Poetic on the Past, Present and Future of the JAMES BOND Franchise! -- 58 total posts (21 today) (/evil-ash-no-time-to-die-james-bond-franchise-82728/)

Masked Man Ranks the Top Superhero Cartoon Themes and Theme Songs! -- 41 total posts (16 today) (/masked-man-top-cartoon-superhero-themes-songs-82727/)

Mad Dashiell's SPOILER FREE Star Wars: The Rise of Skywalker Review!! -- 71 total posts (2 today) (/node/82675)

New AVATAR sequel Concept Art hits! -- 238 total posts (2 today) (/new-avatar-sequel-concept-art-hits-82707/)

Annette Explores COLOR OUT OF SPACE with Director Richard Stanley! -- 8 total posts (1 today) (/richard-stanley-color-out-of-space-interview-82725/)

Will Smith and Martin Lawrence Prolong the Magic in BAD BOYS FOR LIFE -- 102 total posts (1 today) (/bad-boys-for-life-delivers-laughs-thrills-bullets-82721/)

## TRENDING

2020 Oscar Nominations have arrived! (/2020-oscar-nominations-have-arrived-82714/)

FRIGHT FIGHT FRIDAY WILL RETURN 1/24/20!!! (/fright-fight-friday-will-return-1-24-20-82724/)

A Special Look at Marvel's BLACK WIDOW has arrived! (/a-special-

speaking to him, you'd find yourself not speaking to a crackpot, but to the most lucid evangelical techno-fetishist in the world, who just happens to be a filmmaking god. How can I say that?

Well, one of the side projects that he's doing is working in conjunction with the MALIN SPACE SCIENCE SERVICES group... those are the guys that developed the M.O.C. Global Surveyor that's been mapping Mars for the last couple of years. That's completely changed everyone's belief of what MARS is. Well, the next big NASA mission is going to have a Live Video Stereo Motion Image device that Cameron has been developing with M.S.S.S. to bring us back live 3D video images in full motion from the surface of Mars... all tied to the back of one of those nuclear powered Rovers that'll be exploring, if all goes well, for years. See... Evangelical Techno-Fetishist.

I asked if we could expect any of the Cameron Company Regulars to be in BATTLE ANGEL ALITA or AVATAR. His response was, "I really hope so. Listen, I definitely have my favorites. If I've chosen to work with an actor once, it's probably with a good reason, but if I've worked with an actor a couple of times, I've stayed friends with them."

Now — BATTLE ANGEL ALITA is seen as the next "franchise" from Cameron. He sees it as a "3 film cycle." I asked about whether or not he's seen "Alita" yet, and he confirmed that on both ALITA and AVATAR he's seen working models that he's quite satisfied with.

With that we began talking about 3D. The camera he is going to be shooting with is called THE FUSION CAMERA, which is scheduled to shoot a U2 Concert in the next couple of days. I love that he knows where his camera is going. Anyway. Jim's planning on shooting 3D not so much as the stab you in the eye, throw a flaming spear at you type of thing, but as, what he calls, "A More Lucid Window," through which to observe the worlds that he's going to unleash upon us.

When I began talking about the questionable Home Entertainment application in terms of immediate revenue return, like the 2D market today... especially with this film being seen widely in the superior stereoscopic format. Cameron said that all the at home viewing technology is developed and is sitting waiting for content. Before the technology giants like SONY come out with the perfect 3D at home screening units — they need to have at least 30-40 major popular titles to package to offer in an initial offering to the public. That's where the retro-fitting of 2D films to Stereo Optics is coming in. 3D STAR WARS, INDIANA JONES, etc. I asked him which of his films would get that treatment and at this time he's really concentrating on T2 and TITANIC. When I asked about ALIENS, he kinda went a little sheepish on me. It seems that he cringes a bit when he watches ALIENS, as the grain of the film bothers him and it was really pushing what could be done with models and costumes and he doesn't really care to pull a George Lucas and "fix it", because that is the best that film could be given the tools at the time, and he feels that after all this new fangled technology is out there — that in 30 years time, people will look at those films with a degree of fondness and appreciation for what they represent. And would take into granted their limitations of technology, the same way we do when looking at WIZARD OF OZ or GONE WITH THE WIND or TEN COMMANDMENTS.

Lastly, he wanted people to understand something in regards of the Digital projectors that would be being placed in theaters around the world. These projectors have the capacity to screen things at up to speeds like 120 to 140 fps. The entire industry is going to be shifting to higher frame rates, probably somewhere above 40fps where suddenly the strobing you see or can detect on those big massive battle scenes in films like TROY, which instantly make you disconnect. Those will go away. And on AVATAR and BATTLE ANGEL ALITA it is absolutely necessary to have those higher frame rates, one for the sheer projection of the Stereo images, but also the sort of images he's planning on putting out there are just the type that at 24 fps, would start to kind of break-up and become unintelligible.

The very last thing I asked was in regards to him having a finish line in his head by

look-at-marvels-black-widow-has-arrived-82719/)

BIRDS OF PREY Trailer Two is Locked and Loaded! (/birds-of-prey-trailer-82709/)

Check out the Trailer for GOALIE: The True Story of Terry Sawchuk - Starring Kevin Pollak! (/trailer-for-goalie-the-true-story-of-terry-sawchuk-82726/)

CHUCKY Series Ordered By Syfy! Prometheus Is Optimistic! (/prometheus-chucky-series-syfy-82713/)

Freddy reviews VHYes, an experimental film that hits all the right 80's vibes (/freddy-reviews-vhyes-82722/)

Annette Talks With Chandler Riggs About INHERIT THE VIPER, Being a Grown Up on Set, and Mullets! (/annette-chandler-riggs-interview-82720/)

Guy Pearce and Devon Sawa misfire in DISTURBING THE PEACE (/guy-pearce-devon-sawa-disturbing-the-peace-review-82717/)

An Exclusive Clip from the Documentary FILM SCHOOL AFRICA! (/film-school-africa-exclusive-clip-82723/)

which point he'll know for a fact whether it will be BATTLE ANGEL ALITA or AVATAR — and he said it would be a couple of months and that he'd give me a call to keep me in the loop. It seems that Jim has been very respectful of the legwork that we've been doing to track what he's been up to. And feels he should keep us in the loop.

OK — so the 5 Cameron films he's going to hit us with look to be AVATAR, BATTLE ANGEL ALITA 1,2,3 and DIVE... which will be a drama shot in and projected with the latest digital 3D technology. Of my hour on the phone with Jim, I can say this. He is giddy, jocular, dead serious and scarily on target. He's going to be bringing various key filmmakers to his shoot to show them what he's doing in terms of these films. Basically, he's the recruitment monkey to try and get the other guys in long pants to set up and play with the toys he's been helping to innovate. In fact while on the phone with me, he began to inquire about John Carter of Mars and wants to talk to Favreau about the technology he's using and it's applications for BARSOOM. It's this type of evangelical, "I've seen the future," type of self-assured moxie that I love about Cameron.

Did I tell you he was planning on going to the International Space Station and shooting a documentary where he does a spacewalk and the whole 9 yards. Jim is a fascinating fellow to "shoot the shit with" and it looks like we're going to be doing this again from time to time. Only next time, I hope it is with a bit of warning... and with my equipment bedside and ready. After all... an interview about the future of cinema shouldn't be left to the waking mind... or maybe, it's best that it came to mind half in and out of a dream. After all, that is exactly what he's trying to do. Place a lucid window into the dreams he wishes to share with all of us.

### FOLLOW AICN (HTTPS://TWITTER.COM/INTENT/FOLLOW? SCREEN_NAME:AINTITCOOLNEWS)

### ⓕ SHARE ON FACEBOOK (HTTPS://WWW.FACEBOOK.COM/SH...

### 🐦 SHARE ON TWITTER (HTTPS://TWITTER.COM/INTENT/TW...

## Shop Now



Iron Man 2 (https://aax-us-east.amazon-adsystem.com/x/c/QkKR...
$49.99
Jr/dp/B0095P341S&ref=...
adId=B0095P341S&creativeASIN=...



Marvel's The Avengers (https://aax-us-east.amazon-adsystem.com/x/c/QkKR...
$19.99
Avengers-Robert-Downey-Jr/dp/B0099RFVXQ/ref=...



Marvel Studios' Captain Marvel (https://aax-us-east.amazon-adsystem.com/x/c/QkKR...
$14.99
Studios-Captain-Brie-Larson/dp/B07P68DTR...



Captain America: The First Avenger (https://aax-us-east.amazon-adsystem.com/x/c/QkKR...
$3.99
America-Avengers-Chris-Evans/dp/B005ZB91KY/...

### READERS TALKBACK

February 28, 2006 5:28 PM CST                                    + Expand All
**Wowzers**
by AtomicHyperbole

February 28, 2006 5:31 PM CST
**First?**
by Psalmolive

# Exhibit L4

10/5/2019                    'Titanic' Mastermind James Cameron's King-Size Comeback: Two Sci-Fi Trilogies - MTV



# 'TITANIC' MASTERMIND JAMES CAMERON'S KING-SIZE COMEBACK: TWO SCI-FI TRILOGIES

## FUTURISTIC LOVE STORY, THRILLER ABOUT 26TH-CENTURY CYBORG IN THE WORKS.



**LARRY CARROLL**
06/29/2006

**ANAHEIM, California —** Nearly 10 years ago, he appointed himself the King of the World. Now, after a decade of unrealistic expectations, false starts and geek-fueled rumors, James Cameron is finally ready to reclaim his crown.

"My summer vacation is over," a determined Cameron said this week, signaling an end to his nine-year absence from directing major motion pictures. "It's time to go back to work."

With that in mind, Cameron is finally pulling back the curtain on two would-be trilogies that might define sci-fi filmmaking for the next decade and beyond. "I have two franchises, if you will, or films that play out over an arc of a number of films that I am going to be making," he revealed. "[I won't make them] back-to-back, but one after another. They, in turn, might spawn back-to-back sequels. It all depends on how the first one does."

Both the "Avatar" and "Battle Angel" series, he added, will begin with self-contained debut movies along the lines of the original "Star Wars" trilogy. "The films have to play as individual films, but they have a greater story arc that goes over the three-film cycle," he insisted, saying he isn't a big fan of "The Matrix Reloaded"-like cliffhangers between chapters. "I think that's how it works the best. I don't think you want to just run people off the cliff after the second film."

Making a rare public appearance to attend the Disneyland premiere of friend Gore Verbinski's blockbuster "Pirates of the Caribbean: Dead Man's Chest," the "Titanic"

director looked back on the Leonardo DiCaprio classic that might just be the most high-pressure undertaking ever assumed by a director — until now.

"He's done two films back-to-back," Cameron said of Verbinski, in awe of the simultaneous production of the second and third "Pirates" films. "I have some plans in the future that may work the same way."

The 51-year-old mastermind behind classics like "Aliens" and the first two "Terminator" films added that while he doesn't think Verbinski's double-blockbuster-duty is the gutsiest move in filmmaking history (the box-office success of "Chest" seems all but guaranteed), he does view it as a strategy that should inspire other would-be trilogy filmmakers. "The ballsiest play in history was the 'Lord of the Rings' films, where they shot all three films at the same time," Cameron enthused. "They were betting on success, just blindly: 'Are people going to go see these?' They didn't know. They bet the farm and they won.

"But I think the more logical way to do it is like ['Pirates']," he continued. "When you have a hit film, you want to make two sequels to it. You make them back-to-back, shoot them at the same time, and then do all the special effects; release one, then release the other."



Jessica Simpson Aims To
Entertain And Inspire

Kate Hudson Relates To
Dupree — Ignores Dirty
Dishes, Walks Around
Naked

Teen Girls, Manson Stake
Claim On Johnny Depp At
'Pirates' Premiere

Will Bloom/ Bosworth Film
Be The Next 'Break-Up' Or
'Gigli'?

Girls Swoon, Pirates Duel,
Depp Rolls Along

The first of these films is a long-rumored love story to be set against the backdrop of a
planet-hopping future — and has been known by several names. " 'Project 880,' we'll
probably release it as 'Avatar,' " he said, mentioning two such aliases. "We haven't locked
in on the title yet, but this is what we are calling it. [There will be] possible sequels if it
does well; if it tanks, no."

"We're going to do 'Avatar' first, and we're in active pre-production on it right now," he
added. "I'm directing it; I'm directing all these films.

"And with 'Battle Angel,' also, we'll do the same thing," Cameron said of his second

project, a sci-fi thriller about a female cyborg in the 26th century. " 'Battle Angel' is actually designed as a three-film cycle. So the logic there is to make one and, if it hits, boom-boom on the other two."

"If you want to know more about 'Battle Angel,' you can get the graphic novels," the director said of his source material. "There's a series of 10 graphic novels, the original 10, by a Japanese artist named [Yukito] Kishiro."

The tech-minded Cameron added that although he watched with great interest as "Sin City" filmmaker Robert Rodriguez reinvented the graphic-novel movie with his green-screen breakthroughs, "Angel" won't be such a slave to the colored page. "It'll be a cinematic style; it won't be a moving graphic novel," he revealed. "I think what Robert did with 'Sin City' was a spectacular visual experiment; I think it worked brilliantly, but that's not what I'm going for. It's more of a cinematic, photo-real feel."

"Talladega Nights: The

Ballad of Ricky Bobby,"
"The Night Listener,"
"Ratatouille" and more,
on Overdrive.

Adding that "we haven't cast anyone yet" for either movie, Cameron said both projects are proceeding full-steam-ahead, and that his self-imposed sabbatical has yielded technological breakthroughs that will pay off soon on the big screen. "We did seven deep-ocean expeditions in the last five years. We developed a lot of new technology that we'll use on the movies, and I think it will make the movies better." The filmmaker added that he can't wait to climb back into the director's chair — whether it be twice or six times.

"It's fun, I enjoy it, and I've missed it."

Check out **movies.MTV.com** for Hollywood news, photos, reviews, interviews and more.

Want trailers? Visit **Movies on MTV Overdrive** for the newest, scariest and funniest coming attractions anywhere.

FILED UNDER:

MOVIES

# Exhibit M4



http://www.mtv.com/news/1535402/titanic-mastermind-james-camerons-king-size-comeback-two-sci-fi-trilogies/　　Go
12 captures
23 Dec 2015 - 25 Jul 2019

NOV　DEC　NOV
◀　23　▶
2014　2015　2017

About this capture

movies (https://web.archive.org/web/20151223041855/http://www.mtv.com/news/movies/)

# 'Titanic' Mastermind James Cameron's King-Size Comeback: Two Sci-Fi Trilogies

Futuristic love story, thriller about 26th-century cyborg in the works.

~~by larry carroll (https://web.archive.org/web/20151223041855/http://www.mtv.com/news/author/larrycarroll/)~~

6/29/2006

**ANAHEIM, California —** Nearly 10 years ago, he appointed himself the King of the World. Now, after a decade of unrealistic expectations, false starts and geek-fueled rumors, James Cameron is finally ready to reclaim his crown.

"My summer vacation is over," a determined Cameron said this week, signaling an end to his nine-year absence from directing major motion pictures. "It's time to go back to work."

Making a rare public appearance to attend the Disneyland premiere of friend Gore Verbinski's blockbuster "Pirates of the Caribbean: Dead Man's Chest," the "Titanic" director looked back on the Leonardo DiCaprio classic that might just be the most high-pressure undertaking ever assumed by a director — until now.

"He's done two films back-to-back," Cameron said of Verbinski, in awe of the simultaneous production of the second and third "Pirates" films. "I have some plans in the future that may work the same way."

The 51-year-old mastermind behind classics like "Aliens" and the first two "Terminator" films added that while he doesn't think Verbinski's double-blockbuster-duty is the gutsiest move in filmmaking history (the box-office success of "Chest" seems all but guaranteed), he does view it as a strategy that should inspire other would-be trilogy filmmakers. "The ballsiest play in history was the 'Lord of the Rings' films, where they shot all three films at the same time," Cameron enthused. "They were betting on success, just blindly: 'Are people going to go see these?' They didn't know. They bet the farm and they won.

"But I think the more logical way to do it is like ['Pirates']," he continued. "When you have a hit film, you want to make two sequels to it. You make them back-to-back, shoot them at the same time, and then do all the special effects; release one; then release the other."

With that in mind, Cameron is finally pulling back the curtain on two would-be trilogies that might define sci-fi filmmaking for the next decade and beyond. "I have two franchises, if you will, or films that play out over an arc of a number of films that I am going to be making," he revealed. "[I won't make them] back-to-



http://www.mtv.com/news/1535402/titanic-mastermind-james-camerons-king-size-comeback-two-sci-fi-trilogies/    Go

12 captures
23 Dec 2015 – 25 Jul 2019

NOV    DEC    NOV
◀  23  ▶
2014  2015  2017

About this capture

the first one does.

The first of these films is a long-rumored love story to be set against the backdrop of a planet-hopping future — and has been known by several names. " 'Project 880,' we'll probably release it as 'Avatar,' " he said, mentioning two such aliases. "We haven't locked in on the title yet, but this is what we are calling it. [There will be] possible sequels if it does well; if it tanks, no."

"We're going to do 'Avatar' first, and we're in active pre-production on it right now," he added. "I'm directing it; I'm directing all these films.

"And with 'Battle Angel,' also, we'll do the same thing," Cameron said of his second project, a sci-fi thriller about a female cyborg in the 26th century. " 'Battle Angel' is actually designed as a three-film cycle. So the logic there is to make one and, if it hits, boom-boom on the other two."

"If you want to know more about 'Battle Angel,' you can get the graphic novels," the director said of his source material. "There's a series of 10 graphic novels, the original 10, by a Japanese artist named [Yukito] Kishiro."

The tech-minded Cameron added that although he watched with great interest as "Sin City" filmmaker Robert Rodriguez reinvented the graphic-novel movie with his green-screen breakthroughs, "Angel" won't be such a slave to the colored page. "It'll be a cinematic style; it won't be a moving graphic novel," he revealed. "I think what Robert did with 'Sin City' was a spectacular visual experiment; I think it worked brilliantly, but that's not what I'm going for. It's more of a cinematic, photo-real feel."

Both the "Avatar" and "Battle Angel" series, he added, will begin with self-contained debut movies along the lines of the original "Star Wars" trilogy. "The films have to play as individual films, but they have a greater story arc that goes over the three-film cycle," he insisted, saying he isn't a big fan of "The Matrix Reloaded"-like cliffhangers between chapters. "I think that's how it works the best. I don't think you want to just run people off the cliff after the second film."

Adding that "we haven't cast anyone yet" for either movie, Cameron said both projects are proceeding full-steam-ahead, and that his self-imposed sabbatical has yielded technological breakthroughs that will pay off soon on the big screen. "We did seven deep-ocean expeditions in the last five years. We developed a lot of new technology that we'll use on the

acting-or-singing-jessica-simpson-aims-to-entertain-and-inspire/)

Kate Hudson Relates To Dupree — Ignores Dirty Dishes, Walks Around Naked
(https://web.archive.org/web/20151223041855/http://www.mtv.com/news/1535304/kate-hudson-relates-to-dupree-she-ignores-dirty-dishes-walks-around-naked/)

Teen Girls, Manson Stake Claim On Johnny Depp At 'Pirates' Premiere
(https://web.archive.org/web/20151223041855/http://www.mtv.com/news/1535155/teen-girls-marilyn-manson-stake-claim-on-johnny-depp-at-pirates-premiere/)

Will Bloom/ Bosworth Film Be The Next 'Break-Up' Or 'Gigli'?
(https://web.archive.org/web/20151223041855/http://www.mtv.com/news/1535209/will-bloom-bosworth-film-be-the-next-break-up-or-gigli/)

Girls Swoon, Pirates Duel, Depp Rolls Along
(https://web.archive.org/web/20151223041855/http://www.mtv.com/news/1535080/girls-swoon-pirates-duel-and-johnny-depp-rolls-along/)

**Looking for the newest, hottest trailers?**

**Check out the latest from Will Ferrell in "Talladega Nights: The Ballad of Ricky Bobby," "The Night**

http://www.mtv.com/news/1535402/titanic-mastermind-james-camerons-king-size-comeback-two-sci-fi-trilogies/    Go

12 captures
23 Dec 2015 – 25 Jul 2019

NOV   **DEC**   NOV
◀   **23**   ▶
2014   **2015**   2017
▼ About this capture

twice or six times.

"It's fun, I enjoy it, and I've missed it."

Check out **movies.MTV.com** () for Hollywood news, photos, reviews, interviews and more.

Want trailers? Visit **Movies on MTV Overdrive** for the newest, scariest and funniest coming attractions anywhere.

---

**larry carroll
(https://web.archive.org/web/20151223041855/http://www.mtv.com/news/author/larrycarroll/)**

---

**View related posts
(https://web.archive.org/web/20151223041855/http://www.mtv.com/news/index.php?
mtvn_plugin=VMNRelatedContent&mtvn_action=related&to=1535402&limit=3&relation
around the web**      powered by zergnet

**(https://web.archive.org/web/20151223041855/http://www.mtv.com/) news
about (https://web.archive.org/web/20151223041855/http://www.mtv.com/news/about/)
archive
(https://web.archive.org/web/20151223041855/http://www.mtv.com/news/archive/2015/12/22/)**

# Exhibit N4

Projects and People

**Forums** › **The Commissary Forum** › Trigger Street Labs website for writers going away

# Trigger Street Labs website for writers going away

**1**-12 of 12 posts

Sort:

Oldest first

|

Page: 1



**Russell Corey** says:
**Notable Projects**

Sad to see this posted on the Trigger Street Labs website. I loved using this site to get feedback on scripts and crafting drafts. I will miss it so much.

Announcement:

To all members of the Trigger Street Labs community:

After twelve incredible years as one of the leaders in being a platform for exposure and discovery of your creative content, we will be shutting down the site effective early January of next year. All users will be able to download their reviews, and save whatever content they need to prior to the shutdown. You can do this through your profile page. We care a great deal about giving you the opportunity to showcase your work, and we did our best to provide you with the most intuitive and creative platform possible.

We would like to extend our gratitude to all of our amazing users who have supported us, given feedback and advice, and allowed us to build a better site over the years. If it weren't for the community, the site would not be what it is today

Furthermore, a deepest thanks goes out to our moderators who have spent their precious free time ensuring the site remain an asset for creative individuals seeking exposure for their content.

We had an amazing ride. Thank you so much for your participation over the years.

Announcement link here.

**-** Trigger Street Productions

**<u>Reply to this post</u>**

Posted on: November 06, 2014 04:14 PM PST



**<u>Phil Hwang</u>** says:

I used this site off and on over the years. Recently, it had changed its format and was difficult to navigate.

Now, I use Talentville to vet my screenplays. It's always a mixed bag, but it feels like the only alternative to paid feedback.

**<u>Reply to this post</u>**

Posted on: November 07, 2014 01:59 PM PST



**<u>Lauri</u>** says:

There's also Zoetrope for freebies.

But there's nothing wrong with paid feedback. :)

**<u>Reply to this post</u>**

Posted on: November 07, 2014 06:30 PM PST



**<u>Eric Christopherson</u>** says:

Nothing wrong with trusting your own judgment for that matter.

**<u>Reply to this post</u>**

Posted on: November 07, 2014 06:54 PM PST



**<u>Lisa Scott</u>** says:

never trust your own judgement fully. every writer needs an editor. seasoned writers need editors. wannabe writers even more so.

**<u>Reply to this post</u>**

Posted on: November 08, 2014 04:03 AM PST



**<u>Tom Gilman</u>** says:

This site never was about the writers. Dean and a few others used the writers, their scripts and stories as a cover to gain exposure for themselves. In any case, it was poorly managed; and much of the day to day business was left up to a select group of writers and readers so Brunetti and the others could go pursue their pet projects and ignore the site. But thanks to good peer reviewers I gained a lot of experience and knowledge from other members, but never from the site managers who couldn't be bothered to deal directly with the members. Try Zoetrope, which is run far better.

**Reply to this post**

Posted on: February 08, 2015 09:37 PM PST



**terror Tv** says:

Sad? What has triggerstreet ever done for anybody???

Let me tell you what triggerstreet was all about:
1) Dana Brunetti used it to acquire enough funds to promote movies. Now that he's there triggerstreet is dust in the wind
2) Name ONE person who got their big break from the site?? Any one? I think not!
3) Youtube made more people famous, more money than Trigger ever hoped.
4) They came to be leaders in what? They stated they are one of the tops leaders in help young talent. Yeah I think not!
5) Triggerstreet used people dreams, hopes, etc to make money!! That's the cold hard truth
6) And I know this to be a fact. They "adjusted" you internet traffic reports to continue sponsorship from Budweiser.

I say good riddens

**Reply to this post**

Posted on: February 10, 2015 08:29 AM PST



**Jack Hudkins** says:

Terror, thanks for posting the truth. Many of these sites feed off peoples hope. If some make it, then good deal.

**Reply to this post**

Posted on: February 10, 2015 10:07 AM PST

**In response to an earlier post preview this post**



**Ralph Wescott** says:

Trigger Street, like any site, including AS here, is what we & they make it. Success on TS, large or small, is mentioned in their Success section -- Pages of them. I'd say any member using the site learned something while there, or at least entertained themselves. Oh yes, it was on TS that I learned of other sites, (AS for one) contests, books, movie equipment, etc. Without them, I'd still be dreaming and complaining of the stories stuck in my mind and having no idea how to get it into a close resemblance of the screenplay format, let alone all the peoples input on how to use the computer. Just my two cents from another wannabe writer/movie maker.

**Reply to this post**

Posted on: February 10, 2015 04:53 PM PST



**Ed Ellis** says:

*riddance.

And it did help some of us. I, for one was optioned as a result of the site. Bitter is a sad pill.

**Reply to this post**

Posted on: December 29, 2015 06:14 PM PST

**In response to an earlier post preview this post**



**Nathan Mills** says:

For a short time it seemed, TS was also a platform for novelists too. I got great feedback on early drafts of my manuscripts.

**Reply to this post**

Posted on: May 24, 2016 04:32 PM PDT



**Paul Chironi** says:

Honestly, when TriggerStreet was at its height (before the great "memory dump" of 2007) nothing came close to it.

The peer review/Script of the Month/top three scripts get free reviews by ScriptShark all for free has never been matched anywhere.

Granted, Amazon Studios crushed everyone when they started with cash prizes, but not so much in terms of feedback.

And, as corny as it sounds, I thought the "Hall of Justice" was pretty cool.

So -- thanks again Kevin and Dana -- it was a cool ride.

**Reply to this post**

Exhibit O4



US009306887B1

(12) **United States Patent**
Brunetti et al.

(10) **Patent No.:** **US 9,306,887 B1**
(45) **Date of Patent:** **Apr. 5, 2016**

(54) **SYSTEMS AND METHODS FOR IMPLEMENTING EMAIL DELIVERY**

(71) Applicants: **Dana Brunetti**, Los Angeles, CA (US); **Kevin Spacey**, Los Angeles, CA (US)

(72) Inventors: **Dana Brunetti**, Los Angeles, CA (US); **Kevin Spacey**, Los Angeles, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 412 days.

(21) Appl. No.: **13/826,544**

(22) Filed: **Mar. 14, 2013**

(51) **Int. Cl.**
| | |
|---|---|
| *G06F 15/16* | (2006.01) |
| *H04L 12/58* | (2006.01) |

(52) **U.S. Cl.**
CPC ..................................... *H04L 51/12* (2013.01)

(58) **Field of Classification Search**
USPC ........................................................ 709/206
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,389,028 | B1 * | 5/2002 | Bondarenko | ....... H04M 3/5191 |
| | | | | 370/352 |
| 6,609,653 | B1 | 8/2003 | Lapstun et al. | |
| 7,100,208 | B2 | 8/2006 | Bhat | |
| 7,197,640 | B2 | 3/2007 | Meisel | |
| 7,237,010 | B2 | 6/2007 | Mora | |
| 7,249,175 | B1 | 7/2007 | Donaldson | |
| 7,653,698 | B2 | 1/2010 | Wieneke et al. | |
| 7,822,977 | B2 | 10/2010 | Katsikas | |
| 7,873,996 | B1 | 1/2011 | Emigh et al. | |
| 2003/0200267 | A1 | 10/2003 | Garrigues | |
| 2003/0236847 | A1 | 12/2003 | Benowitz et al. | |
| 2004/0240653 | A1 | 12/2004 | Ramian | |
| 2005/0044154 | A1 | 2/2005 | Kaminski et al. | |
| 2005/0108337 | A1 | 5/2005 | Lorenz | |
| 2007/0204043 | A1 | 8/2007 | Espinosa et al. | |
| 2007/0238449 | A1 | 10/2007 | Park et al. | |
| 2009/0310764 | A1 * | 12/2009 | Gerhart | .................. G06Q 10/06 |
| | | | | 379/142.04 |
| 2010/0115040 | A1 * | 5/2010 | Sargent | .................. G06Q 10/10 |
| | | | | 709/206 |
| 2011/0151890 | A1 | 6/2011 | Platt et al. | |
| 2012/0260329 | A1 * | 10/2012 | Suffling | ........................... 726/9 |
| 2012/0304256 | A1 | 11/2012 | Evans | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 2107537 | 10/2009 |
| WO | 2006102164 | 9/2006 |

OTHER PUBLICATIONS

David A. Wheeler, Countering Spam by Using Ham Passwords (Email Passwords), dated Jul. 8, 2004; revised May 11, 2011, retrieved from: http://www.dwheeler.com/essays/spam-email-password.html.

\* cited by examiner

*Primary Examiner* — Kevin Bates
*Assistant Examiner* — Ronak Patel
(74) *Attorney, Agent, or Firm* — Amster, Rothstein & Ebenstein LLP

(57) **ABSTRACT**

The invention relates to systems and methods for managing emails where an email server that may comprise one or more computer systems, and which may be part of an email system, receives an email addressed to a specified first user. The email server may analyze the received email and access one or more electronic databases, which may comprise information related to one or more respective registered users of the email system. The databases may be stored on one or more computer-readable storage media operatively connected to the email server.

**20 Claims, 7 Drawing Sheets**

Sample Notification Email Message

| | |
|---|---|
| **To:** | *sample@samplexyz.com* |
| **From:** | *Email System Handler* |
| **Subject:** | *Re: You sent email* |

We received an email sent from your email address at March 28, 2013 at 7:05 PM. Since neither you nor your email address has been authorized for direct delivery to this email user, your email has been placed in a queue.

You are currently #213 in the queue. Your email will be delivered to intended recipient after the earlier queued emails have been delivered. If you are interested in advancing your order in the queue, please visit our website at www.[emailwebsite].com

**Thanks**

US 9,306,887 B1

1

# SYSTEMS AND METHODS FOR IMPLEMENTING EMAIL DELIVERY

## FIELD

The present disclosure generally relates to systems and methods for screening and managing non-authorized emails.

## SUMMARY

In embodiments, the invention relates to systems and methods for managing emails where an email server that may comprise one or more computer systems, and which may be part of an email system, receives an email addressed to a specified first user. The email server may analyze the received email and access one or more electronic databases, which may comprise information related to one or more respective registered users of the email system. The databases may be stored on one or more computer-readable storage media operatively connected to the email server.

In embodiments, the information related to the users of the email system may include profile information, including identification information for the respective registered users, whitelist information, indicating one or more individuals and/or email addresses approved to send email to the respective registered users, email message data, including email messages accessible to the respective registered users through an email interface, queue information, including queued email messages assigned queue positions and not being accessible to the respective registered users through an email interface, and password information, including whitelist password codes and queue advancement password codes for the respective registered users. The email server may then determine whether the received email is approved to be sent to the first user based at least in part on the whitelist information. The whitelist information may comprise the IP address of the originator of an email, the email address of the originator of an email, or alphanumeric codes associated with the originator of an email. Similarly, the same information may be stored for non-whitelisted email originators.

Following a determination that the received email is not approved, the email server may store the received email as a queued email message, and assigns a queue position to the received email. The email server may then send to a device associated with the received email, a notification message indicating that the received email has not been delivered to the first user and indicating the queue position of the received email. Upon receipt by the email server of a request to advance the received email queue position, the request including a queue advancement password code, the email server then may determine whether the received queue advancement password code is valid. The queue advancement password code may be provided to the originator of the queued email following the provision of monetary consideration or non-monetary consideration, in the form of, but not limited to, the viewing of an advertisement or registration with the email system. Based at least in part on a determination that the received queue advancement code is valid, the email server may update the queue information for the first user so that the queue position of the received email is advanced.

In embodiment, the invention also relates to methods and systems for accessing, by the email server, one or more electronic databases, which may be stored on one or more computer-readable storage media operatively connected to the email server. The databases may comprise information related to one or more respective registered users of the email system, including but not limited to profile information including identification information for the respective registered users, whitelist information indicating one or more individuals and/or email addresses approved to send email to the respective registered users, email message data including email messages accessible to the respective registered users through an email interface, queue information including queued email messages that may be assigned queue positions and not being accessible to the respective registered users through an email interface, queue preference information indicating one or more delivery preferences for the queued email messages becoming accessible email messages to the respective registered users.

The email server may determine, based at least in part on the queue preference information for the first user, whether a queue delivery time has arrived to convert one or more queued email messages to email messages accessible to the first user. The queue delivery time may be specified by the user via a date, a time period for which to maintain email messages in the queue, a limit on the number of email messages to maintain in the queue, the size of the queue in terms of computer memory, or any other means suited to the job. Based at least in part on a determination that the queue delivery time has arrived, the email server may identify one or more queued emails to convert to accessible email messages, also based at least in part on the queue preference information. The queue preferences may specify the number of emails to deliver from the queue, based at least in part on an absolute number, which may be set by the user or selected automatically by the email system, based at least in part on a percentage of the number of emails in the queue, based at least in part on a percentage of the user's inbox, or based at least in part on any method suited to the job.

After determining the number of emails to deliver from the queue, the email server may update one or more databases so that the one or more identified queued email messages are stored as email messages accessible to the first user. The email server may then notify the user by sending a message to an address or device associated with the user indicating that one or more queued email messages have been provided to the email account associated with the user.

## DESCRIPTION OF THE DRAWINGS

The features and advantages of the present disclosure will be more fully understood with reference to the following detailed description when taken in conjunction with the accompanying figures, wherein:

FIG. **1** is a schematic system diagram of an email system operatively connected to one or more client devices and one or more third party systems (optional) according to exemplary embodiments of the present disclosure.

FIG. **2A** is a schematic representation illustrating an email system and associated components according to exemplary embodiments of the present disclosure.

FIG. **2B** is a schematic representation illustrating data stored by an email system according to exemplary embodiments of the present disclosure.

FIG. **3** is a flow diagram showing an exemplary method for processing emails in an email system according to exemplary embodiments of the present disclosure.

FIG. **3A** is an exemplary screenshot illustrating a notification according to exemplary embodiments of the present disclosure.

FIG. **4** is a flow diagram showing an exemplary method for processing emails in an email system according to exemplary embodiments of the present disclosure.

US 9,306,887 B1

3

FIG. **5** is a flow diagram showing an exemplary method for processing emails in an email system according to exemplary embodiments of the present disclosure.

FIG. **5A** is an exemplary screenshot illustrating a notification according to exemplary embodiments of the present disclosure.

## DETAILED DESCRIPTION

In exemplary embodiments, the present disclosure describes systems and methods for implementing an email system for screening and managing emails.

FIG. **1** shows, according to exemplary embodiments, an email system, designated by reference number **10**, which may be operatively connected to one or more client devices **20***a*, **20***b*, **20***c*, . . . **20**N, collectively designated reference number **20**. The one or more client devices **20** may be any devices including, for example, any type of desktop, laptop, smartphone (e.g., iPhone, Android, Windows Phone, Blackberry, to name a few), tablet device (e.g., iPad, iPod Touch, Kindle, Android, Microsoft Surface, Chrome Book, to name a few), and/or any other suitable computing device(s), etc.

The email system **10** can operatively connect with one or more third party systems **30***a*, **30***b*, . . . **30**N (collectively **30**) in accordance with exemplary embodiments described herein. The third party networks **30** may be of information systems, businesses, organizations, individuals, content providers, web sites/web servers, media companies, cable/ISP providers, etc.

As illustrated in FIG. **1**, each of the connections between the email system **10**, the client devices **20**, and/or the third party systems **50** may be made directly or indirectly. For example, such connections may be facilitated by be one or more networks, referenced herein as network **50** for convenience. The network **50** may include, for example, the Internet, a cellular network, WAN, LAN, Wi-Fi, or other private or public networks.

According to exemplary embodiments, the email system **10** may be implemented using web based email, POP email servers, IMAP email servers, MAPI email servers, and the like, to name a few. The email system **10** may implement one or more processes for screening, managing, and/or presenting email messages. In some exemplary embodiments, such processes may be implemented as add-on software that compliments an email program or client, such as, for example, Outlook, Sparrow, Thunderbird, etc.

FIG. **2A** shows, according to an exemplary embodiment, a block diagram representation of the email system **10**. The email system **10** may comprise an email server component **15***a*, email filter component **15***b*, email parser **15***c*, whitelist manager **15***d*, a queue manager **15***e*, a miscellaneous component **15***f*, and one or more electronic databases **40**. The one or more components, may be operatively connected to one or more computer networks **50**, such as, for example, the Internet, or any other suitable network, via, by way of example, a set of routers and/or networking switches, to name a few.

The components of the email system **10** are shown to be located together in FIG. **2A**. It is to be understood that in some embodiments the components of email system **10** may be combined or separated in any suitable manner. For example, one or more components may be located together on one or more computer systems that are operatively connected to other components of the email system **10**.

In exemplary embodiments, the email server **15***a* may be configured to receive, obtain, store, retrieve, and the like, email messages. The email server **15***a* may be implemented

4

using any suitable email protocols and using any suitable combination of hardware and/or software.

In exemplary embodiments, the email filter **15***b* may be any software and/or hardware processes for analyzing and/or determining the delivery location of received emails. For example, the email filter **15***b* may analyze incoming emails and determine whether the received emails are to be delivered to an inbox, to be sent to one or more folders, to be forwarded to one more other email addresses, to be blocked and/or to be sent to a spam folder, and the like, to name a few. In some embodiments, the email filter **15***b* may implement one or more processes to analyze the structure and/or content of the email message, including reviewing for and analyzing any of the IP Addresses associated with the email, the email address of the sender, one or more alphanumeric codes located within the email address, etc. In this regard, the filter may determine whether a particular email is associated or from an address that is authorized and/or "whitelisted". For example the email filter **15***b* may access a whitelist directory associated with the recipient user, so as to determine whether a received email is authorized. This may be accomplished by reviewing one or more of the incoming email's IP address, email address, alphanumeric codes, etc., and comparing to the whitelist directory to see if it is associated with a whitelisted entry.

In exemplary embodiments, the whitelist manager **15***d* may be responsible for implementing processes for utilizing and/or maintaining a whitelist associated with a user of the email system **10**. In this regard, the whitelist manager **15***d*, among other features, may allow a user to specify one or more users to be whitelisted. The whitelist manager **15***d* may provide an interface allowing a user to manage entries in the user's personal whitelist directory. In some embodiments, the whitelist directory may allow a user to specify addresses. In some embodiments, the whitelist manager may electronically obtain a list of approved email addresses which are to be whitelisted. In some embodiments, a user through such an interface provided by the whitelist manager **15***d*, may specify that emails from one or more types of domains (e.g., [sample] .com) are whitelisted. Further the interface may also allow a user to specify/generate whitelist codes, e.g., alphanumeric codes such as a PIN and the like, which are to be used by email senders to ensure that an email sent by them reaches the email user. In this regard, the whitelist manager **15***d* may generate such one or more codes which are to be distributed in any suitable manner. Such codes may be provided to the email system **10** and/or inserted in an appropriate location of emails sent to the user, so as to allow emails to be delivered to the intended user recipient. The code may be used to allow one or more email addresses to be whitelisted, and thus allow future emails from that address to be delivered to the recipient user, in accordance with embodiments described herein. In embodiments, the email system **10** or equivalent may use one or more of the methods, alone or in combination with other, and/or with other methods.

In exemplary embodiments, the queue manager **15***e*, may be responsible for implementing processes for managing queued emails. In embodiments, received emails addressed to a recipient user of the email system **10**, may be blocked from delivery, and additionally, may be placed in a queue. In some embodiments, each of the emails that are queued may also be assigned and/or associated with a number and/or other signifier indicating the position of the emails in the queue. The queued emails may be ordered according to the time/date of when they are received in the email system.

In exemplary embodiments, the queue manager **15***e* may forward or deliver one or more queued emails to the inbox or other appropriate folder/destination associated with the

US 9,306,887 B1

5

intended recipient user. The queue manager **15***e* may forward one or a set of emails at various times. These times may be times that are evenly spaced apart, and/or one or more set times, for example, every 3 PM on Tuesday. In some embodiments, the queued emails may be forwarded to the recipient according to recipient user specified times.

The queued emails may be forwarded according to a FIFO (first in, first out) system. Other orders of priority may also be used. For example, a specified set number of emails (e.g., the 10 highest ranked emails, the top 10% highest ranked emails, etc.) may be forwarded at the specified times. The amount or number of emails forwarded may be set according to email system **10** and/or according to the recipient user. In some cases, the number of emails to be forwarded at a particular time may be dependent on the number of emails currently queued. In embodiments, the user may be able to set the number of emails to be forwarded either by total number, percentage or some other variable.

After forwarding one or more emails in the queue to the recipient user, the order of the remaining queued emails may be adjusted according to any suitable manner in accordance with embodiments herein.

While a FIFO-like system may be used for determining how to forward/deliver emails to the recipient user, other variations or other methodologies for determining which emails to forward may be used in accordance with embodiments disclosed herein.

In exemplary embodiments, the whitelist manager **15***d* may notify a sender that their email has been queued through any suitable manner (email, text, fax, automated telephone call, etc.). Such notifications may indicate the sender's email place in the queue, e.g., #500 out of 1000 emails, in one example. FIG. **3**A shows an exemplary notification embodied as an email in accordance with embodiments herein.

In exemplary embodiments the whitelist manger **15***d* may rearrange the order of queued emails. In some embodiments, the whitelist manager **15***d* may advance or skip some emails ahead. In such a case, a sender/originator of a queued email may influence or cause such email to advance in the queue. In this regard the sender/originator of email may be allowed to interact with the email system **10** so as to cause the advancement of the queued email. For example, the email system **10** may provide an interface for the sender to provide something, e.g., monetary consideration, registration with the email system, personal information, etc., in exchange for advancing the sent email in the queue. The level of consideration may determine how far the email is advanced in the queue.

In exemplary embodiments, the miscellaneous component **15***f* may implement any other processes needed to implement the email system **10** in accordance with embodiments disclosed herein.

According to exemplary embodiments, the one or more components **15***a-f* may be at least in part implemented by one or more computer processes. These components **15***a-f* may be stored separately or in combination with one or more other components on processor readable storage devices, which are operatively connected to one or more processors on one or more computers to run the software embodied as part of the engine. In particular, any software to implement processes herein may be stored on non-transitory computer readable storage media.

In exemplary embodiments, the ratings access system **10** may include a password gate engine **16**, which may implement processes relating to creating and implementing password gates.

FIG. 2B shows, according to an exemplary embodiment, a block diagram representation of data stored in the one or more

6

databases **40**. In this regard, for each of the emails users, the database **40** of the email system **10** may include profile data **40***a*, email messages **40***b*, password data **40***c*, whitelist data **40***d*, non-whitelist data **40***e*, queue data **40***f*, and/or miscellaneous data **40***g*.

In embodiments, the profile data **40***a* may include data related to identifying a registered user of the email system **10**, including, for example, information related to the user's name, email, address, demographic data, etc. The profile data may include an address book which includes contact information (e.g., email addresses, telephone numbers, residential addresses, etc.).

The email message data **40***b*, may be data including received, sent, and/or stored email messages. The password data **40***c*, may be information related to passwords (stored in some encrypted form, included hashes, for example) for registered users.

The whitelist data **40***d*, may include information related to whitelist settings. For example the whitelist data **40***d* may include people or email addresses which have been whitelisted. The whitelist data **40***d* may also include authorizing passwords or codes, e.g., codes to allow an email address or person and/or their sent address to be authorized and forwarded to the user.

The queue data **40***f*, may include information related to emails which have been placed in the queue. The queue information may include information related to the queued emails' order/slot/place in the queue. The queue data may have information indicating when the queue is to be advanced and which emails are to be sent out.

FIG. **3** shows according to an exemplary embodiment, an exemplary method for whitelisting emails. At step **300**, the email system **10**, may receive an email addressed to a recipient user. At step **305**, the email system **10** may determine whether the email sender/originator is whitelisted. For example, the email system **10** may access a whitelist directory (for example from the database **40**), which may contain email addresses, IP addresses, codes, individual names, and/or other information which may be used for identifying a received email as being approved or associated with an approved user. In this regard, emails which are approved and/or determined to be sent from approved users can be delivered to the recipient user's email inbox.

Various methods may be used for determining whether an email is to be approved and delivered to the recipient user's inbox. In some embodiments, a passcode may be inserted, for example, in a designated area of the received email. The email system **10** may determine whether a provided passcode/password is proper, e.g., whether it matches an approved passcode/password. The passcode/password may be unique to a particular individual/email address, for a group of individuals/email addresses, and/or may be used by anyone. In some embodiments, the passcode/password, may only be used once, by a sender. If the password is correct, then the originator/sender may be whitelisted, and subsequent emails associated with the originator/sender may be approved and delivered to the inbox and/or another appropriate folder. According to exemplary embodiments, any number of suitable methods may exist for a recipient user and/or for the email system **10** for whitelisting email senders. For example, one such method may include simply adding to a user's whitelist directory, individuals the user has emailed.

At step **310**, if the received message is determined to be approved and/or authorized, the message may be delivered to the recipient user. For example, an approved email may be delivered to the inbox of the recipient user, may be sent to a folder associated with the user, may be forwarded to another

US 9,306,887 B1

7

email address, and/or another action may be taken or acted on the email according to the user's settings.

If at step 305 a received email is not approved and/or determined not to be from a sender who is whitelisted, then at step 315, the email system 10 may deliver, forward, store, and/or place the email in a queue. The queue may be an email repository for holding at least blocked or non-approved email messages. In some embodiments, a user of the email system 10 may access and/or retrieve queued emails intended for the user. In some exemplary embodiments, not all emails that are not approved may be queued. For example, such emails, including emails identified as containing a virus or the like may be automatically deleted or discarded by the email system 10. In another example, some emails identified as spam may be discarded and/or sent to a spam folder.

After placing the non-approved/non-authorized email in the queue, the email system 10 may assign a queue number to the email. The queue or queue repository may be part of the database 40. The assigned queue number may indicate queued emails positions and/or order in the queue. For example, if there already 20 emails in the queue, the most recently received queued email may be assigned a queue number of 21. Of course, the email system 10 may implement other methods for tracking or keeping the order of queued emails. In one example, queue numbers may be assigned relative to the position to a reference email, for example the first email in the queue. In another example, no queue numbers may be assigned, but rather order/position of queued emails may be determined or implemented based at least in part on how the email system 10 stores the queued emails, for example storing the emails in order of reception.

In exemplary embodiments, the email system 10 may by default assign queued emails according to a FIFO or related method. For example, in such a manner, the most recent queued email may be assigned a queue number (or other suitable indicator) that places the email last in the queue. However, in some embodiments, the email system 10 may not necessarily place a most recently received email at the bottom of the queue. For example, in some situations, the email system 10 may analyze the queued email, e.g., its contents (subject line, body, etc.), its sender email address, the domain from where it was sent, etc. and determine to place and/or assign the email somewhere else in the queue. For example, in the determination of where to assign/place a recently received email which is to be placed in the queue, the email may be assigned a queue number or a position in the queue which differs from the end of queue position or place. In this regard, one or more factors may be used to determine where to place the email in the queue. Such factors may be based at least in part on settings associated with the email system 10 and/or based at least in part on the user's settings.

At step 320, after storing and ordering the email in the queue, the email system 10 may send a notification message to the originator of the queued email using any suitable means, including, for example, text message, email, automatic voice call, fax, etc. The notification message may indicate to the originating sender information indicating the status of the email. In this regard, the notification may indicate that the email has been queued and may be delivered to the recipient at a later time and may indicate the email's place or position in the queue.

FIG. 4 shows according to an exemplary embodiment, an exemplary method for maintaining and/or processing queued emails which can be implemented by the email system 10. At step 405, the email system 10 may check and/or determine whether it has received an advancement request regarding an email which has been queued. In embodiments, the queued

8

email advancement request may be received through an email, text, message, etc. In some embodiments, the advancement request may be implemented through an interface, including one provided through a webpage website via the Internet. The person who wishes to advance their email, may be required to provide information to identify themselves and/or the email they wish to advance. The advancement request may identify one or more particular emails to be advanced.

If the email system 10 receives a queued email advancement request, then, the email system 10 may require a code or some other input to advance the email. At step 410, the email system can receive a queue advancement code. The advancement code may be inputted to the email system 10 through an interface as previously mentioned, and/or may be transmitted to the email system 10 through any other suitable method. The person requesting advance may obtain one or more advance codes from the email system 10 and/or from the intended recipient user. For example, an individual requesting to advance an email, may provide some consideration, e.g., monetary consideration, non-monetary consideration, including, for example, viewing an advertisement, signing up for an account with the email system 10, etc., in order to receive an advancement code.

At step 415, the email system 10 may evaluate the received advancement code with respect to the one or more emails to which an advancement request has been specified. If at step 415 the provided code is valid, then the respective emails may be advanced in queue. For example, an email that was placed 50th in the email queue, may be placed at a higher priority position, e.g., 30th, 20th, 15th, 9th, 1st, and/or any other position in accordance with embodiments herein. In this regard, the advancement of one or more emails in the queue may cause other emails to be deprioritized, or moved lower in the queue. In some embodiments, a code or setting may prevent one or more emails from being prioritized or deprioritized. In one example, emails that have been advanced in response to the email system 10 receiving an advancement code may be prohibited or prevented by the email system from subsequently being deprioritized.

If at step 415, a provided code is determined by the email system 10 to be invalid, then at step 420, the email system 10 may provide a notification of the defective or incorrect code. The email system 10 may prompt the requesting party to reenter a code to provide a valid code.

FIG. 5 shows according to an exemplary embodiment, an exemplary method for maintaining and/or processing queued emails which can be implemented by the email system 10. In this regard, at step 505 the email system may determine whether to provide and/or deliver one or more queued emails to the intended recipient user of the email system 10. As previously disclosed, one or more non-approved emails intended for a user of the email system 10 may not be delivered to the inbox (or any other suitable folder/area associated with the user's email account) and instead, may be placed in an email queue. Then, at various times the email system 10 may provide/delivery of one or more emails from the queue, which emails may then be delivered to the intended recipient user.

In exemplary embodiments, the email system 10 may decide when and how many queued emails to deliver to the intended recipient user. In some cases, the email system 10 may by default deliver queued emails at one or more intervals, such as, for example, every 15 minutes, every 30 minutes, every hour, etc., to the recipient user. In other cases, the email system 10 may delivery queued emails at one or more recurring times, e.g., 12 PM, or 12 PM on Tuesdays, or 12 PM on

US 9,306,887 B1

9

every other Tuesday, etc. In another example, the queued emails may be delivered in response to a request sent from the recipient user. In some embodiments, the queued email delivery times may be dependent on or a function of the number of emails in the queue with respect to the intended recipient user. For example, the email system **10** may schedule more queued email deliveries when there are a lot or an excessive number of emails in the queue, and/or may schedule less or less frequent queued email deliveries when there is a small number of emails in the queue.

If at step **505** the email system **10** decides to deliver one or more queued emails to the email system **10**, then at step **510** the email system **10** may deliver a batch of emails. In exemplary embodiments, the email system **10** may deliver a designated set (one or more) of the highest priority emails, which may typically consist of the earliest queued emails not yet delivered to the recipient user. In some situations, the email system **10** may deliver a percentage of the highest priority emails (e.g., top 1%, top 5%, top 10%, etc.) or deliver a set number of highest priority emails (e.g., top 3, top 5, top 10, etc.). In some situations, the number of emails to be delivered may be dependent and/or vary with the number of emails in the queue. For example, when there is a large number of emails in the queue, the number of emails delivered in an email queue batch to the recipient user's account (inbox, folder, etc.) may be greater than at other times when the number of queued emails is smaller. As with other features, the recipient user may specify how many queued emails are to be delivered at one or more user specified times. In embodiments, queued emails may be delivered depending on the size of the inbox. For example, when the number of emails in the email inbox is large, queued emails may be delivered with less frequency. However when the number of emails in the email inbox is small, queued emails may be delivered with more frequency. In some embodiments, queued emails may be sent in response to one or more deletions of email from the email inbox.

After delivering an email queue batch, the email system **10** may update the email queue at step **515**. With respect to the queued emails of a particular email user, after one or more queued emails have been delivered/forwarded to the user, then the remaining emails may be revised with their priority place/order adjusted accordingly. For example, if there had previously been **100** queued emails with 10 being delivered, emails previously assigned queue places or orders of 11-100 may be readjusted to 1 through 90. In some embodiments, variations of the reordering/readjusting may be implemented by the email system **10** in accordance with embodiments described herein.

At step **520**, the email system **10** may send one or more notifications that queued emails have been delivered. Such notifications may be sent to the recipient user to indicate that they have new messages. In some embodiments, notifications may be sent to the originator of the previously queued email to indicate that their email now has been delivered to the intended recipient account.

In yet another exemplary embodiment, the email system **10** may implement various rejection options. The email system **10** may delete or reject option received emails system **10** for which a corresponding valid PIN/passcode is not concurrently or subsequently provided, emails that are not whitelisted, and/or emails in which the intended recipient has not previously emailed the senders. That is the email system **10**, may or may not implement a queue.

In yet other exemplary embodiments, non-whitelisted emails may be placed in an email queue, but may be deleted if the sender of the email is not approved by the time the

10

queued reaches a certain position. That is instead of delivering the email to the intended recipient user's inbox or other suitable location, the email is deleted unless the sender or recipient user takes an appropriate action, e.g., the sender provides a PIN, the recipient user adds the sender to the whitelist, the sender provides some consideration to the email system or recipient user, etc.

It will be understood that any of the above steps and/or elements can be combined and/or separated in any combination and/or separation thereof and/or taken in any order. For ease, the steps are described as being sequential and/or in order. This is merely for ease of understanding and is not in any way meant as a limitation.

Now that exemplary embodiments of the present disclosure have been shown and described in detail, various modifications and improvements thereon will become readily apparent to those skilled in the art.

What is claimed is:

1. A method comprising:

(a) receiving, at an email server of an email system, an email addressed to a first user of the email system, the email server comprising one or more computers;

(b) analyzing, by the email server, the received email;

(c) accessing, by the email server, one or more electronic databases stored on one or more computer-readable storage media operatively connected to the email server, the databases comprising information related to one or more respective registered users of the email system:

    (i) profile information including identification information for the respective registered users;

    (ii) whitelist information indicating one or more individuals and/or email addresses approved to send email to the respective registered users;

    (iii) email message data including email messages accessible to the respective registered users through an email interface;

    (iv) queue information including queued email messages assigned queue positions and not being accessible to the respective registered users through an email interface;

    (v) password information including whitelist password codes and queue advancement password codes for the respective registered users;

(d) determining, by the email server, whether the received email is approved to be sent to the first user based at least in part on the whitelist information;

(e) based at least in part on a determination in step (d), that the received email is not approved, storing the received email as a queued email message, and assigning a queue position to the received email;

(f) sending, by the email server to a device associated with the received email, a notification message indicating that the received email has not been delivered to the first user and providing a signifier that indicates the queue position of the received email relative to queue positions of other received emails that are not approved;

(g) receiving, at the first email server, a request to advance the received email queue position, the request including a queue advancement password code;

(h) determining, by the email server, whether the received queue advancement password code is valid; and

(i) based at least in part on a determination in step (h), that the received queue advancement password code is valid, updating the queue information for the first user so that the queue position of the received email is advanced.

2. The method of claim **1**, wherein the queue advancement password code is provided to the originator of the queued

US 9,306,887 B1

11

email following the provision of monetary consideration by the originator of the queued email.

**3**. The method of claim **1**, wherein the queue advancement password code is provided to the originator of the queued email following the viewing of an advertisement by the originator of the queued email.

**4**. The method of claim **1**, wherein the queue advancement password code is provided to the originator of the queued email following the registration by the originator of the queued email for an account with the email system.

**5**. The method of claim **1**, wherein step (d) comprises comparing the IP address of the originator of the incoming email to a database of whitelisted IP addresses.

**6**. The method of claim **1**, wherein step (d) comprises comparing the IP address of the originator of the incoming email to a database of non-whitelisted IP addresses.

**7**. The method of claim **1**, wherein step (d) comprises comparing the email address of the originator of the incoming email to a database of whitelisted email addresses.

**8**. The method of claim **1**, wherein step (d) comprises comparing the email address of the originator of the incoming email to a database of non-whitelisted email addresses.

**9**. The method of claim **1**, wherein step (d) comprises comparing an alphanumeric code associated with an incoming email to a database of whitelisted alphanumeric codes.

**10**. The method of claim **1**, wherein step (d) comprises comparing an alphanumeric code associated with an incoming email to a database of non-whitelisted alphanumeric codes.

**11**. A method comprising:

(a) accessing, by the email server, one or more electronic databases stored on one or more computer-readable storage media operatively connected to the email server, the databases comprising information related to one or more respective registered users of the email system:

    (i) profile information including identification information for the respective registered users,

    (ii) whitelist information indicating one or more individuals and/or email addresses approved to send email to the respective registered users,

    (iii) email message data including email messages accessible to the respective registered users through an email interface;

    (iv) queue information including queued email messages assigned queue positions and not being accessible to the respective registered users through an email interface;

    (v) signifiers that indicate queue position of each non-accessible email message relative to other non-accessible email messages;

12

    (vi) queue preference information indicating one or more delivery preferences for the queued email messages becoming accessible email messages to the respective registered users;

(b) determining, by the email server, based at least in part on the queue preference information for the first user, whether a queue delivery time has arrived to convert queued email messages to email messages accessible to the first user,

(c) in response to a determination in step (b) that the queue delivery time has arrived, identifying, by the email server, one or more queued emails to convert to accessible email messages based at least in part on the queue preference information;

(d) updating, the one or more databases by the email server, so that the one or more identified queued email messages are stored as email messages accessible to the first user; and

(e) sending, by the email server, a message to a device associated with the first user indicating that one or more queued email messages are provided to the email account associated with the first user.

**12**. The method of claim **11**, wherein the queue preference information of the first user specifies a date.

**13**. The method of claim **11**, wherein the queue preference information of the first user specifies an upper limit on the number of emails to maintain in the queue.

**14**. The method of claim **11**, wherein the queue preference information of the first user specifies a period of time for which to maintain emails in the queue.

**15**. The method of claim **11**, wherein the queue preference information of the first user specifies a limit on the size of the queue, based at least in part on computer memory.

**16**. The method of claim **11**, wherein the queue preference information indicates the number of emails to deliver from the queue, based at least in part on an absolute number.

**17**. The method of claim **16**, wherein the absolute number is set by the user.

**18**. The method of claim **16**, wherein the absolute number is selected automatically by the email system.

**19**. The method of claim **11**, wherein the queue preference information indicates the number of emails to deliver from the queue, based at least in part on a percentage of the number of emails in queue.

**20**. The method of claim **11**, wherein the queue preference information indicates the number of emails to deliver from the queue, based at least in part on a percentage of the number of emails in the first user's inbox.

\* \* \* \* \*

Exhibit P4

# Exhibit P4a

ADVERTISEMENT

☰                              Los Angeles Times                    LOG IN   🔍

ENTERTAINMENT & ARTS

# Director Cameron to shoot again

‹                                                                              ›

By continuing to use our site, you agree to our Terms of Service a
Privacy Policy. You can learn more about how we use cookies by

reviewing our Privacy Policy.  Close

**The story begins in California.**
Try for $1 a week.

SUBSCRIBE



By  JOHN HORN

JAN. 8, 2007
2:20 PM



TIMES STAFF WRITER

*Nearly 10 years after James Cameron made "Titanic," the record-breaking filmmaker said Monday that he's finally ready to step behind the cameras again.*

*Cameron's "Avatar," a science-fiction adventure set 150 years in the future, will start production this spring, with a scheduled summer 2009 release by 20th Century Fox. For now, Cameron's other contemplated feature, "Battle Angel," is on hold.*

*Cameron actually outlined "Avatar" before he made "Titanic" but didn't have the filmmaking tools to make it. "It was just too ambitious," Cameron said. "But now the technology has caught up."*

*After flip-flopping between "Avatar" and "Battle Angel," Cameron said he decided to proceed with the former film after completing a five-day camera test a year ago. "I could vividly picture how we would shoot the film," the writer-director said.*

*The movie, which combines live action and animation, will be made with some of the same performance-capture animation techniques used in movies such as "Monster House" and "The Polar Express." Cameron says his process will offer numerous refinements, especially in its depiction of facial expressions and physical action. The movie will be filmed with digital cameras and shown in 3-D theaters.*

**The story begins in California.**
Try for $1 a week.

By continuing to use our site, you agree to our **Terms of Service** Privacy Policy. You can learn more about how we use cookies by reviewing our **Privacy Policy**. Close

SUBSCRIBE

*of post-production to see how a final shot turns out, Cameron will be able to see in nearly real time how an actor and the environment combine.*

*Since he made 1997's "Titanic," the highest-grossing movie in Hollywood history and the winner of the best picture Oscar, Cameron has made several documentaries. In both "Ghosts of the Abyss" and "Aliens of the Deep," Cameron experimented with 3-D camera systems, new versions of which will be employed on "Avatar."*

*Cameron said 95% of the film unfolds on Pandora, a moon of a giant gas planet. Pandora features a lush tropical forest rich in striking plant and animal species, and its inhabitants have been targeted for exploitation.*

*While much of the acting will be recorded in 31 days of performance-capture photography on a high-tech Playa Vista stage, "Avatar" also will feature live action, which will be cut together with the animation. "Ideally, the audience won't know where one ends and the next starts," Cameron said.*

*When Cameron made "Titanic," he cast at its center two actors without much name recognition at the time: - Leonardo DiCaprio and Kate Winslet. Both, of course, went on to be huge stars. For "Avatar," Cameron has cast two more under-the-radar performers: 30-year-old Aussie actor Sam Worthington ("The Great Raid," "Hart's War") will play the film's hero, Jake, and 28-year-old Zoe Saldana ("Pirates of the Caribbean: The Curse of the Black Pearl," "Drumline") his love interest.*

*john.horn@latimes.com*

ENTERTAINMENT & ARTS

NEWSLETTER

## The story begins in California.
Try for $1 a week.

By continuing to use our site, you agree to our **Terms of Service** a **Privacy Policy**. You can learn more about how we use cookies by

reviewing our **Privacy Policy**. Close

SUBSCRIBE

# Exhibit P4b



Cameron sails 'Avatar' | Hollywood Reporter



BUSINESS

# Cameron sails 'Avatar'

4:00 AM PST 1/9/2007 by Anne Thompson , AP

  

## Live-action/CG epic set for 2009

James Cameron is set to direct "Avatar," his first dramatic feature since the Oscar-winning blockbuster "Titanic" in 1997.

Fox Filmed Entertainment chairmen Jim Gianopulos and Tom Rothman said Monday that Cameron will start virtual photography on the sci-fi epic in April, with live-action photography commencing in August, for a summer 2009 release. It will be filmed in a new digital 3-D format for release in 3-D.

The director already has spent years in R&D on the multiple processes needed to create a $190 million hybrid of live action and animation, which he vowed will never pass the $200 million mark. "I've been the busiest unemployed director in Hollywood," he said. "We're going to blow you to the back wall of the theater in a way you haven't seen for a long time. My goal is to rekindle those amazing mystical moments my generation felt when we first saw '2001: A Space Odyssey,' or the next generation's 'Star Wars.' It took me 10 years to find something hard enough to be interesting."

Said Rothman: "Jim has taken the time to get it right, and we're taking the time to do it right. It's worth the wait."

Neither Cameron nor Fox want to repeat the budget overruns that plagued the $200 million "Titanic," the director said. "We

Esq     Labor     Reps     INT'L

≡                                    *The Hollywood Reporter*                                    🔍

characters are designed, animators are already working."

Partly through its work on six documentary features including "Ghosts of the Abyss," Cameron's Lightstorm Entertainment team has researched a potentially groundbreaking mix of live-action cinematography and virtual photorealistic production techniques for "Avatar," which will feature virtual characters.

"Avatar," with a screenplay by Cameron, will mark the director's return to the sci-fi action-adventure genre. He first wrote an 80-page treatment 11 years ago. The film centers on a wounded ex-Marine who is unwillingly sent to settle and exploit the faraway planet Pandora. He gets caught up in a battle for survival by the planet's inhabitants, called Na'vis, and falls in love with one of them. "Not only is this groundbreaking technologically, but it's an intimate story set against an epic canvas," Rothman said. "That's what Jim does. You can't compare it to anything out there. Its biggest upside, besides its revolutionary technology, is its newness. It's not a sequel to anything."

Cameron had been developing another sci-fi adventure, the comic book adaptation "Battle Angel Alita," but when Laeta Kalogridis' script for that project didn't come together after many drafts, he dusted off "Avatar," which he hadn't touched for five years. He started designing the movie in May 2005, he said.

During the next year and a half, Cameron continued to develop "Battle Angel" alongside "Avatar." Said producer Jon Landau: "We needed to prove to ourselves that we could make 'Avatar' and make it at the level of quality that Jim wanted. So throughout that early fall we went through a series of tests where we actually shot a scene from the movie to prove the process to ourselves." After finalizing 45 photo-real seconds of a five-minute performance-capture test, Cameron and the studio were convinced that "Avatar" could proceed.

For the film's lead role, the 22-year-old planetary adventurer Jack Sully, Cameron sought a new face. After global screen tests to satisfy the studio, he selected his first choice, Australian actor Sam Worthington, who has starred in "Somersault" and "Dirty Deeds" and had been considered to play James Bond. "He's got the weight, he's a tough guy — a young Russell Crowe. They grow them differently over there," Cameron said.

Zoe Saldana, who appeared in "The Terminal" and "Pirates of the Caribbean: The Curse of the Black Pearl," will portray Sully's love interest, one of the planet's primitive aliens. She will be a CG character, while Sully will exist in human (live action) and biological "avatar" (CG) form. As an avatar, the human Sully is able to project his consciousness into an alien body.

Both actors have signed on for possible future installments as well because Cameron and Fox see "Avatar" as a potential franchise. "If we make money, I guarantee there will be more," Cameron said. "If we don't, we'll pretend it never happened." Other casting will be announced shortly.

For "Avatar," Cameron will use performance-capture techniques similar to those used by such films as "Superman Returns" and "King Kong" as well as a real-time virtual camera system, which will blend the actors' performances and CG performances with real sets, miniatures and CG environments. With the virtual camera, the director will be able to look through an eyepiece and see his characters in their virtual world.

Saying the production process is similar to creating an animated film, Cameron estimated that the finished film will be 60% CG elements and 40% live action. He is aiming for the sort of photo-realism achieved by the CG sequences in "Kong" and the "Lord of the Rings" trilogy.

"We had a number of processes we wanted to bring to maturation," he said. "We wanted to kick up to the next level of cinematographic precision the 3-D live-action photography we had been using on the documentary films. We refined the second generation of the Fusion camera." The proprietary Fusion digital 3-D camera system was developed by Cameron and Vince Pace.

Esq   Labor   Reps   INT'L

*Hollywood*

The competitive race among four VFX houses for the assignment to supervise the film's visual effects was won by Peter Jackson's Oscar-winning Weta Digital, which worked on "Rings."

"Any one of them could have handled the volume of shots, the scale of the project, and handled the technology," Cameron said. "Joe Lettieri and his team had a history of translating facial performance capture to really good photo-real characters. The culture there is imbued from the head down with a passion for fantasy filmmaking. And they met us halfway on the price."

"Avatar" will be produced by Cameron and Landau for Lightstorm. Principal photography will take place in and around Los Angeles and in New Zealand. Production designer Rick Carter, visual effects designer Rob Stromberg and visual effects producer Brooke Breton already have begun work. No director of photography has been hired.

SKIP AD     AD

Exhibit P4c



Sign In    Subscribe

# Q&A with James Cameron

By Rebecca Winters Keegan  |  Thursday, Jan, 11, 2007

Tweet      Share      [ Read Later ]

In April, nearly 10 years after *Titanic* made its box-office splash, director James Cameron starts filming his next feature, the sci-fi film *Avatar*. He spoke to TIME's Rebecca Winters Keegan.

**TIME: You wouldn't think the guy with the highest-grossing film of all time would take 10 years to get his next green light.**

Cameron: It's always a miracle when a film gets made. We started designing the creatures 18 months ago, creating the world, the plants, the animals; we started working on the performance capture technology. I couldn't make this when I wrote it, which was before *Titanic*. It wasn't technically possible. At a certain point I said, the technology may not be 100% mature, but it's time.

Ethan Miller / Getty

Oscar-winning director James Cameron, 2006.

| Email | Print |
|---|---|
| Share | Reprints |

**Follow @TIME**

***Avatar* will be in 3-D. Why did you choose that format?**

It's immersive. It wraps the movie around you. It's not necessarily just for kids' films either. It works in a dramatic sense because it gives you a heightened sense of reality. Whatever you're watching has a kind of a turbo-charged level of audience involvement. In a science fiction film like this one, you'll be able to inhabit that world, not just watch it but be in it. I think people want that. If people are going to get out of their homes and go to the cinema, the cinema better show them something it hasn't in the past.

**Will audiences be able to watch this at a regular multiplex?**

Yes, but people will have to seek out the theaters that have 3-D. Right now there are about 300 3-D theaters. By the time the film's out [summer of 2008], there are projected to be more than 1,000.

**What is an avatar, anyway?**

It's an incarnation of one of the Hindu gods taking a flesh form. In this film what that means is that the human technology in the future is capable of injecting a human's intelligence into a remotely located body, a biological body. It's not an avatar in the sense of just existing as ones and zeroes in cyberspace. It's actually a physical body. The lead character, Jake, who is played by Sam Worthington, has his human existence and his avatar existence. He'll be shown using live-action photography in 3-D and computer-generated imagery.

**Are you happy to be returning to sci-fi?**

I am. Science fiction's very good at taking something timely that maybe you can't look straight at. That's its true role, making us think about the consequences of our actions now. *Avatar* is an adventure about how we as humans deal with nature. I'll probably get a reputation as a tree-hugging hippie.

**Do you feel pressure to duplicate *Titanic*'s success?**

I've been off doing documentaries, and now I'm back to play in the league I left years ago, so there's gonna be expectation — can he still make a movie? I don't think I'll beat *Titanic*'s record, and I don't think anyone else will for a while. I'll be happy if this film makes money relative to its budget.

**How did you cast your lead?**

In the age group I was looking for, early 20s, there weren't any obvious guys. The character is a former Marine who's a paraplegic and has just been kind of thrown away. The actor Sam is one of these young Australian guys who's gonna be the next Mel Gibson or Russell Crowe. They grow 'em different down there, you know? In *Gladiator*, you understood why those guys stood behind Crowe. I needed to find a guy in his 20s who had that quality. And it's not an easy thing. It was about being able to stand up and lead men in battle. A lot of these up-and-



Sign In     Subscribe

**Is this a political film?**

War and the consequences to the soldier is a theme in my movies. *Terminator* has a scarred soldier character. We have to face the consequences of setting our people off to do our bidding in a foreign land. But it's not a major undercurrent of the story. I'm not trying to make some anti-Bush statement.

**Did you vote for the Governator, Arnold Schwarzenegger?**

I'm Canadian, so I can't vote here, but I did support him. He's only a Republican in California. In Oklahoma, he'd be seen as a pinko.

**Did you have fun playing yourself on *Entourage*?**

It's fun watching another director sweat.

**Do you still feel like King of the World?**

I've got five kids. I feel like King of the World in my house.

## Sponsored Stories

Recommended by

**TC Electronic Spark Booster Pedal**

SWEETWATER

**One Thing All Liars Have in Common, Brace Yourself**

Instant Checkmate

**GX-7 Driver**

GX7 X-Metal



**Former Schoolteacher Training Thousands to Trade**

Raging Bull

**DELL Precision M4800 Laptop PC - Intel Core i7-4800MQ 2.7GHz, 8GB RAM,**

Tiger Direct

**Line 6 Spider V 20 20W 1x8 Guitar Combo Amp Black**

Guitar Center

© 2019 TIME USA, LLC. All rights reserved.

# Exhibit P4d

# James Cameron talks "Avatar"

The director reveals how he got Fox to greenlight his $195 million technology-driven motion picture

By **Jeff Jensen**

January 15, 2007 at 05:00 AM EST



PHOTO: JAMES CAMERON: JASON KEMPIN/RETNA LTD.

James Cameron is finally following up that movie about the boat accident. His new project, *Avatar*, is an epic, 3-D sci-fi film about an ex-Marine on an inhospitable planet where humans can only survive by projecting their consciousness into genetically engineered bodies (a.k.a. "avatars"). The people of earth want to exploit the planet's natural resources, of course, causing the inhabitants to revolt and a war to break out. The rub for the protagonist, named Jake (played by newcomer Sam Worthington), is that he's fallen in love with a native (Zoe Saldana), forcing him to choose a side in the battle. Fox has gone out on a limb, granting Cameron a whopping $195 million to tell the tale — but hey, what's a couple hundred mil for a guy who racked up 11 Oscars with his last full-length feature?

James Cameron talks Avatar

**ENTERTAINMENT WEEKLY: For a while now, you've been debating between two different projects: _Avatar_, which is an original screenplay that you wrote, and _Battle Angel_, adapted from a series of Japanese comics. So why pick _Avatar_?**
**JAMES CAMERON:** Well, _Battle Angel_ and _Avatar_ were being developed at the same time. The thinking was that we'd be using similar technology to create either one or both of those films. It was little bit of a horse race there for a while to see which one was going to be done first. The way I pitched it to Fox was, "We're doing both these films." The order is relatively arbitrary, because we're making an investment in a methodology and a technical infrastructure that could produce both. But I ultimately had to choose which one was going to be first, and I began to run into a bunch of script problems with _Battle Angel_, because I was synthesizing down these graphic novels. There are 10 of them. It was the kid in the candy store problem — too many good ideas and no story. So we went through five drafts and didn't solve them. So I switched to _Avatar_ and we started developing that. Then, of course, a great script came in on _Battle Angel_! Which is a good problem to have, because I had two great projects, either one of which the studio would be happy to go ahead with. I would say it was August or September of 2005 we decided to push ahead with _Avatar_. Believe it or not, it was that long ago.

**What was the deciding factor?**
We did a test of the performance-capture techniques we wanted and needed to use to make this film — a live action, real-time, director-centric performance-capture process. In other words, as the actors perform, I'm able to see in the monitor not only what they might look like as their CG character, but in the CG environment we've created, and direct them accordingly. When we did the test, we chose _Avatar_, just because it seemed like the easiest one to get going for a test, for a lot of reasons.

**This is an original screenplay, correct?**
That's correct.

**How did you come up with this story?**
Well, my inspiration is every single science fiction book I read as a kid. And a few that weren't science fiction. The Edgar Rice Burroughs books, H. Rider Haggard

— the manly, jungle adventure writers. I wanted to do an old fashioned jungle adventure, just set it on another planet, and play by those rules.

## Your premise reminded me a lot of the Edgar Rice Burroughs *John Carter, Warlord of Mars* series.

It's definitely got that feeling, and I wanted to capture that feeling, but updated. To be certain, I wanted a film that could encompass all my interests, from biology, technology, the environment — a whole host of passions. But I've always had a fondness for those kind of science fiction/adventure stories, the male warrior in an exotic, alien land, overcoming physical challenges and confronting the fears of difference. Do we conquer? Exploit? Integrate? *Avatar* explores those issues.

## How long has this been in your head?

I wrote an 80-page treatment 11 years ago. We were working from the treatment in designing the world and the creatures and so on. I wrote the script the first four months of 2006.

## Is it true you have developed a whole culture and even a whole language for the aliens in this movie?

Absolutely. We have this indigenous population of humanoid beings who are living at a relatively Neolithic level; they hunt with bows and arrows. They live very closely and harmoniously with their environment, but they are also quite threatening to the humans who are trying to colonize and mine and exploit this planet.

## Sounds like you've crafted a story with a lot of political resonance.

Only in the very broadest sense of how we as a Western technological civilization deal with indigenous cultures; we basically supplant them. If not in an active, genocidal way, then in a passive manner. They just kind of wither away. Our impact on the natural environment, wherever we go — strip mining and putting up shopping malls. Now, we're extending that to another planet.

## How long did it take to brainstorm the language? Did you work with people on that?

There's a guy named Paul Froemer who I was lucky enough to encounter a year ago. He's the head of the linguistics department at USC. I talked with a number

of linguistics experts, but he was the one who kind of got the challenge. He said,
"We're going to beat Klingon! We're going to out-Klingon Klingon! We're going to
have a more detailed and well thought out language than Klingon!" He's been
working on this for a year. It began by riffing off things in the treatment, but from
there, it went to how sentences would be constructed, and what the sound
system would be. It would have to be something that was pronounceable by the
actors but sounded exotic and not specific to human languages. So he's mixing
bits of Polynesian and some African languages, and all this together. It sounds
great.

### What was the tipping point in terms of realizing that this movie was technically possible?

Looking at what Peter Jackson was able to do with Gollum, and then King Kong.
And Davy Jones [from *Pirates of the Caribbean*] — all these examples of
compelling photo-realistic, fully CG characters, in a photo-realistic world. I don't
think many people are aware that a lot of the jungle scenes in *King Kong* were
actually CG. They did a lot with miniatures, but toward the end they were doing a
lot of the jungles in CG.

### Was the number of theaters that could exhibit a 3-D movie also on your mind in terms of when to go forward with this?

Absolutely. There's been a sense for me over the past two or three years of,
"Well, if not this year, then it's okay next year for me to start a movie, because
the longer I wait, the more theaters there will be," and I want to be able to land in
1,000, 1,500 theaters — as many theaters as I can — in digital 3-D. Because I've
been working with our 3-D cameras over the past six years. We've refined them.
They work great. They work perfectly. I love working with them. I don't want to
go back to shooting on film. I don't want to go back to shooting in 2-D, so for me
it was just a question of waiting for the right moment. In fact, I think I've actually
waited too long. Everybody else is out there making animated films and putting
them in 3-D and this is such a big picture. We're not going to land in theaters
until summer of '09. But I think we can be sure that we will have a lot of 3-D
screens by '09 at the rate they've been increasing.

# Exhibit Q4

# Exhibit Q4a



# Exhibit Q4b



# Exhibit Q4c



# Exhibit Q4d



# Exhibit R4

BUSINESS

# Parker new vice chairman as Fox film unit shifts ranks

4:00 AM PST 1/30/2007 by Nicole Sperling , AP





CITY NATIONAL BANK
AN RBC COMPANY
WHERE THE ONLY WAY IS UP.
LEARN MORE
2019 City National Bank.
All Rights Reserved.
MEMBER FDIC

## Empty

Hutch Parker, who had been serving as president of 20th Century Fox, has been promoted to vice chairman of 20th Century Fox Film Group. He will continue to oversee the TCF film unit while also taking on supervision of Fox Animation.

His new duties, along with those of a number of other top Fox executives, were announced Monday by Jim Gianopulos and Tom Rothman, co-chairmen of Fox Filmed Entertainment.

Parker's promotion will address the departure of Fox Animation president Chris Meledandri, who left the company to establish an animation division at Universal Pictures. While Parker will oversee Fox Animation -- responsible for such hits as the "Ice Age" movies and "Robots" -- Vanessa Morrison, a 12-year Fox production veteran, has been promoted to president of the division. She will report to Parker.

Rather than hire from outside, Gianopulos and Rothman reached into the studio's current ranks to fill the posts. They also tapped TFC executive Debbie Liebling as president of production at Fox Atomic, the studio's new, youth-oriented label. She will report to Peter Rice, who heads Fox Atomic and Fox Searchlight.

Production execs Emma Watts and Alex Young were promoted to co-presidents of production at TCF.

In addition, the studio announced two promotions at its CGI facility Blue Sky Studios. Brian Keane, currently general manager and chief financial officer, has been upped to chief operating officer and chief financial officer. Bruce Anderson, an associate producer on Fox Animation's CG feature "Horton Hears a Who," will retain those duties while also taking on the post of Blue Sky general manager.

"A central management tenet at Fox is that talented people get the chance to move up," Rothman and Gianopulos said.

Parker has served as TCF's president since 2005. He joined the studio in 1995 as senior vp production and was named president of production in 1999.

During her 12 years at Fox, Morrison has supervised such family-oriented films as "Garfield" and "Cheaper by the Dozen" -- several of her films have included CGI work. In her new role, she will oversee the current staff at Fox Animation, including vp John Cohen.

As an executive vp production at TCF, Liebling has overseen such Fox comedy hits as "Borat" and "Dodgeball: A True Underdog Story." Before joining Fox in 2002, she was chief programming exec for Comedy Central's original shows and served as co-producer of the feature film "South Park: Bigger Longer & Uncut."

At Fox Atomic, one of Liebling's first items of business will be to find a replacement for Lawrence Grey, the unit's vp production, who recently left for Universal.

Watts and Young supervised such recent hits as "Night at the Museum" and "X-Men: The Last Stand," respectively. In addition, Watts oversaw production on "I, Robot," "Behind Enemy Lines," "Shallow Hal" and the upcoming "Reno: 911!: Miami," while Young oversaw the first two "X-Men" movies as well as "Fantastic Four" and the upcoming "Live Free or Die" and "Fantastic Four: Rise of the Silver Surfer."

SKIP AD  ›   AD

Exhibit S4

WIKIPEDIA

# Alex Young (studio executive)

**Alexander Morgan Young** (born August 29, 1971) is an American film and television producer. He was Co-President of Production at 20th Century Fox.

| Alex Young | |
|---|---|
| **Born** | Alexander Morgan Young August 29, 1971 London, England |
| **Occupation** | Film producer |
| **Spouse(s)** | Kate Walsh (m. 2007; div. 2010) |

## Contents

Early life
Career
Personal life
Projects
References
External links

## Early life

Young was born in London, and grew up in Cooperstown, NY, and New York City.[1] He attended Choate Rosemary Hall (Wallingford, CT) for high school, and graduated with honors from Williams College (Williamstown, MA) in 1993, with a dual degree in Political Science and History. Young's father was British entrepreneur Paul Young, who owned the New York City boutique Paraphernalia in the 1960s and was credited with bringing mod fashion, including the mini skirt trend, from London to America.[2] His father died in 2003.[3] He has one sister and currently resides in Los Angeles.

## Career

Young worked at an oil parts company in Tulsa, Oklahoma to pay for college. After college he moved to Los Angeles and his first job was as a runner on the Chevy Chase talk show. When struggling to find work at the end of this show, his father put him in touch with his old colleague Joel Schumacher. Schumacher introduced him to people in the industry and he got a job as an assistant to a creative executive at Paramount. The following year he became assistant to John Goldwyn (former Paramount executive).[1] He was promoted Creative Executive and then Vice-President of Production at Paramount, where he was involved in projects such as *Lara Croft: Tomb Raider*, The Sum of All Fears, Sleepy Hollow, Star Trek: First Contact, The Talented Mr. Ripley, Paycheck and Deep Impact.[4] In February 2002, Hutch Parker brought Young across to 20th Century Fox where he was named Vice-President of Production.[4] Young rose from Vice President to

9/13/2019                                                 Alex Young (studio executive) - Wikipedia

Senior Vice President to Executive Vice President, working on films such as X-Men 2: X-Men United, *X-Men: The Last Stand*, Live Free or Die Hard, and *Fantastic Four*. In January 2007, Young was promoted along with Emma Watts to become Co-President of Production at 20th Century Fox.[5] Becoming a producer at Fox in 2010, Young has produced Unstoppable, The A-Team, Wall Street: Money Never Sleeps, Predators, A Good Day to Die Hard, and *Hitman: Agent 47*.[6]

# Personal life

In April 2007, Young began dating *Private Practice* star Kate Walsh. They were first spotted having lunch together on April 26, and then went public with their relationship on April 28 by attending a Barack Obama fund-raiser in Los Angeles, which was co-hosted by Young. Young proposed to Walsh during a trip to San Francisco in May.[7] They later married on September 1, 2007 at the Ojai Presbyterian Church in Ojai, north of Los Angeles.[8] On December 11, 2008, Young filed for divorce after 15 months of marriage citing irreconcilable differences; the official date of separation in the divorce petition was listed as November 22.[9] The divorce was finalized February 5, 2010.[10]

# Projects

- *The A-Team*
- *A Good Day to Die Hard*[11][12]
- *Wall Street: Money Never Sleeps*
- *Predators*
- *The God Particle*
- *Unstoppable*
- *Hitman: Agent 47* (2015)
- *Ford v. Ferrari* (2019)

# References

1. Michael Fleming (Vol:9 #3, 2006). "The Passionate Pragmatist". *Fade In*, p. 81.
2. Larocca, Amy (February 10, 2003). "The House of Mod" (http://nymag.com/nymetro/shopping/fashion/spring03/n_8337/). nymag.com. Retrieved December 18, 2008.
3. "Paul Young, 77, Trendsetter of Mod Fashion" (https://query.nytimes.com/gst/fullpage.html?res=9C0CE1DD153CF937A35753C1A9659C8B63). nytimes.com. October 4, 2003. Retrieved December 18, 2008.
4. Mcnary, Dave (February 3, 2002). "Fox taps Young Veep" (http://www.variety.com/article/VR1117860154.html?categoryid=18&cs=1). variety.com. Retrieved December 18, 2008.
5. Laporte, Nicole (January 29, 2007). "Fox's big toon-up" (http://www.variety.com/article/VR1117958286.html?categoryid=13&cs=1). variety.com. Retrieved December 18, 2008.
6. https://pro-labs.imdb.com/name/nm1747215/?ref_=sch_int

9/13/2019                                                Alex Young (studio executive) - Wikipedia

7. Serpe, Gina (May 16, 2007). "Kate Walsh Bags a McFiance" (http://www.eonline.com/uberblog/b55160_kate_walsh_bags_mcfianc233.html). eonline.com. Retrieved December 18, 2008.

8. Wihlborg, Ulrica (September 1, 2007). "Grey's Anatomy's Kate Walsh Marries Movie Executive" (http://www.people.com/people/article/0,,20054425,00.html). people.com. Archived (https://web.archive.org/web/20081217151316/http://www.people.com/people/article/0%2C%2C20054425%2C00.html) from the original on December 17, 2008. Retrieved December 18, 2008.

9. "Kate Walsh Splits From Husband" (http://www.people.com/people/article/0,,20246226,00.html). people.com. December 11, 2008. Archived (https://web.archive.org/web/20081216235138/http://www.people.com/people/article/0%2C%2C20246226%2C00.html) from the original on December 16, 2008. Retrieved December 18, 2008.

10. http://www.people.com/people/article/0,,20342085,00.html

11. "'Die Hard 5' Script in Negotiations" (http://www.mtv.com/movies/news/articles/1638454/20100505/story.jhtml?rsspartner=rssYahooNewscrawler). MTV. May 5, 2010. Retrieved May 5, 2010.

12. Fresh New Titles for Fox's Die Hard 5 & Fantastic Four Reboot (http://www.firstshowing.net/2010/06/09/fresh-new-titles-for-foxs-die-hard-5-fantastic-four-reboot)

# External links

- Alex Young (https://www.imdb.com/name/nm1747215/) on IMDb
- Alex Young at Hollywood.com (https://web.archive.org/web/20080320030932/http://www.hollywood.com/celebrity/Alex_Young/1117080)
- Alex Young at InBaseline.com (https://web.archive.org/web/20100210055043/http://inbaseline.com/person.aspx?person_id=36294)

Retrieved from "https://en.wikipedia.org/w/index.php?title=Alex_Young_(studio_executive)&oldid=915118796"

This page was last edited on 11 September 2019, at 09:48 (UTC).

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

# Exhibit T4



| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Keyword = "James Cameron" "Project 880"
Search Results: Displaying 1 through 25 of 385 entries.



previous | 26 51 76 101 126 ... 376 next

**Resort results by:** Relevance ▼

Set Search Limits

| # | Relevance | Full Title | Copyright Number | Date |
|---|-----------|-----------|-------------------|------|
| [ 1 ] | ■■■■ | Project 880 : film and screenplay / screenplay written by James Cameron. | V3549D502 | 2007 |
| [ 2 ] | ■■■ | Avatar : f.k.a. Project 880. | V3588D859 | 2010 |
| [ 3 ] | ■■■ | Crazy heart / by Scott Cooper. | V3585D911 | 2010 |
| [ 4 ] | ■■■ | Crazy heart. PAu 3-355-111. | V3585D911 | 2010 |
| [ 5 ] | ■■■ | Avatar : a.k.a. Project 880. | V3585D911 | 2010 |
| [ 6 ] | ■■■ | Project 880. PAu 3-066-090. | V3585D911 | 2010 |
| [ 7 ] | ■■■ | Project 880 & 4 other titles. | V3585D911 | 2010 |
| [ 8 ] | ■■■ | AVATAR. | PA0001653536 | 2009 |
| [ 9 ] | ■■■ | Project 880. | V3554D096 | 2007 |
| [ 10 ] | ■■■ | Project 880. | V3554D095 | 2007 |
| [ 11 ] | ■■■ | Project 880. | V3554D094 | 2007 |
| [ 12 ] | ■■■ | Project 880 : motion picture. | V3551D925 | 2007 |
| [ 13 ] | ■■■ | Project 880. | V3554D096 | 2007 |
| [ 14 ] | ■■■ | Project 880. | V3554D095 | 2007 |
| [ 15 ] | ■■■ | Project 880. | V3554D094 | 2007 |
| [ 16 ] | ■■■ | Project 880. | PAu003066090 | 2007 |
| [ 17 ] | ■■■ | Project 880 : motion picture. | V3546D224 | 2006 |
| [ 18 ] | ■■■ | Avatar : f.k.a. Project 880. | V3588D878 | 2010 |
| [ 19 ] | ■■■ | Avatar : f.k.a. Project 880. | V3588D877 | 2010 |
| [ 20 ] | ■■■ | Project 880. | V3588D867 | 2010 |
| [ 21 ] | ■■■ | Avatar : f.k.a. Project 880. | V3588D866 | 2010 |
| [ 22 ] | ■■ | Terminator 2: judgment day: film / Based on the screenplay by James Cameron & William Wisher. | V2626P256 | 1991 |
| [ 23 ] | ■■ | Terminator 2: Judgement day: film / Based on the screenplay by James Cameron & William Wisher. | V2615P174 | 1991 |
| [ 24 ] | ■■ | Terminator II; feature-length motion picture photoplay / Produced by Carolco Pictures, Inc. Based on the screenplay by James Cameron. | V2584P340 | 1990 |
| [ 25 ] | ■■ | Johnny Utah : a.k.a. Riders of the storm; screenplay / By Peter Iliff, based on a story & treatment written by Rick King, and any literary materials based thereon written by Larry Lasker, Walter Parkes, Greg Pruss, James Cameron & Kathryn Bigelow. | V2575P167 | 1990 |

**Resort results by:** Relevance ▼

Set Search Limits

Clear Selected   Retain Selected

previous | 26 51 76 101 126 ... 376 next

Exhibit U4

9/15/2019                                          WebVoyage Record View 1



# Public Catalog

 Copyright Catalog (1978 to present)
Search Request: Keyword = "Project 880" "James Cameron"
Search Results: Displaying 17 of 385 entries



Labeled View

*Project 880 :*

|  | |
|---|---|
| **Relevance:** | ▌▌▌ |
| **Type of Work:** | Recorded Document |
| **Document Number:** | V3546D224 |
| **Date of Recordation:** | 2006-12-11 |
| **Entire Copyright Document:** | V3546 D224 P1-2 |
| **Date of Execution:** | effective as of 6Nov06 |
| **Title:** | Project 880 : motion picture. |
| **Notes:** | Form of copyright assignment. |
| **Party 1:** | Future Service, Inc. |
| **Party 2:** | Ingenious Film Partners 2, LLP & Ingenious Film Partners 3, LLP. |
| **Names:** | Future Service, Inc. |
| | Ingenious Film Partners 2, LLP |
| | Ingenious Film Partners 3, LLP. |



# Exhibit V4



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Keyword = James Cameron Project 880
Search Results: Displaying 2 of 10000 entries





*Project 880 : screenplay written by James Cameron.*

**Relevance:** ▮▮▮▮

**Type of Work:** Recorded Document

**Document Number:** V3549D502

**Date of Recordation:** 2007-02-26

**Entire Copyright Document:** V3549 D502 P1-7

**Date of Execution:** 6Nov06

**Title:** Project 880 : film and screenplay / screenplay written by James Cameron.

**Notes:** One picture license.

**Party 1:** Twentieth Century Fox Film Corporation.

**Party 2:** Igenious Media Investments, Ltd. o.b.o. Ingenious Film Partners 2, LLP & Ingenious Film Partners 3, LLP.

**Names:** Twentieth Century Fox Film Corporation.
Igenious Media Investments, Ltd.
Ingenious Film Partners 2, LLP
Ingenious Film Partners 3, LLP.



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record ▼   Format for Print/Save |
| Enter your email address: _____   Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

# Exhibit W4

10/7/2019                                               WebVoyage Record View 1



**Public Catalog**

Copyright Catalog (1978 to present)
Search Request: Keyword = "James Cameron" "Project 880"
Search Results: Displaying 20 of 385 entries

*Project 880.*

| | |
|---|---|
| **Relevance:** | ▮ ▮ ▮ |
| **Type of Work:** | Dramatic Work and Music; or Choreography |
| **Registration Number / Date:** | PAu003066090 / 2007-03-06 |
| **Title:** | Project 880. |
| **Notes:** | Screenplay. |
| **Copyright Claimant:** | Twentieth Century Fox Film Corporation |
| **Date of Creation:** | 2007 |
| **Copyright Note:** | C.O. correspondence. |
| | Cataloged from appl. only. |
| **Names:** | Twentieth Century Fox Film Corporation |

**Save, Print and Email (Help Page)**
Select Download Format  Full Record ▼   Format for Print/Save
Enter your email address:  [                    ]  Email

https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=20&ti=1,20&Search_Arg="James Cameron" "Project 880"&Search_Code=FT%2A&CNT=25&REC=0&RD=0&RC=0&PID=1-hSeKcEbuqganP1yGBC...   1/2