| | |
|---|---|
| 1 | Steve Wilson Briggs |
| 2 | 4322 Chico Ave., |
|   | Santa Rosa, CA 95407 |
| 3 | 510 200 3763 |
| 4 | snc.steve@gmail.com |
|   | PLAINTIFF In Propria Persona |

**UNITED STATES DISTRICT COURT,**

**NORTHERN DISTRICT OF CALIFORNIA,**

**SAN FRANCISCO DIVISION**

| STEVE WILSON BRIGGS | Civ No: 20-CV-1596-VC |
|---|---|
| Plaintiff, | Declaration Of Plaintiff, |
| vs | In Support Of |
|   | "Plaintiff's Motion For Leave To File A |
| JAMES CAMERON; et al | First Amended Complaint" |

Declaration In Support Of Plaintiff's Motion For Leave To File A FAC

1

**DECLARATION OF PLAINTIFF STEVE WILSON BRIGGS,**

**In Support Of**

*Plaintiff's Fourth Motion In Limine To Introduce New Facts And Evidence*

I, Steve Wilson Briggs, declare the following:

1. I am the Plaintiff in this action, and I make this declaration of my own personal knowledge, or on information and belief, and if called to testify in Court on these matters, I could do so competently.

2. I, personally wrote and filed the document titled, "Plaintiff's Notice of Motion and Motion For Leave To File A First Amended Complaint."

3. All of the facts and allegations presented in *Motion For Leave To File A First Amended Complaint* are true and accurate, or believed to be so, and all of the documents attached to the *Motion For Leave To File A First Amended Complaint* are true, genuine, and as described.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 30th day of September, 2020, in Santa Rosa, California.

Signed: /s/ Steve Wilson Briggs

Plaintiff, In Propria Persona

Declaration In Support Of Plaintiff's Motion For Leave To File A FAC