Steve Wilson Briggs
4322 Chico Ave.,
Santa Rosa, CA 95407
510 200 3763
snc.steve@gmail.com
PLAINTIFF In Propria Persona

**UNITED STATES DISTRICT COURT,**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| STEVE WILSON BRIGGS, | Civ No: 20-cv-01596-VC |
|---|---|
| Plaintiff, | **[PROPOSED]** |
| vs | **ORDER GRANTING** |
| JAMES CAMERON, et al, | Plaintiff's Motion For Leave To File A First Amended Complaint |
| Defendants. | |

Having considered the motion titled "Plaintiff's Motion For Leave To File A First Amended Complaint," and finding that the motion has merit, the Court hereby grants said motion.

**IT IS SO ORDERED**

Dated:_____     Signed:_____

The Honorable Judge Vince Chhabria
United States District Judge

1
PROPOSED ORDER