# Certificate of Service

I, Steve Wilsin Briggs, Plaintiff in this action title Briggs v Cameron, declare that via the ECF/CM System I caused the document(s) listed below to be electronically filed with the Court and served to all defendants in this action who have responded to the service of Summons and Complaint. The documents that I filed and served to said defendants were titled:

1. Plaintiff's Notice Of Motion And Motion For Leave To File A First Amended Complaint;
2. First Amended Complaint;
3. Declaration In Support Of First Amended Complaint;
4. Proposed Order;
5. Certificate Of Service.

I declare under penalty of perjury, under the laws of the United States of America, that the above is true and correct.

Executed on September 30, 2020, at Santa Rosa, California.

Signed:  /s/ Steve Wilson Briggs

Plaintiff, In Propria Persona