| | |
|---|---|
| Steve Wilson Briggs<br>4322 Chico Ave.,<br>Santa Rosa, CA 95407<br>510 200 3763<br>snc.steve@gmail.com<br>PLAINTIFF, In Propria Persona | |

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA,**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STEVE WILSON BRIGGS,<br><br>Plaintiff,<br><br>vs<br><br>JAMES CAMERON et al,<br><br>Defendants. | Civ No: 20-CV-1596-VC<br><br>NOTICE TO THE COURT<br>AND TO THE OFFICE OF CLERK |

**NOTICE TO THE COURT AND THE OFFICE OF THE CLERK**

Although this filing may be unusual, or improperly formatted, the Plaintiff submits this Notice to offer an apology to the Court and to the Office of the Clerk, and to provide an explanation regarding the Plaintiff's confusion about recent schedule changes. The Plaintiff believes his confusion about recent changes was set about by the LNU Lightning Complex Fires that besieged Sonoma County, where the Plaintiff resides, and which caused four separate households full of the Plaintiff's relatives to evacuate and relocate to other relatives in Sonoma County, or to leave Sonoma County entirely, between August 18 and September 1, 2020.

On June 23, 2020 The Honorable Judge Orrick recused himself from this case, and the Honorable Judge Chhabria was assigned to the case, and all pending dates of motions, pretrial conferences and trial were vacated.

A week later, June 30, 2020, in docket filing #70, the Clerk announced that ALL major motions ([31] Motion to Dismiss, [53] Motion to Dismiss, [63] Motion to Dismiss, [67] Motion to Dismiss, and [68] Motion to Disqualify) had been reset for September 3, 2020, at 10:00 a.m., before Judge Vince Chhabria.

The following day, July 1, 2020, document #72, the Court rescheduled the ICMC (Initial Case Management Conference) to September 30, 2020.

In the midst of these schedule changes, on August 18, 2020, the LNU Lightning Complex Fires caused the evacuation of four households of the Plaintiff's family members (2 brothers, step-mother, 3 nephews, 1 neice, 1 grand niece, sister in-law, nephew in-law), who were forced to evacuate into the homes of two other family members in Sonoma County, or to leave the County entirely.

Although none of the evacuee's evacuated to the Plaintiff's residence, the Plaintiff made daily welfare checks (often several checks) on the other family members. The fire also created health challenges for the Plaintiff's mother, who resides with the Plaintiff.

Due to the Plaintiff's preoccupation with his family's welfare during this period (8/18/20 to 9/1/20) the Plaintiff believes that he either missed the **Clerk's documents 96** (filed August 29, 2020), **and document 97** (filed August 31, 2020), or he misunderstood these filings. Although document number 97 clearly vacates the ICMC date, in the Plaintiff's haste to attend both his legal and his family affairs, somehow the Plaintiff came to the misunderstanding that all of the motions and the ICMC had been moved to September 30, 2020. How the Plaintiff came to this misunderstanding cannot be explained, other than his attention was divided by the extraordinary peripheral events.

On September 11, 2020, the Clerk kindly filed document 102, which informed the Plaintiff (related to his filings #99 and #101) that the ICMC had been cancelled. However, the Plaintiff somehow thought the Clerk was vacating only documents #99 and #10, which were referenced in the filing, because the Plaintiff had put these documents on the Calendar for September 30, 2020, rather than conventionally calendaring them 5+ weeks later.

As a result of the Plaintiff's mistaken belief that the ICMC was still scheduled for

| | |
|---|---|
| 1 | September 30, 2020, on September 29, 2020, the Plaintiff upgraded his ZOOM account to "Pro," and tested his upgraded account by connecting to the meeting ID (161 285 7657) and password (547298), provided in document #72. In performing this technology test, the Plaintiff believes he interrupted the Honorable Judge Chhabria, who appeared to be involved in a hearing with the counsel in another action. The Plaintiff left the meeting within a few seconds. The Plaintiff offers his sincere apologies to Judge Chhabria for any distraction this test may have created. |

10:00 a.m. September 30, 2020, the Plaintiff tried to entered the ZOOM meeting, which was never joined by Judge Chhabria or the Defense counsel, as it had been cancelled weeks earlier.

Thus, the Plaintiff went back through ALL of the Court's and the Clerk's filings, to find what he missed. From that, the Plaintiff believes his confusion was due to the fact that he either missed, or misunderstood, the Clerk's filings #96 and #97, due to the extenuating circumstance, previously described, concerning the LNU Fires.

The Plaintiff offers his earnest and deep apologies to the Clerk's Office and to the Court for his misunderstanding of the schedule changes. Should the Court or the Clerk enter documents under similarly challenging circumstances in the furure, the Plaintiff will strive to maintain his focus and diligence.

Dated: October 5, 2020.                                  Respectfully Submitted,

/s/ Steve Wilson Briggs
Plaintiff, In Propria Persona