Steve Wilson Briggs
4322 Chico Ave.,
Santa Rosa, CA 95407
510 200 3763
snc.steve@gmail.com
PLAINTIFF In Propria Persona

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA,**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STEVE WILSON BRIGGS,<br><br>Plaintiff,<br><br>vs<br><br>JAMES CAMERON et al,<br><br>Defendants. | Civ No: 20-CV-1596-VC<br><br>NOTICE OF ERRATA TO PLAINTIFF'S THIRD MOTION IN LIMINE TO INCLUDE NEW FACTS AND EVIDENCE |

**NOTICE OF ERRATA**

The Plaintiff respectfully submits this errata to the *Plaintiff's Third Motion In Limine To Include New Facts And Evidence*, filed on August 25, 2020, to correct errors in the naming of several of the exhibits.

On page 5 of *Plaintiff's Third Motion In Limine To Include New Facts And Evidence*, the fifth item(5) reads "5. **EXHIBIT D**: a current Stanford University faculty posting for teacher Steve Weinstein; which states that:" However, this item should not be named "EXHIBIT D." Rather, the fifth item should be "EXHIBIT E."

Similarly and consecutively, on page 5, item six (6) currently reads "EXHIBIT E," however, it should read "**EXHIBIT F**."

Next, on page 6, item seven (7) currently reads "EXHIBIT F," however, it should read "**EXHIBIT G**."

1    Next, on page 6, item eight (8) currently reads "EXHIBIT G," however, it should
2  read "**EXHIBIT H**."
3    Next, on page 6, item nine (9) currently reads "EXHIBIT H," however, it should
4  read "**EXHIBIT I**."
5    Next, on page 6, item ten (10) currently reads "EXHIBIT I," however, it should read
6  "**EXHIBIT J**."
7    These corrections to the body of the the text of the motion in limine will bring the
8  actual exhibit attachments into alignment with the the body of the motion.
9
10 Dated: October 5, 2020.                    Respectfully Submitted,
11                                            /s/ Steve Wilson Briggs
12                                            Plaintiff, In Propria Persona
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28