1  Steve Wilson Briggs
2  4322 Chico Ave.,
   Santa Rosa, CA 95407
3  510 200 3763
   snc.steve@gmail.com
4  PLAINTIFF, In Propria Persona
5
6
7
8               **UNITED STATES DISTRICT COURT,**
9             **NORTHERN DISTRICT OF CALIFORNIA,**
10                **SAN FRANCISCO DIVISION**

11  STEVE WILSON BRIGGS,                    Civ No: 20-CV-1596-VC
12            Plaintiff,
13              vs                          Plaintiff's Fourth
                                       Request For Judicial Notice
14  JAMES CAMERON et al,
15          Defendants.

16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff's Fourth Request For Judicial Notice

1

1             **PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE**

2                               **MEMORANDUM**

3         The Plaintiff submits this Fourth Request for Judicial Notice pursuant to Federal

4  Rules of Evidence (FRE) 201.

5         FRE 201(b) instructs that the Court "may judicially notice a fact that is not subject

6  to reasonable dispute because it: (1) is generally known within the trial court's territorial

7  jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy

8  cannot reasonably be questioned."

9         FRE 201(c) instructs that the Court "(1) may take judicial notice on its own; or (2)

10 must take judicial notice if a party requests it and the court is supplied with the necessary

11 information."

12        FRE 201(d) instructs that the Court "may take judicial notice at any stage of the

13 proceeding."

14                       **STATEMENT OF FACTS**

15        The Plaintiff has filed several motions in limine to include new facts and evidence

16 Three of these motions in limine claim that a man named Steve Weinstein, who founded the

17 *MovieLabs*, and who was Chief Strategist for the *Liberate Technologies*, also taught a

18 program called "Hacking For Defense," at Stanford University. However, the Plaintiff

19 believes that the document(s) that he selected to attach to these motions, to support this

20 fact, is/are not very strong. Thus, the Plaintiff is filinging this Request For Judicial Notice

21 to submit two irrefutable documents, so the Court can be certain that (1) Weinstein teaches

22 hacking to prospective U.S. intelligence candidates at Standford, and (2) Weinstein is, in

23 fact, a world-class hacker (who used his hacking skills to assist the Defendants and their

24 film industry associates hack into the Plaintiff's computer files and his phone).

25                       **FACTS AND EVIDENCE**

26                  **First Item For Judicial Notice**

27        **EXHIBIT A** (see attachment): A PDF of a web page of The Sixteenth Airforce's

28 website (at: https://www.16af.af.mil/News/Photos/igphoto/2001899947/) showing a photo

1  of Steve Weinstein teaching students in his "Hackin For Defense" class. The text below the

2  photo reads:

3      "**Steve Weinstein, Stanford University professor, speaks to a group of**
   **students during a Hacking for Defense class in Silicon Valley, California,**
4   **Feb. 12, 2018. H4D is a non-profit program between Stanford students and**
5   **military or adjacent industries that focuses on solving national security**
6   **issues.** (U.S. Air Force photo by Senior Airman Ashley L. Gardner/ Released)"

7

8                          **Second Item For Judicial Notice**

9          **EXHIBIT B** (see attachment): A screenshot from the Stanford University website

10  (hacking4defense.stanford.edu/teaching-team.html) stating that   Steve Weinstein teaches

11  Hacking For Defense.

12                                  **Summary**

13         These facts support the Plaintiff's allegations (1) that Steve Weinstein teaches

14  hacking for propsective intelligence agency candidates at Stanford University, and

15  (2) Steve Weinstein is an elite professional hacker. These facts make the allegations of the

16  Complaint more probable.

17                                **CONCLUSION**

18         For all of the foregoing reasons the Court should grant this request for judicial

19  notice.

20   Dated: October 5, 2020.                    Respectfully Submitted,

21                                              /s/ Steve Wilson Briggs_____
                                                Plaintiff, In Propria Persona

22

23

24

25

26

27

28

Plaintiff's Fourth Request For Judicial Notice

Exhibit A

Innovative approach to defense challenges

# SIXTEENTH AIR FORCE (AIR FORCES CYBER)

(http://www.16af.af.mil/)
(HTTP://WWW.16AF.AF.MIL/)

| Search Sixteenth Air I | 🔍 |

**HOME (HTTP://WWW.16AF.AF.MIL/)** ABOUT US ⌄ (HTTP://WWW.16AF.AF.MIL/ABOUT-US/)

NEWS ⌄ (HTTP://WWW.16AF.AF.MIL/NEWS/)

RESOURCES ⌄ (HTTP://WWW.16AF.AF.MIL/RESOURCES/)

UNITS ⌄ (HTTP://WWW.16AF.AF.MIL/UNITS/) CONTACT (HTTP://WWW.16AF.AF.MIL/QUESTIONS/)

COVID-19 ⌄ (HTTPS://WWW.AF.MIL/NEWS/CORONAVIRUS-DISEASE-2019/)

HOME (HTTP://WWW.16AF.AF.MIL/) › NEWS (HTTP://WWW.16AF.AF.MIL/NEWS/) › PHOTOS

## Photos

| Keyword .. | Search | Tag .. | Search | All Images ⌄ | Upload Date ⌄ |



(https://media.defense.gov/2018/Apr/05/2001899947/-1/-1/0/180212-F-VU971-001.JPG)

## Innovative approach to defense challenges

Steve Weinstein, Stanford University professor, speaks to a group of students during a Hacking for Defense class inSilicon Valley, California, Feb. 12, 2018. H4D is a non-profit program between Stanford students and military or adjacent industries that focuses on solving national security issues. (U.S. Air Force photo by Senior Airman Ashley L. Gardner/ Released)

---

⬇ **Download Image:** Full Size (0.2 MB) (https://media.defense.gov/2018/Apr/05/2001899947/-1/-1/0/180212-F-VU971-001.JPG)

🏷 **Tags:** 480th ISRW (http://www.16af.af.mil/News/Photos/?igtag=480th ISRW), 548th ISRG (http://www.16af.af.mil/News/Photos/?igtag=548th ISRG), DGS-2: Air Force Innovation (http://www.16af.af.mil/News/Photos/?igtag=DGS-2: Air Force Innovation), ACC (http://www.16af.af.mil/News/Photos/?igtag=ACC), 9 IS (http://www.16af.af.mil/News/Photos/?igtag=9 IS), Hacking 4 Defense (http://www.16af.af.mil/News/Photos/?igtag=Hacking 4 Defense)

Skip to main content (Press Enter)

📷 **Photo by:** Master Sgt. Richard Williams | **VIRIN:** 180212-F-VU971-001.JPG

Photo Gallery (https://www.16af.af.mil/News/Photos)

## QUICK LINKS

Site Map (/Site_Map)

AF Sites (http://www.af.mil/AF-Sites/)

Accessibility (https://dodcio.defense.gov/DoDSection508/Std-Stmt/)

DVIDS (https://www.dvidshub.net/unit/16AFC)

EEO (http://www.af.mil/Equal-Opportunity/)

FOIA (http://www.foia.af.mil/)

IG (https://www.afinspectorgeneral.af.mil/)

Joint Base San Antonio (https://www.jbsa.mil/)

Link Disclaimer (http://www.af.mil/Disclaimer/)

No FEAR Act (http://prhome.defense.gov/nofear)

SAPR (http://www.af.mil/SAPR/)

Small Business Support (http://www.airforcesmallbiz.af.mil?source=GovD)

Suicide Prevention (http://www.airforcemedicine.af.mil/SuicidePrevention/)

USA.gov (http://www.usa.gov/)

YouTube (https://www.youtube.com/channel/UC85wW7yrbVpzsWstwSf view_as=subscriber)

## CONNECT

f    🐦    📷

(http://www.af.mil/)(http://twitter.com/US)(http://instaf.af.com/)

**Official United States Air Force Website**

Exhibit B



# Teaching Team

## Teaching Team

**Steve Blank**
**Steve Weinstein**
**Joe Felter**

### Industry Masters

## Military Liaisons

LTCOL Warren Cook
LTC Leo Liebreich
CDR Jillian Malzone
COL Ian Palmer
CAPT Chris Sharman

## Teaching Assistants

Nate Simon
Sam Lisoome