# Exhibit X4



WebVoyage Record View 1

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Keyword = James Cameron project 880
Search Results: Displaying 1 of 10000 entries



---

Labeled View

### *AVATAR.*

| | |
|---|---|
| **Relevance:** | ▮ ▮ ▮ ▮ |
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001653536 / 2009-12-10 |
| | Supplemented by: PA0001395488 / 2010-04-28 |
| **Application Title:** | AVATAR (Feature Motion Picture) |
| **Title:** | AVATAR. |
| **Description:** | 10 Film reels ; 35mm. |
| **Copyright Claimant:** | Twentieth Century Fox Film Corporation, Transfer: By written agreement. Address: PO Box 900, Beverly Hills, CA 90213 United States. |
| | Dune Entertainment III LLC, Transfer: By written agreement. Address: 5851 W. Charleston Blvd., Las Vegas, NV 89146 United States. |
| **Date of Creation:** | 2009 |
| **Date of Publication:** | 2009-12-09 |
| **Nation of First Publication:** | United States |
| **Alternative Title on Application:** | PROJECT 880 |
| **Authorship on Application:** | Ingenious Film Partners LLP, employer for hire; Domicile: United Kingdom. Authorship: entire motion picture. |
| | Ingenious Film Partners 2 LLP, employer for hire; Domicile: United Kingdom. Authorship: entire motion picture. |
| | Future Service, Inc., employer for hire; Domicile: United States. Authorship: entire motion picture. |
| **Preregistered as:** | PRE000001349 |
| **Previous Registration:** | 2007, PAu 3-066-090. |
| | 2007, PAu 3-144-657. |
| **Pre-existing Material:** | script/screenplay, preexisting music. |
| **Basis of Claim:** | all other cinematographic material. |
| **Copyright Note:** | See also Avatar; Reg. 28Apr10; PA0001395488 |
| **Names:** | Cameron, James |
| | Ingenious Film Partners LLP |
| | Ingenious Film Partners 2 LLP |

Future Service, Inc.

Twentieth Century Fox Film Corporation

Dune Entertainment III LLC



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format [Full Record ▼] [Format for Print/Save] |
| Enter your email address: [_____] [Email] |

---

Help　Search　History　Titles　Start Over

---

Contact Us　|　Request Copies　|　Get a Search Estimate　|　Frequently Asked Questions (FAQs) about Copyright　|
Copyright Office Home Page　|　Library of Congress Home Page

# Exhibit Y4



Cover Story January 21, 2010, 5:00PM EST text size: <u>TT</u>

# King of the World (Again)

## The inside story of how *Avatar*'s James Cameron became the most powerful commercial force in the movie business—twice

By <u>Ronald Grover</u>, <u>Tom Lowry</u> and <u>Michael White</u>

Reasonable people can debate the artistic merits of James Cameron's work. Anyone for whom Arnold Schwarzenegger is a frequent muse is not likely to specialize in observing the human condition, unless it's in the aftermath of an exploding building or a run-in with a mercenary robot from the future.

What's indisputable, however, is that the *Avatar* director's influence extends far beyond his movie credits. More than George Lucas or Steven Spielberg, Michael Bay or Pixar (<u>DIS</u>), Cameron is the most important commercial force in modern film, and his vision for the future of the movie business is rapidly demolishing anything that gets in its way.

There are 1.64 billion reasons that Cameron is Hollywood's director of the moment—that figure being the mid-January worldwide gross of *Avatar*, the blue-aliened, 3D extravaganza that earned Golden Globes for best director and best dramatic picture. By the time you read this, *Avatar* may have passed the $1.84 billion mark set by 1997's *Titanic*, Cameron's previous feature and current holder of the title Highest-Grossing Film of All Time.

The money is impressive, but it only hints at Cameron's impact. It took *Titanic* several months to reach $1 billion worldwide at the box office. *Avatar* hit that milestone in 17 days. How? Because cinema operators say they can charge at least 30% more per ticket if a movie is in 3D. By persuading a huge number of filmgoers to put on the 3D glasses and pay more for the privilege, Cameron has changed the economics of the movie business. "Films can change people's minds, and the aim with *Avatar* was to introduce the industry to the possibilities of 3D," Cameron told *Bloomberg BusinessWeek*. "I decided, let's go make a movie that they can't ignore."

At 55, the man who declared himself king of the world at the 1998 Oscars has mellowed some. Cameron accepted his 2010 Golden Globes with a mix of humility and amazement. No one knows better than he how close *Avatar* came to not being made. Despite Cameron's track record for delivering large profits on big budgets, Twentieth Century Fox (<u>NWS</u>), which co-financed *Titanic*, hesitated to make an even riskier film that required the creation of a three-dimensional alien world. "I knew that if this failed my name would be dirt, but that's the nature of this

business," says Cameron. "Every director knows that you can flame and burn like the Hindenburg, and do it very publicly."

With the studio balking, Cameron had to turn himself into an inventor-entrepreneur. Using his own funds, he developed the technology to bring *Avatar* to the screen, betting that what he saw in his head would be so visually persuasive that, ultimately, he could sell his souped-up camera rigs back to Hollywood at a potentially considerable profit.

Until *Avatar* came along, 3D movies—even such recent efforts as 2008's *Journey to the Center of the Earth* and 2005's *Chicken Little*—had the stigma of novelty. Now fellow directors, convinced their movies will attract a wider audience in 3D, are willing to pay Cameron to use his gear. *Avatar* 's technological wizardry also coincides with a big push by Sony ([SNE](#)), Panasonic ([PC](#)), and other consumer electronics companies to bring 3D into the home with a new generation of TVs and DVD players. "This is a game-changer," says Rupert Murdoch, chairman and CEO of News Corp. ([NWS](#)), which owns Fox. "If you create a film of this quality and make it an event, it shows that people will pay to come see it. We will see more [3D in] films and TV."

## A VISION OF BLUE ALIENS

Cameron wrote the original script for *Avatar* in the mid-1990s. Set 150 years in the future, it told the story of a paraplegic ex-Marine who travels to a moon called Pandora where he inhabits the body of a Na'vi, the 10-foot-tall, blue-hued humanoids who inhabit the world's lush jungles. The marine falls in love with a Na'vi princess (think John Smith and Pocahontas) and ends up defending her people against Earthlings eager to exploit Pandora's resources. Even 15 years ago, Cameron had a fully formed vision of Pandora—right down to the blue aliens, six-legged mammalian predators, and floating mountains. But he put any plans to film his *Avatar* script on indefinite hold, knowing that the existing technology could not do justice to his ambitions.

By 2000 he was growing impatient. So Cameron contacted Vincent Pace, an entrepreneur who helped design and manufacture the underwater lighting system for Cameron's 1989 movie, *The Abyss*. Through his eponymous company, which develops and rents cameras for use in hazardous conditions, Pace agreed to work with Cameron on a camera rig that could capture 2D and 3D images simultaneously. Cameron says the project cost about $12 million, much of it his money.

It's a rule as old as Hollywood: Never sink your own money into a movie. Ultimately, Cameron felt his investment would be justified not only because it would allow him to make *Avatar* but also because the new technology would accelerate the rollout of 3D, giving theater chains an incentive to upgrade their projectors and screens and moviegoers an incentive to leave their increasingly well-equipped living rooms.

Developing the technology was one massive project. Cameron also had to persuade Fox to finance *Avatar*. Although the studio had backed and distributed several Cameron films, the *Titanic* experience had made Fox executives cautious. Originally budgeted at $110 million, the film's production costs famously ballooned to $200 million when special effects and the cost of constructing the ship delayed filming. There were also months of rumors preceding the film's release that it would prove to be one of the worst business decisions in the history of the movies.

Given all that scary background, says Twentieth Century Fox Co-Chairman Tom Rothman, "*Avatar* couldn't be rushed." In 2005 the studio decided to place a small wager on Cameron—$10 million so he could show proof of concept.

With the Fox money, Cameron repaired to the 280,000-square-foot hangar he leases in Playa Vista, Calif.—where in the 1940s Howard Hughes built the Spruce Goose—and began working on a 3D film clip that he could use to persuade Fox brass to make the movie. Jeffrey Katzenberg, CEO of DreamWorks Animation (DWA), says he and Cameron were in touch frequently during the experimentation phase and that Cameron visited the DreamWorks facility in Glendale, Calif., to learn more about animation software. "We create our own world in animation," Katzenberg says. "But this was the first time a director could take real characters and put them into a world he had created, in real time."

Katzenberg is one of Hollywood's leading cheerleaders for 3D moviemaking—higher-priced tickets and bigger audiences mean more money for his studio. While entertainment executives often root against rival projects, Katzenberg was hoping Cameron's movie would jump-start the revolution. "Everyone," he says, "was waiting for *Avatar*."

In October 2005, Cameron screened his 3D segment for four Fox executives at the offices of his production company, Lightstorm Entertainment, in Santa Monica, Calif. "Their eyes kind of lit up," Cameron says. "They could see what I had been talking about for months." But *Avatar* producer and Cameron business partner Jon Landau says Fox still wanted a shorter script and a more reasonable budget. In response, says Landau, Cameron combined several characters to trim expenses. Cameron says he also agreed to cut his usual fee in half and take a lower percentage of the film's revenues if *Avatar* wasn't profitable. "Luckily," says Cameron, "we're at such a stratospheric level now that we're not worried about that."

By mid-2006, according to someone involved in the negotiations, Fox was still concerned that making *Avatar* would cost too much money. "They told us in no uncertain terms that they were passing on this film," Cameron says. Cameron decided the best way forward was to try to persuade another studio to get involved. Walt Disney (DIS) had produced two of the director's 3D underwater documentaries, so Cameron invited Dick Cook, then Disney's studio chief, to watch the clip. "We loved Jim and would have liked to have worked with him," says Cook. "He has an infectious love of 3D that impressed us. Unfortunately, we never got that far." The reason: Fox had the first right of refusal. "We were never going to let this one get away," says Fox Co-Chairman Jim Gianopoulos.

To get the deal done, the studio decided to bring in partners to share the financial burden. Fox already had a deal with Dune Entertainment, part of a New York private equity fund that since 2006 has contributed financing for Fox movies. To further reduce its risk, Fox began talking to London-based Ingenious Media, which since 1998 has raised $8 billion to invest in such films as *Shaun of the Dead*, *Night at the Museum*, and *Live Free or Die Hard*. Taking a stake in *Avatar*, however, required some persuasion. James Clayton, who oversees Ingenious' movie investments, recalls multiple meetings with Cameron and Landau in Playa Vista before deciding to invest an undisclosed sum. "I was really impressed by their understanding of the business, that there is so much competition these days for people's leisure time that you have to create something you

won't find on TV, on computer games, the Internet, to draw audiences into the theater," Clayton says. "This wasn't purely a creative process for them, like it is with some producers. Jon and Jim absolutely understood the need to cater to audience tastes."

With Ingenious on board, Fox had lowered its exposure to less than half of *Avatar*'s $237 million budget. "We consider all filmmaking a dangerous game," says Murdoch. "And we always lay off [risk] to the film funds when we can. This time we laid off more than usual. But we own much of the distribution and other rights. In the end, we will make much more money than them." In October 2006, Fox agreed to make *Avatar*. Cameron says he still isn't quite sure why Fox finally jumped aboard but recalls studio executives saying: "We don't get the giant blue guys with the tails, but we believe in you and want to do this movie with you." Months earlier, Cameron had put a traffic light outside Landau's office. After Fox said yes, they switched it from amber to green.

Production began, and word soon leaked out that something extraordinary was going on in Cameron's airplane hangar. The director had rigged the ceiling of the cavernous space with cameras that tracked his actors, who were wearing versions of the motion-capture suits made famous by the character Gollum in Peter Jackson's *Lord of the Rings* trilogy. Headsets rigged with tiny cameras captured actors' facial expressions and eye movements, a jolt of reality that Cameron deemed crucial if he was going to make the film. Using software developed in-house, the crew imported the actors into Pandora's digital world while Cameron was shooting.

## THE 3D STAMPEDE

Before long, other directors began making pilgrimages to Playa Vista. Landau recalls visits from Spielberg, Ridley Scott, and *Pirates of the Caribbean* director Gore Verbinski. Landau even set up a screening room near the set so visiting filmmakers could watch on a monitor what Cameron was seeing in real time through the lens of his camera. In December producer John Davis (*I, Robot*; *AVP: Alien vs. Predator*) screened *Avatar* at a special VIP showing in Hollywood. "I saw how 3D could improve a film," he says. Davis hopes to persuade Fox to shoot a remake of the 1963 movie *Jason and the Argonauts* in 3D. *Transformers* director Michael Bay and *Star Trek* director J.J. Abrams have said they would like to convert their franchises to 3D, too, though Paramount has not yet agreed.

Not every movie will warrant the investment that 3D demands. For the foreseeable future it will remain a high-risk, high-reward medium that excludes Woody Allen movies, and Sandra Bullock ones, too. But for directors and producers of action and fantasy films, 3D has to be a consideration. "What *Avatar* showed is that there is still a reward in taking the risk to make a large-budget film that will bring people out of their homes," says former Fox studio chief Bill Mechanic, who produced the 3D *Coraline* in 2009.

Vincent Pace has had a steady stream of inquiries since *Avatar* was released. His company rents out its 3D cameras and associated gear to other directors at a rate of $1.4 million to $3 million per film, depending on the difficulty of the shoot. Director Joseph Kosinski is using one for *Tron Legacy*, which is due out in December.

Pace says advertising agencies have also expressed interest in using the camera rigs for commercials, and networks are eyeing it for 3D TV sports broadcasts. "The perfect storm has kind of swept by," says Pace. "We're quite excited that what we embarked on 10 years ago is being accepted in a very commercial way." Pace says he and Cameron own the patents on the gear and that, given the buzz generated by *Avatar* and the coming wave of 3D TVs, it won't be long before they recoup their initial investment and start to reap a profit.

As Cameron anticipated, *Avatar* has theater owners rushing to equip more of their cinemas with 3D technology. "*Avatar* has put an exclamation point on what we have done and what we are going to do," says Michael V. Lewis, CEO of RealD, a Los Angeles company that supplies 3D screens, projectors, and glasses to theaters. Of the 38,000 screens in the U.S., only about 3,600 are currently 3D-ready. Lewis says RealD plans to add an additional 5,000 screens in the next 18 months.

The director has emerged from his 12-year odyssey far more powerful than after his previous box-office record-breaker. Even with credit still tight, money almost certainly will flood his way. And like any good businessman, Cameron will put his development costs to work with brand extensions. In other words, look out for that *Avatar* sequel.

# Exhibit Z4

404

# Exhibit A5



404

# Exhibit B5



# Exhibit C5



http://en.wikipedia.org/wiki/Running_Scared_(2006_film)   Go

40 captures
13 Sep 2006 – 21 Apr 2019

SEP  OCT  DEC
◀ 16 ▶
2006  2007  2008

About this capture

# Running Scared (2006 film)

From Wikipedia, the free encyclopedia

***Running Scared*** is a 2006 crime film written and directed by Wayne Kramer and released by New Line Cinema. The film stars Paul Walker, Cameron Bright, Vera Farmiga, Chazz Palminteri and Alex Neuberger. It was released in the United States on February 24, 2006.

The film is rated R by the MPAA for 'pervasive strong brutal violence and language, sexuality and drug content'.

## Contents

- 1 Plot
- 2 Cast
- 3 Box office
- 4 References
- 5 External links

## Plot

The movie begins with Joey Gazelle (Paul Walker) driving with a boy, Oleg (Cameron Bright) in a convertible. Oleg has a blood stain on his shirt, implying that he had been shot. The rest of the movie flashes back to the events that led up to this point. Joey, a low-level mafioso, is attending a drug deal with his boss Tommy (Johnny Messner) and associate Sal. The deal goes bad when masked men burst in and try to steal the drugs and money. The stand-off

***Running Scared***



| | |
|---|---|
| **Directed by** | Wayne Kramer |
| **Written by** | Wayne Kramer |
| **Starring** | Paul Walker<br>Cameron Bright<br>Vera Farmiga<br>Chazz Palminteri<br>Alex Neuberger |
| **Music by** | Mark Isham |
| **Cinematography** | Jim Whitaker |
| **Editing by** | Arthur Coburn |
| **Distributed by** | New Line Cinema |
| **Release date(s)** | February 24, 2006 |

http://en.wikipedia.org/wiki/Running_Scared_(2006_film)  Go  SEP **OCT** DEC

40 captures  ◀ **16** ▶  ▾ About this capture
13 Sep 2006 - 21 Apr 2019  **2006** 2007 **2008**

in a panic, Tommy gives the murder weapons to Joey, telling him to get rid of them.

**All Movie Guide profile**
(https://web.archive.org/web/20071016161903/http://allmovie.com/cg/avg.dll?
p=avg&sql=1:310645)
**IMDb profile**
(https://web.archive.org/web/20071016161903/http://www.imdb.com/title/tt0404390/)

Rather than dispose of the guns, Joey comes home to his wife Teresa (Vera Farmiga) and son Nicky (Alex Neuberger). He hides the guns in the basement while Nicky and his friend from next door, Oleg, secretly watch. Oleg returns home to his abusive stepfather, Anzor Yugorsky (Karel Roden) and battered mother. Anzor eventually becomes violent and Oleg shoots him with a nickel-plated .38, one of the guns Joey stashed in his basement. Next door, the Gazelle family is disrupted by the gunshots and Joey rushes next door. He finds Anzor wounded but alive, and discovers from him that Oleg has fled with the cop-killer gun.

Joey must now hunt down Oleg and retrieve the gun before the dirty cops find it or the mafia discover that he lost it. Oleg, in turn, wanders through a sinister urban landscape and encounters a series of often nightmarish characters. He initially runs afoul of a hobo who attempts to use the gun to steal a drug stash. After the hobo is killed, while running around the corner of a small building, Oleg abruptly runs into a female prostitute being abused by a pimp. Pulling out the gun just as the pimp gets ready to put in a final blow, Oleg attempts to distract him by holding him at gunpoint, at the moment unaware that the gun is not loaded. Pulling the trigger several times, the pimp then threatens him with a knife. The prostitute knocks him out with a pipe and thanks Oleg, turning to walk off just as he undergoes an asthma attack. Feeling pity for the boy, the prostitute takes him to the nearest pharmacy to get him Beclovent (an inhaler), threatening the man behind the counter with the unloaded gun to get it for them. Afterward, the prostitute takes Oleg to a nearby diner to get him a hamburger.

Joey takes Nicky with him to meet his mafia associates at the same diner, but only Nicky notices Oleg. Nicky sneaks away and meets with Oleg in the diner bathroom, where they hide the gun in a toilet. Meanwhile, the mobsters confront Joey on the status of the missing gun. Detective Rydell (Chazz Palminteri), the leader of the dirty cops, has connected the gun that shot the dirty cop with the gun that shot Anzor. Joey assures the mobsters that Rydell is lying, but they are not entirely convinced. As Joey drives away, Nicky admits that he met with Oleg and stashed the gun, but the gun is gone by the time Joey returns to the diner.

Meanwhile, after a painful reunion with Anzor and refusal to let him know where the gun is, Oleg escapes the ice cream parlor they are at into the parking lot, sneaking behind parked cars as Anzor storms out after him, ultimately unable to find him. Climbing into the back of a van, Oleg accidentally falls into the clutches of an overly-friendly, married couple Dez and Edele who take him along with two other kids back to their apartment. After being taken to the large playroom filled with various assortments of toys, and noticing the rather awkward behavior of Dez and Edele, he quickly realizes that the couple are pedophiles/child sex abusers who have kidnapped him and may kill him at some point in the near future. Using an excuse of an upset stomach to go to the bathroom, Oleg at first searches for an unlocked window or some other possible way out of the apartment before noticing Edele's purse by the door. Quickly digging around in it for her cellphone, he sticks beneath the hem of his shorts and beneath his shirt just as Edele notices him. Telling her that he was unable to find the bathroom, although impulsively suspicious, she leads him herself to the bathroom, giving him a small pat atop the head as he enters. Locking the door, Oleg immediately calls up Teresa Gazelle to help him. Telling him to look up in the medicine cabinet for any prescription medication, Oleg grabs one and quickly reads off the address to her, hanging up and stuffing the phone in the toothbrush cup before running over to flush the toilet just as Dez and Edele feverishly burst through the locked door.

http://en.wikipedia.org/wiki/Running_Scared_(2006_film)    Go

40 captures

13 Sep 2006 – 21 Apr 2019

DEC  **AUG**  FEB
◀  **06**  ▶
**2007**  **2009**  **2011**

▼ About this capture

# Running Scared (2006 film)

From Wikipedia, the free encyclopedia

***Running Scared*** is a 2006 crime film written and directed by Wayne Kramer and released by New Line Cinema. The film stars Paul Walker, Cameron Bright, Vera Farmiga, Chazz Palminteri, Alex Neuberger (in his film debut) and Johnny Messner. It was released in the United States on February 24, 2006. It received mostly mixed reviews.

## Contents

- 1 Plot
- 2 Cast
- 3 Critical reception
- 4 References
- 5 External links

## Plot

The movie begins with Joey Gazelle (Paul Walker) driving with a boy, Oleg Yugorsky (Cameron Bright), in a convertible. Oleg has a blood stain on his shirt, implying that he had been shot. The rest of the movie flashes back to the events that led up to this point. Joey, a low-level mafioso, is attending a drug deal with his boss Tommy (Johnny Messner) and associate Sal. Suddenly masked men burst in and try to steal the drugs and money. Shots are fired and several of the masked men are killed. The leader flees. Tommy discovers that the men were dirty cops. As the mobsters flee in a panic, Tommy gives the murder weapons to Joey, telling him to get rid of them.

Rather than dispose of the guns, Joey goes home to his wife Teresa (Vera Farmiga) and son Nicky (Alex Neuberger), and hides the guns in the basement while Nicky and his friend from next door, Oleg, secretly watch. Oleg returns home to his abusive stepfather, Anzor Yugorsky (Karel Roden),



***Running Scared***

Theatrical release poster

| | |
|---|---|
| **Directed by** | Wayne Kramer |
| **Produced by** | Andrew Pfeffer |
| **Written by** | Wayne Kramer |
| **Starring** | Paul Walker |
| | Cameron Bright |
| | Vera Farmiga |
| | Chazz Palminteri |
| | Alex Neuberger |
| **Music by** | Mark Isham |

9/16/2019                                        Running Scared (2006 film) - Wikipedia, the free encyclopedia



door. He finds Anzor wounded, and Oleg gone.

Oleg runs to a nearby park, where he is caught by a homeless man, who takes his gun and drags him to a drug dealer's den. Joey and Nicky follow, trying to find him. The drug dealers and the homeless man start shooting at one another, alerting Joey and giving Oleg time to escape with the gun. Oleg runs until he finds a pimp smacking around one of his prostitutes. When the pimp pulls a knife, Oleg pulls his gun on him. But when he tried to fire, he finds the gun empty. However, the prostitute knocks the pimp unconscious and, as she prepares to run, notices Oleg coughing. Endebted to him, she takes him to a pharmacy to get him an inhaler. When the pharmacist refuses, she draws the gun and gets the inhaler at gunpoint.

Meanwhile, the surviving dirty cop, Rydell (Chazz Palminteri), informs Jimmy that Joey has lost the gun, and that it is out on the street, in the hands of Oleg. Joey goes to meet the boss of the Italian mob, Frankie Perello (Arthur J. Nascarella), at a diner (leaving Nicky in the car outside), to say that the gun used to shoot Anzor was not from the shootout with the cops. Frankie says that he wants Oleg found, because Frankie and Yugorsky are working together on a 'gasoline deal', and he wants them to remain in good standing. Outside, Nicky notices Oleg and the prostitute entering the same diner, and goes after them. Together, Nicky and Oleg stash the gun in the tank of a toilet. Oleg leaves and tries to convince the prostitute to drive him out of town. He is caught by the police and, when he lies to Rydell about where he got the gun, is released into his stepfather's custody.

Joey, who is told of the gun's whereabouts by Nicky, finds it missing and tracks it from a janitor to a mechanic, who won it from him in a poker game. Back at home, Teresa tries to convince Mila to go to a shelter. Mila tells her that she was a prostitute in Moscow who was brought over by Yugorsky. She became pregnant and refused to have an abortion, so Yugorsky sent Anzor to kill her. Instead he married her in order to give her protection.

Anzor takes Oleg to an ice cream parlor and attempts to get him to reveal the gun's location. Oleg runs away, climbing into a parked van. Oleg is found there by a married couple, Dez (Bruce Altman) and Edele (Elizabeth Mitchell), who take him along with two other children back to their apartment. Oleg is taken to a large playroom filled with various assortments of toys and a camera, and notices Dez and Edele exhibiting odd behavior. He complains of an upset stomach and is directed to a bathroom. Oleg tries to escape the apartment, but instead finds Edele's purse by the door. He takes her cellphone and hides it as Edele finds him. She guides him to the bathroom, where he locks the door and calls Teresa Gazelle as surreal shadows of long-fingered monsters dance on the wall behind him. Upon hearing the situation, Teresa prompts him to find a prescription bottle with the apartment's address, and promises to come get him, as Dez and Edele begin to try and force their way into the bathroom. Oleg hides the phone and flushes the toilet as the couple burst into the bathroom.

Teresa drives out to the apartment and knocks on the door. Behind the playroom door, Edele instructs Dez to take the kids back to the bedroom before emerging in nothing more than a robe. Edele opens the door and Teresa tells her that Oleg called her from that address. When Edele deflects, Teresa



# *Running Scared* (2006 film)

From Wikipedia, the free encyclopedia

***Running Scared*** is a 2006 crime film written and directed by Wayne Kramer and starring Paul Walker. It was released in the United States on February 24, 2006. It received mixed reviews.

## Contents

- 1 Plot
- 2 Cast
- 3 Reception
- 4 References
- 5 External links

## Plot

Joey Gazelle (Walker), a low-level mafioso for the Mafia boss Tommy "Tombs" Perello (Messner) when he's present during a drug deal gone wrong. A trio of corrupt cops led by Rydell (Palminteri), storm in and try to steal the drugs, the money and kill everyone else but a shootout ensues, resulting in the deaths of two of the officers. Tommy looks to Joey to take the guns and get rid of them but instead, Joey goes home to his wife Teresa (Farmiga), and his son, Nicky (Neuberger). Nicky and his friend from next door, Oleg (Bright) secretly watch as Joey stashes the guns in the basement. Oleg decides to take one of the guns after Joey leaves and goes home that night to his mother Mila (Miličević) and abusive stepfather, Anzor Yugorsky (Roden), the outcast nephew of Russian mob boss, Ivan Yugorsky (Noble). Oleg uses the gun on Anzor after he becomes belligerent with Oleg and Joey goes next door after hearing the gunshots to find Anzor wounded and Oleg gone. Anzor describes the gun to Joey, making him realize Oleg has one of the murder weapons and he knows he has to find Oleg and the gun before the police do.



***Running Scared***

Theatrical release poster

| | |
|---|---|
| **Directed by** | Wayne Kramer |
| **Produced by** | Andrew Pfeffer |
| **Written by** | Wayne Kramer |
| **Starring** | Paul Walker |
| | Cameron Bright |
| | Vera Farmiga |
| | Chazz Palminteri |
| **Music by** | Mark Isham |

9/16/2019                                    Running Scared (2006 film) - Wikipedia, the free encyclopedia



http://en.wikipedia.org/wiki/Running_Scared_(2006_film)    Go

40 captures
13 Sep 2006 - 21 Apr 2019

JAN **JUL** OCT
◄ **21** ►
2011 **2013** 2014

▼ About this capture

Joey and Nicky are at. They are there for Joey to talk to Frankie Perello (Nascarella), the Italian mob boss, about Oleg and to tell him that the gun Oleg used wasn't from the shootout. Nicky and Oleg stash the gun in the diner bathroom and when Oleg tries to flee, he is caught by the police and sent back into his stepfather's custody. But when Anzor takes Oleg out for ice cream to get him to tell him where the gun is, Oleg eventually winds up in the apartment with two other children of a seemingly normal married couple, Dez (Altman) and Edele (Mitchell) who turn out to be a pair of sadistic child molesting serial killers. Oleg fakes an upset stomach and on the way to the bathroom, he finds Edele's purse by the door and takes her cell phone and calls Teresa. She prompts him to find anything with the apartment's address, and promises to come get him as Dez and Edele try and force their way into the bathroom.

When Teresa arrives, she threatens her way inside and searches the whole apartment, but sees no sign of Oleg and goes to leave when she realizes something is off. She threatens Dez who eventually indicates a closet in the playroom where she finds Oleg tied up with a plastic bag on his head. After Teresa saves Oleg by doing CPR while keeping the gun at the couple, she tells him to get the other kids and leave. Dez attempts to bribe Teresa with $100,000 in diamonds if she takes only Oleg and leaves. Teresa ignores him and finds children costumes, plastic body bags, children snuff films and surgical instruments in the playroom closet. She shoots the couple after calling the police to report gunshots.

Joey and Oleg are taken to the hockey rink by Tommy where they meet Frankie and Ivan. Ivan kills Anzor when he refuses to kill Oleg and Joey says that the gun is Tommy's. Tommy goes in an attempt to kill him but is killed instead by a Russian mobster where another shootout ensues. Frankie shoots Ivan during the process and goes to kill Joey when Joey reveals his FBI cover. Oleg helps distract Frankie so Joey can disarm him where he then kills Frankie. Joey and Oleg leave the hockey rink in time to see the FBI storm the building.

Joey and Oleg run into Lester, the new owner of the gun and a struggle between Joey and Lester develops that ends with Lester shooting Joey with the gun but not before Joey stabs Lester in the neck with his own knife. Joey and Oleg run and drive back to Joey's house. Back at Oleg's house, Mila thinks her son is dead and kills herself by blowing up the meth lab in their backyard. The explosion makes Teresa and Nicky come outside to investigate when they see Joey crash the car after losing consciousness. Days later, a funeral is held for Joey with Teresa, Nicky, and Oleg in attendance. They drive out to a small farm house, where Joey's car is parked in the driveway. Teresa sits on the car's bumper when Joey emerges from under the car, alive and well, and hugs Nicky and Oleg, who have seemingly adopted Oleg.

## Cast

- Paul Walker as Joey Gazelle
- Cameron Bright as Oleg Yugorsky
- Vera Farmiga as Teresa Gazelle
- Chazz Palminteri as Detective Rydell

| | |
|---|---|
| **Distributed by** | New Line Cinema |
| **Release date(s)** | February 24, 2006 |
| **Running time** | 122 minutes |
| **Country** | United States<br>Germany |
| **Language** | English<br>Russian |
| **Budget** | $15 million |
| **Box office** | $9,380,029 [1] |

# Exhibit D5



# *Running Scared* (2006 film)

From Wikipedia, the free encyclopedia

***Running Scared*** is a 2006 American crime thriller film, written and directed by Wayne Kramer, and starring Paul Walker, Cameron Bright and Vera Farmiga. It was released in the United States on February 24, 2006. The film received mixed reviews and was not a box office success.

<div style="float:right;">


**Running Scared**

Theatrical release poster

| | |
|---|---|
| **Directed by** | Wayne Kramer |
| **Produced by** | Andrew Pfeffer |
| **Written by** | Wayne Kramer |
| **Starring** | Paul Walker<br>Cameron Bright<br>Vera Farmiga<br>Chazz Palminteri |
| **Music by** | Mark Isham |
| **Cinematography** | Jim Whitaker |
</div>

## Contents

- 1 Plot
- 2 Cast
- 3 Reception
  - 3.1 Box office
  - 3.2 Critical response
- 4 References
- 5 External links

## Plot

Joey Gazelle (Paul Walker), a low-level mafioso for the Mafia member Tommy "Tombs" Perello (Johnny Messner) is present during a drug deal gone wrong. A trio of corrupt cops led by Rydell (Chazz Palminteri), storm in and try to steal the drugs, the money and kill everyone else but a shootout ensues, resulting in the deaths of two of the officers. Tommy looks to Joey to take the guns and get rid of them but instead, Joey goes home to his wife Teresa (Vera Farmiga), and his son, Nicky (Alex Neuberger). Nicky and his friend from next door, Oleg (Cameron Bright) secretly watch as Joey stashes the guns in the basement.



belligerent with him and his mother and shoots him. After hearing the gunshot, Joey goes next door
to find Anzor wounded and Oleg gone. Anzor describes the gun to Joey, making him realize Oleg
has one of the murder weapons and he knows he has to find Oleg and the gun before the police do.

Throughout the night, Oleg runs into many unsavory people, including a homeless man, a drug
dealer, an abusive pimp named Lester (David Warshofsky) and his prostitute, Divina (Idalis
DeLeon). After saving Divina from Lester, she decides to help him which is how he winds up at the
same diner that Joey and Nicky are at. They are there for Joey to talk to Frankie Perello (Arthur J.
Nascarella), the Italian mob boss, about Oleg and to tell him that the gun Oleg used wasn't from the
shootout. Nicky and Oleg stash the gun in the diner bathroom and when Oleg tries to flee, he is
caught by the police and sent back into his stepfather's custody.

When Anzor takes Oleg out for ice cream to get him to tell him where the gun is, Oleg eventually
winds up in the apartment with two other children of a seemingly normal married couple, Dez (Bruce
Altman) and Edele (Elizabeth Mitchell) who turn out to be a pair of sadistic child molesting serial
killers. Oleg fakes an upset stomach and on the way to the bathroom finds Edele's purse by the door and takes her cell phone and calls Teresa. She
prompts him to find anything with the apartment's address, and promises to come get him as Dez and Edele try and force their way into the bathroom.

When Teresa arrives, she threatens her way inside and searches the whole apartment, but sees no sign of Oleg and goes to leave when she realizes
something is off. She threatens Dez who eventually indicates a closet in the playroom where she finds Oleg tied up with a plastic bag on his head. After
Teresa saves Oleg by doing CPR while keeping the gun at the couple, she tells him to get the other kids and leave. Dez attempts to bribe Teresa with
$100,000 in diamonds if she takes only Oleg and leaves. Teresa ignores him and finds children costumes, plastic body bags, children snuff films and
surgical instruments in the playroom closet. Teresa uses the couple's phone to call the police. She reports gunshots, hangs up, then murders them both.

Throughout all this, Joey has been tracking down the missing gun, and is about to finally get it back but is foiled by the presence of Tommy who takes
him and Oleg to a hockey rink to meet Frankie and Ivan. Ivan kills Anzor when he refuses to kill Oleg, and Joey, about to be killed himself, says in
desperation that the gun is Tommy's. Tommy goes in an attempt to kill him but is killed instead by a Russian mobster where another shootout ensues.
Frankie shoots Ivan during the process and goes to kill Joey when Joey reveals his FBI cover. Oleg helps distract Frankie so Joey can disarm him where
he then kills Frankie. Joey and Oleg leave the hockey rink in time to see the FBI storm the building.

Joey and Oleg run into Lester, the new owner of the gun and a struggle between Joey and Lester develops that ends with Lester shooting Joey with the
gun but not before Joey stabs Lester in the neck with his own knife. Joey and Oleg run and drive back to Joey's house. Back at Oleg's house, Mila thinks
her son is dead and kills herself by blowing up the meth lab in their backyard. The explosion makes Teresa and Nicky come outside to investigate when
they see Joey crash the car after losing consciousness. Days later, a funeral is held for Joey with Teresa, Nicky, and Oleg in attendance. They drive out
to a small farm house, where Joey's car is parked in the driveway. Teresa sits on the car's bumper when Joey emerges from under the car, alive and well,
having faked his own death for his protection as an undercover officer. Oleg has been adopted into the family.



- Cameron Bright as Oleg Yugorsky
- Vera Farmiga as Teresa Gazelle
- Chazz Palminteri as Detective Rydell
- Karel Roden as Anzor Yugorsky
- Johnny Messner as Tommy "Tombs" Perello
- Ivana Miličević as Mila Yugorsky
- Alex Neuberger as Nicky Gazelle
- Michael Cudlitz as Sal "Gummy Bear" Franzone
- Bruce Altman as Dez Hansel
- Elizabeth Mitchell as Edele Hansel
- Arthur J. Nascarella as Frankie Perello
- John Noble as Ivan Yugorsky
- Idalis DeLeon as Divina
- David Warshofsky as Lester the Pimp
- Jim Tooey as Tony
- Thomas Rosales, Jr. as Julio

# Reception

## Box office

*Running Scared* opened with $3,381,974 on 1,611 screens (for a $2,099 per theater average). It went on to make a total of $9.4 million worldwide, failing to bring back its modest budget of only $15 million.[1]

## Critical response



Justin Chang of *Variety* described Whitaker's cinematography, which primarily used Steadicam and crane shots, as "[dazzling] with a desaturated palette that nevertheless has a rich, grimy luster." He also noted the film had an odd plot, which was disarming given it was shot in Prague rather than somewhere that looks closer to New Jersey.[4] Sam Wigley of *Sight and Sound* said the vicious gangland depicted in the film resembles an "iniquitous fairytale realm," although it is dark, and "passes in a vertiginous blur of comic-book hyper-reality."[5]

# References

1. ^ *a b* "Running Scared" (https://web.archive.org/web/20141121004701/http://www.boxofficemojo.com/movies/?id=runningscared05.htm). Box Office Mojo.

2. ^ "Running Scared (2006)" (https://web.archive.org/web/20141121004701/http://www.rottentomatoes.com/m/10004288-running_scared/). Rotten Tomatoes. Retrieved August 1, 2009.

3. ^ "Running Scared Reviews" (https://web.archive.org/web/20141121004701/http://www.metacritic.com/film/titles/runningscared). Metacritic. Retrieved August 1, 2009.

4. ^ Chang, Justin (February 27, 2006). "Film Reviews: Energy and Blood Flow Through Mob Actioner". *Variety* **402** (2): 31, 38.

5. ^ Wigley, Sam (March 2006). "Reviews: Films: "Running Scared" ". *Sight and Sound* **16** (3): 77. ISSN 0037-4806 (https://web.archive.org/web/20141121004701/http://www.worldcat.org/issn/0037-4806).

# External links

- Official website (https://web.archive.org/web/20141121004701/http://www.runningscaredthemovie.com/)
- *Running Scared* (https://web.archive.org/web/20141121004701/http://www.imdb.com/title/tt0404390/) at the Internet Movie Database
- *Running Scared* (https://web.archive.org/web/20141121004701/http://www.allmovie.com/movie/v310645) at AllMovie
- *Running Scared* (https://web.archive.org/web/20141121004701/http://www.boxofficemojo.com/movies/?id=runningscared05.htm) at Box Office Mojo
- *Running Scared* (https://web.archive.org/web/20141121004701/http://www.rottentomatoes.com/m/10004288-running_scared/) at Rotten Tomatoes
- *Running Scared* (https://web.archive.org/web/20141121004701/http://www.metacritic.com/movie/running-scared) at Metacritic

# Exhibit E5

9/22/2019                                                        Gmail - New Action(s)

                                                         Steve Wilson Briggs <snc.steve@gmail.com>

**New Action(s)**

**Steve Wilson Briggs** <snc.steve@gmail.com>                                    Wed, Jul 10, 2019 at 2:24 PM
To: "Gregory P. Korn" <GKorn@kwikalaw.com>, "Michael J. Kump" <MKump@kwikalaw.com>, "Wilcox, Rochelle" <rochellewilcox@dwt.com>, "Charney, Brendan" <BrendanCharney@dwt.com>, ALowder@larsonobrienlaw.com

Dear Attorneys,

I hope you're all well.

This email is to inform you and your clients, in the spirit of a *letter of demand* (without a demand), that in the coming months I will begin filing a number of lawsuits against your clients and several of their associates (including James Cameron, Suzanne Collins, Walt Disney Studios, Lionsgate, Naughty Dog LLC, Sony Interactive Entertainment LLC,  20 Century Fox, Lightstorm Entertainment, Neil Druckman, ALTMAN, GREENFIELD & SELVAGGI, Eldridge Industries LLC).

These suits will include new federal infringement actions, non-infringement related federal actions, and California State actions.

Some of these actions will be filed simultaneously, and some in series, for reasons of efficiency.

Should your clients want to explore alternative resolutions, you have my contact information.

Around the time I file, I intend to contact you about waiving service.

Thanks.

Steve Wilson Briggs

# Exhibit F5

**SE FILM ASSOCIATION**

SE FILM ASSOCIATION <invite@sefilmclub.com>

Wed 6/6/2007 3:13 PM

**To:** birdynumnumz@hotmail.com <birdynumnumz@hotmail.com>

The SE FILM ASSOCIATION would like to network with you. We are a networking group for models, actors, directors, writers, filmmakers or anyone else involved in any type of performing arts.

You can check us out on the web here: http://www.sefilmclub.com/

We are interested in doing link exchanges as well.

We are completely free of charge so no we are not trying to sell you something. We are just trying to promote filmmaking with out having to play the game.

Thank you!
SE FILM ASSOCIATION

(It is not our intention to spam you, please let us know if you never want to receive email from us again. Thank you!)

# Exhibit G5



# Exhibit H5

Now available: over 400m key company lifecycle events, from officer changes to gazette notices.
Read more on our blog.

# opencorporates

The Open Database Of The Corporate World

| Company name or number | Search |

◉ Companies  ○ Officers

- Log in/Sign up

# CSC DIGITAL BRAND SERVICES

Company Number
  431288620
Status
  Actif
Incorporation Date
  12 April 2000 (almost 20 years ago)
Company Type
  Société par actions simplifiée à associé unique ou société par actions simplifiée unipersonnelle
Jurisdiction
  France
Registered Address

- 11-13 11 BOULEVARD HAUSSMANN
- PARIS 9
- 75009
- PARIS
- FRANCE

Industry Codes

- 62.02A: Conseil en systèmes et logiciels informatiques (Nomenclature d'activités française (2008))
- 62.02: Computer consultancy activities (European Community NACE Rev 2)
- 6202: Computer consultancy and computer facilities management activities (UN ISIC Rev 4)

Number Of Employees
  10-19

**Source** Institut National de la Statistique et des Études Économiques (INSEE), https://www.sirene.fr, 2 Jul 2019 (French Open Government Licence "Licence ouverte / Open Licence")
Add data (website, address, etc)

## Explore company network

# Exhibit I5



Exhibit J5



# Exhibit K5

9/22/2019  Avatar: Production Begins In September On Stand-Alone Sequels – Deadline

≡ # DEADLINE TIP US





**BREAKING NEWS**
**Deadline's Primetime Emmy Awards Live Blog - Follow All The Action Here** ✕

HOME / INTERNATIONAL / BREAKING NEWS

## 'Avatar' Sequels Update: Production "Officially" Begins In September On Saga's Stand-Alones – CineEurope

 By Nancy Tartaglione
June 20, 2017 4:00pm

   



https://deadline.com/2017/06/avatar-sequels-update-production-start-cineeurope-1202117103/ 1/22

Avatar: Production Begins In September On Stand-Alone Sequels – Deadline



# DEADLINE





20th Century Fox

Ascending the stage during 20th Century Fox's presentation at CineEurope this evening, Lightstorm Entertainment's Jon Landau offered an update on the four upcoming *Avatar* sequels. Production on the James Cameron-directed pics, which will be stand-alones but together form "an epic saga," officially begins September 25 with performance capture, Landau told the assembled exhibitors in Barcelona.

The production start date has been somewhat fluid, seeming to jockey over time. In April, when the sequels' release dates were set, the *Avatar* Facebook page touted, "Great to be working with the best team in the business! *Avatar* takes flight as we begin concurrent production on four sequels."

ADVERTISEMENT



# DEADLINE

TIP US



SPONSORED BY BANKOFTHEWEST.COM

**Sponsored Video**

SEE MORE

Landau tonight noted Cameron "has done a couple of sequels before in his career and I would argue that those sequels have lived up to, if not exceeded, the original movies." That starts, he said, with the foundation of a script and "that's what Jim has been working on for the last several years... Finally, we have the four scripts for the *Avatar* films ready."

**RELATED STORY**
**'Avatar': Fox Adds 'Game Of Thrones' Actress Oona Chaplin To Upcoming Sequels**

During the development phase, "some of the industry's best artists" have been working on designing a world of these movies, said Landau, who then showed a premiere preview montage of some of the designs of Pandora and its inhabitants.

"At the heart of any movie are the characters," Landau continued. "One of the strengths of great scripts are always the universal and relatable themes... There's no more relatable theme than family. At the center of each of our four movies will be the Sully family. Each sequel will play as a stand-alone movie. Each movie's story will come to its own conclusion... However, when looked at as a whole, the journey across all four movies will create an even larger connected epic saga for audiences around the world."

While developing the scripts, the decision was made to continue to set the movies on Pandora. "We always knew that Pandora was a place as diverse as Earth," Landau said. The original cast is reuniting for the films while Landau also noted that *Game Of Thrones*' star Oona Chaplin has joined the cast and will be involved in all of the next movies.

*Avatar* is the biggest box office hit of all time, grossing $2.7B worldwide. The sequels are set for release thusly: *Avatar 2* on December 18, 2020; *Avatar 3* on December 17, 2021; *Avatar 4* on December 20, 2024; and *Avatar 5* on December 19, 2025.

Exhibit L5

http://en.wikipedia.org/wiki/Aliens_(film)　　Go

528 captures
15 Dec 2005 - 17 Oct 2019

SEP　OCT　JAN
◀　**31**　▶
2006　2007　2008

About this capture





# Aliens (film)

From Wikipedia, the free encyclopedia

*This article is about the film, for the video games of the same name see Aliens (Square computer game) and Aliens (arcade game).*

*Aliens* is a 1986 science fiction/action/horror film starring Sigourney Weaver, Michael Biehn, Lance Henriksen, Carrie Henn, Bill Paxton and Paul Reiser. A sequel to Ridley Scott's 1979 *Alien*, *Aliens* is set 57 years after the events of the first film and is regarded by many as a benchmark for the action and science fiction genres.[1] [2] In *Aliens*, Weaver's character Ellen Ripley returns to the planet where she first encountered the hostile Alien "xenomorph," this time accompanied by a unit of Colonial Marines.

Directed by James Cameron from a story written by Cameron, David Giler and Walter Hill, *Aliens* is a high-paced action-adventure film which is in stark contrast to the suspenseful Sci-Fi horror of the original *Alien*. Following *The Terminator*, the film helped to establish Cameron as a major action director.[3] Sigourney Weaver received her first Best Actress Academy Award nomination for her leading role in *Aliens*. [4] Like its predecessor, the film was shot in England, this time at Pinewood Studios,

|  | Aliens |
|---|---|



The original 1986 theatrical poster

| | |
|---|---|
| **Directed by** | James Cameron |
| **Produced by** | Gale Anne Hurd<br>Gordon Carroll<br>David Giler<br>Walter Hill |
| **Written by** | **Story:**<br>James Cameron<br>David Giler<br>Walter Hill<br>**Screenplay:**<br>James Cameron |
| **Starring** | Sigourney Weaver<br>Michael Biehn<br>Lance Henriksen<br>Carrie Henn<br>Paul Reiser<br>Bill Paxton |
| **Music by** | James Horner |
| **Cinematography** | Adrian Biddle |
| **Editing by** | Ray Lovejoy |
| **Distributed by** | 20th Century Fox |

http://en.wikipedia.org/wiki/Aliens_(film)          Go      SEP   OCT   JAN

528 captures
15 Dec 2005 - 17 Oct 2019          ◀   31   ▶
                                    2006  2007  2008

About this capture



$131 million internationally during its 1986 theatrical release, making it the highest-grossing entry in the *Alien* film series.[6] Given the combat-oriented nature of the film, *Aliens* was promoted with the tagline, *"This Time It's War."*

|  | 154 min. |
| --- | --- |
| **Country** | 🇺🇸 United States  🇬🇧 United Kingdom |
| **Language** | English |
| **Budget** | $18,000,000 |
| **Preceded by** | *Alien* |
| **Followed by** | *Alien³* |

**All Movie Guide profile**
**(https://web.archive.org/web/20071031100222/http://allmovie.com/cg/avg.dll?**
**p=avg&sql=1:1524)**
**IMDb profile**
**(https://web.archive.org/web/20071031100222/http://www.imdb.com/title/tt0090605/)**

# Contents

- 1 Plot
- 2 Cast
    - 2.1 Military Personnel
    - 2.2 Civilians
    - 2.3 Other cast
- 3 Inspirations
- 4 Production
    - 4.1 History and pre-production
    - 4.2 Production disputes
    - 4.3 Set design and construction
    - 4.4 Weapons and props
    - 4.5 Music
- 5 Reception
- 6 Awards and accolades
- 7 Special Edition
- 8 Spin-offs
- 9 Further reading
- 10 References
- 11 External links

# Plot

Ellen Ripley, the only survivor of the Weyland-Yutani Corporation space freighter *Nostromo*, is rescued and revived after drifting for 57 years in hypersleep. Interviewed before a panel of company executives, Ripley's testimony regarding the Alien is met with extreme skepticism, as no physical evidence of the creature survived the

http://en.wikipedia.org/wiki/Aliens_(film)    Go    SEP   OCT   JAN    31

528 captures
15 Dec 2005 – 17 Oct 2019    2006   2007   2008    About this capture

visited by Weyland-Yutani employee Carter Burke, who informs her that contact has been lost with the colony on LV-426; the company is dispatching Burke and a unit of Colonial Marines to investigate, and offer Ripley a place as a specialist. Psychologically traumatized by her experience, Ripley initially refuses to join them, but accepts when she realises that the mission will not only restore her credibility, but allow her to face her demons - as well as possibly restoring her flight status. Arriving in orbit of LV-426 aboard the warship *Sulaco*, she is introduced to the Colonial Marines, including the novice Lieutenant Gorman, the veteran Sergeant Apone and the android Bishop. Ripley gives an emotional account of her original encounter with the Alien to the unit, but her warnings are dismissed by the cocky Marines.



The windswept surface of LV-426.

The heavily-armed expedition descends to the planetoid's surface via dropship. They find the colony seemingly abandoned; the only living things are two of the Alien-implanting "facehuggers" on display in the colony's medical lab, and a severely traumatized young girl, nicknamed Newt, who has survived by hiding in the colony's sprawling ventilation system. The Marines eventually locate the other colonists, by tracking surgically-implanted transceivers, clustered together in the colony's nuclear-powered atmosphere-processing station. Travelling to the station, the Marines find a large Alien nest, filled with the cocooned corpses of the colonists. When the Marines destroy a newborn chestburster-Alien, a swarm of mature Alien drones awakes and ambushes the unprepared unit. Most of the unit is killed or captured; Ripley crashes their APC into the nest, knocking Gorman unconscious but rescuing Corporal Hicks, Private Vasquez, and Private Hudson. Hicks assumes command of the mission and orders the dropship to recover the survivors, with the intent of returning to the *Sulaco* and destroying the colony from orbit, but a stowaway Alien kills the dropship pilots in flight, causing the vessel to crash into the processing station. The surviving humans barricade themselves inside the main colony complex.

Ripley learns that Burke has ordered Bishop to preserve Alien specimens for return to the Company labs. She confronts Burke and declares that after investigation she has discovered it was he who sent the unprepared colonists to the original Alien-infested spaceship; she threatens to expose him. Bishop shows them that the damaged nuclear processing station has become unstable and will soon detonate with the force of a thermonuclear weapon. Having no other way to contact the second dropship still onboard the *Sulaco*, he volunteers to crawl down a service pipe to the colony transmitter array and bring the vessel down by remote control. A recovered Gorman rejoins the team, while Ripley and Newt try and get some rest in the Medical Laboratory. Ripley awakens to find herself weaponless and locked in the room with the two live facehuggers, mysteriously released from their tanks. She sets off a fire alarm which alerts Hicks, Hudson, and Vasquez, who arrive and destroy the creatures as they are on the brink of implanting Ripley and Newt. Ripley accuses Burke of releasing the facehuggers with the intention of using her and Newt as hosts to smuggle the implanted Aliens past quarantine. The debate about what to do with him is interrupted when the power to headquarters is cut off, possibly by the Aliens, who pour in through a gap in the ceiling and attack en masse. During the battle Hudson is swarmed and pulled down through the floor, while Burke's attempt to flee alone is quickly cut short by one of the attackers. Newt leads the few remaining members into the air ducts. Gorman and an injured Vasquez, after being cut off and surrounded, detonate a grenade, killing themselves and several Aliens. The force of the blast pushes Newt down a shaft, where she is captured alive by an Alien.

Hicks is badly injured by the acidic blood of one of the Aliens while reaching Bishop and the second dropship. Ripley, unwilling to leave Newt, gears up to rescue the girl. She finds and frees a cocooned Newt in the bowels of the Alien hive, but while attempting to escape, they stumble into the nest's main breeding chamber, where they are confronted by the monstrous Alien queen. Ripley incinerates the chamber with her weapons--draining the last of her ammo and enraging the queen, who escapes the destruction by tearing free from her huge ovipositor. Closely pursued by the queen, Ripley and Newt rendezvous with the dropship and escape moments before the entire colony

http://en.wikipedia.org/wiki/Aliens_(film)    Go    SEP **OCT** JAN
528 captures    ◀ **31** ▶
15 Dec 2005 - 17 Oct 2019    2006 **2007** 2008    About this capture



behind with her barbed tail and then tears him in half. Ripley distracts the queen long enough for Newt to jump into a hole in the ship's deck plating. Just as the queen is about to pull the girl from her hiding place, Ripley reappears manning one of the ship's exosuit "power-loaders". She battles the queen and succeeds in dropping the creature into a large airlock and expelling her into space. Ripley, Newt, Hicks and Bishop enter hypersleep for the return back to Earth.

The alien queen in the atmosphere processor hive.

# Cast

## Military Personnel

| Name | Occupation | Gender | Played By |
|------|------------|--------|-----------|
| Bishop (341-B) | U.S.S. Sulaco's XO | Android (Male) | Lance Henriksen |
| 1stLt. William Gorman | Marine (Commanding Officer) | Male | William Hope |
| GySgt. Al Apone | Marine (Senior Non-Commissioned Officer/First Squad Leader) | Male | Al Matthews |
| Cpl. Dwayne Hicks | Marine (Junior Non-Commissioned Officer/Second Squad Leader) | Male | Michael Biehn |
| Cpl. Collette Ferro | Marine (Dropship Pilot) | Female | Colette Hiller |
| Cpl. Cynthia Dietrich | Marine (Corpsman) | Female | Cynthia Dale Scott |
| Pfc. William Hudson | Marine (Technician) | Male | Bill Paxton |
| Pfc. Jenette Vasquez | Marine (Smart Gunner) | Female | Jenette Goldstein |
| Pvt. Mark Drake | Marine (Smart Gunner) | Male | Mark Rolston |
| Pvt. Daniel Spunkmeyer | Marine (Dropship Crew Chief) | Male | Daniel Kash |
| Pvt. Ricco Frost | Marine | Male | Ricco Ross |
| Pvt. Tim Crowe | Marine | Male | Tip Tipping |
| Pvt. Trevor Wierzbowski | Marine | Male | Trevor Steedman |

## Civilians

| Name | Occupation | Gender | Played By |
|------|------------|--------|-----------|
| Ellen L. Ripley | Former Warrant Officer, Xenomorph Advisor | Female | Sigourney Weaver |
| Rebecca "Newt" Jorden | Colonist (Child) | Female | Carrie Henn |
| Carter J. Burke | Weyland-Yutani Corporate Lawyer | Male | Paul Reiser |
| Paul Van Leuwen | Chairman of the Interstellar Commerce Commission | Male | Paul Maxwell |
| Ann Jorden | Colonist (Salvager) | Female | Holly De Jong |



http://en.wikipedia.org/wiki/Aliens_(film)
528 captures
15 Dec 2005 - 17 Oct 2019

| Al Simpson | Colonist (Operations Manager) | Male | Mac McDonald |
| William Lydecker | Colonist (Assistant Operations Manager) | Male | Bill Armstrong |
| Mary | Colonist | Female | Barbara Coles |

## Other cast

| Name | Occupation | Gender | Played By |
|---|---|---|---|
| ECA Rep | Extrasolar Colonization Administration Representative | Female | Valerie Colgan |
| Insurance Investigator | | Male | Alan Polonsky |
| Medical Technician | *Gateway* medical staff | Female | Alibe Parsons |
| Doctor | *Gateway* medical staff | Male | Blain Fairman |
| Amanda Ripley | Civilian | Female | Elizabeth Inglis |

# Inspirations

Director James Cameron drew inspiration for the *Aliens* storyline from the Vietnam War, with regards to situations where a technologically superior force was mired in a hostile foreign environment.[7][8] The name of the Colonial Marines' ship, "Sulaco", is the name of the town in Joseph Conrad's *Nostromo*, which was the name of the ship in *Alien*. Cast members in the role of the Colonial Marines were also instructed to read Robert Heinlein's *Starship Troopers*.

Some critics [9] have compared the *Alien Queen* to Grendel's mother in *Beowulf*.[10]

# Production

## History and pre-production

In 1983, while completing *The Terminator*, director James Cameron discussed the possibility of working on a sequel to the original 1979 *Alien* with Twentieth Century Fox producer David Giler.[7] A big fan of the original film, Cameron was highly interested in crafting a sequel, and entered a self-imposed seclusion to brainstorm the concept for *"Alien II."*[7] After four days, Cameron had produced an initial story treatment for the film which eventually became *Aliens*.[7] Following the success of *The Terminator*, Cameron and partner Gale Anne Hurd were given approval to direct and produce the sequel to *Alien*, scheduled for a 1986 release.

Sigourney Weaver, the star of the original film, was hired for the sequel with a salary of $1 million, thirty times her fee for the first film.[11] Weaver nicknamed her character "Rambolina," and stated that she approached the role as akin to Henry V or women warriors in Chinese classical literature.[11]

## Production disputes

The production of *Aliens* was affected by a number of personnel and cast disruptions.[12] Shooting was said to be problematic due to cultural clashes between Cameron and the British crew, with the crew having what actor Bill

http://en.wikipedia.org/wiki/Aliens_(film)    Go    SEP  **OCT**  JAN

528 captures
15 Dec 2005 - 17 Oct 2019    ◀  **31**  ▶
2006  **2007**  2008
About this capture

difficult to adjust to working practices such as the regular "tea breaks" that brought production to a temporary halt.[12] The crew were admirers of the previous director Ridley Scott, and many believed Cameron to be too young and inexperienced to be directing such a film as *Aliens*, despite Cameron's attempts to show them his previous hit, *The Terminator*(which they reputedly refused to watch).[12]



At one point, the crew members mocked Cameron's then wife, producer Gale Anne Hurd, by asking her who the producer of the film was, and then laughing at her and insisting she was only getting the producer credit because she was Cameron's wife. Ultimately, a walkout occurred when Cameron clashed with an uncooperative cameraman who refused to light a scene the way Cameron wanted. [13] Specifically, the camera man believed in creative input on set lighting, and had lit the alien nest set brightly, while Cameron insisted on his original vision of a dark, foreboding alien nest.[13] After the cameraman was fired, Hurd managed to coax the crew members into coming back to work.

The producing team behind *Aliens*, James Cameron and Gale Ann Hurd.

Actor James Remar was originally cast as Corporal Dwayne Hicks, but was replaced by Michael Biehn after a falling out with Cameron. Remar can still be seen in a shot where the marines are entering around a corridor, but since he is in full armor and seen only from behind, it is impossible to tell that it is Remar and not Biehn.

## Set design and construction

Some of the scenes inside the alien nest were shot inside the disused power station in Acton, West London. The Alien nest set wasn't dismantled after filming. It was unused until three years later when it was used as the Axis Chemicals set for *Batman* in 1989. When the crew of *Batman* first entered the set, they found most of the Alien nest still intact.[14]

As the marines explore the complex, they look up and see what appears to be a series of vents. These were the backs of old television sets pushed into service by the special effects team.

## Weapons and props

The weapons used by the marines are all based on real, fully functional weapons. [15] The M41A pulse rifle is made from a Thompson SMG with an attached fore end from a Franchi SPAS-12 shotgun, a Remington 12 Gauge Model 870P receiver with barrel while the smartguns carried by Vasquez and Drake are based around the MG-42 machinegun, and are maneuvered with the help of a steadicam camera. After the movie's premiere, the Caterpillar construction equipment company reportedly received inquiries from people interested in buying the power loader that Ripley uses to fight the Alien Queen, who were unaware that it was fictional and didn't exist outside of the movie.



Ellen Ripley wielding a pulse rifle in *Aliens*.

## Music

Music composer James Horner stated that he felt Cameron had not given him enough time to compose a musical score for the film. Horner arrived in England and thought the film would be locked so he could write the score in

http://en.wikipedia.org/wiki/Aliens_(film)    Go    SEP  **OCT**  JAN
528 captures                                    ◀  **31**  ▶
15 Dec 2005 - 17 Oct 2019                        2006 **2007** 2008
                                                 ▼ About this capture

Horner believed Cameron was so pre-occupied with sound effects, in which Cameron spent two days with the person who created the sound for the automatic weapon, that he was given an outdated recording studio. Recorded at Abbey Road Studios with the London Symphony Orchestra, the establishment was 30 years old and was barely able to patch in synthesizers and use electronic equipment required by Horner for this type of film.[16]

Six weeks from theatrical release, no dubbing had been completed and the score still had not been written as Horner was still unable to view the completed film. The final cue of the film, where Ripley takes on the alien queen was written overnight. Cameron had completely reworked the scene leaving Horner to have to re-write the music for the scene. He stated that he can write a melody in two seconds, however tying it together takes a long time as he must acknowledge up to 38 events including gunfire, aliens dying, which relies on exact timing. As Gale did not have much music production experience, she and Cameron denied Horner's request to push the film back four weeks so he could finish the musical score. He felt that if he was given more time he could get it 100% right, rather than his opinion of what was 80% right. The score was recorded in roughly four days.[16]

Horner stated that tensions between himself and Cameron were so high during post-production that he assumed they would never work together again. Horner believed the film schedules that Cameron wanted to make were too short for him. The two parted ways until 1997 when Cameron, so impressed with Horner's score from *Braveheart*, asked him to compose the score for his *Titanic*.[16] Horner received his first Original Score Academy Award nomination for this film.[4]

# Reception

*Aliens* was released in the US and Canada on 18 July 1986, and the 26 September in the same year in the UK.[17] It was released in Australia on 6th November. It had a running time of 137 minutes. Eagerly anticipated by fans following the success of the original *Alien*,[18] it took $10,052,042 in its opening weekend in the US,[5] and going on to take a box office total of $85,160,248 domestic and $131,060,248 worldwide.[6]



*Aliens* on the cover of TIME's July 28, 1986 issue.

Critical and audience reaction to the film was superb.[5][19] Roger Ebert called it "painfully and unremittingly intense" and a "hair-raising carnival ride that never stops," but also praised Aliens as a "superb example of filmmaking craft". [20] *TIME Magazine* featured the film on the cover of its July 28, 1986 issue, in which reviewer Richard Schickel declared the film "a sequel that exceeds its predecessor in the reach of its appeal while giving [Sigourney] Weaver new emotional dimensions to explore."[7] *TIME* also detailed the development process of the film and the approach

| Ratings | |
|---|---|
| **Argentina:** | 13 |
| **Australia:** | M |
| **Canada (Ontario):** | R |
| **Canada (Manitoba):** | PA |
| **Canada (Maritime):** | R (1986) |
| | 18 (re-rating, 1999) |
| **Canada (Quebec):** | 13+ |
| **Chile:** | 14 |
| **Finland:** | K-16 |
| **France:** | 12 |
| **Germany:** | 16 |
| **Hong Kong:** | IIB |
| **Iceland:** | 16 |
| **Ireland:** | 18 |
| **Japan:** | PG-12 |
| **Mexico:** | B |
| **Netherlands:** | 16 |
| **Norway:** | 18 |
| **Peru:** | 14 |
| **Singapore:** | M18 |
| **Spain:** | 13 |
| **Sweden:** | 15 |
| **United Kingdom:** | 18 |
| **United States:** | R |

http://en.wikipedia.org/wiki/Aliens_(film)　　Go

528 captures
15 Dec 2005 - 17 Oct 2019

SEP OCT JAN
◀ **31** ▶
2006 **2007** 2008

▼ About this capture

(Amazon.com editorial review)[21] and "The most intense and satisfying piece of science fiction ever made" from local news (Blake Davis of KFOR Channel 4 News). In a 1997 interview, Sigourney Weaver herself stated that *Aliens* "made the first *Alien* look like a cucumber sandwich."[22]

In 2007, *Entertainment Weekly* named *Aliens* as the #2 best action movie of all time, behind only *Die Hard*.[1] In Rotten Tomatoes' analysis of top 100 science fiction films, *Aliens* ranks #10 among the best-reviewed science fiction films of all time.[2]

In 2004, *Aliens* was named #35 on Bravo's *100 Scariest Movie Moments* for the facehugger attack towards Ripley; the original *Alien* was named #2 for the chestbuster scene.[23]

## Awards and accolades

*Aliens* was nominated for seven Academy Awards and won two (Sound Effects Editing and Visual Effects). Sigourney Weaver received her first Academy Award nomination (Best Actress) for this film. Although Weaver did not actually win, it was considered a landmark for a nomination for Best Actress to even be made for a science fiction / horror film, a genre usually given little recognition by the Academy.[24]

## Special Edition

A Special Edition was released in 1992 on laserdisc and VHS that restored 17 minutes of previously deleted footage.[25] the most notable addition was a segment early in the film showing the colony on LV-426 just as the colonists first encounter the derelict alien spacecraft which is infested with the alien eggs. Other notable scenes included the "sentry gun scene" in the operations building,[25] Ripley's discovery of her daughter's fate while she was away,[25] and a few other dialogue scenes between Ripley and the Marines. One of these exchanges provides Ripley's full name (Ellen Ripley). This version was then released on *The Alien Legacy* in 1999 on DVD. Both versions of the film were released together for the first time in the 2003 *Alien Quadrilogy* DVD box set and then later on the Special Collector's Edition DVD.

## Spin-offs

The success of *Aliens* spawned a comic book series of the same name, *Aliens*, along with a series of 12 *Aliens* novels.

Two games based on the movie were released by Electric Dreams in the 1980s for the Amstrad CPC, the ZX Spectrum, and the Commodore 64 8-bit home computer systems. In 1990, Konami released an arcade game, *Aliens*, based on the movie.

The 1993 PC video game *Doom* was initially conceived as a licensed video game based on *Aliens*, one of id Software's favorite science fiction-action films. Though negotiations with 20th Century Fox were begun, the plan was ultimately canceled in order for id Software to retain more creative freedom.

## Further reading

http://en.wikipedia.org/wiki/Aliens_(film)    Go    SEP  OCT  JAN

528 captures    ◄  **31**  ►
15 Dec 2005 - 17 Oct 2019    2006  **2007**  2008    ▼ About this capture

# References

1. ^ *a* *b* Bernardin, Marc (2007-06). The 25 Greatest Action Films Ever! (https://web.archive.org/web/20071031100222/http://www.ew.com/ew/article/0,,20042607_2,00.html) . Entertainment Weekly. Retrieved on 2007-07-16.
2. ^ *a* *b* 100 Best-Reviewed Sci-Fi Movies (https://web.archive.org/web/20071031100222/http://www.rottentomatoes.com/lists/special/2007/scifi/?r=10&mid=1000617) . Rotten Tomatoes. Retrieved on 2007-07-16.
3. ^ Richardson, John H. "Iron Jim." Premiere Magazine, No. 12, August 1994, p. 44-54.
4. ^ *a* *b* IMDb Award Listing (https://web.archive.org/web/20071031100222/http://www.imdb.com/title/tt0090605/awards) . IMDb.com. Retrieved on 2007-07-16.
5. ^ *a* *b* *c* Imdb business data (https://web.archive.org/web/20071031100222/http://www.imdb.com/title/tt0090605/business) . Imdb.com. Retrieved on 2006-12-21.
6. ^ *a* *b* Movie Franchises Index (https://web.archive.org/web/20071031100222/http://www.boxofficemojo.com/franchises/) . Box Office Mojo (2007). Retrieved on 2007-07-16.
7. ^ *a* *b* *c* *d* *e* Schickel, Richard (1986-07-28). Help! They're Back! (https://web.archive.org/web/20071031100222/http://www.time.com/time/magazine/article/0,9171,961839,00.html) . TIME Magazine. Retrieved on 2007-07-16.
8. ^ Cameron, James. (Interview) Interview With James Cameron, *Aliens* Special Edition DVD, 1986.
9. ^ The Alien Trilogy: A New Beowulf (https://web.archive.org/web/20071031100222/http://web.nwe.ufl.edu/~jchapman/beowulf/6conjain.html)
10. ^ *Alien Queen* in Cameron's *Aliens* (1986). (https://web.archive.org/web/20071031100222/http://web.nwe.ufl.edu/~jchapman/beowulf/queenA.html)
11. ^ *a* *b* Corliss, Richard (1986-07-28). The Years of Living Splendidly (https://web.archive.org/web/20071031100222/http://www.time.com/time/magazine/article/0,9171,961869,00.html) . TIME Magazine. Retrieved on 2007-07-16.
12. ^ *a* *b* *c* Paxton, Bill. (Commentary) *Aliens* Special Edition DVD.
13. ^ *a* *b* Hurd, Gale Anne. (Commentary) Aliens Behind The Scenes, *Aliens* Special Edition DVD.
14. ^ ABC News: Arts and Entertainment article (https://web.archive.org/web/20071031100222/http://www.abc.net.au. (and DVD special features.)
15. ^ Aliens Behind The Scenes, *Aliens* Special Edition DVD: ... on of features.
16. ^ Horner, James. Alien Quadrilogy - Disc 4:Aliens: Bonus material - Interview with James Horner.
17. ^ Imdb release dates (https://web.archive.org/web/20071031100222/http://www.imdb.com/title/tt0090605/releaseinfo) . Imdb.com. Retrieved on 2006-12-21.
18. ^ Cosford, Bill. Let 'Aliens' Invade Your Peace of Mind. The Miami Herald, July 18, 1986, pg. 1D.
19. ^ Aliens Rotten Tomatoes reviews ratings (https://web.archive.org/web/20071031100222/http://www.rottentomatoes.com/m/aliens/) . Rotten Tomatoes. Retrieved on 2007-07-16.
20. ^ Roger Ebert review (https://web.archive.org/web/20071031100222/http://rogerebert.suntimes.com/apps/pbcs.dll/article?AID=/19860718/REVIEWS/607180301/1023) . SunTimes.com. Retrieved on 2006-12-20.
21. ^ Amazon.com - Aliens Special Edition (https://web.archive.org/web/20071031100222/http://www.amazon.com/Aliens-Special-James-Cameron/dp/B00000ILDE) . Amazon.com. Retrieved on 2007-07-16.
22. ^ Entertainment Weekly -Beauty and the Beast (https://web.archive.org/web/20071031100222/http://...)
23. ^ Bravo's *100 Scariest Movie Moments* (https://web.archive.org/web/20071031100222/http://...)
24. ^ Career of living dangerously: Sigourney Weaver ready for next risk. New York Daily News, Knight Ridder/Tribune News Service, March 21, 2001.
25. ^ *a* *b* *c* Aliens - Special Edition details (https://web.archive.org/web/20071031100222/http://wv...

# External links

- *Aliens* (https://web.archive.org/web/20071031100222/http://www.imdb.com/title/tt0090605/) at the Internet Movie Database
- Harry Harris (https://web.archive.org/web/20071031100222/http://www.harryharris.com/) , owner of the largest collection of screen used props as seen in *Aliens*.
- Aliens first draft script (https://web.archive.org/web/20071031100222/http://www.godamongdirectors.com/scripts/aliens2.shtml)
- Classicscifi.com (https://web.archive.org/web/20071031100222/http://www.classicscifi.com/index.php?option=com_content&task=view&id=13&Itemid=40) , in-depth review.



Retrieved from "http://en.wikipedia.org/wiki/Aliens_%28film%29"

Categories: English-language films | All articles with unsourced statements | Articles with unsourced statements since July 2007 | Articles with unsourced statements since September 2007 | Articles with unsourced statements since June 2007 | 1986 films | 1980s horror films | Alien (film series) | Science fiction action films | Films directed by James Cameron | Hugo Award Winner for Best Dramatic Presentation | Sequel films | Pinewood films | Robot films

---

- This page was last modified 04:27, 29 October 2007.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.) Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a U.S. registered 501(c)(3) tax-deductible nonprofit charity.

Exhibit M5

                         VAN
              These are just programmable cyber-
              gens. Been around tinsel-town for
              almost three years. Take someone's
              MRI scan and digitize it and you got
              an exact digital replica. Next year
              they're gonna introduce neuro-gens
              that look, think and act, just like
              the people they're modelled after.

                         JERRY
              That possible?

                         VAN
              Take a guy's neuro-scan and digitize
              it into his cyber-gen. Technology
              finally caught up to the theory.
                    (to the Make-Up Man)
              Can you bring out his lips?

The Make-up Man applies a bit of lipstick to Jerry's lips.

The Lighting Woman quickly adjusts a light and scrambles to
set up a few microphones at the podium. Van and Jerry watch
her move, impressed by her work ethic.

                         VAN (CONT'D)
              She just repatriated. People from
              The State can't work like that.

The Make-up Man nods at Van.

                         VAN (CONT'D)
              You ready?

Jerry combs his hair with his hand and clears his throat.


INT. JERRY'S OFFICE - DAY

Jerry rushes into the office, breathing hard from jogging.
He finds Howard watching a video on his computer.

                         HOWARD
              Why you running?

                         JERRY
                    (checking his watch)
              My press conference comes on in three
              minutes. What are you watching?

                         HOWARD
              Old war footage of Arlo's platoon
              debriefing; after they were almost
              wiped out.

# Exhibit N5

# The Amazing Mr. Excellent movie website

## Future Projects:

I'm hoping to begin shooting the following scripts, perhaps shooting Sweeter Nectar Cherries first. But we need help. We are seeking investment and production partners to get these projects finished.

SWEETER NECTAR CHERRIES: When Lenny, a homeless pick-pocket with Parkinson's disease, is arrested he learns he has inherited a multi-million dollar estate. Lenny gets probation and rents his home out to several rock bands, some of this homeless friends, and a cannibal -allowing Lenny time to pursue the heart of his sexy new probation officer. Before long Lenny has his probation officer's job on the line and his estate in jeopardy- and is in danger of becoming one of his tenant's dinner. FEATURE LENGTH, ROMANTIC COMEDY. ALL AUDIENCES.

SUNFLOWERS: When four naïve young American artists take summer jobs working in London for a wealthy art procurer they quickly find themselves at the center of a vast counterfeit art ring. When the artists poorly planned efforts to extricate themselves from the plot fail they find themselves racing across the city from London's deadliest underworld kingpin. FEATURE LENGTH, COMEDY, YOUNG ADULTS.

BUTTERFLY DRIVER: In 2144 Earth is grossly overpopulated, with 95% of the population living in poverty, while the elite .01% live on the giant man made luxury satellite, Uberopolis. Against this backdrop, in some anonimous slum, legendary soldier -and world's most wanted fugitive, Arlo Grainer, learns the polluted atmosphere will kill his daughter unless she receives an extremely costly drug. For that medicine Arlo will go across the globe and into the heart of Uberopolis, pursued by every bounty hunter on Earth. FEATURE LENGTH, SCI-FI/ ACTION-ADVENTURE, ALL AUDIENCES.

ALFREY AND DORY: The chronicle of the lives of two young, ordinary life-long friends and room-mates (one Irish, one Dominican) surviving New York's inner city -set entirely in their apartment. FEATURE LENGTH, COMEDY, YOUTH AND YOUNG ADULT.

SEE IT! In high def and AMAZING 2D technology!!

---

HOME
CLIPS
PRODUCTION TEAM
THE MAKING OF MR. X
THE MUSIC
BANKS & LINKS
STORE
OUTREACH
FUTURE PROJECTS
PARTNERS WANTED
MISSION
INVESTMENT OPPS.
ABOUT
CONTACT

Exhibit O5

Web Usage Record View


United States Copyright Office

**The Library of Congress will upgrade its integrated library system (ILS) starting Friday, Nov. 8 and ending Sunday, Nov. 17. During the upgrade the U.S. Copyright Office Catalog will be available except for brief outages. We apologize for any inconvenience to our users.**

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Keyword = Taken besson
Search Results: Displaying 5 of 1 entries



Labeled View

*Taken.*

**Type of Work:** Dramatic Work and Music; or Choreography
**Registration Number / Date:** PAu003104385 / 2007-02-26
**Title:** Taken.
**Notes:** Screenplay.
**Copyright Claimant:** Grive Productions
**Date of Creation:** 2006
**Authorship on Application:** Luc Besson, 1959-, & Robert Mark Kamen, 1948-.
**Copyright Note:** Cataloged from appl. only.
**Names:** Besson, Luc, 1959-
Kamen, Robert Mark, 1948-
Grive Productions



| Save, Print and Email (**Help Page**) | |
|---|---|
| Select Download Format [Full Record ▼] | [Format for Print/Save] |
| Enter your email address: [              ] | [Email] |

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

# Exhibit P5

Grid

List

Site theme

Black on white
White on black
Sign in

**Comment activity**

Sign up or login to join the discussions!

| Username or Email | Password | Submit | ☐ Stay logged in | Having trouble? |

Sign up to comment and more Sign up

**GOT CERT VALIDATION? —**

# Critical Windows 10 vulnerability used to Rickroll the NSA and Github

## Attack demoed less than 24 hours after disclosure of bug-breaking certificate validation.

Dan Goodin – 1/15/2020, 4:30 PM

 Chrome on Windows 10 as it Rickrolls the NSA.

Enlarge / Chrome on Windows 10 as it Rickrolls the NSA.
https://twitter.com/saleemrash1d/status/1217519809732259840/photo/1

**reader comments**

104 with 69 posters participating, including story author

**Share this story**

- Share on Facebook
- Share on Twitter
- Share on Reddit

Less than a day after Microsoft disclosed one of the most critical Windows vulnerabilities ever, a security researcher has demonstrated how attackers can exploit it to cryptographically impersonate any website or server on the Internet.

Researcher Saleem Rashid on Wednesday tweeted images of the video "Never Gonna Give You Up," by 1980s heart-throb Rick Astley, playing on Github.com and NSA.gov. The digital sleight of hand is known as Rickrolling and is often used as a humorous and benign way to demonstrate serious security flaws. In this case, Rashid's exploit causes both the Edge and Chrome browsers to spoof the HTTPS verified websites of Github and the National Security Agency. Brave and other Chrome derivatives, as well as Internet Explorer, are also likely to fall to the same trick. (There's no indication Firefox is affected.)



Join Ars Technica and

# Get Our Best Tech Stories

### DELIVERED STRAIGHT TO YOUR INBOX.

| Email address | SIGN ME UP |

Will be used in accordance with our Privacy Policy

⊠ The same exploit used to Rickroll Github
on Edge.

Enlarge / The same exploit used to Rickroll
Github on Edge.

Rashid's simulated attack exploits CVE-2020-0601, the critical vulnerability that Microsoft patched on Tuesday after receiving a private tipoff from the NSA. As Ars reported, the flaw can completely break certificate validation for websites, software updates, VPNs, and other security-critical computer uses. It affects Windows 10 systems, including server versions Windows Server 2016 and Windows Server 2019. Other versions of Windows are unaffected.

Rashid told me his exploit uses about 100 lines of code but that he could compress it down to 10 lines if he wanted to remove a "few useful tricks" his attack has. While there are constraints and several potentially difficult requirements in getting the exploit to work in real-world, adversarial conditions (more about that later), Wednesday's proof-of-concept attack demonstrates why the NSA assesses the vulnerability as "severe" and said sophisticated hackers could understand how to exploit it "quickly."

## "Fairly terrifying"

Other researchers shared the NSA's sense of urgency.

"What Saleem just demonstrated is: with [a short] script you can generate a cert for any website, and it's fully trusted on IE and Edge with just the default settings for Windows," Kenn White, a researcher and security principal at MongoDB, said. "That's fairly horrifying. It affects VPN gateways, VoIP, basically anything that uses network communications." (I spoke with White before Rashid had demonstrated the attack against Chrome.)

### Further Reading

A (relatively easy to understand) primer on elliptic curve cryptography

The flaw involves the way the new versions of Windows check the validity of certificates that use elliptic-curve cryptography. While the vulnerable Windows versions check three ECC parameters, they fail to verify a fourth, crucial one, which is known as a base point generator and is often represented in algorithms as 'G.' This failure is a result of Microsoft's implementation of ECC rather than any flaw or weakness in the ECC algorithms themselves.

Attackers can exploit the flaw by extracting the public key of a root certificate that ships by default in Windows. These certificates are described as root because they belong to big certificate authorities that either issue their own TLS certificates or validate intermediate certificate authorities that sell certificates on the root CA's behalf. Any root certificate will work, as long as

it's signed with an ECC algorithm. Rashid's attack started with a root certificate from Sectigo, the Internet's biggest CA, which previously used the name Comodo. The researcher later modified his attack to use a GlobalSign root certificate. His code made the switch automatic.

The attacker examines the specific ECC algorithm used to generate the root-certificate public key and proceeds to craft a private key that copies all of the certificate parameters for that algorithm except for the point generator. Because vulnerable Windows versions fail to check that parameter, they accept the private key as valid. With that, the attacker has spoofed a Windows-trusted root certificate that can be used to mint any individual certificate used for authentication of websites, software, and other sensitive properties.

The behavior is tantamount to a law enforcement officer who checks someone's ID to make sure it properly describes the person's height, address, birthday, and face but fails to notice that the weight is listed as 250 pounds when the person clearly weighs less than half that.

"It's such a strange bug, because it's like they're only halfway checking something that is at the root of the entire trust system," White said. "It's a core part of the whole chain of trust."

For more detailed technical explanations of the bug, see posts here and here and the Twitter thread here.

**Update 1/16/2020, 1:20 PM California time:** Researches from Kudelski Security have also exploited the bug and provided a fair amount of detail, including attack code, others can use to do the same thing. A second publicly posted exploit is here. Security firm Trail of Bits, meanwhile published this excellent explainer and site that detects if visitors' system remain vulnerable.

## The caveats

As noted earlier, there are several requirements and constraints that significantly raise the bar for Rashid's attack to work in real-world uses by an adversary. The first is that it most likely requires an active man-in-the-middle attack. These types of attacks, which modify data as it passes through networks, may be difficult to carry out. An alternative to an active MitM is to convince a target to click on a fake URL. This method is much easier, but it also requires some targeting. (It wouldn't apply to attacks against websites or other servers that require a certificate from the connecting client.)

The exploit also requires that the target has recently visited a site with a transport layer security certificate that's chained to an ECC-signed root certificate. That's because the root certificate must already be cached by the targeted system. In the event a targeted system doesn't have the root certificate cached, Rashid said, an attacker could still pull off an exploit by adding JavaScript that accesses a site chained to the root certificate.

Another constraint: Chrome uses a mechanism known as certificate pinning for google.com and a variety of other sensitive websites. Pinning requires that the certificate authenticating a website contain a specific cryptographic hash, even if the certificate offered is valid. This measure would prevent exploits from working when they spoofed protected sites.

While installing Tuesday's patch by Microsoft is by far the only reasonable way to prevent attacks, a Google representative said Chrome developers have already distributed a fix in a beta version and will fold the fix into stable versions soon. A word of caution: even with this fix, users of vulnerable Windows versions will still face considerable risk from other attack scenarios.

## A matter of time

Despite the requirements and limitations, the vulnerability is serious. As NSA officials put it in the above-linked advisory:

> The vulnerability places Windows endpoints at risk to a broad range of exploitation vectors. NSA assesses the vulnerability to be severe and that sophisticated cyber actors will understand the underlying flaw very quickly and, if exploited, would render the previously mentioned platforms as fundamentally vulnerable. The consequences of not patching the vulnerability are severe and widespread. Remote exploitation tools will likely be made quickly and widely available. Rapid adoption of the patch is the only known mitigation at this time and should be the primary focus for all network owners.

The vulnerability may not pose as extreme threat as those caused by the Heartbleed flaw in 2014 that allowed attackers to steal private keys, passwords, and other highly sensitive data from hundreds of thousands of vulnerable sites. But because of the breadth of security measures foiled by the Microsoft vulnerability, it's worse even than Apple's critical goto fail flaw, which prevented iOS and macOS systems from detecting invalid TLS certificates served by websites. That makes CVE-2020-0601 one of the most severe vulnerabilities in recent memory.

Windows' automatic update mechanism is likely to have patched vulnerable systems already. For anyone else, fixes for various vulnerable versions are available here. Readers who haven't patched yet should do so immediately.

*Post updated to correct description of certificate pinning and discussion of man-in-the-middle attacks.*





**reader comments**

104 with 69 posters participating, including story author

**Share this story**

- Share on Facebook
- Share on Twitter
- Share on Reddit

Dan Goodin Dan is the Security Editor at Ars Technica, which he joined in 2012 after working for The Register, the Associated Press, Bloomberg News, and other publications.
**Email** dan.goodin@arstechnica.com // **Twitter** @dangoodin001

You must login or create an account to comment.

# Exhibit Q5



































INTERNET ARCHIVE

**WaybackMachine**

Explore more than 396 billion web pages saved over time

06/02/03/james-camerons-project-880-mmorpg-to-precede-the-movie/

Hrm.

Wayback Machine doesn't have that page archived.

Want to search for all archived pages under
www.engadget.com/2006/02/03/james-camerons-project-880-mmorpg-
to-precede-the-movie/?

FAQ | Contact Us | Beta Site Feedback | Terms of Service (Dec 31, 2014)

The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit,
building a digital library of Internet sites and other cultural artifacts in digital form.
Other projects include Open Library & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's Terms of Use.



INTERNET ARCHIVE

Explore more than 396 billion web pages saved over time

oomberg.com/news/articles/2006-02-12/james-camerons-game-theory/

Hrm.

Wayback Machine doesn't have that page archived.
Want to search for all archived pages under
www.bloomberg.com/news/articles/2006-02-12/james-camerons-game-
theory?

FAQ | Contact Us | Beta Site Feedback | Terms of Service (Dec 31, 2014)

The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit,
building a digital library of Internet sites and other cultural artifacts in digital form.
Other projects include Open Library & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's Terms of Use.







Exhibit R5

INTERNET ARCHIVE WayBackMachine | https://en.wikipedia.org/wiki/James_Cameron | Go | JUL **AUG** OCT | ◀ **09** ▶ | 2006 **2007** 2008

863 captures
22 Jan 2004 – 9 Jan 2020

# James Cameron

From Wikipedia, the free encyclopedia

**James Francis Cameron** (born August 16, 1954) is an Academy Award winning Canadian director, producer and screenwriter. He is noted for his action/science fiction films, which are often highly successful financially and innovatively. Thematically, James Cameron's films generally explore the relationship between man and technology. Cameron directed the film *Titanic*, which went on to become the top-grossing film of all time, with a worldwide gross of over US$1.8 billion. He also created the *Terminator* franchise.

## Contents

- 1 Background
- 2 Early career
- 3 Major films
    - 3.1 The Terminator
    - 3.2 Rambo: First Blood Part II
    - 3.3 Aliens
    - 3.4 The Abyss
    - 3.5 Terminator 2: Judgment Day
    - 3.6 True Lies
    - 3.7 Titanic
    - 3.8 Dark Angel
    - 3.9 Current projects
- 4 Awards
- 5 Recurring cast members
- 6 Recurring themes
- 7 Filmography (Director)
- 8 Filmography (Screenwriter)
- 9 Personal life
- 10 Appearances
- 11 Quotes
- 12 References
- 13 External links



**James Cameron**

James Cameron, in 1986

| | |
|---|---|
| **Birth name** | James Francis Cameron |
| **Born** | August 16, 1954 🇨🇦 Kapuskasing, Ontario, Canada |
| **Spouse(s)** | Sharon Williams (1978▪1984) Gale Anne Hurd (1985▪1989) Kathryn Bigelow (1989▪1991) Linda Hamilton (1997▪1999) Suzy Amis (2000▪) |
| **Children** | Josephine Archer Cameron (b.1993) Claire Cameron Quinn Cameron (b.2001) Elizabeth Rose Cameron (b.2006) |
| **Awards** | [show] |

## Background

James Cameron was born in Kapuskasing, Ontario, Canada, to Phillip, an electrical engineer, and Shirley Cameron, an artist. He grew up in Chippawa, Ontario, and in 1971 his family moved to Brea, California. There he studied physics at Cal State-Fullerton, but his passion for filmmaking would draw him to the film archive of UCLA at every opportunity. After seeing the film *Star Wars*, Cameron quit his job as a truck driver to enter the film industry.[1]

## Early career

He started in the film industry as a screenwriter, then moved into art direction and effects for films such as *Battle Beyond the Stars* and *Escape from New York*. Working with producer Roger Corman, Cameron landed his first directorial job in 1981 for the film *Piranha II: The Spawning*, shot at Grand Cayman Island for the underwater diving sequences, and in Rome, Italy for most of the interior scenes. He was originally hired as the special effects director (and his hand in story-writing can be suspected under the H. A. Milton pseudonym on the original script), and took over the direction when the original director left.

## Major films

### The Terminator

During his stay in Rome, he fell ill and had a nightmare about a machine emerging from a fire to kill him. While recovering, Cameron materialized the idea for *The Terminator*. He finally completed a screenplay, and decided to sell it so that he could direct the movie. However, the production companies he contacted, while expressing interest in the project, were unwilling to let a first-time director make the movie. Finally, Cameron found a company called Hemdale Pictures, which was willing to let him direct. His soon-to-be-then-wife, Gale Anne Hurd, who had started her own production company, Pacific Western Productions, had previously worked with Cameron in Roger Corman's company and agreed to buy Cameron's screenplay for one dollar, on the condition that Cameron direct the film. Hurd was signed on as producer, and Cameron finally got his first break as director. Orion Pictures would distribute the film.

Initially, for the role of the Terminator, Cameron wanted someone who wasn't exceptionally muscular, and who could "blend into" a normal crowd. Lance Henriksen, who had starred in *Piranha II: The Spawning*, was considered for the titular role, but when Arnold Schwarzenegger and Cameron first met over lunch to discuss Schwarzenegger playing the role of Kyle Reese, both came to the conclusion that the cyborg villain would be the more compelling role for the Austrian bodybuilder; Henriksen got the smaller part of LAPD detective Hal Vukovich and the role of Kyle Reese went to Michael Biehn. In addition, Linda Hamilton first appeared in this film in her iconic role of Sarah Connor, and later married Cameron.

*The Terminator* was a box-office hit; Cameron had explained to skeptical Orion Pictures executives that the film would be regarded as no more than a cult film, a very large sleeper. It is only a week or so that the film was low-budget ($6.5 million), but it earned over $38 million domestically.

THE INTERNET ARCHIVE WayBackMachine
863 captures
22 Jan 2004 - 9 Jan 2020
◄ 09 ►
2006  2007  2008   About this capture

### *Rambo: First Blood Part II*

During the early 1980s, Cameron wrote three screenplays simultaneously: *The Terminator*, *Aliens*, and the first draft of *Rambo: First Blood Part II*. While Cameron would continue with *The Terminator* and with *Aliens,* Sylvester Stallone eventually took over the script of *Rambo: First Blood Part II*, creating a final draft which differed radically from Cameron's initial version.[2]

### *Aliens*

Cameron next began the sequel to *Alien*, the 1979 film by Ridley Scott. Cameron would name the sequel *Aliens*, and would again cast Sigourney Weaver in the iconic role of Ellen Ripley (the sole survivor from the first film). *Aliens* became a box office success, and Sigourney Weaver received a nomination for *Best Actress* during the 1986 Academy Awards. In addition, the film and its lead actress made the cover of Time Magazine as a result of its breakthrough feminist themes about women in combat. Following the phenomenal hit of the film, Cameron now had more freedom to make whatever project he wanted.

### *The Abyss*

Cameron's next project stemmed from an idea that had come up during a high school biology class. The story of oil-rig workers who discover otherworldly underwater creatures became the basis of Cameron's screenplay for *The Abyss*, which cast Ed Harris, Mary Elizabeth Mastrantonio and Michael Biehn. Made on a budget of about $41 million U.S.,[3] it was considered to be one of the most expensive films of its time, and required cutting-edge effects technology. Because much of the film takes place underwater and the technology wasn't advanced enough to digitally create an underwater environment, Cameron chose to shoot much of the movie "reel-for-real," at depths of up to 40 feet. For creation of the sets, the containment building of an unfinished nuclear power plant was converted, and two huge tanks were utilized. The main tank was filled with 7.5 million gallons of water, and the second 2.5 million gallons. There, the cast and crew would reside for much of the shooting.

*The Abyss* opened on August 9, 1989 and held the number-one slot at the box office for two weeks.[4] It ultimately earned $85.2 million domestically, $46 million in foreign markets[5] and a mostly lukewarm response from critics. Cameron would later release a special edition version of the film in spring of 1993, restoring deleted scenes, including the film's climax as it had been originally conceived. The film was nominated for four Academy Awards; *Best Visual Effects, Best Art Direction, Best Cinematography*, and *Best Sound.* It won for *Best Visual Effects*. After the release of *The Abyss*, Cameron founded his own production company called *Lightstorm Entertainment*, which produced all of his subsequent films.

### *Terminator 2: Judgment Day*

After the success of *The Terminator*, there had always been talks about a sequel to continue the story of Sarah Connor and her struggle against machines from the future. Although Cameron had come up with a core idea for the sequel, and Schwarzenegger expressed interest in continuing the story, there were still problems regarding who had the rights to the story, as well as the logistics of the special effects needed to make the sequel. Finally, in mid-1990, Mario Kassar of Carolco Pictures secured the rights to the sequel, allowing Cameron to greenlight production of the film, now called *Terminator 2: Judgment Day.*

For the film, Linda Hamilton reprised her iconic role of Sarah Connor.[6] In addition, Arnold Schwarzenegger also returned in his role as The Terminator, called the Cyberdyne Systems Model 101, but this time as a protector. Unlike the Model 101, who is made of a metal endoskeleton, the new villain of the sequel, called the T-1000, was a more advanced Terminator made of liquid metal, and with polymorphic abilities. The T-1000 would also be much less bulky than the Model 101. For the role, Cameron cast Robert Patrick, who was a sharp contrast to Schwarzenegger. Cameron explained, "I wanted someone who was extremely fast and agile. If the T-800 is a human Panzer tank, then the T-1000 is a Porsche."

Cameron had originally wanted to incorporate this advanced-model Terminator into the first film, but unfortunately the special effects at the time were not advanced enough. The ground-breaking effects used in *The Abyss* to digitally realize the water tentacle convinced Cameron that his liquid metal villain was now possible.

TriStar Pictures would distribute the film under a locked release date that was only about one year away from when shooting would begin. The movie, which was co-written by Cameron and his longtime friend, William Wisher, Jr., had to go from screenplay to finished film in just that amount of time. Like Cameron's previous film, it was one of the most expensive films of its era, with a budget of about $100 million. The biggest challenge of the movie was the special effects used in creating the T-1000. Nevertheless, the film was finished on time, and released to theaters on July 3, 1991.

*Terminator 2*, or *T2*, as it was abbreviated, broke box-office records (including the opening weekend record for an R-rated film), earning over $200 million domestically, and over $300 million overseas, and became the highest-grossing film of that year. It won four Academy Awards: Best Makeup, Best Sound, Best Sound Effects, and Best Visual Effects.

### *True Lies*

Before the release of *T2*, Schwarzenegger came to Cameron with the idea of making a remake of the French comedy titled *La Totale*. Titled *True Lies*, with filming begun after *T2's* release, the story revolves around a secret-agent spy who leads a double life as a married man, whose wife believes he is a computer salesman. Schwarzenegger would be cast as the secret spy, named Harry Tasker, whose mission in the movie is to investigate and stop a plan by Arab terrorists to use nuclear weapons against the United States. Jamie Lee Curtis would play Schwarzenegger's onscreen wife, with Tom Arnold cast as the secret agent's sidekick.

Cameron's *Lightstorm Entertainment* signed on with Twentieth Century Fox for production of *True Lies*. Made on a budget of $115 million and released in 1994, the film earned $146 million in North America, and $232 million abroad.

### *Titanic*

Cameron expressed interest in the famous sinking of the ship *Titanic*. He decided to script and film his next project based on this event. The picture revolved around a fictional romance story between two young lovers from different social classes who meet onboard the ship's maiden, and final, voyage. Before production began, he took dives to the bottom of the Atlantic and shot actual footage of the ship underwater, which he would insert into the final film.

For the film *Titanic*, Cameron cast Leonardo DiCaprio, Kate Winslet, and Billy Zane. Cameron's budget for the film reached about $200 million, and it became the most expensive movie ever made. Before its release, the film was widely ridiculed for its expense and protracted production schedule.

Released to theaters on December 19, 1997, *Titanic* opened with $28 million on its first weekend. The film's grosses escalated in the next several weeks. *Titanic* was one of very few modern movies to gross more in their second weekend than their first. Its gross increased from $28.6 million to $35.4 million from week 1 to week 2, an increase of 23.8%, unheard of for a wide release, and a testament to the appeal of the movie. This was especially noteworthy, considering that the film's running time of more than three

hours, limited the number of showings each theater could schedule. It held the #1 spot on the box-office charts for months, eventually grossing a total of over $600 million domestically and more than $1.8 billion worldwide. *Titanic* became the highest grossing film of all time. (Adjusting for inflation, the film brought in the sixth-highest domestic (U.S. only) gross of all time.)[17] The CG visuals surrounding the sinking and aftermath of the ship were praised as spectacular. During the 1998 Academy Awards, the film won a record-tying 11 Oscars. Among them were Best Picture and Best Director.

### *Dark Angel*

Cameron had initially next planned to do a film of the comic book character *Spider-Man*, a project developed by Menahem Golan of Cannon Films. Disputes arose focusing on Golan's role in the Carolco project. A screenplay dating back to 1989 exists with Cameron's name appended to it, indicating he worked with a series of writers on the project (John Brancato, Barry [sic: Barney] Cohen, Joseph Goldmari [sic: "Joseph Goldman" is Menahem Golan's pen name] and Ted Newsom), but the script was identical to one presented to Columbia Pictures by Golan in 1988, where the project had been in development. Subsequently, Cameron presented a 45-page *Spider-Man* screen story to Carolco, which bore substantive similarities to a number of earlier screenplay drafts, particularly one written by Ethan Wiley (writer of the film *House* and writer/director of *House 2*). When Carolco went into bankruptcy, the "Cameron material" (*i.e.*, both the multi-author screenplay and the later treatment credited solely to Cameron) was acquired by MGM. MGM in turn sold them to Columbia Pictures in exchange for Columbia dropping their plans to do an alternative James Bond series based on the Kevin McClory Bond material. Columbia hired David Koepp to adapt Cameron's treatment into a screenplay, and Koepp's first draft is taken often word-for-word from Cameron's story, though it was heavily rewritten by Koepp himself, Scott Rosenberg, Alvin Sargent (husband of producer Laura Ziskin), and (allegedly) Ivan Raimi, brother of director Sam Raimi. Columbia preferred to credit David Koepp solely, and none of the various scripts were ever examined by the Writers Guild of America to determine proper credits. Cameron objected, as did a number of the other writers, but Columbia and the WGA prevailed. The Columbia screenplay was credited solely to Koepp.[8]

Cameron instead moved on to television, and created the story of a new superheroine, which was influenced by cyberpunk, current superhero genres, and third-wave feminism:

> After the Sarah Connors and Ellen Ripleys of the eighties, the nineties weren't so kind to the superwoman format -- XENA, WARRIOR PRINCESS excepted. But it's a new millennium now, and while CHARLIE'S ANGELS and CROUCHING TIGER, HIDDEN DRAGON are kicking up a storm on movie screens, it's been down to James Cameron to bring empowered female warriors back to television screens. And tellingly, Cameron has done it by mixing the sober feminism of his TERMINATOR and ALIENS characters with the sexed-up Girl Power of a Britney Spears concert. ... The result is DARK ANGEL ...[9]

Co-produced with Charles H. Eglee, *Dark Angel* starred Jessica Alba as Max Guevara/X5-452, a genetically enhanced transgenic super-soldier created by the super-secretive Manticore organization. It also starred Michael Weatherly as Logan Cale, and noted actor John Savage (of *The Deer Hunter*) as Colonel Donald Michael Lydecker. While a success in its first season, low ratings in the second led to its cancellation. Cameron himself directed the series finale, a two-hour episode wrapping up many of the series' loose ends.

### Current projects

Cameron's recent projects have included undersea documentaries on the *Bismarck* (*Expedition: Bismarck*, 2002) and the *Titanic* (*Ghosts of the Abyss* (2003, in IMAX 3D), and *Tony Robinson's Titanic Adventure* (2005)[10]). He was a producer on the 2002 film *Solaris*, and narrated *The Exodus Decoded*.

Cameron is a leading advocate for stereoscopic digital 3-D films. *Ghosts of the Abyss* was shot in 3-D, as will his next projects, *Avatar*, *The Dive* and an adaptation of the manga series *Battle Angel Alita*.

*Avatar*, previously known as *Project 880*, has an estimated budget of $200 million, is currently in pre-production for a mid-2009 release, and will mark his first feature film since 1997's *Titanic*.[11] It will be almost entirely composed of computer-generated animation, using a more advanced version of the "performance capture" technique used by director Robert Zemeckis in *The Polar Express*.[12] Cameron sees *Battle Angel Alita* as a "three film cycle".[13]

He is also co-rewriting the screenplay for a high-definition 3-D live-action deep-sea-diving drama entitled *James Cameron's Sanctum*, to be produced by himself and directed by Gary Johnstone. *Sanctum* will have a relatively-low starting budget of about $20 million.

In addition, he plans to create a 3-D project about the first trip to Mars. ("I've been very interested in the Humans to Mars movement — the 'Mars Underground' — and I've done a tremendous amount of personal research for a novel, a miniseries, and a 3-D film.")[14] He is on the science team for the 2009 Mars Science Laboratory.[15]

Cameron announced on February 26, 2007, that he, along with his director, Simcha Jacobovici, have documented the unearthing of the Talpiot Tomb, which is alleged to be the tomb of Jesus. Unearthed in 1980 by Israeli construction workers, the names on the tomb are claimed, by Cameron, to correlate with the names of Jesus and several individuals closely associated with him. Cameron further claims to have DNA tests, archaeological evidence, and Biblical studies to back up his claim.[16] The documentary, named *The Lost Tomb of Jesus*, was broadcast on the Discovery Channel on March 4, 2007

Marilyn Manson have made a 3D video for the first single from their new album "Eat Me, Drink Me", "Heart-Shaped Glasses", which is an extract from a 3D horror movie which Manson will continue filming at the beginning of 2008 with James Cameron.

## Awards

Cameron received the Bradbury Award from the Science Fiction and Fantasy Writers of America in 1991 — but, being primarily thought of as a genre filmmaker, he did not receive any major mainstream filmmaking awards prior to *Titanic*. With *Titanic*, Cameron received the Academy Awards for Best Editing (shared with Conrad Buff IV and Richard A. Harris), Best Picture (shared with John Landau), and Best Director.

In recognition of his contributions to underwater filming and remote vehicle technology, the University of Southampton awarded Cameron the honorary degree of Doctor of the University. Cameron received his degree in person at the graduation ceremony in July, 2004.

## Recurring cast members

Cameron often casts certain actors more than once in his films. Cameron has mostly worked with Bill Paxton in *The Terminator*, *Aliens*, *True Lies*, *Titanic* and *Ghosts of the Abyss*. Michael Biehn was also in *The Terminator*, *Aliens*, *The Abyss* and a deleted scene from *Terminator 2: Judgment Day*. Lance Henriksen appeared in *Piranha II: The Spawning*, *The Terminator*, *Aliens*, and narrated *Expedition: Bismarck*. Jenette Goldstein appeared in *Aliens*, *Terminator 2: Judgment Day* and *Titanic*. In addition to starring in the *Terminator* films, Arnold Schwarzenegger also starred in *True Lies*. In February 2007 Sigourney Weaver was cast for Cameron's upcoming film *Avatar* after having worked with him on *Aliens* as lead actress.

INTERNET ARCHIVE  em https://en.wikipedia.org/wiki/James_Cameron    Go    JUL  AUG  OCT
WaybackMachine                                                          ◄ 09 ►
863 captures                                                         2006  2007  2008
Cameron has been concerned with the prospects of nuclear holocaust, a theme on        ► About this capture

While *The Abyss* dealt with deep sea exploration (shot on a studio set), Cameron himself became an expert in the field of deep sea wreckage exploration exploring the wreckage of *Titanic* and *Bismarck*.

## Filmography (Director)

| Year | Title | Genre | Other notes | Estimated Budget |
|------|-------|-------|-------------|------------------|
| 1978 | *Xenogenesis* | Sci-Fi | with Randall Frakes (co-director) | |
| 1981 | *Piranha II: The Spawning* | Horror | | |
| 1984 | *The Terminator* | Sci-Fi / Action / Horror | | $ 6,400,000 USD |
| 1986 | *Aliens* | Sci-Fi / Action / Horror | | $ 18,500,000 USD |
| 1989 | *The Abyss* | Sci-Fi | | $ 41,000,000 USD |
| 1991 | *Terminator 2: Judgment Day* | Sci-Fi / Action | | $ 92,000,000 USD |
| 1994 | *True Lies* | Action / Comedy | | $ 120,000,000 USD |
| 1996 | *T2 3-D: Battle Across Time* | Sci-Fi / Action | with John Bruno & Stan Winston (co-directors) | $ 60,000,000 USD |
| 1997 | *Titanic* | Disaster / Drama / Romance | | $ 200,000,000 USD |
| 2000–2002 | *Dark Angel* | Television drama | | |
| 2002 | *Expedition: Bismarck* | Documentary | | |
| 2003 | *Ghosts of the Abyss* | Documentary / 3-D | | |
| 2005 | *Aliens of the Deep* | Documentary / 3-D | | |
| 2007 | *Heart-Shaped Glasses (When the Heart Guides the Hand)* | Music video / 3-D | directed with Marilyn Manson | |
| 2009 | *Avatar* | Sci-Fi / 3-D | filming | $200,000,000 USD |
| TBA | *Battle Angel* | Sci-Fi / 3-D | pre-production | |
| TBA | *The Dive* | Drama | | |

## Filmography (Screenwriter)

| Year | Title | Genre | Other notes |
|------|-------|-------|-------------|
| 1978 | *Xenogenesis* | Sci-Fi | with Randall Frakes (co-writer) |
| 1984 | *The Terminator* | Sci-Fi | with Gale Anne Hurd (co-writer) |
| 1985 | *Rambo: First Blood Part II* | Action | with Sylvester Stallone (co-writer) |
| 1986 | *Aliens* | Sci-Fi | |
| 1989 | *The Abyss* | Sci-Fi | |
| 1991 | *Point Break* | Action / Drama | with Kathryn Bigelow (co-writer) |
| 1991 | *Terminator 2: Judgment Day* | Sci-Fi | with William Wisher Jr. (co-writer) |
| 1994 | *True Lies* | Action / Comedy | |
| 1995 | *Strange Days* | Sci-Fi / Drama | with Jay Cocks (co-writer) |
| 1996 | *T2 3-D: Battle Across Time* | Sci-Fi / Action | with Gary Goddard & Adam J. Bezark (co-writers) |
| 1997 | *Titanic* | Disaster / Drama / Romance | |
| 2000–2002 | *Dark Angel* | Television drama | (pilots) |
| TBA 2008 | *James Cameron's Sanctum* | Drama / 3-D | with John Garvin (co-writer) |
| 2009 | *Avatar* | Sci-Fi / 3-D | |
| CBA | *Battle Angel* | Sci-Fi / 3-D | |

He also wrote early drafts of *Spider-Man* and *X-Men* and had input into *Alien Nation*. He is also credited with giving the *Predator* character the dreadlock-look, after sharing ideas with Stan Winston. His screenplay for *A Crowded Room*, a thriller about a person suffering from DID, eventually became a casualty of the long pre-production nightmare. A heavily-rewritten screenplay to *The Crowded Room* is currently being produced under the direction of Joel Schumacher.

## Personal life

Cameron has been married five times: Sharon Williams (1978-1984), Gale Anne Hurd (1985-1989), Kathryn Bigelow (1989-1991), Linda Hamilton (1997-1999, one daughter), Suzy Amis (2000-, one son, two daughters).

He is also a member of the Mars Society and is a 33rd degree Freemason.[3] (https://web.archive.org/web/20070809080529/http://www.mt.net/~watcher/jamescameronconspiracy.html)

He has been described by one collaborator, author Orson Scott Card, as selfish and cruel. When asked about working with Cameron on the novelization of *The Abyss*, Card said the experience was "Hell on wheels. He was very nice to me, because I could afford to walk away. But he made everyone around him miserable, and his unkindness did nothing to improve the film in any way. Nor did it motivate people to work faster or better. And unless he changes his way of working with people, I hope he never directs anything of mine. In fact, now that this is in print, I can fairly guarantee that he will never direct anything of mine. Life is too short to collaborate with selfish, cruel people."[17]



Cameron has previously expressed admiration for *The (London) Independent* compares him with the tyrannical Attila the Hun: "[T]he man is also built to count", a nickname to who colleagues have come to fear his habit of straying way over schedule and over budget. He is notorious on set for his uncompromising and dictatorial manner, as well as his flaming temper - he's been called the film-making equivalent of Attila the Hun."[18]

## Appearances

- *Entourage*
- *The Muse*
- *Saturday Night Live*

## Quotes

- "I think the most important thing if you're an aspiring film-maker is to get rid of the 'aspiring'... You shoot it, you put your name on it, you're a film-maker. Everything after that, you're just negotiating your budget."[19]
- "I love working with 3-D cameras. I don't want to go back to shooting on film. I don't want to go back to shooting in 2-D"[20]

## References

1. ^ *The Force Is With Them: The Legacy of Star Wars*, 2004
2. ^ http://www.amazingcameron.com/biography.html
3. ^ Paula Parisi, *Titanic and the Making of James Cameron*, 1998, pg. 19
4. ^ Paula Parisi *Titanic and the Making of James Cameron*, 1998, pg. 167
5. ^ Paula Parisi, *Titanic and the Making of James Cameron*, 1998, pg. 224
6. ^ http://www.ew.com/ew/report/0,6115,314767_7%7C14651%7C%7C7C0_0_,00.html
7. ^ http://www.boxofficereport.com/atbon/adjusted.shtml
8. ^ http://www.hollywood.com/news/detail/id/311891
9. ^ http://www.darkangelfan.com/news/254.shtml
10. ^ *Titanic Adventure* (2005) (TV)
    (https://web.archive.org/web/20070809080529/http://www.imdb.com/title/tt0497987/) at IMDb
11. ^ Cameron To Direct First Movie in 10 Years
    (https://web.archive.org/web/20070809080529/http://www.imdb.com/news/wenn/2007-01-10/#2) . IMDb (2007-01-10). Retrieved on 2007-01-10.
12. ^ Harry Knowles (2007-01-09). Harry interviews James Cameron regarding AVATAR - No, Not that one, The One You're Dying To See! - Part 1!
    (https://web.archive.org/web/20070809080529/http://www.aintitcool.com/node/31191) . Ain't It Cool News. Retrieved on 2007-01-10.
13. ^ Harry Knowles. "Harry talks to James Cameron, Cracks PROJECT 880, the BATTLE ANGEL trilogy & Cameron's live shoot on Mars!!!

14. ^ (https://web.archive.org/web/20070809080529/http://www.aintitcool.com/display.cgi?id=22599) ", Ain't It Cool News, 2006-02-28. Retrieved on 2007-01-10.
14. ^ James Cameron's Mars Reference Design
    (https://web.archive.org/web/20070809080529/http://www.astrobio.net/news/article813.h . *Astrobiology Magazine* (2004-01-30). Retrieved on 2007-01-10.
15. ^ http://www.msss.com/msl/team.html
16. ^ Jesus : Tales From The Crypt
    (https://web.archive.org/web/20070809080529/http://time-blog.com/middle_east/2007/02/jesus_tales_from_the_crypt.html) . *Time Middle East Blog* (2007-02-24). Retrieved on 2007-02-24.
17. ^ Author Chat Transcript, Barnes and Noble, August 31, 1999, [1]
18. ^ Andrew Gumbel, "The Return of James Cameron," *The (London) Independent*, Jan 11, 2007 [2]
    (https://web.archive.org/web/20070809080529/http://www.findarticles.com/p/articles/mi .
19. ^ James Cameron Interview
    (https://web.archive.org/web/20070809080529/http://film.guardian.co.uk/interview/interv . The Guardian (2003-03-13). Retrieved on 2007-01-31.
20. ^ Jensen, Jeff (2007-01-10). Great expectations
    (https://web.archive.org/web/20070809080529/http://www.ew.com/ew/article/0,,200079.. print) . *EW.com*. Entertainment Weekly. Retrieved on 2007-01-31.

## External links

- James Cameron (https://web.archive.org/web/20070809080529/http://www.imdb.com/name/nm0000116/) at the Internet Movie Database
- The Exodus Decoded (https://web.archive.org/web/20070809080529/http://theexodusdecoded.com/index1.jsp)
- Life's Abyss and Then You Die (Interview with James Cameron from the L.A. Weekly) (https://web.archive.org/web/20070809080529/http://www.dareland.com/emulsionalproblems/abyss.htm) by Michael Dare
- Bones of Jesus found, Canadian documentary claims (https://web.archive.org/web/20070809080529/http://www.cbc.ca/world/story/2007/02/26/jesus-tomb.html)

| Awards | | |
|---|---|---|
| Preceded by **Anthony Minghella** for *The English Patient* | **Academy Award for Best Director** 1997 for *Titanic* | Succeeded by **Steven Spielberg** for *Saving Private Ryan* |
| Preceded by **Milos Forman** for *The People Vs. Larry Flynt* | **Golden Globe Award for Best Director - Motion Picture** 1998 for *Titanic* | Succeeded by **Steven Spielberg** for *Saving Private Ryan* |

| | |
|---|---|
| 🍁 **Cinema of Canada** | [show] |
| **Films Directed by James Cameron** | [show] |

Retrieved from "http://en.wikipedia.org/wiki/James_Cameron"

Categories: American film directors | Best Director Academy Award winners | Best Director Golden Globe | American film editors | Special effects people | Naturalized citizens of the United States | People from Niagara Falls, Ontario | 1954 births | Living people | English-language film directors | Canadian immigrants to the United States | Canadian film directors

- This page was last modified 19:33, 8 August 2007.
- All text is available under the terms of the GNU Free Documentation License. (See Copyrights for details.)
  Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a US-registered 501(c)(3) tax-deductible nonprofit charity.

# Exhibit S5

# Carbon Dating The Web

Predict the Birthday of a Webpage!

www.aintitcool.com/node/

Carbon Date!

Estimated creation date: 2007-11-10T03:51:04

```
{
  "self": "http://carbondate.cs.odu.edu/cd/www.aintitcool.com/node
  "uri": "http://www.aintitcool.com/node/",
  "estimated-creation-date": "2007-11-10T03:51:04",
  "earliest-sources": [
    "web.archive.org"
  ],
  "sources": {
    "archive.md": {
      "uri-m": "http://archive.md/20071110035106/http://www.aintit
      "memento-datetime": "2007-11-10T03:51:06",
      "memento-pubdate": "2007-11-10T03:51:06",
      "earliest": "2007-11-10T03:51:06"
    },
    "web.archive.org": {
      "uri-m": "http://web.archive.org/web/20071110035106/http://v
      "memento-datetime": "2007-11-10T03:51:04",
      "memento-pubdate": "",
      "earliest": "2007-11-10T03:51:04"
    },
    "wayback.vefsafn.is": {
      "uri-m": "http://wayback.vefsafn.is/wayback/20120324013624/h
      "memento-datetime": "2012-03-24T01:36:24",
      "memento-pubdate": "",
      "earliest": "2012-03-24T01:36:24"
    },
    "bing.com": {
      "earliest": ""
    },
    "bitly.com": {
      "earliest": "2010-05-05T15:14:00"
    },
    "google.com": {
      "earliest": "2013-11-18T23:59:59"
    },
    "last-modified": {
      "earliest": ""
    },
    "pubdate": {
      "earliest": ""
    },
    "twitter.com": {
      "earliest": ""
```

# Exhibit T5



# Exhibit U5

**Harry interviews James Cameron regarding AVATAR - Part 1!**

Published at:  Jan 15, 2007 11:20:52 PM CST

Hey folks, Harry here… Today was a weird day. I was out shopping for my fiancee's birthday and our upcoming 1 year anniversary – when suddenly my cel phone began letting out with "When you Wish Upon A Star," – the screen read that it was originating from California – and the voice stated it was Jon Landau of Lightstorm Entertainment.

OOOOO. K.

We exchange niceties – and Jon moves on to the business at hand. Seems that Fox had just announced and released a press release stating that they had formally greenlit AVATAR – big duh – they've only been shooting stuff on secret stages that only our spies know about for the past 4 months… but whatever, I suppose their stocks needed a lift. But whatever the case may be, Jon was calling to give me fair warning that James Cameron wanted to talk to me later today. No set time mind you, just… later today.

Ok – so it was at this point that I put off the shopping till tomorrow – and I got back home to all my recording whiz bang stuff – hooked the cel phone up to my robotic secretary that looks like Maria from METROPOLIS and waited for Jim's call. This was approximately 3:58pm.

When given this kind of heads up – you quite the liquids and you don't eat. Nothing can take you away from your post. You must be alert, ready – diligent. Finally – the cuckoo struck Seven and Fincher was nowhere in sight. BUT – the phone rang… and James Cameron was on the line…

Jim – Hello

Harry – Hey, Jim how're you?

Jim – Good, Harry how're you?

Harry – Oh, good.

Jim – You believe it's me this time, it's not one of your friends pulling a prank on ya.

Laughs

Harry – Nah, I definitely recognize your voice.

Jim – Alright (chuckles) Good. So we're doing this little movie, AVATAR, which you got the scoop on.

Harry – Absolutely.

Jim – So now it's time to tell the rest of the world about it. So is there anything you'd like to know that hasn't gone out in the press release?

Harry – Why so long? Why is this going to take till 2009?

Jim – Well – it's the photorealism. You know, in terms of my 'gung ho' directing, I'll be done in terms of a cut of the picture by… um… probably November of this year.

And then the rest of the time after that, which is going to be like a year and a half is just going to be me working with the effects guys day in and day out to get the visual caliber up to the highest level.

Harry – Now, while your doing the Visual Effects work on this, will you be doing any work on BATTLE ANGEL..

Jim – Probably, Yeah, I'll probably be sliding into PRE on Battle Angel during that time, it's hard for me to know, until I've gone through the process to know what my time management is going to be capable of. You know, if I spend 5 hours a day doing Visual FX, which is probable, that will leave me time to do Battle Angel.

If it winds up being 8 hours a day. NO. But I can't answer that for right now. I'm hoping to telescope Pre on Battle Angel into post on Avatar. Which has always been the plan.

Harry – If you would, explain to my audience why it takes this amount of time to achieve photorealism, because don't we get that in a faster turn around on films today – or is that just not up to the photorealistic standards you're setting for this picture?

Jim - You do. Well you do, but part of. You know – we're working with Weta which is a smaller company. They don't THROW people at it. They'd rather do it with the same 150 artists that really know the characters, which relatively speaking, is a smaller team than ILM or somebody like that, which might throw 300 or more seats at it for a period of time. And I think that that is actually good. It helps with the cost and it helps with the quality. AND it helps with the character. The characters will be consistent throughout.

The creatures are all animated. The humanoid characters, I think you know a little about the story – you have the Na'vis as the kind of indigenous peoples are going to be played by actors and their performances will be baked in by the performance capture process, so the animators will have less to do there other than to tweak and massage and to work on the hair and the physics of the clothing and that sort of thing to make it all real and to work on the lighting.

Ya know, but you have a lot of animation that has to be done with all the creature characters in the film. So I'm really looking forward to that part of it – and that's all in post. Although we have had some success with doing some of the creatures using performance capture which is kinda wacky in how much you can do with a human performer. We have these flying creatures called Banshees, and we've been trying performance capture with the Banshees and it has been working… ya know, how they land, how they crash, how they get shot

Harry – What do you performance capture to get a flying creature?

Jim – You get a creature guy and you give him a wand in each hand that corresponds to his wingtips and you get him to think like a pterodactyl and it actually works, though the targeting is a little strange some times. But it works or at least it works ENOUGH that I can compose the kind of shots I want, so I'm not just composing with negative space for something that just gets added later.

Harry – How much of this is Performance Capture versus from scratch animation?

Jim – Well – Like I said it's gonna divide.. or bifurcate on whether it's a humanoid or non-human creature. The Banshees and the other creatures are going to be about 90% or 95% animated. And with the humanoids hopefully we're going to be coming down to 95% capture with the exception of ears and like I said clothing and hair and stuff like that.

Harry – How far along are you on the casting process, I saw that you had Sam Worthington and Zoe Saldana…

Jim – Pretty far – Pretty far. Well Sam is a big milestone for us. Because the studio was equivocating for a long time about making this with a star, even though originally it was conceived as a non-star film. I think there was a moment kinda towards the end of their due diligence process that made them want a Star.

Harry – What was it about Sam that made you want to pull him in?

Jim – Well, we found Sam about six months ago now. I was familiar with him from before, he came in and read for me and I just really liked him. He has a quality.

You know how Russell Crowe has this kinda innate strength about him and how in GLADIATOR men would follow him into hell. Well Jake (Sully the character) needs to have that and for a young guy. And most of these young guys, they're either physical, meaning that they're like buff handsome guys who are pretty good actors; or they have a kind of vulnerability that they can reach, but very few of them know how to stand up and be a man.

Ya know, in the old school way – in the way that MEN will respond to. It's fine for a guy to be attracted to women, but I need the male audience to respond to this guy and say , "Yeah, I see why people would follow him." So ultimately he becomes this messianic leader who leads them into battle… in the old school Edgar Rice Burroughs, Rudyard Kipling, H. Rider Haggard way. Where a guy kinda wanders into a situation in another culture, then rises through the ranks – or whatever – a Lawrence of Arabia kinda of story.

Usually the guy has a military background, usually he is disillusioned or broken in some sort of way. It fits that kinda profile and Sam hits all those beats beautifully. He's just a really good actor.

Harry – What made y'all want to announce to the world right now with names like Sam Worthington and Zoe Saldana – I mean will there be more recognizable names attached in parts?

Jim – Yeah. I think the studio just wanted to state that "we're doing this film" There will be additional casting announcements coming up.

I still have to cast – ya know – I don't know if you remember from the treatment – but some of the characters have been retained like (couldn't hear this name) – so some of the major nemeses are yet to be cast. We still haven't cast Grace yet, you know, who becomes his ally and she runs the, in the new script she runs the Avatar program.

So yes, I think there will be some significant casting announcements coming up. The studio just wanted to drive a stake in the ground and say "We're doing this, Watch out Summer 2009, don't plan your big summer movie on Memorial day Mr Spielberg or Disney or whatever.

Harry – Take us through what you're aiming for – for the visual texture of this film.

Jim - Well, it's Photorealism, but I think that doesn't mean it won't have a cinematic style … and whatever Cinematic style that we adopt – and there's still some testing to be done there – it has to work equally well in shooting HD DIGITAL STEREO and with CG. So whether it is a hard light look or something soft with some diffusion or whatever kinda color treatment it is… whatever we decide on as our look – that kind of look up table has to work for the digital cameras as well as the cg stuff so that the audience really feels they're watching one seamless thing. People should not be thinking that was live action and that was CG.

Harry – How early will you tease us with an image?

Jim – That's a good question, because what happens is there's an awful big flurry of activity for like a year and you finally get one shot that you like and then after that another 1500 shots have to come in batches of hundreds. I would think that realistically it'd be SHOWEST of 07 – I'm sorry – of SHOWEST of 08

Harry – Wow

Jim – Yeah, that's ok – that's just 14 months away – and by the way – that's still 14 months before release.

Harry – (laughs) Yeah, it's just curious to see…

{loud noises in the background – Jim yells, "Yeah?" "Hang on a second" – then silence – and suddenly one word is heard, "FIRE" then silence… then "Let me finish up this call" Loud noises in background}

Jim – Hey, Harry?

Harry – Yeah?

Jim – Let me give you a call back. Apparently we have a fire about a half mile away and in dry Malibu with the winds blowing – We're kinda all assholes and elbows here. I'll call when I know.

Harry – Alright, be safe.

Jim – Alright – bye.

And with that – Jim was gone. According to the L.A. Times a fire raged through Malibu last night through a "celebrity enclave" – Let's hope that Jim and all his people are ok – and that the fire was controlled before damaging anything of his.

I haven't heard from Jim since, but hopefully later today we'll reconnect given everything is ok, but for now… Man – I'm fucking jones'd to see this sucker. 2009 isn't that far away – after all – it is 2007 – we're already living in the future – and this film is in the not-so-distant future.

# Exhibit V5



Exhibit W5



87 captures
11 Jan 2007 - 3 Dec 2019

JUL **AUG** OCT
◀ **22** ▶
2007 **2008** 2009

Source: 20th Century Fox                                          January 9, 2007

Academy Award®-winning filmmaker James Cameron begins principal photography on *Avatar* - his first feature directorial effort since *Titanic* - in April 2007 for a summer 2009 release, it was announced today by Fox Filmed Entertainment Chairmen Jim Gianopulos and Tom Rothman.

Utilizing a blend of live-action photography and new virtual photorealistic production techniques invented by Cameron's team, *Avatar* will offer audiences a unique cinematic experience. It is the story of a wounded ex-marine, thrust unwillingly into an effort to settle and exploit an exotic planet rich in bio-diversity, who eventually crosses over to lead the indigenous race in a battle for survival. It thus again combines the elements of massive spectacle and intimate character that made *Titanic* the highest grossing film of all time; a title it still holds by over three quarters of a billion dollars.

For *Avatar*, Cameron will use revolutionary image-based performance capture techniques, and a real-time virtual camera system, to create new CG worlds and blend them with dramatic performances and live action in ways never before possible.

*Avatar* is written by Cameron from an idea he nurtured for over a decade, while working on the technology necessary to realize its wholly imagined world. A return to the action adventure sci-fi genre that made him famous, *Avatar* is also an emotional journey of redemption and revolution. It is the story of a wounded ex-marine, thrust unwillingly into an effort to settle and exploit an exotic planet rich in bio-diversity, who eventually crosses over to lead the indigenous race in a battle for survival. It thus again combines the elements of massive spectacle and intimate character that made *Titanic* the highest grossing film of all time; a title it still holds by over three quarters of a billion dollars.

Just as he did with the then little known Leonardo DiCaprio, Cameron wanted a new face to portray the lead, Jake Sully. Having searched around the world and screen tested a number of emerging young actors, Cameron has chosen the young Australian Sam Worthington, a rising star who has been recognized by The Australian Film Institute and The Film Critics Circle of Australia, in his homeland from such work as *Somersault* and *Dirty Deeds*. Zoe Saldana (**The Terminal, Pirates of the Caribbean: Curse of the Black Pearl**) will portray the local woman Jake first betrays, then loves. Both actors have signed on for possible future installments as well, as *Avatar* is conceived as a potential franchise. Other casting will be announced shortly.

Said Cameron, "For me, as a lifelong fan of science fiction and action, 'Avatar' is a dream project. We're creating an entire world, a complete ecosystem of phantasmagorical plants and creatures, and a native people with a rich culture and language. The story is both epic and emotional. The two things that make this film even possible are pioneering advances in CG effects and performance capture, as well as my 22 year relationship with Fox, since only with great trust can you operate so close to the cutting edge. I plan to honor that relationship by bringing them a winner, And I have the team to do it, the best team of artists and technicians I've ever been privileged to work with. This one's going to be a grand adventure."

"Every year, our business makes hundreds of films, most of which come and go. But a Jim Cameron film is different," said Tom Rothman and Jim Gianopulos, "Jim's movies raise the bar, both in storytelling and use of technology, 'Avatar' will do so again. The world he has created is breathtaking and the action breathless. It will take two more years, but in the summer of 2009, 'Avatar' will be a seismic change in the movie going experience."

The film's new image-based process of facial performance capture will get all the subtle nuances of the actors' performances. The virtual camera system will allow Cameron to work intimately with the cast while seeing in real-time, as each scene evolves, the computer generated worlds and characters. This revolutionary approach allows Cameron to direct scenes with CG characters and environments exactly as he would on a live action set.

The edited performances and scenes, incorporating Cameron's hands-on camera moves, will be turned over to Peter Jackson's Oscar-winning visual effects house Weta Digital ("The Lord of the Rings" trilogy). Weta's artists will incorporate new intuitive CGI technologies to transform the environments and characters into photorealistic 3D imagery that will transport the audience into the alien world rich with imaginative vistas, creatures and characters.

*Avatar* is produced by Cameron and Jon Landau for Cameron's Lightstorm Entertainment. Principal photography will take place in and around Los Angeles, and in New Zealand. Live action will be shot using the proprietary FUSION digital 3D camera system developed by Cameron and Vince Pace.

*Avatar* is the latest creative partnership between Cameron and Twentieth Century Fox, one of the most successful filmmaker-studio alliances in motion picture history. Cameron and Fox joined forces in 1985 for **Aliens**, which became a sci fi classic. Next came **The Abyss**, which revolutionized visual effects technology; and **True Lies**, a blockbuster starring Arnold Schwarzenegger. In 1996, Fox greenlighted Cameron's **Titanic**, which became the most successful film in history, and won a record-breaking eleven Academy Awards, including Best Picture.

ShareThis  |  0 comments  |  Add a comment

**RELATED ARTICLES**

Disney Announces Slate of 10 Animated Pics Through 2012
Keira Knightley is My Fair Lady
George Lucas to Turn Star Wars Saga into 3D
Worthington to Star in Terminator Salvation
Terminator Salvation Set for May 22, 2009 Release

**Latest Headlines**

Can the *Warcraft* Movie Look Like this Please?
Nicolas Cage Boards Vaughn's *Kick-Ass*
Update: *Quantum of Solace* Moved Back a Week
Exclusive *Ping Pong Playa* Clip
Guy Ritchie Talks *Sherlock Holmes*
SCI FI Greenlights *Stargate Atlantis* Movie
NBC's *LAPD* Cast Comes Together
Favreau Gets to Work on *Iron Man 2*
EXCL: *The Nightmare Before Christmas* Bonus Clip & Photos!
Daniel Radcliffe Talks *Harry Potter*
Ben Affleck to Star in Judge's *Extract*
More *Kick-Ass* Updates

**Most Active**

Can the *Warcraft* Movie Look Like this Please?
17 new posts | 17 total posts

Nicolas Cage Boards Vaughn's *Kick-Ass*
7 new posts | 7 total posts

Daniel Radcliffe Talks *Harry Potter*
6 new posts | 52 total posts

Update: *Quantum of Solace* Moved Back a Week
3 new posts | 37 total posts

SCI FI Greenlights *Stargate Atlantis* Movie
3 new posts | 3 total posts

NBC's *LAPD* Cast Comes Together
2 new posts | 2 total posts

WB's Motion to Dismiss *Watchmen* Lawsuit Denied
2 new posts | 56 total posts

Guy Ritchie Talks *Sherlock Holmes*
2 new posts | 2 total posts

Disaster Movie
1 new posts | 150 total posts

Monsters vs. Aliens
1 new posts | 26 total posts

The Dark Knight
1 new posts | 679 total posts

High School Musical 3: Senior Year
1 new posts | 236 total posts

# Exhibit X5

Wayback Machine

DONATE

Explore more than 406 billion web pages saved over time

http://www.ayrshirepost.net/ayrshire-news/local-news-ayrs hire/ayr-news/2008/10/10/from-ayrshire-to-hollywc    ✕

## Hrm.

Wayback Machine doesn't have that page archived.
Want to search for all archived pages under
http://www.ayrshirepost.net/ayrshire-news/local-news-ayrs hire/ayr-
news/2008/10/10/from-ayrshire-to-hollywood-for-cavalcade-legend-
102545-21986750/?

FAQ | Contact Us | Beta Site Feedback | Terms of Service (Dec 31, 2014)

The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit,
building a digital library of Internet sites and other cultural artifacts in digital form.
Other projects include Open Library & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's Terms of Use.

# Exhibit Y5

# *Kick-Ass* (film)

***Kick-Ass*** is a 2010 superhero black comedy film based on the comic book of the same name[a] by Mark Millar and John Romita, Jr. which was published by Marvel Comics. The film was directed by Matthew Vaughn, who produced with Brad Pitt and co-wrote the screenplay with Jane Goldman. The film was produced in Toronto, Ontario, Canada. Its general release was on 25 March 2010 in the United Kingdom and on 16 April 2010 in the United States. It is the first installment of the *Kick-Ass* film series.

It tells the story of an ordinary teenager, Dave Lizewski (Aaron Johnson), who sets out to become a real-life superhero, calling himself "Kick-Ass". Dave gets caught up in a bigger fight when he meets Big Daddy (Nicolas Cage), a former cop who, in his quest to bring down the crime boss Frank D'Amico (Mark Strong) and his son Red Mist (Christopher Mintz-Plasse), has trained his eleven-year-old daughter (Chloë Grace Moretz) to be the ruthless vigilante Hit-Girl.

Despite having generated some controversy for its profanity and violence performed by a child, *Kick-Ass* was well received by both critics and audiences. In 2011 it won the Empire Award for Best British Film. The film has gained a strong cult following since its release on DVD and Blu-ray. A sequel, written and directed by Jeff Wadlow and produced by Vaughn, was released in August 2013, with Johnson, Mintz-Plasse, and Moretz reprising their roles. In 2018, Vaughn announced his intentions to open up Marv Studios and reboot the series.

## Contents

**Plot**
**Cast**
**Production**
    Development
    Filming
**Controversy**
    Ratings
**Reception**
    Box office
    Critical response

| Kick-Ass | |
|---|---|
|  Theatrical release poster | |
| **Directed by** | Matthew Vaughn |
| **Produced by** | Matthew Vaughn |
| | Brad Pitt |
| | Kris Thykier |
| | Adam Bohling |
| | Tarquin Pack |
| | David Reid |
| **Screenplay by** | Jane Goldman |
| | Matthew Vaughn |
| **Based on** | *Kick-Ass* by Mark Millar John Romita Jr. |
| **Starring** | Aaron Johnson |
| | Christopher Mintz-Plasse |
| | Mark Strong |

Accolades
**Release**
   Home media
**Video games**
**Sequel**
**See also**
**Notes**
**References**
**External links**

# Plot

Dave Lizewski is an ordinary teenager who lives in Staten Island, New York. Inspired by comic books, Dave plans to become a real-life superhero. He purchases and modifies a scuba diving suit, and arms himself with batons. During his first outing, he gets stabbed and then hit by a car. After recovering, he gains a capacity to endure pain and enhanced durability due to having some bones replaced with metal.

In his absence from school, a rumor spreads that he is gay. As a result, his longtime crush, Katie Deauxma, immediately attempts to become his friend. Unhappy with the misunderstanding, Dave nevertheless appreciates the opportunity to get closer to Katie.

Dave returns to crime-fighting and gains notoriety after saving a man from a gang attack. Calling himself "Kick-Ass", he sets up a Myspace account where he can be contacted for help. Responding to a request from Katie, he confronts a drug dealer, Rasul, who has been harassing her. At Rasul's place, Kick-Ass is quickly overwhelmed by Rasul's thugs. Before they can kill him, two costumed vigilantes, Hit-Girl and her father, Big Daddy, intervene, easily slaughter the thugs and leave with their money. After coming home, Dave realizes he is in over his head, and plans to give up crime-fighting. However, Hit-Girl pays him a visit and encourages him.

Big Daddy's real identity is Damon Macready, formerly an honest cop. Framed by Mafia boss Frank D'Amico, he was jailed. His wife committed suicide, leaving behind his daughter Mindy. Against the protest of his former partner Marcus Williams, Damon trains himself and Mindy as preparation for getting revenge on Frank. They have been undermining Frank's operations by raiding his warehouses, robbing his money and destroying his drugs.

|  |  |
|---|---|
| | Chloë Grace Moretz |
| | Nicolas Cage |
| **Music by** | John Murphy |
| | Henry Jackman |
| | Marius de Vries |
| | Ilan Eshkeri |
| **Cinematography** | Ben Davis |
| **Edited by** | Pietro Scalia |
| | Jon Harris |
| | Eddie Hamilton |
| **Production company** | Marv Films[1] |
| | Plan B Entertainment[1] |
| **Distributed by** | Lionsgate[1] (United States) |
| | Universal Pictures (International) |
| **Release date** | 26 March 2010 (United Kingdom) |
| | 16 April 2010 (United States) |
| **Running time** | 117 minutes[2] |
| **Country** | United Kingdom United States[3] |
| **Language** | English |
| **Budget** | $28-30 million[4][5] |
| **Box office** | $96.2 million[5] |

Frank believes Kick-Ass is responsible for the attacks and targets him, impulsively killing a party entertainer who is dressed like Kick-Ass. Frank's son, Chris, suggests a different approach. He poses as a new vigilante, "Red Mist", and befriends Kick-Ass. He plans to lure Kick-Ass into Frank's lumber warehouse and unmask him. However, they find the warehouse on fire and Frank's men dead. Red Mist retrieves a hidden camera he earlier placed in the warehouse, and sees recorded footage of Big Daddy killing the men and burning the warehouse. Red Mist and Kick-Ass part ways. D'Amico watches the footage and learns of Big Daddy and Hit-Girl.

Following the event, Dave decides to quit being Kick-Ass. He reveals his identity to Katie, and clears up the misunderstanding about him being gay. She forgives him and becomes his girlfriend. However, Red Mist contacts him again, and tricks him into revealing Big Daddy and Hit-Girl's location. At one of Big Daddy's safe houses, Red Mist shoots Hit-Girl out of a window, and Frank's men capture Big Daddy and Kick-Ass.

Frank intends to have his thugs torture and execute his captives in a live Internet broadcast. While Kick-Ass and Big Daddy are being beaten by Frank's gangsters, Hit-Girl, having survived the shooting, storms the hideout and kills all of the gangsters. During the fight, one thug sets Big Daddy on fire. Damon and Mindy say a tearful farewell before Big Daddy dies of his burns.

Kick-Ass and Hit-Girl resolve to defeat Frank D'Amico once and for all. Hit-Girl infiltrates Frank's headquarters, and kills numerous guards and henchmen before running out of bullets. When she is cornered by the thugs, Kick-Ass arrives on a jet pack fitted with miniguns and kills the remaining thugs. Kick-Ass and Hit-Girl then take on Frank and Red Mist. Kick-Ass fights Red Mist and they knock each other out. Frank overpowers an exhausted Hit-Girl. Before he can kill her, Kick-Ass regains consciousness and shoots him with a bazooka. Frank is blasted out of the window and explodes in mid-air. Dave and Mindy retire from crime-fighting. Marcus becomes Mindy's guardian, and she enrolls at Dave's school.

Meanwhile, Chris D'Amico sits in his father's office, dressed in an upgraded suit. Facing the camera, he says, "as a great man once said, wait'll they get a load of me," before firing a gun at the screen.

# Cast

- Aaron Johnson as Dave Lizewski / Kick-Ass
- Mark Strong as Frank D'Amico
- Christopher Mintz-Plasse as Chris D'Amico / Red Mist
- Chloë Grace Moretz as Mindy Macready / Hit-Girl
- Nicolas Cage as Damon Macready / Big Daddy
- Lyndsy Fonseca as Katie Deauxma
- Clark Duke as Marty
- Evan Peters as Todd Haynes
- Sophie Wu as Erika Cho
- Omari Hardwick as Sergeant Marcus Williams
- Stu Riley as Huge Goon
- Michael Rispoli as Big Joe
- Dexter Fletcher as Cody
- Jason Flemyng as Lobby Goon

- Xander Berkeley as Detective Gigante
- Kofi Natei as Rasul
- Corey Johnson as Sporty Goon
- Adrian Martinez as Ginger Goon
- Katrena Rochell as Female Junkie
- Omar Soriano as Leroy
- Garrett M. Brown as Mr. Lizewski
- Elizabeth McGovern as Mrs. Lizewski
- Yancy Butler as Angie D'Amico
- Deborah Twiss as Mrs. Zane
- Craig Ferguson as himself

Series-creator Millar, a native of Scotland, asked Scottish television children's-show host Glen Michael to make a cameo appearance[6] although his role was cut from the film.[7] Millar was also set to make a cameo as a Scottish alcoholic but the scene was cut from the film.[8] WCBS-TV news reporters Maurice DuBois, Dana Tyler, and Lou Young make cameo appearances.

An image of Matthew Vaughn's wife, model Claudia Schiffer, appears prominently on a billboard poster.[9][10] John Romita Jr. appears without his face being shown: "I was a barista. ... [T]hey asked me to look at the camera, then turn and turn the television on with a remote control. And then they edited out my face! I laughed and laughed — I was the only authentic New Yorker in the scene and they edited out my face for not looking authentic enough! Then the producer, Tarquin Pack ... changed my first name to Tony: Tony Romita. 'Why'd you do that?' I asked. 'Well, "Johnny Romita" wasn't tough enough.'"[11]

# Production

## Development

The rights to a film version of the first volume of the comic book series were sold before the first issue was published.[12] Developed in parallel, the film writers took a different story direction, to reach many of the same conclusions. Mark Millar acknowledges the differences, explaining that a comic usually has eight acts, while a film usually has a three-act structure.[13]

Vaughn said that, "We wrote the script and the comic at the same time so it was a very sort of collaborative, organic process. I met [Millar] at the premiere of *Stardust*. We got on really well. I knew who he was and what he had done but I didn't know him. He pitched me the idea. I said, 'That's great!' He then wrote a synopsis. I went, 'That's great, let's go do it now! You write the comic, I'll write the script.'"[14] Jane Goldman one of the screenwriters, said that when she works with Vaughn she does the "construction work" and the "interior designing" while Vaughn acts as the "architect."[15]

Millar said that screenwriters Goldman and Vaughn had made a "chick flick", having placed more emphasis on the character emotions, and particularly in having softened the character of Katie Deauxma.[17] Millar stated that a film audience would have difficulty accepting Dave and Katie not being together, while a comic audience would more easily accept that idea.[13] Frank

> With *Kick-Ass*, the book's just out and now the movie's out six weeks later. And I think that's the way things are going to go now, because to go to Marvel's B and C-list characters and try to get

Lovece of *Film Journal International* said that Katie is "much less *Mean Girls*" in the film than in the comic, and that the romance between Dave and Katie "proves a needed counterbalance to the otherwise pervasive sense of optimism being stripped away layer by layer, down below angry cynicism and headed straight down the hole to nihilism."[18] Kenneth Turan of the *Los Angeles Times* said "the romance provides an appealing backdrop that the more unnerving aspects of the film play out against."[19] Other changes included having Red Mist be known to be a secret antagonist from the start, as well as making him less outright villainous, and D'Amico's mob initially thinking Kick-Ass is the one slaughtering their men.

> movies out [of] them; what's the point of that?
>
> —Mark Millar[16]

In the original comic-book, Big Daddy is characterised not as an ex-cop, but as a former accountant who had been motivated to fight crime by a desire to escape from his life and by his love of comic books. In the film, his purported origin and motivations are genuine: writer Mark Millar stated that the revelation about Big Daddy's background would not have worked in the film adaptation, and "would have ruined the movie."[20]

The comic's artist John Romita, Jr. stated that Big Daddy's story in the film "works better stopping short ... You love him better in the film".[21]



Creator Mark Millar signing posters for the movie and copies of the comics sequel, *Kick-Ass 2*, during an appearance at Midtown Comics in Manhattan.

The climax to the film differs significantly from the comics, with the use of the jetpack and rocket launcher: Millar called this "necessary" as "we're building up so much stuff that we needed some Luke Skywalker blowing up the Death Star moment".[20] Comic writer Stephen Grant argued that the film "cheated" on its premise of a "real life" superhero by having these increasingly fantastic events and that this was "why it works. That's where much of the humor comes from ... when the film finally makes the notion [the fantasy] *explicit* we're already so deep into the magician's act that our instinct is to play along".[22]

Vaughn initially went to Sony, which distributed *Layer Cake*, but he rejected calls to tone down the violence. Other studios expressed interest but wanted to make the characters older.[23] In particular studios wanted to change Hit-Girl's character into an adult.[24] Goldman said that while studio executives said that it would be less offensive to portray Hit-Girl as a teenager, Goldman argued that it would have been more offensive since, as a teenager, Hit-Girl would have been sexualized. Goldman said that Hit-Girl was not supposed to be sexualized.[25]

Vaughn had a little trouble adapting to film: the film had no studio. The big studios doubted the success of an adaptation as a violent superhero, which made the film be independently financed, but this gave him the freedom to make the film the way he imagined, without having to worry about high-censorship. Vaughn believed enough in the project to raise the money himself.[23] Christopher Mintz-

Plasse (Red Mist) said that the creators of the film were wondering whether a distributor would pick up the movie. On the set Vaughn jokingly referred to *Kick-Ass* as something that was going to be "the most expensive home movie I ever made".[24]

The 2D/3D animated comic book sequence in the film took almost two years to finish. Romita created the pencils, Tom Palmer did the inks, and Dean White did the colours. Vaughn gave Romita a *carte blanche* on the art direction of the sequence.[26]

## Filming

Filming locations included Hamilton, Ontario, Canada; Dip 'N' Sip Donuts on Kingston Road in Toronto,[27] Sir Winston Churchill Secondary School,[28] and "many Toronto landmarks that play cameos";[27] and various locations in the United Kingdom, including Elstree Studios.[29] The opening sequence with Nicolas Cage was filmed in a sewage plant in east London.[20]

The *Atomic Comics* store in the film is based on the now-defunct real-life Arizona-based chain whose owner, Millar said, is a friend of artist John Romita Jr..[20] Millar asked Mike Malve for permission to use *Atomic Comics* in the film, and a model version of Atomic Comics was created at the London pilot studio for use in the filming.[30]

# Controversy

In January 2010, an uncensored preview clip of the film was attacked by family advocacy groups for its display of violence and use of the line "Okay, you cunts, let's see what you can do now," delivered by Chloë Grace Moretz, who was 12 years old at the time of filming. Australian Family Association spokesman John Morrissey said that "the language [was] offensive and the values inappropriate; without the saving grace of the bloodless victory of traditional superheroes".[31] Several critics, including Christopher Tookey of the *Daily Mail*, accused the film of glorifying violence, saying that Hit-Girl was "made to look as seductive as possible".[32] Tookey's view on Hit-Girl was strongly criticised, with many commentators — including Andrew Collins, the film editor of *Radio Times* — wondering why he had found the character sexualised. This caused Tookey to claim that he was a victim of cyber-bullying.[33] In response to the controversy, Moretz stated in an interview, "If I *ever* uttered one word that I said in *Kick-Ass*, I would be grounded for years! I'd be stuck in my room until I was 20! I would never in a million years say that. I'm an average, everyday girl."[34] Moretz has said that while filming, she could not bring herself to say the film's title out loud in interviews, instead calling it "the film" in public and "Kick-Butt" at home.[35]

Christopher Mintz-Plasse expressed surprise that people were angry about the language but did not seem to be offended that Hit-Girl kills numerous people.[36]

## Ratings

In an interview with *Total Film*, Aaron Johnson confirmed that the film stays true to the adult nature of the comic series by featuring a large amount of profanity and graphic violence. The film received an R rating by the MPAA for "strong brutal violence throughout, pervasive language, sexual content,

nudity and some drug use—some involving children", and it received a 15 rating from the BBFC.[2][37] Director Matthew Vaughn felt the 15 certificate was about right and expressed some surprise at the film having received a "PG rating [*sic*]" in France.[17]

# Reception

## Box office

The film earned over $12 million internationally in advance of opening in the United States.[4][5] On its debut weekend in the United States it took in $19.8 million in 3,065 theaters, averaging $6,469 per theater.[5] *Kick-Ass* was reported number one, ahead of *How to Train Your Dragon* by $200,000, which was in its third week of release. On Saturday, 17 April 2010, it fell down to number three behind *How To Train Your Dragon* and *Date Night*. On Sunday, 2 May 2010, it fell down behind *A Nightmare on Elm Street*, *How To Train Your Dragon*, *Furry Vengeance*, *The Back-Up Plan*, *Date Night*, *Clash of the Titans* and *The Losers*. These numbers for *Kick-Ass*'s debut weekend gross included non-weekend earnings, as the film was previewed during the Thursday night prior to its release.[38] The film's final gross in the U.S. was $48,071,303 and $48,117,600 outside of the U.S. with a worldwide gross of $96,188,903.[5]

The film was listed among the most infringed films of 2010; according to statistics on TorrentFreak, the film was illegally downloaded over 11.4 million times, second only to *Avatar*.[39]

## Critical response

On review aggregator Rotten Tomatoes the film has an approval rating of 76% based on reviews from 251 critics, and an average rating is 7/10. The site's consensus reads: "Not for the faint of heart, *Kick-Ass* takes the comic adaptation genre to new levels of visual style, bloody violence, and gleeful profanity."[40] Metacritic assigned the film a score of 66 out of 100, based on a weighted average of 38 reviews from mainstream critics.[41]

In the United Kingdom, *The Guardian* gave the film extensive coverage by several of its critics and journalists.[42] Peter Bradshaw gave the film 5/5 stars and called it an "explosion in a bad taste factory" that is "thoroughly outrageous, jaw-droppingly violent and very funny riff on the quasi-porn world of comic books; except that there is absolutely no 'quasi' about it."[43] Philip French, writing for *The Observer*, called the film "relentlessly violent" with "the foulest-mouthed child ever to appear on screen, [who makes] Louis Malle's Zazie sound like Cosette" and one "extremely knowing in its appeal to connoisseurs of comic strips and video games."[10] David Cox wrote an article published in *The Guardian*, saying that the film "kicks the c-word into the mainstream [...] has inadvertently dispatched our last big expletive."[44]

Christopher Tookey of the *Daily Mail* said, "Don't be fooled by the hype: This crime against cinema is twisted, cynical, and revels in the abuse of childhood".[45] Chris Hewitt of *Empire* magazine gave the film 5/5 and declared it, "A ridiculously entertaining, perfectly paced, ultra-violent cinematic rush that kicks the places other movies struggle to reach. ... the film's violence is clearly fantastical and cartoonish and not to be taken seriously."[46]

International critics who enjoyed the film generally singled out its audacity, humour, and performance from Chloë Grace Moretz. Peter Howell of the *Toronto Star* gave *Kick-Ass* a top rating, writing that the production "succeeds as a violent fantasy about our perilous and fretful times, where regular citizens feel compelled to take action against a social order rotting from within."[47] *USA Today* critic Claudia Puig praised Moretz as "terrific ... Even as she wields outlandish weaponry, she comes off as adorable."[48] Manohla Dargis from *The New York Times* wrote, "Fast, periodically spit-funny and often grotesquely violent, the film at once embraces and satirizes contemporary action-film clichés with Tarantino-esque self-regard."[49] Owen Gleiberman of *Entertainment Weekly* gave the film a B+, but noted that "personally, I just wish that the film had ended up a bit less of an over-the-top action ride."[50]

In *Film Journal International*, former Marvel Comics writer Frank Lovece said the "delightfully dynamic" film "actually improves on the comic by not metaphorically kicking in our hero's teeth ... and making him a sad-sack schmuck who was wrong about nearly everything." He found that, "Comedy-of-manners dry humor ... plays seamlessly amid scenes of stylized, off-camera mayhem."[18]

Other reviews were more negative. Roger Ebert found the film highly offensive and "morally reprehensible", giving it one out of four stars. He cited the coarse language and violence, particularly the scene in which Hit-Girl is nearly killed by D'Amico. "When kids in the age range of this movie's home video audience are shooting one another every day in America, that kind of stops being funny." Ebert's only notes of praise were for the performances of Cage, Johnson and Moretz. The movie made that week's "Your Movie Sucks" list of one-star movies.[51]

Tim Robey of *The Daily Telegraph* did not like the film either, rating it 1/5 and stating, "Matthew Vaughn's *Kick Ass* is hollow, glazed, and not quite there".[52]

Karina Longworth writing for *The Village Voice*, was not impressed with the film's intended satire and themes: "Never as shocking as it thinks it is, as funny as it should be, or as engaged in cultural critique as it could be, *Kick-Ass* is half-assed."[53]

## Accolades

Kick-Ass (film) - Wikipedia

| Award | Date of ceremony | Category | Recipient(s) | Result | Ref(s) |
|---|---|---|---|---|---|
| The Comedy Awards | March 26, 2011 | Comedy Film | *Kick-Ass* | Nominated | [54] |
| | | Comedy Actress – Film | Chloë Grace Moretz | Nominated | |
| | | Comedy Screenplay | *Kick-Ass* | Nominated | |
| | | Comedy Director – Film | Matthew Vaughn | Nominated | |
| Critics' Choice Awards | January 14, 2011 | Best Action Movie | *Kick-Ass* | Nominated | [55] |
| | | Best Young Performer | Chloë Grace Moretz | Nominated | |
| Empire Awards | March 27, 2011 | Best Film | *Kick-Ass* | Nominated | [56] |
| | | Best Actor | Aaron Johnson | Nominated | |
| | | Best Director | Matthew Vaughn | Nominated | |
| | | Best British Film | *Kick-Ass* | Won | |
| | | Best Sci-Fi/Fantasy | | Nominated | |
| | | Best Newcomer | Chloë Grace Moretz (also for *Let Me In*) | Won | |
| IGN Awards | December 19, 2011 | Best Comic-Book Adaptation | *Kick-Ass* | Won | [57] |
| | | Best Actress | Chloë Grace Moretz | Won | [58] |
| | | Best Blu-ray | *Kick-Ass* | Won | [59] |
| MTV Movie Awards | June 5, 2011 | Best Breakout Star | Chloë Grace Moretz | Won | [60] [61] |
| | | Biggest Badass Star | | Won | |
| | | Best Fight | Chloë Grace Moretz vs. Mark Strong | Nominated | |
| People's Choice Award | January 5, 2011 | Favorite Action Movie | *Kick-Ass* | Nominated | [62] |
| Saturn Awards | June 23, 2011 | Best Horror Film | *Kick-Ass* | Nominated | [63] |
| Teen Choice Awards | August 8, 2010 | Choice Movie Actor: Action | Nicolas Cage | Nominated | [64] |
| | | Choice Movie: Villain | Christopher Mintz-Plasse | Nominated | |
| | | Choice Movie: Action | *Kick-Ass* | Nominated | |
| | | Choice Movie: Female Breakout Star | Chloë Grace Moretz | Nominated | |
| | | Choice Movie: Male Breakout Star | Aaron Johnson | Nominated | |
| Young Artist Awards | March 13, 2011 | Best Performance in a Feature Film - Leading Young Actress | Chloë Grace Moretz | Nominated | [65] |

# Release

## Home media

In an interview, Matthew Vaughn said, "There is about 18 minutes of [deleted] footage, which is really good stuff. If the film is a hit, I'll do an extended cut."[66] The film was released on DVD and Blu-ray on 3 August 2010 in North America. This version does not contain the aforementioned deleted content.[67] Selling 1.4 million units within its first week, one-third of these in Blu-ray format, *Kick-Ass* debuted at number one on the DVD sales chart.[68][69] The discs were released in the United Kingdom on 6 September 2010.[70]



*Kick-Ass* Blu-rays and DVDs

After its release on home video, it developed a cult following.[71]

## Video games

The video game based on the movie was produced by WHA Entertainment and Frozen Codebase. It was released through the App Store on 15 April 2010 for the iPhone and iPod Touch.[72] The initial Apple platform releases were reportedly unfinished beta versions and were withdrawn from circulation pending a relaunch of a finished version.[73] The game was released on the PlayStation Network on 29 April 2010.[72] Kick-Ass, Hit-Girl and Big Daddy are playable characters. The game features Facebook missions and integration.[74] Both versions of the game received negative reviews.[75]

## Sequel

Despite various setbacks and uncertainty as to whether the sequel would ever materialize, on 8 May 2012, it was reported that a sequel would be distributed by Universal Studios, and that Matthew Vaughn had chosen Jeff Wadlow, who also wrote the script, to direct the sequel.[76] Aaron Johnson and Chloë Grace Moretz reprise their roles as Kick-Ass and Hit-Girl, respectively,[77] and Christopher Mintz-Plasse returns as the main villain, going by the name of "The Motherfucker".[78] The film was released on 14 August 2013 in the United Kingdom and on 16 August 2013 in the United States.[79]

## See also

- *Kick-Ass: The Game*
- *Kick-Ass: Music from the Motion Picture*
- Vigilante film

## Notes

a. Later published as Book One of *Kick-Ass: The Dave Lizewski Years*

## References

1. "Kick-Ass" (http://www.afi.com/members//catalog/DetailView.aspx?s=&Movie=66519). *American Film Institute*. Retrieved 6 April 2017.

2. "Kick-Ass" (http://www.bbfc.co.uk/website/Classified.nsf/0/468BAA2E2C8F4588802576D600411E EB?OpenDocument). British Board of Film Classification. 26 February 2010. Retrieved 10 April 2010. "Contains strong language, once very strong, & strong bloody comic violence"

3. "Kick-Ass" (http://ftvdb.bfi.org.uk/sift/title/844934). British Film Institute. London. Retrieved 10 November 2012.

4. "Movie Kick-Ass" (http://www.the-numbers.com/movies/2010/KCKAS.php). The Numbers. Nash Information Services. Retrieved 12 April 2010.

5. "Kick Ass (2010)" (http://boxofficemojo.com/movies/?id=kickass.htm). Box Office Mojo. Amazon.com. Retrieved 26 November 2013.

6. Lawrence, Edwin (10 October 2008). "From Ayrshire to Hollywood for Cavalcade legend" (https:// web.archive.org/web/20081218202803/http://www.ayrshirepost.net/ayrshire-news/local-news-ayrs hire/ayr-news/2008/10/10/from-ayrshire-to-hollywood-for-cavalcade-legend-102545-21986750/). Ayrshire Post. Archived from the original (http://www.ayrshirepost.net/ayrshire-news/local-news-ay rshire/ayr-news/2008/10/10/from-ayrshire-to-hollywood-for-cavalcade-legend-102545-21986750/) on 18 December 2008. Retrieved 16 December 2008.

7. Fulton, Rick (22 March 2010). "Cartoon Cavalcade legend Glen Michael's cameo role is cut from new movie Kick-Ass" (https://web.archive.org/web/20100324223316/http://www.dailyrecord.co.uk/ news/scottish-news/2010/03/22/cartoon-cavalcade-legend-glen-michael-s-cameo-role-is-cut-from- new-movie-kick-ass-86908-22130118/). The Daily Record. Archived from the original (http://www. dailyrecord.co.uk/news/scottish-news/2010/03/22/cartoon-cavalcade-legend-glen-michael-s-came o-role-is-cut-from-new-movie-kick-ass-86908-22130118/) on 24 March 2010.

8. Ditzian, Eric (16 April 2010). " 'Kick-Ass': Five Things You Need To Know" (https://www.webcitatio n.org/5vxjtqyXg?url=http://www.mtv.com/news/articles/1637258/kickass-five-things-need-know.jht ml). MTV. Archived from the original (http://www.mtv.com/news/articles/1637258/20100416/story.j html) on 23 January 2011.

9. Important Easter Eggs To Look For While Watching Kick-Ass (http://io9.com/5519261/important-e aster-eggs-to-look-for-while-watching-kick+ass) Gawker Media

10. French, Philip (4 April 2010). "Kick-Ass" (https://www.theguardian.com/film/2010/apr/04/kickass-fil m-review). The Observer. UK. Retrieved 1 July 2011.

11. Lovece, Frank (13 August 2013). "Drawing power: 'Kick-Ass' co-creator John Romita, Jr. on the comics-movie connection" (https://web.archive.org/web/20131027010952/http://www.filmjournal.c om/filmjournal/content_display/news-and-features/features/movies/e3id503dcc818cb6cb4a633b7 00c6ca1d2a). Film Journal International. Archived from the original (http://www.filmjournal.com/fil mjournal/content_display/news-and-features/features/movies/e3id503dcc818cb6cb4a633b700c6c a1d2a) on 27 October 2013.

12. See notes by Millar in Kick-Ass #3: "As you read these words in early June, an official announcement should have been made on the movie, too, with the director name and a 2009 release date inked into the cinema schedule."

13. Fetters, Sara Michelle (2 August 2009). "Mark Millar Kicks Ass and Writes Comics" (https://web.ar chive.org/web/20110714122241/http://www.moviefreak.com/artman/publish/interviews_markmillar. shtml). Moviefreak.com. Archived from the original (http://www.moviefreak.com/artman/publish/int erviews_markmillar.shtml) on 14 July 2011. Retrieved 21 January 2011.

14. Philbrick, Jami (24 August 2009). "Vaughn & Goldman talk 'KICK-ASS' " (http://www.comicbookres ources.com/?page=article&id=22657). Comic Book Resources. Retrieved 29 March 2010.

15. Kennedy, Lisa (16 April 2010). "The fan-girl behind comic adaptation's Hit Girl" (http://www.denver post.com/entertainmentlastold/ci_14884689). Denver Post. Retrieved 24 January 2011.

16. Child, Ben (29 March 2010). "Kick-Ass changes comic book films forever in a single blow" (https:// www.webcitation.org/5vxjkE55G?url=http://www.guardian.co.uk/film/2010/mar/26/kick-ass-comics- film-adaptations). The Guardian. UK. Archived from the original (https://www.theguardian.com/fil m/2010/mar/26/kick-ass-comics-film-adaptations) on 23 January 2011. Retrieved 10 April 2010.

17. Jonathan Ross, Matthew Vaughn. *Jonathan Ross interviews Matthew Vaughn* (https://web.archiv e.org/web/20100326112230/http://timesonline.typepad.com/blockbuster_buzz/2010/03/kick-ass-vi deo-chat-embed.html). Times Online. Archived from the original (http://timesonline.typepad.com/bl ockbuster_buzz/2010/03/kick-ass-video-chat-embed.html) on 26 March 2010.(Video)

18. Lovece, Frank (5 April 2010). "Film Review: 'Kick-Ass' " (http://fj.webedia.us/content/film-review-ki ck-ass). *Film Journal International*. Archived (http://archive.is/K0Dv3) from the original on 14 June 2019.

19. Turan, Kenneth (16 April 2010). "Movie review: 'Kick-Ass' " (http://articles.latimes.com/2010/apr/1 6/entertainment/la-et--kickass-20100416). *Los Angeles Times*. "... the romance provides an appealing backdrop that the more unnerving aspects of the film play out against."

20. Childress, Ahmad T. (5 April 2010). "Writer Mark Millar on 'Kick Ass' " (http://www.craveonline.co m/entertainment/comics/article/writer-mark-millar-on-kick-ass-99655). *Crave Online*.

21. Valentin, Mel (13 April 2010). "KICK-ASS Interview: John Romita, Jr. (Part I of V)" (http://efilmcriti c.com/feature.php?feature=3008). *eFilmCritic.com*.

22. Grant, Steven (15 April 2010). "Permanent Damage review of the film" (http://www.comicbookreso urces.com/?page=article&id=25751). *Comic Book Resources*.

23. Kit, Borys (15 August 2010). "Matthew Vaughn ready to 'Kick-Ass' " (http://www.hollywoodreporter. com/news/matthew-vaughn-ready-kick-ass-117557). *The Hollywood Reporter*. "Vaughn, however, is such a believer in the project that he raised the money for the $30 million indie project himself." (subscription required)

24. Hartlaub, Peter (13 April 2010). "From McLovin to a masked man in *Kick-Ass*" (http://blogs.chron.c om/peep/2010/04/from_mclovin_to_a_masked_man_i_1.html). *Houston Chronicle*. "They wanted to change the Hit Girl character to be, like, 25 years old."

25. Busch, Jenna. "How *Kick-Ass*' killer Hit Girl is like *Alien*'s Ripley (http://blastr.com/2010/04/how-kic k-ass-killer-hit-g.php)." *Blastr* (*Syfy*). 6 April 2010. Retrieved 28 January 2011.

26. Nadel, Nick. "The Mark Millar and John Romita Jr. 'Kick-Ass' Post-Movie Q&A (http://www.comics alliance.com/2010/03/17/mark-millar-john-romita-jr-kick-ass-premiere-qanda/) Archived (https://we b.archive.org/web/20110307083259/http://www.comicsalliance.com/2010/03/17/mark-millar-john-r omita-jr-kick-ass-premiere-qanda) 7 March 2011 at the Wayback Machine". Comics Alliance. 17 March 2010. Retrieved 22 February 2011.

27. *t.o.night* ("Toronto's Free Evening Newspaper"), Toronto, 22–24 July 2011, p. 9.

28. "Google Street View" (https://maps.google.ca/maps?hl=en&ll=43.236949,-79.795418&spn=0.167 33,0.20565&sll=43.150171,-79.238977&sspn=0.041892,0.051413&t=h&hq=Sir+Winston+Churchil l+Secondary+School&hnear=Hamilton,+Hamilton+Division,+Ontario&z=12&layer=c&cbll=43.2369 89,-79.795092&panoid=AqNMyG15jvwR5FqH-11vuA&cbp=12,62.46,,0,15.1).

29. "Kick-Ass (2010) Filming Locations" (http://www.ukonscreen.com/iiibgdc-Kick-Ass-(2010).html). *UK Onscreen*. Retrieved 13 April 2010.

30. Miller, Allison (15 April 2010). "Atomic Comics appears in much-hyped comic book flick" (http://me dia.www.ecollegetimes.com/media/storage/paper991/news/2010/04/15/Movies/Atomic.Comics.Ap pears.In.MuchHyped.Comic.Book.Flick-3905876.shtml). *College Times*.

31. "Family outrage at film Kick Ass (*sic*) violence and swearing" (http://www.dailytelegraph.com.au/en tertainment/sydney-confidential/family-outrage-at-film-kick-ass-violence-and-swearing/story-e6fre wz0-1225818799884/). *The Daily Telegraph*. Australia. 13 January 2010.

32. Tookey, Christopher (2 April 2010). "Don't be fooled by the hype: This crime against cinema is twisted, cynical, and revels in the abuse of childhood" (http://www.dailymail.co.uk/tvshowbiz/revie ws/article-1262948/Kick-Ass-Dont-fooled-hype--This-crime-cinema-twisted-cynical-revels-abuse-c hildhood.html). *Daily Mail*. London.

33. Tookey, Chris. "How I Fell Foul Of The Internet Lynch Mob" (http://www.movie-film-review.com/dev Film.asp?ID=15578).

34. Carroll, Larry (20 January 2010). " "Kick-Ass" star Chloe Moretz is One of 10 to Watch in 2010" (ht tps://www.webcitation.org/5vxkK8gTg?url=http://www.mtv.com/news/articles/1630006/kickass-star -chloe-moretz-one-10-watch-2010.jhtml). Archived from the original (http://www.mtv.com/movies/n ews/articles/1630006/story.jhtml) on 23 January 2011. "Moretz: I would love to. I can't say anything about [the ending], but I would love to be Hit-Girl twice, three times, four times in my life."

35. Synnot, Siobhan (24 March 2010). "What are little girls made of? Sugar and spice, punches and the odd four-letter word, when they're the surprise star of *Kick-Ass*" (http://news.scotsman.com/en tertainment/-What-are-little-girls.6171794.jp). *The Scotsman*. Edinburgh.

36. White, Lucy. "Christopher Mintz-Passe: 60 Second interview" (http://e-edition.metroherald.ie/2010/ 04/14/) Archived (https://web.archive.org/web/20110815091232/http://e-edition.metroherald.ie/201 0/04/14/) 15 August 2011 at the Wayback Machine, *MetroHerald*, 14 April 2010, p. 17 (Requires registration to view): "People are so angry at Chloe [Grace Moretz] for saying bad language but she murders a ton of people and no one seems to be offended by that."

37. "Exclusive: Lauro Londe Talks Kick-Ass" (https://archive.is/20130205100444/http://www.totalfilm.c om/features/exclusive-lauro-londe-talks-kick-ass). Archived from the original (http://www.totalfilm.c om/features/exclusive-lauro-londe-talks-kick-ass) on 5 February 2013.

38. "Weekend Box Office Results for April 16–18, 2010" (http://boxofficemojo.com/news/?id=2724&p =.htm). *Box Office Mojo*. Amazon.com. Retrieved 2 August 2010. "Kick-Ass distributor Lionsgate included the movie's 10 pm Thursday previews in the weekend gross, when, objectively, the weekend is Friday–Sunday."

39. Singer, Matt (22 December 2010). "The Most Pirated Movies of 2010" (http://www.ifc.com/fix/201 0/12/the-most-pirated-movies-of-201). IFC.com. Retrieved 13 November 2012.

40. "Kick-Ass (2010)" (http://www.rottentomatoes.com/m/1217700-kick_ass/). *Rotten Tomatoes*. Retrieved 24 August 2018.

41. "Kick-Ass reviews at Metacritic.com" (http://www.metacritic.com/film/titles/kickass). *Metacritic*. CBS Interactive. Retrieved 18 April 2010.

42. "Kick-Ass: Britain's debt to American action films is underlined by this violent comedy about a superhero with no superpowers" (https://www.theguardian.com/film/movie/135252/kick-ass). *The Guardian*. UK. 12 March 2010. Retrieved 10 April 2010.

43. Bradshaw, Peter (31 March 2010). "Kick-Ass: A hilarious, very violent black comedy puts a new twist on superheroics" (https://www.theguardian.com/film/2010/mar/31/kick-ass-review-film). *The Guardian*. UK. Retrieved 10 April 2010.

44. Cox, David (2 April 2010). "Kick-Ass kicks the c-word into the mainstream" (https://www.theguardi an.com/film/filmblog/2010/apr/02/kick-ass-bad-language). *The Guardian*. UK. Retrieved 10 April 2010.

45. Tookey, Christopher (2 April 2010). "Don't Be Fooled by the Hype: This Crime Against Cinema is Twisted, Cynical, and Revels in the Abuse of Childhood" (https://www.webcitation.org/5vxkkZz0u? url=http://www.dailymail.co.uk/tvshowbiz/reviews/article-1262948/Kick-Ass-Dont-fooled-hype--This -crime-cinema-twisted-cynical-revels-abuse-childhood.html). *Daily Mail*. UK. Archived from the original (http://www.dailymail.co.uk/tvshowbiz/reviews/article-1262948/Kick-Ass-Dont-fooled-hype- -This-crime-cinema-twisted-cynical-revels-abuse-childhood.html) on 23 January 2011. Retrieved 10 April 2010.

46. Hewitt, Chris. "*Kick-Ass* (review)" (https://www.empireonline.com/movies/reviews/kick-ass- review/). *Empire*.

47. Howell, Peter (15 April 2010). "Kick-Ass: A violent, five-alarm, four-star fantasy" (https://www.thest ar.com/entertainment/movies/article/795714--kick-ass-a-violent-five-alarm-four-star-fantasy). *The Star*. Toronto. Retrieved 19 April 2010. ★★★★

48. Puig, Claudia (16 April 2010). "The real hero of 'Kick-Ass' is a little girl: Chloe Moretz" (https://ww w.usatoday.com/life/movies/reviews/2010-04-16-kickass16_ST_N.htm). *USA Today*. Retrieved 16 April 2010.

49. Dargis, Manohla (16 April 2010). "Movie Review: Kick-Ass (2010)" (https://movies.nytimes.com/20
10/04/16/movies/16kick.html). *The New York Times*. Retrieved 21 January 2011.

50. Gleiberman, Owen (15 April 2010). "Movie Review: Kick-Ass (2010)" (http://www.ew.com/ew/articl
e/0,,20360874,00.html). *Entertainment Weekly*. Retrieved 21 January 2011.

51. Ebert, Roger (14 April 2010). "Kick-Ass" (http://rogerebert.suntimes.com/apps/pbcs.dll/article?AID
=/20100414/REVIEWS/100419986/1023). *Chicago Sun-Times*. Retrieved 17 April 2010."the Your
Movie Sucks™ files" (https://web.archive.org/web/20110624124437/http://blogs.suntimes.com/eb
ert/your-movie-sucks.html). *Roger Ebert's Journal*. Archived from the original (http://blogs.suntime
s.com/ebert/your-movie-sucks.html) on 24 June 2011.

52. Robey, Tim (1 April 2010). "Kick-Ass, review" (https://www.telegraph.co.uk/culture/film/filmreviews/
7545480/Kick-Ass-review.html). *The Daily Telegraph*. London. Retrieved 10 April 2010.

53. Longworth, Karina (13 April 2010). "Kick-Ass, Faster Than a Speeding Internet" (http://www.village
voice.com/2010-04-13/film/kick-ass-faster-than-a-speeding-internet/). *Village Voice*. Retrieved
21 January 2011.

54. "The Comedy Awards Nominations Announces" (https://press.cc.com/press-release/2011/02/15/0
21511-the-comedy-awards-nominations-announcement). Comedy Central. 15 February 2011.
Archived (https://web.archive.org/web/20141218014733/https://press.cc.com/press-release/2011/
02/15/021511-the-comedy-awards-nominations-announcement) from the original on 18 December
2014. Retrieved 5 October 2019.

55. "Broadcast Film Critics Association Awards Nominees" (https://www.webcitation.org/69zuqErho).
Broadcast Film Critics Association. 12 December 2010. Archived from the original (http://www.bfc
a.org/ccawards/2010.php) on 18 August 2012.

56. "In Full: Empire Awards 2011 Winners" (https://www.digitalspy.com/movies/a311307/in-full-empire-
awards-2011-winners/). *Digital Spy*. 27 March 2011. Archived (https://web.archive.org/web/20191
005182001/https://www.digitalspy.com/movies/a311307/in-full-empire-awards-2011-winners/) from
the original on 5 October 2019. Retrieved 5 October 2019.

57. "2010 IGN Award for Best Comic Book Adaptation" (https://web.archive.org/web/2012031609332
3/http://uk.bestof.ign.com/2010/movies/best-comic-book-adaptation.html). *IGN*. Archived from the
original (http://uk.bestof.ign.com/2010/movies/best-comic-book-adaptation.html) on 16 March
2012. Retrieved 13 November 2011.

58. "2010 IGN Award for Best Actress" (https://web.archive.org/web/20101218033342/http://uk.bestof.
ign.com/2010/movies/best-actress.html). *IGN*. Archived from the original (http://uk.bestof.ign.com/
2010/movies/best-actress.html) on 18 December 2011. Retrieved 13 November 2011.

59. "2010 IGN Award for Best Blu-ray" (https://web.archive.org/web/20120525043757/http://uk.movie
s.ign.com/summer-awards/2010/best-blu-ray.html). *IGN*. Archived from the original (http://uk.movi
es.ign.com/summer-awards/2010/best-blu-ray.html) on 25 May 2012. Retrieved 13 November
2011.

60. "2011 MTV Movie Awards: The Full Nomination List" (http://www.mtv.com/news/1663149/2011-mt
v-movie-awards-nominations-list/). *MTV*. 3 May 2011. Archived (https://web.archive.org/web/2015
0106225951/http://www.mtv.com/news/1663149/2011-mtv-movie-awards-nominations-list/) from
the original on 6 January 2015. Retrieved 5 October 2019.

61. Derschowitz, Jessica (6 June 2011). "MTV Movie Awards 2011: List of winners" (https://www.cbsn
ews.com/news/mtv-movie-awards-2011-list-of-winners/). CBS News. Archived (https://web.archiv
e.org/web/20171201034501/https://www.cbsnews.com/news/mtv-movie-awards-2011-list-of-winne
rs/) from the original on 1 December 2017. Retrieved 5 October 2019.

62. "People's Choice Award 2011" (https://web.archive.org/web/20110715063438/http://www.peoplesc
hoice.com/pca/awards/nominees/index.jsp?year=2011). Archived from the original (http://www.pe
opleschoice.com/pca/awards/nominees/index.jsp?year=2011) on 15 July 2011.

63. "37th Annual Saturn Award Nominations" (https://web.archive.org/web/20110430224049/http://scif imafia.com/2011/02/37th-annual-saturn-award-nominations/). Scifimafia.com. 25 February 2011. Archived from the original (http://scifimafia.com/2011/02/37th-annual-saturn-award-nominations/) on 30 April 2011. Retrieved 6 May 2011.

64. "Winners of "Teen Choice 2010" announced" (https://web.archive.org/web/20110609194647/http:// teenchoiceawards.com/pdf/TC10-Winners.pdf) (PDF). *TeenChoiceAwards*. 15 August 2010. Archived from the original (http://www.teenchoiceawards.com/pdf/TC10-Winners.pdf) (PDF) on 9 June 2011. Retrieved 8 January 2010.

65. "32nd Annual Yount Artist Awards – Nominations" (https://web.archive.org/web/20130808150433/ http://www.youngartistawards.org/noms32.html). Young Artist Awards. 13 March 2011. Archived from the original (http://www.youngartistawards.org/noms32.html) on 8 August 2013. Retrieved 22 July 2013.

66. Wigler, Josh (15 April 2010). *"Kick-Ass" deleted Scenes ... revealed!* (http://splashpage.mtv.com/2 010/04/15/kick-ass-deleted-scenes/). *MTV*. Viacom.

67. Marshall, Rick (7 June 2010). "EXCLUSIVE: 'Kick-Ass' DVD & Blu-ray Specs Revealed, Plus A Special Feature Sneak Peek!" (http://splashpage.mtv.com/2010/06/07/kick-ass-dvd-blu-ray-specs-plus-a-special-feature-sneak-peek/). *MTV*. Viacom.

68. Boorstin, Julia (23 August 2010). "Lionsgate's Blockbuster defense vs. Icahn" (https://www.cnbc.c om/id/38821668). CNBC. Retrieved 29 August 2010.

69. " "Kick-Ass" debuts at number one on the DVD sales chart" (http://www.hollywoodnews.com/2010/ 08/12/kick-ass-debuts-at-number-one-on-the-dvd-sales-chart/). *HollywoodNews.com*. 12 August 2010. Retrieved 29 August 2010.

70. "Exclusive – Kick-Ass Concept Art" (https://web.archive.org/web/20101207031652/http://www.syf y.co.uk/blog/exclusive-kick-ass-concept-art). Syfy. Archived from the original (http://www.syfy.co.u k/blog/exclusive-kick-ass-concept-art) on 7 December 2010. Retrieved 29 August 2010.

71. Millar, DiAngelea (14 August 2013). " 'Kick-Ass 2': Aaron Taylor-Johnson returns, 'Avengers' rumors swirl" (http://herocomplex.latimes.com/movies/kick-ass-2-aaron-taylor-johnson-talks-comic -book-sequel-and-that-avengers-role/#/0). *Los Angeles Times*. Retrieved 28 April 2014.

72. "WHA Entertainment Launches Kick-Ass for Apple iPhone, iTouch, and iPad" (https://web.archive. org/web/20100418162903/http://wireless.ign.com/articles/108/1084199p1.html). *IGN*. Ziff Davis Media. 16 April 2010. Archived from the original (http://wireless.ign.com/articles/108/1084199p1.ht ml) on 18 April 2010. Retrieved 19 April 2010.

73. Hearn, Rob (18 April 2010). "Kick-Ass iPhone game suffers early criticism, gets pulled from the App Store" (http://www.pocketgamer.co.uk/r/iPhone/Kick-Ass/news.asp?c=20018). Pocket Gamer. Retrieved 19 April 2010.

74. "PlayStation Network, iPhone Getting A Kick-Ass Game" (http://kotaku.com/5477740/playstation-n etwork-iphone-getting-a-kick+ass-game). Kick-Ass movie game – iPhone / PlayStation 3 ( PS3 PSN ) – Hit-Girl gameplay official debut trailer (https://www.youtube.com/watch?v=rxErqessLnA) on YouTube

75. "Kick-Ass PlayStation 3" (http://www.metacritic.com/games/platforms/ps3/kickass). *Metacritic*. CBS Interactive. Retrieved 15 August 2010.

76. Kit, Borys (8 May 2012). "Universal in Talks for 'Kick-Ass 2' " (http://www.hollywoodreporter.com/h eat-vision/universal-kick-ass-2-matthew-vaughn-mark-millar-321688). Retrieved 9 May 2012.

77. "Universal Close To 'Kick-Ass 2' Deals With Aaron Johnson, Chloe Moretz, Others" (http://www.de adline.com/2012/05/universal-close-to-kick-ass-2-deals-with-aaron-johnson-chloe-moretz-more/). *Deadline.com*.

78. "Christopher Mintz-Plasse confirms 'Kick-Ass 2' start, talks 'Superbad 2' " (http://www.hitfix.com/ne ws/christopher-mintz-plasse-confirms-kick-ass-2-start-talks-superbad-2). *HitFix*.

79. "Kick-Ass 2 | UK Cinema Release Date" (http://www.filmdates.co.uk/films/2456-kick-ass-2/). Filmdates.co.uk. Retrieved 22 July 2013.

# Exhibit Z5



INTERNET ARCHIVE

DONATE

INTERNET ARCHIVE

WaybackMachine

Explore more than 406 billion web pages saved over time

www.explorepandora.com|

Calendar · Collections beta · Changes beta · Summary · Site Map

Saved **12 times** between February 6, 2006 and August 14, 2009.

ABOUT   WEB   CONTACT   BOOKS   BLOG   VIDEO   PROJECTS   AUDIO   HELP   DONATE   SOFTWARE   JOBS   IMAGES   VOLUNTEER   PEOPLE   SIGN IN   UPLOAD   Search

Feedback



# Exhibit A6



## HOME

## COOL NEWS

## COAXIAL

## REVIEWS

## COMICS

## CONTACT

## SEARCH

**SORRY, THAT PAGE COULD NOT BE FOUND**

We couldn't find that content.
Go to the homepage

### TOP TALKBACKS

ekm's 31 NIGHTS OF HORROR:
EVENING 21 -- SHYAMALAN & TWIST
ENDINGS -- 34 total posts (4 today)

"STAR WARS: THE RISE OF
SKYWALKER" Latest Trailer WTF Did
I Just See? -- 268 total posts (4
today)

# Exhibit B6

WIKIPEDIA

# Ben Ripley

**Ben Ripley** is an American screenwriter best known for writing the science-fiction thriller *Source Code*[2] directed by Duncan Jones.[3][4] Ripley is a graduate of Stanford University and the University of Southern California's USC School of Cinema-Television.

| Ben Ripley | |
|---|---|
| **Born** | Lawrenceville, New Jersey[1] |
| **Occupation** | Screenwriter |
| **Known for** | *Source Code* |

## Contents

History
Screenplays
References
External links

## History

Ripley sold his spec script for *Source Code* in 2007 to Universal Studios. It was ranked as one of the top unproduced screenplays in the annual Hollywood black list.[5] In an interview with the Writers Guild of America, Ripley talked about his script and the uncertainty over its production:

> Yeah, it was agony. And I wrote it on spec. I wasn't certain it would ever see the light of day. One thing that kept me going though was that I had a suspicion that if I got this right, it could really open a new level for my writing career. At that point, I'd spent about four years doing studio rewrites on horror movies that were never getting made. I knew that if I showed up with another spec script, I'd have to show up with something very different that took chances. That motivated me to keep going until it seemed right.[6]

## Screenplays

- *Species III*[7] (2004)
- *Species – The Awakening* (2007)
- *The Watch* (2008)
- *Source Code* (2011)
- *Boychoir* (2015)
- *Flatliners* (2017)

## References

1. http://www.movieslug.com/actors/1024/ben-ripley.html

2. Fernandez, Jay A. (16 December 2010). "Moon' Director Duncan Jones Returns to SXSW With 'Source Code' (htt p://www.hollywoodreporter.com/blogs/risky-business/moon-director-duncan-jones-returns-59727). *The Hollywood Reporter*.

3. "Archived copy" (https://web.archive.org/web/20110715072352/http://www.wired.com/underwire/tag/ben-ripley/). Archived from the original (https://www.wired.com/underwire/tag/ben-ripley/) on 2011-07-15. Retrieved 2011-06-15. Parallel Universes and Corpse Brains: Source Code Takes Science on a Trip

4. http://www.empireonline.com/news/feed.asp?NID=30413 Ben Ripley Writing The Seventh Day

5. Sciretta, Peter. "The Hottest Unproduced Screenplays of 2007" (http://www.slashfilm.com/the-hottest-unproduced-screenplays-of-2007/). *Slash film*. Archived (https://web.archive.org/web/20110623171955/http://www.slashfilm.co m/the-hottest-unproduced-screenplays-of-2007/) from the original on 23 June 2011. Retrieved 15 June 2011.

6. Faye, Denis. "Practice Makes Perfect" (https://web.archive.org/web/20111015102641/http://wga.org/content/defaul t.aspx?id=4583). *Writers Guild of America*. Writers Guild of America. Archived from the original (http://www.wga.or g/content/default.aspx?id=4583) on 15 October 2011. Retrieved 15 June 2011.

7. https://movies.nytimes.com/person/393155/Ben-Ripley/filmography The New York Times - Ben Ripley Biography

## External links

- Ben Ripley (https://www.imdb.com/name/nm1618286/) on IMDb
- *Ben Ripley (http://boxofficemojo.com/people/chart/?view=Writer&id=benripley.htm)* at Box Office Mojo
- Ben Ripley Interview (https://www.youtube.com/watch?v=dphXQujIyRs)

Retrieved from "https://en.wikipedia.org/w/index.php?title=Ben_Ripley&oldid=915555365"

This page was last edited on 13 September 2019, at 23:45 (UTC).

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

# Exhibit C6

WIKIPEDIA

# *Alive in Joburg*

*Alive in Joburg* is a 2006 Canadian/South African science fiction mockumentary short film written and directed by Neill Blomkamp and starring Sharlto Copley, Jason Cope, and Dawie Ackermann. The film explores themes of apartheid and is noted for its visual effects as well as its documentary-style imagery. Blomkamp's 2009 feature film *District 9*, again starring Copley and Cope, expands themes and elements from this short film.

## Contents

Plot and themes

The aliens

Legacy

References

External links

## Plot and themes

In 1990, Johannesburg is home to a number of extraterrestrial refugees, whose large spaceships (estimated to be nearly one kilometre in length) can be seen hovering above the city. When the visitors first arrived, the human population was enamored with, among other aspects, the aliens' advanced "bio-suits", and welcomed them with open arms. However, the aliens later began moving into other areas of the city, committing crimes in order to survive and frequently clashed with police. Playing as a documentary, the film continues with interviews and footage taken from handheld cameras, that highlight the growing tension between Earth's civilian population and the extraterrestrial visitors.

According to individuals "interviewed" in the film, the aliens were captive labour (slaves or indentured servants), forced to live in "conditions that were not good" and had escaped to Earth. Because the film takes place in 1990, while apartheid was still in effect in South Africa, the aliens were forced to live amongst the already-oppressed black population, causing conflict with them as well as the non-white and white populations.

| *Alive in Joburg* | |
|---|---|
|  | |
| **Directed by** | Neill Blomkamp |
| **Produced by** | Sharlto Copley<br>Simon Hansen |
| **Written by** | Neill Blomkamp |
| **Starring** | Sharlto Copley<br>Jason Cope<br>Dawie Ackermann |
| **Music by** | Clinton Shorter<br>Dražen Bošnjak |
| **Cinematography** | Trevor Cawood<br>Ozan Biron |
| **Production company** | Spy Films |
| **Distributed by** | Spy Films |
| **Release date** | September 6, 2006<br>(L'Étrange Festival) |
| **Running time** | 5 minutes |
| **Country** | Canada |

All of the interview statements which do not explicitly mention extraterrestrials were taken from authentic interviews with many South Africans who had been asked their opinions of Zimbabwean refugees.[1]

| Language | English |
| --- | --- |

## The aliens

The alien species in *Alive in Joburg* are never named, speak in an undefined language, and are frequently referred to simply as "them" or "the aliens". One citizen referred to them as "the poleepkwa". In their biosuits, they resembled bipedal, humanoid robots. Outside of their suits, their most obvious non-human features are a lack of hair and ears, and protruding tentacles where a human's mouth would be. In the film, the area where one would expect eyes to be is pixelated, though in a later scene an alien with unpixelated eyes is shown.

One scene early in the film, shown as television news footage, shows an alien wearing a mecha-suit fending off an attack by two police officers by throwing vehicles at them.

## Legacy

After shooting *Alive in Joburg*, Neill Blomkamp was hired to direct a coming movie based on the Halo video game, produced by Peter Jackson. The movie was never produced, but Blomkamp managed to convince Jackson to produce a movie based on some plot ideas he had. This movie became *District 9*, and incorporated some ideas from *Alive in Joburg*. It was released on August 14, 2009 by Sony Pictures, directed by Neill Blomkamp with executive production by Peter Jackson, and featuring Sharlto Copley and Jason Cope, who also were involved in *Alive in Joburg*. *District 9* was nominated for four Academy Awards, including Best Picture.

## References

1. Woerner, Meredith. "5 Things You Didn't Know About District 9" (http://io9.com/5341120/5-things-you-didn't-know-about-district-9), Io9, 19 August 2009.

## External links

- *Alive in Joburg* (https://www.imdb.com/title/tt0813999/) on IMDb

Retrieved from "https://en.wikipedia.org/w/index.php?title=Alive_in_Joburg&oldid=917227614"

This page was last edited on 22 September 2019, at 21:32 (UTC).

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

# Exhibit D6





 Alive In Joburg

by Neill Blomkamp

10/3/2019                    Alive In Joburg : Neill Blomkamp, Simon Hansen, Sharlto Copley, Shannon Worley, : Free Download, Borrow, and Streaming : Internet Archive

| | |
|---|---|
| Publication date | 2005 |
| Usage | Attribution-NonCommercial-NoDerivs  |
| Topics | Neill Blomkamp, south african aliens, south africa, alive in joburg, spy films, CG animation, computer animation, Kirk Karasin |
| Publisher | Spy Films |
| Contact Information | info@ratel.ca |
| | |
| Color | color |
| Director | Neill Blomkamp |
| la_orig__runtime | Approx 6 minutes |
| Identifier | ALIVE_IN_JOBURG |
| Run time | Approx 6 minutes |
| Sound | sound |

# 💬 Reviews                                              ⊕ Add Review

**Reviewer:** lifeantimes - ★★★★★ - February 8, 2006
**Subject:** Nicely done
The best thing I've seen in quite some time.

**Reviewer:** uriel1998 - ★★★★★ - February 7, 2006
**Subject:** Awesome
This short provides more realistic sci-fi (both in "story" and in effects) in a few minutes than many full-length features.

It is well worth the download.

10/3/2019                    Alive In Joburg : Neill Blomkamp, Simon Hansen, Sharlto Copley, Shannon Worley, : Free Download, Borrow, and Streaming : Internet Archive

**Reviewer:** robinkenny - ★★★★★ - December 30, 2005
**Subject:** Awesome
Don't forget the acting... Excellent performances with minimalist dialog. A very carefully crafted epic that also happens to have something to say about intolerance. This is great.

**Reviewer:** FP - ★★★★★ - November 30, 2005
**Subject:** Way cool
Can't tell if this is a trailer or a standalone short, but whatever, it's killer science fiction. Great motion tracking/animation/compositing of the super-powered alien suits and huge saucers.

**Reviewer:** BureauConform - ★★★★ - November 25, 2005
**Subject:** Great Work!
I am a south african and haven't been back to SA in 3 years (now in london)... and I love this! it's excellent... the use of footage looks great... including the snippets stolen from SABC etc... brilliant work!

a..//

# 46,416 Views

# 2 Favorites

# 5 Reviews

**DOWNLOAD OPTIONS**

| | |
|---|---|
| 512KB MPEG4 | 1 file |
| ITEM TILE | 1 file |
| OGG VIDEO | 1 file |

https://archive.org/details/ALIVE_IN_JOBURG                                                    3/4

# Exhibit E6



# Exhibit F6

10/3/2019                                             Alive in Joburg (2005) - IMDb



# Exhibit G6

More

snc.steve@gmail.com   Dashboard   Sign Out

IT'S SNARKYSPOT, BEBE!

Home

# Wednesday, November 30, 2005

### Homeless for the holidays Katrina display draws ire - Nov 30, 2005

"METAIRIE, Louisiana (AP) -- It's no ordinary holiday season in the Gulf Coast this year, so Frank Evans built an unconventional holiday display at a suburban New Orleans shopping mall to match." (more)
CNN.com - Homeless for the holidays Katrina display draws ire - Nov 30, 2005

*posted by Monkeyman @ 11/30/2005 Perm Link   0 comments*   
Subscribe

### Alive in Joburg - Alien encounter short film (QT mov)


*Very cool looking, the intergration of the CG/live action footage is top notch.*

From Neill Blomkamp, the director of the Citroën Transformer ad, comes an unsettling and eerie tale of a close encounter of the third kind in Johannesburg, South Africa. Watch Alive in Joburg (rather large

- obamacare - tea party, republicans, socialists, bi...
- frederic thiebaud - marie anne thiebaud, shania tw...
- kyla weber - vince vaughn, shania twain, ben still...
- lunar eclipse tonight - cloud cover might jack up ...
- marie anne thiebaud - Shania Twain is a homewreck...
- winter solstice lunar eclipse - THE MOON!!!
- jessica fashano - Citigroup banker jumps to her de...

quicktime file) for some great special effects. The discrimination of visitors from another world makes for an interesting allusion to Apartheid, and something like this is what *War of the Worlds* should have been like.

UPDATE 2: The film is now at archive.org, where bandwidth won't be a problem! Enjoy!!

Drawn! The Illustration Blog » Blog Archive » Alive in Joburg

*posted by Monkeyman @ 11/30/2005 Perm Link    0 comments*    XML
Subscribe

---

### Firefox 1.5 released today - Rediscover the web

*Will it wash my car? Clean my Foreman Grill?*

**"The award-winning Web browser is better than ever. Browse the Web with confidence - Firefox protects you from viruses, spyware and pop-ups. Enjoy improvements to performance, ease of use and privacy. It's easy to import your favorites and settings and get started. Download Firefox now and get the most out of the Web."** Firefox - Rediscover the web

*posted by Monkeyman @ 11/30/2005 Perm Link    0 comments*    XML
Subscribe

---

### Monday, November 28, 2005

### Cunningham pleads guilty to conspiracy, tax evasion. Fonzie jumps shark in protest.

*"Sit on it, tax payers!!!"*

**"WASHINGTON (AP) — Rep. Randy 'Duke' Cunningham pleaded guilty Monday to conspiracy and tax charges, admitting taking $2.4 million in bribes in a case that grew from an investigation into the sale of his home to a wide-ranging conspiracy involving payments in**

- yellowstone national park - Bears orphaned after f...
- Huffington Post: Hexavalent Chromium, 'Erin Brocko...
- total lunar eclipse december 2010 - LOOK UP TONIGH...

- July 2004
- August 2004
- September 2004
- October 2004
- November 2004
- December 2004
- January 2005
- February 2005
- March 2005
- April 2005
- May 2005
- June 2005
- July 2005
- August 2005
- September 2005
- October 2005
- November 2005
- December 2005
- January 2006
- February 2006
- March 2006
- April 2006
- May 2006
- June 2006
- July 2006
- August 2006
- September 2006
- October 2006

# Exhibit H6



# Exhibit I6

10/3/2019                                              Ghost of a flea: Alive In Joburg





**THE FLEA IS...**

... anthropologist to the stars!

? Son of Dork: Ticket Out of Loserville | Main | Aphrodite of Addiscombe
?



## February 13, 2006

### Alive In Joburg



Neill Blomkamp follows up "Tempbot" and "Tetra Vaal" with one of the best short films I have ever seen. "Alive in Joburg"* is a documentary-style short exploring difficulties integrating extraterrestrial refugees in South Africa. Thoughtful, gorgeous and moving with a haunting score by Q Department.

> Neill Blomkamp is a director of commercials in Vancouver in Canada. With a background in visual effects, he is most renowned for the first

10/3/2019                                                      Ghost of a flea: Alive In Joburg

> Transvaal film that gave life to the �robot police� idea. The
> commercials he works on and directs tend to feature the edge of
> reality, introducing a virtually acceptable CG element to the
> sequences, with a cinema-veritae, documentary flavor.

*Higher-resolution version here.

Posted by Ghost of a flea at February 13, 2006 09:33 AM

# Trackback Pings

TrackBack URL for this entry:

http://www.ghostofaflea.com/cgi-bin/mt/trackback-engine.cgi/5599

Exhibit J6

10/3/2019                                                    Wayback Machine

DONATE

Explore more than 380 billion web pages saved over time

http://www.ghostofaflea.com/archives/007397.html                    ×

Calendar   ·   Collections ^beta   ·   Changes ^beta   ·   Summary   ·   Site Map

## Sorry.

This URL has been excluded from the Wayback Machine.

FAQ | Contact Us | Beta Site Feedback | Terms of Service (Dec 31, 2014)

The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit,
building a digital library of Internet sites and other cultural artifacts in digital form.
Other projects include Open Library & archive-it.org.

# Exhibit K6

# JOSHUADYSART.COM



Home
Journal
About Me
Bibliography
Contact
Press

## More Work From Neill Blomkamp, the man responsible for "Alive in Joburg"





BEHIND THE SCENES: UNKNOWN SOLDIER

SEARCH

**Neill Blomkamp** continues to use Science Fiction to explore social issues in post-apartheid South Africa with this short film **TETRA VAAL**.

*"After you see it once, replay the video and pay attention to some of the poses that the robot makes. Let us, for example, take a look at the robot holding the machine gun upright in a rather patronizing and authoritative manner while patrolling the streets of Johannesburg. Then there is the car ride and casual looking through the window in a slight mixture of relaxation, readiness and anticipation we would expect from say, a NYPD officer ready to go to action in some American movie. Perfect analogy to human behavior and some good cliche pickups make quite a combination."*

However, TETRA VAAL isn't nearly as cool as the absolutely extraordinary **ALIVE IN JOBERG** which is everything that genre should be, at least to my mind.

Some people have been calling his stuff derivative, with ALIVE IN JOBERG being a take on the film **ALIEN NATION** and TETRA VAAL being a riff on **ROBOCOP**. But the work has such resonance as social



10/3/2019                    More Work From Neill Blomkamp, the man responsible for "Alive in Joburg" | JoshuaDysart.com

commentary that the updating of these ideas in his hands seems almost necessary (of course ROBOCOP is a top notch example of relevant social satire in and of itself).

If you're feeling it, also check out Neill's great commercial for Citroen called **ALIVE WITH TECHNOLOGY**.



POSTED ON **FEBRUARY 13, 2006** BY **JOSHUA DYSART** POSTED IN **COOL STUFF!**, **FILM & TV**, **JOURNAL**

Add a Comment

Name *

Email *

# Exhibit L6



# Exhibit M6



https://www.nationalgeographic.com/news/2013/4/130410-asteroid-recovery-nasa-space-budget-science.html

© 1996-2015 National Geographic Society, © 2015- 2019 National Geographic Partners, LLC. All rights reserved

# NASA Announces Plan for Capturing Asteroid

The space agency wants to tow an asteroid back to our planetary neighborhood.

BY **MARC KAUFMAN**, FOR NATIONAL GEOGRAPHIC NEWS

PUBLISHED APRIL 11, 2013

**NASA wants to identify an asteroid in deep space, figure out a way to capture the spinning and hard-to-grab orb, nudge it into our planetary region, and then set it into orbit around the moon, the agency announced Wednesday.**

The capture would be performed robotically, and the relocated asteroid would become a destination for astronauts to explore— and, possibly, for space entrepreneurs to mine.

The idea may sound more like science fiction than national policy, but it actually fits in with key goals of the Obama administration and the space community.

Those goals include learning how to identify asteroids heading toward us and to change their course, finding destinations where astronauts can go as they try to learn how to make the longer trip to Mars, and providing opportunities for space investors. (Related: Psychological Challenges of a Manned Mars Mission.)

"This mission represents an unprecedented technological feat that will lead to new scientific discoveries and technological capabilities and help protect our home planet," NASA administrator Charles Bolden said in a statement before the plan was announced on Wednesday.

"This asteroid initiative brings together the best of NASA's science, technology, and human exploration efforts to achieve the president's goal of sending humans to an asteroid by 2025," his statement continued.

Planning for the effort has just begun, and Bolden said teams will meet over the summer to work out how to select the right asteroid, how to get a spacecraft to it, and how to tow it many millions of miles to our moon.

As envisioned in a new NASA video (below), the asteroid would be caught and then surrounded by a large, flexible covering that will be towed by a spacecraft with two large solar arrays.

The NASA idea is similar to one developed by scientists at the Keck Institute for Space Studies at the California Institute of Technology, and proposed by them last year.

A robotic spacecraft could drag a 23-foot, 500-ton near-Earth asteroid (NEA) using currently available technology, the Keck scientists concluded, though that technology would have to be modified somewhat. That team estimated that the project would cost $2.6 billion, but NASA officials say its effort would cost much less.

That's because NASA will look much closer to earth for their target asteroid, and because the agency will already be spending millions on related rocketry and technology.

The asteroid proposal was part of the NASA budget rollout for 2014, part of the broader federal budget that President Barack Obama unveiled Wednesday, which included an initial $104 million for the project.

But Bolden said the plan could go forward only if the federal government could roll back the cuts made as a result of the recent sequester.

In a presentation, NASA associate administrator Robert Lightfoot laid out the agency's timeline for the mission: target selection in 2016, asteroid capture in 2019, and the first astronaut visits to the relocated rock in 2021.

As explained by Paul Dimotakis, one of the Keck scientists who worked on the project, the physics of the endeavor requires NASA to target a relatively small asteroid of 500 to 1,000 tons.

Asteroids come in many forms, from rubble piles barely held together by their own gravity to dense balls of iron and nickel. Dimotakis said the asteroid to capture needs to be the consistency of dried mud.

Finding the right asteroid to capture will not be easy, Dimotakis said. Because of the limited size and nudging or towing power of the capsule that will be sent to the asteroid, the rock itself cannot be more than 1,000 tons.

What's more, it needs to be on a trajectory that would take it close to the Earth and moon even without a tow. The capture spacecraft, Dimotakis said, would not have enough power and fuel to dramatically change the direction of an asteroid of 500 to 1,000 tons.

Case 3:20-cv-01596-VC   Document 109-3   Filed 10/05/20   Page 166 of 176

By far the largest concentration of asteroids in the solar system orbit in the main belt between Mars and Jupiter. But NASA will be looking for one in Earth's extended neighborhood.

Bolden and Dimotakis listed numerous reasons for undertaking the project, but emphasized three in particular.

Because asteroids are among the oldest objects in the solar system, Dimotakis said, bringing one to a place where it could be studied intensely would allow scientists to gain a much better understanding of what that early solar system was like. He said having an asteroid nearby that could be constantly visited would likely lead to scientific breakthroughs.

And if the long-term goal of American space exploration is to send astronauts to Mars—which President Obama has proposed for the 2030s—then space program managers need achievable milestones to prepare for that mission.

An asteroid orbiting the moon, or at the unique second LaGrange point near the moon where the gravitational pull of Earth and the moon are about equal, would provide such a destination. It would also provide a use for the Orion capsule and Space Launch System now being developed by the agency.

Additionally, the issue of asteroid hazards has taken on a greater urgency of late.

Although tons of material fall every day from space down onto Earth, most is in the form of dust or the fist-sized rocks that become "shooting stars." NASA has long had a program to identify and study near-earth asteroids, but its focus and budget have been growing only in recent years.

Then in February an 11,000-ton meteorite exploded 10 to 16 miles above the skies of the Russian city of Chelyabinsk. The explosion, which was 20 to 30 times more powerful than the atomic bombs dropped on Hiroshima and Nagasaki, caused more than 1,500 injuries, mostly from broken glass. (Video: Predicting Asteroid Impacts.)

A significantly larger asteroid passed by Earth only 16 hours later. That one flew by harmlessly, but further increased concern about the hazards of the many asteroids in our solar neighborhood and supported the case for giving greater attention to what is termed "planetary defense."

An additional reason given to support the asteroid retrieval project involves the fast-growing number of commercial space companies and projects. Several companies have proposed mining asteroids for the rare and valuable metals they are believed to carry, and having a potential mining site so close could quickly spur development.

# Exhibit N6

# THE VERGE

# Google publishes largest ever high-resolution map of brain connectivity

*It's a fruit fly brain, but it's still impressive*

By James Vincent | Jan 22, 2020, 11:06am EST



*The new 'connectome' maps some 25,000 neurons in a fruit fly's brain, a portion of which are shown here.* | Image: Google / FlyEM

Scientists from Google and the Janelia Research Campus in Virginia have published the largest high-resolution map of brain connectivity in any animal, sharing a 3D model that traces 20 million synapses connecting some 25,000 neurons in the brain of a fruit fly.

The model is a milestone in the field of connectomics, which uses detailed imaging techniques to map the physical pathways of the brain. This map, known as a "connectome," covers roughly one-third of the fruit fly's brain. To date, only a single organism, the roundworm *C. elegans*, has had its brain completely mapped in this way.

Connectomics has a mixed reputation in the science world. Advocates argue that it helps link physical parts of the brain to specific behaviors, which is a key goal in neuroscience.

But critics note it has yet to produce any major breakthroughs, and they say that the painstaking work of mapping neurons is a drain on resources that might be better put to use elsewhere.

"The reconstruction is no doubt a technical marvel," Mark Humphries, a neuroscientist at the University of Nottingham, told *The Verge*. But, he said, it's also primarily a resource for other scientists to now use. "It will not in itself answer pressing scientific questions; but it might throw up some interesting mysteries."

The 3D map produced by Google and the FlyEM team at Janelia is certainly a technical achievement, the product of both automated methods and laborious human labor.

The first step in creating the map was to slice sections of fruit fly brain into pieces just 20 microns thick, roughly a third the width of a human hair. Fruit flies are a common subject in connectomics as they have relatively simple brains about the size of a poppy seed but display complex behaviors like courtship dances.

These slices of brain are then imaged by bombarding them with streams of electrons from a scanning electron microscope. The resulting data comprises some 50 trillion 3D pixels, or voxels, which are processed using an algorithm that traces the pathways of each cell.

## IT TOOK TWO YEARS FOR SCIENTISTS TO "PROOFREAD" THE 3D MODEL

Despite Google's algorithmic prowess, it still took substantial human labor to check the software's work. The company says it took two years and hundreds of thousands of hours for scientists at Janelia to "proofread" the 3D map, verifying the route of each of the 20 million chemical synapses using virtual reality headsets and custom 3D editing software.

Even then, the resulting map only covers a portion of the fruit fly's brain, known as the hemibrain. In total, a fruit fly's brain contains 100,000 neurons, while a human brain has roughly 86 billion. That suggests how far we are from creating a full connectome of our own neural pathways.

Joshua Vogelstein, a biomedical engineer and co-founder of the Open Connectome Project, told *The Verge* that the work would be a boon to scientists. Vogelstein said that

in the decade to come, the data provided by such projects would finally start to yield results.

"I believe people were impatient about what [connectomes] would provide," said Vogelstein. "The amount of time between a good technology being seeded, and doing actual science using that technology is often approximately 15 years. Now it's 15 years later and we can start doing science."

Google and the FlyEM team have made the data they collected available for anyone to view and download. The group has also published a pre-print paper describing their methodology, and say they'll be publishing more papers on their work in the weeks to come.

TOP ARTICLES          1/5



New jailbreak tool works on Apple's just-released iOS 13.5

READ MORE »

# Exhibit O6

5/24/2020                US Allows Google Internet Project to Advance Only if Hong Kong Is Cut Out | Benton Institute for Broadband & Society

Case 3:20-cv-01596-VC  Document 109-3  Filed 10/05/20  Page 172 of 176

# US Allows Google Internet Project to Advance Only if Hong Kong Is Cut Out

*April 9, 2020*

**Source:** Wall Street Journal (/source/wall-street-journal)
**Author:** Drew FitzGerald (/author/drew-fitzgerald)
        Kate O'Keeffe (/author/kate-okeeffe)
**Coverage Type:** Reporting (/coverage-type/reporting)

US officials granted Google permission to turn on a high-speed internet link (https://www.wsj.com/articles/trans-pacific-tensions-threaten-u-s-data-link-to-china-11566991801?mod=article_inline) to Taiwan but not to the Chinese territory of Hong Kong, citing national-security concerns in a ruling that underscores fraying ties between Washington and Beijing (https://www.wsj.com/articles/u-s-china-trade-blame-for-coronavirus-hampering-global-economy-rescue-11585248616?mod=article_inline). "There is a significant risk that the grant of a direct cable connection between the United States and Hong Kong would seriously jeopardize the national-security and law-enforcement interests of the United States," the US Department of Justice said in its decision, which was backed by the departments of Homeland Security and Defense. The agencies instead urged the Federal Communications Commission to grant Alphabet permission to start using the portion of its 8,000-mile underwater Pacific Light cable that connects California to Taiwan. The FCC approved that request April 8. Crews have already built the multimillion-dollar cable with branches to Taiwan and Hong Kong, but it remains dormant. The FCC has final authority over licenses to operate submarine cables, though it usually defers to other agencies on projects' national-security reviews.

U.S. Allows Google Internet Project to Advance Only if Hong Kong Is Cut Out  (https://www.wsj.com/articles/u-s-allows-google-internet-project-to-advance-only-if-hong-kong-is-cut-out-11586377674)

(/#facebook)      (/#twitter)      (/#reddit)      (/#linkedin)      (/#email)      (/#print)
(https://www.addtoany.com/share#url=https%3A%2F%2Fwww.benton.org%2Fheadlines%2Fus-allows-google-internet-project-advance-only-if-hong-kong-cut-out&title=US%20Allows%20Google%20Internet%20Project%20to%20Advance%20Only%20if%20Hong%20Kong%20Is%20Cut%20Out)

**TOPICS**

Cyberwarfare and Cybersecurity (/topic/cyberwarfare-and-cybersecurity)
Internet/Broadband (/topic/internetbroadband)

**RELATED HEADLINES**

Senate Commerce Committee Approves Tech-Related Bills (/headlines/senate-commerce-committee-approves-tech-related-bills)

Sen Rubio Appointment as Acting Chairman of Intelligence Committee Could Mean More Trouble for Tech and Telecom Giants With Ties to China (/headlines/sen-rubio-appointment-acting-chairman-intelligence-committee-could-mean-more-trouble-tech)

Commerce Dept Addresses Huawei's Efforts to Undermine Entity List, Restricts Products Designed and Produced with U.S. Technologies (/headlines/commerce-dept-addresses-huawei%E2%80%99s-efforts-undermine-entity-list-restricts-products-designed)

House Republicans Announce Emerging Tech Agenda (/headlines/house-republicans-announce-emerging-tech-agenda)

Covid-19's Next-Level Impact (/headlines/covid-19%E2%80%99s-next-level-impact)



**CONTACT**

Benton Institute
for Broadband & Society
727 Chicago Avenue
Evanston, IL 60202

847-328-3040
Contact Us (/contact-us)

Log In (/user/login)

Terms & Conditions (/terms-and-conditions)

Accessibility Statement (/accessibility)

Privacy Statement (/privacy)

Press Room (/press-room)

© 1994-2020 Benton Institute for Broadband & Society. All Rights Reserved.

Exhibit P6

# SIXTEENTH AIR FORCE (AIR FORCES CYBER)
(http://www.16af.af.mil/)
(HTTP://WWW.16AF.AF.MIL/)

Search Sixteenth Air I 🔍

**HOME (HTTP://WWW.16AF.AF.MIL/)   ABOUT US ⌄ (HTTP://WWW.16AF.AF.MIL/ABOUT-US/)**

**NEWS ⌄ (HTTP://WWW.16AF.AF.MIL/NEWS/)**

**RESOURCES ⌄ (HTTP://WWW.16AF.AF.MIL/RESOURCES/)**

**UNITS ⌄ (HTTP://WWW.16AF.AF.MIL/UNITS/)   CONTACT (HTTP://WWW.16AF.AF.MIL/QUESTIONS/)**

**COVID-19 ⌄ (HTTPS://WWW.AF.MIL/NEWS/CORONAVIRUS-DISEASE-2019/)**

HOME (HTTP://WWW.16AF.AF.MIL/) › NEWS (HTTP://WWW.16AF.AF.MIL/NEWS/) › PHOTOS

## Photos

| Keyword .. | Search | Tag .. | Search | All Images ⌄ | Upload Date ⌄ |


(https://media.defense.gov/2018/Apr/05/2001899947/-1/-1/0/180212-F-VU971-001.JPG)

## Innovative approach to defense challenges

Steve Weinstein, Stanford University professor, speaks to a group of students during a Hacking for Defense class inSilicon Valley, California, Feb. 12, 2018. H4D is a non-profit program between Stanford students and military or adjacent industries that focuses on solving national security issues. (U.S. Air Force photo by Senior Airman Ashley L. Gardner/ Released)

---

⬇ **Download Image:** Full Size (0.2 MB) (https://media.defense.gov/2018/Apr/05/2001899947/-1/-1/0/180212-F-VU971-001.JPG)

🏷 **Tags:** 480th ISRW (http://www.16af.af.mil/News/Photos/?igtag=480th ISRW), 548th ISRG (http://www.16af.af.mil/News/Photos/?igtag=548th ISRG), DGS-2: Air Force Innovation (http://www.16af.af.mil/News/Photos/?igtag=DGS-2: Air Force Innovation), ACC (http://www.16af.af.mil/News/Photos/?igtag=ACC), 9 IS (http://www.16af.af.mil/News/Photos/?igtag=9 IS), Hacking 4 Defense (http://www.16af.af.mil/News/Photos/?igtag=Hacking 4 Defense)

Skip to main content (Press Enter)

10/4/2020
Case 3:20-cv-01596-VC  Document 109-3 Filed 10/05/20  Page 176 of 176
Innovative approach to defense challenges

📷 **Photo by:** Master Sgt. Richard Williams | **VIRIN:** 180212-F-VU971-001.JPG

Photo Gallery (https://www.16af.af.mil/News/Photos)

## QUICK LINKS

Site Map (/Site_Map)

AF Sites (http://www.af.mil/AF-Sites/)

Accessibility (https://dodcio.defense.gov/DoDSection508/Site-Statement/)

DVIDS (https://www.dvidshub.net/unit/16AFC)

EEO (http://www.af.mil/Equal-Opportunity/)

FOIA (http://www.foia.af.mil/)

IG (https://www.afinspectorgeneral.af.mil/)

Joint Base San Antonio (https://www.jbsa.mil/)

Link Disclaimer (http://www.af.mil/Disclaimer/)

No FEAR Act (http://prhome.defense.gov/nofear)

SAPR (http://www.af.mil/SAPR/)

Small Business Support (http://www.airforcesmallbiz.af.mil?source=GovD)

Suicide Prevention (http://www.airforcemedicine.af.mil/SuicidePrevention/)

USA.gov (http://www.usa.gov/)

YouTube (https://www.youtube.com/channel/UC85wW7yrbVpzsWstwSf view_as=subscriber)

## CONNECT

Official United States Air Force Website