# Exhibit Q6



WHO WE ARE    WHAT WE DO    SPECIFICATIONS & RESOURCES    INNOVATION    NEWS    CONTACT US

# MEET OUR LEADERSHIP TEAM

HOME › WHO WE ARE › **TEAM**



### RICH BERGER

Chief Executive Officer

**READ BIO**



### JIM HELMAN

Chief Technology Officer

**READ BIO**



### CRAIG SEIDEL

Senior Vice President,
Technology

**READ BIO**



### RAYMOND DREWRY

Vice President, EMEA
Operations & Principal Scientist

**READ BIO**



### M. KIP WELCH

Senior Vice President, Business
Development

**READ BIO**



### DANIEL LUCAS

Vice President, Business
Intelligence Technology

**READ BIO**



### Chief Technology Officer

Jim Helman is an experienced technologist who brings to MovieLabs an extensive background in building entertainment-related products and a passion for innovation. At MovieLabs, Jim has led cross-industry initiatives including driving worldwide standards for high dynamic range video and building the Entertainment Identifier Registry (EIDR). He leads MovieLabs' security work, including cloud security and the development of the MovieLabs Enhanced Content Protection Specification, which established a hardware level of robustness for 4K consumer devices.

Jim was a founder and chief software architect at Liberate Technologies, where he led the development of a web platform for delivering interactive cable services. Prior to Liberate, he was a software architect at Silicon Graphics, developing real-time 3D systems for VR, location-based entertainment, and visual simulation.

Jim has also consulted extensively on intellectual property, R&D spin-offs, and video technologies for leading venture capitalists and companies such as Comcast, NEC Research Labs and Xerox PARC. Jim holds Ph.D. and M.S. degrees in Applied Physics from Stanford University and a B.A. in Physics and Math from Washington University.



## CRAIG SEIDEL

**Senior Vice President, Technology**

Craig Seidel is Senior Vice President, Technology with a diverse entertainment technology background. At MovieLabs Craig focuses on production, all aspects of the digital supply chain including interactivity, metadata, file delivery and business rules (e.g., Avails). He architected and authored the Common Metadata family of specifications and defined much of the UltraViolet system. Craig also specializes in technologies applicable to fingerprinting, content protection and Digital Cinema.

Prior to MovieLabs, Craig led a variety of engineering and operations project, including peer-to-peer anti-piracy (Hawkeye), software licensing (FlexLM), DVR (TiVo), Interactive Television (Liberate), electronic publishing (EFI Fiery), survivable networks, and satellite ground stations. Craig holds a B.S. Electrical Engineering and Computer Science from University of California, Berkeley and an M.S. in Computer Science from Stanford University.



# RAYMOND DREWRY

## Vice President, EMEA Operations & Principal Scientist

Raymond has been in the industry for 25 years primarily as a technologist. He has designed and implemented systems that range from the first fully interactive digital cable network in Europe, through the first-ever networked digital video system for journalists at an international sporting event, to real-time robotics systems for special effects and mechanical-industrial performance pieces. He also was a prime contributor to early versions of the X11 window system and Microsoft Windows 1.0.

Before joining MovieLabs Raymond was CTO at Aggregator TV, a UK-based IPTV content company, and before that CTO and VP of engineering at Liberate Technologies. He has also been Director of Technology for New Media at Sybase; Principal Engineer and Architect for graphics systems at Digital Equipment Corporation, working in both research and product groups; and an engineering manager at Microsoft. As a consultant he has worked on large-scale networked multimedia systems, US and EU patents, interactivity for mobile devices, and commercial applications of novel mathematics. His patents, publications, and contributions to technical standards cover distributed multimedia systems and graphics hardware and software. Raymond has a BA in Classics (Latin) and Computer Science from Yale University.

# Exhibit R6

Back to GetFilings.com

NOTICE:
This site contains REAL
records (court records of
citations, speeding ticket
nies, misdemeanors, sexual
es, mugshots, etc.), bacl
reports, photos, court doc
address information, phone
and much more. Please BE
when conducting a sea

TruthF1

I Understand

QuickLinks -- Click here to rapidly navigate through this document

# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

# FORM 10-K

### FOR ANNUAL AND TRANSITION REPORTS PURSUANT
### TO SECTIONS 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

**(MARK ONE)**

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE
ACT OF 1934 FOR THE FISCAL YEAR ENDED MAY 31, 2002**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE
ACT OF 1934 FOR THE TRANSITION PERIOD FROM _____ TO _____.**

### COMMISSION FILE NUMBER 000-26565

# LIBERATE TECHNOLOGIES
(Exact Name of Registrant as Specified in Its Charter)

| | |
|---|---|
| **DELAWARE** | **94-3245315** |
| (State or Other Jurisdiction of Incorporation or Organization) | (I.R.S. Employer Identification No.) |
| **2 Circle Star Way, San Carlos, California** | **94070-6200** |
| (Address of Principal Executive Offices) | (Zip Code) |

**(650) 701-4000**
Registrant's Telephone Number, Including Area Code

### SECURITIES REGISTERED PURSUANT TO SECTION 12(b) OF THE ACT: NONE
### SECURITIES REGISTERED PURSUANT TO SECTION 12(g) OF THE ACT:

### COMMON STOCK, $0.01 PAR VALUE PER SHARE
(Title of Class)

Indicate by check mark whether the Company (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Company was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒    No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of the Company's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

As of June 30, 2002, the aggregate market value of the voting stock held by non-affiliates of the Company was $195,380,000 based on the last reported sale price of the Company's common stock on the Nasdaq National Market System, and there were 107,618,302 shares of common stock outstanding (including shares held by affiliates).

**DOCUMENTS INCORPORATED BY REFERENCE**

Portions of the Company's Proxy Statement for the Annual Meeting of Stockholders to be held on October 29, 2002 are incorporated by reference in Items 10, 11, 12, and 13 of Part III of this Report.

**LIBERATE TECHNOLOGIES**
**ANNUAL REPORT ON FORM 10-K**
**FOR THE FISCAL YEAR ENDED MAY 31, 2002**

## TABLE OF CONTENTS

| | | Page |
|---|---|---|
| **PART I** | | |
| Item 1. | Business | 1 |
| Item 2. | Properties | 18 |
| Item 3. | Legal Proceedings | 18 |
| Item 4. | Submission of Matters to a Vote of Security Holders | 19 |
| **PART II** | | |
| Item 5. | Market for Registrant's Common Equity and Related Stockholder Matters | 20 |
| Item 6. | Selected Financial Data | 22 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 24 |
| Item 7A. | Quantitative and Qualitative Disclosures About Market Risk | 50 |
| Item 8. | Financial Statements and Supplementary Data | 51 |
| Item 9. | Changes in and Disagreements With Accountants on Accounting and Financial Disclosure | 91 |
| **PART III** | | |
| Item 10. | Directors and Executive Officers of the Registrant | 92 |
| Item 11. | Executive Compensation | 93 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management | 93 |
| Item 13. | Certain Relationships and Related Transactions | 93 |
| **PART IV** | | |
| Item 14. | Exhibits, Financial Statement Schedules, and Reports on Form 8-K | 94 |
| Signatures | | 99 |

## PART I.

### Item 1. Business

The discussion in this Annual Report on Form 10-K ("Form 10-K") filed on behalf of Liberate Technologies and its wholly owned subsidiaries ("Liberate," "we," "us," or "our") contains statements that involve expectations or intentions (such as those relating to future business or financial results, new products or features, anticipated deployments, or management strategies). These are forward-looking statements that are subject to risks and uncertainties. We assume no obligation to update any forward-looking statements. Actual results may vary materially due to the risks listed below, risks listed in our other filings with the Securities and Exchange Commission, and unforeseen other factors. You should consider our forward-looking statements in conjunction with those risks discussed below, as well as with our financial statements, related notes, and the other financial information appearing elsewhere in this Form 10-K.

### Overview

Liberate Technologies is the premier provider of standards-based software platforms for delivering enhanced digital content and services to television viewers around the world. Network operators (such as cable and satellite television operators and telecommunications companies), broadcasters, content providers, and manufacturers of information-oriented consumer devices such as television set-top boxes and game consoles ("consumer devices") use our software to deliver enhanced digital content and services. Our software also facilitates network management and interoperability of third-party applications.

We began our operations in late 1995 as a division of Oracle, developing client and server software for the consumer, enterprise, and educational markets. We incorporated in Delaware in April 1996 when Oracle spun off our division as Network Computer, Inc. ("NCI"). NCI's initial focus was selling software to original equipment manufacturers of network computer products for enterprise customers. In August 1997, NCI merged with a Netscape Communications subsidiary, Navio Communications, Inc. ("Navio"), which was developing Internet application and server software for the consumer market. NCI was the surviving entity in the merger. After the merger, we changed our strategic direction and restructured our operations to focus our development and marketing efforts on products targeted primarily at the consumer device market, targeting sales to a limited number of large network operators and consumer device manufacturers. In May 1999, we changed our name from NCI to Liberate Technologies.

Since our incorporation, we have raised a significant amount of capital by selling small equity positions to a number of investors, including some major network operators. This has provided us with the financial resources we needed to continue our growth, given us resources to pursue investments and acquisitions, and reinforced our relationships with participating network operators. In order to continue to fund our growth, we decided to offer our stock to the public and became a publicly traded company on July 28, 1999. In January 2000, we effected a two-for-one split of our stock. We raised additional capital in February 2000 through a secondary public offering, and again in July 2000 when Cisco Systems ("Cisco") invested $100.0 million through a private placement.

We have made two acquisitions since becoming a publicly traded company. In March 2000, we acquired the VirtualModem assets of SourceSuite LLC ("SourceSuite"), a company based in Canada. In June 2000, we acquired MoreCom, Inc. ("MoreCom"), based in Horsham, Pennsylvania.

In July 2002, we entered into an agreement to acquire Sigma Systems Group (Canada) ("Sigma"), which develops and licenses operations support systems software to cable operators to permit them to create, deploy, monitor, and maintain subscriber services. See Note 17 of Notes to Consolidated Financial Statements.

1

We operate solely in one segment and generate revenues by licensing our client and server products, applications, and tools, and providing related services. Our fiscal year runs from June 1 to May 31, with each fiscal year ending on May 31 of the corresponding calendar year. Our stock is traded on the Nasdaq National Market under the symbol "LBRT."

We have offices in the United States, Canada, Europe, Asia, and Australia. Our headquarters and primary development offices are located in San Carlos, California. We have a development office in London, Ontario, Canada. We also have sales offices in London, England; Tokyo, Japan; Sydney, Australia; and Beijing, China.

**Technology and Products**

# Exhibit S6

Business

# Liberate Technologies and Star TV Form Agreement to Provide

November 18, 1999, 3:16 AM PST

Interactive
Television to Hong Kong

Terms of Service Do Not Sell My Info (California) Trademarks Privacy Policy
©2020 Bloomberg L.P. All Rights Reserved
Careers Made in NYC Advertise Ad Choices ▷ Contact Us Help

The Patented TV Navigator Technology is Expected to Be Fully
Deployed By Q1 of 2000

SAN CARLOS, Calif., Nov. 18 /PRNewswire/ -- Liberate
Technologies
(Nasdaq: LBRT) today announced that Star TV, a subsidiary of
The News
Corporation Limited and the premier provider of television
services across
Asia, has signed an agreement to use Liberate TV Navigator(TM)
in technical
trials for interactive television in Hong Kong.

The technical trials, which have been approved by Hong
Kong's
Telecommunications Regulatory Authorities, will be conducted
between November
1999 and February 2000.

Star TV has made an application for a pay television
license for the
operation of a new television portal called DTV, offering a
fully integrated
service of multi-channel television, digital radio, e-mail,
web browsing and
e-commerce, through a single remote control and infrared
keyboard.

Subject to satisfactory governmental licensing
arrangements, the DTV
service is intended for launch in early 2000.

By adding Star TV to its portfolio of blue-chip customers,
Liberate is
extending the reach of its interactive television and
information appliance
technologies.  Liberate TV Navigator will allow Star TV to
combine interactive
applications with television programming and to leverage the
vast pool of
developers using open Internet, broadcast, and consumer
electronics standards.

"Star TV currently offers some of the most advanced
digital broadcasting
services in the world to our customers.  Combined with
Liberate's powerful
Internet-based capabilities, we will now be able to provide
the ultimate
experience in home entertainment-the ability to view, respond
and
interact-with the television," said Daniel Cheung, Managing
Director DTV & EVP
Hong Kong and Taiwan for Star TV.

"Star TV's commitment to providing its customers with a
broad range of
entertainment and information services, and the company's wide
international
reach represents an important success both for Liberate and
the interactive
television market as a whole," said Mitchell Kertzman,
president and CEO of
Liberate Technologies.  "With a potential market of more than
300 million
viewers in some of the most technologically savvy regions of
the world, Star
TV's endorsement of the Liberate platform and aggressive
deployment plans will
help it to build and maintain customer loyalty as well as make
interactive
television a standard service offering worldwide."

About Star TV
Star TV is a subsidiary of The News Corporation Limited.
The Star TV
network offers both subscription and free-to-air television
services, reaching
more than 300 million viewers across Asia, India, and the
Middle East.  Star
TV broadcasts more than 30 channels in seven languages for a

multitude of
markets, making Star distinct among broadcasters.  The Star TV
channels offer
the region's widest television choice, whether it be music,
news, sporting
events, Asian and international dramas and films, and cultural
and information
programs.

    About Liberate Technologies
    Founded in April, 1996, Liberate (Nasdaq: LBRT) is a
leading provider of a
comprehensive software platform for delivering enhanced
Internet content,
services and applications to information appliances, such as
television
set-top boxes.  Liberate's software allows network operators,
such as
telecommunications companies, cable and satellite television
operators and
Internet service providers, or ISPs, and information appliance
manufacturers
to provide consumers access to Internet-based applications and
services from
anywhere at anytime.
    Investors in Liberate include:  Acer, America Online,
Comcast, Cox
Communications, General Instrument, Hambrecht & Quist, Lucent
Technologies,
MediaOne, Netscape, Nintendo, Oracle, Rogers Communications,
Sega, Shaw
Communications, Sony, and Sun Microsystems.

    "Safe Harbor" Statement Under the Private Securities
Litigation Reform Act
1995:
    Information in this release that involves Liberate
Technologies'
expectations, beliefs, hopes, plans, intentions or strategies
regarding the
future are forward-looking statements that involve risks and
uncertainties.
All forward-looking statements included in this release are
based upon
information available to Liberate Technologies as of the date
of the release,
and we assume no obligation to update any such forward-looking
statement.
These statements are not guarantees of future performance, and
actual results
could differ materially from our current expectations.
Factors that could
cause or contribute to such differences or risks associated
with our business
are discussed in the Company's registration statement on Form
S-1 declared
effective by the Securities and Exchange Commission ("SEC") on
July 27, 1999,
and in the other reports filed from time to time with the SEC.

SOURCE  Liberate Technologies

    /CONTACT:  Tom Neumayr of Liberate Technologies, 650-701-
4065,
tneumayr@liberate.com, or Rebecca Smith of Brodeur Porter
Novelli,
617-587-2060, rsmith@brodeur.com/
    (LBRT)

Have a confidential
tip for our reporters?

GET IN TOUCH

CO:  Liberate Technologies; Star TV; News Corporation Limited
ST:  California, China
IN:  ENT CPR
SU:

EOS   (PRN)   Nov/18/1999   06:01      85
â

# Exhibit T6

**SFGATE**

https://www.sfgate.com/business/article/Former-software-officer-indicted-Liberate-2721326.php

# Former software officer indicted / Liberate ex-COO accused of inflating company's revenue

By **Henry K. Lee**   Published 4:00 am PDT, Thursday, September 30, 2004

The former chief operating officer of a San Carlos software company has been indicted on charges of securities fraud for an alleged scheme to inflate the company's revenue, authorities said Wednesday.

**Donald Fitzpatrick**, 48, the one-time head of worldwide sales for **Liberate Technologies** Inc., was indicted late Tuesday by a federal grand jury in San Francisco.

Federal prosecutors charge that Fitzpatrick falsely inflated the company's revenue in fiscal years 2002 and 2003 by as much as 17 percent, causing investors to lose more than $40 million. Authorities believe he is living in Sydney, having been fired by Liberate.

His attorney did not return calls



San Francisco Evening Forecast - 09/07/2020

**MBA BY THE BAY:** See how ar
directory of Bay Area programs.

Fitzpatrick was charged with securities fraud and conspiracy to commit securities fraud, making false statements to auditors and falsifying the books of Liberate, which sells software and services for interactive television.



Can a Press Release Help SEO?

eReleases Press Release

SEO is a long-term commitment so you should consistently update and improve your strategy.

OPEN

Fitzpatrick also faces a separate civil complaint by the Securities and Exchange Commission. **Thomas Stitt**, 50, of Redwood City, former Liberate sales vice president,

has agreed to pay $78,000 to settle a complaint filed by the SEC for his role in the same alleged scheme.

According to the indictment, Fitzpatrick entered into an illegal side agreement in which Liberate supplied a customer with the money to make a purchase.

In this deal, Liberate used its own funds to create the false appearance of legitimate revenue, authorities said. Fitzpatrick told employees to "get the deal done" and to worry about the legal or financial "niceties" later, the indictment said.

In a second transaction, Fitzpatrick hid from Liberate's finance department a side agreement that he negotiated with a customer granting the customer future financial concessions, the SEC complaint said.

"The concessions Fitzpatrick secretly granted, if accounted for properly, would have wiped out the revenue Liberate reported to the public for the sale, " the SEC said.

Fitzpatrick also allegedly signed false letters to Liberate's outside auditor, PricewaterhouseCoopers, stating that he had told them about all aspects of the transactions.

Prosecutors also charged that he lied to investors on a conference call, lied to lawyers conducting an internal investigation of the company's finances and lied to the chief financial officer in a series of e-mail messages.

© 2020 Hearst Communications, Inc.

HEARST

# Exhibit U6



V6

Web Usage Record view



Library buildings are closed to the public until further notice, but the U.S.
Copyright Office Catalog is available. **More**.

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = interstellar
Search Results: Displaying 224 of 342 entries

◄ **previous**   **next** ►

**Labeled View**



*Interstellar*

**Type of Work:** Preregistration
**Type of Work Preregistered:** Motion Picture
**Preregistration Number / Date:** PRE000007487 / 2014-09-26
**Application Title:** Interstellar
**Title:** Interstellar
**Copyright Claimant:** Paramount Pictures Corporation. Address: 5555 Melrose Avenue, Lubitsch 215, Hollywood, CA, 90038, United States.

Warner Bros. Entertainment Inc. Address: 4000 Warner Blvd., Burbank, CA, 91522, United States.
**Creation of Work Began:** 2013-08 (Approximate)
**Date of Anticipated Completion:** 2014-03 (Approximate)
**Projected Date of Publication:** 2014-11 (Approximate)
**Authorship on Application:** Paramount Pictures Corporation.

Warner Bros. Entertainment inc.
**Description of Work:** With our time on Earth coming to an end, a team of explorers undertakes the most important mission in human history; traveling beyond this galaxy to discover whether mankind has a future among the stars.
**Names:** Paramount Pictures Corporation
Warner Bros. Entertainment inc.
Warner Bros. Entertainment Inc.

◄ **previous**   **next** ►

| **Save, Print and Email (Help Page)** |
| Select Download Format   Full Record ⌄   Format for Print/Save |
| Enter your email address:            Email |



**Library buildings are closed to the public until further notice, but the U.S.
Copyright Office Catalog is available. More.**

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = interstellar
Search Results: Displaying 223 of 342 entries



Labeled View

### *INTERSTELLAR.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001920916 / 2014-11-05
**Application Title:** INTERSTELLAR.
**Title:** INTERSTELLAR.
**Description:** 8 film reels ; 35mm.
**Copyright Claimant:** Paramount Pictures Corporation. Address: 5555 Melrose Avenue, Hollywood, CA, 90038, United States.
Warner Bros. Entertainment Inc., Transfer: By written agreement. Address: 4000 Warner Blvd., Burbank, CA, 91522, United States.
**Date of Creation:** 2014
**Date of Publication:** 2014-11-05
**Nation of First Publication:** United States
**Authorship on Application:** Paramount Pictures Corporation, employer for hire; Domicile: United States. Authorship: entire motion picture.
Warner Bros. Pictures, a division of WB Studio Enterprises Inc., employer for hire; Domicile: United States. Authorship: entire motion picture.
**Preregistered as:** PRE000007487
**Copyright Note:** C.O. correspondence.
**Names:** Nolan, Christopher
Paramount Pictures Corporation
Warner Bros. Pictures.
WB Studio Enterprises Inc.
Warner Bros. Entertainment Inc.



---

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

W6

## screenplay uberopolis

## Steve Wilson-Briggs

Mon 1/16/2006 9:35 PM

**To:** birdynumnumz@hotmail.com <birdynumnumz@hotmail.com>

ANGLE ON: A DEAD MAN'S BODY FLOATS IN SPACE HIGH ABOVE THE EARTH. IN THE
BACKGROUND, THE EARTH IS SEEN HALF SHADED IN THE COVER OF NIGHT.  THE SUNLIT
HALF IS SEEN WITH ENORMOUS GRAY AND BROWN CLOUDS OF POLLUTION COVERING
MOST
OF THE SURFACE. THE OCEAN IS AN UNHEALTHY GREENISH-BLUE -NOT THE VIBRANT
BLUE OCEAN OF THE PAST. THE DEAD BODY IS SLOWLY SUCKED INTO EARTH'S
GRAVITATIONAL PULL, UNTIL THE SKIN BEGINS TO PEEL AND BURN FROM THE
FRICTION-GENERATED HEAT OF RE-ENTRY. THE BODY IGNITES AND ROCKETS TOWARD THE
DARK SIDE OF EARTH.

THE CAMERA PERSPECTIVE DESCENDS FROM THE SKY TO A SMALL LIGHTED REGION OF
EARTH, A CITY AT NIGHT, SOMEWHERE IN THE REGION OF THE NORTH AMERICA ONCE
KNOWN AS TEXAS.  THE CAMERA MOVES IN CLOSER, UNTIL IT IS CLEAR THAT THE
LIGHT IS EMITTED FROM A POOR, RUN-DOWN, MID-SIZED CITY. THE YEAR IS 2120.

EXT. A GLOOMY RUN-DOWN CITY STREET -- NIGHT

Beneath a polluted night sky, an attractive mother (Rianna, about 40) walks
alongside her lean teen-aged son (John Carl) on a gritty street of an
impoverished town.  She carries a small bag of groceries while her son
carries his sister, Franny.  On the streets around them futuristic police
and military vehicles hover ominously above the street as they cruise slowly
about, belching ever-more pollution into the air; homeless people burn fires
in trash cans and barrels to keep warm; children run in and out of rundown
tenement housing; a few teens wearing headphones sniff paint from a plastic
bag in the shadows; other shabbily dressed teen-aged boys wearing headsets
and headphones stand eerily on the corners and stoops, scanning the street
predatorily for some unsuspecting prey. The woman's teen-aged son keeps a
firm tough look on his face, careful not to seem an easy target.

The flash of the shooting star (the dead body) whips across the sky.  The
young daughter (Franny) notices it and lifts her head from her brother's
shoulder and points a weak finger.

FRANNY
Mommy, look!  A shooting star!

The mother and her son turn to see.

RIANNA/MOTHER

Relax. Remember your breathing.

FRANNY
But a star...

RIANNA
You're right, Franny.  Make a wish.

FRANNY
No, you.

RIANNA
Wishes are for the young.  You sound wheezy. I think you need your inhaler.

Rianna digs in her jacket pocket and produces a long kid's respiratory inhaler.  Rianna hands the inhaler to Franny.

FRANNY
Then you, John Carl.

Franny puffs the inhaler.

JOHN CARL
You.

Franny exhales.

FRANNY
I'll save it for daddy.

JOHN CARL
The person who sees it is supposed to make the wish.

FRANNY
OK.  I want...

John Carl puts a finger over each of their lips.

JOHN CARL
You're not supposed to tell...

John Carl's eyes dot back and forth, as if suddenly aware that perhaps the local thugs have caught him in a tender moment with his sister.  He takes his fingers down from their lips.

FRANNY

Oohhh...

Franny contemplates, then closes her eyes briefly to wish.

FRANNY
It was a good one.

Franny takes another puff of her inhaler.

JOHN CARL
But mine would've been better, if I would've seen it.

RIANNA
When I was a little girl shooting stars were so rare. Now, it seems like
every night you can see a dozen -even through all this pollution.

A teen age male's voice calls out from the streets in a tough Spanish
accent.

VOICE
Ola, Mrs. Noland!

Rianna waves and yells in the direction of the voice.

RIANNA
You should be at the gym and out off the street, Tony!

JOHN CARL
(whispering to Rianna)
I wish you wouldn't wave to those hoods.  They're only nice because you're
dad's wife.

Rianna and John Carl continue their conversation quietly.

RIANNA
Maybe if there was a little opportunity around here they wouldn't be hoods.

JOHN CARL
(sarcastically)
Does that mean if I come home one night with blood on my knuckles, smelling
like I've been blowing paint, you'll understand?

Rianna smacks John Carl firmly on his shoulder and points in his face, her
voice quivering with subdued anger.

RIANNA

If I ever find you in these streets... I'll...

JOHN CARL
My point is: they're not victims.  They make choices.

RIANNA
Don't be to be so smug.

Rianna holds up her small bag of groceries to her son's face.

RIANNA
You see this bag? Most of these kids haven't seen this much food in a
week... they're not the problem... They're symptoms...

Rianna points to a passing army truck.

RIANNA
...All these police and army  trucks they send in here... like taking an
aspirin for a broken leg.

JOHN CARL
It's your same argument, every time.  'redistribute the wealth'! But that's
not gonna happen. Life goes on.

Rianna stares in frustration at her son in the night light.  Franny coughs.

RIANNA
So much intellect... but you could use a little more compassion.

Franny coughs again.

JOHN CARL
Mom, Franny's breathing is getting worse.

Rianna and her two children begin up the stairs to a small apartment over a
garage workshop.

FRANNY
I think I need the machine.

They enter the small apartment.

INT. APARTMENT -- CONTINUOUS

The small apartment is very neat and orderly.  John Carl places Franny
gently on the small couch in the living-room.  Rianna puts her ear to her

daughters chest, as John Carl takes a small electronic device off of an end table.

RIANNA
Get the respirator.

Predicting his mother's request, John Carl hands the respirator to Rianna. John Carl turns the respirator on as Rianna puts the mask over Franny's mouth and nose. Franny begins breathing a bit more easily.

JOHN CARL
I'm gonna go see dad before he goes to work. That OK?

RIANNA
I think she's OK.

John Carl rubs Franny's head as she lays wearing her inhaler, then kisses his mother's cheek before leaving -careful to lock the door behind himself.

EXT. RIANNA'S APARTMENT -- CONTINUOUS -NIGHT

John Carl glides down the stairs and into the the front door of the garage below.

INT. GARAGE -- CONTINUOUS -NIGHT

Inside the garage a semi-muscular man (with tan-skin, multinational features and a thick beard) works with a group of two boys and one girl reviewing a series of punches and a take down move near a punching bag. The man is John Carl's father: Arlo Grainer (AKA John Noland). In the background some kids play on a small pool table, others paint on an easel, and others play board games.

ARLO
Now put the combination together.

The kids repeats the sequence.  A little girl fails to get the move down.

ARLO
Try again.  You almost have it.

The girl tries the move again on her partner, unsucessfully.

LITLLE GIRL
No good.

ARLO
Try again.  One more time.

The girl tries again, unsuccessfully.

LITLLE GIRL
I can't.

ARLO
Just try again tomorrow.

LITLLE GIRL
OK.

ARLO
(softly and earnestly)
That's the secret of life.

Arlo and the girl shake hands.  Arlo looks at his watch, then turns, raises
his voice and addresses all of the kids.

ARLO
That's it for today!! The gym will open at nine tomorrow! See you then!

As Arlo speaks he shakes hands with several kids, as he glances at John Carl
across the room and smiles subtly.

ARLO
My son just reminded me that next week report cards come out!

John Carl looks down sheepishly.

ARLO
Bring in decent grades or you might lose your membership! Good night.

Arlo walks toward a small office area within the garage and enters as the
children disperse.

INT. GARAGE OFFICE AREA. -- CONTINUOUS

Arlo walks into the garage office area followed by a couple parents and
their two kids and John Carl. John Carl stops in the office doorway and
watches.

MALE PARENT #1
Mr. Noland, I only had two customers this week.  All I can donate now is 10

dollars.

The man begins to hand Arlo two five dollar bills.  Arlo takes the money but keeps his hand out holding the bills.

ARLO
Are you sure you can afford this right, now?

The man's eye flash in surprise at Arlo's generosity.

MALE PARENT #1
I suppose, but I can better afford just five dollars.

The man pulls back five dollars out of Arlo's hand.  Arlo's eyebrows shift in surprise and disappointment.  John Carl furrows his eyebrows in anger. The male parent waves and leaves the office. As Arlo and John exchange an incredulous look a female parent moves forward to speak to Arlo.

FEMALE PARENT #2
I appreciate you teaching the kids to defend themselves against these bums. I'd like my son to join, but I have very little money, right now.

ARLO
The club is free. I accept small donations -when you can afford it.

FEMALE PARENT #2
Thank you, so much... I'm a great admirer of yours Mr. Grainer.

ARLO
I'm Mr. Noland.

The woman winks and moves closer to Arlo to whisper.

FEMALE PARENT #2
(whispering)
Don't worry. I'd never tell. I'm so proud to have you here. Good day.

The woman waves happily as she exits, leaving Arlo speechless. Arlo slowly regains his composure after a moment and opens his desk and removes some cash.  John Carl walks in.

JOHN CARL
What did she say?

ARLO
Nothing.

Arlo takes his sweatshirt off, revealing his fairly well built frame. He opens a door and walks into a small room adjacent to the office (his bedroom) and grabs a short sleeved shirt from a dresser. The room is simple, a bed and dresser, but is nonetheless very messy, clothes everywhere.

JOHN CARL
Maybe you should charge membership dues.

Arlo throws on the shirt.

ARLO
And send the kids into the streets? Besides, I have a regular job.

John Carl looks in on his father's messy room.

JOHN CARL
You really ought to clean up in here, dad.

ARLO
I keep hoping your mom might come down and tidy-up.

Arlo glances at this watch.

ARLO
I need to get going.

JOHN CARL
Can I ride with you to the warehouse tonight? Dylan can drive me back.

ARLO
I guess so.

Arlo walks to the rear of the garage and gets into a very small battered hover car.  The car sputters to a start.  John Carl opens the garage and Arlo drives out of the rear garage exit.  John Carl closes the garage door.

CUT TO:

INT. ARLO'S MINI HOVER CAR -- MOMENTS LATER

Arlo and John Carl sit in the mini hover car driving Arlo to work at night. John Carl tries to turn on the cheap dashboard TV/radio. It flickers on then off. John hits the dash and a TV image (which John Carl ignores) comes on the small dashboard screen. John Carl watches, engrossed.

TELEVISION: TV SHOW HOST
...When we get back we've got a home video you won't believe! Next on
"Desperate For Attention!"

The program cuts to a commercial:

TELEVISION: COMMERCIAL ANNOUNCER
Are you tired of the extreme pollution levels and respiratory problems? Well
there's an answer:  Uberopolis: City of Light!  Renown for its huge condos
and ultra-sheik home owners. Uberopolis features everything from spacious
family units, to giant penthouses.  All for only a few million more than
you'd pay on Earth.

ANGLE ON : AS THE COMMERCIAL RUNS IMAGES OF THE SATELLITE CITY OF UBEROPOLIS
ARE SHOWN.

TELEVISION: COMMERCIAL ANNOUNCER
Floating 10,000 miles above earth, now you can own a piece of Heaven.
Uberopolis! The crime-free city -where the pristine air quality heals
respiratory ailments, and the low gravity has been proven to reverse bone
disorders.

The television shows a man jumping out of a tall building (fairly slowly)
and landing safely on the street.

TELEVISION: COMMERCIAL ANNOUNCER
The Sky City is known for it's beautiful malls, casinos, nightclubs, museums
and golf courses.  Why vacation on a polluted Earth beach when you can swim
with dolphins in Uberopolis Harbor? The first half of Uberopolis City sold
out in 6 months.  The second half is under construction and will be open
next year. Buy now!  Come live in the greatest city off Earth. Uberopolis! A
Drexler Media holding.

As the commercial ends, John Carl turns his attention to his father,
curiously.

JOHN CARL
Why do they call it line-riding, anyway?

ARLO
The U.W.N.'s radar shield is 200 feet above ground level.  To avoid being
shot down we have to ride  below that line.

JOHN CARL
Hmm.  So, when are you gonna take me on a run with you?

ARLO
Never.  I wish you'd get that idea out of your head.  We need more doctors
and business...

Arlo brings the car to a stop near a large warehouse on the perimeter of the
town. He and John Carl exit and walk into the warehouse.

CUT TO:

INT. HOVER-JET WAREHOUSE -- MOMENTS LATER

ANGLE ON: THERE ARE TWO LARGE VEHICLES (HOVER-JETS) WARMING UP AS ARLO AND
JOHN CARL WALK IN THE WAREHOUSE. BOTH OF THE VEHICLES ARE SOMEWHAT WORN,
BUT
HAVE A VERY SLEEK, FAST DESIGN. THE REAR OF THE VEHICLES HAVE LARGE TRUCK
SIZED CARGO AREAS.

Arlo and John Carl walk into the warehouse, where they are greeted by a
thin, one armed man of about 55 years of age (Dylan, his right arm is
missing). Another pilot waves over to Arlo and John Carl before he gets into
one of the two hover jets.  Arlo waves to the pilot and returns his
attention to Dylan. The pilot flies out of the warehouse on his run. Dylan
approaches Arlo and John Carl with his hand outstretched, to shake.  The men
speak loud to compete with the hover-jet's engines.

DYLAN
It's all warmed up and ready.  Your run is a quick one tonight -a couple
hours.

Shaking Arlo's hand with his left hand. Dylan and John Carl shake as Dylan
speaks to Arlo:

DYLAN
You got some medicine, respirators, some mail and whatnots here.
(patting the hover-jet's cargo hull)
Take this to zone 252. They have a hover-jet loaded for you to run to 238.
Then bring 238's jet here.

As Dylan speaks a worker behind him throws a bundle of mail in the
hover-jet's hull.

DYLAN
Enter 238 from the west side. The blue guard has extra patrols on the east
face this week. I got the run loaded into the flight plan. We're low on
ammo, again. You got a couple hundred rounds in the guns and two impact
grenades. Be careful.

Arlo Nods and gives John Carl a pat on the back, then jumps in the
hover-jet. With a quick wave to Dylan and John Carl, Arlo pulls the
hover-jet out of the warehouse and quickly disappears into the low, southern
sky.

CUT TO:

INT. ARLO'S HOVER JET -- MOMENTS LATER

ANGLE ON : THE CAMERA FOLLOWS ARLO'S HOVER-JET FOR A COUPLE MINUTES OF HIS
"RUN": ARLO IS SEEN SPEEDING ACROSS THE LOW NIGHT SKY, ABOVE THE SCARCELY
INHABITED FARMLANDS AND FORESTS SEPARATING THE UNSECURED ZONES, ONLY ABOUT
50 FEET ABOVE THE GROUND.  THE HOVER JET RACES IN DARKNESS -WITH NO OUTER
LIGHTS.  THE DARK SILHOUETTES OF TREES, HILLS AND OLD FARM HOUSES ARE BARELY
VISIBLE AS ARLO STREAKS ACROSS THE HORIZON.

As Arlo approaches anther unsecured mid-sized city a blue police hover-jet
drops down behind Arlo and gives chase. The police jet fires at Arlo. Arlo
spins the hover-jet around and fires an impact grenade that misses the
police hover-jet, causing it to swerve, giving Arlo a little separation.
Before entering the city, Arlo drops to an even lower altitude and weaves
through the streets of the unsecured town to lose the police vehicle. Arlo
quickly pulls the hover-jet down a dirt road that leads him to an
underground driveway ramp, which leads to an underground bunker. As soon as
the hover jet is underground, a group of men who had been milling about
acting like "street people", near the ramp entrance, roll a canvas cover
over the driveway entrance, camouflaging it to the blue police hover-jet
that arrives only moments later, as the "street people" disperse.

CUT TO:

EXT. RIANNA'S APARTMENT AND GARAGE -- LATER

Arlo, noisily pulls his mini-hover-car into the rear of the garage. At the
sound of the hover car's engine, John Carl runs out of the house to get
Arlo.

JOHN CARL
Dad! Franny's breathing bad!

INT. RIANNA'S APARTMENT -- CONTINUOUS

Arlo and John Carl run into the upper apartment to find Rianna hovering
worriedly over her daughter, Franny. Franny's breathing is heavy and
gasping.

RIANNA
Her breathing is so restricted, Arlo. It's worse than last time.  What are
we gonna do?

Arlo crouches a little closer to his daughter and touches the back of his
hand to her cheek.

ARLO
We're gonna have to take her to the hospital, Ri.

RIANNA
With what for money? She needs clean oxygen!  They don't give that away.  We
need money we don't have!

ARLO
Relax, you're making things worse.  Come here.

Arlo steps into the kitchen holding Rianna's hand.  Arlo turns to address
John Carl.

ARLO
Look after your sister.

INT. KITCHEN -- CONTINUOUS

ARLO
I've got enough money for the O-2 at the hospital for tonight...

RIANNA
She's gonna need to be there for at least three days. Just like last time.
And what happens next time? The pollution count this year is higher than
ever -and no ozone.

Worried Franny might hear, Arlo places a finger over his lips.

ARLO
SSHHH!  That's why we're gonna turn me in.

RIANNA
Are you crazy?

ARLO
Someone recognized me at the gym tonight. Eventually someone's going to turn
me in for the reward. Might as well be you. It's up to 20 million dollars.
You can move into the secured zones and afford good health care..

RIANNA
We don't need to give up and move into the U.W.N...

ARLO
She needs to be near good hospitals. We can't let her die here for our
ideals. We're almost out of money... I should have done this years ago.

Rianna lips tremble, without reply.

CUT TO:

EXT. TAXI -- NIGHT

Arlo (carrying Franny) Rianna and John Carl all quickly climb into Arlo's
mini-hover-car. Arlo places Franny in Rianna's lap, in the back. Then he and
John Carl jump in the front.

INT. TAXI -- MOMENTS LATER

The dashboard TV flickers on as Arlo turns the ignition. Arlo begins
driving, quickly, to the hospital.

ARLO
(to Rianna)
...John Carl will stay with Franny at the hospital. You go to the local
Riordan media network. The anchor will go live to you when you tell them
I'll turn myself in only on live TV -after half the reward is deposited into
your account. The reward is no questions, no conditions. Give the state
exactly one hour to make the deposit. If the money's in your account when I
call, I'll turn myself into one of Riordan's news crews. Without the news
cameras -the state will shoot me on sight.

Rianna nods. John Carl' eyes dash wildly unnerved by the plan.

JOHN CARL
Dad...

ARLO
This is the only answer.

JOHN CARL
They're not gonna let you survive in jail.

ARLO
I'll be fine...

(To John Carl)
You'll finally be able to drop the Noland crap and be Grainer again.

John Carl' expression remains serious and flat.

Rianna struggles with a thousand conflicting feelings. She whispers to Arlo

RIANNA
I still care about you... I just can't live wondering if you'll make it home
every night.

With no appropriate response Arlo sits quietly. A commercial comes on the
TV. None of them pay much attention, preoccupied with Franny's welfare. As
the commercial runs a picture of a handsome, very muscular man (who looks
about 25 years old, with blond-ish hair) flashes on dashboard video screen:
President Peter Drexler.

TELEVISION: COMMERCIAL ANNOUNCER #2
On September 6th, when you go to the polls to vote, remember, only one
presidential candidate is a multi-billionaire. Only one owns Uberopolis, the
most popular community in world. Only one served the Unified forces in the
Unification War. Only one owns a media and medical empire. And only one has
the business experience to keep this economy strong.  This September
Re-elect President Peter Drexler.  The Only One!

As the commercial ends Arlo notices Drexler's image and scowls with hatred.

Arlo reaches back and brushes his hand through Fanny's hair, then turns his
focus to John Carl.

ARLO
You still remember the history I taught you?

John Carl nods "yes", pensively.

ARLO
Tell me one more time.

John Carl lowers his head and nods softly.

JOHN CARL
(Narration)
There was once a free, respected land called America.  The wealthiest, most
powerful nation ever.

EXT.  HOSPITAL -- MOMENTS LATER -NIGHT

ANGLE ON : AS JOHN CARL' NARRATIVE CONTINUES THE CAMERA SHOWS  ARLO, RIANNA AND JOHN CARL EXITING THE HOVER-CAR AND RUSHING INTO THE RUN-DOWN HOSPITAL.

JOHN CARL
(NARRATIVE CONTINUED)
But in the early 21st century a new American government ended key environmental protections -in the interest of business -accelerating the destruction of the outer atmosphere. At the same time, they invaded numerous sovereign nations and threatened even more.

INT: HOSPITAL -- MOMENTS LATER

ANGLE ON : AS JOHN CARL'S NARRATION CONTINUES THE CAMERA SHOWS JOHN CARL HUGGING HIS FATHER 'GOOD-BYE' IN THE HOSPITAL, AT FRANNY'S BEDSIDE, WHERE FRANNY LIES PEACEFULLY ASLEEP.  ARLO AND JOHN CARL SEPARATE. ARLO KISSES FRANNY'S FOREHEAD, CHEEKS AND NOSE AS SHE SLEEPS. THEN HE AND RIANNA RUSH OUT OF THE HOSPITAL.

JOHN CARL
(NARRATIVE)
But the world's nations deferred to America -since its strong economy supported the world's economies. But fatally, this same government encouraged corporations to seek greater profits abroad. Moving millions of pivotal jobs overseas, de-stabilizing the American economy.

EXT. TELEVISION NEWS STATION -- MOMENTS LATER

RIANNA IS SEEN RUSHING INTO THE NEWS STATION AS JOHN CARL' NARRATION CONTINUES.

JOHN CARL
(NARRATIVE CONTINUED)
The millions of newly unemployed Americans now competed with millions of immigrant workers, driving wages to nothing and sparking race wars. When America's economy finally collapsed the world's economy collapsed with it.

INT.  NEWS STATION  --  MOMENTS LATER

AS JOHN CARL' NARRATION CONTINUES RIANNA IS SEEN SITTING WITH AT THE NEWS STATION WITH THE NEWS ANCHOR. ALL THE STUDIO'S CAMERAS AND MONITORS CUT TO HER WITH THE ANCHOR-PERSON.

JOHN CARL
(NARRATIVE CONTINUED)
No longer beholden to America, angered by the economic disaster and years of

military aggression, with the aid of global corporations, the nations of the
world rose up against America. Igniting The Unification War.

EXT.  BARON PARKING LOT  -- MOMENTS LATER

AS JOHN CARL'S NARRATION FINISHES ARLO IS SEEN IN A BARREN PARKING LOT, AS
MEDIA CAMERA-HOVER-CRAFTS ARRIVE, SHINING BRIGHT SPOTLIGHTS DOWN ON HIM.
MOMENTS LATER TENS OF MILITARY HOVER-CRAFTS ARRIVE, WITH SOLDIERS TRAINING
THEIR WEAPONS ON THE UNARMED ARLO GRAINER FROM THE DECKS OF THEIR MASSIVE
HOVER-CRAFTS. ARLO FALLS TO HIS KNEES AND PUTS HIS HANDS BEHIND HIS HEAD,
SQUINTING TO PROTECT HIS EYES, AS THE WIND FROM THE HOVER-CRAFTS BLOWS DUST
AND DIRT EVERYWHERE.

JOHN CARL
(NARRATIVE CONCLUDES)
America survived the ten year war after sustaining -and inflicting- heavy
damage. But with it's economy destroyed and boycotted, America eventually
agreed to pay trillions in war reparations and give up its army. It was then
admitted into the Unified World Nation: the new business centered world
government.

EXT.  PARKING LOT -- MOMENTS LATER -NIGHT

Arlo is seen being handcuffed and escorted into one of the police/army
hover-crafts.

CUT TO:

INT. SOME UNIDENTIFIED JAIL -- LATER

ANGLE ON: ARLO IS SHOWN HAVING HIS BEARD SHAVED AND HAIR CUT BY A PRISON
BARBER -THEN BEING PHOTOGRAPHED FOR A MUG SHOT.

CUT TO:

INT. AN UNKNOWN TV MONITOR -- LATER

ANGLE ON : THE CAMERA FOCUSES ON A TV MONITOR WITH AN ATTRACTIVE FEMALE
NEWS
ANCHOR-PERSON ON THE SCREEN.

NEWS ANCHORWOMAN
Good morning It's May 23rd, 2120. Today on "People In Focus" we present the
recently apprehended war criminal, Arlo Grainer.
(dramatic musical interlude)
After the decorated U.S. soldier returned from the War, he ran for Mayor of

San Louis Obispo, California, and won.

ANGLE ON : AS THE ANCHORWOMAN SPEAKS OLD FOOTAGE OF ARLO AS A YOUNG MAYOR AND CIVIL ACTIVIST RUNS

NEWS ANCHORWOMAN
But in 2106, when America joined the Unified World Nation, Arlo announced that only the American flag would fly over his town, and declared his city a sovereign region, challenging other regions to join his Alliance of Independent Regions. The "AIR" resistance. Within a year there were more than 300 "AIR" regions, now called unsecured sectors or "zones". The U.W.N. accused Grainer of treason and terrorism and placed a multimillion dollar bounty on him, and driving him into hiding...

INT. OFFICE BUILDING, SAN FRANCISCO -- MORNING

In a rundown office in downtown San Francisco:

ANGLE ON  : THE CAMERA BACKS AWAY FROM THE TV SCREEN TO SHOW A SEMI-HANDSOME, ATHLETIC MAN (JERRY MATTHIESSEN, CAUACASIAN, 45-ISH) SITTING AT HIS OFFICE DESK, HIS FACES BURIED IN HIS HANDS, THOUGHTFULLY, AS THE MORNING NEWS CAST PLAYS:

NEWS ANCHORWOMAN (CONT"D)
...In recent years, President Drexler has zoned over 600 new regions "unsecured". Today, the unsecured sectors, are known for their poverty, violence, and illegal trade...

ANGLE ON : THE CAMERA BACKS AWAY FURTHER TO THE OTHER SIDE OF JERRY'S CLOSED GLASS OFFICE DOOR, STILL LOOKING IN AT JERRY, SEATED AT HIS DESK.

The office door window reads: "Jeremy Matthiessen, Investigator, Esquire, Office of Federal Inquiries". A neatly dressed man (Howard Mann, about 38) walks in the door carrying a box of donuts.

HOWARD MANN
Don't be so glum, pal.  Hardly anyone gets to be me.

Jerry lifts his face out of his hands.

JERRY MATTHIESSEN
I think you should at least knock when you're late.

Howard fans the air in office with his hand and cringes his nose, as if smelling some foul odor.

HOWARD MANN
And I think you shouldn't eat eggs... Sorry. Traffic diverted -riot on the
east side. But I got donuts!

Howard sets the donuts on the desk. Jerry's facial expression remains flat.

HOWARD MANN
Little testy.  What's up?

Howard opens the donut box, removes a donut and takes a bite, while Jerry
replies.

JERRY MATTHIESSEN
Same stuff.  Son sick. Marital problems. Job sucking my soul dry.

HOWARD MANN
It's too early to whine, Jerry... ...You have the coolest job in the Unified
nation. Semi-famous government watchdog -nuclear family. I'm an assistant
investigator -a 38 year old, single parent, whose partner just left him for
some 22 year old tart.  I can't buy a date and I whine less than you.

JERRY MATTHIESSEN
Being honest isn't whining, How. Sue we have great titles, but we're
government watchdogs who are employed by the government. You see the
conflict? Our assignments change whenever we get close to something
significant -or the state buries our report in the e-press, cause: If it's
not on TV, people don't care... Years of law school for this?

HOWARD MANN
There's always the private sector.

JERRY MATTHIESSEN
I have a sick kid. I need a regular check and benefits.

HOWARD MANN
My landlord got a preventative lung transplant on Sky Town and now she feels
even better. Maybe Jake needs a lung...

JERRY MATTHIESSEN
The rich running to Uberopolis to avoid our preventative laws, has driven
organ prices so high insurers won't cover transplants.

With no words of consolation, Howard pauses, then changes the subject.

HOWARD MANN
So, Arlo Grainer was arrested -ALIVE.

The monitor shows a flurry of media attention concerning Arlo Grainer. In the poor sectors of the unified nation, people are shown rioting and throwing rocks and bottles at military forces, waving signs reading "FREE ARLO NOW".

JERRY MATTHIESSEN
I know.

HOWARD MANN
Didn't you serve together?

JERRY MATTHIESSEN
We went to flight school together for a year.  Great pilot.  But Sometimes he'd get these terrible "ice pick" headaches.

HOWARD MANN
"Ice pick"?

JERRY MATTHIESSEN
Rare.  Short but terrible headaches.  Like being stabbed in the brain with an ice pick.

HOWARD MANN
Damn.

JERRY MATTHIESSEN
They said he was unsafe to fly and made him a flat-foot.

Howard watches the protest on TV.

HOWARD MANN
Look at these people.  They still love that guy.

JERRY MATTHIESSEN
They hate this government as much as you love it.

HOWARD MANN
(irritated)
You know I hate it as much as you. But I know who pays me.

Jerry Matthiessen's phone rings. He answers it. A video image of the caller pops up in a box on the TV monitor. A man of Indian descent, named Raj Shenkar.

JERRY MATTHIESSEN

Hi, Raj.

PHONE - RAJ SHENKAR
Have you seen the news, Matthiessen?

JERRY MATTHIESSEN
I have.

PHONE - RAJ SHENKAR
President Drexler wants you to lead the investigation for the Grainer
prosecution.

Jerry stares at Howard firmly unhappy about the news.

JERRY MATTHIESSEN
I don't think I...

PHONE - RAJ SHENKAR
These screaming peons will be suspicious of anyone else.

JERRY MATTHIESSEN
I'm pretty busy here, Raj.

PHONE - RAJ SHENKAR
We can always suspend funding to the Office of Federal Inquiries.

JERRY MATTHIESSEN
Always threats... This time I've gotta sleep on it.

Jerry hears another voice on the phone line.

PHONE -PRES. PETER DREXLER
Nonsense.  Gimme the line, Raj.

The TV image that Jerry sees toggles to President Peter Drexler, who
apparently has been listening to the conversation.

PHONE -PRES. PETER DREXLER
Jerry, what's there to sleep on?...

HOWARD MANN
Jesus. The president.

PHONE -PRES. PETER DREXLER
...I need you for this one. This is a trial of personality. The unsecured
sectors trust you. If they get worked up about this a hot war can break out.

You might be the difference.

JERRY MATTHIESSEN
With due respect, sir, what about me? My son's in an air filter that I can't afford, our reports are ignored, and now I'm assigned cases without my consent.

PHONE -PRES. PETER DREXLER
Take the case I'll personally buy the filter for your kid. I need you in London by 10 a.m. tomorrow.

Jerry contemplates the offer.

JERRY MATTHIESSEN
You'll buy the filter?

CUT TO:

INT. JAILHOUSE CONFERENCE ROOM -- LATER

In a dimly lit jail house conference room, Arlo Grainer is seen in a florescent prison jump suit, sitting with a small man in a suit, who is evidently his attorney. The walls of the room are dark and old, revealing that prison conditions of the UWN are poor. Behind an observation window, two guards watch the conversation.

ATTORNEY
That's it?  I'm fired?  You have an arraignment tomorrow?

ARLO
You're paid by the U.W.N.  How can you defend me?

ATTORNEY
Mr. Grainer, you have no money.

Arlo stands up and addresses a large, young prison guard behind the observation glass.

ARLO
Hey!  Let me outta here.

ATTORNEY
Mr. Grainer, You're making a big mistake...

Arlo walks over to the attorney, grabs his wrist and exposes a watch with a red light blinking.

ARLO
Next time they wire you -cover-up.

The attorney's mouth hangs agape, without defense.

The guard opens the door, cuffs Arlo hands behind hid back, and escorts Arlo out.

INT. JAIL HALLWAY -- MOMENTS LATER

The large young guard walks Arlo down the the gloomy, dark, run-down hall. Unexpectedly, the guard pulls Arlo's arms up behind his back, painfully.

ARLO
You're tough when you've got a man's arms behind his back.

GUARD #1
You wanna see tough, punk?!

The guard shoves Arlo roughly into his cell door, then slams his body against Arlo and whispers into Arlo's ear.

GUARD #1
The camera's on.

Arlo looks and sees the video monitor camera spin to observe them as the guard presses his body against Arlo, roughly.

GUARD #1
I grew up in Sector 127. You're a hero in my family. At dinner in the mess hall tonight, the guards are going to clear the room, the riot doors will lock, and the Sun-Gods are gonna kill you.  Be ready.

Arlo looks at the video monitor.  The guard shoves off of Arlo roughly. The guard yells at Arlo theatrically for the cameras.

GUARD #1
You hear me, punk!

Arlo's cell door open automatically.  Arlo enters.  The door closes automatically. Arlo turns holds his cuffs to the barred door.  The guard reaches through and unlocks the cuffs.  Arlo turns to the guard again.

ARLO
Thanks.

The guard turns away.

INT. JAIL MESS HALL, AT DINNER -- LATER

Arlo walks cautiously, with his food tray, to a an empty table. About
seventy-five prisoners dine at various tables in the prison mess hall. The
stone walls of the mess hall are dark and worn. Water (perhaps leaking from
broken pipes) drips in a few places around the mess hall and seeps down the
dreary, old concrete walls. Arlo watches the prison group and his
surroundings carefully. Three large muscular prisoners stand near Arlo's
table, as if preparing to strike. Arlo waves the gang members over to his
table. The gang members exchange looks of surprise, then walk to his table
and sit across from him. Each of the three men bears two large identical
knife scars on their right cheeks, and a few tear drop scars on their
cheeks. Close behind the three gang members stand six more of their gang
members -all with similar knife scars and tear scars- move closer, and stand
behind their gang leaders. The largest gang member, sitting across from
Arlo, speaks.

LEAD GANG MEMBER
You know who we are?

ARLO
Sun-Gods.

LEAD GANG MEMBER
You know what we're gonna do to you in a few minutes?

ARLO
Kill me... A friend tipped me.

The gang members nod as if Arlo should be terrified. Arlo's voice remains
monotone as he continues.

ARLO
I was thinking about staying in my room and not coming to dinner, but the
charges I'm facing carry a death sentence anyway... I figure the sooner the
better. But I'm a soldier, so I can't just die without a fight... So I
thought the best way we should do this is: send your weakest guys at me
first...So if I make through them, your big guys can finish the job.  You're
gonna need your big guys for the X-Tribe...

The gang members exchange nervous glances. As Arlo speaks, the few guards in
the room discretely slip out of the cafeteria. Arlo glances around the room.

ARLO
...the guards are leaving 'cause they know what's about to happen -the
prisoners have gone -cause they know too. Everybody's gone but us and the
X-Tribe.

The Sun-Gods look around to see roughly twice as many members of the X-Tribe
gang standing, menacingly, along the shadowy perimeter of the room.

ARLO
Know what I think? The warden asked them to kill you guys after you kill me
-so it looks like I was killed in a gang-riot. Pretty smart...

Blue lights suddenly come on each of the three cameras hanging from the
ceiling. The cafeteria doors close automatically as riot sirens burst on.
Arlo yells over the noise.

ARLO
Kill all of the conspirators. And you guys don't even collect whatever he's
bribed you to kill me!

The three gang members look at each other grimly.  Arlo stares back, as if
bored waiting for their next move, while the sirens wail and the lights
strobe. After about fifteen seconds the blue riot lights on the camera turn
green again. The flashing lights stop. The sirens die. The doors slide open
again and the guards file in, guns drawn, only to find Arlo sitting unharmed
at a table.

CUT TO:

EXT. COURT HOUSE -- NEXT MORNING

A television news reporter stands in front of a court house where Arlo is
being charged. Speaking into a microphone, amid hundreds of protesting Arlo
Grainer supporters.

REPORTER
After 14 years in hiding, in moments, Arlo Grainer, notorious enemy of the
state, is expected to enter his plea against a variety of state charges.
Reportedly Mr. Grainer was living under the assumed name of John Noland near
the North American gulf coast. Hundreds of people have arrived here to
support Grainer.

INT. COURT ROOM -- NEXT MORNING

Arlo stands in his prison jump suit in front of a judge in a modern court
room, with several video cameras rolling. Jerry Mathiessen sits at the

prosecution's desk watching. He and Arlo exchange nods of respect as the judge speaks.

JUDGE
...You've been charged with treason, fomenting dissent against the state, and evading justice. How do you plead?

ARLO
Not guilty.

JUDGE
Plea accepted.  Bail denied. Unfounded rumors have surfaced that the state made an attempt on your life recently. To demonstrate the state's intent to keep all prisoners safe -even terrorists like you- I'm sending you to the Uberopolis prison work program until your trial is complete.

CUT TO:

EXT. A LONDON AIRPORT  --  THE NEXT MORNING

Arlo is seen boarding an enormous, futuristic shuttle with hundreds of other prisoner passengers.

EXT. GIANT SHUTTLE -- MOMENTS LATER

The giant shuttle rumbles off of its launch-pad and into space.

FADE OUT:

EXT. UBEROPOLIS -NEW CONSTRUCTION ZONE -- LATER

ANGLE ON : THERE IS A SCREEN NOTE READING: "UBEROPOLIS, 4 MONTHS LATER."

The massive city of Uberopolis is finally seen up close.  It  is enclosed in an enormous 12 inch thick polycarbonate-thermoplastic spherical, transparent (like glass) shield. The outer shield has about about 50 airlock shuttle entry points, scattered near the city floor, to keep the sky view clear -including 10 long, tubular airlocks that allow long shuttle trains to enter and exit. There are 2 large golf courses and countless high rise apartments, innumerable narrow roads with magnetic-electric cars, two small lakes and a large harbor area teaming with aquatic life. The underside of the city is divided into the underwater side of the harbor, and a dense green forest, very usable by the citizens of Uberopolis, since there is no up or down in the weightless environment.  The dense forest and green aquatic life, provide much of the air for the sealed biosphere. Around the outside of the glass encased structure flying work vehicles and shuttles fly about. Inside

the dome, thousands of tiny vehicle drive the streets, dwarfed by the enormity of the city.

On the rear half of the city, but still inside the biosphere, is a giant on-going construction project, where tens of huge work vehicles shuttle the thousands of prison construction workers to various work sites. Almost all of the work vehicle and shuttles are within the biosphere, except a few shuttles on the outside of the city. Although the city is bright, beautiful and vast, the metal skeleton of the new construction project shows that the new work project is as big as the existing city itself. Dividing the city in half is a giant wall that keeps the prisoners from escaping into the exclusive main city.

Deep within the construction zone there are four shuttle landing pads, with massive shuttles parked, and bustling activity around each of them -not far from the center of the construction zone. At two of the shuttle pads about two hundred prisoners stand in two lines, waiting to board.

ANGLE ON: THE CAMERA ZOOMS IN CLOSER, ON THE BACK SIDE OF UBEROPLIS, WHERE THE EXPANSION WORK IN HAPPENING, HUNDREDS OF WORKING PRISONERS LOOK LIKE ANTS AGAINST THE MAMMOTH STRUCTURE.

ANGLE ON : THE CAMERA ZOOMS IN UNTIL IT FINDS ARLO, WELDING AND WORKING HARD.

Another prisoner works about twenty feet away from Arlo. A work supervisor approaches Arlo from behind. As Arlo works in his orange suit, welding a vent, he stops for a moment to watch another worker -who is nervously watching the prisoners across the way in the shuttle lines. Arlo then goes back to work on the vent joint. A green-suited supervisor walks up behind Arlo.

SUPERVISOR.
Good seem!

Arlo looks over his shoulder to find the supervisor.

ARLO
Thanks.

The supervisor looks at another worker near Arlo and says to both of them:

SUPERVISOR.
Nice work. You guys can break. It's almost lunch time.

Arlo and the neighboring prisoner nod their heads agreeably. Arlo takes his

helmet off to reveal his sweaty face. The neighboring prisoner looks closer,
as if he recognizes Arlo.

PRISONER/DAVID
Wow, you're Arlo Grainer.  I heard you were up here.

Arlo nods modestly.  The man offers his hand to Arlo.

PRISONER/DAVID
I'm David Levine.

They shake hands.  David glances back a the shuttles.

ANGLE ON : THE CAMERA SCANS THE SHUTTLES. THERE'S ONE SHUTTLE ON THE UPPER
RIGHT OF THE CONSTRUCTION ZONE, AND TWO ON THE LOWER WORK STAGE: ONE ON
THE
RIGHT, ONE ON THE LEFT. LINES OF PRISONERS STAND PREPARING TO BOARD THE TWO
LOWER SHUTTLES. ALL OF THE PRISONERS ARE CONNECTED TO A LONG CHAIN BY WRIST
CUFFS AND NECK COLLARS

ARLO
I noticed you keep watching those shuttles.

DAVID
Yeah. I've been noticing some bad things about them.

ARLO
Like what?

DAVID
See, next weekend I'm leaving.

ARLO
Me too.

DAVID
Yeah, well, near as I can figure after I get on that shuttle over there, I'm
gonna be dead about two hours later.

ARLO
What?!

DAVID
I've been watching these shuttles for months -I have their routines down.

David nods his head toward the shuttle on the upper right. Arlo watches the

green suited workers (guards) load the large boxes through the oversized door.

DAVID
See that shuttle that just arrived, getting unloaded on the upper right?

ANGLE ON: FROM ONE SIDE OF THE SHUTTLE NEW PRISONERS BEGIN DE-BOARDING FROM THE NEWLY ARRIVED SHUTTLE.  ON THE OTHER SIDE PRIVATE SECURITY WORKERS IN BROWN JUMP-SUITS BEGIN TO UNLOAD BOXES, ROUGHLY THE SIZE AND LENGTH OF COFFINS INTO A DOOR LEADING INTO A REAR OF A SECTION ON UBEROPOLIS.

ARLO
Yeah.

DAVID
That shuttle brings the new prison workers up.  They always also bring a bunch of supplies to the hospital on the other side of that wall.

Arlo looks at David, curiously, impressed that he knows the city design of Uberopolis.

DAVID
I've seen the city plan. The hospital shuttle loads on that lower dock. They only use the upper dock when the new prisoners come -that's when they bring those big long boxes.

ARLO
But how do you know which one you'll be on?

DAVID
All the political prisoners get on the left shuttle. You too, probably. The left shuttle is auto-piloted. But the right shuttle uses real pilots. But that's just a low orbit shuttle. I took it down, for my appeal. It takes the prisoners to the low orbit supply station, where they transfer to a cargo shuttle -cargo shuttles are too big to dock up here. The prisoners refill the low orbit shuttle, then take the emptied cargo shuttle home. But the left shuttle is supposed to be a direct run -to Earth and back. With cool off and inspection, that should take fourteen hours. The right shuttle completes its run in six hours, but the left shuttle always gets back 3 hours before the right.

ARLO
It should get back eight hours later.

DAVID
AND it always comes back empty -no passengers, no food.  They wouldn't send

it from Earth without supplies.

ARLO
Are you saying...?

DAVID
They're dumping political prisoners in space. Then they guide the empty
shuttles back to dock here. No pilots, no witnesses, no guilty consciences.

ANGLE ON: BEHIND THEM A THIRD LARGE SHUTTLE PULLS INTO A NEARBY DOCK.

A guard passes, eating his lunch a stares at them suspiciously. Arlo and
David stop talking and avert their eyes until he passes.

ARLO
Sounds kinda crazy.

DAVID
Except I'm not the crazy type.

Arlo and David exchange a firm look.

ARLO
What did you get busted for?

DAVID
Back home in 312 -outside of Toronto- I was into engineering design
-designing buildings and planes and stuff. But they didn't have no schools
for that in Sector 312, of course. I started selling hard to find blueprints
that I collected on line. Till I sold a blueprint of the Toronto Federal
Center. They said was trying to sell it to terrorists. I was just trying to
get money to eat.

ARLO
So what are you gonna do about riding on that shuttle?

DAVID
I'm working it.

A red light flashes and a siren sounds, signaling lunch break.  Arlo pulls
out a bag and begins to sit.  David starts to walk to another area.

DAVID
Why don't you join me over here?  I'll show you something.

Arlo shrugs and follows along.

DAVID
I eat over here everyday.

David takes him to an area where a three inch pipe spigot (about 4 feet above the opening in the ground) pours a steady flow of water into a 3 foot opening in the steel floor, the opening is covered by a metal grate. The water below the steel floor is deep and very blue.

ARLO
What's this?

DAVID
This water is from the dehumidifying water re-cycler. It collects all the evaporated moisture from the city and pours it back in here. Down there (pointing into the water below)
That's the Sky Town Harbor, on the other side of this wall.

David opens his lunch bag and removes the sandwich.

ARLO
You mean, all we have to do is take this grate off and we could escape to the other side?

DAVID
The grate's capped from the other side.

Arlo frowns a little.

DAVID
But check it out.

David  drops the meat into the hole.

DAVID
Watch.

A few second later a dolphin swims up to the grate and eats the meat.

ARLO
Damn.

DAVID
This is Spike.

The dolphin pokes his nose up through the grate.  David pets his nose, then

reaches through the bars to pet his face.

ARLO
A dolphin?!

DAVID
These guys only survive in zoos anymore.  Pretty incredible, huhn?

Arlo nods.

DAVID
I feed him here everyday at lunch time... This crap isn't fit for human consumption.

Arlo looks at his sandwich meat, then dumps it to the dolphin, too.

DAVID
I hear they have hundreds of different kinds of fish in there. The harbor's phydo-plankton and the forest trees makes 60 percent of the oxygen in this biosphere. They get the rest by splitting the oxygen atoms out of the water. That process creates the hydrogen used to fuel everything up here.

ARLO
You're like an encyclopedia.

David smiles faintly. Arlo notices a scar on Spike's nose.

ARLO
What's that scar on Spike's nose?

DAVID
I dunno -a beauty mark.

David pats Spike's nose.  Arlo bends over and gives spike a pat, too.

Arlo stands up, then unexpectedly drops to his knees and grabs his head with both hand, in pain.

ARLO
GGGRRRR!

DAVID
What's wrong?!

Arlo's eyes roll back for a moment. Arlo growls louder:

ARLO
AAAAHHHH!

David watches in shock, then bends over and places a hand on Arlo's shoulder. After a moment Arlo's body relaxes again, as the horrible pain subsides.

DAVID
Opthalmodynia?

Arlo raises his head, his nose is now bleeding, and nods.

ARLO
I get headaches sometimes.

DAVID
Ice picks.

Arlo nods again.

CUT TO:

INT. UBEROPOLIS WORK ZONE -MODULAR WORK BARRACKS -- LATER

At the end of the work day, Arlo and a group of about 100 other prison workers in his work party -all wearing orange work suits- enter a large modular barrack. Arlo walks into a break area and drinks down a glass of water. A man in a gray jump suit (the prison work warden) approaches Arlo.

ARLO
Excuse me, Warden!  I haven't called home in a month. Can I get a call card to tell my wife about my court date?

WARDEN ARNOLD
Sure.

The warden reaches into his pocket and gives Arlo a a credit card sized card.

ARLO
Thanks.

WARDEN ARNOLD
Sure thing.

Warden Arnold walks away.  Arlo pours another glass of water and walks into

his cell-room.

INT. ARLO'S CELL-ROOM -- MOMENTS LATER

Arlo's room-mate, Mick, is in the barrack room too, on the top bunk watching TV. Arlo and Mick nod politely at each other as Arlo proceeds to change his clothes in the small room.  As he does, he listen's to a broadcast on Mick's TV.

MALE BROADCASTER'S VOICE ON TV
Besides the great malls and beautiful casinos, one of the little known reasons the rich and famous go to Uberopolis is to visit President Peter Drexler's world famous organ transplant center. Donor organs are shipped there daily from around the globe -as getting elective organ transplants has become the rage among the rich, sheik, executive set.

Arlo takes a concerned look at Mick.

ARLO
Why are you still in bed?

MICK
(In a weak-ish voice)
I think I'm sick. I'm waiting for an escort to take me to the medical center.  I'm kinda worried though.

ARLO
Why?

MICK
I know a few of dudes who went over there for little problems and they never came back. They sent 'em home.  Replaced 'em with some healthy workers I don't wanna go home. The clean air  here is good for me.

ARLO
I wouldn't worry.

Arlo picks up the phone, slides his card in the card reader, and dials.  The phone rings.  His wife answers, her image pops up on the telephone video screen.

RIANNA / PHONE
Hello.

ARLO
Hey.

RIANNA / PHONE
Arlo, are you OK?

ARLO
I'm fine.  How 'bout you and the kids?

RIANNA / PHONE
I'm great. Franny and John Carl are great too.  We're back in New York, to
be close to Mom.

ARLO
Good.  I'm going back to London tomorrow, my trial starts Monday.

RIANNA / PHONE
That's right.  I forgot.

ARLO
You never forget dates.

RIANNA / PHONE
Sorry. I'll be there.

ARLO
Good. I only have a two minute card, can I say "hi" to the kids?

RIANNA / PHONE
Sorry, John Carl took Franny to the park.

ARLO
You all right?

RIANNA / PHONE
Of course.  Why?

ARLO
You always seem different on these phones.

RIANNA / PHONE
Same old me.

ARLO
Good. I better go before the card cuts us off.

RIANNA / PHONE
OK.  I'll see you Monday.

ARLO
Bye -tell the kids I called.

RIANNA / PHONE
I will. Bye-bye.

Rianna hangs up.  Arlo hangs up.  His room-mate Mick addresses him
earnestly.

MICK
I haven't spoken to my wife in three weeks.

ARLO
There's something wrong with Rianna.  She doesn't act like herself anymore.

MICK
Mine acts different, too, when I call. That's cause they're cheating. See,
beautiful girls like that...no offense...chicks get lonely, too...

Arlo shakes his head in disagreement

MICK
...See, I got this philosophy. Every time a dude cheats, there's a chick
right there with 'em. But dudes get the bad rap, see, 'cause chicks are too
smart to get caught.  That's why this whole prison is full-up with dudes.

Arlo pause as if waiting for a greater payoff.

ARLO
That the whole philosophy?

Mick purses his lips and nods, impressed with his own profundity.

The door to Arlo's and Mick's room slides open and a guard walks in and
looks at the two men.

GAURD #3
Mick Diaz?

MICK
Me.

GAURD #3
I'm your escort to the medical center.

Mick pulls himself up from bed to leave.

CUT TO:

INT. OFFICE BUILDING, SAN FRANCISCO -- MORNING

Jerry Matthiessen sits in his office pouring through stacks of old documents. As Jerry works a commercial comes on TV -It's President Peter Drexler selling a product (Jerry shows no interest in the commercial).

TV COMMERCIAL / PRES. PETER DREXLER
Hi I'm President Peter Drexler -and owner of the pharmaceutical company Drexler Genetic. We've made great advances in the fight against pollution driven respiratory problems. Let's be honest, with a world population of 20 billion pollution will remain a problem. But we can improve the medicine. And the proven best medicine in the fight against respiratory disease is Drexlerin. Drexlerin costs a little more than ordinary medications -because it works like no ordinary medication. One pill will bring you complete, complication free relief for up to four months. I speak from experience -I've taken Drexlerin for three years and I've been symptom free ever since. So remember, Drexlerin, and breathe easy.

Howard Mann walks in as the commercial ends.  Jerry continues working without looking up.

JERRY MATTHIESSEN
What makes the state's case weak is Arlo never advocated  violence against the state...

Jerry's phone rings.  He answers.

JERRY MATTHIESSEN
Jerry here... I'm well, President Drexler, and you...

Howard watches the call closely.

JERRY MATTHIESSEN
I don't think that's necessary. But if you prefer.... Sure... Good day.

Jerry hangs up.

JERRY MATTHIESSEN
Drexler's sending a couple of his hot shot attorneys to help try this thing.

HOWARD MANN
He's is getting personally involved in this?

JERRY MATTHIESSEN
Probably has to do with their war history.

HOWARD MANN
History?

JERRY MATTHIESSEN
Drexler was captured by and escaped from Arlo's platoon.  Aren't you paid to
know everything.

HOWARD MANN
That's too coincidental.

CUT TO:

INT. UBEROPOLIS -SHUTTLE BOARDING AREA TUBE, 7:30 SKY TOWN TIME -- NEXT DAY

A group of about 200 men walk down a long tube to the Shuttle boarding area.
  At the end of the boarding area each man hands a guard their scanner tags.
The guard scans them and directs them either to the right shuttle line or to
the left. Arlo Grainer stands in line. As he gets to the front he hands the
guard his paperwork and then begins to walk to the right. The guard stops
him.

GUARD #4
Wrong way camper! You're to the left.

ARLO
What?

GUARD #4
You heard.  To the left.

Arlo walks slowly to the left with a startled and confused expression on his
face. He gets to the center of the group forming at the left.  Searching
through the crowd he finds David Levine, again.  David spots him
simultaneously.

DAVID
I knew you'd be on left shuttle, too.

A guard directs Arlo and David to get in the line to board.

GUARD #5
Get in line, and put on your collar and bracelets.

As Arlo and David obey and get back in line they notice a pulley system beginning just in front of them. A cable with hundreds of neck collar chains and handcuffs hanging down from it pulls the prisoners into the shuttle and guides them to their seats -circumventing any chance that someone might struggle or escape. A guard flanked by two other armed guards puts the neck collar on Arlo, then David. The cable slowly pulls them forward into the giant shuttle bay.

INT. SHUTTLE BAY -- MOMENTS LATER

The cable pulls Arlo and David and 150 other passengers to their seats in the shuttle. The cable collars and wrist restraints pop off automatically, just as new wrist restraints and waist restraints suddenly and automatically pop up out of the shuttle seats, fastening all the prisoners to their seats. Arlo and David find themselves seated next to each other.

DAVID
Any ideas.

ARLO
I'm working on it.

EXT. LEFT SHUTTLE -- MOMENTS LATER

The last few prisoners are filed into the shuttle.  The guard walks out of the shuttle.  The shuttle's side bay doors close. And the shuttle slowly pulls away from port and glides into a giant shuttle airlock in the giant outer shield.  The rear airlock door closes sealing the shuttle inside.

The front airlock door opens and the shuttles booster rockets come on slowly, guiding the rocket out into the vacuum of space.

INT. SHUTTLE BAY -- CONTINUOUS

David yells for the attention of the other prisoners.

DAVID
Listen!  This shuttle isn't going to Earth! It's going to dump us out in space!  Do what you can to free yourselves!  If we can get free we can get into the airlock and seal the bay doors!

The shuttle begins to accelerate, faster and faster.

PRISONER #1
You're crazy.  I'm about to be released. You think I want 10 more for

attempted escape?

ARLO
He's telling the truth.

PRISONER #2
You guys are nuts.

Arlo begins pulling violently against his arm bands to no avail.  He pulls harder until a small trickle of blood begins to float out of one of his arms. David struggles to free himself -to no use.

The shuttle approaches full speed.

Arlo's right arm finally breaks the arm bands, then the left.  He begins forcefully pushing his legs against the seat in front of him, desperately trying to knock his seat over -backwardss.  The seat gives and slams back.

Arlo, now with his legs free to extend straight, scoots himself out of the chest harness. Free from the restraints, Arlo begins pulling at David's arm restraints, to no use. Arlo jumps up and places his hands on the seat in front of David and his legs on the back of David's seat and pushes, mightily, until the seat snaps back and breaks under the strain.  Now laying flat, David, scoots out of the wrist and chest restraints.

DAVID
You guys have to listen! Push your seat over and get free or you're gonna die in here!

PRISONER #3
Get back in your seats! You're gonna get us all sent back to prison!

PRISONER #4
Get back in your seats, dumbshits!

ARLO
Come on.  There's no time!  They're not gonna listen.

Arlo and David float to the cargo bay's internal airlock door.  They both push a lever handle until it opens, then climb into the airlock and close it quickly behind themselves.

DAVID
Find the cargo bay door lock, before it opens and kills them all.

Arlo and David look desperately for a door lock to keep the cargo bay doors

from opening and killing the other prisoners.

ARLO
I can't find it... Shit.

David looks through the airlock door to see how the prisoners are.

ANGLE ON : THROUGH THE AIRLOCK PERSPECTIVE THE CAMERA SHOWS THE CHEST RESTRAINTS AND THE WRIST COLLARS SUDDENLY POP OFF OF THE PRISONERS. THE PRISONERS BEGIN TO FLOAT IN THE CARGO BAY.

DAVID
Oh god.

The giant overhead cargo bay doors suddenly begin to open.

DAVID
Holy shit!

All of the prisoners are pulled out of the cargo bay into space.

DAVID
Shit!. Oh shit!! They're gone!  They're all dead! Jesus.

ARLO
We're gonna be dead too, if we let this puppy autopilot back to sky town.

DAVID
You're right.

The two men open the cockpit door and enter.

INT. SHUTTLE COCKPIT -- CONTINUOUS

David and Arlo enter the cockpit.  David is clearly overwhelmed by all of the controls and light.

DAVID
You a pilot?

ARLO
I flew in the army for a year.

Arlo throws a few switches.

ARLO

OK.  I over-rode the auto pilot.  Put your belt on.

Arlo suddenly nose dives the shuttle toward Earth.  David jerks backward violently as an expression of shear terror seizes his face.

DAVID
What the hell are you doing?

ARLO
I have to take a direct course. Pretty soon Uberopolis is gonna notice the autopilot is over-ridden.  Then the missile defense shield is gonna locate us and blow us out of the sky.

DAVID
We did all this only to be blown up?!

ARLO
Only if we survive re-entering earth's atmosphere.

ANGLE ON : THE CAMERA SHOWS THE SHUTTLE HEATING TO RED HOT TEMPERATURES.

Arlo and David begin sweating and shaking violently as they re-enter.

DAVID
Where are we going?

ARLO
I'm shooting for somewhere close to New York.  My family's there.

DAVID
Sounds good.

The shuttle stabilizes a bit.  Arlo notices a monitor on the cockpit dash board. David looks where Arlo is looking and sees the shuttles image on the center of a radar screen, and a fast moving light approaching from behind -heading straight for the shuttle icon.

DAVID
What's that?

ARLO
I'd guess a miniature nuclear warhead.

DAVID
Can't get worse.

Another light comes on the screen from the front of the shuttle icon.

DAVID
Two?!

ARLO
I have an idea.

Arlo drives the shuttle directly at the warhead in front of them.

DAVID
Lemme guess.
(sarcastically)
You're gonna swerve at the last minute and hope they crash into each other?

ARLO
It sounds stupid when you say it.

DAVID
Even if they do miss us and collide, the explosion of two mini-nukes will kill us even faster.

ARLO
I forgot about that.

EXT. SHUTTLE AS TWO WARHEADS APPROACH -- CONTINUOUS

It is dusk above North America.  The two warheads close in on the shuttle. With nothing else to do.  Arlo dives the shuttle down.  The two war heads miss the shuttle and each other.

INT. SHUTTLE COCKPIT -- CONTINUOUS

Arlo and David jerk around violently.

DAVID
(with his eyes closed)
Did it work?

Arlo looks at the radar screen and sees the two missiles quickly swinging behind their shuttle, and rapidly gaining on them.

ARLO
No.

DAVID

(opening his eyes)
And to think: we're only alive because your idea DIDN'T work.

David looks at the radar.

DAVID
We don't have much time.

ARLO
I've got a good idea.

Arlo suddenly swerves the shuttle right.  The missiles follow.

DAVID
(sarcastically)
If you're ever chased by missiles again... you should definitely use your
good idea first.

Arlo ignores David and focuses on flying the shuttle.

David's face turns sympathetic, realizing that Arlo is doing all he can to
save them.

DAVID
So...

ARLO
New York City is a secured zone. The warheads are probably programmed only
to attack only unsecured zones.

DAVID
So they'll disarm if we can get to that airspace.

ARLO
(Shrugging)
Maybe.

Arlo drives the shuttle lower and lower, faster and faster, until soon he is
above large suburban area. Below them they see the Hudson River. The
warheads come only a breath away from the shuttle.

The city lights of the New York City of the future come into view -giant,
bright and polluted. Looking at the monitor David sees the warhead disarm
and turn away.

DAVID

It worked! We made it!

David hugs Arlo. Arlo, still sweating from the pressure,  pulls away to steer the craft -with nowhere to land.

ARLO
We're still probably dead, 'cause we have to land this big thing in the ocean.

DAVID
We should just use the EVAC-shuttle.

ARLO
What are you talking about?

DAVID
I used to have the blue-prints for these shuttles. The front end of this thing is also an emergency escape pod.  It turns the cockpit area into like a small space jet.

Arlo scans the dash board and sees nothing.  He looks up and sees three buttons, one marked "Launch EVAC" and another marked "Engage" and another marked "Lock".  Arlo hits the button in sequence ENGAGE, LOCK, and LAUNCH EVAC. Booster rockets fire, and the nose end of the shuttle, with the cockpit, disconnects from the rear. Leaving the main body of the the shuttle to land harmlessly in the Atlantic Ocean.  Arlo and David guide the little EVAC-shuttle back to toward the New Jersey coastline.

DAVID
It's supposed to have landing gear too.

Arlo looks around.  Nothing.  He looks up and discovers the EVAC landing controls are also above the cockpit dashboard. He hits a few buttons and the landing gear comes out.

ARLO
I'm putting it down on that little road, before they shoot us down.

David nods. They squint to see a clear path to the runway in the late evening sunset.

CUT TO:

EXT. ASHBURY PARK, NEW JERSEY -- NIGHT

ANGLE ON : THE CAMERA FOCUSES ON A LAUNDRY ROOM IN A COASTAL RESORT IN THE

NEW JERSEY CITY OF ASHBURY PARK.

The last patron comes out of the resort laundry room.  Arlo and David sneak
into the laundry room wearing their orange prison jump suits.

A few moments later the two men walk out of the laundry room wearing random
combinations of clothes and sizes. In undersized white shirt and baggy black
pants Arlo addresses David -who wears a brightly colored teens' summer shirt
and red golf pants.

DAVID
What now?

ARLO
Time to steal a sky-car?

DAVID
You can do that?

ARLO
A line rider who can't is dead meat.

CUT TO:

INT. SKY-CAR -- LATER, NIGHT

A few minutes later Arlo and David race along the New Jersey skyline at 500
feet in a small hovering plane/car known as a sky-car.  As David drives,
Arlo turns on a dashboard TV to a television newscast.

NEWS ANCHORWOMAN
Now, "People In Focus". Today the focus is on the U.W.N. President and the
world's richest man, Peter Drexler.
(dramatic musical power chord sounds)
President Drexler, owner of this station and the entire Drexler
communication empire, is also a genetic research investor, and the founder
of the most popular city in the world -Uberopolis: City of Light.

As the TV show plays it shows video footage of Peter Drexler's life. As the
audio to the newscast runs, through the sky-car window the collision of
modern technology and poverty are seen, as David cruises the New York City
skies.

NEWS ANCHORWOMAN
Born the only heir of a wealthy English media mogul, Peter would make a name
for himself when, as a Lieutenant for the Unified forces, he was captured by

Arlo Grainer's unit of American forces. Peter would remain a prisoner for three days until he finally escaped, during the pivotal Battle of San Gabriel. But none of this would prepare Peter Drexler for the death of his parents, only days after he returned from war. But these days everything seems to be going Peter Drexler's way. Arlo Grainer is in custody...

Arlo smiles.

NEWS ANCHORWOMAN
...he has a hot city for sale and an even hotter new genetically enriched wife! Though he looks too young to have achieved so much, what many people don't know is the 48 year old Drexler was genetically reprogrammed to a permanent age of 25 -and his new genes have been reprogrammed to produce no myostatin. So those bulging biceps are three times the strength of a normal man -without working out.  We caught up to the President in Munich to find out what's his next move.

Arlo focuses intently as the TV flashes to Peter Drexler:

TV/ PRES. PETER DREXLER
I have a world government business summit tomorrow night on Uberopolis. Then I'm going to spend the next week there at home...

Arlo points to a building. David steers the sky-car to the street in front of a run-down old building and stops. Arlo steps out of the sky-car.  David remains in the driver's seat, engine running.

DAVID
All that reward money and your wife lives here?

ARLO
She's humble.

DAVID
Don't stay long.  They'll be here soon.

ARLO
Good luck out there.

DAVID
You too.

ARLO
Get lost.

Arlo slams the door and David drives away.

CUT TO:

EXT. RIANNA'S MOTHER'S APATMENT -- MOMENTS LATER

Arlo knocks on the door of his wife's new home (her mother's apartment in
New York). Rianna opens the door and hugs Arlo.

ARLO
What's wrong?

RIANNA
Franny.  Come in quick.  Quiet.  Mama's asleep.

CUT TO:

INT. RIANNA'S MOTHER'S NEW YORK APARTMENT, NIGHT -- LATER

A female doctor (Laney Schuler, mid-forties, with a burn scar on her
forehead, missing three fingers from her right hand) examines Franny as she
lay, semi-conscious, on the couch, breathing low, slow and labored.  Arlo
stands nearby with Rianna at his side, and John Carl. An older woman in her
mid-sixties, Rianna's mother, also stands in the living-room in her
nightgown and curlers. As the doctor examines Franny, Rianna's mother
interjects her concerns about Arlo's presence there.

MRS. RAMIREZ / RIANNA'S MOM
I don't think he should have come here.

Arlo turns to listen to his worried, griping mother-in-law.

RIANNA
Mama!

MRS. RAMIREZ
He's a criminal, Rianna.

JOHN CARL
Go back to bed, grandma.

The doctor listens to Franny's breathing with a stethoscope.

MRS. RAMIREZ
The government is probably going to arrest us all, any minute.

RIANNA

Mama, SSHHH!  He'll be gone in a few minutes.  She's his daughter.

The doctor checks Franny's neck glands.

ARLO
Thanks for coming, Schuler -under the circumstances.

DOCTOR / LANEY SCHULER
After what we've been through...

The doctor waves her hand as if to say "don't mention it".

DOCTOR / LANEY SCHULER
They didn't announce your escape.

ARLO
You can't be surprised.

Laney shrugs as if to say "good point".

ARLO
So.

DOCTOR / LANEY SCHULER
It's very bad. Her respiratory system has been under siege by carbon and
sulphur dioxide and monoxide for a long time. We weren't meant to breathe
air like this...  She's entered what's called advanced respiratory distress
syndrome.  I don't think she has more than a week, Arlo.

ARLO
(softly and earnestly)
What I can do, Laney?

DOCTOR / LANEY SCHULER
Nothing -unless you have a ton of money...

ARLO
If I did...?

DOCTOR / LANEY SCHULER
Have you heard of Drexlerin?

Arlo shrugs a "maybe".

DOCTOR / LANEY SCHULER
It's a inverse agonist H1 enriched polypeptide medicine that helps the

mucous system create an antigen barrier against environmental toxins.  One pill protects for about three of four months. It's generally used as preventative maintenance, but it's proved effective at reversing advanced respiratory distress -the only known treatment. But it's extraordinarily expensive.  But people are desperate enough to pay. She's sick at a bad time. There's no Drexlerin available anywhere. It's very sought after, so the makers warehouse it to keep the black marketers away -and keep prices and demand high. They only distribute it quarterly.  The  next shipment -isn't due for two weeks.

ARLO
Who makes the drug?

DOCTOR / LANEY SCHULER
Drexler Industries. Their crown jewel.

Arlo rolls his eyes as if he should have guessed. Then turns his eyes back to Laney as if seeking something more.

DOCTOR / LANEY SCHULER
I've heard it's stockpiled on Sky Town.

Arlo raises his eyes to Laney's, as if suddenly designing a plan.

CUT TO:

INT. LANE SCHULER'S SKY-CAR -- LATER, NIGHT

Arlo sits in in the passenger's seat of Laney's sky-car as they race along the midnight skies of New York city.

LANEY SCHULER
...Sometimes I wonder if I wasn't wounded and sent home early, would I have made it out of San Gabriel... You and Tian are the last survivor's?

ARLO
What are talking about?

LANEY SCHULER
Lu Pham and Eric Sanchez were killed a couple year back.

ARLO
How'd you hear...

LANEY SCHULER
U.W.N. doctor's can access the death records data base. They died in U.N.W.

prisons so they were in the books.

ARLO
But Tian's alive.

Laney shrugs "I don't know".

LANEY SCHULER
I can't access zone records -if they have any.

Laney slows her sky-car and brings it down to some gritty, dark, poorly maintained city streets.

LANEY SCHULER
Here's the boarder of 115. I can't go any further... I have kids too.

ARLO
I understand.

Arlo opens the sky-car door and steps out.

LANE SCHULER
Be careful.

ARLO
Thanks for everything, Laney.

The two shake hands.

ANGLE ON : AS THEY SHAKE THE CAMERA SHOWS, AGAIN, THAT LANEY'S RIGHT HAND IS MISSING THREE FINGERS -FROM HER WAR INJURY.

CUT TO:

INT. JERRY MATTHIESSEN'S APARTMENT, SAN FRANCISCO -- LATER THAT NIGHT

Jerry Mathissen sits in a chair by his 11 year old son's bed reading a book (Watership Down). His son (Jacob) lies on a bed inside a special clear plastic tent that filters out air impurities, next to a large window over looking the city.

JERRY MATTHIESSEN
(reading from the book Watership Down)
All the world will be your enemy, Prince with a thousand enemies, and whenever they catch you they will kill you. But first they must catch you, digger, listener, runner, prince with the swift warning. Be cunning and full

of tricks and your people shall never be destroyed.

Jerry closes the book.

JERRY MATTHIESSEN
That's it for tonight, big guy.

JACOB
Aahh.

Jerry reaches in the tent a strokes his son's face.

JACOB
Will you feed Mr. Fritters for me.

JERRY MATTHIESSEN
Sure.

Jerry reaches into a can a drops a little food into a hamster cage.

JERRY MATTHIESSEN
Hey, Fritters.

JACOB
Dad, how long do you think I'll have to stay in here this time?

JERRY MATTHIESSEN
Probably only a three days.  It'll go by in no time, though. I got you some movies and new books...

JACOB
Three days is so long in here.  I can't even play with Mr. Fritters.

JERRY MATTHIESSEN
I know it's hard, Jacob.  But the air gets dirty this time of year.

Jacob accepts this with a sigh.

JACOB
Dad.

JERRY MATTHIESSEN
What?

JACOB
Do you ever get mad at me?

JERRY MATTHIESSEN
For what?

JACOB
"Cause you can't do the stuff with me that you did with your dad, like go
fishing and play baseball, because of my breathing. And 'cause I'm never
gonna be like you. Like you chase bad guys, maybe everyday, and I can't even
go outside most of the time.

Jerry's eyes swell with pain.

JERRY MATTHIESSEN
I could never be mad at you. Plus we have our own special fun, big guy.  And
you're great at all the important things.

JACOB
Like what?

JERRY MATTHIESSEN
Like talking about things, and reading, and looking around out your window
here and seeing what's going on... and caring. You're the best at caring
-Mr. Fritters will tell you that.  When you grow up... you're gonna be twice
the person I am.  You understand?

Jerry rubs his son's face again and takes his hand.

JERRY MATTHIESSEN
You understand?

JACOB
I understand.

Jerry taps on Jacob's chest lightly.

JERRY MATTHIESSEN
'Cause you have more in here... You have more in here...

Jerry stands and walks to the door and turns out the light.

JERRY MATTHIESSEN
Good night, baby.

JACOB
Night, Dad.

INT. JERRY GRAINER'S LIVING-ROOM -- CONTINUOUS

Jerry walks out of his son's room and into his living-room.  His wife, Laura
sits reading a book listening to a radio broadcast. Jerry breathes deeply,
as if stressed, rubs his forehead and sits down.

RADIO BROADCAST:
And today experts announced that the world population topped the 21 billion
mark. With 65 percent of them living in poverty, primarily in the unsecured
zones...

LAURA
You alright.

JERRY MATTHIESSEN
The Grainer case starts on Monday.

LAURA
I wish you didn't have to try this one... it's just too ironic... You fought
on the same side as Arlo.  They could have at least assigned you to the
defense...  When we were younger we would have never let the government
railroad us...

JERRY MATTHIESSEN
(annoyed)
When we were younger there were alternative governments out there and we
didn't have an eleven year old with an advanced lung condition!

LAURA
Relax, Jerry!  I didn't mean...

JERRY MATTHIESSEN
I still have ideals, Laura.

LAURA
I was actually trying to support you.

Jerry hangs his head in exasperation.  The phone rings.  Jerry answers.
It's State Secretary, Raj Shenkar.

JERRY MATTHIESSEN
Jerry here.

PHONE - RAJ SHENKAR
Jerry,  I've reserved a ticket for you to New York.  Grab your hat and get
going.

Jerry stands and steps into the house hallway for privacy.

JERRY MATTHIESSEN
Why?

PHONE - RAJ SHENKAR
Turn on the news. A B.F.96 shuttle just crashed off the coast of New Jersey.
  The media think it was unmanned. But it was manned by Arlo Grainer and a
friend. He escaped Uberopolis, and if we don't find him by Monday morning
we're in trouble. You're a detective investigator again, you have all your
weapons and travel clearances.

JERRY MATTHIESSEN
You guys haven't given me clearances, or used me as a dick in 5 years.  Why
not send one of your regulars?

PHONE - RAJ SHENKAR
Because we only have 36 hours and we can't screw up.

JERRY MATTHIESSEN
What does he have on you guys?

PHONE - RAJ SHENKAR
Just get him...

Raj Hangs up.  Jerry hangs up, then spins the combination of a small safe in
the hall.  The safe door opens and he pulls out two hand guns, holsters and
a pre-packed travel bag.  Jerry walks back into the living-room. Laura
notices Jerry's guns.

LAURA
They're letting you carry hardware?

JERRY MATTHIESSEN
Sexy, huhn?

LAURA
Does that mean Arlo's escaped?

JERRY MATTHIESSEN
I gotta go.

Jerry pauses and looks at her lovingly.

JERRY MATTHIESSEN

That little thing a few minutes ago.

Jerry points with his thumb over his shoulder, as if pointing to another place and time, as he leans over close to Laura.

JERRY MATTHIESSEN
That was my fault.

LAURA
Isn't it always?

Jerry's eyebrows furrow in frustration.  She kisses him and smailes.

JERRY MATTHIESSEN
Tell Jacob I said "bye".

Laura nods.

JERRY MATTHIESSEN
As much as we mess up, we got him right.

Laura kisses Jerry again.

LAURA
You're making me scared -like you're saying final good-byes.

JERRY MATTHIESSEN
Sorry.

He strokes her hair once and stands to leave.

LAURA
I love you. Be safe.

JERRY MATTHIESSEN
Love you too.

Jerry exits the apartment.

CUT TO:

INT. RIANNA'S MOTHER'S NEW YORK APARTMENT -- MORNING

Jerry Matthiessen stands in Rianna's mother's living-room, evidently in the middle of his investigation with Rianna. Two police officers stand at the front door. John Carl sits watching the proceedings carefully from a couch

next to his sister (Franny), who lays despondent with her respirator
fastened to her face, breathing slow and heavily.  Rianna's mother stands
near Jerry.

RIANNA
He only came in long enough to see Franny.

Rianna looks at her mother.

RIANNA
I can't believe you called these people.

MRS. RAMIREZ
If I didn't call we would have been arrested.

RIANNA
You're a crazy lady!

Jerry takes a step away back as Rianna yells, and steps on a small hand-made
carpet.  Rianna's mother (Mrs. Ramirez) reacts.

MRS. RAMIREZ
Please, don't step on the carpet.

JERRY MATTHIESSEN
Sorry.

Jerry steps forward.

JERRY MATTHIESSEN
(To Rianna)
Did he say where he was going or anything unusual?

RIANNA
He wanted to know why I had been acting so cold when he called from
Uberopolis. I told him I never got any calls, and when I called him -he was
the one acting strange -couldn't even remember where we met. That made him
mad.  Then I borrowed $800 from my mom to give him.

MRS. RAMIREZ
And if he's half a man he'll pay it back with interest!

JERRY MATTHIESSEN
Borrowed?  But you just won that huge reward?

RIANNA

They took it all back, two weeks later!  This government can do anything.
He spent the rest of his time with Franny.

Rianna nods toward her sick Daughter on the couch.

RIANNA
He called a doctor over to look at her. The doctor couldn't do anything.
Then he left and wouldn't say where he was going.

CUT TO:

EXT. UNSECURED SECTOR 115, NEW YORK -- DAWN

The sun's first rays peak over the horizon, turning the early morning sky
blood red in the polluted atmosphere. Arlo Grainer walks on a desolate
street of  sector 115 (once known as Yonkers, New York). Thunder sounds in
the distance. Arlo walks into the ruins of an old multi-storied building, as
the first drops of rain begin to fall. In the distance army and police
vehicles cruise the unsecured zone casually.

Arlo proceeds over the rubble, closer to the apparently ruined building.
Arlo suddenly falls to one knee and grabs his head, stricken by a sudden
"ice-pick" headache. Arlo growls.

ARLO
GGRRRR!!

After a couple seconds Arlo pulls himself back to his feet and proceeds as
if the severe attack was part of his daily routine.

He walks into the ruined building looking as if he's trying to ascertain
what may have happened to the structure. Moving deeper into the building's
ruined core, Arlo finds, in a dark corner near a broken window, a dirty
faced teenager in tattered clothes, and ragged shoes, sleeping with a gun on
his chest. Arlo approaches the kid. Cautiously, he bends over and places one
hand on the kid's gun and the other over the kid's mouth. The kid wakes,
suddenly startled. Arlo applies a little pressure to the teen's mouth to
prevent him from screaming. The teen looks into Arlo's face, frightened and
panicked.

ARLO
I'm not going to hurt you.  I'm AIR resistance, too. Arlo Grainer.

Arlo removes his hand from the kid's mouth.

TEENAGER/LOUIS

I don't know no Arlo.  What do you want?

Outside the window, the rain begins to pour.

ARLO
I'm looking for this sector's AIR  center.  It used to be here.

TEENAGER/LOUIS
That was a long time ago.  They bombed it.

ARLO
Why are you still here?

Arlo releases control of the gun, but remains in near proximity to the kid.

TEENAGER/LOUIS
Surveillance.  I watch the sweat-shop over there.

The teen points out the window at a large warehouse with lots of downtrodden
employees arriving.

TEENAGER/LOUIS
Some secured U.W.N. company makes fancy clothes in there.  They brought in a
lot of good jobs.

ARLO
Why are you watching it?

TEENAGER/LOUIS
To keep our workers safe from thugs in the day -and to watch what the blue
guard is doing in there at night.  The workers sometimes buy us food.

ARLO
Us?

TEENAGER/LOUIS
My backup's behind you.

Arlo looks over his shoulder to discover an attractive woman, about 25 years
old, standing only a few feet behind him, with a gun trained on his head.
The woman moves slightly forward.

YOUNG FEMALE FIGHTER/TINA
You ask a lot of questions.
(to Arlo)
And you talk too much, Louis.

(to the teen-aged boy)

TEENAGER/LOUIS
I didn't say nothin'.

YOUNG FEMALE FIGHTER/TINA
(To Arlo)
You with the blue guard?

The young woman looks closer at Arlo, as if she see's something familiar.

ARLO
AIR resistance -sector 242.

YOUNG FEMALE FIGHTER/TINA
You're Arlo Grainer!

ARLO
I am... So, who are you.

TINA
Tina...
(shaking Arlo's hand)
...and that's my little brother Louis.

Louis waves casually.

TINA
You're supposed to be in prison?

ARLO
I didn't like it there.

Tina unconsciously primps her hair, confessing her interest in Arlo.

TINA
What are you doing here?!

ARLO
I'm looking for the AIR center and Tian Shen Wu.

TINA
Tian was killed two years ago. Why do you need the AIR center?

ARLO
I need to get to Sky Town.

TINA
Really?

Arlo nods.

TINA
Looking like that?

Tina inspects Arlo's shabby outfit.

ARLO
Got something better?

TINA
We collect the sweat-shop's irregular clothes from their dumpster to give to
the community... Come upstairs and see what we can find you.

Arlo and Tina begin upstairs.

TINA
Coming Louis?

TEENAGER/LOUIS
I better stand guard.

TINA
Stay awake.

Tina turns and begins toward and old staircase. Arlo follows.

TINA
The new center's not far from here...

INT. ROOM UPSTAIRS -- MOMENTS LATER

Tina and Louis have converted one of the empty upstairs apartments of the
largely destroyed building into their apartment. The rooms are dim, lighted
only by candle fire.

Tina takes Arlo into her bedroom. It's messy. There are lots of clothes in
various stacks about the room. She picks out a couple clean white button up
shirts, a couple pairs of black pants and a belt. As she picks out the
clothes, Arlo struggles not to notice her athletic frame. She walks over to
Arlo with the clothes in her arms.

TINA
Put out your arms.

Arlo complies. Tina holds the clothes against his frame to see if they'll
fit. She hands him the best fitting pants, shirt and belt.

TINA
Here. You can change in there.

Tina points at an adjacent bathroom.

TINA
I'll get you a towel and bucket to clean up.

Arlo sniffs at his armpits as Tina walks away.

INT. BATHROOM -- LATER

Looking great again, in his new clothes and all tidied up, Arlo exits the
bathroom, to find Tina in clean clothes of her own, bending over a bucket
with a towel, finishing her hair wash, and personal hygiene.

TINA
Wow, You look great.

ARLO
You too... I mean...

TINA
Thanks. I haven't heard anything that nice in a while.

ARLO
You don't have a boyfriend?

TINA
There's only thugs and paint blowers around here.

ARLO
Be patient.

TINA
Do I have a choice?

Tina begins to throw on a long sleeved shirt. Her hair is unexpectedly
caught in her military dog-tag necklace as she pulls on her shirt.

TINA
Ouch. Can I get a hand.

Arlo steps behind her and pulls the dog-tags out of her hair. Arlo examines
the dog tags.

ARLO
USA Army issue.

Tina reaches for the dog-tags protectively, putting her hands on Arlo's as
she does.

TINA
My dad's. He was arrested in a police sweep. I'm sure they killed him. Mom
was killed when they bombed this building.

ARLO
That a dream catcher?

Arlo points at a small handmade pendant on a string around her neck. Tina
nods.

TINA
I made it... Dreams are like my religion.

ARLO
Like you believe in 'em?

TINA
When that's all you got...

Tina looks up at Arlo's face. They suddenly realize how close they are to
each other. Tina seems comfortable with their closeness, but Arlo seems
apprehensive. Thunder claps in the distance.

ARLO
I should go...

TINA
I better walk you there. You might invite trouble, looking that nice.

CUT TO:

EXT. UNSECURED SECTOR 115, NEW YORK -- MORNING

Tina and Arlo walk down a dreary Sector 115 street as a light rain soaks

them.

TINA
I guess your wife must be very happy.

ARLO
Maybe a long time ago -before I started line riding.

TINA
You think she's your soul mate?

ARLO
I probably don't know what a soul-mate is. But I bet not everyone earns a
soul in this life. But if I do, and I get to choose...
(Arlo nods)
I hope she says yes.

Tina's face reflects a bit of disappointment. Arlo follows Tina as she walks
down to a basement door, both of them wet from the rain. Tina knocks on a
basement door. Two young Chinese men, one tall, one short, open the door
suspiciously.

SHORT MAN
Tina.

TINA
This is Arlo Grainer -a friend of your father's. He needs help.

The two Chinese men recognize Arlo immediately.

SHORT MAN
(with excited disbelief)
No way!

TALL MAN
Come in, quickly.

INT. SECTOR 115 (BASEMENT) A.I.R. HEADQUARTERS -- LATER

The room is full of recycled hi-tech equipment, computers monitors and
various gadgets needed for the tech war against U.W.N. tyranny.

The shorter of the two young Chinese men works carefully at a table, cutting
and laminating something, while the taller man drinks tea with Arlo as they
wait. Two other people are in the room, as well -a young white woman
(wearing an air filter) and black man. Both working on separate computers.

Tina sits quietly near Arlo and watches the goings-on. Arlo addresses the tall man.

ARLO
Your father, Tian, introduced me to Sun Tzu.

TALL MAN
He would be honored to have you here.

From where he is working the other Chinese man speaks.

SHORT MAN
If you make it back, there are a lot of kids around here who could use one of those pills...

ARLO
I'll remember.

The black man pulls a document from a printer and hands it to Arlo.

BLACK MAN
Here's what we got. The cadaver is roughly your profile. Killed on Earth in a skyway accident last month, but his estate hasn't vacated his Uberopolis permits yet.

Arlo nods appreciatively. The woman turns to address Arlo.  There's a map of Uberopolis on her computer screen.

WOMAN #1
You're booked under that name on the  3:30 shuttle to Uberopolis.

ARLO
Thanks.

The shorter Chinese man turns from his workstation and hands Arlo two pieces of identification.

SHORT MAN
They won't scan but they're fool-proof to they eye.

ARLO
Thanks... Listen, they'll be here soon.  Don't lie for me, they don't like lies.

A tense silence passes.

ARLO
Before I went into hiding, I sent your father a few war keepsakes. Did he keep any special little things around here.

SHORT MAN
There's just a small box of things he wanted protected.

The tall man walks into another room to get the box. Tina quietly addresses Arlo.

TINA
I guess you'll be going...

Arlo nods.

ARLO
Look, I won't need this...

Arlo reaches into his pocket and gives her most of the money he borrowed from Rianna. Tina eyes widen at the sight.

TINA
I can't...

Tina tries to hand it back, but Arlo firmly closes her hand around the money.

ARLO
Get Louis some shoes.

Tina tucks the money in her pocket, the reaches around her neck and removes her little dream-catcher necklace.

TINA
Only if you keep this for me...

Tina puts her dream catcher around Arlo's neck and shrugs.

TINA
...for good luck.

ARLO
Thanks.

Tina looks down self-consciously.

TINA
If you're ever back in 115...

ARLO
Of course.

The tall man returns from the other room with a box in his hands.

TALL MAN
This is all we have.

The tall man hands Arlo the box. Arlo opens it and sifts through it quickly.
Arlo pulls out a toothbrush with the name Derek Eckhardt on it enclosed in a
plastic bag.

ARLO
Perfect.

CUT TO:

EXT. JFK AIRPORT, NEW YORK, SHUTTLE LAUNCH PAD -- LATER THAT DAY

ANGLE ON : THE CAMERA ZOOMS IN ON THE SHUTTLE AS IT LIFTS OFF FOR
UBEROPOLIS. THE CAMERA PULLS CLOSER AND CLOSER TO A CERTAIN PASSENGER WINDOW
UNTIL IT IS CLEAR THAT ARLO IS SITTING ON THE SHUTTLE, ON HIS WAY BACK TO
UBEROPOLIS.

CUT TO:

EXT. BASEMENT DOOR -- NIGHT

A hand knocks on the Sector 115 AIR basement door.  The tall young Chinese
man answers.

TALL MAN
Hello.

Jerry Matthiessen stands on the porch holding his his badge.

JERRY MATTHIESSEN
I'm Jerry Matthiessen.  O.F.I.

CUT TO:

EXT. UBEROPOLIS -- DAY

The shuttle carrying Arlo prepares to enter the airlock into Uberopolis.

CUT TO:

INT. SECTOR 115 AIR BASEMENT HEADQUARTERS -- MOMENTS LATER

Jerry Matthiessen stands in the living-area of the sector 115 AIR with the tall and the short Chinese men -the other people are gone now, and so is the high tech gear that had been in the living-area earlier.

SHORT MAN
He heard you were working for the prosecution, but he didn't know you'd be tracking him too.

JERRY MATTHIESSEN
Neither did I.

TALL MAN
He asked us to mail this to you. But as long as you're here...  He believed you would seek the truth.

The tall man hands Jerry a plastic bag.

JERRY MATTHIESSEN
He wanted you to give me this toothbrush?

SHORT MAN
He said to check the toothbrush against the American army medical records. And this...

The short man hands Jerry a piece of paper with two names on it. Jerry furrows his eyebrows and puts it in his pocket.

JERRY MATTHIESSEN
He say where he was going?

The tall man shrugs, as does the short man.

JERRY MATTHIESSEN
He's a lot better off if I find him before the Blue Guard does.

SHORT MAN
Sky Town.

JERRY MATTHIESSEN
Uberopolis?

TALL MAN
His daughter needs medicine.

This touches a nerve with Jerry Matthiessen.

CUT TO:

INT. UBEROPOLIS SHUTTLE LANDING PAD -- MOMENTS LATER

Arlo is seen de-boarding the shuttle in Uberopolis's main city area. Crowds of well wishers greet their friends and family's with hugs and kisses. Amid the reception Arlo slips through the throng. As he walks in the shuttle port the public address system plays a number a soft infomercial about the history of Uberopolis:

PUBLIC ADDRESS
Inspired by Nietzsche, Peter Drexler named Uberopolis from the German word "uber", meaning "over" or "ultimate", and as you will soon see Uberopolis is the "ultimate" city...

Arlo gets to the front of the the shuttle port.  There, near a main city street, he finds a large number of small white magnetic Uber-vehicles. Above the vehicles a sign reads: "Uberopolis Shuttle Port 'Courtesy-Coaches' -Always Free". Arlo jumps in the courtesy coach and hovers toward Uberopolis's brightly lit 'downtown' area.

CUT TO:

INT. JERRY MATTHIESSEN'S SKY-CAR, EARTH -- MOMENTS LATER, NIGHT

As Jerry drives his sky-car he reaches over to his passenger seat and opens his travel bag and pulls out a small chess-board sized box, marked "Porta Lab".  It appears to be a high-tech mini-computer DNA lab. There's a small bowl in the middle of the "lab" surface. Jerry opens the box and pours a vile of fluid from one container into into the middle bowl area. Jerry then takes a pair of medical scissors from the box and cuts a few of the toothbrush bristles, allowing them to drop into the solution in the middle bowl.  He swerves to avoid another sky-car. Jerry closes the lid to the middle bowl, then pushes a button marked "Analyze". The porta-lab begins to work.  Jerry returns to driving. As Jerry speeds along the New York skyline, he dials President Peter Drexler. Peter's face appears on the windshield's translucent monitor, walking in an office corridor talking into his wrist-phone.

PRES. PETER DREXLER

Jerry. You're calling to tell me you've apprehended the suspect?

JERRY MATTHIESSEN
Quite the opposite.  I believe he's at large on Uberopolis -with you.

The president's face goes flush with concern.  Then reruns to a his typically calm demeanor.

PRES. PETER DREXLER
I guess this was inevitable.

JERRY MATTHIESSEN
I'm on my way there now.

PRES. PETER DREXLER
As you wish.

President Drexler hangs up the phone.  Jerry flinches in surprise at the abruptly ended call, as the wind-screen goes clear again.

INT. DREXLER MEDIA BUILDING HALL -- CONTINUOUS

Peter dials a number on his phone.

PRES. PETER DREXLER
Chief Kanu, Peter... Arlo Grainer is in Sky Town. I want every officer on the force on the streets and on the lookout...

CUT TO:

INT. JERRY MATTHIESSEN'S SKY-CAR, EARTH -- CONTINUOUS

Still driving on his way to the New York City Shuttle pad, Jerry dials Howard Mann, who's in San Francisco. Howard's face appears on the windshield's translucent monitor.  Howard looks particularly neat and handsome.

HOWARD MANN
Jerry, I just know you're about to ruin my night.

JERRY MATTHIESSEN
Maybe.

HOWARD MANN
Michael's coming over.  The tart dumped him and he wants to talk.

JERRY MATTHIESSEN
Yeah, your night is ruined.  Arlo's back on Uberopolis -in the main city
this time.  I need you.

HOWARD MANN
Shit.  That's throwing a match in a powder keg.

JERRY MATTHIESSEN
He left me a tip of some kind.  A toothbrush of a guy named Derek Eckhardt.
Got that?

HOWARD MANN
Got it.

JERRY MATTHIESSEN
I just did a DNA analysis on it.  I'm sending the results now.

Jerry pushes a telephone keypad on the "porta lab" and hits the buttons
"send #1".  A green light turns on.

JERRY MATTHIESSEN
Check 'em against the global medical records going back to before the war
and let me know if you get a match.  Right away. He also gave me a couple
names. Lu Won Pham and Eric Guillermo Sanchez.

HOWARD MANN
Got 'em.  So, what next?

JERRY MATTHIESSEN
I'm going to Sky Town.

CUT TO:

INT. SHUTTLE PAD BOARDING AREA AT THE JFK AIRPORT, NEW YORK -- CONTINUOUS

Standing in line to pass through a security checkpoint Jerry shows his guns
and security clearances for them to an airport employee. A security worker
walks up quickly and takes the guns.

SECURITY WORKER #3
Sorry, Mr...
(reading Jerry's paperwork)
...Matthiessen.  We'll issue you a stun gun for Uberopolis, right away.

JERRY MATTHIESSEN
I've got permits for those...

SECURITY WORKER #3
There are no guns permitted, period, on Sky Town. It's a fragile
environment.  A bullet in space might ricochet for a week before it stops.

Jerry's face registers the logic of the policy.  Jerry passes the security
gate and a woman hands him a packaged pair of underwear, socks and arm
bands.  Jerry looks confused by the gift.

JERRY MATTHIESSEN
No thanks.  I have undies and socks in my bag.

FEMALE SHUTTLE WORKER
These aren't underwear, sir. These are gravity undergarments, socks and arm
bands.

JERRY MATTHIESSEN
What?

FEMALE SHUTTLE WORKER
On Uberopolis there's no gravity, so we put magnetic strips in these
undergarments. There's an electro-magnetic grid on the city floor that
simulates a gravity about one-third of Earth's. Without these you'll just
float in the air.

JERRY MATTHIESSEN
Oh.

FEMALE SHUTTLE WORKER
The changing rooms are on the right.

The woman points down the hall.  Jerry nods and passes through, leaving the
woman to hand another pair of undies to the next passenger in line.

CUT TO:

EXT. UBEROPOLIS, TOP OF THE "DREXLER MEDIA BUILDING" -- MOMENTS LATER

ANGLE ON : THE CAMERA SHOWS THE MAMMOTH DREXLER MEDIA HEADQUARTERS
BUILDING
IN DOWNTOWN UBEROPOLIS.

INT. UBEROPOLIS, DREXLER MEDIA BUILDING, CONFERENCE ROOM -- MOMENTS LATER

Near the top of the Drexler media center president Peter Drexler sits at a
huge table with about 30 business leaders, of all ethnicities, in a very

elegant conference room.  Security guards surround the perimeter of the
room.

ANGLE ON: ON A LARGE DIGITAL SCREEN BEHIND PETER IS A MAP OF THE WORLD.  THE
U.W.N. (SECURED ZONES) ARE BLUE AND TOTAL FOUR-FIFTHS (THE VAST MAJORITY) OF
THE EARTH'S AREA.  THERE ARE ABOUT NINE-HUNDRED LITTLE PINK SPOTS ON THE
MAP, TOTALING ABOUT ONE-FIFTH (A VERY SMALL PORTION) OF THE EARTH'S LAND
-THESE ARE THE UNSECURED ZONES.

PRES. PETER DREXLER
...For example, I chose to make Drexlerin a short term fix rather than a
cure to ensure future sales. We have to manage this nation with that same
eye to the future.

BUSINESSMAN #1 / NICK
I agree. I'd just like to see a balanced tax system.

PRES. PETER DREXLER
Are you suggesting we increase taxes on the rich?

Peter's expression flattens. He examines a few documents in front of him.

PRES. PETER DREXLER
Nick, population rates are way up in region 386 and 453 and markets are
down. And the voting there is trending against us. Bring your regions in
line or I'll zone them unsecured.  Don't expect the rich to subsidize your
failures.

Nick sits in humbled silence.

BUSINESSMAN #2
I'd like to expand that free corporate prison labor program of yours to
businesses on Earth.  Don't you have about 10,000 prisoners up here?

Peter nods.

PRES. PETER DREXLER
Now there's a good idea. I'll get that in motion. Agenda items!

BUSINESSMAN #3
The Riordan's network is up 1 percent and giving time to alternative
opinions...

President Drexler waves his hand as if to say "no matter".

PRES. PETER DREXLER

Riordan has 300 channels and only a 12 percent market share to our 80 percent.

Peter looks at his wristwatch.

PRES. PETER DREXLER
So what else!

BUSINESSMAN #4
I think it's time to cut military spending or attack the unsecured zones.

PRES. PETER DREXLER
I've explained before: we need an enemy to galvanize the people behind us. If we destroy the zones, we lose the perfect enemy -and our cheap labor. That's why we keep them on the power grid, remember? In 15 years the zones have bred beyond capacity. Poverty is at 70 percent, starvation is at 20 percent. This 'enemy' is powerless. But without an enemy, we have content, rational voters...

CUT TO:

EXT. STREETS OF UBEROPOLIS -- CONTINUOUS

As Arlo zips around the streets of Uberopolis, unbeknownst to him, a police officer above him recognizes him. The police officer flags another police officer and together they descend on Arlo.

One of the  police officers fires a stun gun that launches an electronic projectile current. The current hits Arlo's hover-craft. Arlo looks over his shoulder and sees the officers apprehending him. Arlo hits the accelerator and begins to weave through the streets of Uberopolis.

One of the police vehicles is easily shaken, the other follows Arlo tenaciously. Arlo drive quickly down a series of narrow alley ways. But not easily shaken, the police sky-ranger pulls very close behind Arlo.

Arlo turns the wrong way down a one-way street, followed by the police vehicle. They begin weaving wildly against the flow of hover-vehicles, pedestrians watching on the street race for safety in panic.

Arlo looks forward to discover he's being chased into a dead-end with a building in front of him, police behind him and speeding hover-cars above, below, left and right. Arlo leaps backward, off of his sky-cycle and onto the police sky-ranger.  The sky cycle he had been riding crashes into the side of a large steel building, causing more chaos on the street below. Arlo reaches through the sky-ranger driver's window and shoves down on the

steering wheel, sending the sky-ranger crashing into a street level wall.

Arlo flies off the sky-ranger and into a wall. Arlo recovers from the pain to find the police-driver of the sky-ranger knocked-out and groaning in the front seat of the car. Arlo looks around to find no-one around them, in a dark alley.

CUT TO:

EXT. UBEROPOLIS SHUTTLE LANDING PAD -- MORNING

Jerry Matthiessen de-boards the commuter shuttle and steps out onto Uberopolis.  He pops open his cell phone and calls a number.  Howard answers.

INTERCUT BETWEEN JERRY AND HOWARD ON THE PHONE.

HOWARD / ON PHONE
You there?

JERRY MATTHIESSEN
I'm here.  What have you got?

HOWARD / ON PHONE
Lu Won Pham and Eric Guillermo Sanchez were both convicted of political conspiracy, at different times, given work time on Sky Town. The state claims that both men were incinerated in separate fires during prison riots. No bodies were recovered. Both served in Arlo's unit. Eric, Lu, Arlo and and a guy named Tian Shen Wu were the only survivors of the San Fernando Ambush -the night Peter Drexler escaped.

JERRY MATTHIESSEN
Arlo's saying, Drexler killed these guys and intends to kill Arlo, too. Why would Drexler risk his presidency to kill his former captors?

HOWARD / ON PHONE
Makes no sense.

JERRY MATTHIESSEN
What did you find about Eckhardt's DNA?

HOWARD / ON PHONE
A match. Derek Echardt served in the same unit, same time with Arlo Grainer. Assumed killed the night of the Ambush. The body was never recovered.

A perplexed expression takes Jerry's face.

CUT TO:

EXT. STREETS OF UBEROPOLIS -- CONTINUOUS

Arlo walks swiftly down a populated Uberopolis street, dressed in his police
officer's uniform, with his hat tilted slightly to protect his identity.
Evidently, Arlo stole the uniform from the police officer who was knocked
unconscious when Arlo forced his car to crash into a wall earlier.

A voice from Arlo's badge mounted radio makes a general announcement to all
officers:

DISPATCHER'S VOICE
The subject is still at large.  He may be disguised as a police officer.

Arlo notices a hospital's red cross. Uberopolis General Hospital. Arlo
proceeds into the hospital.

INT. HOSPITAL -- CONTINUOUS

No one stops Arlo in his police uniform as he goes deeper into the hospital.
Eventually Arlo gets to an area with a few of the brown jump-suited security
workers he had seen working on the shuttle pad a week earlier with David
Levine. His eyebrows shift as if he remembers something about their work
that inspires an irresistible curiosity. Behind the workers is a sign
reading: Restricted Access. Authorized personnel only.

Arlo adjusts his hat and approaches one of the the security workers.

ARLO
We have an All Points on the escaped prisoner. I was sent to check down
here. They think he may have penetrated the rear loading port.

One of the workers responds.

SECURITY WORKER #1
Yeah, I heard about that dude. It's late, nobody's back there. If he's back
there, he'll be easy to find.

One of the workers presses four numbers on a keyless entry pad and the door
slide open. Arlo watches the numbers closely. Arlo enters.

CUT TO:

EXT. STREETS OF UBEROPOLIS, NEAR THE SHUTTLE-PORT (AIRPORT) -- MOMENTS LATER

As Jerry Matthiessen walks the Sky Town streets near the airport (shuttle-port) he notices video cameras all over, monitoring every direction on every street.

Jerry sees a well dressed woman (in her mid thirties) approaching, happily eating ice cream. He addresses the woman.

JERRY MATTHIESSEN
Excuse me.  I'm looking for a rental car.

The woman politely smiles and shrugs, as if to say "I don't know" and replies::

WOMAN #2
I'm just here for a quick liver transplant.  Sorry.

Jerry nods with understanding as the woman walks away. Jerry spots a police officer rushing toward him (responding to the chaos Arlo has created downtown). Jerry pulls out his badge and paper work.

JERRY MATTHIESSEN
Hey.  Wait up.

The cop slows and stops.

JERRY MATTHIESSEN
What's going on?

POLICE OFFICER #2
We have a prisoner on the loose.

JERRY MATTHIESSEN
That's who I'm here for. Where can I get a rental sky-car around here.

POLICE OFFICER #2
(pointing)
You can get a courtesy-coach in front of the shuttle-port, or get a mid-size midtown. But you oughta go to the police substation and get a sky-ranger or sky-cycle.

JERRY MATTHIESSEN
Does it matter?

POLICE OFFICER #2
(nodding "yes")

The civilian vehicles can't go more than twenty feet off the street -they're connected to the electromagnetic floor grid.  The cop vehicles can free-range at any-level.

JERRY MATTHIESSEN
Thanks. Tell me something.  Why do you have all these cameras around here?

POLICE OFFICER #2
We have a lot of celebrities up here and Mr. Drexler wants his stations  to catch all of their action -all the time.  It's good for business. I gotta go.

JERRY MATTHIESSEN
Wait. Can the substation get me access to those camera monitors to locate the prisoner?

POLICE OFFICER #2
Hell no. We don't even have crime up here. The Drexler Media Center controls the cameras. I gotta run.

The cop runs away.

CUT TO:

INT. HOSPITAL, RESTRICTED AREA -- CONTINUOUS

Arlo continues his exploration into the hospital's restricted area. He notices a light coming from a door down a long hall, then slowly approaches the door.  It's locked. He sees another keyless entry pad near the door. Arlo types the same four digits he saw the security worker use on the last door.

It works.  The door slides open.  Arlo glances over his shoulder and walks in.

The room is dark and very cold.  Arlo can see his own breath. Arlo flips a light switch. The light comes on and Arlo discovers he's entered a huge warehouse-like area. The light only illuminates the area closest to the door, the rest of the warehouse remains dim. Not far from where Arlo stands, a cadaver rests on a table. Arlo moves closer to find the cadaver is a woman whose torso has been surgically opened and her organs removed.  Arlo turns away in disgust.  He walks further into the warehouse.

The giant room is silent. Arlo hears a faint dripping sound. He follows the sound to an area that is blocked from view by a long sliding fabric shield. Arlo notices some fluid dripping on the floor, near the end (and bottom) of

the fabric wall. Arlo touches the fluid.  It's blood. He pulls the fabric shield back to find a human body hanging in a plastic bag above the pool of blood.  Beyond the fabric wall he finds hundreds of bodies hanging in rows, all in plastic bags.

Arlo inspects the bagged bodies, in dismay. Arlo is drawn to one of the bodies.  He looks closer.  It's Mick Diaz his former cell-mate.  The last time Arlo saw Mick, Mick was a little sick and going to the hospital for a check up.

Arlo explores the room further.  He come to an open area in the middle of the room, where he sees about one hundred of the coffin-sized plastic boxes that he had seen the workers loading the week before, stacked waist high. The boxes have small windows where the cadaver's faces are, ostensibly so the medical personnel can see if they're male or female. Arlo begins looking in the windows at the faces of the dead bodies, an astonish expression on his face. After he looks into about 15 windows he sees a face that strikes him as familiar. He looks closer. It's David Levine, the prisoner he escaped with, dead, with his eyes wide open. Arlo moves closer and opens the container.

ARLO
David.

Arlo closes his eyes, briefly, wounded by the sight of David dead. He touches David's face, then closes the container and walks back in the direction from which he came.

CUT TO:

EXT. DREXLER MEDIA BUILDING -- MOMENTS LATER

Jerry Matthiessen is seen entering The Drexler Media building.

INT. DREXLER MEDIA BUILDING -- CONTINUOUS

Jerry jumps in a fast moving external glass elevator and goes almost to the top of the 60 floor building.

Jerry gets out on the 56th floor and shows his credentials to a receptionist.

JERRY MATTHIESSEN
Jerry Matthiessen, O.F.I.  I need to see your broadcast control engineer.

RECEPTIONIST

He's in there.

The receptionist points beyond a large door with a big guard guarding it, just down the hall.

JERRY MATTHIESSEN
Thanks.

RECEPTIONIST
But... wait...

Jerry approaches the large security guard and flashes his ID and credentials to the guard, then quickly proceeds into the control room

GUARD
Hold up, cowboy.

JERRY MATTHIESSEN
There's no time.  I've got an escaped prisoner to catch.

The guard reaches out and grabs Jerry's shoulder forcefully.

GUARD
I said wait.

Jerry explodes with an elbow to the guards face, then spins and punches him, dropping him to his knees.

JERRY MATTHIESSEN
And I said, 'there's no time'.

The guard topples to the floor, unconscious.  Jerry walks briskly beyond the door into the control center.

INT. BROADCAST CONTROL CENTER, DREXLER MEDIA BUILDING -- CONTINUOUS

The Broadcast control center is filled with high-tech looking equipment. There are lots of Drexler Media employees around the room.  Jerry addresses one of the employees.

JERRY MATTHIESSEN
Where's the control room?

The employee points to a door near them. Jerry steps into the control room.

INT. CONTROL ROOM -- CONTINUOUS

There are about six people in the control-room working with very impressive high-tech equipment with about 100-200 TV monitors on the walls around them.

JERRY MATTHIESSEN
Whose the engineer?

A man raises his hand.  Jerry waives the engineer over to him and holds up his credentials.

JERRY MATTHIESSEN
I have a prisoner loose in Sky Town. I need a monitor and access to the street surveillance cameras.

CUT TO:

INT. HOSPITAL -- MOMENTS LATER

The security worker that granted Arlo admission to the restricted area sits at the security desk with a portable TV in front of him, when Arlo emerges again from the restricted area. The guard calls to another guard who is walking away from the security post (to get them coffee).

SECURITY WORKER #1
Remember, cream and one sugar, moron!

The other security worker disappears, leaving only one security worker guarding the restricted area as Arlo exits. The security guard looks over his shoulder to discover Arlo (in his police uniform) approaching.

SECURITY WORKER #1
Find him?

ARLO
No... Hey, they wanted me to check the Drexlerin lab, too.  Where's that?

SECURITY WORKER #1
The wha?  Everyone knows there's no lab up here...
(suddenly recognizing Arlo)
...You're Grainer.

The security guard reaches for an alarm button.  Arlo takes-off running. The guard fires his stun gun at Arlo -just missing.

EXT. HOSPITAL -- MOMENTS LATER

Arlo runs out of the hospital and onto the street, followed by two hospital
security workers.

CUT TO:

INT.  BROADCAST CONTROL CENTER, DREXLER MEDIA BUILDING -- MOMENTS LATER

The engineer shows Jerry how to guide a stylus pen over a computer touch
screen (which shows a map of the city). Wherever the stylus touches on the
computer touch-screen-map, the image from the camera at that position in the
city pops up on the upper TV screen.

ENGINEER
Just move the stylus over the map like this... Here.

The engineer hands Jerry the stylus pen.

ENGINEER
When you find your target just tap the image on screen and the cameras will
automatically track him for you.  I have to go back to work.

The engineer leaves Jerry to search for Arlo.

JERRY MATTHIESSEN
Thanks.

Jerry looks at the 100+ TV monitors with different shows on each monitor.
Jerry asks a woman standing near him:

JERRY MATTHIESSEN
What are all these TV's for?

FEMALE TV ENGINEER
Peter Drexler owns more than 200 TV station.  Each monitor shows what's on
each station.

Jerry notices President Peter Drexler is on one of the stations.  Jerry
watches the woman push a sequence of  buttons, and suddenly Peter's image is
on all the TV monitors.

JERRY MATTHIESSEN
Is that live?

The woman nods.

JERRY MATTHIESSEN

Where is that?

FEMALE TV ENGINEER
Peter's media conference room, one floor up.

Jerry listen's to the interview for a moment.

ANGLE ON : THE CAMERA MOVES TO ONE OF THE TV MONITORS.

NEWS ANCHORWOMAN
There was discussion in parliament today about raising the voter competency
passing score.

TV/ PRES. PETER DREXLER
It deserves consideration.

CUT TO:

EXT. STREETS OF UBEROPOLIS -- MOMENTS LATER

Arlo continues fleeing from the security workers (now about 1/2 of a block
away). Arlo spies an unattended police sky-ranger on a crowded street
corner. While the police officer whom it belongs to stands in a sidewalk
coffee line. Arlo jumps on the sky-ranger. The cop turns to find Arlo
stealing the vehicle.

POLICE OFFICER #7
Hey!

Arlo speeds off toward the Drexler Media center.

CUT TO:

INT.  BROADCAST CONTROL CENTER, DREXLER MEDIA BUILDING -- MOMENTS LATER

Jerry watches the engineers wrap up Peter's press interview. The 200 TV
screens return to their original broadcasts -except one, which stays focused
on Drexler. One of the engineers in the control room pushes a button on a
long control board and speaks to Peter -who is still in his conference room.
As Peter Drexler sits in the conference room with the anchorwoman, Jerry
watches his image on one of the control-room monitors .

PROGRAM DIRECTOR
Great.

On the monitor Peter responds.

PRES. PETER DREXLER/ ON TV
You got all the questions right this time.  Good night.

PROGRAM DIRECTOR
Night.

Jerry looks at the screen where Peter is still sitting with the anchorwoman.
Unexpectedly the Anchorwoman vanishes from the screen.  A look of disbelief
takes Jerry's face.

JERRY MATTHIESSEN
What the hell just happened to the anchorwoman?

PROGRAM DIRECTOR
She's computer generated. Shit. You're a detective?
(snidely)

INT. PETER DREXLER'S MEDIA CONFERENCE ROOM -- MOMENTS LATER

Still seated in the chair he used during his interview, Peter hears a knock
at his conference room door.

PRES. PETER DREXLER
Come in.

A large African man in a blue decorated police suit walks in the doorway.

PRES. PETER DREXLER
Chief Kanu.

CHIEF KANU
He's still on the loose.

PRES. PETER DREXLER
Then why the hell are you here?

CHIEF KANU
I want your permission to evacuate Uberopolis.

PRES. PETER DREXLER
What are you talking about?

CHIEF KANU
This guy is dangerous.  I've got people in a panic out there, and this city
is too fragile for a guy like Grainer.

President Drexler grabs Chief Kanu by the collar violently.

PRES. PETER DREXLER
Don't even say his name. If that gets out -it'll be chaos here.

Peter releases Kanu. Kanu straightens his collar.

PRES. PETER DREXLER
I've promised people a crime free world, where they're forever safe. I will
not evacuate and betray my promise.

CHIEF KANU
If this guy does any more damage here we're gonna have total chaos on our
hands. Then evacuation might be too late.

The President pauses at Kanu's point, his eyes tighten, determinedly.

PRES. PETER DREXLER
I should have handled this from the start.

CHIEF KANU
What should I do.

PRES. PETER DREXLER
(shrugging)
Retire?

CUT TO:

EXT. STREETS OF UBEROPOLIS -- CONTINUOUS

Arlo picks up his cell phone as he drives his stolen sky-ranger, and dials.

ARLO
I need the Drexler media executive office.

INT. DREXLER MEDIA BUILDING, CONFERENCE ROOM -- CONTINUOUS

A female receptionist with a telephone headset on, opens the door to the
conference room where Peter Drexler and Chief Kanu finish their
conversation.

RECEPTIONIST
President, I have Arlo Grainer on the line.

President Peter Drexler pushes a button on a video-phone next to him.
Arlo's image pops on the screen.

PRES. PETER DREXLER
What can I do for you, Mr. Grainer?

ARLO / TV
I need to talk -face to face.

PRES. PETER DREXLER
I'm on the 57th floor.  If you survive  56 floors of armed security, I'll be
happy to see you.

CUT TO:

INT.  BROADCAST CONTROL CENTER, DREXLER MEDIA BUILDING -- MOMENTS LATER

As Jerry looks at the monitor for Arlo his phone rings.  He answers it.

JERRY MATTHIESSEN
What do yuh got?

INTERCUT BETWEEN HOWARD AND JERRY.

HOWARD / ON PHONE
It's weird. England's pre-war DNA records for Drexler are different from the
parliament records.

JERRY MATTHIESSEN
I'm not surprised.  So what do you know about Derek Eckhardt?

HOWARD / ON PHONE
I got a picture.

Howard send the picture to Jerry's phone. Jery contemplates the image of
Eckhardt as Howard speaks. Eckhardt's image is young, handsome and dark
haired.

HOWARD / ON PHONE
He was the first Lieutenant of Arlo's platoon. Pretty tough childhood. One
of the only white kids raised in New Orleans' third ward. Taught martial
arts before getting a scholarship to M.I.T. to study computer generated
imaging.  Joined the army, blah, blah. So, you wanna hear my theory?

JERRY MATTHIESSEN
I got nothin'.

HOWARD / ON PHONE
What if Peter was deliberately sent by the U.N.W. to get caught by the
American forces, then use some secret hidden weapon -a bomb, maybe- to get
free and steal U.S. secrets. But the other prisoners were also killed in the
process. So, Drexler doesn't want it revealed that he was knowingly
responsible for their deaths -and he's not the big hero after all.

JERRY MATTHIESSEN
That's really good, How.

HOWARD / ON PHONE
Thanks.

JERRY MATTHIESSEN
But how does Derek Eckhardt factor in?... Hey, do me a favor and check
Eckhardt's DNA against Drexler's.

HOWARD / ON PHONE
Waste of time. Drexler got genetically reprogrammed after the war, remember.
So his new DNA wouldn't match his own -or Derek's pre-war DNA.

Jerry grinds his teeth.

JERRY MATTHIESSEN
Here's one: What if Derek Eckhardt actually worked for the U.W.N. and killed
the real Drexler, so the U.W.N. could control Drexler's media image and his
family's media empire with Eckhardt's CGI background.

HOWARD / ON PHONE
So your proposing Drexler is just a computer generated image controlled by
the Derek Eckhardt and the U.W.N.

JERRY MATTHIESSEN
He doesn't age, we only see him on TV...

HOWARD / ON PHONE
I'm disappointed, Jer...

JERRY MATTHIESSEN
Me too...

Jerry looks around the control room at the 200 TV's.

JERRY MATTHIESSEN
....I've been watching too much T.V.

Jerry looks at the picture of Derek Eckhardt on his camera phone. He pulls up a picture of Peter Drexler on his camera phone and hold the two images side by side. Suddenly it is clear that Peter Drexler and Derek Eckhardt look strikingly similar -only Drexler's hair is blonde and Eckhardt's hair is almost black.

Jerry glances back at his video monitor, at the streets of Uberopolis. Suddenly he sees a speeding vehicle -almost to the Drexler Media building. It's Arlo Grainer.

JERRY MATTHIESSEN
It's Arlo.

Jerry hangs up the phone absently, and taps the video image and the video system automatically tracks Arlo's movements.

JERRY MATTHIESSEN
He's coming here.

Jerry looks around him.

JERRY MATTHIESSEN
Hey who's in charge here!

A man raises his hand.

PROGRAM DIRECTOR
I'm the program director.

JERRY MATTHIESSEN
We're going live with what I have here... Every channel.

PROGRAM DIRECTOR
Only President Drexler can authorize...

JERRY MATTHIESSEN
You ever see one of these?

The program director looks up to see Jerry's holding a stun gun inches from his face. The program director puts the video image of Arlo on all 200 stations.

EXT. STREETS OF UBEROPOLIS -- CONTINUOUS

Arlo suddenly steers his stolen police vehicle up into the weightless sky,

up to the same height as the Drexler-Media building's 57th floor. Spying Peter through the window, Arlo throws the sky-ranger into forward gear, stomps the accelerator and smashes through the window of Peter's conference room.

INT. PETER DREXLER'S MEDIA CONFERENCE ROOM -- CONTINUOUS

Glass and debris fly everywhere as Arlo spills onto the floor.  Peter Drexler covers his face in shock and surprise at Arlo's entrance.

PRES. PETER DREXLER
God damned fool!

Arlo picks himself up from the floor.

ARLO
I'm here.

PRES. PETER DREXLER
I see...

Arlo brushes himself off as Peter contemplates Arlo, both unaware that that they are being broadcast.

PRES. PETER DREXLER
...I hear I escaped your platoon, but I haven't had the pleasure...

Peter steps forward, extending his hand to shake, but Arlo steps away suspiciously and quickly brandishes his stolen police stun-gun and aims it a President Peter Drexler. Peter freezes at the sight of the stun-gun.

ARLO
We've met.

Peter looks back confused by Arlo's remark.

PRES. PETER DREXLER
Remind me...

ARLO
I was staff sergeant, first Brigade -Golden Acorn. On December 11th, 2104 we captured 10 U.W.N. soldiers and Lieutenant, Peter Drexler...

INT. BROADCAST CONTROL CENTER -- CONTINUOUS

Jerry and the four other engineers in the control room watch Arlo speak on

all 200+ stations.

ANGLE ON : AS ARLO SPEAKS THE CAMERA GOES INTERMITTENTLY FROM HIM WITH
PETER, ON UBEROPOLIS, TO VARIOUS FAMILIES ON EARTH WATCHING THE WORLD-WIDE
TELECAST OF ARLO'S CONFRONTATION WITH THEIR LEADER.

INT. PETER DREXLER'S MEDIA CONFERENCE ROOM -- CONTINUOUS

ARLO
...Our leader, first Lieutenant, Derek Eckhardt ran the background check and
learned we had captured the only child of billionaire Brian Drexler.

Peter stands and walks over to a large fish tank and begins to feed the
tropical fish.

ARLO
Two days later, Eckhardt order our entire platoon into a battle in San
Gabriel, where the enemy had numbers and position. He stayed back with the
prisoners.  We were wiped out.  Only four of us survived.

Peter returns to his seat on the couch.

ARLO
When we came back to base we found  our prisoners slaughtered, and Derek and
Drexler gone. The next day we heard how Drexler returned to the U.W.N,
claiming he'd fought his way to freedom -becoming an instant hero. It took
me a while to figure it out... Before you escaped back to the U.N.W. you
inflicted a few bruises and abrasions to your face -to make it look like
you'd struggled -and to justify  plastic surgery -to make your new identity
perfect. Everyone had to die for your plan to work -our platoon...the
POW's...Drexler's  parents. All to get his inheritance. It all worked
perfectly -except four of of us made it out of San Gabriel alive. I know you
killed a lot of people.  You killed Peter Drexler.  Isn't that's why you
want be dead...  Derek.

ANGLE ON : THE CAMERA CUTS BRIEFLY TO SHOW A MIDDLE-INCOME EARTH FAMILY
WATCHING THE TELECAST IN DISBELIEF.

PRES. PETER DREXLER
Very good... But things aren't as black and white as you see them, Arlo.  We
live in a time when the populace isn't intelligent enough to elect the best
candidate.

Peter speaks on, unaware his words are being telecast.

PRES. PETER DREXLER

They look for wealth, and fame -not wisdom or character. Peter was wealthy and famous. I didn't kill him for his money. I did it because he had the trappings I needed to be elected. But I had the political skills to understand this and lead our world to greatness... America had no chance to win -and the new world would need a great leader.

ANGLE ON : AS PETER SPEAKS THE CAMERA TOGGLES INTERMITTENTLY FROM HIM WITH ARLO, ON UBEROPOLIS, TO VARIOUS FAMILIES ON EARTH WATCHING THE TELECAST WITH GAPED MOUTHED DISBELIEF.

ARLO
Great leaders don't kill thousands of people each week for transplant organs for the rich. They don't dump thousands of prisoners into space each week, then use computer imaging to fool their families to believe they're still alive.

PRES. PETER DREXLER
All part of our population control strategy. Overpopulation in the zones is the root problem.

ARLO
The zones had stable populations -until YOU zoned your poorest regions 'unsecured'.

Peter shrugs indifferently.

PRES. PETER DREXLER
An effective business eliminates inefficiency... I've had to make hard choices, Arlo! The greater good requires sacrifice. Remember, the ruin of America wasn't my doing. It was the doing of the people. They gave their vote to any devil who promised tax cuts -until there was no money left -for even their army. The people would race themselves to extinction without government to save them. And good government costs money!!... The Unified World Nation is on the rise, Arlo. We have more billionaires than ever, no national enemies, and zero population growth... Tell me, why are you so loyal to a government that did so little for you?

Arlo pauses, reflectively.

ARLO
As bad as things got, in America, there was always hope.  Your government is hopeless.

PRES. PETER DREXLER
Hopeless! Your whole war is hopeless!
(yelling)

Do you know why?!
(collecting himself)
Because I own the minds of your youth. I've seen to it that they have plenty
of cheap headphones, T.V./phones, and plenty of mindless programs and video
games to amuse them. All to distract them from their own suffering -keeping
them too stimulated to worry about injustice. Too stimulated to read -or be
inspired to fight. I keep them safe from the knowledge of their own
destruction. It's hard work creating heaven on Earth, Arlo... For now,
Uberopolis is MY nation's paradise. Our City Of Light. A reminder of what
we'll be when your kind is gone and we reclaim our Earth.

Arlo cuts his eyes in disbelief of Peter's madness.

PRES. PETER DREXLER
So, did the last American soldier fought his way here to topple the
establishment by killing it's leader?

ARLO
No.  My daughter's dying.  I need Drexlerin.

PRES. PETER DREXLER
That's funny. There's no Drexlerin up here. That's just a rumor we circulate
to trick black marketers -keep 'em away from our bunkers on Earth...

Arlo puts his hand on his forehead in distress and turns away from Peter.

ARLO
A trick? I wasted my daughter's time...

A half-crazed look descends upon Arlo's face. He walks to the hole in the
window and wall, where he smashed the sky-ranger into the conference room.
The damaged sky-ranger still rests on the floor, surrounded by twisted metal
and broken glass. With Arlo's back turned, Peter slowly stands and moves
toward his briefcase on the other side of the room. Arlo lifts the
sky-ranger from the floor.

ARLO
Amazing how everything is weightless in space...

Peter's eyes widen, alarmed.

ARLO
You don't have kids...

A wild look takes Arlo's face as he looks out of the hole in the wall at the
city below. Peter moves closer to the briefcase.

ARLO
The nearest thing you have is this city...

Arlo lifts the sky-ranger over his head, as if preparing to throw it down
upon the city.

ARLO
....Something like this could do a lot of damage from up here.

PRES. PETER DREXLER
Wait!

Peter pulls up his briefcase and pulls out a bottle of pills.

PRES. PETER DREXLER
I've got about fifty tabs right here. God damned genetic overhaul made me
superman, but couldn't fix my pollution sensitivity.

Arlo turns instantly, lowering the sky-ranger.

ARLO
I need those... Let's negotiate.

Peter motions Arlo to come closer (away from the window where Arlo might
further damage the city).  Peter cradles his opened briefcase in one hand,
and holds the pills outstretched in the other hand, as he inches toward
Arlo.

PRES. PETER DREXLER
Come tell me what you're thinking.

Arlo puts the sky-ranger down and moves closer to Peter.

ARLO
Give me those... Let me take them to my daughter. Then I'll turn myself in
to you -to execute as you wish.

Peter Drexler nods his head in agreement, holding out the tabs for Arlo to
take, as if luring a fish to his bait. Arlo moves forward to take the pills.
Peter pulls the pills back and tucks them in his pocket, and smiles coyly.

PRES. PETER DREXLER
Trouble is... the state doesn't negotiate with terrorists.

Peter suddenly punches Arlo, violently, in the face, knocking him to the

floor.

PRES. PETER DREXLER
I'm gonna save the state the expense of a trial and execution.

Peter pulls a gun out of the briefcase and aims it at Arlo.

CUT TO:

INT. BROADCAST CONTROL CENTER, DREXLER MEDIA BUILDING -- CONTINUOUS

Jerry stands up suddenly, alarmed.

JERRY MATTHIESSEN
Shit!

Jerry runs out of the room, heading for Peter Drexler's conference room
upstairs.

As Jerry runs out one of the engineers reaches for the controls to switch
the television stations back to their original programs.  The program
director stops him.

PROGRAM DIRECTOR
Don't touch that.

He points at a real-time viewership monitor which shows a huge viewership
ratings spike up.

PROGRAM DIRECTOR
Look at these ratings.

INT. PETER DREXLER'S MEDIA CONFERENCE ROOM -- CONTINUOUS

Arlo kicks a lamp, which distracts Peter for an instant. In that instant
Arlo grabs an ashtray stand and hits the gun violently out of Peter's hand.
Before Peter can calculate what's occurred Arlo throws the ashtray stand at
Peter's face.

Peter ducks as Arlo leaps up to tackle Peter before he can get his gun
again. Peter throws a powerful blow, which Arlo ducks to evade as he rushes
in and tackles Peter into a wall then places him in a choke hold.

INT. SECTOR 115 AIR BASEMENT HEADQUARTERS -- CONTINUOUS

The tall man, short man, black man and white woman all watch the fighting on

their monitors. They all leap in support for Arlo:

TALL & SHORT MAN, WOMAN & BLACK MAN
Yeah!!

CUT TO:

INT. PETER DREXLER'S MEDIA CONFERENCE ROOM -- CONTINUOUS

Peter reverses the choke hold and begins to choke the life out of Arlo.

PRES. PETER DREXLER
You think I need a gun to kill you?  Your body is aging, slowing down, Arlo.
I'm an immortal.

Arlo's breathing grows restricted from the hold.

PRES. PETER DREXLER
It's time to die.

With no other defense, Arlo dives at the floor, carrying Peter with him.
Arlo curls up into a ball and the men begin rolling. Their momentum carries
them toward the window. As they roll, end over end, Peter nimbly grabs his
gun from the floor, then kicks Arlo with both legs as they roll.  Peter's
kick sends Arlo flying toward the window. But as Arlo begins flying from
Peter's kick, he grabs Peter's foot, and pulls Peter with him, crashing out
of the 57th floor window. As Peter goes through the window, the gun in his
hand hits the window frame, knocking the gun from his hand. The gun falls
harmlessly toward the street below. Once in the air outside of the window,
above the city, Arlo grabs the window frame with his left arm and flings
Peter with all of his might toward the city floor.

EXT. STREETS OF UBEROPOLIS -- CONTINUOUS

Below, many citizens look up and scream (and run in terror) as they see
Peter Drexler hurling toward the ground. Peter hits the ground forcefully,
but Arlo wasn't able to generate enough throwing speed to hurt Peter in the
weightless atmosphere. Arlo drops down after Peter.

CUT TO:

EXT. THE STREET OF SOME AFRICAN UNSECURED SECTOR -- CONTINUOUS

On a crowded city street a group of African kids watch the fight on a small
TV. They shout their appreciation for Arlo's good move.

GROUP OF KIDS
Arlo!!

CUT TO:

EXT. THE STREETS OF UBEROPOLIS -- CONTINUOUS

Falling after Peter, Arlo's magnetic suit pulls him to the city floor at a
quick -but safe speed. As Arlo braces to land, Peter lands a heavy punch to
Arlo's chest followed by a kick that sends Arlo flying toward a wall. Arlo
turns around and leaps off the wall and hurls himself back at Peter in the
weightless atmosphere. Peter grabs Arlo's feet as he flies at him in the air
and  and uses Arlo's own momentum to hurl Arlo down the street, in the
weightless state, into a group of parked Uber-carts.

INT. DREXLER MEDIA, HALLWAY OUTSIDE OF CONFERENCE ROOM -- CONTINUOUS

Jerry rushes past one of Peter's secretary and arrives at the conference
room door, where Arlo and Peter had been fighting.  It's locked. Jerry kicks
the door.  Nothing. He kicks it again.  Nothing.

INT. PETER DREXLER'S MEDIA CONFERENCE ROOM -- CONTINUOUS

Jerry finally kicks the door in.  He runs in the room to find no one in
there and a huge hole in the window. Jerry runs to the window, looks down
and sees Arlo and Peter fighting on the street below. Jerry breathes deeply
and jumps out of the window and begins a quick descent to the city below.

EXT. THE STREETS OF UBEROPOLIS -- CONTINUOUS

Arlo gets up and runs toward Peter. Arlo dives and wraps his arms around
Peter's arms and torso as he tackles Peter into a wall.

Jerry, who moments earlier jumped out of the Drexler building, lands roughly
on the street about 100 feet from Arlo and Peter as they fight.

As Peter struggles to free himself from Arlo's grasp, Arlo feels the pills
in Peter's pocket. Peter head-butts Arlo as Arlo reaches into the pocket to
take the pills. Arlo secures the pills in his hand as Peter delivers another
head-butt. Arlo staggers back, head bleeding, but pills in hand.

ARLO
Got what I came for.

Arlo backs away from Peter. Peter pats his pocket. The medicine's gone.
Peter runs to his lost gun on the sidewalk. Seeing what Peter is racing to

get, Arlo turns and runs down the street, the other direction.

Arlo grabs an Uber-cart, spins and throws it forcefully at Peter, as Peter fires his gun. The bullet deflects off of the Uber-cart and ricochets down the street until it hits a by-standing man. The man falls, bleeding. Peter ducks to evade the Uber-cart.

At the sound of the gunfire, and the sight of the bleeding man, the people still out enjoying the Uberopolis night life, suddenly run in panic.

Arlo runs to escape Peter.  He ducks and slides along the slick Uberopolis street as Peter fires another bullet.

The bullet ricochets wildly, and strikes and punctures a hydrogen pipe. The gas begins to pour out quickly.

A couple police officers on sky-cycles pull in front of Peter, hit their sirens, and give chase to Arlo.

Chased by two police on very maneuverable sky-cycles Arlo runs the wrong way down a one way street. He suddenly finds himself, leaping and ducking to evade Uber-carts, sky-taxis, and whatnots as he runs from Peter's bullets.

Further down the street Jerry pulls himself back to his feet.  He sees Peter turn down the next street after Arlo. Jerry grabs the same Uber-cart that hit him and follows the chase.

Jerry turns down the "wrong way" street and also begins weaving through the traffic.

To get away from the two sky-cycle cops, Arlo runs into a casino. Peter follows Arlo through the casino and out of the back exit, back into the street on the other side. Arlo runs downs the street.  Peter fires his gun at Arlo, again.

To evade the bullets Arlo slides under a few moving sky-taxis, and comes up on the other side. Arlo grabs a larger(empty) Uber-wagon and prepares to throw it at Peter who is now jogging toward Arlo with his gun drawn amid the panic and chaos. Arlo prepares to throw the weightless vehicle as a police officer on a sky-cycle descends upon him. The police officer brandishes his stun gun and takes aim at Arlo.

POLICE OFFICER #3
Get down!

Arlo points at President Peter Drexler, who approaches with his gun

brandished.

ARLO
You get down!  He's got a gun.

Arlo begins to throw the Uber-wagon at Peter. The police officer fires his
stun gun at Arlo The electric projectile hits Arlo, causing him to throw the
Uber-wagon off course. Arlo convulses in pain at the force of the stun gun's
shock.  Peter fires his gun. The bullet hits the errantly thrown Uber-wagon
and deflects into the police officer who fired at Arlo, knocking him
seemingly dead to the ground.  Arlo drops to his knees in pain, then begins
crawling to escape Peter. Arlo slowly regains control of his faculties and
pulls himself up to his feet. Arlo runs in a staggering fashion to the cop
fallen by Peter's bullet and checks his neck for a pulse.  He's dead. Peter
fires again.  Arlo jumps on the police sky-cycle, throws the throttle and
speeds down the street.

Peter jumps into a police vehicle left unattended by a policeman trying to
quell the street chaos, and gives chase.

Jerry runs out of the Casino and watches Peter and Arlo disappear into the
sky.  Jerry looks around for a vehicle.  A cop comes around around the
corner Jerry waives him down. The cop brings his vehicle to an abrupt stop
near Jerry.

JERRY MATTHIESSEN
O.F.I. I need to ride along.

The cops nod. Jerry points toward Peter and Arlo racing into the air. Jerry
jumps in the sky-ranger and the cop gives chase.

Further away, hydrogen continues to pour from the pipe punctured by Peter
Drexler's bullet.

Jerry finds himself at the rear of a chase with Arlo in front on a
sky-cycle, followed by Peter and eight other police officers all driving
police sky-ranger-cars.

Arlo, on his nimble sky-cycle, makes a sudden move through the tops of the
city buildings that eludes the less maneuverable sky-rangers.

Peter, the police and Jerry turn around and glide down into the city to find
Arlo.

Arlo, now down on the street and out of their sight, jumps off of the cycle,
revs the throttle, throws it into gear and let's the sky-cycle speed down

the street -unmanned.

The cops see the sky-cycle and pursue. Arlo runs the other way unnoticed.

Further down the street, near the leaking hydrogen pipe, a man lights a cigarette and tosses the match. The burning flame ignites the leaking hydrogen into a massive explosion. The explosion causes numerous fires to the contents of clothing stores and novelty shops downtown. Including several stores in the bottom floor of the Drexler-Media building. A fire alarm sounds.

From the corner of his eye, Jerry, in the police sky-ranger, sees Arlo running the other way. Not wanting to be with the cops anyway, Jerry jumps out of the cop car from about 2 floors high and crashes down to the city street.  Jerry runs after Arlo, down the empty Uberopolis streets -but Jerry is still at least a block behind Arlo.

JERRY MATTHIESSEN
Arlo!

Arlo doesn't respond, as he runs toward the edge of the harbor.

JERRY MATTHIESSEN
Arlo!  It's Me, Jerry Matthiessen!

Arlo stops, turns and looks. Arlo nods then suddenly runs toward the edge of the water

JERRY MATTHIESSEN
Wait!  I can help you.

ARLO
You work for the U.W.N. You can't help me.

JERRY MATTHIESSEN
They're gonna kill you, Arlo! I can try to get you out of here alive!

Arlo stops and turns to listen.  But as Arlo looks at Jerry he sees Peter behind Jerry in a fast approaching sky-ranger.  Arlo dives in the water and begins swimming. He dives underwater just as Peter fires. Jerry turns in sudden surprise.  Arlo swims back to the surface for air. Peter fires again.   Arlo dives down again.

Arlo makes it to the far wall of the harbor and searches underwater, to no avail, for the freshwater inlet where David Levine and he had fed the dolphin.

INT.  BROADCAST CONTROL CENTER, DREXLER MEDIA BUILDING -- CONTINUOUS

As arlo goes underwater the Drexler Media cameras stop following him and remain on the water surface -since there are no cameras under the water surface.

INT. UBEROLOIS HARBOR, BENEATH THE SURFACE -- CONTINUOUS

As his oxygen supply wears down, a scar-nosed dolphin pokes Arlo in the stomach. Spike. Arlo follows Spike a few yards to the inlet hole, which is still covered by the grate. Blood from a bullet wound (inflicted by Peter's gun) swirls in the water. Arlo pulls forcefully at the steering wheel sized grate latch that keeps the opening shut. It breaks free. Arlo pulls the grate open and climbs through. Arlo comes out of the water, gasping and coughing, on the prison work construction side of the harbor wall. Arlo sits, blood dripping from a bullet-hole in his leg, he pulls the Drexlerin from his pocket to be sure it's not ruined from the swim.  It's fine.  Arlo pulls off his shirt and wraps it loosely around his leg wound to control the bleeding.

EXT. HARBOR -- CONTINUOUS

On the harbor side of the wall President Peter Drexler and several police scour the water surface looking for Arlo's body.

EXT. DREXLER MEDIA BUILDING -- CONTINUOUS

The fire in the bottom of the Drexler-Media building spreads rapidly through the clothes stores and novelty shops. People begin to rush out of the exits some jump from ledges, falling slowly and safely to the ground, in the near weightless state.

CUT TO:

INT. BROADCAST CONTROL CENTER, DREXLER MEDIA BUILDING -- CONTINUOUS

The engineers watch as the TV ratings continue to rise:

PROGRAM DIRECTOR
Incredible.

In the control room, the fire alarm sounds.  The engineers look at each other.

PROGRAM DIRECTOR

We have to go.

The female engineer goes to turn the the TV station feeds off.

PROGRAM DIRECTOR
Let the video feed run! The ratings are phenomenal!

All of the engineers rush out of the room.

EXT. UBEROPOLIS SHUTTLE PAD (AIRPORT) -- CONTINUOUS

Hundreds and hundreds of Uberopolis citizens rush to the airport and demand
to be evacuated due to the chaos and violence on their city streets.  Chief
Kanu and a dozen other police try to calm and disperse the crowd.

WOMAN #4
Take me back to earth! Now!!

MAN #3
Get me out of here!

MAN #4
That lunatic Grainer's here!

WOMAN #
Drexler's gone even crazier!  Get me the hell out of here!

CHIEF KANU
Calm down people!

A message comes over Chief Kanu's radio.

RADIO DISPATCHER
Chief Kanu, we have a five alarm fire situation downtown -the hydrogen line
has ignited and the contents of at least ten commercial units are burning.
We need crowd control!

Chief Kanu speaks to a senior officer next to him.

CHIEF KANU
Shit! The fire's gonna consume the oxygen reserve. We've got to evacuate.

POLICE OFFICER #4
Evacuate?!

CHIEF KANU

Or we'll suffocate within an hour.

Chief Kanu speaks into his radio, back to dispatch.

CHIEF KANU
Central, throw the evacuation sirens.

RADIO DISPATCHER
Did I hear you...?

CHIEF KANU
THROW 'EM NOW! And call all trains to the shuttle pads!

The evacuation sirens blare through-out Uberopolis.

EXT. UBEROPOLIS SHUTTLE PAD (AIRPORT) -- CONTINUOUS

About twenty shuttles sit on the shuttle pad, with ten evacuation train cars attached to each shuttle. Hundreds of people rush to get into the shuttles and trains.

CHIEF KANU
Calmly, people, calmly!!!

EXT. UBEROPOLIS HARBOR -- CONTINUOUS

President Peter Drexler glides over the water looking for Arlo's body.  The evacuation sirens blast. Peter grabs his phone and calls Chief Kanu.

PRES. PETER DREXLER
Who told you to evacuate?!

CHIEF KANU / ON PHONE
I had no choice. We got a five alarm hydrogen fire sucking up the oxygen.

Peter hangs up and yells at the officers searching the water for Arlo's body.

PRES. PETER DREXLER
Shit!! Get outta here! Evacuate!

Peter speaks to Chief Kanu again on his Radio.

PRES. PETER DREXLER
Kanu!

CHIEF KANU / ON PHONE
Sir?

PRES. PETER DREXLER
Make sure Arnold evacuates political enemies on a disposal train.

CHIEF KANU / ON PHONE
Got it.

Peter hangs up.  Around him the police officers begin to disperse to
evacuate.  One of the officers addresses Peter.

POLICE OFFICER #5
What about you?

PRES. PETER DREXLER
I'll leave when I find this bastard!

EXT. UBEROPOLIS PRISON CONSTRUCTION SIDE OF THE DEVELOPMENT WALL --
CONTINUOUS

Arlo sits, eyes closed, quietly trying to rest and recover from his bullet
wound, in an out of sight area in the prisoner construction area, near the
fresh water inlet hole. The evacuation alarms sound. Arlo opens his eyes and
moves from his sheltered area to see what's happening around him.

Arlo sees three trains of ten evacuation cars being added to three of the
four shuttles sitting at the docks, and more shuttles and trains coming
behind them.  Then hundreds and hundreds of prisoners (free of cuffs) and
guards  begin to file out of the barracks into the shuttles hurriedly. Arlo
notices a shuttle train being loaded on the same dock that he and David
boarded. Arlo looks closer and sees that the prisoners bound for this train
are not running in free of cuffs. Rather, they are being led by their wrists
and neck by the same automated cable that two days earlier pulled Arlo and
David to their seats. Arlo stands and watches with a sudden look of horror
as he realizes that even now, Peter Drexler has ordered one last massive
body dump. With his shirt wrapped around his injured leg, as stealthily as
he can, Arlo creeps closer. But in moving, an automated camera senses Arlo
and triggers the automatic video tracking system.

INT. BROADCAST CONTROL CENTER, DREXLER MEDIA BUILDING -- CONTINUOUS

In the empty control room Arlo's image goes back on the world's TV's.

EXT. UBEROPOLIS HARBOR -- CONTINUOUS

Still searching the water for Arlo, Peter runs his hand through his hair in frustration.

PRES. PETER DREXLER
Where are you, fucker?!!

The last evacuating police officers calls back to Peter from a distance.

POLICE OFFICER #5
President Drexler!  Look at your TV!

Peter Drexler flips open his phone and sees Arlo on the prison workers' side of the dividing wall.  Peter slams his phone closed and races to apprehend Arlo.

EXT. UBEROPOLIS PRISON CONSTRUCTION SIDE OF THE DEVELOPMENT WALL -- CONTINUOUS

Arlo moves in closer to the shuttle containing the political prisoners. There are two guards by the bay door, but no other guards around.

EXT. STREETS OF UBEROPOLIS -- CONTINUOUS

Jerry pulls out his TV/phone and checks the picture.  He sees Arlo in the prison construction zone, watching the political prisoner shuttle.  Jerry takes off running.

EXT.  UBEROPOLIS PRISON CONSTRUCTION SIDE OF THE DEVELOPMENT WALL -- CONTINUOUS

With all of the prisoners loaded, one of the guards leaves the vicinity. Leaving one guard protecting the shuttle and passengers. Arlo sneaks up on the unsuspecting guard as he exit the threshold of the shuttle door, and places him in a choke hold.  Arlo pulls the guard into the bay of the shuttle. The prisoners, locked in their seats, look on with curiosity as Arlo addresses the guard.

ARLO
Unlock the seats.

GUARD #6
This is their evacuation.

ARLO
Unlock 'em now.

Arlo increases the force of his hold.

GUARD #6
It's over there.

The guard points at a box on the inner shuttle wall.  Arlo takes him to it
and the guard pushes a red button.  The prisoners' restraint unbuckle.  Arlo
addresses the prisoners, still holding the guard.

ARLO
This shuttle is scheduled to dump you in space.
(pointing toward the other shuttles)
Get in one of the other shuttle trains -if you want to live!

The prisoners begin to rush out.  Arlo takes the guard's stun-gun and pushes
the guard out the shuttle's door. As Arlo prepares to hop out of the shuttle
he hears his name called.

PRES. PETER DREXLER
GRAINER!!!

Arlo looks up in time to see Peter (who is running toward the shuttle) fire
his gun, from about 75 feet away. Arlo leaps out of the doorway and behind
one of the many passenger seats in the converted cargo hull, just in time to
avoid the bullet. Peter climbs in the cargo hull and begins to search for
Arlo, hidden somewhere in the many rows of seats.

Arlo remains silent, hidden under one of the seat rows. As Peter passes,
silently, Arlo fires the stun-gun (which he took from the guard) at Peter.
Peter convulses in pain and drops his gun. Arlo drops his stun gun and grabs
Peter's gun with his left hand, then begins hammering Peter in the face with
his right fist. Peter drops to both knees. Blood pours from Peter's nose and
mouth. Arlo raises his fist and prepares to land a blow that will clearly be
the death of Peter.

ARLO
I could kill you, now!
(breathing heavily)
I just want to go home, give my daughter the pill... You let me go... I let
you live... Agree... Agree!!

Peter nods his head, weakly, in agreement.

ARLO
I'm gonna get your gun. You're gonna be my hostage back to Earth. You ride
in the airlock. When we get back, I let you go, you let me go.

Peter nods his head, weakly, again. Arlo releases his hold and Peter topples to the floor semi-conscious. Arlo steps away from Peter toward the front of the shuttle bay to get the gun. As Arlo reaches to take the gun a sudden jolt of pain jolts through his head and he falls to the ground in the agony of another "ice-pick" headache. Arlo groans in pain and reaches up with his hands to grab his head.

ARLO
Aargh!! GGRRRR!!

Arlo drops to his knees, eyes rolling in their sockets.

ANGLE ON : A FIST COMES FROM OUT OF SCREEN AND PUNCHES ARLO VIOLENTLY IN THE FACE. THE CAMERA PULLS BACK TO SHOW PETER HOVERING OVER ARLO.

PRES. PETER DREXLER
Bad time for a headache.

Arlo kicks the gun with his foot, to keep it away from Peter as he lies supine on the floor, struggling with the pain of his headache and the pain of Peter's last punch. Peter races for the gun and grabs it, as Arlo struggles to his knees. Peter immediately turns and fires the gun at Arlo.

Arlo's head jerks back as he is hit by the bullet on the right side of his neck, knocking him to his knees.

Arlo grabs the side of his neck.  Peter lowers the gun to fire the killing bullet at Arlo.

ZAP! Peter's body jolts violently, in pain.

ANGLE ON : THE CAMERA TOGGLES TO SHOW JERRY STANDING BEHIND PETER IN THE CARGO HULL DOOR WITH HIS STUN-GUN DRAWN AND FIRED ON PETER.

Peter recovers from the painful shock, growls in pain and turns slowly to shoot Jerry. Jerry throws the stun-gun down and unloads a haymaker of a right hook (a punch) to Peter's face and knocks President Drexler out of the shuttle doors, unconscious. Peter drops his gun on the shuttle floor before falling out of the shuttle.

Jerry grabs the gun, then rushes to Arlo's side, to find Arlo, semi-conscious, holding his bloody hand to the wound on his neck.

JERRY MATTHIESSEN
Shit.

Jerry takes off his shirt and tie.  He removes Arlo's hand from the wound and places his shirt over the bullet hole.

As Jerry works to assist Arlo he doesn't notice the shuttle bay doors closing behind him.  The doors close entirely.

ANGLE ON : THE SHUTTLE IS SHOWN SLOWLY MOVING AWAY FROM PORT.

Jerry places Arlo's hand back over the wound.

JERRY MATTHIESSEN
Now push that hard. We gotta keep the blood in there.  We gotta get you outta here.

Jerry picks up the weightless Arlo and turns to find that not only is the shuttle bay door closed, but the shuttle is moving.

JERRY MATTHIESSEN
What the hell?!

Arlo, very weak, points to the cockpit area.

ARLO
We gotta get in there. This is the prisoner disposal shuttle...  We're gonna get dumped in space.

Jerry gently places Arlo on the floor.  Jerry opens the first airlock port door, goes through and opens the second airlock door -to the cockpit. Jerry then returns for Arlo and carries him through the the airlocks -closing the airlocks behind.

EXT. OUTSIDE UBEROPOLIS'S EXTERNAL SHIELD -- CONTINUOUS

ANGLE ON : AS THE SHUTTLE CONTAINING ARLO AND JERRY ENTERS A SHUTTLE AIRLOCK, BEHIND THEM IN THE VAST BACKGROUND OF UBEROPOLIS, THE CAMERA SHOWS THE SKY AROUND UBEROPOLIS FILLED WITH SHUTTLES PULLING LONG TRAINS FULL OF EVACUEES ABOUT TO LEAVE SKY TOWN.

EXT. UBEROPOLIS, PRISON CONSTRUCTION SIDE OF THE DEVELOPMENT WALL -- CONTINUOUS

Peter Drexler regains consciousness as the shuttle exits the airlock in Uberopolis's outer shield. He looks around and sees the shuttle and Arlo gone. Then looks up and sees the shuttle in the airlock, preparing to leave.
  Reading the ID on the side of the shuttle, Peter pulls out his phone.

PRES. PETER DREXLER
Gimme defense shield... Defense shield this is the Big Picture... Locate near Uberopolis shuttle F.C.107A... Good. Target. It's too close to Sky Town now.  Track it and neutralize it in 5 minutes. Two warheads.  This time disable the disarm

EXT. OUTSIDE UBEROPOLIS'S EXTERNAL SHIELD -- CONTINUOUS

The shuttle with Arlo and Jerry in it is seen exiting the the Uberopolis airlock and entering space. The shuttle's thrusters fire and the shuttle begins to race through the sky.

INT. SHUTTLE -- CONTINUOUS

Still in the airlock, the force of the shuttle's rapid acceleration pushes both men to the back of the airlock wall, rendering them unable to move.

JERRY MATTHIESSEN
Keep the pressure on your neck!

Arlo just looks tired.  Slowly their bodies adjust to the speed.  Jerry moves forward and helps Arlo into the cockpit, and into a pilot's seat. Jerry takes the other pilot's seat. Arlo's head nods as if losing consciousness.

JERRY MATTHIESSEN
Arlo!!  Stay with me!  I need you to tell me how to do this.

ARLO
Override... ~~the autopilot.

Arlo points at the buttons.  Keeping one hand on his neck's bullet wound. The shirt is now red with absorbed blood. Arlo reaches weakly into his pocket and hands Jerry the prescription box of Drexlerin pills.

ARLO
Get these to my daughter...and Tian Shen Wu's sons.

Jerry takes the pills with a conflicted expression.

JERRY MATTHIESSEN
I'm gonna see to it that you give 'em to her.

Jerry looks at Arlo's neck wound.  Jerry reaches over and helps Arlo push the shirt against the wound.

JERRY MATTHIESSEN
Try to keep the pressure on.

Jerry looks down at the radar monitoR. He sees two speeding blips suddenly approaching.

JERRY MATTHIESSEN
Arlo.  What are those?

Arlo strains to look at the monitors.

ARLO
Warheads.

JERRY MATTHIESSEN
Warheads!! What do I do?

Arlo shrugs.

ARLO
Use...first good idea...

JERRY MATTHIESSEN
How 'bout I try to run 'em into each other?

ARLO
(weakly)
Bad.

Arlo's head wobbles as if light-headed from blood-loss.

JERRY MATTHIESSEN
That's all I got!...

Jerry turns the shuttle straight down and prepares to race the shuttle down to earth, just as Arlo had done. As the shuttle dives Arlo's eyes roll as if drifting off to sleep -or to die.

ARLO'S DREAM SEQUENCE:

ARLO OPENS HIS EYES TO FIND HIMSELF FACING A GIANT WHITE LIGHT, ALL AROUND HIM IS DARK. HE LOOKS AROUND TO SEE  THE EARTH TO HIS SIDE. THE BRIGHT LIGHT WAS ONLY THE SUN -IN SPACE. FLOATING HIGH ABOVE THE EARTH, SUDDENLY THE EARTH'S GRAVITY FORCE SEIZES ARLO, AND VIOLENTLY PULLS HIM DOWN. IN AN INSTANT, ARLO POUNDS DOWN TO THE GROUND.

ARLO LOOKS AROUND AND FINDS HIMSELF SITTING IN A CALM, GREEN MEADOW, NEAR A
SMALL, PALE CHILD WHO LIES MOTIONLESSLY ON A HOSPITAL GURNEY, WEARING AN AIR
MASK. THE CHILD SUDDENLY RISES AND REMOVES THE AIR MASK FROM HIS FACE, IN
GOOD HEALTH AND GOOD COLOR. THE CHILD GETS OFF THE GURNEY, PLUCKS A FLOWER
FROM THE GROUND, AND HANDS IT TO ARLO WITH A SMILE. ARLO LOOKS DOWN AT THE
YELLOW FLOWER AND SMILES.

ARLO LOOKS UP And Finds HIMSELF IN THE SHUTTLE AGAIN -ALONE. HE LOOKS
AROUND, DISCONCERTED. HE TURNS TO SEE WATER SPLASH THROUGH THE SHUTTLE'S
AIRLOCK WINDOW. MOVING CLOSER. HE FINDS THE SHUTTLE'S AIRLOCK CLOSED BY A
STEEL-BAR GRATE. HE LOOKS BEYOND THE GRATE TO FIND A SCAR-NOSED DOLPHIN
SWIMMING DEFENSELESSLY IN THE SHUTTLE'S CARGO BED. ARLO TUGS AT THE STEEL
BARS, TO FREE THE DOLPHIN, TO NO AVAIL. ARLO LOOKS CLOSER AND SEES THE
SPIRAL SHAPE OF THE SMALL DREAM CATCHER TINA GAVE HIM IN, DEEP IN THE
DOLPHIN'S EYES.

END DREAM SEQUENCE.

CUT TO:

INT. SHUTTLE -- CONTINUOUS

Arlo's eyes suddenly open, wide awake from his dream.

ARLO
(weakly)
Turn back... Full speed... Sky Town.

Jerry turns the shuttle back, full speed.

JERRY MATTHIESSEN
I get it. But I was hoping we'd get to live.

As they race the shuttle back toward Uberopolis, they pass tens of
evacuating shuttles trains. Faster and faster they approach Uberopolis, the
warheads gaining. Now only seconds from impact with Uberopolis. Arlo's eyes
close, weakly.

EXT. UBEROPOLIS SHUTTLE PAD -- CONTINUOUS

From inside a private mini-shuttle, the last people to evacuate, President
Peter Drexler with his pilot, and Warden Arnold and Chief Kanu, sit in their
shuttle's cockpit, on the shuttle pad, preparing evacuate. Peter looks out
of the windshield and sees Arlo and Jerry's shuttle racing back to
Uberopolis, with two missiles only a moment behind it. His eyes widen with

disbelief.

PRES. PETER DREXLER
Shit.

INT. SHUTTLE -- CONTINUOUS

Arlo opens his eyes, reaches up and throws three switches. Thrusters fire and the EVAC-shuttle launches. Arlo pulls back on the control column.

ARLO
Pull.

Jerry hears Arlo's voice, weak and barely audible over the engine and pulls his control column, too.

Their effort to pull back on the control columns pulls their evac-shuttle sharply up, out of the way of the warheads, as they narrowly miss the outer wall of Uberopolis. The massive discarded main body of the shuttle plows into and through the outer shield of Uberopolis. The warheads follow an instant behind detonating and blasting Ubropolis to ruins.

At the sight of Sky Town exploding Jerry Matthiessen exalts with joy.  With both arms in the air.

JERRY MATTHIESSEN
HELL YEAH!!  HELL YEAH!!

Jerry looks at Arlo to see how he's enjoying their success.  Arlo is motionless in his chair.

JERRY MATTHIESSEN
Arlo... Arlo?

Jerry jumps out of his seat and grabs Arlo, and holds pressure to Arlo's wound.

ARLO
Come on, man, come on. You still got fight in you!

FADE TO:

EXT. FUNERAL PARK -- AFTERNOON

The green grass of the funeral park lawn looks even greener against the cloudy, gray sky. A small group of people with their heads hung solemnly,

sit and listen to a woman, dressed in holy garb, standing before them.
Behind the woman is a coffin covered with roses. The woman's words are
drowned by the sound of the wind and street traffic as a narrative by Jerry
Matthiessen begins:

JERRY MATTHIESSEN
(NARRATION)
In a way, this story started a century ago when a few leaders made some bad
decisions and no one stood against them. That's why I'm still in this line
of work: without a few guys to keep an eye on the watchers, imagine how much
worse things could be. Anyway, after the Sky Town incident the government
began negotiations with the unsecured sectors...

ANGLE ON : THE CAMERA PANS PAST JERRY TO SHOW ARLO ALIVE WITH A LARGE WOUND
ON HIS NECK. A TEAR RUNS DOWN HIS CHEEK.

JERRY MATTHIESSEN
(NARRATIVE CONTINUES)
Arlo survived Sky Town and was pardoned of all charges.

ANGLE ON : THE CAMERA PANS PAST HOWARD, JOHN CARL, RIANNA, ARLO THEN FRANNY
-SEATED BETWEEN ARLO AND JERRY.

Franny, wearing a special little air filter, reaches over and touches Jerry
on the shoulder to get his attention. Pulling back her mask she says:

FRANNY
I always knew my dad was a hero. I'm glad you proved it to everyone else.

Franny hands Jerry a yellow flower.  Taking the flower, Jerry wipes his
teary eyes and smiles at Franny.

FRANNY
I'm very sorry about Jacob.

JERRY MATTHIESSEN
(NARRATIVE CONTINUES)
My son, Jacob's lungs gave out a month after we made it out of sky town. He
died two weeks after our first fishing trip... he had a real good time...
I'm getting by OK... I got a good wife... a few friends... If there's a
silver lining, last week the U.W.N. had its first pollution control
conference. That's a start.... The U.W.N. also returned the reward money
that Drexler took from Rianna. She bought a place back here.

CUT TO:

INT. RIANNA'S NEW CONDO -- AFTERNOON

Arlo and Rianna talk in the kitchen of her new condo. The kids and her
mother move about in the adjacent living-room.

RIANNA
The house is beautiful, but I feel like I've joined the system...

Arlo's eyes sparkle with still undiminished love for Rianna's feisty nature.
He shrugs, hopefully.

ARLO
We need more fighters inside the system...

RIANNA
The kids still need you.

ARLO
There's no good solution. I'll visit.

EXT. RIANNA'S NEW CONDO -- MOMENTS LATER

ANGLE ON : ARLO IS SEEN GETTING IN A SKY-CAR AND WAVING GOODBYE TO FRANNY,
JOHN CARL, RIANNA AND HER MOTHER AS THEY STAND IN FRONT OF THEIR NEW SAN
FRANCISCO CONDO.

EXT. SAN FRANCISCO MARINA PARK -- LATER

ANGLE ON : ARLO IS SEEN STEPPING FROM HIS SKY-CAR TO MEET JERRY AT A PARK,
BENEATH THE SUNSET, NEAR THE SAN FRANCISCO BAY.  A U.W.N. FLAG HANGS FROM A
FLAG POLE NEARBY.

ARLO
Just wanted to say thanks again, before I left.

Jerry nods appreciatively.

ARLO
You gonna be OK?

Jerry shrugs, somberly and honestly.

JERRY MATTHIESSEN
It's always gonna hurt...

Arlo lowers his head, with no words of consolation.

JERRY MATTHIESSEN
You don't have to go back. The O.F.I. could use another agent.

ARLO
As long as that flag flies here...
(pointing at the U.W.N. flag)
...the zones are gonna need me... I'll look you up sometime.

JERRY MATTHIESSEN
You'll be an outlaw when you come back.

Arlo nods, understanding.  The two men exchange nods of respect and a
handshake. Arlo turns and walks to his car. Jerry walks to a park bench and
takes a seat next to his wife, Laura, placing his arm around her. Arlo and
Laura exchange a brief, melancholy wave.  Arlo drives away, leaving Jerry
and Laura together at sunset. The narrative continues:

JERRY MATTHIESSEN
(NARRATIVE CONTINUES)
I don't know if this story has a moral... But if there's a word of advice I
could lend you... Freedom, family, clean air -don't take anything for
granted. Know what's going on. Read, talk, look around... care... And when
you put those head phones on, make sure you're not doing it to tune out the
world, because eventually you tune out yourself... Me and Laura?... We
struggle... but we'll try again... Not for another Jacob -after all, he's
the one thing we got right. But try again at love; try again at
parenthood...

INT. HOVER-JET WAREHOUSE (TEXAS) -- NIGHT

ANGLE ON: FROM BEHIND ARLO, HE IS SEEN STRIDING FAST AND DETERMINEDLY INTO
THE HOVER-JET WAREHOUSE. HE GIVES A QUICK WAVE TO DYLAN WHO CLOSES THE CARGO
HULL OF THE HOVER-JET AND TOSSES ARLO THE KEY.  ARLO HOPS INTO THE
HOVER-JET, HITS THE THRUSTERS AND BLAZES OFF INTO THE NIGHT.

JERRY MATTHIESSEN
(NARRATIVE CONCLUDES)
...'Cause that's the only way you make it in a world like this...
Everyday... you wake up... and try again.

END

_____
Don't just search. Find. Check out the new MSN Search!

http://search.msn.click-url.com/go/onm00200636ave/direct/01/

# Exhibit X6

*Original Title: Uberopolis: City of Light*

**Butterfly Driver**

Written By

Steve Wilson Briggs

WGAw # 1103287
Steve Wilson Briggs

Steve Wilson Briggs

FADE IN:

EXT. FOGGY FIELD - NIGHT

Blinding rays of a parked car's headlights cut the night fog, silhouetting five figures trudging through a sparsely wooded field near a small country farmhouse.

The shadows move into view: a sturdy man in an overcoat (JERRY Matthiessen, 45); a slender, neatly attired man (HOWARD Mann, 35); a portly FARMWOMAN (55); two barking dogs.

>                    HOWARD
>          It makes me uncomfortable.
>
>                    JERRY
>          Relax, Howard. All dogs put their
>          noses there.
>
>                    FARMWOMAN
>          Whatever made that hole made such a
>          noise.  Got Bessie and Baxter to
>          barking.  How'd you know it was here?

Jerry looks intermittently at a small multi-function phone/computer/global positioning device (called an omni-com) in his hand, to pinpoint a location.

>                    JERRY
>          Friend at the observatory's echo-
>          locators pegged it here.  You didn't
>          call the police?
>
>                    FARMWOMAN
>          Not if I don't have to. Y'all police,
>          anyway. I seen him on TV.
>                    (shining her
>                    flashlight at Jerry)
>          Um...uh... Jerry Mathers!
>
>                    JERRY
>          Matthiessen. We're not exactly police.
>          But we wanna be sure it's not
>          contaminated. Spores, or what not.
>
>                    FARMWOMAN
>          Y-yes. Thank you.

The farmwoman stops near a crater, shining her flashlight into a five foot in diameter by three foot deep hole.

                    FARMWOMAN (CONT'D)
          Got some kinda ooze in it. Is that
          spore?  The dogs was licking it.

Shining his flashlight in the crater, Jerry sees a blackish-
red "goo" lining the crater.

                    JERRY
          I won't know till tomorrow.

                    FARMWOMAN
          Chilly.  Mind if I go inside?

                    JERRY
          Sure.  G'night.

Howard smiles as the farmwoman turns to her house.

The men cover their airways with cotton air-masks.  Jerry
crouches at the mouth of the crater and puts on a pair of
latex gloves. Howard looks around nervously.

                    JERRY (CONT'D)
          Ten times more meteor sightings since
          they built Uberopolis.

                    HOWARD
          You think this fell from Sky Town?

                    JERRY
          A hypothesis... Looks organic.

Jerry grabs a short stick lying nearby and pokes the goo.

                    HOWARD
          Ah, the scientific "stick test"...
          Smells like ham. I read cannibals
          said cooked human tastes like pork.
          They called human meat "long pork";
          cause we're long when you roast us -
          not short like pigs...

As Howard continues, Jerry takes a small sample jar and a
scraper from the breast pocket of his overcoat, leans over,
scrapes a sample and wipes it into the jar.

                    HOWARD (CONT'D)
          Can you hurry? I hate being way out
          here without gun clearances.

Jerry seals the sample carefully, drops the jar into a clear
plastic bag, and tucks it in his pocket.

                            JERRY
                Let's go.

Howard nods. The two men head back toward their vehicle.
Against the headlights, their figures become shadows again.

The sound of closing car doors. A moment later, their vehicle
levitates straight up, arcs skyward and fades into the dark.


EXT. SPACE - NIGHT

A dead man, dressed in an orange jumpsuit, floats, silent,
in space. Beyond the corpse, a 3 mile wide satellite city,
Uberopolis, orbits 1000 miles above Earth's polluted skies.

The body is sucked into Earth's gravitational pull, faster
and faster, until the skin peels and burns from the heat of
re-entry. The body ignites and rockets downward.


EXT. CITY STREET - NIGHT

In an impoverished city, known as Zone 242, a teenage boy
(JOHN CARL, 15) jogs down a crowded street, carrying a small
bag, weaving through thugs, hustlers, hookers and homeless.

Overhead, a SHOOTING STAR streaks behind the patchy clouds.


INT. RIANNA'S HOUSE - BEDROOM - CONTINUOUS

In rundown single-family apartment house, situated above a
large garage, a woman, Rianna (40) looks out a bedroom window,
anxiously, seated by her daughter, Franny (7) who lies in
bed, looking rather gaunt.

On A BEDSIDE TV a cartoon is interrupted by a commercial.

ON THE TV:

A muscular, handsome man, President Peter DREXLER (50,
although he appears only 25) greets the viewers; behind him,
a photo of a satellite city, Uberopolis, floating on space.

                        DREXLER (on TV)
                Hi, I'm President Peter Drexler, and
                owner of Uberopolis. We have a lot
                            (MORE)

4

                              DREXLER (on TV) (CONT'D)
                    to celebrate in the Global State.
                    100 percent employment, almost no
                    crime, but with 15 billion people,
                    pollution and congestion persist
                    everywhere -except, Sky Town. I invite
                    you to come enjoy our casinos, museums
                    and golf courses, all orbiting 1000
                    miles above the worries of Earth.
                    Let the pure air heal your lungs and
                    the low gravity heal your bones...

An elderly man jumps from a three story building, landing
unharmed on the Uberopolis street.

                              DREXLER (CONT'D)
                    Last year the first half of Uberopolis
                    sold out in 6 months. The second
                    half is under construction, to be
                    opened next year. Reserve your home
                    now. See why over 150,000 people
                    like me call Sky Town home.

BACK TO SCENE

THROUGH THE WINDOW: Rianna sees her son, John Carl, running,
down the street for home, up the stairs, to the front door.

BEDROOM

John Carl rushes in the room and hands the bag to his mother.

                              RIANNA
                    Thank you.

Rianna pulls the cough medicine from the bag.

                              FRANNY
                    John Carl, I just saw a shooting
                    star.  I get another wish.

Rianna pours a capful of medicine. John Carl turns to Rianna.

                              JOHN CARL
                    Cool.
                         (turning to Rianna)
                    I'm going downstairs to see dad before
                    he goes to work... Night, Franny.

Rianna nods, extending the cap to Franny's lips. Franny waves,
drinking down the medicine. John Carl exits.

INT. GARAGE-REC CENTER - NIGHT (CONTINUOUS)

John Carl enters the large garage where his father (ARLO GRAINER, 45) teaches a small group of kids self-defense. Other kids play on a small pool table, paint on an easel and play board games; a few parents watch from the periphery.

Arlo demonstrates a "take-down" move. The kids repeat the move -except one little girl who fails to execute the move. Arlo shows her again. She tries again, and fails.

                    LITTLE GIRL
          I can't get it.

                    ARLO
          Just keep trying. That's the secret.
          We'll get it tomorrow.

The girl nods, reassured, as Arlo shakes her hand. Glancing at his watch, Arlo raises his voice to the rest of the garage.

                    ARLO (CONT'D)
          That's it guys! Goodnight!

Arlo moves toward a small office area within the garage, shaking a few of the kids' hands as they disperse for home.

IN THE GARAGE OFFICE

Arlo enters the office, followed by John Carl, who takes a seat on Arlo's desk. He picks up a photo of Arlo and another man (RODDY, 45). Both men in the photo wear gray jackets with black triangles over their hearts, beer mugs raised.

Arlo opens a door in the office and steps into his messy

BEDROOM

and takes a gun holster lying on his bed, puts it on, then throws on a gray jacket with a triangle over the heart. From the office John Carl comments on his father's messy room.

                    JOHN CARL
          You kept your room clean when you
          lived upstairs with mom.

                    ARLO
          Yeah, well, I'm a bachelor, now.
          Homework?

                          JOHN CARL
               Finished.

Arlo exits his bedroom and walks through

THE OFFICE and into

THE GARAGE-REC ROOM

followed by John Carl. Arlo walks to a small vehicle, called
a SKY-CYCLE (resembling a large motorcycle with a sidecar)
parked in the rear of the garage. As Arlo mounts the sky-
cycle, John Carl opens the garage door.


EXT. GARAGE - NIGHT (CONTINUOUS)

Arlo pushes the sky-cycle outside. Rain falls lightly.

                          JOHN CARL
               You patrolling with Roddy?

Arlo nods. John Carl steps out of the garage and closes the
garage door. Arlo pushes a button on the sky-cycle's dash; a
canopy covers the sky-cycle. He pushes another button; wings
extend from below the sky-cycle.

                          ARLO
               G'night.

                          JOHN CARL
               Night.

John Carl jogs upstairs and enters the house.

Arlo levitates the sky-cycle to the second floor and knocks
on Franny's window to get her attention.

THROUGH FRANNY'S WINDOW

Franny turns. Arlo blows her a kiss. Franny waves. Arlo turns
the sky-cycle skyward, and slips into the dark.


INT. WAREHOUSE - NIGHT

On the sky-cycle, Arlo glides through the port gate of a
large warehouse full of boxed supplies. He parks near a
loading dock where two large, worn, HOVER-JETS (flying cargo
trucks) warm their engines.

A rugged older man missing his right arm (DYLAN, 55) waves off one of the hover-jets as it glides out the port gate.

Arlo and Dylan shake hands; their voices barely audible over the warming hover-jet engine.

> DYLAN
> We got an emergency call about two
> minutes ago, so I had to send Roddy
> out with Isaac. I got enough M.T.'s.
> You can line-ride, unless you wanna
> do a butterfly run?

> ARLO
> We haven't had a butterfly in a year.

Dylan nods his head toward an attractive woman standing, nervously, near the warehouse office. TAMARA GWYNN (30).

> DYLAN
> Tamara Gwynn. A driver from 186
> dropped her off. State energy
> researcher. Loaded. Needs to get to
> L.A. by morning for a court trial.
> She's offering 500 grand up front
> and 500 after. That's 300 for you.

> ARLO
> I'd like to help, but I've got kids.

Dylan nods understandingly, and gestures toward the GRAY hover-jet.  A WORKER throws a bundle into the cargo hull and latches the door.

> DYLAN
> Run this to 238. Take theirs to 246;
> bring 246's jet here. It's in the
> flight plan.

Arlo nods, hops in the hover-jet and glides through the gate.


INT/EXT HOVER-JET - NIGHT

Above barren badlands Arlo races his hover-jet. Approaching another "zone" a police-jet drops behind Arlo and opens fires.

Arlo spins and returns fire. The police-jet swerves. Arlo enters the city low to the ground and quickly loses the police-

8

jet. Winding through the streets, Arlo disappears down a
ramp leading to an underground bunker.


INT. WAREHOUSE - NIGHT

Arlo brings a BLUE hover-jet to a stop. As Arlo exits Dylan
walk toward him to greet him.

"RING"! Arlo's omni-com (a multi-purpose communication device)
rings. He pulls it out as he dashes toward his sky-cycle...

                    ARLO
          That Roddy's distress signal!

Arlo jumps on his sky-cycle and races through one of the
dock gates, back into the night.


EXT. SKY ABOVE ZONE 242 - NIGHT

Above slum-like housing, Arlo streaks across a stormy sky,
looking at his omni-com's screen to track Roddy's location.
Below, he spots two sky-cycles, on top of an old three-story
office building. Arlo speaks into his omni-com.

                    ARLO
          Their cycles are on the roof of the
          old Beckler building.

                    DYLAN (on the phone)
          OK. Wait for Gomez and Drake...

Arlo ignores Dylan and glides down to the rooftop.


EXT. ABANDONED BUILDING - ROOF - NIGHT

Dismounting his sky-cycle, Arlo draws his gun and runs toward
the roof's "emergency exit", and enters.


INT. ABANDONED BUILDING - NIGHT (CONTINUOUS)

Arlo descends The dark stairway from the roof and clicks
'on' his gun-mounted flashlight. At the base of the stairs
he pushes open a door and steps into a long hall.

IN THE HALL

A dozen office doors face the hall. The eerie silence is
broken by the sound of leaking rain DRIPPING through the
aging ceiling. The offices are littered with broken furniture
and the worthless artifacts of squatters come and gone.

Arlo suddenly drops to his knees, grabs his head, and GROWLS
in pain.

His eyes roll back as he fights his way to his feet. The
pain subsides as streetlight through the office windows
reveals a trickle of blood beneath his nose.

Arlo collects himself and continues down the hall, looking
in each office door. His omni-com indicates Roddy is in an
office just ahead. As Arlo steps

IN THE OFFICE

his flashlight reflects off the rear office window, blinding
him for an instant, just as his foot breaks through the
rotting office floor.

He SLAMS down violently, smacking his face against the dirty
floor. Lying disoriented, water drips onto his face.

Adjusting his eyes, Arlo jolts back, discovering his face is
only inches from the bloody face of a motionless man –also
wearing a gray jacket. Arlo checks the man for a pulse.
Nothing. A voice calls, weakly, from the corner.

                         VOICE
              Isaac's gone.

                         ARLO
              Roddy?

Arlo turns his gun-light toward the voice, to discover it's
Roddy, slumped in a corner, looking in his omni-com at a
digital photo of a woman holding a baby.

                         RODDY
              My son would be eighteen. That war
              killed some beautiful people.

Arlo pulls his foot out of the floor and crawls to Roddy. He
opens Roddy's jacket to find Roddy's chest bloodied from
several bullet holes.

                         ARLO
              We're gettin' out of here.

                    RODDY
          I only got a couple minutes left.

Arlo stands. Roddy coughs up a little blood. Arlo moves behind
Roddy and lifts.

                    ARLO
          Who did this?

Roddy's heels drag behind as they move into the the hall.

IN THE HALL

                    RODDY
          Bounty hunters set us up to find the
          butterfly -Tamara. They beat us...
          We couldn't give up the warehouse.
          Isaac broke and told 'em you were
          here. You got a bigger bounty than
          Gwynn. They found your name in Ike's
          omni-com. Won't be long before they
          break his code and get your info.
          Save your family.


EXT. ABANDONED BUILDING - ROOF - NIGHT (CONTINUOUS)

Arlo trips through the threshold, and falls hard to the wet
roof, with Roddy in his arms.

                    ARLO
          Roddy...?

Roddy doesn't respond, his face vacant.

Two sky-cycles descend from the sky. Lying vulnerable, Arlo's
eyes grow alarmed. As the sky-cyclists land their sky-cycles
on the roof, one calls to Arlo in a familiar voice:

                    GOMEZ
          Grainer!

                    ARLO
          Gomez, bounty hunters killed Roddy.
          Isaac's dead downstairs. They're
          after me. I gotta get my family.

Arlo races to his sky cycle and hurls into the stormy sky.

EXT. SKY OVER ZONE 242 - NIGHT

The rain pounds against the windshield as Arlo races home.
He pulls out his omni-com and pushes a button.

                    VOICE / RIANNA
          Arlo?

                    ARLO
          Blue Guard's coming. Get the kids
          and get out now!

Arlo hangs up and dives the sky-cycle down, landing in front
of his garage.


EXT. RIANNA'S APARTMENT - NIGHT (CONTINUOUS)

Hopping off the sky-cycle, Arlo reaches under the seat, grabs
a fuel canister, pulls out his gun, and races up the stairs.
As Arlo enters the apartment Rianna exits carrying the
respirator, while John Carl carries Franny.

                    ARLO
          I'll be right down.

Arlo runs in the apartment, Rianna, John Carl (with Franny)
rush down to the sky-cycle.


INT. RIANNA'S APARTMENT - NIGHT (CONTINUOUS)

Arlo enters the living-room, fuel can in hand, grabs a tall
coat rack by the door and empties it on the floor —except
one hat and one jacket.

Arlo pours fuel on the floor as he moves with the coat-rack
across the room. He places the fuel can on a windowsill behind
the long curtain then shoves the coat-rack and jacket behind
the curtain —in front of the fuel can.

Arlo pulls out his omni-com, turns on its video recorder and
places it in the jacket's breast pocket, on the coat rack;
leaving the curtain cracked and the video lens exposed.

Arlo turns off the light as he runs out of the apartment.

In the darkened living-room, streetlight through the window
transforms the coat-rack's silhouette into a man hiding behind
the curtain.

INT. SKY-CYCLE - NIGHT (CONTINUOUS)

Arlo jumps in the sky-cycle and speeds away. John Carl sits
behind Arlo, as Rianna holds Franny in the side-seat.

                    RIANNA
          We have no money. Where can we go?
          The kids have never been out of 242.

                    ARLO
          Maybe your mom's, in New York.
          Franny's gonna need State care.

                    RIANNA
          You can't go back to the State.

                    ARLO
          I'm not coming...

                    JOHN CARL
          But dad...

                    ARLO
          Not now.
               (turning to Rianna)
          You got ten grand there.

Arlo pulls a card from his jacket and hands it to Rianna.
Rianna takes the card and swipes it through her omni-com.

                    RIANNA
          That won't last a week in The State.
          And won't touch repatriation fees...
          What if she gets as bad as last month,
          and needs an air chamber?

Arlo pulls the sky-cycle into the warehouse.


INT. WAREHOUSE (OFFICE)- NIGHT

Arlo sits on the edge of Dylan's desk as Dylan talks on the
phone. On a small battered couch, Franny sleeps on Rianna's
lap; beside her, John Carl sits, stoically.

                    DYLAN
          OK... Three... Cheapest possible...

Arlo gestures to Rianna to pass him her omni-com.  She obliges. Arlo activates the video feed from the omni-com he left on the coat-rack in Rianna's apartment.

IN THE OMNI-COM SCREEN

Arlo sees TWO BOUNTY HUNTERS, guns drawn, enter

RIANNA'S APARTMENT (LIVINGROOM)

guided by Arlo's omni-com signal. In the dark, the bounty hunters mistake the coat-rack shadow (behind the curtains) for Arlo's silhouette. They open fire. BANG! BANG! BANG!

"BOOM!" Their bullets hit the fuel can behind the coat-rack, causing an explosion.

BACK TO SCENE

Arlo hands the omni-com back to Rianna. Dylan hangs up the phone and turns to Arlo.

                    DYLAN (CONT'D)
          I got a guy who can get them into
          New York, legit, and start the
          repatriation for a hundred grand.

                    ARLO
          Where can I get a hundred grand?


INT. WAREHOUSE DOCK - HOVER-TRUCK - NIGHT

Arlo hands Franny's sleeping body to Rianna, who sits

IN THE REAR OF A HOVER-TRUCK

huddled with John Carl, among the boxes. Arlo hands Rianna a money card.

                    ARLO
          Here's another 150 grand. She'll
          wire the rest when I get her to L.A.

Rianna takes the card, nervously.

John Carl keeps a brave face. Without proper words Arlo strokes John Carl's face, the way only a proud father might.

The hover-jet pilot waves from the cockpit, "ready". Arlo looks at his family through the cargo door.

                    ARLO (CONT'D)
        Love you.

Arlo closes the hull door. As the hover-jet accelerates
through the gate, Arlo turns to find Dylan and Tamara
watching, a few yards away. Dylan makes the introductions:

                    DYLAN
        This is the butterfl -- Tamara Gwynn.
        That's Arlo Grainer.

Tamara and Arlo shake.

                    TAMARA
        Honored to meet the legend.

                    ARLO
        Ah, legends get better work hours.

Dylan scowls at the sky-cycle.

                    DYLAN
        Lemme see what I can do here.

Dylan grabs his toolbox and disappears under the sky-cycle.
Tamara turns to Arlo.

                    TAMARA
        I'm sorry about your friend.

Arlo nods and lowers his eyes, in evident anguish.

                    ARLO
        Why would they send bounty hunters?

                    TAMARA
        I want change -the natural enemy of
        The State... The war you fight here,
        I fought inside the system.

                    ARLO
            (shaking his head)
        The war ended fourteen years ago. I
        just fight to feed my family, now.

                    TAMARA
        That's too bad. My father taught me,
        "A war isn't over if one soldier's
        still fighting." I always thought of
        you when he said it.

                    ARLO
YOU can be that soldier.


                    TAMARA
I'm prepared to be...


                    ARLO
What's to fight for, anyway? I'm
free of State control out here.


                    TAMARA
You? What about the world?


                    ARLO
I fought for them for a long time.
They wouldn't fight for themselves.

Arlo moves to a locked cabinet and opens it, revealing that
it's full of guns. He takes a gun and clips it to his
belt.Arlo holds a gun up for Tamara. She shakes her head, to
decline, but seizes the moment to redirect their conversation.

                    TAMARA
Those for religious riots?


                    ARLO
Nah. The religious killed each other
the first couple years the State
dumped 'em here, but stopped when
they got their own sectors. They're
not dangerous if you keep them apart.

                    TAMARA
Progress... So, you're religious?

                    ARLO
Nah. Maybe there's a God, though...
You religious?


                    TAMARA
        (shaking her head)
Faith comes from our unreasonably
hopeful nature. How we survive. I
put unreasonable hopes in my A-Cell.


                    ARLO
A-Cell?


                    TAMARA
Antimatter cell... Traditional fuel
pollution kills 130 million people
                (MORE)

                        TAMARA (CONT'D)
            every year. The State calls that an
            acceptable environmental sacrifice.
            My father believed every problem has
            an absolute solution -without
            sacrifice. After 6 years, via atomic
            polarity reversal, we created our A-
            cells, isolating antimatter H2O in a
            neutral plasmic insulator. A teaspoon
            of water produces enough clean energy
            to power a sky-car for a week. They'll
            save over 100 million lives per year.

                        ARLO
            And you're honored to meet *me*?

Tamara smiles, noticing a digital world map on the wall with
700 yellow lights, representing "zone" cities, connected by
black lines -representing "trade lanes". Most of the world
is in RED territory. But the zones are in GRAY territory.

                        TAMARA
            I hear there are 700 zones now?

Arlo nods.

                        TAMARA (CONT'D)
            So, you transport exiles now?

                        ARLO
            First time. I'm a line rider and an
            M.T.

                        TAMARA
            M.T.?

                        ARLO
            Moving Target. Street slang for us
            volunteer cops. No tax base to pay
            us, so we split time 'line-riding'.

Tamara's scrunched brow confesses her ignorance.

                        ARLO (CONT'D)
            We run supplies between the zones on
            the outland. Ride outside the lanes
            or more than 100 feet from the
            surface, you trip the radar, signal
            the Blue Guard, and get shot down.

> TAMARA
> A lot of slang in the zones... I
> guess you call exiles "butterflies"
> because we're weak, chased by the
> wind from a thousand predators?

> ARLO
> (shrugging)
> Maybe it's cause you represent hope.

Tamara shrugs, satisfied with the alternative. Tamara
flinches, suddenly remembering something. Reaching in her
handbag she pulls out two cases, approximately 12" by 3"
each: one blue, one black. Tamara hands Arlo the BLUE CASE.

> TAMARA
> Mr. Grainer, I need a place for the
> A-cell.

Arlo opens it. The A-cell is a smooth, 9 inch long, phallic-
shaped glass cylinder, with rounded metal caps on the ends.
Inside the glass is liquid and high tech circuitry.

> TAMARA (CONT'D)
> If we don't make it, it can't fall
> into The State's hands. The research
> is micro-chipped inside... But be
> careful. If the shield breaks and
> the antimatter touches regular matter,
> the explosion will level a city block.

> ARLO
> And you want to market this?

> TAMARA
> It's a prototype. The production
> models will use less antimatter.

> ARLO
> What's in the black case?

> TAMARA
> A worthless decoy -just in case.

> ARLO
> It can't go with me either... Dylan!

Dylan looks up from under the sky-cycle. Arlo closes the
case and sets the A-cell on a counter.

                    ARLO (CONT'D)
          Send this to me, care of Tian, at
          the 115 Z.R. Center. Fragile.

                    DYLAN
          First thing in the morning.

Tamara looks shocked at Arlo's casual handling of her A-cell.

                    TAMARA
          Zone 115?

                    ARLO
          I'm going there after we're done.

Rising from under the Sky-cycle, Dylan tosses Arlo the keys.

                    DYLAN
          Better hurry...

Dylan and Arlo exchange a warm handshake.

                    ARLO, DYLAN
                (simultaneously)
          Until then.

Arlo and Tamara hop on their sky-cycle, but before they can
exit, Drake and Gomez glide into the warehouse, using their
sky-cycle side cars to transport the dead bodies of Roddy
and Isaac.

Arlo takes a somber last look at Roddy's body.

The sky-cycle's canopy rises, the wings extend. Arlo tugs
the throttle and races into the outland.


INT/EXT SKY-CYCLE - NIGHT

Racing through the outland "trade lanes" to Los Angeles,
through the sky-cycle window Tamara sees a few small PIRATE
SKY-CYCLES force down a POSTAL HOVER-JET.

                    TAMARA
          Are they robbing that mail truck?

                    ARLO
          Pirates. It happens out here.

Perhaps to ease Tamara's nerves, Arlo offers a bit of
conversation.

                         ARLO (CONT'D)
              So, why did The State chase you out?

                         TAMARA
              They wanted to buy the A-cell rights.
              But planned a slow transition to
              protect the energy industry. Too
              many lives would be lost. When we
              refused, they banned  A-cell
              production. So file suit. Dad was
              killed two days later. I went into
              hiding in the zones. After the trial
              starts, with the media attention,
              I'll be O.K.

Arlo contemplates Tamara's explanation.

                         TAMARA (CONT'D)
              And you never told me where you keep
              your "unreasonable" hope?

Arlo pauses as he drives.

                         ARLO
              My garage...

Tamara's face takes a confused twist.

                         ARLO (CONT'D)
              The kids in my neighborhood had to
              stay inside 'cause it wasn't safe to
              play outside... Same in all the zones.
              But after I turned my garage into a
              rec-center, they had a place to play.

A faint smile manifests on Arlo's face then dissipates,
perhaps at the realization that his garage is gone. Tamara's
expression softens at his explanation.

SUNRISE

The sprawling glow of beautiful city of LOS ANGELES comes
into view. Many large, heavily trafficked "skyways" (flight
paths) lead into the city.  Arlo gets into one of the skyways.

                         ARLO (CONT'D)
              We're about to enter State's airways.
              My sky-cycle's not State legal. Keep
              an eye out for the blue guard.

Arlo and Tamara proceed deeper into the vast, modern city. The buildings grow thicker and taller as they fly. Tamara points to a distant skyscraper with a giant "R" on the top.

> TAMARA
> The court's next to the Riordan News Center.

IN THE REAR-VIEW MIRROR

Arlo sees a police sky-car descend behind them, SIREN on.

BACK TO SCENE

Arlo accelerates to escape.  The police car gives chase. Arlo weaves through the skyscrapers, racing for downtown.

The police pull closer. At street level, Arlo weaves through countless hovering vehicles.

Ahead, Arlo sees another police-jet headed straight for his sky-cycle. With vehicles in all directions but down, Arlo smashes the sky-cycle to the street to avoid the collision.

The sky-cycle scrapes along the street in a wake of sparks and smoke, finally stopping amid a crowded street.


EXT. STREET OF LOS ANGELES - MORNING (CONTINUOUS)

Arlo leaps from the sky-cycle wreckage, forehead bleeding. Tamara hops out. The police sky-car begins a U-turn.

> ARLO
> We're a block away --

> TAMARA
> Split up. I can make it from here.

> ARLO
> I don't think...

> TAMARA
> They're after you. Go! They're coming.

Tamara turns and disappears into the crowd.

A handgun emerges from the police sky-car and fires at Arlo. "BANG!" People on the street duck, and dive for safety. Arlo turns and runs toward the Riordan building, two blocks away.

The police-jet quickly catches Arlo and runs him down. Arlo disappears under the sky-car.

INT/EXT POLICE SKY-CAR - CONTINUOUS

The POLICE DRIVER/PILOT looks in the rear-view mirror, but doesn't see Arlo's body emerge from under his sky-car.

Arlo desperately clings to the bottom of the sky-car, shoe heels dragging on the street.

The police driver looks forward to see he's on a collision course with the Riordan anchor room. He swerves up, narrowly avoiding the newsroom.

The centrifugal force of the sky-car's upward turn throws Arlo, sending him SLAMMING into the newsroom window.

INT/EXT ANCHOR ROOM - DAY (CONTINUOUS)

The set people turn their cameras toward the commotion. Through the window they see Arlo rise to his feet, grab a metal trashcan from the street corner and smash it against the anchor-room window, shattering it.

Arlo charges into the anchor-room, throws his arms behind his head and drops to his knees at the anchor desk.

                    ARLO
          I'm Arlo Grainer! Wanted for
          insurrection. I surrender...

Police officers rush into the room and shove their guns in Arlo's face, but with the cameras "on", they hold their fire.

INT. JERRY'S OFFICE - DAY

On the GLASS OFFICE DOOR reversed lettering reads: "OFFICE OF FEDERAL INQUIRIES, JERRY MATTHIESSEN, ESQ., SAN FRANCISCO".

Jerry sits at his desk, talking on his omni-com, looking out the window at the beautiful modern city of San Francisco.

                    JERRY
          Sure, I can hold...

Jerry taps his fingers impatiently, "on hold", as a news
report of Arlo's arrest plays on his computer monitor.

ON THE MONITOR: film footage of Arlo's apprehension,
surrender, and arrest replays.

> REPORTER (V.O.)
> Moments before Tamara Gwynn's court
> appearance, Arlo Grainer brazenly
> kidnapped the researcher, to access
> her fortune to fund Z.R. terrorists.
> Sadly, Gwynn was killed in a high
> speed crash when The State attempted
> to save her, moments before Grainer's
> surrender...

BACK TO SCENE

Jerry resumes his phone conversation:

> JERRY
> Yes... Yes... You've been very fair...
> Right... But an oxygen chamber isn't
> a luxury... How much time can I
> get?... Three days?... Alright.

Jerry hangs up and drops his head dejectedly.

> REPORTER
> -- 14 years ago after allied sanctions
> forced the U.S. to join The State,
> Grainer declared Stockton, California,
> a 'zone' outside State authority.
> Six hundred cities soon followed. To
> evade arrest Grainer went into hiding --

Howard walks in, holding a coffee cup looking at his wrist-
watch-TV (watching a replay of Arlo's arrest).

> HOWARD
> You see Grainer's arrest?

> JERRY
> Hundred times.

> HOWARD
> Weren't you in the service together?

> JERRY
> Flight school, for a year. He got
> kicked out cause he got "ice-picks".

Howard looks at Jerry, dumbstruck.

> JERRY (CONT'D)
> Opthalmodynia. Short, terrible
> headaches. Like being stabbed in the
> brain with an ice pick... They said
> he was unsafe to fly and made him a
> flatfoot...

> HOWARD
> Hmm. You think he kidnapped Gwynn?

> JERRY
> I dunno. I'm about to fly to L.A. to
> do a DNA check on Arlo's sky-cycle.

> HOWARD
> So, what'd you dig up on the crater?

Jerry pulls a piece of paper from his desk and reads it as
he stands and puts on his jacket.

> JERRY
> DNA. Matched a prisoner named Leonard
> Lespi, arrested six months ago. Prison
> Commissioner Guerrero said Lespi
> lost his hand working on Sky Town
> and it fell to Earth in a heat
> resistant glove.

> HOWARD
> A hand? Whatever made that crater
> weighed at least 150 pounds. And
> what glove?

> JERRY
> You're surprised?... Guerrero granted
> me a call with Lespi -after The State
> response is released, in four months.

Howard rolls his eyes, familiar with State stalling tactics.

> JERRY (CONT'D)
> I better get going... See yuh.

Howard nods. Jerry exits.

INT. L.A. POLICE IMPOUND GARAGE - DAY

In a dark impound garage, Jerry walks with a POLICE ESCORT
to the stowed wreckage of Arlo's sky-cycle. The escort nods
to the wreckage without breaking his determined silence.

Jerry pokes his head in the sky-cycle. Looking around, he
sees no blood evidence. He produces a cotton swab, and swabs
samples from the steering wheel and both seats.

Dropping the swab in a small cup of a hand-held DNA analyzer,
Jerry produces a liquid solution from his pocket and pours a
few drops in the cup, then pushes the "start" button.

RING! Jerry answers his omni-com. State Secretary ANEESH
SHENKAR (50) appears in Jerry's eyepiece attachment, sitting
in his office.

INTERCUT TELEPHONE CONVERSATION - JERRY AND ANEESH:

     JERRY
  Aneesh.

     ANEESH
  Tampering with State evidence?

     JERRY
  Naturally.

DING! The DNA analyzer sounds.

INSERT - DNA ANALYZER SCREEN

The analyzer screen reads: "IDENTITIES CONFIRMED: 1) ARLO
GRAINER, 2) TAMARA GWYNN."

BACK TO SCENE

     ANEESH
  The case is airtight.

     JERRY
  That's a first. How can I help you?

Jerry walks around the sky-cycle, examining it for evidence.

     ANEESH
  We've had some riots in the zones
  since we arrested Grainer. We thought
  having you lead our investigation
  might calm things down.

                    JERRY
          I'm supposed to watch you guys, not
          help you. I'm better suited for the
          defense.

The COP shrugs at Jerry, as if to ask, "Are you finished?"
Jerry nods affirmatively. Jerry and the cop begin walking
toward the exit.

                    ANEESH
          Grainer won't accept a State rep...
          It's just a P.R. position, anyway.

Jerry purses his lips, unimpressed.

                    ANEESH (CONT'D)
          We can always suspend O.F.I. funding.

                    JERRY
          My son's filter room is about to be
          repossessed. I don't have time for
          your threats today.

                    ANEESH
          Jerry, we're trying to avoid a hot
          war here. Get on board and I'll buy
          your kid's filter.

Jerry stops at the exit door, stunned by the offer.


INT. ANEESH'S OFFICE - DAY (CONTINUOUS)

Aneesh hangs up his omni-com and turns to COMMISSIONER
GUERRERO (50) who sits sits opposite to Aneesh's desk.

                    ANEESH
          Matthiessen's on board.

                    COMMISSIONER GUERRERO
          Good. Should I have the warden take
          Grainer out?

                    ANEESH
          Why? Zone felons get 120 days on sky
          town, before trial. We'll handle him
          there, like all the rest.

INT. COURT ROOM -- FRIDAY

Arlo stands before a judge, face shaved, in a prison jumpsuit.

> JUDGE
> The prisoner refuses representation
> and plea. Charged with murder,
> conspiracy, kidnap, and insurrection.
> He's ordered to the Uberopolis work
> program until his trial date.

SMACK! The judge lowers his gavel.


INT/EXT PRISONER SHUTTLE - NIGHT

Arlo boards a shuttle with 50-100 other prisoners. The shuttle
launches, and disappears into the sky, en route to Uberopolis.


EXT. UBEROPOLIS - DAY

Uberopolis bustles with life: three miles in diameter,
enclosed in a transparent, spherical shield, with a flora-
sphere and aqua-sphere beneath the city floor.

The city is divided in half by a giant metal wall.

On one side of the wall is an ultra-modern city, replete
with casinos, golf courses, towering apartments and offices.
On the other side of the wall: a construction zone, where
thousands of prisoners toil to complete the city.

MONTAGE - ARLO ENTERS PRISON AND UBEROPOLIS

-- Arlo's body is scanned by an advanced MRI machine.

-- A doctor inserts a tracking chip behind Arlo's neck.

-- Arlo enters the construction zone, awed by it's enormity.

-- Arlo works hard welding a pipe joint.

-- Arlo, with his beard growing back, wipes his sweaty face.

-- Arlo helps hoist supplies up a building's scaffolding.

BACK TO SCENE

SUPERIMPOSE: "Uberopolis, Four Months Later."

In the construction zone, WEARING A SHORT BEARD, Arlo rivets a vent. A hundred yards away, a shuttle sits atop the dividing wall; another sits halfway up the wall, on a platform. As Arlo works he watches a shuttle land at the foot of the wall.

A green-suited guard hands a neighboring prisoner a red ticket, then calls to Arlo, yelling over Arlo's Rivet gun. The neighboring prisoner listens to the name the guard calls:

>                    GUARD SUPERVISOR
>          Grainer!... Arlo Grainer!...

Arlo turns to the guard. The guard hands Arlo a red ticket.

>                    GUARD SUPERVISOR (CONT'D)
>          You're on the 6 PM Earth-bound
>          shuttle, after work... Lunch break.

>                         ARLO
>          Thanks.

Arlo drops his rivet gun and removes his lunch. The neighboring prisoner (DAVID LEVINE, 35) approaches Arlo.

>                         DAVID
>          You're Arlo Grainer.
>               (extending his hand)
>          David Levine, zone 319 outside of
>          Boston. Honored.
>               (shaking Arlo's hand)

>                         ARLO
>          242, outside of Dallas.

David holds up his red ticket as he shakes Arlo's hand.

>                         DAVID
>          Looks like we're going back together.
>          Your trial start on Monday, too?

Arlo nods.

>                         DAVID (CONT'D)
>          Hey, I gotta friend over here who'd
>          love to meet you.

David gestures to an area 20 yards away. Arlo shrugs and follows David to a machine with a pipe spigot extending from its side, pouring clear water into a large hole in the floor, covered by a metal bar grate.

                    DAVID (CONT'D)
          The dehumidifier recycles condensation
          back into the harbor, on the other
          side of that wall.

                    ARLO
          So, if we take this grate off, we
          can escape into the city?

                    DAVID
          It's capped from the other side.

David removes a sandwich from his lunch pouch and drops the
meat into the hole. A moment later a SCAR-NOSED dolphin
emerges beneath the grate to eat the meat.

                    DAVID (CONT'D)
          This is my friend, Spike.

David reaches through the bars to pet the dolphin's face.
Arlo dumps his sandwich meat to Spike, then bends to pat
Spike's scarred nose. Spike eats then happily swims away.

                    ARLO
          Incredible...

                    DAVID
          One of the last dolphin's left.

Arlo rises and turns his attention back to the shuttles.
David notices and turns toward the shuttles, too.

                    DAVID (CONT'D)
          You dig shuttles, too? I taught myself
          mechanical design by studying 'em. I
          know 'em inside out.

                    ARLO
          Their schedules don't add up...

Arlo points toward a shuttle, half way up the wall, where
brown suited workers load boxes marked 'DREXLERIN 2'.

                    ARLO (CONT'D)
          The medical shuttles load those boxes
          from the medical warehouse --

                    DAVID
          Not just boxes -Drexlerin 2. That
          stuff's gonna be gold on the black
          market. They started pulling it out
                    (MORE)

                        DAVID (CONT'D)
              of the medical warehouse a couple
              weeks back.

Arlo looks at David startled at his awareness.

                        DAVID (CONT'D)
              You won't last in the zones, if you
              don't pay attention.

Arlo nods then continues. He points to a shuttle at the top
of the dividing wall, where  free citizens from the other
side of the wall board, easily.

                        ARLO
              The problem is: the hourly citizen
              commuter shuttle takes five hours -
              to Earth and back; but...

Arlo points to the shuttle on the construction zone floor.
Prisoners exit its hull.

                        ARLO (CONT'D)
              ...the inmate return shuttles only
              take two hours.

                        DAVID
              That doesn't make sense.

As David ponders, the supervisor calls from behind them.

                        GUARD SUPERVISOR
              Time to get back to work!

                        DAVID
              Guess I'll see you at boarding time.

Arlo nods. He and and David return to work.


EXT. PRISONER SHUTTLE PAD (UBEROPOLIS) - EVENING

SUPERIMPOSE: "Uberopolis, Prisoner Boarding Dock, 4 Hours
Later."

Arlo and 50 prisoners gather near a shuttle, surrounded by
guards.  A GUARD yells:

                        GUARD
              Line up!

Arlo and David find each other in the crowd and join the other prisoners forming a line.

                    ARLO
          I got a bad feeling about this.

At the front of the line guards help prisoners into neck collars and handcuffs attached to a cable. Arlo squints at the cockpit -no pilots inside, or pilot loading platform.

                    ARLO (CONT'D)
          There are no pilots. No pilot loading
          platform.

Distracted, Arlo and David fail to notice that they've arrived at the front of the line. A GUARD attempts to place the restraints on Arlo. He reflexively pulls away.

The guard shocks Arlo with a stun gun. As Arlo convulses, the guard slaps the restraints on him. Safe from retaliation, the guard pounds Arlo in the ribs. Intimidated, David doesn't resist the restraints. The cable pulls them away.


INT/EXT SHUTTLE - CARGO BAY - SAME

Arlo, David and the other prisoners are pulled to their seats. The cable restraints pop off as new wrist and waist restraints pop out of the seats. The shuttle doors close.

                    ARLO
          It only takes two hours round trip.
          That's too fast to get back. No pilots -
          no guilty consciences. We're getting
          dumped in space.

                    DAVID
          What? Dumped?... What can we do?

                    ARLO
          Get in the airlock. I flew in the
          Army. If we can get to the cockpit I
          can override the autopilot.

The shuttle autopilots into Uberopolis' outer shield airlock. The rear airlock gate closes. The front gate opens. The shuttle accelerates into space. David yells to the prisoners:

                    DAVID
          We're about to get dumped in space!
          Break free and get into the airlock!

                    PRISONER #1
            You're wanna get us sent back?!

Arlo and David struggle to break the wristbands. Blood
trickles from Arlo's wrist. "SNAP!" His right arm breaks
free. "SNAP!" His left.

Arlo pushes his legs against the front seat until his seat
snaps back, allowing him to scoot out of the chest harness.

Freed, Arlo quickly helps to free David, as he yells to the
other prisoners:

                    ARLO
            Get free or you're gonna die in here!

                    PRISONER #3
            Sit down and shut up!

Arlo and David rush into the airlock and seal the door.

IN THE AIRLOCK

                    ARLO
            There must be a cargo lock to keep
            the hull from opening.

A RED LIGHT FLASHES and an ALARM BLARES, as Arlo and David
frantically search for the switch, to keep the doors closed.

THROUGH THE AIRLOCK WINDOW, David and Arlo look

IN THE CARGO BAY

as the restraints pop off and the prisoners float from their
seats. The overhead cargo doors slowly open. The vacuum of
space sucks the life from the prisoners, in an instant; their
bodies trail behind the shuttle, like so much litter.

IN THE AIRLOCK

                    DAVID
            God. They're all dead!

                    ARLO
            We'll die, too, if this thing
            autopilots back to Sky Town.

Rushing into

THE COCKPIT

David and Arlo hop in the pilots' seats. Arlo pushes a few
buttons then nose-dives the shuttle toward Earth. David jerks
back violently and turns to Arlo, dismayed.

> ARLO
> Taking a direct course to New York,
> before they blow us out of the sky.

ON THE RADAR MONITOR

David notices a missile icon, suddenly gaining from behind.

BACK TO SCENE

> DAVID
> A warhead...

David holds hid breat. Arlo races he engine. The warhead
gains. Their faces shake, straining in the G-forces.

THROUGH THE WINDSHIELD: The State's beautiful New York City
comes into view.

ON THE RADAR MONITOR

An instant from contact the warhead disarms and falls into
the Hudson River.

BACK TO SCENE

Arlo and David exhale in relief.

> ARLO
> It must have been programmed to
> disable over major State centers.

> DAVID
> We could've just ejected in the pod.

Arlo cuts a confused glance at David.

> DAVID (CONT'D)
> This cockpit's an escape pod

Processing the new data, Arlo looks around, then reaches up
and flips a few promising buttons on an overhead panel.

EXT. SHUTTLE - EVENING

The cockpit pod disconnects from the shuttle, leaving the fuselage to crash into the sea.


EXT. TRANSIT MALL PARKING LOT (JERSEY CITY) - EVENING

Arlo lands the small pod in a crowded commuter parking lot near the transit mall. David and Arlo hop out and race through the river of commuters, into the transit mall.


INT. TRANSIT MALL - SAME

Amid the transit mall crowd, Arlo notices some unattended luggage.  He taps David to draw his attention to the bags. Dressed liked baggage handlers in their orange jumpsuits they seize the bags and rush to a restroom.

IN THE RESTROOM

Now wearing oversized white button-up shirts, Arlo and David rifle through the contents of the suitcases.

> DAVID
> Nothing.

Arlo pulls a razor from the luggage.

> ARLO
> Perfect.

David bends over. Arlo cuts a tiny tracking device from the back of his neck. Fingers bloody, Arlo drops the tracker in the toilet, and hands David the razor. David hesitates.

> ARLO (CONT'D)
> Just do it.

David nervously cuts the tracking device from Arlo's neck and drops it in the toilet. Arlo stands upright.

> DAVID
> Till then.

Arlo nods. David and Arlo charge out of the bathroom, into

THE TRANSIT MALL

where David disappears into the commuter crowd. Arlo, timing
his move perfectly, jumps a turnstile and rushes across the

TRAIN PLATFORM

into an AIR TRAIN, just beating the closing doors.


EXT. NEW YORK CITY STREET - NIGHT

Arlo emerges from the subway onto a street of upper Manhattan.
Across the street, Arlo sees a romantic couple about to enter
an apartment building. Glancing both ways, Arlo trots across
the street and slips into the the building behind the couple.


INT. APARTMENT BUILDING - HALLWAY - NIGHT

In the hall outside of Rianna's mother's apartment Arlo knocks
on the door. Rianna opens the door, eyes wet with tears,
shocked to find Arlo.

>                    RIANNA
>           Arlo? You escaped.

>                    ARLO
>           They tried to kill me. I Just want
>           to see the kids then I'll go... Are
>           you crying?...

>                    RIANNA
>           Our repatriation is held because we
>           didn't get Tamara's second payment.
>           So the hospital won't treat Franny.

Arlo rushes into the apartment.


INT. RIANNA'S MOTHER'S APARTMENTS - BEDROOM - NIGHT

Franny lies in bed, unresponsive, breathing through a
respirator. Arlo sits at her bedside with DR. LANEY SHULER
(45, female, WITH A BURN SCAR ON HER FACE). Rianna and her
mother (MRS RAMIREZ, 65) watch near the doorway.  Laney places
a BLOOD ANALYZER to Franny's arm.

>                    ARLO
>           Thanks for coming so quick, Schuler.

                    DR. LANEY SCHULER
          Save me from a burning truck, you
          get a house call.

John Carl enters the room and hands a small LOAF OF BREAD to
Arlo.  Arlo shoves it in hs pocket.  Mrs. Ramirez turns to
Rianna.

                    MRS. RAMIREZ
          He shouldn't have come here.  They're
          going to arrest us any minute.

Rianna glares at her mother.  DING! The analyzer's bell
sounds. Laney reads the LED.

                    DR. LANEY SCHULER
          Respiratory Distress Syndrome.
          Prolonged exposure to carbon dioxide
          inflames the alveoli, restricts
          oxygen, causing system failures. The
          only treatment is extremely expensive:
          Drexlerin.  An inverse agonist
          polypeptide.  I'd give her a 50
          percent survival chance with it -
          less than a week without it.

                    ARLO
          How soon can you get some for her?

                    DR. LANEY SCHULER
          Drexlerin was discontinued. Drexlerin
          2 will be released in a week or two.
          There's none left in The State.

                    ARLO
          Yes there is...


EXT. REMOTE FIELD - NIGHT

A sky-car lands on a dark field. A dimly lit town is visible
in the distance. Arlo steps from the sky-car into darkness.

                    DR. LANEY SCHULER
          115 is just ahead.

                    ARLO
          Thanks, Laney.

Closing the door, Arlo jogs toward the city, as the Laney
slowly turns the sky-car toward the cloudy night sky.

INT. JERRY'S OFFICE - DAY

Jerry sits impatiently at his own desk, with the TV on,
glancing at his watch, fidgeting.

ON THE TV

Drexler exits a private shuttle with a BEAUTIFUL WOMAN, waving
to their admirers, as a TV reporter narrates the story.

> TV REPORTER (V.O.)
> Today, Mr and Mrs. Drexler arrived
> on Uberopolis for a week long
> government summit. He announced
> Drexler Labs would soon make genetic
> reprogramming available to the public.
> Ten years ago, then 40 years old,
> Drexler, had his DNA reprogrammed to
> a permanent age of 25, and his DNA
> altered to produce no myostatin; so
> his bulging biceps are three times
> normal strength -without exercise.

BACK TO SCENE

Howard walks in the office holding a YELLOW HAMSTER WHEEL.

> HOWARD
> Morning.

Jerry nods, preoccupied.

> JERRY
> Morn. Guerrero's supposed to call
> with Lespi, about the crater. He's
> late.

Howard hands Jerry the yellow hamster wheel.

> HOWARD
> That's for Jacob... How's he doing?

> JERRY
> Thanks... Sick again.

> HOWARD
> Maybe he needs a cloned lung?

> JERRY
> We're saving for one; my insurance
> won't cover it -pre-existing.

                    HOWARD
          Maybe that Drexlerin stuff?

                    JERRY
          Out of supply. 'Sides, the doctor
          says Jacob's allergen impacted; so,
          it won't help him --

RING! Jerry's phone rings. He taps his computer monitor to
receive the call. COMMISSIONER GUERRERO appears on the screen.

INTERCUT TELEPHONE CONVERSATION - JERRY, GUERRERO AND LESPI

                    JERRY (CONT'D)
          Commissioner...

                    COMMISSIONER GUERRERO
          Matthiessen, I've got Lespi. You got
          one minute. Ready?

                    JERRY
          A minute?

                    COMMISSIONER GUERRERO
          Maximum security limits. Here he is.

                    JERRY
          Wait...

Commissioner Guerrero's image disappears. LESPI (40) appears,
sitting in a cell.

                    LESPI
          I know you?

                    JERRY
          Jerry Matthiessen... Seems we found
          your hand in a crater.

                    LESPI
          Gonna arrest me?

                    JERRY
          Just wondering how it got there?

                    LESPI
          I was riding cargo on a supply
          shuttle, when a battery started a
          box fire. I tried to jump in the
          airlock, but the alarm triggered and
          slammed the airlock door on my wrist.

                         JERRY
              Mind showing me your hands?

Lespi raises both hands. Two arms, two hands.

                         JERRY (CONT'D)
              How'd you get a new one?

                         LESPI
              State bought me a bionic... Hey,
              tell my goddamn lawyer I need to...

A smooth automated female voice interrupts:

                         FEMALE AUTOMATED VOICE
              You have exceeded your time limit.

The monitor screen goes black.

Jerry hangs up and turns to Howard with a confused look.

                         JERRY
              I thought prisoners can't get
              electives or bionics?

                         HOWARD
              They can't.

Howard stands and grabs his jacket.

                         HOWARD (CONT'D)
              Ready for lunch?

Standing, confused expression intact, Jerry grabs his jacket.

                         JERRY
              I gotta press conference for the
              Grainer trial downstairs in 45
              minutes. P.R.

                         HOWARD
              Busy day.

The men exit.


INT. RESTAURANT - DAY

Jerry and Howard sit at a small table in a swanky crowded
restaurant-bar. Howard watches one of the many TV monitors.

TV MONITOR

A news report plays video footage of a few boats pulling the wreckage of the shuttle from the Atlantic ocean.

SUPERIMPOSE: "Unmanned Shuttle Crashes Near New York."

BACK TO SCENE

              HOWARD
      An unmanned shuttle crashed.

              JERRY
      Crazy world.

Jerry chews down the last of his hot-dog and wipes his mouth.

              JERRY (CONT'D)
      Mmm... 'Member when they served the
      real meat kind at the company party?

              HOWARD
      Yeah. Those were incredible.

Jerry glances at his watch.

              JERRY
      I gotta get back for that press
      statement.

Jerry tidies his hair then throws a tip on the table.

              JERRY (CONT'D)
      See yuh.

Howard nods and sips a beverage. Jerry races out of the restaurant.


INT. PRESS ROOM - DAY

Jerry jogs into the pressroom. To his surprise he sees no reporters; just a CAMERAMAN, a MAKE-UP ARTIST, a bleach blonde LIGHTING-WOMAN (30) and producer, VAN AUCKLAND (35). Van Auck recognizes Jerry and approaches, hand extended.

              VAN
      Van Auck, Public Imaging.

Jerry and Van shake.

                    JERRY
          Jerry Matthiessen... Public imaging?

Van gestures to a podium. Jerry walks to the podium as Van
explains.

                    VAN
          We make sure the administration is
          seen in the right light. The questions
          will come through the earpiece.

Van turns to the Make Up Artist.

                    VAN (CONT'D)
          Make up! He's kind of pasty.

Jerry walks behind the podium and puts on his earpiece, where
the Make Up Artist begins touching up his face.

                    JERRY
          Where are the reporters?

                    VAN
          We superimpose them. Look at your
          monitor.

Jerry looks.

ON THE MONITOR

With the click of a button, Van Auck fills the room on the
monitor with a dozen computer-generated reporters.

BACK TO SCENE

Jerry's jaw drops, astounded.

                    VAN (CONT'D)
          Gens. Computer generated models.
          I've preprogrammed the questions.

Van turns to the Make Up Artist.

                    VAN (CONT'D)
          Can you bring out his lips?

The Make-up Man applies a bit of lipstick to Jerry's lips.

The Lighting Woman quickly adjusts a light and scrambles to
set up a few microphones at the podium. Van and Jerry watch
her move, impressed by her work ethic. Van comments to Jerry:

                        VAN (CONT'D)
              She just repatriated. People from
              The State can't work like that.

Jerry remains still as the Make Up Artist colors his lips.
Finished, The Make-up Man nods to Van. Van turns to Jerry.

                        VAN (CONT'D)
              You ready?

Jerry combs his hair with his hand and clears his throat.


INT. JERRY'S OFFICE - DAY

Jerry rushes into the office, breathing hard from jogging.
He finds Howard watching a video on his computer.

                        HOWARD
              Why you running?

                        JERRY
                    (checking his watch)
              My press conference comes on in three
              minutes. What are you watching?

                        HOWARD
              Old war footage of Arlo's platoon
              debriefing; after they were almost
              wiped out.

                        JERRY
              Why you watching that?

                        HOWARD
              Case background. The States's kinda
              obsessed with the guy. Doesn't seem
              like a killer. Saved his troops --

                        JERRY
              Tamara's DNA was in his sky-cycle.

                        HOWARD
              Circumstantial. Just look at this.

Howard clicks the remote control. Jerry rolls his eyes and
looks at his watch.

                        JERRY
              Two minutes.

ON THE MONITOR

IN A CONFERENCE ROOM

four soldiers (Arlo, 30; ERIC SANCHEZ, 25; TIAN SHEN WU, 25;
LU WON PHAM, 25) sit across a conference table from two U.S.
Army officials; GENERAL 1, and GENERAL 2 (50's).

        GENERAL 1
    ...Lieutenant Midland stayed at base
    with the prisoner and sent the rest
    of the platoon into San Gabriel?

        ERIC
    Just the four of us made it back to
    base. Midland and the prisoner were
    gone. We headed south along the river -
    before the Allies finished us.

        ARLO (younger)
    About five minutes outta camp we
    found Midland's hover truck smoldering
    about 100 feet from the riverbank.
    We stopped to help, but he was gone.
    We found the prisoner dying half way
    to the river, face burned, holding
    an American field pistol -he must
    have wrestled it away from Midland.

        GENERAL 2
    No sign of Lieutenant Midland?

        TIAN
    Just his uniform by the river near
    some British sand-boots and a pool
    of blood.

        LU WON PHAM
    Probably jumped in the river to get
    past the heat seekers to defect to
    the Allies -and didn't want his
    uniform getting in the way.

        TIAN
    We heard Allied rovers, so we left
    the prisoner for the Allies to save.

VIDEO ENDS.

BACK TO SCENE

> JERRY
> If he's innocent, he'll have his day
> in court.

Jerry hastily switches the channel to his press conference.
Seeing himself on TV, Jerry studies his image.

ON THE MONITOR

Jerry stands at the podium speaking.

SUPERIMPOSE: "LIVE"

> JERRY / ON TV
> My involvement in the Grainer case
> has met with favor and skepticism...

BACK TO SCENE

Jerry and Howard watch curiously.

> JERRY
> Am I that fat?

> HOWARD
> Even fatter. How come it says "Live"?

> JERRY
> Good question. Those reporters weren't
> even there. They're all gens. Computer
> generated.

> JERRY / ON TV
> Mr. Grainer refuses State
> representation. So the best way I
> can assure a fair trial is to
> cooperate with the prosecution...

> HOWARD
> All gens?

Jerry nods.

Howard's notices something about Jerry's face and stares at
him, transfixed. Jerry pauses, disarmed by Howard's stare.

> HOWARD (CONT'D)
> You wearing lipstick?

                                                    CUT TO:

44

INT. JERRY'S APARTMENT (JACOB'S BEDROOM) - NIGHT

Jerry sits by his son, MATTY (9) reading reading from the
book 'The Little Prince'. Matty lies on a bed inside a large
clear, plastic tent, which filters out air impurities, next
to a window overlooking the city.

>                    JERRY
>           " 'You become responsible forever
>           for what you have tamed. You are
>           responsible for your rose...' 'I am
>           responsible for my rose,' the little
>           prince repeated so that he would be
>           sure to remember.' "

Jerry closes the book.

>                    JERRY (CONT'D)
>           That's it for tonight, big guy.

>                    MATTY
>           Aah...

>                    JERRY
>           Sorry.

A hamster runs exuberantly on the yellow hamster wheel Howard
bought Matty.

>                    MATTY
>           Dad, how long do I have to stay in
>           here this time?

>                    JERRY
>           Probably only three days.

>                    MATTY
>           That's so long...

Matty leans his head against the plastic glass.

>                    JERRY
>           I know it's hard, Matty. But the
>           air's dirty this time of year. But
>           you'll get better soon and we'll
>           finally get to go fishing.

>                    MATTY
>           Really?

>                    JERRY
>           I know it.

45

Jerry kisses his son's head -through the plastic glass.

      JERRY (CONT'D)
   G'night, big man.

Jerry stands and turns out the light.

      MATTY
   Night, Dad.

Jerry exits.

IN THE LIVINGROOM

Jerry wife, LAURA (35) lies on the couch reading a digital
book when Jerry enters the room.

      LAURA
   You ready for Arlo's case, Monday?

Jerry walks to Laura on the couch.

      JERRY
   I'm not even gonna be there. They
   just need me for P.R. spots.

Jerry lies beside Laura on the couch.

      LAURA
   I don't know why they'd ask you to
   help their prosecution? What if he's
   innocent...?

      JERRY
   He'll have his day in court. I give
   'em one favor, to keep my kid's
   filter, and I never hear the end.

      LAURA
   I understand what you did... I was
   just thinking out loud.

Jerry purses his lips rigidly, perhaps struggling with his
own guilt.

           CUT TO:

EXT. ZONE 115 - DAWN

Sunlight barely penetrates the drizzling sky as Arlo walks a
desolate street of zone 115.

Thunder claps in the distance as he steps off the main road and stumbles over the ruins of an old multi-storied building.

Arlo proceeds over the rubble, to a surviving portion of the ruined building. He suddenly falls to one knee and grabs his head, stricken by an "ice-pick" headache. He GROWLS.

Eyes rolled back, Arlo rises to his feet, holding his temple, as if defying the pain to stop him. The pain quickly subsides. Arlo staggers forward.


INT. RUINED BUILDING - DAWN

Arlo enters the gutted building, confused, as if trying to make sense of the ruins.

Deeper in the building he finds a ragged teenager (LOUIS, 17) in tattered shoes and a GRAY SWEATER, sleeping with a rifle on his chest and a radio headset in one ear.

Arlo notices a small BLACK HANDGUN sticking out of the teen's belt. Arlo approaches the teenager and cautiously places one hand on the kid's rifle and swiftly pulls the handgun out of the kid's belt with the other.

The teenager awakens, startled and unable to move under the force of Arlo's arm on the rifle. Arlo touches the handgun to the teen's mouth, as if asking him to hush. Panic fills the teen's eyes.

                    ARLO
          I'm not going to hurt you. I'm Z.R.,
          too.

Arlo tucks the black gun in his belt to demonstrate his good intentions.

                    LOUIS
          What do you want?

Arlo releases control of the rifle, but remains within striking range of the kid.

                    ARLO
          The Z.R. center used to be here.

                    LOUIS
          A long time ago. They bombed it.

                    ARLO
          Then why are you here?

                    LOUIS
          Watching the sweatshop.

The teen points out the window to a large warehouse with
lots of downtrodden employees arriving.

                    ARLO
          For what?

                    LOUIS
          A State company makes fancy clothes
          in there. They brought a lot of jobs
          to this zone. We protect the workers
          from the thugs, and the workers
          sometimes buy us food.

                    ARLO
          Us?

                    LOUIS
          My back-up's behind you.

Arlo looks over his shoulder to discover an attractive woman,
BENNI (25) standing only a few feet behind him, in a tattered
jacket with a gun trained on Arlo's head. The woman moves
slightly forward to address Arlo.

                    BENNI
          You ask a lot of questions.
              (turning to Louis)
          And you talk too much, Louis.

                    LOUIS
          I didn't say nothin'.

Benni pulls the radio headset out of Louis's ear.

                    BENNI
          Maybe if you weren't listening to
          that crap all the time.

Benni turns to Arlo.

                    BENNI (CONT'D)
          You with the blue guard?

                    ARLO
          Arlo Grainer. Zone 242.

48

                    BENNI
                 (excited)
            Arlo Grainer? Oh my god. You're
            supposed to be in prison?

                    ARLO
            I didn't like it. And you are...?

                    BENNI
            Benni...
                 (shaking Arlo's hand)
            ...and that's my little brother Louis.

Louis waves. Arlo remains distracted by Benni's gun.

                    BENNI (CONT'D)
            Sorry.

Benni lowers her gun from Arlo's face and unconsciously primps
her hair, confessing some subtle interest in Arlo. Louis
turns to Benni.

                    LOUIS
            You know him?

                    BENNI
            Arlo Grainer is like a myth. Don't
            you remember in school...

                    LOUIS
                 (to Benni)
            On TV... didn't Arlo Grainer kill
            that lady scientist?

                    ARLO
            I didn't kill anyone.

                    BENNI
            The State frames people, Louis, then
            takes them to jail, forever.

Louis's nervously scrutinizes Arlo. Benni turns to Arlo.

                    BENNI (CONT'D)
            Why would you come here?

                    ARLO
            Looking for the Z.R. Center and Tian
            Shen Wu.

                BENNI
Bounty hunters killed Tian about two
years ago. The new center's not too
far. Why are you going there?

                ARLO
I need to get to Sky Town.

                BENNI
Really?

Benni considers Arlo's shabby outfit.

                BENNI (CONT'D)
Looking like that?

                ARLO
Got something better?

                BENNI
We collect the sweatshop's irregular
clothes for Faith House... Come
upstairs and see what we can find...
        (turning to Louis)
Stay awake, Louis.

Benni turns and begins toward an old staircase. Arlo follows.

                BENNI (CONT'D)
Why are you going to Sky Town?

                ARLO
To get some medicine.

Arlo and Benni continue upstairs to the ruins of an old
abandoned apartment.


INT. UPSTAIRS APARTMENT

The Spartan decor of Benni and Louis's apartment is lighted
only by candle fire. Arlo follows Benni into her bedroom.

IN BENNI'S BEDROOM

Arlo notices several garbage bags (full of clothes) on the
bed, and more clothes stacked around the room. He struggles
to ignore Benni's athletic shape as she picks out a couple
shirts, pants and a belt.

Benni approaches Arlo with the clothes.

                         BENNI
              Put out your arms.

Arlo complies. Benni sizes the clothes against his frame,
then hands him the best suited pants, shirt and belt. Benni
points at an adjacent bathroom door.

                         BENNI (CONT'D)
              You can change in there. I'll get
              you a towel and bucket to clean up.

Benni turns to get Arlo's supplies. Arlo sniffs his armpits.


INT. JERRY'S APARTMENT (BEDROOM) - NIGHT

Sleeping IN THE DARK, next to Laura, Jerry's omni-com RINGS.
He TURNS ON THE LIGHT and answers his omni-com.

INTERCUT TELEPHONE CONVERSATION - JERRY AND ANEESH.

                         JERRY
              Hello.

                         ANEESH
              Jerry, I've reserved a ticket for
              you to New York. Grab your hat.

                         JERRY
              What?

                         ANEESH
              Arlo escaped on the crashed shuttle --

                         JERRY
              What?

                         ANEESH
              If we don't find him before his trial,
              Monday morning, we're gonna have a
              mess on our hands. You're our
              investigator. You have all your
              weapons and travel clearances.

                         JERRY
              I don't investigate for The State.
              You must have some regulars, 'Neesh.

                    ANEESH
          Evidence planters, not investigators.
          Imagine how emboldened the zones
          will be if he's not in that court
          room Monday. You could save a lot of
          lives.

Jerry pauses to consider the request.

                    JERRY
          With one condition -I don't work for
          the prosecution anymore.

Aneeshes pauses to consider the terms.

                    ANEESH
          Fine. Just find him.

                    JERRY
          On my way.

Jerry hangs up, stands and steps to a SAFE sitting on the
dresser. Laura slowly rouses, awake.

                    LAURA
          What's going on?

                    JERRY
          I gotta go to New York.

Jerry spins the combination lock, opens the door and removes
a hand gun and a pre-packed travel bag. Laura watches as
Jerry pack his gun into his bag.

                    LAURA
          Weapons clearance?... You're
          investigating for them... It's Arlo.

Jerry throws on his pants.

                    JERRY
          Can't say... Love you.

Jerry bends over and kisses Laura goodbye.

                    LAURA
          Love you, too.

Jerry turns, grabs a shirt off a coat-rack, and exits.

INT. BENNI'S BEDROOM - MORNING

SPORTING A GOATEE on his chin, and looking great in his new
clothes, Arlo exits the bathroom to find Benni bending over
a bucket of water, in a tank top, finishing her hair wash.

                    BENNI
          Wow, You look great.

                    ARLO
          You too... I mean --

                    BENNI
          Don't. That's the nicest thing I've
          heard in a month.

                    ARLO
          You don't have a boyfriend?

                    BENNI
          Only thugs and paint blowers around
          here.

Arlo notices military dog tags on Benni's wrist.

                    ARLO
          U.S. Army issue.

Benni reaches for the dog-tags protectively.

                    BENNI
          My dad's. He was arrested in a police
          sweep. I'm sure they killed him. Mom
          was killed when they bombed this
          building.

Benni throws on a jacket, then picks up a plastic bowl and a
spoon from the floor.

                    BENNI (CONT'D)
          The Z.R. Center can probably arrange
          tickets for you to Uberopolis, but
          we're gonna need to stop at Faith
          House for a fake I.D. and passport.

                    ARLO
          What's the bowl for?

                    BENNI
          You'll see.

                                                  CUT TO:

EXT. ZONE 115 - MORNING

A light rain falls. Benni and Arlo hasten down the dreary streets of Zone 115 as a few down-trodden people emerge from the doorways of the endless rundown buildings.

A large, heavily armed, State Army hover-truck suddenly descends to the street ahead of them.  A gate opens, releasing dozens of weak and gaunt women and children.  Arlo and Benni watch unflinchingly, familiar with the State's practice of dumping religious prisoners in the zones.

                    BENNI
          When the State started dumping the
          religious in our zone, it wasn't
          long before they started killing
          each other.

Cargo emptied, the army hover-truck quickly flies away.

                    BENNI (CONT'D)
          Tian got their leaders to meet and
          work things out... They opened Faith
          House; run by leaders of all faiths.

The religious refugees disperse, slowly, disoriented.

                    BENNI (CONT'D)
          The killing stopped. They even have
          a school there for gifted children...

A young girl and a young boy, just dumped from the truck walk weakly toward Arlo and Benni.  The young girl looks into Arlo's eyes imploringly.

                    YOUNG GIRL
          Please, sir.  We haven't eaten for
          two days.

                    YOUNG BOY
          We lost our mother at the camp.

                    YOUNG GIRL
          They took our father away.

Arlo reaches into his coat pocket, removes the bread John Carl gave him and hands it to the kids.

                    ARLO
          That's all I have.

                        YOUNG GIRL, YOUNG BOY
          Thanks you.   Thank you.

They two children collapse on the steps of a building and
devour the bread, ravenously.

Arlo and Benni continue on their path.   As they pass a tiny
neglected park Benni's voice perks up.

                        BENNI
          I found something amazing here
          yesterday...

SMALL ABANDONED PARK

Benni walks Arlo to the back gate of the small park. Near a
rusting fence she picks up an upside-down paper cup. Under
the cup, poking through a dirt patch, is a VIOLET flower.

                        ARLO
          Incredible.

                        BENNI
          I think it's a violet. We never get
          flowers here... It's even prettier
          in the rain...

Arlo admires how Benni's beauty also holds up in the rain.
Benni quickly digs the flower out of the ground with her
spoon, careful to protect the roots.

                        ARLO
          You're gonna keep it?

                        BENNI
          I'm taking it to Faith House. Maybe
          they can save it and make more.
          Imagine, a few of these in every
          neighborhood around here...

As Benni stands up she wipes her wet hair out of her face,
accidentally tangling her necklace pendant in her her hair.

                        BENNI (CONT'D)
          Ouch.

Arlo steps behind her and pulls the pendant out of her hair.
He examines the pendant. A large handmade woven-yarn pendant
of a YELLOW BUTTERFLY on a simple string.

                        ARLO
          That a dream catcher?

Benni nods.

>                    BENNI
>           I made it... Dreams are like my
>           religion.

>                    ARLO
>           You believe in 'em?

>                    BENNI
>           When that's all you got...

Arlo considers the butterfly dream-catcher.

>                    ARLO
>           Butterfly... Represent hope, right?

Benni grabs the pendant string with her dirty hand. Their hands touch along the necklace string.

>                    BENNI
>           Change, to me... I'm not afraid of
>           change.

Benni looks up at Arlo's face.

>                    BENNI (CONT'D)
>           Some people are.

Arlo pauses, suddenly aware how close they are. Benni seems comfortable at this range; Arlo, apprehensive.

"BROOM!" Thunder claps in the distance.

Arlo looks at his watch.

Benni bends and picks up the potted violet, and walks toward the park exit. Arlo follows. As they return to

THE STREETS OF ZONE 115

their conversation resumes:

>                    BENNI (CONT'D)
>           You must be happily married?

>                    ARLO
>           Separated.

>                    BENNI
>           You think she's your soul mate?

                    ARLO
                 (shrugging)
          I'm not sure what a soul-mate is...?

                    BENNI
          Someone you're deeply connected to.

                    ARLO
          Maybe. But she says I don't talk
          enough.

                    BENNI
          I think guys avoid talking to avoid
          their feelings.

                    ARLO
                 (shaking his head)
          I just have a way saying the wrong
          thing... You sound like a therapist.

Benni smiles.

                    BENNI
          I'd love to be a children's therapist.
          If we ever get a college here.

Benni turns off the sidewalk toward an old but well maintained
house.

                    BENNI (CONT'D)
          Here we are.

Arlo follows Benni up the stairs, bags of clothes in hand.


INT. FAITH HOUSE – DAY

Arlo and Benni stand

IN THE LARGE LOBBY

of the Faith House, with a RABBI (60), an Islamic CLERIC
(60), a GURU (60) and a PASTOR (60). Arlo shakes their hands.

THREE SECURITY GUARDS, on the periphery of the room, watch
Arlo as carefully as he watches them. Arlo addresses the
holy men, cautiously, as he watches the security guards.

                    ARLO
          Thank you for your help.

                    BENNI
          He's doesn't have much time.


                    GURU
          It will only be a few moments.

                    PASTOR
                (turning to Arlo)
          Stand against the wall.

Arlo moves against the white wall, watching the religious
men and their guards uneasily.

The cleric steps behind a mounted digital camera and snaps a
picture of Arlo.

The rabbi types a few words into a computer.

                    RABBI
          I found a corpse, killed in a skyway
          accident yesterday. His Uberopolis
          permits haven't been vacated yet.
          Avery Hibbard.

Arlo eyes dart, suspiciously. Benni turns to Arlo, concerned.

                    BENNI
          You look nervous.

                    ARLO
          Different religions in the same
          room...

                    BENNI
          Happens here everyday.

                    RABBI
          We fought for centuries...

                    PASTOR
          Now we're all looking for a homeland.

Arlo notices an opened door on the periphery of the main
room, with school-aged children inside. A classroom. Arlo
meanders closer to observe through the door.

INSIDE THE CLASSROOM

A small group of children study together. One of the students
reads to the class as the teacher and other students listen.

                         STUDENT
              ...internationally scorned for its
              belligerent history, but its trade
              imbalance and social and corporate
              welfare destroyed its economy, and
              eventually the world's. No longer
              beholden, the allies attacked...

Arlo turns his away from the classroom. Back

IN THE CENTRAL BUSINESS OFFICE

the rabbi types a few more words in his computer.

Arlo and the security guards exchange suspicious glares.

An identification card comes out of a small advanced printer.
The cleric pulls the I.D. off the printer and quickly turns
to hand it to Arlo.

The cleric's sudden motion startles Arlo. In a reflexive
motion Arlo pulls out the black handgun (stolen from Louis)
and shoves it an inch from the cleric's face.

The cleric doesn't flinch, no stranger to danger. The security
guards draw their guns on Arlo.

                         BENNI
              What are you doing?!

                         ARLO
                    (breathing heavily)
              I thought it was a gun...

The cleric reveals Arlo's identification card in his hand.

                         CLERIC
              Your I.D.

                         ARLO
              Tell them to drop the guns.

The pastor gestures for the security guards to lower their
weapons. The guards lower their guns, cautiously.

                         GURU
              Surviving the war and fourteen years
              underground requires some healthy
              paranoia. But you're safe here.

The Guru places his hand on Arlo's shoulder, comfortingly.
Benni's face softens from anger to understanding.

Benni touches Arlo hand and steps in front of his gun barrel.
Arlo lowers the gun and wipes the sweat from his brow.

                    ARLO
          I thought...

The cleric nods, understanding.

                    BENNI
               (nervously embarrassed)
          We should hurry to the Z.R. Center.

The holy men and Arlo all nod in eager agreement.

                    GURU
          Blessings.

                    PASTOR
          Godspeed.

Arlo and Benni exit.


EXT. STREETS OF ZONE 115 - DAY

Confused by Arlo's behavior, Benni hurries ahead of Arlo,
through the impoverished local pedestrians, predators and
their quarry.

                    ARLO
          I'm sorry.

Arlo catches up to Benni.

                    ARLO (CONT'D)
          I got nervous.

                    BENNI
          You put a gun in the cleric's face.

                    ARLO
          The religious can't mix in my zone.
               (overlapping)

                    BENNI
               (overlapping)
          If you can do that --

Benni stops walking and turns to face Arlo, breathing deeply
to gather her strength.

                    BENNI (CONT'D)
          Did you kidnap Tamara Gwynn?... They
          found her DNA in your sky-cycle.

Arlo's face flattens, stunned.

                    ARLO
          Tamara came to 242 trying to get
          back to L.A. for her trial before
          the State killed her -to stop her
          from producing her A-cells.

Benni resumes walking. Wounded, Arlo follows, as he explains.

                    ARLO (CONT'D)
          When the bounty hunters who followed
          Tamara learned I was in 242 they
          came after me and my family, instead.
          I agreed to drive her to the L.A.
          for money to get my family to safety.
          I almost got her there... She was
          like you... Strong, full of hope.
          She was gonna save the world...

Benni's face softens as Arlo explains.

                    ARLO (CONT'D)
          I'm afraid you don't believe me, but
          I didn't hurt Tamara.

Benni stops to face Arlo.

                    BENNI
          I believe you...

Benni turns away and resumes walking. Arlo follows.

                    BENNI (CONT'D)
          Weird to hear the fearless Arlo
          Grainer say he's afraid.

                    ARLO
          Fearless? I got fears. They keep me
          smart... on my toes.

                    BENNI
          What fears could you have?

                    ARLO
          Fear I won't live to see my kids
          grow up... Fear I'll outlive 'em...
                    (MORE)

                    ARLO (CONT'D)
          Or I'll fail 'em...  Like I failed
          Tamara.

                    BENNI
          You did all you could.

                    ARLO
          Fear of my own mistakes.

                    BENNI
          What? You inspired millions of us --

                    ARLO
          It was a mistake.

Benni's jaw drops with shock and disillusionment.

                    ARLO (CONT'D)
          I wouldn't have declared Stockton a
          free zone if I knew how many zone
          fighters would die... for a mistake.

Benni's eyes grow wet with tears.

                    BENNI
          It's not mistake. My parents died
          for this.

Arlo's face goes flaccid, horrified that he's hurt Benni.

                    ARLO
          You're right... It's not a mistake...

Benni pulls away and quickly crosses the street.

                    ARLO (CONT'D)
          I didn't mean to say that...

Arlo lowers his head and follows her across the street, to
the basement door of an old building.


EXT. Z.R. BASEMENT - DAY

Wet from the rain, Arlo stands in silence with Benni as she
knocks on the basement door.

Benni dries her eyes before the door opens.

Two young Chinese men: a tall man, RICK (25), and a short man, BRUCE (25) open the door suspiciously.

> BRUCE
> Benni.

> BENNI
> Rick, Bruce. This is Arlo Grainer -a
> friend of your father's...

INT. RIANNA'S MOTHER'S APARTMENT (LIVINGROOM) - DAY

Jerry stands, speaking with Rianna and her mother. John Carl watches the proceedings carefully from the door of Franny's bedroom, behind him Franny is visible, unconscious, in bed.

> RIANNA
> ...he came alone. Only long enough
> to see Franny. Then he left.
> (turning to her mother)
> I can't believe you called these
> people.

> MRS. RAMIREZ
> If I didn't, we would have been
> arrested.

> RIANNA
> You're a crazy lady!

Jerry steps back at Rianna's yells, stepping off the plastic carpet cover and onto the carpet. Rianna's mother reacts.

> MRS. RAMIREZ
> Please, don't step on the carpet.

> JERRY
> Sorry.

Jerry steps forward and returns to Rianna.

> JERRY (CONT'D)
> Where's he going?

Rianna hesitates.

> JERRY (CONT'D)
> He's better off if I find him before
> the Blue Guard.

                         RIANNA
               Zone 115. He has a friend there...
               Tian Shen Wu.


INT. Z.R. CENTER - DAY

The Z.R. Center is little more than a basement apartment
full of recycled hi-tech equipment.

An AFRICAN AMERICAN MAN works at a computer desk. A WHITE
WOMAN (wearing an air filter) works on another computer in
the background.

Rick drinks tea with Arlo, on the couch. Benni listens
curiously.

                         ARLO
               ... He introduced me to Sun Tzu.

                         RICK
               My father told us many stories about
               you and how --

Bruce enters the room extending a BLUE box toward Arlo.

                         BRUCE
               A few months ago, this came for you,
               in care of my father.

Arlo stares at the the box astonished. Benni moves closer.

                         BRUCE (CONT'D)
               I've never seen anything like it.

Bruce hands the box to Arlo.

                         ARLO
               Thank you. Thank you.

Arlo opens the box, quickly, to find...

                         ARLO (CONT'D)
               The A-Cell.

Benni moves closer to see the A-cell -in perfect condition.

                         BENNI
               How can it be here?

                    ARLO
          Dylan sent it... I forgot.

                    BENNI
          This means --

                    ARLO
                (whispering)
          Hope is unreasonable.

                    BENNI
          It means you can still help Tamara
          change the world.

Benni's phone rings. She answers.

                    BENNI (CONT'D)
          Louis...

Benni listens to her phone. The African American Man pulls a
document from a printer and hands it to Arlo.

                    AFRICAN AMERICAN MAN
          You're booked on the 3 PM shuttle to
          Uberopolis, gate five.

Arlo nods appreciatively.

                    ARLO
          Thanks. That only gives me three
          hours.

Arlo and Bruce consider the A-cell.

                    RICK
          Maybe we can help get that into the
          right hands.

                    BENNI
                (on the phone)
          ... Thanks.

Benni hangs up, and turns to Arlo.

                    BENNI (CONT'D)
          Louis says a State investigator just
          came by. He's on his way here.

Arlo quickly tucks the A-cell into his jacket. Benni looks
at Arlo uncertainly.

                    ARLO
          I can't leave it here with The State
          coming...

Arlo moves closer to address Benni more personally.

                    ARLO (CONT'D)
          Thanks for everything... I'm sorry
          about what I said. It's not a mistake.

                    BENNI
          It's OK.

                    ARLO
          I mean it.

Benni removes her yellow dream-catcher necklace and puts it
around Arlo's neck.

                    BENNI
          For luck.

                    ARLO
          Thanks.

                    BENNI
          If you're ever back in 115...

Benni looks down self-consciously.

                    ARLO
          Of course.

Arlo turns for the door.

                    BENNI
          How can you get back into The State
          without a State car?

                    ARLO
          I'll work on that. I gotta go before
          they get here.

Arlo pulls the basement door open to leave.

                    RICK
          I know how you can get back in The
          State.

Arlo stops to listen.

60

EXT. Z.R. CENTER - DAY

Jerry parks his sky-car on the street outside of the Z.R.
center. Stepping out into the rain, Jerry raises his hands
over his head, to show he's unarmed as he approaches the
Z.R. basement headquarters.


INT. Z.R. CENTER - DAY

Jerry stands in the living area of the sector 115 Z.R. center
with the tall and the short Chinese man. The computer and
gadgets are all gone now, hidden. Bruce stares at Jerry with
admiration and comments to his brother:

                    BRUCE
          All these celebrities.

                    RICK
               (to Jerry)
          Brave of you to come here without
          the Blue Guard.

                    JERRY
          I figured I was safer without 'em.
          His wife said he came to see a...
          Tian Shen Wu.

                    RICK
          Our father's dead. Arlo needed a
          passport back into the State.

                    JERRY
          Where's he going?

Rick and Bruce look at each other cautiously.

                    JERRY (CONT'D)
          He's better off if I get him before
          the blue guard does.

                    BRUCE
          The shuttle port.

                    JERRY
          To where?

                    RICK
          We didn't ask.

INT/EXT JERRY'S SKY-CAR - DAY

Jerry races along the New York City skyline.

>           JERRY
>      Call Howard.

Jerry's sky-car dials Howard, automatically. A moment later, Howard's image appears in the rear-view mirror.

IN THE REAR-VIEW MIRROR MONITOR

Howard appears particularly neat and handsome, sitting in their office.

INTERCUT PHONE CONVERSATION - JERRY AND HOWARD

>           HOWARD
>      Jerry.

>           JERRY
>      You look great.

>           HOWARD
>      I'm meeting Michael for lunch. Where
>      are you?

>           JERRY
>      New York. Tracking Arlo. He escaped
>      in that shuttle crash --

>           HOWARD
>      You're kidding?

>           JERRY
>      They asked me to find him. I tracked
>      him to the New York shuttle-port.

Jerry lowers his sky-car toward a shuttle-port parking garage as he continues talking with Howard (on the phone).

>           HOWARD
>      Where's he going?

>           JERRY
>      I don't know? His friends in 115
>      just said he was coming here.

>           HOWARD
>      115?

INT. SKY-CAR (IN PARKING GARAGE) - DAY (CONTINUOUS)

Still on the phone, Howard's face (in the rear-view mirror
monitor) listens engrossed, as Jerry pulls his sky-car into
the largely empty garage.

> JERRY
> He went there to see a dead friend...
> Tian Shen Wu.

> HOWARD
> From the San Gabriel debriefing video.

Jerry pulls the sky-car to a stop in a parking spot.

> JERRY
> I knew that name sounded familiar...
> Can you run a check on all the San
> Gabriel survivors?

> HOWARD
> Sure.

> JERRY
> Call when you know something.

Jerry watches Howard's image vanish in the rear-view mirror
as he hangs up. As the regular rear-view mirror perspective
returns, Jerry's body jolts, startled to find Arlo, in the
back seat, holding a gun to Jerry's head.

> ARLO
> Keep your hands on the wheel, Jerry.

Jerry does as he's told. Arlo reaches over the seat and takes
the gun from Jerry's belt, takes the keys from the ignition,
and takes Jerry's omni-com. Arlo drops the omni-com on the
sky-car seat, but puts the gun and keys in his jacket pocket.

> ARLO (CONT'D)
> I need you to get out slowly.

Jerry and Arlo simultaneously exit, leaving their doors open.

Using the gun, Arlo points for Jerry to move to the rear of
the Sky-car. Jerry complies.

Arlo opens the trunk. Seeing no witnesses, speaking with his
gun, he directs Jerry to get in the trunk.

Jerry feigns entering the trunk then suddenly strikes Arlo's
arm, powerfully, knocking Arlo's gun into the trunk.

As Arlo moves for the gun, Jerry grabs him and tackles him into the trunk and hammers two punches to his face.

From under Jerry, Arlo reaches up and grabs the hood of the trunk and slams it down on Jerry's head, twice. Dazing Jerry.

Arlo spins on top of Jerry. Jerry's feet dangle out of the trunk while Arlo stands firmly on the ground. With this advantage, Arlo hammers two forceful blows to Jerry's face.

With few defensive options, Jerry Kicks Arlo in the chest, sending Arlo staggering back several yards.

Jerry, feet sticking out of the trunk, grabs the gun and turns it on Arlo.

> JERRY
> Stop!

Arlo freezes, then notices that Jerry is holding his (Arlo's) gun.

> ARLO
> You have my gun. It's not loaded.

Arlo casually pulls Jerry's gun from his pocket and trains it on Jerry's face.

> ARLO (CONT'D)
> Drop it or I'll shoot.

> JERRY
> Shit.

Jerry drops the gun outside of the sky-car.

Arlo moves closer and gestures, with the gun, for Jerry to lie flat in the trunk. Jerry complies.

> JERRY (CONT'D)
> Was it loaded.

> ARLO
> Yeah.

Jerry rolls his eyes. Arlo tosses Jerry the sky-car key.

> ARLO (CONT'D)
> Good to see you again. Sorry 'bout
> the circumstances...

                    JERRY
          I don't get it. You were safe in the
          zones. Why'd you come back?

                    ARLO
          My kid needs Drexlerin.

Arlo closes the trunk, drops Jerry's gun on the ground, and
dashes for the boarding gates.


INT. BOARDING GATE (SHUTTLE PORT) - DAY

Arriving at the baggage check line, Arlo takes off his jacket
and wraps the A-Cell inside. He passes inconspicuously through
a screening line as his jacket goes through an x-ray device.

A security worker notices the A-Cell in the X-ray monitors
and pulls it out.

Arlo's faces tightens.

Considering the A-Cell's phallic shape, the FEMALE SECURITY
WORKER eyes Arlo suspiciously. A nearby male SECURITY WORKER
giggles.

                    ARLO
          For my wife.

                    FEMALE SECURITY WORKER
          Of course.

Allowing Arlo past, the female security worker giggles as
she returns the A-cell to Arlo.


INT. PARKING GARAGE - DAY

Trapped in his own sky-car trunk, Jerry pounds his fists,
kicks and yells to no avail:

                    JERRY
          Open this fucking trunk!


INT. COMMUTER SHUTTLE - DAY

Arlo sits on a luxury commuter shuttle, nervously looking
around. A flight attendant hands Arlo a cup of orange juice.

                    ARLO
          Thank you.


INT. PARKING GARAGE - DAY

TWO POLICE OFFICERS work to pop Jerry's sky-car's trunk.

BANG-BANG! Jerry kicks the trunk's interior, loudly.

                    JERRY (O.S.)
                  (muffled)
          Come on!

The trunk pops open. Jerry emerges, stiffly, flashing his
badge, one EYE BLACKENED from his fight with Arlo.

                    JERRY (CONT'D)
          Jerry Matthiessen. Inquiries.

One of the officer hands Jerry his gun.

                    JERRY (CONT'D)
          Thanks.

Jerry opens the sky-car, grabs his omni-com and runs toward
the shuttle boarding gates, leaving the officers to wonder.


INT. SHUTTLE PORT - DAY

Jerry hops on an accelerated speed ramp to catch his breath.
On the speed ramp, a TV billboard commercial catches Jerry's
eye; the image of President Drexler superimposed next to a
brunette woman, TV anchorwoman, Hanna Trowers.

ON THE BILLBOARD MONITOR:

                    COMMERCIAL VOICE OVER (V.O.)
          Tonight, on TNC primetime, President
          Drexler talks everything from election
          strategy to to his experience as a
          P.O.W. in San Gabriel, tonight on
          Dana Trowers: Primetime.

BACK TO SCENE

Watching the monitor, epiphany illuminates Jerry's face.

                        JERRY
             San Gabriel...

Jerry pulls out his omni-com and dials hurriedly. Howard, at
the office, answers his omni-com.

INTERCUT TELEPHONE CONVERSATION - HOWARD AND JERRY

                        HOWARD
             I've been waiting for you to call
             back... You got beat up.
                  (noticing Jerry's
                  bruised face)

As Jerry glides on the speed ramp, talking to Howard, he
carefully scans the commuter crowds for any sign of Arlo.

                        JERRY
             It's nothing. I made contact with
             Arlo. Too much contact.

                        HOWARD
             Where's he going?

                        JERRY
                  (shrugging)
             That's the problem. I don't know. He
             just said he needs Drexlerin.

                        HOWARD
             I heard they're warehousing it on
             Uberopolis till it's released.

                        JERRY
             Sky Town? OK... Look check the
             connection between Arlo, Drexler and
             San Gabriel.

                        HOWARD
             Got it.

                        JERRY
             Call Aneesh first and tell him to
             warn Drexler that Arlo may be in Sky
             Town already.

                        HOWARD
             On it.

Jerry hangs up, jumps off the speed ramp and dials Drexler
as he walks toward the shuttle baggage check line.

INT. UBEROPOLIS - SHUTTLE-PORT - DAY

Arlo exits the shuttle and slips through the crowd in the shuttle-port concourse, as the public address plays a soothing info-mercial about the history of Uberopolis:

                    PUBLIC ADDRESS
          ...All six billion gallons of water
          in the Uberopolis Harbor were secured
          when Drex-Tech captured the Rathman-
          Tuttle comet...

In front of the shuttle-port, Arlo finds a row of small vehicles. Above the vehicles

A SIGN READS: "UBER-CARTS -FOR YOUR CONVENIENCE".

Arlo takes an Uber-Cart and zips toward downtown, Uberopolis.

                                        CUT TO:


INT. SHUTTLE PORT - BOARDING GATE (EARTH) - DAY

Standing the baggage check line, Jerry shows his guns and clearances to a SECURITY WORKER. The worker takes the guns, reading Jerry's paperwork:

                    SECURITY WORKER
          Sorry, Mr. Matthiessen. We'll issue
          you a stun gun, right away.

                    JERRY
          I've got permits...

                    SECURITY WORKER
          No guns permitted on Sky Town. Fragile
          environment. A bullet up there might
          ricochet a week before stopping.

Jerry's steps forward, thoughtfully.

A FEMALE SECURITY WORKER hands him a pack of underwear. Jerry looks confused by the gift.

                    JERRY
          Underwear?

                    FEMALE SECURITY WORKER
          Gravity garments. Socks, briefs and
          arm bands... Magnetized. There's no
          gravity on Sky Town. The electro-
          magnetic floor grid simulates a
          gravity about one third of Earth's.
          Without these, you'll just float in
          the air.


INT. DREXLER MEDIA CENTER - CONFERENCE ROOM - EVENING

Near the top of the mammoth Drexler Media Center, President
Drexler sits at a huge table in a very elegant conference
room, with about 20 business leaders of all ethnicities.

The conference room is quite large, occupying most of the
57th floor, encircled by full length windows.

A few guards stand on the perimeter of the room.

Drexler lifts a briefcase to the table top and rises to his
feet. All talking stops.

                    DREXLER
          Six years ago Drexler Labs introduced
          Drexlerin -a bi-monthly maintenance
          drug, rather than a cure -to ensure
          future sales.

Drexler opens the briefcase and pulls out a tube of Drexlerin
pills.

INSERT - THE BRIEFCASE CONTENTS: DREXLERIN BOTTLE AND A GUN

BACK TO SCENE

                    DREXLER (CONT'D)
          Sold in packs of 5, the expense and
          popularity of Drexlerin made it a
          hot black market target -resulting
          in huge losses. Postal distribution
          proved disastrous, too. It's
          popularity was eventually killing
          more people than it was saving.
          Next week we introduce the one time...

Drexler removes the small bottle.

                              DREXLER (CONT'D)
                    ...curative, Drexlerin 2. As you're
                    aware, stock tripled this week.

The businessmen clap enthusiastically. Drexler dismisses
their applause.

                              DREXLER (CONT'D)
                    I have an interview here in a few
                    minutes, so, business to add to
                    tomorrow's agenda?

                              BUSINESSMAN #2
                    I'd like to expand the prison labor
                    program to Earth-based industry. I
                    hear you have over 5,000 workers up
                    here?

                              DREXLER
                    Hmm... Interesting. Anyone else?

                              BUSINESS WOMAN
                    I'm concerned that the Riordan Network
                    is pushing free speech limits. Maybe
                    it's time...

Drexler shakes his head.

                              DREXLER
                    Riordan's 10 percent market share
                    assures voters the media is free.

                              BUSINESSMAN #3
                    I'm concerned about rising zone
                    pirating. If we close the trade lanes
                    we end the pirating...

                              BUSINESS WOMAN #2
                    Close the lanes and take them off
                    our power grid. We'd save --

                              DREXLER
                    We've been through this. The threat
                    of a zone attack galvanizes the voters
                    behind us. If we close the lanes or
                    the power grid, we lose our factories,
                    cheap labor, and our grip of power...
                    We'll increase Blue Guard presence
                    in the lanes.
                         (looking at his watch)
                    Let resume in the morning.

EXT. STREETS OF UBEROPOLIS - NIGHT

As Arlo races the streets of Uberopolis on his uber-cart, he draws the attention of two POLICE OFFICERS in a police sky-ranger. One of the officers points to Arlo.

>                    POLICE OFFICER 1
>           Grainer!

One of the officers fires a stun projectile from his stun-gun. Arlo looks over his shoulder to find the officers. He hits the accelerator and begins weaving through the streets.

The police vehicle follows tenaciously. Arlo turns down a series of narrow alley ways. Not easily shaken, the police sky-ranger pulls closer.

Arlo turns the wrong way down a one-way street. Arlo, chased by the police vehicle, weaves wildly against the flow of traffic, as pedestrians race for safety.

Arlo turns sharply down a

NARROW ALLEY

and finds himself racing toward a dead-end wall. He leaps up, back, and out of his uber-cart, before it crashes into the wall.

The police aren't so lucky. Without time to swerve or eject, their sky-ranger smashes into the wall.

Arlo races to the police vehicle, to find both officers semi-conscious and groaning. Arlo checks for witnesses. All clear.

>                                             CUT TO:


EXT. UBEROPOLIS - SHUTTLE-PORT - NIGHT

Jerry de-boards the commuter shuttle and steps into the shuttle-port.

>                    PUBLIC ADDRESS
>           Uberopolis comes from the German
>           "Uber" meaning above. And Uberopolis
>           is truly a city above the rest...

As he walks through the commuter crowd, Jerry pops open his omni-com and calls... Howard answers.

INTERCUT TELEPHONE CONVERSATION - JERRY AND HOWARD

                    JERRY
          You get anything?

                    HOWARD
          Wu, Pham, and Sanchez all survived
          San Gabriel. Pham and Sanchez were
          busted for conspiracy after the war.
          Standard 120 days on Sky Town. After
          they returned to Earth, both were
          incinerated in prison riots. I checked
          "prisoners killed in riots" in the
          Corrections base and every Sky Town
          prisoner, ever, was killed in riots -
          after they returned to Earth. And
          all from the zones.

                    JERRY
          Hmm.

                    HOWARD
          What's more curious is Leonard Lespi
          was on the list... It said he died
          four months ago.

                    JERRY
          What?... That means the Lespi I spoke
          with --

                    HOWARD
          Was a gen... Died in space somehow
          and was sucked back to Earth and
          into our crater.

                    JERRY
          If he died in space, the other
          prisoners on that list did too.

                    HOWARD
          But how?

                    JERRY
          I dunno. And we have no evidence of
          a crime; no bodies or witnesses -
          except Arlo. Find any connection to
          San Gabriel?

                    HOWARD
          You won't believe... The platoon
          Drexler escaped from was Arlo's.

                    JERRY
          No shit?


                    HOWARD
          They erased any mention of the
          capturing platoon from The State
          database. I had to go to the prewar
          archives.

Jerry ponders the information briefly as the P.A. announces:

                    HOWARD (CONT'D)
          I dug up this old photo of Arlo's
          platoon.

Howard sends Jerry a digital photo of Arlo (15 years prior,
with his old platoon) to Jerry's omni-com.

INSERT - THE PHOTO: Arlo and 40 soldiers pose for a picture.

                    PUBLIC ADDRESS
          ...95 percent of the materials used
          to construct Uberopolis were mined
          and produced at President Drexler's
          lunar refinery...

Jerry notices one of the men in the photo looks familiar.

                    JERRY
          That guy on the left looks sort of
          like Drexler.

                    HOWARD
          Frank Midland, Platoon lieutenant.
          Incinerated by the same lancer that
          burned Drexler's face.

                    JERRY
          Hmm. Can you dig up Drexler's, Arlo's,
          and Midland's military records?

                    HOWARD
          On it.

                                        CUT TO:


EXT. STREETS OF UBEROPOLIS - NIGHT

Arlo walks swiftly down a busy Uberopolis street, dressed in
a police uniform, sunglasses and his hat tilted to protect
his identity.

Arlo notices a hospital's red cross, Uberopolis General. Surveying his environs, he proceeds into the hospital.


INT. HOSPITAL - NIGHT

Arlo's police uniform has allowed him to penetrate deep into the hospital. He arrives at a SECURITY DESK where a brown jump-suited security DESK GUARD sits idly watching TV.

Behind the desk a sign reads: " ORGAN CENTER, AUTHORIZED PERSONNEL". Arlo adjusts his hat and approaches the desk.

                    ARLO
          We're sweeping for that nut, Grainer.
          They asked me to check the Drexlerin
          warehouse.

                    DESK GUARD
          Yeah, dispatch said that dude might
          be here. They've all gone home for
          the day. If he's back there, he'll
          be easy to find. The warehouse is
          the 3rd door on the left.

The worker turns and presses a few numbers on a keyless entry pad. The door slides open. Arlo disappears beyond the door.


EXT. UBEROPOLIS (STREETS) - NIGHT (SAME)

As Jerry walks the Sky Town streets near the shuttle-port, he notices countless video cameras mounted on every street.

Spotting a police officer in a sky-ranger, Jerry pulls out his badge and hails him to stop. The officer complies.

                    POLICE OFFICER 2
          We got a prisoner on the loose. What
          do you need?

                    JERRY
          That's who I'm after... Where can I
          get a sky-car?

                    POLICE OFFICER 2
          Get a cop ranger or cycle from the
          downtown station. Civilian vehicles
          can't go higher than twenty feet
                    (MORE)

       POLICE OFFICER 2 (CONT'D)
    from the street. Police vehicles can
    free-range.

Jerry nods appreciatively and points at a video camera mounted
along the street.

       JERRY
    Can the station get me access to
    these camera monitors, to locate the
    prisoner?

       POLICE OFFICER 2
    Hell no. Until today we never had
    crime to monitor. Those are so The
    Drexler Media Center can televise
    the celebrities here. It's good for
    business. I gotta run.

Jerry nods. The cop drives away.


INT. HOSPITAL, WAREHOUSE - HALL - NIGHT

Once beyond the door and out of the security guard's eyesight,
Arlo runs to the third door from the left.

Arlo opens the warehouse door; glancing right then left, he
enters.


INT. HOSPITAL WAREHOUSE - CONTINUOUS

Arlo enters the warehouse to find a vast warehouse, the size
of a football field, with towering ceilings; empty.

Arlo looks around in gaped-jawed disbelief, scanning the
distant corners of the room for any sign of Drexlerin.

             CUT TO:


EXT. DREXLER MEDIA BUILDING - NIGHT

Jerry hastily enter the beautiful Drexler Media building.


INT. DREXLER MEDIA BUILDING - NIGHT (SAME)

Entering the

LOBBY

Jerry jumps in a glass elevator. Stepping out in

THE 56TH FLOOR, RECEIVING AREA

Jerry shows his credentials to a RECEPTIONIST (25) at a desk.

> JERRY
> I need to see your broadcast engineer.

The receptionist points beyond a large double door, where a
LARGE GUARD stands imposingly.

> RECEPTIONIST
> In there. But you --

> JERRY
> Thanks.

Jerry turns, approaches the GUARD and flashes his ID and
credentials to the guard.

> RECEPTIONIST
> But, you can't just --

> JERRY
> Federal Inquiries. I need the
> engineer.

Jerry quickly proceeds toward the control room.

> LARGE GUARD
> Hold up, cowboy.

> JERRY
> I've got an escaped prisoner. There's
> no time.

The guard grabs Jerry's shoulder forcefully.

> LARGE GUARD
> I said, "wait".

> JERRY
> I said, "there's no time".

Jerry explodes with an elbow to the guards face, dropping
him to his knees.

The guard topples to the floor, unconscious. Jerry walks
briskly beyond the door into the Broadcast Center.

IN THE BROADCAST CENTER

The control center is filled with high-tech equipment.
Employees work, busily.  Jerry addresses one of them.

> JERRY
> Where's the control room?

The employee points to a nearby door. Jerry steps into the
Control Room.

IN THE TV CONTROL ROOM

Five or six people work behind a high-tech monitor, with 100
TV monitors on the walls around them.

> JERRY
> Who's the engineer?

A man raises his hand. Jerry holds up his credentials and
waives the engineer closer.

> JERRY (CONT'D)
> I have a prisoner loose in Sky Town.
> I need surveillance camera access.

CUT TO:

INT. HOSPITAL (SECURITY DESK) - NIGHT

Arlo emerges from the warehouse, face awash with anxiety.
The security worker sits engrossed in his desktop TV.

ON THE TV

Anchorwoman, Dana Trwowers, begins an interview with Drexler.

> HANNA TROWERS
> Tonight I'm honored to welcome
> President Peter Drexler, live from
> Uberopolis...

> DREXLER
> Thank you.

BACK TO SCENE

Barely looking up from his TV the desk guard asks:

> DESK GUARD
> Didn't find him, huh?

Arlo responds, trying to restrain his tense desperation.

                    ARLO
          No. The warehouse is empty. They
          want me to look in the Drexlerin
          lab. Where's that?

The guard calls to another SECURITY GUARD, lazily posted
down the hall.

                    DESK GUARD
          Spence, where's the Drexlerin lab?

                    SECURITY GUARD
          That shit's made on Earth. They just
          stored it here until they were...

The security guard suddenly recognizes Arlo.

                    SECURITY GUARD (CONT'D)
          Grainer.

The guard reaches for his stun gun.

Arlo runs.

The guard fires, narrowly missing Arlo.


EXT. HOSPITAL - NIGHT

Arlo runs out of the hospital and onto the street, followed
by the two hospital security guards.

                                              CUT TO:


INT. TV CONTROL ROOM - NIGHT

The engineer shows Jerry how to guide a stylus pen over a
computer touch screen (which shows a map of the city).

                    ENGINEER
          Touch the map anywhere to view the
          camera in that part of the city.

The engineer hands Jerry the stylus.

                    ENGINEER (CONT'D)
          When you find your man, tap his image,
          and the cameras will track him
          anywhere in the city.

84

                        JERRY
          Thanks.

The engineer leaves Jerry to search for Arlo.

Jerry looks at the 100+ TV monitors and turns to a female
engineer standing near him:

                        JERRY (CONT'D)
          These are all Drexler media channels?

                        FEMALE ENGINEER
          All 212 stations.

Jerry sees Drexler's image on several of the stations, still
sitting across from an anchorwoman.

The Female Engineer pushes a sequence of buttons and Drexler's
image is sent to most of the monitors.

ON THE MONITORS

The interview continues.

                        DREXLER
               ...Brilliant, really.  We conquered
               the Middle East by allowing their
               factions to exterminate each other.

                        HANNA TROWERS
               But your voter competency test, and
               sterilization plan for the poor,
               some say they're intended to eradicate
               the intellectually challenged -much
               like The State has ousted the
               religious.

                        DREXLER
               First, citizens are free to believe
               as they wish -in their homes.
               Religious assemblers are expelled to
               prevent the wars that religious
               assemblies invite.  Voter testing
               and my sterilization plan deserve
               debate.  For thousands of years our
               social progress has been stunted by
               the intellectual limits of the masses.
               We've subsidized them while they've
               over-populated us to extinction's
               brink...

BACK TO SCENE

Jerry turns to the female engineer.

> JERRY
> Is that live?
>> (nodding to the
>> monitors)

The female engineer nods.

> JERRY (CONT'D)
> Where is that?

> FEMALE ENGINEER
> Drexler's conference room. One floor
> up.

EXT. STREETS OF UBEROPOLIS - NIGHT

Fleeing from the security workers, Arlo spies an unattended
police sky-ranger (car) on a crowded street corner. He jumps
in the sky-ranger. A cop, standing amid the pedestrians,
turns to find Arlo stealing the vehicle.

> POLICE OFFICER 3
> Hey!

EXT. STREETS OF UBEROPOLIS (ALLEY) - NIGHT

Driving the stolen sky-ranger, Arlo slips down a quiet alley,
unsure of where to go or what to do. Stopping his stolen sky-
cycle, he hangs his head to think.

> ARLO
> (whispering)
> No Drexlerin...

Arlo looks up to see the final moments of Drexler's TV
interview on a giant boulevard tv billboard.

ON ELECTRONIC BILLBOARD

> DREXLER
> ... We're in a historical turning
> point: when reason overcomes religion.

                    HANNA TROWERS (on TV)
          But in expelling the religious from
          The State, how are you less guilty
          than they of committing holy war?

                    DREXLER (on TV)
          Ten thousand wars they waged against
          mankind. I waged one, to prevent ten
          thousand more.

The Anchorwoman pauses in the drama of the moment.

                    HANNA TROWERS (on TV)
          Thank you, President Drexler. My
          best to the first lady.

Drexler nods.

BACK TO SCENE

Taken by an idea, Arlo picks up the sky-ranger's phone, and
accelerates back into the flow of Uberopolis traffic.


INT. TV CONTROL ROOM - NIGHT

The 200 TV screens return to their original broadcasts -except
one, which stays focused on Drexler.

An engineer pushes a button on the control board to speak to
Drexler on the set.

                    PROGRAM DIRECTOR
          Great interview.

                    DREXLER
          You got all the questions right,
          this time.

                    PROGRAM DIRECTOR
          Thanks. G'night, sir.

Jerry looks at the screen where Drexler is sitting with the
anchorwoman. Unexpectedly the Anchorwoman vanishes from the
screen. A look of disbelief takes Jerry's face.

                    JERRY
         She's a gen?

                          PROGRAM DIRECTOR
                You're a detective?
                     (sarcastically)


INT. DREXLER MEDIA CENTER - CONFERENCE ROOM - NIGHT

Drexler removes the lapel microphone from his suit jacket
and walks to a

BAR

in a cozy corner of the conference room (near the conference
table) appointed with the amenities suited to his stature.

FOUR SECURITY GUARDS, visible in the shadows of the conference
room, keep a low profile, careful not to disturb the
President.

Drexler turns to his security guards:

                          DREXLER
                Soda?

One security guard nods and Drexler graciously tosses him a
canned beverage.

Drexler grabs a bottle of wine, and a wineglass, and pours a
drink, and takes a seat in a cushioned leather club chair.

Drexler loosens his collar, and places the wine bottle and
glass on the end table beside him.

Only a few yards away, his briefcase (containing the gun and
Drexlerin) still sits atop the conference table.

Drexler's watch-phone rings. He answers. It's his
receptionist, LYNN.

                          DREXLER (CONT'D)
                It's late, Lynn.

                          LYNN (on the phone)
                I have Arlo Grainer on the line.

Drexler pushes a button on a watch-phone. Arlo's image appears
on the tiny screen.

INTERCUT TELEPHONE CONVERSATION - ARLO AND DREXLER.

                    DREXLER
        What can I do for you?

                    ARLO
        We need to talk.

                    DREXLER
        I don't negotiate with State enemies.

                    ARLO
        I have the A-cell.

                    DREXLER
        I have the A-cell. It's a dud. Bad
        science.

                    ARLO
        You have a decoy.

Arlo holds up the A-cell for Drexler to see.

                    ARLO (CONT'D)
        Thing is, it's just a prototype. It
        still has some kinks. Like three
        ounces of antimatter. If someone
        were to, say, smash this open... All
        that antimatter could erase this
        city in an instant.

Drexler hesitates.

                    DREXLER
        I'm on the 57th floor of the Media
        Center. I'll have security stand
        down.

Arlo accelerates his stolen sky-cycle into the flow of
traffic.


INT.  TV CONTROL ROOM - NIGHT

Jerry watches the TV monitor. His omni-com rings. He answers.
It's Howard sitting

IN JERRY'S OFFICE

looking exhausted.

INTERCUT TELEPHONE CONVERSATION - JERRY AND HOWARD

>           JERRY
>      What do yuh got?

>           HOWARD
>      All there was in prewar records were
>      their stat sheets and DNA index.
>      Frank Midland: six-three, 230, 14
>      boot...

Jerry grinds his teeth as he looks at a video monitor.

ON THE MONITOR

A field doctor cauterizes a soldier's wound.

BACK TO SCENE

>           HOWARD (CONT'D)
>      ... Arlo: 6'-1", 210, 12 boot, wounded
>      three times, honorable discharge.
>      Nothing big in his DNA. Drexler: 225
>      pounds, six-two, 12 boot... Odd.
>      Drexler's prewar DNA records were
>      destroyed. But his current sample is
>      similar to Midland's...

Jerry processes the information as he glances at one of the
video monitors.

ON THE MONITOR

A cowboy brands a cow.

BACK TO SCENE

The video seems to trigger something in Jerry. He glances
back at the previous monitor:

ON THE MONITOR

A field doctor cauterizes a soldier's wound.

BACK TO SCENE

>           JERRY
>      That's it! The burn would have
>      cauterized the wound.

Jerry's eyes dart as he speaks to Howard on his omni-com,
his voice modulating with the intensity of a man unraveling
a puzzle.

                  JERRY (CONT'D)
        There would have been no bleeding.
        The blood was Drexler's, not
        Midland's.

                  HOWARD
        What?

Jerry's speech intensifies.

                  JERRY
        In the debriefing video: the blood
        by the river with the boots -because
        Drexler's boots were too small...
        That's why he had the gun. Midland
        killed him...

                  HOWARD
        Who? -What?

Jerry ignores Howard, lost in the epiphany.

                  JERRY
        ... The DNA reprogramming, that's
        why it's not a perfect match. That's
        why he destroyed his old records...

                  HOWARD
          (overlapping)
        I don't follow.

Jerry continues, lost in the revelation.

                  JERRY
        And Arlo knows... That's why they
        want me on their team -so I won't be
        at the trial -cause there won't be
        one. Just gens acting out a televised
        trial -long after they've killed
        Arlo.

                  HOWARD
        What?

Jerry looks at the video monitor.

ON THE MONITOR

Jerry sees Arlo speeding down an Uberopolis street on his
Sky-cycle.

BACK TO SCENE

Jerry taps Arlo's video image. The video system automatically
tracks Arlo's progress. With Jerry's tap, a tiny icon of
Arlo appears on the lower screen —a digital map of Uberopolis.

ON THE LOWER SCREEN

Jerry's eyes follow the icon of Arlo, across the Uberopolis
map. He sees Arlo is heading for the Drexler Media Center.

BACK TO SCENE

                    JERRY
          He's coming here.

Jerry hangs up the phone and addresses the control room.

                    JERRY (CONT'D)
          Who's in charge!

A man raises his hand.

                    PROGRAM DIRECTOR
          I'm the program director.

                    JERRY
          Go live with what I have here...
          Every news channel.

                    PROGRAM DIRECTOR
          Only President Drexler can
          authorize...

                    JERRY
          You ever see one of these?

The program director looks up to see Jerry's holding a stun
gun inches from his face.

The program director pushes a series of buttons to run the
video feed of Arlo, racing on a sky-cycle, to all 200
stations.

                                        CUT TO:


EXT. STREETS OF UBEROPOLIS - NIGHT

Arlo suddenly steers the sky-cycle straight up, to the Drexler-
Media building's 57th floor.

Arlo takes a few rotations around the building, his eyes scanning for a very certain target.

Spying Drexler through the window, Arlo stomps the accelerator, and SMASHES the sky-ranger through the window of Drexler's conference room.


INT. DREXLER MEDIA CENTER - CONFERENCE ROOM - NIGHT

Glass and debris flies everywhere as Arlo spills onto the floor.  Drexler shields his face from the debris and leaps out of the club chair, to his feet.

Arlo lands on the floor, near the conference table, amid glass and twisted metal.

                    DREXLER
          God damned fool!

Drexler's four security guards pull out their stun-guns.

Seeing the bodyguards moving closer, Arlo pulls out the A-cell and holds it up to smash it down.

                    ARLO
          Get back or I'll smash it.
               (looking to Drexler)
          Get 'em back!

Drexler yells to the guards.

                    DREXLER
          Get away from him! Put those away.

The guards put their stun-guns away and back up.

                    ARLO
          Get 'em out of here.

Drexler turns to his guards.

                    DREXLER
          Get out.

The guards hesitate. Drexler reiterates his orders, calmly.

                    DREXLER (CONT'D)
          Now. I'll be fine.

The guards reluctantly exit. The door closes behind them.

Arlo crawls amid the glass and twisted metal, holding his
knee, wounded.

> ARLO
> I know...
>     (grimacing in pain)
> ... you killed... Tamara Gwynn.

> DREXLER
> A painful choice, made for the greater
> good.

Arlo brings himself to a seated position.

> ARLO
> And everyday you dump hundreds of
> prisoners into space.
>     (breathing heavily)

Arlo struggles to his knees.

> DREXLER
> To offset escalating birthrates and
> overpopulation in the zones.

> ARLO
> You kill zoners and prisoners for
> transplant organs.

> DREXLER
> Shouldn't those who injure society,
> also heal it?... You know quite a
> bit about me... But I don't think
> we've had the pleasure...

Arlo  quickly pulls a small piece of metal from his knee.

> ARLO
> Don't you remember me? You ordered
> my platoon into an ambush in the San
> Gabriel...

Grimacing, Arlo rises to his feet.

> ARLO (CONT'D)
> So you could kidnap and ransom our
> prisoner -to finance your defection.
> But outside of camp a Lancer struck
> your hover truck -burning your face.
> Drexler survived... Facing treason,
> you took Drexler's clothes and tags,
>     (MORE)

>                    ARLO (CONT'D)
>          and ordered him to the river; where
>          you shot him, pushed his body in the
>          river, put on his uniform... and
>          played dead, waiting for the allies.

Drexler passively takes a seat in the club chair.

>                    ARLO (CONT'D)
>          Face burned, with allied tags; no
>          one questioned your ID. Your plastic
>          surgeon sealed it. The you killed
>          his parents and the inheritance was
>          yours. Except we saw the burned
>          soldier by the river, in British
>          uniform, but U.S. boots and gun. You
>          got rid of Lu, Eric and Tian before
>          they realized... But I know you killed
>          Drexler... Midland.

Drexler nods somberly.

>                    DREXLER
>          Very good...

Drexler's demeanor softens. He proceeds, almost humbly.

>                    DREXLER (CONT'D)
>          Before the war, I dreamed only of
>          serving my country then running for
>          office. Leadership burned like fire
>          in me. My dream was almost stolen
>          when my face was burned... See, wisdom
>          and character mean little to voters
>          in this age. They seek fame, wealth,
>          beauty. I wasn't famous... or rich...
>                    (smiling)
>          ...But I looked OK... I didn't kill
>          Drexler for his money, I killed him
>          to get back my electable face...

                                             CUT TO:


INT. FAMILY'S HOME #1 (EARTH) - NIGHT (SAME)

A family watches the confession.

                                             CUT TO:


INT. DREXLER MEDIA CENTER - CONFERENCE ROOM - NIGHT (SAME)

As Drexler continues, his humility wears off.

                    DREXLER
          I used his name, but my with my
          policies The State IQ average is up -
          128; we've achieved full employment;
          we have more billionaires than ever;
          and brought jobs to the zones and
          provide your youth plenty of cheap
          video games and headsets; to keep
          them safe from their own despair -
          too content to fight.

Arlo's expressions flattens in the face of such evil.

                    DREXLER (CONT'D)
          So, you're here to topple the kingdom
          by killing the king?

                    ARLO
               (shaking his head)
          My daughter's sick. I need Drexlerin.

                    DREXLER
          You'd threaten a hundred thousand
          lives to save your daughter?... Not
          exactly heroic...

Arlo's jaw clenches.

                    DREXLER (CONT'D)
          Drexlerin is produced on Earth. We
          warehoused it here to keep it safe
          from pirates until our bunkers were
          ready. The last shipments returned
          to Earth yesterday...

Drexler rises and moves slowly to the conference table, to
his briefcase. Arlo follows, keeping the A-cell raised like
a bat.

                    DREXLER (CONT'D)
          But I did bring a few doses for my
          presentation. A trade: the A-cell
          for the Drexlerin.

Arlo pauses at the offer.

                    DREXLER (CONT'D)
          Very generous, considering your
          position... I'll have you escorted
          to give your daughter the Drexlerin -
          then returned to prison. My word...
                    (MORE)

                    DREXLER (CONT'D)
          Or you can keep the A-cell -but how
          will that help your daughter?

Arlo's eyes race, calculating his options.

                    ARLO
          Tamara didn't want you to have it.

                    DREXLER
            (disgusted)
          Tamara would have destroyed the energy
          industry and our economy for her
          cause. I've planned a thirty year
          phasing; allowing industry to
          adjust...

Drexler swings the briefcase top open, shielding Arlo's view
of the briefcase contents.

                    ARLO
          Thirty years? Billions more will
          die.

                    DREXLER
          But the quality of life is preserved.
          There's a bigger picture to consider.

INSERT - THE BRIEFCASE CONTENTS: DREXLERIN BOTTLE AND A GUN

BACK TO SCENE

Drexler removes the Drexlerin to show Arlo. Arlo's eyes dart
wildly, confused.

Drexler's eyes grow sympathetic of Arlo's plight; his voice
softens to give Arlo his most earnest support.

                    DREXLER (CONT'D)
          The anguish of power: sometimes
          sacrifice is the only option. I
          sacrificed religion for peace. You
          can do this -for your daughter...

Drexler extends the Drexlerin bottle to Arlo. Arlo slowly
extends the A-cell toward Drexler, to trade.

                                        CUT TO:

INT. FAMILY'S HOME #2 (EARTH) - NIGHT (CONTINUOUS)

A family watches, tensely.

CUT TO:

INT. DREXLER MEDIA CENTER - CONFERENCE ROOM - CONTINUOUS

Preparing to exchange the A-cell with Drexler, Arlo's pauses; perhaps remembering Tamara's opinion that "sacrifice is a failure to find solution."

Arlo reaches forward to exchange the A-cell for the Drexlerin. Arlo takes the Drexlerin from Drexler with his left hand.

In a WALL MIRROR behind Drexler, Arlo sees the gun in Drexler's briefcase.

As Drexler reaches for the A-cell with his left hand, in the mirror, Arlo watches Drexler's right hand (no longer holding the Drexlerin) reach for the gun.

Drexler secures the gun in his right hand, as his left hand prepares to seize the A-cell.

As Drexler's fingertips come within an inch of the A-cell Arlo unexpectedly flips the A-cell to his side, toward the giant hole in the window created by his sky-ranger.

                    ARLO
          I hope it doesn't break.

Dismayed, Drexler watches the A-cell fly toward the window. With no time to fire, Drexler scrambles after the A-cell, gun in hand. Arlo, in turn, scrambles after Drexler.


EXT. DREXLER MEDIA CENTER - THROUGH BROKEN WINDOW - NIGHT

Drexler dives through the broken window, after the A-cell.

Arlo leaps out the window after Drexler.

Drexler's fingers comes inches from the A-cell, but Arlo seizes Drexler's left ankle with his right hand.

Fifty seven stories up, holding Drexler's foot in his right hand, Arlo grabs the window frame with his left, and flings Drexler, with all of his might, toward the city floor.

As Drexler falls, Arlo kicks off the wall -after the A-cell. Arlo seizes the A-cell in his finger tips, just before his 'gravity garments' pull him down toward the city floor.

"BANG!" Drexler fires his gun at Arlo, as he falls, missing.

The gunfire draws the attention of the crowds on the street below, sending them screaming in all directions, and Arlo Drexler hurl down.

The backfire of the gun throws Drexler into a spin as he falls, causing him to lose control of the gun and drop it.

Arlo falls at a moderate speed, toward the city floor.


INT. TV CONTROL ROOM - NIGHT

Seeing Drexler and Arlo fall past the window of the control center, Jerry stands and throws his chair against the window.

"CRASH!" The window shatters.

Looking down at the street, Jerry hesitates then dives out the window.

Behind him, one of the engineers reaches for the controls to switch the television stations back to their original programs. The program director stops the engineer, pointing at a viewership monitor, spiking upward.

                    PROGRAM DIRECTOR
          Look at the viewership spike.


EXT. STREETS OF UBEROPOLIS - NIGHT

"SLAM!" Drexler hits the ground forcefully, but Arlo's throw wasn't forceful enough to hurt Drexler in the weightlessness.

"Slam!" Arlo lands hard but safely. But the impact causes the A-cell to fumble out of his hand and bounce about 40 feet away.

Screaming Uberopolis citizens run in all directions, panicked.

Arlo rises to his feet in time to see Drexler running for his gun, near the A-cell.

Arlo grabs a parked Uber-cart (nearly weightless in space) and throws it.

The Uber-cart strikes Drexler to the ground.

                         DREXLER
          Shit.

Jerry, lands roughly on the street, some distance away.

Arlo dashes to get the A-cell. Before he can grab the A-cell, Drexler broadsides Arlo with a heavy punch, which, in the weightless state, sends Arlo flying toward a wall.

Drexler turns for the A-cell.

Arlo breaks his impact with the wall with his legs and arms, and leaps back toward Drexler and the A-cell.

The "wall leap" propels Arlo, sliding across the city street. Arlo's hand reaches the A-cell an instant before Drexler.

                         DREXLER (CONT'D)
          Son of a bitch!

A-cell in hand, Arlo hops up from the street.

Furiously, Drexler turns for his gun, lying on the street.

Before Drexler can get the gun, Arlo leaps, and tackles Drexler.

Arlo and Drexler land between two parked sky-cars; their bodies in the street, their ankles on the sidewalk.

Drexler takes the advantage with his great power, and puts Arlo in a brutal headlock.

                         DREXLER (CONT'D)
          You think I need a gun to kill you?
          Your body is aging, slowing down...
          I'm immortal.

Street traffic zips along, as Drexler strangles the life from Arlo's body.

Choking, Arlo feels the sidewalk curb on his ankle. Seeing a sky-car coming down the street, Arlo kicks off the curb.

The kick sends Arlo, with Drexler on top of him, sliding across the street, into the traffic.

The bottom of a sky-car smacks Drexler's head, prying his arm from Arlo's neck. Drexler groans in pain.

> DREXLER (CONT'D)
> Shit.

Arlo hurries to his feet and crosses the street.

"BANG!" Arlo turns to find Drexler, reunited with his gun.

Jerry turns and runs toward the gunfire.

Drexler aims to fire again.

"BANG!" The bullet deflects off of the sky-car and ricochets down the street, hitting a bystander.  The bystander falls.

"BANG!" Another bullet ricochets wildly, puncturing a hydrogen pipe. The gas pours out.

TWO POLICE OFFICER on a sky-cycle recognizes Arlo:

> POLICE OFFICER 4
> Grainer!

The officer hits his SIRENS and pursues Arlo.

Arlo runs the wrong way down a

ONE WAY STREET

and wildly weaves over, under and around the heavy traffic, as Drexler follows. A taxi driver yells at Arlo, angrily:

> TAXI DRIVER
> Watch out!

Jerry grabs a parked Uber-car and joins the chase -the wrong way down the one-way street.

Arlo runs into a casino.


INT. CASINO - NIGHT

Arlo leads Drexler through the casino and out the back exit.

101

EXT. STREETS OF UBEROPOLIS - NIGHT

Exiting the casino, Arlo runs down the street. Drexler follows
a few moments behind.

"BANG!" Arlo dives and slides across the street, under a few
speeding uber-taxis. Emerging on the other side of the street,
Arlo sees a few workmen coming out of a DOUBLE DOORWAY,
leading under the city floor.

Above the doorway a sign reads: "ELECTROLYSIS POWER STATION,
AUTHORIZED PERSONNEL".

Arlo runs into the underground power station. Drexler follows.


INT. UNDERGROUND POWER STATION - NIGHT

Inside the power station, Arlo finds himself amid tens of
workers in a dim, narrow hallway; pipes and cables line the
walls. More hallways branch-off the main hallway.

Seeing Drexler still pursuing, Arlo turns and squeezes through
the workers, deeper into the power station, until he spies a
FIRE ALARM.

Arlo flips the fire alarm. "RING!" The fire alarm blares.

                         WORKER
          Fire!

Tens of workers rush toward Drexler, to escape. Drexler turns
and races out of the power station, the same way he entered.

Arlo follows the flow of fleeing workers in the opposite
direction, toward an exit.


EXT. STREETS OF UBEROPOLIS - DAY

Emerging from the power station, Arlo sees a POLICE OFFICER
slowly cruising on his sky-cycle, distracted by the commotion.

Arlo tackles the police officer off his sky-cycle. Looking
up from the ground, the officer watches Arlo abscond with
his sky-cycle.

                    POLICE OFFICER 5
          Asshole!

102

Drexler emerges from the power station in time to see Arlo speeding away on the sky-cycle.

Drexler flags a 2ND POLICE OFFICER to a stop, yanks the cop out of the sky-ranger, jumps in the sky-ranger and resumes his pursuit.

Through the traffic Jerry sees Drexler speed after Arlo.

Stuck on a civilian vehicle, incapable of following Drexler and Arlo into the roof of the city, Jerry jumps off of his Uber-cart and flings it down the street, furiously.

                    JERRY
          Son of of... Shit!

Hydrogen continues to pour from the pipe punctured by Drexler's bullet.

Arlo, on his nimble sky-cycle, makes a quick move through the tops of the city buildings and back down into the heart of the city -eluding Drexler's less maneuverable sky-ranger.

Arlo dismounts his sky-cycle, revs the throttle then releases it. The sky-cycle speeds down the street -unmanned. Arlo turns and runs toward the harbor, the other way, unnoticed.

Drexler sees Arlo's sky-cycle and pursues, mistakenly believing Arlo is at the helm.

The unmanned sky-cycle caroms off walls and cars down the street, creating sparks in it's path.

"BANG!" The unmanned sky-cycle crashes near the leaking hydrogen pipe, creating a spark, igniting the hydrogen.

"BOOM!" Drexler watches the huge hydrogen explosion.

                    DREXLER
          God...

"RING!" A fire alarm sounds.

Disgusted that he's lost Arlo's trail, walking a street perpendicular to Arlo's path, Jerry sees Arlo run past.

Jerry pursues Arlo -toward the harbor.  A half a block behind Arlo, Jerry calls out:

                    JERRY
          Arlo!

Arlo doesn't respond, racing toward the edge of the harbor.

                    JERRY (CONT'D)
          It's me! Jerry!... I can help you!

Arlo stops on the edge of the harbor, and turns to face Jerry.
Jerry stops running, careful not to encroach on Arlo's space.

                    ARLO
               (gasping)
          You're with the State!

                    JERRY
          I can get you out of here alive!

As Arlo looks toward Jerry, his eyes grow alarmed.

Sensing that Arlo is not looking at him, but past him, Jerry
turns around to find Drexler, 100 yards away, racing toward
them in his sky-ranger, gun drawn.

Jerry leaps out of the way. Arlo dives into the harbor water.

"BANG!" Drexler fires from 60 yards away.

Arlo surfaces briefly, then dives and disappears underwater.

"BANG!" Drexler fires again from 30 yards away.

Drexler glides over the water's surface, scanning for Arlo.


INT. TV CONTROL ROOM - CONTINUOUS

With no cameras underwater, the TV cameras remain focused on
the water's surface.


INT. HARBOR UNDERWATER - CONTINUOUS

Swimming underwater, Arlo makes it to the far wall of the
harbor. Blood swirls in the water, from a BULLET WOUND in
his leg.

Arlo desperately searches for the freshwater inlet, where he
and David Levine had lunch together.

Oxygen dwindling, a scar-nosed dolphin pokes Arlo in the
stomach. Spike! Arlo follows Spike a few yards to the inlet
hole, still covered by the grate.

Arlo pulls forcefully at the steering wheel sized grate latch
that keeps the opening shut.

It breaks free.

Arlo pulls the grate open and climbs through.


EXT. CONSTRUCTION ZONE (UBEROPOLIS) - DAY

Arlo emerges from the water, gasping and coughing, on the
prison construction side of the harbor wall.

He pulls himself out of the water and sits wearily on the
lip of the inlet hole, blood dripping from his leg.

Arlo quickly removes his wet shirt and wraps it around his
leg wound to slow the blood flow.


EXT. HARBOR - DAY

President Drexler and SEVERAL POLICE in sky-rangers scour
the water's surface, for any sign of Arlo.


EXT. CITY SHUTTLE PORT - UBEROPOLIS - NIGHT

Dozens of Uberopolis citizens rush to the shuttle-port,
demanding to be evacuated. Chief Kanu and a few police try
to calm the crowd.

                    WOMAN #3
          Take me back to earth!

                    MAN
          Get me out of here! Now!

                    CHIEF KANU
          Calm down, people!

A message comes over Chief Kanu's radio.

                    RADIO DISPATCHER
          Chief Kanu, the electrolysis station
          is down. Our oxygen supply is reduced
          until we get it up again -and there's
          a hydrogen fire burning downtown.

Chief Kanu turns to a SENIOR POLICE OFFICER next to him.

>                   CHIEF KANU
>           Shit! Our oxygen supply is down and
>           we have a hydrogen fire. We've got
>           to evacuate.

>                   SENIOR POLICE OFFICER
>           Evacuate?!

>                   CHIEF KANU
>           Or suffocate.

Chief Kanu speaks into his radio, back to dispatch.

>                   CHIEF KANU (CONT'D)
>           THROW THE SIRENS NOW! And raise the
>           evacuation trains!

The evacuation sirens blare throughout Uberopolis.


EXT. HARBOR - NIGHT

Drexler glides over the water looking for Arlo's body.
Drexler grabs his phone and calls the radio dispatcher.

INTERCUT TELEPHONE CONVERSATION - DREXLER AND RADIO DISPATCHER

>                   DREXLER
>           Who told you to evacuate?

>                   RADIO DISPATCHER
>           Kanu. We've got a hydrogen fire and
>           the electrolysis station is down.

Drexler turns away from the phone to yell at the officers
searching the water for Arlo.

>                   DREXLER
>           Shit!! Get outta here! Evacuate!

Drexler returns to his phone conversation with the radio
dispatcher.

>                   DREXLER (CONT'D)
>           Tell Warden Arnold to set the prisoner
>           evacuation for disposal.

Drexler hangs up. Around him the police officers evacuate.
One of the officers turns to addresses Drexler.

                              POLICE OFFICER 6
                    What about you, sir?

                              DREXLER
                    I'll leave when I find this bastard!


EXT. CONSTRUCTION ZONE (UBEROPOLIS) - NIGHT

Arlo sits, eyes closed, trying to recover from his bullet
wound, in an out of sight area near the fresh water inlet
hole.

Evacuation alarms sound. Arlo opens his eyes and moves from
his sheltered area to see what's happening around him.

On a long raised strip, resembling a subway

PLATFORM

Arlo sees two very long evacuation shuttle-trains slowly
rise up from the floor of the construction zone, on both
sides of the platform. The front "car" of the shuttle train
is an oversized shuttle, pulling many smaller freight cars.

The doors to one of the shuttles opens. One of two red-suited
PILOTS speaks into an intercom mic mounted on the platform.

                              PILOT #1 (on intercom)
                    Prisoners, enter the open shuttle
                    for immediate evacuation.

The prisoners hastily enter the open shuttle, leaving nothing
but guards on the platform.

Stealthily, Arlo creeps closer. But in moving, an automated
camera senses Arlo's figure, triggering the video tracking
system.


INT. TV CONTROL ROOM - NIGHT (CONTINUOUS)

In the empty control room Arlo's image comes back on the
world's TV's.

INT. UBEROPOLIS - CONTINUOUS

In a open area of downtown Uberopolis the free citizens
frantically board any one of a dozen long evacuation shuttle
trains.

Two of the shuttle-trains slowly lower back down below the
floor of city. The city floor slides back above them, creating
an airtight airlock to launch into space.


EXT. HARBOR - NIGHT

Drexler searches the water for Arlo. The last evacuating
police officers calls back to Drexler from a distance.

                    POLICE OFFICER 7
            President Drexler! Look at your TV!

Drexler flips open his watch-phone and sees Arlo on the
construction side of the dividing wall.


EXT. CONSTRUCTION ZONE (UBEROPOLIS) - DAY

Carefully, Arlo moves closer to the

PLATFORM

and the prisoners.

The doors to the second shuttle opens. The comparatively
small number of guards enter the second shuttle train, leaving
the platform clear -except the two pilots.

As a short pilot unexpectedly begins to walk toward the front
shuttle of the PRISON car, a tall pilot calls to him. Arlo
listen closely, hiding behind a half wall.

                    SHORT PILOT
            Come on, we gotta go.

                    TALL PILOT
            I gotta set the autopilot over here.

                    SHORT PILOT
            They're gonna dispose of all of 'em?!

                    TALL PILOT
            Doing the world a favor.

Pilot #1 disappears into the prisoner's shuttle cargo door.

Pilot #2 enters the guards' shuttle and disappears inside.

Arlo quickly slips into the prisoner's shuttle


INT. PRISONER'S SHUTTLE - CARGO BAY - CONTINUOUS

Arlo finds a hundred prisoners sitting strapped to their
seats. The pilot enters the autopilot code into a small wall
mounted navigation box.

Arlo sneaks up on the pilot and places him in a choke hold.
Looking at the navigation box Arlo sees the words "DISPOSAL...
MISSION... SET...", flicker by.

                    ARLO
          Reset the mission.

Arlo takes a RED stun-gun from the pilot's belt, as he speaks.

                    PILOT #2
          I can't reset. I don't have the code.

The prisoners watch, uncertain.

                    ARLO
          Release the prisoners.

The pilot presses a code into the box. The prisoner restraints
pop off. Keeping the pilot in a one armed headlock, Arlo
grabs the shuttle intercom to address the prisoners in the
rear freight cars.

                    ARLO (CONT'D)
          This shuttle's gonna dump you in
          space! Get on the other shuttle train
          now if you want to live.

The prisoners rush out of the disposal shuttle train and
into the guards's (largely vacant) shuttle. The prisoner's
quickly overwhelm the guards with their numbers.

Arlo releases the pilot, with a shove, through the cargo
door. The pilot runs into the opposite shuttle to pilot the
only remaining evacuation shuttle.

Arlo begins to step from the cargo hull onto the platform.
He looks up to see Drexler racing toward him, gun drawn.

BANG! Arlo leaps out of the doorway and behind one of the many passenger seats in the cargo hull.

Drexler rushes in the cargo hull and begins aggressively searching the seat rows.

Hiding, silently, under one of the seat rows, Arlo looks up to see Drexler passing. Arlo fires the RED stun-gun at Drexler. Hit with the electrode, Drexler drops his gun and convulses in pain.

Arlo jumps up and punches Drexler in the face, slams him into the wall and places Drexler in a one armed headlock.

Holding the stun gun in his free fist Arlo begins rapidly hammering Drexler in the face with stun-gun reinforced fist, until blood pours from Drexler's nose and mouth.

Arlo brings back his fist, and prepares to land the killing blow to Drexler's face; then pauses:

                    ARLO (CONT'D)
          I could kill you...
               (breathing heavily)
          I'm getting your gun. Then we're
          gonna bring Franny the medicine.
          Then I'll surrender... Understand?!

Drexler nods his head, weakly.

Arlo releases his grip. Drexler slowly falls to his knees, blood dripping from his face.

Arlo steps away from Drexler and toward the gun on the floor.

As Arlo reaches for the gun a jolt of pain shoots through his head, driving him to one knee —an "ice-pick" headache. Arlo eyes roll in their sockets as he GROANS and struggles to his feet.

"BANG!" A fist smashes Arlo in the face, knocking him to the ground. Arlo looks up to find Drexler looming over him.

                    DREXLER
          Bad time for a headache.

Arlo kicks the gun across the floor, to keep it from Drexler.

Drexler leaps for the gun and grabs it, as Arlo struggles to his knees. Without hesitation, Drexler turns and fires.

110

Arlo's head jerks back. He falls to his knees, hit by the bullet on the right side of his neck.

Arlo grabs the side of his neck.

Drexler lowers the gun to fire the killing bullet.

ZAP! Drexler's body jolts, violently, in pain.

Jerry stands behind Drexler, with his stun-gun discharged into Drexler's neck.

                    DREXLER (CONT'D)
          GRRRR!

Drexler recovers from the shock, and raises his gun to shoot Jerry.

Jerry throws his stun-gun down and unloads a haymaker of a right hook (a punch) to Drexler's face, before Drexler can fire.

The punch knocks Drexler out of the shuttle's door, unconscious, on the platform.

Jerry rushes to Arlo's side, to find Arlo, semi-conscious, holding his bloody hand to the wound on his neck.

                    JERRY
          Shit.

Jerry takes off his white shirt. He removes Arlo's hand from the wound and places his shirt over the bullet hole.


EXT. CONSTRUCTION ZONE - PLATFORM - CONTINUOUS

As Jerry works to assist Arlo he doesn't notice the shuttle bay doors closing behind him.

Jerry places Arlo's hand back over the wound.

                    JERRY
          Push.

Jerry glances up and discovers the shuttle is moving.

                    JERRY (CONT'D)
          What the hell?!

Weakly, Arlo points to the cockpit.

                    ARLO
          Get in cockpit... We're getting...
          Dumped in space.

Jerry lifts Arlo from the floor and carries him

THROUGH THE AIRLOCK

INTO THE COCKPIT

where Jerry helps Arlo into the copilot's chair.


EXT. CONSTRUCTION ZONE - PLATFORM - CONTINUOUS

The two evacuation shuttle-trains docked at the platform
slowly lower back down below the floor of the construction
zone. The floor slides back above them, creating an airtight
seal, creating an airlock.


INT. SHUTTLE COCKPIT - UNDER THE CITY FLOOR - CONTINUOUS

IN THE COCKPIT Jerry sees the shuttle submerge below the
city floor, then the metal city floor automatically cover
the shuttle, in an airlock tunnel.

Now, in an underground tunnel, through the windshield, Jerry
sees the perimeter wall open at the end of the tunnel. The
automated shuttle slowly gains speed, toward the opening, to
exit into space.


EXT. UBEROPOLIS - NIGHT

Dozens of evacuation trains shuttle trains, filled with
evacuees, flee Uberopolis.


EXT. UBEROPOLIS - CONSTRUCTION ZONE - NIGHT

Drexler regains consciousness and looks around to discover
the shuttle train is gone. Wearily, Drexler pulls out his
watch phone and speaks.

112

> DREXLER
> Defense shield... This is the Big
> Picture... Locate prisoner disposal
> shuttle-train... Good. Neutralize.
> All points strike. Disable internal
> override.

INT. SHUTTLE COCKPIT - NIGHT

Arlo and Jerry sit in the pilot's seat, Jerry to Arlo's left.
Arlo's eyes relax as if losing consciousness.

Jerry presses Arlo's own hand against his neck wound.

> JERRY
> Keep the pressure... Arlo!

Keeping one hand on his neck's bullet wound, the shirt now
red with blood, Arlo reaches into his pocket and hands Jerry
the Drexlerin bottle.

> ARLO
> Give... to my daughter.

Jerry pushes Arlo's hand back.

> JERRY
> You're gonna give 'em to her.

Jerry reaches over to help Arlo push the shirt against the
wound. Turning back to the radar monitor, Jerry sees a
speeding blip approaching from below the right.

> JERRY (CONT'D)
> I got a Warhead. What do I do?

> ARLO
> Go faster.

Arlo's head wobbles, light-headed from blood-loss.

> JERRY
> Shit.

Jerry races the shuttle forward.

Arlo's eyes roll, drifting off to die.

113

INT. DREAM SEQUENCE - SHUTTLE - (CONTINUOUS)

Arlo turns left to find a gaunt, pale child, sitting in
Jerry's pilot seat, with a respirator mask over his face.

The child rises, smiles, and hands Arlo a yellow flower,
then turns and walks to the rear of the cockpit, and
disappears through the airlock window.

WATER SPLASHES through the airlock window.

Arlo moves to the airlock, to discover it's sealed by a steel-
bar grate. Beyond the grate he sees 'Spike', the dolphin,
swimming in the cargo hull.  Arlo tugs at the bars to free
Spike, to no avail. A voice calls:

                    VOICE (V.O.)
          There's no way out.

A RED LIGHT FLASHES in the cargo hull. An ALARM BLARES.

Deep in Spike's eye, Arlo sees the spiral of Benni's yellow
butterfly dream catcher.

END DREAM SEQUENCE


INT. SHUTTLE - COCKPIT - NIGHT (CONTINUOUS)

Waking and turning left, Arlo finds Jerry yelling as the war
heads gain.

                    JERRY
          There's no way out!

                    ARLO
          Back... to Sky Town... fast.

Jerry looks at Arlo, confused, but turns the shuttle back,
full speed. The warhead follows, gaining.

Racing the warhead back to Uberopolis, they pass dozens of
evacuating shuttle trains.

The warhead gains. Moments from impact, Arlo's eyes close...

INT. DREXLER'S PRIVATE SHUTTLE - COCKPIT - CONTINUOUS

The last Uberopolis evacuees: Drexler, his pilot, Warden
Arnold and Chief Kanu sit in Drexler's private shuttle.

Drexler looks out the windshield in time to see Arlo and
Jerry's shuttle racing back toward Uberopolis, with three
missiles only a moment behind. Drexler's eyes widen with
disbelief.

                    DREXLER
          Bastard.


INT. SHUTTLE - NIGHT (CONTINUOUS)

An instant before impact, Arlo opens his eyes, reaches up
and throws three switches. Thrusters fire and the evacuation
pod launches. Arlo pulls back on the control column.

Jerry watches, astonished.


EXT. UBEROPOLIS - NIGHT (CONTINUOUS)

The Evac-shuttle turns sharply up, out of the way of the
warheads, narrowly missing the outer wall of Uberopolis.

The fuselage of the shuttle plows through the outer shield
of Uberopolis. The warhead follows an instant behind,
detonating and blasting Uberopolis to ruins.


INT. SHUTTLE - NIGHT (CONTINUOUS)

Jerry exalts with both arms in the air.

                    JERRY
          HELL YEAH!! HELL YEAH!!

Jerry looks toward Arlo, to find him slumped, motionless, in
his seat.

                    JERRY (CONT'D)
          Arlo..?

Jerry reaches over and applies pressure to Arlo's neck.

                         JERRY (CONT'D)
                 Arlo... Come on, man... Arlo...


                                                  FADE TO:


EXT. CEMETERY - DAY

The green cemetery lawn contrasts against the gray sky. A
small group of people with their heads hung solemnly, sit
listening to a female orator give the funeral eulogy.

Behind the woman, a coffin. The woman's words are muffled by
the wind and street traffic.

Laura, Jerry, Howard, John Carl and Rianna, sit teary eyed
in a row. ARLO, at the end of the row, sits with a large
scar on his neck; his face clean shaven, again.

Sitting next to Arlo, Franny reaches forward and touches
Jerry on the shoulder. Jerry turns. Franny hands him a yellow
flower.

                         FRANNY
                 I'm sorry about your son, Matthew.

Taking the flower, Jerry forces a smile.

The service concludes. The mourners rise. HOWARD approaches
Jerry with a brief embraces, then somberly walks away, as
the other mourners disperses for home.

Arlo and Rianna (followed by John Carl and Franny) approach
Jerry and Laura as they arrive to their funeral car. Laura,
enters the car, too anguished to look up and notice them.
Rianna addresses Jerry.

                         RIANNA
                 If there's anything you need...

Jerry nods, appreciatively.  Jerry eyes fall upon Arlo.

                         ARLO
                 You gonna be OK?

Jerry hesitates.

                         JERRY
                 It's always gonna hurt...
                      (his voice breaks)

Jerry hugs Arlo almost convulsively.

                         JERRY (CONT'D)
                We went fishing... When you were in
                the hospital... He gotta go fishing.

Arlo pauses, overcome by the weight of the moment.

                         ARLO
                Maybe you can try again...

                         JERRY
                     (pausing)
                I'm not sure I'm that strong.

Jerry pulls back from Arlo.  The two men exchange a brief
look of mutual regard.

Jerry slips into the funeral car with his wife.  The funeral
car drives away, leaving Arlo with his family on the cemetery
lawn.  Drizzle falls.

Across the street, TWO UNDERCOVER AGENTS watch Arlo from a
parked sky-car.

Arlo picks up Franny and hugs her tightly.  Arlo and Franny
break their embrace and consider each other at close range,
as Arlo holds Franny, perched on his forearms.

                         ARLO
                You ready for your new school?

                         FRANNY
                     (nodding)
                Mommy got me new clothes.

                         ARLO
                I can't wait to see.

Arlo puts Franny down. Franny, John Carl, Arlo and Rianna
slowly walk toward a sky-car. John Carl and Franny walk a
few steps ahead of their parents.

                         RIANNA
                The hospital released you this
                morning?

                         ARLO
                Last night.

                         RIANNA
                I could have picked you up.

                    ARLO
          Didn't want to impose. The State
          gave me a hotel room -and some new
          friends while I'm in town.

Arlo nods toward the two undercover agents. Noticing Arlo's
nod, one of the agents waves to Arlo.

                    ARLO (CONT'D)
          Vince loaned me the suit...
               (waving back to the
                agents)
          John Carl says you got an apartment
          and a job?

                    RIANNA
          Just a basic apartment.  It's really
          not much.  And I'm substitute teaching
          for Laura until a permanent position
          opens.  Jerry arranged it.  We can
          afford repatriation now.

John Carl and Franny get into the car and close the doors.
Arlo and Rianna stop outside of the car to finish:

                    ARLO
          I'm not repatriating.

                    RIANNA
          The kids are happy here --

The drizzle strengthens into a light rain.

                    ARLO
               (nodding)
          And Franny needs the good medical
          care.  I'll try to visit--

                    RIANNA
          You can't be serious.  You just spent
          a month in intensive care and you
          can't even try it here?... They
          exonerated you.  You're not a
          criminal.  They're giving the profits
          from Tamara's A-cells to her
          charities... We're having an election
          soon.  Things are changing.

Arlo lowers his eyes.

                    RIANNA (CONT'D)
          ...Don't you get it? The war's over!
          You're the only one left fighting...
          and for what?

Arlo's eyes survey his surroundings, hesitating to answer.

                    ARLO
          Something better.

                    RIANNA
          Is it so bad here?  We can believe
          whatever we want in...
                    (hesitating at her
                     own hypocrisy)
          ...our own homes...

Rianna purses her lips in frustration. The rain smears her
VIOLET eye shadow, obscuring her tears.

                    ARLO
          You're still beautiful in the rain.

Rianna surrenders a momentary smile.

                    RIANNA
          You're still impossible.

Arlo smiles in turn.


EXT. HOVER-JET - NIGHT

A lone sky-cycle races above dark, barren fields and desserts.
The sky-cycle glides through the doors of a large warehouse.


INT. WAREHOUSE - NIGHT

Arlo parks the sky-cycle, dismounts and strides confidently
toward a hover-jet warming on the dock, next to a familiar
figure: Dylan.

Arlo gives Dylan a quick wave. Dylan nods, closes the hover-
jet's cargo hull and tosses Arlo the key.

Catching the keys, Arlo hops into the hover-jet, cranks the
key and blazes out of the warehouse, back into the night.

                                             FADE OUT:

Exhibit Y6

1 Steve Wilson Briggs
2 4322 Chico Ave.,
Santa Rosa, CA 95407
3 510 200 3763
snc.steve@gmail.com
4 PLAINTIFF, In Propria Persona
5
6
7
8 **UNITED STATES DISTRICT COURT,**
9 **NORTHERN DISTRICT OF CALIFORNIA,**
10 **SAN FRANCISCO DIVISION**

| | |
|---|---|
| STEVE WILSON BRIGGS, | Civ No: 20-CV-1596-VC |
| Plaintiff, | |
| vs | Plaintiff's Second |
| | Request For Judicial Notice |
| JAMES CAMERON et al, | |
| Defendants. | |

| | |
|---|---|
| 1 | <div align="center">**REQUEST FOR JUDICIAL NOTICE**</div> |
| 2 | <div align="center">**Memorandum**</div> |
| 3 | The Plaintiff submits this Second Request for Judicial Notice pursuant to Federal |
| 4 | Rules of Evidence (FRE) 201. |
| 5 | FRE 201(b) instructs that the Court "may judicially notice a fact that is not subject |
| 6 | to reasonable dispute because it: (1) is generally known within the trial court's territorial |
| 7 | jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy |
| 8 | cannot reasonably be questioned." |
| 9 | FRE 201(c) instructs that the Court "(1) may take judicial notice on its own; or (2) |
| 10 | must take judicial notice if a party requests it and the court is supplied with the necessary |
| 11 | information." |
| 12 | FRE 201(d) instructs that the Court "may take judicial notice at any stage of the |
| 13 | proceeding." |
| 14 | |
| 15 | <div align="center">**Introduction**</div> |
| 16 | The Plaintiff makes this request for judicial notice to bring two matters to the |
| 17 | Court's awareness, one of which appears to have national implications. Both of these issues |
| 18 | were comprehensively addressed in a document that the Plaintiff recently filed with the |
| 19 | Court, titled: "**Amended Second Declaration Of Steve Wilson Briggs (Plaintiff) In** |
| 20 | **Support Of Complaint**". |
| 21 | The first issue that this Request for Judicial Notice seeks to bring to the Court's |
| 22 | attention is the fact that it appears that the Defendant's associates (specifically two of the |
| 23 | defendants in *Briggs v Blomkamp* and *Briggs v Spacey*, and Warner Brothers) have |
| 24 | successfully used the US Copyright Office to falsify and backdate US copyright |
| 25 | registrations, in relation to copyright registrations that infringe the Plaintiff's work. |
| 26 | Particularly concerning in this discovery is the fact that the US Copyright Office appears to |
| 27 | have falsified or improperly filed copyright registrations in favor of foreign |
| 28 | filers/infringers. |

Plaintiff's Second Request For Judicial Notice

1    The second issues that this Request for Judicial Notice seeks to bring to the Court's

2  attention is that the Plaintiff's previously referenced *Amended Second Declaration Of Steve*

3  *Wilson Briggs (Plaintiff) In Support Of Complaint* also provides new *access* facts

4  explaining that Defendant News Corporation (owned by Rupert Murdoch) likely first

5  accessed other of the Plaintiff's writings (several screenplays, a short story, and detailed

6  novel notes) beginning in spring 1999. These access details do not necessarily change the

7  access facts of THIS action, however they may explain nuanced details that may come to

8  light as the action proceeds.

9                                    **FACTS AND EVIDENCE.**

10                              **First Item For Judicial Notice**

11    The Plaintiff requests that the Court notice pages 24 to 35 of Plaintiff's declaration,

12  titled "**Amended Second Declaration Of Steve Wilson Briggs (Plaintiff) In Support Of**

13  **Complain**t," which was filed on August 25, 2020. Pages 24 to 35 of this document,

14  particularly pages **25 and 26** (which explain how the Plaintiff first sent News Corp a copy

15  of his first short story, "Hot Orange & Honey," in early Spring of 1999), detail all of the

16  opportunities that the Defendants and their business associates have had to access the

17  Plaintiff's work, from 1999 to the present.

18                              **Second Item For Judicial Notice**

19    The Plaintiff asks the Court to take notice of the following facts pertaining to *fraud*

20  and *document falsification* occuring at the US Copyright Office:

21    Said declaration explains that around 2007 some of the infringers of Plaintiff's

22  work (particularly the *Briggs v Blomkamp* defendant/infringers) became so enamoured with

23  Plaintiff's underlying interests that they began to mimic his interests. For example, they

24  began to adopt Plaintiff's preference for the number "4"; hence the character "Four" in the

25  *Divergen*t series, hence several of the infringing works have four books in their series

26  (Hunger Games, Divergent), and hence several of the infringing works are set in a year

27  ending with "4". This mimickry, or mockery, of Plaintiff's interest in the number 4 would

28  become much more bizarre, and lead to the *Briggs v Blomkamp* defendants unwittingly

1    exposing their corrupt power over the US Copyright Office.

2        The clearest example of these infringers' mimicking Plaintiff's interest in the

3    number "4" is seen by examining the copyright registration for the infringing film "Baby

4    Driver" (2017). (See **EXHIBIT A,** five sequential copyright registrations; two before Baby

5    Driver, two after. Baby Driver's registration is third in sequence; center.)

6        Baby Driver infringes the Plaintiff's first screenplay, *Cyclones* (1992). The Baby

7    Driver producers were two of the *Briggs v Blomkamp* (2013) defendants, Sony Pictures and

8    MRC. These infringers accessed this script by asking someone at the Copyright Office for a

9    copy.

10       By examining the five sequential copyright registrations (**Exhibit A**) one notices

11   that the *Baby Driver* registration is sandwiched between FOUR registrations for the

12   Showtime TV series "Billions". The first two registrations end with 44442 and 44443, and

13   the last two registrations end with 44445 and 44446. And in the middle of the four

14   "Billions" registrations, is *Baby Driver*, ending in 44444 (#PA0002044444).

15       Plaintiff believes these infringers chose to sandwich the *Baby Driver* registration

16   between the registrations for "Billions" to gloat about the countless billions that Hollywood

17   and the tech industry have made from Plaintiff's ideas. They chose to name their film

18   "Baby Driver" because it sounded similar to (but not half as good as) "Butterfly Driver."

19   This may be speculative, and seem trivial, but what follows is not.

20       On March 1, 2017, the Ninth Circuit denied the Plaintiff's appeal of the *Briggs v*

21   *Blomkamp* district court decision. A few months later, June 28, 2017, the *Briggs v*

22   *Blomkamp* defendants released *Baby Driver*. Two days later, June 30, 2017, they

23   copyrighted *Baby Driver*. Sony Pictures and MRC selected a copyright registration number

24   for Baby Driver ending in 44444, because the Plaintiff would notice the aggregation of

25   fours (as he did). Thus, if the Plaintiff ever discovered that *Baby Driver* was an

26   infringement of his screenplay "Stutter," and he looked at *Baby Driver*'s copyright

27   registration (as he did), the Infringers wanted the Plaintiff to know that they were watching

28   him and they were more powerful than he—as they would only know of his interest in the

number four from hacking into his computer and observing such things as: **(1)** the presence of multiple fours in all of Plaintiff's passwords, **(2)** he made a couple of the songs in my film *The Amazing Mr Excellent* exactly 4 minutes and 44 seconds long, **(3)** various hints the Infringers observed in my literary works.

Plaintiff believes MRC and Sony arranged to have the five sequential fours placed at the end of the Baby Driver's copyright registration to send the Plaintiff a *coded* threat.

But what is the proof of misconduct at the US Copyright Office?

*Showtime,* the owner of the show "Billions," is owned by ViacomCBS—alleged infringers of the Plaintiff's work *Hot Orange & Honey*, 1999 (this will be addressed in a forthcoming action). But *Baby Driver* was owned and produced by **Sony Pictures** (a foreign owned company) and **MRC**. Sony Pictures and MRC could NOT have placed the *Baby Driver* copyright registration between those four registrations for "Billions" without the assistance of ViacomCBS and someone very corrupt and powerful at the Copyright Office. This is proven by examining the copyright registration <u>dates</u> of the four *Billions* copyright registrations, then examining the *Baby Driver*'s copyright registration (see Exhibit A).

The four *Billions* copyright registrations were all registered on May 8, 2017, but the *Baby Driver* copyright registration (center) was registered seven weeks later, June 30, 2017. This is impossible. **The US Copyright office registers copyrights sequentially**, in the order that they are received. If the Baby Driver registration were truly valid, it would mean that Baby Driver, #PA0002044444, was registered on June 30, 2017, then somehow the next two registrations (Billions #PA0002044445 and #PA0002044446) reversed time and registered themselves seven weeks earlier. The other problem with this is it suggests that after *Billions* registered its first two copyrights (#PA0002044442 and #PA0002044443) no more copyright registration applications came into the copyright office for seven weeks, until *Baby Driver* was filed on June 30 2018. This is impossible. The US Copyright Office registers hundreds or thousands of copyrights daily.

Additionally, if someone examines a few hundred registrations on either side of

1  #PA0002044444, they will notice some troubling irregularities, and a disconcerting

2  concentration of major entertainment registrations. (Although the US Copyright Office may

3  have tried to "fix" these issues by now, the issues appeared to be such that they cannot be

4  "corrected" without changing registration numbers.)

5                             More Fraud At The Copyright Office

6         Other infringers of the Plaintiff's work (*Warner Brothers* and Japanese owned *Viz*

7  *Productions*….) used the US Copyright Office to help falsify and fraudulently backdate

8  registrations related to the Warner Bros' film *Edge of Tomorrow* (which is falsely alleged to

9  be based on the Japanese work "All You Need Is Kill"). Specifically, the US Copyright

10  Office used its online filing system to help foreign infringers' fraudulently backdated

11  registrations appear valid, while simultaneously the Copyright Office used the same system

12  to improperly make the Plaintiff's valid registration(s) appear to be created later.

13         [NOTE: The following information was accurate when the Plaintiff wrote the

14  *Amended Second Declaration Of Steve Wilson Briggs (Plaintiff) In Support Of Complaint.*

15  However, as mentioned earlier, and as documented in the Declaration, as the Plaintiff

16  composed the Declaration, the US Copyright Office website began to block the Plaintiff

17  from accessing the website, on and off for about a week, for many consecutive hours.

18  Screenshots of these blocks are provided in the aforementioned declaration. Thus, it is

19  possible that the US Copyright Office may have corrected the following issue by now.]

20         To see the evidence of document filing falsification at the US Copyright Office,

21  simply go to the Copyright Office's website (https://www.copyright.gov), *click* on *Search*

22  *Copyright Records*, on the next screen types "All You Need Is Kill" in the search bar below

23  the words "Basic Search", choose "Title" in the "Search by:" menu, click "Begin Search".

24  On the next screen, to organize the results, select "Date (ascending)" from the "Resort

25  results by" menu bar. The results of this search are attached as **EXHIBIT B**.

26         By examining this search one sees that the first result in this search fraudulently

27  indicates that in 2004 a <u>Japanese</u> work titled "All You Need Is Kill" was registered in the

28  **US Copyright Office**.

When one clicks the link to the 2004 *All You Need Is Kill* registration (see **EXHIBIT C**) it clearly shows the document <u>WAS NOT registered in 2004</u>; rather, it was registered on **Nov 5, <u>2015</u>**, 11 years after it alleges to have been created on the search screen (Exhibit B). This was a clear effort to fraudulently backdate this document by back-filing it.

If one looks at the "Copyright Claimant" and "Authorship on Application" lines (Exhibit C), one sees that the claimant is located in Japan. This is very unusual, but not unlawful. However, this infringing Japanese author is transparently using the US Copyright Office as a tool to falsify and backdate this document, as they are registering a book in the United States 11 years after it was released in Japan (which defies logic), and over a year after a US film that alleges to be based on the Japanese book was released (which also defies logic).

The US Copyright Office does not back-file registration dates to when the owner alleges the works were first created. (US copyright holders can claim rights to thei work from the moment they are in first fixed, tangible form, and they are entitled to assert all associated rights and priviledges without registering; however, the US Copyright Office will not backdate the registration once and if they receive it.) This is an effort by an agent at the US Copyright Office to assist the infringers in their effort to steal the Plaintiff's work. This assertion can be proven simply by examining how the US copyright office filed the Plaintiff's Butterfly Driver copyright registration.

If one searches the Plaintiff's name in the US Copyright Office website (enter "Wilson Briggs, Steve" in the search bar; select "*Name*" in the "*Search by*" menu; click "Begin Search"), one sees that the US Copyright Office does not backdate the Plaintiff's *Butterfly Driver* registration to 2005; rather, the Copyright Office indicates that the registration was filed in 2013. (See **EXHIBIT D**.) But by looking at the actual Copyright Certification for Butterfly Driver (see **EXHIBIT E**), or by looking at the copyright registration for Butterfly Driver in the Copyright Office's web database (see **EXHIBIT F**), one sees that on the "Completion/Publication" or "Date of Creation" lines, respectively, show that the Plaintiff informed the Copyright Office that Butterfly Driver (AKA:

1   Uberopolis: City of Light) was first completed in 2005. But the US Copyright Office did

2   NOT to backdate the Plaintiff's  work to 2005 (or earlier), as they generously, improperly

3   and fraudulently backdated *All You Need Is Kill* to 2004. [Plaintiff needed to register the

4   *Butterfly Driver* screenplay with the US Copyright Office in 2013 in order to file the *Briggs*

5   *v Blomkamp* action. Plaintiff has ample evidence (emails) that a completed physical

6   screenplay existed in May 2005. Plaintiff likely has physical evidence that a completed

7   rough draft existed in early 2004, and certainly has anecdotal evidence (sworn declarations)

8   that the script existed by February 2004.]

9                                    **CONCLUSION**

10          For all of the foregoing reasons the Court should grant this Request for Judicial

11   Notice.

12

13    Dated: August 25, 2020.                          Respectfully Submitted,

14                                                      /s/ Steve Wilson Briggs        _
                                                        Plaintiff, In Propria Persona
15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiff's Second Request For Judicial Notice

8

Exhibit A



**Library buildings are closed to the public until further notice, but the U.S.
Copyright Office Catalog is available. More.**

| Help | Search | History | Titles | Start Over |
| --- | --- | --- | --- | --- |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0002044442
Search Results: Displaying 1 of 1 entries

◀ previous    next ▶

Labeled View

*Billions :*

| | |
| --- | --- |
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0002044442 / 2017-05-08 |
| **Application Title:** | Billions - "Pilot" - Episode #101. |
| **Title:** | Billions : 101. |
| **Description:** | HDCAM ; 1/2 in. |
| **Notes:** | Pilot |
| **Copyright Claimant:** | Showtime Networks Inc., Transfer: By written agreement. Address: 10880 Wilshire Blvd., Suite 1600, Los Angeles, CA, 90024, United States. |
| **Date of Creation:** | 2016 |
| **Date of Publication:** | 2016-01-17 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Showtime Pictures Development Company, employer for hire; Domicile: United States. Authorship: entire motion picture. |
| **Pre-existing Material:** | preexisting music. |
| **Basis of Claim:** | all other cinematographic material, production as a motion picture. |
| **Rights and Permissions:** | Showtime Networks Inc., 10880 Wilshire Blvd., Suite 1600, Los Angeles, CA, 90024, United States |
| **Names:** | Showtime Pictures Development Company |
| | Showtime Networks Inc. |

◀ previous    next ▶

| Save, Print and Email (**Help Page**) |
| --- |
| Select Download Format   Full Record   ∨    Format for Print/Save |
| Enter your email address:    Email |



Library buildings are closed to the public until further notice, but the U.S.
Copyright Office Catalog is available. **More**.

| Help | Search | History | Titles | Start Over |
| --- | --- | --- | --- | --- |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0002044443
Search Results: Displaying 1 of 1 entries



Labeled View

*Billions :*

| | |
| --- | --- |
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0002044443 / 2017-05-08 |
| **Application Title:** | Billions - "The Conversation" - Episode #112. |
| **Title:** | Billions : 112, The Conversation. |
| **Description:** | HDCAM ; 1/2 in. |
| **Copyright Claimant:** | Showtime Networks Inc., Transfer: By written agreement. Address: 10880 Wilshire Blvd., Suite 1600, Los Angeles, CA, 90024, United States. |
| **Date of Creation:** | 2016 |
| **Date of Publication:** | 2016-04-10 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Showtime Pictures Development Company, employer for hire; Domicile: United States. Authorship: entire motion picture. |
| **Pre-existing Material:** | preexisting music. |
| **Basis of Claim:** | all other cinematographic material, production as a motion picture. |
| **Rights and Permissions:** | Showtime Networks Inc., 10880 Wilshire Blvd., Suite 1600, Los Angeles, CA, 90024, United States |
| **Names:** | Showtime Pictures Development Company |
| | Showtime Networks Inc. |



| Save, Print and Email (**Help Page**) | |
| --- | --- |
| Select Download Format  Full Record  ⌄ | Format for Print/Save |
| Enter your email address: | Email |





**Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.**

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = Baby Driver
Search Results: Displaying 1 of 45 entries



Labeled View

### *BABY DRIVER.*

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0002044444 / 2017-06-30 |
| **Application Title:** | BABY DRIVER. |
| **Title:** | BABY DRIVER. |
| **Description:** | Videocassette (HDCAM SR) |
| **Copyright Claimant:** | TriStar Pictures, Inc. Address: 10202 W. Washington Blvd., Culver City, CA, 90232-3195, United States. |
| | MRC II Distribution Company L.P. Address: 9665 Wilshire Blvd., 2nd Floor, Beverly Hills, CA, 90212, United States. |
| **Date of Creation:** | 2017 |
| **Date of Publication:** | 2017-06-07 |
| **Nation of First Publication:** | France |
| **Authorship on Application:** | TriStar Pictures, Inc., employer for hire; Domicile: United States. Authorship: entire motion picture. |
| | MRC II Distribution Company L.P., employer for hire; Domicile: United States. Authorship: entire motion picture. |
| **Preregistered as:** | PRE000008830 |
| **Previous Registration:** | 2016, PAu003845444. |
| | 2016, PAU003839366. |
| **Pre-existing Material:** | script/screenplay, preexisting music, French language (dubbed) soundtrack as released in the country of first publication. |
| **Basis of Claim:** | all other cinematographic material, production as a motion picture, Entire English language soundtrack as originally released in the United States. |
| **Copyright Note:** | C.O. correspondence. |
| | Regarding special handling request: Claim upgraded for special handling per request received on 07/14/2017 due to pending or prospective litigation. Registration decision and certificate issued on 7/25/2017. |



**Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.**

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0002044445
Search Results: Displaying 1 of 1 entries



Labeled View

### *Billions :*

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0002044445 / 2017-05-08 |
| **Application Title:** | Billions - "Magical Thinking" - Episode #111. |
| **Title:** | Billions : 111, Magical Thinking. |
| **Description:** | HDCAM ; 1/2 in. |
| **Copyright Claimant:** | Showtime Networks Inc., Transfer: By written agreement. Address: 10880 Wilshire Blvd., Suite 1600, Los Angeles, CA, 90024, United States. |
| **Date of Creation:** | 2016 |
| **Date of Publication:** | 2016-04-03 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Showtime Pictures Development Company, employer for hire; Domicile: United States. Authorship: entire motion picture. |
| **Pre-existing Material:** | preexisting music. |
| **Basis of Claim:** | all other cinematographic material, production as a motion picture. |
| **Rights and Permissions:** | Showtime Networks Inc., 10880 Wilshire Blvd., Suite 1600, Los Angeles, CA, 90024, United States |
| **Names:** | Showtime Pictures Development Company |
| | Showtime Networks Inc. |



| Save, Print and Email (**Help Page**) | |
|---|---|
| Select Download Format   Full Record   ⌄ | Format for Print/Save |
| Enter your email address: | Email |





**Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.**

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0002044446
Search Results: Displaying 1 of 1 entries



Labeled View

*Billions :*

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0002044446 / 2017-05-08 |
| **Application Title:** | Billions - "Where the F*ck is Donnie?" - Episode #109. |
| **Title:** | Billions : 109, Where the F*ck is Donnie. |
| **Description:** | HDCAM ; 1/2 in. |
| **Copyright Claimant:** | Showtime Networks Inc., Transfer: By written agreement. Address: 10880 Wilshire Blvd., Suite 1600, Los Angeles, CA, 90024, United States. |
| **Date of Creation:** | 2016 |
| **Date of Publication:** | 2016-03-20 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Showtime Pictures Development Company, employer for hire; Domicile: United States. Authorship: entire motion picture. |
| **Pre-existing Material:** | preexisting music. |
| **Basis of Claim:** | all other cinematographic material, production as a motion picture. |
| **Rights and Permissions:** | Showtime Networks Inc., 10880 Wilshire Blvd., Suite 1600, Los Angeles, CA, 90024, United States |
| **Names:** | Showtime Pictures Development Company |
| | Showtime Networks Inc. |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record  ⋁  Format for Print/Save |
| Enter your email address: _____  Email |



Exhibit B



Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.

| Help | Search | History | **Titles** | Start Over |

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = All you need is Kill
Search Results: Displaying 1 through 25 of 28 entries.



◀ previous | next ▶

**Resort results by:** Date (ascending) ▼                    Set Search Limits

| # | Title < | Full Title | Copyright Number | Date |
|---|---------|-----------|------------------|------|
| ☐ [1] | ALL YOU NEED IS KILL. | ALL YOU NEED IS KILL. | TX0008201246 | 2004 |
| ☐ [2] | All You Need Is Kill. | All You Need Is Kill. | TX0007748549 | 2009 |
| ☐ [3] | All you need is kill / by Dante Harper. | All you need is kill / by Dante Harper. | V3597D516 | 2010 |
| ☐ [4] | All you need is kill. | All you need is kill. | V3613D018 | 2012 |
| ☐ [5] | ALL YOU NEED IS KILL. | ALL YOU NEED IS KILL. | PAu003678041 | 2013 |
| ☐ [6] | All you need is kill / Dante Harper. | All you need is kill / Dante Harper. | V3631D049 | 2013 |
| ☐ [7] | All you need is kill : motion picture. | All you need is kill : motion picture. | V3631D048 | 2013 |
| ☐ [8] | All you need is kill / by Hiroshi Sakurazaka. | All you need is kill / by Hiroshi Sakurazaka. | V3631D050 | 2013 |
| ☐ [9] | All you need is kill | Edge of tomorrow & 1 other title : p.k.a. All you need is kill. | V9912D001 | 2014 |
| ☐ [10] | ALL YOU NEED IS KILL | EDGE OF TOMORROW (Blue Re-locked Shooting Draft: September 12, 2012 with Rev. 09/28/12 - Rev. 08/20/13) | PAu003719581 | 2014 |
| ☐ [11] | All You Need Is Kill | Edge Of Tomorrow : p.k.a. All You Need Is Kill. | V9911D744 | 2014 |
| ☐ [12] | All You Need Is Kill | Edge of Tomorrow : p.k.a. All You Need Is Kill / By Christopher McQuarrie, et al. | V9911D655 | 2014 |
| ☐ [13] | All you need is kill | Edge of tomorrow : p.k.a. All you need is kill; motion picture / by Doug Liman, et al. | V3633D262 | 2014 |
| ☐ [14] | ALL YOU NEED IS KILL | EDGE OF TOMORROW (TEASER) | VA0001889115 | 2014 |
| ☐ [15] | All You Need is Kill; novel / by Hiroshi Sakurazaka. | All You Need is Kill; novel / by Hiroshi Sakurazaka. | V9911D405 | 2014 |
| ☐ [16] | All You Need is Kill; novel / by Hiroshi Sakurazaka. | All You Need is Kill; novel / by Hiroshi Sakurazaka. | V9911D402 | 2014 |
| ☐ [17] | All You Need is Kill; novel / by Hiroshi Sakurazaka. | All You Need is Kill; novel / by Hiroshi Sakurazaka. | V9911D396 | 2014 |
| ☐ [18] | All You Need is Kill; novel / by Hiroshi Sakurazaka. | All You Need is Kill; novel / by Hiroshi Sakurazaka. | V9911D395 | 2014 |
| ☐ [19] | All You Need is Kill; novel / by Hiroshi Sakurazaka. | All You Need is Kill; novel / by Hiroshi Sakurazaka. | V9911D404 | 2014 |
| ☐ [20] | All You Need is Kill; novel / by Hiroshi Sakurazaka. | All You Need is Kill; novel / by Hiroshi Sakurazaka. | V9911D407 | 2014 |
| ☐ | All You Need is Kill; novel / by | All You Need is Kill; novel / by Hiroshi Sakurazaka. | V9911D394 | 2014 |

Exhibit C



Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. **More.**

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = All you need is Kill
Search Results: Displaying 1 of 28 entries



Labeled View

### *ALL YOU NEED IS KILL.*

**Type of Work:** Text
**Registration Number / Date:** TX0008201246 / 2015-11-05
**Application Title:** ALL YOU NEED IS KILL.
**Title:** ALL YOU NEED IS KILL.
**Description:** Book, 274 p.
**Copyright Claimant:** Hiroshi Sakurazaka. Address: c/o 2-5-10 Hitotsubashi, Chiyoda-ku, Tokyo, 101-850, Japan.
Yoshitoshi ABe. Address: c/o 2-5-10 Hitotsubashi, Chiyoda-ku, Tokyo, 101-850, Japan.
**Date of Creation:** 2004
**Date of Publication:** 2004-12-18
**Nation of First Publication:** Japan
**Authorship on Application:** Hiroshi Sakurazaka; Domicile: Japan. Authorship: text.
Yoshitoshi ABe; Domicile: Japan. Authorship: artwork.
**Copyright Note:** Regarding deposit: Special Relief granted under 202.20(d) of C.O. regulations.
**Names:** Sakurazaka, Hiroshi
ABe, Yoshitoshi





| Save, Print and Email (**Help Page**) | |
|---|---|
| Select Download Format   Full Record   ⌄ | Format for Print/Save |
| Enter your email address: | Email |

# Exhibit D



Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. **More.**

| Help | Search | History | **Titles** | Start Over |

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Wilson Briggs, Steve
Search Results: Displaying 1 through 5 of 5 entries.


◀ previous    next ▶

Resort results by: ⌄

Set Search Limits

| # | Name (NALL) < | Full Title | Copyright Number | Date |
|---|---------------|------------|------------------|------|
| ☐ [ 1 ] | Wilson-Briggs, Steve, 1964- | Cyclones. | PAu001643251 | 1992 |
| ☐ [ 2 ] | Wilson-Briggs, Steve, 1964- | Tell her, & 8 other songs. | PAu001578386 | 1991 |
| ☐ [ 3 ] | Wilson-Briggs, Steve, 1964- | Turn around, walk away. | PAu001471570 | 1991 |
| ☐ [ 4 ] | Wilson Briggs, Steve Kenyatta, 1964- | Butterfly Driver. | PAu003683232 | 2013 |
| ☐ [ 5 ] | Wilson-Briggs, Steve Kenyatta, 1964- | On the corner in the rain / written by Steve Wilson-Briggs. | PAu001411291 | 1990 |

Resort results by: ⌄

Set Search Limits

Clear Selected    Retain Selected
◀ previous    next ▶



| Save, Print and Email (**Help Page**) | | |
|---|---|---|
| ○ All **Records**on Page | Select Format: Full Record ⌄ | Format for Print/Save |
| ⦿ Selected On Page | Enter your email address: | Email |
| ○ Selected all Pages | | |



**Search for:** Wilson Briggs, Steve    **Search by:** Name (Crichton Michael; Walt Disney Company) ⌄    **Item type:** None ⌄

25 records per page ⌄    Submit    Reset

Help    Search    History    **Titles**    Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

# Exhibit E



Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. **More**.

| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = Butterfly Driver
Search Results: Displaying 1 of 1 entries



---

Labeled View

***Butterfly Driver.***

**Type of Work:** Dramatic Work and Music; or Choreography
**Registration Number / Date:** PAu003683232 / 2013-06-21
**Application Title:** Butterfly Driver.
**Title:** Butterfly Driver.
**Description:** Electronic file (eService)
**Copyright Claimant:** Steve Kenyatta Wilson Briggs, 1964- . Address: 681 Edna Way, San Mateo, CA, 94402, United States.
**Date of Creation:** 2005
**Alternative Title on Application:** Uberopolis: City of Light
**Authorship on Application:** Steve Kenyatta Wilson Briggs, 1964- ; Domicile: United States; Citizenship: United States. Authorship: text.
**Names:** Wilson Briggs, Steve Kenyatta, 1964-
Briggs, Steve Kenyatta Wilson, 1964-



| | |
|---|---|
| **Save, Print and Email (Help Page)** | |
| Select Download Format   Full Record ⌄ | Format for Print/Save |
| Enter your email address: | Email |

---

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

Exhibit F

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-683-232

**Effective date of registration:**

June 21, 2013

---

## Title

**Title of Work:** Butterfly Driver

**Previous or Alternative Title:** Uberopolis: City of Light

## Completion/Publication

**Year of Completion:** 2005

## Author

■ **Author:** Steve Kenyatta Wilson Briggs

**Author Created:** text

**Citizen of:** United States          **Domiciled in:** United States

**Year Born:** 1964

## Copyright claimant

**Copyright Claimant:** Steve Kenyatta Wilson Briggs

681 Edna Way, San Mateo, CA, 94402, United States

## Certification

**Name:** Steve Kenyatta Wilson Briggs

**Date:** June 21, 2013

---

Page 1 of 1