1  Steve Wilson Briggs
2  4322 Chico Ave.,
   Santa Rosa, CA 95407
3  510 200 3763
4  snc.steve@gmail.com
   PLAINTIFF In Propria Persona
5
6
7

**UNITED STATES DISTRICT COURT,**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| STEVE WILSON BRIGGS, | Civ No: 20-cv-01596-VC |
|---|---|
| Plaintiff, | **[PROPOSED]** |
| vs | **ORDER GRANTING** |
| JAMES CAMERON, et al, | Amended Motion For Leave To File A First Amended Complaint |
| Defendants. | |

    Having considered the motion titled "Amended Motion For Leave To File A First Amended Complaint," and finding that the motion has merit, the Court hereby grants said motion.

**IT IS SO ORDERED**

Dated:_____  Signed:_____

                                            The Honorable Judge Vince Chhabria
                                                United States District Judge