UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE KENYATTA WILSON BRIGGS, <br><br> Plaintiff, <br><br> v. <br><br> JAMES CAMERON, et al., <br><br> Defendants. | Case No. 20-cv-01596-VC <br><br><br> **ORDER RE NEW FILINGS** |

Briggs may not file anything further in this case until the current motions are resolved. The defendants need not respond to any current filings to which they have not already responded. If Briggs violates this order and files additional documents on the docket, the Court will not consider those documents. The defendants need not consider or respond to them either.

**IT IS SO ORDERED.**

Dated: October 7, 2020

_____
VINCE CHHABRIA
United States District Judge