UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE KENYATTA WILSON BRIGGS,<br><br>          Plaintiff,<br><br>      v.<br><br>JAMES CAMERON, et al.,<br><br>          Defendant. | 20-cv-01596-VC<br><br><br>**JUDGMENT** |

The Court, having dismissed this case with prejudice, now enters judgment in favor of the defendants and against the plaintiff. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated:  October 16, 2020

_____

VINCE CHHABRIA
United States District Judge