RECEIVED
NOV 12 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear U.S. District Court Clerk,

    Enclosed you will find Notice of Appeal, a check for appeal fees, and certificate of service.

    Because of Covid-19 restrictions I hoped to do this all online, but I could not make the online payment system work for me.

    I will likely also submit these documents online, to most efficiently serve the defendants.

    Thanks,
    Steve Wilson Griggs

Steve Wilson Briggs
4322 Chico Ave.,
Santa Rosa, CA 95407
510 200 3763
snc.steve@gmail.com
PLAINTIFF In Propria Persona

RECEIVED
2020 NOV 12 P 2:08
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

FILED
NOV 12 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| STEVE WILSON BRIGGS, | |
|---|---|
| Plaintiff, | Civ No: 20-CV-1596-VC |
| vs | NOTICE OF APPEAL |
| JAMES CAMERON et al, | |
| Defendants. | |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff, Steve Wilson Briggs, hereby appeals to the United States Court of Appeals for the Ninth Circuit, to reverse or remand the Final Judgment (docket #112, filed October 16, 2020) entered by the Court on October 16, 2020, and any an all prior orders in this matter, including ORDER DISMISSING LAWSUIT AND RESOLVING ALL PENDING MOTIONS (docket # 111, also filed October 16, 2020).

Although Circuit Court Rule 3-2 states that no FRAP 12(b) is required of appeals filed by pro se appellants, in respect and appreciation for the Clerk's Office, the Plaintiff has completed and attached a Form 1 (Notice of Appeal) and a Form 6 Representation Statement found on the United States Courts for the Ninth Circuit's website.

Dated: November 12, 2020                    Respectfully Submitted,

/s/ Steve Wilson Briggs
Plaintiff, In Propria Persona

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: Northern District of California, San Francisco

U.S. District Court case number: 20-cv-01596-VC

Date case was first filed in U.S. District Court: 03/04/2020

Date of judgment or order you are appealing: 10/16/2020

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Steve Wilson Briggs

Is this a cross-appeal?   ○ Yes   ⦿ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ⦿ No

If Yes, what is the prior appeal case number?

Your mailing address:

4322 Chico Avenue

City: Santa Rosa   State: CA   Zip Code: 95407

Prisoner Inmate or A Number (if applicable):

**Signature**              **Date**

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                 Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Steve Wilson Briggs

Name(s) of counsel (if any):

>

Address: 4322 Chico Ave, Santa Rosa, CA 95407

Telephone number(s): (510) 200 3763

Email(s): snc.steve@gmail.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Twentieth Century Fox Film Corp.; Lightstorm Entertainment Inc., News Corp.; and James Cameron.

Name(s) of counsel (if any):

> JASSY VICK CAROLAN LLP,
> (Jean-paul Jassy, Bar No. 205513; Kevin L. Vick, Bar No. 220738; Elizabeth Baldridge, Bar No. 313390)

Address: 800 Wilshire Boulevard, Suite 800, Los Angeles, CA 90017

Telephone number(s): (310) 870-7048

Email(s): jpjassy@jassyvick.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                   *1*                          New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Google LLC

Name(s) of counsel (if any):

COOLEY LLP
(Whitty Somvichian, Bar No 194463; Katherine E. Green Bar No 312928)

Address: 101 California Street, 5th FloorSan Francisco, California 94111-5800

Telephone number(s): 415 693 2000

Email(s): wsomvichian@cooley.com; kgreen@cooley.com

Name(s) of party/parties:

Internet Archive

Name(s) of counsel (if any):

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
(Peter C. Catalanotti (SBN 230743)  Madonna Herman (SBN 221747)

Address: 525 Market Street 17th FloorSan Francisco, CA 94105

Telephone number(s): (415) 433-0990

Email(s): madonna.herman@wilsonelser.com; peter.catalanotti@wilsonelser.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                              2                                    New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Michael Pierce

Name(s) of counsel (if any):

WEINBERG GONSER LLP
(Shahrokh Sheik, Bar Id #250650 Charanjit Singh, Bar Id #311609)

Address: 10866 Wilshire Blvd., Suite 1650 Los Angeles, CA 90024

Telephone number(s): (424) 239-2851

Email(s): shahrokh@weinberg-gonser.com; charanjit@weinberg-gonser.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                            3                                     New 12/01/2018

## Certificate of Service

RECEIVED

2020 NOV 12 P 2: 08

CLERK, US DISTRICT COURT

I, Steve Wilsin Briggs, Plaintiff in this action, title Briggs v Cameron, declare that via the ECF/CM System I caused the document(s) listed below to be electronically filed with the Court and served to all defendants in this action who have responded to the service of Summons and Complaint. The documents that I filed and served to said defendants were titled:

1. Notice of Appeal;
2. Certificate Of Service.

I declare under penalty of perjury, under the laws of the United States of America, that the above is true and correct.

Executed on November 12, 2020, at Santa Rosa, California.

Signed: /s/ Steve Wilson Briggs

Plaintiff, In Propria Persona