| | |
|---|---|
| 1 | **JASSY VICK CAROLAN LLP** |
|  | JEAN-PAUL JASSY, Cal. Bar No. 205513 |
| 2 |   jpjassy@jassyvick.com |
|  | KEVIN L. VICK, Cal. Bar No. 220738 |
| 3 |   kvick@jassyvick.com |
|  | ELIZABETH BALDRIDGE, Cal. Bar No. 313390 |
| 4 |   ebaldridge@jassyvick.com |
|  | 355 South Grand Avenue, Suite 2450 |
| 5 | Los Angeles, CA 90071 |
|  | Telephone:    (310) 870-7048 |
| 6 | Facsimile:    (310) 870-7010 |

Attorneys for Defendants Twentieth Century
Fox Film Corp., Lightstorm Entertainment Inc.,
News Corp. and James Cameron

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILSON BRIGGS, | Case No.: 3:20-cv-01596-VC |
| Plaintiff, | Hon. Vince Chhabria |
| v. |  |
| JAMES CAMERON; TWENTIETH CENTURY FOX FILM CORP.; NEWS CORP.; GOOGLE LLC; INTERNET ARCHIVE; ZERO GRAVITY; LIGHTSTORM ENTERTAINMENT INC.; MICHAEL PIERCE; MARK WILLIAMS; and ROBERT KAMEN, | **NOTICE OF CHANGE OF ADDRESS** |
| Defendants. |  |

TO: THE COURT, ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT as of August 6, 2021, the Los Angeles office of Jassy Vick Carolan LLP has relocated. The new mailing address is:

**Jassy Vick Carolan LLP**
**355 South Grand Avenue, Suite 2450**
**Los Angeles, CA 90071**

The firm's phone number and email addresses have not changed.

Dated: August 6, 2021                                JASSY VICK CAROLAN LLP

                                                                  */s/ Elizabeth H. Baldridge*
                                                                  ELIZABETH H. BALDRIDGE
                                                                  Counsel for Defendants Twentieth Century
                                                                  Fox Film Corp., Lightstorm Entertainment Inc., and
                                                                  News Corp. and James Cameron