UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 15 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

STEVE K. WILSON BRIGGS,

       Plaintiff - Appellant,

v.

JAMES CAMERON; et al.,

       Defendants - Appellees.

No. 20-17229

D.C. No. 3:20-cv-01596-VC
U.S. District Court for Northern California, San Francisco

**MANDATE**

The judgment of this Court, entered October 20, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rhonda Roberts
Deputy Clerk
Ninth Circuit Rule 27-7