# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 25, 2022

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

     Re:  Steve Wilson Briggs
          v. James Cameron, et al.
          No. 21-1037
          (Your No. 20-17229)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on January 14, 2022 and placed on the docket January 25, 2022 as No. 21-1037.

Sincerely,

**Scott S. Harris**, Clerk

by

Susan Frimpong
Case Analyst