# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 21, 2022

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

    Re:  Steve Wilson Briggs
           v. James Cameron, et al.
           No. 21-1037
           (Your No. 20-17229)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.  The Chief Justice took no part in the consideration or decision of this petition.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk